APPENDIX 2

1.   Erik K. Aamoth, individually, as surviving sibling of Gordon McCannel Aamoth, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erik K. Aamoth is a resident of Minnesota. Gordon McCannel Aamoth, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2.   Gordon Aamoth, Sr., individually, as surviving parent of Gordon McCannel Aamoth, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gordon Aamoth, Sr. is a resident of Minnesota. Gordon McCannel Aamoth, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3.   Gordon Aamoth, Sr., as the Personal Representative of the Estate of Gordon McCannell Aamoth, Jr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gordon McCannel Aamoth, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gordon Aamoth, Sr. is a resident of Minnesota. Gordon McCannel Aamoth, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4.   Mary Aamoth, individually, as surviving parent of Gordon McCannel Aamoth, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Aamoth is a resident of Minnesota. Gordon McCannel Aamoth, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5.   Peter Aamoth, individually, as surviving sibling of Gordon McCannel Aamoth, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Aamoth is a resident of Minnesota. Gordon McCannel Aamoth, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

6.   Lloyd A. Abel Jr., individually, as surviving sibling of Laurence C. Abel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lloyd A. Abel Jr. is a resident of New York. Laurence C. Abel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama

bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

7. Lloyd A. Abel Sr., individually, as surviving parent of Laurence C. Abel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lloyd A. Abel Sr. is a resident of New York. Laurence C. Abel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

8. Lloyd A. Abel Sr., as the Personal Representative of the Estate of Laurence C. Abel, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Laurence C. Abel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lloyd A. Abel Sr. is a resident of New York. Laurence C. Abel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

9. Roberta Agyeman, individually, as surviving child of Sophia Addo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Roberta Agyeman is a resident of New York. Sophia Addo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

10. Joseph Ameyaw, individually, as surviving spouse of Sophia Addo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Ameyaw is a resident of New York. Sophia Addo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

11. BNY Mellon, as the Personal Representative of the Estate of Sophia Addo, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sophia Addo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sophia Addo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

12. Angeli Ylanan Agarwala, individually, as surviving child of Mukul Kumar Agarwala, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angeli Ylanan

Agarwala is a resident of New Jersey. Mukul Kumar Agarwala is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

13. Robert Langdon, as Personal Representative of the Estate of Edward Ahearn, deceased, the late parent of Lt. Brian G. Ahearn, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Langdon, as Personal Representative of the Estate of Edward Ahearn is a resident of New York. Lt. Brian G. Ahearn is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

14. Elizabeth A. Ahearn, individually, as surviving sibling of Lt. Brian G. Ahearn, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth A. Ahearn is a resident of New York. Lt. Brian G. Ahearn is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

15. Debra Ahearn, as the Personal Representative of the Estate of Brian G. Ahearn, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lt. Brian G. Ahearn, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debra Ahearn is a resident of New York. Lt. Brian G. Ahearn is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

16. June Ahearn, individually, as surviving parent of Lt. Brian G. Ahearn, is a Plaintiff seeking justice for the tragic events of September 11, 2001. June Ahearn is a resident of Florida. Lt. Brian G. Ahearn is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

17. Jeba Ahmed, individually, as surviving spouse of Shabbir Ahmed, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeba Ahmed is a resident of New York. Shabbir Ahmed is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3

18.  Nadia Ahmed, individually, as surviving child of Shabbir Ahmed, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nadia Ahmed is a resident of New York. Shabbir Ahmed is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

19.  Thanbir Ahmed, individually, as surviving child of Shabbir Ahmed, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thanbir Ahmed is a resident of New York. Shabbir Ahmed is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

20.  Salma Ahmed-Green, individually, as surviving child of Shabbir Ahmed, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Salma Ahmed-Green is a resident of New York. Shabbir Ahmed is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

21.  Abdul Mosobbir, individually, as surviving sibling of Shabbir Ahmed, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Abdul Mosobbir is a resident of New York. Shabbir Ahmed is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

22.  Jeba Ahmed, as the Personal Representative of the Estate of Shabbir Ahmed, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Shabbir Ahmed, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeba Ahmed is a resident of New York. Shabbir Ahmed is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

23.  Andrew Albero, individually, as surviving sibling of Gary Albero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Albero is a resident of New Jersey. Gary Albero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

24.     Aracelis Albero, individually, as surviving spouse of Gary Albero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aracelis Albero is a resident of New Jersey. Gary Albero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

25.     Aracelis Albero, as the Personal Representative of the Estate of Gary Albero, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gary Albero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aracelis Albero is a resident of New Jersey. Gary Albero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

26.     Kevin Albero, individually, as surviving sibling of Gary Albero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Albero is a resident of New Jersey. Gary Albero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

27.     Michael A. Albero, individually, as surviving child of Gary Albero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael A. Albero is a resident of New Jersey. Gary Albero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

28.     Kevin Albero and Andrew Albero as co-Personal Representatives of the Estate of Andrew P. Albero, deceased, the late parent of Gary Albero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Albero and Andrew Albero as co-Personal Representatives of the Estate of Andrew P. Albero are residents of New Jersey. Gary Albero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

29.     Fred Corrado, as Personal Representative of the Estate of Patricia Albero, deceased, the late parent of Gary Albero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Fred Corrado is a resident of Florida. Gary Albero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International

Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

30. Willie Aldridge Jr., individually, as surviving sibling of Jacquelyn D. Aldridge, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Willie Aldridge Jr. is a resident of Georgia. Jacquelyn D. Aldridge is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

31. Delores Aldridge a/k/a Delores Aldridge Essuon, individually, as surviving sibling of Jacquelyn D. Aldridge, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Delores Aldridge a/k/a Delores Aldridge Essuon is a resident of Georgia. Jacquelyn D. Aldridge is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

32. Marjorie Aldridge-Holder, individually, as surviving sibling of Jacquelyn D. Aldridge, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marjorie Aldridge-Holder is a resident of Georgia. Jacquelyn D. Aldridge is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

33. Lafayette Frederick, individually, as surviving spouse of Jacquelyn D. Aldridge, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lafayette Frederick is a resident of North Carolina. Jacquelyn D. Aldridge is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

34. Lafayette Frederick, as the Personal Representative of the Estate of Jacquelyn D. Aldridge, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jacquelyn D. Aldridge, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lafayette Frederick is a resident of North Carolina. Jacquelyn D. Aldridge is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

35. Barry Allen, individually, as surviving sibling of Eric Allen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barry Allen is a resident of New Jersey. Eric Allen is one of the Decedents murdered as a result of the terrorist attacks of September

11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

36.     Marian Allen, individually, as surviving sibling of Eric Allen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marian Allen is a resident of Florida. Eric Allen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

37.     Barry Allen as Personal Representative of the Estate of Edward Allen, deceased, the late sibling of Eric Allen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barry Allen as Personal Representative of the Estate of Edward Allen is a resident of New Jersey. Eric Allen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

38.     Barry Allen as Personal Representative of the Estate of Laetita "Letty" Allen, deceased, the late parent of Eric Allen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barry Allen as Personal Representative of the Estate of Laetita "Letty" Allen is a resident of New Jersey. Eric Allen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

39.     Denise Allen, individually, as surviving parent of Richard L. Allen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Denise Allen is a resident of New York. Richard L. Allen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

40.     Denise Allen, as the Personal Representative of the Estate of Richard L. Allen, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard L. Allen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Denise Allen is a resident of New York. Richard L. Allen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

41. Richard Allen, individually, as surviving parent of Richard L. Allen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard Allen is a resident of New York. Richard L. Allen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

42. Robert C. Alonso, individually, as surviving spouse of Janet Alonso, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert C. Alonso is a resident of New York. Janet Alonso is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

43. Robert C. Alonso, as the Personal Representative of the Estate of Janet Alonso, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Janet Alonso, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert C. Alonso is a resident of New York. Janet Alonso is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

44. Victoria Alonso, individually, as surviving child of Janet Alonso, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Victoria Alonso is a resident of New York. Janet Alonso is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

45. Robert C. Alonso Jr., individually, as surviving child of Janet Alonso, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert C. Alonso Jr. is a resident of New York. Janet Alonso is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

46. Karen Banyo, individually, as surviving sibling of Janet Alonso, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Banyo is a resident of New York. Janet Alonso is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

47.     Cheryl A. Russo, individually, as surviving sibling of Janet Alonso, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cheryl A. Russo is a resident of New York. Janet Alonso is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

48.     Filiberta Barragan, individually, as surviving spouse of Antonio J. Alvarez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Filiberta Barragan is a resident of New York. Antonio J. Alvarez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

49.     Giovanni Javier, individually, as surviving child of Antonio J. Alvarez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Giovanni Javier is a resident of New York. Antonio J. Alvarez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

50.     BNY Mellon, as the Personal Representative of the Estate of Antonio J. Alvarez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Antonio J. Alvarez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Antonio J. Alvarez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

51.     Anthony Amatuccio, individually, as surviving sibling of Joseph Amatuccio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Amatuccio is a resident of Minnesota. Joseph Amatuccio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

52.     Antoinette Amatuccio a/k/a Antoinette R. Callori, individually, as surviving sibling of Joseph Amatuccio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Antoinette Amatuccio a/k/a Antoinette R. Callori is a resident of Pennsylvania. Joseph Amatuccio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

9

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

53.  Debra Amatuccio, individually, as surviving spouse of Joseph Amatuccio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debra Amatuccio is a resident of New York. Joseph Amatuccio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

54.  Debra Amatuccio, as the Personal Representative of the Estate of Joseph Amatuccio, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph Amatuccio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debra Amatuccio is a resident of New York. Joseph Amatuccio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

55.  Dina Amatuccio, individually, as surviving child of Joseph Amatuccio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dina Amatuccio is a resident of New York. Joseph Amatuccio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

56.  Joseph Amatuccio, individually, as surviving child of Joseph Amatuccio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Amatuccio is a resident of New York. Joseph Amatuccio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

57.  Karen Amundson, individually, as surviving parent of Spc. Craig Amundson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Amundson is a resident of Missouri. Spc. Craig Amundson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

58.  Orland Amundson, individually, as surviving parent of Spc. Craig Amundson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Orland Amundson is a resident of Missouri. Spc. Craig Amundson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda

10

and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

59.  Ryan Amundson, individually, as surviving sibling of Spc. Craig Amundson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ryan Amundson is a resident of Missouri. Spc. Craig Amundson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

60.  Amber A. Amundson, as the Personal Representative of the Estate of Spc. Craig Amundson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Spc. Craig Amundson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amber A. Amundson is a resident of New Mexico. Spc. Craig Amundson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

61.  Rachel Dana Aron Weiner, individually, as surviving spouse of Joshua Aron, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rachel Dana Aron Weiner is a resident of Pennsylvania. Joshua Aron is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

62.  Rachel Dana Aron Weiner, as the Personal Representative of the Estate of Joshua Aron, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joshua Aron, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rachel Dana Aron Weiner is a resident of Pennsylvania. Joshua Aron is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

63.  Carl Asaro, individually, as surviving child of Carl Asaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carl Asaro is a resident of New York. Carl Asaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

64.     Heloiza Asaro, individually, as surviving spouse of Carl Asaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Heloiza Asaro is a resident of New York. Carl Asaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

65.     Heloiza Asaro, as the Personal Representative of the Estate of Carl Asaro, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carl Asaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Heloiza Asaro is a resident of New York. Carl Asaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

66.     Marc Asaro, individually, as surviving child of Carl Asaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marc Asaro is a resident of New York. Carl Asaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

67.     Matthew Asaro, individually, as surviving child of Carl Asaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Asaro is a resident of New York. Carl Asaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

68.     Phillip Asaro, individually, as surviving child of Carl Asaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Phillip Asaro is a resident of New York. Carl Asaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

69.     Rebecca Asaro, individually, as surviving child of Carl Asaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rebecca Asaro is a resident of New York. Carl Asaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

70.     Jason Audiffred, individually, as surviving child of James Audiffred, is a Plaintiff
        seeking justice for the tragic events of September 11, 2001. Jason Audiffred is a resident
        of Florida. James Audiffred is one of the Decedents murdered as a result of the terrorist
        attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,
        and to which Muslim World League, International Islamic Relief Organization, World
        Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in
        furtherance of the attacks.

71.     Robin Audiffred, individually, as surviving spouse of James Audiffred, is a Plaintiff
        seeking justice for the tragic events of September 11, 2001. Robin Audiffred is a resident
        of New York. James Audiffred is one of the Decedents murdered as a result of the
        terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin
        Laden, and to which Muslim World League, International Islamic Relief Organization,
        World Assembly of Muslim Youth, and Yassin Kadi provided material support and
        assistance in furtherance of the attacks.

72.     Robin Audiffred, as the Personal Representative of the Estate of James Audiffred,
        deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled
        beneficiaries and family members of James Audiffred, is a Plaintiff seeking justice for the
        tragic events of September 11, 2001. Robin Audiffred is a resident of New York. James
        Audiffred is one of the Decedents murdered as a result of the terrorist attacks of
        September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to
        which Muslim World League, International Islamic Relief Organization, World
        Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in
        furtherance of the attacks.

73.     Antonio Aversano, individually, as surviving child of Louis F. Aversano Jr., is a Plaintiff
        seeking justice for the tragic events of September 11, 2001. Antonio Aversano is a
        resident of California. Louis F. Aversano Jr. is one of the Decedents murdered as a result
        of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and
        Osama bin Laden, and to which Muslim World League, International Islamic Relief
        Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material
        support and assistance in furtherance of the attacks.

74.     Doris Aversano, individually, as surviving spouse of Louis F. Aversano Jr., is a Plaintiff
        seeking justice for the tragic events of September 11, 2001. Doris Aversano is a resident
        of Florida. Louis F. Aversano Jr. is one of the Decedents murdered as a result of the
        terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin
        Laden, and to which Muslim World League, International Islamic Relief Organization,
        World Assembly of Muslim Youth, and Yassin Kadi provided material support and
        assistance in furtherance of the attacks.

75.     Doris Aversano, as the Personal Representative of the Estate of Louis F. Aversano Jr.,
        deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled
        beneficiaries and family members of Louis F. Aversano Jr., is a Plaintiff seeking justice
        for the tragic events of September 11, 2001. Doris Aversano is a resident of Florida.
        Louis F. Aversano Jr. is one of the Decedents murdered as a result of the terrorist attacks
        of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

76. Rosemary Aversano, individually, as surviving child of Louis F. Aversano Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosemary Aversano is a resident of New York. Louis F. Aversano Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

77. Lisa R. Procaccio, individually, as surviving child of Louis F. Aversano Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa R. Procaccio is a resident of New Jersey. Louis F. Aversano Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

78. Leyda Colon-Ayala, individually, as surviving spouse of Samuel (Sandy) Ayala, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leyda Colon-Ayala is a resident of New York. Samuel (Sandy) Ayala is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

79. Leyda Colon-Ayala, as the Personal Representative of the Estate of Samuel (Sandy) Ayala, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Samuel (Sandy) Ayala, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leyda Colon-Ayala is a resident of New York. Samuel (Sandy) Ayala is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

80. Samantha Ayala, individually, as surviving child of Samuel (Sandy) Ayala, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Samantha Ayala is a resident of Kentucky. Samuel (Sandy) Ayala is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

81. Vincent Babakitis, individually, as surviving child of Arlene T. Babakitis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vincent Babakitis is a resident of New Jersey. Arlene T. Babakitis is one of the Decedents murdered as a result

of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

82.     James Babakitis, as the Personal Representative of the Estate of Arlene T. Babakitis, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Arlene T. Babakitis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Babakitis is a resident of New Jersey. Arlene T. Babakitis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

83.     Evelyn Pettignano, individually, as surviving sibling of Arlene T. Babakitis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Evelyn Pettignano is a resident of New Jersey. Arlene T. Babakitis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

84.     Evelyn Pettignano and Karen Reoch, as co-Personal Representatives of the Estate of Sadie Reoch, deceased, the late parent of Arlene T. Babakitis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Reoch, as co-Personal Representative of the Estate of Sadie Reoch is a resident of New York. Evelyn Pettignano, as co-Personal Representative of the Estate of Sadie Reoch is a resident of New Jersey. Arlene T. Babakitis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

85.     Karen Ann Reoch, individually, as surviving sibling of Arlene T. Babakitis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Ann Reoch is a resident of New York. Arlene T. Babakitis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

86.     Laura Baierwalter, individually, as surviving spouse of Robert J. Baierwalter, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Baierwalter is a resident of New York. Robert J. Baierwalter is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

15

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

87. Laura Baierwalter, as the Personal Representative of the Estate of Robert J. Baierwalter, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert J. Baierwalter, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Baierwalter is a resident of New York. Robert J. Baierwalter is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

88. Raymond Baierwalter, individually, as surviving child of Robert J. Baierwalter, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raymond Baierwalter is a resident of New York. Robert J. Baierwalter is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

89. Richard Baierwalter, individually, as surviving child of Robert J. Baierwalter, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard Baierwalter is a resident of New York. Robert J. Baierwalter is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

90. Veronica Baierwalter, individually, as surviving child of Robert J. Baierwalter, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Veronica Baierwalter is a resident of New York. Robert J. Baierwalter is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

91. Maureen Schlowinski, individually, as surviving sibling of Robert J. Baierwalter, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Schlowinski is a resident of New York. Robert J. Baierwalter is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

92. Daniel Barnes, individually, as surviving sibling of Matthew Barnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Barnes is a resident of New York. Matthew Barnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

docs-100618184.4

and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

93.    Denise Barnes, individually, as surviving sibling of Matthew Barnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Denise Barnes is a resident of New York. Matthew Barnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

94.    Jesse Barnes, individually, as surviving child of Matthew Barnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jesse Barnes is a resident of New York. Matthew Barnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

95.    Matthew Barnes Jr., individually, as surviving child of Matthew Barnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Barnes Jr. is a resident of New York. Matthew Barnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

96.    Russell Barnes, individually, as surviving sibling of Matthew Barnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Russell Barnes is a resident of Florida. Matthew Barnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

97.    Suzanne Barnes, individually, as surviving sibling of Matthew Barnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Suzanne Barnes is a resident of South Carolina. Matthew Barnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

98.    Thomas Barnes, individually, as surviving child of Matthew Barnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Barnes is a resident of New York. Matthew Barnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

99. Susan Barnes-Ford, individually, as surviving spouse of Matthew Barnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Barnes-Ford is a resident of New York. Matthew Barnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

100. Susan Barnes-Ford, as the Personal Representative of the Estate of Matthew Barnes, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Matthew Barnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Barnes-Ford is a resident of New York. Matthew Barnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

101. Daniel Barnes and Russell Barnes, as Co-Personal Representatives of the Estate of Yvette Mell, deceased, the late parent of Matthew Barnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Russell Barnes is a resident of Florida. Daniel Barnes is a resident of New York. Matthew Barnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

102. Ricardo Barnes, individually, as surviving spouse of Sheila P. Barnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ricardo Barnes is a resident of New York. Sheila P. Barnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

103. Ricardo Barnes, as the Personal Representative of the Estate of Sheila P. Barnes, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sheila P. Barnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ricardo Barnes is a resident of New York. Sheila P. Barnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

104.    Christine Barnes-Murrell, individually, as surviving child of Sheila P. Barnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine Barnes-Murrell is a resident of New York. Sheila P. Barnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

105.    Zulema Barnes-Robinson, individually, as surviving child of Sheila P. Barnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zulema Barnes-Robinson is a resident of New York. Sheila P. Barnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

106.    Elizabeth a/k/a Betty Bennett, individually, as surviving parent of Eric L. Bennett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth a/k/a Betty Bennett is a resident of Michigan. Eric L. Bennett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

107.    Elizabeth a/k/a Betty Bennett, as the Personal Representative of the Estate of Eric L. Bennett, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Eric L. Bennett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth a/k/a Betty Bennett is a resident of Michigan. Eric L. Bennett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

108.    Kimberly Ann Bennett, individually, as surviving sibling of Eric L. Bennett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kimberly Ann Bennett is a resident of Michigan. Eric L. Bennett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

109.    Terry Bennett, individually, as surviving parent of Eric L. Bennett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Terry Bennett is a resident of Michigan. Eric L. Bennett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

110. William J. Biggart, individually, as surviving child of William G. Biggart, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William J. Biggart is a resident of Washington. William G. Biggart is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

111. Elizabeth Linker, individually, as surviving sibling of William G. Biggart, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Linker is a resident of New York. William G. Biggart is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

112. Margaret Burke a/k/a Margaret Burke, individually, as surviving sibling of William G. Biggart, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret Burke a/k/a Margaret Burke is a resident of New York. William G. Biggart is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

113. William Bishop, individually, as surviving child of George Bishop, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Bishop is a resident of New Jersey. George Bishop is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

114. John Doe 4, being intended to designate the Personal Representative of the Estate of George Bishop, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of George Bishop, is a Plaintiff seeking justice for the tragic events of September 11, 2001. George Bishop is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

115.   John Doe 5, being intended to designate the Personal Representative of the Estate of Carrie R. Blagburn, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carrie R. Blagburn, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carrie R. Blagburn is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

116.   Kevin Smith, individually, as surviving child of Carrie R. Blagburn, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Smith is a resident of Texas. Carrie R. Blagburn is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

117.   Kim Williams, individually, as surviving child of Carrie R. Blagburn, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kim Williams is a resident of Maryland. Carrie R. Blagburn is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

118.   Esther Jackson-Blanding, as the Personal Representative of the Estate of Alexander Blanding, deceased, the late sibling of Harry J. Blanding, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Esther Jackson-Blanding, as the Personal Representative of the Estate of Alexander Blanding is a resident of California. Harry J. Blanding is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

119.   Dorothy Blanding, individually, as surviving parent of Harry J. Blanding, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dorothy Blanding is a resident of New Jersey. Harry J. Blanding is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

120.   Carol Boccardi, individually, as surviving parent of Michael A. Boccardi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carol Boccardi is a resident of New York. Michael A. Boccardi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

121.   Carol Boccardi, as the Personal Representative of the Estate of Michael A. Boccardi, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael A. Boccardi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carol Boccardi is a resident of New York. Michael A. Boccardi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

122.   Michelle Bronson, as Personal Representative of the Estate of Michael R. Boccardi, deceased, the late parent of Michael A. Boccardi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michelle Bronson, as Personal Representative of the Estate of Michael R. Boccardi, is a resident of New York. Michael A. Boccardi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

123.   Roya Bolourchi Touran, individually, as surviving child of Touran (Touri) Bolourchi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Roya Bolourchi Touran is a resident of Massachusetts. Touran (Touri) Bolourchi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

124.   John Doe 67, being intended to designate the Personal Representative of the Estate of Touran (Touri) Bolourchik, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Touran (Touri) Bolourchi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Touran (Touri) Bolourchi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

docs-100618184.4

125.  Kathryn B. Agugliaro, individually, as surviving parent of Frank J. Bonomo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathryn B. Agugliaro is a resident of Florida. Frank J. Bonomo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

126.  Joseph Anthony Bonomo, individually, as surviving child of Frank J. Bonomo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Anthony Bonomo is a resident of New York. Frank J. Bonomo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

127.  Juliana Rose Bonomo, individually, as surviving child of Frank J. Bonomo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Juliana Rose Bonomo is a resident of New York. Frank J. Bonomo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

128.  Margarite Bonomo, individually, as surviving spouse of Frank J. Bonomo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margarite Bonomo is a resident of New York. Frank J. Bonomo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

129.  Margarite Bonomo, as the Personal Representative of the Estate of Frank J. Bonomo, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Frank J. Bonomo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margarite Bonomo is a resident of New York. Frank J. Bonomo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

130.  Lenore B. Williams, individually, as surviving sibling of Frank J. Bonomo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lenore B. Williams is a resident of Florida. Frank J. Bonomo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

131.   Alexandra Bowen, individually, as surviving child of Donna Bowen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexandra Bowen is a resident of Florida. Donna Bowen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

132.   Anastasia Siberon, individually, as surviving child of Donna Bowen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anastasia Siberonis a resident of Florida. Donna Bowen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

133.   Eugene Bowen, individually, as surviving spouse of Donna Bowen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eugene Bowen is a resident of Florida. Donna Bowen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

134.   Eugene Bowen, as the Personal Representative of the Estate of Donna Bowen, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Donna Bowen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eugene Bowen is a resident of Florida. Donna Bowen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

135.   Eugene Bowen Jr., individually, as surviving child of Donna Bowen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eugene Bowen Jr. is a resident of Florida. Donna Bowen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

136.   Dior P. Gordon, individually, as surviving child of Veronique N. Bowers, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dior P. Gordon is a resident of South Carolina. Veronique N. Bowers is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

24

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

137.   Dior P. Gordon, as the Personal Representative of the Estate of Veronique N. Bowers, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Veronique N. Bowers, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dior P. Gordon is a resident of South Carolina. Veronique N. Bowers is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

138.   Jeffery M. Bright, individually, as surviving sibling of Gary L. Bright, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeffery M. Bright is a resident of Tennessee. Gary L. Bright is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

139.   Jeffery M. Bright, as the Personal Representative of the Estate of Gary L. Bright, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gary L. Bright, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeffery M. Bright is a resident of Tennessee. Gary L. Bright is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

140.   Jennifer Love, as Personal Representative of the Estate of William Bright, deceased, the late parent of Gary L. Bright, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Love is a resident of Florida. Gary L. Bright is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

141.   Michael Hornback II, as Personal Representative of the Estate of Michelle L. Hornback, deceased, the late sibling of Gary L. Bright, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Hornback II, as Personal Representative of the Estate of Michelle L. Hornback is a resident of Indiana. Gary L. Bright is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

142. Andrea Caballero Valadez, individually, as surviving sibling of Daniel M. Caballero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Caballero Valadez is a resident of Texas. Daniel M. Caballero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

143. Andres Caballero, individually, as surviving parent of Daniel M. Caballero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andres Caballero is a resident of Texas. Daniel M. Caballero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

144. Claudia Caballero, individually, as surviving sibling of Daniel M. Caballero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Claudia Caballero is a resident of Texas. Daniel M. Caballero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

145. Maria Caballero, individually, as surviving parent of Daniel M. Caballero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Caballero is a resident of Texas. Daniel M. Caballero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

146. Maria Caballero, as the Personal Representative of the Estate of Daniel M. Caballero, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Daniel M. Caballero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Caballero is a resident of Texas. Daniel M. Caballero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

147. Jamie Cachia, individually, as surviving sibling of Brian Cachia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jamie Cachia is a resident of Texas. Brian Cachia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

26

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

148. Sabrina C. Spencer, individually, as surviving parent of Brian Cachia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sabrina C. Spencer is a resident of New York. Brian Cachia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

149. Joseph Cachia, individually, as surviving parent of Brian Cachia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Cachia is a resident of Florida. Brian Cachia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

150. Joseph Cachia, as the Personal Representative of the Estate of Brian Cachia, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brian Cachia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Cachia is a resident of Florida. Brian Cachia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

151. Alexander Calabro, individually, as surviving child of Salvatore B. Calabro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexander Calabro is a resident of New Jersey. Salvatore B. Calabro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

152. Daniel Calabro, individually, as surviving child of Salvatore B. Calabro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Calabro is a resident of New Jersey. Salvatore B. Calabro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

153. Francine Calabro, individually, as surviving spouse of Salvatore B. Calabro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francine Calabro is a resident of New Jersey. Salvatore B. Calabro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

154. Francine Calabro, as the Personal Representative of the Estate of Salvatore B. Calabro, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Salvatore B. Calabro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francine Calabro is a resident of New Jersey. Salvatore B. Calabro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

155. Carl Calabro, individually, as surviving sibling of Salvatore B. Calabro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carl Calabro is a resident of New York. Salvatore B. Calabro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

156. Martin Armstrong, individually, as surviving sibling of Felix Calixte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Martin Armstrong is a resident of Colorado. Felix Calixte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

157. Rhonda Branch, individually, as surviving sibling of Felix Calixte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rhonda Branch is a resident of U.S. Virgin Islands. Felix Calixte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

158. Peter Anderson Calixte, individually, as surviving sibling of Felix Calixte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Anderson Calixte is a resident of U.S. Virgin Islands. Felix Calixte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

159. Marguerite Calixte-Williams, individually, as surviving parent of Felix Calixte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marguerite Calixte-Williams is a resident of Colorado. Felix Calixte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda

and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

160.    Marguerite Calixte-Williams, as the Co-Personal Representative of the Estate of Felix Calixte, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Felix Calixte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marguerite Calixte-Williams is a resident of Colorado. Felix Calixte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

161.    Nina DeSouza, individually, as surviving sibling of Felix Calixte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nina DeSouza is a resident of Texas. Felix Calixte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

162.    Keream Williams, individually, as surviving sibling of Felix Calixte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Keream Williams is a resident of Texas. Felix Calixte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

163.    Kizzy Williams, individually, as surviving sibling of Felix Calixte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kizzy Williams is a resident of Texas. Felix Calixte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

164.    Remy Williams, individually, as surviving sibling of Felix Calixte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Remy Williams is a resident of Texas. Felix Calixte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

165.    Terra Williams, individually, as surviving sibling of Felix Calixte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Terra Williams is a resident of North Carolina. Felix Calixte is one of the Decedents murdered as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

166.   Angela Callahan, individually, as surviving spouse of Francis J. Callahan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angela Callahan is a resident of New York. Francis J. Callahan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

167.   Angela Callahan, as the Personal Representative of the Estate of Francis J. Callahan, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Francis J. Callahan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angela Callahan is a resident of New York. Francis J. Callahan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

168.   Harry Callahan, individually, as surviving child of Francis J. Callahan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Harry Callahan is a resident of New York. Francis J. Callahan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

169.   Nora M. Callahan, individually, as surviving child of Francis J. Callahan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nora M. Callahan is a resident of New York. Francis J. Callahan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

170.   Peter Callahan, individually, as surviving child of Francis J. Callahan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Callahan is a resident of New York. Francis J. Callahan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

171.   Rose (Callahan) Verno, individually, as surviving child of Francis J. Callahan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rose (Callahan)

Verno is a resident of New York. Francis J. Callahan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

172. Tereza Antonios, individually, as surviving child of Roko Camaj, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tereza Antonios is a resident of Austrailia. Roko Camaj is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

173. Angelina Camaj, individually, as surviving child of Roko Camaj, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angelina Camaj is a resident of New York. Roko Camaj is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

174. Katrina Camaj, individually, as surviving spouse of Roko Camaj, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katrina Camaj is a resident of New York. Roko Camaj is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

175. Katrina Camaj, as the Personal Representative of the Estate of Roko Camaj, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Roko Camaj, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katrina Camaj is a resident of New York. Roko Camaj is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

176. Vincent Camaj, individually, as surviving child of Roko Camaj, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vincent Camaj is a resident of New York. Roko Camaj is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

177. Darrick Carlone, individually, as surviving child of David G. Carlone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Darrick Carlone is a resident

docs-100618184.4

of New Jersey. David G. Carlone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

178. Matthew Carlone, individually, as surviving child of David G. Carlone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Carlone is a resident of New York. David G. Carlone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

179. Nicholas A. Carlone, individually, as surviving child of David G. Carlone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicholas A. Carlone is a resident of Connecticut. David G. Carlone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

180. Daniel R. Carlson, individually, as surviving child of Rosemarie C. Carlson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel R. Carlson is a resident of New Jersey. Rosemarie C. Carlson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

181. James D. Carlson, individually, as surviving child of Rosemarie C. Carlson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James D. Carlson is a resident of New York. Rosemarie C. Carlson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

182. Kimberly R. Carlson, individually, as surviving child of Rosemarie C. Carlson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kimberly R. Carlson is a resident of New Jersey. Rosemarie C. Carlson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

183. Stephen J. Carlson, individually, as surviving child of Rosemarie C. Carlson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen J. Carlson is a resident of New Jersey. Rosemarie C. Carlson is one of the Decedents murdered as a

result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

184. Crystal Ortiz, individually, as surviving child of Rosemarie C. Carlson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Crystal Ortiz is a resident of New York. Rosemarie C. Carlson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

185. Evita Ortiz, individually, as surviving child of Rosemarie C. Carlson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Evita Ortiz is a resident of Florida. Rosemarie C. Carlson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

186. Debra Carson, individually, as surviving spouse of James Carson Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debra Carson is a resident of New York. James Carson Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

187. Debra Carson, as the Personal Representative of the Estate of James Carson Jr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of James Carson Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debra Carson is a resident of New York. James Carson Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

188. James M. Carson, individually, as surviving child of James Carson Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. James M. Carson is a resident of New York. James Carson Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

189. Angenette Cash, individually, as surviving child of Angelene C. Carter, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angenette Cash is a resident

of Maryland. Angelene C. Carter is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

190.  Freddye Jean Carter-Perry a/k/a Freddye Carter-Perry, individually, as surviving child of Angelene C. Carter, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Freddye Jean Carter-Perry a/k/a Freddye Carter-Perry is a resident of Maryland. Angelene C. Carter is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

191.  Freddye Jean Carter-Perry a/k/a Freddye Carter-Perry, as the Personal Representative of the Estate of Angelene C. Carter, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Angelene C. Carter, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Freddye Jean Carter-Perry a/k/a Freddye Carter-Perry is a resident of Maryland. Angelene C. Carter is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

192.  Angilic Casalduc, individually, as surviving child of Vivian Casalduc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angilic Casalduc is a resident of New York. Vivian Casalduc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

193.  Paul Casalduc, individually, as surviving child of Vivian Casalduc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Casalduc is a resident of Florida. Vivian Casalduc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

194.  Yon-Paul Casalduc, as the Personal Representative of the Estate of Vivian Casalduc, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vivian Casalduc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yon-Paul Casalduc is a resident of New York. Vivian Casalduc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

34

which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

195. Jeanette Kirby, individually, as surviving sibling of Vivian Casalduc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeanette Kirby is a resident of Florida. Vivian Casalduc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

196. Maria Poliard, individually, as surviving parent of Vivian Casalduc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Poliard is a resident of Florida. Vivian Casalduc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

197. Evan Cascio, individually, as surviving sibling of Paul R. Cascio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Evan Cascio is a resident of California. Paul R. Cascio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

198. Evan Cascio, as the Personal Representative of the Estate of Paul R. Cascio, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul R. Cascio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Evan Cascio is a resident of California. Paul R. Cascio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

199. Janet Cascio, individually, as surviving parent of Paul R. Cascio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janet Cascio is a resident of New York. Paul R. Cascio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

200. Paul Cascio, individually, as surviving parent of Paul R. Cascio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Cascio is a resident of New York. Paul R. Cascio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

201. Diana P. Castano, individually, as surviving spouse of Alejandro Castano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Diana P. Castano is a resident of Connecticut. Alejandro Castano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

202. Diana P. Castano, as the Personal Representative of the Estate of Alejandro Castano, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alejandro Castano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Diana P. Castano is a resident of Connecticut. Alejandro Castano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

203. Francisco Castano, individually, as surviving parent of Alejandro Castano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francisco Castano is a resident of New Jersey. Alejandro Castano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

204. Steven Castano, individually, as surviving child of Alejandro Castano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Steven Castano is a resident of New Jersey. Alejandro Castano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

205. Yolanda Castano, individually, as surviving parent of Alejandro Castano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yolanda Castano is a resident of New Jersey. Alejandro Castano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

206. Claudia Rodriguez, individually, as surviving sibling of Alejandro Castano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Claudia Rodriguez is a resident of New Jersey. Alejandro Castano is one of the Decedents murdered as a result

of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

207.   John Doe 7, being intended to designate the Personal Representative of the Estate of Arcelia Castillo, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Arcelia Castillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Arcelia Castillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

208.   Rodrigo Gomez Castillo, individually, as surviving sibling of Arcelia Castillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rodrigo Gomez Castillo is a resident of South Carolina. Arcelia Castillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

209.   Anthony Roman, individually, as surviving child of Arcelia Castillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Roman is a resident of New Jersey. Arcelia Castillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

210.   Silvio Roman, individually, as surviving child of Arcelia Castillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Silvio Roman is a resident of New Jersey. Arcelia Castillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

211.   Ana L. Centeno, individually, as surviving sibling of Ana M. Centeno, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ana L. Centeno is a resident of New Jersey. Ana M. Centeno is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

212.   Jesus Centeno, individually, as surviving sibling of Ana M. Centeno, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jesus Centeno is a resident of Pennsylvania. Ana M. Centeno is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

213.   Antonia Torres Ayala, as Personal Representative of the Estate of Julio Masa Lebron, deceased, the late parent of Ana M. Centeno, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Antonia Torres Ayala is a resident of Puerto Rico. Ana M. Centeno is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

214.   Harry Massa, individually, as surviving sibling of Ana M. Centeno, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Harry Massa is a resident of Puerto Rico. Ana M. Centeno is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

215.   Havier Massa, individually, as surviving sibling of Ana M. Centeno, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Havier Massa is a resident of New Jersey. Ana M. Centeno is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

216.   Margarita Perez, individually, as surviving sibling of Ana M. Centeno, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margarita Perez is a resident of North Carolina. Ana M. Centeno is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

217.   Angeles Rivera, individually, as surviving sibling of Ana M. Centeno, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angeles Rivera is a resident of New Jersey. Ana M. Centeno is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

218. Angeles Rivera, as the Personal Representative of the Estate of Ana M. Centeno, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ana M. Centeno, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angeles Rivera is a resident of New Jersey. Ana M. Centeno is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

219. Antonia Torres Ayala, individually, as surviving parent of Ana M. Centeno, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Antonia Torres Ayala is a resident of New Jersey. Ana M. Centeno is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

220. Maria Zayas, individually, as surviving sibling of Ana M. Centeno, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Zayas is a resident of New Jersey. Ana M. Centeno is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

221. Tammy Marie Merritt a/k/a Tammy Marie Chada Merritt, individually, as surviving child of John Chada, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tammy Marie Merritt a/k/a Tammy Marie Chada Merritt is a resident of Missouri. John Chada is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

222. Virginia Chada, individually, as surviving spouse of John Chada, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Virginia Chada is a resident of Missouri. John Chada is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

223. Virginia Chada, as the Personal Representative of the Estate of John Chada, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Chada, is a Plaintiff seeking justice for the tragic events of

September 11, 2001. Virginia Chada is a resident of Missouri. John Chada is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

224. Darien P. Cherry, individually, as surviving child of Vernon P. Cherry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Darien P. Cherry is a resident of Virginia. Vernon P. Cherry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

225. John Doe 109 as Personal Representative of the Estate of Joanne Cherry, deceased, as the late spouse of Vernon P. Cherry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vernon P. Cherry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

226. Selena Daniel, individually, as surviving child of Vernon P. Cherry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Selena Daniel is a resident of Maryland. Vernon P. Cherry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

227. Selena Daniel, as Personal Representative of the Estate of Vernon P. Cherry, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vernon P. Cherry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Selena Daniel is a resident of Maryland. Vernon P. Cherry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

228. Scott Donovan, Esq. as Personal Representative of the Estate of Ryan Cherry, deceased, the late child of Vernon P. Cherry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scott Donovan, Esq. as Personal Representative of the Estate of Ryan Cherry is a resident of Virginia. Vernon P. Cherry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

229. Ana Soria, individually, as surviving spouse of Luis A. Chimbo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ana Soria is a resident of New York. Luis A. Chimbo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

230. BNY Mellon, as the Personal Representative of the Estate of Luis A. Chimbo, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luis A. Chimbo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luis A. Chimbo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

231. Luis Chimbo, individually, as surviving child of Luis A. Chimbo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luis Chimbo is a resident of New York. Luis A. Chimbo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

232. Fahina Chowdhury, individually, as surviving child of Mohammed S. Chowdhury, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Fahina Chowdhury is a resident of Pennsylvania. Mohammed S. Chowdhury is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

233. Farqad Chowdhury, individually, as surviving child of Mohammed S. Chowdhury, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Farqad Chowdhury is a resident of Pennsylvania. Mohammed S. Chowdhury is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

234. Baraheen Ashrafi, individually, as surviving spouse of Mohammed S. Chowdhury, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Baraheen Ashrafi is a resident of Pennsylvania. Mohammed S. Chowdhury is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

235.   Baraheen Ashrafi, as the Personal Representative of the Estate of Mohammed S. Chowdhury, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mohammed S. Chowdhury, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Baraheen Ashrafi is a resident of Pennsylvania. Mohammed S. Chowdhury is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

236.   Stephen P. Heuston, Esq., as the Personal Representative of the Estate of Edna Cintron, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edna Cintron, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen P. Heuston, Esq., is a resident of Florida. Edna Cintron is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

237.   Stephen P. Heuston, Esq. as Personal Representative for the Estate of William Cintron-Lugos a/k/a William Cintron, deceased, the late spouse of Edna Cintron, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen P. Heuston, Esq. is a resident of Florida. Edna Cintron is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

238.   Anthony Clark, individually, as surviving sibling of Benjamin K. Clark, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Clark is a resident of New York. Benjamin K. Clark is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

239.   Courtland Jerome Clark, individually, as surviving sibling of Benjamin K. Clark, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Courtland Jerome Clark is a resident of New York. Benjamin K. Clark is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

240.   Elsie Clark, individually, as surviving parent of Benjamin K. Clark, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elsie Clark is a resident of New York. Benjamin K. Clark is one of the Decedents murdered as a result of the terrorist attacks of

September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

241.   Gabriel Clark, individually, as surviving child of Benjamin K. Clark, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gabriel Clark is a resident of California. Benjamin K. Clark is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

242.   LaShawn Clark, individually, as surviving spouse of Benjamin K. Clark, is a Plaintiff seeking justice for the tragic events of September 11, 2001. LaShawn Clark is a resident of Pennsylvania. Benjamin K. Clark is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

243.   LaShawn Clark, as the Personal Representative of the Estate of Benjamin K. Clark, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Benjamin K. Clark, is a Plaintiff seeking justice for the tragic events of September 11, 2001. LaShawn Clark is a resident of Pennsylvania. Benjamin K. Clark is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

244.   Randy Clark, individually, as surviving sibling of Benjamin K. Clark, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Randy Clark is a resident of Illinois. Benjamin K. Clark is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

245.   Sean Clark, individually, as surviving child of Benjamin K. Clark, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sean Clark is a resident of Ohio. Benjamin K. Clark is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

246.   Taj-Pierre Clark, individually, as surviving child of Benjamin K. Clark, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Taj-Pierre Clark is a resident

43

of Pennsylvania. Benjamin K. Clark is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

247.    Elsie Clark as Personal Representative of the Estate of Benjamin Clark, Sr., deceased, the late parent of Benjamin K. Clark, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elsie Clark as Personal Representative of the Estate of Benjamin Clark. Sr. is a resident of New York. Benjamin K. Clark is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

248.    Brittany Hantz, individually, as surviving child of Benjamin K. Clark, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brittany Hantz is a resident of Pennsylvania. Benjamin K. Clark is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

249.    Sharon McAvinue, individually, as surviving sibling of Donna Clarke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sharon McAvinue is a resident of New York. Donna Clarke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

250.    Thomas G. McAvinue, individually, as surviving sibling of Donna Clarke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas G. McAvinue is a resident of Pennsylvania. Donna Clarke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

251.    Stephanie Marie Sampson, individually, as surviving child of Donna Clarke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephanie Marie Sampson is a resident of New York. Donna Clarke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

252.    Stephanie Marie Sampson, as the Personal Representative of the Estate of Donna Clarke, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled

beneficiaries and family members of Donna Clarke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephanie Marie Sampson is a resident of New York. Donna Clarke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

253. Patricia McAvinue McCarthy, individually, as surviving sibling of Donna Clarke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia McAvinue McCarthy is a resident of New York. Donna Clarke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

254. Cathleen Mary Cleary, individually, as surviving sibling of Kevin F. Cleary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cathleen Mary Cleary is a resident of Rhode Island. Kevin F. Cleary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

255. Christopher James Cleary, individually, as surviving sibling of Kevin F. Cleary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher James Cleary is a resident of North Carolina. Kevin F. Cleary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

256. Christopher James Cleary, as the co-Personal Representative of the Estate of Kevin F. Cleary, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kevin F. Cleary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher James Cleary is a resident of North Carolina. Kevin F. Cleary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

257. Christopher J. Cleary and Patricia M. Cleary, as co-Personal Representatives of the Estate of Elizabeth Cleary, deceased, the late parent of Kevin F. Cleary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher J. Cleary and Patricia M. Cleary are residents of North Carolina. Kevin F. Cleary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic

45

Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

258.    Michael G. Cleary, individually, as surviving sibling of Kevin F. Cleary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael G. Cleary is a resident of Connecticut. Kevin F. Cleary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

259.    Patricia Mary Cleary, individually, as surviving sibling of Kevin F. Cleary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Mary Cleary is a resident of North Carolina. Kevin F. Cleary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

260.    Patricia Mary Cleary, as the co-Personal Representative of the Estate of Kevin F. Cleary, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kevin F. Cleary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Mary Cleary is a resident of North Carolina. Kevin F. Cleary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

261.    Thomas J. Cleary, individually, as surviving sibling of Kevin F. Cleary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas J. Cleary is a resident of the District of Columbia. Kevin F. Cleary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

262.    Maureen Cleary Colligan, individually, as surviving sibling of Kevin F. Cleary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Cleary Colligan is a resident of Connecticut. Kevin F. Cleary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

263.    Mio Cloud, individually, as surviving spouse of Geoffrey Cloud, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mio Cloud is a resident of Connecticut. Geoffrey Cloud is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

264.   Mio Cloud, as the Personal Representative of the Estate of Geoffrey Cloud, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Geoffrey Cloud, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mio Cloud is a resident of Connecticut. Geoffrey Cloud is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

265.   Beth Schutte, as the Personal Representative of the Estate of Patricia A. Cody, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patricia A. Cody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Beth Schutte is a resident of Pennsylvania. Patricia A. Cody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

266.   Beth Schutte, individually, as surviving child of Patricia A. Cody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Beth Schutte is a resident of Pennsylvania. Patricia A. Cody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

267.   Joyce Cohen-Day, individually, as surviving child of Florence Cohen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joyce Cohen-Day is a resident of Florida. Florence Cohen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

268.   Joyce Cohen-Day, as the Personal Representative of the Estate of Florence Cohen, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Florence Cohen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joyce Cohen-Day is a resident of Florida. Florence Cohen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

269.  John Doe 9 as Personal Representative of the Estate of Mildred Gordonson, deceased, the late parent of Florence Cohen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Florence Cohen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

270.  Juana Colon, individually, as surviving spouse of Jaime Concepcion, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Juana Colon is a resident of New York. Jaime Concepcion is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

271.  Juana Colon, as the Personal Representative of the Estate of Jaime Concepcion, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jaime Concepcion, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Juana Colon is a resident of New York. Jaime Concepcion is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

272.  Orquidia Colon, individually, as surviving child of Jaime Concepcion, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Orquidia Colon is a resident of New York. Jaime Concepcion is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

273.  Reginald Colon, individually, as surviving child of Jaime Concepcion, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Reginald Colon is a resident of New York. Jaime Concepcion is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

274.  Rosa Colon, individually, as surviving child of Jaime Concepcion, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosa Colon is a resident of New York. Jaime Concepcion is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

275. Mercedes Concepcion, individually, as surviving child of Jaime Concepcion, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mercedes Concepcion is a resident of Arizona. Jaime Concepcion is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

276. Jaime Concepcion Jr., individually, as surviving child of Jaime Concepcion, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jaime Concepcion Jr. is a resident of New York. Jaime Concepcion is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

277. Virginia Concepcion Desoto, individually, as surviving child of Jaime Concepcion, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Virginia Concepcion Desoto is a resident of New York. Jaime Concepcion is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

278. Kirsy Concepcion Salazar, individually, as surviving child of Jaime Concepcion, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kirsy Concepcion Salazar is a resident of New York. Jaime Concepcion is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

279. April Alexander, individually, as surviving sibling of Brenda E. Conway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. April Alexander is a resident of New York. Brenda E. Conway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

280. Stanley Alexander, individually, as surviving sibling of Brenda E. Conway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stanley Alexander is a resident of Georgia. Brenda E. Conway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

281. Mandell Conway, individually, as surviving child of Brenda E. Conway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mandell Conway is a resident of New York. Brenda E. Conway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

282. Russell Conway, individually, as surviving spouse of Brenda E. Conway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Russell Conway is a resident of Georgia. Brenda E. Conway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

283. Russell Conway, as the Personal Representative of the Estate of Brenda E. Conway, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brenda E. Conway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Russell Conway is a resident of Georgia. Brenda E. Conway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

284. Linda McGee, individually, as surviving sibling of Brenda E. Conway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda McGee is a resident of New York. Brenda E. Conway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

285. Shelly Ray Watford as Personal Representative of the Estate of Edith Watford, deceased, the late parent of Brenda E. Conway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shelly Ray Watford as Personal Representative of the Estate of Edith Watford is a resident of New York. Brenda E. Conway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

286. Danielle Alexander, individually, as surviving child of Brenda E. Conway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Danielle Alexander is a resident of New York. Brenda E. Conway is one of the Decedents murdered as a result of

the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

287. Jermaine Cook, as the Personal Representative of the Estate of Helen Cook, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Helen Cook, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jermaine Cook is a resident of Maryland. Helen Cook is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

288. Blanca M. Garcia, individually, as surviving sibling of Helen Cook, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Blanca M. Garcia is a resident of New York. Helen Cook is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

289. Edson Garcia, individually, as surviving sibling of Helen Cook, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edson Garcia is a resident of Florida. Helen Cook is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

290. Keidy Garcia, individually, as surviving sibling of Helen Cook, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Keidy Garcia is a resident of Louisiana. Helen Cook is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

291. Teoflia Garcia, individually, as surviving parent of Helen Cook, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teoflia Garcia is a resident of New York. Helen Cook is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

292. Moises Cordero, individually, as surviving parent of Alejandro Cordero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Moises Cordero is a resident of New York. Alejandro Cordero is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

293.   Moises Cordero, as the Personal Representative of the Estate of Alejandro Cordero, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alejandro Cordero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Moises Cordero is a resident of New York. Alejandro Cordero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

294.   Teresa Cordero, individually, as surviving parent of Alejandro Cordero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa Cordero is a resident of New York. Alejandro Cordero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

295.   Wellington Cordero, individually, as surviving sibling of Alejandro Cordero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wellington Cordero is a resident of New York. Alejandro Cordero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

296.   Moises Cordero Jr., individually, as surviving sibling of Alejandro Cordero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Moises Cordero Jr. is a resident of New York. Alejandro Cordero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

297.   Marina Correa, individually, as surviving parent of Danny Correa-Gutierrez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marina Correa is a resident of New Jersey. Danny Correa-Gutierrez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

298.   Jessica Correa, individually, as surviving sibling of Danny Correa-Gutierrez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica Correa is a resident of

New Jersey. Danny Correa-Gutierrez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

299. John Doe 11, being intended to designate the Personal Representative of the Estate of Danny Correa-Gutierrez, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Danny Correa-Gutierrez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Danny Correa-Gutierrez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

300. Robert E. Marisay Jr., individually, as surviving sibling of Georgine R. Corrigan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert E. Marisay Jr. is a resident of Georgia. Georgine R. Corrigan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

301. Laura Buck, individually, as surviving child of Georgine R. Corrigan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Buck is a resident of Hawaii. Georgine R. Corrigan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

302. Laura Buck, as the Personal Representative of the Estate of Georgine R. Corrigan, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Georgine R. Corrigan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Buck is a resident of Hawaii. Georgine R. Corrigan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

303. Albertina Rivera, individually, as surviving parent of Digna Costanza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Albertina Rivera is a resident of New York. Digna Costanza is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

304. Ingrid Rivera, individually, as surviving sibling of Digna Costanza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ingrid Rivera is a resident of New York. Digna Costanza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

305. Uriel Rivera Jr., individually, as surviving sibling of Digna Costanza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Uriel Rivera Jr. is a resident of New York. Digna Costanza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

306. Uriel Rivera Sr., individually, as surviving parent of Digna Costanza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Uriel Rivera Sr. is a resident of New York. Digna Costanza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

307. John Costanza, individually, as surviving spouse of Digna Costanza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Costanza is a resident of Florida. Digna Costanza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

308. John Costanza, as the Personal Representative of the Estate of Digna Costanza, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Digna Costanza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Costanza is a resident of New York. Digna Costanza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

309. Kathleen Birch, individually, as surviving sibling of Charles Costello, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Birch is a resident of New Jersey. Charles Costello, Jr. is one of the Decedents murdered as a result of the

54

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

310.   Charles Costello, individually, as surviving child of Charles Costello, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charles Costello is a resident of New Jersey. Charles Costello, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

311.   Mary Costello, individually, as surviving spouse of Charles Costello, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Costello is a resident of New Jersey. Charles Costello, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

312.   Mary Costello, as the Personal Representative of the Estate of Charles Costello, Jr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles Costello, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Costello is a resident of New Jersey. Charles Costello, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

313.   Patricia Costello, individually, as surviving sibling of Charles Costello, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Costello is a resident of New Jersey. Charles Costello, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

314.   Raymond Costello, individually, as surviving sibling of Charles Costello, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raymond Costello is a resident of Florida. Charles Costello, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

315.   Patricia Costello as Personal Representative of the Estate of Charles Costello, Sr., deceased, the late parent of Charles Costello, Jr., is a Plaintiff seeking justice for the

tragic events of September 11, 2001. Patricia Costello as Personal Representative of the Estate of Charles Costello, Sr. is a resident of New Jersey. Charles Costello, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

316.   MaryKate Naples, individually, as surviving child of Charles Costello, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. MaryKate Naples is a resident of New Jersey. Charles Costello, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

317.   Amanda Taylor, individually, as surviving child of Charles Costello, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amanda Taylor is a resident of New Jersey. Charles Costello, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

318.   James Coyle, individually, as surviving parent of James R. Coyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Coyle is a resident of New York. James R. Coyle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

319.   James Coyle, as the Personal Representative of the Estate of James R. Coyle, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of James R. Coyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Coyle is a resident of New York. James R. Coyle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

320.   Katherine Coyle, individually, as surviving sibling of James R. Coyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katherine Coyle is a resident of New York. James R. Coyle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

321.    Regina Coyle, individually, as surviving parent of James R. Coyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Regina Coyle is a resident of New York. James R. Coyle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

322.    Joseph Coyle, individually, as surviving sibling of James R. Coyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Coyle is a resident of New York. James R. Coyle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

323.    Charles Cross, individually, as surviving sibling of Dennis Cross, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charles Cross is a resident of New York. Dennis Cross is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

324.    Virginia Fredriksen, individually, as surviving sibling of Dennis Cross, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Virginia Fredriksen is a resident of New York. Dennis Cross is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

325.    Carol Cubas, individually, as surviving spouse of Kenneth J. Cubas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carol Cubas is a resident of Maine. Kenneth J. Cubas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

326.    Carol Cubas, as the Personal Representative of the Estate of Kenneth J. Cubas, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth J. Cubas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carol Cubas is a resident of Maine. Kenneth J. Cubas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

327. Helga Curtin, individually, as surviving spouse of Michael Curtin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Helga Curtin is a resident of New York. Michael Curtin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

328. Helga Curtin, as the Personal Representative of the Estate of Michael Curtin, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Curtin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Helga Curtin is a resident of New York. Michael Curtin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

329. Erika C. Sufilka, individually, as surviving child of Michael Curtin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erika C. Sufilka is a resident of Canada. Michael Curtin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

330. Anand A. Dataram, individually, as surviving sibling of Annette A. Dataram, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anand A. Dataram is a resident of Delaware. Annette A. Dataram is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

331. Mahadai Dataram, individually, as surviving parent of Annette A. Dataram, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mahadai Dataram is a resident of Delaware. Annette A. Dataram is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

332. Mahadai Dataram, as the Personal Representative of the Estate of Annette A. Dataram, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Annette A. Dataram, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mahadai Dataram is a resident of Delaware. Annette A. Dataram is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

333.   Ronald Dataram, individually, as surviving sibling of Annette A. Dataram, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ronald Dataram is a resident of New York. Annette A. Dataram is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

334.   Adam Davidson, individually, as surviving child of Lawrence Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Adam Davidson is a resident of Oregon. Lawrence Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

335.   Adam Davidson, as the co-Personal Representative of the Estate of Lawrence Davidson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lawrence Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Adam Davidson is a resident of Oregon. Lawrence Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

336.   Daniel Davidson, as the co-Personal Representative of the Estate of Lawrence Davidson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lawrence Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Davidson is a resident of New York. Lawrence Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

337.   Marc Davidson, individually, as surviving child of Lawrence Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marc Davidson is a resident of Canada. Lawrence Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

338.   Delores Akinshara a/k/a Monica Akinshara, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001.

Delores Akinshara a/k/a Monica Akinshara is a resident of Canada. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

339.    Tanya Dale, individually, as surviving child of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tanya Dale is a resident of New York. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

340.    Tanya Dale, as the Personal Representative of the Estate of Titus Davidson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tanya Dale is a resident of New York. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

341.    Denzil Davidson, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Denzil Davidson is a resident of Jamaica. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

342.    Janet Davidson, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janet Davidson is a resident of Canada. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

343.    Merna Davidson, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Merna Davidson is a resident of Canada. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

344.    Michelle Davidson, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michelle Davidson is a

resident of Canada. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

345.   Noel Davidson, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Noel Davidson is a resident of Jamaica. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

346.   Phillip Davidson, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Phillip Davidson is a resident of Jamaica. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

347.   Rose Davidson, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rose Davidson is a resident of Canada. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

348.   Sam Davidson, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sam Davidson is a resident of Canada. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

349.   Trevor Davidson, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Trevor Davidson is a resident of Canada. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

350.   William Davidson, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Davidson is a resident of Canada. Titus Davidson is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

351.    Phillip Davidson as Personal Representative of the Estate of Ragland Davidson, deceased, the late parent of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Phillip Davidson as Personal Representative of the Estate of Ragland Davidson is a resident of Jamaica. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

352.    Carol Davidson-Simpson, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carol Davidson-Simpson is a resident of Jamaica. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

353.    Evis Jones, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Evis Jones is a resident of Jamaica. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

354.    Amy M. Knight, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amy M. Knight is a resident of Jamaica. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

355.    Shirley White, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shirley White is a resident of Canada. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

356.    Paige Debek, individually, as surviving child of Tara Debek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paige Debek is a resident of New York. Tara Debek is one of the Decedents murdered as a result of the terrorist attacks of September

62

11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

357.   Dariusz Debek, as the Personal Representative of the Estate of Tara Debek, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tara Debek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dariusz Debek is a resident of New York. Tara Debek is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

358.   Maureen Moore, individually, as surviving parent of Tara Debek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Moore is a resident of New York. Tara Debek is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

359.   Robert Moore, individually, as surviving sibling of Tara Debek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Moore is a resident of New York. Tara Debek is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

360.   Lisa Reahl, individually, as surviving sibling of Tara Debek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Reahl is a resident of New York. Tara Debek is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

361.   Dale Choate, individually, as surviving sibling of Gerald F. DeConto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dale Choate is a resident of Massachusetts. Gerald F. DeConto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

362.   David DeConto, individually, as surviving sibling of Gerald F. DeConto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David DeConto is a resident of Massachusetts. Gerald F. DeConto is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

363. G. Don Westfall, as the Personal Representative of the Estate of Gerald F. DeConto, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gerald F. DeConto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. G. Don Westfall is a resident of Virginia. Gerald F. DeConto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

364. Patricia DeConto, individually, as surviving parent of Gerald F. DeConto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia DeConto is a resident of Massachusetts. Gerald F. DeConto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

365. Raymond DeConto, individually, as surviving sibling of Gerald F. DeConto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raymond DeConto is a resident of Connecticut. Gerald F. DeConto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

366. Marie DeConto LeBlanc, individually, as surviving sibling of Gerald F. DeConto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marie DeConto LeBlanc is a resident of Massachusetts. Gerald F. DeConto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

367. Alfred DeMartini, individually, as surviving sibling of Francis DeMartini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alfred DeMartini is a resident of Pennsylvania. Francis DeMartini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

368. Dominic DeMartini, individually, as surviving child of Francis DeMartini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dominic DeMartini is a

resident of New York. Francis DeMartini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

369. Nicole DeMartini a/k/a Nicole Fasnacht-DeMartini, individually, as surviving spouse of Francis DeMartini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicole DeMartini a/k/a Nicole Fasnacht-DeMartini is a resident of New York. Francis DeMartini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

370. Nicole DeMartini a/k/a Nicole Fasnacht-DeMartini, as the Personal Representative of the Estate of Francis DeMartini, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Francis DeMartini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicole DeMartini a/k/a Nicole Fasnacht-DeMartini is a resident of New York. Francis DeMartini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

371. Paul DeMartini, individually, as surviving sibling of Francis DeMartini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul DeMartini is a resident of New Jersey. Francis DeMartini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

372. Rosemary DeMartini, individually, as surviving sibling of Francis DeMartini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosemary DeMartini is a resident of Colorado. Francis DeMartini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

373. Sabrina DeMartini, individually, as surviving child of Francis DeMartini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sabrina DeMartini is a resident of New York. Francis DeMartini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

374. Nina DeMartini Day, individually, as surviving sibling of Francis DeMartini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nina DeMartini Day is a resident of New York. Francis DeMartini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

375. Alfred DeMartini, as Personal Representative of the Estate of Alberta DeMartini, deceased, the late parent of Francis DeMartini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alfred DeMartini, as Personal Representative of the Estate of Alberta DeMartini is a resident of Pennsylvania. Francis DeMartini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

376. Paul DeMartini, as Personal Representative of the Estate of Alfred DeMartini, deceased, the late parent of Francis DeMartini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul DeMartini, as Personal Representative of the Estate of Alfred DeMartini is a resident of New York. Francis DeMartini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

377. Juan De Jesus Rodriguez, individually, as surviving sibling of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Juan De Jesus Rodriguez is a resident of Massachusetts. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

378. Anny De Jesus De Pena Rodriguez, individually, as surviving sibling of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anny De Jesus De Pena Rodriguez is a resident of the Dominican Republic. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

379. Edwin N. Depena, individually, as surviving child of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edwin N. Depena is a resident of Rhode Island. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

380.  Marlin Nicole Depena, individually, as surviving child of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marlin Nicole Depena is a resident of Rhode Island. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

381.  Victor T. Depena, individually, as surviving sibling of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Victor T. Depena is a resident of Massachusetts. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

382.  Virgilio N. Depena, individually, as surviving parent of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Virgilio N. Depena is a resident of New York. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

383.  Daniel N. Depena Mora, individually, as surviving child of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel N. Depena Mora is a resident of Czech Republic. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

384.  Belkis A. Depena Rodriguez, individually, as surviving sibling of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Belkis A. Depena Rodriguez is a resident of the Dominican Republic. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

385.  Jorge A. Depena Rodriguez, individually, as surviving sibling of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jorge A. Depena Rodriguez is a resident of the Dominican Republic. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International

Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

386. BNY Mellon, as the Personal Representative of the Estate of Jose Depena, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

387. Yanet Del Carmen Rodriguez De La Cruz, as Personal Representative of the Estate of Miguel Angel Rodriguez, deceased, the late sibling of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yanet Del Carmen Rodriguez De La Cruz, as Personal Representative of the Estate of Miguel Angel Rodriguez is a resident of the Dominican Republic. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

388. Pura A. Rodriguez, individually, as surviving parent of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pura A. Rodriguez is a resident of Massachusetts. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

389. Veronica Altagracia Sanchez Depena, individually, as surviving sibling of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Veronica Altagracia Sanchez Depena is a resident of Connecticut. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

390. Clara Depena, individually, as surviving sibling of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Clara Depena is a resident of Massachusetts. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

391. Maxima Depena, individually, as surviving spouse of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maxima Depena is a resident of Rhode Island. Jose Depena is one of the Decedents murdered as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

392.   Quilcio Depena, individually, as surviving sibling of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Quilcio Depena is a resident of the Dominican Republic. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

393.   William Depena, individually, as surviving sibling of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Depena is a resident of Massachusetts. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

394.   Angela DeRubbio, individually, as surviving sibling of David P. DeRubbio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angela DeRubbio is a resident of Texas. David P. DeRubbio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

395.   Anthony J. DeRubbio, individually, as surviving sibling of David P. DeRubbio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony J. DeRubbio is a resident of New Hampshire. David P. DeRubbio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

396.   Dominick A. DeRubbio, individually, as surviving sibling of David P. DeRubbio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dominick A. DeRubbio is a resident of New York. David P. DeRubbio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

397.   Jessica DeRubbio, individually, as surviving child of David P. DeRubbio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica DeRubbio is a resident of New Jersey. David P. DeRubbio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and

Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

398.   Lorraine D. DeRubbio, individually, as surviving spouse of David P. DeRubbio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lorraine D. DeRubbio is a resident of New Jersey. David P. DeRubbio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

399.   Lorraine D. DeRubbio, as the Personal Representative of the Estate of David P. DeRubbio, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of David P. DeRubbio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lorraine D. DeRubbio is a resident of New York. David P. DeRubbio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

400.   Marion DeRubbio, individually, as surviving parent of David P. DeRubbio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marion DeRubbio is a resident of New York. David P. DeRubbio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

401.   Robert Anthony DeRubbio, individually, as surviving sibling of David P. DeRubbio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Anthony DeRubbio is a resident of North Carolina. David P. DeRubbio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

402.   Mary Lee Ianno, individually, as surviving sibling of David P. DeRubbio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Lee Ianno is a resident of New York. David P. DeRubbio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

403.   Mary Lee Ianno as Personal Representative of the Estate of Albert DeRubbio (Sr.), deceased, the late parent of David P. DeRubbio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Lee Ianno as Personal Representative of the Estate

of Albert DeRubbio (Sr.) is a resident of New York. David P. DeRubbio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

404.   Anthony Desperito, individually, as surviving child of Andrew Desperito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Desperito is a resident of Florida. Andrew Desperito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

405.   David Desperito, individually, as surviving child of Andrew Desperito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Desperito is a resident of Texas. Andrew Desperito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

406.   Laura Desperito-Filiberto, individually, as surviving spouse of Andrew Desperito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Desperito-Filiberto is a resident of Florida. Andrew Desperito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

407.   Laura Desperito-Filiberto, as the Personal Representative of the Estate of Andrew Desperito, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Andrew Desperito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Desperito-Filiberto is a resident of Florida. Andrew Desperito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

408.   Joseph A. Deuel, individually, as surviving sibling of Cindy Ann Deuel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph A. Deuel is a resident of Florida. Cindy Ann Deuel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

409.   Joseph P. Deuel, individually, as surviving parent of Cindy Ann Deuel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph P. Deuel is a resident of Pennsylvania. Cindy Ann Deuel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

410.   Richard A. Deuel, individually, as surviving sibling of Cindy Ann Deuel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard A. Deuel is a resident of California. Cindy Ann Deuel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

411.   John Doe 15, being intended to designate the Personal Representative of the Estate of Cindy Ann Deuel, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Cindy Ann Deuel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cindy Ann Deuel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

412.   Patricia Kocian, individually, as surviving parent of Cindy Ann Deuel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Kocian is a resident of Pennsylvania. Cindy Ann Deuel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

413.   Casey Devlin, individually, as surviving child of Dennis L. Devlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Casey Devlin is a resident of New York. Dennis L. Devlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

414.   Dennis Devlin, individually, as surviving child of Dennis L. Devlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dennis Devlin is a resident of New York. Dennis L. Devlin is one of the Decedents murdered as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

415. Kathleen A. Devlin, individually, as surviving spouse of Dennis L. Devlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen A. Devlin is a resident of New Jersey. Dennis L. Devlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

416. Kathleen A. Devlin, as the Personal Representative of the Estate of Dennis L. Devlin, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dennis L. Devlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen A. Devlin is a resident of New Jersey. Dennis L. Devlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

417. Kathleen E. Devlin, individually, as surviving child of Dennis L. Devlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen E. Devlin is a resident of New York. Dennis L. Devlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

418. Kerry Sharkey, individually, as surviving child of Dennis L. Devlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kerry Sharkey is a resident of New York. Dennis L. Devlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

419. Sandra Ahern as Personal Representative of the Estate of Christopher Diaz, deceased, the late sibling of Matthew Diaz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sandra Ahern as Personal Representative of the Estate of Christopher Diaz is a resident of Florida. Matthew Diaz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

420.   Christopher J. Diaz, individually, as surviving child of Matthew Diaz, is a Plaintiff
       seeking justice for the tragic events of September 11, 2001. Christopher J. Diaz is a
       resident of New York. Matthew Diaz is one of the Decedents murdered as a result of the
       terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin
       Laden, and to which Muslim World League, International Islamic Relief Organization,
       World Assembly of Muslim Youth, and Yassin Kadi provided material support and
       assistance in furtherance of the attacks.

421.   Michael C. Diaz, individually, as surviving sibling of Matthew Diaz, is a Plaintiff seeking
       justice for the tragic events of September 11, 2001. Michael C. Diaz is a resident of
       Massachusetts. Matthew Diaz is one of the Decedents murdered as a result of the terrorist
       attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,
       and to which Muslim World League, International Islamic Relief Organization, World
       Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in
       furtherance of the attacks.

422.   Christopher J. Diaz as Personal Representative of the Estate of Michael Diaz, deceased,
       the late child of Matthew Diaz, is a Plaintiff seeking justice for the tragic events of
       September 11, 2001. Christopher J. Diaz as Personal Representative of the Estate of
       Michael Diaz is a resident of New York. Matthew Diaz is one of the Decedents murdered
       as a result of the terrorist attacks of September 11, 2001, that were carried out by al-
       Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic
       Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided
       material support and assistance in furtherance of the attacks.

423.   Florence Kneff, as the Personal Representative of the Estate of Matthew Diaz, deceased,
       on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries
       and family members of Matthew Diaz, is a Plaintiff seeking justice for the tragic events
       of September 11, 2001. Florence Kneff is a resident of New York. Matthew Diaz is one
       of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that
       were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League,
       International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin
       Kadi provided material support and assistance in furtherance of the attacks.

424.   Florence Kneff as Personal Representative of the Estate of Karen Diaz, deceased, the late
       spouse of Matthew Diaz, is a Plaintiff seeking justice for the tragic events of September
       11, 2001. Florence Kneff as Personal Representative of the Estate of Karen Diaz is a
       resident of New York. Matthew Diaz is one of the Decedents murdered as a result of the
       terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin
       Laden, and to which Muslim World League, International Islamic Relief Organization,
       World Assembly of Muslim Youth, and Yassin Kadi provided material support and
       assistance in furtherance of the attacks.

425.   James E. DiChiaro as Personal Representative of the Estate of Joseph L. DiChiaro,
       deceased, the late spouse of Patricia F. DiChiaro, is a Plaintiff seeking justice for the
       tragic events of September 11, 2001. James E. DiChiaro as Personal Representative of the
       Estate of Joseph L. DiChiaro is a resident of New York. Patricia F. DiChiaro is one of the
       Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were

carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

426.   James E. DiChiaro, individually, as surviving child of Patricia F. DiChiaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James E. DiChiaro is a resident of New York. Patricia F. DiChiaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

427.   James E. DiChiaro, as the Personal Representative of the Estate of Patricia F. DiChiaro, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patricia F. DiChiaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James E. DiChiaro is a resident of New York. Patricia F. DiChiaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

428.   Thomas L. DiChiaro, individually, as surviving child of Patricia F. DiChiaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas L. DiChiaro is a resident of New York. Patricia F. DiChiaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

429.   Camille Doany, individually, as surviving sibling of Ramzi A. Doany, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Camille Doany is a resident of Jordan. Ramzi A. Doany is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

430.   Samia Doany, individually, as surviving parent of Ramzi A. Doany, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Samia Doany is a resident of Virginia. Ramzi A. Doany is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

431.   Dina Doany-Azzam, individually, as surviving sibling of Ramzi A. Doany, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dina Doany-Azzam is a resident of Virginia. Ramzi A. Doany is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

432. Dina Doany-Azzam, as the Personal Representative of the Estate of Ramzi A. Doany, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ramzi A. Doany, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dina Doany-Azzam is a resident of Virginia. Ramzi A. Doany is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

433. Ibrahim Doany, individually, as surviving sibling of Ramzi A. Doany, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ibrahim Doany is a resident of Jordan. Ramzi A. Doany is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

434. Daryl Gabriel, individually, as surviving child of Benilda Domingo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daryl Gabriel is a resident of New York. Benilda Domingo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

435. Benjamin Dominguez, Jr., individually, as surviving sibling of Carlos Dominguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Benjamin Dominguez, Jr. is a resident of Vermont. Carlos Dominguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

436. Benjamin Dominguez, Jr. as Personal Representative of the Estate of Benjamin Dominguez, Sr., deceased, the late parent of Carlos Dominguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Benjamin Dominguez, Jr. as Personal Representative of the Estate of Benjamin Dominguez, Sr. is a resident of Vermont. Carlos Dominguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

437.  Benjamin Dominguez, Jr. as Personal Representative of the Estate of Eugenia
Dominguez, deceased, the late parent of Carlos Dominguez, is a Plaintiff seeking justice
for the tragic events of September 11, 2001. Benjamin Dominguez, Jr. as Personal
Representative of the Estate of Eugenia Dominguez is a resident of Vermont. Carlos
Dominguez is one of the Decedents murdered as a result of the terrorist attacks of
September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to
which Muslim World League, International Islamic Relief Organization, World
Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in
furtherance of the attacks.

438.  Chang Don Kim, individually, as surviving parent of Lawrence Don Kim, is a Plaintiff
seeking justice for the tragic events of September 11, 2001. Chang Don Kim is a resident
of Washington. Lawrence Don Kim is one of the Decedents murdered as a result of the
terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin
Laden, and to which Muslim World League, International Islamic Relief Organization,
World Assembly of Muslim Youth, and Yassin Kadi provided material support and
assistance in furtherance of the attacks.

439.  Chang Don Kim, as the Personal Representative of the Estate of Lawrence Don Kim,
deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled
beneficiaries and family members of Lawrence Don Kim, is a Plaintiff seeking justice for
the tragic events of September 11, 2001. Chang Don Kim is a resident of Washington.
Lawrence Don Kim is one of the Decedents murdered as a result of the terrorist attacks of
September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to
which Muslim World League, International Islamic Relief Organization, World
Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in
furtherance of the attacks.

440.  Catherine Fleming as Personal Representative of the Estate of Soh Ryang Kim, deceased,
the late parent of Lawrence Don Kim, is a Plaintiff seeking justice for the tragic events of
September 11, 2001. Catherine Fleming as Personal Representative of the Estate of Soh
Ryang Kim is a resident of Washington. Lawrence Don Kim is one of the Decedents
murdered as a result of the terrorist attacks of September 11, 2001, that were carried out
by al-Qaeda and Osama bin Laden, and to which Muslim World League, International
Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi
provided material support and assistance in furtherance of the attacks.

441.  Catherine Fleming, individually, as surviving sibling of Lawrence Don Kim, is a Plaintiff
seeking justice for the tragic events of September 11, 2001. Catherine Fleming is a
resident of Washington. Lawrence Don Kim is one of the Decedents murdered as a result
of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and
Osama bin Laden, and to which Muslim World League, International Islamic Relief
Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material
support and assistance in furtherance of the attacks.

442.  John Doe 106, being intended to designate the Personal Representative of the Estate of
George A. Cuellar, deceased, said name being fictitious, her/his true name is not
presently known, confirmed, and/or has not been duly appointed by a court of competent

jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) the late life partner of Luke Dudek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luke Dudek is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

443.    John Doe 107, being intended to designate the Personal Representative of the Estate of Luke Dudek, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luke Dudek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luke Dudek is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

444.    April Horton, individually, as surviving sibling of Edward T. Earhart, is a Plaintiff seeking justice for the tragic events of September 11, 2001. April Horton is a resident of Kentucky. Edward T. Earhart is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

445.    Andrea Stauter, individually, as surviving sibling of Edward T. Earhart, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Stauter is a resident of Kentucky. Edward T. Earhart is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

446.    Andrea Stauter, as the Personal Representative of the Estate of Edward T. Earhart, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward T. Earhart, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Stauter is a resident of Kentucky. Edward T. Earhart is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

447.   Andrea Stauter as Personal Representative of the Estate of Charlotte Earhart, deceased, the late parent of Edward T. Earhart, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Stauter as Personal Representative of the Estate of Charlotte Earhart is a resident of Kentucky. Edward T. Earhart is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

448.   Andrea Stauter as Personal Representative of the Estate of Thomas Earhart, deceased, the late parent of Edward T. Earhart, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Stauter as Personal Representative of the Estate of Thomas Earhart is a resident of Kentucky. Edward T. Earhart is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

449.   Christopher Aiello as Personal Representative of the Estate of Joan Aiello, deceased, the late sibling of John E. Eichler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Aiello is a resident of Florida. John E. Eichler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

450.   John Churchill as Personal Representative of the Estate of Lois Churchill, deceased, the late sibling of John E. Eichler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Churchill as Personal Representative of the Estate of Lois Churchill is a resident of New Jersey. John E. Eichler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

451.   John R. Eichler, individually, as surviving child of John E. Eichler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John R. Eichler is a resident of New Jersey. John E. Eichler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

452.   John R. Eichler, as the Personal Representative of the Estate of John E. Eichler, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John E. Eichler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John R. Eichler is a resident of New Jersey. John E. Eichler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001,

that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

453.   John R. Eichler as Personal Representative of the Estate of Margaret L. Eichler, deceased, the late spouse of John E. Eichler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John R. Eichler as Personal Representative of the Estate of Margaret L. Eichler is a resident of New Jersey. John E. Eichler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

454.   Catherine Ericson, individually, as surviving child of Ulf Ramm Ericson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Ericson is a resident of Connecticut. Ulf Ramm Ericson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

455.   Catherine Ericson, as Personal Representative of the Estate of Helen Carole Ericson, deceased, the late spouse of Ulf Ramm Ericson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Ericson, as Personal Representative of the Estate of Helen Carole Ericson, is a resident of Connecticut. Ulf Ramm Ericson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

456.   Catherine Ericson, as the Personal Representative of the Estate of Ulf Ramm Ericson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ulf Ramm Ericson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Ericson is a resident of Connecticut. Ulf Ramm Ericson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

457.   Itauma Ette, individually, as surviving sibling of Sadie Ette, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Itauma Ette is a resident of New York. Sadie Ette is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

458.     Benjamin Edokpayi, as the Personal Representative of the Estate of Sadie Ette, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sadie Ette, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Benjamin Edokpayi is a resident of California. Sadie Ette is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

459.     Sarah DeSimone, individually, as surviving child of Catherine Fagan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sarah DeSimone is a resident of New York. Catherine Fagan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

460.     Sarah DeSimone, as the Personal Representative of the Estate of Catherine Fagan, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Catherine Fagan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sarah DeSimone is a resident of New York. Catherine Fagan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

461.     Jane M. Cristiano, individually, as surviving child of Thomas Farino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jane M. Cristiano is a resident of New York. Thomas Farino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

462.     Daniel Farino, individually, as surviving sibling of Thomas Farino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Farino is a resident of New York. Thomas Farino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

463.     Frank Farino, individually, as surviving sibling of Thomas Farino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Farino is a resident of New York. Thomas Farino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

464. James Farino, individually, as surviving child of Thomas Farino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Farino is a resident of New York. Thomas Farino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

465. Patrick Farino, individually, as surviving sibling of Thomas Farino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick Farino is a resident of New York. Thomas Farino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

466. Mary A. Farino-Thomas, individually, as surviving spouse of Thomas Farino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary A. Farino-Thomas is a resident of New York. Thomas Farino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

467. Mary A. Farino-Thomas, as the Personal Representative of the Estate of Thomas Farino, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Farino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary A. Farino-Thomas is a resident of New York. Thomas Farino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

468. Kathryn Nesbit, individually, as surviving child of Elizabeth A. Farmer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathryn Nesbit is a resident of Georgia. Elizabeth A. Farmer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

469. Kathryn Nesbit, as the Personal Representative of the Estate of Elizabeth A. Farmer, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Elizabeth A. Farmer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathryn Nesbit is a resident of Georgia.

Elizabeth A. Farmer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

470.   Jennifer Artola, individually, as surviving child of Francis J. Feely, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Artola is a resident of New York. Francis J. Feely is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

471.   Caitlin Feely, individually, as surviving child of Francis J. Feely, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Caitlin Feely is a resident of New York. Francis J. Feely is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

472.   Lori Feely, individually, as surviving spouse of Francis J. Feely, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lori Feely is a resident of New York. Francis J. Feely is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

473.   Jennifer Artola, as the Personal Representative of the Estate of Francis J. Feely, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Francis J. Feely, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Artola is a resident of New York. Francis J. Feely is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

474.   Alice Feely, as Personal Representative of the Estate of Patricia Feely, deceased, the late parent of Francis J. Feely, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alice Feely, as Personal Representative of the Estate of Patricia Feely is a resident of New York. Francis J. Feely is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

475. Stephanie Feely, individually, as surviving child of Francis J. Feely, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephanie Feely is a resident of New York. Francis J. Feely is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

476. Lauren Ludvigsen, individually, as surviving child of Francis J. Feely, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lauren Ludvigsen is a resident of New York. Francis J. Feely is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

477. Catherine Curley, individually, as surviving sibling of Sean B. Fegan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Curley is a resident of New York. Sean B. Fegan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

478. Peter Fegan Jr., individually, as surviving sibling of Sean B. Fegan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Fegan Jr. is a resident of New York. Sean B. Fegan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

479. Peter Fegan, individually, as surviving parent of Sean B. Fegan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Fegan is a resident of New York. Sean B. Fegan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

480. Peter Fegan, as the Personal Representative of the Estate of Sean B. Fegan, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sean B. Fegan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Fegan is a resident of New York. Sean B. Fegan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

481.   Anne Marie Hartney, individually, as surviving sibling of Sean B. Fegan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anne Marie Hartney is a resident of New York. Sean B. Fegan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

482.   Peter Fegan as Personal Representative of the Estate of Margaret Colette Fegan, deceased, the late parent of Sean B. Fegan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Fegan as Personal Representative of the Estate of Margaret Colette Fegan is a resident of New York. Sean B. Fegan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

483.   Alexis Feliciano, individually, as surviving child of Rosa Maria Feliciano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexis Feliciano is a resident of New York. Rosa Maria Feliciano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

484.   Amanda Feliciano, individually, as surviving child of Rosa Maria Feliciano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amanda Feliciano is a resident of New York. Rosa Maria Feliciano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

485.   Isaac Feliciano, individually, as surviving spouse of Rosa Maria Feliciano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Isaac Feliciano is a resident of New York. Rosa Maria Feliciano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

486.   Isaac Feliciano, as the Personal Representative of the Estate of Rosa Maria Feliciano, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Rosa Maria Feliciano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Isaac Feliciano is a resident of New York. Rosa Maria Feliciano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

487.     Angela Fields, individually, as surviving spouse of Samuel Fields Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angela Fields is a resident of Georgia. Samuel Fields Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

488.     Angela Fields, as the Personal Representative of the Estate of Samuel Fields Sr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Samuel Fields Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angela Fields is a resident of Georgia. Samuel Fields Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

489.     Demetrius Fields, individually, as surviving child of Samuel Fields Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Demetrius Fields is a resident of Georgia. Samuel Fields Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

490.     Samuel Fields Jr., individually, as surviving child of Samuel Fields Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Samuel Fields Jr. is a resident of Georgia. Samuel Fields Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

491.     Stefan Fields, individually, as surviving child of Samuel Fields Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stefan Fields is a resident of Georgia. Samuel Fields Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

492.     Sharif Fields, individually, as surviving child of Samuel Fields Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sharif Fields is a resident of Georgia. Samuel Fields Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

493.  Sharaia Fields, individually, as surviving child of Samuel Fields Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sharaia Fields is a resident of New York. Samuel Fields Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

494.  Christina D. Fisher, individually, as surviving sibling of Andrew Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christina D. Fisher is a resident of California. Andrew Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

495.  John Fisher, individually, as surviving sibling of Andrew Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Fisher is a resident of New York. Andrew Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

496.  Maria R. Fisher, individually, as surviving sibling of Andrew Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria R. Fisher is a resident of New York. Andrew Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

497.  Marie E. Fisher, individually, as surviving parent of Andrew Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marie E. Fisher is a resident of New York. Andrew Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

498.  Nina A. Fisher, individually, as surviving sibling of Andrew Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nina A. Fisher is a resident of New York. Andrew Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

499.   Peter Fisher, individually, as surviving sibling of Andrew Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Fisher is a resident of Kentucky. Andrew Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

500.   Nina Fisher and John Fisher as Co-Personal Representatives of the Estate of John F. Fisher, deceased, the late parent of Andrew Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nina Fisher & John Fisher as Co-Personal Representatives of the Estate of John F. Fisher are residents of New York. Andrew Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

501.   Stephanie E. Lang, individually, as surviving spouse of Andrew Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephanie E. Lang is a resident of New York. Andrew Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

502.   Stephanie E. Lang, as the Personal Representative of the Estate of Andrew Fisher, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Andrew Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephanie E. Lang is a resident of New York. Andrew Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

503.   Catherine A. Chiola, individually, as surviving sibling of John Roger Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine A. Chiola is a resident of New Jersey. John Roger Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

504.   Catherine A. Chiola, as the Personal Representative of the Estate of John Roger Fisher, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled

beneficiaries and family members of John Roger Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine A. Chiola is a resident of New Jersey. John Roger Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

505.     Bridget E. Fisher, individually, as surviving child of John Roger Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bridget E. Fisher is a resident of California. John Roger Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

506.     Evan H. Fisher, individually, as surviving child of John Roger Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Evan H. Fisher is a resident of Georgia. John Roger Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

507.     Kyle Fisher, individually, as surviving child of John Roger Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kyle Fisher is a resident of Georgia. John Roger Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

508.     Ryan P. Fisher, individually, as surviving child of John Roger Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ryan P. Fisher is a resident of California. John Roger Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

509.     Tina M. Fisher, individually, as surviving sibling of John Roger Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tina M. Fisher is a resident of Massachusetts. John Roger Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

510.    Erin N. Siegel, individually, as surviving child of John Roger Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erin N. Siegel is a resident of California. John Roger Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

511.    Kylie Eve Florio, individually, as surviving child of John J. Florio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kylie Eve Florio is a resident of New York. John J. Florio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

512.    Michael J. Florio, individually, as surviving child of John J. Florio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael J. Florio is a resident of New York. John J. Florio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

513.    Shari Florio, individually, as surviving spouse of John J. Florio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shari Florio is a resident of New York. John J. Florio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

514.    Shari Florio, as the Personal Representative of the Estate of John J. Florio, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John J. Florio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shari Florio is a resident of New York. John J. Florio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

515.    Brittany Fogel, individually, as surviving child of Stephen M. Fogel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brittany Fogel is a resident of New Jersey. Stephen M. Fogel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

516.  David Fogel, individually, as surviving sibling of Stephen M. Fogel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Fogel is a resident of Florida. Stephen M. Fogel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

517.  Joseph Fogel, individually, as surviving child of Stephen M. Fogel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Fogel is a resident of New Jersey. Stephen M. Fogel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

518.  David Fogel as Personal Representative of the Estate of Beth Fogel, deceased, the late parent of Stephen M. Fogel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Fogel as Personal Representative of the Estate of Beth Fogel is a resident of Florida. Stephen M. Fogel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

519.  Karen Hamorsky, individually, as surviving sibling of Stephen M. Fogel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Hamorsky is a resident of Florida. Stephen M. Fogel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

520.  Laurie Pater, individually, as surviving spouse of Stephen M. Fogel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laurie Pater is a resident of New Jersey. Stephen M. Fogel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

521.  Laurie Pater, as the Personal Representative of the Estate of Stephen M. Fogel, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen M. Fogel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laurie Pater is a resident of New Jersey. Stephen M. Fogel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim

Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

522.  Elaine Cunnea, individually, as surviving sibling of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elaine Cunnea is a resident of the United Kingdom. Godwin Forde is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

523.  Charlene Carmen Forde, individually, as surviving child of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charlene Carmen Forde is a resident of the United Kingdom. Godwin Forde is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

524.  Charlene Carmen Forde, as the co-Personal Representative of the Estate of Godwin Forde, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charlene Carmen Forde is a resident of the United Kingdom. Godwin Forde is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

525.  Dorepha Forde, individually, as surviving parent of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dorepha Forde is a resident of the United Kingdom. Godwin Forde is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

526.  Dorna Forde, individually, as surviving sibling of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dorna Forde is a resident of the United Kingdom. Godwin Forde is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

527.  Dorolyne Forde, individually, as surviving sibling of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dorolyne Forde is a resident of North Carolina. Godwin Forde is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

528. Raymond Forde, individually, as surviving sibling of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raymond Forde is a resident of the United Kingdom. Godwin Forde is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

529. Romel DaCosta Forde, individually, as surviving child of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Romel DaCosta Forde is a resident of the United Kingdom. Godwin Forde is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

530. Godwin Marlon Junior Forde, individually, as surviving child of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Godwin Marlon Junior Forde is a resident of the United Kingdom. Godwin Forde is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

531. Myrna Thomas, individually, as surviving sibling of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Myrna Thomas is a resident of the United Kingdom. Godwin Forde is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

532. Angela Alleyne, as the co-Personal Representative of the Estate of Godwin Forde, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angela Alleyne is a resident of the United Kingdom. Godwin Forde is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

533. David Foreman, individually, as surviving sibling of Donald A. Foreman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Foreman is a resident of New York. Donald A. Foreman is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

534. Marcus Foreman, individually, as surviving child of Donald A. Foreman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marcus Foreman is a resident of Indiana. Donald A. Foreman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

535. Shirley Foreman, individually, as surviving parent of Donald A. Foreman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shirley Foreman is a resident of New York. Donald A. Foreman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

536. Shirley Foreman, as the Personal Representative of the Estate of Donald A. Foreman, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Donald A. Foreman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shirley Foreman is a resident of New York. Donald A. Foreman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

537. John Doe 117, as the Personal Representative of the Estate of Barbara E. Hill, deceased, the late parent of Sandra N. Foster, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sandra N. Foster is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

538. Lawrence Hill, as the Personal Representative of the Estate of Sandra N. Foster, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sandra N. Foster, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lawrence Hill is a resident of the District of Columbia. Sandra N. Foster is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

539.    Lawrence Hill, individually, as surviving sibling of Sandra N. Foster, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lawrence Hill is a resident of the District of Columbia. Sandra N. Foster is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

540.    Allison Fox-Breland, individually, as surviving child of Virginia E. Fox, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Allison Fox-Breland is a resident of New Jersey. Virginia E. Fox is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

541.    Allison Fox-Breland, as the Personal Representative of the Estate of Virgina E. Fox, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Virginia E. Fox, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Allison Fox-Breland is a resident of New Jersey. Virginia E. Fox is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

542.    Patrick T. Wynn, individually, as surviving child of Virginia E. Fox, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick T. Wynn is a resident of New York. Virginia E. Fox is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

543.    Raymond Durant, individually, as surviving child of Virgin (Lucy) Francis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raymond Durant is a resident of Pennsylvania. Virgin (Lucy) Francis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

544.    Joseph Francis, individually, as surviving child of Virgin (Lucy) Francis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Francis is a resident of New York. Virgin (Lucy) Francis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

95

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

545. Joseph Francis, as the Personal Representative of the Estate of Virgin (Lucy) Francis, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Virgin (Lucy) Francis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Francis is a resident of New York. Virgin (Lucy) Francis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

546. Peter Francis, individually, as surviving child of Virgin (Lucy) Francis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Francis is a resident of Barbados W.I. Virgin (Lucy) Francis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

547. Troy Francis, individually, as surviving child of Virgin (Lucy) Francis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Troy Francis is a resident of New York. Virgin (Lucy) Francis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

548. Felicia Cappo, individually, as surviving sibling of Gary J. Frank, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Felicia Cappo is a resident of New Jersey. Gary J. Frank is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

549. Felicia Cappo and Laurie Vigeant, as co-Personal Representatives of the Estate of Ellen Vigeant, deceased, the late parent of Gary J. Frank, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Felicia Cappo and Laurie Vigeant, as co-Personal Representatives of the Estate of Ellen Vigeant is a resident of New Jersey. Gary J. Frank is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

550. John Doe 111, being intended to designate as the Personal Representative of the Estate of Gary J. Frank, deceased, on behalf of the Estate, said name being fictitious, her/his true

name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), and on behalf of all survivors and all legally entitled beneficiaries and family members of Gary J. Frank, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gary J. Frank is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

551.   Laurie Vigeant, individually, as surviving sibling of Gary J. Frank, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laurie Vigeant is a resident of New Jersey. Gary J. Frank is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

552.   Daniel Frawley, individually, as surviving sibling of Kevin Frawley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Frawley is a resident of South Carolina. Kevin Frawley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

553.   Theresa Frawley, individually, as surviving sibling of Kevin Frawley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa Frawley is a resident of New York. Kevin Frawley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

554.   Theresa Frawley as Personal Representative of the Estate of Theresa M. Conklin, deceased, the late parent of Kevin Frawley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa Frawley as Personal Representative of the Estate of Theresa M. Conklin is a resident of New York. Kevin Frawley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

555.   Margaret Frawley-Gardini, individually, as surviving sibling of Kevin Frawley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret Frawley-Gardini is a resident of New York. Kevin Frawley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda

and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

556. Frances McCarthy, individually, as surviving sibling of Kevin Frawley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frances McCarthy is a resident of New York. Kevin Frawley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

557. Martin Fredericks, individually, as surviving sibling of Andrew Fredericks, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Martin Fredericks is a resident of New York. Andrew Fredericks is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

558. Allen Freeman, individually, as surviving parent of Tamitha Freeman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Allen Freeman is a resident of North Carolina. Tamitha Freeman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

559. Allen Freeman, as the co-Personal Representative of the Estate of Tamitha Freeman, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tamitha Freeman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Allen Freeman is a resident of North Carolina. Tamitha Freeman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

560. Carla Freeman, individually, as surviving sibling of Tamitha Freeman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carla Freeman is a resident of New York. Tamitha Freeman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

561. Juanita Freeman, individually, as surviving parent of Tamitha Freeman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Juanita Freeman is a resident of North Carolina. Tamitha Freeman is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

562.   Xavier White, individually, as surviving child of Tamitha Freeman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Xavier White is a resident of North Carolina. Tamitha Freeman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

563.   Michael Freiman, individually, as surviving sibling of Brett O. Freiman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Freiman is a resident of Alabama. Brett O. Freiman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

564.   Petagaye Allen, as Personal Representative of the Estate of Bonnie Freiman a/k/a Bonnie Freiman-Magnes, deceased, the late parent of Brett O. Freiman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Petagaye Allen is a resident of Florida. Brett O. Freiman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

565.   Pamela J. Freiman, individually, as surviving sibling of Brett O. Freiman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pamela J. Freiman is a resident of New York. Brett O. Freiman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

566.   Pamela J. Freiman, as the Personal Representative of the Estate of Brett O. Freiman, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brett O. Freiman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pamela J. Freiman is a resident of New York. Brett O. Freiman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

567.   Burt A. Lewis as Personal Representative of the Estate of Herbert Freiman, deceased, the late parent of Brett O. Freiman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Burt A. Lewis as Personal Representative of the Estate of Herbert Freiman is a resident of New York. Brett O. Freiman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

568.   Audrey Ades, individually, as surviving spouse of Paul Friedman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Audrey Ades is a resident of Florida. Paul Friedman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

569.   Audrey Ades, as the Personal Representative of the Estate of Paul Friedman, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul Friedman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Audrey Ades is a resident of Florida. Paul Friedman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

570.   Richard Hyun-Soo Friedman Fox, individually, as surviving child of Paul Friedman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard Hyun-Soo Friedman Fox is a resident of Florida. Paul Friedman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

571.   Selma M. Friedman, individually, as surviving parent of Paul Friedman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Selma M. Friedman is a resident of New Jersey. Paul Friedman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

572.   Amy Radin, individually, as surviving sibling of Paul Friedman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amy Radin is a resident of New Jersey. Paul Friedman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

573.  John Doe 18, being intended to designate the Personal Representative of the Estate of Lisa Frost, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lisa Frost, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Frost is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

574.  Daniel Frost, individually, as surviving sibling of Lisa Frost, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Frost is a resident of Montana. Lisa Frost is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

575.  Suzanne G. Adams, individually, as surviving sibling of Anthony E. Gallagher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Suzanne G. Adams is a resident of Connecticut. Anthony E. Gallagher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

576.  Carolyn Belford, individually, as surviving sibling of Anthony E. Gallagher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carolyn Belford is a resident of New York. Anthony E. Gallagher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

577.  Rose Costello, individually, as surviving parent of Anthony E. Gallagher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rose Costello is a resident of New York. Anthony E. Gallagher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

578. John Doe 19 as Personal Representative of the Estate of Carrie A. Gallagher, deceased, the late spouse of Anthony E. Gallagher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony E. Gallagher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

579. John Doe 68, being intended to designate the Personal Representative of the Estate of Anthony E. Gallagher, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Anthony E. Gallagher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony E. Gallagher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

580. Joseph Gallagher, individually, as surviving sibling of Anthony E. Gallagher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Gallagher is a resident of California. Anthony E. Gallagher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

581. Donna Struzzieri, individually, as surviving sibling of Bruce Gary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donna Struzzieri is a resident of New York. Bruce Gary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

582. Donna Struzzieri as Personal Representative of the Estate of Alice Gary, deceased, the late parent of Bruce Gary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donna Struzzieri as Personal Representative of the Estate of Alice Gary is a resident of New York. Bruce Gary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

583. Christopher Geis, individually, as surviving sibling of Julie M. Geis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Geis is a resident of

Nebraska. Julie M. Geis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

584. James P. Geis, individually, as surviving sibling of Julie M. Geis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James P. Geis is a resident of Nebraska. Julie M. Geis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

585. Rebecca Loethen, individually, as surviving life partner of Julie M. Geis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rebecca Loethen is a resident of California. Julie M. Geis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

586. Rebecca Loethen, as the Personal Representative of the Estate of Julie M. Geis, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Julie M. Geis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rebecca Loethen is a resident of California. Julie M. Geis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

587. Carol Varland, individually, as surviving sibling of Julie M. Geis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carol Varland is a resident of Oregon. Julie M. Geis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

588. Michael Geis, individually, as surviving sibling of Julie M. Geis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Geis is a resident of Nebraska. Julie M. Geis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

589. Janet Baronian, individually, as surviving sibling of Edward F. Geraghty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janet Baronian is a resident

of New York. Edward F. Geraghty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

590.   Lynn Cannata, individually, as surviving sibling of Edward F. Geraghty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lynn Cannata is a resident of New York. Edward F. Geraghty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

591.   Colin Geraghty, individually, as surviving child of Edward F. Geraghty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Colin Geraghty is a resident of New York. Edward F. Geraghty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

592.   Colleen Geraghty, individually, as surviving sibling of Edward F. Geraghty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Colleen Geraghty is a resident of South Carolina. Edward F. Geraghty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

593.   Connor Geraghty, individually, as surviving child of Edward F. Geraghty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Connor Geraghty is a resident of New York. Edward F. Geraghty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

594.   James Geraghty, individually, as surviving child of Edward F. Geraghty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Geraghty is a resident of New York. Edward F. Geraghty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

595.   Mary Geraghty, individually, as surviving spouse of Edward F. Geraghty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Geraghty is a resident of New York. Edward F. Geraghty is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

596.   Mary Geraghty, as the Personal Representative of the Estate of Edward F. Geraghty, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward F. Geraghty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Geraghty is a resident of New York. Edward F. Geraghty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

597.   Maureen Geraghty, individually, as surviving sibling of Edward F. Geraghty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Geraghty is a resident of Arizona. Edward F. Geraghty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

598.   Norma Geraghty, individually, as surviving parent of Edward F. Geraghty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Norma Geraghty is a resident of New York. Edward F. Geraghty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

599.   John Doe 146 as Personal Representative of the Estate of Stephen Geraghty, deceased, the late sibling of Edward F. Geraghty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edward F. Geraghty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

600.   Norma Geraghty as Personal Representative of the Estate of James F. Geraghty, deceased, the late parent of Edward F. Geraghty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Norma Geraghty as Personal Representative of the Estate of James F. Geraghty is a resident of New York. Edward F. Geraghty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

601.  Debra Giordano, individually, as surviving sibling of Jeffrey J. Giordano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debra Giordano is a resident of New York. Jeffrey J. Giordano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

602.  Edward Goldstein, as the Personal Representative of the Estate of Michelle H. Goldstein, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michelle H. Goldstein, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edward Goldstein is a resident of New Jersey. Michelle H. Goldstein is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

603.  Annete Herman, individually, as surviving sibling of Michelle H. Goldstein, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Annete Herman is a resident of Florida. Michelle H. Goldstein is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

604.  Ingrid Jaffe, individually, as surviving parent of Michelle H. Goldstein, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ingrid Jaffe is a resident of Florida. Michelle H. Goldstein is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

605.  Rafael Herman, individually, as surviving parent of Michelle H. Goldstein, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rafael Herman is a resident of Florida. Michelle H. Goldstein is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

606.  Tatiana R. Gomez, individually, as surviving spouse of Wilder A. Gomez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tatiana R. Gomez is a resident of New Jersey. Wilder A. Gomez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

607. BNY Mellon, as the Personal Representative of the Estate of Wilder A. Gomez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Wilder A. Gomez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wilder A. Gomez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

608. Tatiana S. Gomez, individually, as surviving child of Wilder A. Gomez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tatiana S. Gomez is a resident of California. Wilder A. Gomez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

609. Dawn Gonzalez, individually, as surviving sibling of Jenine Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dawn Gonzalez is a resident of New York. Jenine Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

610. Dawn Gonzalez, as the co-Personal Representative of the Estate of Jenine Gonzalez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jenine Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dawn Gonzalez is a resident of New York. Jenine Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

611. Corina Murillo, individually, as surviving parent of Mauricio Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Corina Murillo is a resident of New York. Mauricio Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

612. Dora Murillo, individually, as surviving sibling of Mauricio Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dora Murillo is a resident of New York. Mauricio Gonzalez is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

613.    Evan V. Vandommelen-Gonzalez, as the Personal Representative of the Estate of Mauricio Gonzalez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mauricio Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Evan V. Vandommelen-Gonzalez is a resident of California. Mauricio Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

614.    Brenda S. Goody, individually, as surviving spouse of Harry Goody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brenda S. Goody is a resident of South Carolina. Harry Goody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

615.    Brenda S. Goody, as the Personal Representative of the Estate of Harry Goody, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Harry Goody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brenda S. Goody is a resident of South Carolina. Harry Goody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

616.    Jonathan Goody, individually, as surviving child of Harry Goody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jonathan Goody is a resident of New York. Harry Goody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

617.    Alexis Goody-Harding, individually, as surviving child of Harry Goody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexis Goody-Harding is a resident of South Carolina. Harry Goody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

618.     Adilakshumma Gopu, individually, as surviving parent of Kiran Kumar Reddy Gopu, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Adilakshumma Gopu is a resident of India. Kiran Kumar Reddy Gopu is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

619.     Deepa R. Gopu, individually, as surviving sibling of Kiran Kumar Reddy Gopu, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deepa R. Gopu is a resident of Texas. Kiran Kumar Reddy Gopu is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

620.     Deepa R. Gopu, as the Personal Representative of the Estate of Kiran Kumar Reddy Gopu, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kiran Kumar Reddy Gopu, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deepa R. Gopu is a resident of Texas. Kiran Kumar Reddy Gopu is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

621.     Venkata Subba Reddy Gopu, individually, as surviving parent of Kiran Kumar Reddy Gopu, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Venkata Subba Reddy Gopu is a resident of India. Kiran Kumar Reddy Gopu is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

622.     Carly Gordenstein, individually, as surviving child of Lisa F. Gordenstein, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carly Gordenstein is a resident of the District of Columbia. Lisa F. Gordenstein is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

623.     David Gordenstein, individually, as surviving spouse of Lisa F. Gordenstein, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Gordenstein is a resident of Massachusetts. Lisa F. Gordenstein is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

624. David Gordenstein, as the Personal Representative of the Estate of Lisa F. Gordenstein, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lisa F. Gordenstein, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Gordenstein is a resident of Massachusetts. Lisa F. Gordenstein is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

625. Samantha Stevens, individually, as surviving child of Lisa F. Gordenstein, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Samantha Stevens is a resident of Massachusetts. Lisa F. Gordenstein is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

626. Dorothy Fenn Grodberg, individually, as surviving parent of Lisa F. Gordenstein, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dorothy Fenn Grodberg is a resident of Massachusetts. Lisa F. Gordenstein is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

627. Deborah Fenn, individually, as surviving sibling of Lisa F. Gordenstein, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah Fenn is a resident of Massachusetts. Lisa F. Gordenstein is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

628. Erika Lutzner, individually, as surviving spouse of Jon R. Grabowski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erika Lutzner is a resident of Connecticut. Jon R. Grabowski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

629. Erika Lutzner, as the Personal Representative of the Estate of Jon R. Grabowski, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jon R. Grabowski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erika Lutzner is a resident of Connecticut. Jon

110

R. Grabowski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

630.    Kristen C. Graf, individually, as surviving child of Edwin J. Graf III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kristen C. Graf is a resident of Maryland. Edwin J. Graf III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

631.    Karen A. Parker as Personal Representative of the Estate of Tyler W. Graf, deceased, the late child of, Edwin J. Graf, III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tyler W. Graf is a resident of Maryland. Edwin J. Graf, III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

632.    Maureen Granados, individually, as surviving child of Gilbert Granados, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Granados is a resident of New York. Gilbert Granados is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

633.    Teresa Granados, individually, as surviving spouse of Gilbert Granados, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa Granados is a resident of New York. Gilbert Granados is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

634.    Teresa Granados, as the Personal Representative of the Estate of Gilbert Granados, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gilbert Granados, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa Granados is a resident of New York. Gilbert Granados is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

635. Lawrence Gray, individually, as surviving spouse of Tara McCloud Gray, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lawrence Gray is a resident of New York. Tara McCloud Gray is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

636. Lawrence Gray, as the Personal Representative of the Estate of Tara McCloud Gray, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tara McCloud Gray, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lawrence Gray is a resident of New York. Tara McCloud Gray is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

637. John Doe 22, being intended to designate the Personal Representative of the Estate of Andrew Peter Charles Curry Green, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Andrew Peter Charles Curry Green, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Peter Charles Curry Green is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

638. Matthew Green, individually, as surviving sibling of Andrew Peter Charles Curry Green, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Green is a resident of Florida. Andrew Peter Charles Curry Green is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

639. Peter E. Green, individually, as surviving parent of Andrew Peter Charles Curry Green, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter E. Green is a resident of Massachusetts. Andrew Peter Charles Curry Green is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

640. Kevin Anthony Green as Personal Representative of the Estate of Razelda Bailey-Green, deceased, the late parent of Derrick A. Green, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Anthony Green as Personal Representative of the Estate of Razelda Bailey-Green is a resident of Connecticut. Derrick A. Green is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

641. Melrose Morrison Green, individually, as surviving spouse of Derrick A. Green, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melrose Morrison Green is a resident of New York. Derrick A. Green is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

642. Melrose Morrison Green, as the Personal Representative of the Estate of Derrick A. Green, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Derrick A. Green, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melrose Morrison Green is a resident of New York. Derrick A. Green is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

643. Delroy Llewellyn, individually, as surviving sibling of Derrick A. Green, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Delroy Llewellyn is a resident of Connecticut. Derrick A. Green is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

644. Jennifer Green, individually, as surviving child of Wanda Green, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Green is a resident of New Jersey. Wanda Green is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

645. Jennifer Green, as the Personal Representative of the Estate of Wanda Green, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Wanda Green, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Green is a resident of New Jersey. Wanda Green is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that

were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

646.   Joe Green, individually, as surviving child of Wanda Green, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joe Green is a resident of New Jersey. Wanda Green is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

647.   Sandra Jamerson, individually, as surviving sibling of Wanda Green, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sandra Jamerson is a resident of California. Wanda Green is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

648.   Aserene Smith, individually, as surviving parent of Wanda Green, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aserene Smith is a resident of California. Wanda Green is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

649.   Tommy Smith, individually, as surviving sibling of Wanda Green, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tommy Smith is a resident of Nevada. Wanda Green is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

650.   John Doe 23, being intended to designate the Personal Representative of the Estate of Denise Gregory, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Denise Gregory, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Denise Gregory is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

651.  Lenworth Sewell, individually, as surviving sibling of Denise Gregory, is a Plaintiff
seeking justice for the tragic events of September 11, 2001. Lenworth Sewell is a resident
of New York. Denise Gregory is one of the Decedents murdered as a result of the
terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin
Laden, and to which Muslim World League, International Islamic Relief Organization,
World Assembly of Muslim Youth, and Yassin Kadi provided material support and
assistance in furtherance of the attacks.

652.  Evelyn Griffin, individually, as surviving parent of John M. Griffin, is a Plaintiff seeking
justice for the tragic events of September 11, 2001. Evelyn Griffin is a resident of
Florida. John M. Griffin is one of the Decedents murdered as a result of the terrorist
attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,
and to which Muslim World League, International Islamic Relief Organization, World
Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in
furtherance of the attacks.

653.  John Griffin, individually, as surviving parent of John M. Griffin, is a Plaintiff seeking
justice for the tragic events of September 11, 2001. John Griffin is a resident of Florida.
John M. Griffin is one of the Decedents murdered as a result of the terrorist attacks of
September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to
which Muslim World League, International Islamic Relief Organization, World
Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in
furtherance of the attacks.

654.  Julie Griffin, individually, as surviving child of John M. Griffin, is a Plaintiff seeking
justice for the tragic events of September 11, 2001. Julie Griffin is a resident of
Tennessee. John M. Griffin is one of the Decedents murdered as a result of the terrorist
attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,
and to which Muslim World League, International Islamic Relief Organization, World
Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in
furtherance of the attacks.

655.  June Griffin, individually, as surviving spouse of John M. Griffin, is a Plaintiff seeking
justice for the tragic events of September 11, 2001. June Griffin is a resident of New
Jersey. John M. Griffin is one of the Decedents murdered as a result of the terrorist
attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,
and to which Muslim World League, International Islamic Relief Organization, World
Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in
furtherance of the attacks.

656.  June Griffin, as the Personal Representative of the Estate of John M. Griffin, deceased,
on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries
and family members of John M. Griffin, is a Plaintiff seeking justice for the tragic events
of September 11, 2001. June Griffin is a resident of New Jersey. John M. Griffin is one of
the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that
were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League,
International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin
Kadi provided material support and assistance in furtherance of the attacks.

657.     Michael T. Griffin, individually, as surviving sibling of John M. Griffin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael T. Griffin is a resident of New Jersey. John M. Griffin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

658.     Jenna Griffin, individually, as surviving child of John M. Griffin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jenna Griffin is a resident of New Jersey. John M. Griffin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

659.     Nenita Grijalvo, individually, as surviving spouse of Ramon Grijalvo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nenita Grijalvo is a resident of New York. Ramon Grijalvo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

660.     Nenita Grijalvo, as the Personal Representative of the Estate of Ramon Grijalvo, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ramon Grijalvo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nenita Grijalvo is a resident of New York. Ramon Grijalvo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

661.     Rachel Grijalvo, individually, as surviving child of Ramon Grijalvo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rachel Grijalvo is a resident of Massachusetts. Ramon Grijalvo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

662.     Raymond Grijalvo, individually, as surviving child of Ramon Grijalvo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raymond Grijalvo is a resident of New York. Ramon Grijalvo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

116

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

663. Frances Grouzalis, individually, as surviving spouse of Kenneth Grouzalis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frances Grouzalis is a resident of New Jersey. Kenneth Grouzalis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

664. Frances Grouzalis, as the Personal Representative of the Estate of Kenneth Grouzalis, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Grouzalis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frances Grouzalis is a resident of New Jersey. Kenneth Grouzalis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

665. Lisa Grouzalis, individually, as surviving child of Kenneth Grouzalis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Grouzalis is a resident of New Jersey. Kenneth Grouzalis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

666. Myrta Gschaar, individually, as surviving spouse of Robert Gschaar, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Myrta Gschaar is a resident of Michigan. Robert Gschaar is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

667. Myrta Gschaar, as the Personal Representative of the Estate of Robert Gschaar, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert Gschaar, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Myrta Gschaar is a resident of Michigan. Robert Gschaar is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

668. Genevieve Gyulavary, individually, as surviving child of Peter Gyulavary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Genevieve Gyulavary is a resident of Connecticut. Peter Gyulavary is one of the Decedents murdered as a result of

the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

669.    Jane Gyulavary, individually, as surviving spouse of Peter Gyulavary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jane Gyulavary is a resident of New York. Peter Gyulavary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

670.    Jane Gyulavary, as the Personal Representative of the Estate of Peter Gyulavary, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Peter Gyulavary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jane Gyulavary is a resident of New York. Peter Gyulavary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

671.    Paul Gyulavary, individually, as surviving sibling of Peter Gyulavary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Gyulavary is a resident of Australia. Peter Gyulavary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

672.    Bebe Hafiz, individually, as surviving parent of Nezam Hafiz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bebe Hafiz is a resident of New York. Nezam Hafiz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

673.    Sharon Hafiz, individually, as surviving sibling of Nezam Hafiz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sharon Hafiz is a resident of Florida. Nezam Hafiz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

674.    Bebe Hafiz as Personal Representative of the Estate of Cecil Mohammed Ishmael Hafiz, deceased, the late parent of Nezam Hafiz, is a Plaintiff seeking justice for the tragic

events of September 11, 2001. Bebe Hafiz as Personal Representative of the Estate of Cecil Mohammed Ishmael Hafiz is a resident of New York. Nezam Hafiz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

675.    Deborah Khublall, individually, as surviving sibling of Nezam Hafiz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah Khublall is a resident of New York. Nezam Hafiz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

676.    Deborah Khublall, as the Personal Representative of the Estate of Nezam Hafiz, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nezam Hafiz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah Khublall is a resident of New York. Nezam Hafiz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

677.    Gary McKinzy, individually, as surviving spouse of Diane Hale-McKinzy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gary McKinzy is a resident of Arkansas. Diane Hale-McKinzy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

678.    Gary McKinzy, as the Personal Representative of the Estate of Diane Hale-McKinzy, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Diane Hale-McKinzy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gary McKinzy is a resident of Arkansas. Diane Hale-McKinzy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

679.    Douglas W. Hall, individually, as surviving sibling of Richard Hall, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Douglas W. Hall is a resident of New York. Richard Hall is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

680. Shawn C. Hall, individually, as surviving child of Richard Hall, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shawn C. Hall is a resident of Illinois. Richard Hall is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

681. Douglas Hall as Personal Representative of the Estate of Herman W. Hall, deceased, the late parent of Richard Hall, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Douglas Hall as Personal Representative of the Estate of Herman W. Hall is a resident of New York. Richard Hall is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

682. Douglas Hall as Personal Representative of the Estate of Ruth Hall, deceased, the late parent of Richard Hall, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Douglas Hall as Personal Representative of the Estate of Ruth Hall is a resident of New York. Richard Hall is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

683. Alisha Halmon, individually, as surviving child of Carolyn Halmon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alisha Halmon is a resident of the District of Columbia. Carolyn Halmon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

684. Herman Halmon, individually, as surviving spouse of Carolyn Halmon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Herman Halmon is a resident of South Carolina. Carolyn Halmon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

685. Herman Halmon, as the Personal Representative of the Estate of Carolyn Halmon, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carolyn Halmon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Herman Halmon is a resident of South Carolina.

Carolyn Halmon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

686. Standish Halmon, individually, as surviving child of Carolyn Halmon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Standish Halmon is a resident of the District of Columbia. Carolyn Halmon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

687. Talat Hamdani, individually, as surviving parent of Mohammad S. Hamdani, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Talat Hamdani is a resident of New York. Mohammad S. Hamdani is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

688. Zeshan Hamdani, individually, as surviving sibling of Mohammad S. Hamdani, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zeshan Hamdani is a resident of New York. Mohammad S. Hamdani is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

689. Talat Hamdani, as the Personal Representative of the Estate of Mohammad S. Hamdani, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mohammad S. Hamdani, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Talat Hamdani is a resident of New York. Mohammad S. Hamdani is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

690. Talat Hamdani as Personal Representative of the Estate of Mohammad Saleem Hamdani, deceased, the late parent of Mohammad S. Hamdani, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Talat Hamdani as Personal Representative of the Estate of Mohammad Saleem Hamdani is a resident of New York. Mohammad S. Hamdani is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

691. Mohammad Hamdani, individually, as surviving sibling of Mohammad S. Hamdani, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mohammad Hamdani is a resident of New York. Mohammad S. Hamdani is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

692. John Doe 24, being intended to designate the Personal Representative of the Estate of Melissa M. Harrington-Hughes, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Melissa M. Harrington-Hughes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melissa M. Harrington-Hughes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

693. Beverly Harrington, individually, as surviving parent of Melissa M. Harrington-Hughes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Beverly Harrington is a resident of Massachusetts. Melissa M. Harrington-Hughes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

694. Robert J. Harrington, individually, as surviving parent of Melissa M. Harrington-Hughes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert J. Harrington is a resident of Massachusetts. Melissa M. Harrington-Hughes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

695. Dawn Haskell Carbone, individually, as surviving sibling of Thomas Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dawn Haskell Carbone is a resident of New York. Thomas Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

696.     John Doe 25 as Personal Representative of the Estate of Timothy Haskell, deceased, the late sibling of Thomas Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

697.     Barbara Haskell, individually, as surviving spouse of Thomas Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Haskell is a resident of New York. Thomas Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

698.     Barbara Haskell, as the Personal Representative of the Estate of Thomas Haskell, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Haskell is a resident of New York. Thomas Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

699.     Erin Haskell, individually, as surviving child of Thomas Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erin Haskell is a resident of New York. Thomas Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

700.     Maureen Haskell, individually, as surviving parent of Thomas Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Haskell is a resident of New York. Thomas Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

701.     Meaghan Haskell, individually, as surviving child of Thomas Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Meaghan Haskell is a resident of New York. Thomas Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

702. Tara Haskell, individually, as surviving child of Thomas Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tara Haskell is a resident of New York. Thomas Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

703. Kevin Haskell, individually, as surviving sibling of Thomas Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Haskell is a resident of New York. Thomas Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

704. Dawn H. Carbone, individually, as surviving sibling of Timothy Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dawn H. Carbone is a resident of New York. Timothy Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

705. John Doe 26, being intended to designate the Personal Representative of the Estate of Timothy Haskell, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Timothy Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

706. Kevin Haskell, individually, as surviving sibling of Timothy Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Haskell is a resident of New York. Timothy Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

707.   Maureen Haskell, individually, as surviving parent of Timothy Haskell, is a Plaintiff
       seeking justice for the tragic events of September 11, 2001. Maureen Haskell is a resident
       of New York. Timothy Haskell is one of the Decedents murdered as a result of the
       terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin
       Laden, and to which Muslim World League, International Islamic Relief Organization,
       World Assembly of Muslim Youth, and Yassin Kadi provided material support and
       assistance in furtherance of the attacks.

708.   Barbara Haskell as Personal Representative of the Estate of Thomas Haskell, deceased,
       the late sibling of Timothy Haskell, is a Plaintiff seeking justice for the tragic events of
       September 11, 2001. Barbara Haskell as Personal Representative of the Estate of Thomas
       Haskell is a resident of New York. Timothy Haskell is one of the Decedents murdered as
       a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda
       and Osama bin Laden, and to which Muslim World League, International Islamic Relief
       Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material
       support and assistance in furtherance of the attacks.

709.   Melissa J. Bernstein, individually, as surviving child of Roberta B. Heber, is a Plaintiff
       seeking justice for the tragic events of September 11, 2001. Melissa J. Bernstein is a
       resident of Pennsylvania. Roberta B. Heber is one of the Decedents murdered as a result
       of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and
       Osama bin Laden, and to which Muslim World League, International Islamic Relief
       Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material
       support and assistance in furtherance of the attacks.

710.   Stuart Bernstein, individually, as surviving child of Roberta B. Heber, is a Plaintiff
       seeking justice for the tragic events of September 11, 2001. Stuart Bernstein is a resident
       of Tennessee. Roberta B. Heber is one of the Decedents murdered as a result of the
       terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin
       Laden, and to which Muslim World League, International Islamic Relief Organization,
       World Assembly of Muslim Youth, and Yassin Kadi provided material support and
       assistance in furtherance of the attacks.

711.   Robyn Bernstein Donati, individually, as surviving child of Roberta B. Heber, is a
       Plaintiff seeking justice for the tragic events of September 11, 2001. Robyn Bernstein
       Donati is a resident of Massachusetts. Roberta B. Heber is one of the Decedents
       murdered as a result of the terrorist attacks of September 11, 2001, that were carried out
       by al-Qaeda and Osama bin Laden, and to which Muslim World League, International
       Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi
       provided material support and assistance in furtherance of the attacks.

712.   Jacob Heber, individually, as surviving spouse of Roberta B. Heber, is a Plaintiff seeking
       justice for the tragic events of September 11, 2001. Jacob Heber is a resident of New
       York. Roberta B. Heber is one of the Decedents murdered as a result of the terrorist
       attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,
       and to which Muslim World League, International Islamic Relief Organization, World
       Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in
       furtherance of the attacks.

713.    Melissa J. Bernstein, as the co-Personal Representative of the Estate of Roberta B. Heber, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Roberta B. Heber, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melissa J. Bernstein is a resident of Pennsylvania. Roberta B. Heber is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

714.    Marinella Hemenway, as the Personal Representative of the Estate of Ronald J. Hemenway, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ronald J. Hemenway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marinella Hemenway is a resident of Kansas. Ronald J. Hemenway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

715.    Desiree Hemenway, individually, as surviving child of Ronald J. Hemenway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Desiree Hemenway is a resident of New Hampshire. Ronald J. Hemenway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

716.    Marinella Hemenway, individually, as surviving spouse of Ronald J. Hemenway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marinella Hemenway is a resident of Kansas. Ronald J. Hemenway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

717.    Robert B. Hemenway Jr., individually, as surviving sibling of Ronald J. Hemenway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert B. Hemenway Jr. is a resident of Missouri. Ronald J. Hemenway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

718.    Robert B. Hemenway Sr., individually, as surviving parent of Ronald J. Hemenway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert B. Hemenway Sr. is a resident of Kansas. Ronald J. Hemenway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out

by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

719.    Shirley Hemenway, individually, as surviving parent of Ronald J. Hemenway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shirley Hemenway is a resident of Kansas. Ronald J. Hemenway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

720.    Stefan Hemenway, individually, as surviving child of Ronald J. Hemenway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stefan Hemenway is a resident of North Dakota. Ronald J. Hemenway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

721.    Kathleen Novich, individually, as surviving sibling of Ronald J. Hemenway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Novich is a resident of Kansas. Ronald J. Hemenway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

722.    Bernice Dawn Dillard, individually, as surviving sibling of Ronnie Henderson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bernice Dawn Dillard is a resident of New York. Ronnie Henderson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

723.    Valestine Henderson, individually, as surviving sibling of Ronnie Henderson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Valestine Henderson is a resident of New York. Ronnie Henderson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

724.    Tara Butzbaugh, individually, as surviving sibling of John Christopher Henwood, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tara Butzbaugh is a resident of Connecticut. John Christopher Henwood is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

725. Catherine M. Eklund, individually, as surviving sibling of John Christopher Henwood, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine M. Eklund is a resident of Virginia. John Christopher Henwood is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

726. David D. Henwood III, individually, as surviving sibling of John Christopher Henwood Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. David D. Henwood III is a resident of Connecticut. John Christopher Henwood is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

727. David Henwood III, as Personal Representative of the Estate of David D. Henwood Jr., deceased, the late parent of John Christopher Henwood, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Henwood III as Personal Representative of the Estate of David D. Henwood Jr. is a resident of Connecticut. John Christopher Henwood is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

728. Mary C. Henwood, individually, as surviving parent of John Christopher Henwood, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary C. Henwood is a resident of Connecticut. John Christopher Henwood is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

729. Mary L. Henwood, individually, as surviving sibling of John Christopher Henwood, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary L. Henwood is a resident of Connecticut. John Christopher Henwood is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

730. Pamela Dixon, individually, as surviving parent of DaJuan Hodges, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pamela Dixon is a resident of New York. DaJuan Hodges is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

731.    Sherard Dixon, individually, as surviving sibling of DaJuan Hodges, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sherard Dixon is a resident of New York. DaJuan Hodges is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

732.    Jamielah Persol, as the Personal Representative of the Estate of DaJuan Hodges, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of DaJuan Hodges, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jamielah Persol is a resident of New Jersey. DaJuan Hodges is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

733.    Jatair Persol, individually, as surviving child of DaJuan Hodges, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jatair Persol is a resident of New York. DaJuan Hodges is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

734.    Kenneth Alan Davidson as Personal Representative of the Estate of David Cannella, deceased, the late child of Judith Hofmiller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kenneth Alan Davidson as Personal Representative of the Estate of David Cannella is a resident of Connecticut. Judith Hofmiller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

735.    Robert Hofmiller, individually, as surviving sibling of Judith Hofmiller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Hofmiller is a resident of Connecticut. Judith Hofmiller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

736.    Robert Hofmiller as Personal Representative of the Estate of Emma Graves, deceased, the late parent of Judith Hofmiller, is a Plaintiff seeking justice for the tragic events of

September 11, 2001. Robert Hofmiller as Personal Representative of the Estate of Emma Graves is a resident of Connecticut. Judith Hofmiller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

737.    Kelly Marchese as Personal Representative of the Estate of William J. Houston, deceased, the late sibling of Charles J. Houston, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kelly Marchese as Personal Representative of the Estate of William J. Houston is a resident of New York. Charles J. Houston is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

738.    Francis X. Houston, individually, as surviving sibling of Charles J. Houston, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francis X. Houston is a resident of Florida. Charles J. Houston is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

739.    Joan M. Houston, individually, as surviving sibling of Charles J. Houston, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan M. Houston is a resident of New Jersey. Charles J. Houston is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

740.    Linda Houston, individually, as surviving spouse of Charles J. Houston, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Houston is a resident of New York. Charles J. Houston is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

741.    Linda Houston, as the Personal Representative of the Estate of Charles J. Houston, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles J. Houston, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Houston is a resident of New York. Charles J. Houston is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

742. Joan M. Houston as Personal Representative of the Estate of Joan McQuillen, deceased, the late parent of Charles J. Houston, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan M. Houston as Personal Representative of the Estate of Joan McQuillen is a resident of New Jersey. Charles J. Houston is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

743. Brian Howley, individually, as surviving spouse of Jennifer L. Howley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Howley is a resident of New York. Jennifer L. Howley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

744. Brian Howley, as the Personal Representative of the Estate of Jennifer L. Howley, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jennifer L. Howley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Howley is a resident of New York. Jennifer L. Howley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

745. Gerald Hrycak, individually, as surviving sibling of Marian R. Hrycak, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gerald Hrycak is a resident of New York. Marian R. Hrycak is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

746. Gregory Hrycak, as Personal Representative of the Estate of Joanne Hrycak, deceased, the late spouse of Marian R. Hrycak, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gregory Hrycak is a resident of New York. Marian R. Hrycak is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

747. Gregory Hrycak, as the Personal Representative of the Estate of Marian R. Hrycak, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marian R. Hrycak, is a Plaintiff seeking justice for

the tragic events of September 11, 2001. Gregory Hrycak is a resident of New York. Marian R. Hrycak is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

748.   Christine Buividas, individually, as surviving child of Marian R. Hrycak, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine Buividas is a resident of New York. Marian R. Hrycak is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

749.   Gregory Hrycak, individually, as surviving child of Marian R. Hrycak, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gregory Hrycak is a resident of New York. Marian R. Hrycak is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

750.   John Doe 147 as Personal Representative of the Estate of Trina Sabb, deceased, the late of Lamar D. Hulse, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lamar D. Hulse is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

751.   Harold Singleton, individually, as surviving sibling of Lamar D. Hulse, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Harold Singleton is a resident of New York. Lamar D. Hulse is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

752.   Linda Hulse, individually, as surviving parent of Lamar D. Hulse, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Hulse is a resident of New York. Lamar D. Hulse is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

753.   Linda Hulse, as the Personal Representative of the Estate of Lamar D. Hulse, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries

and family members of Lamar D. Hulse, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Hulse is a resident of New York. Lamar D. Hulse is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

754. Brenda Garrett as Personal Representative of the Estate of Dorothy Lee Coles, deceased, the late parent of Peggie Hurt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brenda Garrett as Personal Representative of the Estate of Dorothy Lee Coles is a resident of Virginia. Peggie Hurt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

755. Arthur Harris, individually, as surviving parent of Peggie Hurt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Arthur Harris is a resident of Virginia. Peggie Hurt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

756. Arthur Harris, as the Personal Representative of the Estate of Peggie Hurt, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Peggie Hurt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Arthur Harris is a resident of Virginia. Peggie Hurt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

757. Edith Otelia Harris, individually, as surviving close, immediate family member of Peggie Hurt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edith Otelia Harris is a resident of Virginia. Peggie Hurt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

758. Margaret Ann Williams, individually, as surviving close, immediate family member of Peggie Hurt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret Ann Williams is a resident of Virginia. Peggie Hurt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

759.　Christine Sandra Wilson, individually, as surviving close, immediate family member of Peggie Hurt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine Sandra Wilson is a resident of Virginia. Peggie Hurt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

760.　Carlene Wynn as Personal Representative of the Estate of Lelia Mae Wynn, deceased, the late close, immediate family member of Peggie Hurt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carlene Wynn as Personal Representative of the Estate of Lelia Mae Wynn is a resident of Virginia. Peggie Hurt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

761.　Katherine Wynn, individually, as surviving close, immediate family member of Peggie Hurt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katherine Wynn is a resident of Virginia. Peggie Hurt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

762.　Patricia Catherine Hardy, individually, as surviving sibling of Stephen N. Hyland, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Catherine Hardy is a resident of California. Stephen N. Hyland is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

763.　Charles Hyland, individually, as surviving sibling of Stephen N. Hyland, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charles Hyland is a resident of California. Stephen N. Hyland is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

764.　Stephen Hyland, individually, as surviving parent of Stephen N. Hyland, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen Hyland is a resident of California. Stephen N. Hyland is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

765.  Stephen Hyland, as the Personal Representative of the Estate of Stephen N. Hyland, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen N. Hyland, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen Hyland is a resident of California. Stephen N. Hyland is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

766.  Cheryl Hyland, individually, as surviving sibling of Stephen N. Hyland, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cheryl Hyland is a resident of California. Stephen N. Hyland is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

767.  Rachel James, individually, as surviving sibling of Ernest James, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rachel James is a resident of New York. Ernest James is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

768.  Rachel James, as the Personal Representative of the Estate of Ernest James, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ernest James, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rachel James is a resident of New York. Ernest James is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

769.  Rachel James as Personal Representative of the Estate of Esther James, deceased, the late parent of Ernest James, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rachel James as Personal Representative of the Estate of Esther James is a resident of New York. Ernest James is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

770.  Michael James Beckford, individually, as surviving spouse of Gricelda E. James, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael James Beckford is a resident of Honduras. Gricelda E. James is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

771.   Michael James Beckford, as the Personal Representative of the Estate of Gricelda E. James, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gricelda E. James, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael James Beckford is a resident of Honduras. Gricelda E. James is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

772.   Madlene Brown, individually, as surviving sibling of Gricelda E. James, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Madlene Brown is a resident of Florida. Gricelda E. James is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

773.   Jacobo Castro, individually, as surviving child of Gricelda E. James, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jacobo Castro is a resident of Massachusetts. Gricelda E. James is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

774.   Darril Garo, individually, as surviving sibling of Gricelda E. James, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Darril Garo is a resident of Honduras. Gricelda E. James is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

775.   Obed Garo, individually, as surviving sibling of Gricelda E. James, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Obed Garo is a resident of Honduras. Gricelda E. James is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

776.   Jairo Castro, individually, as surviving child of Gricelda E. James, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jairo Castro is a resident of Massachusetts. Gricelda E. James is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

777.     Michael Zinkofsky, individually, as surviving spouse of Maxima Jean-Pierre, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Zinkofsky is a resident of New York. Maxima Jean-Pierre is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

778.     Michael Zinkofsky, as the Personal Representative of the Estate of Maxima Jean-Pierre, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Maxima Jean-Pierre, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Zinkofsky is a resident of New York. Maxima Jean-Pierre is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

779.     Natalie Jeffries, individually, as surviving sibling of Alva Cynthia Jeffries-Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Natalie Jeffries is a resident of Georgia. Alva Cynthia Jeffries-Sanchez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

780.     Ryan Rogers, individually, as surviving child of Alva Cynthia Jeffries-Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ryan Rogers is a resident of New York. Alva Cynthia Jeffries-Sanchez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

781.     Ryan Rogers, as the Personal Representative of the Estate of Alva Cynthia Jeffries-Sanchez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alva Cynthia Jeffries-Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ryan Rogers is a resident of New York. Alva Cynthia Jeffries-Sanchez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

782.   John Doe 29, being intended to designate the Personal Representative of the Estate of John C. Jenkins, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John C. Jenkins, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Doe 29 is a resident of Kentucky. John C. Jenkins is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

783.   John Doe 30 as Personal Representative of the Estate of Florence Detherage, deceased, the late parent of John C. Jenkins, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John C. Jenkins is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

784.   Jeffrey Jenkins, individually, as surviving sibling of John C. Jenkins, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeffrey Jenkins is a resident of Kentucky. John C. Jenkins is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

785.   Alexander Jimenez, individually, as surviving sibling of Eliezer Jimenez, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexander Jimenez is a resident of North Carolina. Eliezer Jimenez, Jr., is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

786.   John Doe 123, as Personal Representative of the Estate of Eliezer S. Jimenez Sr., deceased, the late parent of Eliezer Jimenez, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eliezer Jimenez, Jr., is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

787.   Elizabeth Jimenez, individually, as surviving sibling of Eliezer Jimenez, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Jimenez is a resident of Massachusetts. Eliezer Jimenez, Jr., is one of the Decedents murdered as a

result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

788.  Erick Jimenez, individually, as surviving sibling of Eliezer Jimenez, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erick Jimenez is a resident of North Carolina. Eliezer Jimenez, Jr., is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

789.  Genesis Belinda Jimenez, individually, as surviving child of Eliezer Jimenez, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Genesis Belinda Jimenez is a resident of Texas. Eliezer Jimenez, Jr., is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

790.  Jonathan Jimenez, individually, as surviving child of Eliezer Jimenez, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jonathan Jimenez is a resident of Texas. Eliezer Jimenez, Jr., is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

791.  Melissa Jimenez, individually, as surviving child of Eliezer Jimenez, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melissa Jimenez is a resident of Florida. Eliezer Jimenez, Jr., is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

792.  Rosa Jimenez, individually, as surviving spouse of Eliezer Jimenez, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosa Jimenez is a resident of Texas. Eliezer Jimenez, Jr., is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

793.  Rosa Jimenez, as the Personal Representative of the Estate of Eliezer Jimenez, Jr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Eliezer Jimenez, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosa Jimenez is a resident of Texas. Eliezer

Jimenez, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

794.   Anthony Salas, individually, as surviving child of Eliezer Jimenez, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Salas is a resident of Arizona. Eliezer Jimenez, Jr., is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

795.   Zamani Davis, individually, as surviving sibling of Charles G. John, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zamani Davis is a resident of Georgia. Charles G. John is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

796.   Peggy H. Taylor, as the Personal Representative of the Estate of Charles G. John, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles G. John, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peggy H. Taylor is a resident of New York. Charles G. John is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

797.   Cleveland B. John, individually, as surviving sibling of Charles G. John, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cleveland B. John is a resident of New York. Charles G. John is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

798.   Orwyn John, individually, as surviving sibling of Charles G. John, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Orwyn John is a resident of New York. Charles G. John is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

799.  Veronica John, individually, as surviving parent of Charles G. John, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Veronica John is a resident of Georgia. Charles G. John is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

800.  Royston Roach, individually, as surviving sibling of Charles G. John, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Royston Roach is a resident of Georgia. Charles G. John is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

801.  Charlene Cumberbatch, individually, as surviving sibling of Charles G. John, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charlene Cumberbatch is a resident of New York. Charles G. John is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

802.  Gary Jones, individually, as surviving sibling of Brian L. Jones, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gary Jones is a resident of Texas. Brian L. Jones is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

803.  Leander Jones, individually, as surviving parent of Brian L. Jones, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leander Jones is a resident of New York. Brian L. Jones is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

804.  Leander Jones, as the Personal Representative of the Estate of Brian L. Jones, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brian L. Jones, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leander Jones is a resident of New York. Brian L. Jones is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

805.  Patricia Jones, individually, as surviving parent of Brian L. Jones, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Jones is a resident of New York. Brian L. Jones is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

806.  Teri Marshall, individually, as surviving sibling of Brian L. Jones, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teri Marshall is a resident of Maryland. Brian L. Jones is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

807.  June Jurgens a/k/a June Drescher, individually, as surviving child of Paul W. Jurgens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. June Jurgens a/k/a June Drescher is a resident of New York. Paul W. Jurgens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

808.  Lindsay Jurgens, individually, as surviving child of Paul W. Jurgens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lindsay Jurgens is a resident of New York. Paul W. Jurgens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

809.  Maria Jurgens, individually, as surviving spouse of Paul W. Jurgens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Jurgens is a resident of New York. Paul W. Jurgens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

810.  Maria Jurgens, as the Personal Representative of the Estate of Paul W. Jurgens, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul W. Jurgens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Jurgens is a resident of New York. Paul W. Jurgens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

811.   Paul Jurgens, individually, as surviving child of Paul W. Jurgens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Jurgens is a resident of New York. Paul W. Jurgens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

812.   Bakhtiyar Kamardinov, individually, as surviving sibling of Gavkharoy Kamardinova, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bakhtiyar Kamardinov is a resident of Virginia. Gavkharoy Kamardinova is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

813.   Farida Kamardinova, individually, as surviving parent of Gavkharoy Kamardinova, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Farida Kamardinova is a resident of Virginia. Gavkharoy Kamardinova is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

814.   Fotima Kamardinova, individually, as surviving sibling of Gavkharoy Kamardinova, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Fotima Kamardinova is a resident of Virginia. Gavkharoy Kamardinova is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

815.   Mukhamet Kamardinov, individually, as surviving parent of Gavkharoy Kamardinova, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mukhamet Kamardinov is a resident of Virginia. Gavkharoy Kamardinova is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

816.   Zahro Kamardinova a/k/a Zakhro Kamardinova, individually, as surviving sibling of Gavkharoy Kamardinova, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zahro Kamardinova a/k/a Zakhro Kamardinova is a resident of Virginia. Gavkharoy Kamardinova is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

817.    Zahro Kamardinova a/k/a Zakhro Kamardinova, as the Personal Representative of the Estate of Gavkharoy Kamardinova, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gavkharoy Kamardinova, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zahro Kamardinova a/k/a Zakhro Kamardinova is a resident of Virginia. Gavkharoy Kamardinova is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

818.    Zukhra Koragoz, individually, as surviving sibling of Gavkharoy Kamardinova, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zukhra Koragoz is a resident of Virginia. Gavkharoy Kamardinova is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

819.    Faye Kane, individually, as surviving parent of Jennifer L. Kane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Faye Kane is a resident of Massachusetts. Jennifer L. Kane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

820.    George Kane, individually, as surviving parent of Jennifer L. Kane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. George Kane is a resident of Massachusetts. Jennifer L. Kane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

821.    George Kane, as the Personal Representative of the Estate of Jennifer L. Kane, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jennifer L. Kane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. George Kane is a resident of Massachusetts. Jennifer L. Kane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

822.    Timothy Kane, individually, as surviving sibling of Jennifer L. Kane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Timothy Kane is a resident of Massachusetts. Jennifer L. Kane is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

823.  Matthew Kane, individually, as surviving sibling of Jennifer L. Kane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Kane is a resident of Massachussetts. Jennifer L. Kane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

824.  Craig Griffin, individually, as surviving spouse of Lisa Kearney-Griffin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Craig Griffin is a resident of New York. Lisa Kearney-Griffin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

825.  Craig Griffin, as the Personal Representative of the Estate of Lisa Kearney-Griffin, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lisa Kearney-Griffin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Craig Griffin is a resident of New York. Lisa Kearney-Griffin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

826.  Lorraine Griffin, individually, as surviving child of Lisa Kearney-Griffin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lorraine Griffin is a resident of New York. Lisa Kearney-Griffin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

827.  Maurice Corbett Kearney, individually, as surviving sibling of Lisa Kearney-Griffin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maurice Corbett Kearney is a resident of Delaware. Lisa Kearney-Griffin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

828.  McKinley Kearney, individually, as surviving parent of Lisa Kearney-Griffin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. McKinley Kearney

is a resident of Florida. Lisa Kearney-Griffin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

829.   Brityne Sprauve, individually, as surviving child of Lisa Kearney-Griffin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brityne Sprauve is a resident of Florida. Lisa Kearney-Griffin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

830.   Christine Keating, individually, as surviving sibling of Paul Hanlon Keating, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine Keating is a resident of New Jersey. Paul Hanlon Keating is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

831.   Cornelius H. Keating, individually, as surviving sibling of Paul Hanlon Keating, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cornelius H. Keating is a resident of New Jersey. Paul Hanlon Keating is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

832.   Cornelius J. Keating, individually, as surviving parent of Paul Hanlon Keating, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cornelius J. Keating is a resident of New Jersey. Paul Hanlon Keating is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

833.   Cornelius J. Keating, as the Personal Representative of the Estate of Paul Hanlon Keating, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul Hanlon Keating, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cornelius J. Keating is a resident of New Jersey. Paul Hanlon Keating is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

834.   Jeanne Keating, individually, as surviving sibling of Paul Hanlon Keating, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeanne Keating is a resident of New Jersey. Paul Hanlon Keating is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

835.   Jeffrey Keating, individually, as surviving sibling of Paul Hanlon Keating, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeffrey Keating is a resident of New Jersey. Paul Hanlon Keating is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

836.   Cornelius J. Keating as Personal Representative of the Estate of Muriel Keating, deceased, the late parent of Paul Hanlon Keating, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cornelius J. Keating as Personal Representative of the Estate of Muriel Keating is a resident of New Jersey. Paul Hanlon Keating is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

837.   Kathleen A. Matthews, individually, as surviving sibling of Paul Hanlon Keating, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen A. Matthews is a resident of New Jersey. Paul Hanlon Keating is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

838.   Belinda Bennett a/k/a Belinda Carter, individually, as surviving child of Brenda Kegler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Belinda Bennett a/k/a Belinda Carter is a resident of Maryland. Brenda Kegler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

839.   Andre Hunter, individually, as surviving sibling of Brenda Kegler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andre Hunter is a resident of Maryland. Brenda Kegler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

840.   Robert Lee Hunter, individually, as surviving sibling of Brenda Kegler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Lee Hunter is a resident of Maryland. Brenda Kegler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

841.   Simara Warren, individually, as surviving child of Brenda Kegler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Simara Warren is a resident of Maryland. Brenda Kegler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

842.   Simara Warren, as the Personal Representative of the Estate of Brenda Kegler, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brenda Kegler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Simara Warren is a resident of Maryland. Brenda Kegler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

843.   Bing Kegler, individually, as surviving spouse of Brenda Kegler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bing Kegler is a resident of Florida. Brenda Kegler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

844.   David Royal, individually, as surviving sibling of Brenda Kegler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Royal is a resident of the District of Columbia. Brenda Kegler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

845.   Anne K. Blauvelt, individually, as surviving spouse of Thomas M. Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anne K. Blauvelt is a resident of New Jersey. Thomas M. Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

846.  Anne K. Blauvelt, as the Personal Representative of the Estate of Thomas M. Kelly, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas M. Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anne K. Blauvelt is a resident of New Jersey. Thomas M. Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

847.  Kathleen Kelly, individually, as surviving spouse of Thomas W. Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Kelly is a resident of New York. Thomas W. Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

848.  Kathleen Kelly, as the Personal Representative of the Estate of Thomas W. Kelly, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas W. Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Kelly is a resident of New York. Thomas W. Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

849.  Thomas Kelly, individually, as surviving child of Thomas W. Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Kelly is a resident of New York. Thomas W. Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

850.  Francis Kelly, individually, as surviving child of Thomas W. Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francis Kelly is a resident of New York. Thomas W. Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

851.  Allison Garger, individually, as surviving spouse of Thomas Kennedy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Allison Garger is a resident of New York. Thomas Kennedy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

852.   Allison Garger, as the Personal Representative of the Estate of Thomas Kennedy, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Kennedy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Allison Garger is a resident of New York. Thomas Kennedy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

853.   Brian Kennedy, individually, as surviving sibling of Thomas Kennedy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Kennedy is a resident of Virginia. Thomas Kennedy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

854.   Brian Kennedy as Personal Representative of the Estate of Eileen Kennedy, deceased, the late parent of Thomas Kennedy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Kennedy as Personal Representative of the Estate of Eileen Kennedy is a resident of Virginia. Thomas Kennedy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

855.   James Kennedy, individually, as surviving child of Thomas Kennedy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Kennedy is a resident of New York. Thomas Kennedy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

856.   Michael Kennedy, individually, as surviving child of Thomas Kennedy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Kennedy is a resident of New York. Thomas Kennedy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

857.   Robert Kennedy, individually, as surviving sibling of Thomas Kennedy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Kennedy is a resident

150

of New York. Thomas Kennedy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

858.    Brian Kennedy as Personal Representative of the Estate of William Kennedy, deceased, the late parent of Thomas Kennedy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Kennedy as Personal Representative of the Estate of William Kennedy is a resident of Virginia. Thomas Kennedy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

859.    Elizabeth Khalif, individually, as surviving parent of Boris Khalif, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Khalif is a resident of New York. Boris Khalif is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

860.    Lev Khalif, individually, as surviving parent of Boris Khalif, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lev Khalif is a resident of New York. Boris Khalif is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

861.    Dara Berliner, individually, as surviving sibling of Mary Jo Kimelman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dara Berliner is a resident of New York. Mary Jo Kimelman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

862.    Michael G. Kimelman, individually, as surviving parent of Mary Jo Kimelman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael G. Kimelman is a resident of New York. Mary Jo Kimelman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

863.    Michael G. Kimelman, as the co-Personal Representative of the Estate of Mary Jo Kimelman, deceased, on behalf of the Estate, and on behalf of all survivors and all legally

entitled beneficiaries and family members of Mary Jo Kimelman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael G. Kimelman is a resident of New York. Mary Jo Kimelman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

864.   Michael P. Kimelman, individually, as surviving sibling of Mary Jo Kimelman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael P. Kimelman is a resident of New York. Mary Jo Kimelman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

865.   Scott Kimelman, individually, as surviving sibling of Mary Jo Kimelman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scott Kimelman is a resident of New York. Mary Jo Kimelman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

866.   Terre Susan Wallach, individually, as surviving parent of Mary Jo Kimelman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Terre Susan Wallach is a resident of Florida. Mary Jo Kimelman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

867.   Terre Susan Wallach, as the co-Personal Representative of the Estate of Mary Jo Kimelman, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mary Jo Kimelman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Terre Susan Wallach is a resident of Florida. Mary Jo Kimelman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

868.   Kathryn D'Amico, individually, as surviving sibling of Karen Kincaid, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathryn D'Amico is a resident of Iowa. Karen Kincaid is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

869. John Doe 33, being intended to designate the Personal Representative of the Estate of Karen Kincaid, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Karen Kincaid, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Kincaid is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

870. Kristian G. Kincaid, individually, as surviving sibling of Karen Kincaid, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kristian G. Kincaid is a resident of Iowa. Karen Kincaid is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

871. Karyl Kincaid-Noel, individually, as surviving sibling of Karen Kincaid, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karyl Kincaid-Noel is a resident of Iowa. Karen Kincaid is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

872. Kellie Work, individually, as surviving sibling of Amy R. King, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kellie Work is a resident of New York. Amy R. King is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

873. Susan M. King, individually, as surviving parent of Amy R. King, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan M. King is a resident of New York. Amy R. King is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

874.   Raymond Murray, as Personal Representative of the Estate of Richard King, deceased, the late spouse of Lucille T. King, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raymond Murray, as Personal Representative of the Estate of Richard King is a resident of North Carolina. Lucille T. King is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

875.   Robert Murray, as the co-Personal Representative of the Estate of Lucille T. King, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lucille T. King, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Murray is a resident of New Jersey. Lucille T. King is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

876.   Raymond Murray, as the co-Personal Representative of the Estate of Lucille T. King, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lucille T. King, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raymond Murray is a resident of North Carolina. Lucille T. King is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

877.   Karen Barrett, as the co-Personal Representative of the Estate of Lucille T. King, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lucille T. King, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Barrett is a resident of New Jersey. Lucille T. King is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

878.   Hans A. Klein, individually, as surviving parent of Peter A. Klein, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Hans A. Klein is a resident of New York. Peter A. Klein is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

879.    Dawn Kloepfer, as the Personal Representative of the Estate of Ronald Philip Kloepfer, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ronald Philip Kloepfer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dawn Kloepfer is a resident of New York. Ronald Philip Kloepfer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

880.    Jill Graziano, individually, as surviving sibling of Ronald Philip Kloepfer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jill Graziano is a resident of South Carolina. Ronald Philip Kloepfer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

881.    Christopher Kloepfer, individually, as surviving sibling of Ronald Philip Kloepfer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Kloepfer is a resident of New York. Ronald Philip Kloepfer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

882.    Janet C. Kloepfer, individually, as surviving parent of Ronald Philip Kloepfer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janet C. Kloepfer is a resident of New York. Ronald Philip Kloepfer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

883.    Michael Kloepfer, individually, as surviving sibling of Ronald Philip Kloepfer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Kloepfer is a resident of New Jersey. Ronald Philip Kloepfer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

884.    Robert Kloepfer Jr., individually, as surviving sibling of Ronald Philip Kloepfer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Kloepfer Jr. is a resident of New York. Ronald Philip Kloepfer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

885. Kim McKenna, individually, as surviving sibling of Ronald Philip Kloepfer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kim McKenna is a resident of New York. Ronald Philip Kloepfer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

886. John Koecheler, individually, as surviving child of Gary E. Koecheler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Koecheler is a resident of New York. Gary E. Koecheler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

887. Mary Jo Koecheler, individually, as surviving sibling of Gary E. Koecheler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Jo Koecheler is a resident of Minnesota. Gary E. Koecheler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

888. Maureen Koecheler, individually, as surviving spouse of Gary E. Koecheler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Koecheler is a resident of New York. Gary E. Koecheler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

889. Maureen Koecheler, as the Personal Representative of the Estate of Gary E. Koecheler, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gary E. Koecheler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Koecheler is a resident of New York. Gary E. Koecheler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

890. Paul Koecheler, individually, as surviving child of Gary E. Koecheler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Koecheler is a resident of New York. Gary E. Koecheler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

891. Judy Schneider, individually, as surviving sibling of Gary E. Koecheler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Judy Schneider is a resident of Minnesota. Gary E. Koecheler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

892. Gene Koecheler, individually, as surviving sibling of Gary E. Koecheler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gene Koecheler is a resident of California. Gary E. Koecheler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

893. Thomas Kuras, individually, as surviving sibling of Patricia A. Kuras, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Kuras is a resident of New York. Patricia A. Kuras is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

894. Thomas Kuras, as the Personal Representative of the Estate of Patricia A. Kuras, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patricia A. Kuras, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Kuras is a resident of New York. Patricia A. Kuras is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

895. Thomas Kuras as Personal Representative of the Estate of Michael B. Kuras, deceased, the late sibling of Patricia A. Kuras, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Kuras is a resident of New York. Patricia A. Kuras is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

896. Thomas Kuras as Personal Representative of the Estate of Frances Kuras, deceased, the late parent of Patricia A. Kuras, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Kuras as Personal Representative of the Estate of Frances

157

Kuras is a resident of New York. Patricia A. Kuras is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

897. Morgan Kyte, individually, as surviving child of Angela R. Kyte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Morgan Kyte is a resident of New Jersey. Angela R. Kyte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

898. Roger Kyte, individually, as surviving spouse of Angela R. Kyte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Roger Kyte is a resident of New Jersey. Angela R. Kyte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

899. Roger Kyte, as the Personal Representative of the Estate of Angela R. Kyte, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Angela R. Kyte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Roger Kyte is a resident of New Jersey. Angela R. Kyte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

900. Jem A. Howard, individually, as surviving child of Alan LaFrance, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jem A. Howard is a resident of Connecticut. Alan LaFrance is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

901. Jody C. Howard, individually, as surviving child of Alan LaFrance, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jody C. Howard is a resident of New Jersey. Alan LaFrance is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

902. Andre LaFrance, individually, as surviving sibling of Alan LaFrance, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andre LaFrance is a resident

of New York. Alan LaFrance is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

903.   Carolyn LaFrance, individually, as surviving sibling of Alan LaFrance, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carolyn LaFrance is a resident of Georgia. Alan LaFrance is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

904.   Steven LaFrance, individually, as surviving sibling of Alan LaFrance, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Steven LaFrance is a resident of California. Alan LaFrance is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

905.   Annmarie Williams, individually, as surviving sibling of Alan LaFrance, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Annmarie Williams is a resident of Florida. Alan LaFrance is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

906.   John Doe 35, being intended to designate, as the Personal Representative of the Estate of William D. Lake, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of William D. Lake, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William D. Lake is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

907.   Kyler Lake, individually, as surviving child of William D. Lake, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kyler Lake is a resident of Florida. William D. Lake is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

159

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

908. Jeanne Kavinski, individually, as surviving sibling of Carol A. LaPlante, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeanne Kavinski is a resident of Maryland. Carol A. LaPlante is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

909. Jeanne Kavinski, as the Personal Representative of the Estate of Carol A. LaPlante, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carol A. LaPlante, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeanne Kavinski is a resident of Maryland. Carol A. LaPlante is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

910. Marilyn Matthews, individually, as surviving sibling of Carol A. LaPlante, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marilyn Matthews is a resident of New Jersey. Carol A. LaPlante is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

911. Catherine Lauria, individually, as surviving sibling of Stephen J. Lauria, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Lauria is a resident of Florida. Stephen J. Lauria is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

912. Catherine Lauria, as Personal Representative of the Estate of Antoinette Lauria, deceased, the late parent of Stephen J. Lauria, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Lauria as Personal Representative of the Estate of Antoinette Lauria is a resident of Florida. Stephen J. Lauria is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

913. Catherine Lauria, as the Personal Representative of the Estate of Stephen J. Lauria, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen J. Lauria, is a Plaintiff seeking justice for

the tragic events of September 11, 2001. Catherine Lauria is a resident of Florida. Stephen J. Lauria is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

914.    Pamela Lawson Dixon, individually, as surviving child of Nathaniel Lawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pamela Lawson Dixon is a resident of Colorado. Nathaniel Lawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

915.    Pamela Lawson Dixon, as the Personal Representative of the Estate of Nathaniel Lawson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nathaniel Lawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pamela Lawson Dixon is a resident of Colorado. Nathaniel Lawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

916.    Betty Moore-Gooding, individually, as surviving sibling of Nathaniel Lawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Betty Moore-Gooding is a resident of North Carolina. Nathaniel Lawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

917.    Evelyn Robinson, individually, as surviving sibling of Nathaniel Lawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Evelyn Robinson is a resident of Georgia. Nathaniel Lawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

918.    Mary Ann Ledee, as the Personal Representative of the Estate of Kenneth Charles Ledee, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Charles Ledee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Ann Ledee is a resident of Florida. Kenneth Charles Ledee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

919. Anna Ledee, individually, as surviving parent of Kenneth Charles Ledee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anna Ledee is a resident of New York. Kenneth Charles Ledee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

920. Olivia Ledee Lindsey, individually, as surviving child of Kenneth Charles Ledee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Olivia Ledee Lindsey is a resident of Florida. Kenneth Charles Ledee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

921. Alexica Leduc, individually, as surviving child of Alexis Leduc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexica Leduc is a resident of Pennsylvania. Alexis Leduc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

922. Alexis John Leduc, individually, as surviving child of Alexis Leduc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexis John Leduc is a resident of New Jersey. Alexis Leduc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

923. Elvis Leduc, individually, as surviving child of Alexis Leduc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elvis Leduc is a resident of Pennsylvania. Alexis Leduc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

924. Jessica Leduc, individually, as surviving child of Alexis Leduc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica Leduc is a resident of Florida. Alexis Leduc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

925.   Cindy Leduc-Sanchez, individually, as surviving child of Alexis Leduc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cindy Leduc-Sanchez is a resident of New York. Alexis Leduc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

926.   Katherine Lenoir, individually, as surviving sibling of John R. Lenoir, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katherine Lenoir is a resident of Tennessee. John R. Lenoir is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

927.   Patricia Lenoir, individually, as surviving parent of John R. Lenoir, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Lenoir is a resident of Tennessee. John R. Lenoir is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

928.   Patrick Lenoir, individually, as surviving sibling of John R. Lenoir, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick Lenoir is a resident of Tennessee. John R. Lenoir is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

929.   Patrick Lenoir, as Personal Representative of the Estate of John A. Lenoir, deceased, the late parent of John R. Lenoir, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick Lenoir is a resident of Tennessee. John R. Lenoir is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

930.   Elaine Farrally-Plourde, individually, as surviving child of Charles A. Lesperance, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elaine Farrally-Plourde is a resident of New York. Charles A. Lesperance is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International

Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

931.   Elaine Farrally-Plourde, as the co-Personal Representative of the Estate of Charles A. Lesperance, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles A. Lesperance, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elaine Farrally-Plourde is a resident of New York. Charles A. Lesperance is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

932.   Leslie K. Lesperance, individually, as surviving child of Charles A. Lesperance, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leslie K. Lesperance is a resident of Florida. Charles A. Lesperance is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

933.   Leslie K. Lesperance, as the co-Personal Representative of the Estate of Charles A. Lesperance, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles A. Lesperance, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leslie K. Lesperance is a resident of Florida. Charles A. Lesperance is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

934.   Nilaja A. Shealy-Loveless, individually, as surviving child of Charles A. Lesperance, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nilaja A. Shealy-Loveless is a resident of New Jersey. Charles A. Lesperance is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

935.   Audrey Levin, individually, as surviving parent of Alisha C. Levin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Audrey Levin is a resident of Pennsylvania. Alisha C. Levin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

936.   Marvin Levin, individually, as surviving parent of Alisha C. Levin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marvin Levin is a resident of

Pennsylvania. Alisha C. Levin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

937.   Mindy Gottenberg, individually, as surviving sibling of Alisha C. Levin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mindy Gottenberg is a resident of Pennsylvania. Alisha C. Levin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

938.   Mindy Gottenberg, as the Personal Representative of the Estate of Alisha C. Levin, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alisha C. Levin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mindy Gottenberg is a resident of Pennsylvania. Alisha C. Levin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

939.   John E. Allen Jr., individually, as surviving child of Samantha Lightbourn-Allen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John E. Allen Jr. is a resident of Maryland. Samantha Lightbourn-Allen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

940.   Rennea Butler, individually, as surviving sibling of Samantha Lightbourn-Allen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rennea Butler is a resident of Virginia. Samantha Lightbourn-Allen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

941.   Raymond Lightbourn, individually, as surviving sibling of Samantha Lightbourn-Allen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raymond Lightbourn is a resident of Maryland. Samantha Lightbourn-Allen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

942. Rebecca Lightbourn, individually, as surviving parent of Samantha Lightbourn-Allen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rebecca Lightbourn is a resident of Maryland. Samantha Lightbourn-Allen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

943. Rebecca Lightbourn, as the Personal Representative of the Estate of Samantha Lightbourn-Allen, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Samantha Lightbourn-Allen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rebecca Lightbourn is a resident of Maryland. Samantha Lightbourn-Allen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

944. Rebecca Lightbourn as Personal Representative of the Estate of Raymond Lightbourn, Sr., deceased, the late parent of Samantha Lightbourn-Allen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rebecca Lightbourn as Personal Representative of the Estate of Raymond Lightbourn, Sr. is a resident of Maryland. Samantha Lightbourn-Allen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

945. Olga Colon, individually, as surviving sibling of Carlos R. Lillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Olga Colon is a resident of Florida. Carlos R. Lillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

946. Iliana E. Flores, individually, as surviving sibling of Carlos R. Lillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Iliana E. Flores is a resident of New York. Carlos R. Lillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

947. Julio C. Lillo, individually, as surviving sibling of Carlos R. Lillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Julio C. Lillo is a resident of New Jersey. Carlos R. Lillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

948.  Alexander Lopez, individually, as surviving sibling of Carlos R. Lillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexander Lopez is a resident of Puerto Rico. Carlos R. Lillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

949.  Ilia E. Rodriguez, individually, as surviving parent of Carlos R. Lillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ilia E. Rodriguez is a resident of Puerto Rico. Carlos R. Lillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

950.  Ilia E. Rodriguez as Personal Representative of the Estate of Julio Cesar Lillo Torres, deceased, the late parent of Carlos R. Lillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ilia E. Rodriguez as Personal Representative of the Estate of Julio Cesar Lillo Torres is a resident of Puerto Rico. Carlos R. Lillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

951.  Nahid Mashayekhi Lin, individually, as surviving parent of Darya Lin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nahid Mashayekhi Lin is a resident of Florida. Darya Lin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

952.  Berdie Hicks, individually, as surviving parent of Nickie Lindo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Berdie Hicks is a resident of Georgia. Nickie Lindo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

953.  Walter Hicks, individually, as surviving sibling of Nickie Lindo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Walter Hicks is a resident of Georgia. Nickie Lindo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

954. Vincent Linnane, individually, as surviving sibling of Robert T. Linnane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vincent Linnane is a resident of New York. Robert T. Linnane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

955. Vincent Linnane, as the Personal Representative of the Estate of Robert T. Linnane, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert T. Linnane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vincent Linnane is a resident of New York. Robert T. Linnane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

956. Matthew J. Liz-Ramirez, as the Personal Representative of the Estate of Nancy Liz, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nancy Liz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew J. Liz-Ramirez is a resident of Florida. Nancy Liz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

957. Jose Liz a/k/a Domingo Liz, individually, as surviving sibling of Nancy Liz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose Liz a/k/a Domingo Liz is a resident of Texas. Nancy Liz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

958. Jose Liz a/k/a Domingo Liz as Personal Representative of the Estate of Jose Liz, Sr., deceased, the late parent of Nancy Liz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose Liz a/k/a Domingo Liz as Personal Representative of the Estate of Jose Liz, Sr. is a resident of New York. Nancy Liz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

959.    Matthew J. Liz-Ramirez, individually, as surviving child of Nancy Liz, is a Plaintiff
        seeking justice for the tragic events of September 11, 2001. Matthew J. Liz-Ramirez is a
        resident of Florida. Nancy Liz is one of the Decedents murdered as a result of the terrorist
        attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,
        and to which Muslim World League, International Islamic Relief Organization, World
        Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in
        furtherance of the attacks.

960.    Elisa P. Malani a/k/a Elisa Partosoedarso Malani, as the Personal Representative of the
        Estate of Michael Lomax, deceased, on behalf of the Estate, and on behalf of all survivors
        and all legally entitled beneficiaries and family members of Michael Lomax, is a Plaintiff
        seeking justice for the tragic events of September 11, 2001. Elisa P. Malani a/k/a Elisa
        Partosoedarso Malani is a resident of Florida. Michael Lomax is one of the Decedents
        murdered as a result of the terrorist attacks of September 11, 2001, that were carried out
        by al-Qaeda and Osama bin Laden, and to which Muslim World League, International
        Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi
        provided material support and assistance in furtherance of the attacks.

961.    Elisa P. Malani as Personal Representative of the Estate of Erica Partosoedarso,
        deceased, the late spouse of Michael Lomax, is a Plaintiff seeking justice for the tragic
        events of September 11, 2001. Elisa P. Malani as Personal Representative of the Estate of
        Erica Partosoedarso is a resident of Florida. Michael Lomax is one of the Decedents
        murdered as a result of the terrorist attacks of September 11, 2001, that were carried out
        by al-Qaeda and Osama bin Laden, and to which Muslim World League, International
        Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi
        provided material support and assistance in furtherance of the attacks.

962.    Alexandra Lopes, individually, as surviving child of Salvatore Lopes, is a Plaintiff
        seeking justice for the tragic events of September 11, 2001. Alexandra Lopes is a resident
        of New York. Salvatore Lopes is one of the Decedents murdered as a result of the
        terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin
        Laden, and to which Muslim World League, International Islamic Relief Organization,
        World Assembly of Muslim Youth, and Yassin Kadi provided material support and
        assistance in furtherance of the attacks.

963.    Bernard Lopes, individually, as surviving sibling of Salvatore Lopes, is a Plaintiff
        seeking justice for the tragic events of September 11, 2001. Bernard Lopes is a resident
        of Florida. Salvatore Lopes is one of the Decedents murdered as a result of the terrorist
        attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,
        and to which Muslim World League, International Islamic Relief Organization, World
        Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in
        furtherance of the attacks.

964.    Lorraine Lopes, individually, as surviving spouse of Salvatore Lopes, is a Plaintiff
        seeking justice for the tragic events of September 11, 2001. Lorraine Lopes is a resident
        of New York. Salvatore Lopes is one of the Decedents murdered as a result of the
        terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin
        Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

965.   Lorraine Lopes, as the Personal Representative of the Estate of Salvatore Lopes, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Salvatore Lopes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lorraine Lopes is a resident of New York. Salvatore Lopes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

966.   Nicole Lopes, individually, as surviving child of Salvatore Lopes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicole Lopes is a resident of New York. Salvatore Lopes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

967.   Antoinette Solowsky, individually, as surviving sibling of Salvatore Lopes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Antoinette Solowsky is a resident of New York. Salvatore Lopes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

968.   Michael Lopez Feliciano, individually, as surviving child of George Lopez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Lopez Feliciano is a resident of Florida. George Lopez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

969.   Sophia W. M. Feliciano, individually, as surviving spouse of George Lopez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sophia W. M. Feliciano is a resident of Florida. George Lopez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

970.   Sophia W. M. Feliciano, as the Personal Representative of the Estate of George Lopez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of George Lopez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sophia W. M. Feliciano is a resident of Florida.

George Lopez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

971.   Carolyn DeRosier, individually, as surviving sibling of James T. Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carolyn DeRosier is a resident of Connecticut. James T. Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

972.   Judith M. Hesse, individually, as surviving sibling of James T. Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Judith M. Hesse is a resident of Connecticut. James T. Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

973.   Judith M. Hesse as Personal Representative of the Estate of Michael B. Lynch, deceased, the late sibling of James T. Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Judith M. Hesse as Personal Representative of the Estate of Michael B. Lynch is a resident of Connecticut. James T. Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

974.   Brenda Lynch, individually, as surviving spouse of James T. Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brenda Lynch is a resident of Arkansas. James T. Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

975.   Brenda Lynch, as the Personal Representative of the Estate of James T. Lynch, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of James T. Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brenda Lynch is a resident of Arkansas. James T. Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

976. Paul Thomas Lynch, individually, as surviving child of James T. Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Thomas Lynch is a resident of Florida. James T. Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

977. Maureen MacDonald, individually, as surviving sibling of James T. Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen MacDonald is a resident of Connecticut. James T. Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

978. Kathleen E. Zetscher, individually, as surviving sibling of James T. Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen E. Zetscher is a resident of Maryland. James T. Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

979. Rodney Bush, individually, as surviving sibling of Nehamon Lyons, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rodney Bush is a resident of Arizona. Nehamon Lyons is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

980. Corey Hawkins, individually, as surviving sibling of Nehamon Lyons, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Corey Hawkins is a resident of Arizona. Nehamon Lyons is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

981. Christian Lyons, individually, as surviving sibling of Nehamon Lyons, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christian Lyons is a resident of Arizona. Nehamon Lyons is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

982.    John Doe 108, as Personal Representative of the Estate of Jewel Lyons, deceased, the late parent of Nehamon Lyons, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nehamon Lyons is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

983.    John Doe 102 as Personal Representative of the Estate of Nehamon Lyons, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nehamon Lyons, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nehamon Lyons is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

984.    Marquis Lyons, individually, as surviving sibling of Nehamon Lyons, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marquis Lyons is a resident of Arkansas. Nehamon Lyons is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

985.    Andrew Magazine, individually, as surviving child of Jay R. Magazine, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Magazine is a resident of North Carolina. Jay R. Magazine is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

986.    Michele Magazine, individually, as surviving sibling of Jay R. Magazine, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michele Magazine is a resident of New York. Jay R. Magazine is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

987.    Susan Lori Magazine, individually, as surviving spouse of Jay R. Magazine, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Lori Magazine is a resident of Massachusetts. Jay R. Magazine is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

988. Susan Lori Magazine, as the Personal Representative of the Estate of Jay R. Magazine, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jay R. Magazine, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Lori Magazine is a resident of Massachusetts. Jay R. Magazine is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

989. Janet Wexler Magee, individually, as surviving spouse of Charles W. Magee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janet Wexler Magee is a resident of New York. Charles W. Magee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

990. Janet Wexler Magee, as the Personal Representative of the Estate of Charles W. Magee, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles W. Magee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janet Wexler Magee is a resident of New York. Charles W. Magee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

991. Ali Mohamed Malahi, individually, as surviving parent of Abdu Ali Malahi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ali Mohamed Malahi is a resident of New York. Abdu Ali Malahi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

992. Ali Mohamed Malahi, as the Personal Representative of the Estate of Abdu Ali Malahi, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Abdu Ali Malahi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ali Mohamed Malahi is a resident of New York. Abdu Ali Malahi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

993. Malek Malahi, individually, as surviving child of Abdu Ali Malahi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Malek Malahi is a resident of

Michigan. Abdu Ali Malahi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

994. Nabeela Malahi, individually, as surviving spouse of Abdu Ali Malahi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nabeela Malahi is a resident of Michigan . Abdu Ali Malahi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

995. Fares Malahi, individually, as surviving child of Abdu Ali Malahi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Fares Malahi is a resident of Michigan. Abdu Ali Malahi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

996. Miriam R. Carrasquillo, individually, as surviving sibling of Debora I. Maldonado, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Miriam R. Carrasquillo is a resident of New York. Debora I. Maldonado is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

997. Elvia Diaz, individually, as surviving parent of Debora I. Maldonado, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elvia Diaz is a resident of New York. Debora I. Maldonado is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

998. Leslie Edwards, individually, as surviving sibling of Debora I. Maldonado, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leslie Edwards is a resident of New York. Debora I. Maldonado is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

999. Jarid Maldonado, individually, as surviving child of Myrna Maldonado-Agosto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jarid Maldonado is a resident of Washington. Myrna Maldonado-Agosto is one of the Decedents murdered as a

result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1000. Jordan Maldonado, individually, as surviving child of Myrna Maldonado-Agosto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jordan Maldonado is a resident of Florida. Myrna Maldonado-Agosto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1001. Frances Mercado, individually, as surviving sibling of Myrna Maldonado-Agosto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frances Mercado is a resident of New York. Myrna Maldonado-Agosto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1002. April Fitzgerald as Personal Representative of the Estate of Merlyn Maloy, deceased, the late parent of Gene Maloy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. April Fitzgerald as Personal Representative of the Estate of Merlyn Maloy is a resident of Virginia. Gene Maloy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1003. Gene Maloy, individually, as surviving parent of Gene Maloy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gene Maloy is a resident of Virginia. Gene Maloy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1004. April Fitzgerald, individually, as surviving sibling of Gene Maloy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. April Fitzgerald is a resident of Virginia. Gene Maloy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1005. Margaret Randazzo-Maloy, as the Personal Representative of the Estate of Gene Maloy, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gene Maloy, is a Plaintiff seeking justice for the

tragic events of September 11, 2001. Margaret Randazzo-Maloy is a resident of California. Gene Maloy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1006.   Anthony Mancini, individually, as surviving sibling of Francisco M. Mancini a/k/a Frank Mancini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Mancini is a resident of New York. Francisco M. Mancini a/k/a Frank Mancini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1007.   Anastasia Mancini a/k/a Anastasia Zouvelos, individually, as surviving spouse of Francisco M. Mancini a/k/a Frank Mancini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anastasia Mancini a/k/a Anastasia Zouvelos is a resident of New York. Francisco M. Mancini a/k/a Frank Mancini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1008.   Anastasia Mancini a/k/a Anastasia Zouvelos, as the Personal Representative of the Estate of Francisco Mancini (a/k/a Frank Mancini), deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Francisco M. Mancini a/k/a Frank Mancini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anastasia Mancini a/k/a Anastasia Zouvelos is a resident of New York. Francisco M. Mancini a/k/a Frank Mancini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1009.   Sophia Mancini, individually, as surviving child of Francisco M. Mancini a/k/a Frank Mancini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sophia Mancini is a resident of New York. Francisco M. Mancini a/k/a Frank Mancini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1010.   Anthony Mancini as the Personal Representative of the Estate of Lea Sola (a/k/a Lea Mancini), deceased, the late parent of Francisco M. Mancini a/k/a Frank Mancini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Mancini as the Personal Representative of the Estate of Lea Sola (a/k/a Lea Mancini) is a resident of

New York. Francisco M. Mancini a/k/a Frank Mancini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1011. Laura aka Laura E. Mardovich Balemian, individually, as surviving spouse of Edward J. Mardovich, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura aka Laura E. Mardovich Balemian is a resident of New York. Edward J. Mardovich is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1012. Victoria Catanese, individually, as surviving child of Edward J. Mardovich, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Victoria Catanese is a resident of New York. Edward J. Mardovich is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1013. Edward J. Mardovich III, individually, as surviving child of Edward J. Mardovich, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edward J. Mardovich III is a resident of New York. Edward J. Mardovich is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1014. Joseph Mardovich, individually, as surviving child of Edward J. Mardovich, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Mardovich is a resident of California. Edward J. Mardovich is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1015. Leigh Massi, individually, as surviving child of Edward J. Mardovich, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leigh Massi is a resident of New York. Edward J. Mardovich is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1016. Laura Mardovich a/k/a Laura E. Balemian, as the Personal Representative of the Estate of Edward J. Mardovich, deceased, on behalf of the Estate, and on behalf of all survivors

and all legally entitled beneficiaries and family members of Edward J. Mardovich, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Mardovich a/k/a Laura E. Balemian is a resident of New York. Edward J. Mardovich is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1017.   Lauren Peters, as Personal Representative of the Estate of Louis N. Mariani, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Louis N. Mariani, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lauren Peters is a resident of New York. Louis N. Mariani is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1018.   Christine Mariani, individually, as surviving sibling of Louis N. Mariani, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine Mariani is a resident of Massachusetts. Louis N. Mariani is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1019.   Christina Martinez, individually, as surviving child of Betsy Martinez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christina Martinez is a resident of Florida. Betsy Martinez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1020.   Gabriel Martinez, as the Co-Personal Representative of the Estate of Robert G Martinez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert G. Martinez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gabriel Martinez is a resident of New York. Robert G. Martinez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1021.   Gabriel Martinez, individually, as surviving parent of Robert G. Martinez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gabriel Martinez is a resident of New York. Robert G. Martinez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1022. Marie Martinez, individually, as surviving parent of Robert G. Martinez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marie Martinez is a resident of New York. Robert G. Martinez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1023. Francis Firth, individually, as surviving sibling of Robert G. Martinez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francis Firth is a resident of New Jersey. Robert G. Martinez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1024. Arnold F. Mascali Jr., individually, as surviving sibling of Joseph A. Mascali, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Arnold F. Mascali Jr. is a resident of Florida. Joseph A. Mascali is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1025. Catherine Mascali, individually, as surviving parent of Joseph A. Mascali, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Mascali is a resident of New York. Joseph A. Mascali is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1026. John Mascali, individually, as surviving sibling of Joseph A. Mascali, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Mascali is a resident of New York. Joseph A. Mascali is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1027. Catherine Mascali as Personal Representative of the Estate of Arnold Mascali, Sr., deceased, the late parent of Joseph A. Mascali, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Mascali as Personal Representative of the Estate of Arnold Mascali, Sr. is a resident of New York. Joseph A. Mascali is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were

carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1028. Donna Mascali Russo, individually, as surviving sibling of Joseph A. Mascali, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donna Mascali Russo is a resident of New York. Joseph A. Mascali is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1029. Cathyanne Mascali Sprenger, individually, as surviving sibling of Joseph A. Mascali, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cathyanne Mascali Sprenger is a resident of New York. Joseph A. Mascali is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1030. Sherman Acker, individually, as surviving spouse of Ada L. Mason, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sherman Acker is a resident of Virginia. Ada L. Mason is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1031. Annie Harris, individually, as surviving sibling of Ada L. Mason, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Annie Harris is a resident of Connecticut. Ada L. Mason is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1032. JoAnn Wilson-Johnson, individually, as surviving sibling of Ada L. Mason, is a Plaintiff seeking justice for the tragic events of September 11, 2001. JoAnn Wilson-Johnson is a resident of Mississippi. Ada L. Mason is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1033. Nelson Johnson, as the Personal Representative of the Estate of Ada L. Mason, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ada L. Mason, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nelson Johnson is a resident of Tennessee. Ada L. Mason is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that

were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1034. JoAnn Wilson-Johnson as Personal Representative of the Estate of Searetha E. Wilson, deceased, the late parent of Ada L. Mason, is a Plaintiff seeking justice for the tragic events of September 11, 2001. JoAnn Wilson-Johnson as Personal Representative of the Estate of Searetha E. Wilson is a resident of Mississippi. Ada L. Mason is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1035. Shaun Mason, individually, as surviving child of Ada L. Mason, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shaun Mason is a resident of Maryland. Ada L. Mason is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1036. Jimmie L. Willson, individually, as surviving sibling of Ada L. Mason, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jimmie L. Willson is a resident of Connecticut. Ada L. Mason is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1037. Shannon Mason, individually, as surviving child of Ada L. Mason, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shannon Mason is a resident of Virginia. Ada L. Mason is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1038. Kathleen Mathesen, as the Personal Representative of the Estate of William A. Mathesen, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of William A. Mathesen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Mathesen is a resident of New Jersey. William A. Mathesen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1039. Tara Moloney as Personal Representative of the Estate of Deborah Moloney, deceased, the late sibling of William A. Mathesen, is a Plaintiff seeking justice for the tragic events

of September 11, 2001. Tara Moloney is a resident of New York. William A. Mathesen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1040. Joanne Mathesen, as Personal Representative of the Estate of Stephen Mathesen, deceased, the late sibling of William A. Mathesen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joanne Mathesen, as Personal Representative of the Estate of Stephen Mathesen is a resident of New York. William A. Mathesen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1041. Karen Schubert, individually, as surviving sibling of William A. Mathesen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Schubert is a resident of Florida. William A. Mathesen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1042. Patricia Sarrantonio, individually, as surviving sibling of William A. Mathesen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Sarrantonio is a resident of New York. William A. Mathesen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1043. Vivian Mattic, individually, as surviving sibling of Margaret E. Mattic, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vivian Mattic is a resident of Michigan. Margaret E. Mattic is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1044. Jean Neal a/k/a Elvin Jean Neal, individually, as surviving sibling of Margaret E. Mattic, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jean Neal a/k/a Elvin Jean Neal is a resident of Michigan. Margaret E. Mattic is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1045. Jean Neal a/k/a Elvin Jean Neal, as the Personal Representative of the Estate of Margaret E. Mattic, deceased, on behalf of the Estate, and on behalf of all survivors and all legally

entitled beneficiaries and family members of Margaret E. Mattic, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jean Neal a/k/a Elvin Jean Neal is a resident of Michigan. Margaret E. Mattic is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1046.   Jean Neal a/k/a Elvin Jean Neal, as Personal Representative of the Estate of Katie I. Mattic, deceased, the late parent of Margaret E. Mattic, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jean Neal a/k/a Elvin Jean Neal, as Personal Representative of the Estate of Katie I. Mattic is a resident of Michigan. Margaret E. Mattic is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1047.   Frances Douglas, individually, as surviving sibling of Margaret E. Mattic, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frances Douglas is a resident of Michigan. Margaret E. Mattic is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1048.   William Eugene Clark a/k/a Eugene W. Clark, as the Personal Representative of the Estate of Dean E. Mattson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dean E. Mattson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Eugene Clark a/k/a Eugene W. Clark is a resident of California. Dean E. Mattson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1049.   Dale Mattson, individually, as surviving sibling of Dean E. Mattson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dale Mattson is a resident of Wisconsin. Dean E. Mattson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1050.   Dale Mattson as Personal Representative of the Estate of Bernice Mattson, deceased, the late parent of Dean E. Mattson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dale Mattson as Personal Representative of the Estate of Bernice Mattson is a resident of Wisconsin. Dean E. Mattson is one of the Decedents murdered as

a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1051.   Mary Mattson as Personal Representative of the Estate of Glenn Mattson, deceased, the late sibling of Dean E. Mattson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Mattson as Personal Representative of the Estate of Glenn Mattson is a resident of Wisconsin. Dean E. Mattson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1052.   Theresa M. Mattson as the Personal Representative of the Estate of Dwain Mattson, deceased, the late sibling of Dean E. Mattson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa M. Mattson is a resident of WI. Dean E. Mattson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1053.   Donald Mauro, individually, as surviving spouse of Nancy Mauro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donald Mauro is a resident of New York. Nancy Mauro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1054.   Donald Mauro, as the Personal Representative of the Estate of Nancy Mauro, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nancy Mauro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donald Mauro is a resident of New York. Nancy Mauro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1055.   Anne McCloskey, individually, as surviving parent of Katie M. McCloskey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anne McCloskey is a resident of Indiana. Katie M. McCloskey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1056. Noah R. McCloskey, as the Personal Representative of the Estate of Katie M. McCloskey, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Katie M. McCloskey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anne McCloskey is a resident of Indiana. Katie M. McCloskey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1057. Noah R. McCloskey, individually, as surviving sibling of Katie M. McCloskey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Noah R. McCloskey is a resident of Indiana. Katie M. McCloskey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1058. Linda D. May, individually, as surviving sibling of Thomas McHale, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda D. May is a resident of North Carolina. Thomas McHale is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1059. Elizabeth ("Beth") McCarthy (nee McHale), individually, as surviving sibling of Thomas McHale, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth ("Beth") McCarthy (nee McHale) is a resident of New York. Thomas McHale is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1060. Elizabeth ("Beth") McCarthy (nee McHale) and Joseph McHale as co-Personal Representatives of the Estate of John F. McHale, deceased, the late parent of Thomas McHale, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth ("Beth") McCarthy (nee McHale) and Joseph McHale are residents of New York. Thomas McHale is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1061. Joseph M. McHale, individually, as surviving sibling of Thomas McHale, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph M. McHale is a resident of New York. Thomas McHale is one of the Decedents murdered as a result of

the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1062.  Kevin J. McHale, individually, as surviving sibling of Thomas McHale, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin J. McHale is a resident of North Carolina. Thomas McHale is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1063.  John F. McHale Jr. a/k/a Jack McHale, individually, as surviving sibling of Thomas McHale, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John F. McHale Jr. a/k/a Jack McHale is a resident of North Carolina. Thomas McHale is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1064.  John Doe 40, being intended to designate the Personal Representative of the Estate of Robert G. McIlvaine, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert G. McIlvaine, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert G. McIlvaine is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1065.  Jeffrey A. McIlvaine, individually, as surviving sibling of Robert G. McIlvaine, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeffrey A. McIlvaine is a resident of New Jersey. Robert G. McIlvaine is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1066.  Julie E. McMahon, individually, as surviving spouse of Robert D. McMahon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Julie E. McMahon is a resident of Connecticut. Robert D. McMahon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1067. Julie E. McMahon, as the Personal Representative of the Estate of Robert D. McMahon, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert D. McMahon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Julie E. McMahon is a resident of Connecticut. Robert D. McMahon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1068. Matthew McMahon, individually, as surviving child of Robert D. McMahon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew McMahon is a resident of Connecticut. Robert D. McMahon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1069. Peter McMahon, individually, as surviving sibling of Robert D. McMahon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter McMahon is a resident of New York. Robert D. McMahon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1070. Nancy McMahon as Personal Representative of the Estate of Robert Martin McMahon, deceased, the late parent of Robert D. McMahon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nancy McMahon as Personal Representative of the Estate of Robert Martin McMahon is a resident of New York. Robert D. McMahon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1071. Patrick McMahon, individually, as surviving child of Robert D. McMahon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick McMahon is a resident of Connecticut. Robert D. McMahon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1072. Andrew McMahon, individually, as surviving sibling of Robert D. McMahon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew McMahon is a resident of New York. Robert D. McMahon is one of the Decedents murdered as a

188

result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1073. Damon McMahon, individually, as surviving sibling of Robert D. McMahon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Damon McMahon is a resident of New York. Robert D. McMahon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1074. Michael McMahon, individually, as surviving sibling of Robert D. McMahon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael McMahon is a resident of Florida. Robert D. McMahon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1075. Kim McNeil-Hightower, individually, as surviving child of Walter A. McNeil, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kim McNeil-Hightower is a resident of North Carolina. Walter A. McNeil is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1076. Kim McNeil-Hightower, as the Personal Representative of the Estate of Walter A. McNeil, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Walter A. McNeil, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kim McNeil-Hightower is a resident of North Carolina. Walter A. McNeil is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1077. Walter A. McNeil II, individually, as surviving child of Walter A. McNeil, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Walter A. McNeil II is a resident of New Jersey. Walter A. McNeil is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1078. Kim McNeil-Hightower, as Personal Representative of the Estate of Judith McNeil, deceased, the late sibling of Walter A. McNeil, is a Plaintiff seeking justice for the tragic

events of September 11, 2001. Kim McNeil-Hightower, as Personal Representative of the Estate of Judith McNeil, is a resident of North Carolina. Walter A. McNeil is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1079.  Dolores Lara, individually, as surviving parent of Manuel E. Mejia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dolores Lara is a resident of New York. Manuel E. Mejia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1080.  Scarlyn Mejia, individually, as surviving child of Manuel E. Mejia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scarlyn Mejia is a resident of New York. Manuel E. Mejia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1081.  Scarlyn Mejia, as the Personal Representative of the Estate of Manuel E. Mejia, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Manuel E. Mejia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scarlyn Mejia is a resident of New York. Manuel E. Mejia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1082.  Jacqueline Mejia Peguero, individually, as surviving child of Manuel E. Mejia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jacqueline Mejia Peguero is a resident of New York. Manuel E. Mejia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1083.  Jose Miguel Mejia Peguero, individually, as surviving child of Manuel E. Mejia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose Miguel Mejia Peguero is a resident of New York. Manuel E. Mejia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1084. Manuel E. Mejia Peguero, individually, as surviving child of Manuel E. Mejia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Manuel E. Mejia Peguero is a resident of New York. Manuel E. Mejia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1085. Yaritza Franco Estudillo, individually, as surviving child of Antonio Melendez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yaritza Franco Estudillo is a resident of Connecticut. Antonio Melendez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1086. Daisy N. Melendez, individually, as surviving child of Antonio Melendez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daisy N. Melendez is a resident of New York. Antonio Melendez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1087. Marco A. Melendez, individually, as surviving child of Antonio Melendez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marco A. Melendez is a resident of New York. Antonio Melendez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1088. Saul Melendez-Hernandez, individually, as surviving child of Antonio Melendez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Saul Melendez-Hernandez is a resident of New York. Antonio Melendez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1089. Bronx Public Administrator, as the Personal Representative of the Estate of Antonio Melendez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Antonio Melendez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bronx Public Administrator is a resident of New York. Antonio Melendez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1090. Douglas Mello, individually, as surviving parent of Christopher D. Mello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Douglas Mello is a resident of Florida. Christopher D. Mello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1091. Ellen Mello, individually, as surviving parent of Christopher D. Mello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ellen Mello is a resident of Florida. Christopher D. Mello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1092. Ellen Mello, as the Personal Representative of the Estate of Christopher D. Mello, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Christopher D. Mello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ellen Mello is a resident of Florida. Christopher D. Mello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1093. John Mello, individually, as surviving sibling of Christopher D. Mello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Mello is a resident of Connecticut. Christopher D. Mello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1094. Aleksandr Melnichenko, individually, as surviving spouse of Yelena Melnichenko, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aleksandr Melnichenko is a resident of New York. Yelena Melnichenko is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1095. Aleksandr Melnichenko, as the Personal Representative of the Estate of Yelena Melnichenko, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Yelena Melnichenko, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aleksandr Melnichenko is a

resident of New York. Yelena Melnichenko is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1096. Erik F. Melnichenko, individually, as surviving child of Yelena Melnichenko, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erik F. Melnichenko is a resident of New York. Yelena Melnichenko is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1097. Mary Cooper, individually, as surviving sibling of Wesley Mercer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Cooper is a resident of the District of Columbia. Wesley Mercer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1098. Mary Cooper as Personal Representative of the Estate of Elizabeth M. Parker, deceased, the late sibling of Wesley Mercer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Cooper as Personal Representative of the Estate of Elizabeth M. Parker is a resident of the District of Columbia. Wesley Mercer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1099. Linda Loran, individually, as surviving child of Wesley Mercer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Loran is a resident of New York. Wesley Mercer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1100. Jackie J. Mercer, individually, as surviving sibling of Wesley Mercer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jackie J. Mercer is a resident of New Jersey. Wesley Mercer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1101. Kimberly Lee King Anderson, as the Personal Representative of the Estate of Queen Mercer deceased, the late spouse of Wesley Mercer, is a Plaintiff seeking justice for the

tragic events of September 11, 2001. Kimberly Lee King Anderson is a resident of Virginia. Wesley Mercer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1102.   Kimberly Lee King Anderson, as the Personal Representative of the Estate of Wesley Mercer, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Wesley Mercer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kimberly Lee King Anderson is a resident of Virginia. Wesley Mercer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1103.   Sharif Chowdhury and Showkatara Sharif as co-Personal Representatives of the Estate of Shakila Yasmin, deceased, the late spouse of Nurul Miah, are Plaintiffs seeking justice for the tragic events of September 11, 2001. Sharif Chowdhury and Showkatara Sharif are residents of Virginia. Nurul Miah is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1104.   Nur Miah and Rokshana Miah, as the co-Personal Representatives of the Estate of Nurul Miah, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nurul Miah, are Plaintiffs seeking justice for the tragic events of September 11, 2001. Nur Miah and Rokshana Miah are residents of New York. Nurul Miah is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1105.   Bakul Miah, individually, as surviving sibling of Nurul Miah, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bakul Miah is a resident of New Jersey. Nurul Miah is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1106.   Maria Revilla, individually, as surviving spouse of Luis Clodoaldo Revilla Mier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Revilla is a resident of Florida. Luis Clodoaldo Revilla Mier is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda

and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1107. Maria Revilla, as the Personal Representative of the Estate of Luis Clodoaldo Revilla Mier, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luis Clodoaldo Revilla Mier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Revilla is a resident of Florida. Luis Clodoaldo Revilla Mier is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1108. Jacqueline Milam, individually, as surviving spouse of Major Ronald D. Milam, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jacqueline Milam is a resident of Texas. Major Ronald D. Milam is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1109. Jacqueline Milam, as the Personal Representative of the Estate of Major Ronald D. Milam, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Major Ronald D. Milam, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jacqueline Milam is a resident of Texas. Major Ronald D. Milam is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1110. Ronald D. Milam Jr., individually, as surviving child of Major Ronald D. Milam, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ronald D. Milam Jr. is a resident of Texas. Major Ronald D. Milam is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1111. MyeJoi Milam, individually, as surviving child of Major Ronald D. Milam, is a Plaintiff seeking justice for the tragic events of September 11, 2001. MyeJoi Milam is a resident of Texas. Major Ronald D. Milam is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1112.   Laurie Miller, individually, as surviving spouse of Douglas C. Miller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laurie Miller is a resident of Pennsylvania. Douglas C. Miller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1113.   Laurie Miller, as the Personal Representative of the Estate of Douglas C. Miller, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Douglas C. Miller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laurie Miller is a resident of Pennsylvania. Douglas C. Miller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1114.   Rachel Miller, individually, as surviving child of Douglas C. Miller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rachel Miller is a resident of Pennsylvania. Douglas C. Miller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1115.   Katherine Miller, individually, as surviving child of Douglas C. Miller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katherine Miller is a resident of Pennsylvania. Douglas C. Miller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1116.   Sheryl Miller Bechor, individually, as surviving child of Philip D. Miller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sheryl Miller Bechor is a resident of Florida . Philip D. Miller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1117.   Arlene Miller as the Personal Representatives of the Estate of Philip D. Miller, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Philip D. Miller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Arlene Miller is a resident of Florida. Philip D. Miller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League,

International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1118. Arlene Miller, individually, as surviving spouse of Philip D. Miller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Arlene Miller is a resident of Florida. Philip D. Miller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1119. Frank Moccia, Jr., as the Personal Representative of the Estate of Elaine Moccia, deceased, the late spouse of Frank V. Moccia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Moccia, Jr., as the Personal Representative of the Estate of Elaine Moccia, is a resident of New York. Frank V. Moccia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1120. Frank Moccia, Jr. and Donna M. Velazquez, as the Co-Personal Representatives of the Estate of Frank V. Moccia, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Frank V. Moccia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Moccia, Jr. & Donna M. Velazquez are residents of New York. Frank V. Moccia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1121. Donna Velazquez, individually, as surviving child of Frank V. Moccia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donna Velazquez is a resident of New York. Frank V. Moccia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1122. Frank Moccia, individually, as surviving child of Frank V. Moccia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Moccia is a resident of New York. Frank V. Moccia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1123. Patricia Codispoti, individually, as surviving sibling of Louis J. Modafferi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Codispoti is a resident of New York. Louis J. Modafferi is one of the Decedents murdered as a result of

the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1124. Anthony Modafferi, individually, as surviving sibling of Louis J. Modafferi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Modafferi is a resident of New York. Louis J. Modafferi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1125. John Doe 148 as Personal Representative of the Estate of Raffaela Modafferi, deceased, the late parent of Louis J. Modafferi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Louis J. Modafferi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1126. Mercedes Hernandez Molina, individually, as surviving spouse of Manuel De Jesus Molina, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mercedes Hernandez Molina is a resident of New York. Manuel De Jesus Molina is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1127. Mercedes Hernandez Molina, as the Personal Representative of the Estate of Manuel De Jesus Molina, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Manuel De Jesus Molina, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mercedes Hernandez Molina is a resident of New York. Manuel De Jesus Molina is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1128. Amanda Castrillon, individually, as surviving spouse of Antonio Montoya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amanda Castrillon is a resident of Massachusetts. Antonio Montoya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1129. Amanda Castrillon, as the Co-Personal Representative of the Estate of Antonio Montoya, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled

beneficiaries and family members of Antonio Montoya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amanda Castrillon is a resident of Massachusetts. Antonio Montoya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1130. Cindy Montoya, individually, as surviving child of Antonio Montoya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cindy Montoya is a resident of Massachusetts. Antonio Montoya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1131. Jorge Montoya, individually, as surviving child of Antonio Montoya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jorge Montoya is a resident of Massachusetts. Antonio Montoya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1132. Kelly Montoya, individually, as surviving child of Antonio Montoya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kelly Montoya is a resident of Massachusetts. Antonio Montoya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1133. Margarita Londono de Montoya, individually, as surviving parent of Carlos A. Montoya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margarita Londono de Montoya is a resident of Colombia. Carlos A. Montoya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1134. Gilberto Montoya-Londono, individually, as surviving sibling of Carlos A. Montoya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gilberto Montoya-Londono is a resident of Colombia. Carlos A. Montoya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1135. Jaime Montoya-Londono, individually, as surviving sibling of Carlos A. Montoya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jaime Montoya-Londono is a resident of Colombia. Carlos A. Montoya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1136. Luis F. Montoya-Londono, individually, as surviving sibling of Carlos A. Montoya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luis F. Montoya-Londono is a resident of Colombia. Carlos A. Montoya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1137. Stacey Montoya, individually, as surviving spouse of Carlos A. Montoya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stacey Montoya is a resident of California. Carlos A. Montoya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1138. Stacey Montoya, as the Personal Representative of the Estate of Carlos A. Montoya, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carlos A. Montoya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stacey Montoya is a resident of California. Carlos A. Montoya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1139. Deirdre Moody, individually, as surviving child of Capt. Thomas Moody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deirdre Moody is a resident of New York. Capt. Thomas Moody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1140. Jessica Moody, individually, as surviving child of Capt. Thomas Moody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica Moody is a resident of New York. Capt. Thomas Moody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1141. Sean Moody, individually, as surviving child of Capt. Thomas Moody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sean Moody is a resident of New York. Capt. Thomas Moody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1142. Maureen Moody-Theinert, individually, as surviving spouse of Capt. Thomas Moody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Moody-Theinert is a resident of Massachusetts. Capt. Thomas Moody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1143. Maureen Moody-Theinert, as the Personal Representative of the Estate of Thomas Capt.) Moody, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Capt. Thomas Moody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Moody-Theinert is a resident of Massachusetts. Capt. Thomas Moody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1144. Erin Moody Brennan, individually, as surviving child of Capt. Thomas Moody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erin Moody Brennan is a resident of Massachusetts. Capt. Thomas Moody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1145. Portia Morales, individually, as surviving child of Paula E. Morales, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Portia Morales is a resident of Pennsylvania. Paula E. Morales is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1146. Sherwin Morales, individually, as surviving child of Paula E. Morales, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sherwin Morales is a resident of Texas. Paula E. Morales is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1147. Stephanie Morales-Guerrero, individually, as surviving child of Paula E. Morales, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephanie Morales-Guerrero is a resident of Florida. Paula E. Morales is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1148. Stephanie Morales-Guerrero, as the Personal Representative of the Estate of Paula E. Morales, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paula E. Morales, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephanie Morales-Guerrero is a resident of Florida. Paula E. Morales is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1149. Petal S. Stanford-Sylvert, individually, as surviving child of Paula E. Morales, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Petal S. Stanford-Sylvert is a resident of New Jersey. Paula E. Morales is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1150. Kevin Moran, individually, as surviving sibling of Gerard Moran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Moran is a resident of Pennsylvania. Gerard Moran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1151. Shannon Moran, individually, as surviving child of Gerard Moran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shannon Moran is a resident of Maryland. Gerard Moran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1152. Shannon Moran, as the Personal Representative of the Estate of Gerard Moran, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gerard Moran, is a Plaintiff seeking justice for the tragic events

of September 11, 2001. Shannon Moran is a resident of Maryland. Gerard Moran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1153. Ellen Moran, individually, as surviving sibling of John Moran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ellen Moran is a resident of New York. John Moran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1154. Dylan Moran, individually, as surviving child of John Moran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dylan Moran is a resident of Washington. John Moran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1155. Michael Moran, individually, as surviving sibling of John Moran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Moran is a resident of New York. John Moran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1156. Ryan Moran, individually, as surviving child of John Moran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ryan Moran is a resident of Washington. John Moran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1157. Ellen Moran a/k/a Ellen Brennan, as Personal Representative of the Estate of Margaret Murphy Moran, deceased, the late parent of John Moran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ellen Moran a/k/a Ellen Brennan, as Personal Representative of the Estate of Margaret Murphy Moran is a resident of New York. John Moran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1158. Mona O'Connor, individually, as surviving sibling of John Moran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mona O'Connor is a resident of New York. John Moran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1159. Kim Racklin, individually, as surviving spouse of John Moran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kim Racklin is a resident of Idaho. John Moran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1160. Kim Racklin, as the Personal Representative of the Estate of John Moran, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Moran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kim Racklin is a resident of Idaho. John Moran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1161. Alfia L. Gilligan (nee Morello), individually, as surviving child of Steven Morello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alfia L. Gilligan (nee Morello) is a resident of New Jersey. Steven Morello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1162. Eileen M. Morello, individually, as surviving spouse of Steven Morello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eileen M. Morello is a resident of New Jersey. Steven Morello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1163. Eileen M. Morello, as the Personal Representative of the Estate of Steven Morello, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Steven Morello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eileen M. Morello is a resident of New Jersey. Steven Morello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1164. Steven Morello, individually, as surviving child of Steven Morello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Steven Morello is a resident of South Carolina. Steven Morello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1165. Jessica Spiers, individually, as surviving child of Steven Morello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica Spiers is a resident of New Jersey. Steven Morello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1166. Winford F. Lamb, individually, as surviving sibling of Odessa V. Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Winford F. Lamb is a resident of Maryland. Odessa V. Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1167. Dahlia Morris, individually, as surviving child of Odessa V. Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dahlia Morris is a resident of California. Odessa V. Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1168. Horace Morris, individually, as surviving spouse of Odessa V. Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Horace Morris is a resident of Maryland. Odessa V. Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1169. Horace Morris, as the Personal Representative of the Estate of Odessa V. Morris, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Odessa V. Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Horace Morris is a resident of Maryland. Odessa V. Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1170. Jan-Sheri Morris, individually, as surviving child of Odessa V. Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jan-Sheri Morris is a resident of Maryland. Odessa V. Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1171. Keith Morris, individually, as surviving child of Odessa V. Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Keith Morris is a resident of Texas. Odessa V. Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1172. Ferdinand Morrone, individually, as surviving child of Ferdinand Morrone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ferdinand Morrone is a resident of Georgia. Ferdinand Morrone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1173. Gregory Morrone, individually, as surviving child of Ferdinand Morrone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gregory Morrone is a resident of New Jersey. Ferdinand Morrone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1174. Linda Morrone, individually, as surviving spouse of Ferdinand Morrone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Morrone is a resident of Florida. Ferdinand Morrone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1175. Linda Morrone, as the Personal Representative of the Estate of Ferdinand Morrone, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ferdinand Morrone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Morrone is a resident of Florida. Ferdinand Morrone is one of the Decedents murdered as a result of the terrorist attacks of

September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1176. Alyssa Morrone, individually, as surviving child of Ferdinand Morrone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alyssa Morrone is a resident of Florida. Ferdinand Morrone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1177. George Jebrine, as the co-Personal Representative of the Estate of Jude Moussa, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jude Moussa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. George Jebrine is a resident of Paris. Jude Moussa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1178. Joseph Moussa, individually, as surviving parent of Jude Moussa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Moussa is a resident of El Kura, Lebanon. Jude Moussa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1179. Mazen Moussa, individually, as surviving sibling of Jude Moussa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mazen Moussa is a resident of El Kura, Lebanon. Jude Moussa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1180. Michael Moussa, individually, as surviving sibling of Jude Moussa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Moussa is a resident of El Kura, Lebanon. Jude Moussa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1181. Yvette Moussa, individually, as surviving parent of Jude Moussa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yvette Moussa is a resident of El Kura, Lebanon. Jude Moussa is one of the Decedents murdered as a result of the terrorist

207

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1182.   Andre Mowatt, individually, as surviving sibling of Damion Mowatt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andre Mowatt is a resident of Texas. Damion Mowatt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1183.   Andrea Mowatt, individually, as surviving parent of Damion Mowatt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Mowatt is a resident of New York. Damion Mowatt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1184.   Andrea Mowatt, as the Personal Representative of the Estate of Damion Mowatt, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Damion Mowatt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Mowatt is a resident of New York. Damion Mowatt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1185.   Deval Mowatt, individually, as surviving sibling of Damion Mowatt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deval Mowatt is a resident of New York. Damion Mowatt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1186.   Devon Mowatt, individually, as surviving parent of Damion Mowatt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Devon Mowatt is a resident of New York. Damion Mowatt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1187.   Mary Muldowney, as the Personal Representative of the Estate of Anne Muldowney, deceased, the late parent of Richard Muldowney Jr., is a Plaintiff seeking justice for the

tragic events of September 11, 2001. Mary Muldowney as Personal Representative for the Estate of Anne Muldowney is a resident of New York. Richard Muldowney Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1188.   Brian Muldowney, individually, as surviving sibling of Richard Muldowney Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Muldowney is a resident of Florida. Richard Muldowney Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1189.   Kevin Muldowney, individually, as surviving sibling of Richard Muldowney Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Muldowney is a resident of New York. Richard Muldowney Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1190.   Mary Muldowney, individually, as surviving sibling of Richard Muldowney Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Muldowney is a resident of New York. Richard Muldowney Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1191.   Timothy Muldowney, individually, as surviving sibling of Richard Muldowney Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Timothy Muldowney is a resident of Florida. Richard Muldowney Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1192.   Colleen Andello, individually, as surviving sibling of Richard Muldowney Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Colleen Andello is a resident of Florida. Richard Muldowney Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1193.   Constance Muldowney, individually, as surviving spouse of Richard Muldowney Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Constance

Muldowney is a resident of New York. Richard Muldowney Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1194. Constance Muldowney, as the Personal Representative of the Estate of Richard Muldowney, Jr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard Muldowney Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Constance Muldowney is a resident of New York. Richard Muldowney Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1195. John Proodian, individually, as surviving child of Richard Muldowney Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Proodian is a resident of Texas. Richard Muldowney Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1196. Constance Muldowney, as Personal Representative of the Estate of Kathryn Proodian, deceased, the late child of Richard Muldowney Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Constance Muldowney, as Personal Representative of the Estate of Kathryn Proodian is a resident of New York. Richard Muldowney Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1197. Kevin Mulligan, individually, as surviving sibling of Dennis M. Mulligan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Mulligan is a resident of Connecticut. Dennis M. Mulligan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1198. Michael Mulligan, individually, as surviving sibling of Dennis M. Mulligan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Mulligan is a resident of New York. Dennis M. Mulligan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1199. Patricia Mulligan, individually, as surviving sibling of Dennis M. Mulligan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Mulligan is a resident of New York. Dennis M. Mulligan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1200. Patricia Mulligan, as the Personal Representative of the Estate of Dennis M. Mulligan, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dennis M. Mulligan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Mulligan is a resident of New York. Dennis M. Mulligan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1201. Patricia Mulligan, as Personal Representative of the Estate of Edward Mulligan, deceased, the late parent of Dennis M. Mulligan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Mulligan, as Personal Representative of the Estate of Edward Mulligan is a resident of New York. Dennis M. Mulligan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1202. Patricia Mulligan, as Personal Representative of the Estate of Mary Frigo a/k/a Mary Catherine Brady, deceased, the late parent of Dennis M. Mulligan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Mulligan, as Personal Representative of the Estate of Mary Frigo a/k/a Mary Catherine Brady is a resident of New York. Dennis M. Mulligan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1203. Brian Mulligan, individually, as surviving sibling of Dennis M. Mulligan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Mulligan is a resident of New York. Dennis M. Mulligan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1204. Masako Murphy, individually, as surviving spouse of Patrick J. Murphy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Masako Murphy is a resident of Maryland. Patrick J. Murphy is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1205.   Masako Murphy, as the Personal Representative of the Estate of Patrick J. Murphy, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patrick J. Murphy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Masako Murphy is a resident of Maryland. Patrick J. Murphy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1206.   Mitchell Murphy, individually, as surviving child of Patrick J. Murphy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mitchell Murphy is a resident of California. Patrick J. Murphy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1207.   Michael Murray, individually, as surviving child of Valerie V. Murray, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Murray is a resident of Wisconsin. Valerie V. Murray is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1208.   Michael Murray, as the Personal Representative of the Estate of Valerie V. Murray, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Valerie V. Murray, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Murray is a resident of Wisconsin. Valerie V. Murray is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1209.   Michael Murray as Personal Representative of the Estate of Kenneth Murray, deceased, the late child of Valerie V. Murray, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Murray as Personal Representative of the Estate of Kenneth Murray is a resident of Wisconsin. Valerie V. Murray is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic

Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1210. Veronica Stinga, individually, as surviving child of Valerie V. Murray, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Veronica Stinga is a resident of Florida. Valerie V. Murray is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1211. Valerie J. Murray, individually, as surviving child of Valerie V. Murray, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Valerie J. Murray is a resident of New York. Valerie V. Murray is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1212. Timothy Murray, individually, as surviving child of Valerie V. Murray, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Timothy Murray is a resident of New York. Valerie V. Murray is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1213. John Capodanno, as the Personal Representative of the Estate of Mario Nardone Jr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mario Nardone Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Capodanno is a resident of New York. Mario Nardone Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1214. Christopher Nardone, individually, as surviving sibling of Mario Nardone Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Nardone is a resident of New Jersey. Mario Nardone Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1215. Jeanine Rao, individually, as surviving sibling of Mario Nardone Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeanine Rao is a resident of New York. Mario Nardone Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1216. Jeanine Rao as Personal Representative of the Estate of Linda Nardone, deceased, the late parent of Mario Nardone Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeanine Rao as Personal Representative of the Estate of Linda Nardone is a resident of New York. Mario Nardone Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1217. Jerrell Nedd, individually, as surviving child of Jerome O. Nedd, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jerrell Nedd is a resident of New York. Jerome O. Nedd is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1218. Roxanne Nedd, individually, as surviving spouse of Jerome O. Nedd, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Roxanne Nedd is a resident of New York. Jerome O. Nedd is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1219. Roxanne Nedd, as the Personal Representative of the Estate of Jerome O. Nedd, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jerome O. Nedd, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Roxanne Nedd is a resident of New York. Jerome O. Nedd is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1220. Jerome Nedd, individually, as surviving child of Jerome O. Nedd, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jerome Nedd is a resident of New York. Jerome O. Nedd is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1221. Lyndsi Nelson, as the Personal Representative of the Estate of Peter A. Nelson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries

and family members of Peter A. Nelson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lyndsi Nelson is a resident of Florida. Peter A. Nelson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1222. Ryan Nelson, individually, as surviving child of Peter A. Nelson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ryan Nelson is a resident of Maryland. Peter A. Nelson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1223. Earlrick Nesbitt, individually, as surviving sibling of Oscar F. Nesbitt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Earlrick Nesbitt is a resident of New York. Oscar F. Nesbitt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1224. John Nesbitt, individually, as surviving sibling of Oscar F. Nesbitt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Nesbitt is a resident of Trinidad, W.I.. Oscar F. Nesbitt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1225. Leslie Nesbitt, individually, as surviving sibling of Oscar F. Nesbitt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leslie Nesbitt is a resident of New York. Oscar F. Nesbitt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1226. Leslie Nesbitt, as the Personal Representative of the Estate of Oscar F. Nesbitt, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Oscar F. Nesbitt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leslie Nesbitt is a resident of New York. Oscar F. Nesbitt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1227. Joycelyn Nesbitt-Arneaud, individually, as surviving sibling of Oscar F. Nesbitt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joycelyn Nesbitt-Arneaud is a resident of Trinidad, W.I.. Oscar F. Nesbitt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1228. Rosia Nesbitt as Personal Representative of the Estate of Rawlins Anthony Nesbitt, deceased, the late sibling of Oscar F. Nesbitt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosia Nesbitt as Personal Representative of the Estate of Rawlins Anthony Nesbitt is a resident of Maryland. Oscar F. Nesbitt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1229. Daniel Nevins, individually, as surviving child of Gerard T. Nevins, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Nevins is a resident of New York. Gerard T. Nevins is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1230. Marie Nevins, individually, as surviving spouse of Gerard T. Nevins, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marie Nevins is a resident of New York. Gerard T. Nevins is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1231. Marie Nevins, as the Personal Representative of the Estate of Gerard T. Nevins, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gerard T. Nevins, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marie Nevins is a resident of New York. Gerard T. Nevins is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1232. Andrew Nevins, individually, as surviving child of Gerard T. Nevins, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Nevins is a resident of Colorado. Gerard T. Nevins is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1233. Robin Loconto, individually, as surviving sibling of Nancy Yuen Ngo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robin Loconto is a resident of New Hampshire. Nancy Yuen Ngo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1234. Ashley Ngo, individually, as surviving child of Nancy Yuen Ngo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ashley Ngo is a resident of New Jersey. Nancy Yuen Ngo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1235. Lindsay Ngo, individually, as surviving child of Nancy Yuen Ngo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lindsay Ngo is a resident of New Jersey. Nancy Yuen Ngo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1236. Man Ngo, individually, as surviving spouse of Nancy Yuen Ngo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Man Ngo is a resident of New Jersey. Nancy Yuen Ngo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1237. Man Ngo, as the Personal Representative of the Estate of Nancy Yuen Ngo, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nancy Yuen Ngo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Man Ngo is a resident of New Jersey. Nancy Yuen Ngo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1238. Ho Ying Yee, individually, as surviving parent of Nancy Yuen Ngo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ho Ying Yee is a resident of New Jersey. Nancy Yuen Ngo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1239.   Dorothy Ogren, individually, as surviving parent of Joseph J. Ogren, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dorothy Ogren is a resident of New Jersey. Joseph J. Ogren is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1240.   Lance Edward Ogren, individually, as surviving sibling of Joseph J. Ogren, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lance Edward Ogren is a resident of South Carolina. Joseph J. Ogren is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1241.   James Davies, as Personal Representative of the Estate of Robert T. Ogren, deceased, the late parent of Joseph J. Ogren, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Davies, as Personal Representative of the Estate of Robert T. Ogren is a resident of Florida. Joseph J. Ogren is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1242.   Lance Ogren, as the Personal Representative of the Estate of Joseph J. Ogren, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph J. Ogren, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lance Ogren is a resident of South Carolina. Joseph J. Ogren is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1243.   Jessica Marrero, individually, as surviving child of Samuel Oitice, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica Marrero is a resident of New York. Samuel Oitice is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1244.   Jean Oitice, individually, as surviving spouse of Samuel Oitice, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jean Oitice is a resident of New York. Samuel Oitice is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1245. Jean Oitice, as the Personal Representative of the Estate of Samuel Oitice, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Samuel Oitice, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jean Oitice is a resident of New York. Samuel Oitice is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1246. John Oitice, individually, as surviving child of Samuel Oitice, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Oitice is a resident of New York. Samuel Oitice is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1247. Duane Orloske, individually, as surviving spouse of Margaret Orloske, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Duane Orloske is a resident of Connecticut. Margaret Orloske is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1248. Duane Orloske, as the Personal Representative of the Estate of Margaret Orloske, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Margaret Orloske, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Duane Orloske is a resident of Connecticut. Margaret Orloske is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1249. Stephen Orloske, individually, as surviving child of Margaret Orloske, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen Orloske is a resident of Vermont. Margaret Orloske is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1250. Duane Orloske as Personal Representative of the Estate of Sylvia Quinn, deceased, the late parent of Margaret Orloske, is a Plaintiff seeking justice for the tragic events of

September 11, 2001. Duane Orloske as Personal Representative of the Estate of Sylvia Quinn is a resident of Connecticut. Margaret Orloske is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1251. Elizabeth O. Kenworthy, individually, as surviving child of Virginia Ormiston, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth O. Kenworthy is a resident of New York. Virginia Ormiston is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1252. James H. Kenworthy, individually, as surviving spouse of Virginia Ormiston, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James H. Kenworthy is a resident of New York. Virginia Ormiston is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1253. James H. Kenworthy, as the Personal Representative of the Estate of Virginia Ormiston, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Virginia Ormiston, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James H. Kenworthy is a resident of New York. Virginia Ormiston is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1254. William O. Kenworthy, individually, as surviving child of Virginia Ormiston, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William O. Kenworthy is a resident of Virginia. Virginia Ormiston is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1255. Jonathan Ortiz, individually, as surviving sibling of Paul Ortiz Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jonathan Ortiz is a resident of New Jersey. Paul Ortiz Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1256. Pablo Ortiz Sr., individually, as surviving parent of Paul Ortiz Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pablo Ortiz Sr. is a resident of New Jersey. Paul Ortiz Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1257. Estrellita a/k/a Estrellita Sanchez Ortiz, individually, as surviving spouse of Paul Ortiz Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Estrellita a/k/a Estrellita Sanchez Ortiz is a resident of Florida. Paul Ortiz Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1258. Estrellita a/k/a Estrellita Sanchez Ortiz, as the Personal Representative of the Estate of Paul Ortiz Jr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul Ortiz Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Estrellita a/k/a Estrellita Sanchez Ortiz is a resident of Florida. Paul Ortiz Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1259. Rebecca Brianne Ortiz, individually, as surviving child of Paul Ortiz Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rebecca Brianne Ortiz is a resident of Florida. Paul Ortiz Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1260. Sophie Ortiz, individually, as surviving parent of Paul Ortiz Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sophie Ortiz is a resident of New Jersey. Paul Ortiz Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1261. Crystal Marie Ortiz, individually, as surviving child of David Ortiz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Crystal Marie Ortiz is a resident of New York. David Ortiz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1262. Ilianette Ortiz, individually, as surviving spouse of David Ortiz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ilianette Ortiz is a resident of New York. David Ortiz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1263. Ilianette Ortiz, as the Personal Representative of the Estate of David Ortiz, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of David Ortiz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ilianette Ortiz is a resident of New York. David Ortiz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1264. Richard Ortiz, individually, as surviving child of David Ortiz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard Ortiz is a resident of New York. David Ortiz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1265. Paola Cepeda, individually, as surviving child of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paola Cepeda is a resident of New York. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1266. Maria Delgado, individually, as surviving sibling of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Delgado is a resident of New York. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1267. Ana Silvia Diaz, individually, as surviving sibling of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ana Silvia Diaz is a resident of New York. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

222

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1268. Maria Fernandez, individually, as surviving spouse of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Fernandez is a resident of the Dominican Republic. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1269. Maria Fernandez, as the co-Personal Representative of the Estate of Isidro D. Ottenwalder, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Fernandez is a resident of the Dominican Republic. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1270. Altagracia Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Altagracia Ottenwalder is a resident of New York. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1271. Homero Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Homero Ottenwalder is a resident of New Jersey. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1272. Jose Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose Ottenwalder is a resident of New Jersey. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1273. Jose Ottenwalder, as the co-Personal Representative of the Estate of Isidro D. Ottenwalder, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose Ottenwalder is a resident

of New Jersey. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1274. Maria Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Ottenwalder is a resident of New York. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1275. Pedro Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pedro Ottenwalder is a resident of Florida. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1276. Rafael Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rafael Ottenwalder is a resident of New Jersey. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1277. William Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Ottenwalder is a resident of New York. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1278. Rafael Ottenwalder, as Personal Representative for the Estate of Ana Pena di Ottenwalder, deceased, the late parent of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rafael Ottenwalder, as Personal Representative for the Estate of Ana Pena di Ottenwalder is a resident of New Jersey. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1279. Maria Cruz Rodriguez, individually, as surviving sibling of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Cruz Rodriguez is a resident of New York. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1280. Josefina Tolentino, individually, as surviving sibling of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Josefina Tolentino is a resident of New York. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1281. John Owens, individually, as surviving sibling of Peter Owens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Owens is a resident of New York. Peter Owens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1282. Kevin Owens, individually, as surviving sibling of Peter Owens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Owens is a resident of New York. Peter Owens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1283. Terence Owens, individually, as surviving sibling of Peter Owens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Terence Owens is a resident of New York. Peter Owens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1284. Thomas F. Owens, individually, as surviving sibling of Peter Owens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas F. Owens is a resident of New York. Peter Owens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1285. Felipe Oyola, individually, as surviving spouse of Adianes Oyola, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Felipe Oyola is a resident of Florida. Adianes Oyola is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1286. Felipe Oyola, as the Personal Representative of the Estate of Adianes Oyola, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Adianes Oyola, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Felipe Oyola is a resident of Florida. Adianes Oyola is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1287. Hannah Pabon, individually, as surviving child of Israel Pabon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Hannah Pabon is a resident of New Jersey. Israel Pabon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1288. Karen Pabon, individually, as surviving spouse of Israel Pabon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Pabon is a resident of New Jersey. Israel Pabon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1289. Karen Pabon, as the Co-Personal Representative of the Estate of Israel Pabon, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Israel Pabon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Pabon is a resident of New Jersey. Israel Pabon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1290. Sara Pabon, individually, as surviving child of Israel Pabon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sara Pabon is a resident of New Jersey. Israel Pabon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1291. Alyssa Palmer, individually, as surviving child of Orio J. Palmer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alyssa Palmer is a resident of New York. Orio J. Palmer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1292. Dana M. Runfola and Keith Palmer, as co-Personal Representatives for the Estate of Deborah Palmer, deceased, the late spouse of Orio J. Palmer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dana M. Runfola and Keith Palmer are residents of New York. Orio J. Palmer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1293. Dana M. Runfola and Keith Palmer, as co-Personal Representatives for the Estate of of Orio J. Palmer, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Orio J. Palmer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dana M. Runfola and Keith Palmer are residents of New York. Orio J. Palmer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1294. Keith Palmer, individually, as surviving child of Orio J. Palmer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Keith Palmer is a resident of New York. Orio J. Palmer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1295. Dana M. Runfola, individually, as surviving child of Orio J. Palmer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dana M. Runfola is a resident of New York. Orio J. Palmer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1296. John Doe 44, being intended to designate the Personal Representative of the Estate of James W. Parham, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent

jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of James W. Parham, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James W. Parham is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1297. Leno Parham Jr., individually, as surviving sibling of James W. Parham, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leno Parham Jr. is a resident of Maryland. James W. Parham is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1298. Kevin Parham, individually, as surviving sibling of James W. Parham, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Parham is a resident of New Jersey. James W. Parham is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1299. Sonia Lowe, individually, as surviving parent of Michael Parkes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sonia Lowe is a resident of Georgia. Michael Parkes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1300. Sonia Lowe, as the Personal Representative of the Estate of Michael Parkes, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Parkes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sonia Lowe is a resident of Georgia. Michael Parkes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1301. Anya Monique Parkes, individually, as surviving sibling of Michael Parkes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anya Monique Parkes is a resident of Georgia. Michael Parkes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1302.   Ralph Parkes, individually, as surviving parent of Michael Parkes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ralph Parkes is a resident of Jamaica. Michael Parkes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1303.   Mirna Huerta Aguirre, individually, as surviving spouse of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mirna Huerta Aguirre is a resident of Mexico. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1304.   John Doe 45, being intended to designate the Personal Representative of the Estate of Leobardo L. Pascual, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1305.   Carmen Yosef Lopez, individually, as surviving sibling of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carmen Yosef Lopez is a resident of California. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1306.   Cristobal Lopez, individually, as surviving sibling of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cristobal Lopez is a resident of California. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1307. Lizeth Lopez Huerta, individually, as surviving child of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lizeth Lopez Huerta is a resident of Mexico. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1308. Mariela Lopez Huerta, individually, as surviving child of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mariela Lopez Huerta is a resident of Mexico. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1309. Ana Luisa Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ana Luisa Lopez Pascual is a resident of Mexico. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1310. Elena De La Cruz Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elena De La Cruz Lopez Pascual is a resident of Mexico. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1311. Flor Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Flor Lopez Pascual is a resident of Mexico. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1312. Graciela Lopez Papetti, individually, as surviving sibling of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Graciela Lopez Papetti is a resident of California. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1313.   Janet Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual, is a
        Plaintiff seeking justice for the tragic events of September 11, 2001. Janet Lopez Pascual
        is a resident of Mexico. Leobardo L. Pascual is one of the Decedents murdered as a result
        of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and
        Osama bin Laden, and to which Muslim World League, International Islamic Relief
        Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material
        support and assistance in furtherance of the attacks.

1314.   Manuela Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual, is a
        Plaintiff seeking justice for the tragic events of September 11, 2001. Manuela Lopez
        Pascual is a resident of Mexico. Leobardo L. Pascual is one of the Decedents murdered as
        a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda
        and Osama bin Laden, and to which Muslim World League, International Islamic Relief
        Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material
        support and assistance in furtherance of the attacks.

1315.   Maria Elvia Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual, is a
        Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Elvia Lopez
        Pascual is a resident of Mexico. Leobardo L. Pascual is one of the Decedents murdered as
        a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda
        and Osama bin Laden, and to which Muslim World League, International Islamic Relief
        Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material
        support and assistance in furtherance of the attacks.

1316.   Rafael Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual, is a
        Plaintiff seeking justice for the tragic events of September 11, 2001. Rafael Lopez
        Pascual is a resident of California. Leobardo L. Pascual is one of the Decedents murdered
        as a result of the terrorist attacks of September 11, 2001, that were carried out by al-
        Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic
        Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided
        material support and assistance in furtherance of the attacks.

1317.   Raquel Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual, is a
        Plaintiff seeking justice for the tragic events of September 11, 2001. Raquel Lopez
        Pascual is a resident of Mexico. Leobardo L. Pascual is one of the Decedents murdered as
        a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda
        and Osama bin Laden, and to which Muslim World League, International Islamic Relief
        Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material
        support and assistance in furtherance of the attacks.

1318.   Diego Lopez Reyes, individually, as surviving child of Leobardo L. Pascual, is a Plaintiff
        seeking justice for the tragic events of September 11, 2001. Diego Lopez Reyes is a
        resident of New Jersey. Leobardo L. Pascual is one of the Decedents murdered as a result
        of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and
        Osama bin Laden, and to which Muslim World League, International Islamic Relief
        Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material
        support and assistance in furtherance of the attacks.

1319. Juan Lopez Reyes, individually, as surviving child of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Juan Lopez Reyes is a resident of New Jersey. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1320. Ana Pascual Ortiz, individually, as surviving parent of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ana Pascual Ortiz is a resident of California. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1321. Terilyn Patrick Esse a/k/a Terilyn Patrick, individually, as surviving spouse of James Patrick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Terilyn Patrick Esse a/k/a Terilyn Patrick is a resident of Connecticut. James Patrick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1322. Terilyn Patrick Esse a/k/a Terilyn Patrick, as the Personal Representative of the Estate of James Patrick, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of James Patrick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Terilyn Patrick Esse a/k/a Terilyn Patrick is a resident of Connecticut. James Patrick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1323. Jack James Patrick Esse a/k/a Jack James Patrick, individually, as surviving child of James Patrick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jack James Patrick Esse a/k/a Jack James Patrick is a resident of Connecticut. James Patrick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1324. Alex M. Patrocino, individually, as surviving child of Manuel D. Patrocino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alex M. Patrocino is a resident of New York. Manuel D. Patrocino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1325. Keyla Patrocino, individually, as surviving child of Manuel D. Patrocino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Keyla Patrocino is a resident of New York. Manuel D. Patrocino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1326. Sandra Patrocino, individually, as surviving spouse of Manuel D. Patrocino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sandra Patrocino is a resident of New York. Manuel D. Patrocino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1327. Sandra Patrocino, as the Personal Representative of the Estate of Manuel D. Patrocino, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Manuel D. Patrocino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sandra Patrocino is a resident of New York. Manuel D. Patrocino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1328. Barry Pearlman, individually, as surviving parent of Richard A. Pearlman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barry Pearlman is a resident of New York. Richard A. Pearlman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1329. Dorie Pearlman, individually, as surviving parent of Richard A. Pearlman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dorie Pearlman is a resident of New York. Richard A. Pearlman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1330. Dorie Pearlman, as the Personal Representative of the Estate of Richard A. Pearlman, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard A. Pearlman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dorie Pearlman is a resident of New York.

Richard A. Pearlman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1331. Lisa Pearlman-Mason, individually, as surviving sibling of Richard A. Pearlman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Pearlman-Mason is a resident of New York. Richard A. Pearlman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1332. Patrizia Davis, individually, as surviving sibling of Salvatore F. Pepe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrizia Davis is a resident of New Jersey. Salvatore F. Pepe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1333. Anna Faustini as Personal Representative of the Estate of Anna Maria Allen, deceased, the late sibling of Salvatore F. Pepe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anna Faustini as Personal Representative of the Estate of Anna Maria Allen is a resident of New Jersey. Salvatore F. Pepe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1334. Catherine Ng-Pepe, individually, as surviving spouse of Salvatore F. Pepe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Ng-Pepe is a resident of New York. Salvatore F. Pepe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1335. Catherine Ng-Pepe, as the Personal Representative of the Estate of Salvatore F. Pepe, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Salvatore F. Pepe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Ng-Pepe is a resident of New York. Salvatore F. Pepe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1336.   Rosa Occhicone, individually, as surviving sibling of Salvatore F. Pepe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosa Occhicone is a resident of New York. Salvatore F. Pepe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1337.   Genoveffa Palmieri, individually, as surviving sibling of Salvatore F. Pepe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Genoveffa Palmieri is a resident of New York. Salvatore F. Pepe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1338.   Leonida R. Pepe, individually, as surviving sibling of Salvatore F. Pepe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leonida R. Pepe is a resident of New Jersey. Salvatore F. Pepe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1339.   Salvatore L. Pepe, individually, as surviving child of Salvatore F. Pepe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Salvatore L. Pepe is a resident of New York. Salvatore F. Pepe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1340.   Rosemary Pepe as Personal Representative of the Estate of Antonio Pepe, deceased, the late sibling of Salvatore F. Pepe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosemary Pepe as Personal Representative of the Estate of Antonio Pepe is a resident of New York. Salvatore F. Pepe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1341.   Marina Z. Perez, individually, as surviving spouse of Alejo Perez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marina Z. Perez is a resident of the Dominican Republic. Alejo Perez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1342. Marina Z. Perez, as the Personal Representative of the Estate of Alejo Perez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alejo Perez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marina Z. Perez is a resident of the Dominican Republic. Alejo Perez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1343. Antonio Perez, individually, as surviving parent of Anthony Perez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Antonio Perez is a resident of New York. Anthony Perez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1344. Brian Perez, individually, as surviving sibling of Anthony Perez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Perez is a resident of Pennsylvania. Anthony Perez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1345. Maria Perez, individually, as surviving parent of Anthony Perez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Perez is a resident of New York. Anthony Perez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1346. Scott Perez, individually, as surviving sibling of Anthony Perez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scott Perez is a resident of New York. Anthony Perez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1347. Olivia Vilardi-Perez, individually, as surviving child of Anthony Perez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Olivia Vilardi-Perez is a resident of New York. Anthony Perez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1348. Yolanda Knepper, individually, as surviving sibling of Nancy E. Perez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yolanda Knepper is a resident of New Jersey. Nancy E. Perez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1349. Berta Perez, individually, as surviving parent of Nancy E. Perez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Berta Perez is a resident of New Jersey. Nancy E. Perez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1350. Mario Perez, individually, as surviving parent of Nancy E. Perez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mario Perez is a resident of New Jersey. Nancy E. Perez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1351. Mario Perez, as the Personal Representative of the Estate of Nancy E. Perez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nancy E. Perez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mario Perez is a resident of New Jersey. Nancy E. Perez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1352. Minerva Conti, individually, as surviving sibling of Nancy E. Perez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Minerva Conti is a resident of New Jersey. Nancy E. Perez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1353. Melissa Perry, individually, as surviving child of Emelda Perry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melissa Perry is a resident of New York. Emelda Perry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

237

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1354. Melissa Perry, as the Personal Representative of the Estate of Emelda Perry, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Emelda Perry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melissa Perry is a resident of New York. Emelda Perry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1355. William Perry, individually, as surviving child of Emelda Perry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Perry is a resident of New York. Emelda Perry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1356. Caitlin Bender (Perry), individually, as surviving child of Glenn Perry Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Caitlin Bender (Perry) is a resident of New York. Glenn Perry Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1357. Glenn Perry Jr., individually, as surviving child of Glenn Perry Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Glenn Perry Jr. is a resident of New York. Glenn Perry Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1358. Peggy Perry, individually, as surviving spouse of Glenn Perry Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peggy Perry is a resident of New York. Glenn Perry Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1359. Peggy Perry, as the Personal Representative of the Estate of Glenn Perry Sr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Glenn Perry Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peggy Perry is a resident of New York. Glenn Perry Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that

were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1360. Meaghan Wilt, individually, as surviving child of Glenn Perry Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Meaghan Wilt is a resident of Virginia. Glenn Perry Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1361. Dianne Lynn Hudder, individually, as surviving sibling of William R. Peterson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dianne Lynn Hudder is a resident of Georgia. William R. Peterson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1362. Robert M. Peterson, individually, as surviving sibling of William R. Peterson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert M. Peterson is a resident of Florida. William R. Peterson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1363. Robin Peterson, individually, as surviving spouse of William R. Peterson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robin Peterson is a resident of New York. William R. Peterson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1364. Robin Peterson, as the Personal Representative of the Estate of William R. Peterson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of William R. Peterson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robin Peterson is a resident of New York. William R. Peterson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1365. Robert M. Peterson as Personal Representative of the Estate of Robert Benjamin Peterson, deceased, the late parent of William R. Peterson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert M. Peterson as Personal

Representative of the Estate of Robert Benjamin Peterson is a resident of Florida. William R. Peterson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1366. Deirdre Kroupa, individually, as surviving sibling of Glen Pettit, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deirdre Kroupa is a resident of New York. Glen Pettit is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1367. Neil Pettit, individually, as surviving sibling of Glen Pettit, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Neil Pettit is a resident of New York. Glen Pettit is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1368. Jane Wixted, individually, as surviving parent of Glen Pettit, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jane Wixted is a resident of New York. Glen Pettit is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1369. Tara Felice, individually, as surviving sibling of Glen Pettit, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tara Felice is a resident of New York. Glen Pettit is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1370. Jane Wixted, as the Personal Representative of the Estate of Glen Pettit, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Glen Pettit, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jane Wixted is a resident of New York. Glen Pettit is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

240

1371. Thomas Knobel, individually, as surviving spouse of Tu-Anh Pham, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Knobel is a resident of New York. Tu-Anh Pham is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1372. Thomas Knobel, as the Personal Representative of the Estate of Tu-Anh Pham, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tu-Anh Pham, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Knobel is a resident of New York. Tu-Anh Pham is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1373. Vivienne Hoang-Anh Knobel, individualyl, as surviving child of Tu-Anh Pham, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vivienne Hoang-Anh Knobel is a resident of New York. Tu-Anh Pham is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1374. Daniel T. Phelan, individually, as surviving child of Kenneth Phelan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel T. Phelan is a resident of New York. Kenneth Phelan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1375. Erin Phelan, individually, as surviving child of Kenneth Phelan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erin Phelan is a resident of New York. Kenneth Phelan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1376. Kenneth J. Phelan Jr., individually, as surviving child of Kenneth Phelan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kenneth J. Phelan Jr. is a resident of New York. Kenneth Phelan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1377. Kimberly Phelan, individually, as surviving child of Kenneth Phelan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kimberly Phelan is a resident of New York. Kenneth Phelan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1378. Patricia Phelan-Byrnes, individually, as surviving spouse of Kenneth Phelan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Phelan-Byrnes is a resident of New York. Kenneth Phelan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1379. Patricia Phelan-Byrnes, as the Personal Representative of the Estate of Kenneth Phelan, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Phelan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Phelan-Byrnes is a resident of New York. Kenneth Phelan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1380. Mary Phelan-Cox, individually, as surviving sibling of Kenneth Phelan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Phelan-Cox is a resident of New York. Kenneth Phelan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1381. Erin Cherubin, individually, as surviving child of Zandra Marie Cooper Ploger (nee Flores), is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erin Cherubin is a resident of Virginia. Zandra Marie Cooper Ploger (nee Flores) is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1382. Gerald Thomas Flores, individually, as surviving sibling of Zandra Marie Cooper Ploger (nee Flores), is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gerald Thomas Flores is a resident of Texas. Zandra Marie Cooper Ploger (nee Flores) is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World

League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1383. Gilbert Norman Flores, individually, as surviving sibling of Zandra Marie Cooper Ploger (nee Flores), is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gilbert Norman Flores is a resident of Arizona. Zandra Marie Cooper Ploger (nee Flores) is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1384. Zaneta Frances Flores, individually, as surviving sibling of Zandra Marie Cooper Ploger (nee Flores), is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zaneta Frances Flores is a resident of Texas. Zandra Marie Cooper Ploger (nee Flores) is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1385. Zenda F. Gutierrez-Klingberg, as Personal Representative of the Estate of Zenaida Frances Flores, deceased, the late parent of Zandra Marie Cooper Ploger (nee Flores), is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zenda F. Gutierrez-Klingberg, as Personal Representative of the Estate of Zenaida Frances Flores is a resident of Texas. Zandra Marie Cooper Ploger (nee Flores) is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1386. Zenda Flores Gutierrez-Klingenberg, individually, as surviving sibling of Zandra Marie Cooper Ploger (nee Flores), is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zenda Flores Gutierrez-Klingenberg is a resident of Texas. Zandra Marie Cooper Ploger (nee Flores) is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1387. Zenda Flores Gutierrez-Klingenberg, as the Personal Representative of the Estate of Zandra Marie Cooper Ploger (nee Flores), deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Zandra Marie Cooper Ploger (nee Flores), is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zenda Flores Gutierrez-Klingenberg is a resident of Texas. Zandra Marie Cooper Ploger (nee Flores) is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1388. Wendy L. Ploger, as Personal Representative of the Estate of Robert R. Ploger, III, deceased, the late spouse of Zandra Marie Cooper Ploger (nee Flores), is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wendy L. Ploger, as Personal Representative of the Estate of Robert R. Ploger, III is a resident of Arizona. Zandra Marie Cooper Ploger (nee Flores) is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1389. Zena T. Wilderman, individually, as surviving child of Zandra Marie Cooper Ploger (nee Flores), is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zena T. Wilderman is a resident of Virginia. Zandra Marie Cooper Ploger (nee Flores) is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1390. Zenda Gutierrez-Klingenberg, as Personal Representative of the Estate of Zandra Marie Ploger (nee Flores), deceased, the late spouse of Robert R. Ploger III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zenda Gutierrez-Klingenberg, as Personal Representative of the Estate of Zandra Marie Ploger (nee Flores) is a resident of Texas. Robert R. Ploger III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1391. Marianne Ploger Hill, individually, as surviving sibling of Robert R. Ploger III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marianne Ploger Hill is a resident of Tennessee. Robert R. Ploger III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1392. Daniel B. Ploger, individually, as surviving sibling of Robert R. Ploger III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel B. Ploger is a resident of Florida. Robert R. Ploger III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1393. Gregory Fiehrer Ploger, individually, as surviving sibling of Robert R. Ploger III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gregory Fiehrer

Ploger is a resident of Italy. Robert R. Ploger III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1394. Marguerite Ploger, individually, as surviving sibling of Robert R. Ploger III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marguerite Ploger is a resident of Washington. Robert R. Ploger III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1395. Wayne D. Ploger, individually, as surviving sibling of Robert R. Ploger III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wayne D. Ploger is a resident of Virginia. Robert R. Ploger III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1396. Wendy Lynn Ploger, individually, as surviving child of Robert R. Ploger III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wendy Lynn Ploger is a resident of Arizona. Robert R. Ploger III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1397. Wendy Lynn Ploger, as the Personal Representative of the Estate of Robert R. Ploger III, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert R. Ploger III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wendy Lynn Ploger is a resident of Arizona. Robert R. Ploger III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1398. Wayne D. Ploger as Personal Representative of the Estate of Maj. General Robert R. Ploger, II, deceased, the late parent of Robert R. Ploger III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wayne D. Ploger as Personal Representative of the Estate of Maj. General Robert R. Ploger, II is a resident of Virginia. Robert R. Ploger III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1399. Craig Pohlmann, individually, as surviving child of William H. Pohlmann, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Craig Pohlmann is a resident of Florida. William H. Pohlmann is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1400. Roxana Olivieri, individually, as surviving sibling of Giovanna Porras, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Roxana Olivieri is a resident of New York. Giovanna Porras is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1401. Adela Romero, as the Personal Representative of the Estate of Giovanna Porras, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Giovanna Porras, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Adela Romero is a resident of New York. Giovanna Porras is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1402. Adela Romero, individually, as surviving parent of Giovanna Porras, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Adela Romero is a resident of New York. Giovanna Porras is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1403. John Doe 46, being intended to designate the Personal Representative of the Estate of Anthony Portillo, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Anthony Portillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Portillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

246

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1404.   Zachary Portillo, individually, as surviving sibling of Anthony Portillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zachary Portillo is a resident of Georgia. Anthony Portillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1405.   David Potorti, individually, as surviving sibling of James E. Potorti, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Potorti is a resident of North Carolina. James E. Potorti is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1406.   Monique Powell, individually, as surviving sibling of Shawn E. Powell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Monique Powell is a resident of New York. Shawn E. Powell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1407.   Maureen Pugliese as Personal Representative of the Estate of Josephine Pugliese, deceased, the late parent of Robert D. Pugliese, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Pugliese is a resident of New York. Robert D. Pugliese is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1408.   Lisa Marie Hand a/k/a Lisa Pugliese, individually, as surviving child of Robert D. Pugliese, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Marie Hand a/k/a Lisa Pugliese is a resident of California. Robert D. Pugliese is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1409.   Maureen Pugliese, individually, as surviving spouse of Robert D. Pugliese, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Pugliese is a resident of New York. Robert D. Pugliese is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1410. Maureen Pugliese, as the Personal Representative of the Estate of Robert D. Pugliese, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert D. Pugliese, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Pugliese is a resident of New York. Robert D. Pugliese is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1411. Michael Pugliese, individually, as surviving child of Robert D. Pugliese, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Pugliese is a resident of New York. Robert D. Pugliese is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1412. Dennis Pugliese, individually, as surviving child of Robert D. Pugliese, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dennis Pugliese is a resident of New York. Robert D. Pugliese is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1413. Robert Pycior, individually, as surviving child of Joseph J. Pycior, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Pycior is a resident of New Jersey. Joseph J. Pycior is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1414. Teresa J. Pycior, individually, as surviving spouse of Joseph J. Pycior, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa J. Pycior is a resident of New Jersey. Joseph J. Pycior is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1415. Teresa J. Pycior, as the Personal Representative of the Estate of Joseph J. Pycior, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph J. Pycior, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa J. Pycior is a resident of New Jersey. Joseph

J. Pycior is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1416.  Joseph Pycior, individually, as surviving child of Joseph J. Pycior, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Pycior is a resident of New Jersey. Joseph J. Pycior is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1417.  Tara O'Connell, individually, as surviving sibling of Lincoln Quappe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tara O'Connell is a resident of New York. Lincoln Quappe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1418.  Charles Quappe, individually, as surviving parent of Lincoln Quappe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charles Quappe is a resident of Florida. Lincoln Quappe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1419.  Clint Quappe, individually, as surviving child of Lincoln Quappe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Clint Quappe is a resident of New York. Lincoln Quappe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1420.  Jane Quappe, individually, as surviving spouse of Lincoln Quappe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jane Quappe is a resident of New York. Lincoln Quappe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1421.  Jane Quappe, as the Personal Representative of the Estate of Lincoln Quappe, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lincoln Quappe, is a Plaintiff seeking justice for the tragic events

of September 11, 2001. Jane Quappe is a resident of New York. Lincoln Quappe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1422. Natalie Quappe, individually, as surviving child of Lincoln Quappe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Natalie Quappe is a resident of New York. Lincoln Quappe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1423. Bruce Tooker as Personal Representative of the Estate of Doris Tooker, deceased, the late parent of Lincoln Quappe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bruce Tooker as Personal Representative of the Estate of Doris Tooker is a resident of New York. Lincoln Quappe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1424. Samantha Blake a/k/a Samantha Bianca Herring, individually, as surviving child of Carol Rabalais a/k/a Carol South-Rabalais, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Samantha Blake a/k/a Samantha Bianca Herring is a resident of California. Carol Rabalais a/k/a Carol South-Rabalais is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1425. Selvyn Neil Patrick Blake, individually, as surviving child of Carol Rabalais a/k/a Carol South-Rabalais, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Selvyn Neil Patrick Blake is a resident of New York. Carol Rabalais a/k/a Carol South-Rabalais is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1426. Kerene Reeves aka Kerene Sherica Clarke, individually, as surviving child of Carol Rabalais a/k/a Carol South-Rabalais, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kerene Reeves aka Kerene Sherica Clarke is a resident of New York. Carol Rabalais a/k/a Carol South-Rabalais is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1427. Kerene Reeves aka Kerene Sherica Clarke, as the Personal Representative of the Estate of Carol Rabalais a/k/a Carol South-Rabalais, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carol Rabalais a/k/a Carol South-Rabalais, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kerene Reeves aka Kerene Sherica Clarke is a resident of New York. Carol Rabalais a/k/a Carol South-Rabalais is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1428. Mary Agatha South, individually, as surviving parent of Carol Rabalais a/k/a Carol South-Rabalais, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Agatha South is a resident of New York. Carol Rabalais a/k/a Carol South-Rabalais is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1429. James Buro, individually, as surviving child of Laura Ragonese-Snik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Buro is a resident of Florida. Laura Ragonese-Snik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1430. John J. Buro, as the Personal Representative of the Estate of Laura Ragonese-Snik, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Laura Ragonese-Snik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John J. Buro is a resident of Florida. Laura Ragonese-Snik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1431. JoAnn Boutureira, individually, as surviving sibling of Harry Raines, is a Plaintiff seeking justice for the tragic events of September 11, 2001. JoAnn Boutureira is a resident of New York. Harry Raines is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

docs-100618184.4

1432.  Joseph Raines, individually, as surviving sibling of Harry Raines, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Raines is a resident of Arizona. Harry Raines is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1433.  Mark S. Raines, individually, as surviving sibling of Harry Raines, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mark S. Raines is a resident of Connecticut. Harry Raines is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1434.  Gloria Reinholtz, individually, as surviving sibling of Harry Raines, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gloria Reinholtz is a resident of Pennsylvania. Harry Raines is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1435.  Ida Riese, individually, as surviving sibling of Harry Raines, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ida Riese is a resident of New York. Harry Raines is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1436.  Ida Riese as Personal Representative of the Estate of Gloria Raines, deceased, the late parent of Harry Raines, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ida Riese as Personal Representative of the Estate of Gloria Raines is a resident of New York. Harry Raines is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1437.  Ann Ramsaur, individually, as surviving child of Deborah Ramsaur, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ann Ramsaur is a resident of Pennsylvania. Deborah Ramsaur is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1438.   Brian Ramsaur, individually, as surviving child of Deborah Ramsaur, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Ramsaur is a resident of Pennsylvania. Deborah Ramsaur is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1439.   John Ramsaur, individually, as surviving spouse of Deborah Ramsaur, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Ramsaur is a resident of Pennsylvania. Deborah Ramsaur is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1440.   John Ramsaur, as the Personal Representative of the Estate of Deborah Ramsaur, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Deborah Ramsaur, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Ramsaur is a resident of Pennsylvania. Deborah Ramsaur is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1441.   Kimberly J. Rescorla, individually, as surviving child of Richard C. Rescorla, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kimberly J. Rescorla is a resident of New Jersey. Richard C. Rescorla is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1442.   Susan G. Rescorla, individually, as surviving spouse of Richard C. Rescorla, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan G. Rescorla is a resident of New Jersey. Richard C. Rescorla is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1443.   Susan G. Rescorla, as the Co-Personal Representative of the Estate of Richard C. Rescorla, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard C. Rescorla, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan G. Rescorla is a resident of New Jersey. Richard C. Rescorla is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

253

Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1444. Trevor S. Rescorla, individually, as surviving child of Richard C. Rescorla, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Trevor S. Rescorla is a resident of New Jersey. Richard C. Rescorla is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1445. Mark Anthony Jonas, individually, as surviving child of Martha M. Reszke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mark Anthony Jonas is a resident of Georgia. Martha M. Reszke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1446. Mark A. Jonas as Personal Representative of the Estate of Martha Magdalena Brunson, deceased, the late parent of Martha M. Reszke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mark A. Jonas as Personal Representative of the Estate of Martha Magdalena Brunson is a resident of Georgia. Martha M. Reszke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1447. James Reszke, individually, as surviving spouse of Martha M. Reszke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Reszke is a resident of Ohio. Martha M. Reszke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1448. James Reszke, as the Personal Representative of the Estate of Martha M. Reszke, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Martha M. Reszke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Reszke is a resident of Ohio. Martha M. Reszke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1449. Lina Dicola, individually, as surviving child of Martha M. Reszke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lina Dicola is a resident of North

Carolina. Martha M. Reszke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1450. Aaron Andre Scott as Personal Representative of the Estate of J.A. Reynolds, deceased, as late parent of Bruce A. Reynolds, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aaron Andre Scott as Personal Representative of the Estate of J.A. Reynolds is a resident of New York. Bruce A. Reynolds is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1451. Linda Rhodes, as the Personal Representative of the Estate of John Rhodes, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Rhodes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Rhodes is a resident of New Jersey. John Rhodes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1452. John Frederick Rhodes IV, individually, as surviving child of John Rhodes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Frederick Rhodes IV is a resident of Connecticut. John Rhodes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1453. Christiana Riccardelli, individually, as surviving child of Francis Riccardelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christiana Riccardelli is a resident of New Jersey. Francis Riccardelli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1454. Genevieve Riccardelli, individually, as surviving child of Francis Riccardelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Genevieve Riccardelli is a resident of New Jersey. Francis Riccardelli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1455.   Marielle Riccardelli, individually, as surviving child of Francis Riccardelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marielle Riccardelli is a resident of New Jersey. Francis Riccardelli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1456.   Meghan Riccardelli, individually, as surviving child of Francis Riccardelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Meghan Riccardelli is a resident of New Jersey. Francis Riccardelli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1457.   Theresa Riccardelli, individually, as surviving spouse of Francis Riccardelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa Riccardelli is a resident of New Jersey. Francis Riccardelli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1458.   Theresa Riccardelli, as the Personal Representative of the Estate of Francis Riccardelli, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Francis Riccardelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa Riccardelli is a resident of New Jersey. Francis Riccardelli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1459.   Zachary Riccardelli, individually, as surviving child of Francis Riccardelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zachary Riccardelli is a resident of New Jersey. Francis Riccardelli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1460.   Brian Keegan, individually, as surviving child of Eileen M. Rice, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Keegan is a resident of New York. Eileen M. Rice is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1461.   Brian Keegan, as the co-Personal Representative of the Estate of Eileen M. Rice, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Eileen M. Rice, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Keegan is a resident of New York. Eileen M. Rice is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1462.   Francis Keegan, individually, as surviving sibling of Eileen M. Rice, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francis Keegan is a resident of New York. Eileen M. Rice is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1463.   Lesli Rice, individually, as surviving child of Eileen M. Rice, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lesli Rice is a resident of New Jersey. Eileen M. Rice is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1464.   Lesli Rice, as the co-Personal Representative of the Estate of Eileen M. Rice, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Eileen M. Rice, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lesli Rice is a resident of New Jersey. Eileen M. Rice is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1465.   Robert Lawson,as Personal Representative of the Estate of Renee Baldwin, deceased, the late sibling of Cecelia E. Richard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Lawson is a resident of Maryland. Cecelia E. Richard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1466.   Cynthia Lawson, individually, as surviving sibling of Cecelia E. Richard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cynthia Lawson is a resident of Maryland. Cecelia E. Richard is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1467. Valerie Walls as the Personal Representative for the Estate of Mazie Lawson, deceased, the late parent of Cecelia E. Richard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Valerie Walls is a resident of Maryland. Cecelia E. Richard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1468. Monica L. Lawson, individually, as surviving sibling of Cecelia E. Richard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Monica L. Lawson is a resident of Maryland. Cecelia E. Richard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1469. Michael Richard, individually, as surviving spouse of Cecelia E. Richard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Richard is a resident of Maryland. Cecelia E. Richard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1470. Michael Richard, as the Personal Representative of the Estate of Cecelia E. Richard, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Cecelia E. Richard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Richard is a resident of Maryland. Cecelia E. Richard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1471. Valerie Walls, individually, as surviving sibling of Cecelia E. Richard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Valerie Walls is a resident of Maryland. Cecelia E. Richard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1472. Vernon A. Richard II, as the co-Personal Representative of the Estate of Vernon A. Richard, deceased, on behalf of the Estate, and on behalf of all survivors and all legally

entitled beneficiaries and family members of Vernon A. Richard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vernon A. Richard II is a resident of North Carolina. Vernon A. Richard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1473. Vernessa Richard, as the co-Personal Representative of the Estate of Vernon A. Richard, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vernon A. Richard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vernessa Richard is a resident of Maryland. Vernon A. Richard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1474. Vernon A. Richard II, individually, as surviving child of Vernon A. Richard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vernon A. Richard II is a resident of North Carolina. Vernon A. Richard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1475. Vernessa Richard and Vernon A. Richard II as Personal Representatives of the Estate of Dorothy Richard, deceased, the late spouse of Vernon A. Richard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vernessa Richard and Vernon A. Richard II as Personal Representatives of the Estate of Dorothy Richard are residents of Maryland and North Carolina respectively. Vernon A. Richard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1476. Vernessa Richard, individually, as surviving child of Vernon A. Richard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vernessa Richard is a resident of Maryland. Vernon A. Richard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1477. Lelith Bergen, individually, as surviving parent of Venesha Richards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lelith Bergen is a resident of New Jersey. Venesha Richards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

259

Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1478. Naquan Bergen, individually, as surviving sibling of Venesha Richards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Naquan Bergen is a resident of New Jersey. Venesha Richards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1479. Queena Bergen, individually, as surviving sibling of Venesha Richards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Queena Bergen is a resident of New Jersey. Venesha Richards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1480. Hopeton Richards, individually, as surviving spouse of Venesha Richards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Hopeton Richards is a resident of New Jersey. Venesha Richards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1481. Hopeton Richards, as the Personal Representative of the Estate of Venesha Richards, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Venesha Richards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Hopeton Richards is a resident of New Jersey. Venesha Richards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1482. Kayla Richards, individually, as surviving child of Venesha Richards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kayla Richards is a resident of New Jersey. Venesha Richards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1483. Omar Rodgers, individually, as surviving sibling of Venesha Richards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Omar Rodgers is a resident of New Jersey. Venesha Richards is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1484. Cheryl Rivelli, individually, as surviving spouse of Joseph Rivelli Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cheryl Rivelli is a resident of Florida. Joseph Rivelli Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1485. Cheryl Rivelli, as the Personal Representative of the Estate of Joseph Rivelli Jr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph Rivelli Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cheryl Rivelli is a resident of Florida. Joseph Rivelli Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1486. Michael Rivelli, individually, as surviving sibling of Joseph Rivelli Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Rivelli is a resident of New York. Joseph Rivelli Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1487. Donna Ambrosino, individually, as surviving sibling of Joseph Rivelli Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donna Ambrosino is a resident of New York. Joseph Rivelli Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1488. Joseph Rivelli Sr., individually, as surviving parent of Joseph Rivelli Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Rivelli Sr. is a resident of New York. Joseph Rivelli Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1489. James G. Wall, as the Personal Representative of the Estate of Lynda M. Wall, deceased, the late sibling of Joseph Rivelli Jr., is a Plaintiff seeking justice for the tragic events of

September 11, 2001. James G. Wall is a resident of New York. Joseph Rivelli Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1490. Britney Rivera, individually, as surviving child of Carmen A. Rivera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Britney Rivera is a resident of New York. Carmen A. Rivera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1491. Luis E. Rivera Sr., individually, as surviving spouse of Carmen A. Rivera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luis E. Rivera Sr. is a resident of New York. Carmen A. Rivera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1492. Luis E. Rivera Sr., as the Personal Representative of the Estate of Carmen A. Rivera, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carmen A. Rivera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luis E. Rivera Sr. is a resident of New York. Carmen A. Rivera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1493. Luis Rivera Jr., individually, as surviving child of Carmen A. Rivera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luis Rivera Jr. is a resident of New York. Carmen A. Rivera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1494. Racine Concepcion, individually, as surviving child of Carmen A. Rivera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Racine Concepcion is a resident of New Jersey. Carmen A. Rivera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1495. Carmen Alvarado Rivera, individually, as surviving parent of Linda I. Rivera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carmen Alvarado Rivera is a resident of Florida. Linda I. Rivera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1496. Rafael J. Rivera, individually, as surviving sibling of Linda I. Rivera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rafael J. Rivera is a resident of Florida. Linda I. Rivera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1497. Jose R. Rivera a/k/a Jose Rivera Ramos, individually, as surviving parent of Linda I. Rivera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose R. Rivera a/k/a Jose Rivera Ramos is a resident of Florida. Linda I. Rivera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1498. Jose R. Rivera a/k/a Jose Rivera Ramos, as the Personal Representative of the Estate of Linda I. Rivera, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Linda I. Rivera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose R. Rivera a/k/a Jose Rivera Ramos is a resident of Florida. Linda I. Rivera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1499. Rafael A. Rivera, individually, as surviving sibling of Linda I. Rivera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rafael A. Rivera is a resident of Florida. Linda I. Rivera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1500. Daniel Henry, individually, as surviving sibling of Catherina Robinson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Henry is a resident of New York. Catherina Robinson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1501. Daniel Henry, as the Personal Representative of the Estate of Catherina Robinson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Catherina Robinson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Henry is a resident of New York. Catherina Robinson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1502. Jennifer Renee McKenzie, individually, as surviving child of Marsha A Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Renee McKenzie is a resident of Texas. Marsha A Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1503. Vanessa Phillips, individually, as surviving sibling of Marsha A Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vanessa Phillips is a resident of Florida. Marsha A Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1504. Daniel Rodriguez, individually, as surviving spouse of Marsha A Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Rodriguez is a resident of Georgia. Marsha A Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support in furtherance of the attacks.

1505. Daniel Rodriguez, as the Personal Representative of the Estate of Marsha A. Rodriguez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marsha A. Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Rodriguez is a resident of Georgia. Marsha A. Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1506. Flossie J. Foster, individually, as surviving parent of Marsha A. Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Flossie J. Foster is a resident

of Florida. Marsha A. Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1507.   Shavonne Cobb, individually, as surviving child of Marsha A. Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shavonne Cobb is a resident of Texas. Marsha A. Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1508.   Elias Rodriguez, as Personal Representative of the Estate of Arnulfo Rodriguez, deceased, the late spouse of Mayra V. Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elias Rodriguez is a resident of Connecticut. Mayra V. Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1509.   Elias Rodriguez, as the Personal Representative of the Estate of Mayra V. Rodriguez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mayra V. Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elias Rodriguez is a resident of Connecticut. Mayra V. Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1510.   Anibal Valdez, individually, as surviving sibling of Mayra V. Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anibal Valdez is a resident of New York. Mayra V. Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1511.   Jose Valdez, individually, as surviving sibling of Mayra V. Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose Valdez is a resident of New York. Mayra V. Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1512. Anibal Valdez and Chris Valdez as the Co-Personal Representative of the Estate of Lydia Valdez, deceased, the late parent of Mayra V. Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mayra V. Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1513. Elias Rodriguez, individually, as surviving child of Mayra V. Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elias Rodriguez is a resident of Connecticut. Mayra V. Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1514. Michele Flannery, individually, as surviving sibling of Joseph M. Romagnolo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michele Flannery is a resident of New York. Joseph M. Romagnolo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1515. Alexis Romagnolo, individually, as surviving child of Joseph M. Romagnolo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexis Romagnolo is a resident of New York. Joseph M. Romagnolo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1516. Anthony Romagnolo, individually, as surviving child of Joseph M. Romagnolo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Romagnolo is a resident of New York. Joseph M. Romagnolo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1517. Joseph Romagnolo, individually, as surviving child of Joseph M. Romagnolo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Romagnolo is a resident of New York. Joseph M. Romagnolo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1518. Maria Romagnolo, individually, as surviving parent of Joseph M. Romagnolo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Romagnolo is a resident of New York. Joseph M. Romagnolo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1519. Maria Romagnolo, as the Personal Representative of the Estate of Salvatore Romagnolo, deceased, the late parent of Joseph M. Romagnolo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Romagnolo, as the Personal Representative of the Estate of Salvatore Romagnolo, is a resident of New York. Joseph M. Romagnolo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1520. Sandra Romagnolo, individually, as surviving spouse of Joseph M. Romagnolo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sandra Romagnolo is a resident of New York. Joseph M. Romagnolo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1521. Sandra Romagnolo, as the Personal Representative of the Estate of Joseph M. Romagnolo, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph M. Romagnolo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sandra Romagnolo is a resident of New York. Joseph M. Romagnolo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1522. Christofer Romagnolo, individually, as surviving child of Joseph M. Romagnolo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christofer Romagnolo is a resident of New York. Joseph M. Romagnolo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1523. Josephine Romito, as the Personal Representative of the Estate of James Romito, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of James Romito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Josephine Romito is a resident of New Jersey.

267

James Romito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1524. Laura Fasulo, individually, as surviving sibling of James Romito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Fasulo is a resident of Florida. James Romito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1525. Laura Fasulo as Personal Representative of the Estate of Anthony Romito Sr., deceased, the late parent of James Romito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Fasulo as Personal Representative of the Estate of Anthony Romito Sr. is a resident of Florida. James Romito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1526. Laura Fasulo as Personal Representative of the Estate of Catherine Romito, deceased, the late parent of James Romito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Fasulo as Personal Representative of the Estate of Catherine Romito is a resident of Florida. James Romito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1527. Anthony Romito Jr., individually, as surviving sibling of James Romito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Romito Jr. is a resident of Florida. James Romito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1528. Jennifer Horwitz, individually, as surviving spouse of Mark L. Rosenberg, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Horwitz is a resident of New Jersey. Mark L. Rosenberg is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1529. Jennifer Horwitz, as the Personal Representative of the Estate of Mark L Rosenberg, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mark L. Rosenberg, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Horwitz is a resident of New Jersey. Mark L. Rosenberg is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1530. Janet Rosenberg, individually, as surviving parent of Mark L. Rosenberg, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janet Rosenberg is a resident of New Jersey. Mark L. Rosenberg is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1531. Sheldon Rosenberg, individually, as surviving parent of Mark L. Rosenberg, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sheldon Rosenberg is a resident of New Jersey. Mark L. Rosenberg is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1532. Sara L. Rosenberg Sharvit, individually, as surviving sibling of Mark L. Rosenberg, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sara L. Rosenberg Sharvit is a resident of California. Mark L. Rosenberg is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1533. Harvey Rosenberg, individually, as surviving sibling of Mark L. Rosenberg, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Harvey Rosenberg is a resident of New York. Mark L. Rosenberg is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1534. Tracy Rowenhorst, being intended to designate the Personal Representative of the Estate of Edward Rowenhorst, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward Rowenhorst, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tracy Rowenhorst is a resident of Iowa. Edward Rowenhorst is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama

bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1535. Matthew Rowenhorst, individually, as surviving sibling of Edward Rowenhorst, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Rowenhorst is a resident of Iowa. Edward Rowenhorst is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1536. Sicely N. McCants, individually, as surviving child of Judy Rowlett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sicely N. McCants is a resident of Alabama. Judy Rowlett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1537. Sicely N. McCants, as the Personal Representative of the Estate of Judy Rowlett, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Judy Rowlett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sicely N. McCants is a resident of Alabama. Judy Rowlett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1538. Caitlyn Roy, individually, as surviving child of Timothy A. Roy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Caitlyn Roy is a resident of New York. Timothy A. Roy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1539. Timothy Roy Jr., individually, as surviving child of Timothy A. Roy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Timothy Roy Jr. is a resident of New York. Timothy A. Roy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1540. Stacey Roy-Christ, individually, as surviving spouse of Timothy A. Roy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stacey Roy-Christ is a resident of New York. Timothy A. Roy is one of the Decedents murdered as a result of

the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1541. Stacey Roy-Christ, as the Personal Representative of the Estate of Timothy A. Roy, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy A. Roy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stacey Roy-Christ is a resident of New York. Timothy A. Roy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1542. Brittney Roy, individually, as surviving child of Timothy A. Roy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brittney Roy is a resident of New York. Timothy A. Roy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1543. David Ruback, individually, as surviving child of Paul G. Ruback, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Ruback is a resident of New York. Paul G. Ruback is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1544. Rita L. Ruback, individually, as surviving spouse of Paul G. Ruback, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rita L. Ruback is a resident of South Carolina. Paul G. Ruback is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1545. Rita L. Ruback, as the Personal Representative of the Estate of Paul G. Ruback, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul G. Ruback, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rita L. Ruback is a resident of South Carolina. Paul G. Ruback is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1546.   Shannon Ruback, individually, as surviving child of Paul G. Ruback, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shannon Ruback is a resident of New York. Paul G. Ruback is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1547.   Gina Ruback, individually, as surviving child of Paul G. Ruback, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gina Ruback is a resident of New York. Paul G. Ruback is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1548.   Hillary Hans, individually, as surviving sibling of Ronald J. Ruben, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Hillary Hans is a resident of New Jersey. Ronald J. Ruben is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1549.   Hillary Hans, as the co-Personal Representative of the Estate of Ronald J. Ruben, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ronald J. Ruben, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Hillary Hans is a resident of New Jersey. Ronald J. Ruben is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1550.   Leslie C. Ruben, individually, as surviving sibling of Ronald J. Ruben, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leslie C. Ruben is a resident of New Jersey. Ronald J. Ruben is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1551.   Leslie C. Ruben, as the co-Personal Representative of the Estate of Ronald J. Ruben, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ronald J. Ruben, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leslie C. Ruben is a resident of New Jersey. Ronald J. Ruben is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1552. Anthony Rubino, individually, as surviving sibling of Joanne Rubino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Rubino is a resident of Kentucky. Joanne Rubino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1553. Anthony Rubino as Personal Represntative of the Estate of Antoinette Rubino, deceased, the late parent of Joanne Rubino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Rubino as Personal Represntative of the Estate of Antoinette Rubino is a resident of Kentucky. Joanne Rubino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1554. Anthony Rubino, as the Personal Representative of the Estate of Joanne Rubino, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joanne Rubino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Rubino is a resident of Kentucky. Joanne Rubino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1555. Margaret Grigonis, individually, as surviving parent of Susan A. Ruggiero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret Grigonis is a resident of New York. Susan A. Ruggiero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1556. Paul Grigonis, individually, as surviving parent of Susan A. Ruggiero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Grigonis is a resident of New York. Susan A. Ruggiero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1557. Peggy Ann Asciutto, individually, as surviving sibling of Susan A. Ruggiero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peggy Ann Asciutto

is a resident of New York. Susan A. Ruggiero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1558.  Frank Ruggiero, individually, as surviving spouse of Susan A. Ruggiero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Ruggiero is a resident of New York. Susan A. Ruggiero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1559.  Frank Ruggiero, as the Personal Representative of the Estate of Susan A. Ruggiero, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Susan A. Ruggiero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Ruggiero is a resident of New York. Susan A. Ruggiero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1560.  Theresa Russo-Kempf, as the Personal Representative of the Estate of Michael Russo, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Russo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa Russo-Kempf is a resident of New York. Michael Russo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1561.  Anthony F. Russo, individually, as surviving sibling of Michael Russo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony F. Russo is a resident of New Jersey. Michael Russo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1562.  Dolores Russo, individually, as surviving parent of Michael Russo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dolores Russo is a resident of Pennsylvania. Michael Russo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1563. Cyrina Morrison, individually, as surviving sibling of Brock J. Safronoff, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cyrina Morrison is a resident of Michigan. Brock J. Safronoff is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1564. Aaron Safronoff, individually, as surviving sibling of Brock J. Safronoff, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aaron Safronoff is a resident of California. Brock J. Safronoff is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1565. Debra M. Safronoff, individually, as surviving parent of Brock J. Safronoff, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debra M. Safronoff is a resident of Michigan. Brock J. Safronoff is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1566. Joel Safronoff, individually, as surviving parent of Brock J. Safronoff, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joel Safronoff is a resident of Michigan. Brock J. Safronoff is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1567. Tara Safronoff, individually, as surviving spouse of Brock J. Safronoff, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tara Safronoff is a resident of California. Brock J. Safronoff is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1568. Tara Safronoff, as the Personal Representative of the Estate of Brock J. Safronoff, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brock J. Safronoff, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tara Safronoff is a resident of California. Brock J. Safronoff is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1569. Ruthellen Saiya, as Personal Representative of the Estate of Frank Saiya, deceased, the late sibling of Edward Saiya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ruthellen Saiya, as Personal Representative of the Estate of Frank Saiya is a resident of Kansas. Edward Saiya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1570. Shawn Saiya, individually, as surviving child of Edward Saiya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shawn Saiya is a resident of Maryland. Edward Saiya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1571. Shawn Saiya, as the co-Personal Representative of the Estate of Edward Saiya, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward Saiya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shawn Saiya is a resident of Maryland. Edward Saiya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1572. Katherine R. Schlosser, individually, as surviving child of Edward Saiya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katherine R. Schlosser is a resident of Maryland. Edward Saiya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1573. Katherine R. Schlosser, as the co-Personal Representative of the Estate of Edward Saiya, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward Saiya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katherine R. Schlosser is a resident of Maryland. Edward Saiya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1574. Madeline Reed, individually, as surviving parent of John P. Salamone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Madeline Reed is a resident of North Carolina. John P. Salamone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1575. Sharon Salamone as Personal Representative of the Estate of Benedict Salamone, deceased, the late parent of John P. Salamone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sharon Salamone is a resident of South Carolina. John P. Salamone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1576. Mary E. Salamone, individually, as surviving spouse of John P. Salamone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary E. Salamone is a resident of New Jersey. John P. Salamone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1577. Mary E. Salamone, as the Personal Representative of the Estate of John P. Salamone, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John P. Salamone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary E. Salamone is a resident of New Jersey. John P. Salamone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1578. Michael Salamone, individually, as surviving sibling of John P. Salamone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Salamone is a resident of North Carolina. John P. Salamone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1579. Catherine Mary Sauer, individually, as surviving sibling of John P. Salamone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Mary Sauer is a resident of North Carolina. John P. Salamone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic

Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1580. Michelle Cataline, individually, as surviving sibling of John P. Salamone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michelle Cataline is a resident of North Carolina. John P. Salamone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1581. Carlos Salas, individually, as surviving child of Hernando R. Salas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carlos Salas is a resident of New York. Hernando R. Salas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1582. Carlos Salas, as the Personal Representative of the Estate of Hernando R. Salas, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Hernando R. Salas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carlos Salas is a resident of New York. Hernando R. Salas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1583. Carlos Salas, as the Personal Representative of the Estate of Carolina Salas, deceased, the late spouse of Hernando R. Salas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carlos Salas, as the Personal Representative of the Estate of Carolina Salas is a resident of New York. Hernando R. Salas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1584. Nelcy Salas, individually, as surviving child of Hernando R. Salas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nelcy Salas is a resident of New York. Hernando R. Salas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1585. Afkham Salie, individually, as surviving sibling of Rahma Salie, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Afkham Salie is a resident of Massachusetts. Rahma Salie is one of the Decedents murdered as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1586.  Haleema Salie, individually, as surviving parent of Rahma Salie, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Haleema Salie is a resident of Massachusetts. Rahma Salie is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1587.  Haleema Salie, as the Personal Representative of the Estate of Rahma Salie, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Rahma Salie, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Haleema Salie is a resident of Massachusetts. Rahma Salie is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1588.  Ysuff Salie, individually, as surviving parent of Rahma Salie, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ysuff Salie is a resident of Massachusetts. Rahma Salie is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1589.  Jordanis Theodoridis, as Personal Representative of the Estate of Michael Theodoridis, deceased, the late spouse of Rahma Salie, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jordanis Theodoridis, as Personal Representative of the Estate of Michael Theodoridis is a resident of Switzerland. Rahma Salie is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1590.  Edison Salomon, as Personal Representative of the Estate of Nolbert Salomon, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nolbert Salomon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nolbert Salomon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1591.   Antoine Salomon, individually, as surviving parent of Nolbert Salomon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Antoine Salomon is a resident of Florida. Nolbert Salomon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1592.   Edison Salomon, individually, as surviving sibling of Nolbert Salomon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edison Salomon is a resident of Florida. Nolbert Salomon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1593.   James Salomon, individually, as surviving sibling of Nolbert Salomon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Salomon is a resident of New York. Nolbert Salomon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1594.   Francesca Pierre as Personal Representative of the Estate of Dania Salomon a/k/a Dania Salomon Macharie, deceased, the late sibling of Nolbert Salomon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francesca Pierre is a resident of Florida. Nolbert Salomon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1595.   Deborah Rooney, individually, as surviving spouse of John Sammartino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah Rooney is a resident of Florida. John Sammartino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1596.   Deborah Rooney, as the Personal Representative of the Estate of John Sammartino, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Sammartino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah Rooney is a resident of Florida. John Sammartino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1597.   Nicole Sammartino, individually, as surviving child of John Sammartino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicole Sammartino is a resident of Florida. John Sammartino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1598.   Clara Sanay, individually, as surviving spouse of Hugo Sanay, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Clara Sanay is a resident of New York. Hugo Sanay is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1599.   Clara Sanay, as the Personal Representative of the Estate of Hugo Sanay, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Hugo Sanay, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Clara Sanay is a resident of New York. Hugo Sanay is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1600.   Hugo Sanay Jr., individually, as surviving child of Hugo Sanay, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Hugo Sanay Jr. is a resident of New York. Hugo Sanay is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1601.   Michelle Sanay, individually, as surviving child of Hugo Sanay, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michelle Sanay is a resident of New York. Hugo Sanay is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1602.   Steven Sanay, individually, as surviving child of Hugo Sanay, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Steven Sanay is a resident of New York. Hugo Sanay is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1603. Sonia Hernandez, individually, as surviving sibling of Ayleen J. Santiago, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sonia Hernandez is a resident of Texas. Ayleen J. Santiago is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1604. Jose A. Medina, individually, as surviving sibling of Ayleen J. Santiago, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose A. Medina is a resident of New Jersey. Ayleen J. Santiago is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1605. Julio Medina, individually, as surviving parent of Ayleen J. Santiago, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Julio Medina is a resident of Florida. Ayleen J. Santiago is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1606. Cassandra Nash, individually, as surviving child of Anthony Savas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cassandra Nash is a resident of New York. Anthony Savas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1607. John Savas, individually, as surviving child of Anthony Savas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Savas is a resident of Virginia. Anthony Savas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1608. Phaedra Savas, individually, as surviving spouse of Anthony Savas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Phaedra Savas is a resident of New York. Anthony Savas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1609. Phaedra Savas, as the Personal Representative of the Estate of Anthony Savas, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Anthony Savas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Phaedra Savas is a resident of New York. Anthony Savas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1610. Karen Scheffold Onorio, individually, as surviving child of Frederick C. Scheffold, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Scheffold Onorio is a resident of Connecticut. Frederick C. Scheffold is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1611. Claudette Scheffold, individually, as surviving child of Frederick C. Scheffold, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Claudette Scheffold is a resident of New York. Frederick C. Scheffold is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1612. Joan Scheffold, individually, as surviving spouse of Frederick C. Scheffold, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan Scheffold is a resident of New York. Frederick C. Scheffold is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1613. Joan Scheffold, as the Personal Representative of the Estate of Frederick C. Scheffold, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Frederick C. Scheffold, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan Scheffold is a resident of New York. Frederick C. Scheffold is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1614. Kim Scheffold Stiefel, individually, as surviving child of Frederick C. Scheffold, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kim Scheffold Stiefel is a resident of New York. Frederick C. Scheffold is one of the Decedents

283

murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1615. Dawn Schlegel, individually, as surviving spouse of Robert A. Schlegel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dawn Schlegel is a resident of Virginia. Robert A. Schlegel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1616. Dawn Schlegel, as the Personal Representative of the Estate of Robert A. Schlegel, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert A. Schlegel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dawn Schlegel is a resident of Virginia. Robert A. Schlegel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1617. Laurence Schlissel, individually, as surviving sibling of Jon S. Schlissel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laurence Schlissel is a resident of New Jersey. Jon S. Schlissel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1618. Laurence Schlissel, as the Personal Representative of the Estate of Jon S. Schlissel, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jon S. Schlissel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laurence Schlissel is a resident of New Jersey. Jon S. Schlissel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1619. Laurence Schlissel as Personal Representative of the Estate of Ruth Schlissel, deceased, the late parent of Jon S. Schlissel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laurence Schlissel as Personal Representative of the Estate of Ruth Schlissel is a resident of New Jersey. Jon S. Schlissel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic

284

Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1620. Jaclyn McManus, individually, as surviving child of Gerard P. Schrang, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jaclyn McManus is a resident of New York. Gerard P. Schrang is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1621. Denise Schrang, individually, as surviving spouse of Gerard P. Schrang, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Denise Schrang is a resident of New York. Gerard P. Schrang is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1622. Denise Schrang, as the Personal Representative of the Estate of Gerald P. Schrang, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gerard P. Schrang, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Denise Schrang is a resident of New York. Gerard P. Schrang is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1623. Katherine R. Krieger, individually, as surviving sibling of Susan Lee Schuler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katherine R. Krieger is a resident of Oregon. Susan Lee Schuler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1624. Jude Laspa, individually, as surviving sibling of Susan Lee Schuler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jude Laspa is a resident of California. Susan Lee Schuler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1625. Jude Laspa, as the Personal Representative of the Estate of Susan Lee Schuler, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Susan Lee Schuler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jude Laspa is a resident of California. Susan Lee Schuler

285

is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1626. Tevis Laspa, individually, as surviving sibling of Susan Lee Schuler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tevis Laspa is a resident of Washington. Susan Lee Schuler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1627. Ted Slanker, individually, as surviving child of Susan Lee Schuler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ted Slanker is a resident of Texas. Susan Lee Schuler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1628. Sandra Slanker, individually, as surviving child of Susan Lee Schuler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sandra Slanker is a resident of Texas. Susan Lee Schuler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1629. Elizabeth Schlehr, individually, as surviving sibling of Margaret Seeliger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Schlehr is a resident of Ohio. Margaret Seeliger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1630. Bruce Seeliger, individually, as surviving spouse of Margaret Seeliger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bruce Seeliger is a resident of Connecticut. Margaret Seeliger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1631. Bruce Seeliger, as the Personal Representative of the Estate of Margaret Seeliger, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Margaret Seeliger, is a Plaintiff seeking justice for

the tragic events of September 11, 2001. Bruce Seeliger is a resident of Connecticut. Margaret Seeliger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1632. Andrew T. Walier, individually, as surviving sibling of Margaret Seeliger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew T. Walier is a resident of New York. Margaret Seeliger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1633. Arthur A. Walier, individually, as surviving parent of Margaret Seeliger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Arthur A. Walier is a resident of New York. Margaret Seeliger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1634. James M. Walier, individually, as surviving sibling of Margaret Seeliger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James M. Walier is a resident of New Jersey. Margaret Seeliger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1635. John P. Walier, individually, as surviving sibling of Margaret Seeliger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John P. Walier is a resident of New York. Margaret Seeliger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1636. Joseph Walier, individually, as surviving sibling of Margaret Seeliger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Walier is a resident of New York. Margaret Seeliger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1637. Paul Walier, individually, as surviving sibling of Margaret Seeliger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Walier is a resident of New

York. Margaret Seeliger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1638. Peter Joseph Walier, individually, as surviving sibling of Margaret Seeliger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Joseph Walier is a resident of Georgia. Margaret Seeliger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1639. Arthur Walier as Personal Representative of the Estate of Kathryn Ann Walier, deceased, the late parent of Margaret Seeliger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Arthur Walier as Personal Representative of the Estate of Kathryn Ann Walier is a resident of New York. Margaret Seeliger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1640. Matthew Walier, individually, as surviving sibling of Margaret Seeliger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Walier is a resident of New York. Margaret Seeliger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1641. Jahnan Shajahan, individually, as surviving child of Mohammed Shajahan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jahnan Shajahan is a resident of Florida. Mohammed Shajahan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1642. Layla Shajahan, individually, as surviving child of Mohammed Shajahan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Layla Shajahan is a resident of Florida. Mohammed Shajahan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1643. Mansura Shajahan, individually, as surviving spouse of Mohammed Shajahan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mansura Shajahan is

a resident of Florida. Mohammed Shajahan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1644. Mansura Shajahan, as the Personal Representative of the Estate of Mohammed Shajahan, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mohammed Shajahan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mansura Shajahan is a resident of Florida. Mohammed Shajahan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1645. Shirin Shajahan, individually, as surviving child of Mohammed Shajahan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shirin Shajahan is a resident of Florida. Mohammed Shajahan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1646. Yusuf Shajahan, individually, as surviving child of Mohammed Shajahan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yusuf Shajahan is a resident of Florida. Mohammed Shajahan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1647. Christopher Davidson, individually, as surviving sibling of Kathryn A. Shatzoff, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Davidson is a resident of New York. Kathryn A. Shatzoff is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1648. Francis Shea, individually, as surviving sibling of Daniel Shea, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francis Shea is a resident of New York. Daniel Shea is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1649. Kathleen Shea, individually, as surviving sibling of Daniel Shea, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Shea is a resident of Connecticut. Daniel Shea is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1650. Thomas J. Shea, individually, as surviving sibling of Daniel Shea, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas J. Shea is a resident of New Jersey. Daniel Shea is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1651. Francis Shea, individually, as surviving sibling of Joseph Shea, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francis Shea is a resident of New York. Joseph Shea is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1652. Kathleen Shea, individually, as surviving sibling of Joseph Shea, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Shea is a resident of Connecticut. Joseph Shea is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1653. Thomas J. Shea, individually, as surviving sibling of Joseph Shea, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas J. Shea is a resident of New Jersey. Joseph Shea is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1654. Charles Clarke, individually, as surviving parent of Antionette Sherman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charles Clarke is a resident of Maryland. Antionette Sherman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1655. Eloise Clarke, individually, as surviving parent of Antionette Sherman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eloise Clarke is a resident of Maryland. Antionette Sherman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1656. Eloise Clarke, as the Personal Representative of the Estate of Antionette Sherman, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Antionette Sherman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eloise Clarke is a resident of Maryland. Antionette Sherman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1657. John Doe 122 as the Personal Representative of the Estate of John Sigmund Sr., deceased, the late parent of Johanna Sigmund, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Johanna Sigmund is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1658. John Sigmund, individually, as surviving sibling of Johanna Sigmund, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Sigmund is a resident of Pennsylvania. Johanna Sigmund is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1659. Ruth Sigmund, individually, as surviving parent of Johanna Sigmund, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ruth Sigmund is a resident of Pennsylvania. Johanna Sigmund is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1660. Ruth Sigmund, as the Personal Representative of the Estate of Johanna Sigmund, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Johanna Sigmund, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ruth Sigmund is a resident of Pennsylvania. Johanna Sigmund is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1661.   John T. Signer and James M. Signer, as Co-Personal Representatives of the Estate of John F. Signer, deceased, the late sibling of Dianne Signer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John T. Signer and James M. Signer are residents of New York. Dianne Signer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1662.   Kenneth Signer, individually, as surviving sibling of Dianne Signer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kenneth Signer is a resident of Florida. Dianne Signer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1663.   Patricia Signer, individually, as surviving parent of Dianne Signer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Signer is a resident of New York. Dianne Signer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1664.   Patricia Signer, as the Personal Representative of the Estate of Dianne Signer, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dianne Signer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Signer is a resident of New York. Dianne Signer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1665.   Marie Sikorsky, as the Personal Representative of the Estate of Gregory Sikorsky, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gregory Sikorsky, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marie Sikorsky is a resident of New York. Gregory Sikorsky is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1666. George Sikorsky, individually, as surviving sibling of Gregory Sikorsky, is a Plaintiff seeking justice for the tragic events of September 11, 2001. George Sikorsky is a resident of New York. Gregory Sikorsky is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1667. Kenneth Sikorsky, individually, as surviving sibling of Gregory Sikorsky, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kenneth Sikorsky is a resident of New York. Gregory Sikorsky is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1668. Perry V. Sikorsky, individually, as surviving sibling of Gregory Sikorsky, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Perry V. Sikorsky is a resident of New York. Gregory Sikorsky is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1669. Jennifer Simon Berardi, individually, as surviving child of Arthur Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Simon Berardi is a resident of New York. Arthur Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1670. Jennifer Simon Berardi, as the Personal Representative of the Estate of Arthur Simon, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Arthur Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Simon Berardi is a resident of New York. Arthur Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1671. Mandy Exantus, individually, as surviving child of Arthur Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mandy Exantus is a resident of California. Arthur Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1672. Stanley Simon, individually, as surviving sibling of Arthur Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stanley Simon is a resident of New York. Arthur Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1673. Susan Simon, individually, as surviving spouse of Arthur Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Simon is a resident of South Carolina. Arthur Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1674. Todd Simon, individually, as surviving child of Arthur Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Todd Simon is a resident of California. Arthur Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1675. Jennifer Simon Berardi, individually, as surviving sibling of Kenneth Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Simon Berardi is a resident of New York. Kenneth Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1676. Karen Simon, as Personal Representative of the Estate of Kenneth Simon, deceased, the late child of Arthur Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Simon, as Personal Representative of the Estate of Kenneth Simon is a resident of New Jersey. Arthur Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1677. Karen Simon, as the Personal Representative of the Estate of Kenneth Simon, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Simon is a resident of New Jersey. Kenneth Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that

were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1678. Jennifer Simon Berardi, as Personal Representative of the Estate of Arthur Simon, deceased, the late parent of Kenneth Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Simon Berardi, as Personal Representative of the Estate of Arthur Simon is a resident of New York. Kenneth Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1679. Mandy Exantus, individually, as surviving sibling of Kenneth Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mandy Exantus is a resident of California. Kenneth Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1680. Susan Simon, individually, as surviving parent of Kenneth Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Simon is a resident of South Carolina. Kenneth Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1681. Todd Simon, individually, as surviving sibling of Kenneth Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Todd Simon is a resident of California. Kenneth Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1682. Jill S. Polansky, individually, as surviving sibling of Thomas E. Sinton III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jill S. Polansky is a resident of New Jersey. Thomas E. Sinton III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1683. Sally Sinton, individually, as surviving sibling of Thomas E. Sinton III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sally Sinton is a resident of Australia. Thomas E. Sinton III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1684. Susan M. Sinton, individually, as surviving parent of Thomas E. Sinton III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan M. Sinton is a resident of New Jersey. Thomas E. Sinton III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1685. Marilyn Smith Pusey, individually, as surviving spouse of Leon Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marilyn Smith Pusey is a resident of North Carolina. Leon Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1686. Marilyn Smith Pusey, as the Personal Representative of the Estate of Leon Smith, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Leon Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marilyn Smith Pusey is a resident of North Carolina. Leon Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1687. Irene Smith, individually, as surviving parent of Leon Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Irene Smith is a resident of New York. Leon Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1688. Jasmine Michele Smith, individually, as surviving child of Leon Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jasmine Michele Smith is a resident of New York. Leon Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1689. Nakia Smith, individually, as surviving child of Leon Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nakia Smith is a resident of New York. Leon Smith is one of the Decedents murdered as a result of the terrorist attacks of September

296

11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1690.   Tiffany Smith, individually, as surviving child of Leon Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tiffany Smith is a resident of Florida. Leon Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1691.   Yolanda Smith-Purdy, individually, as surviving child of Leon Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yolanda Smith-Purdy is a resident of Florida. Leon Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1692.   Mary Elizabeth Reddy, individually, as surviving sibling of Moira A. Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Elizabeth Reddy is a resident of New York. Moira A. Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1693.   James Smith, individually, as surviving spouse of Moira A. Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Smith is a resident of New York. Moira A. Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1694.   James Smith, as the Personal Representative of the Estate of Moira A. Smith, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Moira A. Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Smith is a resident of New York. Moira A. Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1695.   Patricia Mary Smith, individually, as surviving child of Moira A. Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Mary Smith is a resident of New York. Moira A. Smith is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1696.  Patricia S. Rafter, as the Personal Representative of the Estate of Bonnie Smithwick, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Bonnie Smithwick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia S. Rafter is a resident of New York. Bonnie Smithwick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1697.  Patricia S. Rafter as Personal Representative of the Estate of Thomas J. Smithwick, deceased, the late spouse of Bonnie Smithwick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia S. Rafter as Personal Representative of the Estate of Thomas J. Smithwick is a resident of New York. Bonnie Smithwick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1698.  Peter Shihadeh, individually, as surviving sibling of Bonnie Smithwick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Shihadeh is a resident of Pennsylvania. Bonnie Smithwick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1699.  Peter Shihadeh as Personal Representative of the Estate of Jeanne Santamarie Shihadeh, deceased, the late parent of Bonnie Smithwick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Shihadeh as Personal Representative of the Estate of Jeanne Santamarie Shihadeh is a resident of Pennsylvania. Bonnie Smithwick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1700.  Peter Shihadeh as Personal Representative of the Estate of Theodore D. Shihadeh, deceased, the late parent of Bonnie Smithwick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Shihadeh as Personal Representative of the Estate of Theodore D. Shihadeh is a resident of Pennsylvania. Bonnie Smithwick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League,

International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1701. James W. Smithwick, individually, as surviving child of Bonnie Smithwick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James W. Smithwick is a resident of New York. Bonnie Smithwick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1702. Katharine E. Smithwick, individually, as surviving child of Bonnie Smithwick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katharine E. Smithwick is a resident of the United Kingdom. Bonnie Smithwick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1703. Joanne Messina, individually, as surviving sibling of Michael C. Sorresse, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joanne Messina is a resident of New Jersey. Michael C. Sorresse is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1704. Catherine Ricciardelli, individually, as surviving spouse of Michael C. Sorresse, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Ricciardelli is a resident of New Jersey. Michael C. Sorresse is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1705. Catherine Ricciardelli, as the Personal Representative of the Estate of Michael C. Sorresse, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael C. Sorresse, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Ricciardelli is a resident of New Jersey. Michael C. Sorresse is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1706. Leonard M. Sorresse Jr., individually, as surviving sibling of Michael C. Sorresse, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leonard M. Sorresse Jr. is a resident of New Jersey. Michael C. Sorresse is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda

and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1707. Leonard M. Sorresse Sr., individually, as surviving parent of Michael C. Sorresse, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leonard M. Sorresse Sr. is a resident of New Jersey. Michael C. Sorresse is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1708. Maria Sorresse, individually, as surviving parent of Michael C. Sorresse, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Sorresse is a resident of New Jersey. Michael C. Sorresse is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1709. Nicholas Sorresse, individually, as surviving sibling of Michael C. Sorresse, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicholas Sorresse is a resident of New Jersey. Michael C. Sorresse is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1710. Linda E. Spampinato a/k/a Linda E. Melville, individually, as surviving sibling of Donald F. Spampinato, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda E. Spampinato a/k/a Linda E. Melville is a resident of North Carolina. Donald F. Spampinato is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1711. Michael Spampinato, individually, as surviving sibling of Donald F. Spampinato, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Spampinato is a resident of Michigan. Donald F. Spampinato is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1712. Michael Spampinato as Personal Representative of the Estate of Mary Spampinato, deceased, the late parent of Donald F. Spampinato, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Spampinato as Personal Representative of the Estate of Mary Spampinato is a resident of Michigan. Donald F. Spampinato is one of

the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1713. Barbara Carroll Spence, individually, as surviving spouse of Maynard S. Spence, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Carroll Spence is a resident of Georgia. Maynard S. Spence is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1714. Barbara Carroll Spence, as the Personal Representative of the Estate of Maynard S. Spence, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Maynard S. Spence, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Carroll Spence is a resident of Georgia. Maynard S. Spence is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1715. Kristina Spence, individually, as surviving child of Maynard S. Spence, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kristina Spence is a resident of Florida. Maynard S. Spence is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1716. Shannon Spence, individually, as surviving child of Maynard S. Spence, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shannon Spence is a resident of Florida. Maynard S. Spence is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1717. Dorothy Spence Evans, individually, as surviving sibling of Maynard S. Spence, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dorothy Spence Evans is a resident of North Carolina. Maynard S. Spence is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1718. Susan Spitz, individually, as surviving spouse of William Spitz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Spitz is a resident of New

301

York. William Spitz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1719. Susan Spitz, as the Personal Representative of the Estate of William Spitz, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of William Spitz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Spitz is a resident of New York. William Spitz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1720. Kathy Buell, individually, as surviving sibling of Timothy Stackpole, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathy Buell is a resident of New York. Timothy Stackpole is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1721. Tara Stackpole, as the Personal Representative of the Estate of Timothy Stackpole, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Stackpole, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tara Stackpole is a resident of New York. Timothy Stackpole is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1722. Patricia Murphy, individually, as surviving sibling of Timothy Stackpole, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Murphy is a resident of New York. Timothy Stackpole is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1723. Edward Stackpole, individually, as surviving sibling of Timothy Stackpole, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edward Stackpole is a resident of New York. Timothy Stackpole is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1724. Michael Stackpole, individually, as surviving sibling of Timothy Stackpole, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Stackpole is a resident of New York. Timothy Stackpole is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1725. Daniel Carroll, individually, as surviving child of Patricia J. Statz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Carroll is a resident of Maryland. Patricia J. Statz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1726. David Carroll, individually, as surviving spouse of Patricia J. Statz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Carroll is a resident of Maryland. Patricia J. Statz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1727. David Carroll, as the Personal Representative of the Estate of Patricia J. Statz, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patricia J. Statz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Carroll is a resident of Maryland. Patricia J. Statz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1728. Erick Carroll, individually, as surviving child of Patricia J. Statz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erick Carroll is a resident of Maryland. Patricia J. Statz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1729. Pamela Statz, individually, as surviving sibling of Patricia J. Statz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pamela Statz is a resident of Oregon. Patricia J. Statz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1730. Vincent A. Statz, individually, as surviving parent of Patricia J. Statz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vincent A. Statz is a resident of Wisconsin. Patricia J. Statz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1731. Phil Statz, individually, as surviving sibling of Patricia J. Statz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Phil Statz is a resident of Wisconsin. Patricia J. Statz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1732. Gloria Darrisaw, individually, as surviving sibling of Edna L. Stephens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gloria Darrisaw is a resident of Georgia. Edna L. Stephens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1733. Eunice W. Stephens, individually, as surviving sibling of Edna L. Stephens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eunice W. Stephens is a resident of Georgia. Edna L. Stephens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1734. Betty Jo Hill, individually, as surviving sibling of Edna L. Stephens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Betty Jo Hill is a resident of Georgia. Edna L. Stephens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1735. Brenda Stephens Pyant, individually, as surviving sibling of Edna L. Stephens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brenda Stephens Pyant is a resident of Georgia. Edna L. Stephens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1736. Eddie Stephens, individually, as surviving sibling of Edna L. Stephens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eddie Stephens is a resident of Georgia. Edna L. Stephens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1737. Marvin Stephens, individually, as surviving sibling of Edna L. Stephens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marvin Stephens is a resident of Georgia. Edna L. Stephens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1738. Mary L. Stephens, individually, as surviving sibling of Edna L. Stephens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary L. Stephens is a resident of Georgia. Edna L. Stephens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1739. Barbara Stephens-Cobb, individually, as surviving sibling of Edna L. Stephens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Stephens-Cobb is a resident of South Carolina. Edna L. Stephens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1740. Torrass Allen-Stephens, individually, as surviving child of Edna L. Stephens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Torrass Allen-Stephens is a resident of Georgia. Edna L. Stephens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1741. Torrass Allen-Stephens, as the Personal Representative of the Estate of Edna L. Stephens, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edna L. Stephens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Torrass Allen-Stephens is a resident of Georgia. Edna L. Stephens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1742. Eric Stoller, individually, as surviving child of Sanford M. Stoller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eric Stoller is a resident of New York. Sanford M. Stoller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1743. Glen Stoller, individually, as surviving child of Sanford M. Stoller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Glen Stoller is a resident of Maine . Sanford M. Stoller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1744. Trudy Stoller, individually, as surviving spouse of Sanford M. Stoller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Trudy Stoller is a resident of New York. Sanford M. Stoller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1745. Trudy Stoller, as the Personal Representative of the Estate of Sanford M. Stoller, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sanford M. Stoller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Trudy Stoller is a resident of New York. Sanford M. Stoller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1746. Leslie A. Intindoli, individually, as surviving sibling of Steven Strauss, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leslie A. Intindoli is a resident of New York. Steven Strauss is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1747. Leslie A. Intindoli as Personal Representative of the Estate of Albert Strauss, deceased, the late parent of Steven Strauss, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leslie A. Intindoli as Personal Representative of the Estate of Albert Strauss is a resident of New York. Steven Strauss is one of the Decedents murdered as a

result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1748.   Leslie A. Intindoli as Personal Representative of the Estate of Theresa Strauss, deceased, the late parent of Steven Strauss, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leslie A. Intindoli as Personal Representative of the Estate of Theresa Strauss is a resident of New York. Steven Strauss is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1749.   Derek Strauss, individually, as surviving child of Steven Strauss, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Derek Strauss is a resident of New York. Steven Strauss is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1750.   Melanie Strauss, individually, as surviving child of Steven Strauss, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melanie Strauss is a resident of New York. Steven Strauss is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1751.   Jean Strauss a/k/a Jeannie Strauss, individually, as surviving spouse of Steven Strauss, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jean Strauss a/k/a Jeannie Strauss is a resident of New York. Steven Strauss is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1752.   Jean Strauss a/k/a Jeannie Strauss, as the Personal Representative of the Estate of Steven Strauss, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Steven Strauss, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jean Strauss a/k/a Jeannie Strauss is a resident of New York. Steven Strauss is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1753. Brian Sullivan, individually, as surviving child of Christopher P. Sullivan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Sullivan is a resident of New York. Christopher P. Sullivan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1754. Dolores Sullivan, individually, as surviving spouse of Christopher P. Sullivan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dolores Sullivan is a resident of New York. Christopher P. Sullivan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1755. Dolores Sullivan, as the Personal Representative of the Estate of Christopher P. Sullivan, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Christopher P. Sullivan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dolores Sullivan is a resident of New York. Christopher P. Sullivan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1756. Robert J. Sullivan as Personal Representative of the Estate of James R. Sullivan, deceased, the late parent of Christopher P. Sullivan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert J. Sullivan is a resident of New York. Christopher P. Sullivan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1757. Joan R. Sullivan, individually, as surviving parent of Christopher P. Sullivan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan R. Sullivan is a resident of New York. Christopher P. Sullivan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1758. Kevin M. Sullivan, individually, as surviving sibling of Christopher P. Sullivan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin M. Sullivan is a resident of New York. Christopher P. Sullivan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1759. Matthew J. Sullivan, individually, as surviving sibling of Christopher P. Sullivan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew J. Sullivan is a resident of California. Christopher P. Sullivan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1760. Peter Q. Sullivan, individually, as surviving sibling of Christopher P. Sullivan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Q. Sullivan is a resident of Florida. Christopher P. Sullivan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1761. Robert J. Sullivan, individually, as surviving sibling of Christopher P. Sullivan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert J. Sullivan is a resident of New York. Christopher P. Sullivan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1762. Sean Sullivan, individually, as surviving child of Christopher P. Sullivan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sean Sullivan is a resident of New York. Christopher P. Sullivan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1763. Joan Wolffer, individually, as surviving sibling of Christopher P. Sullivan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan Wolffer is a resident of New York. Christopher P. Sullivan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1764. Jill Marsella, individually, as surviving spouse of Thomas F. Swift, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jill Marsella is a resident of New Jersey. Thomas F. Swift is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1765. Jill Marsella, as the Personal Representative of the Estate of Thomas F. Swift, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas F. Swift, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jill Marsella is a resident of New Jersey. Thomas F. Swift is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1766. Kathleen F. Deloughery, as Personal Representative of the Estate of Frances Swift, deceased, the late parent of Thomas F. Swift, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen F. Deloughery, as Personal Representative of the Estate of Frances Swift is a resident of New Jersey. Thomas F. Swift is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1767. Elisabeth L. Swift, as Personal Representative of the Estate of James S. Swift., deceased, the late sibling of Thomas F. Swift, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elisabeth L. Swift, as Personal Representative of the Estate of James S. Swift. is a resident of New Jersey. Thomas F. Swift is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1768. Patrick T. Swift, individually, as surviving sibling of Thomas F. Swift, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick T. Swift is a resident of New Jersey. Thomas F. Swift is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1769. Peter T. Swift Jr., individually, as surviving sibling of Thomas F. Swift, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter T. Swift Jr. is a resident of New Jersey. Thomas F. Swift is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1770. John Doe 114, as Personal Representative of the Estate of Peter T. Swift, Sr., deceased, the late parent of Thomas F. Swift, is a Plaintiff seeking justice for the tragic events of

September 11, 2001. Thomas F. Swift is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1771. Octavia Bangura, individually, as surviving child of Hilda E. Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Octavia Bangura is a resident of Maryland. Hilda E. Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1772. Yvette Jones, individually, as surviving sibling of Hilda E. Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yvette Jones is a resident of Maryland. Hilda E. Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1773. Edna Mbayo, individually, as surviving sibling of Hilda E. Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edna Mbayo is a resident of Maryland. Hilda E. Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1774. Dennis Stafford, individually, as surviving child of Hilda E. Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dennis Stafford is a resident of Sierra Leone. Hilda E. Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1775. George O. Taylor, individually, as surviving sibling of Hilda E. Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. George O. Taylor is a resident of Maryland. Hilda E. Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1776. George O. Taylor, as the Personal Representative of the Estate of Hilda E. Taylor, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Hilda E. Taylor, is a Plaintiff seeking justice for the

tragic events of September 11, 2001. George O. Taylor is a resident of Maryland. Hilda E. Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1777. Pallavi Shirolkar, individually, as surviving spouse of Harshad S. Thatte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pallavi Shirolkar is a resident of North Carolina. Harshad S. Thatte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1778. Pallavi Shirolkar, as the Personal Representative of the Estate of Harshad S. Thatte, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Harshad S. Thatte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pallavi Shirolkar is a resident of North Carolina. Harshad S. Thatte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1779. Elina Shirolkar, individually, as surviving child of Harshad S. Thatte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elina Shirolkar is a resident of North Carolina. Harshad S. Thatte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1780. Haleema Salie, as Personal Representative of the Estate of Rahma Salie, deceased, the late spouse of Michael Theodoridis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Haleema Salie, as Personal Representative of the Estate of Rahma Salie is a resident of Massachusetts. Michael Theodoridis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1781. Jordanis Theodoridis, individually, as surviving sibling of Michael Theodoridis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jordanis Theodoridis is a resident of Switzerland. Michael Theodoridis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1782. Jordanis Theodoridis, as the Personal Representative of the Estate of Michael Theodoridis, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Theodoridis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jordanis Theodoridis is a resident of Switzerland. Michael Theodoridis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1783. Margarita Theodoridis, individually, as surviving parent of Michael Theodoridis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margarita Theodoridis is a resident of Switzerland. Michael Theodoridis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1784. Jordanis Theodoridis, as Personal Representative of the Estate of Constantinos Theodoridis, deceased, the late parent of Michael Theodoridis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jordanis Theodoridis, as Personal Representative of the Estate of Constantinos Theodoridis is a resident of Switzerland. Michael Theodoridis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1785. Sarah Kashetta, individually, as surviving child of Brian T. Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sarah Kashetta is a resident of New York. Brian T. Thompson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1786. Kathleen Thompson, individually, as surviving spouse of Brian T. Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Thompson is a resident of New York. Brian T. Thompson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1787. Kathleen Thompson, as the Personal Representative of the Estate of Brian T. Thompson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled

beneficiaries and family members of Brian T. Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Thompson is a resident of New York. Brian T. Thompson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1788. Daniel Thompson, individually, as surviving child of Brian T. Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Thompson is a resident of New Jersey. Brian T. Thompson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1789. Tsahai S. Santiago, individually, as surviving sibling of Vanavah Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tsahai S. Santiago is a resident of New York. Vanavah Thompson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1790. Doreen Thompson, individually, as surviving parent of Vanavah Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Doreen Thompson is a resident of New York. Vanavah Thompson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1791. Doreen Thompson, as the Personal Representative of the Estate of Vanavah Thompson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vanavah Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Doreen Thompson is a resident of New York. Vanavah Thompson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1792. Nia Jah-Selah Thompson, individually, as surviving child of Vanavah Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nia Jah-Selah Thompson is a resident of North Carolina. Vanavah Thompson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International

Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1793. Giovanni McKenzie, individually, as surviving sibling of Vanavah Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Giovanni McKenzie is a resident of Maryland. Vanavah Thompson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1794. Michael K. Thompson, individually, as surviving child of William Harry Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael K. Thompson is a resident of New Jersey. William Harry Thompson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1795. Michael K. Thompson, as the Personal Representative of the Estate of William Harry Thompson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of William Harry Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael K. Thompson is a resident of New Jersey. William Harry Thompson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1796. Rahsaan Thompson, individually, as surviving child of William Harry Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rahsaan Thompson is a resident of New Jersey. William Harry Thompson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1797. Beatrice Woolen, individually, as surviving sibling of Tamara Thurman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Beatrice Woolen is a resident of Georgia. Tamara Thurman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1798. Saundra Faye Woolen, individually, as surviving parent of Tamara Thurman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Saundra Faye Woolen is a resident of Georgia. Tamara Thurman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda

315

and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1799. Emory E. Hackman, Jr., as the Personal Representative of the Estate of Tamara Thurman, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tamara Thurman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Emory E. Hackman, Jr. is a resident of Virginia. Tamara Thurman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1800. Jennifer Dolan, individually, as surviving child of John Tobin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Dolan is a resident of New Jersey. John Tobin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1801. Barbara Tobin, individually, as surviving spouse of John Tobin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Tobin is a resident of New Jersey. John Tobin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1802. Barbara Tobin, as the Personal Representative of the Estate of John Tobin, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Tobin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Tobin is a resident of New Jersey. John Tobin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1803. Margaret M. Tobin, individually, as surviving sibling of John Tobin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret M. Tobin is a resident of New York. John Tobin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1804. Michael Tobin, individually, as surviving sibling of John Tobin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Tobin is a resident of New

Jersey. John Tobin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1805. Sean Tobin, individually, as surviving child of John Tobin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sean Tobin is a resident of New Jersey. John Tobin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1806. Teresa Traina, individually, as surviving parent of Christopher M Traina, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa Traina is a resident of Florida. Christopher M Traina is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1807. Teresa Traina, as the Personal Representative of the Estate of Christopher M Traina, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Christopher M. Traina, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa Traina is a resident of Florida. Christopher M. Traina is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1808. Salvatore M. Traina Jr., individually, as surviving sibling of Christopher M. Traina, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Salvatore M. Traina Jr. is a resident of New Jersey. Christopher M. Traina is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1809. Salvatore Traina, individually, as surviving parent of Christopher M. Traina, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Salvatore Traina is a resident of Florida. Christopher M. Traina is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1810.  Theresa Corio, individually, as surviving sibling of Diane M. Urban, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa Corio is a resident of New York. Diane M. Urban is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1811.  Theresa Corio, as the Personal Representative of the Estate of Diane M. Urban, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Diane M. Urban, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa Corio is a resident of New York. Diane M. Urban is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1812.  Ann Van Hine, individually, as surviving spouse of Richard B. Van Hine, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ann Van Hine is a resident of Pennsylvania. Richard B. Van Hine is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1813.  Ann Van Hine, as the Personal Representative of the Estate of Richard B. Van Hine, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard B. Van Hine, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ann Van Hine is a resident of Pennsylvania. Richard B. Van Hine is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1814.  Meghan Sensenig, individually, as surviving child of Richard B. Van Hine, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Meghan Sensenig is a resident of Pennsylvania. Richard B. Van Hine is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1815.  Emily Small, individually, as surviving child of Richard B. Van Hine, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Emily Small is a resident of New York. Richard B. Van Hine is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1816. Vasanta Velamuri, individually, as surviving spouse of Sankara Velamuri, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vasanta Velamuri is a resident of New Jersey. Sankara Velamuri is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1817. Vasanta Velamuri, as the Personal Representative of the Estate of Sankara Velamuri, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sankara Velamuri, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vasanta Velamuri is a resident of New Jersey. Sankara Velamuri is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1818. Ramon Velazquez, individually, as surviving child of Jorge L. Velazquez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ramon Velazquez is a resident of New York. Jorge L. Velazquez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1819. Migdalia Lopez, as Personal Representative of the Estate of Carmen Guzman, deceased, the late parent of David Vera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Migdalia Lopez is a resident of New York. David Vera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1820. Javier Guzman, individually, as surviving sibling of David Vera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Javier Guzman is a resident of Pennsylvania. David Vera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1821. Migdalia Lopez, individually, as surviving sibling of David Vera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Migdalia Lopez is a resident of New York. David Vera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

319

which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1822. Jennica Perez a/k/a Jennica Vera, individually, as surviving child of David Vera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennica Perez a/k/a Jennica Vera is a resident of North Carolina. David Vera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1823. Jennica Perez a/k/a Jennica Vera, as the Personal Representative of the Estate of David Vera, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of David Vera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennica Perez a/k/a Jennica Vera is a resident of North Carolina. David Vera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1824. Anthony Vola, individually, as surviving sibling of Maria P. Vola, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Vola is a resident of Georgia. Maria P. Vola is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1825. Anthony Vola and Brittney Vola, as Co-Personal Representatives of the Estate of Clotilda Vola, deceased, the late sibling of Maria P. Vola, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Vola is a resident of Georgia and Brittney Volais a resident of New York. Maria P. Vola is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1826. Anthony Vola, as the Personal Representative of the Estate of Maria P. Vola, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Maria P. Vola, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Vola is a resident of Georgia. Maria P. Vola is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1827.   Anthony Vola as Personal Representative of the Estate of John Vola, deceased, the late
        parent of Maria P. Vola, is a Plaintiff seeking justice for the tragic events of September
        11, 2001. Anthony Vola is a resident of Georgia. Maria P. Vola is one of the Decedents
        murdered as a result of the terrorist attacks of September 11, 2001, that were carried out
        by al-Qaeda and Osama bin Laden, and to which Muslim World League, International
        Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi
        provided material support and assistance in furtherance of the attacks.

1828.   Anthony Vola as Personal Representative of the Estate of Rita Vola, deceased, the late
        parent of Maria P. Vola, is a Plaintiff seeking justice for the tragic events of September
        11, 2001. Anthony Vola is a resident of Georgia. Maria P. Vola is one of the Decedents
        murdered as a result of the terrorist attacks of September 11, 2001, that were carried out
        by al-Qaeda and Osama bin Laden, and to which Muslim World League, International
        Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi
        provided material support and assistance in furtherance of the attacks.

1829.   Kim Wagner, individually, as surviving sibling of Karen J. Wagner, is a Plaintiff seeking
        justice for the tragic events of September 11, 2001. Kim Wagner is a resident of Texas.
        Karen J. Wagner is one of the Decedents murdered as a result of the terrorist attacks of
        September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to
        which Muslim World League, International Islamic Relief Organization, World
        Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in
        furtherance of the attacks.

1830.   Kim Wagner, as the Personal Representative of the Estate of Karen J. Wagner, deceased,
        on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries
        and family members of Karen J. Wagner, is a Plaintiff seeking justice for the tragic
        events of September 11, 2001. Kim Wagner is a resident of Texas. Karen J. Wagner is
        one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001,
        that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World
        League, International Islamic Relief Organization, World Assembly of Muslim Youth,
        and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1831.   Warren Wagner, individually, as surviving sibling of Karen J. Wagner, is a Plaintiff
        seeking justice for the tragic events of September 11, 2001. Warren Wagner is a resident
        of Texas. Karen J. Wagner is one of the Decedents murdered as a result of the terrorist
        attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,
        and to which Muslim World League, International Islamic Relief Organization, World
        Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in
        furtherance of the attacks.

1832.   Kim Wagner as Personal Representative of the Estate of Mattie B. Wagner, deceased, the
        late parent of Karen J. Wagner, is a Plaintiff seeking justice for the tragic events of
        September 11, 2001. Kim Wagner as Personal Representative of the Estate of Mattie B.
        Wagner is a resident of Texas. Karen J. Wagner is one of the Decedents murdered as a
        result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda
        and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1833. Karl Wagner, individually, as surviving sibling of Karen J. Wagner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karl Wagner is a resident of Texas. Karen J. Wagner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1834. Andrea Treble, individually, as surviving sibling of Gabriela Waisman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Treble is a resident of New York. Gabriela Waisman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1835. Andrea Treble, as the Personal Representative of the Estate of Gabriela Waisman, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gabriela Waisman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Treble is a resident of New York. Gabriela Waisman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1836. Armando Waisman, individually, as surviving parent of Gabriela Waisman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Armando Waisman is a resident of New York. Gabriela Waisman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1837. Marta Waisman, individually, as surviving parent of Gabriela Waisman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marta Waisman is a resident of New York. Gabriela Waisman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1838. Rebecca Clemento, individually, as surviving spouse of Victor Wald, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rebecca Clemento is a resident of Pennsylvania. Victor Wald is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1839. Rebecca Clemento, as the Personal Representative of the Estate of Victor Wald, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Victor Wald, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rebecca Clemento is a resident of Pennsylvania. Victor Wald is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1840. Clarissa B. Kirschenbaum, individually, as surviving sibling of Victor Wald, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Clarissa B. Kirschenbaum is a resident of New York. Victor Wald is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1841. Daniella Wald Spielman, individually, as surviving child of Victor Wald, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniella Wald Spielman is a resident of Georgia. Victor Wald is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1842. Alexandra Wald Bortz, individually, as surviving child of Victor Wald, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexandra Wald Bortz is a resident of Maryland. Victor Wald is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1843. Reagan Koniuch, individually, as surviving child of Peter G. Wallace, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Reagan Koniuch is a resident of New York. Peter G. Wallace is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1844. Alison W. Smith, individually, as surviving child of Peter G. Wallace, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alison W. Smith is a resident of New Jersey. Peter G. Wallace is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1845.   Charlotte Wallace, individually, as surviving spouse of Peter G. Wallace, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charlotte Wallace is a resident of New Jersey. Peter G. Wallace is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1846.   Charlotte Wallace, as the Personal Representative of the Estate of Peter G. Wallace, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Peter G. Wallace, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charlotte Wallace is a resident of New Jersey. Peter G. Wallace is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1847.   Nancy Wallace, as the Personal Representative of the Estate of Robert F. Wallace, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert F. Wallace, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nancy Wallace is a resident of New York. Robert F. Wallace is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1848.   Robert Wallace, individually, as surviving child of Robert F. Wallace, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Wallace is a resident of New York. Robert F. Wallace is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1849.   Angela Watson Cucciniello, individually, as surviving child of Kenneth Watson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angela Watson Cucciniello is a resident of New York. Kenneth Watson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

324

1850.   Glenn Watson, as the Personal Representative of the Estate of Andrew Watson, deceased, the late parent of Kenneth Watson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Glenn Watson, as the Personal Representative of the Estate of Andrew Watson, is a resident of New York. Kenneth Watson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1851.   Carmella Watson, individually, as surviving parent of Kenneth Watson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carmella Watson is a resident of New York. Kenneth Watson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1852.   Christopher Watson, individually, as surviving child of Kenneth Watson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Watson is a resident of New York. Kenneth Watson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1853.   Gary Watson, individually, as surviving child of Kenneth Watson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gary Watson is a resident of New York. Kenneth Watson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1854.   Glenn Watson, individually, as surviving sibling of Kenneth Watson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Glenn Watson is a resident of New York. Kenneth Watson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1855.   James Watson, individually, as surviving sibling of Kenneth Watson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Watson is a resident of Florida. Kenneth Watson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

docs-100618184.4

1856.   Kenneth Watson, Jr., individually, as surviving child of Kenneth Watson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kenneth Watson, Jr. is a resident of New York. Kenneth Watson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1857.   Susan Watson, individually, as surviving spouse of Kenneth Watson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Watson is a resident of New York. Kenneth Watson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1858.   Susan Watson, as the Personal Representative of the Estate of Kenneth Watson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Watson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Watson is a resident of New York. Kenneth Watson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1859.   Tina Watson-Tirabassi, individually, as surviving sibling of Kenneth Watson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tina Watson-Tirabassi is a resident of New York. Kenneth Watson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1860.   Chin Sok Wells, individually, as surviving sibling of Chin Sun Pak Wells, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chin Sok Wells is a resident of Texas. Chin Sun Pak Wells is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1861.   Kum Son Wells, individually, as surviving parent of Chin Sun Pak Wells, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kum Son Wells is a resident of Oklahoma. Chin Sun Pak Wells is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1862. Chin Yong Wells, as the Personal Representative of the Estate of Norman Wells, deceased, the late parent of Chin Sun Pak Wells, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chin Yong Wells, as the Personal Representative of the Estate of Norman Wells, is a resident of Oklahoma. Chin Sun Pak Wells is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1863. Kum Son Wells, as the Personal Representative of the Estate of Chin Sun Pak Wells, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Chin Sun Pak Wells, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kum Son Wells is a resident of Oklahoma. Chin Sun Pak Wells is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1864. Enid White, individually, as surviving spouse of John White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Enid White is a resident of Florida. John White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1865. Enid White, as the Personal Representative of the Estate of John White, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Enid White is a resident of Florida. John White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1866. Maxine White, individually, as surviving child of John White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maxine White is a resident of Florida. John White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1867. Shirley Nottingham, individually, as surviving sibling of Leonard A. White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shirley Nottingham is a

resident of Virginia. Leonard A. White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1868. Shirley Nottingham, as the Personal Representative of the Estate of Leonard A. White, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Leonard A. White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shirley Nottingham is a resident of Virginia. Leonard A. White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1869. Shirley Nottingham as Personal Representative of the Estate of Thelma White, deceased, the late parent of Leonard A. White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shirley Nottingham as Personal Representative of the Estate of Thelma White is a resident of Virginia. Leonard A. White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1870. Sylvia Ball, individually, as surviving sibling of Malissa White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sylvia Ball is a resident of Arkansas. Malissa White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1871. Wakeland Higgins, individually, as surviving spouse of Malissa White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wakeland Higgins is a resident of Florida. Malissa White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1872. Wakeland Higgins, as the Personal Representative of the Estate of Malissa White, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Malissa White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wakeland Higgins is a resident of Florida. Malissa White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim

Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1873. Marc C. White, individually, as surviving sibling of Malissa White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marc C. White is a resident of Tennessee. Malissa White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1874. Phillip White, individually, as surviving sibling of Malissa White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Phillip White is a resident of Arkansas. Malissa White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1875. John Doe 64, being intended to designate the Personal Representative of the Estate of Sandra L. White, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sandra L. White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sandra L. White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1876. Connie Murray, individually, as surviving sibling of Sandra L. White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Connie Murray is a resident of Maryland. Sandra L. White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1877. John Doe 65, being intended to designate the Personal Representative of the Estate of Wayne White, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Wayne White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wayne White is one of the Decedents murdered as a result of the

329

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1878. Hilda Ventura, individually, as surviving sibling of Wayne White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Hilda Ventura is a resident of New York. Wayne White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1879. Daren White, individually, as surviving sibling of Wayne White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daren White is a resident of New York. Wayne White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1880. Kathleen Wik, individually, as surviving sibling of William Wik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Wik is a resident of New York. William Wik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1881. Thomas C. Wik, individually, as surviving sibling of William Wik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas C. Wik is a resident of New York. William Wik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1882. Raphael Wik, individually, as surviving sibling of William Wik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raphael Wik is a resident of Florida. William Wik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1883. Christopher Wong, individually, as surviving child of Yuk Ping Wong, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Wong is a resident of New York. Yuk Ping Wong is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama

bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1884. Eddie Wong, individually, as surviving child of Yuk Ping Wong, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eddie Wong is a resident of New York. Yuk Ping Wong is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1885. Eddie Wong, as the Personal Representative of the Estate of Yuk Ping Wong, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Yuk Ping Wong, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eddie Wong is a resident of New York. Yuk Ping Wong is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1886. Fahim Chowdhury, individually, as surviving sibling of Shakila Yasmin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Fahim Chowdhury is a resident of Virginia. Shakila Yasmin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1887. Sharif Chowdhury, individually, as surviving parent of Shakila Yasmin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sharif Chowdhury is a resident of Virginia. Shakila Yasmin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1888. Sharif Chowdhury, as the co-Personal Representative of the Estate of Shakila Yasmin, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Shakila Yasmin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sharif Chowdhury is a resident of Virginia. Shakila Yasmin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1889. Nur M. Miah, as Personal Representative of the Estate of Nurul Miah, deceased, the late spouse of Shakila Yasmin, is a Plaintiff seeking justice for the tragic events of September

11, 2001. Shakila Yasmin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1890.   Showkatara Sharif, individually, as surviving parent of Shakila Yasmin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Showkatara Sharif is a resident of Virginia. Shakila Yasmin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1891.   Showkatara Sharif, as the co-Personal Representative of the Estate of Shakila Yasmin, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Shakila Yasmin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Showkatara Sharif is a resident of Virginia. Shakila Yasmin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1892.   Mary Kessler, individually, as surviving sibling of Suzanne Youmans, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Kessler is a resident of Ohio. Suzanne Youmans is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1893.   Mary Kessler, as the co-Personal Representative of the Estate of Suzanne Youmans, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Suzanne Youmans, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Kessler is a resident of Ohio. Suzanne Youmans is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1894.   William Youmans, individually, as surviving sibling of Suzanne Youmans, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Youmans is a resident of Florida. Suzanne Youmans is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1895. Joan Youmans as Personal Representative of the Estate of John Youmans, deceased, the late sibling of Suzanne Youmans, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan Youmans as Personal Representative of the Estate of John Youmans is a resident of New York. Suzanne Youmans is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1896. Edmond Young Sr., individually, as surviving parent of Edmond G. Young Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edmond Young Sr. is a resident of Maryland. Edmond G. Young Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1897. Margaret Young, individually, as surviving parent of Edmond G. Young Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret Young is a resident of Maryland. Edmond G. Young Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1898. Markia Young, individually, as surviving sibling of Edmond G. Young Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Markia Young is a resident of Maryland. Edmond G. Young Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1899. Marvene Young, individually, as surviving sibling of Edmond G. Young Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marvene Young is a resident of Maryland. Edmond G. Young Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1900. Marvene Young, as the Personal Representative of the Estate of Edmond G. Young Jr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edmond G. Young Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marvene Young is a resident of Maryland. Edmond G. Young Jr. is one of the Decedents murdered as a result of the terrorist attacks

of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1901. Stephan Young, individually, as surviving child of Edmond G. Young Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephan Young is a resident of Maryland. Edmond G. Young Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1902. Chaquita Young, individually, as surviving child of Lisa L. Young, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chaquita Young is a resident of Maryland. Lisa L. Young is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1903. Chaquita Young, as the Personal Representative of the Estate of Lisa L. Young, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lisa L. Young, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chaquita Young is a resident of Maryland. Lisa L. Young is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1904. Desiree Zambrana, individually, as surviving sibling of Edwin J. Zambrana, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Desiree Zambrana is a resident of New York. Edwin J. Zambrana is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1905. Lillian Zambrana, individually, as surviving parent of Edwin J. Zambrana, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lillian Zambrana is a resident of New York. Edwin J. Zambrana is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1906. Lillian Zambrana, as the Personal Representative of the Estate of Edwin J. Zambrana, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled

334

beneficiaries and family members of Edwin J. Zambrana, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lillian Zambrana is a resident of New York. Edwin J. Zambrana is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1907. Michael Zampieri, individually, as surviving sibling of Robert A. Zampieri, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Zampieri is a resident of New Jersey. Robert A. Zampieri is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1908. Jeannie Schlesinger, individually, as surviving sibling of Robert A. Zampieri, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeannie Schlesinger is a resident of New Jersey. Robert A. Zampieri is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1909. Evelyn Zelmanowitz, as the Personal Representative of the Estate of Jack Zelmanowitz, deceased, the late sibling of Abraham Zelmanowitz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Evelyn Zelmanowitz, as the Personal Representative of the Estate of Jack Zelmanowitz, is a resident of New York. Abraham Zelmanowitz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1910. Evelyn Zelmanowitz, as the Personal Representative of the Estate of Abraham Zelmanowitz, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Abraham Zelmanowitz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Evelyn Zelmanowitz is a resident of New York. Abraham Zelmanowitz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1911. Gonzalo Morales, individually, as surviving sibling of Martin Morales Zempoaltecatl, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gonzalo Morales is a resident of New York. Martin Morales Zempoaltecatl is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic

335

Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1912. Benjamin Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Benjamin Morales Zempoaltecatl is a resident of Mexico. Martin Morales Zempoaltecatl is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1913. Delfino Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Delfino Morales Zempoaltecatl is a resident of Mexico. Martin Morales Zempoaltecatl is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1914. Eusebio Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eusebio Morales Zempoaltecatl is a resident of New York. Martin Morales Zempoaltecatl is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1915. Glafira Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Glafira Morales Zempoaltecatl is a resident of Mexico. Martin Morales Zempoaltecatl is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1916. Jose Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose Morales Zempoaltecatl is a resident of New York. Martin Morales Zempoaltecatl is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1917. Julia Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Julia Morales Zempoaltecatl is a resident of Mexico. Martin Morales Zempoaltecatl is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001,

that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1918. Maria P.M. Zempoaltecatl Cortez, individually, as surviving parent of Martin Morales Zempoaltecatl, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria P.M. Zempoaltecatl Cortez is a resident of New York. Martin Morales Zempoaltecatl is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1919. BNY Mellon, as the Personal Representative of the Estate of Martin Morales Zempoaltecatl, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Martin Morales Zempoaltecatl, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Martin Morales Zempoaltecatl is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1920. Debra Zeplin, as the Personal Representative of the Estate of Marc Scott Zeplin, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marc Scott Zeplin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debra Zeplin is a resident of New York. Marc Scott Zeplin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1921. Debra Zeplin, individually, as surviving spouse of Marc Scott Zeplin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debra Zeplin is a resident of New York. Marc Scott Zeplin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1922. Ethan Gabriel Zeplin, individually, as surviving child of Marc Scott Zeplin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ethan Gabriel Zeplin is a resident of New York. Marc Scott Zeplin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1923. Ryan Harris Zeplin, individually, as surviving child of Marc Scott Zeplin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ryan Harris Zeplin is a resident of New York. Marc Scott Zeplin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1924. Elizabeth Ann Kiel, individually, as surviving sibling of John Joseph Florio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Ann Kiel is a resident of New York. John Joseph Florio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1925. John Florio, individually, as surviving parent of John Joseph Florio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Florio is a resident of Florida. John Joseph Florio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1926. Timothy Geraghty, individually, as surviving sibling of Edward F. Geraghty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Timothy Geraghty is a resident of New York. Edward F. Geraghty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1927. Maureen Bernadette Paglia, individually, as surviving sibling of Thomas William Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Bernadette Paglia is a resident of Florida. Thomas William Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1928. William J. Kelly, individually, as surviving sibling of Thomas William Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William J. Kelly is a resident of Florida. Thomas William Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1929. Dennis T. Kelly, individually, as surviving sibling of Thomas William Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dennis T. Kelly is a resident of Connecticut. Thomas William Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1930. Wendy Santimays, individually, as surviving sibling of Ronald Kloepfer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wendy Santimays is a resident of Connecticut. Ronald Kloepfer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1931. Jaime Reali, individually, as surviving child of Ronald Kloepfer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jaime Reali is a resident of New York. Ronald Kloepfer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1932. Taylor Kloepfer, individually, as surviving child of Ronald Kloepfer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Taylor Kloepfer is a resident of New York. Ronald Kloepfer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1933. Dawn Kloepfer, individually, as surviving spouse of Ronald Kloepfer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dawn Kloepfer is a resident of New York. Ronald Kloepfer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1934. Casey Kloepfer, individually, as surviving child of Ronald Kloepfer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Casey Kloepfer is a resident of New York. Ronald Kloepfer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1935. Anthony B. McMahon, individually, as surviving sibling of Robert Dismas McMahon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony B. McMahon is a resident of Australia. Robert Dismas McMahon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1936. Irene McMahon, individually, as surviving sibling of Robert Dismas McMahon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Irene McMahon is a resident of New York. Robert Dismas McMahon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1937. Marie Sikorsky, individually, as surviving spouse of Gregory Sikorsky, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marie Sikorsky is a resident of New York. Gregory Sikorsky is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1938. Steven Sikorsky, individually, as surviving child of Gregory Sikorsky, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Steven Sikorsky is a resident of New York. Gregory Sikorsky is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1939. Christine O'Neill, as Personal Representative of the Estate of John F. O'Neill, deceased, the late parent of John P. O'Neill, Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine O'Neill, as Personal Representative of the Estate of John F. O'Neill is a resident of New Jersey. John P. O'Neill, Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1940. Yon-Paul Casalduc, individually, as surviving sibling of Vivian Casalduc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yon-Paul Casalduc is a resident of New York. Vivian Casalduc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1941.   Frank Camaj, individually, as surviving sibling of Roko Camaj, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Camaj is a resident of New Jersey. Roko Camaj is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1942.   Kole Camaj, individually, as surviving sibling of Roko Camaj, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kole Camaj is a resident of New York. Roko Camaj is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1943.   Preta Berisha, individually, as surviving sibling of Roko Camaj, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Preta Berisha is a resident of New Jersey. Roko Camaj is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1944.   BNY Mellon, as the Personal Representative of the Estate of Humberto Ailinger, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Humberto Ailinger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Humberto Ailinger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1945.   Frank Aversano as Personal Representative of the Estate of Francis L. Aversano, deceased, the late sibling of Louis F. Aversano, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Aversano as Personal Representative of the Estate of Francis L. Aversano is a resident of Pennsylvania. Louis F. Aversano, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1946.   Frank Aversano as Personal Representative of the Estate of Philip Aversano, deceased, the late sibling of Louis F. Aversano, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Aversano as Personal Representative of the Estate of Philip Aversano is a resident of Pennsylvania. Louis F. Aversano, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International

Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1947. BNY Mellon, as the Personal Representative of the Estate of Ivhan Bautista, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ivhan Bautista, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ivhan Bautista is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1948. Anthony Chiofalo, individually, as surviving sibling of Nicholas Chiofalo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Chiofalo is a resident of New York. Nicholas Chiofalo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1949. Donna Chiofalo, individually, as surviving sibling of Nicholas Chiofalo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donna Chiofalo is a resident of Georgia. Nicholas Chiofalo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1950. Annette Melillo, individually, as surviving sibling of Nicholas Chiofalo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Annette Melillo is a resident of Georgia. Nicholas Chiofalo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1951. Rosemarie Maggiore, individually, as surviving parent of Nicholas Chiofalo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosemarie Maggiore is a resident of Georgia. Nicholas Chiofalo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1952. George Coughlin, individually, as surviving sibling of John G. Coughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. George Coughlin is a resident of New Jersey. John G. Coughlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

342

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1953. Carol L. D'Allara, as the Personal Representative of the Estate of John D'Allara, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John D'Allara, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carol L. D'Allara is a resident of New York. John D'Allara is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1954. Daniel D'Allara as Personal Representative of the Estate of John D'Allara, Sr., deceased, the late parent of John D'Allara, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel D'Allara as Personal Representative of the Estate of John D'Allara, Sr. is a resident of New York. John D'Allara is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1955. Daniel D'Allara as Personal Representative of the Estate of Helen D'Allara, deceased, the late parent of John D'Allara, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel D'Allara as Personal Representative of the Estate of Helen D'Allara is a resident of New York. John D'Allara is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1956. John Joseph D'Allara, individually, as surviving child of John D'Allara, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Joseph D'Allara is a resident of New York. John D'Allara is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1957. Nicholas Michael D'Allara, individually, as surviving child of John D'Allara, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicholas Michael D'Allara is a resident of New York. John D'Allara is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1958. Carol L. D'Allara, individually, as surviving spouse of John D'Allara, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carol L. D'Allara is a

resident of New York. John D'Allara is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1959. Dariusz Debek, individually, as surviving spouse of Tara Debek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dariusz Debek is a resident of New York. Tara Debek is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1960. Albert DeRubbio, Jr., individually, as surviving sibling of David DeRubbio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Albert DeRubbio, Jr. is a resident of Texas. David DeRubbio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1961. RoseEllen Dowdell, individually, as surviving spouse of Kevin Christopher Dowdell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. RoseEllen Dowdell is a resident of New York. Kevin Christopher Dowdell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1962. RoseEllen Dowdell, as the Personal Representative of the Estate of Kevin Christopher Dowdell, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kevin Christopher Dowdell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. RoseEllen Dowdell is a resident of New York. Kevin Christopher Dowdell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1963. Patrick Kevin Dowdell, individually, as surviving child of Kevin Christopher Dowdell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick Kevin Dowdell is a resident of New York. Kevin Christopher Dowdell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1964. James Michael Dowdell, individually, as surviving child of Kevin Christopher Dowdell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Michael Dowdell is a resident of New York. Kevin Christopher Dowdell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1965. Catherine Chiola as Personal Representative of the Estate of Anne T. Fisher, deceased, the late parent of John Roger Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Chiola as Personal Representative of the Estate of Anne T. Fisher is a resident of New Jersey. John Roger Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1966. Laurie Gambino, individually, as surviving sibling of Thomas Gambino, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laurie Gambino is a resident of Florida. Thomas Gambino, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1967. Marilyn Hess, individually, as surviving parent of Thomas Gambino, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marilyn Hess is a resident of Florida. Thomas Gambino, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1968. Thomas Gambino, Sr., individually, as surviving parent of Thomas Gambino, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Gambino, Sr. is a resident of Florida. Thomas Gambino, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1969. Keith Gambino, individually, as surviving sibling of Thomas Gambino, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Keith Gambino is a resident of Florida. Thomas Gambino, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1970. Valerie Gambino, individually, as surviving sibling of Thomas Gambino, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Valerie Gambino is a resident of Florida. Thomas Gambino, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1971. Thomas Gambino, III, individually, as surviving child of Thomas Gambino, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Gambino, III is a resident of New York. Thomas Gambino, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1972. Brian Gambino, individually, as surviving child of Thomas Gambino, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Gambino is a resident of New York. Thomas Gambino, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1973. Janet Gambino, individually, as surviving spouse of Thomas Gambino, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janet Gambino is a resident of New York. Thomas Gambino, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1974. Janet Gambino, as the Personal Representative of the Estate of Thomas Gambino, Jr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Gambino, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janet Gambino is a resident of New York. Thomas Gambino, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1975. John T. Genovese, individually, as surviving sibling of Steven Genovese, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John T. Genovese is a resident of New York. Steven Genovese is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1976. John T. Genovese as Personal Representative of the Estate of Veronica Genovese, deceased, the late parent of Steven Genovese, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John T. Genovese as Personal Representative of the Estate of Veronica Genovese is a resident of New York. Steven Genovese is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1977. John T. Genovese as Personal Representative of the Estate of John G. Genovese, deceased, the late parent of Steven Genovese, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John T. Genovese as Personal Representative of the Estate of John G. Genovese is a resident of New York. Steven Genovese is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1978. Patti Ann Valerio, individually, as surviving sibling of Matthew J. Grzymalski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patti Ann Valerio is a resident of New York. Matthew J. Grzymalski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1979. Paul Joseph Grzymalski, individually, as surviving sibling of Matthew J. Grzymalski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Joseph Grzymalski is a resident of New York. Matthew J. Grzymalski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1980. Peter John Grzymalski, individually, as surviving sibling of Matthew J. Grzymalski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter John Grzymalski is a resident of North Carolina. Matthew J. Grzymalski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1981. Joseph Walter Grzymalski, individually, as surviving sibling of Matthew J. Grzymalski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Walter Grzymalski is a resident of New York. Matthew J. Grzymalski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out

by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1982. Jo Ann McManus, individually, as surviving sibling of Matthew J. Grzymalski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jo Ann McManus is a resident of South Carolina. Matthew J. Grzymalski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1983. Patricia Byrne, individually, as surviving sibling of Joseph Gullickson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Byrne is a resident of New York. Joseph Gullickson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1984. Ralph Gullickson and Patricia Byrne as Co-Personal Representatives of the Estate of Robert Gullickson, Sr., deceased, the late parent of Joseph Gullickson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ralph Gullickson and Patricia Byrne as Co-Personal Representatives of the Estate of Robert Gullickson, Sr. is a resident of New York. Joseph Gullickson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1985. Thomas Gullickson, individually, as surviving sibling of Joseph Gullickson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Gullickson is a resident of New York. Joseph Gullickson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1986. Patricia Gullickson, individually, as surviving parent of Joseph Gullickson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Gullickson is a resident of New York. Joseph Gullickson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1987. Ralph Gullickson, individually, as surviving sibling of Joseph Gullickson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ralph Gullickson is a resident of New York. Joseph Gullickson is one of the Decedents murdered as a result of

the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1988. Robert Gullickson, Jr., individually, as surviving sibling of Joseph Gullickson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Gullickson, Jr. is a resident of New Jersey. Joseph Gullickson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1989. Jake Halloran, individually, as surviving child of Vincent G. Halloran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jake Halloran is a resident of New York. Vincent G. Halloran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1990. Kieran Halloran, individually, as surviving child of Vincent G. Halloran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kieran Halloran is a resident of New Jersey. Vincent G. Halloran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1991. Phelan Halloran, individually as surviving child of Vincent G. Halloran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Phelan Halloran is a resident of New York. Vincent G. Halloran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1992. Declan Halloran, individually, as surviving child of Vincent G. Halloran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Declan Halloran is a resident of New York. Vincent G. Halloran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1993. Marie Halloran, individually, as surviving spouse of Vincent G. Halloran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marie Halloran is a resident of New York. Vincent G. Halloran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1994. Marie Halloran, as the Personal Representative of the Estate of Vincent Gerard Halloran, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vincent G. Halloran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marie Halloran is a resident of New York. Vincent G. Halloran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1995. Iris Marie Holohan, individually, as surviving parent of Thomas P. Holohan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Iris Marie Holohan is a resident of New York. Thomas P. Holohan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1996. Mary Alice Holohan, individually, as surviving sibling of Thomas P. Holohan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Alice Holohan is a resident of New York. Thomas P. Holohan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1997. Megan Holohan, individually, as surviving sibling of Thomas P. Holohan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Megan Holohan is a resident of New York. Thomas P. Holohan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1998. Sean Holohan, individually, as surviving sibling of Thomas P. Holohan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sean Holohan is a resident of New York. Thomas P. Holohan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

1999. Harold Hughes, individually, as surviving sibling of Thomas F. Hughes, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Harold Hughes is a resident of New Jersey. Thomas F. Hughes, Jr. is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2000. Tara Leonardi, individually, as surviving sibling of Thomas F. Hughes, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tara Leonardi is a resident of Pennsylvania. Thomas F. Hughes, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2001. Kathleen Creran as Personal Representative of the Estate of Kevin T. Hughes, deceased, the late sibling of Thomas F. Hughes, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Creran is a resident of New Jersey. Thomas F. Hughes, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2002. Mark F. Hughes, individually, as surviving sibling of Thomas F. Hughes, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mark F. Hughes is a resident of North Carolina. Thomas F. Hughes, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2003. Deborah Bodner as Personal Representative of the Estate of Frances S. Hughes, deceased, the late parent of Thomas F. Hughes, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah Bodner as Personal Representative of the Estate of Frances S. Hughes is a resident of North Carolina. Thomas F. Hughes, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2004. Martin S. Hughes, individually, as surviving sibling of Thomas F. Hughes, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Martin S. Hughes is a resident of California. Thomas F. Hughes, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2005. Deborah Bodner, individually, as surviving sibling of Thomas F. Hughes, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah Bodner is a

resident of North Carolina. Thomas F. Hughes, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2006. Matthew Jordan, individually, as surviving child of Andrew Jordan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Jordan is a resident of New York. Andrew Jordan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2007. Kelsey Jordan, individually, as surviving child of Andrew Jordan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kelsey Jordan is a resident of New York. Andrew Jordan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2008. Sean Jordan, individually, as surviving child of Andrew Jordan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sean Jordan is a resident of New York. Andrew Jordan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2009. Lisa Jordan, individually, as surviving spouse of Andrew Jordan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Jordan is a resident of New York. Andrew Jordan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2010. Lisa Jordan, as the Personal Representative of the Estate of Andrew Jordan, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Andrew Jordan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Jordan is a resident of New York. Andrew Jordan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2011. Philomena Ann Karczewski, individually, as surviving spouse of Charles Henry Karczewski, is a Plaintiff seeking justice for the tragic events of September 11, 2001.

Philomena Ann Karczewski is a resident of New Jersey. Charles Henry Karczewski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2012.   Philomena Ann Karczewski, as the Personal Representative of the Estate of Charles Henry Karczewski, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles Henry Karczewski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Philomena Ann Karczewski is a resident of New Jersey. Charles Henry Karczewski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2013.   Mary Kelly as Personal Representative of the Estate of Robert J. Kelly, deceased, the late sibling of Thomas William Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Kelly as Personal Representative of the Estate of Robert J. Kelly is a resident of New York. Thomas William Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2014.   Daniel T. Kirwin, individually, as surviving sibling of Glenn Kirwin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel T. Kirwin is a resident of Rhode Island. Glenn Kirwin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2015.   Jon D. Kirwin, individually, as surviving sibling of Glenn Kirwin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jon D. Kirwin is a resident of New York. Glenn Kirwin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2016.   Peter M. Kirwin, individually, as surviving sibling of Glenn Kirwin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter M. Kirwin is a resident of New York. Glenn Kirwin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2017. Andrew Kirwin, individually, as surviving sibling of Glenn Kirwin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Kirwin is a resident of New York. Glenn Kirwin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2018. Jennifer Kirwin Masse, individually, as surviving sibling of Glenn Kirwin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Kirwin Masse is a resident of Vermont. Glenn Kirwin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2019. Virginia Krukowski, individually, as surviving sibling of William Krukowski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Virginia Krukowski is a resident of Florida. William Krukowski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2020. Barbara Rastelli, individually, as surviving parent of William Krukowski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Rastelli is a resident of Florida. William Krukowski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2021. Corey LaFrance, individually, as surviving sibling of Alan LaFrance, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Corey LaFrance is a resident of Florida. Alan LaFrance is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2022. Aubrey LaFrance, individually, as surviving sibling of Alan LaFrance, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aubrey LaFrance is a resident of New York. Alan LaFrance is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2023. JoAnn Langone, individually, as surviving spouse of Thomas Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. JoAnn Langone is a resident of New York. Thomas Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2024. JoAnn Langone, as the Personal Representative of the Estate of Thomas Langone, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. JoAnn Langone is a resident of New York. Thomas Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2025. JoAnn Langone as Personal Representative of the Estate of Thomas Langone, deceased, the late sibling of Peter Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. JoAnn Langone as Personal Representative of the Estate of Thomas Langone is a resident of New York. Peter Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2026. Caitlin Langone-Brewer, individually, as surviving child of Thomas Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Caitlin Langone-Brewer is a resident of New Jersey. Thomas Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2027. Brian Langone, individually, as surviving child of Thomas Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Langone is a resident of California. Thomas Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2028. Joanne Langone, individually, as surviving sibling of Thomas Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joanne Langone is a resident of New York. Thomas Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2029.   Rosemarie Langone, individually, as surviving sibling of Thomas Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosemarie Langone is a resident of New York. Thomas Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2030.   Rosemarie Langone as Personal Representative of the Estate of Sheila Langone, deceased, the late parent of Thomas Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosemarie Langone as Personal Representative of the Estate of Sheila Langone is a resident of New York. Thomas Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2031.   Joanne Langone, individually, as surviving sibling of Peter Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joanne Langone is a resident of New York. Peter Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2032.   Rosemarie Langone, individually, as surviving sibling of Peter Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosemarie Langone is a resident of New York. Peter Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2033.   Terri Langone, individually, as surviving spouse of Peter Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Terri Langone is a resident of New York. Peter Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2034.   Terri Langone, as the Personal Representative of the Estate of Peter Langone, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Peter Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Terri Langone is a resident of New York. Peter Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that

356

were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2035.   Terri Langone as Personal Representative of the Estate of Peter Langone, deceased, the late sibling of Thomas Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Terri Langone as Personal Representative of the Estate of Peter Langone is a resident of New York. Thomas Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2036.   Nikki Langone, individually, as surviving child of Peter Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nikki Langone is a resident of New York. Peter Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2037.   Karli Langone, individually, as surviving child of Peter Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karli Langone is a resident of New York. Peter Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2038.   Rosemarie Langone as Personal Representative of the Estate of Sheila Langone, deceased, the late parent of Peter Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosemarie Langone as Personal Representative of the Estate of Sheila Langone is a resident of New York. Peter Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2039.   Jose Domingo Liz, individually, as surviving sibling of Nancy Liz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose Domingo Liz is a resident of New York. Nancy Liz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2040.   Jose Domingo Liz as Personal Representative of the Estate of Elena Liz, deceased, the late parent of Nancy Liz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose Domingo Liz as Personal Representative of the Estate of Elena Liz is a

resident of New York. Nancy Liz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2041. William Stone Luckett, individually, as surviving child of Edward H. Luckett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Stone Luckett is a resident of New Jersey. Edward H. Luckett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2042. Jennifer Grace Luckett, individually, as surviving child of Edward H. Luckett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Grace Luckett is a resident of New Jersey. Edward H. Luckett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2043. Lisa Luckett, individually, as surviving spouse of Edward H. Luckett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Luckett is a resident of New Jersey. Edward H. Luckett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2044. Timothy Wyatt Luckett, individually, as surviving child of Edward H. Luckett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Timothy Wyatt Luckett is a resident of New Jersey. Edward H. Luckett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2045. Lisa Luckett, as the Personal Representative of the Estate of Edward H. Luckett, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward H. Luckett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Luckett is a resident of New Jersey. Edward H. Luckett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2046. Kathryn Crawford Luckett, individually, as surviving sibling of Edward H. Luckett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathryn Crawford Luckett is a resident of Rhode Island. Edward H. Luckett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2047. Alexandra Ward Luckett, individually, as surviving sibling of Edward H. Luckett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexandra Ward Luckett is a resident of Rhode Island. Edward H. Luckett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2048. James Taylor Luckett, individually, as surviving sibling of Edward H. Luckett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Taylor Luckett is a resident of North Carolina. Edward H. Luckett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2049. Alexandra Ward Luckett as Personal Representative of the Estate of Diana Ward Luckett, deceased, the late parent of Edward H. Luckett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexandra Ward Luckett as Personal Representative of the Estate of Diana Ward Luckett is a resident of Florida. Edward H. Luckett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2050. Caterina Tavolacci, individually, as surviving sibling of Anthony Luparello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Caterina Tavolacci is a resident of New York. Anthony Luparello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2051. Domenica Anna Lopez, individually, as surviving sibling of Anthony Luparello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Domenica Anna Lopez is a resident of New York. Anthony Luparello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2052. Lauren Peters, individually, as surviving child of Louis Neil Mariani, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lauren Peters is a resident of Massachusetts. Louis Neil Mariani is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2053. Donna Mercurio, as Personal Representative of the Estate of Edna May Massa, deceased, the late spouse of Nicholas G. Massa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donna Mercurio is a resident of New Jersey. Nicholas G. Massa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2054. Donna Mercurio, individually, as surviving child of Nicholas G. Massa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donna Mercurio is a resident of New Jersey. Nicholas G. Massa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2055. Nicholas T. Massa, individually, as surviving child of Nicholas G. Massa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicholas T. Massa is a resident of Florida. Nicholas G. Massa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2056. Josephine R. Redd as Personal Representative of the Estate of Virgie Mattic Binford, deceased, the late half-sibling of Margaret Elaine Mattic, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Josephine R. Redd as Personal Representative of the Estate of Virgie Mattic Binford is a resident of Michigan. Margaret Elaine Mattic is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2057. Denise McDonnell, individually, as surviving sibling of Michael Patrick McDonnell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Denise McDonnell is a resident of New York. Michael Patrick McDonnell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2058.   Vincenza McDonnell, individually, as surviving parent of Michael Patrick McDonnell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vincenza McDonnell is a resident of New York. Michael Patrick McDonnell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2059.   Patrick A. McDonnell, individually, as surviving parent of Michael Patrick McDonnell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick A. McDonnell is a resident of New York. Michael Patrick McDonnell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2060.   Kathleen Murphy, individually, as surviving sibling of Patrick McGuire, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Murphy is a resident of New York. Patrick McGuire is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2061.   Thomas McGuire, individually, as surviving sibling of Patrick McGuire, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas McGuire is a resident of New York. Patrick McGuire is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2062.   John McGuire, individually, as surviving sibling of Patrick McGuire, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John McGuire is a resident of New York. Patrick McGuire is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2063.   Deborah Lynn Temple, individually, as surviving spouse of Vincent S. Morello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah Lynn Temple is a resident of South Carolina. Vincent S. Morello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2064. Justin John Morello, individually, as surviving child of Vincent S. Morello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Justin John Morello is a resident of Virginia. Vincent S. Morello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2065. Paige Celine Morello, individually, as surviving child of Vincent S. Morello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paige Celine Morello is a resident of Virginia. Vincent S. Morello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2066. Patricia Morello as Personal Representative of the Estate of John Morello, deceased, the late parent of Vincent S. Morello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Morello is a resident of New York. Vincent S. Morello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2067. Patricia Morello, individually, as surviving parent of Vincent S. Morello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Morello is a resident of New York. Vincent S. Morello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2068. Deborah Lynn Temple, as the Personal Representative of the Estate of Vincent S. Morello, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vincent S. Morello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah Lynn Temple is a resident of South Carolina. Vincent S. Morello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2069. Colleen Golden, individually, as surviving child of Richard Morgan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Colleen Golden is a resident of New Jersey. Richard Morgan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2070. John Michael Nee, individually, as surviving sibling of Luke Gerard Nee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Michael Nee is a resident of New York. Luke Gerard Nee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2071. Dolores Laguerre, individually, as surviving sibling of Diana O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dolores Laguerre is a resident of New York. Diana O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2072. Jimmy Vega, individually, as surviving sibling of Diana O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jimmy Vega is a resident of Pennsylvania. Diana O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2073. Minerva Galarza, individually, as surviving sibling of Diana O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Minerva Galarza is a resident of Florida. Diana O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2074. Sonia Vega, individually, as surviving sibling of Diana O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sonia Vega is a resident of New York. Diana O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2075. Peter Roman, as the Personal Representative of the Estate of Miriam Roman, deceased, the late sibling of Diana O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Roman, as the Personal Representative of the Estate of Miriam Roman is a resident of New York. Diana O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2076. Aida Cintron, individually, as surviving sibling of Diana O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aida Cintron is a resident of New York. Diana O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2077. Johnny Vega, individually, as surviving sibling of Diana O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Johnny Vega is a resident of New York. Diana O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2078. Johnny Vega as Personal Representatives of the Estate of Maria Vega, deceased, the late parent of Diana O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Johnny Vega as Personal Representatives of the Estate of Maria Vega is a resident of New York. Diana O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2079. Maria Vega, as the Personal Representative of the Estate of Robert Vega, deceased, the late sibling of Diana O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Vega is a resident of New York. Diana O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2080. Eddie Ottenwalder, individually, as surviving sibling of Isidro Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eddie Ottenwalder is a resident of Florida. Isidro Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2081. Nilda Ottenwalder, individually, as surviving sibling of Isidro Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nilda Ottenwalder is a resident of Florida. Isidro Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2082. Olga Ottenwalder, individually, as surviving sibling of Isidro Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Olga Ottenwalder is a resident of New Jersey. Isidro Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2083. John Owens as Personal Representative of the Estate of Dolores Owens, deceased, the late parent of Peter Owens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Owens as Personal Representative of the Estate of Dolores Owens is a resident of New York. Peter Owens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2084. Pamela Rancke Schroeder, individually, as surviving sibling of Alfred Todd Rancke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pamela Rancke Schroeder is a resident of New Jersey. Alfred Todd Rancke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2085. Elizabeth Rivas, as the Personal Representative of the Estate of Moises Norberto Rivas, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Moises Norberto Rivas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Rivas is a resident of Pennsylvania. Moises Norberto Rivas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2086. Elizabeth Rivas, individually, as surviving spouse of Moises Norberto Rivas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Rivas is a resident of Pennsylvania. Moises Norberto Rivas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2087. Moesha Rivas, individually, as surviving child of Moises Norberto Rivas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Moesha Rivas is a resident of Pennsylvania. Moises Norberto Rivas is one of the Decedents murdered as a result of the

365

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2088. Moises Norberto Rivas, Jr., individually, as surviving child of Moises Norberto Rivas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Moises Norberto Rivas, Jr. is a resident of Pennsylvania. Moises Norberto Rivas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2089. Lorene Rosenberg, individually, as surviving sibling of Lloyd Rosenberg, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lorene Rosenberg is a resident of New York. Lloyd Rosenberg is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2090. Lawrence Rosenberg, individually, as surviving parent of Lloyd Rosenberg, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lawrence Rosenberg is a resident of Florida. Lloyd Rosenberg is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2091. Lorene Rosenberg as Personal Representative for the Estate of Michele Rosenberg, deceased, the late parent of Lloyd Rosenberg, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lorene Rosenberg as Personal Representative for the Estate of Michele Rosenberg is a resident of New York. Lloyd Rosenberg is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2092. Linda Amato, individually, as surviving sibling of Timothy A. Roy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Amato is a resident of New York. Timothy A. Roy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2093. James Roy, individually, as surviving sibling of Timothy A. Roy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Roy is a resident of New Jersey. Timothy A. Roy is one of the Decedents murdered as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2094. John Roy, individually, as surviving sibling of Timothy A. Roy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Roy is a resident of New York. Timothy A. Roy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2095. John Roy as Personal Representative of the Estate of Ida Mae Roy, deceased, the late parent of Timothy A. Roy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Roy as Personal Representative of the Estate of Ida Mae Roy is a resident of New York. Timothy A. Roy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2096. Gary Roy, individually, as surviving sibling of Timothy A. Roy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gary Roy is a resident of New York. Timothy A. Roy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2097. Kenneth Roy, individually, as surviving sibling of Timothy A. Roy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kenneth Roy is a resident of Florida. Timothy A. Roy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2098. Brendan Ryan, individually, as surviving sibling of Matthew Ryan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brendan Ryan is a resident of New York. Matthew Ryan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2099. Kathleen Sanchez, individually, as surviving child of Raymond Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Sanchez is a resident of Wisconsin. Raymond Sanchez is one of the Decedents murdered as a result of

the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2100.  Christian Santos, individually, as surviving child of Rafael Humberto Santos, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christian Santos is a resident of New York. Rafael Humberto Santos is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2101.  Jonnathan Santos, individually, as surviving child of Rafael Humberto Santos, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jonnathan Santos is a resident of New York. Rafael Humberto Santos is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2102.  Yubelly Santos, as the Personal Representative of the Estate of Rafael Humberto Santos, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Rafael Humberto Santos, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yubelly Santos is a resident of New York. Rafael Humberto Santos is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2103.  Yubelly Santos, individually, as surviving spouse of Rafael Humberto Santos, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yubelly Santos is a resident of New York. Rafael Humberto Santos is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2104.  Christopher John Saucedo, individually, as surviving sibling of Gregory Saucedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher John Saucedo is a resident of New York. Gregory Saucedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2105.  Elizabeth Isacowitz as Personal Representative of the Estate of Helen Seaman, deceased, the late parent of Michael H. Seaman, is a Plaintiff seeking justice for the tragic events of

September 11, 2001. Elizabeth Isacowitz as Personal Representative of the Estate of Helen Seaman is a resident of Florida. Michael H. Seaman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2106. Elizabeth Isacowitz, individually, as surviving sibling of Michael H. Seaman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Isacowitz is a resident of Florida. Michael H. Seaman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2107. Maryellen Michalenko, individually, as surviving sibling of Michael H. Seaman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maryellen Michalenko is a resident of New York. Michael H. Seaman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2108. Paul Simon and Stu Simon, as Personal Representatives of the Estate of Philip Simon, deceased, the late sibling of Arthur Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Simon and Stu Simon, as Personal Representatives of the Estate of Philip Simon is a resident of Maine. Arthur Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2109. Brian Stackpole, individually, as surviving child of Timothy Stackpole, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Stackpole is a resident of New York. Timothy Stackpole is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2110. Brendan Stackpole, individually, as surviving child of Timothy Stackpole, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brendan Stackpole is a resident of New York. Timothy Stackpole is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2111.   Kaitlyn Welsh, individually, as surviving child of Timothy Stackpole, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kaitlyn Welsh is a resident of New York. Timothy Stackpole is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2112.   Kevin Carlton, individually, as surviving child of Timothy Stackpole, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Carlton is a resident of New York. Timothy Stackpole is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2113.   Tara A. Stackpole, individually, as surviving spouse of Timothy Stackpole, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tara A. Stackpole is a resident of New York. Timothy Stackpole is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2114.   Terence Stackpole, individually, as surviving child of Timothy Stackpole, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Terence Stackpole is a resident of New York. Timothy Stackpole is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2115.   Barbara Strobert, individually, as surviving parent of Steven Frank Strobert, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Strobert is a resident of New Jersey. Steven Frank Strobert is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2116.   Frank Steven Strobert, individually, as surviving child of Steven Frank Strobert, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Steven Strobert is a resident of New Jersey. Steven Frank Strobert is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2117. Tara Strobert-Nolan, individually, as surviving spouse of Steven Frank Strobert, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tara Strobert-Nolan is a resident of New Jersey. Steven Frank Strobert is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2118. Kathleen Deloughery, individually, as surviving sibling of Thomas F. Swift, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Deloughery is a resident of New Jersey. Thomas F. Swift is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2119. Alexander John Wallace, individually, as surviving child of Robert F. Wallace, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexander John Wallace is a resident of New York. Robert F. Wallace is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2120. Jeanine L. Fusco, individually, as surviving child of Robert F. Wallace, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeanine L. Fusco is a resident of New York. Robert F. Wallace is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2121. Nancy T. Wallace, individually, as surviving spouse of Robert F. Wallace, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nancy T. Wallace is a resident of New York. Robert F. Wallace is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2122. Nancy T. Wallace as Personal Representative of the Estate of Daniel Wallace, deceased, the late child of Robert F. Wallace, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nancy T. Wallace as Personal Representative of the Estate of Daniel Wallace is a resident of New York. Robert F. Wallace is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

docs-100618184.4

2123. Karin Giansanti, individually, as surviving spouse of Kenneth Zelman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karin Giansantiis a resident of Massachusetts. Kenneth Zelman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2124. Karin Charles, as the Personal Representative of the Estate of Kenneth Zelman, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Zelman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karin Charles is a resident of Massachusetts. Kenneth Zelman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2125. Olivia Zelman Charles, individually, as surviving child of Kenneth Zelman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Olivia Zelman Charles is a resident of Massachusetts. Kenneth Zelman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2126. Ethan Zelman Charles, individually, as surviving child of Kenneth Zelman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ethan Zelman Charles is a resident of Massachusetts. Kenneth Zelman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2127. Justin Johnson, individually, as surviving child of Janice Brown, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Justin Johnson is a resident of New Jersey. Janice Brown is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2128. George Coughlin, as Personal Representative of the Estate of Mary Elizabeth Coughlin, deceased, the late parent of John G. Coughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. George Coughlin, as Personal Representative of the Estate of Mary Elizabeth Coughlin is a resident of New Jersey. John G. Coughlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League,

International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2129. Beverly Epps, individually, as surviving sibling of Christopher Samuel Epps, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Beverly Epps is a resident of North Carolina. Christopher Samuel Epps is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2130. Debra Epps, individually, as surviving sibling of Christopher Samuel Epps, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debra Epps is a resident of New York. Christopher Samuel Epps is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2131. Valerie Epps Kendall, individually, as surviving sibling of Christopher Samuel Epps, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Valerie Epps Kendall is a resident of New York. Christopher Samuel Epps is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2132. Chundera Epps, individually, as surviving sibling of Christopher Samuel Epps, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chundera Epps is a resident of New York. Christopher Samuel Epps is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2133. Robert Epps, individually, as surviving sibling of Christopher Samuel Epps, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Epps is a resident of Pennsylvania. Christopher Samuel Epps is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2134. Anne Ielpi, individually, as surviving parent of Jonathan Ielpi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anne Ielpi is a resident of New York. Jonathan Ielpi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2135. AnneMarie Holleran, individually, as surviving sibling of Jonathan Ielpi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. AnneMarie Holleran is a resident of New York. Jonathan Ielpi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2136. Donna A. Cavanaugh, as Personal Representative of the Estate of Rose C. Karczewski, deceased, the late parent of Charles Henry Karczewski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donna A. Cavanaugh, as Personal Representative of the Estate of Rose C. Karczewski is a resident of New Jersey. Charles Henry Karczewski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2137. Donna Cavanaugh, individually, as surviving sibling of Charles Henry Karczewski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donna Cavanaugh is a resident of New Jersey. Charles Henry Karczewski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2138. Donna A. Cavanaugh as Personal Representative of the Estate of Henry Karczewski, deceased, the late parent of Charles Henry Karczewski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donna A. Cavanaugh is a resident of New Jersey. Charles Henry Karczewski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2139. Maurice Corbett Kearney, as Personal Representative of the Estate of Lorraine Kearney, deceased, the late parent of Lisa Kearney-Griffin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maurice Corbett Kearney, as Personal Representative of the Estate of Lorraine Kearney is a resident of Delaware. Lisa Kearney-Griffin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2140. Virginia Krukowski, as Personal Representative of the Estate of Walter Krukowski, deceased, the late parent of William Krukowski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Virginia Krukowski, as Personal Representative of the Estate of Walter Krukowski is a resident of Florida. William Krukowski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2141. Maureen Simpson, individually, as surviving sibling of Patrick McGuire, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Simpson is a resident of New York. Patrick McGuire is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2142. James McGuire, individually, as surviving sibling of Patrick McGuire, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James McGuire is a resident of Massachusetts. Patrick McGuire is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2143. Jody Myers, as Personal Representative of the Estate of Terrence McGuire, deceased, the late sibling of Patrick McGuire, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jody Myers, as Personal Representative of the Estate of Terrence McGuire is a resident of Massachusetts. Patrick McGuire is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2144. John Owens, as Personal Representative of the Estate of Peter J. Owens, Sr., deceased, the late parent of Peter Owens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Owens, as Personal Representative of the Estate of Peter J. Owens, Sr. is a resident of New York. Peter Owens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2145. John Owens, as Personal Representative of the Estate of Kathleen Owens, deceased, the late sibling of Peter Owens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Owens, as Personal Representative of the Estate of Kathleen Owens is a resident of New York. Peter Owens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda

375

and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2146.  Douglas Roy, individually, as surviving sibling of Timothy A. Roy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Douglas Roy is a resident of Florida. Timothy A. Roy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2147.  Barbara Strobert, as Personal Representative of the Estate of Frank Strobert, deceased, the late parent of Steven Frank Strobert, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Strobert, as Personal Representative of the Estate of Frank Strobert is a resident of New Jersey. Steven Frank Strobert is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2148.  Joan Ruth Puwalski, individually, as surviving spouse of Steven J. Bates, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan Ruth Puwalski is a resident of New York. Steven J. Bates is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2149.  Jeffrey A. Bloom, Esq., as Personal Representative of the Estate of Hazel Lillian Mariani, deceased, the late parent of Louis Mariani, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeffrey A. Bloom, Esq., as Personal Representative of the Estate of Hazel Lillian Mariani is a resident of Massachusetts. Louis Mariani is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2150.  Bruce Mariani, individually, as surviving sibling of Louis Mariani, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bruce Mariani is a resident of New Hampshire. Louis Mariani is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2151.  Elizabeth Miller, individually, as surviving child of Douglas Miller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Miller is a resident of Pennsylvania. Douglas Miller is one of the Decedents murdered as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2152. Laura Nogaj, individually, as surviving spouse of Stephen Philip Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Nogaj is a resident of Florida. Stephen Philip Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2153. Jude Monteserrato a/k/a Judith Monteserrato, individually, as surviving spouse of John Michael Sbarbaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jude Monteserrato a/k/a Judith Monteserrato is a resident of North Carolina. John Michael Sbarbaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2154. Tara Strobert-Nolan, as the Personal Representative of the Estate of Steven Frank Strobert, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Steven Frank Strobert, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tara Strobert-Nolan is a resident of New Jersey. Steven Frank Strobert is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2155. John Doe 70, being intended to designate the Personal Representative of the Estate of Steven J. Bates, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Steven J. Bates, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Steven J. Bates is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2156. Katherine Collier, as the co-Personal Representative of the Estate of Stephen Philip Morris, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Philip Morris. Katherine Collier is a resident of Great

Britain. Stephen Philip Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks

2157. John Doe 72, being intended to designate the Personal Representative of the Estate of John Michael Sbarbaro, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Michael Sbarbaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Michael Sbarbaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2158. Chundera Epps, as Personal Representative of the Estate of Geneva Epps, deceased, the late parent of Christopher Samuel Epps, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chundera Epps, as Personal Representative of the Estate of Geneva Epps is a resident of New York. Christopher Samuel Epps is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2159. Chundera Epps, as Personal Representative of the Estate of Christopher Samuel Epps, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Christopher Samuel Epps, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chundera Epps is a resident of New York Christopher Samuel Epps is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2160. Nicole Mayer, individually, as surviving child of Peter J. Carroll, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicole Mayer is a resident of New York. Peter J. Carroll is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2161. Pete Carroll, individually, as surviving child of Peter J. Carroll, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pete Carroll is a resident of New

York. Peter J. Carroll is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2162.   Christopher Carroll, individually, as surviving child of Peter J. Carroll, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Carroll is a resident of New York. Peter J. Carroll is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2163.   Michael Carroll, individually, as surviving child of Peter J. Carroll, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Carroll is a resident of New York. Peter J. Carroll is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2164.   Kevin Carroll, individually, as surviving sibling of Peter J. Carroll, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Carroll is a resident of New York. Peter J. Carroll is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2165.   Patricia D'Agata, individually, as surviving sibling of Peter J. Carroll, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia D'Agata is a resident of New York. Peter J. Carroll is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2166.   Thomas Gonzalez, Jr., as the Personal Representative of the Estate of Jenine Gonzalez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jenine Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Gonzalez, Jr. is a resident of New York. Jenine Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2167. Thomas Gonzalez, Jr., individually, as surviving sibling of Jenine Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Gonzalez, Jr. is a resident of New York. Jenine Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2168. Laura Israilov, as Personal Representative of the Estate of Malkisadikh Ilkanayev, deceased, the late parent of Daniel Ilkanayev, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Israilov, as Personal Representative of the Estate of Malkisadikh Ilkanayev is a resident of New York. Daniel Ilkanayev is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2169. Laura Israilov, individually, as surviving sibling of Daniel Ilkanayev, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Israilov is a resident of New York. Daniel Ilkanayev is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2170. Brendan Ryan, as Personal Representative of the Estate of Teresa Ryan, deceased, the late parent of Matthew Ryan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brendan Ryan, as Personal Representative of the Estate of Teresa Ryan is a resident of New York. Matthew Ryan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2171. Michael Stackpole, as Personal Representative of the Estate of Edward Stackpole, Sr., deceased, the late parent of Timothy Stackpole, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Stackpole, as Personal Representative of the Estate of Edward Stackpole, Sr. is a resident of New York. Timothy Stackpole is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2172. Janice Dukes, individually, as surviving spouse of Donnie Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janice Dukes is a resident of New York. Donnie Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2173. Janice Dukes, as the Personal Representative of the Estate of Donnie Taylor, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Donnie Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janice Dukes is a resident of New York. Donnie Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2174. Kristina Nicole York, individually, as surviving child of Raymond York, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kristina Nicole York is a resident of New York. Raymond York is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2175. Joan York, as the Personal Representative of the Estate of Raymond York, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Raymond York, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan York is a resident of New York. Raymond York is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2176. Joan York, individually, as surviving spouse of Raymond York, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan York is a resident of New York. Raymond York is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2177. Jesse Kemp, individually, as surviving child of Timothy Haviland, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jesse Kemp is a resident of South Carolina. Timothy Haviland is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2178. Barbara Keane, as the Personal Representative of the Estate of Timothy Haviland, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Haviland, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Keane is a resident of Pennsylvania.

Timothy Haviland is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2179. Barbara Keane, as Personal Representative of the Estate of Amy Haviland, deceased, the late spouse of Timothy Haviland, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Keane is a resident of Pennsylvania. Timothy Haviland is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2180. Sean McShane, individually, as surviving child of Terence McShane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sean McShane is a resident of New York. Terence McShane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2181. Aidan McShane, individually, as surviving child of Terence McShane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aidan McShane is a resident of Florida. Terence McShane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2182. Colin McShane, individually, as surviving child of Terence McShane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Colin McShane is a resident of New York. Terence McShane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2183. Catherine McShane, individually, as surviving spouse of Terence McShane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine McShane is a resident of New York. Terence McShane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2184. Catherine McShane, as the Personal Representative of the Estate of Terence McShane, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Terence McShane, is a Plaintiff seeking justice for

382

the tragic events of September 11, 2001. Catherine McShane is a resident of New York. Terence McShane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2185.   Phylicia Ruggieri, individually, as surviving child of Joseph Rivelli, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Phylicia Ruggieri is a resident of New York. Joseph Rivelli, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2186.   Matthew Casey, individually, as surviving child of Kathleen Hunt-Casey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Casey is a resident of New Jersey. Kathleen Hunt-Casey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2187.   Kevin Casey, individually, as surviving spouse of Kathleen Hunt-Casey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Casey is a resident of New Jersey. Kathleen Hunt-Casey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2188.   Kevin Casey, as the Personal Representative of the Estate of Kathleen Hunt-Casey, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kathleen Hunt-Casey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Casey is a resident of New Jersey. Kathleen Hunt-Casey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2189.   Theresa Fiorelli, individually, as surviving spouse of Stephen J. Fiorelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa Fiorelli is a resident of New Jersey. Stephen J. Fiorelli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2190.  Theresa Fiorelli, as the Personal Representative of the Estate of Stephen J. Fiorelli, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen J. Fiorelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa Fiorelli is a resident of New Jersey. Stephen J. Fiorelli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2191.  Stephen J. Fiorelli, Jr., individually, as surviving child of Stephen J. Fiorelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen J. Fiorelli, Jr. is a resident of New Jersey. Stephen J. Fiorelli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2192.  Christine Epstein, individually, as surviving child of Stephen J. Fiorelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine Epstein is a resident of New Jersey. Stephen J. Fiorelli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2193.  William Fiorelli, individually, as surviving sibling of Stephen J. Fiorelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Fiorelli is a resident of New Jersey. Stephen J. Fiorelli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2194.  Kenneth Fiorelli, individually, as surviving sibling of Stephen J. Fiorelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kenneth Fiorelli is a resident of New Jersey. Stephen J. Fiorelli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2195.  Karen Fiorelli, individually, as surviving sibling of Stephen J. Fiorelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Fiorelli is a resident of New Jersey. Stephen J. Fiorelli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2196. Kaitlyn Fisher, individually, as surviving child of John Roger Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kaitlyn Fisher is a resident of California. John Roger Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2197. Margaret Fisher, individually, as surviving child of John Roger Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret Fisher is a resident of New York. John Roger Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2198. Brian Wilkes, individually, as surviving spouse of Lorraine Antigua, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Wilkes is a resident of New Jersey. Lorraine Antigua is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2199. John Doe 76, being intended to designate the Personal Representative of the Estate of Lorraine Antigua, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lorraine Antigua, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lorraine Antigua is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2200. Mildred Calderon, individually, as surviving sibling of Vivian Casalduc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mildred Calderon is a resident of North Carolina. Vivian Casalduc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

385

2201. Wendell Acevedo, individually, as surviving sibling of Vivian Casalduc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wendell Acevedo is a resident of North Carolina. Vivian Casalduc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2202. Eugene A. Harris, individually, as surviving sibling of Peggie Hurt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eugene A. Harris is a resident of New York. Peggie Hurt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2203. Cynthia M. Harris, individually, as surviving sibling of Peggie Hurt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cynthia M. Harris is a resident of New York. Peggie Hurt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2204. Anthony D. Harris, individually, as surviving sibling of Peggie Hurt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony D. Harris is a resident of Maryland. Peggie Hurt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2205. Shawn Patrick, individually, as surviving sibling of James Matthew Patrick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shawn Patrick is a resident of New York. James Matthew Patrick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2206. Christopher Ruggieri, individually, as surviving child of Joseph Rivelli, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Ruggieri is a resident of New York. Joseph Rivelli, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2207. Aidan Salamone, individually, as surviving child of John Patrick Salamone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aidan Salamone is a resident of New Jersey. John Patrick Salamone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2208. Alexander Salamone, individually, as surviving child of John Patrick Salamone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexander Salamone is a resident of New Jersey. John Patrick Salamone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2209. Anna Salamone, individually, as surviving child of John Patrick Salamone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anna Salamone is a resident of New Jersey. John Patrick Salamone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2210. James Babakitis, as Personal Representative of the Estate of Kevin Babakitis, deceased, the late child of Arlene T. Babakitis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Babakitis, as Personal Representative of the Estate of Kevin Babakitis is a resident of the New Jersey. Arlene T. Babakitis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2211. Brieann Centro, individually, as surviving child of Alexander Centro, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brieann Centro is a resident of New York. Alexander Centro, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2212. Alexander Centro, individually, as surviving child of Alexander Centro, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexander Centro is a resident of New York. Alexander Centro, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2213. Alexander Centro, as the Personal Representative of the Estate of Alexander Centro, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alexander Centro, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexander Centro is a resident of New York. Alexander Centro, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2214. Craig Centro, individually, as surviving child of Alexander Centro, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Craig Centro is a resident of New York. Alexander Centro, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2215. Craig Centro, as Personal Representative of the Estate of Italia Centro, deceased, the late parent of Alexander Centro, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Craig Centro, as Personal Representative of the Estate of Italia Centro is a resident of New York. Alexander Centro, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2216. Amy Eberling, individually, as surviving spouse of Dean P. Eberling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amy Eberling is a resident of New Jersey. Dean P. Eberling is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2217. Amy Eberling, as the Personal Representative of the Estate of Dean P. Eberling, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dean P. Eberling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amy Eberling is a resident of New Jersey. Dean P. Eberling is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2218. Corinne Ardente, individually, as surviving child of Dean P. Eberling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Corinne Ardente is a resident of New Jersey. Dean P. Eberling is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2219. Lauren Eberling, individually, as surviving child of Dean P. Eberling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lauren Eberling is a resident of New Jersey. Dean P. Eberling is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2220. Christopher Ahearn, individually, as surviving child of Brian Ahearn, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Ahearn is a resident of New York. Brian Ahearn is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2221. Lauren Sosa, individually, as surviving child of Brian Ahearn, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lauren Sosa is a resident of New York. Brian Ahearn is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2222. Debra Ahearn, individually, as surviving spouse of Brian Ahearn, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debra Ahearn is a resident of New York. Brian Ahearn is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2223. Marian Owens, individually, as surviving sibling of Kenneth Phelan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marian Owens is a resident of New York. Kenneth Phelan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2224. Sami Nassar, as the Personal Representative of the Estate of Jude Moussa, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jude Moussa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sami Nassar is a resident of Massachusetts. Jude Moussa is one of

the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2225. John Morris III, individually, as surviving sibling of Seth Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Morris III is a resident of Pennsylvania. Seth Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2226. Emily Cournoyer, as Personal Representative of the Estate of Alice Beaton, deceased, the late sibling of John Cahill, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Emily Cournoyer, as Personal Representative of the Estate of Alice Beaton is a resident of Massachusetts. John Cahill is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2227. Eric Johnson, as Personal Representative of the Estate of Janice Brown, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Janice Brown, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eric Johnson is a resident of New Jersey. Janice Brown is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2228. Aidan Halloran, individually, as surviving child of Vincent G. Halloran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aidan Halloran is a resident of New York. Vincent G. Halloran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2229. Conor Halloran, individually, as surviving child of Vincent G. Halloran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Conor Halloran is a resident of the District of Columbia. Vincent G. Halloran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2230. Eileen Lunder Baynes, individually, as surviving sibling of Christopher Lunder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eileen Lunder

Baynes is a resident of New York. Christopher Lunder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2231. Hector Mejia, individually, as surviving sibling of Manuel Mejia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Hector Mejia is a resident of New York. Manuel Mejia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2232. Diane Brierley, individually, as surviving sibling of Mary Catherine Boffa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Diane Brierley is a resident of New Jersey. Mary Catherine Boffa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2233. Margaret Trudeau, individually, as surviving sibling of Mary Catherine Boffa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret Trudeau is a resident of New Jersey. Mary Catherine Boffa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2234. John Boffa, individually, as surviving spouse of Mary Catherine Boffa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Boffa is a resident of New Jersey. Mary Catherine Boffa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2235. John Boffa, as the Co-Personal Representative of the Estate of Mary Catherine Boffa, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mary Catherine Boffa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Boffa is a resident of New Jersey. Mary Catherine Boffa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2236.  John T. Genovese, as the Personal Representative of the Estate of Steven Genovese, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Steven Genovese, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John T. Genovese is a resident of New York. Steven Genovese is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2237.  August Bernaerts, individually, as surviving sibling of Donna Bernaerts-Kearns, is a Plaintiff seeking justice for the tragic events of September 11, 2001. August Bernaerts is a resident of New Jersey. Donna Bernaerts-Kearns is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2238.  Ellen Macri, individually, as surviving sibling of Katherine McGarry Noack, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ellen Macri is a resident of North Carolina. Katherine McGarry Noack is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2239.  Patrick McGarry, individually, as surviving sibling of Katherine McGarry Noack, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick McGarry is a resident of Florida. Katherine McGarry Noack is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2240.  Marianne Burke, individually, as surviving sibling of Katherine McGarry Noack, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marianne Burke is a resident of Georgia. Katherine McGarry Noack is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2241.  Deborah M. Brink, individually, as surviving sibling of Katherine McGarry Noack, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah M. Brink is a resident of Georgia. Katherine McGarry Noack is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2242. Francis J. Moody as Personal Representative of the Estate of Angelina Moody, deceased, the late parent of Thomas Moody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francis J. Moody as Personal Representative of the Estate of Angelina Moody is a resident of New York. Thomas Moody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2243. Francis J. Moody, individually, as surviving sibling of Thomas Moody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francis J. Moody is a resident of New York. Thomas Moody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2244. Lorraine Antoniello, individually, as surviving sibling of Thomas Moody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lorraine Antoniello is a resident of New York. Thomas Moody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2245. Michael L. Moody, individually, as surviving sibling of Thomas Moody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael L. Moody is a resident of Florida. Thomas Moody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2246. Patrick Nee, individually, as surviving child of Luke Gerard Nee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick Nee is a resident of New York. Luke Gerard Nee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2247. Irene Lavelle, as the Personal Representative of the Estate of Luke G. Nee, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luke Gerard Nee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Irene Lavelle is a resident of New York. Luke Gerard Nee is one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2248. Irene Lavelle, individually, as surviving spouse of Luke Gerard Nee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Irene Lavelle is a resident of New York. Luke Gerard Nee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2249. Jean Diaz, individually, as surviving sibling of Kenneth John Phelan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jean Diaz is a resident of New York. Kenneth John Phelan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2250. Lourdes Mireya Mejia De La Cruz, individually, as surviving sibling of Manuel Mejia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lourdes Mireya Mejia De La Cruz is a resident of New York. Manuel Mejia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2251. Rafael Mejia, individually, as surviving sibling of Manuel Mejia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rafael Mejia is a resident of New York. Manuel Mejia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2252. James Morris, as Personal Representative of the Estate of Barbara Morris, deceased, the late parent of Seth Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Morris, as Personal Representative of the Estate of Barbara Morris, is a resident of Virginia. Seth Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2253. James Morris as Personal Representative of the Estate of John R. Morris, Jr., deceased, the late parent of Seth Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Morris is a resident of Virginia. Seth Morris is one of the

Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2254. James Morris, individually, as surviving sibling of Seth Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Morris is a resident of Virginia. Seth Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2255. Raymond Sanchez, Jr., as the Personal Representative of the Estate of Raymond Sanchez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Raymond Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raymond Sanchez, Jr. is a resident of New York. Raymond Sanchez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2256. Jennifer Holohan, individually, as surviving sibling of Thomas P. Holohan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Holohan is a resident of New York. Thomas P. Holohan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2257. John Doe 82 as Personal Representative of theEstate of Guiseppe Luparello, deceased, the late sibling of Anthony Luparello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Luparello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2258. John Doe 103, as the Personal Representative of the Estate of Rosa Campisi, deceased, the late sibling of Anthony Luparello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Luparello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2259. Patrice A. Regan, as the Personal Representative of the Estate of Nicholas G. Massa, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled

beneficiaries and family members of Nicholas G. Massa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrice A. Regan is a resident of Florida. Nicholas G. Massa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2260. Gloria Eleanor Moran, individually, as surviving sibling of Nicholas G. Massa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gloria Eleanor Moran is a resident of New York. Nicholas G. Massa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2261. Colleen Golden, as the Personal Representative of the Estate of Richard Morgan, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard Morgan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Colleen Golden is a resident of New Jersey. Richard Morgan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2262. Colleen Golden as Personal Representative of the Estate of Patricia Morgan, deceased, the late spouse of Richard Morgan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Colleen Golden as Personal Representative of the Estate of Patricia Morgan is a resident of New Jersey. Richard Morgan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2263. Brendan Ielpi, individually, as surviving sibling of Jonathan Ielpi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brendan Ielpi is a resident of New York. Jonathan Ielpi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2264. Melissa Brengel, individually, as surviving sibling of Jonathan Ielpi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melissa Brengel is a resident of New York. Jonathan Ielpi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2265. Freddye Jean Carter-Perry, as Personal Representative of the Estate of Fred A. Carter, deceased, the late spouse of Angelene C. Carter, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Freddye Jean Carter-Perry, as Personal Representative of the Estate of Fred A. Carter is a resident of Maryland. Angelene C. Carter is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2266. Rachel Uchitel, individually, as surviving spouse of Andrew O'Grady, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rachel Uchitel is a resident of New York. Andrew O'Grady is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2267. John Doe 80, being intended to designate the Personal Representative of the Estate of Andrew O'Grady, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Andrew O'Grady, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew O'Grady is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2268. Maureen Sullivan, individually, as surviving spouse of Derek O. Sword, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Sullivan is a resident of New York. Derek O. Sword is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2269. Josephine Fink, as the Personal Representative of the Estate of Derek O. Sword, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Derek O. Sword, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Derek O. Sword is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic

Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2270. Jose D. Liz as Guardian of Maria Liz, individually, as surviving sibling of Nancy Liz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Liz is a resident of New York. Nancy Liz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2271. Maya Simon, individually, as surviving child of Kenneth Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maya Simon is a resident of New Jersey. Kenneth Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2272. Karen Simon, individually, as surviving spouse of Kenneth Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Simon is a resident of New Jersey. Kenneth Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2273. Stanley Frank, individually, as surviving parent of Gary J. Frank, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stanley Frank is a resident of Florida. Gary J. Frank is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2274. Thomas Shea as Personal Representative of the Estate of Joan Shea, deceased, the late parent of Joseph Shea, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Shea as Personal Representative of the Estate of Joan Shea is a resident of New Jersey. Joseph Shea is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2275. Thomas Shea as Personal Representative of the Estate of Joan Shea, deceased, the late parent of Daniel Shea, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Shea as Personal Representative of the Estate of Joan Shea is a resident of New Jersey. Daniel Shea is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2276. Mindy Gabler, individually, as surviving spouse of Fredric Gabler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mindy Gabler is a resident of New York. Fredric Gabler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2277. Mindy Gabler, as the Personal Representative of the Estate of Fredric Gabler, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Fredric Gabler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mindy Gabler is a resident of New York. Fredric Gabler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2278. Alexis Gabler, individually, as surviving child of Fredric Gabler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexis Gabler is a resident of New York. Fredric Gabler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2279. Howard Gabler, individually, as surviving parent of Fredric Gabler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Howard Gabler is a resident of New York. Fredric Gabler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2280. Leslie Gabler, individually, as surviving parent of Fredric Gabler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leslie Gabler is a resident of New York. Fredric Gabler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2281. Jolie Gabler, individually, as surviving sibling of Fredric Gabler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jolie Gabler is a resident of New York. Fredric Gabler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2282.   Steven Romagnolo, individually, as surviving sibling of Joseph M. Romagnolo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Steven Romagnolo is a resident of New York. Joseph M. Romagnolo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2283.   Jonathan Martinez, individually, as surviving child of Robert G. Martinez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jonathan Martinez is a resident of Arizona. Robert G. Martinez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2284.   Barbara Keane as Personal Representative of the Estate of Amy Haviland, deceased, the late sibling of Robert Spear, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Keane as Personal Representative of the Estate of Amy Haviland is a resident of Pennsylvania. Robert Spear is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2285.   Nicholas Kemp, individually, as surviving child of Timothy Haviland, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicholas Kemp is a resident of New York. Timothy Haviland is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2286.   John Doe 84, being intended to designate the Personal Representative of the Estate of Donna Bernaerts-Kearns, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Donna Bernaerts-Kearns, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donna Bernaerts-Kearns is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic

Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2287. Bradley D. Noack, as Personal Representative of the Estate of Katherine McGarry Noack, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Katherine McGarry Noack, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bradley D. Noack is a resident of New Jersey. Katherine McGarry Noack is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2288. Patricia Kavanagh Edwards, individually, as surviving spouse of Dennis Edwards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Kavanagh Edwards is a resident of New York. Dennis Edwards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2289. Patricia Kavanagh Edwards, as the Personal Representative of the Estate of Dennis Edwards, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dennis Edwards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Kavanagh Edwards is a resident of New York. Dennis Edwards is one of the Decedents murdered as a result of the terrorist attacks Of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2290. Alexa Marie Edwards, individually, as surviving child of Dennis Edwards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexa Marie Edwards is a resident of New York. Dennis Edwards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2291. Sheila Edwards Doyle as Personal Representative of the Estate of Julia Edwards, deceased, the late parent of Dennis Edwards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sheila Edwards Doyle as Personal Representative of the Estate of Julia Edwards is a resident of New York. Dennis Edwards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

docs-100618184.4

2292.   Morgan Edwards, individually, as surviving sibling of Dennis Edwards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Morgan Edwards is a resident of New York. Dennis Edwards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2293.   Sheila Doyle, individually, as surviving sibling of Dennis Edwards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sheila Doyle is a resident of New York. Dennis Edwards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2294.   Elizabeth Cortese, individually, as surviving sibling of Dennis Edwards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Cortese is a resident of New York. Dennis Edwards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2295.   Eileen O'Brien, individually, as surviving sibling of Dennis Edwards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eileen O'Brien is a resident of New York. Dennis Edwards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2296.   Gale DiFrancisco, individually, as surviving sibling of Donald A. Foreman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gale DiFrancisco is a resident of New York. Donald A. Foreman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2297.   Eric Ogren, individually, as surviving sibling of Joseph J. Ogren, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eric Ogren is a resident of New Jersey. Joseph J. Ogren is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2298.   Patricia Golden, individually, as surviving sibling of Joseph J. Ogren, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Golden is a resident of New Jersey. Joseph J. Ogren is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2299.   Shaun Rodgers, individually, as surviving sibling of Venesha Richards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shaun Rodgers is a resident of New Jersey. Venesha Richards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2300.   Robert R. Ploger, IV, individually, as surviving child of Robert R. Ploger III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert R. Ploger, IV is a resident of Arizona. Robert R. Ploger III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2301.   Edward Goldstein, individually, as surviving spouse of Michelle H. Goldstein, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edward Goldstein is a resident of New Jersey. Michelle H. Goldstein is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2302.   Patricia Singh, individually, as surviving child of James T. Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Singh is a resident of Virginia. James T. Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2303.   Ber Barry Aron, individually, as surviving parent of Joshua Aron, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ber Barry Aron is a resident of Maryland. Joshua Aron is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2304.  Dana Aron Weiner, individually, as surviving sibling of Joshua Aron, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dana Aron Weiner is a resident of Illinois. Joshua Aron is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2305.  Barbara Ann Sullivan, individually, as surviving sibling of James W. Barbella, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Ann Sullivan is a resident of Texas. James W. Barbella is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2306.  Dorothy Blanding as Personal Representative of the Estate of Harry Blanding, Sr., deceased, the late parent of Harry Blanding, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dorothy Blanding as Personal Representative of the Estate of Harry Blanding, Sr. is a resident of New Jersey. Harry Blanding, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2307.  Anthony Bocchi, individually, as surviving sibling of John Bocchi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Bocchi is a resident of New Jersey. John Bocchi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2308.  Elena Bocchi, individually, as surviving parent of John Bocchi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elena Bocchi is a resident of New Jersey. John Bocchi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2309.  Matthew Bocchi, individually, as surviving child of John Bocchi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Bocchi is a resident of New Jersey. John Bocchi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2310. Michael Bocchi, individually, as surviving child of John Bocchi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Bocchi is a resident of New Jersey. John Bocchi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2311. Michele Bocchi-Sandello, individually, as surviving spouse of John Bocchi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michele Bocchi-Sandello is a resident of New Jersey. John Bocchi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2312. Nicholas Bocchi, individually, as surviving child of John Bocchi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicholas Bocchi is a resident of New Jersey. John Bocchi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2313. Paul Bocchi, individually, as surviving child of John Bocchi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Bocchi is a resident of New Jersey. John Bocchi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2314. Ann Bocchi-Schwimmer, individually, as surviving sibling of John Bocchi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ann Bocchi-Schwimmer is a resident of New Jersey. John Bocchi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2315. Diane Bocchi Esola, individually, as surviving sibling of John Bocchi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Diane Bocchi Esola is a resident of Florida. John Bocchi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2316. Ann Bocchi-Schwimmer as Personal Representative of the Estate of Camillo Bocchi, deceased, the late parent of John Bocchi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ann Bocchi-Schwimmer as Personal Representative of the Estate of Camillo Bocchi is a resident of New Jersey. John Bocchi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2317. Lucy Bocchi Kraus, individually, as surviving sibling of John Bocchi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lucy Bocchi Kraus is a resident of New Jersey. John Bocchi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2318. Michele Bocchi-Sandello, as the Personal Representative of the Estate of John Bocchi, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Bocchi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michele Bocchi-Sandello is a resident of New Jersey. John Bocchi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2319. Elizabeth Murphy, individually, as surviving sibling of Mary Catherine Boffa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Murphy is a resident of New Jersey. Mary Catherine Boffa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2320. Elizabeth Murphy, as the Co-Personal Representative of the Estate of Mary Catherine Boffa, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mary Catherine Boffa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Murphy is a resident of New Jersey. Mary Catherine Boffa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2321. Daphne Bowers, individually, as surviving parent of Veronique Bowers, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daphne Bowers is a resident of New York. Veronique Bowers is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2322.   Andrew Broderick, individually, as surviving child of Mark Broderick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Broderick is a resident of New Jersey. Mark Broderick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2323.   Carolina Broderick, individually, as surviving spouse of Mark Broderick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carolina Broderick is a resident of New Jersey. Mark Broderick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2324.   James Broderick, individually, as surviving child of Mark Broderick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Broderick is a resident of New Jersey. Mark Broderick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2325.   Matthew Broderick, individually, as surviving child of Mark Broderick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Broderick is a resident of New Jersey. Mark Broderick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2326.   Carolina Broderick, as the Personal Representative of the Estate of Mark Broderick, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mark Broderick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carolina Broderick is a resident of New Jersey. Mark Broderick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2327.   Angus Jacques, as the Co-Personal Representative of the Estate of Felix Calixte, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled

407

beneficiaries and family members of Felix Calixte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angus Jacques is a resident of Soufriere. Felix Calixte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2328. Angus Jacques, individually, as surviving parent of Felix Calixte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angus Jacques is a resident of Soufriere. Felix Calixte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2329. Christine Brozon, individually, as surviving spouse of Luigi Calvi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine Brozon is a resident of New York. Luigi Calvi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2330. Christine Brozon, as the Personal Representative of the Estate of Luigi Calvi, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luigi Calvi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine Brozon is a resident of New York. Luigi Calvi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2331. James Cherry, individually, as surviving sibling of Vernon Cherry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Cherry is a resident of Maryland. Vernon Cherry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2332. Cynthia Taylor, individually, as surviving sibling of Vernon Cherry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cynthia Taylor is a resident of Georgia. Vernon Cherry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2333. Germaine Alexander, individually, as surviving sibling of Brenda Conway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Germaine Alexander is a resident of New York. Brenda Conway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2334. Tammi Alexander, individually, as surviving sibling of Brenda Conway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tammi Alexander is a resident of New York. Brenda Conway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2335. Dennis Coughlin, individually, as surviving sibling of Timothy Coughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dennis Coughlin is a resident of New York. Timothy Coughlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2336. Francis Coughlin, Jr., individually, as surviving sibling of Timothy Coughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francis Coughlin, Jr. is a resident of New York. Timothy Coughlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2337. Robert Coughlin, individually, as surviving sibling of Timothy Coughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Coughlin is a resident of New York. Timothy Coughlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2338. Maura Coughlin-Roberti, individually, as surviving spouse of Timothy Coughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maura Coughlin-Roberti is a resident of New York. Timothy Coughlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2339. Riley Coughlin-Roberti, individually, as surviving child of Timothy Coughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Riley Coughlin-Roberti is a resident of New York. Timothy Coughlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2340. Ryann Coughlin-Roberti, individually, as surviving child of Timothy Coughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ryann Coughlin-Roberti is a resident of New York. Timothy Coughlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2341. Sean Coughlin-Roberti, individually, as surviving child of Timothy Coughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sean Coughlin-Roberti is a resident of New York. Timothy Coughlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2342. Francis Coughlin, Jr., Dennis Coughlin, and Robert Coughlin as Co-Personal Representatives of the Estate of Alice Coughlin, deceased, the late parent of Timothy Coughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francis Coughlin, Jr., Dennis Coughlin, and Robert Coughlin as Co-Personal Representatives of the Estate of Alice Coughlin are residents of New York. Timothy Coughlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2343. Robert Coughlin and Francis Coughlin as Co-Personal Representatives of the Estate of Francis Coughlin, Sr., deceased, the late parent of Timothy Coughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Coughlin and Francis Coughlin are residents of New York. Timothy Coughlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2344. Francis Coughlin, Jr., as the Co-Personal Representative of the Estate of Timothy Coughlin, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Coughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francis Coughlin, Jr. is a resident of

New York. Timothy Coughlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2345. Maura Coughlin-Roberti, as the Co-Personal Representative of the Estate of Timothy Coughlin, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Coughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maura Coughlin-Roberti is a resident of New York. Timothy Coughlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2346. Regina Martin as Personal Representative of the Estate of Francis Cove, deceased, the late sibling of James Cove, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Regina Martin as Personal Representative of the Estate of Francis Cove is a resident of Florida. James Cove is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2347. Regina Martin as Personal Representative of the Estate of Margaret Cove, deceased, the late parent of James Cove, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Regina Martin as Personal Representative of the Estate of Margaret Cove is a resident of Florida. James Cove is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2348. Regina Martin, individually, as surviving sibling of James Cove, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Regina Martin is a resident of Florida. James Cove is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2349. Vancena Dawson Donovan, individually, as surviving sibling of Calvin Dawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vancena Dawson Donovan is a resident of U.S. Virgin Islands. Calvin Dawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International

Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2350. Vanita Aviles, individually, as surviving sibling of Calvin Dawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vanita Aviles is a resident of Puerto Rico. Calvin Dawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2351. Janita Clyne, individually, as surviving sibling of Calvin Dawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janita Clyne is a resident of New York. Calvin Dawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2352. Alvin Dawson, individually, as surviving sibling of Calvin Dawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alvin Dawson is a resident of Georgia. Calvin Dawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2353. Annette Simon, individually, as surviving sibling of Calvin Dawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Annette Simon is a resident of New York. Calvin Dawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2354. Charles Dawson, individually, as surviving sibling of Calvin Dawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charles Dawson is a resident of Tortola. Calvin Dawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2355. Janet Dawson, individually, as surviving sibling of Calvin Dawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janet Dawson is a resident of New York. Calvin Dawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2356. Tatiana Dawson, individually, as surviving child of Calvin Dawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tatiana Dawson is a resident of Georgia. Calvin Dawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2357. Lena Dawson, individually, as surviving spouse of Calvin Dawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lena Dawson is a resident of Georgia. Calvin Dawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2358. Lena Dawson, as the Personal Representative of the Estate of Calvin Dawson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Calvin Dawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lena Dawson is a resident of Georgia. Calvin Dawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2359. Victorine Dawson, individually, as surviving sibling of Calvin Dawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Victorine Dawson is a resident of Virgin Islands. Calvin Dawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2360. Doris Hetherington, individually, as surviving sibling of Calvin Dawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Doris Hetherington is a resident of Virgin Islands. Calvin Dawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2361. Daniella De La Pena, individually, as surviving child of Emerita De la Pena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniella De La Pena is a resident of Florida. Emerita De la Pena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2362. Gabriel De La Pena, individually, as surviving spouse of Emerita De La Pena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gabriel De La Pena is a resident of Florida. Emerita De La Pena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2363. Gabriel De La Pena, as the Personal Representative of the Estate of Emerita De La Pena, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Emerita De La Pena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gabriel De La Pena is a resident of Florida. Emerita De La Pena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2364. Ronald Sierra, individually, as surviving spouse of Judith Berquis Diaz-Sierra, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ronald Sierra is a resident of New York. Judith Berquis Diaz-Sierra is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2365. Ronald Sierra, as the Personal Representative of the Estate of Judith Berquis Diaz-Sierra, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Judith Berquis Diaz-Sierra, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ronald Sierra is a resident of New York. Judith Berquis Diaz-Sierra is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2366. Marlyse Salome Bosley, individually, as surviving sibling of Jose Espinal, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marlyse Salome Bosley is a resident of Arizona. Jose Espinal is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2367. Saul Espinal Ramos, individually, as surviving sibling of Jose Espinal, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Saul Espinal Ramos is a

414

resident of Canada. Jose Espinal is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2368.   Eileen Esquilin, individually, as surviving sibling of Ruben Esquilin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eileen Esquilin is a resident of New Jersey. Ruben Esquilin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2369.   Marybelle Vargas, individually, as surviving sibling of Ruben Esquilin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marybelle Vargas is a resident of New York. Ruben Esquilin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2370.   Lynn A. Faulkner, as the Personal Representative of the Estate of Wendy R. Faulkner, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Wendy Faulkner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lynn A. Faulkner is a resident of Ohio. Wendy Faulkner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2371.   Stephen Morris, individually, as surviving sibling of Wendy Faulkner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen Morris is a resident of New York. Wendy Faulkner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2372.   Annette Fields, individually, as surviving sibling of Samuel Fields, Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Annette Fields is a resident of New York. Samuel Fields, Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2373. Felicia Fields, individually, as surviving sibling of Samuel Fields, Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Felicia Fields is a resident of New York. Samuel Fields, Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2374. Michael Fields, individually, as surviving sibling of Samuel Fields, Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Fields is a resident of New York. Samuel Fields, Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2375. Kevin Finnerty, individually, as surviving sibling of Timothy Finnerty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Finnerty is a resident of Minnesota. Timothy Finnerty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2376. Peter Finnerty, individually, as surviving parent of Timothy Finnerty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Finnerty is a resident of New Jersey. Timothy Finnerty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2377. Theresa Roberts, individually, as surviving spouse of Timothy Finnerty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa Roberts is a resident of New Jersey. Timothy Finnerty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2378. Theresa Roberts, as the Personal Representative of the Estate of Timothy Finnerty, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Finnerty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa Roberts is a resident of New Jersey. Timothy Finnerty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2379. Lisa Madden, as Personal Representative of the Estate of Carl J. Flickinger, deceased, the late parent of Carl M. Flickinger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Madden is a resident of New Jersey. Carl M. Flickinger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2380. Alana Flickinger, individually, as surviving child of Carl M. Flickinger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alana Flickinger is a resident of New York. Carl M. Flickinger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2381. Carl J. Flickinger, individually, as surviving child of Carl M. Flickinger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carl J. Flickinger is a resident of New York. Carl M. Flickinger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2382. Craig T. Flickinger, individually, as surviving child of Carl M. Flickinger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Craig T. Flickinger is a resident of New York. Carl M. Flickinger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2383. Edmund Flickinger, individually, as surviving sibling of Carl M. Flickinger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edmund Flickinger is a resident of New York. Carl M. Flickinger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2384. Kathleen Flickinger, individually, as surviving spouse of Carl M. Flickinger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Flickinger is a resident of New York. Carl M. Flickinger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2385. Lisa Madden, as Personal Representative of the Estate of Louise Flickinger, deceased, the late parent of Carl M. Flickinger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Madden as Personal Representative of the Estate of Louise Flickinger is a resident of New Jersey. Carl M. Flickinger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2386. Robert Flickinger, individually, as surviving sibling of Carl M. Flickinger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Flickinger is a resident of New York. Carl M. Flickinger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2387. Lisa Madden, individually, as surviving sibling of Carl M. Flickinger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Madden is a resident of New Jersey. Carl M. Flickinger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2388. Kathleen Flickinger, as the Personal Representative of the Estate of Carl M. Flickinger, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carl M. Flickinger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Flickinger is a resident of New York. Carl M. Flickinger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2389. Sylvia Aleman, individually, as surviving sibling of Claudia Foster, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sylvia Aleman is a resident of New York. Claudia Foster is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2390. Blanca Martinez, individually, as surviving parent of Claudia Foster, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Blanca Martinez is a resident of New York. Claudia Foster is one of the Decedents murdered as a result of the terrorist attacks

of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2391. Carlos Martinez, individually, as surviving parent of Claudia Foster, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carlos Martinez is a resident of New York. Claudia Foster is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2392. Karen Carlucci, individually, as surviving spouse of Peter Frank, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Carlucci is a resident of New York. Peter Frank is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2393. Constance Frank, individually, as surviving parent of Peter Frank, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Constance Frank is a resident of New York. Peter Frank is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2394. Michelle Frank, individually, as surviving sibling of Peter Frank, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michelle Frank is a resident of Rhode Island. Peter Frank is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2395. Peter Frank, individually, as surviving parent of Peter Frank, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Frank is a resident of New York. Peter Frank is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2396. Peter Frank, as the Personal Representative of the Estate of Peter Frank, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Peter Frank, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Frank is a resident of New York. Peter Frank is one of the

Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2397. Edward Gnazzo, individually, as surviving sibling of John Gnazzo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edward Gnazzo is a resident of New York. John Gnazzo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2398. Nicholas Gnazzo, individually, as surviving sibling of John Gnazzo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicholas Gnazzo is a resident of New York. John Gnazzo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2399. Song Jeng, individually, as surviving parent of John Gnazzo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Song Jeng is a resident of New York. John Gnazzo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2400. Luz America Piedrahita Ayala, individually, as surviving parent of Wilder Gomez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luz America Piedrahita Ayala is a resident of New York. Wilder Gomez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2401. Jairo Gomez, individually, as surviving sibling of Wilder Gomez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jairo Gomez is a resident of New York. Wilder Gomez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2402. Omar Gomez, individually, as surviving sibling of Wilder Gomez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Omar Gomez is a resident of New York. Wilder Gomez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

420

which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2403. Walter Gomez, individually, as surviving sibling of Wilder Gomez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Walter Gomez is a resident of New York. Wilder Gomez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2404. Kathleen Griffin, individually, as surviving sibling of John Griffin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Griffin is a resident of New Jersey. John Griffin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2405. Kathryn M. Quinn, as Personal Representative of the Estate of Kathryn Hargrave, deceased, the late parent of Timothy J. Hargrave, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathryn M. Quinn, as Personal Representative of the Estate of Kathryn Hargrave is a resident of New Jersey. Timothy J. Hargrave is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2406. Jeanmarie Hargrave, individually, as surviving sibling of Timothy J. Hargrave, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeanmarie Hargrave is a resident of New Jersey. Timothy J. Hargrave is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2407. James Hargrave Jr, individually, as surviving sibling of Timothy J. Hargrave, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Hargrave Jr is a resident of New Jersey. Timothy J. Hargrave is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2408. Carolyn Marie Kelly, individually, as surviving sibling of Timothy J. Hargrave, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carolyn Marie Kelly is a resident of New Jersey. Timothy J. Hargrave is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda

and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2409.   Patricia Mansfield, individually, as surviving sibling of Timothy J. Hargrave, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Mansfield is a resident of New Hampshire. Timothy J. Hargrave is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2410.   Maureen Murphy, individually, as surviving sibling of Timothy J. Hargrave, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Murphy is a resident of New Jersey. Timothy J. Hargrave is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2411.   Kathryn M. Quinn, individually, as surviving sibling of Timothy J. Hargrave, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathryn M. Quinn is a resident of New Jersey. Timothy J. Hargrave is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2412.   Mary Ann Struble, individually, as surviving sibling of Timothy J. Hargrave, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Ann Struble is a resident of Massachusetts. Timothy J. Hargrave is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2413.   Kenneth Haskell, individually, as surviving sibling of Thomas Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kenneth Haskell is a resident of New York. Thomas Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2414.   Kenneth Haskell, individually, as surviving sibling of Timothy Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kenneth Haskell is a resident of New York. Timothy Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2415. Belinda Barino Dillard, individually, as surviving sibling of Ronnie Henderson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Belinda Barino Dillard is a resident of New York. Ronnie Henderson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2416. Sharon Henderson, individually, as surviving sibling of Ronnie Henderson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sharon Henderson is a resident of California. Ronnie Henderson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2417. Lucy Aita, individually, as surviving spouse of Paul Innella, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lucy Aita is a resident of New Jersey. Paul Innella is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2418. Maria Rich, as the Personal Representative of the Estate of Paul Innella, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul Innella, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Rich is a resident of Florida. Paul Innella is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2419. James Jenkins, Jr., individually, as surviving sibling of John Jenkins, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Jenkins, Jr. is a resident of Kentucky. John Jenkins is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2420. Joan Kirwin, individually, as surviving spouse of Glenn Kirwin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan Kirwin is a resident of Connecticut. Glenn Kirwin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2421. Joan Kirwin, as the Personal Representative of the Estate of Glenn Kirwin, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Glenn Kirwin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan Kirwin is a resident of Connecticut. Glenn Kirwin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2422. Miles Kirwin, individually, as surviving child of Glenn Kirwin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Miles Kirwin is a resident of Connecticut. Glenn Kirwin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2423. Troy Kirwin, individually, as surviving child of Glenn Kirwin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Troy Kirwin is a resident of California. Glenn Kirwin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2424. Russ F. Jellinek, Esq., as the Personal Representative of the Estate of Vanessa Lang Langer, deceasedon behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vanessa Lang Langer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vanessa Lang Langer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2425. Jackson S. O'Connor, individually, as surviving sibling of Vanessa Lang Langer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jackson S. O'Connor is a resident of New York. Vanessa Lang Langer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2426. James T. O'Connor, individually, as surviving sibling of Vanessa Lang Langer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James T. O'Connor is a resident of New York. Vanessa Lang Langer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda

and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2427. Berdie Hicks as Personal Representative of the Estate of Walter W. Hicks, deceased, the late parent of Nickie Lindo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Berdie Hicks as Personal Representative of the Estate of Walter W. Hicks is a resident of Georgia. Nickie Lindo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2428. Lauren Baker, individually, as surviving child of Joseph R Marchbanks Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lauren Baker is a resident of Connecticut. Joseph R Marchbanks Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2429. Ryan Marchbanks, individually, as surviving child of Joseph R Marchbanks Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ryan Marchbanks is a resident of New Jersey. Joseph R Marchbanks Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2430. Teresa Marchbanks, individually, as surviving spouse of Joseph R Marchbanks Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa Marchbanks is a resident of New York. Joseph R Marchbanks Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2431. Teresa Marchbanks, as the Personal Representative of the Estate of Joseph R. Marchbanks, Jr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph R Marchbanks Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa Marchbanks is a resident of New York. Joseph R Marchbanks Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2432. Chasity DeLeon, as the Personal Representative of the Estate of Robert Gabriel Martinez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled

beneficiaries and family members of Robert Gabriel Martinez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chasity DeLeon is a resident of Florida. Robert Gabriel Martinez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2433. Kathleen A. Koehler, individually, as surviving child of Timothy Maude, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen A. Koehler is a resident of Indiana. Timothy Maude is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2434. Karen E. Maude, individually, as surviving child of Timothy Maude, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen E. Maude is a resident of Virginia. Timothy Maude is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2435. Teresa Maude, individually, as surviving spouse of Timothy Maude, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa Maude is a resident of South Carolina. Timothy Maude is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2436. Teresa Maude, as the Personal Representative of the Estate of Timothy Maude, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Maude, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa Maude is a resident of South Carolina. Timothy Maude is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2437. Christopher Delosh, individually, as surviving spouse of Kathy N. Mazza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Delosh is a resident of New York. Kathy N. Mazza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

426

2438. John Mazza, individually, as surviving sibling of Kathy N. Mazza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Mazza is a resident of New York. Kathy N. Mazza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2439. Ronald Mazza, individually, as surviving sibling of Kathy N. Mazza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ronald Mazza is a resident of New York. Kathy N. Mazza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2440. Rose Mazza, individually, as surviving parent of Kathy N. Mazza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rose Mazza is a resident of New York. Kathy N. Mazza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2441. Victor Mazza, individually, as surviving sibling of Kathy N. Mazza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Victor Mazza is a resident of New York. Kathy N. Mazza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2442. Christopher Delosh, as the Personal Representative of the Estate of Kathy N. Mazza, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kathy N. Mazza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Delosh is a resident of New York. Kathy N. Mazza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2443. Andrea Madonna and Joanne Los Kamp, as Co-Personal Representatives of the Estate of Joan Micciulli, deceased, the late parent of William Micciulli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Madonna and Joanne Los Kamp, as Co-Personal Representatives of the Estate of Joan Micciulli are residents of New Jersey and Florida respectively. William Micciulli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2444. Andrea Madonna, as Personal Representative of the Estate of William Edward Micciulli, deceased, the late parent of William Micciulli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Madonna, as Personal Representative of the Estate of William Edward Micciulli is a resident of New Jersey. William Micciulli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2445. Joanne Los Kamp, individually, as surviving sibling of William Micciulli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joanne Los Kamp is a resident of Florida. William Micciulli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2446. Andrea Madonna, individually, as surviving sibling of William Micciulli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Madonna is a resident of New Jersey. William Micciulli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2447. Emily Micciulli, individually, as surviving child of William Micciulli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Emily Micciulli is a resident of New York. William Micciulli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2448. Sara Micciulli, individually, as surviving child of William Micciulli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sara Micciulli is a resident of New York. William Micciulli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2449. Colleen Micciulli-Foley, individually, as surviving spouse of William Micciulli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Colleen Micciulli-Foley is a resident of New York. William Micciulli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda

and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2450. Colleen Micciulli-Foley, as the Personal Representative of the Estate of William Micciulli, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of William Micciulli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Colleen Micciulli-Foley is a resident of New York. William Micciulli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2451. Daniel Lamb, individually, as surviving sibling of Odessa Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Lamb is a resident of Virginia. Odessa Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2452. Ethel Scott, individually, as surviving sibling of Odessa Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ethel Scott is a resident of Florida. Odessa Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2453. Joseph Lamb, Sr., individually, as surviving sibling of Odessa Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Lamb, Sr. is a resident of Virginia. Odessa Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2454. Rachel Quinnie, individually, as surviving sibling of Odessa Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rachel Quinnie is a resident of Virginia. Odessa Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2455. Jeanine Murphy, individually, as surviving spouse of James Murphy, IV, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeanine Murphy is a resident of Pennsylvania. James Murphy, IV is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2456.  Jeanine Murphy, as the Personal Representative of the Estate of James Murphy, IV, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of James Murphy, IV, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeanine Murphy is a resident of Pennsylvania. James Murphy, IV is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2457.  Jessica A. Navas, individually, as surviving child of Joseph M. Navas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica A. Navas is a resident of New Jersey. Joseph M. Navas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2458.  Joseph M. Navas, Jr., individually, as surviving child of Joseph M. Navas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph M. Navas, Jr. is a resident of New Jersey. Joseph M. Navas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2459.  Justin C. Navas, individually, as surviving child of Joseph M. Navas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Justin C. Navas is a resident of New Jersey. Joseph M. Navas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2460.  Karen A. Navas, individually, as surviving spouse of Joseph M. Navas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen A. Navas is a resident of New Jersey. Joseph M. Navas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2461.  Karen A. Navas, as the Personal Representative of the Estate of Joseph M. Navas, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled

beneficiaries and family members of Joseph M. Navas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen A. Navas is a resident of New Jersey. Joseph M. Navas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2462. Stephen Nevins as the Personal Representative of the Estate of Lorraine B. Foley, deceased, the late parent of Gerard Nevins, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen Nevins is a resident of Tennessee. Gerard Nevins is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2463. Stephen Nevins, individually, as surviving sibling of Gerard Nevins, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen Nevins is a resident ofTennessee. Gerard Nevins is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2464. Iris Vega, individually, as surviving sibling of Diana O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Iris Vega is a resident of California. Diana O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2465. Maria Vega, individually, as surviving sibling of Diana O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Vega is a resident of New York. Diana O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2466. Virginia Parro, individually, as surviving parent of Robert Parro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Virginia Parro is a resident of New York. Robert Parro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2467. John Doe 149 as Personal Representative of the Estate of Barbara Dunleavy, deceased, the late sibling of Glenn C. Perry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Glenn C. Perry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2468. Frank Perry A/K/A Francis Perry, individually, as surviving sibling of Glenn C. Perry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Perry A/K/A Francis Perry is a resident of New Jersey. Glenn C. Perry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2469. Catherine Perry, individually, as surviving parent of Glenn C. Perry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Perry is a resident of New York. Glenn C. Perry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2470. Patrick Perry, individually, as surviving sibling of Glenn C. Perry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick Perry is a resident of New York. Glenn C. Perry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2471. Jennifer Bruno, individually, as surviving sibling of Maria Ramirez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Bruno is a resident of Florida. Maria Ramirez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2472. Miriam Carter, individually, as surviving sibling of Maria Ramirez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Miriam Carter is a resident of Florida. Maria Ramirez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2473.   Elsie Cintron-Rosado, individually, as surviving parent of Maria Ramirez, is a Plaintiff
        seeking justice for the tragic events of September 11, 2001. Elsie Cintron-Rosado is a
        resident of Florida. Maria Ramirez is one of the Decedents murdered as a result of the
        terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin
        Laden, and to which Muslim World League, International Islamic Relief Organization,
        World Assembly of Muslim Youth, and Yassin Kadi provided material support and
        assistance in furtherance of the attacks.

2474.   Elsie Cintron-Rosado, as the Personal Representative of the Estate of Maria Ramirez,
        deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled
        beneficiaries and family members of Maria Ramirez, is a Plaintiff seeking justice for the
        tragic events of September 11, 2001. Elsie Cintron-Rosado is a resident of Florida. Maria
        Ramirez is one of the Decedents murdered as a result of the terrorist attacks of September
        11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim
        World League, International Islamic Relief Organization, World Assembly of Muslim
        Youth, and Yassin Kadi provided material support and assistance in furtherance of the
        attacks.

2475.   Jessica Darden, individually, as surviving sibling of Maria Ramirez, is a Plaintiff seeking
        justice for the tragic events of September 11, 2001. Jessica Darden is a resident of
        Florida. Maria Ramirez is one of the Decedents murdered as a result of the terrorist
        attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,
        and to which Muslim World League, International Islamic Relief Organization, World
        Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in
        furtherance of the attacks.

2476.   Maureen Regan, individually, as surviving sibling of Donald Regan, is a Plaintiff seeking
        justice for the tragic events of September 11, 2001. Maureen Regan is a resident of
        Florida. Donald Regan is one of the Decedents murdered as a result of the terrorist
        attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,
        and to which Muslim World League, International Islamic Relief Organization, World
        Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in
        furtherance of the attacks.

2477.   William Regan, individually, as surviving sibling of Donald Regan, is a Plaintiff seeking
        justice for the tragic events of September 11, 2001. William Regan is a resident of New
        York. Donald Regan is one of the Decedents murdered as a result of the terrorist attacks
        of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to
        which Muslim World League, International Islamic Relief Organization, World
        Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in
        furtherance of the attacks.

2478.   Joan Reilly and Regina Madigan as Legal Guardians of Edward Reilly, individually, as
        surviving sibling of Kevin Reilly, is a Plaintiff seeking justice for the tragic events of
        September 11, 2001. Joan Reilly and Regina Madigan as Legal Guardians of Edward
        Reilly is a resident of New York. Kevin Reilly is one of the Decedents murdered as a
        result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda
        and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2479. John McManus, as the Personal Representative of the Estate of Richard Rescorla, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard Rescorla, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John McManus is a resident of New Jersey. Richard Rescorla is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2480. Susan Brand a/k/a Siegel a/k/a Retik, individually, as surviving sibling of David Retik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Brand a/k/a Siegel a/k/a Retik is a resident of New York. David Retik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2481. Mark Retik as Personal Representative of the Estate of Lynne Retik, deceased, the late parent of David Retik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mark Retik as Personal Representative of the Estate of Lynne Retik is a resident of New Jersey. David Retik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2482. John Doe 125 as Personal Representative of the Estate of Alan Retik, deceased, the late parent of David Retik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Retik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2483. Benjamin Retik, individually, as surviving child of David Retik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Benjamin Retik is a resident of Massachusetts. David Retik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2484. Dina Retik, individually, as surviving child of David Retik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dina Retik is a resident of Massachusetts. David Retik is one of the Decedents murdered as a result of the terrorist attacks of

September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2485. Molly Retik, individually, as surviving child of David Retik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Molly Retik is a resident of Massachusetts. David Retik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2486. Susan Zalesne Retik, individually, as surviving spouse of David Retik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Zalesne Retik is a resident of Massachusetts. David Retik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2487. Susan Zalesne Retik Personal Representative of the Estate of David Retik, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of David Retik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Retik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2488. Stanley Rodgers, individually, as surviving parent of Venesha Richards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stanley Rodgers is a resident of Georgia. Venesha Richards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2489. Cristal Barragan, individually, as surviving child of Moises Rivas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cristal Barragan is a resident of Pennsylvania. Moises Rivas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2490. Katherin Dalmasi fka Katherin Pleitez, individually, as surviving child of Moises Rivas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katherin Dalmasi fka Katherin Pleitez is a resident of Pennsylvania. Moises Rivas is one of the

Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2491. Karen Robertson-Jurczak, as the Personal Representative of the Estate of Donald Robertson, Jr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Donald Robertson, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Robertson-Jurczak is a resident of New Jersey. Donald Robertson, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2492. Karen Robertson-Jurczak, individually, as surviving spouse of Donald Robertson, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Robertson-Jurczak is a resident of New Jersey. Donald Robertson, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2493. Denyse Betcher, individually, as surviving child of Paul Ruback, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Denyse Betcher is a resident of New York. Paul Ruback is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2494. Danny J. Marino, individually, as surviving child of Paul Ruback, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Danny J. Marino is a resident of South Carolina. Paul Ruback is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2495. Raysa Rodriguez, individually, as surviving sibling of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raysa Rodriguez is a resident of New York. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2496. Amarcimeve Jimenez Salcedo, individually, as surviving parent of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amarcimeve

Jimenez Salcedo is a resident of New York. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2497. Amber Salcedo, individually, as surviving child of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amber Salcedo is a resident of Florida. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2498. Francisco Salcedo, individually, as surviving sibling of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francisco Salcedo is a resident of New York. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2499. Joel Salcedo, individually, as surviving sibling of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joel Salcedo is a resident of New York. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2500. Kayla Salcedo, individually, as surviving child of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kayla Salcedo is a resident of Massachusetts. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2501. Markos Salcedo, individually, as surviving child of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Markos Salcedo is a resident of Massachusetts. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2502. Matilde Salcedo, individually, as surviving spouse of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matilde Salcedo is a resident of Massachusetts. Esmerlin Salcedo is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2503.   Melody Salcedo, individually, as surviving child of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melody Salcedo is a resident of Florida. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2504.   Miriam Salcedo, individually, as surviving parent of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Miriam Salcedo is a resident of New York. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2505.   Orson Salcedo, individually, as surviving sibling of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Orson Salcedo is a resident of New York. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2506.   Oscar Salcedo, individually, as surviving sibling of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Oscar Salcedo is a resident of New York. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2507.   Matilde Salcedo, as the Personal Representative of the Estate of Esmerlin Salcedo, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matilde Salcedo is a resident of New York. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2508.   Melissa Magazine, individually, as surviving child of Jay Magazine, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melissa Magazine is a resident of

New York. Jay Magazine is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2509. Paul Asaro, individually, as surviving sibling of Carl Asaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Asaro is a resident of New York. Carl Asaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2510. Peter Asaro, individually, as surviving sibling of Carl Asaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Asaro is a resident of New York. Carl Asaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2511. Dolores Audiffred, individually, as surviving sibling of James Audiffred, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dolores Audiffred is a resident of New York. James Audiffred is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2512. Mark Anthony Barrett, Sr., individually, as surviving sibling of Renee Barrett-Arjune, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mark Anthony Barrett, Sr. is a resident of New York. Renee Barrett-Arjune is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2513. Mark Anthony Barrett, Sr., as the Personal Representative of the Estate of Renee Barrett-Arjune, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Renee Barrett-Arjune, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mark Anthony Barrett, Sr. is a resident of New York. Renee Barrett-Arjune is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2514.   Edward Arjune, individually, as surviving child of Renee Barrett-Arjune, is a Plaintiff
        seeking justice for the tragic events of September 11, 2001. Edward Arjune is a resident
        of New Jersey. Renee Barrett-Arjune is one of the Decedents murdered as a result of the
        terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin
        Laden, and to which Muslim World League, International Islamic Relief Organization,
        World Assembly of Muslim Youth, and Yassin Kadi provided material support and
        assistance in furtherance of the attacks.

2515.   John Joseph Curtin, individually, as surviving sibling of Michael Curtin, is a Plaintiff
        seeking justice for the tragic events of September 11, 2001. John Joseph Curtin is a
        resident of Georgia. Michael Curtin is one of the Decedents murdered as a result of the
        terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin
        Laden, and to which Muslim World League, International Islamic Relief Organization,
        World Assembly of Muslim Youth, and Yassin Kadi provided material support and
        assistance in furtherance of the attacks.

2516.   Kathleen Wojslaw, individually, as surviving sibling of Michael Curtin, is a Plaintiff
        seeking justice for the tragic events of September 11, 2001. Kathleen Wojslaw is a
        resident of New York. Michael Curtin is one of the Decedents murdered as a result of the
        terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin
        Laden, and to which Muslim World League, International Islamic Relief Organization,
        World Assembly of Muslim Youth, and Yassin Kadi provided material support and
        assistance in furtherance of the attacks.

2517.   Jeanne Osterndorf, individually, as surviving sibling of Michael Curtin, is a Plaintiff
        seeking justice for the tragic events of September 11, 2001. Jeanne Osterndorf is a
        resident of North Carolina. Michael Curtin is one of the Decedents murdered as a result
        of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and
        Osama bin Laden, and to which Muslim World League, International Islamic Relief
        Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material
        support and assistance in furtherance of the attacks.

2518.   James Devlin, individually, as surviving sibling of Dennis Devlin, is a Plaintiff seeking
        justice for the tragic events of September 11, 2001. James Devlin is a resident of Indiana.
        Dennis Devlin is one of the Decedents murdered as a result of the terrorist attacks of
        September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to
        which Muslim World League, International Islamic Relief Organization, World
        Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in
        furtherance of the attacks.

2519.   John Duffy, individually, as surviving sibling of Michael Duffy, is a Plaintiff seeking
        justice for the tragic events of September 11, 2001. John Duffy is a resident of New
        York. Michael Duffy is one of the Decedents murdered as a result of the terrorist attacks
        of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to
        which Muslim World League, International Islamic Relief Organization, World
        Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in
        furtherance of the attacks.

2520. Barbara Duffy, individually, as surviving parent of Michael Duffy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Duffy is a resident of New York. Michael Duffy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2521. Barbara Duffy, as the Personal Representative of the Estate of Michael Duffy, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Duffy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Duffy is a resident of New York. Michael Duffy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2522. Marykay Kemper, individually, as surviving sibling of Michael Duffy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marykay Kemper is a resident of New York. Michael Duffy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2523. Jane Gollan, individually, as surviving sibling of Barbara G. Edwards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jane Gollan is a resident of Arizona. Barbara G. Edwards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2524. Douglas Evans, individually, as surviving sibling of Eric Evans, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Douglas Evans is a resident of New Jersey. Eric Evans is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2525. Iris J. Friedman, individually, as surviving sibling of Paul Friedman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Iris J. Friedman is a resident of Massachusetts. Paul Friedman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2526. Meryl Friedman Price, individually, as surviving sibling of Paul Friedman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Meryl Friedman Price is a resident of Massachusetts. Paul Friedman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2527. James Friedman, individually, as surviving sibling of Paul Friedman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Friedman is a resident of New Jersey. Paul Friedman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2528. Thomas Gary, individually, as surviving child of Bruce Gary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Gary is a resident of New York. Bruce Gary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2529. Josefina Gonzalez, individually, as surviving parent of Rosa Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Josefina Gonzalez is a resident of Pennsylvania. Rosa Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2530. Eneida Ramos, individually, as surviving sibling of Rosa Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eneida Ramos is a resident of New Jersey. Rosa Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2531. Lydia E. Ramos-Gonzalez, individually, as surviving sibling of Rosa Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lydia E. Ramos-Gonzalez is a resident of Pennsylvania. Rosa Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2532. Esterlina Rivera, individually, as surviving sibling of Rosa Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Esterlina Rivera is a resident of New Jersey. Rosa Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2533. Reinaldo Ramos-Gonzalez, individually, as surviving sibling of Rosa Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Reinaldo Ramos-Gonzalez is a resident of Pennsylvania. Rosa Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2534. Maria Gonzalez, individually, as surviving sibling of Rosa Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Gonzalez is a resident of New Jersey. Rosa Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2535. Nelida Gonzalez, individually, as surviving sibling of Rosa Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nelida Gonzalez is a resident of Pennsylvania. Rosa Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2536. Jose Gonzalez, individually, as surviving sibling of Rosa Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose Gonzalez is a resident of New Jersey. Rosa Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2537. Wesley Graf, individually, as surviving child of Edwin Graf, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wesley Graf is a resident of Georgia. Edwin Graf is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

443

2538. Mary Hasson, as the Personal Representative of the Estate of Joseph John Hasson, III, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph John Hasson, III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Hasson is a resident of New York. Joseph John Hasson, III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2539. Mary Hasson, individually, as surviving spouse of Joseph John Hasson, III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Hasson is a resident of New York. Joseph John Hasson, III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2540. Joseph John Hasson, IV, individually, as surviving child of Joseph John Hasson, III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph John Hasson, IV is a resident of New York. Joseph John Hasson, III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2541. Joseph John Hasson, Jr, individually, as surviving parent of Joseph John Hasson, III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph John Hasson, Jr is a resident of New York. Joseph John Hasson, III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2542. Paulette Hasson, individually, as surviving parent of Joseph John Hasson, III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paulette Hasson is a resident of New York. Joseph John Hasson, III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2543. Victoria Zanotto, individually, as surviving sibling of Joseph John Hasson, III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Victoria Zanotto is a resident of New York. Joseph John Hasson, III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2544. Christopher Hasson, individually, as surviving sibling of Joseph John Hasson, III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Hasson is a resident of New York. Joseph John Hasson, III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2545. Maria Rich, individually, as surviving sibling of Paul Innella, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Rich is a resident of Florida. Paul Innella is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2546. Maria Rich, as Personal Representative of the Estate of Shirley Innella, deceased, the late parent of Paul Innella, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Rich is a resident of Florida. Paul Innella is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2547. Lisa Iraci as Personal Representative of the Estate of Francis Kelly, deceased, the late sibling of Thomas William Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Iraci as Personal Representative of the Estate of Francis Kelly is a resident of New York. Thomas William Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2548. Nancy Kelly, individually, as surviving sibling of Thomas Michael Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nancy Kelly is a resident of New York. Thomas Michael Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2549. Nancy Kelly as Personal Representative of the Estate of Sylvia Kelly, deceased, the late parent of Thomas Michael Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nancy Kelly as Personal Representative of the Estate of Sylvia Kelly is a resident of New York. Thomas Michael Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out

by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2550. Yolanda Cerda, individually, as surviving spouse of Matthew Leonard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yolanda Cerda is a resident of New York. Matthew Leonard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2551. Yolanda Cerda, as the Personal Representative of the Estate of Matthew Leonard, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Matthew Leonard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yolanda Cerda is a resident of New York. Matthew Leonard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2552. Christina Leonard, individually, as surviving child of Matthew Leonard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christina Leonard is a resident of New York. Matthew Leonard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2553. Samantha Allen, individually, as surviving child of Samantha Lightbourn-Allen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Samantha Allen is a resident of Maryland. Samantha Lightbourn-Allen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2554. Michael Magee, individually, as surviving sibling of Charles Magee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Magee is a resident of Florida. Charles Magee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2555. Margaret Randazzo-Maloy, individually, as surviving spouse of Gene Maloy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret Randazzo-Maloy is a resident of California. Gene Maloy is one of the Decedents murdered as a

result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2556. Rosalie Marti, individually, as surviving parent of Michael Marti, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosalie Marti is a resident of New York. Michael Marti is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2557. Mario Truglio as Personal Representative of the Estate of Rodger Marti, deceased, the late parent of Michael Marti, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mario Truglio as Personal Representative of the Estate of Rodger Marti is a resident of New York. Michael Marti is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2558. Rosalie Marti, as the Personal Representative of the Estate of Michael Marti, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Marti, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosalie Marti is a resident of New York. Michael Marti is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2559. Nixia Mena-Alexis, individually, as surviving sibling of Diarelia Mena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nixia Mena-Alexis is a resident of New Jersey. Diarelia Mena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2560. Diana Mena, individually, as surviving parent of Diarelia Mena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Diana Mena is a resident of New Jersey. Diarelia Mena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2561. Nixia Mena-Alexis as Personal Representative of the Estate of Aurelio Mena, deceased, the late parent of Diarelia Mena, is a Plaintiff seeking justice for the tragic events of

September 11, 2001. Nixia Mena-Alexis as Personal Representative of the Estate of Aurelio Mena is a resident of New Jersey. Diarelia Mena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2562. Sandra O'Connor Carey, individually, as surviving spouse of Keith O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sandra O'Connor Carey is a resident of New Jersey. Keith O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2563. Sandra O'Connor Carey, as the Personal Representative of the Estate of Keith O'Connor, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Keith O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sandra O'Connor Carey is a resident of New Jersey. Keith O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2564. Susan O'Connor, individually, as surviving parent of Keith O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan O'Connor is a resident of New Jersey. Keith O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2565. Susan O'Connor, as Personal Representative of the Estate of Francis O'Connor, deceased, the late parent of Keith O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan O'Connor, as Personal Representative of the Estate of Francis O'Connor is a resident of New Jersey. Keith O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2566. Neil Peraza, individually, as surviving sibling of Robert Peraza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Neil Peraza is a resident of Florida. Robert Peraza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2567. Neil Peraza, as the Personal Representative of the Estate of Robert Peraza, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert Peraza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Neil Peraza is a resident of Florida. Robert Peraza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2568. Neil Peraza, as Personal Representative of the Estate of Robert D. Peraza, deceased, the late parent of Robert Peraza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Neil Peraza, as Personal Representative of the Estate of Robert D. Peraza is a resident of Florida. Robert Peraza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2569. Lee Gargano, individually, as surviving sibling of Karen Renda, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lee Gargano is a resident of North Carolina. Karen Renda is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2570. Minerva Rosario, as the Personal Representative of the Estate of Aida Rosario, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Aida Rosario, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Minerva Rosario is a resident of New Jersey. Aida Rosario is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2571. Minerva Rosario as Personal Representative of the Estate of Rodolfo Rosario, deceased, the late sibling of Aida Rosario, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Minerva Rosario as Personal Representative of the Estate of Rodolfo Rosario is a resident of New Jersey. Aida Rosario is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2572. Amy Vazquez, individually, as surviving child of Aida Rosario, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amy Vazquez is a resident of New

Jersey. Aida Rosario is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2573. Jasmine DeJesus, individually, as surviving child of Aida Rosario, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jasmine DeJesus is a resident of New Jersey. Aida Rosario is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2574. Farah Frenkel, individually, as surviving sibling of Rahma Salie, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Farah Frenkel is a resident of California. Rahma Salie is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2575. Christina Savas, individually, as surviving child of Anthony Savas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christina Savas is a resident of South Carolina. Anthony Savas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2576. David Schlegel, individually, as surviving sibling of Robert Schlegel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Schlegel is a resident of Maine. Robert Schlegel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2577. Richard Schlegel, individually, as surviving sibling of Robert Schlegel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard Schlegel is a resident of Pennsylvania. Robert Schlegel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2578. John Doe 150 as Personal Representative of the Estate of Elvin Schlegel, deceased, the late parent of Robert Schlegelis a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Schlegel is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2579.  Robert Davenport, individually, as surviving sibling of Antionette Sherman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Davenport is a resident of Maryland. Antionette Sherman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2580.  Christopher Charles Clarke, individually, as surviving sibling of Antionette Sherman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Charles Clarke is a resident of Maryland. Antionette Sherman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2581.  Jamal Green, individually, as surviving child of Antionette Sherman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jamal Green is a resident of Maryland. Antionette Sherman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2582.  Perry Sikorsky as Personal Representative of the Estate of George K. Sikorsky, deceased, the late parent of Gregory Sikorsky, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Perry Sikorsky as Personal Representative of the Estate of George K. Sikorsky is a resident of New York. Gregory Sikorsky is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2583.  Perry Sikorsky as Personal Representative of the Estate of Luzia Sikorsky, deceased, the late parent of Gregory Sikorsky, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Perry Sikorsky as Personal Representative of the Estate of Luzia Sikorsky is a resident of New York. Gregory Sikorsky is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2584.  Toolsiedai Seepersaud a/k/a Ruby Awan, individually, as surviving parent of Khamladai Khami Singh, is a Plaintiff seeking justice for the tragic events of September 11, 2001.

Toolsiedai Seepersaud a/k/a Ruby Awan is a resident of New York. Khamladai Khami Singh is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2585.   Toolsiedai Seepersaud a/k/a Ruby Awan, as the Personal Representative of the Estate of Khamladai Khami Singh, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Khamladai Khami Singh, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Toolsiedai Seepersaud a/k/a Ruby Awan is a resident of New York. Khamladai Khami Singh is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2586.   Toolsiedai Seepersaud a/k/a Ruby Awan, as Personal Representative of the Estate of Roshan Ramesh Singh, deceased, the late sibling of Khamladai Khami Singh, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Toolsiedai Seepersaud a/k/a Ruby Awan, as Personal Representative of the Estate of Roshan Ramesh Singh is a resident of New York. Khamladai Khami Singh is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2587.   Toolsiedai Seepersaud a/k/a Ruby Awan, individually, as surviving parent of Roshan Ramesh Singh, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Toolsiedai Seepersaud a/k/a Ruby Awan is a resident of New York. Roshan Ramesh Singh is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2588.   Toolsiedai Seepersaud a/k/a Ruby Awan, as the Personal Representative of the Estate of Roshan Ramesh Singh, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Roshan Ramesh Singh, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Toolsiedai Seepersaud a/k/a Ruby Awan is a resident of New York. Roshan Ramesh Singh is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2589.   Toolsiedai Seepersaud a/k/a Ruby Awan, as Personal Representative of the Estate of Khamladai Khami Singh, deceased, the late sibling of Roshan Ramesh Singh, is a

Plaintiff seeking justice for the tragic events of September 11, 2001. Toolsiedai Seepersaud a/k/a Ruby Awan, as Personal Representative of the Estate of Khamladai Khami Singh is a resident of New York. Roshan Ramesh Singh is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2590. Leandra Hart, individually, as surviving child of Leon Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leandra Hart is a resident of New York. Leon Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2591. Alex Stone, individually, as surviving child of Lonny Jay Stone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alex Stone is a resident of New York. Lonny Jay Stone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2592. Stacey Stone, individually, as surviving spouse of Lonny Jay Stone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stacey Stone is a resident of New York. Lonny Jay Stone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2593. Stacey Stone, as the Co-Personal Representative of the Estate of Lonny Stone, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lonny Jay Stone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stacey Stone is a resident of New York. Lonny Jay Stone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2594. Joshua Stone, individually, as surviving child of Lonny Jay Stone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joshua Stone is a resident of New York. Lonny Jay Stone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2595. Graeme Sword, individually, as surviving sibling of Derek O. Sword, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Graeme Sword is a resident of the United Kingdom. Derek O. Sword is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2596. John Doe 105, as the Personal Representative of the Estate of Allan Sword, deceased, the late sibling of Derek O. Sword, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Derek O. Sword is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2597. Irene Sword, individually, as surviving parent of Derek O. Sword, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Irene Sword is a resident of the United Kingdom. Derek O. Sword is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2598. David Sword, individually, as surviving parent of Derek O. Sword, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Sword is a resident of the United Kingdom. Derek O. Sword is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2599. Luz Vale, individually, as surviving spouse of Ivan Vale, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luz Vale is a resident of Puerto Rico. Ivan Vale is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2600. Luz Vale, as the Personal Representative of the Estate of Ivan Vale, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ivan Vale, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luz Vale is a resident of Puerto Rico. Ivan Vale is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League,

International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2601. Clarissa Kirschenbaum, as Personal Representative of the Estate of Adolph Wald, deceased, the late parent of Victor Wald, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Clarissa Kirschenbaum, as Personal Representative of the Estate of Adolph Wald is a resident of New York. Victor Wald is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2602. Clarissa Kirschenbaum, as Personal Representative of the Estate of Fanni Wald, deceased, the late parent of Victor Wald, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Clarissa Kirschenbaum, as Personal Representative of the Estate of Fanni Wald is a resident of New York. Victor Wald is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2603. Robert Weingard, individually, as surviving sibling of Scott Weingard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Weingard is a resident of New York. Scott Weingard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2604. Marc Weingard as Personal Representative of the Estate of Bonnie Weingard, deceased, the late parent of Scott Weingard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marc Weingard as Personal Representative of the Estate of Bonnie Weingard is a resident of Florida. Scott Weingard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2605. Marc Weingard, individually, as surviving sibling of Scott Weingard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marc Weingard is a resident ofFlorida. Scott Weingard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2606. Marc Weingard, as the Personal Representative of the Estate of Scott Weingard, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Scott Weingard, is a Plaintiff seeking justice for the

tragic events of September 11, 2001. Marc Weingard is a resident ofFlorida. Scott Weingard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2607. Denise White, individually, as surviving child of John White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Denise White is a resident of Florida. John White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2608. Lillian Zambrana as Personal Representative of the Estate of Edwin Zambrana, Sr., deceased, the late parent of Edwin Zambrana, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lillian Zambrana as Personal Representative of the Estate of Edwin Zambrana, Sr. is a resident of New York. Edwin Zambrana is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2609. Michael Bianco, individually, as surviving child of Joseph Agnello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Bianco is a resident of New Jersey. Joseph Agnello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2610. Charlotte Amundson, individually, as surviving child of Craig Amundson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charlotte Amundson is a resident of New Mexico. Craig Amundson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2611. Elliot Amundson, individually, as surviving child of Craig Amundson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elliot Amundson is a resident of New Mexico. Craig Amundson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2612. Amber A. Amundson, individually, as surviving spouse of Craig Amundson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amber A. Amundson is a resident of New Mexico. Craig Amundson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2613. Natalie Pollack, individually, as surviving child of Louis F. Aversano, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Natalie Pollack is a resident of Florida. Louis F. Aversano, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2614. Ronda Boyle, individually, as surviving spouse of Allen Boyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ronda Boyle is a resident of Montana. Allen Boyle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2615. Ronda Boyle, as the Personal Representative of the Estate of Allen Boyle, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Allen Boyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ronda Boyle is a resident of Montana. Allen Boyle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2616. Allen Richard Boyle, individually, as surviving child of Allen Boyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Allen Richard Boyle is a resident of Montana. Allen Boyle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2617. Dylan Boyle, individually, as surviving child of Allen Boyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dylan Boyle is a resident of Montana. Allen Boyle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2618.   Nathan Boyle, individually, as surviving child of Allen Boyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nathan Boyle is a resident of Montana. Allen Boyle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2619.   Patrick Cartier, individually, as surviving parent of James Cartier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick Cartier is a resident of New York. James Cartier is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2620.   John Doe 96, being intended to designate the Personal Representative of the Estate of James Cartier, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of James Cartier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Cartier is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2621.   John Doe 151 as Personal Representative of the Estate of Douglas Caufield, deceased, the late sibling of Robert Caufield, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Caufield is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks

2622.   John Doe 93, being intended to designate the Personal Representative of the Estate of Robert Caufield, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert Caufield, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Caufield is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2623. Jermaine Cook, individually, as surviving spouse of Helen Cook, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jermaine Cook is a resident of Maryland. Helen Cook is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2624. Mary Doherty, as the Personal Representative of the Estate of John Doherty, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Doherty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Doherty is a resident of New York. John Doherty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2625. Mary Doherty, individually, as surviving spouse of John Doherty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Doherty is a resident of New York. John Doherty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2626. Barbara Doherty, individually, as surviving child of John Doherty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Doherty is a resident of New York. John Doherty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2627. Maureen Reed, individually, as surviving child of John Doherty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Reed is a resident of New York. John Doherty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2628. Sarah Dwyer, individually, as surviving child of Patrick Dwyer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sarah Dwyer is a resident of New York. Patrick Dwyer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2629. Jo Ann Dwyer, individually, as surviving spouse of Patrick Dwyer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jo Ann Dwyer is a resident of New York. Patrick Dwyer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2630. Jo Ann Dwyer, as the Personal Representative of the Estate of Patrick Dwyer, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patrick Dwyer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jo Ann Dwyer is a resident of New York. Patrick Dwyer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2631. Brendan Dwyer, individually, as surviving child of Patrick Dwyer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brendan Dwyer is a resident of New York. Patrick Dwyer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2632. Barbara Echtermann, individually, as surviving parent of Margaret Echtermann, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Echtermann is a resident of New York. Margaret Echtermann is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2633. Johanna Kmetz, as the Personal Representative of the Estate of Margaret Echtermann, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Margaret Echtermann, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Johanna Kmetz is a resident of New York. Margaret Echtermann is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2634. Annette Elseth, individually, as surviving spouse of Robert Elseth, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Annette Elseth is a resident of Virginia. Robert Elseth is one of the Decedents murdered as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2635.   Annette Elseth, as the Personal Representative of the Estate of Robert Elseth, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert Elseth, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Annette Elseth is a resident of Virginia. Robert Elseth is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2636.   Faith Elseth, individually, as surviving child of Robert Elseth, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Faith Elseth is a resident of Virginia. Robert Elseth is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2637.   Berta Elseth, individually, as surviving parent of Robert Elseth, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Berta Elseth is a resident of Florida. Robert Elseth is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2638.   James Elseth as Personal Representative for the Estate of Curtis Elseth, deceased, the late parent of Robert Elseth, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Elseth as Personal Representative for the Estate of Curtis Elseth is a resident of Florida. Robert Elseth is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2639.   James Elseth, individually, as surviving sibling of Robert Elseth, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Elseth is a resident of Florida. Robert Elseth is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2640.   Harlan Elseth, individually, as surviving sibling of Robert Elseth, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Harlan Elseth is a resident of

Minnesota. Robert Elseth is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2641.   Nancy Bolger, individually, as surviving sibling of Robert Elseth, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nancy Bolger is a resident of Canada. Robert Elseth is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2642.   Alfredo Samuel Espinal, individually, as surviving sibling of Jose Espinal, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alfredo Samuel Espinal is a resident of Idaho. Jose Espinal is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2643.   Dorothy Swick, individually, as surviving sibling of Catherine Fagan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dorothy Swick is a resident of Pennsylvania. Catherine Fagan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2644.   Veronica Morris, as the Personal Representative of the Estate of Eileen Flecha, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Eileen Flecha, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Veronica Morris is a resident of Virginia. Eileen Flecha is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2645.   Veronica Morris, individually, as surviving parent of Eileen Flecha, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Veronica Morris is a resident of Virginia. Eileen Flecha is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2646.   Jane Thompson, individually, as surviving parent of Jon Grabowski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jane Thompson is a resident of

Delaware. Jon Grabowski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2647. Desmond Green, individually, as surviving sibling of Derrick Green, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Desmond Green is a resident of Connecticut. Derrick Green is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2648. Ester Yevdayeva, individually, as surviving parent of Daniel Ilkanayev, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ester Yevdayeva is a resident of New York. Daniel Ilkanayev is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2649. Alfred Jeffries, Sr., individually, as surviving parent of Alva Jeffries Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alfred Jeffries, Sr. is a resident of Massachusetts. Alva Jeffries Sanchez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2650. Malikah Jeffries, individually, as surviving sibling of Alva Jeffries Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Malikah Jeffries is a resident of Massachusetts. Alva Jeffries Sanchez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2651. AlexandraMück, individually, as surviving child of George Lopez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexandra Mück is a resident of Florida. George Lopez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2652. Doris McCloud, individually, as surviving parent of Tara McCloud Gray, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Doris McCloud is a resident of Indiana. Tara McCloud Gray is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2653. Tommie Milam, individually, as surviving parent of Ronald Milam, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tommie Milam is a resident of Oklahoma. Ronald Milam is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2654. Effie Milam, individually, as surviving parent of Ronald Milam, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Effie Milam is a resident of Texas. Ronald Milam is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2655. Steven Wayne Milam, individually, as surviving sibling of Ronald Milam, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Steven Wayne Milam is a resident of Texas. Ronald Milam is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2656. Winsome Nelson-Reid, individually, as surviving parent of Michele Ann Nelson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Winsome Nelson-Reid is a resident of New York. Michele Ann Nelson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2657. Winsome Nelson-Reid, as the Personal Representative of the Estate of Michele Nelson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michele Ann Nelson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Winsome Nelson-Reid is a resident of New York. Michele Ann Nelson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2658. Monique Riviere, individually, as surviving sibling of Michele Ann Nelson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Monique Riviere is a resident

of Maryland. Michele Ann Nelson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2659.  Sheila O'Shea, as the Personal Representative of the Estate of Patrick O'Shea, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patrick O'Shea, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sheila O'Shea is a resident of New York. Patrick O'Shea is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2660.  Sheila O'Shea, individually, as surviving spouse of Patrick O'Shea, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sheila O'Shea is a resident of New York. Patrick O'Shea is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2661.  Patrick O'Shea, Jr., individually, as surviving child of Patrick O'Shea, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick O'Shea, Jr. is a resident of New York. Patrick O'Shea is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2662.  Megan O'Shea, individually, as surviving child of Patrick O'Shea, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Megan O'Shea is a resident of New York. Patrick O'Shea is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2663.  Edwin Ovalles, individually, as surviving child of Jesus Ovalles, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edwin Ovalles is a resident of Pennsylvania. Jesus Ovalles is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2664.  John Doe 90, being intended to designate the Personal Representative of the Estate of Jesus Ovalles, deceased, said name being fictitious, her/his true name is not presently

known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jesus Ovalles, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jesus Ovalles is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2665.   Pamela Pabon, individually, as surviving child of Israel Pabon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pamela Pabon is a resident of Puerto Rico. Israel Pabon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2666.   Terry Paul, individually, as surviving sibling of James Paul, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Terry Paul is a resident of the District of Columbia. James Paul is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2667.   Patricia A. Paul, as the Personal Representative of the Estate of James Paul, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of James Paul, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia A. Paul is a resident of Illinois. James Paul is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2668.   Carey Pierce, individually, as surviving sibling of Dennis Pierce, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carey Pierce is a resident of France. Dennis Pierce is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2669.   Barbara Timpone, individually, as surviving sibling of Dennis Pierce, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Timpone is a resident of Arizona. Dennis Pierce is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2670.   John Doe 97, being intended to designate the Personal Representative of the Estate of Dennis Pierce, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dennis Pierce, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dennis Pierce is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2671.   Cynthia Lesemann, individually, as surviving sibling of James Sands, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cynthia Lesemann is a resident of New Jersey. James Sands, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2672.   Geraldine Sands, individually, as surviving parent of James Sands, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Geraldine Sands is a resident of New Jersey. James Sands, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2673.   Loreen Fremaint, individually, as surviving sibling of James Sands, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Loreen Fremaint is a resident of New Jersey. James Sands, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2674.   Dinnette Medina, individually, as surviving sibling of Ayleen Santiago, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dinnette Medina is a resident of Pennsylvania. Ayleen Santiago is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2675. Otis Tolbert, individually, as surviving parent of Otis Tolbert, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Otis Tolbert is a resident of California. Otis Tolbert is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2676. Nancy Tolbert, individually, as surviving parent of Otis Tolbert, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nancy Tolbert is a resident of California. Otis Tolbert is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2677. Shari Tolbert, as Representative of the Estate of Otis Tolbert, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Otis Tolbert, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shari Tolbert is a resident of California. Otis Tolbert is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2678. Alda Walcott, as the Personal Representative of the Estate of Courtney Walcott, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Courtney Walcott, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alda Walcott is a resident of Florida. Courtney Walcott is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2679. Alda Walcott, individually, as surviving parent of Courtney Walcott, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alda Walcott is a resident of Florida. Courtney Walcott is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2680. Hector L. Walcott, individually, as surviving parent of Courtney Walcott, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Hector L. Walcott is a resident of Florida. Courtney Walcott is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2681. Andrew Walcott, individually, as surviving sibling of Courtney Walcott, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Walcott is a resident of New York. Courtney Walcott is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2682. Delano Walcott, individually, as surviving sibling of Courtney Walcott, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Delano Walcott is a resident of Arizona. Courtney Walcott is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2683. John Doe 89, being intended to designate the Personal Representative of the Estate of Edward White, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edward White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2684. Christopher White, individually, as surviving sibling of Edward White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher White is a resident of New York. Edward White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2685. Regina White, individually, as surviving parent of Edward White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Regina White is a resident of New York. Edward White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2686. Regina White, as Personal Represntative of the Estate of Edward James White, Jr., deceased, the late parent of Edward White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Regina White, as Personal Represntative of the Estate of Edward James White, Jr. is a resident of New York. Edward White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2687. William White, individually, as surviving sibling of Edward White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William White is a resident of New York. Edward White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2688. Suzanne Antoniou, individually, as surviving sibling of Edward White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Suzanne Antoniou is a resident of New York. Edward White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2689. James White, individually, as surviving sibling of Edward White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James White is a resident of New York. Edward White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2690. Wanda Rose, individually, as surviving sibling of Lisa Young, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wanda Rose is a resident of Maryland. Lisa Young is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2691. Barry Amundson, individually, as surviving sibling of Craig Amundson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barry Amundson is a resident of Oregon. Craig Amundson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2692. Ramona Schroeder, individually, as surviving parent of Lorraine Antigua, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ramona Schroeder is a resident of Florida. Lorraine Antigua is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2693. Charles Schroeder, individually, as surviving parent of Lorraine Antigua, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charles Schroeder is a resident of Florida. Lorraine Antigua is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2694. Sasha Cardona, individually, as surviving child of Jose Cardona, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sasha Cardona is a resident of Florida. Jose Cardona is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2695. Daniel Acevedo, individually, as surviving sibling of Vivian Casalduc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Acevedo is a resident of Florida. Vivian Casalduc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2696. Jennifer Sullivan, individually, as surviving child of Michael Curtin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Sullivan is a resident of Massachusetts. Michael Curtin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2697. Barbara Echtermann as Personal Representative of the Estate of Helmut Echtermann, deceased, the late parent of Margaret Echtermann, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Echtermann as Personal Representative of the Estate of Helmut Echtermann is a resident of Florida. Margaret Echtermann is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2698. Dietrich Echtermann, individually, as surviving sibling of Margaret Echtermann, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dietrich Echtermann is a resident of California. Margaret Echtermann is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2699. Heidemarie Echtermann-Toribio, individually, as surviving sibling of Margaret Echtermann, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Heidemarie Echtermann-Toribio is a resident of Singapore. Margaret Echtermann is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2700. Christopher Fagan, individually, as surviving child of Catherine Fagan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Fagan is a resident of New York. Catherine Fagan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2701. Brenda Fallon, as the Personal Representative of the Estate of William Fallon, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of William Fallon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brenda Fallon is a resident of New Jersey. William Fallon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2702. Brenda Fallon, individually, as surviving spouse of William Fallon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brenda Fallon is a resident of New Jersey. William Fallon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2703. Christopher Fallon, individually, as surviving child of William Fallon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Fallon is a resident of North Carolina. William Fallon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2704. Patricia Quinlan, individually, as surviving sibling of William Fallon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Quinlan is a resident of Vermont. William Fallon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2705. Stephen Fallon, individually, as surviving sibling of William Fallon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen Fallon is a resident of Indiana. William Fallon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2706. Donald Fallon, individually, as surviving sibling of William Fallon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donald Fallon is a resident of New Jersey. William Fallon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2707. Peter Fallon, individually, as surviving sibling of William Fallon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Fallon is a resident of New Jersey. William Fallon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2708. Reehan Syed a/k/a Syed Reehan, individually, as surviving child of Syed Abdul Fatha, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Reehan Syed a/k/a Syed Reehan is a resident of India. Syed Abdul Fatha is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2709. Banu Khursheed a/k/a Khursheed Banu, individually, as surviving child of Syed Abdul Fatha, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Banu Khursheed a/k/a Khursheed Banu is a resident of India. Syed Abdul Fatha is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2710.  Yaseen Syed a/k/a Syed Yaseen, individually, as surviving child of Syed Abdul Fatha, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yaseen Syed a/k/a Syed Yaseen is a resident of India. Syed Abdul Fatha is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2711.  Syed Zeeshan a/k/a Zeeshan Syed, individually, as surviving child of Syed Abdul Fatha, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Syed Zeeshan a/k/a Zeeshan Syed is a resident of India. Syed Abdul Fatha is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2712.  Farhan Syed a/k/a Syed Farhan, individually, as surviving child of Syed Abdul Fatha, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Farhan Syed a/k/a Syed Farhan is a resident of India. Syed Abdul Fatha is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2713.  Loren Smith, individually, as surviving child of Wendy Faulkner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Loren Smith is a resident of Tennessee. Wendy Faulkner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2714.  Ashley Faulkner, individually, as surviving child of Wendy Faulkner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ashley Faulkner is a resident of Ohio. Wendy Faulkner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2715.  Lynn Faulkner, individually, as surviving spouse of Wendy Faulkner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lynn Faulkner is a resident of Ohio. Wendy Faulkner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2716. Stephen Feely, individually, as surviving sibling of Francis Feely, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen Feely is a resident of Pennsylvania. Francis Feely is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2717. Alice Feely, individually, as surviving sibling of Francis Feely, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alice Feely is a resident of New York. Francis Feely is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2718. Michael Feely, individually, as surviving sibling of Francis Feely, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Feely is a resident of New York. Francis Feely is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2719. Jessica Geier, individually, as surviving child of Paul Hamilton Geier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica Geier is a resident of New York. Paul Hamilton Geier is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2720. Jessica Geier, as the Personal Representative of the Estate of Paul Hamilton Geier, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul Hamilton Geier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica Geier is a resident of New York. Paul Hamilton Geier is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2721. Nicole Rasanen Personal Representative of the Estate of Eleanor Geier, deceased, the late spouse of Paul Hamilton Geier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicole Rasanen is a resident of New York. Paul Hamilton Geier is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World

League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2722. Claudie Nash, individually, as surviving sibling of Diane Hale-McKinzy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Claudie Nash is a resident of Georgia. Diane Hale-McKinzy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2723. Craig Hannan, individually, as surviving sibling of Michael Hannan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Craig Hannan is a resident of New York. Michael Hannan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2724. Andrea Hannan, as the Personal Representative of the Estate of Michael Hannan, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Hannan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Hannan is a resident of South Carolina. Michael Hannan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2725. Andrea Hannan, individually, as surviving spouse of Michael Hannan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Hannan is a resident of South Carolina. Michael Hannan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2726. Rachel Roberts, individually, as surviving child of Michael Hannan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rachel Hannan is a resident of South Carolina. Michael Hannan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2727. Alexandra Hannan, individually, as surviving child of Michael Hannan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexandra Hannan is a resident of South Carolina. Michael Hannan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and

Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2728. Jennifer Muller as Personal Representative of the Estate ofBarbara Hannan, deceased, the late parent of Michael Hannan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Muller as Personal Representative of the Estate ofBarbara Hannan is a resident of New York. Michael Hannan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2729. Jennifer Muller, individually, as surviving sibling of Michael Hannan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Muller is a resident of New York. Michael Hannan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2730. Peter Hannan, individually, as surviving sibling of Michael Hannan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Hannan is a resident of New York. Michael Hannan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2731. Sheri Lynn Berger, individually, as surviving sibling of Ronald Hemenway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sheri Lynn Berger is a resident of Kansas. Ronald Hemenway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2732. Susan Hermer, as the Personal Representative of the Estate of Harvey Hermer, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Harvey Hermer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Hermer is a resident of New York. Harvey Hermer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2733. Kyra Houston, individually, as surviving sibling of Uhuru Houston, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kyra Houston is a resident of Florida. Uhuru Houston is one of the Decedents murdered as a result of the terrorist attacks of

September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2734.   Anane Crandon, individually, as surviving sibling of Uhuru Houston, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anane Crandon is a resident of New York. Uhuru Houston is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2735.   Efia Crandon, individually, as surviving sibling of Uhuru Houston, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Efia Crandon is a resident of New York. Uhuru Houston is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2736.   Efia Crandon as Personal Representative of the Estate of Estella Crandon, deceased, the late parent of Uhuru Houston, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Efia Crandon as Personal Representative of the Estate of Estella Crandon is a resident of New York. Uhuru Houston is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2737.   Matthew Dorsey, individually, as surviving sibling of Jennifer Howley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Dorsey is a resident of Nebraska. Jennifer Howley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2738.   Victoria Jones, individually, as surviving child of Paul Innella, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Victoria Jones is a resident of New York. Paul Innella is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2739.   Andy Jean-Pierre, individually, as surviving child of Maxima Jean-Pierre, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andy Jean-Pierre is a resident of New York. Maxima Jean-Pierre is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2740. Rachel Jean-Pierre, individually, as surviving child of Maxima Jean-Pierre, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rachel Jean-Pierre is a resident of New Jersey. Maxima Jean-Pierre is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2741. Anjunely Jean-Pierre, individually, as surviving child of Maxima Jean-Pierre, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anjunely Jean-Pierre is a resident of Virginia. Maxima Jean-Pierre is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2742. Ajax Jean-Pierre Jr., individually, as surviving child of Maxima Jean-Pierre, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ajax Jean-Pierre Jr. is a resident of New York. Maxima Jean-Pierre is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2743. Emmet Clyde Jeffries, individually, as surviving sibling of Alva Jeffries Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Emmet Clyde Jeffries is a resident of California. Alva Jeffries Sanchez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2744. Kieran Lyons, individually, as surviving sibling of Michael Lyons, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kieran Lyons is a resident of Connecticut. Michael Lyons is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2745. Mary Lyons, individually, as surviving child of Michael Lyons, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Lyons is a resident of New York. Michael Lyons is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

479

which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2746. Elaine Lyons, individually, as surviving spouse of Michael Lyons, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elaine Lyons is a resident of New York. Michael Lyons is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2747. Elaine Lyons, as the Personal Representative of the Estate of Michael Lyons, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Lyons, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elaine Lyons is a resident of New York. Michael Lyons is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2748. Caitlyn Lyons, individually, as surviving child of Michael Lyons, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Caitlyn Lyons is a resident of New York. Michael Lyons is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2749. Mirella Matricciano, individually, as surviving parent of Marcellus Matricciano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mirella Matricciano is a resident of New York. Marcellus Matricciano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2750. Umberto Matricciano, individually, as surviving parent of Marcellus Matricciano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Umberto Matricciano is a resident of New York. Marcellus Matricciano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2751. Bruno Matricciano, individually, as surviving sibling of Marcellus Matricciano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bruno Matricciano is a resident of Arizona. Marcellus Matricciano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda

and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2752. Rosie Matricciano-Vetere, as Personal Representative of the Estate of Marcellus Matricciano, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marcellus Matricciano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosie Matricciano-Vetere is a resident of Florida. Marcellus Matricciano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2753. Leslie Faulstich, individually, as surviving sibling of Katie McCloskey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leslie Faulstich is a resident of Missouri. Katie McCloskey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2754. Julie Gardner, individually, as surviving sibling of Katie McCloskey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Julie Gardner is a resident of Indiana. Katie McCloskey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2755. Garland Mercer, individually, as surviving sibling of Wesley Mercer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Garland Mercer is a resident of New York. Wesley Mercer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2756. Shannon Moran as Personal Representative of the Estate ofJoyce Moran, deceased, the late spouse of Gerard Moran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shannon Moran as Personal Representative of the Estate ofJoyce Moran is a resident of Maryland. Gerard Moran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2757. Shannon Moran as Personal Representative of the Estate ofDane Moran, deceased, the late child of Gerard Moran, is a Plaintiff seeking justice for the tragic events of

September 11, 2001. Shannon Moran as Personal Representative of the Estate of Dane Moran is a resident of Maryland. Gerard Moran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2758. Masako Murphy as Personal Representative of the Estate of Casey Murphy, deceased, the late child of Patrick J. Murphy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Masako Murphy as Personal Representative of the Estate of Casey Murphy is a resident of Maryland. Patrick J. Murphy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2759. Jamie Nelson, individually, as surviving child of Peter Nelson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jamie Nelson is a resident of Colorado. Peter Nelson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2760. Chin Yong Wells, individually, as surviving sibling of Chin Sun Pak Wells, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chin Yong Wells is a resident of Oklahoma. Chin Sun Pak Wells is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2761. John Doe 153 as Personal Representative of the Estate of Suzanne Peraza, deceased, the late parent of Robert Peraza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Peraza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2762. Peter Snik as Personal Representative of the Estate of John W. Snik, deceased, the late spouse of Laura Ragonese-Snik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Snik as Personal Representative of the Estate of John W. Snik is a resident of Pennsylvania. Laura Ragonese-Snik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2763. Nadia Ramsaroop, individually, as surviving child of Vishnoo Ramsaroop, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nadia Ramsaroop is a resident of Nevada. Vishnoo Ramsaroop is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2764. Shelly Ann Ramkhelawan, individually, as surviving child of Vishnoo Ramsaroop, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shelly Ann Ramkhelawan is a resident of New York. Vishnoo Ramsaroop is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2765. Michelle Ramsaroop, individually, as surviving child of Vishnoo Ramsaroop, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michelle Ramsaroop is a resident of Missouri. Vishnoo Ramsaroop is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2766. Ernest LaRoche, individually, as surviving sibling of Deborah Ramsaur, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ernest LaRoche is a resident of New York. Deborah Ramsaur is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2767. Wesley Gargano, individually, as surviving sibling of Karen Renda, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wesley Gargano is a resident of North Carolina. Karen Renda is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2768. Deborah Malek, individually, as surviving child of John Frederick Rhodes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah Malek is a resident of New Jersey. John Frederick Rhodes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2769. Linda Rhodes, individually, as surviving spouse of John Frederick Rhodes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Rhodes is a resident of New Jersey. John Frederick Rhodes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2770. Matthew Robertson, individually, as surviving child of Donald Robertson, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Robertson is a resident of New Jersey. Donald Robertson, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2771. Michael Robertson, individually, as surviving child of Donald Robertson, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Robertson is a resident of New Jersey. Donald Robertson, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2772. Madison Robertson, individually, as surviving child of Donald Robertson, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Madison Robertson is a resident of New Jersey. Donald Robertson, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2773. Kevin Robertson, individually, as surviving child of Donald Robertson, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Robertson is a resident of New Jersey. Donald Robertson, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2774. Neanta McCants as the Personal Representative of the Estate of Trisha McCants, deceased, the late child of Judy Rowlett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Neanta McCants as the Personal Representative of the Estate of Trisha McCants is a resident of Virginia. Judy Rowlett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2775.  William Grigonis, individually, as surviving sibling of Susan Ruggiero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Grigonis is a resident of New York. Susan Ruggiero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2776.  Kim Coleman, individually, as surviving parent of Jacquelyn Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kim Coleman is a resident of New York. Jacquelyn Sanchez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2777.  Cedric Pitt Sr., as the Personal Representatives of the Estate of Jacquelyn Sanchez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jacquelyn Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cedric Pitt Sr. is a resident of North Carolina. Jacquelyn Sanchez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2778.  Michael Coleman, individually, as surviving sibling of Jacquelyn Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Coleman is a resident of Virginia. Jacquelyn Sanchez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2779.  Ericka Brown, individually, as surviving sibling of Jacquelyn Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ericka Brown is a resident of New York. Jacquelyn Sanchez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2780.  Cedric Pitt, Jr., individually, as surviving child of Jacquelyn Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cedric Pitt, Jr. is a resident of North Carolina. Jacquelyn Sanchez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2781. James Signer, individually, as surviving sibling of Dianne Signer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Signer is a resident of New York. Dianne Signer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2782. JoAnne Romano, individually, as surviving sibling of William Spitz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. JoAnne Romano is a resident of New Jersey. William Spitz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2783. Jacqueline Statz, individually, as surviving sibling of Patricia Statz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jacqueline Statz is a resident of Wisconsin. Patricia Statz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2784. Justin Strauss, individually, as surviving child of Edward Strauss, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Justin Strauss is a resident of New Jersey. Edward Strauss is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2785. Yolanda Calderon, individually, as surviving sibling of Jorge Velazquez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yolanda Calderon is a resident of New York. Jorge Velazquez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2786. Nelson White, Jr., individually, as surviving sibling of Leonard White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nelson White, Jr. is a resident of Virginia. Leonard White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2787. Robert Rawlston White, individually, as surviving sibling of Leonard White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Rawlston White is a resident of Virginia. Leonard White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2788. John Robertson, individually, as surviving sibling of Donald Robertson, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Robertson is a resident of New Jersey. Donald Robertson, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2789. Abdo Hashem, individually, as surviving sibling of Peter Hashem, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Abdo Hashem is a resident of Massachusetts. Peter Hashem is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2790. Chaz Clark, individually, as surviving child of Benjamin K. Clark, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chaz Clark is a resident of Georgia. Benjamin K. Clark is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2791. Salvatore DiFazio, individually, as surviving sibling of Vincent DiFazio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Salvatore DiFazio is a resident of New Jersey. Vincent DiFazio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2792. Teresa Kestenbaum, individually, as surviving sibling of Vincent DiFazio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa Kestenbaum is a resident of New Jersey. Vincent DiFazio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2793. Grace Brennan, individually, as surviving sibling of Vincent DiFazio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Grace Brennan is a resident of New Jersey. Vincent DiFazio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2794. Ringo Fernandez, individually, as surviving child of Julio Fernandez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ringo Fernandez is a resident of New York. Julio Fernandez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2795. Edu Umana, individually, as surviving sibling of Sadie Ette, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edu Umana is a resident of Pennsylvania. Sadie Ette is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2796. Itauma Ette and Edu Umana as co-Personal Representatives of the Estate Sunday Itauma Ette, deceased, the late parent of Sadie Ette, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Itauma Ette is a resident of New York. Edu Umana is a resident of Pennsylvania. Sadie Ette is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2797. Edu Umana as Personal Representative of the Estate of Ekaette Ette, deceased, the late parent of Sadie Ette, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edu Umana as Personal Representative of the Estate of Ekaette Ette is a resident of Pennsylvania. Sadie Ette is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2798. Nolton Davis, Jr., individually, as surviving spouse of Ada Davis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nolton Davis, Jr. is a resident of Maryland. Ada Davis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2799.  Nolton Davis, Jr., as the Personal Representative of the Estate of Ada Davis, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ada Davis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nolton Davis, Jr. is a resident of Maryland. Ada Davis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2800.  Najwah Miceli, individually, as surviving sibling of Peter Hashem, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Najwah Miceli is a resident of Massachusetts. Peter Hashem is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2801.  John Doe 99, being intended to designate the Personal Representative of the Estate of Peter Hashem, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Peter Hashem. Peter Hashem is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2802.  Sabah Hashem-Daher, individually, as surviving sibling of Peter Hashem, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sabah Hashem-Daher is a resident of Massachusetts. Peter Hashem is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2803.  Najat Arsenault, individually, as surviving sibling of Peter Hashem, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Najat Arsenault is a resident of New Hampshire. Peter Hashem is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2804.   Najat Arsenault as Personal Representative of the Estate of Rose Sue Hashem, deceased, the late sibling of Peter Hashem, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Najat Arsenault as Personal Representative of the Estate of Rose Sue Hashem is a resident of New Hampshire. Peter Hashem is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2805.   Ryan John Cove, individually, as surviving child of James Cove, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ryan John Cove is a resident of Florida. James Cove is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2806.   Ann Smith, individually, as surviving spouse of Gary Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ann Smith is a resident of Virginia. Gary Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2807.   Ann Smith, as the Personal Representative of the Estate of Gary Smith, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gary Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ann Smith is a resident of Virginia. Gary Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2808.   Natalie Smith, individually, as surviving child of Gary Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Natalie Smith is a resident of Utah. Gary Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2809.   Nicole Amato, individually, as surviving child of Gary Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicole Amato is a resident of Virginia. Gary Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2810. Teresa Cheezum, individually, as surviving child of Gary Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa Cheezum is a resident of Indiana. Gary Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2811. Kristina Smith, individually, as surviving child of Gary Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kristina Smith is a resident of Maryland. Gary Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2812. Annette Mashburn, individually, as surviving sibling of Gary Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Annette Mashburn is a resident of Virginia. Gary Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2813. Christine McKee, individually, as surviving sibling of Gary Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine McKee is a resident of Arizona. Gary Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2814. Donald Smith, individually, as surviving sibling of Gary Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donald Smith is a resident of Virginia. Gary Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2815. Mark Smith, individually, as surviving sibling of Gary Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mark Smith is a resident of Virginia. Gary Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim

Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2816. Annette Smith and Mark Smith as Personal Representatives of the Estate of Dorothy Smith, deceased, the late parent of Gary Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Annette Smith and Mark Smith as Personal Representatives of the Estate of Dorothy Smith is a resident of Virginia. Gary Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2817. Stephan Smith, individually, as surviving sibling of Gary Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephan Smith is a resident of Virginia. Gary Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2818. Mason Smith, individually, as surviving sibling of Gary Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mason Smith is a resident of Colorado. Gary Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2819. Brian Schrang, individually, as surviving child of Gerard P. Schrang, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Schrang is a resident of Florida. Gerard P. Schrang is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2820. Amanda Trerotola, as the Personal Representative of the Estate of Lisa Trerotola, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lisa Trerotola, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amanda Trerotola is a resident of Ohio. Lisa Trerotola is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2821. Elizabeth Trerotola as Personal Representative of the Estate of Michael Trerotola, deceased, the late spouse of Lisa Trerotola, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Trerotola as Personal Representative of the

Estate of Michael Trerotola is a resident of New Jersey. Lisa Trerotola is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2822. Amanda Trerotola, individually, as surviving child of Lisa Trerotola, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amanda Trerotola is a resident of Ohio. Lisa Trerotola is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2823. Michael L. Trerotola, individually, as surviving child of Lisa Trerotola, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael L. Trerotola is a resident of New Jersey. Lisa Trerotola is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2824. Jacqueline Fanning, individually, as surviving child of John Fanning, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jacqueline Fanning is a resident of New York. John Fanning is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2825. Ryan Fanning, individually, as surviving child of John Fanning, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ryan Fanning is a resident of New York. John Fanning is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2826. Jeremy Fanning, individually, as surviving child of John Fanning, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeremy Fanning is a resident of New York. John Fanning is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2827. Tracy Zorpette as Personal Representative of the Estate of Dorothy Burke, deceased, the late parent of Brooke Rosenbaum, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tracy Zorpette as Personal Representative of the Estate of Dorothy

Burke is a resident of the District of Columbia. Brooke Rosenbaum is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2828. Evan V. Vandommelen-Gonzalez, individually, as surviving spouse of Mauricio Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Evan V. Vandommelen-Gonzalez is a resident of California. Mauricio Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2829. Sheryl Miller Bechor, as the co-Personal Representative of the Estate of Philip D. Miller, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Philip D. Miller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sheryl Miller Bechor is a resident of Florida. Philip D. Miller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2830. Robin Davis, individually, as surviving sibling of Edward Rowenhorst, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robin Davis is a resident of Indiana. Edward Rowenhorst is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2831. Jacob Heber, as the Co-Personal Representative of the Estate of Roberta B. Heber, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Roberta B. Heber, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jacob Heber is a resident of New York. Roberta B. Heber is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2832. William Youmans, as the co-Personal Representative of the Estate of Suzanne Youmans, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Suzanne Youmans, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Youmans is a resident of Florida. Suzanne Youmans is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2833. Andrew Strobert, individually, as surviving sibling of Steven Frank Strobert, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Strobert is a resident of New Jersey. Steven Frank Strobert is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2834. Helman Correa, individually, as surviving parent of Danny Correa-Gutierrez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Helman Correa is a resident of New Jersey. Danny Correa-Gutierrez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2835. Justin Cook, individually, as surviving child of Helen Cook, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Justin Cook is a resident of Maryland. Helen Cook is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2836. Mary Ann Ledee, individually, as surviving spouse of Kenneth Charles Ledee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Ann Ledee is a resident of Florida. Kenneth Charles Ledee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2837. Anna Ledee as Personal Representative of the Estate of Carlos Ledee, deceased, the late parent of Kenneth Charles Ledee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anna Ledee is a resident of New York. Kenneth Charles Ledee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2838. Jamielah Persol, individually, as surviving spouse of DaJuan Hodges, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jamielah Persol is a resident of New Jersey. DaJuan Hodges is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2839. Diane L. Fredericks, individually, as surviving sibling of Andrew Fredericks, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Diane L. Fredericks is a resident of California. Andrew Fredericks is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2840. Nancy Jean Fredericks, individually, as surviving sibling of Andrew Fredericks, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nancy Jean Fredericks is a resident of Wisconsin. Andrew Fredericks is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2841. Timothy Kuveikis, individually, as surviving sibling of Thomas Kuveikis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Timothy Kuveikis is a resident of New York. Thomas Kuveikis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2842. Christine Peschel, individually, as surviving sibling of Thomas Kuveikis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine Peschel is a resident of Connecticut. Thomas Kuveikis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2843. Heather Curtin, individually, as surviving child of Michael Curtin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Heather Curtin is a resident of New York. Michael Curtin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2844. Lyndsi Nelson, individually, as surviving child of Peter Nelson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lyndsi Nelson is a resident of Florida. Peter Nelson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2845. Josephine Romito, individually, as surviving spouse of James Romito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Josephine Romito is a resident of New Jersey. James Romito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2846. Ellen Romito, individually, as surviving child of James Romito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ellen Romito is a resident of New Jersey. James Romito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2847. Emily Mathesen, individually, as surviving child of William Mathesen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Emily Mathesen is a resident of New Jersey. William Mathesen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2848. Kathleen Mathesen, individually, as surviving spouse of William Mathesen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Mathesen is a resident of South Carolina. William Mathesen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2849. Tracy Rowenhorst, individually, as surviving spouse of Edward Rowenhorst, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tracy Rowenhorst is a resident of Iowa. Edward Rowenhorst is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2850. Ashley Brandt, individually, as surviving child of Edward Rowenhorst, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ashley Brandt is a resident of Texas. Edward Rowenhorst is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2851.  Kaitlyn Rowenhorst, individually, as surviving child of Edward Rowenhorst, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kaitlyn Rowenhorst is a resident of Virginia. Edward Rowenhorst is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2852.  Valerie Caufield, individually, as surviving spouse of Robert Caufield, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Valerie Caufield is a resident of Florida. Robert Caufield is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2853.  Alfred Jeffries, Jr., individually, as surviving sibling of Alva Jeffries Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alfred Jeffries, Jr. is a resident of Massachusetts. Alva Jeffries Sanchez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2854.  Anne McCloskey as Personal Representative of the Estate of Richard McCloskey, deceased, the late parent of Katie McCloskey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anne McCloskey is a resident of Indiana. Katie McCloskey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2855.  Rosie Matricciano-Vetere, individually, as surviving spouse of Marcellus Matricciano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosie Matricciano-Vetere is a resident of Florida. Marcellus Matricciano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2856.  Nicholas Matricciano, individually, as surviving child of Marcellus Matricciano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicholas Matricciano is a resident of Florida. Marcellus Matricciano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2857. Kathleen Gelman, individually, as surviving sibling of Thomas Kuveikis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Gelman is a resident of New York. Thomas Kuveikis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2858. Mary Buss, individually, as surviving sibling of Julie Geis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Buss is a resident of Nebraska. Julie Geis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2859. Mary Buss as Personal Representative of the Estate of Betty Geis, deceased, the late parent of Julie Geis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Buss is a resident of Nebraska. Julie Geis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2860. Eric Johnson, individually, as surviving spouse of Janice Brown, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eric Johnson is a resident of New Jersey. Janice Brown is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2861. Lyndsi Nelson as Personal Representative of Estate of Iris Nelson, deceased, the late spouse of Peter Nelson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lyndsi Nelson as Personal Representative of Estate of Iris Nelson is a resident of Florida. Peter Nelson is one of the Decedents murdered as a result of the terrorist attacksof September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2862. Jamie Brito, as the Personal Representative of the Estate of Victoria Alvarez-Brito, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Victoria Alvarez-Brito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jamie Brito is a resident of New York. Victoria Alvarez-Brito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2863. Jamie Brito, individually, as surviving child of Victoria Alvarez-Brito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jamie Brito is a resident of New York. Victoria Alvarez-Brito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2864. Jamie Brito as Personal Representative of Estate of Mario Brito, deceased, the late spouse of Victoria Alvarez-Brito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jamie Brito is a resident of New York. Victoria Alvarez-Brito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2865. Raul Brito, individually, as surviving child of Victoria Alvarez-Brito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raul Brito is a resident of New York. Victoria Alvarez-Brito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2866. Lauren Paula Mayer-Beug, as the Personal Representative of the Estate of Carolyn Beug, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carolyn Beug, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lauren Paula Mayer-Beug is a resident of California. Carolyn Beug is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2867. John Doe 152 as Personal Representative of the Estate of John Beug, deceased, the late spouse of Carolyn Beug, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carolyn Beug is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2868. Lindsey Mayer Beug-Wood, individually, as surviving child of Carolyn Beug, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lindsey Mayer Beug-Wood is a resident of New York. Carolyn Beug is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

500

Qaeda and Osamabin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2869. Lauren Paula Mayer-Beug, individually, as surviving child of Carolyn Beug, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lauren Paula Mayer-Beugis a resident of California. Carolyn Beug is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osamabin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2870. Nicholas Mayer, individually, as surviving child of Carolyn Beug, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicholas Mayer is a resident of California. Carolyn Beug is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osamabin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2871. Beverly Carlone, individually, as surviving spouse of David Carlone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Beverly Carlone is a resident of Connecticut. David Carlone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osamabin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2872. Beverly Carlone, as the Personal Representative of the Estate of David Carlone, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of David Carlone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Beverly Carlone is a resident of Connecticut. David Carlone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2873. Jeffrey Fagan, individually, as surviving child of Catherine Fagan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeffrey Fagan is a resident of Germany. Catherine Fagan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osamabin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2874. James Fagan, individually, as surviving child of Catherine Fagan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Fagan is a resident of New York. Catherine Fagan is one of the Decedents murdered as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2875. Susan M. King, as the Personal Representative of the Estate of Amy King, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Amy King, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan M. King is a resident of New York. Amy King is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2876. Susan M. King as Personal Representative of the Estate of Stewart King, deceased, the late parent of Amy King, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan M. King as Personal Representative of the Estate of Stewart King is a resident of New York. Amy King is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2877. Barbara Chucknick, as the Personal Representative of the Estate of Steven Chucknick, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Steven Chucknick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Chucknick is a resident of New Jersey. Steven Chucknick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2878. Barbara Chucknick, individually, as surviving spouse of Steven Chucknick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Chucknick is a resident of New Jersey. Steven Chucknick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2879. Steven Chucknick, individually, as surviving child of Steven Chucknick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Steven Chucknick is a resident of New Jersey. Steven Chucknick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2880. Shweta Khandelwal, as the Personal Representative of the Estate of Rajesh Khandelwal, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Rajesh Khandelwal, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shweta Khandelwal is a resident of New Jersey. Rajesh Khandelwal is one ofthe Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi providedmaterial support and assistance in furtherance of the attacks.

2881. Shweta Khandelwal, individually, as surviving spouse of Rajesh Khandelwal, is a Plaintiffseeking justice for the tragic events of September 11, 2001. Shweta Khandelwal is a resident of New Jersey. Rajesh Khandelwal is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2882. Shivam Khandelwal, individually, as surviving child of Rajesh Khandelwal, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shivam Khandelwal is a resident of New Jersey. Rajesh Khandelwal is one of the Decedents murdered as a result of theterrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osamabin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2883. Joyce Infante, as the Personal Representative of the Estate of Anthony P. Infante, Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Anthony P. Infante, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joyce Infante is a resident of New Jersey. Anthony P. Infante, Jr. is one ofthe Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi providedmaterial support and assistance in furtherance of the attacks.

2884. Joyce Infante, individually, as surviving spouse of Anthony P. Infante, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joyce Infante is a residentof New Jersey. Anthony P. Infante, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osamabin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2885. Marie Costa, individually, as surviving child of Anthony P. Infante, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marie Costa is a resident of New Jersey. Anthony P. Infante, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2886.  John Infante, individually, as surviving child of Anthony P. Infante, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Infante is a resident of New Jersey. Anthony P. Infante, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2887.  Andrew Infante, individually, as surviving sibling of Anthony P. Infante, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Infante is a resident of New Jersey. Anthony P. Infante, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2888.  Fred Infante, individually, as surviving sibling of Anthony P. Infante, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Fred Infante is a resident of New Jersey. Anthony P. Infante, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2889.  Fred Infante as Personal Representative of the Estate of Elizabeth Infante, deceased, the late parent of Anthony P. Infante, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Fred Infante is a resident of New Jersey. Anthony P. Infante, Jr. is one of theDecedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi providedmaterial support and assistance in furtherance of the attacks.

2890.  Fred Infante as Personal Representative of the Estate of Anthony P. Infante, Sr., deceased, the late parent of Anthony P. Infante, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Fred Infante is a resident of New Jersey. Anthony P. Infante, Jr. is one of theDecedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi providedmaterial support and assistance in furtherance of the attacks.

2891.  Rokshana Miah, individually, as surviving sibling of Nurul Miah, is a Plaintiff seeking justicefor the tragic events of September 11, 2001. Rokshana Miah is a resident of New York. Nurul Miah is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2892. Nur M. Miah, individually, as surviving sibling of Nurul Miah, is a Plaintiff seeking justicefor the tragic events of September 11, 2001. Nur M. Miah is a resident of New York. Nurul Miah is one of the Decedents murdered as a result of the terrorist attacks of September11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2893. Shewely Miah, individually, as surviving sibling of Nurul Miah, is a Plaintiff seeking justicefor the tragic events of September 11, 2001. Shewely Miah is a resident of New York. Nurul Miah is one of the Decedents murdered as a result of the terrorist attacks of September11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2894. Nurunnahar Miah, individually, as surviving parent of Nurul Miah, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nurunnahar Miah is a resident of New York. Nurul Miah is one of the Decedents murdered as a result of the terrorist attacks ofSeptember 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and towhich Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2895. Lorraine Nedell, as the Personal Representative of the Estate of Laurence Nedell, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Laurence Nedell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lorraine Nedell is a resident of New York. Laurence Nedell is one ofthe Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi providedmaterial support and assistance in furtherance of the attacks.

2896. Lorraine Nedell, individually, as surviving spouse of Laurence Nedell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lorraine Nedell is a resident of New York. Laurence Nedell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osamabin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2897. Jennie Nedell, individually, as surviving child of Laurence Nedell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennie Nedell is a resident of New York. Laurence Nedell is one of the Decedents murdered as a result of the terrorist attacks ofSeptember 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2898. Laura Nedell, individually, as surviving child of Laurence Nedell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Nedell is a resident of New York. Laurence Nedell is one of the Decedents murdered as a result of the terrorist attacks ofSeptember 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2899. Rhea Shome, individually, as surviving spouse of Mukul Kumar Agarwala, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rhea Shome is a resident of New York. Mukul Kumar Agarwala is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2900. Loubertha Williams, as the Personal Representative of the Estate of Jacqueline Young, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jacqueline Young, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Loubertha Williams is a resident of South Carolina. Jacqueline Young is one ofthe Decedents murdered as a result of the terrorist attacks of September 11, 2001, thatwere carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2901. Loubertha Williams, individually, as surviving parent of Jacqueline Young, is a Plaintiff seekingjustice for the tragic events of September 11, 2001. Loubertha Williams is a resident of South Carolina. Jacqueline Young is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and towhich Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks

2902. Terrance Young, individually, as surviving sibling of Jacqueline Young, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Terrance Young is a resident of Virginia. Jacqueline Young is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osamabin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2903. James McKenly, individually, as surviving sibling of Jacqueline Young, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James McKenly is a resident of South Carolina. Jacqueline Young is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2904. Derrick McKenly, individually, as surviving sibling of Jacqueline Young, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Derrick McKenly is a resident of New York. Jacqueline Young is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2905. Theresa Russo-Kempf, individually, as surviving spouse of Michael Russo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa Russo-Kempf is a resident of New York. Michael Russo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2906. Michael Thomas Russo Jr., individually, as surviving child of Michael Russo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Thomas Russo Jr. is a resident of New York. Michael Russo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2907. Dolores Jane Russo as Personal Representative of the Estate of Anthony Russo, deceased, the late parent of Michael Russo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dolores Jane Russo is a resident of Pennsylvania. Michael Russo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2908. Nur M. Miah, as the co-Personal Representative of the Estate of Nurul Miah, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of, Nurul Miah, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nur M. Miah is a resident of New York. Nurul Miah is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2909. Patricia McCarthy as Personal Representative of the Estate of Thomas McAvinue, deceased, the late parent of Donna Clarke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia McCarthy is a resident of New York. Donna Clarke is one of the Decedents murdered as a result of the terrorist attacks of September

11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2910.    Aaron Antigua individually, as surviving child of Lorraine Antigua, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aaron Antigua is a resident of New Jersey. Lorraine Antigua is one of the Decedents murdered as a result of theterrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2911.    Caitlin Antigua individually, as surviving child of Lorraine Antigua, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Caitlin Antigua is a resident of New Jersey. Lorraine Antigua is one of the Decedents murdered as a result of theterrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2912.    Josephine Tabick individually, as surviving sibling of Debra DiMartino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Josephine Tabick is a resident of New Jersey. Debra DiMartino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2913.    Sol Newman individually, as surviving sibling of Debra DiMartino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sol Newman is a resident of New York. Debra DiMartino is one of the Decedents murdered as a result of theterrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2914.    Angelo Puma individually, as surviving sibling of Debra DiMartino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angelo Puma is a resident of New York. Debra DiMartino is one of the Decedents murdered as a result of theterrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2915.    John Puma, Jr. individually, as surviving sibling of Debra DiMartino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Puma, Jr. is a resident of Florida. Debra DiMartino is one of the Decedents murdered as a result of theterrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2916.   Rosemary Puma individually, as surviving sibling of Debra DiMartino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosemary Puma is a resident of Georgia. Debra DiMartino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2917.   Joseph Dixon individually, as surviving parent of DaJuan Hodges, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Dixon is a resident of New York. DaJuan Hodges is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2918.   Tonya Young individually, as surviving sibling of Lisa Young, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tonya Young is a resident of Maryland. Lisa Young is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2919.   April Young individually, as surviving sibling of Lisa Young, is a Plaintiff seeking justice for the tragic events of September 11, 2001. April Young is a resident of Maryland. Lisa Young is one of the Decedents murdered as a result of theterrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2920.   David LaRoche, individually, as surviving sibling of Deborah Ramsaur, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David LaRoche is a resident of New York. Deborah Ramsaur is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2921.   William Innella, individually, as surviving sibling of Paul Innella, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Innella is a resident of New York. Paul Innella is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2922. Judith Knight, individually, as surviving sibling of Frank Wisniewski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Judith Knight is a resident of Georgia. Frank Wisniewski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2923. Judith Knight as Personal Representative of the Estate of Mary Wisniewski, deceased, the late parent of Frank Wisniewski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Judith Knight as Personal Representative of the Estate of Mary Wisniewski is a resident of Georgia. Frank Wisniewski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2924. Judith Knight as Personal Representative of the Estate of Vincent Wisniewski, deceased, the late parent of Frank Wisniewski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Judith Knight as Personal Representative of the Estate of Vincent Wisniewski is a resident of Georgia. Frank Wisniewski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2925. Vincent Wisniewski, individually, as surviving sibling of Frank Wisniewski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vincent Wisniewski is a resident of New York. Frank Wisniewski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2926. Walter William Sezna, individually, as surviving sibling of Davis Grier Sezna, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Walter William Sezna is a resident of Florida. Davis Grier Sezna, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2927. Gail Ingersoll Sezna, as the Personal Representative of the Estate of Davis Sezna, Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Davis Grier Sezna, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gail Ingersoll Sezna is a resident of Maryland. Davis Grier Sezna,

Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2928. Davis Grier Sezna, individually, as surviving parent of Davis Grier Sezna, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Davis Grier Sezna is a resident of Florida. Davis Grier Sezna, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2929. Gail Sezna, individually, as surviving parent of Davis Grier Sezna, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gail Sezna is a resident of Maryland. Davis Grier Sezna, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2930. Suzanne Ledee Garcia, individually, as surviving sibling of Kenneth Charles Ledee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Suzanne Ledee Garcia is a resident of New York. Kenneth Charles Ledee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2931. Masia Shurla Riley, as the Personal Representative of the Estate of Scott Powell, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Scott Powell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Masia Shurla Riley is a resident of District of Columbia. Scott Powell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2932. Sydney Ayesha Powell, individually, as surviving child of Scott Powell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sydney Ayesha Powell is a resident of Maryland. Scott Powell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2933. Scott Watkins, individually, as surviving child of Scott Powell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scott Watkins is a resident of

Maryland. Scott Powell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2934. Casey Brent, individually, as surviving child of Scott Powell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Casey Brent is a resident of North Carolina. Scott Powell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2935. Catherine Powell, individually, as surviving parent of Scott Powell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scott Powell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2936. Art Powell, individually, as surviving parent of Scott Powell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scott Powell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2937. Kevin Powell, individually, as surviving sibling of Scott Powell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scott Powell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2938. Art Edward Powell, individually, as surviving sibling of Scott Powell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Art Edward Powell is a resident of Maryland. Scott Powell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2939. Shaun Powell, individually, as surviving sibling of Scott Powell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scott Powell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2940.   Lisa Powell, individually, as surviving sibling of Scott Powell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scott Powell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2941.   Paul Hemenway, individually, as surviving sibling of Ronald J. Hemenway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Hemenway is a resident of Kansas. Ronald J. Hemenway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2942.   Wilton White and Artricia McClure as Co-Personal Representatives of the Estate of William Woolen, deceased, the late parent of Tamara Thurman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wilton White and Artricia McClure as Co-Personal Representatives of the Estate of William Woolen are residents of Texas and Nevada respectively. Tamara Thurman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2943.   Amanda Ruddle, individually, as surviving child of David Ruddle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amanda Ruddle is a resident of New York. David Ruddle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2944.   John Doe 116, being intended to designate the Personal Representative of the Estate of David Ruddle, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), on behalf of the Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of David Ruddle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Ruddle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2945.   Jessica Mathesen, individually, as surviving child of William Mathesen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica Mathesen is a resident

of South Carolina. William Mathesen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2946.   Marcus Fields, individually, as surviving sibling of Samuel Fields, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marcus Fields is a resident of New York. Samuel Fields is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2947.   Angela Eacobacci, individually, as surviving parent of Joseph Eacobacci, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angela Eacobacci is a resident of Florida. Joseph Eacobacci is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2948.   Thomas Eacobacci, as Personal Representative of the Estate of Joseph Eacobacci, deceased, on behalf of the Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph Eacobacci, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Eacobacci is a resident of Florida. Joseph Eacobacci is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2949.   Lidia Alvarez, as the Personal Representative of the Estate of Juan Pablo Alvarez Cisneros, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Juan Pablo Alvarez Cisneros, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lidia Alvarezis a resident of California. Juan Pablo Alvarez Cisneros is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2950.   Alfonso Cisneros, individually, as surviving parent of Juan Pablo Alvarez Cisneros, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alfonso Cisneros is a resident of California. Juan Pablo Alvarez Cisneros is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic

Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2951. Lidia Alvarez, individually, as surviving parent of Juan Pablo Alvarez Cisneros, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lidia Alvarez is a resident of California. Juan Pablo Alvarez Cisneros is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2952. Gillian Gransaull-Joseph, as the Personal Representative of the Estate of Stephen Joseph, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Joseph, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gillian Gransaull-Joseph is a resident of Arizona. Stephen Joseph is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2953. Gillian Gransaull-Joseph, individually, as surviving spouse of Stephen Joseph, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gillian Gransaull-Joseph is a resident of Arizona. Stephen Joseph is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2954. Tristan Joseph, individually, as surviving child of Stephen Joseph, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tristan Joseph is a resident of Arizona. Stephen Joseph is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2955. Jorge Montoya, as the Co-Personal Representative of the Estate of Antonio Montoya, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Antonio Montoya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jorge Montoya is a resident of Massachusetts. Antonio Montoya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2956. Thomas Fehling, individually, as surviving sibling of Lee Fehling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Fehling is a resident of New York. Lee Fehling is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

515

which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2957. Joan Bischoff, individually, as surviving parent of Lee Fehling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan Bischoff is a resident of Pennsylvania. Lee Fehling is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2958. James Fehling, individually, as surviving sibling of Lee Fehling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Fehling is a resident of New York. Lee Fehling is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2959. Danielle Fehling-Wasnieski, as the Personal Representative of the Estate of Lee Fehling, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lee Fehling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Danielle Fehling-Wasnieski is a resident of New York. Lee Fehling is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2960. Danielle Fehling-Wasnieski, individually, as surviving spouse of Lee Fehling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Danielle Fehling-Wasnieski is a resident of New York. Lee Fehling is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2961. Kaitlin Fehling, individually, as surviving child of Lee Fehling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kaitlin Fehling is a resident of New York. Lee Fehling is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2962. Megan Fehling, individually, as surviving child of Lee Fehling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Megan Fehling is a resident of New York. Lee Fehling is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

516

which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2963. Gayle Regan, as the Personal Representative of the Estate of Thomas Regan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Regan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gayle Regan is a resident of New Jersey. Thomas Regan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2964. Gayle Regan, individually, as surviving spouse of Thomas Regan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gayle Regan is a resident of New Jersey. Thomas Regan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2965. Allaistar Regan, individually, as surviving child of Thomas Regan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Allaistar Regan is a resident of New Jersey. Thomas Regan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2966. Connor Regan, individually, as surviving child of Thomas Regan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Connor Regan is a resident of New Jersey. Thomas Regan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2967. Page Dantzler Dickerson, as the Personal Representative of the Estate of Jerry Dickerson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jerry Dickerson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Page Dantzler Dickerson is a resident of Arkansas. Jerry Dickerson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2968. Page Dantzler Dickerson, individually, as surviving spouse of Jerry Dickerson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Page Dantzler

Dickerson is a resident of Arkansas. Jerry Dickerson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2969. Elizabeth Bailey Dickerson, individually, as surviving child of Jerry Dickerson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Bailey Dickerson is a resident of Arkansas. Jerry Dickerson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2970. William Dickerson, individually, as surviving child of Jerry Dickerson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Dickerson is a resident of New York. Jerry Dickerson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2971. Lisa A. Schunk, as the Co-Personal Representative of the Estate of Edward W. Schunk, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward W. Schunk, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa A. Schunk is a resident of Pennsylvania. Edward W. Schunk is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2972. Ana Cisneros, individually, as surviving sibling of Juan Pablo Alvarez Cisneros, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ana Cisneros is a resident of California. Juan Pablo Alvarez Cisneros is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2973. Anne Lynn Hayashi, as the Personal Representative of the Estate of Stuart (Soo-Jin) Lee, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stuart (Soo-Jin) Lee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anne Lynn Hayashi is a resident of New York. Stuart (Soo-Jin) Lee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2974. Anne Lynn Hayashi, individually, as surviving spouse of Stuart (Soo-Jin) Lee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anne Lynn Hayashi is a resident of New York. Stuart (Soo-Jin) Lee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2975. Bradley D. Noack, individually, as surviving spouse of Katherine McGarry Noack, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bradley D. Noack is a resident of New Jersey. Katherine McGarry Noack is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2976. Joseph E. Jurgens, individually, as surviving parent of Thomas Edward Jurgens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph E. Jurgens is a resident of Florida. Thomas Edward Jurgens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2977. Jessica Lynn Jurgens, individually, as surviving sibling of Thomas Edward Jurgens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica Lynn Jurgens is a resident of New York. Thomas Edward Jurgens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2978. Joseph B. Jurgens, individually, as surviving sibling of Thomas Edward Jurgens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph B. Jurgens is a resident of New York. Thomas Edward Jurgens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2979. Mitchell Eacobacci, individually, as surviving parent of Joseph Eacobacci, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mitchell Eacobacci is a resident of Florida. Joseph Eacobacci is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2980. Lynda T. Scarcella, as the Personal Representative of the Estate of Paul Fiori, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul Fiori, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lynda T. Scarcella is a resident of Connecticut. Paul Fiori is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2981. Lynda T. Scarcella, individually, as surviving spouse of Paul Fiori, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lynda T. Scarcella is a resident of Connecticut. Paul Fiori is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2982. Brittley Wise, as the Personal Representative of the Estate of Richard Salinardi, Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard Salinardi, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brittley Wise is a resident of New York. Richard Salinardi, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2983. Brittley Wise, individually, as surviving spouse of Richard Salinardi, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brittley Wise is a resident of New York. Richard Salinardi, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2984. Edith Skrzypek, as the Personal Representative of the Estate of Paul Skrzypek, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul Skrzypek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edith Skrzypek is a resident of New Jersey. Paul Skrzypek is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2985. Albert Skrzypek, individually, as surviving parent of Paul Skrzypek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Albert Skrzypek is a resident of New Jersey. Paul Skrzypek is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2986. Edith Skrzypek, individually, as surviving parent of Paul Skrzypek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edith Skrzypek is a resident of New Jersey. Paul Skrzypek is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2987. Laura Kingsbury, individually, as surviving sibling of Paul Skrzypek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Kingsbury is a resident of New Jersey. Paul Skrzypek is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2988. Nicole Brathwaite-Dingle, as the Personal Representative of the Estate of Jeffrey Dingle, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jeffrey Dingle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicole Brathwaite-Dingle is a resident of Texas. Jeffrey Dingle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2989. Nicole Brathwaite-Dingle, individually, as surviving spouse of Jeffrey Dingle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicole Brathwaite-Dingle is a resident of Texas. Jeffrey Dingle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2990. Jassiem Dingle, individually, as surviving child of Jeffrey Dingle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jassiem Dingle is a resident of Florida. Jeffrey Dingle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2991. Nia Dingle, individually, as surviving child of Jeffrey Dingle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nia Dingle is a resident of Texas. Jeffrey Dingle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim

Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2992.   John Doe 126 being intended to designate the Personal Representative of the Estate of Thomas E. Jurgens, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), on behalf of the Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas E. Jurgens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas E. Jurgens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2993.   Cynthia Gomes, as Personal Representative of the Estate of Dennis J. Gomes, deceased,, on behalf of the Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of Dennis J. Gomes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cynthia Gomes is a resident of North Carolina. Dennis J. Gomes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2994.   Lorna Moringiello as Personal Representative of the Estate of Michael S. Lamana, deceased, on behalf of the Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael S. Lamana, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lorna Moringiello is a resident of Indiana. Michael S. Lamana is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2995.   John Doe 129 being intended to designate the Personal Representative of the Estate of John G. Scharf, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), on behalf of the Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of John G. Scharf, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John G. Scharf is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2996. Ariel Martinez, individually, as surviving child of Betsy Martinez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ariel Martinez is a resident of Florida. Betsy Martinez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2997. Carlos G. Albert, individually, as surviving sibling of Ayleen J. Santiago, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carlos G. Albert is a resident of New York. Ayleen J. Santiago is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2998. John Doe 130 being intended to designate the Personal Representative of the Estate of Rosemarie Carlson, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), on behalf of the Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of Rosemarie Carlson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosemarie Carlson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

2999. John Doe 131 being intended to designate the Personal Representative of the Estate of Ayleen J. Santiago, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), on behalf of the Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of Ayleen J. Santiago, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ayleen J. Santiago is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3000. Stefanie Oliva, as the Personal Representative of the Estate of Alex Ciccone, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alex Ciccone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stefanie Oliva is a resident of New York. Alex Ciccone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League,

International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3001. Stefanie Oliva, individually, as surviving spouse of Alex F. Ciccone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stefanie Oliva is a resident of New York. Alex Ciccone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3002. John G. Duffy, as the Personal Representative of the Estate of Christopher Duffy, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Christopher Duffy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John G. Duffy is a resident of New York. Christopher Duffy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3003. John G. Duffy, individually, as surviving parent of Christopher Duffy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John G. Duffy is a resident of Florida. Christopher Duffy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3004. Kathleen Langan, individually, as surviving parent of Christopher Duffy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Langan is a resident of New York. Christopher Duffy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3005. Kevin Duffy, individually, as surviving sibling of Christopher Duffy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Duffy is a resident of New York. Christopher Duffy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3006. Dennis Ketcham, as the Personal Representative of the Estate of Douglas Ketcham, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Douglas Ketcham, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dennis Ketcham is a resident of Florida.

Douglas Ketcham is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3007. Dennis Ketcham, individually, as surviving parent of Douglas D. Ketcham, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dennis Ketcham is a resident of Florida. Douglas Ketcham is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3008. Denyse D. Kruse, as Personal Representative of the Estate of Raenell Ketcham, deceased, the late parent of Douglas D. Ketcham. Denyse D. Kruse is a resident of Florida. Douglas Ketcham is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3009. Denyse D. Kruse, individually, as surviving sibling of Douglas D. Ketcham, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Denyse D. Kruse is a resident of Florida. Douglas Ketcham is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3010. Michael R. Kuo, individually, as surviving child of Frederick Kuo, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael R. Kuo is a resident of New York. Frederick Kuo, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3011. Dean Taylor, individually, as surviving sibling of Kip P. Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dean Taylor is a resident of Colorado. Kip P. Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3012. John Luke Taylor individually, as surviving child of Kip P. Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Luke Taylor is a resident of Colorado. Kip P. Taylor is one of the Decedents murdered as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3013.   Dean Ross Taylor, individually, as surviving child of Kip P. Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dean Ross Taylor is a resident of Colorado. Kip P. Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3014.   Kay Ann Taylor, individually, as surviving parent of Kip P. Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kay Ann Taylor is a resident of Colorado. Kip P. Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3015.   Ann Marie Taylor, individually, as surviving sibling of Kip P. Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ann Marie Taylor is a resident of Colorado. Kip P. Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3016.   Vera Schleeter, as the Personal Representative of the Estate of Kip P. Taylor, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kip P. Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vera Schleeter is a resident of Virginia. Kip P. Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3017.   Vera Schleeter, as Personal Representative of the Estate of Nancy Taylor, deceased, the late spouse of Kip P. Taylor is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vera Schleeter is a resident of Virginia. Kip P. Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3018.   John Doe 132 being intended to designate the Personal Representative of the Estate of Myrna T. Maldonado-Agosto, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of

competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), on behalf of the Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of Myrna T. Maldonado-Agosto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Myrna T. Maldonado-Agosto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3019.   Michael Kuo as the Personal Representative of the Estate of Frederick Kuo, Jr., deceased, on behalf of the Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of Frederick Kuo, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael R. Kuo is a resident of New York. Frederick Kuo, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3020.   Linda Pohlmann,as Personal Representative of the Estate of William Howard Pohlmann, deceased,, on behalf of the Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of William Howard Pohlmann, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Pohlmann is a resident of New York. William Howard Pohlmann is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3021.   Valada B. Penny, as the Personal Representative of the Estate of Richard Penny, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard Penny, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Valada B. Penny is a resident of Georgia. Richard Penny is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3022.   Valada B. Penny, individually, as surviving spouse of Richard Penny, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Valada B. Penny is a resident of Georgia. Richard Penny is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3023. Richard Penny, individually, as surviving child of Richard Penny, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard Penny is a resident of Georgia. Richard Penny is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3024. Eve Bucca, as the Personal Representative of the Estate of Ronald P. Bucca, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ronald P. Bucca, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eve Bucca is a resident of New York. Ronald P. Bucca is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3025. Eve Bucca individually, as surviving spouse of Ronald P. Bucca, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eve Bucca is a resident of New York. Ronald P. Bucca is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3026. Ronald Bucca, individually, as surviving child of Ronald P. Bucca, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ronald Bucca is a resident of Pennsylvania. Ronald P. Bucca is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3027. Thomas Kelleher, as the Personal Representative of the Estate of Stephen Roach, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Roach, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Kelleher is a resident of Florida. Stephen Roach is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3028. Caitlin Duffy Meloy, individually, as surviving sibling of Christopher Duffy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Caitlin Duffy Meloy is a resident of Massachusetts. Christopher Duffy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3029. Angelina Jimenez, as the Personal Representative of the Estate of Elena Ledesma, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Elena Ledesma, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angelina Jimenez is a resident of Rhode Island. Elena Ledesma is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3030. Angelina Jimenez, individually, as surviving child of Elena Ledesma, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angelina Jimenez is a resident of Rhode Island. Elena Ledesma is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3031. Shanhellen Jimenez, individually, as surviving child of Elena Ledesma, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shanhellen Jimenez is a resident of New York. Elena Ledesma is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3032. Elizabeth Rick, as the Personal Representative of the Estate of Scott Bart, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Scott Bart, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Rick is a resident of New York. Scott Bart is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3033. Elizabeth Rick, individually, as surviving spouse of Scott Bart, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Rick is a resident of New York. Scott Bart is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3034. Jessica Bucca-Hughes, individually, as surviving child of Ronald P. Bucca, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica Bucca-Hughes is a resident of New York. Ronald P. Bucca is one of the Decedents murdered as a result of

the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3035.   Alfred R. Bucca, individually, as surviving sibling of Ronald P. Bucca, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alfred R. Bucca is a resident of New York. Ronald P. Bucca is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3036.   Robert Bucca, individually, as surviving sibling of Ronald P. Bucca, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Bucca is a resident of New York. Ronald P. Bucca is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3037.   Astrid Bucca, individually, as surviving sibling of Ronald P. Bucca, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Astrid Bucca is a resident of New York. Ronald P. Bucca is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3038.   Astrid Bucca, as Personal Representative of the Estate of Joseph Bucca, deceased, the late parent of Ronald P. Bucca, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Astrid Bucca is a resident of New York. Ronald P. Bucca is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3039.   Brian Duffy, individually, as surviving sibling of Christopher Duffy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Duffy is a resident of New York. Christopher Duffy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3040.   Kara Mylod, individually, as surviving sibling of Christopher Duffy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kara Mylod is a resident of Georgia. Christopher Duffy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3041. Adriana Fiori, individually, as surviving child of Paul Fiori, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Adriana Fiori is a resident of Connecticut. Paul Fiori is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3042. Debbi Fiori, individually, as surviving child of Paul Fiori, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debbi Fiori is a resident of Connecticut. Paul Fiori is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3043. Cynthia M. Gomes, individually, as surviving spouse of Dennis James Gomes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cynthia M. Gomes is a resident of North Carolina. Dennis James Gomes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3044. Mackenzie Gomes, individually, as surviving child of Dennis James Gomes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mackenzie Gomes is a resident of North Carolina. Dennis James Gomes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3045. Isabel Roach, individually, as surviving spouse of Stephen Roach, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Isabel Roach is a resident of South Carolina. Stephen Roach is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3046. Mackenzie Roach, individually, as surviving child of Stephen Roach, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mackenzie Roach is a resident of Massachusetts. Stephen Roach is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3047. Eileen Roach, individually, as surviving child of Stephen Roach, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eileen Roach is a resident of New Jersey. Stephen Roach is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3048. Stephen Roach, Jr., individually, as surviving child of Stephen Roach, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen Roach, Jr. is a resident of New York. Stephen Roach is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3049. Amy Mulderry, as Co-Personal Representative of the Estate of Stephen Mulderry, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Mulderry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amy Mulderry is a resident of New York. Stephen Mulderry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3050. Anne M. Mulderry, individually, as surviving parent of Stephen Mulderry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anne M. Mulderry is a resident of New York. Stephen Mulderry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3051. Darra Mulderry, individually, as surviving sibling of Stephen Mulderry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Darra Mulderry is a resident of Rhode Island. Stephen Mulderry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3052. Daniel Mulderry, individually, as surviving sibling of Stephen Mulderry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Mulderry is a resident of California. Stephen Mulderry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3053.  Andrew Mulderry, individually, as surviving sibling of Stephen Mulderry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Mulderry is a resident of New York. Stephen Mulderry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3054.  Peter Mulderry, individually, as surviving sibling of Stephen Mulderry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Mulderry is a resident of New York. Stephen Mulderry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3055.  Amy Mulderry, individually, as surviving sibling of Stephen Mulderry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amy Mulderry is a resident of New York. Stephen Mulderry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3056.  Amy Mulderry, as Personal Representative of the Estate of William Mulderry, deceased, the late parent of Stephen Mulderry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amy Mulderry is a resident of New York. Stephen Mulderry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3057.  Anne C. Mulderry, individually, as surviving sibling of Stephen Mulderry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anne C. Mulderry is a resident of New York. Stephen Mulderry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3058.  William J. Mulderry, individually, as surviving sibling of Stephen Mulderry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William J. Mulderry is a resident of New Jersey. Stephen Mulderry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3059. Anthony J. Alvarado, individually, as surviving child of Stephen Mulderry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony J. Alvarado is a resident of New York. Anthony Alvarado is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3060. Jeannette Ramos, as the Personal Representative of the Estate of Anthony Alvarado, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Anthony Alvarado, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeannette Ramos is a resident of New York. Anthony Alvarado is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3061. June Pietruszkiewicz as the Personal Representative of the Estate of James Suozzo, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of James Suozzo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. June Pietruszkiewicz is a resident of South Carolina. James Suozzo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3062. June Pietruszkiewicz, individually, as surviving spouse of James Suozzo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. June Pietruszkiewicz is a resident of South Carolina. James Suozzo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3063. Timothy Suozzo, individually, as surviving child of James Suozzo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Timothy Suozzo is a resident of South Carolina. James Suozzo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3064. Alexander Suozzo, individually, as surviving child of James Suozzo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexander Suozzo is a resident of

New York. James Suozzo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3065. Andrew Morris, as the co-Personal Representative of the Estate of Stephen Philip Morris, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Philip Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Morris is a resident of Great Britain. Stephen Philip Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3066. Katherine Collier and Andrew Morris, as the co-Personal Representatives of the Estate of Philip L. Morris, deceased, the late parent of Stephen Philip Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katherine Collier and Andrew Morris are residents of Great Britain. Stephen Philip Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3067. Katherine Collier, individually, as surviving sibling of Stephen Philip Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katherine Collier is a resident of Great Britain. Stephen Philip Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3068. Andrew Morris, individually, as surviving sibling of Stephen Philip Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Morris is a resident of Great Britain. Stephen Philip Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3069. Maribeth Eccleston, individually, as surviving sibling of Terence McShane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maribeth Eccleston is a resident of New York. Terence McShane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3070. Linda Pohlmann, individually, as surviving spouse of William H. Pohlmann, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Pohlmann is a resident of New York. William H. Pohlmann is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks. Peter Mulderry, as the co-Personal Representative of the Estate of Stephen Mulderry, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Mulderry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Mulderry is a resident of New York. Stephen Mulderry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3071. Patricia Paul, individually, as surviving spouse of James Paul, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Paul is a resident of Illinois. James Paul is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3072. Monique Kerman, individually, as surviving child of James Paul, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Monique Kerman is a resident of Washington. James Paul is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3073. Danielle Ridley, individually, as surviving child of James Paul, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Danielle Ridley is a resident of Tennessee. James Paul is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3074. Brian Weaver and Michael Weaver, as Co-Personal Representative of the Estate of Joan Weaver, deceased, the late parent of Walter Weaver, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Weaver is a resident of Florida and Michael Weaver is a resident of New York. Walter Weaver is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3075. Brian Weaver as the Personal Representative of the Estate of Walter Weaver, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Walter Weaver, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Weaver is a resident of Florida. Walter Weaver is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3076. Marisa John, individually, as surviving child of Charles Gregory John, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marisa John is a resident of New York. Charles Gregory John is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3077. Greffery John, individually, as surviving child of Charles Gregory John, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Greffery John is a resident of Texas. Charles Gregory John is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3078. Gregory John, individually, as surviving child of Charles Gregory John, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gregory John is a resident of Texas. Charles Gregory John is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3079. Luis Revilla, Jr., individually, as surviving child of Luis Clodoaldo Revilla Mier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luis Revilla, Jr. is a resident of California. Luis Clodoaldo Revilla Mier is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3080. Michael Revilla, individually, as surviving child of Luis Clodoaldo Revilla Mier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Revilla is a resident of California. Luis Clodoaldo Revilla Mier is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3081.   Wilton White, individually, as surviving sibling of Tamara Thurman, is a Plaintiff
        seeking justice for the tragic events of September 11, 2001. Wilton White is a resident of
        Nevada. Tamara Thurman is one of the Decedents murdered as a result of the terrorist
        attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,
        and to which Muslim World League, International Islamic Relief Organization, World
        Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in
        furtherance of the attacks.

3082.   Artricia McClure, individually, as surviving sibling of Tamara Thurman, is a Plaintiff
        seeking justice for the tragic events of September 11, 2001. Artricia McClure is a resident
        of Texas. Tamara Thurman is one of the Decedents murdered as a result of the terrorist
        attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,
        and to which Muslim World League, International Islamic Relief Organization, World
        Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in
        furtherance of the attacks.

3083.   Michael Weaver, individually, as surviving sibling of Walter Weaver, is a Plaintiff
        seeking justice for the tragic events of September 11, 2001. Michael Weaver is a resident
        of New York. Walter Weaver is one of the Decedents murdered as a result of the terrorist
        attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,
        and to which Muslim World League, International Islamic Relief Organization, World
        Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in
        furtherance of the attacks.

3084.   Simone Taylor, individually, as surviving child of Donnie Taylor, is a Plaintiff seeking
        justice for the tragic events of September 11, 2001. Simone Taylor is a resident of New
        York. Donnie Taylor is one of the Decedents murdered as a result of the terrorist attacks
        of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to
        which Muslim World League, International Islamic Relief Organization, World
        Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in
        furtherance of the attacks.

3085.   Tamika Taylor as Personal Representative of Estate of Donnie Taylor, Jr., deceased, the
        late child of Donnie Taylor, is a Plaintiff seeking justice for the tragic events of
        September 11, 2001. Tamika Taylor is a resident of California. Donnie Taylor is one of
        the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that
        were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League,
        International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin
        Kadi provided material support and assistance in furtherance of the attacks.

3086.   Brian Weaver and Michael Weaver as Co-Personal Representatives of the Estate of
        William Weaver, the late parent of Walter Weaver, is a Plaintiff seeking justice for the
        tragic events of September 11, 2001. Brian Weaver is a resident of Florida. Michael
        Weaver is a resident of New York. Walter Weaver is one of the Decedents murdered as a
        result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda
        and Osama bin Laden, and to which Muslim World League, International Islamic Relief
        Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material
        support and assistance in furtherance of the attacks.

3087. Paul Britton as the Personal Representative of the Estate of Marion Britton, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marion Britton, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Britton is a resident of New York. Marion Britton is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3088. Paul Britton, individually, as surviving sibling of Marion Britton, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Britton is a resident of New York. Marion Britton is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3089. Stephen Ciccone, individually, as surviving child of Alex Ciccone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen Ciccone is a resident of New York. Alex Ciccone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3090. Julia Ciccone, individually, as surviving child of Alex Ciccone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Julia Ciccone is a resident of New York. Alex Ciccone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3091. Shari Tolbert, individually, as surviving spouse of Otis Tolbert, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shari Tolbert is a resident of Florida. Otis Tolbert is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3092. Brittany Tolbert, individually, as surviving child of Otis Tolbert, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brittany Tolbert is a resident of Florida. Otis Tolbert is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3093.   Amanda Tolbert, individually, as surviving child of Otis Tolbert, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amanda Tolbert is a resident of the District of Columbia. Otis Tolbert is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3094.   Anthony Tolbert, individually, as surviving child of Otis Tolbert, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Tolbert is a resident of Ohio. Otis Tolbert is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3095.   Raymond Pena, individually, as surviving child of Raymond York, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raymond Pena is a resident of Florida. Raymond York is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3096.   Paulina Cardona, as the Personal Representative of the Estate of Jose Cardona, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jose Cardona, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paulina Cardona is a resident of Florida. Jose Cardona is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3097.   Paulina Cardona, individually, as surviving spouse of Jose Cardona, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paulina Cardona is a resident of Florida. Jose Cardona is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3098.   Joshua Cardona, individually, as surviving child of Jose Cardona, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joshua Cardona is a resident of Florida. Jose Cardona is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3099. Kelly Weightman Diaz-Piedra, as the Personal Representative of the Estate of Michael Diaz-Piedra, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Diaz-Piedra, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kelly Weightman Diaz-Piedra is a resident of New Jersey. Michael Diaz-Piedra is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3100. Kelly Weightman Diaz-Piedra, individually, as surviving spouse of Michael Diaz-Piedra, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kelly Weightman Diaz-Piedra is a resident of New Jersey. Michael Diaz-Piedra is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3101. Michael Diaz-Piedra, individually, as surviving child of Michael Diaz-Piedra, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Diaz-Piedra is a resident of New Jersey. Michael Diaz-Piedra is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3102. Thomas Diaz-Piedra, individually, as surviving child of Michael Diaz-Piedra, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Diaz-Piedra is a resident of New Jersey. Michael Diaz-Piedra is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3103. Petrolina Sencion, individually, as surviving parent of Maxima Jean-Pierre, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Petrolina Sencion is a resident of New York. Maxima Jean-Pierre is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3104. Monique Somervell, individually, as surviving child of Michael Diaz-Piedra, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Monique Somervell is a resident of Georgia. Michael Diaz-Piedra is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3105. John Doe 133, being intended to designate the Personal Representative of the Estate of Edward Strauss, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), on behalf of the Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward Strauss, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edward Strauss is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3106. John Doe 134, being intended to designate the Personal Representative of the Estate of Mukul Kumar Agarwala, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), on behalf of the Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of Mukul Kumar Agarwala, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mukul Kumar Agarwala is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3107. Kristen Graf, as the Personal Representative of the Estate of Edwin J. Graf, III, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edwin J. Graf, III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kristen Graf is a resident of Maryland. Edwin J. Graf, III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3108. Nicky Santiago, individually, as surviving spouse of Giovanna Porras, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicky Santiago is a resident of New York. Giovanna Porras is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3109. Rafael Espinal, individually, as surviving sibling of Jose Espinal, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rafael Espinal is a resident of New

York. Jose Espinal is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3110.   Maria Elena Santana, individually, as surviving sibling of Jose Espinal, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Elena Santana is a resident of Florida. Jose Espinal is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3111.   Maria Altagracia Espinal, individually, as surviving sibling of Jose Espinal, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Altagracia Espinal is a resident of Florida. Jose Espinal is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3112.   Josefina Blanchard, individually, as surviving sibling of Jose Espinal, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Josefina Blanchard is a resident of New York. Jose Espinal is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3113.   Flordaliza Espinal, individually, as surviving sibling of Jose Espinal, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Flordaliza Espinal is a resident of Florida. Jose Espinal is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3114.   Moises Espinal, individually, as surviving sibling of Jose Espinal, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Moises Espinal is a resident of Pennsylvania. Jose Espinal is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3115.   Jasmine Espinal, individually, as surviving child of Jose Espinal, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jasmine Espinal is a resident of Connecticut. Jose Espinal is one of the Decedents murdered as a result of the terrorist

docs-100618184.4

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3116.   Maria Alayo Aguilar, as the Personal Representative of the Estate of Jose Espinal, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jose Espinal, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Alayo Aguilar is a resident of Connecticut. Jose Espinal is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3117.   Lisa DeRienzo, as the Personal Representative of the Estate of Michael DeRienzo, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael DeRienzo is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa DeRienzo is a resident of New Jersey. Michael DeRienzo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3118.   Lisa DeRienzo, individually, as surviving sibling of Michael DeRienzo is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa DeRienzo is a resident of New Jersey. Michael DeRienzo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3119.   Juanita Freeman, as the co-Personal Representative of the Estate of Tamitha Freeman, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tamitha Freeman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Juanita Freeman is a resident of North Carolina. Tamitha Freeman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3120.   Ayleen Arroyo, individually, as surviving child of Ayleen Santiago is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ayleen Arroyo is a resident of New Jersey. Ayleen Santiago is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3121. George J. Santiago, individually, as surviving child of Ayleen Santiago is a Plaintiff seeking justice for the tragic events of September 11, 2001. George J. Santiago is a resident of New Jersey. Ayleen Santiago is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3122. Ayleen Arroyo and George J. Santiago as Co-Personal Representatives of George Santiago, deceased, the late spouse of Ayleen Santiago is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ayleen Arroyo and George J. Santiago are residents of New Jersey. Ayleen Santiago is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3123. Alana McKenzie, as the Personal Representative of the Estate of Molly McKenzie, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Molly McKenzie is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alana McKenzie is a resident of Virginia. Molly McKenzie is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3124. Alana McKenzie, individually, as surviving child of Molly McKenzie is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alana McKenzie is a resident of Virginia. Molly McKenzie is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3125. Rebecca Shum, as the Personal Representative of the Estate of See Wong Shum, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of See Wong Shum is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rebecca Shum is a resident of New Jersey. See Wong Shum is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3126. Rebecca Shum, individually, as surviving spouse of See Wong Shum, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rebecca Shum is a resident of New Jersey. See Wong Shum is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3127. Leon Shum, individually, as surviving child of See Wong Shum is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leon Shum is a resident of New Jersey. See Wong Shum is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3128. Chanel Shum, individually, as surviving child of See Wong Shum is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chanel Shum is a resident of New Jersey. See Wong Shum is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3129. Celestine Kone, as the Personal Representative of the Estate of Abdoulaye Kone, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Abdoulaye Kone is a Plaintiff seeking justice for the tragic events of September 11, 2001. Celestine Kone is a resident of Georgia. Abdoulaye Kone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3130. Celestine Kone, individually, as surviving spouse of Abdoulaye Kone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Celestine Kone is a resident of Georgia. Abdoulaye Kone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3131. Lacina Kone, individually, as surviving child of Abdoulaye Kone is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lacina Kone is a resident of Georgia. Abdoulaye Kone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3132. Mama Kone, individually, as surviving child of Abdoulaye Kone is a Plaintiff seeking justice for the tragic events of September 11, 2001. Abdoulaye Kone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League,

International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3133.   John Doe 140, being intended to designate the Personal Representative of the Estate of Darya Lin, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Darya Lin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Darya Lin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3134.   Lea McKenzie, individually, as surviving child of Molly McKenzie, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Molly McKenzie is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3135.   Joyce Grant, as the Personal Representative of the Estate of Winston Grant, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Winston Grant, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Winston Grant is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3136.   Joyce Grant, individually, as surviving spouse of Winston Grant, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Winston Grant is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3137.   Winston Grant II, individually, as surviving child of Winston Grant, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Winston Grant is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3138.   John Doe 144, being intended to designate the Personal Representative of the Estate of Joya Grant, deceased, the late child of Winston Grant, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a

court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), is a Plaintiff seeking justice for the tragic events of September 11, 2001. Winston Grant is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3139.   Georgette Conroy, as the Personal Representative of the Estate of Kevin Conroy, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kevin Conroy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Georgette Conroy is a resident of New York. Kevin Conroy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3140.   Georgette Conroy, individually, as surviving spouse of Kevin Conroy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Georgette Conroy is a resident of New York. Kevin Conroy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3141.   Matthew Conroy, individually, as surviving child of Kevin Conroy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Conroy is a resident of Illinois. Kevin Conroy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3142.   Jamie Conroy, individually, as surviving child of Kevin Conroy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jamie Conroy is a resident of New York. Kevin Conroy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3143.   Christine Kelly, individually, as surviving child of Kevin Conroy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine Kelly is a resident of New York. Kevin Conroy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

548

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3144. Jill Conroy, individually, as surviving child of Kevin Conroy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jill Conroy is a resident of Massachusetts. Kevin Conroy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3145. Ursula Andrus, as the Personal Representative of the Estate of Norbert Szurkowski, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Norbert Szurkowski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ursula Andrus is a resident of Florida. Norbert Szurkowski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3146. Ursula Andrus, individually, as surviving spouse of Norbert Szurkowski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ursula Andrus is a resident of Florida. Norbert Szurkowski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3147. Alexandra Szurkowski, individually, as surviving child of Norbert Szurkowski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexandra Szurkowski is a resident of Florida. Norbert Szurkowski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3148. Claudia Szurkowski, individually, as surviving child of Norbert Szurkowski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Claudia Szurkowski is a resident of Florida. Norbert Szurkowski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3149. Casey DeBaecke, as the Personal Representative of the Estate of Christopher Clarke, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Christopher Clarke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Casey DeBaecke is a resident of Pennsylvania. Christopher Clarke is one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3150.  Casey DeBaecke, individually, as surviving spouse of Christopher Clarke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Casey DeBaecke is a resident of Pennsylvania. Christopher Clarke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3151.  Diane Inghilterra, as the Personal Representative of the Estate of Louis Inghilterra, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Louis Inghilterra, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Louis Inghilterra is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3152.  Diane Inghilterra individually, as surviving spouse of Louis Inghilterra, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Louis Inghilterra is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3153.  Louis Sam Inghilterra, individually, as surviving child of Louis Inghilterra, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Louis Inghilterra is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3154.  John Doe 143, being intended to designate the Personal Representative of the Estate of Stanley McCaskill, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Stanley McCaskill, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stanley McCaskill is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3155. Kevin Joseph Collin, individually, as surviving sibling of Jean Marie Collin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Joseph Collin is a resident of California. Jean Marie Collin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3156. Kathleen Raney, individually, as surviving sibling of Jean Marie Collin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jean Marie Collin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3157. John Doe 141, being intended to designate the Personal Representative of the Estate of Jean Marie Collin, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Jean Marie Collin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jean Marie Collin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3158. John Doe 142, being intended to designate the Personal Representative of the Estate of Charlotte Griebel, deceased, the late parent of Jean Marie Collin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jean Marie Collin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3159. Sarah Sopher, individually, as surviving child of Edwin J. Graf III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edwin J. Graf III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3160. Tamatha Patterson as the Personal Representative of the Estate of Clifford Patterson, Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Clifford L. Patterson, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Clifford Patterson, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and

Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3161.  Tamatha Patterson individually, as surviving spouse of Clifford L. Patterson, Jr. is a Plaintiff seeking justice for the tragic events of September 11, 2001. Clifford L. Patterson, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3162.  Clifford L. Patterson III individually, as surviving child of Clifford L. Patterson, Jr. is a Plaintiff seeking justice for the tragic events of September 11, 2001. Clifford L. Patterson, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3163.  Benjamin Cody Patterson individually, as surviving child of Clifford L. Patterson, Jr. is a Plaintiff seeking justice for the tragic events of September 11, 2001. Clifford L. Patterson, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3164.  Clifford Patterson individually, as surviving parent of Clifford L. Patterson, Jr. is a Plaintiff seeking justice for the tragic events of September 11, 2001. Clifford L. Patterson, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3165.  Sandra Wheeler Patterson individually, as surviving parent of Clifford L. Patterson, Jr. is a Plaintiff seeking justice for the tragic events of September 11, 2001. Clifford L. Patterson, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3166.  Edwardo Mendoza as the Personal Representative of the Estate of Lizette Mendoza, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of  Lizette Mendoza is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lizette Mendoza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3167. Wil-Justin Ojeda individually, as surviving child of Lizette Mendoza is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wil-Justin Ojeda is a resident of New Jersey. Lizette Mendoza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3168. Deborah Ivory, as the Personal Representative of the Estate of Lacey B. Ivory, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lacey B. Ivory, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lacey B. Ivory is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3169. Deborah Ivory, individually, as surviving spouse of Lacey B. Ivory, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah Ivory is a resident of Maryland. Lacey B. Ivory is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3170. Rashida Ivory, individually, as surviving child of Lacey B. Ivory, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lacey B. Ivory is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3171. Quawana Rodriguez, individually, as surviving child of Lacey B. Ivory, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lacey B. Ivory is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3172. Raymond Sanchez, Jr., individually, as surviving child of Raymond Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raymond Sanchez, Jr. is a resident of New York. Raymond Sanchez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic

Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3173. Russ F. Jellinek, Esq., as the Personal Representative of the Estate of Timothy Langer, deceased, the late spouse of Vanessa Lang Langer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vanessa Lang Langer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3174. Lorna Moringiello, individually, as surviving spouse of Michael S. Lamana, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lorna Moringiello is a resident of Indiana. Michael S. Lamana is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3175. Kimmy Chedel, as the Personal Representative of the Estate of Frank Doyle, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Frank Doyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Doyle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3176. Kimmy Chedel, individually, as surviving spouse of Frank Doyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Doyle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3177. Zoe Doyle, individually, as surviving child of Frank Doyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Doyle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3178. Garrett Doyle, individually, as surviving child of Frank Doyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Doyle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3179. Leo Andreacchio, individually, as surviving sibling of John Andreacchio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leo Andreacchio is a resident of New York. John Andreacchio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3180. John Doe 137, being intended to designate the Personal Representative of the Estate of John Andreacchio, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of John Andreacchio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Andreacchio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3181. John Doe 138, being intended to designate the Personal Representative of the Estate of Elaine Greenberg, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Elaine Greenberg, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elaine Greenberg is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3182. Estelle Pershep, as the Personal Representative of the Estate of Franklin Pershep, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Franklin Pershep, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Estelle Pershep is a resident of New York. Franklin Pershep is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3183. Estelle Pershep, individually, as surviving spouse of Franklin Pershep, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Estelle Pershep is a resident of New York. Franklin Pershep is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3184.   Stacy Paolozzi, individually, as surviving child of Franklin Pershep, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stacy Paolozzi is a resident of New York. Franklin Pershep is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3185.   John Doe 145, as Personal Representative of the Estate of Sharyn Fine, deceased, the late child of Franklin Pershep, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Franklin Pershep is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3186.   Betty Woods, as the Personal Representative of the Estate of Marvin Woods, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marvin Woods, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marvin Woods is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3187.   Betty Woods, individually, as surviving spouse of Marvin Woods, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marvin Woods is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3188.   James Woods, individually, as surviving child of Marvin Woods, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marvin Woods is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3189.   Jennifer Nicosia, individually, as surviving child of Marvin Woods, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marvin Woods is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3190.   John Doe 139, being intended to designate the Personal Representative of the Estate of Yamel Merino, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Yamel Merino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yamel Merino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3191.   Kevin Merino, individually, as surviving child of Yamel Merino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yamel Merino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3192.   Rolando Mendoza, Sr., individually, as surviving spouse of Lizette Mendoza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rolando Mendoza, Sr., is a resident of New Jersey. Lizette Mendoza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3193.   Rolando Mendoza, Jr., individually, as surviving child of Lizette Mendoza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rolando Mendoza, Jr., is a resident of New Jersey. Lizette Mendoza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3194.   Wilfredo Agosto, individually, as surviving spouse of Myrna Maldonado-Agosto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wilfredo Agosto is a resident of North Carolina. Myrna Maldonado-Agosto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3195.   Momo Scharf, individually, as surviving child of John Scharf is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Scharf is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International

Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3196. Andrew C. Kelly, as the Personal Representative of the Estate of Maurice Kelly, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Maurice Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maurice Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3197. Danielle Kelly, individually, as surviving child of Maurice Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Danielle Kelly is a resident of New York. Maurice Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3198. Thomas Kelly, individually, as surviving child of Maurice Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maurice Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3199. Danielle Kelly as the Personal Representative of the Estate of Sean Kelly, deceased, the late child of Maurice Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Danielle Kelly is a resident of New York. Maurice Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3200. Sarah Cherry as the Personal Representative of the Estate of Douglas Cherry, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Douglas Cherry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sarah Cherry is a resident of Ohio. Douglas Cherry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3201. Sarah Cherry, individually, as surviving spouse of Douglas Cherry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sarah Cherry is a resident of Ohio. Douglas Cherry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

558

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3202.  Emma Cherry, individually, as surviving child of Douglas Cherry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Douglas Cherry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3203.  Isabel Cherry, individually, as surviving child of Douglas Cherry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Douglas Cherry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3204.  John Cherry, individually, as surviving child of Douglas Cherry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Douglas Cherry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3205.  Gladys Lopez as the Personal Representative of the Estate of Luis Manuel, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luis Lopez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luis Manuel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3206.  Gladys Lopez, individually, as surviving spouse of Luis Lopez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luis Manuel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3207.  Lester Fortuna, individually, as surviving child of Luis Lopez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lester Fortuna is a resident of New York. Luis Manuel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3208.  Heily Fortuna, individually, as surviving child of Luis Lopez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luis Manuel is one of the Decedents

559

murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3209. Patricia Fennelly, individually, as surviving sibling of Robert Caufield, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Caufield is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3210. Justin Rodriguez, individually, as surviving child of Anthony Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Justin Rodriguez is a resident of New Mexico. Anthony Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3211. Michael Reynolds, individually, as surviving child of Anthony Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Reynolds is a resident of Georgia. Anthony Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3212. Catherine Allen, individually, as surviving child of John Hartz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Allen is a resident of Massachusetts. John Hartz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3213. John Hartz, Jr., individually, as surviving child of John Hartz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Hartz, Jr. is a resident of Florida. John Hartz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3214. Jaimenys Taveras, individually, as surviving child of Manuel De Jesus Molina, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jaimenys Taveras is a resident of New York. Manuel De Jesus Molina is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3215. Jaimercedes Taveras, individually, as surviving child of Manuel De Jesus Molina, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jaimercedes Taveras is a resident of New York. Manuel De Jesus Molina is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3216. Jaimelin Taveras, individually, as surviving child of Manuel De Jesus Molina, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jaimelin Taveras is a resident of New York. Manuel De Jesus Molina is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3217. Alfredo Bordenabe as the Personal Representative of the Estate of Krystine Bordenabe, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Krystine Bordenabe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Krystine Bordenabe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3218. Alfredo Bordenabe, individually, as surviving spouse of Krystine Bordenabe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Krystine Bordenabe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3219. Andrew Godsil, individually, as surviving child of Krystine Bordenabe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Godsil is a resident of New Jersey. Krystine Bordenabe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3220. William Carson, individually, as surviving sibling of James Carson, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Carson is a resident of New York. James Carson, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

561

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3221. Stephen Carson, individually, as surviving sibling of James Carson, Jr. is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen Carson is a resident of New York. James Carson, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3222. John Doe 154 as the Personal Representative of the Estate of Thomas Galvin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Galvin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Galvin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3223. Diverra M. Galvin, individually, as surviving parent of Thomas Galvin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Diverra M. Galvin is a resident of Florida. Thomas Galvin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3224. John M. Galvin, individually, as surviving parent of Thomas Galvin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John M. Galvin is a resident of Florida. Thomas Galvin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3225. Lynn M. Galvin, individually, as surviving sibling of Thomas Galvin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lynn M. Galvin is a resident of Connecticut. Thomas Galvin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3226. Kathy G. Callahan, individually, as surviving sibling of Thomas Galvin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathy G. Callahan is a resident of Connecticut. Thomas Galvin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3227. John M. Galvin Jr., individually, as surviving sibling of Thomas Galvin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John M. Galvin Jr. is a resident of Connecticut. Thomas Galvin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3228. Deborah Forde, as the co-Personal Representative of the Estate of Godwin Forde, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah Forde is a resident of New York. Godwin Forde is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi  provided material support and assistance in furtherance of the attacks.

3229. Deborah Forde, individually, as surviving spouse of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah Forde is a resident of New York. Godwin Forde is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3230. Kai Thompson Hernandez, individually, as surviving spouse of Glenn Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kai Thompson Hernandez is a resident of Florida. Glenn Thompson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3231. Kai Thompson Hernandez, as the Personal Representative of the Estate of Glenn Thompson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Glenn Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kai Thompson Hernandez is a resident of Florida. Glenn Thompson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3232. Grace Salinardi, individually, as surviving parent of Richard Salinardi, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard Salinardi, Jr.is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that

were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3233. Grace Salinardi and Jason Salinardi as Co- Personal Representatives of the Estate of Richard Salinardi, deceased, the late parent of Richard Salinardi, Jr., are Plaintiffs seeking justice for the tragic events of September 11, 2001. Richard Salinardi, Jr.is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3234. Jason Salinardi, individually, as surviving sibling of Richard Salinardi, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard Salinardi, Jr.is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3235. Jayme Salinardi, individually, as surviving sibling of Richard Salinardi, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard Salinardi, Jr.is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3236. Debra Roberts, as the Personal Representative of the Estate of Leo Roberts, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Leo Roberts, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debra Roberts is a resident of California. Leo Roberts is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3237. Debra Roberts, individually, as surviving spouse of Leo Roberts, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debra Roberts is a resident of California. Leo Roberts is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3238. Michael Roberts, individually, as surviving child of Leo Roberts, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leo Roberts is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3239. Jeffrey Roberts, individually, as surviving child of Leo Roberts, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leo Roberts is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3240. Daniel Roberts, individually, as surviving child of Leo Roberts, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leo Roberts is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3241. Taylor Roberts, individually, as surviving child of Leo Roberts, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leo Roberts is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

## APPENDIX – KREINDLER CHARITIES

3242. Colleen Amato, individually, as surviving Sibling of Thomas Ashton, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Colleen Amato is a resident of New York. Thomas Ashton is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3243. John Ashton, individually, as surviving Parent of Thomas Ashton, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Ashton is a resident of New York. Thomas Ashton is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3244. Mary Buckley, individually, as surviving Sibling of Thomas Ashton, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Buckley is a resident of New York. Thomas Ashton is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3245. Ascension Abad, individually, as surviving Parent of Edelmiro Abad, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ascension Abad is a resident of New York. Edelmiro Abad is one of the Decedents murdered as a result of the terrorist

565

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3246. Jennifer Abad, individually, as surviving Child of Edelmiro Abad, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Abad is a resident of New York. Edelmiro Abad is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3247. Rebecca Abad, individually, as surviving Child of Edelmiro Abad, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rebecca Abad is a resident of New York. Edelmiro Abad is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3248. Serena Abad, individually, as surviving Child of Edelmiro Abad, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Serena Abad is a resident of New York. Edelmiro Abad is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3249. Michael J. Adams, individually, as surviving Sibling of Shannon L. Adams, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael J. Adams is a resident of Georgia. Shannon L. Adams is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3250. Kylie Adams-Floyd, individually, as surviving Sibling of Shannon L. Adams, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kylie Adams-Floyd is a resident of Florida. Shannon L. Adams is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3251. Leslie Werdann, as the Personal Representative of the Estate of Frank Agnes, deceased, the late Parent of David Agnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leslie Werdann is a resident of New York. David Agnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that

were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3252.   Adrienne Pearl, individually, as surviving Child of David Agnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Adrienne Pearl is a resident of New York. David Agnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3253.   Leslie Werdann, individually, as surviving Sibling of David Agnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leslie Werdann is a resident of New York. David Agnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3254.   Effie Ahladiotis-Salloum, individually, as surviving Sibling of Joanne Ahladiotis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Effie Ahladiotis-Salloum is a resident of New York. Joanne Ahladiotis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3255.   Cassandra Aiken, individually, as surviving Sibling of Terrance Aiken, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cassandra Aiken is a resident of New Jersey. Terrance Aiken is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3256.   Michael Aiken, individually, as surviving Sibling of Terrance Aiken, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Aiken is a resident of South Carolina. Terrance Aiken is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3257.   Kecia Aiken-Dorismond, individually, as surviving Sibling of Terrance Aiken, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kecia Aiken-Dorismond is a resident of New York. Terrance Aiken is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic

Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3258. Georgia Burgess, individually, as surviving Sibling of Terrance Aiken, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Georgia Burgess is a resident of South Carolina. Terrance Aiken is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3259. Roxana Alger Geffen, individually, as surviving Child of David D. Alger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Roxana Alger Geffen is a resident of District of Columbia. David D. Alger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3260. Cristina Alger Wang, individually, as surviving Child of David D. Alger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cristina Alger Wang is a resident of Connecticut. David D. Alger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3261. Sean Amato, individually, as surviving Child of James M. Amato, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sean Amato is a resident of New York. James M. Amato is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3262. Laura Andrucki Izzo, individually, as surviving Sibling of Jean Andrucki, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Andrucki Izzo is a resident of New York. Jean Andrucki is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3263. Annmarie Angelini, individually, as surviving Child of Joseph J. Angelini, Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Annmarie Angelini is a resident of New York. Joseph J. Angelini, Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3264. Mary M. Angelini, individually, as surviving Child of Joseph J. Angelini, Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary M. Angelini is a resident of Maryland. Joseph J. Angelini, Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3265. Michael P. Angelini, individually, as surviving Child of Joseph J. Angelini, Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael P. Angelini is a resident of New York. Joseph J. Angelini, Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3266. Christopher Apostol, individually, as surviving Child of Faustino Apostol, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Apostol is a resident of New York. Faustino Apostol, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3267. Justin Apostol, individually, as surviving Child of Faustino Apostol, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Justin Apostol is a resident of New York. Faustino Apostol, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3268. Stephanie L. Aranyos, individually, as surviving Sibling of Patrick Aranyos, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephanie L. Aranyos is a resident of Florida. Patrick Aranyos is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3269. Alexander Paul Aranyos, Jr., individually, as surviving Sibling of Patrick Aranyos, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexander Paul Aranyos, Jr. is a resident of Florida. Patrick Aranyos is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3270. Kristen Arestegui, individually, as surviving Sibling of Barbara Arestegui, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kristen Arestegui is a resident of Washington. Barbara Arestegui is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3271. Nancy Arestegui, individually, as surviving Sibling of Barbara Arestegui, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nancy Arestegui is a resident of California. Barbara Arestegui is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3272. Rosie Arestegui, individually, as surviving Parent of Barbara Arestegui, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosie Arestegui is a resident of California. Barbara Arestegui is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3273. Sharon Arestegui, individually, as surviving Sibling of Barbara Arestegui, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sharon Arestegui is a resident of Arizona. Barbara Arestegui is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3274. Vittorio Arestegui, individually, as surviving Parent of Barbara Arestegui, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vittorio Arestegui is a resident of California. Barbara Arestegui is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3275. Paul Barbara, individually, as surviving Child of Gerard Barbara, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Barbara is a resident of New Jersey. Gerard Barbara is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3276. Caren Villarreal, individually, as surviving Child of Gerard Barbara, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Caren Villarreal is a resident of New Jersey. Gerard Barbara is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3277. Frank J. Barbella, individually, as surviving Parent of James W. Barbella, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank J. Barbella is a resident of New York. James W. Barbella is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3278. Frank Barbella, individually, as surviving Sibling of James W. Barbella, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Barbella is a resident of Texas. James W. Barbella is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3279. James Barbella, individually, as surviving Child of James W. Barbella, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Barbella is a resident of New York. James W. Barbella is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3280. Louis Barbella, individually, as surviving Sibling of James W. Barbella, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Louis Barbella is a resident of New York. James W. Barbella is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3281. Michael Barbella, individually, as surviving Sibling of James W. Barbella, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Barbella is a resident of Texas. James W. Barbella is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3282. Ruth Barbella, individually, as surviving Parent of James W. Barbella, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ruth Barbella is a resident of New York. James W. Barbella is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3283. Ruth A. Barbella, individually, as surviving Sibling of James W. Barbella, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ruth A. Barbella is a resident of New York. James W. Barbella is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3284. Sarah Barbella, individually, as surviving Child of James W. Barbella, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sarah Barbella is a resident of New York. James W. Barbella is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3285. Thomas Barbella, individually, as surviving Sibling of James W. Barbella, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Barbella is a resident of New York. James W. Barbella is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3286. Joann Castronovo, individually, as surviving Child of James W. Barbella, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joann Castronovo is a resident of New York. James W. Barbella is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3287. Dianne Walsh, as the Personal Representative of the Estate of John Barbuto, deceased, the late Parent of Christine Barbuto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dianne Walsh is a resident of Massachusetts. Christine Barbuto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World

League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3288. Jeannine Daly, individually, as surviving Sibling of Christine Barbuto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeannine Daly is a resident of Massachusetts. Christine Barbuto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3289. Yefim Kogan, individually, as surviving Sibling of Inna Basina, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yefim Kogan is a resident of New York. Inna Basina is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3290. Eric J. Leinung, individually, as surviving Sibling of Paul Battaglia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eric J. Leinung is a resident of New York. Paul Battaglia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3291. John M. Leinung, individually, as surviving Stepparent of Paul Battaglia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John M. Leinung is a resident of New York. Paul Battaglia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3292. Kristen M. Leinung, individually, as surviving Sibling of Paul Battaglia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kristen M. Leinung is a resident of Oregon. Paul Battaglia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3293. Christopher Beaven, individually, as surviving Child of Alan Beaven, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Beaven is a resident of California. Alan Beaven is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3294. John Beaven, individually, as surviving Child of Alan Beaven, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Beaven is a resident of California. Alan Beaven is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3295. Margaret Budde, individually, as surviving Sibling of Alan Beaven, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret Budde is a resident of Florida. Alan Beaven is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3296. Lowell F. Bell, individually, as surviving Sibling of Nina P. Bell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lowell F. Bell is a resident of Colorado. Nina P. Bell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3297. Deborah Harrison, individually, as surviving Sibling of Nina P. Bell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah Harrison is a resident of California. Nina P. Bell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3298. Maria V. Berardi, individually, as surviving Parent of Dominick J. Berardi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria V. Berardi is a resident of New York. Dominick J. Berardi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3299. Nicholas A. Berardi, individually, as surviving Sibling of Dominick J. Berardi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicholas A. Berardi is a resident of New York. Dominick J. Berardi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3300. Tina M. Berardi, individually, as surviving Sibling of Dominick J. Berardi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tina M. Berardi is a resident of New York. Dominick J. Berardi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3301. Gary Berger, as the Personal Representative of the Estate of Joseph Berger, deceased, the late Parent of Steven H. Berger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gary Berger is a resident of Florida. Steven H. Berger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3302. Gary Berger, as the Personal Representative of the Estate of Phyllis Berger, deceased, the late Parent of Steven H. Berger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gary Berger is a resident of Florida. Steven H. Berger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3303. Christopher Lawrence Berkeley, individually, as surviving Sibling of Graham A. Berkeley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Lawrence Berkeley is a resident of The United Kingdom. Graham A. Berkeley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3304. Roger Berkeley, individually, as surviving Sibling of Graham A. Berkeley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Roger Berkeley is a resident of The United Kingdom. Graham A. Berkeley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3305. Sirak Betru, as the Personal Representative of the Estate of Betru Tensay, deceased, the late Parent of Yeneneh Betru, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sirak Betru is a resident of Maryland. Yeneneh Betru is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League,

International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3306.   Aron Betru, individually, as surviving Sibling of Yeneneh Betru, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aron Betru is a resident of Maryland. Yeneneh Betru is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3307.   Ruth Betru, individually, as surviving Sibling of Yeneneh Betru, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ruth Betru is a resident of Maryland. Yeneneh Betru is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3308.   Sirak Betru, as the Personal Representative of the Estate of Yeneneh Betru, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Yeneneh Betru, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sirak Betru is a resident of Maryland. Yeneneh Betru is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3309.   Sirak Betru, individually, as surviving Sibling of Yeneneh Betru, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sirak Betru is a resident of Maryland. Yeneneh Betru is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3310.   Sara Teshebru, individually, as surviving Parent of Yeneneh Betru, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sara Teshebru is a resident of Maryland. Yeneneh Betru is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3311.   Jane Beyer, individually, as surviving Sibling of Paul M. Beyer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jane Beyer is a resident of New York. Paul M. Beyer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3312. Mark Beyer, individually, as surviving Sibling of Paul M. Beyer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mark Beyer is a resident of New York. Paul M. Beyer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3313. Regina Biegeleisen, as the Personal Representative of the Estate of Jacob S. Biegeleisen, deceased, the late Parent of Shimmy D. Biegeleisen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Regina Biegeleisen is a resident of New York. Shimmy D. Biegeleisen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3314. Rochelle Berger, individually, as surviving Sibling of Shimmy D. Biegeleisen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rochelle Berger is a resident of New York. Shimmy D. Biegeleisen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3315. Alan Biegeleisen, individually, as surviving Sibling of Shimmy D. Biegeleisen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alan Biegeleisen is a resident of New York. Shimmy D. Biegeleisen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3316. Mordechai Biegeleisen, individually, as surviving Child of Shimmy D. Biegeleisen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mordechai Biegeleisen is a resident of New Jersey. Shimmy D. Biegeleisen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3317. Regina Biegeleisen, individually, as surviving Parent of Shimmy D. Biegeleisen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Regina Biegeleisen is a resident of New York. Shimmy D. Biegeleisen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3318. Adina Gewirezman, individually, as surviving Child of Shimmy D. Biegeleisen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Adina Gewirezman is a resident of New Jersey. Shimmy D. Biegeleisen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3319. Dvora Rotberg, individually, as surviving Child of Shimmy D. Biegeleisen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dvora Rotberg is a resident of New York. Shimmy D. Biegeleisen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3320. Desiree DiDonna, individually, as surviving Child of Carl Bini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Desiree DiDonna is a resident of New York. Carl Bini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3321. Stefanie Parish, individually, as surviving Child of Carl Bini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stefanie Parish is a resident of New York. Carl Bini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3322. Samuel Birnbaum, individually, as surviving Parent of Joshua Birnbaum, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Samuel Birnbaum is a resident of New York. Joshua Birnbaum is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3323. Jillian Eisman, individually, as surviving Sibling of Joshua Birnbaum, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jillian Eisman is a resident of New York. Joshua Birnbaum is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3324. Rebecca Taylor Wynne, as the Personal Representative of the Estate of Richard Blood, Sr., deceased, the late Parent of Richard M. Blood, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rebecca Taylor Wynne is a resident of Virginia. Richard M. Blood, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3325. Constance Blood, individually, as surviving Parent of Richard M. Blood, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Constance Blood is a resident of Virginia. Richard M. Blood, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3326. Stephen Blood, individually, as surviving Sibling of Richard M. Blood, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen Blood is a resident of Florida. Richard M. Blood, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3327. William Blood, individually, as surviving Sibling of Richard M. Blood, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Blood is a resident of Georgia. Richard M. Blood, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3328. Rebecca Taylor Wynne, individually, as surviving Sibling of Richard M. Blood, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rebecca Taylor Wynne is a resident of Virginia. Richard M. Blood, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3329. Cynthia Lewis, as the Personal Representative of the Estate of Steve Lewis, deceased, the late Sibling of Sherry Ann Bordeaux, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cynthia Lewis is a resident of North Carolina. Sherry Ann Bordeaux is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

579

which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3330. Alan Bordeaux, individually, as surviving Sibling of Sherry Ann Bordeaux, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alan Bordeaux is a resident of New Jersey. Sherry Ann Bordeaux is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3331. Cynthia Lewis, individually, as surviving Sibling of Sherry Ann Bordeaux, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cynthia Lewis is a resident of North Carolina. Sherry Ann Bordeaux is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3332. Michael Bosco, individually, as surviving Sibling of Richard Edward Bosco, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Bosco is a resident of New Jersey. Richard Edward Bosco is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3333. William J. Bosco, III., individually, as surviving Sibling of Richard Edward Bosco, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William J. Bosco, III. is a resident of Florida. Richard Edward Bosco is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3334. Kelly Manzi, individually, as surviving Sibling of Richard Edward Bosco, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kelly Manzi is a resident of New York. Richard Edward Bosco is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3335. Beata Boyarsky, individually, as surviving Sibling of Gennady Boyarsky, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Beata Boyarsky is a resident of Florida. Gennady Boyarsky is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3336. Jeanne Arnold, individually, as surviving Sibling of Michael Boyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeanne Arnold is a resident of New York. Michael Boyle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3337. Barbara J. Boyle, individually, as surviving Parent of Michael Boyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara J. Boyle is a resident of New York. Michael Boyle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3338. James P. Boyle, individually, as surviving Sibling of Michael Boyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James P. Boyle is a resident of New York. Michael Boyle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3339. Peter Boyle, individually, as surviving Sibling of Michael Boyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Boyle is a resident of New York. Michael Boyle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3340. Mary Lynch, individually, as surviving Sibling of Michael Boyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Lynch is a resident of New York. Michael Boyle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3341. Shenan M. Bradshaw, individually, as surviving Stepchild of Sandra W. Bradshaw, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shenan M. Bradshaw is a resident of Georgia. Sandra W. Bradshaw is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International

Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3342. Tatum Vitale, as the Personal Representative of the Estate of Richard W. Brady, Jr., deceased, the late Sibling of David B. Brady, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tatum Vitale is a resident of New Jersey. David B. Brady is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3343. Alice Brady, individually, as surviving Parent of David B. Brady, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alice Brady is a resident of New Jersey. David B. Brady is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3344. Michael J. Brady, individually, as surviving Sibling of David B. Brady, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael J. Brady is a resident of New Jersey. David B. Brady is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3345. Richard Brady, individually, as surviving Parent of David B. Brady, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard Brady is a resident of New Jersey. David B. Brady is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3346. Scott T. Brady, individually, as surviving Sibling of David B. Brady, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scott T. Brady is a resident of New Jersey. David B. Brady is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3347. Mary Christine Zaremba, individually, as surviving Sibling of David B. Brady, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Christine Zaremba is a resident of Delaware. David B. Brady is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3348.   Albert Bravo, individually, as surviving Sibling of Lydia E. Bravo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Albert Bravo is a resident of New York. Lydia E. Bravo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3349.   Norma Bravo, individually, as surviving Sibling of Lydia E. Bravo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Norma Bravo is a resident of New York. Lydia E. Bravo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3350.   Leticia Muszel, individually, as surviving Sibling of Lydia E. Bravo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leticia Muszel is a resident of New York. Lydia E. Bravo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3351.   Edward Brennan, individually, as surviving Parent of Edward A. Brennan III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edward Brennan is a resident of New Jersey. Edward A. Brennan III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3352.   Ellen Brennan-Krebs, individually, as surviving Sibling of Edward A. Brennan III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ellen Brennan-Krebs is a resident of New Jersey. Edward A. Brennan III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3353.   Sheila Capparis, individually, as surviving Sibling of Edward A. Brennan III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sheila Capparis is a resident of New Jersey. Edward A. Brennan III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3354. Elizabeth Murphy, individually, as surviving Sibling of Edward A. Brennan III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Murphy is a resident of New Jersey. Edward A. Brennan III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3355. Alexander Briley, individually, as surviving Sibling of Jonathan E. Briley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexander Briley is a resident of New York. Jonathan E. Briley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3356. Joanne Briley, individually, as surviving Sibling of Jonathan E. Briley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joanne Briley is a resident of New York. Jonathan E. Briley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3357. Timothy Briley, individually, as surviving Sibling of Jonathan E. Briley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Timothy Briley is a resident of New York. Jonathan E. Briley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3358. Gwendolyn Briley-Strand, individually, as surviving Sibling of Jonathan E. Briley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gwendolyn Briley-Strand is a resident of Maryland. Jonathan E. Briley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3359. John C. Broghammer, individually, as surviving Child of Herman C. Broghammer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John C. Broghammer is a resident of New York. Herman C. Broghammer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International

Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3360. Amy B. Stabile, individually, as surviving Child of Herman C. Broghammer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amy B. Stabile is a resident of New York. Herman C. Broghammer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3361. David Bruce, as the Personal Representative of the Estate of Diane Bruce, deceased, the late Parent of Mark Bruce, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Bruce is a resident of California. Mark Bruce is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3362. David Bruce, as the Personal Representative of the Estate of Harold Truman Bruce, deceased, the late Parent of Mark Bruce, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Bruce is a resident of California. Mark Bruce is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3363. David Bruce, individually, as surviving Sibling of Mark Bruce, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Bruce is a resident of California. Mark Bruce is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3364. Stephen Bruce, individually, as surviving Sibling of Mark Bruce, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen Bruce is a resident of Tennessee. Mark Bruce is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3365. John Bruehert, individually, as surviving Sibling of Richard Bruehert, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Bruehert is a resident of Florida. Richard Bruehert is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3366. Michael Buhse, individually, as surviving Sibling of Patrick Buhse, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Buhse is a resident of New York. Patrick Buhse is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3367. Thomas Buhse, individually, as surviving Sibling of Patrick Buhse, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Buhse is a resident of New York. Patrick Buhse is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3368. William Buhse, individually, as surviving Sibling of Patrick Buhse, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Buhse is a resident of New York. Patrick Buhse is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3369. Suanne Kazanecki, individually, as surviving Sibling of Patrick Buhse, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Suanne Kazanecki is a resident of New York. Patrick Buhse is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3370. David Burford, as the Personal Representative of the Estate of Christopher Burford, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Christopher Burford, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Burford is a resident of North Carolina. Christopher Burford is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3371. David Burford, individually, as surviving Parent of Christopher Burford, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Burford is a resident of North Carolina. Christopher Burford is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3372. Vicki L. Burford, individually, as surviving Stepparent of Christopher Burford, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vicki L. Burford is a resident of North Carolina. Christopher Burford is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3373. Ashley R. Calabro, individually, as surviving Sibling of Christopher Burford, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ashley R. Calabro is a resident of North Carolina. Christopher Burford is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3374. Jeremy M. Krist, individually, as surviving Stepsibling of Christopher Burford, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeremy M. Krist is a resident of North Carolina. Christopher Burford is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3375. Pamela J. Thornton, individually, as surviving Parent of Christopher Burford, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pamela J. Thornton is a resident of North Carolina. Christopher Burford is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3376. James Burke, as the Personal Representative of the Estate of Alexander Burke, deceased, the late Parent of Thomas Daniel Burke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Burke is a resident of New York. Thomas Daniel Burke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3377. Suzanne Burke, individually, as surviving Parent of Thomas Daniel Burke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Suzanne Burke is a resident of New York. Thomas Daniel Burke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3378. Alexander Burke, individually, as surviving Sibling of Thomas Daniel Burke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexander Burke is a resident of Florida. Thomas Daniel Burke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3379. Brian Burke, individually, as surviving Sibling of Thomas Daniel Burke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Burke is a resident of New York. Thomas Daniel Burke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3380. Christopher Burke, individually, as surviving Sibling of Thomas Daniel Burke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Burke is a resident of New York. Thomas Daniel Burke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3381. James Burke, individually, as surviving Sibling of Thomas Daniel Burke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Burke is a resident of New York. Thomas Daniel Burke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3382. Matthew Burke, individually, as surviving Sibling of Thomas Daniel Burke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Burke is a resident of Massachusetts. Thomas Daniel Burke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3383. Nancy Burke Salter, individually, as surviving Sibling of Thomas Daniel Burke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nancy Burke Salter is a resident of New York. Thomas Daniel Burke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

docs-100618184.4

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3384.   Timothy Burns, as the Personal Representative of the Estate of Charles Patrick Burns, deceased, the late Sibling of Donald J. Burns, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Timothy Burns is a resident of California. Donald J. Burns is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3385.   Michael Burns, as the Personal Representative of the Estate of Julia Burns, deceased, the late Parent of Donald J. Burns, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Burns is a resident of Pennsylvania. Donald J. Burns is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3386.   Michael C. Burns, individually, as surviving Child of Donald J. Burns, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael C. Burns is a resident of Ohio. Donald J. Burns is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3387.   Michael F. Burns, individually, as surviving Sibling of Donald J. Burns, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael F. Burns is a resident of Pennsylvania. Donald J. Burns is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3388.   Patrick M. Burns, individually, as surviving Child of Donald J. Burns, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick M. Burns is a resident of New York. Donald J. Burns is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3389.   Kathleen Burns Reed, individually, as surviving Sibling of Donald J. Burns, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Burns Reed is a resident of Florida. Donald J. Burns is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3390.   Margaret Butler, as the Personal Representative of the Estate of William E. Butler, deceased, the late Parent of Thomas M. Butler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret Butler is a resident of New York. Thomas M. Butler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3391.   Margaret Butler, individually, as surviving Parent of Thomas M. Butler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret Butler is a resident of New York. Thomas M. Butler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3392.   Stephen Butler, individually, as surviving Sibling of Thomas M. Butler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen Butler is a resident of New York. Thomas M. Butler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3393.   William Butler, individually, as surviving Sibling of Thomas M. Butler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Butler is a resident of New York. Thomas M. Butler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3394.   Eileen Cristiano, individually, as surviving Sibling of Thomas M. Butler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eileen Cristiano is a resident of New York. Thomas M. Butler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3395.   Brett Cahill, individually, as surviving Child of John Cahill, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brett Cahill is a resident of The United Kingdom. John Cahill is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

590

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3396. Linda Cahill, individually, as surviving Parent of Scott W. Cahill, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Cahill is a resident of New Jersey. Scott W. Cahill is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3397. Patrick Cahill, individually, as surviving Sibling of Scott W. Cahill, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick Cahill is a resident of California. Scott W. Cahill is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3398. Christopher Cahill, individually, as surviving Sibling of Thomas J. Cahill, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Cahill is a resident of New Jersey. Thomas J. Cahill is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3399. James Cahill, Jr, individually, as surviving Sibling of Thomas J. Cahill, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Cahill, Jr is a resident of New Jersey. Thomas J. Cahill is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3400. Kerry Kerin, individually, as surviving Sibling of Thomas J. Cahill, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kerry Kerin is a resident of New Jersey. Thomas J. Cahill is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3401. Kathleen Psirogianes, individually, as surviving Sibling of Thomas J. Cahill, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Psirogianes is a resident of New Jersey. Thomas J. Cahill is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3402. Caroline Otero, as the Personal Representative of the Estate of Ida Bruno, deceased, the late Parent of Edward Calderon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Caroline Otero is a resident of New York. Edward Calderon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3403. Mariza Calderon, as the Personal Representative of the Estate of Vicente Calderon, deceased, the late Parent of Edward Calderon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mariza Calderon is a resident of Florida. Edward Calderon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3404. Anthony Calderon, individually, as surviving Sibling of Edward Calderon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Calderon is a resident of California. Edward Calderon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3405. Cathy Calderon, individually, as surviving Sibling of Edward Calderon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cathy Calderon is a resident of Florida. Edward Calderon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3406. Ilene Calderon, individually, as surviving Child of Edward Calderon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ilene Calderon is a resident of New Jersey. Edward Calderon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3407. Mariza Calderon, individually, as surviving Sibling of Edward Calderon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mariza Calderon is a resident of Florida. Edward Calderon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3408. Vincent Calderon, Jr., individually, as surviving Sibling of Edward Calderon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vincent Calderon, Jr. is a resident of California. Edward Calderon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3409. Caroline Otero, individually, as surviving Sibling of Edward Calderon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Caroline Otero is a resident of New York. Edward Calderon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3410. John Calia, as the Personal Representative of the Estate of Mildred Calia, deceased, the late Parent of Dominick E. Calia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Calia is a resident of New Jersey. Dominick E. Calia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3411. John R. Calia, individually, as surviving Sibling of Dominick E. Calia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John R. Calia is a resident of New Jersey. Dominick E. Calia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3412. Joseph P. Calia, individually, as surviving Sibling of Dominick E. Calia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph P. Calia is a resident of North Carolina. Dominick E. Calia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3413. Richard V. Calia, individually, as surviving Sibling of Dominick E. Calia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard V. Calia is a resident of New York. Dominick E. Calia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3414. Christine Calia-Costa, individually, as surviving Sibling of Dominick E. Calia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine Calia-Costa is a resident of New Jersey. Dominick E. Calia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3415. Jeanann Calia-Kuhn, individually, as surviving Sibling of Dominick E. Calia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeanann Calia-Kuhn is a resident of New Jersey. Dominick E. Calia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3416. Eleanor Carroll, as the Personal Representative of the Estate of William Carroll, deceased, the late Parent of Michael T. Carroll, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eleanor Carroll is a resident of New York. Michael T. Carroll is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3417. Nancy Amigron, individually, as surviving Sibling of Michael T. Carroll, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nancy Amigron is a resident of New York. Michael T. Carroll is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3418. Eileen Carroll, individually, as surviving Sibling of Michael T. Carroll, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eileen Carroll is a resident of New York. Michael T. Carroll is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3419. Eleanor Carroll, individually, as surviving Parent of Michael T. Carroll, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eleanor Carroll is a resident of New York. Michael T. Carroll is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

594

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3420. William Carroll, individually, as surviving Sibling of Michael T. Carroll, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Carroll is a resident of New York. Michael T. Carroll is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3421. Anthony D. DeNiro Graffino, individually, as surviving Stepchild of Peter J. Carroll, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony D. DeNiro Graffino is a resident of Florida. Peter J. Carroll is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3422. Dana Ann DeNiro, individually, as surviving Stepchild of Peter J. Carroll, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dana Ann DeNiro is a resident of New York. Peter J. Carroll is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3423. Carlo A. Casoria, individually, as surviving Parent of Thomas Casoria, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carlo A. Casoria is a resident of New York. Thomas Casoria is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3424. Carlo V. Casoria, individually, as surviving Sibling of Thomas Casoria, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carlo V. Casoria is a resident of New York. Thomas Casoria is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3425. Leigh A. Macadlo, individually, as surviving Sibling of Leonard M. Castrianno, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leigh A. Macadlo is a resident of New York. Leonard M. Castrianno, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3426. Patricia Noah, individually, as surviving Parent of Leonard M. Castrianno, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Noah is a resident of New York. Leonard M. Castrianno, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3427. Anamarie Catarelli, individually, as surviving Child of Richard G. Catarelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anamarie Catarelli is a resident of New York. Richard G. Catarelli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3428. Claude Cefalu, individually, as surviving Parent of Jason Cefalu, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Claude Cefalu is a resident of New York. Jason Cefalu is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3429. Darren Cefalu, individually, as surviving Sibling of Jason Cefalu, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Darren Cefalu is a resident of Florida. Jason Cefalu is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3430. Claudia Pancella, individually, as surviving Sibling of Jason Cefalu, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Claudia Pancella is a resident of New York. Jason Cefalu is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3431. Pak Ho Chin, individually, as surviving Parent of Robert Chin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pak Ho Chin is a resident of New York. Robert Chin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3432.   Yuet Ling Chin, individually, as surviving Parent of Robert Chin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yuet Ling Chin is a resident of New York. Robert Chin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3433.   Dominic Ciafardini, individually, as surviving Sibling of Christopher Ciafardini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dominic Ciafardini is a resident of New York. Christopher Ciafardini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3434.   Maggie Ciafardini, individually, as surviving Parent of Christopher Ciafardini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maggie Ciafardini is a resident of New York. Christopher Ciafardini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3435.   Patrick Courtney, as the Personal Representative of the Estate of Larry Courtney, deceased, the late Partner of Eugene Clark, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick Courtney is a resident of California. Eugene Clark is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3436.   Garry Delano Clark, Sr., individually, as surviving Sibling of Eugene Clark, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Garry Delano Clark, Sr. is a resident of Maryland. Eugene Clark is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3437.   Regina Gans, individually, as surviving Sibling of Eugene Clark, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Regina Gans is a resident of Maryland. Eugene Clark is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3438. Patricia D. Clark, individually, as surviving Parent of Thomas R. Clark, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia D. Clark is a resident of New Jersey. Thomas R. Clark is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3439. Richard J. Clark, individually, as surviving Parent of Thomas R. Clark, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard J. Clark is a resident of New Jersey. Thomas R. Clark is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3440. Kelly Anne Clarke, individually, as surviving Sibling of Christopher R. Clarke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kelly Anne Clarke is a resident of Pennsylvania. Christopher R. Clarke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3441. Timothy Clarke, individually, as surviving Sibling of Christopher R. Clarke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Timothy Clarke is a resident of New Jersey. Christopher R. Clarke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3442. Kathleen L. Clarke Head, individually, as surviving Sibling of Christopher R. Clarke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen L. Clarke Head is a resident of Pennsylvania. Christopher R. Clarke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3443. Patricia Clarke Scudder, individually, as surviving Sibling of Christopher R. Clarke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Clarke Scudder is a resident of Pennsylvania. Christopher R. Clarke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International

Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3444. Tracey Osborne, individually, as surviving Sibling of Christopher R. Clarke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tracey Osborne is a resident of Colorado. Christopher R. Clarke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3445. Grace Dietrich, as the Personal Representative of the Estate of Henry K. Dietrich, deceased, the late Parent of Susan M. Clyne, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Grace Dietrich is a resident of New York. Susan M. Clyne is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3446. Linda G. Creamer, individually, as surviving Sibling of Susan M. Clyne, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda G. Creamer is a resident of New York. Susan M. Clyne is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3447. Grace Dietrich, individually, as surviving Parent of Susan M. Clyne, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Grace Dietrich is a resident of New York. Susan M. Clyne is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3448. Kurt H. Dietrich, individually, as surviving Sibling of Susan M. Clyne, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kurt H. Dietrich is a resident of New York. Susan M. Clyne is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3449. Kara Walker, individually, as surviving Sibling of Steven Coakley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kara Walker is a resident of Florida. Steven Coakley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3450. Alexander Carroll, individually, as surviving Sibling of Kevin Colbert, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexander Carroll is a resident of New York. Kevin Colbert is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3451. Matthew Carroll, individually, as surviving Sibling of Kevin Colbert, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Carroll is a resident of New York. Kevin Colbert is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3452. Andrew Colbert, individually, as surviving Sibling of Kevin Colbert, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Colbert is a resident of Florida. Kevin Colbert is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3453. Elda Palma, individually, as surviving Parent of Sol E. Colon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elda Palma is a resident of New York. Sol E. Colon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3454. Eileen Valiente, individually, as surviving Sibling of Sol E. Colon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eileen Valiente is a resident of Florida. Sol E. Colon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3455. Mary Anderson, individually, as surviving Sibling of Joseph J. Coppo, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Anderson is a resident of New York. Joseph J. Coppo, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3456. Matthew Coppo, individually, as surviving Child of Joseph J. Coppo, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Coppo is a resident of Ohio. Joseph J. Coppo, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3457. Joseph Coppo, III, individually, as surviving Child of Joseph J. Coppo, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Coppo, III is a resident of Maryland. Joseph J. Coppo, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3458. Kathleen N. Zapata, individually, as surviving Child of Joseph J. Coppo, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen N. Zapata is a resident of New York. Joseph J. Coppo, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3459. Jean Corbett, individually, as surviving Parent of Joseph Corbett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jean Corbett is a resident of New York. Joseph Corbett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3460. Joseph Corbett, individually, as surviving Parent of Joseph Corbett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Corbett is a resident of New York. Joseph Corbett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3461. Kathy Corbett, individually, as surviving Sibling of Joseph Corbett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathy Corbett is a resident of California. Joseph Corbett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3462. Jean Marie Rall, individually, as surviving Sibling of Joseph Corbett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jean Marie Rall is a resident of New York. Joseph Corbett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3463. Sharon Jean Thomas, individually, as surviving Sibling of Joseph Corbett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sharon Jean Thomas is a resident of North Carolina. Joseph Corbett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3464. Louis Francisco Cortes-Lauterbach, individually, as surviving Child of Carlos Cortes-Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Louis Francisco Cortes-Lauterbach is a resident of New York. Carlos Cortes-Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3465. Alicia Cortés-Rodríguez, individually, as surviving Sibling of Carlos Cortes-Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alicia Cortés-Rodríguez is a resident of Spain. Carlos Cortes-Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3466. Julio Cortés-Rodríguez, individually, as surviving Sibling of Carlos Cortes-Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Julio Cortés-Rodríguez is a resident of Mexico. Carlos Cortes-Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3467. María Elvira Cortés-Rodríguez, individually, as surviving Sibling of Carlos Cortes-Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. María Elvira Cortés-Rodríguez is a resident of Colombia. Carlos Cortes-Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League,

International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3468.   María Claudia Cortés-Rodríguez, individually, as surviving Sibling of Carlos Cortes-Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. María Claudia Cortés-Rodríguez is a resident of Spain. Carlos Cortes-Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3469.   Martha Helena Cortés-Rodríguez, individually, as surviving Sibling of Carlos Cortes-Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Martha Helena Cortés-Rodríguez is a resident of Switzerland. Carlos Cortes-Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3470.   Mercedes Cortés-Rodríguez, individually, as surviving Sibling of Carlos Cortes-Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mercedes Cortés-Rodríguez is a resident of Colombia. Carlos Cortes-Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3471.   Ricardo Cortés-Rodríguez, individually, as surviving Sibling of Carlos Cortes-Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ricardo Cortés-Rodríguez is a resident of Colombia. Carlos Cortes-Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3472.   Julia Sears, individually, as surviving Sibling of Carlos Cortes-Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Julia Sears is a resident of Delaware. Carlos Cortes-Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3473.   María Victoria Somogyi, individually, as surviving Sibling of Carlos Cortes-Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. María Victoria Somogyi is a resident of Virginia. Carlos Cortes-Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International

Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3474. Paula Hayes Cottoy, as the Personal Representative of the Estate of Conrod Cottoy, Jr., deceased, the late Child of Conrod Cottoy, Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paula Hayes Cottoy is a resident of New York. Conrod Cottoy, Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3475. Corey Cottoy, individually, as surviving Child of Conrod Cottoy, Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Corey Cottoy is a resident of New York. Conrod Cottoy, Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3476. Erin Coughlin, individually, as surviving Child of John G. Coughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erin Coughlin is a resident of New York. John G. Coughlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3477. Shelly Crant-Baggot and John Crant, as the Personal Representatives of the Estate of Ellis W. Crant, deceased, the late Parent of Denise Elizabeth Crant, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shelly Crant-Baggot and John Crant are residents of New York. Denise Elizabeth Crant is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3478. Shelly Crant-Baggot and John Crant, as the Personal Representatives of the Estate of Hilda E. Crant, deceased, the late Parent of Denise Elizabeth Crant, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shelly Crant-Baggot and John Crant are residents of New York. Denise Elizabeth Crant is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3479. Ellis W. Crant, Jr., individually, as surviving Sibling of Denise Elizabeth Crant, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ellis W. Crant, Jr. is a resident of New York. Denise Elizabeth Crant is one of the Decedents murdered as a

604

result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3480.  Shelley Crant-Baggot, individually, as surviving Sibling of Denise Elizabeth Crant, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shelley Crant-Baggot is a resident of Florida. Denise Elizabeth Crant is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3481.  Leslie Dunlevy, as the Personal Representative of the Estate of Elizabeth B. Crawford, deceased, the late Parent of James L. Crawford, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leslie Dunlevy is a resident of Florida. James L. Crawford, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3482.  Elizabeth Van Duyne, as the Personal Representative of the Estate of James Leslie Crawford, deceased, the late Parent of James L. Crawford, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Van Duyne is a resident of Florida. James L. Crawford, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3483.  Leslie Crawford Dunlevy, individually, as surviving Sibling of James L. Crawford, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leslie Crawford Dunlevy is a resident of New Jersey. James L. Crawford, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3484.  Elizabeth Van Duyne, individually, as surviving Sibling of James L. Crawford, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Van Duyne is a resident of Connecticut. James L. Crawford, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3485.  Brian D. Cross, individually, as surviving Child of Dennis A. Cross, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian D. Cross is a resident of New

York. Dennis A. Cross is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3486.   Laura A. Cross, individually, as surviving Child of Dennis A. Cross, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura A. Cross is a resident of New York. Dennis A. Cross is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3487.   Denise J. Cross-Feldman, individually, as surviving Child of Dennis A. Cross, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Denise J. Cross-Feldman is a resident of New York. Dennis A. Cross is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3488.   Lisa Ann Wylie, individually, as surviving Child of Dennis A. Cross, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Ann Wylie is a resident of New York. Dennis A. Cross is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3489.   Douglas Cruikshank, as the Personal Representative of the Estate of Christina Cruikshank, deceased, the late Child of Robert Cruikshank, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Douglas Cruikshank is a resident of New York. Robert Cruikshank is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3490.   Douglas A. Cruikshank, individually, as surviving Child of Robert Cruikshank, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Douglas A. Cruikshank is a resident of New York. Robert Cruikshank is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3491.   Alicia Cohen, individually, as surviving Child of Patricia Cushing, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alicia Cohen is a resident of New

York. Patricia Cushing is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3492. John Cushing, individually, as surviving Child of Patricia Cushing, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Cushing is a resident of New Jersey. Patricia Cushing is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3493. Pegeen Cushing, individually, as surviving Child of Patricia Cushing, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pegeen Cushing is a resident of New York. Patricia Cushing is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3494. Thomas F. Cushing, individually, as surviving Child of Patricia Cushing, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas F. Cushing is a resident of New Jersey. Patricia Cushing is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3495. Antonio D'Antonio, individually, as surviving Spouse of Mary D'Antonio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Antonio D'Antonio is a resident of New York. Mary D'Antonio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3496. Elizabeth D'Antonio, individually, as surviving Child of Mary D'Antonio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth D'Antonio is a resident of New York. Mary D'Antonio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3497. Malcolm Dean, Sr., as the Personal Representative of the Estate of Eleanor Dean, deceased, the late Parent of William Dean, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Malcolm Dean, Sr. is a resident of New York. William

Dean is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3498.  Daniel Dean, as the Personal Representative of the Estate of Mark Dean, deceased, the late Sibling of William Dean, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Dean is a resident of Tennessee. William Dean is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3499.  Beverly Cryne, individually, as surviving Sibling of William Dean, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Beverly Cryne is a resident of England. William Dean is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3500.  Donna Ellen Dean, individually, as surviving Sibling of William Dean, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donna Ellen Dean is a resident of New York. William Dean is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3501.  Timothy Dean, individually, as surviving Sibling of William Dean, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Timothy Dean is a resident of New York. William Dean is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3502.  Malcolm Dean, Jr., individually, as surviving Sibling of William Dean, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Malcolm Dean, Jr. is a resident of New York. William Dean is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3503.  Malcolm Dean, Sr., individually, as surviving Parent of William Dean, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Malcolm Dean, Sr. is a resident of New York. William Dean is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3504. Donna Smollen, individually, as surviving Sibling of Thomas P. Deangelis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donna Smollen is a resident of California. Thomas P. Deangelis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3505. Lombardo Ernesto Barrera, individually, as surviving Child of Ana Debarrera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lombardo Ernesto Barrera is a resident of California. Ana Debarrera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3506. Geisel Dagne Barrera Pocasangre, individually, as surviving Child of Ana Debarrera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Geisel Dagne Barrera Pocasangre is a resident of California. Ana Debarrera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3507. Karen Lisbeth Barrera Pocasangre, individually, as surviving Child of Ana Debarrera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Lisbeth Barrera Pocasangre is a resident of El Salvador. Ana Debarrera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3508. Linda Morena Barrera Pocasangre, individually, as surviving Child of Ana Debarrera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Morena Barrera Pocasangre is a resident of Colombia. Ana Debarrera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3509. Mauricio Ernesto Barrera Pocasangre, individually, as surviving Child of Ana Debarrera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mauricio Ernesto Barrera Pocasangre is a resident of El Salvador. Ana Debarrera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were

carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3510.   Nicholas DeBlase, individually, as surviving Child of James V. DeBlase, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicholas DeBlase is a resident of New Jersey. James V. DeBlase, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3511.   James Della Bella, individually, as surviving Stepchild of Andrea Della Bella, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Della Bella is a resident of California. Andrea Della Bella is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3512.   David Lun, individually, as surviving Sibling of Andrea Della Bella, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Lun is a resident of South Carolina. Andrea Della Bella is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3513.   Lisa Della Pietra, individually, as surviving Sibling of Joseph Della Pietra, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Della Pietra is a resident of New York. Joseph Della Pietra is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3514.   Sandra Della Pietra, individually, as surviving Parent of Joseph Della Pietra, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sandra Della Pietra is a resident of New York. Joseph Della Pietra is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3515.   Patricia Marrese, individually, as surviving Sibling of Colleen Ann Deloughery, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Marrese is a resident of New Jersey. Colleen Ann Deloughery is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

610

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3516. Joseph McNulty, individually, as surviving Sibling of Colleen Ann Deloughery, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph McNulty is a resident of New Jersey. Colleen Ann Deloughery is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3517. Michael McNulty, individually, as surviving Sibling of Colleen Ann Deloughery, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael McNulty is a resident of New Jersey. Colleen Ann Deloughery is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3518. Charles Demitz, individually, as surviving Sibling of Carol K. Demitz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charles Demitz is a resident of California. Carol K. Demitz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3519. Michael Demitz, individually, as surviving Sibling of Carol K. Demitz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Demitz is a resident of Missouri. Carol K. Demitz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3520. Susan Demitz, individually, as surviving Sibling of Carol K. Demitz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Demitz is a resident of Arizona. Carol K. Demitz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3521. Woody Demitz, individually, as surviving Sibling of Carol K. Demitz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Woody Demitz is a resident of Maryland. Carol K. Demitz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3522. Martina DeSimone-Caliso, individually, as surviving Sibling of Christian Desimone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Martina DeSimone-Caliso is a resident of New Jersey. Christian Desimone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3523. Robyn Goldstein, individually, as surviving Child of Jerry Devito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robyn Goldstein is a resident of Rhode Island. Jerry Devito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3524. Joyce Devitt, individually, as surviving Parent of Robert Devitt, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joyce Devitt is a resident of New Jersey. Robert Devitt, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3525. Frank DiAgostino, as the Personal Representative of the Estate of Carlo DiAgostino, deceased, the late Parent of Michael DiAgostino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank DiAgostino is a resident of New York. Michael DiAgostino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3526. Carl DiAgostino, individually, as surviving Sibling of Michael DiAgostino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carl DiAgostino is a resident of New York. Michael DiAgostino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3527. Clara DiAgostino, individually, as surviving Parent of Michael DiAgostino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Clara DiAgostino is a resident of New York. Michael DiAgostino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3528. Frank DiAgostino, individually, as surviving Sibling of Michael DiAgostino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank DiAgostino is a resident of New York. Michael DiAgostino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3529. Paul DiAgostino, individually, as surviving Sibling of Michael DiAgostino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul DiAgostino is a resident of New Jersey. Michael DiAgostino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3530. Julie Magliulo, individually, as surviving Sibling of Michael DiAgostino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Julie Magliulo is a resident of New York. Michael DiAgostino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3531. Belkys Diaz, individually, as surviving Sibling of Nancy Diaz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Belkys Diaz is a resident of Florida. Nancy Diaz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3532. Carmen Diaz, individually, as surviving Parent of Nancy Diaz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carmen Diaz is a resident of Florida. Nancy Diaz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3533. Leocadio Diaz, individually, as surviving Parent of Nancy Diaz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leocadio Diaz is a resident of Florida. Nancy Diaz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3534. Leocadio and Carmen Diaz, as the Personal Representatives of the Estate of Nancy Diaz, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nancy Diaz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leocadio and Carmen Diaz are residents of Florida. Nancy Diaz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3535. Leonel Diaz, individually, as surviving Sibling of Nancy Diaz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leonel Diaz is a resident of New York. Nancy Diaz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3536. Amanda Martinez Diaz, individually, as surviving Child of Nancy Diaz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amanda Martinez Diaz is a resident of Florida. Nancy Diaz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3537. Amy Dincuff, individually, as surviving Sibling of Christopher Dincuff, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amy Dincuff is a resident of New Jersey. Christopher Dincuff is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3538. Beth Dincuff, individually, as surviving Sibling of Christopher Dincuff, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Beth Dincuff is a resident of New Jersey. Christopher Dincuff is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3539. Ian Dincuff, individually, as surviving Sibling of Christopher Dincuff, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ian Dincuff is a resident of North Carolina. Christopher Dincuff is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3540. Clarence Sam, individually, as surviving Parent of Rena Dinnoo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Clarence Sam is a resident of New York. Rena Dinnoo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3541. Gina Sam, individually, as surviving Sibling of Rena Dinnoo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gina Sam is a resident of New York. Rena Dinnoo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3542. Lisa Sam, individually, as surviving Sibling of Rena Dinnoo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Sam is a resident of New York. Rena Dinnoo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3543. Joseph DiPilato, individually, as surviving Child of Joseph DiPilato, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph DiPilato is a resident of New York. Joseph DiPilato is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3544. Leo DiPilato, individually, as surviving Child of Joseph DiPilato, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leo DiPilato is a resident of New Jersey. Joseph DiPilato is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3545. Ann Distefano, individually, as surviving Sibling of Douglas Distefano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ann Distefano is a resident of New Jersey. Douglas Distefano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3546. Frank Distefano, individually, as surviving Parent of Douglas Distefano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Distefano is a resident of New York. Douglas Distefano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3547. Sharon Distefano, individually, as surviving Parent of Douglas Distefano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sharon Distefano is a resident of New York. Douglas Distefano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3548. Brian Dolan, individually, as surviving Sibling of Brendan Dolan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Dolan is a resident of Connecticut. Brendan Dolan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3549. Charles Dolan, individually, as surviving Sibling of Brendan Dolan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charles Dolan is a resident of Connecticut. Brendan Dolan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3550. Mary Dolan, individually, as surviving Parent of Brendan Dolan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Dolan is a resident of Connecticut. Brendan Dolan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3551. Thomas V. Dolan, individually, as surviving Sibling of Brendan Dolan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas V. Dolan is a resident of Connecticut. Brendan Dolan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3552. Ann McMahon, individually, as surviving Sibling of Brendan Dolan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ann McMahon is a resident of Connecticut. Brendan Dolan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3553. Charles R. Downey, individually, as surviving Child of Raymond M. Downey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charles R. Downey is a resident of New York. Raymond M. Downey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3554. Raymond M. Downey, individually, as surviving Child of Raymond M. Downey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raymond M. Downey is a resident of New York. Raymond M. Downey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3555. Rosalie B. Downey, individually, as surviving Spouse of Raymond M. Downey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosalie B. Downey is a resident of New York. Raymond M. Downey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3556. Marie Ann Tortorici, individually, as surviving Child of Raymond M. Downey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marie Ann Tortorici is a resident of New York. Raymond M. Downey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3557. Kathy A. Ugalde, individually, as surviving Child of Raymond M. Downey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathy A. Ugalde is a resident of New York. Raymond M. Downey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3558. Marvin Duarte, individually, as surviving Sibling of Mirna A. Duarte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marvin Duarte is a resident of New York. Mirna A. Duarte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3559. Charles Dunne, individually, as surviving Sibling of Christopher J. Dunne, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charles Dunne is a resident of New York. Christopher J. Dunne is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3560. Mary Dunne, individually, as surviving Parent of Christopher J. Dunne, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Dunne is a resident of New York. Christopher J. Dunne is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3561. Courtney Dunne-Keenan, individually, as surviving Sibling of Christopher J. Dunne, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Courtney Dunne-Keenan is a resident of New York. Christopher J. Dunne is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3562. Cynthia Dunne-Welch, individually, as surviving Sibling of Christopher J. Dunne, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cynthia Dunne-Welch is a resident of New York. Christopher J. Dunne is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3563. Kyle Eagleson, individually, as surviving Child of John B. Eagleson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kyle Eagleson is a resident of Connecticut. John B. Eagleson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3564. Timothy Eagleson, individually, as surviving Child of John B. Eagleson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Timothy Eagleson is a resident of Connecticut. John B. Eagleson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3565. William Eagleson, individually, as surviving Sibling of John B. Eagleson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Eagleson is a resident of Connecticut. John B. Eagleson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3566. Carol Eckna, individually, as surviving Parent of Paul Eckna, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carol Eckna is a resident of Florida. Paul Eckna is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3567. Richard Eckna, individually, as surviving Sibling of Paul Eckna, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard Eckna is a resident of New York. Paul Eckna is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3568. Steven Eckna, individually, as surviving Sibling of Paul Eckna, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Steven Eckna is a resident of New York. Paul Eckna is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3569. Thomas Edwards, III, as the Personal Representative of the Estate of Marilyn Edwards, deceased, the late Parent of Mary Lynn Edwards Angell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Edwards, III is a resident of Alabama. Mary Lynn Edwards Angell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3570. Thomas H. Edwards, III, individually, as surviving Sibling of Mary Lynn Edwards Angell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas H. Edwards, III is a resident of Alabama. Mary Lynn Edwards Angell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3571. Brendan Egan, individually, as surviving Sibling of Lisa E. Egan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brendan Egan is a resident of South Carolina. Lisa E. Egan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3572. Elizabeth Egan, individually, as surviving Parent of Lisa E. Egan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Egan is a resident of South Carolina. Lisa E. Egan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3573. Thomas Emperor, individually, as surviving Sibling of Lisa E. Egan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Emperor is a resident of New Hampshire. Lisa E. Egan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3574. Brendan Egan, individually, as surviving Sibling of Samantha M. Egan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brendan Egan is a resident of South Carolina. Samantha M. Egan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3575. Elizabeth Egan, individually, as surviving Parent of Samantha M. Egan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Egan is a resident of South Carolina. Samantha M. Egan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3576. Thomas Emperor, individually, as surviving Sibling of Samantha M. Egan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Emperor is a resident of New Hampshire. Samantha M. Egan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3577. Rafael Antonio Garcia, individually, as surviving Parent of Fanny Espinoza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rafael Antonio Garcia is a resident of Florida. Fanny Espinoza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3578. Pedro Garcia, individually, as surviving Sibling of Fanny Espinoza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pedro Garcia is a resident of Florida. Fanny Espinoza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3579. Wanda Garcia, individually, as surviving Sibling of Fanny Espinoza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wanda Garcia is a resident of Florida. Fanny Espinoza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3580. Monica Garcia Lantigua, individually, as surviving Parent of Fanny Espinoza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Monica Garcia Lantigua is a resident of Florida. Fanny Espinoza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3581. Elizabeth Fallon, as the Personal Representative of the Estate of Elizabeth Fallon, deceased, the late Parent of William L. Fallon, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Fallon is a resident of New York. William L. Fallon, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3582. Elizabeth Fallon, as the Personal Representative of the Estate of William Fallon, deceased, the late Parent of William L. Fallon, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Fallon is a resident of New York. William L. Fallon, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3583. Elizabeth Fallon, individually, as surviving Sibling of William L. Fallon, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Fallon is a resident of New York. William L. Fallon, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3584. Kenneth Fallon, individually, as surviving Sibling of William L. Fallon, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kenneth Fallon is a resident of New York. William L. Fallon, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3585. Syed Abdul Rahman, individually, as surviving Sibling of Syed Abdul Fatha, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Syed Abdul Rahman is a resident of India. Syed Abdul Fatha is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3586. Tara Feinberg Edgette, individually, as surviving Child of Alan David Feinberg, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tara Feinberg Edgette is a resident of New Jersey. Alan David Feinberg is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3587. Matthew Ferguson, individually, as surviving Child of George J. Ferguson III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Ferguson is a resident of New Jersey. George J. Ferguson III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3588. Jessica Fiore Lacasse, individually, as surviving Child of Michael Fiore, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica Fiore Lacasse is a resident of New Jersey. Michael Fiore is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3589. Catherine Donovan, individually, as surviving Parent of Christina Flannery, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Donovan is a resident of Pennsylvania. Christina Flannery is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3590. William Donovan, individually, as surviving Parent of Christina Flannery, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Donovan is a resident of Pennsylvania. Christina Flannery is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3591. Janet Flyzik, as the Personal Representative of the Estate of Charles A. Flyzik, deceased, the late Parent of Carol Flyzik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janet Flyzik is a resident of Maine. Carol Flyzik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3592. Catherine Flyzik, as the Personal Representative of the Estate of Mark Flyzik, deceased, the late Sibling of Carol Flyzik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Flyzik is a resident of New Hampshire. Carol Flyzik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3593. Janet Flyzik, individually, as surviving Parent of Carol Flyzik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janet Flyzik is a resident of Maine. Carol Flyzik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3594. Linda Pritchard, individually, as surviving Sibling of Carol Flyzik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Pritchard is a resident of Maine. Carol Flyzik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3595. Joseph Walsh, individually, as surviving Stepchild of Carol Flyzik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Walsh is a resident of New Hampshire. Carol Flyzik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3596. Kevin Walsh, individually, as surviving Stepchild of Carol Flyzik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Walsh is a resident of Massachusetts. Carol Flyzik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3597. Kristin Walsh, individually, as surviving Stepchild of Carol Flyzik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kristin Walsh is a resident of New Hampshire. Carol Flyzik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3598. Carrie Foley, as the Personal Representative of the Estate of Daniel Foley, deceased, the late Sibling of Thomas Foley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carrie Foley is a resident of New York. Thomas Foley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3599. Joanne Foley, as the Personal Representative of the Estate of Patricia Ann Foley, deceased, the late Parent of Thomas Foley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joanne Foley is a resident of Connecticut. Thomas Foley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim

Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3600. Joanne Foley, as the Personal Representative of the Estate of Thomas Joseph Foley, deceased, the late Parent of Thomas Foley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joanne Foley is a resident of Connecticut. Thomas Foley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3601. Michael Folger, individually, as surviving Child of Jane Folger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Folger is a resident of New Jersey. Jane Folger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3602. Thomas Folger, individually, as surviving Child of Jane Folger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Folger is a resident of New Jersey. Jane Folger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3603. Kathleen Kulik, individually, as surviving Child of Jane Folger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Kulik is a resident of New Jersey. Jane Folger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3604. Andrew J. Fredericks, individually, as surviving Child of Andrew Fredericks, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew J. Fredericks is a resident of Virginia. Andrew Fredericks is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3605. Hayley Fredericks, individually, as surviving Child of Andrew Fredericks, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Hayley Fredericks is a resident of Virginia. Andrew Fredericks is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3606. Michelle Fredericks, as the Personal Representative of the Estate of Andrew Fredericks, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Andrew Fredericks, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michelle Fredericks is a resident of Virginia. Andrew Fredericks is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3607. Michelle Fredericks, individually, as surviving Spouse of Andrew Fredericks, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michelle Fredericks is a resident of Virginia. Andrew Fredericks is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3608. Steven A. Friedlander, individually, as surviving Child of Alan W. Friedlander, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Steven A. Friedlander is a resident of North Carolina. Alan W. Friedlander is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3609. Wendi Gabrieli, as the Personal Representative of the Estate of Elaine Friedman, deceased, the late Parent of Andrew Friedman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wendi Gabrieli is a resident of Israel. Andrew Friedman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3610. Wendi Gabrieli, as the Personal Representative of the Estate of Melvin Friedman, deceased, the late Parent of Andrew Friedman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wendi Gabrieli is a resident of Israel. Andrew Friedman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3611. Wendi Gabrieli, individually, as surviving Sibling of Andrew Friedman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wendi Gabrieli is a resident of Israel. Andrew Friedman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3612. Charles Gordon Fry, individually, as surviving Parent of Peter Fry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charles Gordon Fry is a resident of Texas. Peter Fry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3613. Lance Fry, individually, as surviving Sibling of Peter Fry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lance Fry is a resident of District of Columbia. Peter Fry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3614. Michael Fry, individually, as surviving Sibling of Peter Fry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Fry is a resident of Texas. Peter Fry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3615. Robert Callanan, individually, as surviving Stepchild of Richard P. Gabriel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Callanan is a resident of Pennsylvania. Richard P. Gabriel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3616. Patricia Gabriel, individually, as surviving Child of Richard P. Gabriel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Gabriel is a resident of New York. Richard P. Gabriel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3617. George Gabriel, individually, as surviving Sibling of Richard P. Gabriel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. George Gabriel is a resident of Virginia. Richard P. Gabriel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3618.   Richard Gabriel, individually, as surviving Child of Richard P. Gabriel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard Gabriel is a resident of Connecticut. Richard P. Gabriel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3619.   Nicole Gabrielle, individually, as surviving Child of Richard S. Gabrielle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicole Gabrielle is a resident of New York. Richard S. Gabrielle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3620.   Celine Gallagher, individually, as surviving Parent of John P. Gallagher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Celine Gallagher is a resident of New York. John P. Gallagher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3621.   Therese Campbell, individually, as surviving Sibling of John P. Gallagher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Therese Campbell is a resident of New York. John P. Gallagher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3622.   Peter Jordan, individually, as surviving Sibling of John P. Gallagher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Jordan is a resident of New York. John P. Gallagher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3623.   Vincent Jordan, individually, as surviving Sibling of John P. Gallagher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vincent Jordan is a resident of New York. John P. Gallagher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3624. Kathleen Jordan-Hart, individually, as surviving Sibling of John P. Gallagher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Jordan-Hart is a resident of New York. John P. Gallagher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3625. Anne Marie Sorge, individually, as surviving Sibling of John P. Gallagher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anne Marie Sorge is a resident of New York. John P. Gallagher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3626. John J. Diaz, individually, as surviving Sibling of Lourdes Janet Galletti, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John J. Diaz is a resident of Puerto Rico. Lourdes Janet Galletti is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3627. Karine Henriquez, individually, as surviving Sibling of Lourdes Janet Galletti, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karine Henriquez is a resident of Puerto Rico. Lourdes Janet Galletti is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3628. Eric J. Joglar, individually, as surviving Sibling of Lourdes Janet Galletti, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eric J. Joglar is a resident of Maryland. Lourdes Janet Galletti is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3629. Emilio Gallo, individually, as surviving Parent of Cono Gallo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Emilio Gallo is a resident of New York. Cono Gallo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

629

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3630. John Gallo, individually, as surviving Sibling of Cono Gallo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Gallo is a resident of New York. Cono Gallo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3631. Lisa Gallo, individually, as surviving Sibling of Cono Gallo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Gallo is a resident of New York. Cono Gallo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3632. Raffaela Gallo, individually, as surviving Parent of Cono Gallo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raffaela Gallo is a resident of New York. Cono Gallo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3633. Christopher M. Ganci, individually, as surviving Child of Peter J. Ganci, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher M. Ganci is a resident of New York. Peter J. Ganci is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3634. Danielle Ganci Cowan, individually, as surviving Child of Peter J. Ganci, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Danielle Ganci Cowan is a resident of New York. Peter J. Ganci is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3635. Peter J. Ganci, III, individually, as surviving Child of Peter J. Ganci, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter J. Ganci, III is a resident of New York. Peter J. Ganci is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3636.  Ingrid Garcia, individually, as surviving Sibling of Marlyn C. Garcia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ingrid Garcia is a resident of Florida. Marlyn C. Garcia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3637.  Tania M. Garcia, individually, as surviving Sibling of Marlyn C. Garcia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tania M. Garcia is a resident of Florida. Marlyn C. Garcia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3638.  Carolyn McAllister and Kenneth Garcia, as the Personal Representatives of the Estate of Isabela Garcia, deceased, the late Parent of Andrew Garcia, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carolyn McAllister and Kenneth Garcia are residents of California. Andrew Garcia, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3639.  Kelly G. Arrillaga, individually, as surviving Child of Andrew Garcia, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kelly G. Arrillaga is a resident of California. Andrew Garcia, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3640.  Kenneth Garcia, individually, as surviving Sibling of Andrew Garcia, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kenneth Garcia is a resident of California. Andrew Garcia, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3641.  Carolyn McAllister, individually, as surviving Sibling of Andrew Garcia, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carolyn McAllister is a resident of California. Andrew Garcia, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3642. Audrey M. Olive, individually, as surviving Child of Andrew Garcia, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Audrey M. Olive is a resident of Arizona. Andrew Garcia, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3643. Joseph Gardner, individually, as surviving Sibling of Thomas Gardner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Gardner is a resident of New York. Thomas Gardner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3644. Margaret Gardner, individually, as surviving Parent of Thomas Gardner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret Gardner is a resident of New York. Thomas Gardner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3645. Gregory Ardison-Gardner, individually, as surviving Child of William A. Gardner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gregory Ardison-Gardner is a resident of New York. William A. Gardner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3646. Caterina Gargano D'Alessandro, individually, as surviving Sibling of Rocco N. Gargano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Caterina Gargano D'Alessandro is a resident of New York. Rocco N. Gargano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3647. Kelly Geraty, as the Personal Representative of the Estate of Sean Geraty, deceased, the late Sibling of Suzanne Geraty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kelly Geraty is a resident of New Jersey. Suzanne Geraty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League,

International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3648. Erin Durkin, individually, as surviving Sibling of Suzanne Geraty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erin Durkin is a resident of Florida. Suzanne Geraty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3649. Peggy Dobrinski, individually, as surviving Sibling of Denis Germain, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peggy Dobrinski is a resident of New York. Denis Germain is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3650. Brian Germain, individually, as surviving Sibling of Denis Germain, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Germain is a resident of New York. Denis Germain is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3651. Michael Germain, individually, as surviving Sibling of Denis Germain, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Germain is a resident of New York. Denis Germain is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3652. Theresa Ruther, individually, as surviving Sibling of Denis Germain, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa Ruther is a resident of Maryland. Denis Germain is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3653. James Giaccone, as the Personal Representative of the Estate of Elizabeth Giaccone, deceased, the late Parent of Joseph Giaccone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Giaccone is a resident of New York. Joseph Giaccone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3654. James Giaccone, as the Personal Representative of the Estate of Vincent Giaccone, deceased, the late Parent of Joseph Giaccone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Giaccone is a resident of New York. Joseph Giaccone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3655. Elisabeth Feldon, individually, as surviving Sibling of Joseph Giaccone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elisabeth Feldon is a resident of California. Joseph Giaccone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3656. James Giaccone, individually, as surviving Sibling of Joseph Giaccone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Giaccone is a resident of New York. Joseph Giaccone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3657. Michael Giaccone, individually, as surviving Sibling of Joseph Giaccone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Giaccone is a resident of New York. Joseph Giaccone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3658. Ronnie J. Gies, individually, as surviving Child of Ronnie E. Gies, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ronnie J. Gies is a resident of New York. Ronnie E. Gies is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3659. Thomas W. Gies, individually, as surviving Child of Ronnie E. Gies, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas W. Gies is a resident of New York. Ronnie E. Gies is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3660. Anthony Marchese, individually, as surviving Parent of Laura A. Giglio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Marchese is a resident of New York. Laura A. Giglio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3661. Cathy Marchese-Collins, individually, as surviving Sibling of Laura A. Giglio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cathy Marchese-Collins is a resident of New York. Laura A. Giglio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3662. Marie Thomas, individually, as surviving Sibling of Laura A. Giglio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marie Thomas is a resident of New York. Laura A. Giglio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3663. Michelle Gill-Martinez, as the Personal Representative of the Estate of Lorraine M. Betancourt, deceased, the late Parent of Paul J. Gill, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michelle Gill-Martinez is a resident of Pennsylvania. Paul J. Gill is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3664. Michelle J. Gill-Martinez, individually, as surviving Sibling of Paul J. Gill, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michelle J. Gill-Martinez is a resident of Pennsylvania. Paul J. Gill is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3665. Tina Lampart, individually, as surviving Spouse of Paul J. Gill, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tina Lampart is a resident of Connecticut. Paul J. Gill is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3666.  Suzanne Deverson, as the Personal Representative of the Estate of Mary Gitto, deceased, the late Parent of Salvatore Gitto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Suzanne Deverson is a resident of Florida. Salvatore Gitto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3667.  Susanne Deverson, individually, as surviving Sibling of Salvatore Gitto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susanne Deverson is a resident of Florida. Salvatore Gitto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3668.  Thomas Gitto, individually, as surviving Sibling of Salvatore Gitto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Gitto is a resident of Florida. Salvatore Gitto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3669.  Tawania Loyd, as the Personal Representative of the Estate of Franklin Murray, deceased, the late Sibling of Harry Glenn, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tawania Loyd is a resident of New York. Harry Glenn is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3670.  Birdie Mae Glenn, individually, as surviving Parent of Harry Glenn, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Birdie Mae Glenn is a resident of New York. Harry Glenn is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3671.  Donald O. Glenn, individually, as surviving Sibling of Harry Glenn, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donald O. Glenn is a resident of New York. Harry Glenn is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3672. James Glenn, individually, as surviving Sibling of Harry Glenn, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Glenn is a resident of New York. Harry Glenn is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3673. Roosevelt Glenn, Jr., individually, as surviving Sibling of Harry Glenn, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Roosevelt Glenn, Jr. is a resident of New York. Harry Glenn is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3674. Roosevelt Glenn, Sr., individually, as surviving Parent of Harry Glenn, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Roosevelt Glenn, Sr. is a resident of New York. Harry Glenn is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3675. Misha Yoshida Gnazzo, individually, as surviving Sibling of John T. Gnazzo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Misha Yoshida Gnazzo is a resident of New York. John T. Gnazzo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3676. Shari M. Goldberg, individually, as surviving Sibling of Brian Goldberg, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shari M. Goldberg is a resident of New Jersey. Brian Goldberg is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3677. Elmeda George, individually, as surviving Parent of Kerene Gordon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elmeda George is a resident of New York. Kerene Gordon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3678. St. Elmo Elmo George, individually, as surviving Sibling of Kerene Gordon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. St. Elmo Elmo George is a resident of New York. Kerene Gordon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3679. Delroy Nelson, individually, as surviving Child of Kerene Gordon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Delroy Nelson is a resident of Canada. Kerene Gordon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3680. Kevin Phillips, individually, as surviving Sibling of Kerene Gordon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Phillips is a resident of Texas. Kerene Gordon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3681. Patricia Greenleaf, individually, as surviving Parent of James Greenleaf, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Greenleaf is a resident of Connecticut. James Greenleaf is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3682. John Gregory, as the Personal Representative of the Estate of Florence Gregory, deceased, the late Parent of Florence M. Gregory, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Gregory is a resident of New York. Florence M. Gregory is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3683. John Gregory, as the Personal Representative of the Estate of John Gregory, deceased, the late Parent of Florence M. Gregory, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Gregory is a resident of New York. Florence M. Gregory is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World

League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3684. Maureen Petronis, individually, as surviving Sibling of Florence M. Gregory, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Petronis is a resident of New York. Florence M. Gregory is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3685. Steven Grillo, as the Personal Representative of the Estate of Joseph Francis Grillo, deceased, the late Parent of Joseph Grillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Steven Grillo is a resident of Florida. Joseph Grillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3686. Steven A. Grillo, individually, as surviving Sibling of Joseph Grillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Steven A. Grillo is a resident of Florida. Joseph Grillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3687. Robert Haag, individually, as surviving Parent of Gary Haag, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Haag is a resident of New Jersey. Gary Haag is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3688. Lori Haag Herrmann, individually, as surviving Sibling of Gary Haag, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lori Haag Herrmann is a resident of New Jersey. Gary Haag is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3689. Kathleen Haberman, individually, as surviving Parent of Andrea L. Haberman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Haberman is a resident of Wisconsin. Andrea L. Haberman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3690. Julie Ann Haberman Osmus, individually, as surviving Sibling of Andrea L. Haberman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Julie Ann Haberman Osmus is a resident of Wisconsin. Andrea L. Haberman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3691. James Hagerty, individually, as surviving Sibling of Karen E. Hagerty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Hagerty is a resident of Georgia. Karen E. Hagerty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3692. Deborah Loeffler, individually, as surviving Sibling of Karen E. Hagerty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah Loeffler is a resident of New York. Karen E. Hagerty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3693. J. Linzee Whittaker, individually, as surviving Stepparent of Karen E. Hagerty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. J. Linzee Whittaker is a resident of South Carolina. Karen E. Hagerty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3694. Frank Han, as the Personal Representative of the Estate of Kim Han, deceased, the late Parent of Frederic K. Han, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Han is a resident of New Jersey. Frederic K. Han is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3695. Floyd Han, individually, as surviving Sibling of Frederic K. Han, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Floyd Han is a resident of New Jersey. Frederic K. Han is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3696.  Frank Han, individually, as surviving Sibling of Frederic K. Han, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Han is a resident of New Jersey. Frederic K. Han is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3697.  Dennis J. Hannafin, individually, as surviving Sibling of Thomas Hannafin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dennis J. Hannafin is a resident of California. Thomas Hannafin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3698.  John Hannafin, individually, as surviving Sibling of Thomas Hannafin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Hannafin is a resident of New York. Thomas Hannafin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3699.  Kevin P. Hannafin, individually, as surviving Sibling of Thomas Hannafin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin P. Hannafin is a resident of Florida. Thomas Hannafin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3700.  Patrick Hannafin, individually, as surviving Sibling of Thomas Hannafin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick Hannafin is a resident of New York. Thomas Hannafin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3701.  Peter Hannafin, individually, as surviving Sibling of Thomas Hannafin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Hannafin is a resident of New Jersey. Thomas Hannafin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3702.   Holly Rae Harrell, individually, as surviving Child of Stephen G. Harrell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Holly Rae Harrell is a resident of California. Stephen G. Harrell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3703.   Margaret Harrell, as the Personal Representative of the Estate of Stephen G. Harrell, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen G. Harrell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret Harrell is a resident of Illinois. Stephen G. Harrell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3704.   Margaret Harrell, individually, as surviving Spouse of Stephen G. Harrell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret Harrell is a resident of Illinois. Stephen G. Harrell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3705.   Elissa Harris Sacket, individually, as surviving Child of Stewart D. Harris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elissa Harris Sacket is a resident of New Jersey. Stewart D. Harris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3706.   Michael Harvey, individually, as surviving Sibling of Emeric J. Harvey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Harvey is a resident of New York. Emeric J. Harvey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3707.   Virginia Harvey, individually, as surviving Sibling of Emeric J. Harvey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Virginia Harvey is a resident of New Jersey. Emeric J. Harvey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3708.   Marie Ryan, individually, as surviving Sibling of Emeric J. Harvey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marie Ryan is a resident of New Jersey. Emeric J. Harvey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3709.   Antoinette Steo, individually, as surviving Sibling of Emeric J. Harvey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Antoinette Steo is a resident of New York. Emeric J. Harvey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3710.   Hafeezah Legree, individually, as surviving Sibling of Anthony Hawkins, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Hafeezah Legree is a resident of New York. Anthony Hawkins is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3711.   Chaniqua Wynter, individually, as surviving Sibling of Anthony Hawkins, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chaniqua Wynter is a resident of New York. Anthony Hawkins is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3712.   Laura Froehlich, individually, as surviving Child of Philip T. Hayes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Froehlich is a resident of New York. Philip T. Hayes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3713.   Philip T. Hayes, Jr., individually, as surviving Child of Philip T. Hayes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Philip T. Hayes, Jr. is a resident of California. Philip T. Hayes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3714. Virginia McDermott, individually, as surviving Child of Philip T. Hayes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Virginia McDermott is a resident of New York. Philip T. Hayes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3715. Theresa O'Gara, individually, as surviving Child of Philip T. Hayes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa O'Gara is a resident of New York. Philip T. Hayes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3716. Barbara Haynes, individually, as surviving Parent of William W. Haynes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Haynes is a resident of New York. William W. Haynes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3717. Thomas John Haynes, individually, as surviving Sibling of William W. Haynes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas John Haynes is a resident of New York. William W. Haynes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3718. Katherine Haynes-Pepe, individually, as surviving Sibling of William W. Haynes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katherine Haynes-Pepe is a resident of Connecticut. William W. Haynes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3719. Michael J. Healey, individually, as surviving Child of Michael Healey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael J. Healey is a resident of New York. Michael Healey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

644

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3720. Marshall Ross, individually, as surviving Stepchild of Ronnie Lee Henderson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marshall Ross is a resident of Georgia. Ronnie Lee Henderson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3721. LaKimmie Smith, individually, as surviving Stepchild of Ronnie Lee Henderson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. LaKimmie Smith is a resident of Georgia. Ronnie Lee Henderson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3722. Donna Hickey, as the Personal Representative of the Estate of Dennis Hickey, deceased, the late Child of Brian Hickey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donna Hickey is a resident of New York. Brian Hickey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3723. Daniel Hickey, individually, as surviving Child of Brian Hickey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Hickey is a resident of New York. Brian Hickey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3724. Jaclyn LaBarbera, individually, as surviving Child of Brian Hickey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jaclyn LaBarbera is a resident of New York. Brian Hickey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3725. Loretta Petronzi, individually, as surviving Sibling of Brian Hickey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Loretta Petronzi is a resident of New York. Brian Hickey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3726. Mary Truelson, individually, as surviving Sibling of Brian Hickey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Truelson is a resident of New York. Brian Hickey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3727. Judith Higley, individually, as surviving Parent of Robert Higley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Judith Higley is a resident of Florida. Robert Higley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3728. Karen Greene, as the Personal Representative of the Estate of Collin Hinds, deceased, the late Parent of Neil Hinds, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Greene is a resident of New York. Neil Hinds is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3729. Karen Greene, individually, as surviving Sibling of Neil Hinds, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Greene is a resident of New York. Neil Hinds is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3730. Coleen Hinds, individually, as surviving Sibling of Neil Hinds, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Coleen Hinds is a resident of New York. Neil Hinds is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3731. Ethlyn Hinds, individually, as surviving Parent of Neil Hinds, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ethlyn Hinds is a resident of New York. Neil Hinds is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3732. Wade-Roy Hinds, individually, as surviving Sibling of Neil Hinds, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wade-Roy Hinds is a resident of New York. Neil Hinds is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3733. Reginald Hobbs, individually, as surviving Sibling of Tara Y. Hobbs, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Reginald Hobbs is a resident of New Jersey. Tara Y. Hobbs is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3734. Sonya Hobbs Cuffee, individually, as surviving Sibling of Tara Y. Hobbs, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sonya Hobbs Cuffee is a resident of Virginia. Tara Y. Hobbs is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3735. Tammy Hobbs Ginsberg, individually, as surviving Sibling of Tara Y. Hobbs, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tammy Hobbs Ginsberg is a resident of New Jersey. Tara Y. Hobbs is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3736. Sherian Hobbs Lightfoot, individually, as surviving Sibling of Tara Y. Hobbs, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sherian Hobbs Lightfoot is a resident of Georgia. Tara Y. Hobbs is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3737. Mary Judge, individually, as surviving Sibling of Thomas W. Hohlweck, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Judge is a resident of New Mexico. Thomas W. Hohlweck, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3738. Brian Holland, individually, as surviving Sibling of Joseph Holland III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Holland is a resident of Florida. Joseph Holland III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3739. Michele Holland McLin, individually, as surviving Sibling of Joseph Holland III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michele Holland McLin is a resident of Florida. Joseph Holland III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3740. Kara Hoorn, individually, as surviving Sibling of Bradley Hoorn, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kara Hoorn is a resident of Michigian. Bradley Hoorn is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3741. Anne Galizia, individually, as surviving Sibling of Joseph L. Howard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anne Galizia is a resident of New York. Joseph L. Howard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3742. Joseph Howard, individually, as surviving Child of Joseph L. Howard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Howard is a resident of New Jersey. Joseph L. Howard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3743. Janice Howard-Battaglia, individually, as surviving Child of Joseph L. Howard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janice Howard-Battaglia is a resident of New Jersey. Joseph L. Howard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International

Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3744. Susan Reidlinger, individually, as surviving Sibling of Joseph L. Howard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Reidlinger is a resident of New York. Joseph L. Howard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3745. Ana Arvelo, individually, as surviving Parent of Milagros Hromada, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ana Arvelo is a resident of New York. Milagros Hromada is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3746. Robin Arvelo, individually, as surviving Sibling of Milagros Hromada, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robin Arvelo is a resident of New York. Milagros Hromada is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3747. Mariano Arvelo, Jr., individually, as surviving Sibling of Milagros Hromada, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mariano Arvelo, Jr. is a resident of Louisiana. Milagros Hromada is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3748. Awilda Breban, individually, as surviving Sibling of Milagros Hromada, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Awilda Breban is a resident of New York. Milagros Hromada is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3749. RoseMarie Delgado, individually, as surviving Sibling of Milagros Hromada, is a Plaintiff seeking justice for the tragic events of September 11, 2001. RoseMarie Delgado is a resident of New York. Milagros Hromada is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3750. Doris Martinez, individually, as surviving Sibling of Milagros Hromada, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Doris Martinez is a resident of New York. Milagros Hromada is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3751. Brunilda Rodriguez, individually, as surviving Sibling of Milagros Hromada, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brunilda Rodriguez is a resident of Georgia. Milagros Hromada is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3752. Bridget Hunter, as the Personal Representative of the Estate of Joseph Hunter, deceased, the late Parent of Joseph G. Hunter, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bridget Hunter is a resident of New York. Joseph G. Hunter is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3753. Sean Hunter, individually, as surviving Sibling of Joseph G. Hunter, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sean Hunter is a resident of New York. Joseph G. Hunter is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3754. Teresa Labo, individually, as surviving Sibling of Joseph G. Hunter, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa Labo is a resident of New York. Joseph G. Hunter is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3755. Robert Hussa, individually, as surviving Child of Robert R. Hussa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Hussa is a resident of Kansas. Robert R. Hussa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3756. Thomas Hussa, individually, as surviving Child of Robert R. Hussa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Hussa is a resident of Kansas. Robert R. Hussa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3757. Lee Ielpi, individually, as surviving Parent of Jonathan Ielpi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lee Ielpi is a resident of Florida. Jonathan Ielpi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3758. Lauren Fregonese, individually, as surviving Child of Frederick J. Ill, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lauren Fregonese is a resident of New York. Frederick J. Ill, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3759. Frederick Ill, III, individually, as surviving Child of Frederick J. Ill, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frederick Ill, III is a resident of New York. Frederick J. Ill, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3760. David Ilowitz, individually, as surviving Child of Abraham Ilowitz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Ilowitz is a resident of New York. Abraham Ilowitz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3761. Malka Melamed, individually, as surviving Child of Abraham Ilowitz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Malka Melamed is a resident of New York. Abraham Ilowitz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3762.   Faygee Piller, individually, as surviving Child of Abraham Ilowitz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Faygee Piller is a resident of New York. Abraham Ilowitz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3763.   Chaya Protovin, individually, as surviving Child of Abraham Ilowitz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chaya Protovin is a resident of New York. Abraham Ilowitz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3764.   Kenneth Irby, as the Personal Representative of the Estate of Agnes Irby, deceased, the late Parent of Stephanie Irby, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kenneth Irby is a resident of Alabama. Stephanie Irby is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3765.   Addison J. Irby, individually, as surviving Sibling of Stephanie Irby, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Addison J. Irby is a resident of Alabama. Stephanie Irby is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3766.   Kenneth Irby, individually, as surviving Sibling of Stephanie Irby, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kenneth Irby is a resident of Alabama. Stephanie Irby is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3767.   Pamela Melton, individually, as surviving Sibling of Stephanie Irby, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pamela Melton is a resident of New York. Stephanie Irby is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3768. Joan O'Brien, as the Personal Representative of the Estate of Carol Iskyan, deceased, the late Parent of John Iskyan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan O'Brien is a resident of New York. John Iskyan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3769. Laura Iskyan, individually, as surviving Sibling of John Iskyan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Iskyan is a resident of New York. John Iskyan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3770. Paul Iskyan, individually, as surviving Sibling of John Iskyan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Iskyan is a resident of New York. John Iskyan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3771. Joan O'Brien, individually, as surviving Sibling of John Iskyan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan O'Brien is a resident of New York. John Iskyan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3772. Barbara Jackman, individually, as surviving Parent of Brooke A. Jackman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Jackman is a resident of Florida. Brooke A. Jackman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3773. Erin Jackman, individually, as surviving Sibling of Brooke A. Jackman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erin Jackman is a resident of Florida. Brooke A. Jackman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3774. Ross Jackman, individually, as surviving Sibling of Brooke A. Jackman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ross Jackman is a resident of New York. Brooke A. Jackman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3775. Matthew Jacobs, as the Personal Representative of the Estate of Daniel Jacobs, deceased, the late Sibling of Ariel L. Jacobs, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Jacobs is a resident of Maryland. Ariel L. Jacobs is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3776. Claudia Jacobs, as the Personal Representative of the Estate of Melvin Jacobs, deceased, the late Parent of Ariel L. Jacobs, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Claudia Jacobs is a resident of Massachusetts. Ariel L. Jacobs is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3777. Silvia Eiberman, individually, as surviving Parent of Ariel L. Jacobs, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Silvia Eiberman is a resident of New York. Ariel L. Jacobs is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3778. Claudia Jacobs, individually, as surviving Sibling of Ariel L. Jacobs, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Claudia Jacobs is a resident of Massachusetts. Ariel L. Jacobs is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3779. Joanna Jakubiak, individually, as surviving Child of Maria Jakubiak, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joanna Jakubiak is a resident of Pennsylvania. Maria Jakubiak is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

654

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3780. Diane Cuff, individually, as surviving Sibling of William Johnston, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Diane Cuff is a resident of New York. William Johnston, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3781. Robert Johnston, individually, as surviving Sibling of William Johnston, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Johnston is a resident of New York. William Johnston, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3782. William Johnston, individually, as surviving Parent of William Johnston, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Johnston is a resident of New York. William Johnston, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3783. Christine Sciurba, individually, as surviving Sibling of William Johnston, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine Sciurba is a resident of New York. William Johnston, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3784. Peter Jones, individually, as surviving Sibling of Arthur J. Jones III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Jones is a resident of New York. Arthur J. Jones III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3785. Scott Jones, individually, as surviving Sibling of Arthur J. Jones III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scott Jones is a resident of New York. Arthur J. Jones III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3786.   Marilyn Stufano, individually, as surviving Parent of Arthur J. Jones III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marilyn Stufano is a resident of New Jersey. Arthur J. Jones III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3787.   Anne Jordan Stewart, individually, as surviving Parent of Robert Thomas Jordan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anne Jordan Stewart is a resident of Florida. Robert Thomas Jordan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3788.   Henri Joseph, individually, as surviving Parent of Karl H. Joseph, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Henri Joseph is a resident of New York. Karl H. Joseph is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3789.   Jacqueline Joseph, individually, as surviving Parent of Karl H. Joseph, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jacqueline Joseph is a resident of New York. Karl H. Joseph is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3790.   Ted Joseph, individually, as surviving Sibling of Karl H. Joseph, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ted Joseph is a resident of New York. Karl H. Joseph is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3791.   Beatrice Kandell, individually, as surviving Parent of Shari Kandell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Beatrice Kandell is a resident of New Jersey. Shari Kandell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3792. Steven Kandell, individually, as surviving Sibling of Shari Kandell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Steven Kandell is a resident of California. Shari Kandell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3793. Calliope Katsimatides, as the Personal Representative of the Estate of Antonios Katsimatides, deceased, the late Parent of John Katsimatides, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Calliope Katsimatides is a resident of New York. John Katsimatides is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3794. Anthoula Katsimatides, individually, as surviving Sibling of John Katsimatides, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthoula Katsimatides is a resident of New York. John Katsimatides is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3795. Calliope Katsimatides, individually, as surviving Parent of John Katsimatides, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Calliope Katsimatides is a resident of New York. John Katsimatides is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3796. Brandon Keller, individually, as surviving Sibling of Chandler R. Keller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brandon Keller is a resident of California. Chandler R. Keller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3797. Gavin Keller, individually, as surviving Sibling of Chandler R. Keller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gavin Keller is a resident of California. Chandler R. Keller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3798.   Kathryn Keller, individually, as surviving Parent of Chandler R. Keller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathryn Keller is a resident of California. Chandler R. Keller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3799.   Richard Keller, individually, as surviving Parent of Chandler R. Keller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard Keller is a resident of California. Chandler R. Keller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3800.   Pamela Kellerman Fox, as the Personal Representative of the Estate of Joyce L. Gales, deceased, the late Parent of Peter R. Kellerman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pamela Kellerman Fox is a resident of Connecticut. Peter R. Kellerman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3801.   Elyssa Kellerman, individually, as surviving Sibling of Peter R. Kellerman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elyssa Kellerman is a resident of New York. Peter R. Kellerman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3802.   Pamela Kellerman Fox, individually, as surviving Sibling of Peter R. Kellerman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pamela Kellerman Fox is a resident of Connecticut. Peter R. Kellerman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3803.   Joseph Callahan, as the Personal Representative of the Estate of Anne Sullivan, deceased, the late Parent of Joseph P. Kellett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Callahan is a resident of New York. Joseph P. Kellett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League,

International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3804.   James Kelly, as the Personal Representative of the Estate of Suzanne Kelly, deceased, the late Parent of Thomas R. Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Kelly is a resident of New York. Thomas R. Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3805.   Jean Farrell, individually, as surviving Sibling of Thomas R. Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jean Farrell is a resident of Florida. Thomas R. Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3806.   James Kelly, individually, as surviving Sibling of Thomas R. Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Kelly is a resident of New York. Thomas R. Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3807.   Robert E. Kelly, individually, as surviving Sibling of Thomas R. Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert E. Kelly is a resident of New York. Thomas R. Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3808.   Brian Kelly, individually, as surviving Sibling of Timothy C. Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Kelly is a resident of Florida. Timothy C. Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3809.   John Kelly, individually, as surviving Sibling of Timothy C. Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Kelly is a resident of Virginia. Timothy C. Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3810. Shawn P. Kelly, individually, as surviving Sibling of Timothy C. Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shawn P. Kelly is a resident of New York. Timothy C. Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3811. Christine Kelly Fabbri, individually, as surviving Sibling of Timothy C. Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine Kelly Fabbri is a resident of Connecticut. Timothy C. Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3812. Leigh Kennedy, individually, as surviving Child of Yvonne Kennedy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leigh Kennedy is a resident of Australia. Yvonne Kennedy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3813. Simon Kennedy, individually, as surviving Child of Yvonne Kennedy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Simon Kennedy is a resident of Australia. Yvonne Kennedy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3814. Lauren Kiefer, individually, as surviving Sibling of Michael Vernon Kiefer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lauren Kiefer is a resident of New York. Michael Vernon Kiefer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3815. Kerri Viverito, individually, as surviving Sibling of Michael Vernon Kiefer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kerri Viverito is a resident of New York. Michael Vernon Kiefer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3816. Hwa Ock Lee Kim, individually, as surviving Parent of Andrew Jay-Hoon Kim, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Hwa Ock Lee Kim is a resident of New Jersey. Andrew Jay-Hoon Kim is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3817. William Jay Ho Kim, individually, as surviving Sibling of Andrew Jay-Hoon Kim, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Jay Ho Kim is a resident of New Jersey. Andrew Jay-Hoon Kim is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3818. Douglas Klares, individually, as surviving Child of Richard J. Klares, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Douglas Klares is a resident of New York. Richard J. Klares is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3819. Scott Klares, individually, as surviving Child of Richard J. Klares, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scott Klares is a resident of New York. Richard J. Klares is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3820. Richard J. Klares, Jr., individually, as surviving Child of Richard J. Klares, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard J. Klares, Jr. is a resident of Virginia. Richard J. Klares is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3821. Robert Klitzman, individually, as surviving Sibling of Karen Klitzman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Klitzman is a resident of New York. Karen Klitzman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3822. Gregory Rakovsky, individually, as surviving Stepchild of Eugeni Kniazev, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gregory Rakovsky is a resident of New York. Eugeni Kniazev is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3823. Stuart John Knox, individually, as surviving Sibling of Andrew Knox, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stuart John Knox is a resident of Australia. Andrew Knox is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3824. Joanne Fletcher, individually, as surviving Sibling of Andrew La Corte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joanne Fletcher is a resident of New Jersey. Andrew La Corte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3825. Peter La Corte, individually, as surviving Sibling of Andrew La Corte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter La Corte is a resident of New Jersey. Andrew La Corte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3826. Miriam Lafuente, as the Personal Representative of the Estate of Jorge M. Lafuente, deceased, the late Sibling of Juan Lafuente, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Miriam Lafuente is a resident of New Jersey. Juan Lafuente is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3827. Joanna Allen, as the Personal Representative of the Estate of Jose Esteban Lafuente, deceased, the late Sibling of Juan Lafuente, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joanna Allen is a resident of Michigian. Juan Lafuente is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World

662

League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3828. Cynthia Hansen, individually, as surviving Child of Juan Lafuente, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cynthia Hansen is a resident of New York. Juan Lafuente is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3829. Rose Maria Kazi, individually, as surviving Sibling of Juan Lafuente, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rose Maria Kazi is a resident of Florida. Juan Lafuente is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3830. Catherine Lafuente, individually, as surviving Child of Juan Lafuente, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Lafuente is a resident of Florida. Juan Lafuente is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3831. Christine Lafuente, individually, as surviving Child of Juan Lafuente, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine Lafuente is a resident of New York. Juan Lafuente is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3832. Ruth Lafuente Rockett, individually, as surviving Child of Juan Lafuente, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ruth Lafuente Rockett is a resident of Virginia. Juan Lafuente is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3833. Josephine Laieta, as the Personal Representative of the Estate of Vincent A. Laieta, deceased, the late Parent of Vincent Laieta, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Josephine Laieta is a resident of New York. Vincent Laieta is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim

Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3834. Anthony V. Laieta, individually, as surviving Sibling of Vincent Laieta, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony V. Laieta is a resident of New York. Vincent Laieta is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3835. Josephine Laieta, individually, as surviving Parent of Vincent Laieta, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Josephine Laieta is a resident of New York. Vincent Laieta is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3836. Steven Lamonsoff, individually, as surviving Sibling of Amy Lamonsoff, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Steven Lamonsoff is a resident of North Carolina. Amy Lamonsoff is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3837. Wendy McEneany, individually, as surviving Sibling of Amy Lamonsoff, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wendy McEneany is a resident of North Carolina. Amy Lamonsoff is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3838. James Lang and Donna Caballero, as the Personal Representatives of the Estate of Rose Lang, deceased, the late Parent of Rosanne Lang, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Lang and Donna Caballero are residents of New Jersey. Rosanne Lang is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3839. James Lang and Donna Caballero, as the Personal Representatives of the Estate of William Lang, deceased, the late Parent of Rosanne Lang, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Lang and Donna Caballero are residents of New Jersey. Rosanne Lang is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3840. Donald Lang, individually, as surviving Sibling of Rosanne Lang, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donald Lang is a resident of New Jersey. Rosanne Lang is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3841. Gary F. Lang, individually, as surviving Sibling of Rosanne Lang, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gary F. Lang is a resident of New York. Rosanne Lang is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3842. Gerard Lang, individually, as surviving Sibling of Rosanne Lang, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gerard Lang is a resident of New Jersey. Rosanne Lang is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3843. James Lang, individually, as surviving Sibling of Rosanne Lang, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Lang is a resident of New York. Rosanne Lang is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3844. Martin Lang, individually, as surviving Sibling of Rosanne Lang, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Martin Lang is a resident of New Jersey. Rosanne Lang is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3845. Mary Lou Lang, individually, as surviving Sibling of Rosanne Lang, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Lou Lang is a resident of New Jersey. Rosanne Lang is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3846.  Richard Lang, individually, as surviving Sibling of Rosanne Lang, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard Lang is a resident of New Jersey. Rosanne Lang is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3847.  Timothy L. Lang, individually, as surviving Sibling of Rosanne Lang, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Timothy L. Lang is a resident of New Jersey. Rosanne Lang is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3848.  David Lapin, as the Personal Representative of the Estate of Joan Lopatin, deceased, the late Parent of Ruth Lapin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Lapin is a resident of New Jersey. Ruth Lapin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3849.  David Lapin, individually, as surviving Sibling of Ruth Lapin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Lapin is a resident of Maryland. Ruth Lapin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3850.  Douglas Schroeder, individually, as surviving Child of Ruth Lapin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Douglas Schroeder is a resident of North Carolina. Ruth Lapin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3851.  Doreen Jurczyk, individually, as surviving Sibling of Gary E. Lasko, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Doreen Jurczyk is a resident of Connecticut. Gary E. Lasko is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3852.  Deborah Lasko, individually, as surviving Sibling of Gary E. Lasko, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah Lasko is a resident of Connecticut. Gary E. Lasko is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3853.  Ellen Lassman, individually, as surviving Sibling of Nicholas Lassman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ellen Lassman is a resident of Florida. Nicholas Lassman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3854.  Ira Lassman, individually, as surviving Parent of Nicholas Lassman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ira Lassman is a resident of Florida. Nicholas Lassman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3855.  James Leahy, Jr., individually, as surviving Child of James P. Leahy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Leahy, Jr. is a resident of New York. James P. Leahy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3856.  Carolyn LeBlanc, as the Personal Representative of the Estate of Paul LeBlanc, deceased, the late Child of Robert LeBlanc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carolyn LeBlanc is a resident of New Hampshire. Robert LeBlanc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3857.  Carolyn LeBlanc, individually, as surviving Child of Robert LeBlanc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carolyn LeBlanc is a resident of New Hampshire. Robert LeBlanc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3858.   John LeBlanc, individually, as surviving Child of Robert LeBlanc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John LeBlanc is a resident of California. Robert LeBlanc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3859.   Kjell Youngren, individually, as surviving Stepchild of Robert LeBlanc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kjell Youngren is a resident of New Jersey. Robert LeBlanc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3860.   Nissa Youngren, individually, as surviving Stepchild of Robert LeBlanc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nissa Youngren is a resident of New York. Robert LeBlanc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3861.   Nathan Leaflight, individually, as surviving Sibling of Alan J. Lederman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nathan Leaflight is a resident of Ohio. Alan J. Lederman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3862.   Jean Lembo, individually, as surviving Sibling of Alan J. Lederman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jean Lembo is a resident of New York. Alan J. Lederman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3863.   Roni Salkin, individually, as surviving Sibling of Alan J. Lederman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Roni Salkin is a resident of New Jersey. Alan J. Lederman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3864. Ronald K. Lee, Jr., individually, as surviving Sibling of Richard Y. C. Lee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ronald K. Lee, Jr. is a resident of New York. Richard Y. C. Lee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3865. Jiunn-Yih Eddie Lee, individually, as surviving Child of Yang Der Lee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jiunn-Yih Eddie Lee is a resident of Hawaii. Yang Der Lee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3866. Yi Yann Lee, individually, as surviving Child of Yang Der Lee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yi Yann Lee is a resident of New York. Yang Der Lee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3867. Jeanette Legro, individually, as surviving Sibling of Adriana Legro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeanette Legro is a resident of New York. Adriana Legro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3868. Juan Legro Diaz, individually, as surviving Sibling of Adriana Legro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Juan Legro Diaz is a resident of New York. Adriana Legro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3869. Elizabeth Ann Leonardi, individually, as surviving Child of Jeffrey E. LeVeen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Ann Leonardi is a resident of North Carolina. Jeffrey E. LeVeen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International

Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3870. Andrew William LeVeen, individually, as surviving Child of Jeffrey E. LeVeen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew William LeVeen is a resident of South Carolina. Jeffrey E. LeVeen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3871. Kathryn Lee LeVeen, individually, as surviving Child of Jeffrey E. LeVeen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathryn Lee LeVeen is a resident of California. Jeffrey E. LeVeen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3872. Margaret L. LeVeen, individually, as surviving Child of Jeffrey E. LeVeen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret L. LeVeen is a resident of California. Jeffrey E. LeVeen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3873. Jeffrey E. LeVeen, Jr., individually, as surviving Child of Jeffrey E. LeVeen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeffrey E. LeVeen, Jr. is a resident of South Carolina. Jeffrey E. LeVeen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3874. Lula P. Parker, individually, as surviving Sibling of Margaret Lewis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lula P. Parker is a resident of New Jersey. Margaret Lewis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3875. Haydee C. Lillo, individually, as surviving Spouse of Carlos Lillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Haydee C. Lillo is a resident of New York. Carlos Lillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3876. Lorraine H. Gardella, individually, as surviving Parent of Diane T. Lipari, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lorraine H. Gardella is a resident of Florida. Diane T. Lipari is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3877. Lorraine A. Gardella, individually, as surviving Sibling of Diane T. Lipari, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lorraine A. Gardella is a resident of Florida. Diane T. Lipari is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3878. Susan Kraljic, individually, as surviving Sibling of Diane T. Lipari, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Kraljic is a resident of New Jersey. Diane T. Lipari is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3879. Joseph Lipari, individually, as surviving Sibling of Diane T. Lipari, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Lipari is a resident of Florida. Diane T. Lipari is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3880. Michael Lipari, individually, as surviving Sibling of Diane T. Lipari, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Lipari is a resident of Florida. Diane T. Lipari is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3881. Marie Lukas, individually, as surviving Parent of Marie Lukas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marie Lukas is a resident of New York. Marie Lukas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3882. Mark Lunden, individually, as surviving Sibling of Michael P. Lunden, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mark Lunden is a resident of Florida. Michael P. Lunden is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3883. Jevon William Alexander Castrillo, individually, as surviving Child of CeeCee Ross Lyles, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jevon William Alexander Castrillo is a resident of Florida. CeeCee Ross Lyles is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3884. Jerome Smith, individually, as surviving Child of CeeCee Ross Lyles, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jerome Smith is a resident of Florida. CeeCee Ross Lyles is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3885. Margaret Doyle, individually, as surviving Sibling of Terence M. Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret Doyle is a resident of Michigan. Terence M. Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3886. Carol M. Lynch, individually, as surviving Sibling of Terence M. Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carol M. Lynch is a resident of New York. Terence M. Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3887. Cathleen L. Miller, individually, as surviving Sibling of Terence M. Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cathleen L. Miller is a resident of Ohio. Terence M. Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3888. Mary Ann Prokop, individually, as surviving Sibling of Terence M. Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Ann Prokop is a resident of Ohio. Terence M. Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3889. George MacFarlane, individually, as surviving Sibling of Marianne MacFarlane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. George MacFarlane is a resident of Florida. Marianne MacFarlane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3890. Joseph Macfarlane, individually, as surviving Sibling of Marianne MacFarlane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Macfarlane is a resident of Massachusetts. Marianne MacFarlane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3891. Andrea Maffeo, as the Personal Representative of the Estate of Frances Maffeo, deceased, the late Parent of Jennieann Maffeo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Maffeo is a resident of New York. Jennieann Maffeo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3892. Andrea Maffeo, as the Personal Representative of the Estate of Sam Maffeo, deceased, the late Parent of Jennieann Maffeo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Maffeo is a resident of New York. Jennieann Maffeo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3893. Joseph Maffeo, individually, as surviving Sibling of Jennieann Maffeo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Maffeo is a resident of Florida. Jennieann Maffeo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3894. Christopher Joseph Maggitti, individually, as surviving Child of Joseph Maggitti, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Joseph Maggitti is a resident of Maryland. Joseph Maggitti is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3895. Cheryl Sorrell, as the Personal Representative of the Estate of Roger B. Mair, deceased, the late Sibling of Linda C. Mair Grayling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cheryl Sorrell is a resident of Georgia. Linda C. Mair Grayling is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3896. Annette Mair, individually, as surviving Sibling of Linda C. Mair Grayling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Annette Mair is a resident of Georgia. Linda C. Mair Grayling is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3897. Irene L. Mair Wells, individually, as surviving Sibling of Linda C. Mair Grayling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Irene L. Mair Wells is a resident of South Carolina. Linda C. Mair Grayling is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3898. Yvonne D. Ramirez, individually, as surviving Sibling of Linda C. Mair Grayling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yvonne D. Ramirez is a resident of Georgia. Linda C. Mair Grayling is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3899. Chris Maldonado, individually, as surviving Child of Debora Maldonado, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chris Maldonado is a resident of New York. Debora Maldonado is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3900. Krystal Maldonado, individually, as surviving Child of Debora Maldonado, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Krystal Maldonado is a resident of New York. Debora Maldonado is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3901. Otelio Maldonado, Jr., as the Personal Representative of the Estate of Debora Maldonado, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Debora Maldonado, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Otelio Maldonado, Jr. is a resident of New York. Debora Maldonado is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3902. Otelio Maldonado, Jr., individually, as surviving Spouse of Debora Maldonado, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Otelio Maldonado, Jr. is a resident of New York. Debora Maldonado is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3903. Susan E. Martin, individually, as surviving Sibling of Karen A. Martin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan E. Martin is a resident of New Hampshire. Karen A. Martin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3904. Kyle Danatos, as the Personal Representative of the Estate of Cathleen Martineau, deceased, the late Sibling of Brian E. Martineau, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kyle Danatos is a resident of New Jersey. Brian E. Martineau is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3905. Bettyann Martineau, as the Personal Representative of the Estate of Ronnah J. Martineau, deceased, the late Parent of Brian E. Martineau, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bettyann Martineau is a resident of New Jersey. Brian E.

Martineau is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3906. Bettyann Martineau, as the Personal Representative of the Estate of Edward L. Martineau, Jr., deceased, the late Parent of Brian E. Martineau, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bettyann Martineau is a resident of New Jersey. Brian E. Martineau is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3907. Juan Martinez, Sr., as the Personal Representative of the Estate of Reinaldo Martinez, deceased, the late Sibling of Waleska Martinez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Juan Martinez, Sr. is a resident of Texas. Waleska Martinez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3908. Irma Martinez, individually, as surviving Parent of Waleska Martinez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Irma Martinez is a resident of Texas. Waleska Martinez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3909. Juan Martinez, Jr., individually, as surviving Sibling of Waleska Martinez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Juan Martinez, Jr. is a resident of Texas. Waleska Martinez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3910. Christopher Mascali, individually, as surviving Child of Joseph Mascali, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Mascali is a resident of New York. Joseph Mascali is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3911.  Jennifer Mascali, individually, as surviving Child of Joseph Mascali, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Mascali is a resident of New York. Joseph Mascali is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3912.  Nancy Sparozic, individually, as surviving Sibling of Charles A. Mauro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nancy Sparozic is a resident of Pennsylvania. Charles A. Mauro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3913.  Kevin Maynard, individually, as surviving Sibling of Keithroy Maynard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Maynard is a resident of Texas. Keithroy Maynard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3914.  Vernon Maynard, individually, as surviving Sibling of Keithroy Maynard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vernon Maynard is a resident of New York. Keithroy Maynard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3915.  Keithroy Maynard II, individually, as surviving Child of Keithroy Maynard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Keithroy Maynard II is a resident of New York. Keithroy Maynard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3916.  Karen Higdon, individually, as surviving Sibling of James McAlary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Higdon is a resident of New Jersey. James McAlary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3917. Ann McAlary, individually, as surviving Parent of James McAlary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ann McAlary is a resident of New York. James McAlary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3918. Bryan McAlary, individually, as surviving Sibling of James McAlary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bryan McAlary is a resident of New York. James McAlary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3919. John McAlary, individually, as surviving Sibling of James McAlary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John McAlary is a resident of New York. James McAlary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3920. Joanne Sullivan, individually, as surviving Sibling of James McAlary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joanne Sullivan is a resident of New York. James McAlary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3921. Chris McCarthy, individually, as surviving Sibling of Justin McCarthy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chris McCarthy is a resident of Massachusetts. Justin McCarthy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3922. Dennis McCarthy, individually, as surviving Parent of Justin McCarthy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dennis McCarthy is a resident of New York. Justin McCarthy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3923. Lauren McCarthy, individually, as surviving Sibling of Justin McCarthy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lauren McCarthy is a resident of New York. Justin McCarthy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3924. Margaret Mary McCarthy, individually, as surviving Parent of Michael McCarthy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret Mary McCarthy is a resident of New York. Michael McCarthy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3925. William James McCarthy, individually, as surviving Sibling of Michael McCarthy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William James McCarthy is a resident of New York. Michael McCarthy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3926. Derek A. McCrann, individually, as surviving Child of Charles A. McCrann, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Derek A. McCrann is a resident of Virginia. Charles A. McCrann is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3927. Constance McGinley, individually, as surviving Parent of Daniel F. McGinley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Constance McGinley is a resident of New Jersey. Daniel F. McGinley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3928. Dennis P. McGinley, individually, as surviving Sibling of Daniel F. McGinley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dennis P. McGinley is a resident of New Jersey. Daniel F. McGinley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3929.  Martin McGinley, individually, as surviving Sibling of Daniel F. McGinley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Martin McGinley is a resident of New Jersey. Daniel F. McGinley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3930.  Michael A. McGinley, individually, as surviving Sibling of Daniel F. McGinley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael A. McGinley is a resident of New Jersey. Daniel F. McGinley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3931.  Thomas M. McGinley, individually, as surviving Sibling of Daniel F. McGinley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas M. McGinley is a resident of New Jersey. Daniel F. McGinley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3932.  James McGinnis, individually, as surviving Sibling of Thomas H. McGinnis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James McGinnis is a resident of New York. Thomas H. McGinnis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3933.  Patricia McGinnis-Daly, individually, as surviving Parent of Thomas H. McGinnis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia McGinnis-Daly is a resident of New Jersey. Thomas H. McGinnis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3934.  Erin McGinty James, as the Personal Representative of the Estate of Sandra McGinty, deceased, the late Parent of Michael McGinty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erin McGinty James is a resident of New Mexico. Michael McGinty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3935.   Erin McGinty James, individually, as surviving Sibling of Michael McGinty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erin McGinty James is a resident of New Mexico. Michael McGinty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3936.   Elizabeth McGovern, individually, as surviving Child of Ann W. McGovern, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth McGovern is a resident of New York. Ann W. McGovern is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3937.   Lawrence McGovern, individually, as surviving Child of Ann W. McGovern, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lawrence McGovern is a resident of New York. Ann W. McGovern is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3938.   Raymond Bayer, as the Personal Representative of the Estate of Elisabeth Scott, deceased, the late Parent of Scott M. McGovern, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raymond Bayer is a resident of New York. Scott M. McGovern is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3939.   Tara Bayer, individually, as surviving Sibling of Scott M. McGovern, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tara Bayer is a resident of New York. Scott M. McGovern is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3940.   Jill McGovern, individually, as surviving Spouse of Scott M. McGovern, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jill McGovern is a resident of New Jersey. Scott M. McGovern is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3941. Dallas McKinney, as the Personal Representative of the Estate of Darryl S. McKinney, deceased, the late Parent of Darryl L. Mckinney, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dallas McKinney is a resident of New York. Darryl L. Mckinney is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3942. Katina Blanding Carroll, individually, as surviving Sibling of Darryl L. Mckinney, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katina Blanding Carroll is a resident of New York. Darryl L. Mckinney is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3943. Dallas McKinney, individually, as surviving Sibling of Darryl L. Mckinney, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dallas McKinney is a resident of New York. Darryl L. Mckinney is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3944. George McLaughlin, as the Personal Representative of the Estate of Dorothy McLaughlin, deceased, the late Parent of George P. McLaughlin, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. George McLaughlin is a resident of New Jersey. George P. McLaughlin, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3945. Kathleen Gerbasio, individually, as surviving Sibling of George P. McLaughlin, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Gerbasio is a resident of New Jersey. George P. McLaughlin, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3946. Ann Marie Marcelliano, individually, as surviving Sibling of George P. McLaughlin, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ann Marie Marcelliano is a resident of New Jersey. George P. McLaughlin, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League,

International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3947. Linda McLaughlin, individually, as surviving Sibling of George P. McLaughlin, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda McLaughlin is a resident of New Jersey. George P. McLaughlin, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3948. Sheri McLaughlin, individually, as surviving Sibling of George P. McLaughlin, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sheri McLaughlin is a resident of New Jersey. George P. McLaughlin, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3949. Dennis C. McSweeney, individually, as surviving Parent of Timothy Patrick McSweeney, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dennis C. McSweeney is a resident of New York. Timothy Patrick McSweeney is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3950. Erin Eagers, individually, as surviving Sibling of Timothy Patrick McSweeney, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erin Eagers is a resident of New York. Timothy Patrick McSweeney is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3951. Patricia Friscia, individually, as surviving Sibling of Timothy Patrick McSweeney, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Friscia is a resident of New Jersey. Timothy Patrick McSweeney is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3952. Ann McLaughlin, individually, as surviving Sibling of Timothy Patrick McSweeney, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ann McLaughlin is a resident of Florida. Timothy Patrick McSweeney is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3953. Katherine McSweeney, individually, as surviving Stepparent of Timothy Patrick McSweeney, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katherine McSweeney is a resident of New York. Timothy Patrick McSweeney is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3954. Mary Mercado, as the Personal Representative of the Estate of Louis Mercado, Jr., deceased, the late Sibling of Steve Mercado, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Mercado is a resident of Florida. Steve Mercado is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3955. Mary Mercado, as the Personal Representative of the Estate of Louis Mercado, Sr., deceased, the late Parent of Steve Mercado, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Mercado is a resident of Florida. Steve Mercado is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3956. Anthony Mercado, individually, as surviving Sibling of Steve Mercado, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Mercado is a resident of Florida. Steve Mercado is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3957. Mary Mercado, individually, as surviving Parent of Steve Mercado, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Mercado is a resident of Florida. Steve Mercado is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3958. Anna Poulos, as the Personal Representative of the Estate of Jacob Merkouris, deceased, the late Parent of George Merkouris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anna Poulos is a resident of New York. George Merkouris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League,

International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3959. Jim Vrachnas, as the Personal Representative of the Estate of Cathy Vrachnas, deceased, the late Sibling of George Merkouris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jim Vrachnas is a resident of New York. George Merkouris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3960. Elizabeth Merkouris, individually, as surviving Parent of George Merkouris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Merkouris is a resident of New York. George Merkouris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3961. Anna Poulos, individually, as surviving Sibling of George Merkouris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anna Poulos is a resident of New York. George Merkouris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3962. Kamila P. Milewska-Podejma, individually, as surviving Sibling of Lukasz Milewski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kamila P. Milewska-Podejma is a resident of New York. Lukasz Milewski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3963. Christina Millan, individually, as surviving Parent of Sharon Christina Millan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christina Millan is a resident of Arizona. Sharon Christina Millan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3964. Patricia Marzocchi, individually, as surviving Sibling of Sharon Christina Millan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Marzocchi is a resident of Arizona. Sharon Christina Millan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3965. Mauricio Millan, individually, as surviving Parent of Sharon Christina Millan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mauricio Millan is a resident of New York. Sharon Christina Millan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3966. Carlos Villa, individually, as surviving Sibling of Sharon Christina Millan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carlos Villa is a resident of New York. Sharon Christina Millan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3967. Justin Sivin, individually, as surviving Stepchild of Joel Miller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Justin Sivin is a resident of North Carolina. Joel Miller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3968. Maxwell Sivin, individually, as surviving Stepchild of Joel Miller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maxwell Sivin is a resident of New York. Joel Miller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3969. Scott Miller, as the Personal Representative of the Estate of Steven Miller, deceased, the late Sibling of Robert Alan Miller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scott Miller is a resident of New York. Robert Alan Miller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3970. Edward Miller, individually, as surviving Sibling of Robert Alan Miller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edward Miller is a resident of Washington. Robert Alan Miller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3971.  Wayne Miller, as the Personal Representative of the Estate of Beatrice Miller, deceased, the late Parent of Henry A. Miller, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wayne Miller is a resident of New York. Henry A. Miller, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3972.  Wayne Miller, as the Personal Representative of the Estate of Henry Miller, deceased, the late Parent of Henry A. Miller, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wayne Miller is a resident of New York. Henry A. Miller, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3973.  Wayne Miller, individually, as surviving Sibling of Henry A. Miller, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wayne Miller is a resident of New York. Henry A. Miller, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3974.  Janice Testagrose, individually, as surviving Sibling of Henry A. Miller, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janice Testagrose is a resident of Florida. Henry A. Miller, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3975.  Corrine Warnock, individually, as surviving Sibling of Henry A. Miller, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Corrine Warnock is a resident of New York. Henry A. Miller, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3976.  James Minardi, individually, as surviving Sibling of William Minardi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Minardi is a resident of New York. William Minardi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3977.   Stephanie Minardi, individually, as surviving Spouse of William Minardi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephanie Minardi is a resident of New York. William Minardi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3978.   Joanne Pitino, individually, as surviving Sibling of William Minardi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joanne Pitino is a resident of New York. William Minardi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3979.   Mary Vogt, individually, as surviving Sibling of William Minardi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Vogt is a resident of New York. William Minardi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3980.   Laina Minervino, individually, as surviving Child of Louis J. Minervino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laina Minervino is a resident of New Jersey. Louis J. Minervino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3981.   Marisa Minervino, individually, as surviving Child of Louis J. Minervino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marisa Minervino is a resident of New Jersey. Louis J. Minervino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3982.   Christine Baione, individually, as surviving Child of Louis J. Modafferi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine Baione is a resident of New York. Louis J. Modafferi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3983. Michael Modafferi, individually, as surviving Child of Louis J. Modafferi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Modafferi is a resident of New Jersey. Louis J. Modafferi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3984. Letty Mojica, individually, as surviving Sibling of Manuel Mojica, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Letty Mojica is a resident of Puerto Rico. Manuel Mojica, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3985. Anitha K. Moorthy, individually, as surviving Child of Krishna Moorthy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anitha K. Moorthy is a resident of District of Columbia. Krishna Moorthy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3986. Sriram K. Moorthy, individually, as surviving Child of Krishna Moorthy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sriram K. Moorthy is a resident of Florida. Krishna Moorthy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3987. Mark A. Puopolo, individually, as surviving Child of Sonia Morales-Puopolo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mark A. Puopolo is a resident of California. Sonia Morales-Puopolo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3988. Sonia Puopolo, individually, as surviving Child of Sonia Morales-Puopolo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sonia Puopolo is a resident of Massachusetts. Sonia Morales-Puopolo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3989. Patricia Lee, as the Personal Representative of the Estate of Gaspar John Morell, Jr., deceased, the late Sibling of George W. Morell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Lee is a resident of Connecticut. George W. Morell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3990. Alexandra Morell, as the Personal Representative of the Estate of Anthony X. Morell, deceased, the late Sibling of George W. Morell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexandra Morell is a resident of New York. George W. Morell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3991. Mary Jane Haggerty, individually, as surviving Sibling of George W. Morell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Jane Haggerty is a resident of New York. George W. Morell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3992. Mark J. Morell, individually, as surviving Sibling of George W. Morell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mark J. Morell is a resident of Connecticut. George W. Morell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3993. Rita Morell Shea, individually, as surviving Sibling of George W. Morell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rita Morell Shea is a resident of New York. George W. Morell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3994. Catherine M. Raddatz, individually, as surviving Sibling of George W. Morell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine M. Raddatz is a resident of New York. George W. Morell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3995. Cindy Itzkowitz, individually, as surviving Sibling of Nancy Morgenstern, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cindy Itzkowitz is a resident of New York. Nancy Morgenstern is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3996. Harvey Morgenstern, individually, as surviving Parent of Nancy Morgenstern, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Harvey Morgenstern is a resident of New York. Nancy Morgenstern is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3997. Howard Morgenstern, individually, as surviving Sibling of Nancy Morgenstern, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Howard Morgenstern is a resident of New York. Nancy Morgenstern is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3998. Jeffrey Morgenstern, individually, as surviving Sibling of Nancy Morgenstern, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeffrey Morgenstern is a resident of New York. Nancy Morgenstern is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

3999. Lori Shapiro, individually, as surviving Sibling of Nancy Morgenstern, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lori Shapiro is a resident of New York. Nancy Morgenstern is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4000. Brian Moroney, individually, as surviving Sibling of Dennis Moroney, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Moroney is a resident of Georgia. Dennis Moroney is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4001. Kevin Moroney, individually, as surviving Sibling of Dennis Moroney, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Moroney is a resident of New Jersey. Dennis Moroney is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4002. Michael Moroney, individually, as surviving Sibling of Dennis Moroney, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Moroney is a resident of New York. Dennis Moroney is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4003. Christopher Motroni, individually, as surviving Child of Marco Motroni, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Motroni is a resident of New Jersey. Marco Motroni is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4004. Angela Murolo, individually, as surviving Parent of Marc A. Murolo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angela Murolo is a resident of New Jersey. Marc A. Murolo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4005. Angelo Murolo, individually, as surviving Sibling of Marc A. Murolo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angelo Murolo is a resident of New Jersey. Marc A. Murolo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4006. Dominick Murolo, individually, as surviving Parent of Marc A. Murolo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dominick Murolo is a resident of New Jersey. Marc A. Murolo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4007. Keri Murphy, as the Personal Representative of the Estate of Thomas J. Murphy, deceased, the late Sibling of Patrick S. Murphy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Keri Murphy is a resident of Virginia. Patrick S. Murphy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4008. Lori-Jean Murphy, individually, as surviving Sibling of Patrick S. Murphy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lori-Jean Murphy is a resident of Florida. Patrick S. Murphy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4009. Scott Naiman, as the Personal Representative of the Estate of William Naiman, deceased, the late Child of Mildred R. Naiman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scott Naiman is a resident of California. Mildred R. Naiman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4010. Russell Naiman, individually, as surviving Child of Mildred R. Naiman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Russell Naiman is a resident of California. Mildred R. Naiman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4011. Elizabeth Navarro, individually, as surviving Parent of Karen S. Navarro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Navarro is a resident of Florida. Karen S. Navarro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4012. Sharon Navarro, individually, as surviving Sibling of Karen S. Navarro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sharon Navarro is a resident of New York. Karen S. Navarro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4013. John Caggiano, individually, as surviving Sibling of Theresa Nelson-Risco, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Caggiano is a resident of Pennsylvania. Theresa Nelson-Risco is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4014. Joseph Caggiano, individually, as surviving Sibling of Theresa Nelson-Risco, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Caggiano is a resident of New York. Theresa Nelson-Risco is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4015. Richard Caggiano, individually, as surviving Sibling of Theresa Nelson-Risco, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard Caggiano is a resident of Virginia. Theresa Nelson-Risco is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4016. Mary Caggiano Malfi, individually, as surviving Parent of Theresa Nelson-Risco, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Caggiano Malfi is a resident of Florida. Theresa Nelson-Risco is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4017. Anthony Tepedino, individually, as surviving Sibling of Jody Tepedino Nichilo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Tepedino is a resident of New Jersey. Jody Tepedino Nichilo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4018. Larry Hawk, as the Personal Representative of the Estate of Phyllis Hawk, deceased, the late Parent of Kathleen A. Nicosia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Larry Hawk is a resident of North Carolina. Kathleen A. Nicosia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World

694

League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4019. Marianne DeLuca, individually, as surviving Child of Kathleen A. Nicosia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marianne DeLuca is a resident of Massachusetts. Kathleen A. Nicosia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4020. James Hawk, individually, as surviving Sibling of Kathleen A. Nicosia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Hawk is a resident of Maryland. Kathleen A. Nicosia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4021. Larry Hawk, individually, as surviving Sibling of Kathleen A. Nicosia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Larry Hawk is a resident of Massachusetts. Kathleen A. Nicosia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4022. Kimberly Meyer, individually, as surviving Sibling of Kathleen A. Nicosia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kimberly Meyer is a resident of Ohio. Kathleen A. Nicosia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4023. Allen J. Noeth, individually, as surviving Parent of Michael Allen Noeth, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Allen J. Noeth is a resident of Israel. Michael Allen Noeth is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4024. Anne C. Noonan, individually, as surviving Parent of Robert W. Noonan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anne C. Noonan is a resident of Florida. Robert W. Noonan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4025. Ashley Noonan, individually, as surviving Sibling of Robert W. Noonan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ashley Noonan is a resident of Connecticut. Robert W. Noonan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4026. Kelly Noonan, individually, as surviving Sibling of Robert W. Noonan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kelly Noonan is a resident of California. Robert W. Noonan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4027. Walter P. Noonan, individually, as surviving Parent of Robert W. Noonan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Walter P. Noonan is a resident of Florida. Robert W. Noonan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4028. Anne Wellington Noonan Robertson, individually, as surviving Sibling of Robert W. Noonan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anne Wellington Noonan Robertson is a resident of Connecticut. Robert W. Noonan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4029. James Seymour, individually, as surviving Child of Jacqueline Norton, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Seymour is a resident of California. Jacqueline Norton is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4030. Jason Seymour, individually, as surviving Child of Jacqueline Norton, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jason Seymour is a resident of California. Jacqueline Norton is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4031. John Seymour, individually, as surviving Child of Jacqueline Norton, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Seymour is a resident of California. Jacqueline Norton is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4032. William and Michael Novotny, as the Personal Representatives of the Estate of John B. Novotny, deceased, the late Sibling of Brian C. Novotny, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William and Michael Novotny are residents of Pennsylvania. Brian C. Novotny is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4033. Mary Novotny, as the Personal Representative of the Estate of William J. Novotny, deceased, the late Parent of Brian C. Novotny, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Novotny is a resident of New York. Brian C. Novotny is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4034. Jeanne Lawler, individually, as surviving Sibling of Brian C. Novotny, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeanne Lawler is a resident of New Jersey. Brian C. Novotny is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4035. Daniel Novotny, individually, as surviving Sibling of Brian C. Novotny, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Novotny is a resident of New York. Brian C. Novotny is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4036. Kevin Novotny, individually, as surviving Sibling of Brian C. Novotny, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Novotny is a resident of New York. Brian C. Novotny is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4037.  Mary C. Novotny, individually, as surviving Parent of Brian C. Novotny, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary C. Novotny is a resident of New York. Brian C. Novotny is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4038.  Robert Novotny, individually, as surviving Sibling of Brian C. Novotny, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Novotny is a resident of New York. Brian C. Novotny is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4039.  Melissa Brunschwig, individually, as surviving Sibling of Jeffrey Roger Nussbaum, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melissa Brunschwig is a resident of Florida. Jeffrey Roger Nussbaum is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4040.  Craig Nussbaum, individually, as surviving Sibling of Jeffrey Roger Nussbaum, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Craig Nussbaum is a resident of New York. Jeffrey Roger Nussbaum is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4041.  Steven O'Brien, individually, as surviving Sibling of Scott J. O'Brien, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Steven O'Brien is a resident of Connecticut. Scott J. O'Brien is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4042.  Erin O'Connor, individually, as surviving Child of Richard J. O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erin O'Connor is a resident of Connecticut. Richard J. O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4043. Matthew O'Connor, individually, as surviving Child of Richard J. O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew O'Connor is a resident of Connecticut. Richard J. O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4044. William O'Connor, individually, as surviving Sibling of Richard J. O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William O'Connor is a resident of New York. Richard J. O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4045. Charlene O'Connor, individually, as surviving Parent of Dennis J. O'Connor, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charlene O'Connor is a resident of New York. Dennis J. O'Connor, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4046. Christopher O'Connor, individually, as surviving Sibling of Dennis J. O'Connor, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher O'Connor is a resident of New York. Dennis J. O'Connor, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4047. William O'Connor, individually, as surviving Sibling of Dennis J. O'Connor, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. William O'Connor is a resident of New York. Dennis J. O'Connor, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4048. Maura O'Doherty Lee, individually, as surviving Sibling of Amy O'Doherty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maura O'Doherty Lee is a resident of Virginia. Amy O'Doherty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4049. Sara O'Grady, individually, as surviving Parent of James A. O'Grady, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sara O'Grady is a resident of New Jersey. James A. O'Grady is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4050. Kristin O'Grady Evans, individually, as surviving Sibling of James A. O'Grady, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kristin O'Grady Evans is a resident of Connecticut. James A. O'Grady is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4051. Anthony Oliva, individually, as surviving Sibling of Linda Oliva, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Oliva is a resident of Florida. Linda Oliva is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4052. Frank Oliva, individually, as surviving Sibling of Linda Oliva, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Oliva is a resident of New York. Linda Oliva is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4053. Barbara Oliver, individually, as surviving Parent of Edward K. Oliver, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Oliver is a resident of New Jersey. Edward K. Oliver is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4054. Donald K. Oliver, individually, as surviving Parent of Edward K. Oliver, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donald K. Oliver is a resident of New Jersey. Edward K. Oliver is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

docs-100618184.4

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4055. Donald Oliver, individually, as surviving Sibling of Edward K. Oliver, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donald Oliver is a resident of New Jersey. Edward K. Oliver is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4056. James Oliver, individually, as surviving Sibling of Edward K. Oliver, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Oliver is a resident of New York. Edward K. Oliver is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4057. Barbara Smith, individually, as surviving Sibling of Edward K. Oliver, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Smith is a resident of New York. Edward K. Oliver is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4058. Dale J. Oliver, individually, as surviving Sibling of Leah E. Oliver, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dale J. Oliver is a resident of Massachusetts. Leah E. Oliver is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4059. Daniel Oliver, individually, as surviving Sibling of Leah E. Oliver, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Oliver is a resident of New Jersey. Leah E. Oliver is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4060. Theodore W. Oliver, individually, as surviving Sibling of Leah E. Oliver, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theodore W. Oliver is a resident of Illinois. Leah E. Oliver is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4061. Walter S. Oliver, individually, as surviving Parent of Leah E. Oliver, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Walter S. Oliver is a resident of Oregon. Leah E. Oliver is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4062. Janna Pulver, individually, as surviving Sibling of Leah E. Oliver, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janna Pulver is a resident of Maryland. Leah E. Oliver is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4063. Christopher Ake Olson, individually, as surviving Child of Maureen Lyons Olson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Ake Olson is a resident of New York. Maureen Lyons Olson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4064. Maeve Elizabeth Olson, individually, as surviving Child of Maureen Lyons Olson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maeve Elizabeth Olson is a resident of New York. Maureen Lyons Olson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4065. Katherine O'Neill Wilson, Mary Doyle O'Neill, and Brigid O'Neill Lamon, as the Personal Representatives of the Estate of Rosaleen Doyle O'Neill, deceased, the late Parent of Sean C. O'Neill, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katherine O'Neill Wilson, Mary Doyle O'Neill, and Brigid O'Neill Lamon are residents of Florida. Sean C. O'Neill is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4066. Mary Doyle O'Neill, individually, as surviving Sibling of Sean C. O'Neill, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Doyle O'Neill is a resident of New York. Sean C. O'Neill is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4067. Brigid O'Neill Lamon, individually, as surviving Sibling of Sean C. O'Neill, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brigid O'Neill Lamon is a resident of Pennsylvania. Sean C. O'Neill is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4068. Katherine O'Neill Wilson, individually, as surviving Sibling of Sean C. O'Neill, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katherine O'Neill Wilson is a resident of Florida. Sean C. O'Neill is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4069. Harry Ong, Jr., as the Personal Representative of the Estate of Harry Ong, Sr., deceased, the late Parent of Betty Ann Ong, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Harry Ong, Jr. is a resident of California. Betty Ann Ong is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4070. Catherine Ong, individually, as surviving Sibling of Betty Ann Ong, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Ong is a resident of California. Betty Ann Ong is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4071. Gloria Ong, individually, as surviving Sibling of Betty Ann Ong, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gloria Ong is a resident of California. Betty Ann Ong is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4072. Yee Gum Oy Ong, individually, as surviving Parent of Betty Ann Ong, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yee Gum Oy Ong is a resident of California. Betty Ann Ong is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4073. Michael Opperman, Jr., individually, as surviving Child of Michael Opperman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Opperman, Jr. is a resident of Vermont. Michael Opperman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4074. Stanley Weinstein, as the Personal Representative of the Estate of Gloria Weinstein, deceased, the late Parent of Lisa Caren Orfi-Ehrlich, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stanley Weinstein is a resident of New Jersey. Lisa Caren Orfi-Ehrlich is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4075. Andrew Weinstein, individually, as surviving Sibling of Lisa Caren Orfi-Ehrlich, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Weinstein is a resident of Missouri. Lisa Caren Orfi-Ehrlich is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4076. Seth Weinstein, individually, as surviving Sibling of Lisa Caren Orfi-Ehrlich, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Seth Weinstein is a resident of New York. Lisa Caren Orfi-Ehrlich is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4077. Eduardo Ornedo, individually, as surviving Sibling of Ruben Ornedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eduardo Ornedo is a resident of California. Ruben Ornedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4078. Mario Ornedo, individually, as surviving Sibling of Ruben Ornedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mario Ornedo is a resident of California. Ruben Ornedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

704

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4079. Barbara Lynch, as the Personal Representative of the Estate of Robert W. O'Shea, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert W. O'Shea, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Lynch is a resident of Florida. Robert W. O'Shea is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4080. Barbara Lynch, individually, as surviving Spouse of Robert W. O'Shea, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Lynch is a resident of Florida. Robert W. O'Shea is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4081. John O'Shea, individually, as surviving Sibling of Robert W. O'Shea, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John O'Shea is a resident of Ohio. Robert W. O'Shea is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4082. Katherine Umanzor, individually, as surviving Sibling of Elsy C. Osorio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katherine Umanzor is a resident of New York. Elsy C. Osorio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4083. Anthony Umanzor, Jr., individually, as surviving Sibling of Elsy C. Osorio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Umanzor, Jr. is a resident of New York. Elsy C. Osorio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4084. Jane Oswald, individually, as surviving Parent of Jason Oswald, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jane Oswald is a resident of Michigan. Jason Oswald is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4085. Jennifer Oswald-Chen, individually, as surviving Sibling of Jason Oswald, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Oswald-Chen is a resident of Texas. Jason Oswald is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4086. Joseph Owens, individually, as surviving Child of Peter Owens, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Owens is a resident of New York. Peter Owens, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4087. Vanessa E. Pabon, individually, as surviving Child of Angel M. Pabon, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vanessa E. Pabon is a resident of Florida. Angel M. Pabon, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4088. Angel M. Pabon, II, individually, as surviving Child of Angel M. Pabon, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angel M. Pabon, II is a resident of New York. Angel M. Pabon, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4089. Irene Palazzo, individually, as surviving Parent of Jeffery M. Palazzo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Irene Palazzo is a resident of New York. Jeffery M. Palazzo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4090. Toni Maloney, individually, as surviving Sibling of Thomas A. Palazzo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Toni Maloney is a resident of New York. Thomas A. Palazzo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4091. Philip Palazzo, individually, as surviving Sibling of Thomas A. Palazzo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Philip Palazzo is a resident of Connecticut. Thomas A. Palazzo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4092. Richard Palazzo, individually, as surviving Sibling of Thomas A. Palazzo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard Palazzo is a resident of New Jersey. Thomas A. Palazzo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4093. Robert Palazzo, individually, as surviving Sibling of Thomas A. Palazzo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Palazzo is a resident of Florida. Thomas A. Palazzo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4094. Bettina Palazzo Grunke, individually, as surviving Sibling of Thomas A. Palazzo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bettina Palazzo Grunke is a resident of New York. Thomas A. Palazzo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4095. Kristen Palazzo Libby, individually, as surviving Child of Thomas A. Palazzo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kristen Palazzo Libby is a resident of Massachusetts. Thomas A. Palazzo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4096. Barbara Palazzo Sulliman, individually, as surviving Sibling of Thomas A. Palazzo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Palazzo Sulliman is a resident of New York. Thomas A. Palazzo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International

Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4097. Mary Lou Curran, as the Personal Representative of the Estate of Ada E. Pascuma, deceased, the late Parent of Michael J. Pascuma, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Lou Curran is a resident of New York. Michael J. Pascuma, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4098. Mary Lou Curran, as the Personal Representative of the Estate of Michael E. Pascuma, deceased, the late Parent of Michael J. Pascuma, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Lou Curran is a resident of New York. Michael J. Pascuma, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4099. Christopher E. Pascuma, individually, as surviving Child of Michael J. Pascuma, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher E. Pascuma is a resident of New York. Michael J. Pascuma, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4100. Melissa E. Pascuma, individually, as surviving Child of Michael J. Pascuma, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melissa E. Pascuma is a resident of New York. Michael J. Pascuma, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4101. Michael E. Pascuma, individually, as surviving Child of Michael J. Pascuma, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael E. Pascuma is a resident of New York. Michael J. Pascuma, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4102. Sean Passananti, as the Personal Representative of the Estate of Marie E. Passananti, deceased, the late Parent of Horace Passananti, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sean Passananti is a resident of New York. Horace Passananti is one of the Decedents murdered as a result of the terrorist attacks of

September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4103.   Michael E. Passananti, individually, as surviving Child of Horace Passananti, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael E. Passananti is a resident of Colorado. Horace Passananti is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4104.   Irene Durbin, as the Personal Representative of the Estate of Anthony F. Passaro, deceased, the late Parent of Suzanne H. Passaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Irene Durbin is a resident of New York. Suzanne H. Passaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4105.   Irene Durbin, individually, as surviving Sibling of Suzanne H. Passaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Irene Durbin is a resident of New York. Suzanne H. Passaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4106.   Ila Devani, individually, as surviving Sibling of Manish Patel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ila Devani is a resident of Oklahoma . Manish Patel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4107.   Kalpana Patel, individually, as surviving Sibling of Manish Patel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kalpana Patel is a resident of Illinois. Manish Patel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4108.   Parul Patel, individually, as surviving Sibling of Manish Patel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Parul Patel is a resident of California. Manish Patel is one of the Decedents murdered as a result of the terrorist attacks of

September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4109. Ana Patricia Paz Gutierrez, individually, as surviving Sibling of Victor Hugo Paz Gutierrez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ana Patricia Paz Gutierrez is a resident of Colombia. Victor Hugo Paz Gutierrez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4110. Jose Cipriano Paz Gutierrez, individually, as surviving Sibling of Victor Hugo Paz Gutierrez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose Cipriano Paz Gutierrez is a resident of Canada. Victor Hugo Paz Gutierrez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4111. Julia Amparo Paz Gutierrez, individually, as surviving Sibling of Victor Hugo Paz Gutierrez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Julia Amparo Paz Gutierrez is a resident of Colombia. Victor Hugo Paz Gutierrez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4112. Kristina DeJong, as the Personal Representative of the Estate of Marcel O. Pelletier, deceased, the late Parent of Michel Pelletier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kristina DeJong is a resident of Canada. Michel Pelletier is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4113. Kristina M. deJong, individually, as surviving Sibling of Michel Pelletier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kristina M. deJong is a resident of Canada. Michel Pelletier is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4114. Daniel A. Pelletier, individually, as surviving Sibling of Michel Pelletier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel A. Pelletier is a resident of Canada. Michel Pelletier is one of the Decedents murdered as a result of the

710

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4115. Lillian Pelletier, individually, as surviving Parent of Michel Pelletier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lillian Pelletier is a resident of Canada. Michel Pelletier is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4116. Ronald A. Pelletier, individually, as surviving Sibling of Michel Pelletier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ronald A. Pelletier is a resident of Canada. Michel Pelletier is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4117. Stephen Perroncino, as the Personal Representative of the Estate of Joseph Perroncino, Sr., deceased, the late Parent of Joseph Perroncino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen Perroncino is a resident of New York. Joseph Perroncino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4118. Debra Cassano, individually, as surviving Sibling of Joseph Perroncino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debra Cassano is a resident of New York. Joseph Perroncino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4119. Stephen Perroncino, individually, as surviving Sibling of Joseph Perroncino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen Perroncino is a resident of New York. Joseph Perroncino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4120. Doreen Reith, individually, as surviving Sibling of Joseph Perroncino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Doreen Reith is a resident of New York. Joseph Perroncino is one of the Decedents murdered as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4121.   Frank J. Pezzuti, individually, as surviving Sibling of Kaleen E. Pezzuti, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank J. Pezzuti is a resident of Florida. Kaleen E. Pezzuti is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4122.   Kathleen Pezzuti, individually, as surviving Parent of Kaleen E. Pezzuti, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Pezzuti is a resident of Florida. Kaleen E. Pezzuti is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4123.   Megan Pezzuti-Pelino, individually, as surviving Sibling of Kaleen E. Pezzuti, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Megan Pezzuti-Pelino is a resident of New Jersey. Kaleen E. Pezzuti is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4124.   Helen Pfeifer, as the Personal Representative of the Estate of William Pfeifer, deceased, the late Parent of Kevin Pfeifer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Helen Pfeifer is a resident of New York. Kevin Pfeifer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4125.   Mary Ellen Machcinski, individually, as surviving Sibling of Kevin Pfeifer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Ellen Machcinski is a resident of Connecticut. Kevin Pfeifer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4126.   Joseph Pfeifer, individually, as surviving Sibling of Kevin Pfeifer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Pfeifer is a resident of New York. Kevin Pfeifer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4127. Linda Pickford, as the Personal Representative of the Estate of Thomas Pickford, deceased, the late Parent of Christopher Pickford, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Pickford is a resident of New York. Christopher Pickford is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4128. David Pickford, individually, as surviving Sibling of Christopher Pickford, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Pickford is a resident of New York. Christopher Pickford is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4129. Linda Bodian, individually, as surviving Parent of Laurence Polatsch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Bodian is a resident of New York. Laurence Polatsch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4130. Bernard Polatsch, individually, as surviving Parent of Laurence Polatsch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bernard Polatsch is a resident of New York. Laurence Polatsch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4131. Bernadette Princiotta, as the Personal Representative of the Estate of Anita Princiotta, deceased, the late Parent of Vincent Princiotta, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bernadette Princiotta is a resident of New York. Vincent Princiotta is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4132. Bernadette Teresa Princiotta, individually, as surviving Sibling of Vincent Princiotta, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bernadette Teresa Princiotta is a resident of New York. Vincent Princiotta is one of the Decedents murdered

as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4133. Michele A. Yaniz, individually, as surviving Sibling of Vincent Princiotta, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michele A. Yaniz is a resident of New York. Vincent Princiotta is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4134. Christopher Prunty, individually, as surviving Child of Richard Prunty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Prunty is a resident of New York. Richard Prunty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4135. Lisa Prunty Aram, individually, as surviving Child of Richard Prunty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Prunty Aram is a resident of Connecticut. Richard Prunty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4136. Melissa Raggio-Granato, individually, as surviving Child of Eugene J. Raggio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melissa Raggio-Granato is a resident of New York. Eugene J. Raggio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4137. Martin Rambousek, as the Personal Representative of the Estate of Jindra Rambousek, deceased, the late Parent of Lukas Rambousek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Martin Rambousek is a resident of Pennsylvania. Lukas Rambousek is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4138. Martin Rambousek, individually, as surviving Sibling of Lukas Rambousek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Martin Rambousek is a resident of Pennsylvania. Lukas Rambousek is one of the Decedents murdered as a result

of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4139. Mary Ann Rand, as the Personal Representative of the Estate of James Rand, deceased, the late Parent of Adam D. Rand, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Ann Rand is a resident of New York. Adam D. Rand is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4140. James Rand, individually, as surviving Sibling of Adam D. Rand, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Rand is a resident of New York. Adam D. Rand is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4141. Lisa Rand, individually, as surviving Sibling of Adam D. Rand, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Rand is a resident of New York. Adam D. Rand is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4142. Susan Bauer, as the Personal Representative of the Estate of Michael John Rasweiler, deceased, the late Child of Roger Mark Rasweiler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Bauer is a resident of North Carolina. Roger Mark Rasweiler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4143. Lindsey Anne Murdock, individually, as surviving Child of Roger Mark Rasweiler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lindsey Anne Murdock is a resident of Massachusetts. Roger Mark Rasweiler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4144. Beth Ann Rasweiler-Griffin, individually, as surviving Sibling of Roger Mark Rasweiler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Beth Ann Rasweiler-Griffin is a resident of New York. Roger Mark Rasweiler is one of the

Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4145.   Caryn Beth Wiley, individually, as surviving Child of Roger Mark Rasweiler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Caryn Beth Wiley is a resident of Virginia. Roger Mark Rasweiler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4146.   Christopher Reda, individually, as surviving Sibling of Gregory Reda, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Reda is a resident of New York. Gregory Reda is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4147.   Frank M. Reda, individually, as surviving Parent of Gregory Reda, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank M. Reda is a resident of Florida. Gregory Reda is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4148.   John M. Reda, individually, as surviving Sibling of Gregory Reda, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John M. Reda is a resident of New Jersey. Gregory Reda is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4149.   James Regan, individually, as surviving Child of Donald J. Regan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Regan is a resident of West Virginia. Donald J. Regan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4150.   Jill Regan, individually, as surviving Child of Donald J. Regan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jill Regan is a resident of New York. Donald J. Regan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4151. Peter Regan, individually, as surviving Child of Donald J. Regan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Regan is a resident of New York. Donald J. Regan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4152. Shane Regan, individually, as surviving Child of Donald J. Regan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shane Regan is a resident of New York. Donald J. Regan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4153. Albert O. Regenhard, individually, as surviving Parent of Christian M. O. Regenhard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Albert O. Regenhard is a resident of New York. Christian M. O. Regenhard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4154. Christina Regenhard, individually, as surviving Sibling of Christian M. O. Regenhard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christina Regenhard is a resident of New York. Christian M. O. Regenhard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4155. Jeanne Kennedy, individually, as surviving Sibling of James B. Reilly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeanne Kennedy is a resident of New York. James B. Reilly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4156. Christine Reilly, individually, as surviving Sibling of James B. Reilly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine Reilly is a resident of New York. James B. Reilly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

717

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4157. Thomas E. Reilly, individually, as surviving Sibling of James B. Reilly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas E. Reilly is a resident of Georgia. James B. Reilly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4158. William John Reilly, individually, as surviving Sibling of James B. Reilly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William John Reilly is a resident of Georgia. James B. Reilly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4159. Kristin Maguire, individually, as surviving Sibling of John A. Reo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kristin Maguire is a resident of New York. John A. Reo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4160. Meghan Metzemaekers, individually, as surviving Sibling of John A. Reo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Meghan Metzemaekers is a resident of Massachusetts. John A. Reo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4161. Judith Reo, individually, as surviving Parent of John A. Reo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Judith Reo is a resident of Florida. John A. Reo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4162. Mark Reo, individually, as surviving Sibling of John A. Reo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mark Reo is a resident of Massachusetts. John A. Reo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4163.   Suzanne Swaine, individually, as surviving Sibling of John A. Reo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Suzanne Swaine is a resident of New York. John A. Reo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4164.   Isabel Reyes, as the Personal Representative of the Estate of Clementina Reyes, deceased, the late Parent of Eduvigis Reyes, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Isabel Reyes is a resident of New York. Eduvigis Reyes, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4165.   Ida Holder, individually, as surviving Sibling of Eduvigis Reyes, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ida Holder is a resident of Florida. Eduvigis Reyes, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4166.   Armando Reyes, individually, as surviving Sibling of Eduvigis Reyes, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Armando Reyes is a resident of New York. Eduvigis Reyes, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4167.   Enoel Reyes, individually, as surviving Sibling of Eduvigis Reyes, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Enoel Reyes is a resident of Florida. Eduvigis Reyes, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4168.   Isabel Reyes, individually, as surviving Sibling of Eduvigis Reyes, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Isabel Reyes is a resident of New York. Eduvigis Reyes, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

docs-100618184.4

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4169. Kimberly Reyes, individually, as surviving Child of Eduvigis Reyes, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kimberly Reyes is a resident of New York. Eduvigis Reyes, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4170. Luz Reyes, individually, as surviving Sibling of Eduvigis Reyes, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luz Reyes is a resident of Maryland. Eduvigis Reyes, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4171. Nemesio Reyes, individually, as surviving Sibling of Eduvigis Reyes, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nemesio Reyes is a resident of New York. Eduvigis Reyes, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4172. Aidaline Reyes Concepcion, individually, as surviving Sibling of Eduvigis Reyes, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aidaline Reyes Concepcion is a resident of Maryland. Eduvigis Reyes, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4173. Nydia Reyes Rodriguez, individually, as surviving Sibling of Eduvigis Reyes, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nydia Reyes Rodriguez is a resident of Florida. Eduvigis Reyes, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4174. Carol J. Richards, individually, as surviving Parent of Gregory D. Richards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carol J. Richards is a resident of New York. Gregory D. Richards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4175. Paul Richards, individually, as surviving Sibling of Gregory D. Richards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Richards is a resident of Florida. Gregory D. Richards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4176. Lisa Richards Keston, individually, as surviving Sibling of Gregory D. Richards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Richards Keston is a resident of California. Gregory D. Richards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4177. Marilyn Rimmele, as the Personal Representative of the Estate of Frederick Rimmele, Jr., deceased, the late Parent of Frederick Rimmele III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marilyn Rimmele is a resident of New Jersey. Frederick Rimmele III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4178. Karen Connors, individually, as surviving Sibling of Frederick Rimmele III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Connors is a resident of Massachusetts. Frederick Rimmele III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4179. Marilyn Rimmele, individually, as surviving Parent of Frederick Rimmele III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marilyn Rimmele is a resident of New Jersey. Frederick Rimmele III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4180. Rodney Callum, as the Personal Representative of the Estate of Chester Callum, deceased, the late Parent of Michell L. Robotham, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rodney Callum is a resident of New Jersey. Michell L. Robotham is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

721

which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4181. Rodney Callum, as the Personal Representative of the Estate of Linda Hanson Callum, deceased, the late Parent of Michell L. Robotham, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rodney Callum is a resident of New Jersey. Michell L. Robotham is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4182. Travis Callum, individually, as surviving Sibling of Michell L. Robotham, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Travis Callum is a resident of Michigian. Michell L. Robotham is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4183. Geoffrey Robson, individually, as surviving Child of Donald Robson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Geoffrey Robson is a resident of Texas. Donald Robson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4184. Scott Robson, individually, as surviving Child of Donald Robson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scott Robson is a resident of California. Donald Robson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4185. Desiree Okseniuk, individually, as surviving Sibling of Anthony Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Desiree Okseniuk is a resident of Arizona. Anthony Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4186. Brunilda Rodriguez, individually, as surviving Parent of Anthony Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brunilda Rodriguez is a resident of New York. Anthony Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda

and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4187.   Lynnette Rodriguez, individually, as surviving Child of Anthony Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lynnette Rodriguez is a resident of New Mexico. Anthony Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4188.   Pedro Rodriguez, individually, as surviving Parent of Anthony Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pedro Rodriguez is a resident of New York. Anthony Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4189.   Peter Rodriguez, individually, as surviving Sibling of Anthony Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Rodriguez is a resident of New York. Anthony Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4190.   Angelic Suarez, individually, as surviving Sibling of Anthony Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angelic Suarez is a resident of Texas. Anthony Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4191.   Margarita Vazquez, individually, as surviving Parent of Carmen M. Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margarita Vazquez is a resident of New York. Carmen M. Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4192.   Carlos Santos, individually, as surviving Child of Carmen M. Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carlos Santos is a resident of New York. Carmen M. Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4193. Katherine Rohner, individually, as surviving Parent of Scott W. Rohner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katherine Rohner is a resident of New Jersey. Scott W. Rohner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4194. Ticey Rosario, individually, as surviving Sibling of Angela Rosario, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ticey Rosario is a resident of New Jersey. Angela Rosario is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4195. Fern Rosenbaum, individually, as surviving Stepparent of Brooke D. Rosenbaum, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Fern Rosenbaum is a resident of New York. Brooke D. Rosenbaum is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4196. Sheila Ornstein, as the Personal Representative of the Estate of Barbara Rosenblum, deceased, the late Parent of Andrew I. Rosenblum, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sheila Ornstein is a resident of New York. Andrew I. Rosenblum is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4197. Sheila Ornstein, as the Personal Representative of the Estate of Jason Rosenblum, deceased, the late Parent of Andrew I. Rosenblum, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sheila Ornstein is a resident of New York. Andrew I. Rosenblum is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4198. Sheila Ornstein, individually, as surviving Sibling of Andrew I. Rosenblum, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sheila Ornstein is a resident of New York. Andrew I. Rosenblum is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4199. Adam Rosenblum, individually, as surviving Sibling of Andrew I. Rosenblum, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Adam Rosenblum is a resident of New York. Andrew I. Rosenblum is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4200. Richard Rosenblum, individually, as surviving Sibling of Andrew I. Rosenblum, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard Rosenblum is a resident of Florida. Andrew I. Rosenblum is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4201. Allan Rosenzweig, individually, as surviving Sibling of Phillip Rosenzweig, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Allan Rosenzweig is a resident of Florida. Phillip Rosenzweig is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4202. Rochelle Gordon, individually, as surviving Sibling of Richard Ross, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rochelle Gordon is a resident of Massachusetts. Richard Ross is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4203. Alison Ross, individually, as surviving Child of Richard Ross, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alison Ross is a resident of Massachusetts. Richard Ross is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4204. Franklin Ross, individually, as surviving Child of Richard Ross, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Franklin Ross is a resident of Massachusetts. Richard Ross is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4205.  Irene Ross, individually, as surviving Sibling of Richard Ross, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Irene Ross is a resident of Massachusetts. Richard Ross is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4206.  Abigail Ross Goodman, individually, as surviving Child of Richard Ross, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Abigail Ross Goodman is a resident of Massachusetts. Richard Ross is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4207.  Frank Ruggiere, individually, as surviving Parent of Bart Ruggiere, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Ruggiere is a resident of South Carolina. Bart Ruggiere is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4208.  Mark Ruggiere, individually, as surviving Sibling of Bart Ruggiere, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mark Ruggiere is a resident of New York. Bart Ruggiere is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4209.  Kathleen Ruggiere De Paris, individually, as surviving Sibling of Bart Ruggiere, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Ruggiere De Paris is a resident of New Jersey. Bart Ruggiere is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4210.  Patricia Ruggiere Scavuzzo, individually, as surviving Parent of Bart Ruggiere, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Ruggiere Scavuzzo is a resident of New York. Bart Ruggiere is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4211. Frank Ruggiere, Jr., individually, as surviving Sibling of Bart Ruggiere, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Ruggiere, Jr. is a resident of Maryland. Bart Ruggiere is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4212. Rafaela Ruiz, individually, as surviving Child of Gilbert Ruiz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rafaela Ruiz is a resident of New York. Gilbert Ruiz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4213. Robert Ryan, as the Personal Representative of the Estate of Patricia Ryan, deceased, the late Parent of Edward Ryan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Ryan is a resident of New York. Edward Ryan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4214. Patricia Antonelle, individually, as surviving Sibling of Edward Ryan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Antonelle is a resident of Connecticut. Edward Ryan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4215. Paul Ryan, individually, as surviving Sibling of Edward Ryan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Ryan is a resident of New York. Edward Ryan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4216. Robert P. Ryan, individually, as surviving Sibling of Edward Ryan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert P. Ryan is a resident of New York. Edward Ryan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4217. William Ryan, individually, as surviving Sibling of Edward Ryan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Ryan is a resident of New York. Edward Ryan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4218. Deena Ryan, individually, as surviving Parent of Jonathan S. Ryan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deena Ryan is a resident of New York. Jonathan S. Ryan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4219. James Ryan, individually, as surviving Sibling of Jonathan S. Ryan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Ryan is a resident of New York. Jonathan S. Ryan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4220. Robert j. Ryan, individually, as surviving Parent of Jonathan S. Ryan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert j. Ryan is a resident of Florida. Jonathan S. Ryan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4221. Scott Ryan, individually, as surviving Sibling of Jonathan S. Ryan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scott Ryan is a resident of Virginia. Jonathan S. Ryan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4222. Joyce Quinn, individually, as surviving Child of Matthew L. Ryan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joyce Quinn is a resident of New York. Matthew L. Ryan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4223. Francis Ryan, individually, as surviving Sibling of Matthew L. Ryan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francis Ryan is a resident of New York. Matthew L. Ryan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4224. Meaghan Ryan, individually, as surviving Child of Matthew L. Ryan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Meaghan Ryan is a resident of New York. Matthew L. Ryan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4225. Matthew L. Ryan, Jr., individually, as surviving Child of Matthew L. Ryan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew L. Ryan, Jr. is a resident of New York. Matthew L. Ryan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4226. Jeffrey W. Santo, individually, as surviving Sibling of Susan Santo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeffrey W. Santo is a resident of Florida. Susan Santo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4227. Michael Santo, individually, as surviving Sibling of Susan Santo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Santo is a resident of New Hampshire. Susan Santo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4228. Norma A. Sarle, individually, as surviving Parent of Paul F. Sarle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Norma A. Sarle is a resident of New York. Paul F. Sarle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4229. Dianne Hagerty, individually, as surviving Sibling of Dennis Scauso, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dianne Hagerty is a resident of Maryland. Dennis Scauso is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4230. Salvatore Scauso, individually, as surviving Parent of Dennis Scauso, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Salvatore Scauso is a resident of New York. Dennis Scauso is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4231. Nancy Shakouri, individually, as surviving Sibling of Dennis Scauso, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nancy Shakouri is a resident of Maryland. Dennis Scauso is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4232. Elena Sweeney, individually, as surviving Sibling of Dennis Scauso, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elena Sweeney is a resident of Maryland. Dennis Scauso is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4233. Brandon Schielke, individually, as surviving Sibling of Sean Schielke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brandon Schielke is a resident of Florida. Sean Schielke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4234. Patricia Schielke, individually, as surviving Parent of Sean Schielke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Schielke is a resident of Connecticut. Sean Schielke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4235. Kenneth Schielke, Jr., individually, as surviving Sibling of Sean Schielke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kenneth Schielke, Jr. is a resident of Connecticut. Sean Schielke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4236. Janice Hart, as the Personal Representative of the Estate of Mark Schreier, deceased, the late Parent of Jeffrey Schreier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janice Hart is a resident of New York. Jeffrey Schreier is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4237. Janice Hart, as the Personal Representative of the Estate of Stephanie Schreier, deceased, the late Parent of Jeffrey Schreier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janice Hart is a resident of New York. Jeffrey Schreier is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4238. Janice Hart, individually, as surviving Sibling of Jeffrey Schreier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janice Hart is a resident of New York. Jeffrey Schreier is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4239. Caterina Venuto, individually, as surviving Parent of Adrianne Scibetta, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Caterina Venuto is a resident of New York. Adrianne Scibetta is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4240. Salvatore Venuto, individually, as surviving Sibling of Adrianne Scibetta, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Salvatore Venuto is a resident of New York. Adrianne Scibetta is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4241.   Margaret McInnes, individually, as surviving Sibling of Arthur Scullin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret McInnes is a resident of New York. Arthur Scullin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4242.   James W. Scullin, individually, as surviving Child of Arthur Scullin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James W. Scullin is a resident of New York. Arthur Scullin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4243.   James G. Scullin, individually, as surviving Sibling of Arthur Scullin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James G. Scullin is a resident of Pennsylvania. Arthur Scullin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4244.   Nora M. Scullin, individually, as surviving Child of Arthur Scullin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nora M. Scullin is a resident of New York. Arthur Scullin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4245.   Arthur W. Scullin, Jr., individually, as surviving Child of Arthur Scullin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Arthur W. Scullin, Jr. is a resident of New York. Arthur Scullin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4246.   Evelyn Sekzer, as the Personal Representative of the Estate of Wilton Sekzer, deceased, the late Parent of Jason M. Sekzer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Evelyn Sekzer is a resident of New York. Jason M. Sekzer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League,

International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4247. Evelyn Sekzer, individually, as surviving Parent of Jason M. Sekzer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Evelyn Sekzer is a resident of New York. Jason M. Sekzer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4248. Marc Sekzer, individually, as surviving Sibling of Jason M. Sekzer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marc Sekzer is a resident of New York. Jason M. Sekzer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4249. Nancy Picone, as the Personal Representative of the Estate of Tommaso Sereno, deceased, the late Parent of Arturo Sereno, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nancy Picone is a resident of New York. Arturo Sereno is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4250. Anna Sereno, individually, as surviving Parent of Arturo Sereno, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anna Sereno is a resident of New York. Arturo Sereno is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4251. Niloy Shah, individually, as surviving Sibling of Jayesh Shah, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Niloy Shah is a resident of Texas. Jayesh Shah is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4252. Sonia Shah, individually, as surviving Child of Jayesh Shah, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sonia Shah is a resident of Massachusetts. Jayesh Shah is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4253.   Gabriel Shamay, individually, as surviving Sibling of Gary Shamay, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gabriel Shamay is a resident of Florida. Gary Shamay is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4254.   Simon Shamay, individually, as surviving Sibling of Gary Shamay, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Simon Shamay is a resident of Florida. Gary Shamay is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4255.   Stacy Lee Chmil, individually, as surviving Child of Earl Shanahan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stacy Lee Chmil is a resident of New York. Earl Shanahan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4256.   Gregory Earl Shanahan, individually, as surviving Child of Earl Shanahan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gregory Earl Shanahan is a resident of Maryland. Earl Shanahan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4257.   Karrie Castro, individually, as surviving Child of Mary Kathleen Shearer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karrie Castro is a resident of Colorado. Mary Kathleen Shearer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4258.   Karrie Castro, individually, as surviving Child of Robert Shearer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karrie Castro is a resident of Colorado. Robert Shearer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4259.   Evelyn Shulman, individually, as surviving Parent of Mark Shulman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Evelyn Shulman is a resident of New Jersey. Mark Shulman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4260.   Melissa Pescatore, individually, as surviving Child of Mark Shulman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melissa Pescatore is a resident of New Jersey. Mark Shulman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4261.   Lawrence Shulman, individually, as surviving Sibling of Mark Shulman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lawrence Shulman is a resident of New York. Mark Shulman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4262.   Christine Coates, individually, as surviving Sibling of Michael J. Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine Coates is a resident of Connecticut. Michael J. Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4263.   Kathleen Simon, individually, as surviving Sibling of Michael J. Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Simon is a resident of New York. Michael J. Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4264.   Patricia Simon, individually, as surviving Sibling of Michael J. Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Simon is a resident of Indiana. Michael J. Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4265. Annalee Rosenblatt, as the Personal Representative of the Estate of Philip Rosenblatt, deceased, the late Sibling of Muriel Siskopoulos, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Annalee Rosenblatt is a resident of New Jersey. Muriel Siskopoulos is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4266. Donna Krinsky, as the Personal Representative of the Estate of Anne Rosenblatt Klein, deceased, the late Parent of Muriel Siskopoulos, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donna Krinsky is a resident of New Jersey. Muriel Siskopoulos is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4267. Donna Neary Krinsky, individually, as surviving Child of Muriel Siskopoulos, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donna Neary Krinsky is a resident of New York. Muriel Siskopoulos is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4268. Laura Morrison, individually, as surviving Child of Muriel Siskopoulos, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Morrison is a resident of New York. Muriel Siskopoulos is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4269. Thomas Neary, III, individually, as surviving Child of Muriel Siskopoulos, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Neary, III is a resident of New York. Muriel Siskopoulos is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4270. Terri Sondak, individually, as surviving Child of Muriel Siskopoulos, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Terri Sondak is a resident of New Jersey. Muriel Siskopoulos is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4271. Jason Sherman, as the Personal Representative of the Estate of Toyena C. Skinner, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Toyena C. Skinner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jason Sherman is a resident of Georgia. Toyena C. Skinner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4272. Jason Sherman, individually, as surviving Partner of Toyena C. Skinner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jason Sherman is a resident of Georgia. Toyena C. Skinner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4273. Matthew Sherman, individually, as surviving Child of Toyena C. Skinner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Sherman is a resident of North Carolina. Toyena C. Skinner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4274. Andrew Smagala, individually, as surviving Sibling of Stanley S. Smagala, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Smagala is a resident of South Carolina. Stanley S. Smagala, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4275. Gary Smagala, individually, as surviving Sibling of Stanley S. Smagala, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gary Smagala is a resident of New York. Stanley S. Smagala, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4276. James Smagala, individually, as surviving Sibling of Stanley S. Smagala, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Smagala is a resident of New York. Stanley S. Smagala, Jr. is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4277.   Robert Smagala, individually, as surviving Sibling of Stanley S. Smagala, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Smagala is a resident of Florida. Stanley S. Smagala, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4278.   Linda Smagala Kuzmiskas, individually, as surviving Sibling of Stanley S. Smagala, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Smagala Kuzmiskas is a resident of North Carolina. Stanley S. Smagala, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4279.   Catherine Kross, as the Personal Representative of the Estate of Harry Smith, deceased, the late Parent of Kevin J. Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Kross is a resident of New York. Kevin J. Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4280.   Margaret Brown, individually, as surviving Sibling of Kevin J. Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret Brown is a resident of New York. Kevin J. Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4281.   Catherine Kross, individually, as surviving Sibling of Kevin J. Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Kross is a resident of New York. Kevin J. Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4282.   Marianne Panicola, individually, as surviving Sibling of Kevin J. Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marianne Panicola is a resident of Delaware. Kevin J. Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4283. Nichole A. Scochemaro, individually, as surviving Stepchild of Kevin J. Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nichole A. Scochemaro is a resident of New York. Kevin J. Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4284. Brian K. Smith, individually, as surviving Child of Kevin J. Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian K. Smith is a resident of Virginia. Kevin J. Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4285. Brian Smith, individually, as surviving Sibling of Kevin J. Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Smith is a resident of New York. Kevin J. Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4286. Christopher F. Smith, individually, as surviving Child of Kevin J. Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher F. Smith is a resident of Florida. Kevin J. Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4287. Josephine M. Smith, individually, as surviving Child of Kevin J. Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Josephine M. Smith is a resident of North Carolina. Kevin J. Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4288. Stephen Smith, individually, as surviving Sibling of Kevin J. Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen Smith is a resident of New York. Kevin J. Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4289.   Thomas H. Smith, individually, as surviving Child of Kevin J. Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas H. Smith is a resident of North Carolina. Kevin J. Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4290.   Jennifer M. Smith Riggs, individually, as surviving Child of Kevin J. Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer M. Smith Riggs is a resident of New York. Kevin J. Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4291.   Anthony J. Viola, individually, as surviving Stepchild of Kevin J. Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony J. Viola is a resident of New York. Kevin J. Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4292.   Vincent Viola, Jr., individually, as surviving Stepchild of Kevin J. Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vincent Viola, Jr. is a resident of New York. Kevin J. Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4293.   Kathleen Kinne, individually, as surviving Sibling of Leonard J. Snyder, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Kinne is a resident of Pennsylvania. Leonard J. Snyder, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4294.   Christopher Snyder, individually, as surviving Sibling of Leonard J. Snyder, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Snyder is a resident of Pennsylvania. Leonard J. Snyder, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4295.    Darren Snyder, individually, as surviving Sibling of Leonard J. Snyder, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Darren Snyder is a resident of Pennsylvania. Leonard J. Snyder, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4296.    Nancy Snyder, individually, as surviving Sibling of Leonard J. Snyder, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nancy Snyder is a resident of Pennsylvania. Leonard J. Snyder, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4297.    Mary Snyder Coolican, individually, as surviving Sibling of Leonard J. Snyder, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Snyder Coolican is a resident of Pennsylvania. Leonard J. Snyder, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4298.    Barbara Sohan, as the Personal Representative of the Estate of Clive Sohan, deceased, the late Parent of Astrid Sohan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Sohan is a resident of New York. Astrid Sohan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4299.    Vatchpol Srinuan, individually, as surviving Sibling of Saranya Srinuan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vatchpol Srinuan is a resident of New York. Saranya Srinuan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4300.    Brian Stack, individually, as surviving Child of Lawrence T. Stack, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Stack is a resident of New York. Lawrence T. Stack is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4301.    Dennis Stack, individually, as surviving Sibling of Lawrence T. Stack, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dennis Stack is a resident of Massachusetts. Lawrence T. Stack is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4302.    Kevin Stack, individually, as surviving Sibling of Lawrence T. Stack, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Stack is a resident of New York. Lawrence T. Stack is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4303.    Michael Stack, individually, as surviving Child of Lawrence T. Stack, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Stack is a resident of New York. Lawrence T. Stack is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4304.    Thomas Stack, individually, as surviving Sibling of Lawrence T. Stack, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Stack is a resident of New York. Lawrence T. Stack is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4305.    Daniel Stan, as the Personal Representative of the Estate of Constantin Stan, deceased, the late Parent of Alexandru Stan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Stan is a resident of New York. Alexandru Stan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4306.    Daniel Stan, as the Personal Representative of the Estate of Elisabeta Stan, deceased, the late Parent of Alexandru Stan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Stan is a resident of New York. Alexandru Stan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League,

International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4307.  Jason Schoenholtz, individually, as surviving Stepsibling of Alexander Steinman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jason Schoenholtz is a resident of New York. Alexander Steinman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4308.  Jessica Schoenholtz Murphy, individually, as surviving Stepsibling of Alexander Steinman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica Schoenholtz Murphy is a resident of New York. Alexander Steinman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4309.  Irwin Steinman, individually, as surviving Parent of Alexander Steinman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Irwin Steinman is a resident of Florida. Alexander Steinman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4310.  Laura Steinman, individually, as surviving Sibling of Alexander Steinman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Steinman is a resident of New York. Alexander Steinman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4311.  Linda Steinman, individually, as surviving Stepparent of Alexander Steinman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Steinman is a resident of Florida. Alexander Steinman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4312.  Susan Rachel Steinman Kelleher, individually, as surviving Sibling of Alexander Steinman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Rachel Steinman Kelleher is a resident of New York. Alexander Steinman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League,

International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4313. Sophia Suarez, individually, as surviving Child of Ramon Suarez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sophia Suarez is a resident of New York. Ramon Suarez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4314. Ramon Suarez, Jr., individually, as surviving Child of Ramon Suarez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ramon Suarez, Jr. is a resident of Florida. Ramon Suarez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4315. Francis Swaine, as the Personal Representative of the Estate of Maryanne Swaine, deceased, the late Parent of John F. Swaine, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francis Swaine is a resident of South Carolina. John F. Swaine is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4316. Dianne Crowe, individually, as surviving Sibling of John F. Swaine, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dianne Crowe is a resident of New York. John F. Swaine is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4317. Susan Dolan, individually, as surviving Sibling of John F. Swaine, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Dolan is a resident of New York. John F. Swaine is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4318. Mary Doyle, individually, as surviving Sibling of John F. Swaine, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Doyle is a resident of New York. John F. Swaine is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4319. Francis Swaine, individually, as surviving Parent of John F. Swaine, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francis Swaine is a resident of South Carolina. John F. Swaine is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4320. Mary Ann Sweeney, individually, as surviving Parent of Brian E. Sweeney, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Ann Sweeney is a resident of New York. Brian E. Sweeney is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4321. Matthew Sweeney, individually, as surviving Sibling of Brian E. Sweeney, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Sweeney is a resident of New York. Brian E. Sweeney is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4322. Lynn Wright, individually, as surviving Sibling of Brian E. Sweeney, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lynn Wright is a resident of New York. Brian E. Sweeney is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4323. Alexandria Catalano, individually, as surviving Grandchild of Harry Taback, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexandria Catalano is a resident of New York. Harry Taback is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4324. Cheryl Taback, individually, as surviving Child of Harry Taback, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cheryl Taback is a resident of New York. Harry Taback is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4325. Lori Taback, individually, as surviving Child of Harry Taback, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lori Taback is a resident of New York. Harry Taback is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4326. Mary Taddei, as the Personal Representative of the Estate of Elvira Conti, deceased, the late Parent of Norma C. Taddei, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Taddei is a resident of New York. Norma C. Taddei is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4327. Mary Taddei, as the Personal Representative of the Estate of Fermo Taddei, deceased, the late Spouse of Norma C. Taddei, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Taddei is a resident of New York. Norma C. Taddei is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4328. Andrew Taddei, individually, as surviving Child of Norma C. Taddei, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Taddei is a resident of New Jersey. Norma C. Taddei is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4329. Loretta Taddei, individually, as surviving Child of Norma C. Taddei, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Loretta Taddei is a resident of New York. Norma C. Taddei is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4330. Akiko Baugin, individually, as surviving Child of Keiichiro Takahashi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Akiko Baugin is a resident of New York. Keiichiro Takahashi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4331. Hiroyuki Takahashi, individually, as surviving Child of Keiichiro Takahashi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Hiroyuki Takahashi is a resident of New York. Keiichiro Takahashi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4332. Marie Takahashi, individually, as surviving Child of Keiji Takahashi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marie Takahashi is a resident of New York. Keiji Takahashi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4333. Eileen Tallon, as the Personal Representative of the Estate of Patrick Tallon, deceased, the late Parent of Sean Patrick Tallon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eileen Tallon is a resident of New York. Sean Patrick Tallon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4334. Rosaleen Tallon-Daros, individually, as surviving Sibling of Sean Patrick Tallon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosaleen Tallon-Daros is a resident of New York. Sean Patrick Tallon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4335. Jenny M. Lopez, individually, as surviving Sibling of Rachel Tamares, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jenny M. Lopez is a resident of New York. Rachel Tamares is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4336. Maria Paulino, individually, as surviving Parent of Rachel Tamares, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Paulino is a resident of New York. Rachel Tamares is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4337. Allan Tarasiewicz, individually, as surviving Child of Allan Tarasiewicz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Allan Tarasiewicz is a resident of New York. Allan Tarasiewicz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4338. Melissa Tarasiewicz, individually, as surviving Child of Allan Tarasiewicz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melissa Tarasiewicz is a resident of New York. Allan Tarasiewicz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4339. Connie Crawford, individually, as surviving Sibling of Lisa Terry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Connie Crawford is a resident of South Carolina. Lisa Terry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4340. Wanda Ferguson, individually, as surviving Sibling of Lisa Terry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wanda Ferguson is a resident of Ohio. Lisa Terry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4341. Leland Dale Terry, individually, as surviving Sibling of Lisa Terry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leland Dale Terry is a resident of Texas. Lisa Terry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4342. Tania Terry, individually, as surviving Parent of Lisa Terry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tania Terry is a resident of Texas. Lisa Terry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim

748

Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4343. Raj Thackurdeen, as the Personal Representative of the Estate of Rambascia Thackurdeen, deceased, the late Parent of Goumatie Thackurdeen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raj Thackurdeen is a resident of New York. Goumatie Thackurdeen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4344. Vijay Thackurdeen, individually, as surviving Sibling of Goumatie Thackurdeen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vijay Thackurdeen is a resident of New York. Goumatie Thackurdeen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4345. Bissondai Tilkaren, individually, as surviving Sibling of Goumatie Thackurdeen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bissondai Tilkaren is a resident of New York. Goumatie Thackurdeen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4346. Barbara and Patricia Theurkauf, as the Personal Representatives of the Estate of Helen C. Theurkauf, deceased, the late Parent of Thomas F. Theurkauf, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara and Patricia Theurkauf are residents of Connecticut. Thomas F. Theurkauf, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4347. Barbara and Patricia Theurkauf, as the Personal Representatives of the Estate of Thomas Francis Theurkauf, Sr., deceased, the late Parent of Thomas F. Theurkauf, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara and Patricia Theurkauf are residents of Connecticut. Thomas F. Theurkauf, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4348. Barbara Joan Theurkauf, individually, as surviving Sibling of Thomas F. Theurkauf, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Joan Theurkauf is a resident of Connecticut. Thomas F. Theurkauf, Jr. is one of the Decedents

murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4349.   Patricia Ann Theurkauf, individually, as surviving Sibling of Thomas F. Theurkauf, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Ann Theurkauf is a resident of Florida. Thomas F. Theurkauf, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4350.   William Theurkauf, individually, as surviving Sibling of Thomas F. Theurkauf, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Theurkauf is a resident of Massachusetts. Thomas F. Theurkauf, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4351.   Joseph Tiesi, as the Personal Representative of the Estate of Ellen Tiesi, deceased, the late Parent of Mary E. Tiesi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Tiesi is a resident of Pennsylvania. Mary E. Tiesi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4352.   Theresa Vesnesky, individually, as surviving Sibling of Mary E. Tiesi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa Vesnesky is a resident of Pennsylvania. Mary E. Tiesi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4353.   Stella Lombardo, individually, as surviving Parent of Robert Tipaldi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stella Lombardo is a resident of New York. Robert Tipaldi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4354.   Lauren Saraniti, individually, as surviving Sibling of Robert Tipaldi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lauren Saraniti is a resident of New York. Robert Tipaldi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4355.   Richard Tipaldi, individually, as surviving Sibling of Robert Tipaldi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard Tipaldi is a resident of New York. Robert Tipaldi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4356.   Rafael Tirado, individually, as surviving Parent of David L. Tirado, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rafael Tirado is a resident of Delaware. David L. Tirado is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4357.   Richard Tirado, individually, as surviving Sibling of David L. Tirado, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard Tirado is a resident of New Jersey. David L. Tirado is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4358.   Andrija Tomasevic, individually, as surviving Parent of Vladimir Tomasevic, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrija Tomasevic is a resident of Serbia. Vladimir Tomasevic is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4359.   Radmila Tomasevic, individually, as surviving Parent of Vladimir Tomasevic, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Radmila Tomasevic is a resident of Serbia. Vladimir Tomasevic is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4360.   Jelena Watkins, individually, as surviving Sibling of Vladimir Tomasevic, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jelena Watkins is a resident of The United Kingdom. Vladimir Tomasevic is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4361.  Damali Rogers, as the Personal Representative of the Estate of Dale Rogers, deceased, the late Sibling of Celeste Torres-Victoria, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Damali Rogers is a resident of US Virgin Islands. Celeste Torres-Victoria is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4362.  Felice Marrow, individually, as surviving Sibling of Celeste Torres-Victoria, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Felice Marrow is a resident of Georgia. Celeste Torres-Victoria is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4363.  Alphonso Rodgers, Jr., individually, as surviving Sibling of Celeste Torres-Victoria, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alphonso Rodgers, Jr. is a resident of Spain. Celeste Torres-Victoria is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4364.  Dean Torres, individually, as surviving Sibling of Celeste Torres-Victoria, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dean Torres is a resident of New York. Celeste Torres-Victoria is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4365.  Denise Torres, individually, as surviving Sibling of Celeste Torres-Victoria, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Denise Torres is a resident of U.S. Virgin Islands. Celeste Torres-Victoria is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4366.  Richard Torres, individually, as surviving Sibling of Celeste Torres-Victoria, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard Torres is a resident of New York. Celeste Torres-Victoria is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4367. Matthew Trant, as the Personal Representative of the Estate of Mary C. Trant, deceased, the late Parent of Daniel Trant, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Trant is a resident of Florida. Daniel Trant is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4368. Sheila M. Inserra, individually, as surviving Sibling of Daniel Trant, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sheila M. Inserra is a resident of Illinois. Daniel Trant is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4369. Patricia A. Madamas, individually, as surviving Sibling of Daniel Trant, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia A. Madamas is a resident of Massachusetts. Daniel Trant is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4370. Jessica Trant, individually, as surviving Child of Daniel Trant, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica Trant is a resident of Massachusetts. Daniel Trant is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4371. Kevin J. Trant, individually, as surviving Sibling of Daniel Trant, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin J. Trant is a resident of Maryland. Daniel Trant is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4372. Matthew J. Trant, individually, as surviving Sibling of Daniel Trant, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew J. Trant is a resident of Maryland. Daniel Trant is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4373.  Maureen A. Trant, individually, as surviving Sibling of Daniel Trant, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen A. Trant is a resident of Massachusetts. Daniel Trant is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4374.  Sally A. Trant, individually, as surviving Sibling of Daniel Trant, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sally A. Trant is a resident of Florida. Daniel Trant is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4375.  Timothy P. Trant, individually, as surviving Sibling of Daniel Trant, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Timothy P. Trant is a resident of Virginia. Daniel Trant is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4376.  Theresa McDonald, as the Personal Representative of the Estate of Lorraine Egan, deceased, the late Sibling of James A. Trentini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa McDonald is a resident of Massachusetts. James A. Trentini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4377.  Lucille Keefe, as the Personal Representative of the Estate of Mary M. Luciano, deceased, the late Sibling of James A. Trentini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lucille Keefe is a resident of Massachusetts. James A. Trentini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4378.  Bernice Barletta, individually, as surviving Sibling of James A. Trentini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bernice Barletta is a resident of Massachusetts. James A. Trentini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4379.    , as the Personal Representative of the Estate of Patricia Malatesta, deceased, the late Sibling of James A. Trentini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. is a resident of Massachusetts. James A. Trentini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4380.    Della-Ann Spadafora, individually, as surviving Sibling of James A. Trentini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Della-Ann Spadafora is a resident of Florida. James A. Trentini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4381.    Pamela B. Trentini, individually, as surviving Child of James A. Trentini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pamela B. Trentini is a resident of Massachusetts. James A. Trentini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4382.    Patti J. Trentini, individually, as surviving Child of James A. Trentini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patti J. Trentini is a resident of Texas. James A. Trentini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4383.    James A. Trentini, II, individually, as surviving Child of James A. Trentini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James A. Trentini, II is a resident of Florida. James A. Trentini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4384.    Mary P. Vatalaro, individually, as surviving Child of James A. Trentini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary P. Vatalaro is a resident of Massachusetts. James A. Trentini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4385. Pamela B. Trentini, individually, as surviving Child of Mary Trentini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pamela B. Trentini is a resident of Massachusetts. Mary Trentini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4386. Patti J. Trentini, individually, as surviving Child of Mary Trentini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patti J. Trentini is a resident of Texas. Mary Trentini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4387. James A. Trentini, II, individually, as surviving Child of Mary Trentini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James A. Trentini, II is a resident of Florida. Mary Trentini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4388. Mary P. Vatalaro, individually, as surviving Child of Mary Trentini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary P. Vatalaro is a resident of Massachusetts. Mary Trentini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4389. Calvin Tull, individually, as surviving Child of Pauline Tull-Francis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Calvin Tull is a resident of New York. Pauline Tull-Francis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4390. Jennifer Tull, individually, as surviving Child of Pauline Tull-Francis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Tull is a resident of New York. Pauline Tull-Francis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4391. Francine Tull-Lindo, individually, as surviving Child of Pauline Tull-Francis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francine Tull-Lindo is a resident of New York. Pauline Tull-Francis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4392. Frederick Searby, as the Personal Representative of the Estate of Diane Tumulty-Searby, deceased, the late Parent of Lance Tumulty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frederick Searby is a resident of Delaware. Lance Tumulty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4393. James Tumulty, individually, as surviving Sibling of Lance Tumulty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Tumulty is a resident of New Jersey. Lance Tumulty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4394. Shawn Tumulty, individually, as surviving Sibling of Lance Tumulty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shawn Tumulty is a resident of New Jersey. Lance Tumulty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4395. James Borsare, as the Personal Representative of the Estate of Mary A. Davis, deceased, the late Sibling of Robert T. Twomey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Borsare is a resident of New York. Robert T. Twomey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4396. Vincent Twomey, as the Personal Representative of the Estate of James Twomey, deceased, the late Sibling of Robert T. Twomey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vincent Twomey is a resident of New Jersey. Robert T. Twomey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

757

which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4397. Marianne Twomey, as the Personal Representative of the Estate of John Twomey, deceased, the late Sibling of Robert T. Twomey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marianne Twomey is a resident of Texas. Robert T. Twomey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4398. Theresa Twomey, as the Personal Representative of the Estate of Richard Twomey, deceased, the late Sibling of Robert T. Twomey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa Twomey is a resident of New York. Robert T. Twomey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4399. Denis Twomey, as the Personal Representative of the Estate of William Twomey, deceased, the late Sibling of Robert T. Twomey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Denis Twomey is a resident of Florida. Robert T. Twomey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4400. Emeric R. Twomey, individually, as surviving Child of Robert T. Twomey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Emeric R. Twomey is a resident of Florida. Robert T. Twomey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4401. Robert Twomey, individually, as surviving Child of Robert T. Twomey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Twomey is a resident of Florida. Robert T. Twomey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4402. Diane Ugolyn, individually, as surviving Parent of Tyler Ugolyn, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Diane Ugolyn is a resident of Florida.

Tyler Ugolyn is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4403. Trevor Ugolyn, individually, as surviving Sibling of Tyler Ugolyn, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Trevor Ugolyn is a resident of Florida. Tyler Ugolyn is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4404. Michael Uman, individually, as surviving Sibling of Jonathan Uman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Uman is a resident of California. Jonathan Uman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4405. Carlton Valvo, as the Personal Representative of the Estate of Nicoletta Bernadette Valvo, deceased, the late Parent of Carlton F. Valvo II, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carlton Valvo is a resident of California. Carlton F. Valvo II is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4406. Brandon Valvo, individually, as surviving Sibling of Carlton F. Valvo II, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brandon Valvo is a resident of California. Carlton F. Valvo II is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4407. Carlton F. Valvo, individually, as surviving Parent of Carlton F. Valvo II, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carlton F. Valvo is a resident of California. Carlton F. Valvo II is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4408. Trenton Valvo, individually, as surviving Sibling of Carlton F. Valvo II, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Trenton Valvo is a resident of

California. Carlton F. Valvo II is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4409. Nadadur S. Kumar, as the Personal Representative of the Estate of Prasanna Kalahasthi, deceased, the late Spouse of Pendyala Vamsikrishna, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nadadur S. Kumar is a resident of California. Pendyala Vamsikrishna is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4410. David Rosenberg, individually, as surviving Sibling of Peter Vega, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Rosenberg is a resident of New York. Peter Vega is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4411. Marilyn Velazquez, individually, as surviving Child of Jorge Velazquez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marilyn Velazquez is a resident of New York. Jorge Velazquez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4412. Steven Velazquez, individually, as surviving Child of Jorge Velazquez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Steven Velazquez is a resident of Ohio. Jorge Velazquez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4413. Jorge Velazquez, Jr., individually, as surviving Child of Jorge Velazquez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jorge Velazquez, Jr. is a resident of New York. Jorge Velazquez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4414. Nicole Vilardo, individually, as surviving Child of Joseph Vilardo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicole Vilardo is a resident of New

Jersey. Joseph Vilardo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4415.   Anthony Vincelli, as the Personal Representative of the Estate of Antonio Vincelli, deceased, the late Parent of Chantal Vincelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Vincelli is a resident of Canada. Chantal Vincelli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4416.   Antonia Micko, individually, as surviving Sibling of Lawrence J. Virgilio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Antonia Micko is a resident of New Jersey. Lawrence J. Virgilio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4417.   Thomas Virgilio, individually, as surviving Sibling of Lawrence J. Virgilio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Virgilio is a resident of South Carolina. Lawrence J. Virgilio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4418.   Esther E. Heymann, individually, as surviving Stepparent of Honor Elizabeth Wainio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Esther E. Heymann is a resident of Maryland. Honor Elizabeth Wainio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4419.   Sarah R. Wainio, individually, as surviving Sibling of Honor Elizabeth Wainio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sarah R. Wainio is a resident of New York. Honor Elizabeth Wainio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4420.   Thomas F. Wainio, individually, as surviving Sibling of Honor Elizabeth Wainio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas F. Wainio is

a resident of North Carolina. Honor Elizabeth Wainio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4421.   Diane Ammirati, individually, as surviving Sibling of Glen Wall, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Diane Ammirati is a resident of New York. Glen Wall is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4422.   Lynn Baumgarten, individually, as surviving Sibling of Glen Wall, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lynn Baumgarten is a resident of New York. Glen Wall is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4423.   Brian Wall, individually, as surviving Sibling of Glen Wall, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Wall is a resident of Alabama. Glen Wall is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4424.   Gary Wall, individually, as surviving Sibling of Glen Wall, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gary Wall is a resident of New York. Glen Wall is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4425.   Jean Wall, individually, as surviving Parent of Glen Wall, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jean Wall is a resident of New York. Glen Wall is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4426.   Kevin Wall, individually, as surviving Sibling of Glen Wall, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Wall is a resident of New York. Glen Wall is one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4427. Jason Tucker, individually, as surviving Stepsibling of Brian Warner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jason Tucker is a resident of Oregon. Brian Warner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4428. Karen E. Tucker, individually, as surviving Parent of Brian Warner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen E. Tucker is a resident of Florida. Brian Warner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4429. Gerald L. Warner, individually, as surviving Parent of Brian Warner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gerald L. Warner is a resident of Florida. Brian Warner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4430. Patricia A. Warner-Proctor, individually, as surviving Spouse of Brian Warner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia A. Warner-Proctor is a resident of Pennsylvania. Brian Warner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4431. Dawn E. Yamashiro, individually, as surviving Sibling of Brian Warner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dawn E. Yamashiro is a resident of South Carolina. Brian Warner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4432. Judith Weil, individually, as surviving Parent of Joanne F. Weil, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Judith Weil is a resident of New York. Joanne F. Weil is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4433. Jason Weinberg, individually, as surviving Child of Steven Weinberg, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jason Weinberg is a resident of New York. Steven Weinberg is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4434. Laurie Weinberg, as the Personal Representative of the Estate of Steven Weinberg, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Steven Weinberg, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laurie Weinberg is a resident of New York. Steven Weinberg is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4435. Laurie Weinberg, individually, as surviving Spouse of Steven Weinberg, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laurie Weinberg is a resident of New York. Steven Weinberg is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4436. Lindsay Weinberg, individually, as surviving Child of Steven Weinberg, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lindsay Weinberg is a resident of New York. Steven Weinberg is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4437. Samuel Weinberg, individually, as surviving Child of Steven Weinberg, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Samuel Weinberg is a resident of New York. Steven Weinberg is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4438. Anatoly S. Weiser, individually, as surviving Child of Simon V. Weiser, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anatoly S. Weiser is a resident of California. Simon V. Weiser is one of the Decedents murdered as a result of

the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4439. Melinda Nugent, individually, as surviving Sibling of Timothy M. Welty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melinda Nugent is a resident of California. Timothy M. Welty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4440. Christopher Welty, individually, as surviving Sibling of Timothy M. Welty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Welty is a resident of New York. Timothy M. Welty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4441. Darren M. Welty, individually, as surviving Sibling of Timothy M. Welty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Darren M. Welty is a resident of New York. Timothy M. Welty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4442. William Welty, individually, as surviving Parent of Timothy M. Welty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Welty is a resident of California. Timothy M. Welty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4443. Patricia Wik Farese, individually, as surviving Child of William J. Wik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Wik Farese is a resident of New Jersey. William J. Wik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4444. Tara Blessing, individually, as surviving Sibling of Brian P. Williams, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tara Blessing is a resident of Kentucky. Brian P. Williams is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4445.   Andrew Williams, individually, as surviving Sibling of Brian P. Williams, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Williams is a resident of Kentucky. Brian P. Williams is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4446.   Kathleen Williams, individually, as surviving Parent of Brian P. Williams, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Williams is a resident of Kentucky. Brian P. Williams is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4447.   Karen Perez, individually, as surviving Sibling of Louis C. Williams III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Perez is a resident of Louisiana. Louis C. Williams III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4448.   Craig M. Williams, individually, as surviving Child of Louis C. Williams III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Craig M. Williams is a resident of Louisiana. Louis C. Williams III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4449.   Scott M. Williams, individually, as surviving Child of Louis C. Williams III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scott M. Williams is a resident of Louisiana. Louis C. Williams III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4450.   Tracy Wiswall and Tonya Neumeyer Wiswall, as the Personal Representatives of the Estate of Robert Wiswall, deceased, the late Sibling of David Wiswall, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tracy Wiswall and Tonya Neumeyer Wiswall are residents of Louisiana. David Wiswall is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out

by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4451. Barbara O'Gorman, individually, as surviving Sibling of David Wiswall, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara O'Gorman is a resident of New York. David Wiswall is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4452. Christine Rothschild, individually, as surviving Sibling of David Wiswall, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine Rothschild is a resident of New York. David Wiswall is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4453. Keith Wiswall, individually, as surviving Child of David Wiswall, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Keith Wiswall is a resident of South Carolina. David Wiswall is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4454. Amy Wiswall Edgington, individually, as surviving Child of David Wiswall, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amy Wiswall Edgington is a resident of Maryland. David Wiswall is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4455. Raymond Wodenshek, as the Personal Representative of the Estate of Florence Wodenshek, deceased, the late Parent of Christopher Wodenshek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raymond Wodenshek is a resident of North Carolina. Christopher Wodenshek is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4456. Paul Remenschneider, as the Personal Representative of the Estate of Linda Wodenshek Remenschneider, deceased, the late Sibling of Christopher Wodenshek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Remenschneider is a resident of New Jersey. Christopher Wodenshek is one of the Decedents murdered as a

result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4457. Mariellen DeLellis, individually, as surviving Sibling of Christopher Wodenshek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mariellen DeLellis is a resident of North Carolina. Christopher Wodenshek is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4458. Patricia Wodenshek, individually, as surviving Sibling of Christopher Wodenshek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Wodenshek is a resident of New Jersey. Christopher Wodenshek is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4459. Raymond Wodenshek, individually, as surviving Sibling of Christopher Wodenshek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raymond Wodenshek is a resident of North Carolina. Christopher Wodenshek is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4460. Florence Wodenshek Garrett, individually, as surviving Sibling of Christopher Wodenshek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Florence Wodenshek Garrett is a resident of New Jersey. Christopher Wodenshek is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4461. Priscilla Stumm, individually, as surviving Sibling of Martin Wohlforth, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Priscilla Stumm is a resident of Florida. Martin Wohlforth is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4462. Elizabeth Tatsuno, individually, as surviving Sibling of Martin Wohlforth, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Tatsuno is a resident of Connecticut. Martin Wohlforth is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama

768

bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4463.   Elizabeth Chloe Wohlforth, individually, as surviving Child of Martin Wohlforth, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Chloe Wohlforth is a resident of Connecticut. Martin Wohlforth is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4464.   Alan James, as the Personal Representative of the Estate of Howard Rhys James, deceased, the late Parent of Katherine Wolf, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alan James is a resident of The United Kingdom. Katherine Wolf is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4465.   Alan James, as the Personal Representative of the Estate of Valerie James, deceased, the late Parent of Katherine Wolf, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alan James is a resident of The United Kingdom. Katherine Wolf is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4466.   Alan James, individually, as surviving Sibling of Katherine Wolf, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alan James is a resident of The United Kingdom. Katherine Wolf is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4467.   Mary Wright, individually, as surviving Parent of Neil Wright, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Wright is a resident of New York. Neil Wright is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4468.   Billy Yuen, individually, as surviving Sibling of Elkin Yuen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Billy Yuen is a resident of Colorado. Elkin Yuen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim

World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4469. Gilma Yuen, individually, as surviving Parent of Elkin Yuen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gilma Yuen is a resident of New York. Elkin Yuen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4470. Anthony Zaccoli, individually, as surviving Sibling of Joseph Zaccoli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Zaccoli is a resident of New York. Joseph Zaccoli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4471. Bret Zaccoli, individually, as surviving Sibling of Joseph Zaccoli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bret Zaccoli is a resident of New York. Joseph Zaccoli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4472. Santo Zaccoli, individually, as surviving Parent of Joseph Zaccoli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Santo Zaccoli is a resident of New York. Joseph Zaccoli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4473. Bette Zaccoli Cozy, individually, as surviving Parent of Joseph Zaccoli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bette Zaccoli Cozy is a resident of New York. Joseph Zaccoli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4474. Lori Zaccoli Davies, individually, as surviving Sibling of Joseph Zaccoli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lori Zaccoli Davies is a resident of New York. Joseph Zaccoli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4475. Zhanna Galperina, as the Personal Representative of the Estate of Alexander Zaltsman, deceased, the late Parent of Arkady Zaltsman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zhanna Galperina is a resident of New York. Arkady Zaltsman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4476. Zhanna Galperina, as the Personal Representative of the Estate of Faina Zaltsman, deceased, the late Parent of Arkady Zaltsman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zhanna Galperina is a resident of New York. Arkady Zaltsman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4477. Laura Khait, individually, as surviving Child of Arkady Zaltsman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Khait is a resident of New York. Arkady Zaltsman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4478. Celina E. Rodriguez, individually, as surviving Parent of Ivelin Ziminski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Celina E. Rodriguez is a resident of Florida. Ivelin Ziminski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4479. Ivan E. Rodriguez, individually, as surviving Parent of Ivelin Ziminski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ivan E. Rodriguez is a resident of Florida. Ivelin Ziminski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4480. Janet E. Rodriguez, individually, as surviving Sibling of Ivelin Ziminski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janet E. Rodriguez is a resident of Connecticut. Ivelin Ziminski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama

bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4481. Madeline Placek Zinzi, individually, as surviving Parent of Michael Zinzi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Madeline Placek Zinzi is a resident of New Jersey. Michael Zinzi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4482. Barbara Zion Green, as the Personal Representative of the Estate of Jane Zion, deceased, the late Parent of Charles A. Zion, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Zion Green is a resident of Florida. Charles A. Zion is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4483. Barbara Zion Green, as the Personal Representative of the Estate of Martin Zion, deceased, the late Parent of Charles A. Zion, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Zion Green is a resident of New York. Charles A. Zion is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4484. Zachary Zion, individually, as surviving Child of Charles A. Zion, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zachary Zion is a resident of Connecticut. Charles A. Zion is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4485. Barbara Zion Green, individually, as surviving Sibling of Charles A. Zion, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Zion Green is a resident of New York. Charles A. Zion is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4486. Theofanis Zois, individually, as surviving Child of Prokopios Zois, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theofanis Zois is a resident of New York. Prokopios Zois is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4487. Stefania Zois-Goel, individually, as surviving Child of Prokopios Zois, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stefania Zois-Goel is a resident of New York. Prokopios Zois is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4488. Tina Cammarata, individually, as surviving Sibling of Joseph J. Zuccala, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tina Cammarata is a resident of New York. Joseph J. Zuccala is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4489. Theresa Paterson, individually, as surviving Sibling of Joseph J. Zuccala, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa Paterson is a resident of New York. Joseph J. Zuccala is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4490. Jolaine J . Zuccala, individually, as surviving Child of Joseph J. Zuccala, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jolaine J . Zuccala is a resident of Texas. Joseph J. Zuccala is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4491. Sandra Zuccala, individually, as surviving Sibling of Joseph J. Zuccala, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sandra Zuccala is a resident of New York. Joseph J. Zuccala is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4492. Kaylene E. Zuccala-Sams, individually, as surviving Child of Joseph J. Zuccala, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kaylene E. Zuccala-Sams is a resident of Florida. Joseph J. Zuccala is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

## SPEISER KRAUSE CHARITIES APPENDIX

4493. David Michael Barkway, individually, as surviving Child of David Michael Barkway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Michael Barkway is a resident of Canada. David Michael Barkway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4494. James Michael Barkway, individually, as surviving Child of David Michael Barkway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Barkway is a resident of Canada. David Michael Barkway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4495. Debra Lavender, as the Personal Representative of the Estate of Michael Bocchino, deceased, the late Parent of Michael Bocchino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debra Lavender is a resident of New York. Michael Bocchino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4496. Debra Lavender, as the Personal Representative of the Estate of Lucy Bocchino, deceased, the late Parent of Michael Bocchino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debra Lavender is a resident of New York. Michael Bocchino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4497. Stacey Boehm, individually, as surviving Child of Bruce Boehm, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stacey Boehm is a resident of New York. Bruce Boehm is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4498.	Brittany Weber, individually, as surviving Child of Bruce Boehm, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brittany Weber is a resident of New York. Bruce Boehm is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4499.	Jeffrey Boehm, individually, as surviving Sibling of Bruce Boehm, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeffrey Boehm is a resident of Pennsylvania. Bruce Boehm is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4500.	Jeffrey Boehm, as the Personal Representative of the Estate of Dorothy Boehm, deceased, the late Parent of Bruce Boehm, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dorothy Boehm died a resident of Pennsylvania. Bruce Boehm is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4501.	Nancy Kimbell, individually, as surviving Sibling of Mary Jane Booth, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nancy Kimbell is a resident of Texas. Mary Jane Booth is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4502.	Erma Bourdier, individually, as surviving Spouse of Francisco Bourdier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erma Bourdier is a resident of Texas. Francisco Bourdier is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4503.	Francesca Bourdier, individually, as surviving Child of Francisco Bourdier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francesca Bourdier is a resident of Texas. Francisco Bourdier is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4504.   Magdalena Bourdier, individually, as surviving Parent of Francisco Bourdier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Magdalena Bourdier is a resident of the Dominican Republic. Francisco Bourdier is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4505.   Manuel Bourdier, as the Personal Representative of the Estate of Francisco Bourdier, deceased, the late Parent of Francisco Bourdier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francisco Bourdier died a resident of the Dominican Republic.  Francisco Bourdier is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4506.   Anna Brennan, individually, as surviving Child of Peter Brennan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anna Brennan is a resident of New York. Peter Brennan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4507.   Connor Brennan, individually, as surviving Child of Peter Brennan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Connor Brennan is a resident of New York. Peter Brennan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4508.   Ecaterini Brennan, individually, as surviving Parent of Peter Brennan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ecaterini Brennan is a resident of New York. Peter Brennan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4509.   Ecaterini Brennan and Nancy Poulis, as the Personal Representatives of the Estate of Vincent Brennan, deceased, the late Parent of Peter Brennan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vincent Brennan died a resident of New York. Peter Brennan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4510. Nancy Poulis, individually, as surviving Sibling of Peter Brennan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nancy Poulis is a resident of New York. Peter Brennan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4511. Kathy Ezzo-Talbott, individually, as surviving Sibling of Peter Brennan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathy Ezzo-Talbott is a resident of Oklahoma. Peter Brennan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4512. Gary Brennan, individually, as surviving Sibling of Peter Brennan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gary Brennan is a resident of Pennsylvania. Peter Brennan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4513. Kelly Pearn, individually, as surviving Child of Vincent Brunton, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kelly Pearn is a resident of New York. Vincent Brunton is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4514. Thomas Brunton, individually, as surviving Child of Vincent Brunton, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Brunton is a resident of New York. Vincent Brunton is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4515. Michael Brunton, individually, as surviving Sibling of Vincent Brunton, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Brunton is a resident of New York. Vincent Brunton is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4516. Maryann DeLuise, individually, as surviving Sibling of Vincent Brunton, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maryann DeLuise is a resident of New York. Vincent Brunton is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4517. Thomas P. Brunton, individually, as surviving Sibling of Vincent Brunton, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas P. Brunton is a resident of New York. Vincent Brunton is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4518. Elaine M. Chevalier, individually, as surviving Parent of Swede Chevalier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elaine M. Chevalier is a resident of New Jersey. Swede Chevalier is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4519. Tylia Chevalier Furgal, individually, as surviving Sibling of Swede Chevalier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tylia Chevalier Furgal is a resident of New York. Swede Chevalier is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4520. Brittany Chevalier, individually, as surviving Sibling of Swede Chevalier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brittany Chevalier is a resident of New Jersey. Swede Chevalier is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4521. Gloria Chu, individually, as surviving Parent of Pamela Chu, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gloria Chu is a resident of Illinois. Pamela Chu is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim

Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4522. Anthony Coladonato, individually, as surviving Child of Anthony Coladonato, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Coladonato is a resident of New Jersey. Anthony Coladonato is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4523. Alex Coladonato, individually, as surviving Child of Anthony Coladonato, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alex Coladonato is a resident of New York. Anthony Coladonato is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4524. Salvatore Coladonato, individually, as surviving Sibling of Anthony Coladonato, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Salvatore Coladonato is a resident of New Jersey. Anthony Coladonato is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4525. Melinda Cooper-Savage, individually, as surviving Spouse of Julian Cooper, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melinda Cooper-Savage is a resident of Delaware. Julian Cooper is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4526. Melinda Cooper-Savage, as the Personal Representative of the Estate of Julian Cooper, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Julian Cooper, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Julian Cooper died a resident of Maryland. Julian Cooper is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4527. Julianah Cooper, individually, as surviving Child of Julian Cooper, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Julianah Cooper is a resident of Delaware. Julian Cooper is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

779

and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4528. Marie Annette Dory, individually, as surviving Sibling of Julian Cooper, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marie Annette Dory is a resident of Maryland. Julian Cooper is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4529. Darlene Cooper-Canady, individually, as surviving Sibling of Julian Cooper, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Darlene Cooper-Canady is a resident of Virginia. Julian Cooper is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4530. Marie Annette Dory, as the Personal Representative of the Estate of Rosa Marie Cooper, deceased, the late Parent of Julian Cooper, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosa Marie Cooper died a resident of Maryland. Julian Cooper is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4531. Marie Annette Dory, as the Personal Representative of the Estate of Delman Phillip Cooper, deceased, the late Sibling of Julian Cooper, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Delman Phillip Cooper died a resident of Maryland. Julian Cooper is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4532. Gregory Cove, individually, as surviving Child of James E. Cove, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gregory Cove is a resident of New York. James E. Cove is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4533. Michael Cove, individually, as surviving Child of James E. Cove, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Cove is a resident of New York. James E. Cove is one of the Decedents murdered as a result of the terrorist attacks

of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4534. Ryan Cove, individually, as surviving Child of James E. Cove, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ryan Cove is a resident of California. James E. Cove is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4535. Sheila Morgan, individually, as surviving Parent of Neil Cudmore, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sheila Morgan is a resident of the United Kingdom. Neil Cudmore is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4536. Susan Nolan, individually, as surviving Spouse of Thomas Cullen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Nolan is a resident of New Jersey. Thomas Cullen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4537. Susan Nolan, as the Personal Representative of the Estate of Thomas Cullen, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Cullen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Cullen died a resident of New York. Thomas Cullen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4538. Thomas Patrick Cullen Nolan, individually, as surviving Child of Thomas Cullen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Patrick Cullen Nolan is a resident of New Jersey. Thomas Cullen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4539. Peter Davidson, individually, as surviving Child of Scott Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Davidson is a resident of New York. Scott Davidson is one of the Decedents murdered as a result of the terrorist attacks

of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4540. Casey Davidson, individually, as surviving Child of Scott Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Casey Davidson is a resident of New York. Scott Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4541. Stephen Davidson, individually, as surviving Parent of Scott Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen Davidson is a resident of New York. Scott Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4542. Samantha Delapenha, individually, as surviving Child of Donald A. Delapenha, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Samantha Delapenha is a resident of New Jersey. Donald A. Delapenha is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4543. Robert Delapenha, individually, as surviving Child of Donald A. Delapenha, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Delapenha is a resident of New Jersey. Donald A. Delapenha is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4544. Madison Delapenha, individually, as surviving Child of Donald A. Delapenha, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Madison Delapenha is a resident of New Jersey. Donald A. Delapenha is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4545. Terry Stella, individually, as surviving Sibling of Donald A. Delapenha, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Terry Stella is a resident of New Jersey. Donald A. Delapenha is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4546. Terry Stella, as the Personal Representative of the Estate of Judith Butterly, deceased, the late Parent of Donald A. Delapenha, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Judith Butterly died a resident of New Jersey. Donald A. Delapenha is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4547. Kathryn R. Dennis, individually, as surviving Spouse of Thomas F. Dennis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathryn R. Dennis is a resident of New York. Thomas F. Dennis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4548. Lauren Dennis, individually, as surviving Child of Thomas F. Dennis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lauren Dennis is a resident of North Carolina. Thomas F. Dennis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4549. Thomas Dennis, individually, as surviving Child of Thomas F. Dennis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Dennis is a resident of New York. Thomas F. Dennis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4550. Andy Dillard, individually, as surviving Sibling of Eddie Dillard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andy Dillard is a resident of Texas. Eddie Dillard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4551. Major Dillard, individually, as surviving Sibling of Eddie Dillard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Major Dillard is a resident of Indiana. Eddie Dillard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4552.  Gregory Dimmling, individually, as surviving Child of William Dimmling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gregory Dimmling is a resident of New York. William Dimmling is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4553.  Nicholas Dimmling, individually, as surviving Child of William Dimmling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicholas Dimmling is a resident of New York. William Dimmling is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4554.  Rudy Dimmling, individually, as surviving Sibling of William Dimmling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rudy Dimmling is a resident of New York. William Dimmling is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4555.  Rudy Dimmling, as the Personal Representative of the Estate of Charlotte Dimmling, deceased, the late Parent of William Dimmling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charlotte Dimmling died a resident of New York. William Dimmling is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4556.  Lisa Newton and Sekou Agard, as the Personal Representatives of the Estate of Elaine Dimmling, deceased, the late Sibling of William Dimmling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elaine Dimmling died a resident of New York. William Dimmling is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4557.  Christina Kurinzi, individually, as surviving Child of James Domanico, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christina Kurinzi is a resident of Georgia. James Domanico is one of the Decedents murdered as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4558. Maureen S. Dominguez, individually, as surviving Spouse of Carlos Dominguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Maureen S. Dominguez is a resident of New York. Carlos Dominguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4559. Amanda Rose Dominguez, individually, as surviving Child of Carlos Dominguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amanda Rose Dominguez is a resident of New York. Carlos Dominguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4560. Maria Dominguez, individually, as surviving Child of Carlos Dominguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Dominguez is a resident of New Hampshire. Carlos Dominguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4561. Michelle Dominguez, individually, as surviving Child of Carlos Dominguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michelle Dominguez is a resident of New York. Carlos Dominguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4562. Andrew Dowling, individually, as surviving Sibling of Mary Yolanda Dowling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Dowling is a resident of New York. Mary Yolanda Dowling is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4563. Shannon R. Droz, individually, as surviving Child of Charles Droz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shannon R. Droz is a resident of Arizona. Charles Droz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4564.   Corinne Evans, individually, as surviving Parent of Eric Thomas Evans, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Corinne Evans is a resident of Connecticut. Eric Thomas Evans is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4565.   Charles Evans, individually, as surviving Parent of Eric Thomas Evans, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charles Evans is a resident of Connecticut. Eric Thomas Evans is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4566.   Siena Faughnan, individually, as surviving Child of Christopher Faughnan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Siena Faughnan is a resident of Colorado. Christopher Faughnan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4567.   Juliet Faughnan, individually, as surviving Child of Christopher Faughnan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Juliet Faughnan is a resident of Colorado. Christopher Faughnan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4568.   Liam Faughnan, individually, as surviving Child of Christopher Faughnan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Liam Faughnan is a resident of Colorado. Christopher Faughnan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4569.   Thomas Faughnan, individually, as surviving Parent of Christopher Faughnan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Faughnan is a resident of Colorado. Christopher Faughnan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4570. Joan Faughnan, individually, as surviving Parent of Christopher Faughnan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan Faughnan is a resident of Colorado. Christopher Faughnan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4571. Diane Barnes, individually, as surviving Sibling of Christopher Faughnan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Diane Barnes is a resident of Colorado. Christopher Faughnan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4572. Lynn Faughnan Lee, individually, as surviving Sibling of Christopher Faughnan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lynn Faughnan Lee is a resident of Washington. Christopher Faughnan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4573. Maureen Stines, individually, as surviving Sibling of Christopher Faughnan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Stines is a resident of Colorado. Christopher Faughnan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4574. Ellen Sleevi, individually, as surviving Sibling of Christopher Faughnan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ellen Sleevi is a resident of Colorado. Christopher Faughnan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4575. Michael Faughnan, individually, as surviving Sibling of Christopher Faughnan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Faughnan is a resident of Colorado. Christopher Faughnan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4576. Thomas Faughnan, individually, as surviving Sibling of Christopher Faughnan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Faughnan is a resident of Colorado. Christopher Faughnan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4577. Kerri Hecox, individually, as surviving Sibling of Christopher Faughnan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kerri Hecox is a resident of Oregon. Christopher Faughnan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4578. Christopher Fetchet, individually, as surviving Sibling of Bradley Fetchet, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Fetchet is a resident of Massachusetts. Bradley Fetchet is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4579. Wesley Fetchet, individually, as surviving Sibling of Bradley Fetchet, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wesley Fetchet is a resident of Connecticut. Bradley Fetchet is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4580. Bridget Finnegan, individually, as surviving Child of Michael Finnegan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bridget Finnegan is a resident of New Jersey. Michael Finnegan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4581. Michael Finnegan, individually, as surviving Child of Michael Finnegan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Finnegan is a resident of New Jersey. Michael Finnegan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4582. Francis Finnegan, individually, as surviving Child of Michael Finnegan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francis Finnegan is a resident of New Jersey. Michael Finnegan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4583. Beverly J. Finnegan, individually, as surviving Parent of Michael Finnegan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Beverly J. Finnegan is a resident of New York. Michael Finnegan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4584. Frank Finnegan, individually, as surviving Parent of Michael Finnegan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Finnegan is a resident of New York. Michael Finnegan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4585. Katherine Finnegan, individually, as surviving Sibling of Michael Finnegan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katherine Finnegan is a resident of Nebraska. Michael Finnegan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4586. Patricia Fitzsimons, individually, as surviving Spouse of Richard Fitzsimons, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Fitzsimons is a resident of New York. Richard Fitzsimons is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4587. Sean Fitzsimons, individually, as surviving Child of Richard Fitzsimons, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sean Fitzsimons is a resident of Massachusetts. Richard Fitzsimons is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4588. Colleen Fitzsimons, individually, as surviving Child of Richard Fitzsimons, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Colleen Fitzsimons is a resident of New York. Richard Fitzsimons is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4589. Patrick Fitzsimons, individually, as surviving Sibling of Richard Fitzsimons, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick Fitzsimons is a resident of Washington. Richard Fitzsimons is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4590. Robert Fitzsimons, individually, as surviving Sibling of Richard Fitzsimons, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Fitzsimons is a resident of Illinois. Richard Fitzsimons is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4591. Chava Furman, individually, as surviving Spouse of Steven Furman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chava Furman is a resident of Maryland. Steven Furman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4592. Chava Furman and Andrew Furman, as the Personal Representatives of the Estate of Steven Furman, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Steven Furman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Steven Furman died a resident of New York. Steven Furman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4593. Andrew Furman, individually, as surviving Sibling of Steven Furman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Furman is a resident of Texas. Steven Furman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4594. Nisan Furman, individually, as surviving Child of Steven Furman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nisan Furman is a resident of Maryland. Steven Furman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4595. Sara Rachel Furman, individually, as surviving Child of Steven Furman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sara Rachel Furman is a resident of Maryland. Steven Furman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4596. Menashe Furman, individually, as surviving Child of Steven Furman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Menashe Furman is a resident of Maryland. Steven Furman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4597. Marvin Furman, individually, as surviving Parent of Steven Furman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marvin Furman is a resident of Florida. Steven Furman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4598. Jayne Furman, individually, as surviving Sibling of Steven Furman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jayne Furman is a resident of Nevada. Steven Furman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4599. Michael Furman, individually, as surviving Sibling of Steven Furman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Furman is a resident of Nevada. Steven Furman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4600.   Jayne Furman and Michael Furman, as the Personal Representatives of the Estate of Joyce Lilie, deceased, the late Parent of Steven Furman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joyce Lilie died a resident of Nevada. Steven Furman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4601.   Janis Lilie, as the Personal Representative of the Estate of Harold Lilie, deceased, the late Stepparent of Steven Furman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Harold Lilie died a resident of Nevada. Steven Furman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4602.   Peter Victor Genco, individually, as surviving Parent of Peter Victor Genco, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Victor Genco is a resident of New York. Peter Victor Genco is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4603.   Barbara Genco, individually, as surviving Parent of Peter Victor Genco, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Genco is a resident of New York. Peter Victor Genco is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4604.   Jennifer Genco Harrington, individually, as surviving Sibling of Peter Victor Genco, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Genco Harrington is a resident of New York. Peter Victor Genco is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4605.   Harrison Scott Brown and Kyle Peter Brown, as the Personal Representatives of the Estate of Christina Tanis Genco, deceased, the late Sibling of Peter Victor Genco, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christina Tanis Genco died a resident of New York. Peter Victor Genco is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out

by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4606. Michelle Geyer Meo, individually, as surviving Child of James G. Geyer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michelle Geyer Meo is a resident of New York. James G. Geyer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4607. Matthew Geyer, individually, as surviving Child of James G. Geyer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Geyer is a resident of New York. James G. Geyer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4608. Laura Geyer, individually, as surviving Child of James G. Geyer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Geyer is a resident of New York. James G. Geyer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4609. Phyllis Gilly, individually, as surviving Parent of Laura Gilly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Phyllis Gilly is a resident of New Jersey. Laura Gilly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4610. Joseph Gilly, individually, as surviving Parent of Laura Gilly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Gilly is a resident of New Jersey. Laura Gilly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4611. Paul Gilly, individually, as surviving Sibling of Laura Gilly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Gilly is a resident of New Jersey. Laura Gilly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim

Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4612. Susan Golkin, individually, as surviving Sibling of Andrew H. Golkin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Golkin is a resident of New York. Andrew H. Golkin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4613. Teresa Gomez, individually, as surviving Spouse of Enrique A. Gomez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa Gomez is a resident of New York. Enrique A. Gomez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4614. Jeannette Gomez, individually, as surviving Child of Enrique A. Gomez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeannette Gomez is a resident of New York. Enrique A. Gomez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4615. Angeline Gomez, individually, as surviving Child of Enrique A. Gomez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angeline Gomez is a resident of New York. Enrique A. Gomez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4616. Enrique Gomez, individually, as surviving Child of Enrique A. Gomez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Enrique Gomez is a resident of New York. Enrique A. Gomez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4617. Blanca Gomez, individually, as surviving Spouse of Jose B. Gomez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Blanca Gomez is a resident of New York. Jose B. Gomez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4618.  Melissa Gomez, individually, as surviving Child of Jose B. Gomez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melissa Gomez is a resident of New York. Jose B. Gomez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4619.  Joann Soto, individually, as surviving Child of Jose B. Gomez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joann Soto is a resident of New York. Jose B. Gomez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4620.  Joanna Tirone, individually, as surviving Child of Jose B. Gomez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joanna Tirone is a resident of New York. Jose B. Gomez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4621.  Sandra Munro, individually, as surviving Sibling of Elvira Granitto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sandra Munro is a resident of New York. Elvira Granitto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4622.  Anne Earthman Salonia, individually, as surviving Child of Elvira Granitto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anne Earthman Salonia is a resident of Texas. Elvira Granitto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4623.  Damien Earthman, individually, as surviving Child of Elvira Granitto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Damien Earthman is a resident of New York. Elvira Granitto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4624. Cosimo Granitto, individually, as surviving Parent of Elvira Granitto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cosimo Granitto is a resident of New York. Elvira Granitto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4625. Cosimo Granitto, as the Personal Representative of the Estate of Anna Granitto, deceased, the late Parent of Elvira Granitto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anna Granitto died a resident of New York. Elvira Granitto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4626. Mario Granitto, individually, as surviving Sibling of Elvira Granitto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mario Granitto is a resident of New York. Elvira Granitto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4627. Filippa Granitto, individually, as surviving Sibling of Elvira Granitto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Filippa Granitto is a resident of New York. Elvira Granitto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4628. Alison Heidenberger Coffey, individually, as surviving Child of Michele Heidenberger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alison Heidenberger Coffey is a resident of South Carolina. Michele Heidenberger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4629. Thomas Heidenberger, individually, as surviving Child of Michele Heidenberger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Heidenberger is a resident of Maryland. Michele Heidenberger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International

Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4630. Diane Johnson, individually, as surviving Sibling of Michele Heidenberger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Diane Johnson is a resident of New Hampshire. Michele Heidenberger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4631. Karen Denino, individually, as surviving Sibling of Michele Heidenberger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Denino is a resident of Connecticut. Michele Heidenberger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4632. Suzanne Bennett, individually, as surviving Sibling of Michele Heidenberger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Suzanne Bennett is a resident of Connecticut. Michele Heidenberger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4633. Suzanne Bennett and Karen Denino, as the Personal Representatives of the Estate of Mary MacDonald, deceased, the late Parent of Michele Heidenberger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary MacDonald died a resident of Connecticut. Michele Heidenberger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4634. Mary Jean Heller, individually, as surviving Spouse of H. Joseph Heller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Jean Heller is a resident of Connecticut. H. Joseph Heller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4635. John Heller, individually, as surviving Child of H. Joseph Heller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Heller is a resident of Connecticut. H. Joseph Heller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4636. Grace Heller, individually, as surviving Child of H. Joseph Heller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Grace Heller is a resident of Connecticut. H. Joseph Heller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4637. Catherine Heller, individually, as surviving Child of H. Joseph Heller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Heller is a resident of Connecticut. H. Joseph Heller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4638. Michael Heller, individually, as surviving Child of H. Joseph Heller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Heller is a resident of Connecticut. H. Joseph Heller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4639. Roberta Heller, individually, as surviving Parent of H. Joseph Heller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Roberta Heller is a resident of Georgia. H. Joseph Heller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4640. Roberta Heller, as the Personal Representative of the Estate of Howard Heller, deceased, the late Parent of H. Joseph Heller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Howard Heller died a resident of Florida. H. Joseph Heller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4641. Colleen Rastovich, individually, as surviving Sibling of H. Joseph Heller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Colleen Rastovich is a resident of Oregon. H. Joseph Heller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4642. Robert Heller, individually, as surviving Sibling of H. Joseph Heller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Heller is a resident of Georgia. H. Joseph Heller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4643. Mary Beth Luedtke, individually, as surviving Sibling of H. Joseph Heller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Beth Luedtke is a resident of Colorado. H. Joseph Heller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4644. Meryl Iskenderian, individually, as surviving Child of Aram Iskenderian, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Meryl Iskenderian is a resident of Massachusetts. Aram Iskenderian is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4645. Kara Iskenderian, individually, as surviving Child of Aram Iskenderian, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kara Iskenderian is a resident of Texas. Aram Iskenderian is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4646. Alex Iskenderian, individually, as surviving Child of Aram Iskenderian, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alex Iskenderian is a resident of Massachusetts. Aram Iskenderian is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4647. Jason Iskenderian, individually, as surviving Child of Aram Iskenderian, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jason Iskenderian is a resident of Massachusetts. Aram Iskenderian is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4648. Jean Henold Jean-Pierre, individually, as surviving Child of Francois Jean-Pierre, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jean Henold Jean-Pierre is a resident of Florida. Francois Jean-Pierre is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4649. Shirley Jean-Pierre, individually, as surviving Child of Francois Jean-Pierre, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shirley Jean-Pierre is a resident of New York. Francois Jean-Pierre is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4650. Roody Jean-Pierre a/k/a Roudy Jean-Pierre, individually, as surviving Child of Francois Jean-Pierre, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Roody Jean-Pierre a/k/a Roudy Jean-Pierre is a resident of Indiana. Francois Jean-Pierre is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4651. Dohee Kang, individually, as surviving Spouse of Joon Koo Kang, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dohee Kang is a resident of California. Joon Koo Kang is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4652. Joon Hee Kang, individually, as surviving Child of Joon Koo Kang, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joon Hee is a resident of California. Joon Koo Kang is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4653. Jee Won, individually, as surviving Child of Joon Koo Kang, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jee Won is a resident of California. Joon Koo Kang is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4654.  Frederick Kelley, individually, as surviving Child of Frederick Kelley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frederick Kelley is a resident of New York. Frederick Kelley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4655.  Katherine Kelley Van Kirk, individually, as surviving Child of Frederick Kelley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katherine Kelley Van Kirk is a resident of New York. Frederick Kelley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4656.  Kristen Roberts, individually, as surviving Child of Frederick Kelley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kristen Roberts is a resident of New York. Frederick Kelley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4657.  Sean Kelley, individually, as surviving Child of Frederick Kelley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sean Kelley is a resident of New York. Frederick Kelley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4658.  Sean Kelley, as the Personal Representative of the Estate of Mary Kelley, deceased, the late Parent of Frederick Kelley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Kelley died a resident of New Jersey. Frederick Kelley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4659.  Alison Kinney Lewandowski, individually, as surviving Spouse of Brian Kinney, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alison Kinney Lewandowski is a resident of Massachusetts. Brian Kinney is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International

Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4660.  Thaddeus Kolpak, individually, as surviving Sibling of Vanessa Kolpak, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thaddeus Kolpak is a resident of Illinois. Vanessa Kolpak is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4661.  Alexis Kolpak, individually, as surviving Sibling of Vanessa Kolpak, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexis Kolpak is a resident of Florida. Vanessa Kolpak is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4662.  Elizabeth Kovalcin, individually, as surviving Spouse of David P. Kovalcin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Kovalcin is a resident of New Hampshire. David P. Kovalcin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4663.  Rebecca Kovalcin, individually, as surviving Child of David P. Kovalcin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rebecca Kovalcin is a resident of New Hampshire. David P. Kovalcin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4664.  Marina Kovalcin, individually, as surviving Child of David P. Kovalcin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marina Kovalcin is a resident of New Hampshire. David P. Kovalcin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4665.  Andrea Sassone, individually, as surviving Child of John J. Kren, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Sassone is a resident of New York. John J. Kren is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

docs-100618184.4

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4666. Janine Wentworth, individually, as surviving Child of John J. Kren, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janine Wentworth is a resident of New York. John J. Kren is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4667. Anna M. Kren, as the Personal Representative of the Estate of Marian Kren, deceased, the late Parent of John J. Kren is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marian Kren died a resident of New York. John J. Kren is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4668. Paula Lang, as the Personal Representative of the Estate of William M. Lang, III, deceased, the late Parent of Brendan Lang is a Plaintiff seeking justice for the tragic events of September 11, 2001. William M. Lang, III, died a resident of New Jersey. Brendan Lang is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4669. Paula Lang, individually, as surviving Parent of Brendan Lang, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paula Lang is a resident of New Jersey. Brendan Lang is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4670. Sean Lang, individually, as surviving Sibling of Brendan Lang, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sean Lang is a resident of New Jersey. Brendan Lang is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4671. Shanna Lewis, individually, as surviving Sibling of Brendan Lang, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shanna Lewis is a resident of New Jersey. Brendan Lang is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4672. Meghan Deming, individually, as surviving Sibling of Brendan Lang, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Meghan Deming is a resident of New Jersey. Brendan Lang is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4673. Michael Rogers, individually, as surviving Child of Rosanne Lang, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Rogers is a resident of New Jersey. Rosanne Lang is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4674. Paula Lang, as the Personal Representative of the Estate of William M. Lang, III, deceased, the late Sibling of Rosanne Lang is a Plaintiff seeking justice for the tragic events of September 11, 2001. William M. Lang, III, died a resident of New Jersey. Rosanne Lang is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4675. Marisa Larsen, individually, as surviving Child of Scott Larsen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marisa Larsen is a resident of New York. Scott Larsen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4676. Brenda Larsen, individually, as surviving Child of Scott Larsen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brenda Larsen is a resident of New York. Scott Larsen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4677. Scott Larsen, individually, as surviving Child of Scott Larsen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scott Larsen is a resident of New York. Scott Larsen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4678. August Larsen, individually, as surviving Child of Scott Larsen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. August Larsen is a resident of New York. Scott Larsen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4679. Dennis Levi, individually, as surviving Child of John Levi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dennis Levi is a resident of Connecticut. John Levi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4680. Jennifer Levi-Longyear, individually, as surviving Child of John Levi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Levi-Longyear is a resident of Connecticut. John Levi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4681. Linda Litto, individually, as surviving Spouse of Vincent Litto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Litto is a resident of New York. Vincent Litto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4682. Catherine Litto-Petras, individually, as surviving Child of Vincent Litto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Litto-Petras is a resident of New York. Vincent Litto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4683. Kristen Serra, individually, as surviving Child of Vincent Litto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kristen Serra is a resident of New Jersey. Vincent Litto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4684.   Kimberly Rex, individually, as surviving Child of Vincent Litto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kimberly Rex is a resident of New York. Vincent Litto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4685.   Joseph J. Reitano, as the Personal Representative of the Estate of Michael Litto, deceased, the late Parent of Vincent Litto is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Michael Litto died a resident of New York. Vincent Litto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4686.   Joseph J. Reitano, as the Personal Representative of the Estate of Marie Litto, deceased, the late Parent of Vincent Litto is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marie Litto died a resident of New York. Vincent Litto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4687.   Brittany Lopez, individually, as surviving Child of Daniel Lopez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brittany Lopez is a resident of New York. Daniel Lopez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4688.   Daniel Lopez, individually, as surviving Child of Daniel Lopez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Lopez is a resident of New York. Daniel Lopez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4689.   Rosetta Lynch, individually, as surviving Parent of Farrell Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosetta Lynch is a resident of New Jersey. Farrell Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4690.  Ellen Lynch, individually, as surviving Sibling of Farrell Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ellen Lynch is a resident of New Jersey. Farrell Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4691.  Kieran Lynch, individually, as surviving Sibling of Farrell Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kieran Lynch is a resident of Connecticut. Farrell Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4692.  Brian Lynch, individually, as surviving Sibling of Farrell Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Lynch is a resident of New York. Farrell Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4693.  Christina Lynch-Burgdorf, individually, as surviving Spouse of Richard D. Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christina Lynch-Burgdorf is a resident of New York. Richard D. Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4694.  Olivia Lynch, individually, as surviving Child of Richard D. Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Olivia Lynch is a resident of New York. Richard D. Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4695.  Lorraine Lynch, individually, as surviving Spouse of Sean Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lorraine Lynch is a resident of New Jersey. Sean Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4696. Grace Lynch, individually, as surviving Child of Sean Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Grace Lynch is a resident of New Jersey. Sean Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4697. Mary Rose Lynch, individually, as surviving Child of Sean Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Rose Lynch is a resident of New Jersey. Sean Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4698. Sean Lynch, Jr., individually, as surviving Child of Sean Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sean Lynch, Jr., is a resident of New Jersey. Sean Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4699. Rosetta Lynch, individually, as surviving Parent of Sean Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosetta Lynch is a resident of New Jersey. Sean Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4700. Ellen Lynch, individually, as surviving Sibling of Sean Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ellen Lynch is a resident of New Jersey. Sean Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4701. Kieran Lynch, individually, as surviving Sibling of Sean Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kieran Lynch is a resident of Connecticut. Sean Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4702. Brian Lynch, individually, as surviving Sibling of Sean Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Lynch is a resident of New York. Sean Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4703. Kevin Magee, individually, as surviving Sibling of Brian Magee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Magee is a resident of Virginia. Brian Magee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4704. Kevin Magee and Shane Magee, as the Personal Representatives of the Estate of Edith Magee, deceased, the late Parent of Brian Magee is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edith Magee died a resident of New York. Brian Magee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4705. Mary Alice Magee, individually, as surviving Sibling of Brian Magee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Alice Magee is a resident of the Virgin Islands. Brian Magee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4706. Shane Magee, individually, as surviving Sibling of Brian Magee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shane Magee is a resident of New York. Brian Magee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4707. Kerry Magee, individually, as surviving Sibling of Brian Magee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kerry Magee is a resident of New York. Brian Magee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4708.   William Dowdell, individually, as surviving Stepchild of Brian Magee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Dowdell is a resident of New York. Brian Magee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4709.   Christopher Dowdell, individually, as surviving Stepchild of Brian Magee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Dowdell is a resident of New York. Brian Magee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4710.   Matthew Dowdell, individually, as surviving Stepchild of Brian Magee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Dowdell is a resident of New York. Brian Magee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4711.   Teddy Maloney, individually, as surviving Child of Edward F. Maloney, III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teddy Maloney is a resident of Connecticut. Edward F. Maloney, III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4712.   Mason Maloney, individually, as surviving Child of Edward F. Maloney, III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mason Maloney is a resident of Connecticut. Edward F. Maloney, III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4713.   Sally Maloney, individually, as surviving Parent of Edward F. Maloney, III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sally Maloney is a resident of Connecticut. Edward F. Maloney, III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4714. Edward F. Maloney, II, individually, as surviving Parent of Edward F. Maloney, III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edward F. Maloney, II, is a resident of Connecticut. Edward F. Maloney, III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4715. Sara a/k/a Sally Maloney Duval, individually, as surviving Sibling of Edward F. Maloney, III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sally Maloney Duval is a resident of Connecticut. Edward F. Maloney, III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4716. Mark T. Maloney, individually, as surviving Sibling of Edward F. Maloney, III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mark T. Maloney is a resident of Connecticut. Edward F. Maloney, III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4717. Mairead Manning, individually, as surviving Child of Terence John Manning, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mairead Manning is a resident of New York. Terence John Manning is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4718. Trinity Manning, individually, as surviving Child of Terence John Manning, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Trinity Manning is a resident of New York. Terence John Manning is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4719. Philip V. Manning, individually, as surviving Sibling of Terence John Manning, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Philip V. Manning is a resident of Arizona. Terence John Manning is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4720. Sean Manning, individually, as surviving Sibling of Terence John Manning, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sean Manning is a resident of Washington. Terence John Manning is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4721. Philip V. Manning and Sean Manning, as the Personal Representatives of the Estate of Gertrude Manning, deceased, the late Parent of Terence John Manning is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gertrude Manning died a resident of New York. Terence John Manning is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4722. Catherine Manning, as the Personal Representative of the Estate of Philip V. Manning, deceased, the late Parent of Terence John Manning is a Plaintiff seeking justice for the tragic events of September 11, 2001. Philip V. Manning died a resident of New York. Terence John Manning is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4723. Mary Jane Maounis and William Maounis, as the Personal Representatives of the Estate of Constance Maounis, deceased, the late Parent of James Maounis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Constance Maounis died a resident of Florida. James Maounis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4724. William Maounis, individually, as surviving Sibling of James Maounis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Maounis is a resident of New York. James Maounis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4725. Sheila Martello, individually, as surviving Spouse of James Martello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sheila Martello is a resident of New Jersey. James Martello is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4726. James Martello, Jr., individually, as surviving Child of James Martello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Martello, Jr., is a resident of New Jersey. James Martello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4727. Thomas Martello, individually, as surviving Child of James Martello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Martello, is a resident of New Jersey. James Martello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4728. Marjorie Kane, individually, as surviving Child of Charles Mathers, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marjorie Kane is a resident of New Jersey. Charles Mathers is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4729. Elizabeth Mathers, individually, as surviving Child of Charles Mathers, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Mathers is a resident of Pennsylvania. Charles Mathers is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4730. Charles Mathers, individually, as surviving Child of Charles Mathers, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charles Mathers is a resident of Texas. Charles Mathers is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4731. Collin McHale, individually, as surviving Child of Thomas McHale, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Collin McHale is a resident of New York. Thomas McHale is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4732. Nicholas McLaughlin, individually, as surviving Child of Robert McLaughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicholas McLaughlin is a resident of New York. Robert McLaughlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4733. Michael McLaughlin, individually, as surviving Sibling of Robert McLaughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael McLaughlin is a resident of New York. Robert McLaughlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4734. Elizabeth McNally, individually, as surviving Spouse of Edmund McNally, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth McNally is a resident of New Jersey. Edmund McNally is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4735. Erin Day, individually, as surviving Child of Edmund McNally, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erin Day is a resident of Colorado. Edmund McNally is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4736. Brienne McNally, individually, as surviving Child of Edmund McNally, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brienne McNally is a resident of Colorado. Edmund McNally is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4737. Shannon McNally, individually, as surviving Child of Edmund McNally, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shannon McNally is a resident of New Jersey. Edmund McNally is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4738. Joseph Richard Mickley, individually, as surviving Spouse of Patricia E. Mickley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Richard Mickley is a resident of Florida. Patricia E. Mickley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4739. Marie Mickley, individually, as surviving Child of Patricia E. Mickley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marie Mickley is a resident of Florida. Patricia E. Mickley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4740. Arjan Mirpuri, individually, as surviving Parent of Rajesh Mirpuri, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Arjan Mirpuri is a resident of New Jersey. Rajesh Mirpuri is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4741. Indra Mirpuri, individually, as surviving Parent of Rajesh Mirpuri, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Indra Mirpuri is a resident of New Jersey. Rajesh Mirpuri is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4742. Susanne Mladenik, individually, as surviving Spouse of Jeffrey Mladenik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susanne Mladenik is a resident of Illinois. Jeffrey Mladenik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4743. Kelly Mladenik, individually, as surviving Child of Jeffrey Mladenik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kelly Mladenik is a resident of Illinois. Jeffrey Mladenik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4744. Grace Mladenik, individually, as surviving Child of Jeffrey Mladenik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Grace Mladenik is a resident of Illinois. Jeffrey Mladenik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4745. Joshua Mladenik, individually, as surviving Child of Jeffrey Mladenik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Johsua Mladenik is a resident of Illinois. Jeffrey Mladenik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4746. Daniel Mladenik, individually, as surviving Child of Jeffrey Mladenik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Mladenik is a resident of Illinois. Jeffrey Mladenik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4747. Beverly DeFazio, individually, as surviving Parent of Laura Lee Morabito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Beverly DeFazio is a resident of Pennsylvania. Laura Lee Morabito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4748. Lawrence DeFazio, individually, as surviving Parent of Laura Lee Morabito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lawrence DeFazio is a resident of Pennsylvania. Laura Lee Morabito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4749. Craig DeFazio, individually, as surviving Sibling of Laura Lee Morabito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Craig DeFazio is a resident of Pennsylvania. Laura Lee Morabito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4750. Jefferey DeFazio, individually, as surviving Sibling of Laura Lee Morabito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jefferey DeFazio is a resident of California. Laura Lee Morabito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4751. Maureen Morrison, individually, as surviving Parent of Christopher M. Morrison, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Morrison is a resident of Massachusetts. Christopher M. Morrison is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4752. Joseph Morrison, individually, as surviving Parent of Christopher M. Morrison, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Morrison is a resident of Massachusetts. Christopher M. Morrison is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4753. Marianne Merritt, individually, as surviving Sibling of Christopher M. Morrison, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marianne Merritt is a resident of Massachusetts. Christopher M. Morrison is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4754. Madeline Lew Moy, individually, as surviving Spouse of Teddington Moy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Madeline Lew Moy is a resident of Maryland. Teddington Moy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4755. Jessica Moy, individually, as surviving Child of Teddington Moy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica Moy is a resident of California. Teddington Moy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4756. Daniel Moy, individually, as surviving Child of Teddington Moy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Moy is a resident of California. Teddington Moy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4757. Patrick Mullan, as the Personal Representative of the Estate of Patrick Mullan, deceased, the late Parent of Michael D. Mullan is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick Mullan died a resident of New York. Michael D. Mullan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4758. Patrick Mullan, as the Personal Representative of the Estate of Theresa Mullan, deceased, the late Parent of Michael D. Mullan is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa Mullan died a resident of New York. Michael D. Mullan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks

4759. Kelly-Ann Mullan, individually, as surviving Sibling of Michael D. Mullan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kelly-Ann Mullan is a resident of Pennsylvania. Michael D. Mullan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4760. Haidje a/k/a Heidi Naples, individually, as surviving Spouse of Frank J. Naples, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Haidje a/k/a Heidi Naples is a resident of New Jersey. Frank J. Naples is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4761. Barbara Naples, individually, as surviving Parent of Frank J. Naples, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Naples is a resident of New Jersey. Frank J. Naples is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4762. Michael L. Newton, individually, as surviving Child of Christopher Newton, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael L. Newton is a resident of California. Christopher Newton is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4763. Sarah Newton, individually, as surviving Child of Christopher Newton, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sarah Newton is a resident of California. Christopher Newton is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4764. Barbara Newton, individually, as surviving Parent of Christopher Newton, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Newton is a resident of California. Christopher Newton is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4765. Michael S. Newton, individually, as surviving Parent of Christopher Newton, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael S. Newton is a resident of California. Christopher Newton is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4766. Ann-Elizabeth Rueppel, individually, as surviving Sibling of Christopher Newton, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ann-Elizabeth Rueppel is a resident of Massachusetts. Christopher Newton is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4767. Stephen A. Newton, individually, as surviving Sibling of Christopher Newton, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen A. Newton is a resident of California. Christopher Newton is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4768. Teresa Danko, individually, as surviving Sibling of Christopher Newton-Carter, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa Danko is a resident of New Jersey. Christopher Newton-Carter is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4769. Mark Newton-Carter, individually, as surviving Sibling of Christopher Newton-Carter, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mark Newton-Carter is a resident of Scotland. Christopher Newton-Carter is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4770. Christine O'Berg Connolly, individually, as surviving Spouse of Dennis O'Berg, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine O'Berg Connolly is a resident of New York. Dennis O'Berg, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4771. Dorothy O'Berg, individually, as surviving Parent of Dennis O'Berg, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Dorothy O'Berg is a resident of New York. Dennis O'Berg, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4772. Patricia Ferguson, individually, as surviving Sibling of Dennis O'Berg, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Patricia Ferguson is a resident of New Jersey. Dennis O'Berg, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4773. Mary Duff, individually, as surviving Spouse of Peter Keith Ortale, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Mary Duff is a resident of New York. Peter Keith Ortale, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4774. Catherine Grimes, individually, as surviving Sibling of Peter Keith Ortale, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Grimes is a resident of Pennsylvania. Peter Keith Ortale, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4775. Mary Malitas, individually, as surviving Sibling of Peter Keith Ortale, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Malitas is a resident of Pennsylvania. Peter Keith Ortale, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4776. Julia Ortale, individually, as surviving Sibling of Peter Keith Ortale, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Julia Ortale is a resident of Pennsylvania. Peter Keith Ortale, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4777. Gilbert Ortale, individually, as surviving Sibling of Peter Keith Ortale, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gilbert Ortale is a resident of Pennsylvania. Peter Keith Ortale, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4778. Catherine Grimes, as the Personal Representative of the Estate of Mary Ortale, deceased, the late Parent of Peter Keith Ortale, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Ortale died a resident of New Jersey. Peter Keith Ortale is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4779. Elizabeth Orth, individually, as surviving Child of Jane Marie Orth, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Orth is a resident of North Carolina. Jane Marie Orth, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4780. Alexandra M. Ortiz Reszka, individually, as surviving Child of Sonia Ortiz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexandra M. Ortiz Reszka is a resident of New York. Sonia Ortiz, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4781. Luis Ortiz, individually, as surviving Child of Sonia Ortiz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luis Oritz is a resident of Pennsylvania. Sonia Ortiz, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4782. Victor Ortiz, individually, as surviving Child of Sonia Ortiz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Victor Ortiz is a resident of Arizona. Sonia Ortiz, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4783. Maria Palombo Suazo, individually, as surviving Child of Frank Palombo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Palombo Suazo is a resident of New Jersey. Frank Palombo, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4784. Anthony Palombo, individually, as surviving Child of Frank Palombo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Palombo is a resident of New Jersey. Frank Palombo, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4785. Daniel Palombo, individually, as surviving Child of Frank Palombo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Palombo is a resident of New Jersey. Frank Palombo, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4786. Frank Palombo, individually, as surviving Child of Frank Palombo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Palombo is a resident of New Jersey. Frank Palombo, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4787. John Palombo, individually, as surviving Child of Frank Palombo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Palombo is a resident of New York. Frank Palombo, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4788. Margaret Palombo, individually, as surviving Child of Frank Palombo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret Palombo is a resident of New Jersey. Frank Palombo, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4789. Stephen Palombo, individually, as surviving Child of Frank Palombo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen Palombo is a resident of New Jersey. Frank Palombo, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4790. Thomas Palombo, individually, as surviving Child of Frank Palombo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Palombo is a resident of New Jersey. Frank Palombo, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4791. Patrick Palombo, individually, as surviving Child of Frank Palombo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick Palombo is a resident of New Jersey. Frank Palombo, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4792. Annie Panatier, individually, as surviving Child of Christopher M. Panatier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Annie Panatier is a resident of New York. Christopher M. Panatier, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4793. Christopher Panatier, individually, as surviving Child of Christopher M. Panatier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Panatier is a resident of New York. Christopher M. Panatier, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4794. James Panatier, individually, as surviving Sibling of Christopher M. Panatier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Panatier is a resident of Virginia. Christopher M. Panatier, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4795. Irene Gilmore, individually, as surviving Sibling of Christopher M. Panatier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Irene Gilmore is a resident of New York. Christopher M. Panatier, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4796. Patricia Panatier, individually, as surviving Sibling of Christopher M. Panatier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Panatier is a resident of New York. Christopher M. Panatier, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4797. Dorothy O'Neill, individually, as surviving Sibling of Christopher M. Panatier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dorothy O'Neill is a resident of New York. Christopher M. Panatier, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4798. Patricia Panatier, as the Personal Representative of the Estate of Irene Panatier, deceased, the late Parent of Christopher M. Panatier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Irene Panatier died a resident of New York. Christopher M. Panatier is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4799. Kevin Patterson, individually, as surviving Child of Bernard Patterson, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Kevin Patterson is a resident of New York. Bernard Patterson, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4800. Scott Patterson, individually, as surviving Child of Bernard Patterson, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Scott Patterson is a resident of New York. Bernard Patterson, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4801. Anna Patterson, individually, as surviving Child of Bernard Patterson, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Anna Patterson is a resident of New York. Bernard Patterson, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4802. Kevin Patterson, as the Personal Representative of the Estate of Kevin Patterson, deceased, the late Sibling of Bernard Patterson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Patterson died a resident of New York. Bernard Patterson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4803. Kevin Patterson, as the Personal Representative of the Estate of Owen Patterson, deceased, the late Sibling of Bernard Patterson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Owen Patterson died a resident of New York. Bernard Patterson is one of the Decedents murdered as a result of the terrorist attacks of

September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4804. Megan P. Pelino, individually, as surviving Spouse of Todd Douglas Pelino, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Megan P. Pelino is a resident of New Jersey. Todd Douglas Pelino, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4805. Anne Pelino, individually, as surviving Child of Todd Douglas Pelino, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Anne Pelino is a resident of New Jersey. Todd Douglas Pelino, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4806. Bennett Pelino, individually, as surviving Child of Todd Douglas Pelino, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Bennett Pelino is a resident of New Jersey. Todd Douglas Pelino, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4807. Douglas Pelino, individually, as surviving Parent of Todd Douglas Pelino, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Douglas Pelino is a resident of South Carolina. Todd Douglas Pelino, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4808. Maureen Pelino, individually, as surviving Parent of Todd Douglas Pelino, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Maureen Pelino is a resident of South Carolina. Todd Douglas Pelino, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4809. Terrence Pelino, individually, as surviving Sibling of Todd Douglas Pelino, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Terrence Pelino is a resident of North Carolina. Todd Douglas Pelino, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama

bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4810.   Matthew Pelino, individually, as surviving Sibling of Todd Douglas Pelino, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Matthew Pelino is a resident of North Carolina. Todd Douglas Pelino, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4811.   Steven Pollicino, individually, as surviving Child of Steve Pollicino, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Steven Pollicino is a resident of Florida. Steve Pollicino, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4812.   Celeste Rose, individually, as surviving Child of Steve Pollicino, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Celeste Rose is a resident of New Jersey. Steve Pollicino, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4813.   Douglas Pollicino, individually, as surviving Sibling of Steve Pollicino, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Douglas Pollicino is a resident of New York. Steve Pollicino, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4814.   Douglas Pollicino, as the Personal Representative of the Estate of Nicholas Pollicino, deceased, the late Parent of Steve Pollicino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicholas Pollicino died a resident of New York. Steve Pollicino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4815.   Douglas Pollicino, as the Personal Representative of the Estate of Antoinette Pollicino, deceased, the late Parent of Steve Pollicino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Antoinette Pollicino died a resident of New York. Steve Pollicino is one of the Decedents murdered as a result of the terrorist attacks of

September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4816.  Elaine Miller, individually, as surviving Sibling of Daphne Pouletsos, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Elaine Miller is a resident of Virginia. Daphne Pouletsos, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4817.  Corinne Krachtus, individually, as surviving Sibling of Daphne Pouletsos, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Corinne Krachtus is a resident of New Jersey. Daphne Pouletsos, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4818.  Elaine Miller and Corinne Krachtus, as the Personal Representatives of the Estate of Irene Pouletsos, deceased, the late Parent of Daphne Pouletsos, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Irene Pouletsos died a resident of New Jersey. Daphne Pouletsos is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4819.  Elaine Miller and Corinne Krachtus, as the Personal Representatives of the Estate of James Pouletsos, deceased, the late Parent of Daphne Pouletsos, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Pouletsos died a resident of New Jersey. Daphne Pouletsos is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4820.  Janice K. Punches, individually, as surviving Spouse of Capt. Jack D. Punches, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Janice K. Punches is a resident of Virginia. Capt. Jack D. Punches, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4821.  Jennifer Punches Botta, individually, as surviving Child of Capt. Jack D. Punches, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Jennifer Punches

Botta is a resident of Virginia. Capt. Jack D. Punches, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4822. Jeremy Punches, individually, as surviving Child of Capt. Jack D. Punches, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeremy Punches is a resident of Virginia. Capt. Jack D. Punches, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4823. Ruth Godwin, individually, as surviving Parent of Capt. Jack D. Punches, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ruth Godwin is a resident of Illinois. Capt. Jack D. Punches, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4824. Debra Godwin, individually, as surviving Sibling of Capt. Jack D. Punches, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debra Godwin is a resident of Illinois. Capt. Jack D. Punches, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4825. Janet Berns, individually, as surviving Sibling of Capt. Jack D. Punches, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janet Berns is a resident of Alabama. Capt. Jack D. Punches, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4826. Marcy Ilena Godwin, individually, as surviving Sibling of Capt. Jack D. Punches, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marcy Ilena Godwin is a resident of Illinois. Capt. Jack D. Punches, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4827. Noreen Quinn, individually, as surviving Parent of James Quinn, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Noreen Quinn is a resident of New York. James Quinn, is one of the Decedents murdered as a result of the terrorist attacks of

September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4828. Michael Quinn, individually, as surviving Sibling of James Quinn, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Quinn is a resident of New York. James Quinn, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4829. Joseph Quinn, individually, as surviving Sibling of James Quinn, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Quinn is a resident of New York. James Quinn, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4830. Nancy Holzhauer, as the Personal Representative of the Estate of Silvia Rauzi, deceased, the late Parent of Gerard Rauzi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Silvia Rauzi died a resident of New York. Gerard Rauzi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4831. Rita Riches, individually, as surviving Parent of James C. Riches, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rita Riches is a resident of New York. James C. Riches, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4832. Timothy Riches, individually, as surviving Sibling of James C. Riches, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Timothy Riches is a resident of New York. James C. Riches, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4833. Daniel Riches, individually, as surviving Sibling of James C. Riches, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Riches is a resident of New York. James C. Riches, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4834. Thomas Riches, individually, as surviving Sibling of James C. Riches, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Riches is a resident of New York. James C. Riches, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4835. Barbara Ropiteau-Galloway, individually, as surviving Parent of Eric Thomas Ropiteau, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Ropiteau-Galloway is a resident of New York. Eric Thomas Ropiteau, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4836. Jean-Marc Ropiteau, individually, as surviving Sibling of Eric Thomas Ropiteau, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jean-Marc Ropiteau is a resident of New York. Eric Thomas Ropiteau, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4837. Lara Ropiteau Davis, individually, as surviving Sibling of Eric Thomas Ropiteau, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lara Ropiteau Davis is a resident of New York. Eric Thomas Ropiteau, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4838. Stuart Irvine, individually, as surviving Parent of Kristin Irvine Ryan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stuart Irvine is a resident of New York. Kristin Irvine Ryan, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4839. Kara Marie Irvine, individually, as surviving Sibling of Kristin Irvine Ryan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kara Marie Irvine is a resident of New York. Kristin Irvine Ryan, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4840. Wendy Irvine Toomey, individually, as surviving Sibling of Kristin Irvine Ryan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wendy Irvine Toomey is a resident of New York. Kristin Irvine Ryan, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4841. Michelle Schleider, individually, as surviving Sibling of Kristin Irvine Ryan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michelle Schleider is a resident of New York. Kristin Irvine Ryan, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4842. Tracy Janess, individually, as surviving Sibling of Kristin Irvine Ryan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tracy Janess is a resident of Ohio. Kristin Irvine Ryan, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4843. Amanda Olcott, individually, as surviving Child of Marjorie Salamone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amanda Olcott is a resident of the District of Columbia. Marjorie Salamone, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4844. Ann Marie Santillo, individually, as surviving Child of Marjorie Salamone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ann Marie Santillo is a resident of Pennsylvania. Marjorie Salamone, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4845. Richard Champion, individually, as surviving Sibling of Marjorie Salamone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard Champion is a resident of Alabama. Marjorie Salamone, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4846. Richard Champion, as the Personal Representative of the Estate of Hubert Champion, deceased, the late Parent of Marjorie Salamone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Hubert Champion died a resident of Alabama. Marjorie Salamone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4847. Richard Champion, as the Personal Representative of the Estate of Lillian Champion, deceased, the late Parent of Marjorie Salamone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lillian Champion died a resident of Alabama. Marjorie Salamone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4848. John P. Salerno, individually, as surviving Child of John Salerno, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  John P. Salerno is a resident of New York. John Salerno, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4849. Jo Ann Cohn, individually, as surviving Parent of John Salerno, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Jo Ann Cohn is a resident of Florida. John Salerno, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4850. Michael Cohn, individually, as surviving Sibling of John Salerno, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Cohn is a resident of Connecticut. John Salerno, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4851. Dina Connelly, individually, as surviving Sibling of John Salerno, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dina Connelly is a resident of Connecticut. John Salerno, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4852.  Christian Salvaterra, individually, as surviving Child of Frank Salvaterra, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Christian Salvaterra is a resident of New York. Frank Salvaterra, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4853.  Gabrielle Salvaterra, individually, as surviving Child of Frank Salvaterra, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Gabrielle Salvaterra is a resident of New York. Frank Salvaterra, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4854.  Isabelle Salvaterra, individually, as surviving Child of Frank Salvaterra, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Isabelle Salvaterra is a resident of New York. Frank Salvaterra, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4855.  Carmen Salvaterra, individually, as surviving Sibling of Frank Salvaterra, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Carmen Salvaterra is a resident of Maryland. Frank Salvaterra, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4856.  Carmen Salvaterra, as the Personal Representative of the Estate of Antoinetta Salvaterra, deceased, the late Parent of Frank Salvaterra, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Antoinetta Salvaterra died a resident of Maryland. Frank Salvaterra is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4857.  Eugenia Bogado, individually, as surviving Parent of Carlos Samaniego, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Eugenia Bogado is a resident of New York. Carlos Samaniego, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

834

Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4858.   Luis Samaniego, individually, as surviving Sibling of Carlos Samaniego, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Luis Samaniego is a resident of New York. Carlos Samaniego, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4859.   Carrie Spero, individually, as surviving Child of Michael San Phillip, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Carrie Spero is a resident of New York. Michael San Phillip, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4860.   Jill Abbott, individually, as surviving Child of Michael San Phillip, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Jill Abbott is a resident of Delaware. Michael San Phillip, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4861.   Carolyn San Phillip Nanfeldt, individually, as surviving Sibling of Michael San Phillip, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Carolyn San Phillip Nanfeldt is a resident of Florida. Michael San Phillip, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4862.   Gabrielle Silverstein, individually, as surviving Child of Craig Silverstein, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Gabrielle Silverstein is a resident of New Jersey. Craig Silverstein, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4863.   Cameron Silverstein, individually, as surviving Child of Craig Silverstein, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Cameron Silverstein is a resident of New Jersey. Craig Silverstein, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4864. Laurie Simowitz, as the Personal Representative of the Estate of Mollie Simowitz, deceased, the late Parent of Barry Simowitz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mollie Simowitz died a resident of New York. Barry Simowitz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4865. Ellen Brotman and Susan Brotman, as the Personal Representatives of the Estate of Renee Brotman, deceased, the late Sibling of Barry Simowitz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Renee Brotman died a resident of Texas. Barry Simowitz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4866. Linda Slattery, individually, as surviving Parent of Christopher Paul Slattery, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Slattery is a resident of New York. Christopher Paul Slattery, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4867. Daniel Slattery, individually, as surviving Sibling of Christopher Paul Slattery, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Slattery is a resident of Connecticut. Christopher Paul Slattery, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4868. Erin Slattery-Appelle, individually, as surviving Sibling of Christopher Paul Slattery, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erin Slattery-Appelle is a resident of New York. Christopher Paul Slattery, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4869. George Smith, individually, as surviving Parent of Heather Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. George Smith is a resident of California. Heather Smith, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4870. Judy Smith, individually, as surviving Parent of Heather Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Judy Smith is a resident of California. Heather Smith, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4871. Chad Michael Smith, individually, as surviving Sibling of Heather Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chad Michael Smith is a resident of California. Heather Smith, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4872. Yongjin L. Song, individually, as surviving Parent of Daniel W. Song a/k/a Won-Hyeong Song, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yongjin L. Song is a resident of New Jersey. Daniel W. Song a/k/a Won-Hyeong Song, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4873. Hyungshin K. Song, individually, as surviving Parent of Daniel W. Song a/k/a Won-Hyeong Song, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Hyungshin K. Song is a resident of New Jersey. Daniel W. Song a/k/a Won-Hyeong Song, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4874. Frank Song, individually, as surviving Sibling of Daniel W. Song a/k/a Won-Hyeong Song, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Song is a resident of New York. Daniel W. Song a/k/a Won-Hyeong Song, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4875. Julie Song, individually, as surviving Sibling of Daniel W. Song a/k/a Won-Hyeong Song, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Julie Song is a resident of New Jersey. Daniel W. Song a/k/a Won-Hyeong Song, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were

carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4876.   Christina L. Kminek, individually, as surviving Stebsibling of Mari-Rae Sopper, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christina L. Kminek is a resident of Virginia. Mari-Rae Sopper, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4877.   Frank Kminek, Sr., individually, as surviving Stepparent of Mari-Rae Sopper, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Kminek, Sr., is a resident of Florida. Mari-Rae Sopper, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4878.   Frank Kminek, Jr., individually, as surviving Stepsibling of Mari-Rae Sopper, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Kminek, Jr., is a resident of Iowa. Mari-Rae Sopper, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4879.   Christopher Kminek, individually, as surviving Stepsibling of Mari-Rae Sopper, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Kminek is a resident of Illinois. Mari-Rae Sopper, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4880.   Stacy Lupcho, individually, as surviving Sibling of Mari-Rae Sopper, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stacy Lupcho is a resident of Florida. Mari-Rae Sopper, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4881.   Kathryn Spencer, individually, as surviving Child of Robert A. Spencer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathryn Spencer is a resident of New Jersey. Robert A. Spencer, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4882. Addison Spencer, individually, as surviving Child of Robert A. Spencer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Addison Spencer is a resident of New Jersey. Robert A. Spencer, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4883. Robert Spencer, individually, as surviving Child of Robert A. Spencer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Spencer is a resident of New Jersey. Robert A. Spencer, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4884. Robert Spencer, individually, as surviving Parent of Robert A. Spencer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Spencer is a resident of New Jersey. Robert A. Spencer, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4885. Elizabeth Richardson, individually, as surviving Sibling of Robert A. Spencer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Richardson is a resident of New Jersey. Robert A. Spencer, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4886. Susan Spencer-Craig, individually, as surviving Sibling of Robert A. Spencer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Spencer-Craig is a resident of New Jersey. Robert A. Spencer, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4887. Jennifer Fosburgh, individually, as surviving Sibling of Robert A. Spencer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Fosburgh is a resident of New Jersey. Robert A. Spencer, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4888. Michael Spencer, individually, as surviving Sibling of Robert A. Spencer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Spencer is a resident of New Jersey. Robert A. Spencer, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4889. Michael Spencer and Jennifer Fosburgh, as the Personal Representatives of the Estate of Kathryn Hayes, deceased, the late Sibling of Robert A. Spencer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathryn Hayes died a resident of New Jersey. Robert A. Spencer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4890. Hans Ulrich Sutter, as the Personal Representative of the Estate of Selina Sutter Derrer, deceased, the late Parent of Seline Sutter, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Selina Sutter Derrer died a resident of Switzerland. Seline Sutter is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4891. Marc Taddonio, individually, as surviving Sibling of Michael Taddonio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marc Taddonio is a resident of New York. Michael Taddonio, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4892. Danielle Taddonio Miscioscia, individually, as surviving Child of Michael Taddonio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Danielle Taddonio Miscioscia is a resident of New York. Michael Taddonio, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4893. Nicole Taddonio, individually, as surviving Child of Michael Taddonio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicole Taddonio is a resident of New Jersey. Michael Taddonio, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and

Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4894. Michael Taddonio, Jr., individually, as surviving Child of Michael Taddonio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Taddonio, Jr. is a resident of New York. Michael Taddonio, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4895. Richard Taddonio, individually, as surviving Sibling of Michael Taddonio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard Taddonio is a resident of South Carolina. Michael Taddonio, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4896. Teresa Martin, individually, as surviving Sibling of Michael Taddonio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa Martin is a resident of Georgia. Michael Taddonio, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4897. Lisa Crowe, individually, as surviving Sibling of Michael Taddonio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Crowe is a resident of North Carolina. Michael Taddonio, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4898. Marc Taddonio, as the Personal Representative of the Estate of Josephine Taddonio, deceased, the late Parent of Michael Taddonio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Josephine Taddonio died a resident of New York. Michael Taddonio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4899. Marc Taddonio and Richard Taddonio, as the Personal Representatives of the Estate of Richard Taddonio, deceased, the late Parent of Michael Taddonio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard Taddonio died a resident of New York. Michael Taddonio is one of the Decedents murdered as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4900. Jane Terrenzi-Spring, individually, as surviving Spouse of Brian Terrenzi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jane Terrenzi-Spring is a resident of New York. Brian Terrenzi, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4901. Elizabeth Terrenzi Spring, individually, as surviving Child of Brian Terrenzi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Terrenzi Spring is a resident of New York. Brian Terrenzi, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4902. Norman Thompson, individually, as surviving Parent of Nigel Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Norman Thompson is a resident of the United Kingdom. Nigel Thompson, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4903. Patricia Thompson, individually, as surviving Parent of Nigel Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Thompson is a resident of the United Kingdom. Nigel Thompson, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4904. Mark Thompson, individually, as surviving Sibling of Nigel Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mark Thompson is a resident of the United Kingdom. Nigel Thompson, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4905. Neal Thompson, individually, as surviving Sibling of Nigel Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Neal Thompson is a resident of New York. Nigel Thompson, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4906.  Sharon Thorpe Hanson, individually, as surviving Sibling of Nichola Angela Thorpe, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Sharon Thorpe Hanson is a resident of New York. Nichola Angela Thorpe, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4907.  Gregory Todisco, individually, as surviving Child of Richard Todisco, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Gregory Todisco is a resident of Connecticut. Richard Todisco, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4908.  Lisa DeBarbrie, individually, as surviving Child of Richard Todisco, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Lisa DeBarbrie is a resident of New Jersey. Richard Todisco, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4909.  Emily Tompsett, individually, as surviving Child of Stephen Tompsett, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Emily Tompsett is a resident of New York. Stephen Tompsett, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4910.  Taylor Tucker, individually, as surviving Child of Michael Tucker, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Taylor Tucker is a resident of New Jersey. Michael Tucker, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4911.  Gaffney Tucker, individually, as surviving Child of Michael Tucker, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Gaffney Tucker is a resident of New Jersey. Michael Tucker, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4912.   Morgan Tucker, individually, as surviving Child of Michael Tucker, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Morgan Tucker is a resident of New Jersey. Michael Tucker, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4913.   Alexandra Tucker, individually, as surviving Child of Michael Tucker, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Alexandra Tucker is a resident of New Jersey. Michael Tucker, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4914.   Joan Tucker, individually, as surviving Parent of Michael Tucker, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Joan Tucker is a resident of New Jersey. Michael Tucker, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4915.   Thomas Tucker, individually, as surviving Parent of Michael Tucker, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Thomas Tucker is a resident of New Jersey. Michael Tucker, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4916.   Christopher Tucker, individually, as surviving Sibling of Michael Tucker, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Christopher Tucker is a resident of Pennsylvania. Michael Tucker, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4917.   John Tucker, individually, as surviving Sibling of Michael Tucker, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  John Tucker is a resident of New Jersey. Michael Tucker, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

844

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4918. Maureen OMalley, individually, as surviving Sibling of Michael Tucker, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Maureen OMalley is a resident of Florida. Michael Tucker, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4919. Susan Jenkins, individually, as surviving Sibling of Michael Tucker, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Susan Jenkins is a resident of Florida. Michael Tucker, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4920. Cathy Guba, individually, as surviving Sibling of Michael Tucker, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Cathy Guba is a resident of New Jersey. Michael Tucker, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4921. Meaghan Vauk, individually, as surviving Child of Ronald Vauk, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Meaghan Vauk is a resident of Maryland. Ronald Vauk, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4922. Liam Vauk, individually, as surviving Child of Ronald Vauk, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Liam Vauk is a resident of Maryland. Ronald Vauk, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4923. Dennis Vauk, individually, as surviving Sibling of Ronald Vauk, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Dennis Vauk is a resident of Texas. Ronald Vauk, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4924. Lynne Caba, individually, as surviving Sibling of Ronald Vauk, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lynne Caba is a resident of Idaho. Ronald Vauk, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4925. Teresa Masterson, individually, as surviving Sibling of Ronald Vauk, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa Masterson is a resident of Idaho. Ronald Vauk, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4926. Patricia Vauk, individually, as surviving Sibling of Ronald Vauk, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Vauk is a resident of Minnesota. Ronald Vauk, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4927. Charles Vauk, individually, as surviving Sibling of Ronald Vauk, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charles Vauk is a resident of Idaho. Ronald Vauk, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4928. Christina Vianna Tenaglia, individually, as surviving Sibling of Matthew Vianna, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christina Vianna Tenaglia is a resident of New York. Matthew Vianna, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4929. Shont Voskerijian, individually, as surviving Child of Garo Voskerijian, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shont Voskerijian is a resident of New York. Garo Voskerijian, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4930.   Isabelle Voskerijian, individually, as surviving Child of Garo Voskerijian, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Isabelle Voskerijian is a resident of New York. Garo Voskerijian, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4931.   Aleene Voskerijian, individually, as surviving Child of Garo Voskerijian, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Aleene Voskerijian is a resident of New York. Garo Voskerijian, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4932.   Zaree Voskerijian, individually, as surviving Sibling of Garo Voskerijian, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Zaree Voskerijian is a resident of New York. Garo Voskerijian, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4933.   Zaree Voskerijian, as the Personal Representative of the Estate of Zabel Voskerijian, deceased, the late Parent of Garo Voskerijian, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zabel Voskerijian died a resident of New York. Garo Voskerijian is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4934.   Carol Waldie, individually, as surviving Spouse of Kenneth Waldie, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Carol Waldie is a resident of Massachusetts. Kenneth Waldie, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4935.   Jonathan Waldie, individually, as surviving Child of Kenneth Waldie, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Jonathan Waldie is a resident of Massachusetts. Kenneth Waldie, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4936. Meredith Waldie Witherspoon, individually, as surviving Child of Kenneth Waldie, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Meredith Waldie Witherspoon is a resident of New Hampshire. Kenneth Waldie, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4937. Andrew Petisce, individually, as surviving Stepchild of Kenneth Waldie, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Petisce is a resident of Massachusetts. Kenneth Waldie, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4938. Jeffrey Waldie, individually, as surviving Child of Kenneth Waldie, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeffrey Waldie is a resident of New Hampshire. Kenneth Waldie, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4939. Jane Waldie Wrenshall, individually, as surviving Sibling of Kenneth Waldie, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jane Waldie Wrenshall is a resident of Pennsylvania. Kenneth Waldie, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4940. Mary Louise Waldie Klimm, individually, as surviving Sibling of Kenneth Waldie, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Louise Waldie Klimm is a resident of Massachusetts. Kenneth Waldie, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4941. Jack Waldie, individually, as surviving Sibling of Kenneth Waldie, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jack Waldie is a resident of New Hampshire. Kenneth Waldie, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4942. Grace McGroarty, individually, as surviving Sibling of Kenneth Waldie, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Grace McGroarty is a resident of Massachusetts. Kenneth Waldie, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4943. Zoe Webster Ghirarduzzi, individually, as surviving Child of Dinah Webster, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zoe Webster Ghirarduzzi is a resident of the United Kingdom. Dinah Webster, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4944. Clive Hopwood, as the Personal Representative of the Estate of Peter Hopwood, deceased, the late Parent of Dinah Webster, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Hopwood died a resident of the United Kingdom. Dinah Webster is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4945. Clive Hopwood, as the Personal Representative of the Estate of Sonia Hopwood, deceased, the late Parent of Dinah Webster, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sonia Hopwood died a resident of the United Kingdom. Dinah Webster is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4946. Marcia Weiss, as the Personal Representative of the Estate of Gina Weiss, deceased, the late Child of David T. Weiss, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gina Weiss died a resident of New York. David T. Weiss is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4947. Allison Noble Works, individually, as surviving Child of John Bentley Works, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Allison Noble Works is a resident of Florida. John Bentley Works, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda

and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4948. Dorothea Wotton, individually, as surviving Child of Rodney Wotton, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dorothea Wotton is a resident of New Jersey. Rodney Wotton, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4949. Rodney Wotton, individually, as surviving Child of Rodney Wotton, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rodney Wotton is a resident of New Jersey. Rodney Wotton, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4950. Brian E. Wotton, individually, as surviving Sibling of Rodney Wotton, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian E. Wotton is a resident of New Jersey. Rodney Wotton, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4951. David Stewart Wotton, individually, as surviving Sibling of Rodney Wotton, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Stewart Wotton is a resident of Texas. Rodney Wotton, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4952. Brian E. Wotton, as the Personal Representative of the Estate of Jean Wotton, deceased, the late Parent of Rodney Wotton, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jean Wotton died a resident of New Jersey. Rodney Wotton is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4953. Brian E. Wotton, as the Personal Representative of the Estate of Stewart Wotton, deceased, the late Parent of Rodney Wotton, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stewart Wotton died a resident of New Jersey. Rodney Wotton is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim

850

World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4954. Judith Dalton, individually, as surviving Sibling of William Wren, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Judith Dalton is a resident of Florida. William Wren, is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4955. Tricia Marsala, as the Personal Representative of the Estate of Kathleen Demme, deceased, the late Sibling of William Wren, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Demme died a resident of New York. William Wren is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

## APPENDIX – BRODER REITER

4956. Cheryl Schneider, individually, as surviving Spouse of Ian Schneider, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cheryl Schneider is a resident of New Jersey. Ian Schneider is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4957. Rachel Schneider, individually, as surviving Child of Ian Schneider, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rachel Schneider is a resident of New Jersey. Ian Schneider is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4958. Jacob Schneider, individually, as surviving Child of Ian Schneider, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jacob Schneider is a resident of New Jersey. Ian Schneider is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4959. Sophie Schneider, individually, as surviving Child of Ian Schneider, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sophie Schneider is a resident of New

Jersey. Ian Schneider is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4960. Nancy Dimino, individually, as surviving Spouse of Stephen Dimino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nancy Dimino is a resident of New Jersey. Stephen Dimino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4961. Sabrina Dimino, individually, as surviving Child of Stephen Dimino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sabrina Dimino is a resident of New Jersey. Stephen Dimino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4962. Gigi Dimino-Ebert, individually, as surviving Sibling of Stephen Dimino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gigi Dimino-Ebert is a resident of New Jersey. Stephen Dimino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4963. Jonathan T. Connors, individually, as surviving Child of Jonathan M. Connors, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jonathan T. Connors is a resident of New York. Jonathan M. Connors is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4964. Jonathan T. Connors, as Executor of the Estate Susan Connors, the surviving Spouse of Jonathan M. Connors, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jonathan T. Connors is a resident of New York. Jonathan M. Connors is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4965. James Connors, individually, as surviving Child of Jonathan M. Connors, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Connors is a resident of New York. Jonathan M. Connors is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4966. Matilde Salcedo, individually, as surviving Spouse of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matilde Salcedo is a resident of Massachusetts. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4967. Amber Salcedo, individually, as surviving Child of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amber Salcedo is a resident of Massachusetts. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4968. Kayla Salcedo, individually, as surviving Child of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kayla Salcedo is a resident of Massachusetts. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4969. Markos Salcedo, individually, as surviving Child of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Markos Salcedo is a resident of Massachusetts. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4970. Melody Ann Salcedo, individually, as surviving Child of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melody Ann Salcedo is a resident of New York. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

APPENDIX 1 – SCHUTTY

4971. Irene Dickey, individually, as surviving Spouse of Joseph D. Dickey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Irene Dickey is a resident of

New York. Joseph D. Dickey is one of the Decedents murdered as a result of the terrorist attacks on September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4972. Elizabeth Dickey, individually, as surviving Child of Joseph D. Dickey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Dickey is a resident of New York. Joseph D. Dickey is one of the Decedents murdered as a result of the terrorist attacks on September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4973. Joseph Dickey III, individually, as surviving Child of Joseph D. Dickey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Dickey III is a resident of New York. Joseph D. Dickey is one of the Decedents murdered as a result of the terrorist attacks on September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4974. Jacqueline Eaton-Garland, individually, as surviving Spouse of Robert E. Eaton, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jacqueline Eaton-Garland is a resident of New York. Robert E. Eaton is one of the Decedents murdered as a result of the terrorist attacks on September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4975. Joanne Kelly, individually, as surviving Spouse of James J. Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joanne Kelly is a resident of New York. James J. Kelly is one of the Decedents murdered as a result of the terrorist attacks on September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4976. Erin Kelly, individually, as surviving Child of James J. Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erin Kelly is a resident of New York. James J. Kelly is one of the Decedents murdered as a result of the terrorist attacks on September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4977. Kaitlyn Kelly, individually, as surviving Child of James J. Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kaitlyn Kelly is a resident of New York. James J. Kelly is one of the Decedents murdered as a result of the terrorist attacks

854

on September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4978. Colleen Kelly, individually, as surviving Child of James J. Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Colleen Kelly is a resident of New York. James J. Kelly is one of the Decedents murdered as a result of the terrorist attacks on September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4979. Brianne Kelly, individually, as surviving Child of James J. Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erin Kelly is a resident of New York. James J. Kelly is one of the Decedents murdered as a result of the terrorist attacks on September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4980. Eileen Lynch, individually, as surviving Spouse of Farrell P. Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eileen Lynch is a resident of New York. Farrell P. Lynch is one of the Decedents murdered as a result of the terrorist attacks on September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4981. Kathleen Lynch, individually, as surviving Child of Farrell P. Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Lynch is a resident of New York. Farrell P. Lynch is one of the Decedents murdered as a result of the terrorist attacks on September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4982. Anne Lynch, individually, as surviving Child of Farrell P. Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anne Lynch is a resident of New York. Farrell P. Lynch is one of the Decedents murdered as a result of the terrorist attacks on September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4983. Meghan Lynch, individually, as surviving Child of Farrell P. Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Meghan Lynch is a resident of New York. Farrell P. Lynch is one of the Decedents murdered as a result of the terrorist attacks on September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4984. Lisa O'Brien, individually, as surviving Spouse of Timothy M. O'Brien, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa O'Brien is a resident of New York. Timothy M. O'Brien is one of the Decedents murdered as a result of the terrorist attacks on September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4985. Jacqueline O'Brien, individually, as surviving Child of Timothy M. O'Brien, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jacqueline O'Brien is a resident of New York. Timothy M. O'Brien is one of the Decedents murdered as a result of the terrorist attacks on September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4986. John O'Brien, individually, as surviving Child of Timothy M. O'Brien, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John O'Brien is a resident of New York. Timothy M. O'Brien is one of the Decedents murdered as a result of the terrorist attacks on September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4987. Madeline O'Brien, individually, as surviving Child of Timothy M. O'Brien, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Madeline O'Brien is a resident of New York. Timothy M. O'Brien is one of the Decedents murdered as a result of the terrorist attacks on September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4988. Dara Seaman, individually, as surviving Spouse of Michael H. Seaman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dara Seaman is a resident of New York. Michael H. Seaman is one of the Decedents murdered as a result of the terrorist attacks on September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4989. Edward Seaman, individually, as surviving Child of Michael H. Seaman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edward Seaman is a resident of New York. Michael H. Seaman is one of the Decedents murdered as a result of the terrorist attacks on September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4990. Michaella Belford, individually, as surviving Child of Michael H. Seaman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michaella Belford is a resident of New York. Michael H. Seaman is one of the Decedents murdered as a result of the terrorist attacks on September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4991. Mary Fortin, individually, as surviving Child of Michael H. Seaman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Fortin is a resident of New York. Michael H. Seaman is one of the Decedents murdered as a result of the terrorist attacks on September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4992. Susan Sliwak, individually, as surviving Spouse of Robert F. Sliwak, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Sliwak is a resident of New York. Robert F. Sliwak is one of the Decedents murdered as a result of the terrorist attacks on September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4993. Ryan Sliwak, individually, as surviving Child of Robert F. Sliwak, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ryan Sliwak is a resident of New York. Robert F. Sliwak is one of the Decedents murdered as a result of the terrorist attacks on September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4994. Nicole Sliwak, individually, as surviving Child of Robert F. Sliwak, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicole Sliwak is a resident of New York. Robert F. Sliwak is one of the Decedents murdered as a result of the terrorist attacks on September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4995. Kyle Sliwak, individually, as surviving Child of Robert F. Sliwak, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kyle Sliwak is a resident of New York. Robert F. Sliwak is one of the Decedents murdered as a result of the terrorist attacks on September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4996. Allison Wallice, individually, as surviving Spouse of John Wallice, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Allison Wallice is a resident of New York. John Wallice, Jr. is one of the Decedents murdered as a result of the terrorist attacks on September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4997. Christian Wallice, individually, as surviving Child of John Wallice, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christian Wallice is a resident of New York. John Wallice, Jr. is one of the Decedents murdered as a result of the terrorist attacks on September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4998. Patrick Wallice, individually, as surviving Child of John Wallice, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick Wallice is a resident of New York. John Wallice, Jr. is one of the Decedents murdered as a result of the terrorist attacks on September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

4999. John Wallice III, individually, as surviving Child of John Wallice, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Wallice III is a resident of New York. John Wallice, Jr. is one of the Decedents murdered as a result of the terrorist attacks on September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5000. Patricia Ryan, individually, as surviving Spouse of John J. Ryan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Ryan is a resident of New Jersey. John J. Ryan is one of the Decedents murdered as a result of the terrorist attacks on September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5001. Laura Ryan, individually, as surviving Child of John J. Ryan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Ryan is a resident of New Jersey. John J. Ryan is one of the Decedents murdered as a result of the terrorist attacks on September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of

Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5002. Colin Ryan, individually, as surviving Child of John J. Ryan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Colin Ryan is a resident of New Jersey. John J. Ryan is one of the Decedents murdered as a result of the terrorist attacks on September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5003. Kristen Breitweiser, individually, as surviving Spouse of Ronald M. Breitwesier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kristen Breitweiser is a resident of New Jersey. Ronald M. Breitwesier is one of the Decedents murdered as a result of the terrorist attacks on September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5004. Caroline Breitweiser, individually, as surviving Child of Ronald M. Breitwesier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Caroline Breitweiser is a resident of New Jersey. Ronald M. Breitwesier is one of the Decedents murdered as a result of the terrorist attacks on September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

## APPENDIX - BAUMEISTER

5005. W. David Bauer, III, individually, as the surviving Child of W. David Bauer, Jr. is a Plaintiff seeking justice for the tragic events of September 11, 2001. W. David Bauer, III is a resident of New York. W. David Bauer Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5006. Stephen Bauer, individually, as the surviving Child of W. David Bauer, Jr. is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen Bauer is a resident of New Jersey. W. David Bauer Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5007. Jacqueline Bauer, individually, as the surviving Child of W. David Bauer, Jr. is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jacqueline Bauer is a resident of Pennsylvania. W. David Bauer Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5008. Heidi Bauer-Pollard, as the Personal Representative of the Estate of Walter D. Bauer, Sr., deceased, as the late surviving Parent of W. David Bauer, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Walter D. Bauer, Sr. was a resident of New Jersey. W. David Bauer Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5009. Heidi Bauer-Pollard, as the Personal Representative of the Estate of Dorothy Bauer, deceased, as the late surviving Parent of W. David Bauer, Jr. is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dorothy Bauer was a resident of New Jersey. W. David Bauer Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5010. Heidi Bauer-Pollard, individually, as the surviving Sibling of W. David Bauer, Jr. is a Plaintiff seeking justice for the tragic events of September 11, 2001. Heidi Bauer-Pollard is a resident of New Jersey. W. David Bauer Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5011. Gretchen Abernathy individually, as the surviving Sibling of W. David Bauer, Jr. is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gretchen Abernathy is a resident of Georgia. W. David Bauer Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5012. Rosemary Bauer, as the Personal Representative of the Estate of Robert G. Bauer, deceased, as the late surviving Sibling of W. David Bauer, Jr. is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Bauer was a resident of Tennessee. W. David Bauer Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5013. David P. Beamer, individually, as the surviving Child of Todd M. Beamer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David P. Beamer is a resident

of Colorado. Todd M. Beamer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5014.   Andrew T. Beamer, individually, as the surviving Child of Todd M. Beamer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Beamer is a resident of California. Todd M. Beamer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5015.   Morgan K. Beamer, individually, as the surviving Child of Todd M. Beamer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Morgan Beamer is a resident of New Jersey. Todd M. Beamer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5016.   David Beamer, individually, as the surviving Parent of Todd M. Beamer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Beamer is a resident of Michigan. Todd M. Beamer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5017.   Margaret Beamer, individually, as the surviving Parent of Todd M. Beamer. is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret Beamer is a resident of Michigan. Todd M. Beamer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5018.   Melissa Wilson, individually, as the surviving Sibling of Todd M. Beamer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melissa Wilson is a resident of Michigan. Todd M. Beamer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5019.   Michele Beamer-Sorensen, individually, as the surviving Sibling of Todd M. Beamer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michele Beamer-Sorensen is a resident of Ohio. Todd M. Beamer is one of the Decedents murdered as a

result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5020. Julia Beatini, individually, as the surviving Child of Paul F. Beatini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Julia Beatini is a resident of New Jersey. Paul F. Beatini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5021. Daria Beatini, individually, as the surviving Child of Paul F. Beatini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daria Beatini is a resident of New Jersey. Paul F. Beatini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5022. Mark Beatini, as the Personal Representative of the Estate of Michael C. Beatini, deceased, as the late surviving Parent of Paul F. Beatini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael C. Beatini was a resident of New Jersey. Paul F. Beatini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5023. Mark Beatini, as the Personal Representative of the Estate of Doris Beatini, deceased, as the late surviving Parent of Paul F. Beatini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Doris Beatini was a resident of New Jersey. Paul F. Beatini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5024. Nanda Beatini, as the Personal Representative of the Estate of Michael L. Beatini, deceased, as the late surviving Sibling of Paul F. Beatini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael L. Beatini was a resident of Vermont. Paul F. Beatini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5025.   Jeffery P. Pickett, as the Personal Representative of the Estate of Thomas Beatini, deceased, as the late surviving Sibling of Paul F. Beatini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Beatini was a resident of New Jersey. Paul F. Beatini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5026.   Mark Beatini, individually, as the surviving Sibling of Paul F. Beatini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mark Beatini is a resident of New Jersey. Paul F. Beatini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5027.   Nanda Beatini, individually, as the surviving Sibling of Paul F. Beatini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nanda Beatini is a resident of New Jersey. Paul F. Beatini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5028.   Kishore Bharvaney, as the Personal Representative of the Estate of Govind Bharvaney, deceased, as the late surviving Parent of Anil T. Bharvaney, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Govind Bharvaney was a citizen of Thailand. Anil T. Bharvaney is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5029.   Savitri Bharvaney, individually, as the surviving Parent of Anil T. Bharvaney, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Savitri Bharvaney is a citizen of Thailand. Anil T. Bharvaney is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5030.   Kishore Bharvaney, individually, as the surviving Sibling of Anil T. Bharvaney, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kishore Bharvaney is a citizen of Thailand. Anil T. Bharvaney is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5031.   Kody Bonnett, individually, as the surviving Child of Colin Bonnett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kody Bonnett is a resident of New York. Colin Bonnett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5032.   Aubrey Parris, individually, as the surviving Parent of Colin Bonnett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aubrey Parris is a resident of New York. Colin Bonnett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5033.   Julia Bonnett, individually, as the surviving Parent of Colin Bonnett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Julia Bonnett is a resident of New York. Colin Bonnett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5034.   Heather Bonnett, individually, as the surviving Sibling of Colin Bonnett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Heather Bonnett is a resident of New York. Colin Bonnett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5035.   Alyson V. Bowden-Hart, individually, as the surviving Child of Thomas H. Bowden, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alyson V. Bowden-Hart is a resident of South Carolina. Thomas H. Bowden, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5036.   Sara J. Bowden-Hart, individually, as the surviving Child of Thomas H. Bowden, Jr is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sara J. Bowden-Hart is a resident of South Carolina. Thomas H. Bowden, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic

Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5037.  James F. Bowden, individually, as the surviving Sibling of Thomas H. Bowden, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. James F. Bowden is a resident of New Jersey. Thomas H. Bowden, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5038.  Liam Bowman Henry, individually, as the surviving Child of Shawn E. Bowman, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Liam Bowman Henry is a resident of New York. Shawn E. Bowman, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5039.  Jack Bowman Henry, individually, as the surviving Child of Shawn E. Bowman, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jack Bowman Henry is a resident of New York. Shawn E. Bowman, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5040.  Shawn E. Bowman, Sr., individually, as the surviving Parent of Shawn E. Bowman, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shawn E. Bowman, Sr. is a resident of Florida. Shawn E. Bowman, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5041.  Carol A. Bowman, individually, as the surviving Parent of Shawn E. Bowman, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carol Bowman is a resident of Florida. Shawn E. Bowman, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5042.  James E. Bowman, individually, as the surviving Sibling of Shawn E. Bowman, Jr. is a Plaintiff seeking justice for the tragic events of September 11, 2001. James E. Bowman is a resident of New York. Shawn E. Bowman, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5043. Catherine Brennan, individually as the surviving Child of Thomas M. Brennan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Brennan is a resident of New York. Thomas M. Brennan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5044. Thomas M. Brennan, II, individually as the surviving Child of Thomas M. Brennan. is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas M. Brennan, II is a resident of New York. Thomas M. Brennan is one of the Decedents murdered as a  result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5045. John O. Brennan and Mary Beth Magee, as the Co-Personal Representatives of the Estate of Anita Brennan, deceased, as the late surviving Parent of Thomas M. Brennan, are Plaintiffs seeking justice for the tragic events of September 11, 2001. Anita Brennan was a resident of Florida. Thomas M. Brennan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5046. John V. Brennan, individually, as the surviving Parent of Thomas M. Brennan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John V. Brennan is a resident of Florida. Thomas M. Brennan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5047. John O. Brennan, individually, as the surviving Sibling of Thomas M. Brennan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John O. Brennan is a resident of New York. Thomas M. Brennan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5048. Paul Brennan, individually, as the surviving Sibling of Thomas M. Brennan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Brennan is a resident of New York. Thomas M. Brennan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5049. Michael Brennan, individually, as the surviving Sibling of Thomas M. Brennan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Brennan is a resident of New York. Thomas M. Brennan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5050. Mary Beth Magee, individually, as the surviving Sibling of Thomas M. Brennan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Beth Magee is a resident of Utah. Thomas M. Brennan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5051. Alessandra Bustillo, individually, as the surviving Child of Milton Bustillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alessandra Bustillo is a resident of New York. Milton Bustillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5052. Dayna Spordone, individually, as the surviving Stepchild of Milton Bustillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dayna Spordone is a resident of New York. Milton Bustillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of    the attacks.

5053. Dissa Bustillo, as the Personal Representative of the Estate of Gilberto Bustillo, Sr., deceased, as the late surviving Parent of Milton Bustillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. At the time of his death Gilberto Bustillo, Sr. was a resident of Venezuela. Milton Bustillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5054. Margarita Better, individually, as the surviving Parent of Milton Bustillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margarita Better is a resident of Florida. Milton Bustillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5055. Dissa Bustillo, individually, as the surviving Sibling of Milton Bustillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dissa Bustillo is a resident of New Jersey. Milton Bustillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5056. Mirna Bustillo, individually, as the surviving Sibling of Milton Bustillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mirna Bustillo is a resident of Florida. Milton Bustillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5057. Henry Bustillo, individually, as the surviving Sibling of Milton Bustillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Henry Bustillo is a resident of New Jersey. Milton Bustillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of    the attacks.

5058. Gilberto Bustillo, Jr., individually, as the surviving Sibling of Milton Bustillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gilberto Bustillo, Jr. is a resident of New Jersey. Milton Bustillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5059. John Arthur Candela, individually, as the surviving Child of John A. Candela, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Arthur Candela is a resident of New Jersey. John A. Candela is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5060. Juliette Candela, individually, as the surviving Child of John A. Candela, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Juliette Candela is a resident of Florida. John A. Candela is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5061. Joseph G. Candela, as the Personal Representative of the Estate of John C. Candela, deceased, as the late surviving Parent of John A. Candela, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John C. Candela was a resident of New Jersey. John A. Candela is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5062. Joseph G. Candela, as the Personal Representative of the Estate of Phyllis Candela, deceased, as the late surviving Parent of John A. Candela, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Phyllis Candela was a resident of New Jersey. John A. Candela is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5063. Joseph G. Candela, individually, as the surviving Sibling of John A. Candela, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph G. Candela is a resident of New Jersey. John A. Candela is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5064. Joan Brady, individually, as the surviving Sibling of John A. Candela, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan Brady is a resident of New Jersey. John A. Candela is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5065. Valerie Speller, individually, as the surviving Sibling of John A. Candela, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Valerie Speller is a resident of Connecticut. John A. Candela is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5066. Thomas Mee, as the Personal Representative of the Estate of Karen Ann Mee, deceased, as the late surviving Sibling John A. Candela, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Mee was a resident of New Jersey. John A. Candela is one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5067. Lisa Torres, individually, as the surviving Child of Edward Carlino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Torres is a resident of Arizona. Edward Carlino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5068. Leonard Di Vittorio, as the Personal Representative of the Estate of Mary Carlino, deceased, as the late surviving Parent of Edward Carlino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Carlino was a resident of New York. Edward Carlino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5069. Leonard Di Vittorio, as the Personal Representative of the Estate of Salvatore Carlino, deceased, as the late surviving Parent of Edward Carlino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Salvatore Carlino was a resident of New York. Edward Carlino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5070. William M. Cunningham, individually, as the surviving Child of Michael J. Cunningham, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William M. Cunningham is a resident of New Jersey. Michael J. Cunningham is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5071. Julieanne Cunningham, individually, as the surviving Sibling of Michael J. Cunningham, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Julieanne Cunningham is a citizen of the United Kingdom. Michael J. Cunningham is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5072. Andrew Cunningham, individually, as the surviving Sibling of Michael J. Cunningham, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew

Cunningham is a citizen of the United Kingdom. Michael J. Cunningham is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5073. Paul Cunningham, individually, as the surviving Sibling of Michael J. Cunningham, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Cunningham is a citizen of the United Kingdom. Michael J. Cunningham is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5074. Sean Cunningham, individually, as the surviving Sibling of Michael J. Cunningham, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sean Cunningham is a citizen of the United Kingdom. Michael J. Cunningham is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5075. Bernadette T. Hayes, individually, as the surviving Sibling of Michael J. Cunningham, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bernadette T. Hayes is a citizen of the United Kingdom. Michael J. Cunningham is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5076. Emily D'Ambrosi, individually, as the surviving Child of Jack L. D'Ambrosi, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Emily D'Ambrosi is a resident of Maine. Jack L. D'Ambrosi, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5077. Jacqueline Scales, individually, as the surviving Child of Jack L. D'Ambrosi, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jacqueline Scales is a resident of New Jersey. Jack L. D'Ambrosi, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5078. Tina D'Ambrosi, as the Personal Representative of the Estate of Jack L. D'Ambrosi, Sr., deceased, as the late surviving Parent of Jack L. D'Ambrosi, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jack L. D'Ambrosi, Sr. was a resident

of New Jersey. Jack L. D'Ambrosi, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5079. Denise Bonoli, individually, as the surviving Sibling of Jack L. D'Ambrosi, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Denise Bonoli is a resident of Massachusetts. Jack L. D'Ambrosi, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5080. Dean D'Ambrosi, individually, as the surviving Sibling of Jack L. D'Ambrosi, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dean D'Ambrosi is a resident of Virginia. Jack L. D'Ambrosi, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5081. Alison M. Danahy, individually, as the surviving Child of Patrick W. Danahy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alison M. Danahy is a resident of New York. Patrick W. Danahy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5082. Kathleen T. Danahy, individually, as the surviving Child of Patrick W. Danahy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen T. Danahy is a resident of New York. Patrick W. Danahy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5083. Grace A. Danahy, individually, as the surviving Child of Patrick W. Danahy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Grace A. Danahy is a resident of New York. Patrick W. Danahy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5084. Patti DiMeglio, individually, as the surviving Parent of David DiMeglio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patti DiMeglio is a resident of New Hampshire. David DiMeglio is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5085. Daniel DiMeglio, individually, as the surviving Sibling of David DiMeglio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel DiMeglio is a resident of Massachusetts. David DiMeglio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5086. Adrienne P. Felt, individually, as the surviving Child of Edward P. Felt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Adrienne P. Felt is a resident of California. Edward P. Felt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5087. Kathryn Felt, individually, as the surviving Child of Edward P. Felt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathryn Felt is a resident of New York. Edward P. Felt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5088. Shirley A. Felt, individually, as the surviving Parent of Edward P. Felt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shirley A. Felt is a resident of New York. Edward P. Felt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5089. Gordon Felt, individually, as the surviving Sibling of Edward P. Felt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gordon Felt is a resident of New York. Edward P. Felt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to  which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5090. Lawrence Felt, individually, as the surviving Sibling of Edward P. Felt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lawrence Felt is a resident of Virginia. Edward P. Felt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5091. Nancy Foster, individually, as the surviving Spouse of Noel Foster, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nancy Foster is a resident of New Jersey. Noel Foster is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5092. Megan Foster, an incapacitated adult, as the surviving Child of Noel Foster, by her mother and legal guardian, Nancy Foster, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Megan Foster is a resident of New Jersey. Noel Foster is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5093. Nicole Foster, as the surviving Child of Noel Foster, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicole Foster is a resident of New Jersey. Noel Foster is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5094. Alyssa Gallucci, individually, as the surviving Child of Vincenzo Gallucci, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alyssa Gallucci is a resident of California. Vincenzo Gallucci is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5095. Joseph D. Gallucci, individually, as the surviving Child of Vincenzo Gallucci, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph D. Gallucci is a resident of New Jersey. Vincenzo Gallucci is one of the Decedents murdered as a result   of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5096. Angela Gallucci, as the Personal Representative of the Estate of Joseph Gallucci, deceased, as the late surviving Parent of Vincenzo Gallucci, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Gallucci was a resident of New Jersey. Vincenzo Gallucci is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5097. Angela Gallucci, individually, as the surviving Parent of Vincenzo Gallucci, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angela Gallucci is a resident of New Jersey. Vincenzo Gallucci is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5098. Filomena G. Santorelli, individually, as the surviving Sibling of Vincenzo Gallucci, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Filomena G. Santorelli is a resident of New Jersey. Vincenzo Gallucci is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5099. Domenick D'Ambola, as the Personal Representative of the Estate of Jessamine D'Ambola, deceased, as the late surviving Parent of Donna Giordano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessamine D'Ambola was a resident of New Jersey. Donna Giordano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5100. Domenick D'Ambola, individually, as the surviving Parent of Donna Giordano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Domenick D'Ambola is a resident of New Jersey. Donna Giordano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5101. Elaine Barrett, individually, as the surviving Sibling of Donna Giordano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elaine Barrett is a resident of New Jersey. Donna Giordano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5102. Emerson Glick, individually, as the surviving Child of Jeremy Glick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Emerson Glick is a resident of New Hampshire. Jeremy Glick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of    the attacks.

5103.  Lloyd Glick, individually, as the surviving Parent of Jeremy Glick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lloyd Glick is a resident of New Jersey. Jeremy Glick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5104.  Joan Glick, individually, as the surviving Parent of Jeremy Glick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan Glick is a resident of New Jersey. Jeremy Glick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5105.  Jennifer Glick, individually, as the surviving Sibling of Jeremy Glick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Glick is a resident of New Jersey. Jeremy Glick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5106.  Jed Glick, individually, as the surviving Sibling of Jeremy Glick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jed Glick is a resident of New Jersey. Jeremy Glick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5107.  Joanna Danino, individually, as the surviving Sibling of Jeremy Glick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joanna Danino is a resident of New York. Jeremy Glick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5108.  Jared Glick, individually, as the surviving Sibling of Jeremy Glick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jared Glick is a resident of New Jersey. Jeremy Glick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

876

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5109. Jonah Glick, individually, as the surviving Sibling of Jeremy Glick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jonah Glick is a U.S. citizen who current resides in Japan. Jeremy Glick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5110. Hanna Goldstein, individually, as the surviving Child of Steven Goldstein, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Hanna Goldstein is a resident of New Jersey. Steven Goldstein is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5111. Harris Goldstein, individually, as the surviving Child of Steven Goldstein, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Harris Goldstein is a resident of New Jersey. Steven Goldstein is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5112. Elsa G. Strong, as the Personal Representative of the Estate of Doris Gronlund, deceased, as the late surviving Parent of Linda K. Gronlund, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Doris Gronlund was a resident of New York. Linda K. Gronlund is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5113. Marguerite Glidden, as the Personal Representative of the Estate of Arthur G. Gronlund, deceased, as the late surviving Parent of Linda K. Gronlund, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Arthur G. Gronlund was a resident of Florida. Linda K. Gronlund is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5114. Kevin J. Hannaford, Jr., individually, as the surviving Child of Kevin J. Hannaford, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin J. Hannaford, Jr. is a resident of New Jersey. Kevin J. Hannaford is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda

and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5115.   Patrick J. Hannaford, individually, as the surviving Child of Kevin J. Hannaford, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick J. Hannaford is a resident of New Jersey. Kevin J. Hannaford is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5116.   James T. Jack, as the Personal Representative of the Estate of James H. Jack, deceased, as the late surviving Parent of Bryan C. Jack, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James H. Jack was a resident of Texas. Bryan C. Jack is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5117.   James T. Jack, as the Personal Representative of the Estate of Helen M. Jack, deceased, as the late surviving Parent of Bryan C. Jack, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Helen M. Jack was a resident of Colorado. Bryan C. Jack is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5118.   James T. Jack, individually, as the surviving Sibling of Bryan C. Jack, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James T. Jack is a resident of New Mexico. Bryan C. Jack is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5119.   Margaret A. Johnson, individually, as the surviving Parent of Scott Johnson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret A. Johnson is a resident of Florida. Scott Johnson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5120.   Margaret Wager, individually, as the surviving Sibling of Scott Johnson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret Wager is a resident of New Jersey. Scott Johnson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

878

and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5121. Margaret Wager, as the Personal Representative of the Estate of Thomas P. Johnson, deceased, as the late surviving Sibling of Scott Johnson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas P. Johnson was a resident of Delaware. Scott Johnson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5122. Donald T. Jones, III, individually, as the surviving Child of Donald T. Jones, II, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donald T. Jones, III is a resident of New Jersey. Donald T. Jones, II is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5123. Taylor N. Jones, individually, as the surviving Child of Donald T. Jones, II, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Taylor N. Jones is a resident of New Jersey. Donald T. Jones, II is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5124. Judith Jones, as the Personal Representative of the Estate of Donald T. Jones, Sr., deceased, as the late surviving Parent of Donald T. Jones, II, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donald T. Jones, Sr. was a resident of New Jersey. Donald T. Jones, II is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5125. Judith Jones, individually, as the surviving Parent of Donald T. Jones, II, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Judith Jones is a resident of New Jersey. Donald T. Jones, II is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5126. William B. Jones, individually, as the surviving Sibling of Donald T. Jones, II, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William B. Jones is a resident of New Jersey. Donald T. Jones, II is one of the Decedents murdered as a result

of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5127.  Jason B. Kane, individually, as the surviving Child of Howard Kane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jason B. Kane is a resident of New Jersey. Howard Kane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5128.  Adam Kane, as the Personal Representative of the Estate of Bruce Kane, deceased, as the late surviving Parent of Howard Kane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bruce Kane was a resident of New Jersey. Howard Kane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5129.  Rochelle Kane, individually, as the surviving Parent of Howard Kane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rochelle Kane is a resident of New Jersey. Howard Kane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5130.  Adam Kane, individually, as the surviving Sibling of Howard Kane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Adam Kane is a resident of New Jersey. Howard Kane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5131.  Holly A. Tanz, individually, as the surviving Sibling of Howard Kane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Holly A. Tanz is a resident of New York. Howard Kane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5132.  Joseph D. Keller, individually, as the surviving Child of Joseph J. Keller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph D. Keller is a resident of New Jersey. Joseph J. Keller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5133.   Sydnie Keller, individually, as the surviving Child of Joseph J. Keller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sydnie Keller is a resident of New Jersey. Joseph J. Keller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5134.   June Saslow, individually, as the surviving Parent of Joseph J. Keller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. June Saslow is a resident of North Carolina. Joseph J. Keller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5135.   Jennifer Lutz, individually, as the surviving Sibling of Joseph J. Keller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Lutz is a resident of North Carolina. Joseph J. Keller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5136.   Patricia Lewis, individually, as the surviving Spouse of Adam Lewis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Lewis is a resident of Connecticut. Adam Lewis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5137.   Arthur S. Lewis, individually, as the surviving Child of Adam Lewis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Arthur S. Lewis is a resident of Connecticut. Adam Lewis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5138.   Caroline Lewis, individually, as the surviving Child of Adam Lewis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Caroline Lewis is a resident of Connecticut. Adam Lewis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5139. Reilly Lewis, individually, as the surviving Child of Adam Lewis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Reilly Lewis is a resident of Connecticut. Adam Lewis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5140. Sophia Lewis, individually, as the surviving Child of Adam Lewis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sophia Lewis is a resident of Connecticut. Adam Lewis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5141. Geraldine Lewis, individually, as the surviving Parent of Adam Lewis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Geraldine Lewis is a resident of Connecticut. Adam Lewis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5142. Kathryn Hebert, individually, as the surviving Sibling of Adam Lewis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathryn Hebert is a resident of Connecticut. Adam Lewis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5143. Pamela Passaretta, individually, as the surviving Sibling of Adam Lewis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pamela Passaretta is a resident of Florida. Adam Lewis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5144. Ann B. MacRae, individually, as the surviving Parent of Catherine F. MacRae, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ann B. MacRae is a resident of New York. Catherine F. MacRae is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief

Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5145. Ann C. MacRae, individually, as the surviving Sibling of Catherine F. MacRae, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ann C. MacRae is a resident of New York. Catherine F. MacRae is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5146. Jeffrey Magnuson, individually, as the surviving Child of Ronald Magnuson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeffrey Magnuson is a resident of New Jersey. Ronald Magnuson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5147. Sheryl Magnuson, individually, as the surviving Child of Ronald Magnuson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sheryl Magnuson is a resident of New Jersey. Ronald Magnuson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5148. Knut Magnuson, individually, as the surviving Sibling of Ronald Magnuson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Knut Magnuson is a resident of Connecticut. Ronald Magnuson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5149. James Maher, as the Personal Representative of the Estate of Jeanne Maher, deceased, as the late surviving Parent of Daniel L. Maher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeanne Maher was a resident of New Jersey. Daniel L. Maher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5150. Christina Maher, as the Personal Representative of the Estate of Raymond Maher, deceased, as the late surviving Sibling of Daniel L. Maher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raymond Maher was a resident of Texas. Daniel L. Maher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5151. James Maher, individually, as the surviving Sibling of Daniel L. Maher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Maher is a resident of Florida. Daniel L. Maher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5152. Jeanne Brandofino, individually, as the surviving Sibling of Daniel L. Maher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeanne Brandofino is a resident of New York. Daniel L. Maher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5153. Dawn Meyer-Fuchs, individually, as the surviving Child of David R. Meyer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dawn Meyer-Fuchs is a resident of New Jersey. David R. Meyer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5154. Heidi Menonna, individually, as the surviving Child of David R. Meyer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Heidi Menonna is a resident of New Jersey. David R. Meyer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5155. Heather Vulpone, individually, as the surviving Child of David R. Meyer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Heather Vulpone is a resident of New Jersey. David R. Meyer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5156. Kristine Meyer, individually, as the surviving Sibling of David R. Meyer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kristine Meyer is a resident of New Jersey. David R. Meyer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5157. Charles Meyer, individually, as the surviving Sibling of David R. Meyer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charles Meyer is a resident of New Jersey. David R. Meyer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5158. Jamie Montanaro and Karen Montanaro, as Co-Personal Representatives of the Estate of Frank Montanaro, deceased, as the late surviving Parent of Kristen Montanaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Montanaro was a resident of New York. Kristen Montanaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5159. Jamie Montanaro, as the surviving Sibling of Kristen Montanaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jamie Montanaro is a resident of New York. Kristen Montanaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5160. Karen Montanaro, as the surviving Sibling of Kristen Montanaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Montanaro is a resident of New York. Kristen Montanaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5161. Caitlyn B. Murphy, individually, as the surviving Child of Kevin Murphy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Caitlyn Murphy is a resident of New York. Kevin Murphy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5162. Connor J. Murphy, individually, as the surviving Child of Kevin Murphy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Connor J. Murphy is a resident of New York. Kevin Murphy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5163. Sally Ryan, as the Personal Representative of the Estate of Timothy F. Murphy, Jr., deceased, as the late surviving Parent of Kevin Murphy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Timothy F. Murphy, Jr. was a resident of North Carolina. Kevin Murphy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5164. Sally Ryan, individually, as the surviving Parent of Kevin Murphy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sally Ryan is a resident of North Carolina. Kevin Murphy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5165. Michael J. Murphy, individually, as the surviving Sibling of Kevin Murphy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael J. Murphy is a resident of Ohio. Kevin Murphy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5166. Mary Beth Dougherty, individually, as the surviving Sibling of Kevin Murphy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Beth Dougherty is a resident of New York. Kevin Murphy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5167. Timothy P. Murphy, individually, as the surviving Sibling of Kevin Murphy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Timothy P. Murphy is a resident of Florida. Kevin Murphy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5168. John F. Murphy, individually, as the surviving Sibling of Kevin Murphy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John F. Murphy is a resident of Rhode Island. Kevin Murphy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization,

World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5169.  Danielle Pandolfi, individually, as the surviving Child of Ronald Orsini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Danielle Pandolfi is a resident of New Jersey. Ronald Orsini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5170.  Barbara Stang, individually, as the surviving Sibling of Ronald Orsini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Stang is a resident of New Jersey. Ronald Orsini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5171.  Pauline Orsini, as the Personal Representative of the Estate of Robert Orsini, deceased, as the late surviving Sibling of Ronald Orsini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Orsini was a resident of Nevada. Ronald Orsini was one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5172.  Joan Parker, as the Personal Representative of the Estate of Philip L. Parker, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Philip L. Parker, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Philip L. Parker was a resident of New Jersey. Philip L. Parker is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5173.  Joan Parker, individually, as the surviving Spouse of Philip L. Parker, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan Parker is a resident of Pennsylvania. Philip L. Parker is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5174.  Stephanie Parker, as the surviving Child of Philip L. Parker, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephanie Parker is a resident of Pennsylvania. Philip L. Parker is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5175.  Catherine A. Stover, individually, as the surviving Child of Jean H. Peterson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine A. Stover is a resident of New Jersey. Jean H. Peterson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5176.  Grace P. Sherwood, individually, as the surviving Child of Jean H. Peterson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Grace P. Sherwood is a resident of Maine. Jean H. Peterson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5177.  Jennifer Price-Salkever, as the Personal Representative of the Estate of Walter Hoadley, deceased, as the late surviving Parent of Jean H. Peterson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Walter Hoadley was a resident of Nevada. Jean H. Peterson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5178.  Jennifer Price-Salkever, as the Personal Representative of the Estate of Virginia Hoadley, deceased, as the late surviving Parent of Jean H. Peterson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Virginia Hoadley was a resident of Nevada. Jean H. Peterson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5179.  Nancy Hoadley, as the Personal Representative of the Estate of Richard Hoadley, deceased, as the late surviving Sibling of Jean H. Peterson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard Hoadley was a resident of Hawaii. Jean H. Peterson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5180.  Cynthia Blest, as the Personal Representative of the Estate of Rosemary Rooney, deceased, as the late surviving Parent of Sean Rooney, is a Plaintiff seeking justice for

the tragic events of September 11, 2001. Rosemary Rooney was a resident of New York. Sean Rooney is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5181.   Cynthia Blest, individually, as the surviving Sibling of Sean Rooney, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cynthia Blest is a resident of New York. Sean Rooney is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5182.   Maura Rooney, individually, as the surviving Sibling of Sean Rooney, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maura Rooney is a resident of New York. Sean Rooney is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5183.   Sheila Rooney, individually, as the surviving Sibling of Sean Rooney, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sheila Rooney is a resident of New York. Sean Rooney is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5184.   Brendan Rooney, individually, as the surviving Sibling of Sean Rooney, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brendan Rooney is a resident of New York. Sean Rooney is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5185.   Brian Rooney, individually, as the surviving Sibling of Sean Rooney, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Rooney was a resident of Texas. Sean Rooney is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5186.   Martha Sanders, individually, as the surviving Parent of Stacey Sanders, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Martha Sanders is a resident

of Connecticut. Stacey Sanders is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5187.   Laura Wyatt, individually, as the surviving Sibling of Stacey Sanders, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Wyatt is a resident of Connecticut. Stacey Sanders is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5188.   Dakota Schlag, individually, as the surviving Child of Steven Schlag, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dakota Schlag is a resident of Utah. Steven Schlag is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5189.   Garrett Schlag, individually, as the surviving Child of Steven Schlag, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Garrett Schlag is a resident of Washington. Steven Schlag is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5190.   Sierra Schlag, individually, as the surviving Child of Steven Schlag, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sierra Schlag is a resident of Colorado. Steven Schlag is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5191.   Patricia Schlag, as the Personal Representative of the Estate of Donald Schlag, deceased, as the late surviving Parent of Steven Schlag, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donald Schlag was a resident of New Jersey. Steven Schlag is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5192.   Patricia Schlag, individually, as the surviving Parent of Steven Schlag, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Schlag is a resident

of Florida. Steven Schlag is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5193. Jean Nebbia, individually, as the surviving Sibling of Steven Schlag, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jean Nebbia is a resident of Florida. Steven Schlag is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5194. Ellen Hughes, individually, as the surviving Sibling of Steven Schlag, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ellen Hughes is a resident of Florida. Steven Schlag is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5195. Teresa Reller, as the Personal Representative of the Estate of Anna Powell, deceased, as the late surviving Parent of Joseph Sisolak, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anna Powell is a resident of New York. Joseph Sisolak is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5196. Charles McQuade, as the Personal Representative of the Estate of Paul Sisolak, deceased, as the late surviving Parent of Joseph Sisolak, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Sisolak was a resident of New York. Joseph Sisolak is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5197. Teresa Reller, individually, as the surviving Sibling of Joseph Sisolak, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa Reller is a resident of New York. Joseph Sisolak is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5198. Yvonne Sisolak, as the Personal Representative of the Estate of Thomas Sisolak, deceased, as the late surviving Sibling of Joseph Sisolak, is a Plaintiff seeking justice for

the tragic events of September 11, 2001. Thomas Sisolak was a resident of New York. Joseph Sisolak is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5199.  Elizabeth Smith, individually, as the surviving Child of Daniel Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Smith is a resident of New York. Daniel Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5200.  Michael Smith, individually, as the surviving Child of Daniel Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Smith is a resident of New York. Daniel Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5201.  McCarthy Smith, individually, as the surviving Sibling of Daniel Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. McCarthy Smith is a resident of New York. Daniel Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5202.  Sean P. Smith, individually, as the surviving Sibling of Daniel Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sean P. Smith is a resident of Texas. Daniel Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5203.  Susan Hicks, individually, as the surviving Sibling of Daniel Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Hicks is a resident of New York. Daniel Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5204.  Carol A. Suarez and Manuel T. Suarez, as Co- Personal Representative of the Estate of David S. Suarez, deceased, and on behalf of all survivors and all legally entitled

beneficiaries and family members of David S. Suarez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David S. Suarez was a resident of New Jersey. David S. Suarez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5205.  Carol A. Suarez, individually, as the surviving Parent of David S. Suarez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carol A. Suarez is a resident of Virginia. David S. Suarez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5206.  Manuel T. Suarez, individually, as the surviving Parent of David S. Suarez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Manuel T. Suarez is a resident of Virginia. David S. Suarez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5207.  Bryan A. Suarez, individually, as the surviving Sibling of David S. Suarez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bryan A. Suarez is a resident of Virginia. David S. Suarez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5208.  Kristen M. Carpenter, individually, as the surviving Sibling of David S. Suarez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kristen M. Carpenter is a resident of Virginia. David S. Suarez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5209.  Gianna Tanner, individually, as the surviving Child of Michael Tanner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Giana Tanner is a resident of New Jersey. Michael Tanner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5210. Sasha Butler, individually, as the surviving Child of Michael Tanner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sasha Butler is a resident of New Jersey. Michael Tanner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5211. Renee Abbate, as the Personal Representative of the Estate of Mary Tanner, deceased, as the late surviving Parent of Michael Tanner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Tanner was a resident of New Jersey. Michael Tanner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5212. Renee Abbate, individually, as the surviving Sibling of Michael Tanner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Renee Abbate is a resident of New Jersey. Michael Tanner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5213. Kenneth C. Tanner, individually, as the surviving Sibling of Michael Tanner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kenneth C. Tanner is a resident of Florida. Michael Tanner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5214. Nicole Tanner-D'Ambrosio, individually, as the surviving Sibling of Michael Tanner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicole Tanner-D'Ambrosio is a resident of New Jersey. Michael Tanner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5215. Maria Marasciulo, individually, as the surviving Sibling of Michael Tanner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Marasciulo is a resident of New Jersey. Michael Tanner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5216.  Jennifer Tarantino, individually, as the surviving Spouse of Kenneth J. Tarantino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Tarantino is a resident of New Jersey. Kenneth J. Tarantino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5217.  Kenneth James Tarantino, individually, as the surviving Child of Kenneth J. Tarantino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kenneth James Tarantino is a resident of New Jersey. Kenneth J. Tarantino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5218.  Jason J. Tarantino, individually, as the surviving Child of Kenneth J. Tarantino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jason J. Tarantino is a resident of New Jersey. Kenneth J. Tarantino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5219.  Matthew Vasel, individually, as the surviving Child of Scott Vasel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Vasel is a resident of New Jersey. Scott Vasel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5220.  Ryan Vasel, individually, as the surviving Child of Scott Vasel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ryan Vasel is a resident of New Jersey. Scott Vasel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5221.  Janyne V. Dembicki, as the Personal Representative of the Estate of Charles Vasel, deceased, as the late surviving Parent of Scott Vasel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charles Vasel was a resident of New Jersey. Scott Vasel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5222.   Janyne V. Dembicki, as the Personal Representative of the Estate of Mynda Vasel, deceased, as the late surviving Parent of Scott Vasel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mynda Vasel was a resident of New Jersey. Scott Vasel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5223.   Janyne V. Dembicki, individually, as the surviving Sibling of Scott Vasel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janyne V. Dembicki is a resident of New Jersey. Scott Vasel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5224.   Erica Wisniewski, individually, as the surviving Child of Alan Wisniewski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erica Wisniewski is a resident of Florida. Alan Wisniewski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5225.   Jessica Wisniewski, individually, as the surviving Child of Alan Wisniewski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica Wisniewski is a resident of New York. Alan Wisniewski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5226.   Matthew Wisniewski, individually, as the surviving Child of Alan Wisniewski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Wisniewski is a resident of New Jersey. Alan Wisniewski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5227.   Thomas Warenkiewicz, as Personal Representative of the Estate of Muriel Wisniewski, deceased, as the late surviving Parent of Alan Wisniewski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Muriel Wisniewski was a resident of New Jersey. Alan Wisniewski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5228. Chiemi York, individually, as the surviving Spouse of Kevin York, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chiemi York is a resident of New Jersey. Kevin York is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5229. Aidan York, individually, as the surviving Child of Kevin York, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aidan York is a resident of New Jersey. Kevin York is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5230. Connor York, individually, as the surviving Child of Kevin York, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Connor York is a resident of New Jersey. Kevin York is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5231. Dolores York, as Personal Representative of the Estate of John York, deceased, as the late surviving Parent of Kevin York, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John York was a resident of Florida. Kevin York is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5232. Timothy York, individually, as the surviving Sibling of Kevin York, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Timothy York is a resident of Arizona. Kevin York is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5233. Christina Zisa, individually, as the surviving Child of Salvatore Zisa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christina Zisa is a resident of New York. Salvatore Zisa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World

Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5234. Joseph S. Zisa, individually, as the surviving Child of Salvatore Zisa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph S. Zisa is a resident of New York. Salvatore Zisa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5235. Rosemarie Martie, as Personal Representative of the Estate of Joseph Zisa, deceased, as the late surviving Parent of Salvatore Zisa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Zisa was a resident of New Jersey. Salvatore Zisa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5236. Rosemarie Martie, as Personal Representative of the Estate of Josephine Zisa, deceased, as the late surviving Parent of Salvatore Zisa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Josephine Zisa was a resident of New Jersey. Salvatore Zisa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5237. Anthony Zisa, individually, as the surviving Sibling of Salvatore Zisa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Zisa is a resident of New York. Salvatore Zisa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5238. Jane Z. Presto, individually, as the surviving Sibling of Salvatore Zisa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jane Z. Presto is a resident of New Jersey. Salvatore Zisa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

5239. Phyllis Kelly, individually, as the surviving Sibling of Salvatore Zisa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Phyllis Kelly is a resident of New Jersey. Salvatore Zisa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Yassin Kadi provided material support and assistance in furtherance of the attacks.

docs-100618184.4