UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.,* 02-cv-6977 (GBD)(SN)
*Ashton, et al. v. Kingdom of Saudi Arabia*, 17-cv-02003 (GBD)(SN)
*Schneider, et al. v. al Qaeda Islamic,* 02-cv-7209 (GBD)(SN)

## MOTION TO SUBSTITUTE COUNSEL

**COME NOW,** Nancy Dimino, individually as spouse, and as Personal Representative of the Estate of Stephen Dimino, deceased; and Sabrina Dimino, individually as surviving child of Stephen Dimino, deceased; ("the Dimino Plaintiffs"), Plaintiffs in *Ashton, et al. v. al Qaeda Islamic Army, et al.,* Case No. 02-cv-6977 (GBD)(SN), *Ashton, et al. v. Kingdom of Saudi Arabia*, 17-cv-02003 (GBD)(SN*)* and *Schneider, et al. v. al Qaeda Islamic,* Case No. 02-cv-7209 (GBD)(SN), and file this Motion to Substitute Counsel.  As grounds for said Motion, the Dimino Plaintiffs state as follows:

1. The Dimino Plaintiffs were represented by Jonathan C. Reiter Law Firm, PLLC ("Reiter Firm").  On January 12, 2024, by emails, the Dimino Plaintiffs advised the Reiter law firm that they desired new counsel.

2. The Dimino Plaintiffs thereafter retained John F. Schutty, Esq. of the Law Office of John F. Schutty, P.C. to represent them in this litigation.

3. The Dimino Plaintiffs now ask the Court to substitute John F. Schutty, Esq. as attorney of record as to the Dimino Plaintiffs.

4. The Dimino Plaintiffs, the Reiter law firm, and John F. Schutty, Esq., consent to

the substitution of counsel as requested herein (signed Consents are attached to the accompanying Declaration of John F. Schutty, Esq. as part of a Stipulation & Consent Order, *see* Exhibit A).

**WHEREFORE, PREMISES CONSIDERED**, Nancy Dimino, individually as spouse, and as Personal Representative of the Estate of Stephen Dimino, deceased; Sabrina Dimino, individually as surviving child of Stephen Dimino, deceased, pray that this Honorable Court enter an Order substituting John F. Schutty, Esq. of the Law Office of John F. Schutty, P.C. as attorney of record for the Dimino Plaintiffs in *Ashton, et al. v. al Qaeda Islamic Army, et al.,* Case No. 02-cv-6977 (GBD)(SN), *Ashton, et al. v. Kingdom of Saudi Arabia*, 17-cv-02003 (GBD)(SN) *and Schneider, et al. v. al Qaeda Islamic, et al.,* Case No. 02-cv-7209 (GBD)(SN).

Dated: New York, New York
      February 23, 2024

                        Respectfully Submitted,

                        /s/ *John F. Schutty*
                        John F. Schutty (JS2173)

                        LAW OFFICE OF JOHN F. SCHUTTY, P. C.
                        445 Park Avenue, Ninth Floor
                        New York, New York 10022
                        Telephone: (646) 345-1441
                        Fax: (917) 591-5980
                        Email: john@johnschutty.com