UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |
|---|---|

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)
*Ashton, et al. v. Kingdom of Saudi Arabia*, 17-cv-02003 (GBD)(SN)
*Schneider, et al. v. al Qaeda Islamic*, 02-cv-7209 (GBD)(SN)

### CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, plaintiff Nancy Dimino, Individually as Spouse, and as Personal Representative of the Estate of Stephen Dimino, Deceased, along with the adult child of Decedent Stephen Dimino, plaintiff Sabrina Dimino, substitute John F. Schutty of the Law Office of John F. Schutty, P.C., NYS I.D. #1919471, as counsel of record in place of Jonathon C. Reiter Law Firm PLLC.

Contact information for new counsel is as follows:

Law Office of John F. Schutty, P.C.
445 Park Avenue, 9th Floor
New York, NY 10022
Tel: (646) 345-1441
Fax: (917) 591-5980

I consent to the above substitution:
Date: 2/21/2024

Nancy Dimino Individually as Spouse and as Personal Representative of the Estate of Stephen Dimino, Deceased

I consent to being substituted.
Date: 2/22/2024

Jonathan C. Reiter
Jonathan C. Reiter Law Firm, PLLC
350 Fifth Avenue, Suite 6400
New York, New York 10118
Tel: (212) 736-0979
Fax: (212) 268-5297

I consent to the above substitution:
Date: 02/23/2024

Law Office of John F. Schutty, P.C.
445 Park Avenue, 9th Floor
New York, NY 10022
Tel: (646) 345-1441
Fax: (917) 591-5980

I consent to the Law Office of John F. Schutty, P.C. being substituted in the place and stead of

-1-

Jonathan C. Reiter Law Firm, PLLC.

Date: 02/21/24

_____
Sabrina Dimino, Adult Child of Decedent Stephen Dimino, Deceased

The substitution of attorney is hereby approved and so ORDERED.

Date:

                                        _____
                                        Judge