KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

February 27, 2024

*Via ECF*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

  Re: *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN)

Dear Judge Netburn:

  I write on behalf of Defendant Kingdom of Saudi Arabia ("Saudi Arabia") in response to the Plaintiffs' Executive Committees' ("Plaintiffs") letter of February 27, 2024 (ECF No. 9598) urging the Court to unseal Exhibits 10F and 10K. To be clear, Saudi Arabia's position is not that these exhibits should remain under seal permanently (except for certain personal-privacy redactions to Exhibit 10K). Rather, it is that they should be dealt with in the ordinary course together with the very large quantity of other exhibits that Plaintiffs filed in support of their opposition to Saudi Arabia's renewed motion to dismiss, and that separate motions practice about the early unsealing of two particular exhibits is a waste of the parties' and the Court's resources. *See* ECF No. 9589 ("Saudi Arabia . . . proposes that the documents be reviewed and filed on the same timeline as the other documents associated with the parties' motion to dismiss briefing.").

                    Respectfully submitted,

                     /s/ *Michael K. Kellogg*

                     Michael K. Kellogg
                     *Counsel for the Kingdom of Saudi Arabia*

cc: The Honorable George B. Daniels (via ECF)
   All MDL Counsel of Record (via ECF)