**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/29/2024
```

In re:

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**

**03-MD-01570 (GBD)(SN)**

**ORDER**

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    The motion to substitute at ECF No. 9587 is granted. Amanda Ruddle as the Personal

Representative of the Estate of David Ruddle is substituted for John Doe 116, being intended to

designate the Personal Representative of the Estate of David Ruddle.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     February 29, 2024
            New York, New York