UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/29/2024

**SARAH NETBURN, United States Magistrate Judge:**

The motion to substitute counsel at ECF No. 9592 is granted.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    February 29, 2024
                New York, New York