**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------x

IN RE TERRORIST ATTACKS ON                    Civil Action No. 03 MDL 1570
SEPTEMBER 11, 2001


--------------------------------------------------------x

This document relates to:

*Burnett, et al. v. Islamic Republic of Iran, et al.,* Case No. 15-cv-9903 (GBD)(SN)

### SUGGESTION OF DEATH AND MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Federal Rule of Civil Procedure 15(d), Plaintiffs herein move the Court to allow substitution of the parties as identified on Exhibit A in the above-referenced action. The individuals being substituted into the case are the Personal Representative of family members of individuals killed as a result of the terrorist attacks on September 11, 2001, who have passed away since their claims were initially filed in this litigation.

Exhibit A identifies the individuals to be substituted in the pleading, including the capacity in which they seek to be substituted, state of residency at the time the complaint was filed, the existing pleading that refers to the plaintiff, and the decedent for whom the substituted plaintiff is the Personal Representative.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties will be individually entered as a Plaintiff into the Court's ECF system by Plaintiffs' counsel to ease the burden on the Clerk of the Court's Office due to the size of this MDL.

Dated: March 4, 2024                           Respectfully submitted,

                                                /s/ John M. Eubanks
                                               Jodi Westbrook Flowers, Esq.
                                               Donald A. Migliori, Esq.
                                               Michael Elsner, Esq. (SDNY Bar #ME8337)

Robert T. Haefele, Esq. (SDNY Bar #RH2811)
Elizabeth Smith, Esq.
John M. Eubanks, Esq.
MOTLEY RICE LLC
Mount Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
jflowers@motleyrice.com
dmigliori@motleyrice.com
melsner@motleyrice.com
rhaefele@motleyrice.com
esmith@motleyrice.com
jeubanks@motleyrice.com

*COUNSEL FOR PLAINTIFFS*

**EXHIBIT A**

| Identification of Party to be Substituted (Plaintiff's name and relationship to Decedent) | State of Residence at Filing | Reference to Plaintiff in ECF No. 53 (15-cv-9903) | 9/11 Decedent's Name | Paragraph of Complaint Discussing Decedent |
|---|---|---|---|---|
| Barbara A. Geidel as Representative of the Estate of Ralph William Geidel, Sr., Deceased | CA | ¶ 1113 | Gary Paul Geidel | 1:15-cv-09903, 53, at 1109 |
| Patricia McKenna as Representative of the Estate of Agnes Jane McKenna, Deceased | NY | ¶ 1543 | Stephanie Marie McKenna | 1:15-cv-09903, 53, at 1542 |
| Severino Rogan Tamayo, Jr., as Representative of the Estate of Severino Yabut Tamayo, Sr., Deceased | NY | ¶ 2183 | Hector R. Tamayo | 1:15-cv-09903, 53, at 2177 |
| Jason Reed Tieste as Representative of the Estate of Ronald Bruce Tieste, Deceased | DE | ¶ 1662 | William R. Tieste | 1:15-cv-09903, 53, at 1659 |
| Leonard Vollkommer as Representative of the Estate of Christine Vollkommer, Deceased | NY | ¶ 2109 | Robert W. Spear, Jr. | 1:15-cv-09903, 53, at 2107 |