UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:
IN RE:                              :     ORDER
                                    :
TERRORIST ATTACKS ON                :     03 MDL 1570 (GBD) (SN)
SEPTEMBER 11, 2001                  :
                                    :
------------------------------------x

This document relates to:

*Chairnoff, et al. v. Islamic Republic of Iran*, No. 18-cv-12370 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

On February 22, 2024, Plaintiff Jamie K. Hawkins filed a proposed default judgment order. (ECF No. 9590[1].) Because this Court already granted Plaintiff relief by virtue of its March 22, 2023 Memorandum Decision and Order (ECF No. 8947), this Court declines to separately do so here. Plaintiff's request is DENIED as moot.

Dated:  March 11, 2024
        New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge

---

[1] All ECF citations included herein refer to documents filed on the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on September 11, 2001*, No. 03-md-1570 (GBD) (SN).