UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The Court reviewed the parties' letters at ECF Nos. 9572, 9589, 9591, 9594, 9598, and 9599[1] concerning the unsealing of materials related to the motion to strike filed by the Kingdom of Saudi Arabia and Dallah Avco.

    Per the parties' agreement, the Court respectfully directs the Clerk of Court to unseal the following main documents:

- 9500
- 9501
- 9504
- 9505
- 9510
- 9560
- 9571

    Per the parties' agreement, the Court respectfully directs the Clerk of Court to unseal the following attachment:

- 9500-5

---

[1] Unless otherwise noted, all ECF numbers refer to the main MDL docket, No. 03-md-01570.

The Court also directs the parties to publicly file the following attachments with the agreed redactions:

- 9500-4
- 9500-6
- 9500-7
- 9500-8

The remaining documents discussed in the parties' letters, listed below, and any other documents filed under seal in connection with the Kingdom of Saudi Arabia's and Dallah Avco's renewed motions to dismiss should be reviewed on the schedule to which the parties and the Federal Bureau of Investigation agreed:

- 9500-2
- 9500-3
- 9500-9
- 9500-10
- 9500-11
- 9501-1
- 9510-1
- 9510-2
- 9560-1
- 9560-2
- 9543, Exhibit 10F
- 9543, Exhibit 10K

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   March 11, 2024
         New York, New York