# FLEISCHMAN BONNER & ROCCO LLP
### ATTORNEYS AT LAW

81 Main Street • Suite 515 • White Plains • New York • 10601
Tel: 914.278.5100 • Fax: 917.591.5245 • Web: WWW.FBRLLP.COM

Email: sdavies@fbrllp.com

March 11, 2024

**VIA ECF**

Hon. George B. Daniels
United States District Court
   Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY  10007

Re:   *In re Terrorist Attacks on September 11, 2001*, 1:03-md-1570 (GBD/SN)
       *Hugh A. Chairnoff, et al. v. Islamic Republic of Iran*, 1:18-cv-12370 (GBD/SN)

Dear Judge Daniels:

We are counsel for the Plaintiff Jamie K. Hawkins in the above-captioned *Hugh A. Chairnoff, et al. v. Islamic Republic of Iran*, 1:18-cv-12370 and the related MDL.  We write to respectfully request the Court to reconsider the order issued today (MDL ECF No. 9626) declining to enter the proposed form of judgment submitted on February 22, 2024 as MDL ECF No. 9590.

The Court's March 22, 2023 memorandum decision and order granting Ms. Hawkins's motion for default judgment against Iran and awarding her $8,500,000 in solatium damages (MDL ECF No. 8947) did not include a direction to the Clerk of Court to enter judgment in Ms. Hawkins's favor, nor did it liquidate the amount of pre-judgment interest awarded to her.  We have been informed by the Orders and Judgments Unit that the Clerk of Court cannot enter judgment absent a specific directive from the Court.

Wherefore, we respectfully request the Court to enter the proposed form of judgment submitted MDL ECF No. 9590, a copy of which is annexed hereto, or to direct the Clerk of Court to enter judgment consistent with the March 22, 2023 decision and order.

                                          Respectfully submitted,

                                          */s/ Susan M. Davies*

                                          Susan M. Davies

Attachment