### MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| **Plaintiffs' Executive Committee for Personal Injury and Death Claims** | **Plaintiffs' Executive Committee for Commercial Claims** |
|---|---|
| Ronald L. Motley (1944-2013) <br> Jodi Westbrook Flowers, *Co-Chair* <br> Donald A. Migliori, *Co-Chair* <br> Robert T. Haefele, *Liaison Counsel* <br> MOTLEY RICE LLC | Stephen A. Cozen, *Co-Chair* <br> Sean Carter, *Co-Chair* <br> J. Scott Tarbutton, *Liaison Counsel* <br> COZEN O'CONNOR |

**VIA ECF**

March 13, 2024

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

Re:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

Pursuant to this Court's Order regarding the unsealing of judicial records (ECF No. 9634), the Plaintiffs' Executive Committees and counsel for the *Ashton* Plaintiffs ("Plaintiffs") are today filing on the public docket the following two documents:

- Supplemental Declaration of Usman Madha, together with its Exhibits 1 – 6 (previously filed under seal at ECF No. 9500-4); and
- Declaration of William Adams, together with its Annexes 1 – 8 (previously filed under seal at ECF Nos. 9500-6, -7 and -8).

Certain images contained in these documents have been provisionally redacted, as agreed between the parties,[1] to obscure the faces of individuals who were minors at the time.

Respectfully submitted,

| MOTLEY RICE LLC | COZEN O'CONNOR |
|---|---|
| By: /s/ Robert T. Haefele <br> ROBERT T. HAEFELE <br> 28 Bridgeside Boulevard <br> Mount Pleasant, SC 29465 <br> Tel.: (843) 216-9184 <br> Email: rhaefele@motleyrice.com <br> <br> *For the Plaintiffs' Executive Committee for Personal Injury and Death Claims on behalf of the Plaintiffs* | By: /s/ Sean P. Carter <br> SEAN P. CARTER <br> One Liberty Place <br> 1650 Market Street, Suite 2800 <br> Philadelphia, Pennsylvania 19103 <br> Tel.: (215) 665-2105 <br> Email: scarter1@cozen.com <br> <br> *For the Plaintiffs' Executive Committee for Commercial Claims on behalf of Plaintiffs* |

---

[1] As to ECF No. 9500-4, Plaintiffs have redacted images 1, 4 and 5 on page 11. As to ECF Nos. 9500-6, -7, and -8, Plaintiffs have redacted images at N4 in Annex 7, and at numbers 24, 26 and 27 in Annex 8. All Plaintiffs' provisional redactions (labeled with the code "* ppr") are subject to Plaintiffs' reservation of rights to challenge later. *See* ECF No. 9591.

The Honorable Sarah Netburn
March 13, 2024
Page 2

_____

KREINDLER & KREINDLER LLP

By: /s/ James Gavin Simpson
JAMES GAVIN SIMPSON
485 Lexington Avenue
New York, New York 10017
Tel.: 212-687-8181
Email: spounian@kreindler.com

*Attorneys for Ashton Plaintiffs*

cc:   The Honorable George B. Daniels, via ECF
      All Counsel of Record via ECF