UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| IN RE TERRORIST ATTACKS ON: SEPTEMBER 11, 2001 | 03 MDL 1570 (GBD) (SN) |
|---|---|

This Document Relates To:  *All Actions*

### SUPPLEMENTAL DECLARATION OF USMAN MADHA

I, Usman Madha, declare as follows:

1. I previously signed a Declaration in this case on May 28, 2021.

2. I was asked by counsel for the Plaintiffs, Steven Pounian and Gavin Simpson of the Kreindler & Kreindler law firm, to review certain photographs and video footage which I understand only became available after I provided my prior Declaration.

3. As stated in my prior Declaration, from 1998 through 2013, I worked for the Islamic Foundation of Sheikh Ibn Taymiyah (the "Foundation"). I regularly attended prayer services at the Ibn Taymiyah Mosque (at 10915 Venice Boulevard in Los Angeles) and the King Fahad Mosque, or "KFM" (at 10980 Washington Boulevard in Culver City).

4. I viewed a digital file marked MPS902, containing video footage of a gathering of approximately 25 men holding notepads and wearing nametags, taking part in what appeared to be a seminar or presentation conducted in the Arabic language. I could immediately identify the venue for the gathering as the offices of the KFM and the Foundation, located in the building directly across the street (Huron Street) from the KFM. The address of the office building is 11004 Washington Boulevard, in Culver City, CA. I am very familiar with the rooms and offices inside that building, having worked there for 15 years.

1

5.	Attached Exhibit 1 contains one screenshot of the attendees at the gathering (image 1) and two screenshots of the presenters who spoke at the gathering (images 2 and 3) from the MPS902 video footage. I recognize the room in which the gathering was held, and the signs taped on the doors along the corridor in that building (seen, for example, in image 2). The men were meeting in a room in the office building that was used for religious and civic meetings.

6.	I also viewed a set of photographs from a document marked MPS726. Attached Exhibit 2 contains two photographs from MPS726 I can identify as having been taken at the same gathering in the same room (images 1, 2). I can also identify two other photographs showing the KFM with construction ongoing (images 3, 4), which occurred during the period after its inauguration in July 1998, but before it opened for public worship, in the fall of 1999. The date on all four of the photographs in Exhibit 2 is April 11, 1999 (11–4–'99). That date appears reasonably to be accurate, as I remember the construction activities, the scaffolding inside the Mosque and the appearance of its exterior during that period.

7.	I can identify several individuals known to me on the MPS902 video footage. The man in white clothing, filmed entering through the doorway at the rear of the room and taking a seat in the back row, is Fahad Al Thumairy, who worked for Saudi Arabia's Ministry of Islamic Affairs and who was the Imam of the Ibn Taymiyah Mosque and the King Fahad Mosque. Attached Exhibit 3 contains screenshots of Mr. Al Thumairy entering and sitting in the room (images 1, 2, 3 circled) and as the camera focused on him in closeup (images 4, 5, 6). Mr. Al Thumairy was dressed in his white, ankle-length *thobe* [gown] with long sleeves and button-down collar that he typically wore.

8. The man in the yellow sports jacket on the MPS902 video footage, filmed reading a sheet of paper while standing at the front of the room, is Khalil Al Khalil, Chairman of the Foundation. The first words spoken on the footage are an exchange of warm greetings in Arabic between Mr. Al Khalil and the man operating the camera. I could hear the camera operator identifying "Dr. Khalil" by name and referring to the "seminar in Los Angeles." Likewise at the end of the footage I heard the same man reading aloud from printed seminar papers identifying the Ibn Taymiyah Foundation as the host of the gathering. Attached Exhibit 4 contains screenshots of Mr. Al Khalil, filmed while reading (images 1 and 4), as well as smiling, gesturing, and speaking to the camera operator during their exchange of greetings (images 2 and 3).

9. I also recognize Mr. Al Khalil in several photographs from the document marked MPS726. Attached Exhibit 5 contains three photographs from MPS726 I can identify as having been taken at the KFM: the first shows Mr. Al Khalil in a grey t-shirt (second from the right) in conversation with three other men inside the King Fahad Mosque building while it was under construction (image 1); the second shows Mr. Al Khalil in his grey t-shirt (on the right) in conversation with one of the other men (image 2); and the third shows the same three men seated with Mr. Al Khalil in what I can identify as Mr. Al Khalil's private office (image 3), which was located in the KFM/Foundation office building on 11004 Washington Boulevard (the same building discussed above).

10. Exhibit 5 also contains three photographs from the document marked MPS646. In one photograph I can identify Mr. Al Khalil in his grey t-shirt, standing in the middle with the same three men outside the KFM building (image 4); in the other photographs I can see the Ibn Taymiyah Mosque building on Venice Boulevard, which was open and in use in the spring of

1999 (image 5), and the KFM building on Washington Boulevard, which was under construction (image 6). Finally in a photograph from a document marked MPS703, I can see a clear depiction of the KFM building's exterior as it looked in late spring or early summer 1999 (image 7), before I had arranged to beautify it with fresh paintwork and new flowerbeds. The date on all seven of the photographs in Exhibit 5 is May 10, 1999 (10–5–'99), which appears reasonably to be accurate, based on the KFM's appearance in the photographs.

11. On the MPS902 video footage, the man wearing a navy blue and grey sweater, seated close to the center of the room, is Abdul Hafiz Kebhaj (aka Abu Suhaib), whom I identified in my prior Declaration as having been part of Mr. Al Thumairy's inner circle. Attached Exhibit 6 contains four screenshots of Mr. Kebhaj (images 1 – 4), including one where he was pictured together with Mr. Al Thumairy (image 4).

12. As to the other persons shown on the MPS902 video footage, I can recognize most of them as individuals I had seen at the Mosque, whom I understood were students from Saudi Arabia.

13. I wish to conclude by informing the Court that I am willing to come to New York to provide oral testimony in this matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: November 14, 2023

Usman Madha

# **EXHIBIT 1**

## Screenshots from video **MPS902**



Image 1 -- Screenshot from MPS902, at 07.35





Image 3 -- Screenshot from MPS902, at 18.37

Image 2 -- Screenshot from MPS902, at 48.48

# **EXHIBIT 2**

## Photographs from document **MPS726**



Image 1 – MPS726_112 (photo 241)



Image 2 – MPS726_112 (photo 240)



Image 4 – MPS726_121 (photo 238)



Image 3 – MPS726_126 (photo 252)

# **EXHIBIT 3**

## Screenshots from video **MPS902**



Image 1 -- Screenshot from MPS902, at 00.47



Image 2 -- Screenshot from MPS902, at 00.48



Image 3 -- Screenshot from MPS902, at 04.00



Image 4 -- Screenshot from MPS902, at 04.30

 

Images 5 & 6 -- Screenshots from MPS 892, at 04.32 and 04.49

# **EXHIBIT 4**

## Screenshots from video **MPS902**



Image 1 -- Screenshot from MPS902, at 00.14



Image 2 -- Screenshot from MPS902, at 00.17



Image 3 -- Screenshot from MPS902, at 00.22



Image 4 -- Screenshot from MPS902, at 00.25

# **EXHIBIT 5**

## Photographs from documents **MPS726, MPS 646** and **MPS703**



Image 1 – MPS726_313 (photo 718)



Image 2 – MPS726_86 (photo 155)



Image 3 – MPS726_314 (photo 720)



Image 4 – MPS646(2)_21 (photo 45)



Image 5 -- MPS646(1)_6 (stamped 000005)



Image 6 – MPS646(2)_21 (photo 44)



Image 7 -- MPS703_136 (photo 290)

*ppr = Redacted to obscure the face of an individual who was a minor at the time.

# **EXHIBIT 6**

## Screenshots from video **MPS902**



Image 1 -- Screenshot from MPS902, at 26.26



Image 2 -- Screenshot from MPS902, at 04.48



Image 3 -- Screenshot from MPS902, at 24.00



Image 4 -- Screenshot from MPS902, at 01.40