**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

*This document relates to*:
All Actions

### DECLARATION OF WILLIAM ADAMS

I, William Adams, hereby declare under penalty of perjury the following:

1.       I am a video producer and graphic animator specialising in digital visualisation.  I use computer software, including graphic animation tools, to create three-dimensional ("3D") digital reconstructions based on data sources including drawings, maps, plans, diagrams and videos.

2.       Across my 25-year career in the field of video production, I have developed particular expertise in reliably applying the technique called camera-matching to both still and moving images.  Camera-matching is routinely used by experts in digital visualisation as an accepted means of defining a 3D space, such as a room or an architectural scene, and then reconstructing that space in digital form so that it accurately matches the source footage.  In video production, the technique draws upon specific data points in the footage shot by a particular video camera, accounting for factors such as the positioning, angle, rotation, zoom, etc of that camera while it was filming.  Everyone who works in my field applies such techniques routinely, and my track record of preparing scores of digital visualisations incorporating this technique has helped to establish me and earn me recognition among my peers as a camera-matching expert.

3.       Based in the United Kingdom, I have co-founded and directed two production studios, both of which have created a steady flow of content for a wide

1

variety of independent and mainstream productions.  At my current company, Wild Child Animation, I am Creative Director and fulfil a range of supervisory, technical oversight, and quality-control functions for up to 150 other professionals, comprising both staff members and freelancers.  I have worked extensively for print and digital media outlets in the U.K. and other countries and been commissioned by a host of corporations in the film and television industry, including Warner Bros, The Discovery Group / Cartoon Network, the British Broadcasting Corporation (BBC), Channel 4, and Sky Television.  Together with my professional partner of 22 years, Mr. Rory Lowe (BA Hons, Glasgow School of Art, 1998), I have received numerous awards for my production work in graphic animation and visual effects, including BAFTAs and Royal Television Society awards.

  4.  For the past 18 years I have contributed my skills in digital visualisation to the work of judicial, parliamentary, and other investigative bodies, including inter-governmental commissions of inquiry and non-governmental organisations.  In particular, I have provided courts and other fact-finding instances with reliable demonstrative exhibits based on digital visualisation of video footage, satellite images, flight data, maps and other evidence.  The schematics I have produced, including 2D and 3D graphic aids, have been admitted in evidence in the European Court of Human Rights, featured in reports of Parliamentary Commissions of Inquiry in the Council of Europe (Strasbourg) and the U.K. (London), assisted in the identification of sites where physical evidence or mass graves could be located in former conflict zones (Kosovo and Albania), and supported international air accident prevention mechanisms (ICAO).  An up-to-date version of my curriculum vitae is attached as Annex 1.

2

**DIGITAL VISUALISATION WORK IN THE PRESENT CASE**

5.      I was asked by Plaintiffs' Counsel in the 9/11 litigation (Gavin Simpson of the Kreindler firm) to analyse a set of digital files containing video footage of an event of relevance to the investigations into the 9/11 terrorist attacks.  I am aware that all of these files came from video cassettes seized (in 2001) and produced (in 2022-23) by the Metropolitan Police Service (MPS) in the present litigation.

6.      My objective was to generate a 3D digital visualisation to reconstruct a gathering of a large group of people in a defined space, i.e. a residential apartment. I set out to provide schematics to show the unique identifying characteristics and positioning of each of the individuals in that defined space.  My principal source of data was the MPS video footage produced in the 9/11 litigation, and all of my work product can be objectively verified against the video footage.

7.      In this Declaration I set forth the specific software and methodologies I have used to approach this assignment and create my work product.  I am submitting demonstrative Exhibits with my Declaration in the form of a series of digital diagrams / schematics reconstructing the apartment and the people at the event shown in the video footage.  Annexes 2 – 7.

**VIDEO SOURCE MATERIAL, WORKING METHODOLOGIES AND PROCESS**

8.      The original digital files I used for this work were all received from the production of the Metropolitan Police Service (MPS) in the 9/11 litigation, bearing the following file names / production numbers: –

- Video files from the MPS 2022 Production (April 1, 2022): –
    - "MPS 916": Video Exhibit MF/18, produced in two separate files marked MF/18a and MF/18b, both received in .VOB format; and

- o "MPS 917": Video Exhibit MF/19, produced in two separate files marked MF/19a and MF/19b, both received in .VOB format.

- Video file from the MPS 2023 Production (December 8, 2023): –

- o "**MPS2023-059**":, described as: "EXHIBIT MF/18 - VIDEO TAPE - Previously disclosed but now disclosing a complete copy of the video in a .MOV format." Received in .mov format.

9.      I received these video files in two phases: first, in August 2023, I received the four files from the MPS 2022 Production, which I imported, edited and used on a work product basis for several months to generate draft schematics. Second, in December 2023, I received the file from the MPS 2023 Production, which I imported directly into my software, ran quality-control and consistency checks, updated various data points across all my work product to reflect new segments of video content from the new video file, and generated final edits of all my schematics.

10.      I can confirm that all the visualisations and final outputs presented as Annexes to my Declaration have been drawn/sourced from the video footage produced in the MPS 2023 production, specifically from the digital file MPS2023-059.

11.      Each of the video files I received was assessed to be in accordance with PAL (Phase Alternating Line) video format, displayed at a rate of 25 frames per second (25fps). PAL is the video format customarily used in the majority of European countries including the UK.

12.      Also in December 2023, I received an SRT file containing the final/updated version of a certified Arabic-English transcription and translation of all the speech on the **MPS2023-059** video file, matched to time-stamps corresponding with the counter on the video file.  I have integrated the content of this SRT file into my edit.  I have also reviewed and worked with a captioned version of the video.

13.     To compile schematics based on the video evidence, I have made use of the same suite of software, analytical and visualisation tools that my colleagues and I use in most of the production work we perform.  It includes the following industry standard software: –

- o Adobe Premiere 2024 - video editing software  - https://www.adobe.com/
- o Adobe Mixamo (online) - 3D character creation software - https://www.mixamo.com/
- o Maxon Cinema 4D 2024 - 3D animation software – https://www.maxon.com/
- o The Foundry Nuke v13 - video compositing software - https://www.foundry.com/
- o Adobe Photoshop 2024 - image editing software  - https://www.adobe.com/

14.     My goal was to create schematics that present as much discernible information as possible from the video files, their audio and the transcript.  I aimed to capture data which required multiple viewings of the video and careful comparison of information from different timecodes across the footage, and process it into a digital form that is comprehensible in a single viewing.  Depending upon the amount of information I could derive from the footage, I would also seek to establish the identities of the participants at the event on the video, and accurately track their positions/movements in the defined space in which the event was recorded.

15.     My process for creating the schematics proceeded as described in the following section.

**VISUAL EXAMINATION AND ANALYSIS OF VIDEO SOURCE MATERIAL**

16.     I examined the video footage alongside several additional sources and reference materials I found in my open source research, which I describe below.

17.     I reviewed the 9/11 Commission Report in the relevant section where it described "a party attended by some 20 male members of the Muslim community" and the "Bayoumi videotape of party," 9/11 Comm Rep. Ch. 7 p.26, fn. 25 on p.516.

18.     I went on to a public FBI site called "FBI Records: The Vault" where declassified documents from the investigations into the 9/11 Attacks are posted online. I searched several documents in an effort to find more information about the "videotape of party," as well as photographs of the 9/11 hijackers, using the following weblink: https://vault.fbi.gov/9-11-attacks-investigation-and-related-materials.

19.     In documents posted on The Vault on March 2 and 15, 2022, I found and reviewed FBI reports about the videotape and the hijackers. In the document marked EO 14040 2(c) Part 4, I found a public FBI report titled "To document review of videotapes seized from… Omar Al-Bayoumi," EO 2179-2180. The videotape report called it a "video recording of a dinner held at the residence of Al-Mihdhar and Nawaf Al-Hazmi… Parkwood Apartments, San Diego, California." I made note of this information: "In the videotape, the individual appearing to be Al-Mihdhar is visible in the kitchen area of the apartment for a very brief time." EO 2180.

20.     In the document marked 2(c) Part 5, I found two other relevant reports. First, I was able to confirm the exact address of the "residence" of the hijackers in the Parkwood Apartments, which I highlighted in yellow in this San Diego report:

```
To:  New York  From:  San Diego
Re:              (F)              , 09/29/2005
```

```
in San Diego.  Financial records show Al-Bayoumi and Khalid Al-Mihdhar
were in the Bank of America on Balboa Avenue from approximately
15:30-15:40.  Parkwood Apartment records show Omar Al-Bayoumi, Nawaf
Al-Hazmi and Khalid Al-Mihdhar each signed rental agreements for apartment
6401 Mt. Ada, apartment #150 dated February 4, 2000.  One document,
Apartment Move-in/Move-Out List is signed and dated February 3, 2000,
              (F)              attachments.
```

*Confirmation of address as 6401 Mt Ada, Apartment #150, EO 2752*

21.     Second, I found several photographs of the 9/11 hijacker named Khalid Al-Mihdhar in a report about his time in the United States.  It gave me four facial images of Mihdhar that I could use for visual identification of Mihdhar, who was reported to appear on the video.



*Photographs for visual identification of Khalid Al-Mihdhar, EO 2864*

22.     I also consulted a large amount of reference material during my research on the location and layout of the apartment where the event was filmed.

23.     First, having established the address of the apartment (6401 Mount Ada Rd, Unit #150) where the event was filmed, I conducted research on the Internet in an effort to establish the architectural features of this unit, as well as other individual units at the same residential complex, for comparison.  The complex was known at the time as the Parkwood Apartments (now renamed as Blossom Walk Condominiums) in San Diego, CA.  I found an Internet listing containing three photographs of this specific apartment at the following URL: -

- (https://www.redfin.com/CA/San-Diego/6401-Mount-Ada-Rd-92111/unit-150/home/6686195) Last viewed Dec 12, 2023 at 11:33am ET.

7

24.     Second, my research indicated that one-bedroom (1BR) units in the complex were designed and built to a common set of dimensions.  I confirmed this observation by visually inspecting photographs from the following listings: -

- https://www.redfin.com/CA/San-Diego/6401-Mount-Ada-Rd-92111/unit-135/home/6686106 Last viewed Dec 12, 2023 at 11:36am ET.

- https://www.apartments.com/6401-mount-ada-rd-san-diego-ca-unit-234/lhj98tq/ Last viewed Dec 12, 2023 at 11:38am ET.

- https://www.zillow.com/homedetails/6401-Mount-Ada-Rd-UNIT-136-San-Diego-CA-92111/64733567_zpid/ Last viewed Dec 12, 2023 at 11:43am ET.

25.     Third, I found and downloaded a floor plan of one of the one-bedroom apartments in the same complex (6401 Mount Ada Rd Unit #149), built according to the same architectural blueprint as the apartment on the video, from an internet listing at the following URL: -

- https://www.zillow.com/homedetails/6401-Mount-Ada-Rd-UNIT-149-San-Diego-CA-92111/64773045_zpid/ Last viewed Dec 12, 2023 at 11:50am ET.

26.     The floor plan I sourced from the Zillow listing contained a mirror image of the apartment I set out to reconstruct in my digital visualisation.  I therefore flipped/ mirrored this floor plan in my software while maintaining the same dimensions of each constituent room and other spatial elements of the apartment, to create a mirrored floor plan to match the layout of Unit 150.  A true copy of the mirrored floor plan is reproduced below.



**Floor plan of 6401 Mt Ada Rd Unit 149, mirrored to match layout of Unit 150 as it appears in the video. Closets positioned to match apartment layout in the video.**

27.     I drew upon knowledge of the applicable standard door and appliance sizes to make an accurate estimate of the vertical dimensions of the apartment, which I verified against the sizes and dimensions of objects in the video.  I then applied the standard techniques used in my field to reconstruct it in 3D software.



*Photographs of apartment 6401 Mount Ada Rd Unit 150 sourced from online listings used to aid reconstruction.*

28.     **No image enhancement** - My attempts to use *Nuke* compositing software to expose additional information in darker areas of the video (including an effort to enhance reflections of individuals seen in the glass of the apartment's windows) proved unsuccessful, so I applied no additional enhancement to the raw video footage supplied.  Compositing is another well-accepted technique in my field entailing the optical "layering" or "overlaying" of of two or more images together, in order to draw out particular visual elements of those images.  I principally used compositing software on this project as means of cross-checking and performing quality control on the camera-matched outputs.

29.     **Reconstruction -** Using the information gathered in the research phase, I created digital avatars of each of the persons seen in the video, using *Mixamo* and *Cinema 4D* to create likenesses based on visible, unique identifying features of their clothing and hair. I did not attempt to create accurate representations of their age, build and facial features as these were not easily discernible from the video, and not necessary for the purpose of distinguishing them from each other in the schematic.

30.     I then created a master 3-dimensional digital representation/ reconstruction of the apartment in *Cinema 4D*. My reconstruction demonstrated a high degree of accuracy suitable for camera matching, so that when I placed virtual cameras in the scene, distinguishing features in the apartment would closely match the same features in the video footage when overlaid.



*Screenshot of apartment reconstruction in Cinema 4D.* Dec 18, 2023 at 11:42am ET

**THE POSITIONING AND MOVEMENTS OF INDIVIDUALS IN THE ROOM**

31.     At the outset of my digital visualisation work, based on my open source research, I knew the full names of three individuals who were identified as part of this gathering: Nawaf Al-Hazmi and Khalid Al-Mihdhar, the two occupants of the apartment; and Omar Al-Bayoumi the person who arranged the videotaping of the party, and from whom the video was seized.

32.     For two of those individuals, I can confirm that references to them by name are heard on the video footage.  Specifically the references are to 'Nawaf' for Nawaf Al-Hazmi, and 'Abu Emad' for Omar Al-Bayoumi.  'Abu Emad' is the name by which Bayoumi was referred to on this video, but there a plaque is shown to the camera where his full name 'Omar Al-Bayoumi' is inscribed.  For Khalid Al-Mihdhar, I had photos and an FBI report by which I could visually identify him as the occupant of the apartment seen on the video in the kitchen.

33.     For the remaining individuals who were present in the apartment during the gathering on the video, I set out to use the tools of visual investigation to establish the unique identifying characteristics of each of them based on their appearances (audio and video) in the footage.

34.     **Camera Matching** – I captured frame stills of moments from the video in which each of the distinguishable individuals was shown, and I saved individual image files that I could import into *Cinema 4D* to overlay with the 3D model of the apartment. I ran checks to ensure that my digital visualisation product had a reasonable level of accuracy to the standard I customarily work with. I placed and configured the positioning of the 3D avatars to match their real world counterparts, and further cross-checked the accuracy by using the positioning of the avatars to confirm the accuracy of the camera matching.

35.     In applying the camera matching technique I also relied on my professional knowledge of camera types and film backs (sensor sizes), which was likely to be the 'video8' or 'hi8' format, given the resolution of the video and the time at which it was recorded ('hi8' has a luminance channel in addition to the red, green and blue channels of 'video8' resulting in a higher quality image). I relied on my expert knowledge in the field to estimate the focal length of the lens based on the distortion and field of view of the footage. Being able to camera match the animation to different moments in the footage, and in different areas of the room, confirms, with a high level of certainty, that the initial estimations inherent in the digital visualisation methodology are correct.



*Screenshot of matching a virtual camera to the reconstruction of the apartment in Cinema 4D software.* Dec 18, 2023 at 11:45am ET



*Comparison of video still to the camera matched reconstruction.*

36.     **Animation** - having used the information from the video to pose and position the attendees at different moments in the video with a reasonable level of accuracy, I then animated the camera in *Cinema 4D* to create graphic views of the room from different angles, which highlighted the realistic positions of each person in the room.  I then rendered these animations as movie files to use in my schematic edit.  I also created graphic labels and highlights in my animation software to signify the name of each person that could be identified in the video.

37.     **Edit** - I used *Premiere* video editing software to compile my schematics comparing the original footage to the animation and diagrams; to pause and slow down the video to highlight information; and to compare different pieces of footage side by side.

38.     By using these steps I created the following five digital schematics, each one highlighting different areas of information identified from the video at specific, defined times during the event:

- **Party Schematic A - Introductions**

- **Party Schematic B – 'Prize Giving'**

- **Party Schematic C – 'Food Serving'**

- **Party Schematic D – 'Tea'**

- **Party Schematic E – 'Movements'**

39.     Individually and collectively, these schematics have enabled me to establish the presence, positioning/movement, and identities of a total of 29 individuals at the event; to depict the position(s) of each individual at specific time-stamps on the video; to show, in particular, when and where Khalid Al-Mihdhar and Nawaf Al-Hazmi can be seen in the video; and to collate all of that information into a diagram showing the movements of Khalid Al-Mihdhar and Nawaf Al-Hazmi through the room during the event.  Included as Annexes to my Declaration, Annexes 2 - 7, are schematics showing accurate reconstructions of particular, defined views of the room at specific moments in the video, as well as the diagram – all of which I present with a high level of certainty as a professional in my field.

14

40.     Included in the final Annex to my Declaration, <u>Annex 8</u>, are information graphics I have produced with the title "Individuals" – one for each of the 29 individuals I have been able to identify on the video, based on their unique identifying characteristics such as clothing, positioning/movement in the room, etc.

41.     Each of the graphics in Annex 8 comprises a screengrab from the video footage, integrated alongside a frame still of the same individual as visualised digitally in the 3D Schematics I have produced.  So that for each individual who attended the event, there is a reconstructed digital image of the red-highlighted avatar in its correct position, matched with the best-possible video image of what that individual looks like (or how he is shown or identified) in the footage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:  December __18th__, 2023    By:_____

William Adams

Declaration of William Adams

Annex 1 - Curriculum Vitae

# William Adams

## CREATIVE DIRECTOR

William Adams is co-founder and Creative Director at Wild Child Animation, established in 2020; specialising in digital visualisation and communication, and directing large creative teams on large scale productions and projects.

From 2002 until 2020, Will was a BAFTA-winning producer, director, and co-founder at Once Were Farmers, where he worked across animation, live action and visual effects. He has directed and produced 14 mini-series for BBC Learning – two of which were nominated for BAFTAs.

Having graduated with a BA in Philosophy from Bristol University, Will was recruited in 1999 to work on a groundbreaking, fully digital picture desk at *The Sunday Herald*.  Extensive digital imaging and illustration work for media outlets in the UK and other countries has followed.

DIGITAL VISUALISATION:

Will's digital visualisation work has spanned a range of topics and organisations.  He has generated demonstrative exhibits for court cases, commissions of inquiry and other fact-finding instances, building on data sources including video footage, satellite imagery, flight and flight path data, drawings, maps, plans and diagrams. Commissions as a digital visualisation specialist include -

- Digital visualisation of flight paths and detention locations in a network of unlawful transfers in the global war on terror, admitted in evidence before the European Court of Human Rights (Strasbourg) in a succession of cases heard in 2013, 2016 and 2017. 3D digital visualisation reconstructing a prison cell in which detainees were held in the global war on terror presented as demonstrative exhibit before Judges of the Grand Chamber of the Strasbourg Court.

- Commissioned by a coalition of non-governmental organisations including Amnesty International (London) and New York-based WITNESS and Open Society Justice Initiative to generate additional 2D and 3D schematics on rendition flights for use in judicial applications and video advocacy.

- Map of cross-border transfers of detainees related to the conflict in Kosovo, including reconstructing / cross-referencing the locations where victims of human- and organ-trafficking were held,  and the routes they were taken along to other facilities such as safe-houses, clinics, and transport hubs, with the movements of warring factions in the former Yugoslavia and Albania. Provided visual investigative aids to assist in identifying sites where physical evidence or mass graves were located, used in the fieldwork of the International Commission on Missing Persons (ICMP).

- Digital visualisation of flight paths and 'near misses' to support to international air accident prevention mechanisms under the mandate of the Air Safety Board of the International Civil Aviation Organisation (ICAO, Montreal).

- Graphic images to accompany formal reports of parliamentary commissions of inquiry in intergovernmental bodies including the UN and Council of Europe, and the UK Parliament.  Digital visualisation work reproduced in mainstream media including The Guardian, Le Monde, CNN and the BBC.

AWARDS & NOMINATIONS:
RTS Scotland 2022 – Best Animation Winner : Hushabye Lullaybe – Art Director
Scottish BAFTA 2018 – Animation winner: *Widdershins* – Producer
EIFF 2018 – Mclaren Award nomination: *Widdershins* - Producer
EIFF 2017 – Mclaren Award nomination: *Nothing To Declare* - Director
Scottish BAFTA 2016 – Animation nomination: *Scottish Set Texts* – Producer/Series director
Children's BAFTA 2015 – Short-form nomination: *Bitesize Shakespeare* - Director
Celtic Media Festival 2013 - Young People nomination: *How to do Bitesize Maths* - Director
Scottish BAFTA 2009 – New Talent nomination: *Terrafarmer* – Writer/Director
Dragon*Con 2008 - Best Animated Comedy nomination: *Terrafarmer* – Writer/Director

HISTORY:

| | |
|---|---|
| 2020 - … | Wild Child Animation Ltd **-** Co-founder, creative director |
| 2002 - 2022 | Once Were Farmers Ltd - Co-founder, producer & animation director. |
| 1999 - 2004 | Freelance digital imaging and illustration for The Herald and Scotsman newspapers. |

EDUCATION:

| | |
|---|---|
| 1994 - 1997 | University of Bristol - BA (Hon) Philosophy (class 2:1) |

*Recommendations available on* LinkedIn
*Further references available upon request*

Declaration of William Adams


Annex 2 - Overview



**Overview of reconstruction of apartment at 18:35:11 on the Bayoumi party video.**

Declaration of William Adams


Annex 3 - Host's View



**Reconstruction of the host's view at 16:33:10 on the Bayoumi party video.**

Schematic produced by the digital visualisation of William Adams

Declaration of William Adams


Annex 4 - Reverse View

Annex 4  - Reverse View                    William Adams



**Reverse view of the apartment at 16:33:10 on the Bayoumi party video.**

Declaration of William Adams


Annex 5 - Overhead View



**Overhead view of reconstruction of the apartment at 18:35:11 on the Bayoumi party video.**

Declaration of William Adams


Annex 6 - Food Serving



**Reconstruction of positions during food serving at 25:27:20 on the Bayoumi party video.**

Declaration of William Adams

Annex 7 - Movements



**'NAWAF' AL-HAZMI**

**N1 03:30:12**

- black shirt, walking through main room towards kitchen

**N2 03:48:07**

- black shirtsleeve, serving a plate of dates in main room

**N3 15:03:00**

- black shirtsleeve, hand raised holding bill of baseball cap, standing beside 'Abu Emad' Bayoumi at front of main room

**N4  18:35:11 - 18:43:24**

- bill of baseball cap appears at right of screen

- hand motioning in lower right corner touching Emad's back

- baseball cap bobbing forward and rotating at right of screen

**N5 25:27:20**

- black shirt & hip of light pants, walking through main room towards kitchen

**N6 25:58:17**

- full-length view of light pants & black socks, walking into main room

**N7 27:02:16**

- black shirt & hip of light pants at left of frame walking through main room

**KHALID AL-MIHDHAR**

**K1 - 15:05:16**

- standing at 'Abu Emad' Bayoumi's shoulder in the kitchen

**K2 - 20:22:05**

- walking through main room towards kitchen

**K3 - 26:29:24**

- helping with food preparation in kitchen

**Diagram of movements of 'Nawaf' Al-Hazmi and Khalid Al-Mihdhar during the Bayoumi party video.**

Schematic produced by the digital visualisation of William Adams

*ppr =  Redacted to obscure the face of an individual who was a minor at the time.

# Declaration of William Adams

# Annex 8 - Individuals

 

**1. OMAR 'ABU EMAD' BAYOUMI**
16:38:17 visual identification
04:42:04 audio identification - Bayoumi responds to 'Abu Emad'

 

**2. SHEIKH BARZANJEE**
16:54:19 visual identification
16:54:19 audio introduction 'Your brother Abdulrahman Al-Barzanjee.'

 

**3. KURDISH SPEAKER**
17:17:02 visual identification
16:51:04 audio identification 'You should speak first.'

Schematic produced by the digital visualisation of William Adams

 

**4. HILALI**
17:17:02 visual identification
17:17:02 audio introduction 'Hussein Al-Hilali from Kurdistan, Iraq.'

 

**5. KAMEL**
02:31:12 visual identification
17:19:15 audio introduction 'Peace be upon you, Bilal Kamel.'

 

**6. ATTAS**
02:31:12 visual identification
17:24:07 audio introduction 'Peace be upon you, Hashim Al-Attas.'

Schematic produced by the digital visualisation of William Adams




**7. GHAZI AHMAD**
17:31:10 visual identification
17:26:19 audio introduction 'Peace be upon you, Ghazi Ahmad.'




**8. JAMAL DOSKI**
17:31:10 visual identification
17:29:19 audio introduction 'Peace be upon you, Jamal Doski.'




**9. SAMI DOSKI**
17:31:10 visual identification
17:31:10 audio introduction 'Your brother in Allah, Sami Doski.'

Schematic produced by the digital visualisation of William Adams

 

**10. 'NINO' MAWAZINI**
27:39:21 visual identification
17:33:04 audio introduction 'Your brother Muhammad Mawazini.'

 

**11. SHEIKH ABDELJALIL**
28:35:24 visual identification
17:36:11 audio introduction 'Abdeljalil Muhammad.'

 

**12. OMAR BARZANJI**
28:35:24 visual identification
17:39:12 audio introduction 'Your brother Omar San Barzanji.'

Schematic produced by the digital visualisation of William Adams




**13. RAEES AL-ISLAM**
28:35:24 visual identification
17:41:24 audio introduction 'Raees Al-Islam.'




**14. SHEIKH MUHAMMAD AL_QAHTANI**
28:35:24 visual identification
17:51:21 audio introduction 'Muhammad Salem from Saudi Arabia.'




**15. AIDARUS**
28:35:24 visual identification
17:54:08 audio introduction 'Faith Al-Aidarus.'

Schematic produced by the digital visualisation of William Adams




**16. LUWAM**
28:36:03 visual identification
18:01:22 audio introduction 'Your brother Luwam Bashir.'




**17. SAOUD**
28:36:03 visual identification
18:03:08 audio introduction 'Your brother Saoud Muhammad.'




**18. ADEL**
28:07:10 visual identification
18:05:00 audio introduction 'Your brother Adel Muhammad.'

Schematic produced by the digital visualisation of William Adams




**19. 'ABU AL-EZZ'**
28:12:03 visual identification
18:06:23 audio introduction 'Your brother Abu El-Ezz.'




**20. MUHARIB**
27:09:02 visual identification
18:08:05 audio introduction 'Your brother Kamal Muharib... Palestine.'




**21. OSAMA**
16:18:19 visual identification

Schematic produced by the digital visualisation of William Adams

 

**22. KHALID AL-MIHDHAR**
26:30:01 visual identification

 

**23. AHMAD MUSTAFA**
18:49:21 visual identification
18:11:24 audio introduction 'Your brother Ahmad Muhammad Saleh Mustafa
                                    from Kurdistan, Syria.'

 

**24. MAEN**
18:18:07 visual identification
18:18:07 audio introduction 'With you, your brother Maen Salahuddin Shahawani.'

Schematic produced by the digital visualisation of William Adams

*ppr =  Redacted to obscure the face of an individual who was a minor at the time.




**25. 'NAWAF' AL-HAZMI**
**15:03:07 visual identification**
**18:42:03 audio introduction 'Nawaf Muhammad.'**




**26. EMAD**
**18:35:04 visual identification**
**18:57:19 audio introduction 'Emad Al-Bayoumi.'**




**27. YAFAI**
**18:41:01 visual identification**
**19:03:10 audio introduction 'Your brother in Allah...**
                    **Khalid Abdullah Saleh Abdulrab Al-Yafai.'**

Schematic produced by the digital visualisation of William Adams

*ppr =  Redacted to obscure the face of an individual who was a minor at the time.



**28. DR. SAAD**
**19:09:06 visual identification**
**19:07:22 audio introduction 'The Doctor?'**
**19:09:06 audio introduction 'Your brother Saad Al-Tarabishi.'**



**29. SHEIKH FOUAD**
**19:14:10 visual identification**
**19:14:10  audio introduction 'Your brother Fouad Hamouda.'**

Schematic produced by the digital visualisation of William Adams