UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON			Civil
SEPTEMBER 11, 2001

-----------------------------------------------------------x

This document relates to:

*Burnett, et al. v. Al Baraka Investment, et al.,* Case No. 03-cv-9849

## SUGGESTION OF DEATH AND MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Federal Rule of Civil Procedure 15(d), Plaintiffs herein move the Court to allow substitution of the parties as identified on Exhibit A in the above-referenced action. The individuals being substituted into the case are the Personal Representative of family members of individuals killed as a result of the terrorist attacks on September 11, 2001, who have passed away since their claims were initially filed in this litigation.

Exhibit A identifies the individuals to be substituted in the pleading, including the capacity in which they seek to be substituted, state of residency at the time the complaint was filed, the existing pleading that refers to the plaintiff, and the decedent for whom the substituted plaintiff is the Personal Representative.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties will be individually entered as a Plaintiff into the Court's ECF system by Plaintiffs' counsel to ease the burden on the Clerk of the Court's Office due to the size of this MDL.

Dated: March 8, 2024				Respectfully submitted,

						/s/ John M. Eubanks
						Jodi Westbrook Flowers, Esq.
						Donald A. Migliori, Esq.
						Michael Elsner, Esq. (SDNY Bar #ME8337)

        Robert T. Haefele, Esq. (SDNY Bar #RH2811)
        Elizabeth Smith, Esq.
        John M. Eubanks, Esq.
        MOTLEY RICE LLC
        Mount Pleasant, SC 29464
        Telephone: (843) 216-9000
        Facsimile: (843) 216-9450
        jflowers@motleyrice.com
        dmigliori@motleyrice.com
        melsner@motleyrice.com
        rhaefele@motleyrice.com
        esmith@motleyrice.com
        jeubanks@motleyrice.com

        *COUNSEL FOR PLAINTIFFS*

The Burnett Plaintiffs' request for substitution is DENIED. The case number listed in Exhibit A is not associated with this MDL. Any corrected motion must be filed using the "motion to substitute party" event in ECF, may be filed in multiple member cases, and shall identify the 9/11 decedent, the existing personal representative, and the new personal representative.
**SO ORDERED.**

        _____
        SARAH NETBURN
        United States Magistrate Judge

Dated: March 12, 2024
      New York, New York

# EXHIBIT A

| Identification of Party to be Substituted (Plaintiff's name and relationship to Decedent) | State of Residence at Filing | Reference to Plaintiff in pleading | 9/11 Decedent's Name | Paragraph of Complaint Discussing Decedent |
|---|---|---|---|---|
| Susan K. Keasler as Successor Representative of the Estate of Karol Ann Keasler, Deceased | NV | ¶1288 | Karol Ann Keasler | 1:02-cv-01616, 3, at 1288 |