USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/15/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001

-------------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT STATUS CONFERENCE**

03-MD-1570 (GBD) (SN)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A counsel-only telephonic Settlement Status Conference in this matter is hereby scheduled for **Monday, April 1, 2024 at 4:30 p.m.** with counsel for the **Havlish Plaintiffs** and attorneys for the following firms:

**Cozen O'Conner**

**Ford Marrin Esposito Witmeyer & Gleser, LLP**

Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date.

SO ORDERED.

Dated: March 15, 2024
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge