**EXHIBIT B**
**ESTATES OF U.S. NATIONAL DECEDENTS ON 9/11/2001**

| # | Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | | Economic Damages | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble |
| 1 | Edward | C. | Williams | | Manette | | Beckles | | US | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 2647 | | 5975 at 4 | $ 2,000,000.00 | $ 6,000,000.00 | | 7/27/23 | | $ 7,505,360.00 | $ 22,516,080.00 |
| 2 | Jaymel | Elizabeth | Connor | | James | Lee | Connor | | US | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 1420 | | | $ 2,000,000.00 | $ 6,000,000.00 | | | | $ - | $ - |
| 3 | Susan | Lynne | Kinney | | Christopher | Seton | Cramer | | US | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 1061, 9622 at 3 | | | $ 2,000,000.00 | $ 6,000,000.00 | | 7/31/23 | | $ 12,682,568.00 | $ 38,047,704.00 |
| 4 | Lisa | T. | Dolan | | Robert | E. | Dolan | Jr. | US | 9/11/01 | VA | 9903 | 1:15-cv-09903, 53, at 3104 | | | $ 2,000,000.00 | $ 6,000,000.00 | | | | $ - | $ - |
| 5 | Marion | Elaine | Donovan | | Jacqueline | | Donovan | | US | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 2488 | | | $ 2,000,000.00 | $ 6,000,000.00 | | | | $ - | $ - |
| 6 | Diane | | Egan | | Martin | Joseph | Egan | Jr. | US | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 574, 280-1, 288 | | | $ 2,000,000.00 | $ 6,000,000.00 | | 8/2/23 | | $ 14,475,273.00 | $ 43,425,819.00 |
| 7 | Jessica | Katherine | Kostaris | | Bruce | Henry | Gary | | US | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 3483 | | | $ 2,000,000.00 | $ 6,000,000.00 | | | | $ - | $ - |
| 8 | Susan | K. | Keasler | | Karol | Ann | Keasler | | US | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 1001, 9622 at 3 | | | $ 2,000,000.00 | $ 6,000,000.00 | | | | $ - | $ - |
| 9 | Irene | | Smolicz | | Frank | J. | Koestner | | US | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 2568 | | | $ 2,000,000.00 | $ 6,000,000.00 | | 1/13/20 | | $ 12,315,189.00 | $ 36,945,567.00 |
| 10 | Kathleen | | Maloney | | Joseph | Edward | Maloney | | US | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 3340 | | | $ 2,000,000.00 | $ 6,000,000.00 | | 1/10/20 | | $ 7,441,425.00 | $ 22,324,275.00 |
| 11 | Karen | | Parro | | Robert | | Parro | | US | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 1794, 4778 at 5 | | | $ 2,000,000.00 | $ 6,000,000.00 | | | | $ - | $ - |
| 12 | Lynn | Ann | Pescherine | | Michael | John | Pescherine | | US | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 850 | | | $ 2,000,000.00 | $ 6,000,000.00 | | 11/1/23 | | $ 27,997,471.00 | $ 83,992,413.00 |
| 13 | Harry | James | Powell | | Brandon | J. | Powell | | US | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 3390 | | 5975 at 18 | $ 2,000,000.00 | $ 6,000,000.00 | | 10/17/23 | | $ 8,650,847.00 | $ 25,952,541.00 |
| 14 | Ana | Maria | Tempesta | | Anthony | | Tempesta | | US | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 485 | | | $ 2,000,000.00 | $ 6,000,000.00 | | 5/26/23 | | $ 10,835,243.00 | $ 32,505,729.00 |
| 15 | Kathleen | M. | Vigiano | | Joseph | Vincent | Vigiano | | US | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 463 | | | $ 2,000,000.00 | $ 6,000,000.00 | | 8/13/21 | | $ 18,743,604.00 | $ 56,230,812.00 |
| 16 | Felicia | Ann | Young | | Donald | McArthur | Young | | US | 9/11/01 | VA | 9903 | 1:15-cv-09903, 53, at 1168 | | 5975 at 23 | $ 2,000,000.00 | $ 6,000,000.00 | | 6/14/23 | | $9,908,339.00 | $ 29,725,017.00 |