# LAW OFFICE OF JOHN F. SCHUTTY, P.C.

445 Park Avenue, Ninth Floor
New York, New York 10022
Telephone: (646) 345-1441  Fax: (917) 591-5980
john@johnschutty.com

March 24, 2024                                                                              **Via ECF**

Honorable Sarah Netburn
United States Magistrate Judge

      Re:    *In re Terrorist Attacks on September 11, 2001,*
            MDL No. 03-MDL-1570 (GBD) (SN)
            <u>*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977</u>

Your Honor:

I write in response to Your Honor's Order dated January 30, 2024 (MDL ECF# 9564) concerning a motion for default judgment against the Taliban filed October 31, 2023 (MDL ECF# 9395) by the heirs of decedents, Ronald Breitweiser and John J. Ryan, Jr.

In the latter Order, Your Honor promised that a Taliban default judgment would be entered in favor of these two families "in due course," but no Taliban default judgment has been entered in favor of these families.

While Taliban default judgments have been entered in favor of the great majority of the 9/11 decedent families many months ago, the Breitweiser and Ryan families have yet to receive relief.  These two families wish to explore attaching Taliban assets that may be uncovered and, therefore, the delay in entering default judgments on their behalf is prejudicing their potential recoveries, since those with already-issued judgments are armed with a competitive advantage.

At the request of these families, I respectfully remind Your Honor about their outstanding motion.

Sincerely yours,

*John F. Schutty*