KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
_____
(202) 326-7900

FACSIMILE:
(202) 326-7999

March 21, 2024

*Via ECF*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

      Re:    *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN)

Dear Judge Netburn:

      I write on behalf of Defendant Kingdom of Saudi Arabia ("Saudi Arabia") to request an extension of time for Saudi Arabia to complete the process of reviewing Saudi Arabia's reply in support of its renewed motion to dismiss and related filings for confidential information and proposed redactions. The Court approved the parties' proposal to make initial redactions and sealing proposals 30 days after each filing. Saudi Arabia respectfully requests that for its reply, this deadline be extended by two weeks, to April 17, 2024. Plaintiffs, Dallah Avco, and the FBI have indicated that they do not object to this request.

      Respectfully submitted,

      /s/ *Michael K. Kellogg*

      Michael K. Kellogg
      *Counsel for the Kingdom of Saudi Arabia*

cc:    All MDL Counsel of Record (via ECF)