# EXHIBIT E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) |
| | ECF Case |
| This document relates to:<br><br>*Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.* | 15-cv-9903 (GBD) (SN) |
| | ECF Case |

## **DECLARATION OF JOHN CRETELLA**

I, John Cretella, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury as follows:

1. I am more than 18 years of age and competent to testify in court to the matters stated below. The statements made in this Declaration are based on my personal knowledge unless otherwise indicated.

2. I was a citizen of the United States on September 11, 2001, and remain so today. Attached as Exhibit A to this Declaration is a true and correct copy of my proof of citizenship.

3. At the time of the terrorist attacks of September 11, 2001, I worked as a maintenance employee with American Building Maintenance (ABM) at the World Trade Center (WTC). I had been employed with ABM since 1982. Attached as Exhibit B to this Declaration is a true and correct copy of my proof of presence at the WTC at the time of these terrorist attacks.

4. On the morning of September 11th, I had been working on the 61st Floor of the WTC's North Tower setting up a classroom for the Port Authority of New York and New Jersey when the first passenger jet, American Airlines Flight 11, struck the upper section of the building. The incredible impact

shook the building, and I fell to the floor due to the massive impact. The floor buckled and the impact swept me off of my feet.

5. I quickly rose to my feet and I headed to the emergency stairwell with other ABM employees to evacuate from the area.

6. I encountered many people crowded into the stairwell who were also attempting to escape from the upper floors of the building. The scene was very chaotic and the stairwell began to fill with smoke. I had to cover my mouth in order to breathe as I descended the stairs, and people were pushing and shoving in the stairwell in an attempt to quickly get out of the building.

7. After descending the stairs for a long period of time, I approached the 30th Floor and encountered firefighters who were coming up the stairs with their equipment. We had to go down the stairs in a single file line from that point to make room for the approaching firefighters. We also let several burn victims go down the steps before other people so that they could receive treatment.

8. A water main burst as I reached the steps between the 9th and 10th Floors. The blast of water pushed me and others down an entire flight of steps, and I injured my neck, back, and left shoulder as I slammed into the concrete floor. Due to my injuries, I struggled to get back on my feet. People around me helped me to stand up, and they helped me to continue down the stairwell despite my pain.

9. I continued down the stairwell until I reached the Concourse area. In the Concourse, the scene looked like a war zone. I saw people who had been killed, blood all over the windows, and those who had been burned beyond recognition. I also saw bodies explode outside of the building as people jumped to their deaths.

10. Police officers directed me to move through the lobby area as water poured from the ceiling and accumulated on the floor. I encountered heavy smoke in this area, but I stumbled from the Concourse area out on to Church Street through WTC 5. As I entered the street, I saw the gaping hole in

the upper section of the North Tower and I watched in horror as people jumped from the building to their deaths.

11. I heard a massive explosion and watched in shock as the South Tower began to collapse. I became engulfed by a thick cloud of smoke, chemicals, and falling debris, and I inhaled massive quantities of these substances into my lungs and airways. My eyes, nose, and throat burned from the exposure to these harmful substances in the air, and I could not see the area in front of me.

12. Despite my numerous injuries and now covered in debris, I attempted to stumble away from the area to safety. I ran towards the South Street Seaport, and I took the ferry across the river from New York City to New Jersey. I then took the Path train to Wayne, New Jersey, where my brother picked me up and took me home.

13. The following day, I sought treatment for my numerous injuries at CentraState Medical Center in Freehold, New Jersey. In the days, weeks, months, and years after the events of 9/11, I received additional medical treatment for my injuries from various medical providers, including the Disaster Relief Center of the World Trade Center.

14. As a result of these terrorist attacks, I suffered the following injuries[1] on September 11, 2001: injuries to my neck[2], lower back[3], and left shoulder[4]. Due to the large quantities of dust, smoke, chemicals, toxins, and building debris that I inhaled during the above events, I further developed asthma[5] and chronic rhinosinusitis[6].

---

[1] *See*, 9/11 Injury Records of John Cretella (CRETELLA_MEDS_0001), attached hereto as Exhibit B, at 0001-0043.
[2] *Id*. at 0004-0012, 0028-0031, 0036, and 0043.
[3] *Id*. at 0004-0012, 0028-0031, 0036, and 0043.
[4] *Id*. at 0004-0006, 0010, 0028-0031, 0036, and 0043.
[5] *Id*. at 0001-0002, 0007, 0035, and 0037-0041.
[6] *Id*. at 0040, and 0042.

15. Due to the horrific events that I experienced on 9/11, my doctors also diagnosed me with depression, anxiety, and post-traumatic stress disorder[7]. I am still haunted by the visions of the events of 9/11 to this day.

16. Many of my physical injuries and conditions from 9/11 have been confirmed by the World Trade Center Health Program[8] and the September 11th Victim Compensation Fund (VCF)[9].

17. I sought and continue to seek medical attention for my physical and emotional injuries caused by these terrorist attacks. Attached as Exhibit C to this Declaration is a true and correct copy of my select relevant medical records confirming my physical and emotional injuries following the September 11, 2001, terrorist attacks.

18. I previously pursued a successful claim (VCF Number 0014114) through the September 11th VCF specifically related to my physical injuries incurred on September 11, 2001, and my claim was determined to be eligible for compensation.

---

[7] *Id*. at 0012-0027, 0031, and 0036.
[8] *Id*. at 0001.
[9] *Id*. at 0002-0003.

I DECLARE, VERIFY AND STATE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

DATED this 15 day of November 2023.

_____
Declarant John Cretella

# EXHIBITS FILED UNDER SEAL (ECF No. 5716)