# EXHIBIT F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) ECF Case |
|---|---|
| This document relates to: *Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.* | 15-cv-9903 (GBD) (SN) ECF Case |

## DECLARATION OF JAMES CSORNY

I, James Csorny, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury as follows:

1. I am more than 18 years of age and competent to testify in court to the matters stated below. The statements made in this Declaration are based upon my personal knowledge unless otherwise indicated.

2. I was a citizen of the United States on September 11, 2001, and remain so today. Attached as Exhibit A to this Declaration is a true and correct copy of my proof of citizenship.

3. On September 11, 2001, I was present at the World Trade Center ("WTC") when the terrorist attacks occurred.

4. At the time of the September 11th terrorist attacks, I was a firefighter with Ladder 10 of the Fire Department of New York (FDNY) with the rank of Lieutenant.

5. When the first passenger jet, American Airlines Flight 11, struck the North Tower, I had been off duty.

6. After I heard about the emergency in New York City, I immediately traveled towards the WTC area. I stopped at the Fire Department of Fort Hamilton on the way to transfer into a FDNY vehicle.

7. As I drove towards the WTC area, the South Tower had already collapsed. As I approached my duty station with Ladder 10 (located directly across from the WTC on Liberty and Greenwich Streets) my vehicle path had been blocked by the debris from the collapsed South Tower. I got out of my vehicle at around Church and Liberty Streets and began to travel on foot towards the WTC area. At this point, I was located one block from Ladder 10.

8. As I traveled on foot towards Ladder 10 and the WTC area, the North Tower collapsed, and I was buried by building debris, dust, smoke, and chemicals. The force of the impact with the debris caused a significant injury to my lower back. Also, due to the thickness of the debris cloud, I inhaled large quantities of these substances into my lungs and airways as I attempted to breathe.

9. After several minutes, I cleared the debris from around my body and I rose to my feet. I helped to remove building debris from around several firefighters in my immediate area, and I then continued towards the Ladder 10 firehouse.

10. After I arrived at the Ladder 10 firehouse, I regrouped with other firefighters and we immediately began the search and rescue effort in the area that later became known as Ground Zero. The scene in the immediate aftermath of the collapse of the WTC Towers looked like a war zone. I saw unimaginable death that will haunt me forever, including body parts and dead bodies. The scene was almost indescribable.

11. I sought immediate medical treatment for my back and inhalation injuries after the events of 9/11. However, despite my injuries, I worked as the FDNY officer in charge of the Global

Positioning System (GPS) Unit at Ground Zero in the weeks and months after the events of 9/11. The GPS Unit that I supervised at Ground Zero had the horrible task of looking for body parts and other items (such as personal belongings) that could help to identify victims of the 9/11 attacks. I supervised this unit at Ground Zero for the next five months until I medically retired from the FDNY.

12. As a result of these horrific terrorist attacks, I suffered the following injuries[1] on September 11, 2001: injuries to my lower back (bulging discs)[2]; due to the large quantities of dust and debris that I inhaled during the collapse of the North Tower, I further developed a respiratory/pulmonary injury[3]. The Fire Department of New York granted disability retirement to me in August 2002 as a result of the injuries I sustained on 9/11. Lastly, due to the horrific events that I experienced on 9/11, my doctors further diagnosed me with post-traumatic stress disorder[4].

13. My physical injuries and conditions from 9/11 have also been confirmed by the Victim Compensation Fund (VCF)[5].

14. I sought and continue to seek medical attention for my physical and emotional injuries caused by these terrorist attacks. Attached as Exhibit C to this Declaration is a true and correct copy of my select relevant medical records confirming my physical and emotional injuries following the September 11, 2001, terrorist attacks.

15. I previously pursued a claim (Claim Number VCF212-004406) through the September 11th VCF specifically related to my physical injuries incurred on September 11, 2001, and my claim was determined to be eligible for compensation.

---

[1] *See*, 9/11 Injury Records of James Csorny (CSORNY_MEDS_0001), attached hereto as Exhibit C, at 0001-0019.
[2] *Id*. at 0001, 0004-0010, and 0014-0019.
[3] *Id*. at 0001, and 0011-0013.
[4] *Id*. at 0003.
[5] *Id*. at 0001-0002.

I DECLARE, VERIFY AND STATE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

EXECUTED on this 29 day of November 2023.

_____
Declarant James Csorny

# EXHIBITS FILED UNDER SEAL (ECF No. 5716)