# EXHIBIT K

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) |
| --- | --- |
|  | ECF Case |
| This document relates to:<br><br>*Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.* | 15-cv-9903 (GBD) (SN)<br><br>ECF Case |

### DECLARATION OF VINCENT J. PANARO

I, Vincent J. Panaro, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury as follows:

1. I am more than 18 years of age and competent to testify in court to the matters stated below. The statements made in this Declaration are based on my personal knowledge unless otherwise indicated.

2. I was a citizen of the United States on September 11, 2001, and remain so today. Attached as Exhibit A to this Declaration is a true and correct copy of my proof of citizenship.

3. On September 11, 2001, I was present in New York City when the terrorist attacks of the World Trade Center Towers occurred.

4. At the time of these terrorist attacks, I worked with the Fire Department of New York (FDNY). When the first passenger jet, American Airlines Flight 11, struck the North Tower, I had been working at my assigned firehouse. I watched on the roof of the firehouse as the North Tower burned, and I saw the second passenger jet, United Airlines Flight 175, strike the South Tower. Soon thereafter, my fire department unit received a call to respond to the World Trade Center area.

5. At the time of the collapse of the South Tower, my firetruck had been driving through New York's Midtown Tunnel. When we arrived at the World Trade Center, we were stationed on Westside Drive. From my vantage point, I could see people jumping from the North Tower. I felt helpless watching as those people fell. During these events, I witnessed atrocities beyond the imagination of the average citizen. The situation could only be compared to a war zone.

6. To rescue people trapped in the North Tower, my fellow firefighters and I made a plan while in the street to cut holes under the floor to pull victims out of the building. While we were in the street outside of the North Tower, we were constantly showered from above with debris from the building. We were also trying to rescue people trapped in the rubble. I was responding to a "mayday" call from firefighters inside World Trade Center 7 when the North Tower collapsed. I was struck repeatedly by falling debris and I became trapped beneath the rubble. I received serious injuries to my neck, back, elbows, and hips, and I inhaled large quantities of toxic dust and building debris into my lungs and airways.

7. As a result of these terrorist attacks, I suffered the following specific physical injuries[1] on September 11, 2001: injuries from falling debris to my neck (cervical spine)[2], lumbar spine[3], shoulders[4], elbows[5], hips[6], and wrists[7]. I also suffered fifty percent hearing loss[8], a hernia[9],

---

[1] *See*, Medical Records of Vincent J. Panaro (PANARO_MEDS_00001), attached hereto as Exhibit B, at 00001-00032.
[2] *Id.* at 0005-0008, 0010-0013, 0015-0019, 0021-0022, 0024-0025, 0027-0028, 0030-0031.
[3] *Id.* at 0005-0008, 0010-0013, 0015-0019, 0021-0022, 0024-0025, 0027-0028, 0030-0031.
[4] *Id.* at 0005-0008, 0010-0013, 0015-0019, 0021-0022, 0024-0025, 0027-0028, 0030-0031.
[5] *Id.* at 0005-0008, 0010-0013, 0015-0019, 0021-0022, 0024-0025, 0027-0028, 0030-0031.
[6] *Id.* at 0005-0008, 0010-0013, 0015-0019, 0021-0022, 0024-0025, 0027-0028, 0030-0031.
[7] *Id.* at 0005-0008, 0010-0013, 0015-0019, 0021-0022, 0024-0025, 0027-0028, 0030-0031.
[8] *Id.* at 0005, 0007, 0011-0013, 0022, 0028, 0031.
[9] *Id.* at 0005, 0007, 0010, 0012, 0018, 0021, 0024, 0029, 0030.

shortness of breath[10], fluid in my lungs[11], headaches[12], fatigue[13], and reduced pulmonary function[14].

8. I sought and continue to seek medical attention for my various injuries. Immediately after the attacks, I sought medical attention for my spinal and shoulder injuries that I sustained from being buried and trapped in the rubble of the North Tower. I currently see a doctor for my lung problems. I am still prescribed medication for my lung injuries, including antibiotics and steroids. Eventually, I will need surgery on both my shoulders and my hip. I continue to struggle with spinal damage and a sciatic nerve issue, as well as joint, bone, and muscle aches all over my body due to my injuries from the falling debris on 9/11. Attached as Exhibit B to this Declaration is a true and correct copy of my select relevant medical records related to the treatment that I received following the September 11, 2001 terrorist attacks.

9. The terrorist attacks were also emotionally devastating to me. In my line of work, I had experienced death and catastrophe as a firefighter, but those incidents paled in comparison to what I experienced on 9/11. After the events of 9/11, I was the lone surviving backup bugler for the NYFD, so I had to attend and play the bugle at two funerals per day (and on one occasion, three funerals in one day) for other fallen members of the NYFD in the days, weeks, and months after the 9/11 attacks. My experience in attending those heartbreaking funerals was incredibly draining for me from an emotional and physical standpoint. I continue to struggle with the emotional distress of my experiences on and after 9/11.

---

[10] *Id.* at 0011, 0013, 0019, 0022, 0031.
[11] *Id.* at 0001-0003, 0005.
[12] *Id.* at 0005, 0007, 0010, 0013, 0016, 0018, 0021-0022, 0024-0025, 0027-0028, 0030-0031.
[13] *Id.* at 0001-0003, 0005.
[14] *Id.* at 0001-0003, 0005.

3

10. I previously pursued a claim through the September 11th Victim Compensation Fund (VCF) specifically related to my physical injuries incurred on September 11, 2001, and my claim was determined to be eligible for compensation. I am unable to recall my VCF claim number.

I DECLARE, VERIFY, AND STATE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

DATED this 9-11 day of Sept, 2023.

_____
Declarant/Vincent J. Panaro

# EXHIBITS FILED UNDER SEAL (ECF No. 5716)