**EXHIBIT A**
**Personal Injuries**

| # | Personal Representative ||||  Claimant |||||| Claim Information |||| Pain & Suffering Damages |||| Economic Damages ||||| Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | 9/11 Site | Case | Complaint | Amendments & Substitutions | Documentation | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble | |
| 1 | | | | | Scott | Roy | Beloten | | U.S. | NY | 09903 | 1:15-cv-09903, 53, at 3692 | | | | | $ - | | | | | $ - | |
| 2 | | | | | Maria | E. | Castillo | | U.S. | NY | 09903 | 1:15-cv-09903, 53, at 3790 | | | | | $ - | | | | | $ - | |
| 3 | | | | | Anthony | | Ciarnella | | U.S. | NY | 09903 | 1:15-cv-09903, 53, at 3801 | | | | | $ - | | | | | $ - | |
| 4 | | | | | John | | Cretella | | U.S. | NY | 09903 | 1:15-cv-09903, 53, at 3845 | | | | | $ - | | | | | $ - | |
| 5 | | | | | James | J. | Csorny | | U.S. | NY | 09903 | 1:15-cv-09903, 53, at 3852 | | | | | $ - | | | | | $ - | |
| 6 | | | | | Hipolito | | D'Oleo | | U.S. | NY | 09903 | 1:15-cv-09903, 53, at 3923 | | | | | $ - | | | | | $ - | |
| 7 | | | | | Barbara | Ellen | Einzig | | U.S. | NY | 09903 | 1:15-cv-09903, 53, at 3958 | | | | | $ - | | | | | $ - | |
| 8 | | | | | Fausto | Antonio | Gomez | | U.S. | NY | 09903 | 1:15-cv-09903, 53, at 4063 | | | | | $ - | | | | | $ - | |
| 9 | | | | | Thomas | Joseph | Grogan | | U.S. | NY | 09903 | 1:15-cv-09903, 53, at 4084 | | | | | $ - | | | | | $ - | |
| 10 | | | | | Vincent | J. | Panaro | | U.S. | NY | 09903 | 1:15-cv-09903, 53, at 4548 | | | | | $ - | | | | | $ - | |
| 11 | | | | | Milcia | C. | Pena | | U.S. | NY | 09903 | 1:15-cv-09903, 53, at 4567 | | | | | $ - | | | | | $ - | |