USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/02/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001

-----------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

03-MD-1570 (GBD) (SN)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A counsel-only settlement conference in this matter is hereby scheduled for **Wednesday, May 22, 2024 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York with counsel from the following firms:

**Kreindler & Kreindler LLP**

**Anderson Kill**

**Motley Rice LLC**

**Cozen O'Conner**

Counsel for the following firms are directed to report to Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York on **Wednesday, May 22, 2024 at 2:00 p.m.**

**Counsel for the Havlish Plaintiffs**

**Ford Marrin Esposito Witmeyer & Gleser, LLP**

**Cozen O'Conner**

Pre-conference submissions of no more than five pages must be received by the Court no later than **May 15, 2024 by 5:00 p.m.**

SO ORDERED.

Dated: April 2, 2024
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge