UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE:                                              03 MDL 1570 (GBD) (SN)

TERRORIST ATTACKS ON                                **PARTIAL JUDGMENT**
SEPTEMBER 11, 2001

------------------------------------------------------------X

This document relates to:

   King et al v. Islamic Republic of Iran., 22 Civ. 5193 (GBD) (SN)

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 26, 2024, Plaintiffs' Motion for Final Judgment as to Liability and Partial Final Judgment for Damages (ECF No. 9152) is GRANTED IN PART. It is: ORDERED that Plaintiffs Motion for Final Judgment as to Liability is GRANTED and final judgment on liability is entered against the Islamic Republic of Iran and in favor of Plaintiff; and it is ORDERED that Plaintiff is awarded $10,000,000.00 in personal injury damages plus the prejudgment interest at the rate of 4.96% per annum compounded annually from September 11, 2001 until entry of this judgment for the amount of $19,816,523.73; and it is ORDERED that Plaintiff is awarded $255,582.00 in economic damages plus the prejudgment interest at the rate of 4.96% per annum compounded annually from September 1, 2022 until the date of entry of this judgment for the amount of $20,149.90 and it is ORDERED that to the extent he has not done so already, Plaintiff may submit in later stages applications for punitive, economic, and/or other damages awards; and it is ORDERED that all King plaintiffs who were not previously awarded damages may submit in later stages applications for punitive, economic, and/or other damages awards.

Dated: New York, New York                           RUBY J. KRAJICK
      April 3, 2024                                 _____
                                                    Clerk of Court
                                              BY:   _____
                                                    Deputy Clerk