IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN |
| *This document relates to:*<br><br>*Desimone, et al. v. The Islamic Republic of Iran, No. 21-cv-07679* | |

## MOTION TO SUBSTITUTE PARTIES PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 15(D)

Pursuant to Fed. R. Civ. P. 15(d) plaintiffs move the Court to allow substitution of the following parties in the above referenced action. The party being substituted is the decedent of the estate, who was killed in the terrorist attack on the Pentagon on September 11, 2001. The estate, named in the original complaint, did not specifically identify the decedent. The personal representative of the estate remains unchanged.

The following chart demonstrates the how these parties were previously named in the Complaint and how they wish to proceed going forward:

| Identification of Party To be Substituted | Reference to Plaintiff in ECF (21-cv-076790) | State of Residence at Filing | Decedent's Name | Paragraph of Complaint Discussing Decedent |
|---|---|---|---|---|
| Stephanie Desimone, Individually as the Spouse and as the Personal Representative of the Estate of Patrick Dunn | Stephanie Desimone, Spouse of Victim; Representative of the Estate | California | Patrick Dunn | ECF No. 4 (21-cv-07679) at Allegation 1 of Appendix 1 |

1

2

Plaintiffs propose that, upon endorsement of the Plaintiffs' Proposed Order, the substituted party would be individually entered as a Plaintiff into the Court's ECF system to ease the burden on the Clerk of Court's Office and based on the size of this MDL.

                Respectfully submitted,

                /s/ Robert Keith Morgan
                Robert Keith Morgan (*pro hac vice*)
                David J. Dickens (*pro hac vice*)
                The Miller Firm, LLC
                108 Railroad Avenue
                Orange, VA 22960
                Tel: 540-672-4224
                Fax: 540-672-3055
                kmorgan@millerfirmllc.com
                ddickens@millerfirmllc.com

                Attorneys for Plaintiffs