# EXHIBIT A

| Identification of Party To be Substituted | Reference to Plaintiff in ECF (21-cv-076790) | State of Residence at Filing | Decedent's Name | Paragraph of Complaint Discussing Decedent |
|---|---|---|---|---|
| Stephanie Desimone, Individually as the Spouse and as the Personal Representative of the Estate of Patrick Dunn | Stephanie Desimone, Spouse of Victim; Representative of the Estate | California | Patrick Dunn | ECF No. 4 (21-cv-07679) at Allegation 1 of Appendix 1 |