# EXHIBIT B-1

| | Personal Representative | | | | 9/11 Decedent | | | | | | Claim Information | | | Pain & Suffering Damages | | | Economic Damages | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble | Notes |
| 1 | Susan | | Calcagno | | Philip | V. | Calcagno | | US | 9/11/01 | NY | 02cv06977 | 1463 at 32 | | 3226 at 5; 8275-1 at 3, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | | 3/1/23 | | $ 1,392,669.00 | $ 4,178,007.00 | |
| 2 | Regina | | Gans | | Eugene | | Clark | | US | 9/11/01 | NY | 02cv06977 | 1463 at 33 | 8246 at 4, 8251 | 3226 at 5; 8275-1 at 3, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | | 3/1/23 | | $ 231,154.00 | $ 693,462.00 | |
| 3 | Felicia | | Corbett Jones | | Joseph | | Corbett | | US | 9/11/01 | NY | 02cv06977 | 1463 at 33 | | 3226 at 5; 8275-1 at 3, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | | 3/1/23 | | $ 4,110,201.00 | $ 12,330,603.00 | Personal Representative is listed as Felicia Corbett in 1463 at 33 |
| 4 | Brooke | | Deming | | Francis | X. | Deming | | US | 9/11/01 | NY | 02cv06977 | 1463 at 35 | | 3226 at 6; 8275-1 at 4, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | | 3/1/23 | | $ 5,983,851.00 | $ 17,951,553.00 | |
| 5 | Perry | | Oretzky | | Mary | Lynn | Edwards Angell | | US | 9/11/01 | NY | 02cv06977 | 1463 at 30 | | 3226 at 5; 8275-1 at 4, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | | 4/1/23 | | $ 1,998,157.00 | $ 5,994,471.00 | Decedent is listed as Lynn Angell in 1463 at 30 and 3226 at 5 |
| 6 | Jeanine | | Frazier | | Clyde | | Frazier | Jr. | US | 9/11/01 | NY | 02cv06977 | 1463 at 36 | | 3226 at 6; 8275-1 at 5, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | | 3/1/23 | | $ 1,769,922.00 | $ 5,309,766.00 | |
| 7 | Meg | | Bloom | | Thomas | | Glasser | | US | 9/11/01 | NY | 02cv06977 | 1463 at 10 | | 3226 at 3; 8275-1 at 5, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | | 3/1/23 | | $ 14,494,168.00 | $ 43,482,504.00 | |
| 8 | Allison | | Hobbs | | Thomas | A. | Hobbs | | US | 9/11/01 | NY | 02cv06977 | 1463 at 37 | | 3226 at 6; 8275-1 at 6, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | | 8/1/23 | | $ 3,137,796.00 | $ 9,413,388.00 | |
| 9 | Maureen | | Kennedy | | Robert | C. | Kennedy | | US | 9/11/01 | NY | 02cv06977 | 1463 at 58 | | 3226 at 8; 8275-1 at 6, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | | 3/1/23 | | $ 1,450,312.00 | $ 4,350,936.00 | |
| 10 | Kimberly | | LaMantia | | Stephen | | LaMantia | | US | 9/11/01 | NY | 02cv06977 | 1463 at 58 | | 3226 at 8 | $ 2,000,000.00 | $ 6,000,000.00 | | 4/1/23 | | $ 9,465,390.00 | $ 28,396,170.00 | |
| 11 | Jason | | Seymour | | Jacqueline | | Norton | | US | 9/11/01 | NY | 02cv06977 | 1463 at 15 | 8246 at 4, 8251 | 3226 at 3; 8275-1 at 8, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | | 3/1/23 | | $ 3,657,628.00 | $ 10,972,884.00 | |
| 12 | Jason | | Seymour | | Robert | G. | Norton | | US | 9/11/01 | NY | 02cv06977 | 1463 at 15 | 8246 at 4, 8251 | 3226 at 3; 8275-1 at 8, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | | 3/1/23 | | $ 519,673.00 | $ 1,559,019.00 | |
| 13 | Joanna | | Ostrowski | | James | | Ostrowski | | US | 9/11/01 | NY | 02cv06977 | 1463 at 42 | | 3226 at 6 | $ 2,000,000.00 | $ 6,000,000.00 | | 8/1/23 | | $ 3,196,906.00 | $ 9,590,718.00 | |
| 14 | Theresa | | Regan | | Donald | J. | Regan | | US | 9/11/01 | NY | 02cv06977 | 1463 at 54 | | 3226 at 8; 8275-1 at 9, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | | 3/1/23 | | $ 3,003,752.00 | $ 9,011,256.00 | |
| 15 | Rodney | | Callum | | Michell | L. | Robotham | | US | 9/11/01 | NY | 02cv06977 | 1463 at 28 | | 3226 at 5; 8275-1 at 9, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | | 3/1/23 | | $ 4,088,242.00 | $ 12,264,726.00 | |
| 16 | Lauren | | Rosenzweig Morton | | Phillip | | Rosenzweig | | US | 9/11/01 | NY | 02cv06977 | 1463 at 52 | | 3226 at 7; 8275-1 at 9, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | | 3/1/23 | | $ 10,973,377.00 | $ 32,920,131.00 | |
| 17 | Nancy | | Raeside Shea | | Joseph | P. | Shea | | US | 9/11/01 | NY | 02cv06977 | 1463 at 22 | | 3226 at 4; 8275-1 at 10, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | | 3/1/23 | | $ 27,717,220.00 | $ 83,151,660.00 | Personal Representative is listed as Nancy Shea in 1463 at 22 |
| 18 | Dena | | Smagala | | Stanley | S. | Smagala | Jr. | US | 9/11/01 | NY | 02cv06977 | 1463 at 63 | | 3226 at 8; 8275-1 at 10, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | | 3/1/23 | | $ 4,411,875.00 | $ 13,235,625.00 | |
| 19 | Jill | | Tarrou | | Michael | C. | Tarrou | | US | 9/11/01 | NY | 02cv06977 | 1463 at 52 | | 3226 at 7 | $ 2,000,000.00 | $ 6,000,000.00 | | 4/1/24 | | $ 1,030,247.00 | $ 3,090,741.00 | |
| 20 | Robert | | Spadafora | | James | A. | Trentini | | US | 9/11/01 | NY | 02cv06977 | 1463 at 23 | | 3226 at 4; 8275-1 at 11, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | | 3/1/23 | | $ 1,200,647.00 | $ 3,601,941.00 | |
| 21 | Robert | | Spadafora | | Mary | | Trentini | | US | 9/11/01 | NY | 02cv06977 | 1463 at 23 | | 3226 at 4; 8275-1 at 11, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | | 3/1/23 | | $ 829,005.00 | $ 2,487,015.00 | |
| 22 | Mary | | Tselepis | | William | P. | Tselepis | Jr. | US | 9/11/01 | NY | 02cv06977 | 1463 at 45 | | 3226 at 7; 8275-1 at 11, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | | 4/1/23 | | $ 7,994,971.00 | $ 23,984,913.00 | |

Exhibit B1 - Ashton Estates (all US nationals)

| # | First | Middle | Last | Rep First | Rep Middle | Rep Last | Nat | DOD | State | Case | Complaint | Prior Award | Compl. Ref | Econ | Non-Econ | Date | Solatium | Treble |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | Elizabeth | Anne | Vandevander | Jon | C. | Vandevander | US | 9/11/01 | NY | 02cv06977 | 1463 at 31 | | 3226 at 5; 8275-1 at 11, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 3/1/23 | $ 10,464,313.00 | $ 31,392,939.00 |
| 24 | Patricia | | Vilardo | Joseph | | Vilardo | US | 9/11/01 | NY | 02cv06977 | 1463 at 45 | | 3226 at 7; 8275-1 at 11, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 3/1/23 | $ 10,603,217.00 | $ 31,809,651.00 |
| 25 | Paul | | Kiefer | Brian | | Warner | US | 9/11/01 | NY | 02cv06977 | 1463 at 38 | | 3226 at 6; 8275-1 at 11, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 3/1/23 | $ 6,350,298.00 | $ 19,050,894.00 |
| 26 | Judith | | Weil | Joanne | F. | Weil | US | 9/11/01 | NY | 02cv06977 | 1463 at 60 | 8246 at 4, 8251 | 3226 at 8; 8275-1 at 11, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 3/1/23 | $ 2,398,784.00 | $ 7,196,352.00 |
| 27 | Helen | | Zaccoli | Joseph | | Zaccoli | US | 9/11/01 | NY | 02cv06977 | 1463 at 61 | | 3226 at 8 | $ 2,000,000.00 | $ 6,000,000.00 | 2/1/23 | $ 4,097,292.00 | $ 12,291,876.00 |

Notes:
- Row 23: Representative is listed as Anne Vandevander in 1463 at 31