UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- x
                                                     )
                                                     )  No. 03 MDL 1570 (GBD/SN)
                                                     )
*In re Terrorist Attacks on September 11, 2001*      )  ECF Case
                                                     )
                                                     )  **DECLARATION IN SUPPORT OF**
                                                     )  **AUDREY A. BECK'S APPLICATION**
                                                     )  **FOR LEAVE TO WITHDRAW AS**
                                                     )  **ATTORNEY OF RECORD**
                                                     )
                                                     )
---------------------------------------------------- x

This document relates to:

*Federal Insurance Co., et al. v. Al Qaida, et al.*, 03-cv-06978
*Thomas E. Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, 04-cv-07065
*Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-cv-07279

## DECLARATION OF AUDREY A. BECK

I, Audrey A. Beck, state as follows:

(1)   The facts herein are based upon my personal knowledge.

(2)   Withdrawal as attorney of record in the above-captioned actions is necessary because I will no longer be associated with the law firm of Jones Day effective April 13, 2024.

(3)   My withdrawal will not occasion a request for an extension of any deadlines in this case.

(4)   I am not asserting a retaining or charging lien in connection with my departure.

I declare under penalty of perjury that the foregoing is true and correct.

April 11, 2024                                /s/ *Audrey A. Beck*
                                                     Audrey A. Beck (admitted *pro hac vice*)
                                                     JONES DAY
                                                     51 Louisiana Ave., N.W.
                                                     Washington, D.C.  20001
                                                     (202) 879-3939
                                                     abeck@jonesday.com

                                                     *Counsel for Defendant Dubai Islamic Bank*