UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |
|---|---|

This document relates to:

*Betru, et al. v. Islamic Republic of Iran,* 18-cv-08297 (GBD)(SN)

### [PROPOSED] FINAL DEFAULT JUDGMENT ON BEHALF OF *BETRU 3* PLAINTIFF IDENTIFIED AT EXHIBIT B

Upon consideration of the evidence and arguments submitted by the Plaintiff identified in Exhibit B to this Order, plaintiff in *Betru, et al. v. Islamic Republic of Iran,* 18-cv-08297 (S.D.N.Y.) (GBD) (SN) ("*Betru*"), who is the immediate family member of a decedent killed on September 11, 2001 in the terrorist attacks, and the Judgment by Default for liability only against the Islamic Republic of Iran ("Iran") entered on July 19, 2022 (03-md-1570 ECF No. 8234), together with the entire record in this case, it is hereby;

**ORDERED** that service of process was effected upon Iran in accordance with 28 U.S.C. § 1608(a) for sovereign defendants; and it is further

**ORDERED** that final judgment is entered against Iran and on behalf of the Plaintiff in *Betru,* as identified in the attached Exhibit B, who is an immediate family member of an individual killed in the terrorist attacks on September 11, 2001 (as described in Exhibit B), and is awarded solatium damages in the amounts set forth in Exhibit B; and it is further

**ORDERED** that the *Betru* Plaintiff identified in Exhibit B is awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is further

**ORDERED** that Plaintiff identified in Exhibit B may submit an application for punitive damages, or other damages (to the extent such awards have not previously been ordered), at a later date consistent with any future rulings made by this Court on this issue; and it is further

**ORDERED** that the remaining *Betru* Plaintiffs not appearing in Exhibit B may submit in later stages applications for damages awards, and to the extent they are for solatium or by estates for compensatory damages for decedents' pain and suffering from the September 11, 2001 attacks, they will be approved consistent with those approved herein for other plaintiffs in this action.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 9689.

Dated: New York, New York
_____, 2024

**SO ORDERED:**

_____
GEORGE B. DANIELS
United States District Judge