EXHIBIT B

Exhibit B - Betru Solatiums (all US nationals)

| | Claimant | | | | | 9/11 Decedent | | | | | | | Claim Information | | | Solatium Damages | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble | Notes |
| 1 | John | | O'Shea | | US | Robert | W. | O'Shea | | US | 9/11/01 | NY | 18cv08297 | 18cv08297, 1 at 2 | 18cv08297, 117 | Sibling | | | $4,250,000.00 | $12,750,000.00 | |