UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |
|---|---|
| | ECF Case |

This document relates to:

Ashton, et al. v. al Qaeda Islamic Army, et al., 02-cv-6977 (GBD)(SN)
Ashton, eta al. v. Kingdom of Saudi Arabia, 17-cv-02003 (GBD)(SN)

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, plaintiff Dae Jin Ryook individually and as Administrator of the Estate of Christina S. Ryook, Deceased, and all survivors of Christina S. Ryook, substitute Sandra M. Kelly of the law firm Ray Robinson Law Co., LPA, Bar OH0037008, as counsel of record in place of Megan Benett and all counsel of record of Kreindler & Kreindler LLP.

Contact information of new counsel is as follows:

Ray Robinson Law Co., LPA
6100 Oak Tree Blvd., Ste. 200
Cleveland Ohio 44131
Phone: 216-328-2128
Fax: 216-236-2409
Email: skelly@rayrob.com

I consent to the above substitution:
Date: 4/15/24

Dae Jin Ryook individually and as
Administrator of the Estate of Christina S.
Ryook, and all survivors of Christina S.
Ryook, Deceased

I consent to the above substitution:
Date: April 11, 2024

Sandra M. Kelly (OH0037008)
Ray Robinson Law Co., LPA
6100 Oak Tree Blvd. Ste. 200
Cleveland, Ohio 44131
Tel: 216-328-2128
Fax: 216-236-2409
Email: skelly@rayrob.com

I consent to Ray Robinson Law Co., LPA being substituted in the place and stead of Kreindler & Kreinder LLP.

I consent to the above substitution:
Date: 4/11/2024

*[signature]*

Megan Benett ( MB1234   )
Kreindler & Kreindler LLP
485 Lexington Ave., 28th FL
New York, NY 10017
Email: mbenett@kreindler.com

On behalf of all counsel of record at Kreindler & Kreindler LLP

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

Judge