**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

IN RE:                                                                                          03 MDL 1570 (GBD) (SN)

TERRORIST ATTACKS ON                                              **PARTIAL JUDGMENT**
SEPTEMBER 11, 2001

-----------------------------------------------------------X

This document relates to:

   Chairnoff, et al. v. Islamic Republic of Iran, 18 Civ. 12370 (GBD) (SN)

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 22, 2023 and order dated April 16, 2024, Plaintiff's motion for partial final default judgment as to solatium damages against the Islamic Republic of Iran, (ECF No. 8494), is GRANTED. It is ORDERED that Plaintiff Jamie K. Hawkins be awarded $8,500,000 for solatium damages; and it is ORDERED that prejudgment interest is awarded at a rate of 4.96 percent per annum, all interest compounded annually for the period from September 11, 2001 until the date of the judgment for the amount of $16,890,954.57. and it is ORDERED that Plaintiffs not appearing on this motion and who were not previously awarded damages may submit in later stages applications for punitive, economic, and/or other damages awards that may be approved on the same basis as currently approved for this Plaintiff or in prior filings.

**Dated:**  New York, New York
        April 17, 2024

                                                            **RUBY J. KRAJICK**
                                                            Clerk of Court

                                **BY:**
                                                            Deputy Clerk