UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br><br>ECF Case |

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.,* 02-cv-6977 (GBD)(SN)

### *ASHTON* PLAINTIFFS' NOTICE OF MOTION TO ADD ADDITIONAL PLAINTIFFS TO ITS SIXTH AMENDED COMPLAINT AGAINST THE TALIBAN

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and the Declaration of Andrew J. Maloney ("Maloney Declaration"), along with the exhibits attached thereto, the *Ashton* Plaintiffs, by and through their counsel, respectfully move that this Court:

1. Order that the *Ashton* Sixth Amended Complaint is deemed amended to add Additional Plaintiffs listed on Exhibit A to the Maloney Declaration as plaintiffs against the Taliban;

2. Order that the addition of the Additional Plaintiffs supplements by incorporation into, but does not displace, the underlying operative *Ashton* Sixth Amended Complaint;

3. Order that prior service, orders, and judgments entered in the case remain in effect as to all parties, including the default judgment obtained by the *Ashton* Plaintiffs against the Defendant Taliban entered on May 12, 2006 at ECF 1797;

4. Order that all Additional Plaintiffs are bound by all prior rulings made in this case, including the Court's prior order on service by publication, ECF 445;

5. Order that Case Management Order #2, ECF 247, ¶12 applies to the Additional Plaintiffs listed on Exhibit A to the Maloney Declaration such that re-service of the Taliban is not required;

1

2

6. Order that upon granting the *Ashton* Plaintiffs' motion, the names of the Additional Plaintiffs included on Exhibit A to the Maloney Declaration shall be entered in the Court's CM/ECF system; and

7. Granting such other and further relief that the Court deems just and proper.

Dated: April 18, 2024               Respectfully submitted,

                                                         /s/
                                       Andrew J. Maloney, III, Esq.
                                       Kreindler & Kreindler LLP
                                       485 Lexington Ave., 28th Floor
                                       New York, New York 10017
                                       Tel: (212) 687-8181
                                       *Attorneys for Ashton Plaintiffs*