# EXHIBIT A

Exhibit A to Motion to Add Plaintiffs

| # | Additional Plaintiff First Name | Additional Plaintiff Middle Name | Additional Plaintiff Last Name | Additional Plaintiff Suffix | Name of Personal Representative (for new 9/11 Decedent claims and deceased solatium claimants) | Relationship to 9/11 decedent | Domicile State | Country | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | 9/11 Decedent Suffix |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Jennifer | | Harvey Castelano | | | Child | NJ | United States | Emeric | J. | Harvey | |
| 2 | Antoinette | | McCarthy | | | Child | NJ | United States | Emeric | J. | Harvey | |
| 3 | Elizabeth | A. | Minardi | | Mary Vogt | Parent | NY | United States | William | G. | Minardi | |
| 4 | John | | O'Shea | | | Sibling | OH | United States | Robert | W. | O'Shea | |
| 5 | David | | Rosenberg | | | Sibling | NY | United States | Peter | | Vega | |
| 6 | Sonia | | Shah | | | Child | MA | United States | Jayesh | | Shah | |