# EXHIBIT A

*Ashton v. al Qaeda Islamic Army, et. al.*, Civil Action No. 02-6977

Complaint in Which Plaintiffs Below Were Previously Named: Ashton Sixth Amended Complaint, 03-md-1570, ECF 465

| # | 9/11 DECEDENT'S NAME | PLAINTIFF CURRENTLY NAMED IN COMPLAINT IDENTIFYING REPRESENTATIVE CAPACITY OF 9/11 DECEDENT | ALREADY-NAMED PLAINTIFF'S INDIVIDUAL CAPACITY (AND CORRECTED NAME WHERE MARKED BY ASTERISK) | PLAINTIFF'S CAPACITY AS PARENT, GUARDIAN OR FIDUCIARY OF PREVIOUSLY MINOR CHILD (AND CORRECTED NAME WHERE MARKED BY ASTERISK) | NAME OF PREVIOUSLY MINOR CHILD NOW A PLAINTIFF IN THEIR OWN RIGHT | NATURE OF CLAIM |
|---|---|---|---|---|---|---|
| 1 | Carrington, Jeremy | Patricia Carrington | Patricia Carrington, as Spouse of Jeremy Carrington | | | WD |
| 2 | Clark, Gregory A. | Yuko Clark | | Yuko Clark, as Parent and Guardian of Matthew Clark, Child of Gregory A. Clark | Matthew Clark, Child of Gregory A. Clark | WD |
| 3 | Cottoy, Sr., Conrod | Paula Hayes Cottoy | | Paula Hayes Cottoy, as Parent and Guardian of Abeeku Ngozi Cottoy, Child of Conrod Cottoy, Sr. | Paula Hayes Cottoy, as Personal Representative of the Estate of Abeeku Ngozi Cottoy, Child of Conrod Cottoy, Sr. | WD |
| 4 | Maynard, Keithroy | Pearl Maynard | | Pearl Maynard, as Limited Guardian of Keithroy Maynard II, Child of Keithroy Maynard | Keithroy Maynard II, Child of Keithroy Maynard | WD |
| 5 | Ostrowski, James | Joanna Ostrowski | Joanna Ostrowski, as Spouse of James Ostrowski | | | WD |
| 6 | Tarrou, Michael | Jill Tarrou | | Jill Tarrou, as parent and Guardian of Gina Tarrou, Child of Michael Tarrou | Gina Tarrou, Child of Michael Tarrou | WD |