# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br> ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army*, et al., 02-cv-6977 (GBD)(SN)

## [proposed] ORDER

Upon consideration of the motion by the *Ashton* plaintiffs to substitute the Personal Representatives of individuals killed on September 11, 2001 in the terrorist attacks (a "9/11 decedent") and/or individuals who are the Personal Representative for an immediate family member of a 9/11 decedent; it is hereby

ORDERED that the *Ashton* Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted as plaintiffs as set forth in therein.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF 9704 in 03-MDL-1570 (GBD)(SN) and ECF 2053 in 02-cv-6977 (S.D.N.Y.) (GBD)(SN).

Dated: _____, 2024
        New York, New York

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE