# EXHIBIT A

| # | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | RELATIONSHIP to 9/11 DECEDENT | CASE NUMBER | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | State of Residency of 9/11 DECEDENT at Death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Vincent J. Della Bella, as Personal Representative of the Estate of Andrea | | Della Bella | | James Della Bella, as Personal Representative of the Estate of Andrea | | Della Bella | | Self | 02cv06977 | Andrea | | Della Bella | | NJ |
| 2 | Vincent | J. | Della Bella | | James Della Bella, as Personal Representative of the Estate of J. Vincent | | Della Bella | | Spouse | 02cv06977 | Andrea | | Della Bella | | NJ |
| 3 | Martin Rosenbaum, as Personal Representative of the Estate of Brooke | David | Rosenbaum | | Fern Rosenbaum, as Personal Representative of the Estate of Brooke | David | Rosenbaum | | Self | 02cv06977 | Brooke | David | Rosenbaum | | NY |
| 4 | Martin | | Rosenbaum | | Fern Rosenbaum, as Personal Representative of the Estate of Martin | | Rosenbaum | | Parent | 02cv06977 | Brooke | David | Rosenbaum | | NY |
| 5 | George and Mary Andrucki, as Personal Representatives of the Estate of Jean | | Andrucki | | Laura Andrucki Izzo, as Personal Representative of the Estate of Jean | | Andrucki | | Self | 02cv06977 | Jean | | Andrucki | | NJ |
| 6 | James Wallace O'Grady, as Personal Representative of the Estate of James | Andrew | O'Grady | | Kristin O'Grady Evans, as Personal Representative of the Estate of James | Andrew | O'Grady | | Self | 02cv06977 | James | Andrew | O'Grady | | NJ |
| 7 | James | Wallace | O'Grady | | Kristin O'Grady Evans, as Personal Representative of the Estate of James | Wallace | O'Grady | | Parent | 02cv06977 | James | Andrew | O'Grady | | NJ |
| 8 | James | J. | Boyle | | Barbara Boyle, as Personal Representative of the Estate of J. James | | Boyle | | Parent | 02cv06977 | Michael | | Boyle | | NY |
| 9 | Elizabeth | A. | King | | Theresa King, as Personal Representative of the Estate of A. Elizabeth | | King | | Child | 02cv06977 | Robert | | King | Jr. | NY |
| 10 | Elisabeth | | Scott | | Raymond Bayer, as Personal Representative of the Estate of Elisabeth | | Scott | | Parent | 02cv06977 | Scott | Martin | McGovern | | NJ |
| 11 | Frederick | | Irby | | Kenneth Irby, as Personal Representative of the Estate of Frederick | | Irby | | Parent | 02cv06977 | Stephanie | | Irby | | NY |
| 12 | Emmet | | Kelly | | James Kelly, as Personal Representative of the Estate of Emmet | | Kelly | | Parent | 02cv06977 | Thomas | Richard | Kelly | | NY |
| 13 | Yuet | Ling | Chin | | Suk Tan Chin, as Personal Representative of the Estate of Ling Yuet | | Chin | | Parent | 02cv06977 | Robert | | Chin | | NY |
| 14 | Elinore Hartz, as Personal Representative of the Estate of John | Clinton | Hartz | | Peapack-Gladstone, as Personal Representative of the Estate of John | Clinton | Hartz | | Self | 02cv06977 | John | Clinton | Hartz | | NJ |
| 15 | Lucy Virgilio, as Personal Representative of the Estate of Lawrence | J. | Virgilio | | Thomas Virgilio, as Personal Representative of the Estate of J. Lawrence | | Virgilio | | Self | 02cv06977 | Lawrence | J. | Virgilio | | NY |
| 16 | Lucy | | Virgilio | | Thomas Virgilio, as Personal Representative of the Estate of Lucy | | Virgilio | | Parent | 02cv06977 | Lawrence | J. | Virgilio | | NY |

| # | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | RELATIONSHIP to 9/11 DECEDENT | CASE NUMBER | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | State of Residency of 9/11 DECEDENT at Death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | Ronnah | J. | Martineau | | Bettyann Martineau, as Personal Representative of the Estate of Ronnah | J. | Martineau | | Parent | 02cv06977 | Brian | E. | Martineau | | NJ |
| 18 | Edward | L. | Martineau | Jr. | Bettyann Martineau, as Personal Representative of the Estate of Edward | L. | Martineau | Jr. | Parent | 02cv06977 | Brian | E. | Martineau | | NJ |
| 19 | Robin | Siegel | Theurkauf | | Thomas Theurkauf, III, as Personal Representative of the Estate of Robin | Siegel | Theurkauf | | Spouse | 02cv06977 | Thomas | F. | Theurkauf | Jr. | CT |
| 20 | Elyssa | | Kellerman | | Charles and William Dickstein, as Personal Representatives of the Estate of Elyssa | | Kellerman | | Sibling | 02cv06977 | Peter | R. | Kellerman | | NY |
| 22 | Marianne | | Cruikshank | | Douglas Cruikshank, as Personal Representative of the Estate of Marianne | | Cruikshank | | Spouse | 02cv06977 | Robert | | Cruikshank | | NY |
| 23 | Jean | | Braca | | David Braca, as Personal Representative of the Estate of Jean | | Braca | | Spouse | 02cv06977 | Alfred | | Braca | | NJ |
| 25 | Vincent and Caroline Coakley, as Personal Representatives of the Estate of Steven | | Coakley | | Kara Walker, as Personal Representative of the Estate of Steven | | Coakley | | Self | 02cv06977 | Steven | | Coakley | | NY |
| 26 | Vincent | | Coakley | | Kara Walker, as Personal Representative of the Estate of Vincent | | Coakley | | Parent | 02cv06977 | Steven | | Coakley | | NY |
| 27 | Caroline | | Coakley | | Kara Walker, as Personal Representative of the Estate of Caroline | | Coakley | | Parent | 02cv06977 | Steven | | Coakley | | NY |
| 28 | Charles | Gordon | Fry | | Lance Fry, as Personal Representative of the Estate of Charles | Gordon | Fry | | Parent | 02cv06977 | Peter | C. | Fry | | CT |
| 30 | Blanca Gutierrez de Paz, as Personal Representative of the Estate of Victor | Hugo | Paz Gutierrez | | BNY Mellon, as Personal Representative of the Estate of Victor | Hugo | Paz Gutierrez | | Self | 02cv06977 | Victor | Hugo | Paz Gutierrez | | NY |
| 31 | Terence | | Adderley | | Andrew H. Curoe and David M. Hempstead, as Personal Representatives of the Estate of Terence | | Adderley | | Parent | 02cv06977 | Terence | | Adderley | Jr. | MI |
| 32 | Ronald R. Rohner, as Personal Representative of the Estate of Scott | W. | Rohner | | Katherine Rohner, as Personal Representative of the Estate of Scott | W. | Rohner | | Self | 02cv06977 | Scott | W. | Rohner | | NJ |
| 33 | Ronald | R. | Rohner | | Katherine Rohner, as Personal Representative of the Estate of Ronald | R. | Rohner | | Parent | 02cv06977 | Scott | W. | Rohner | | NJ |
| 34 | Gail | | Brennan | | Edward Brennan, as Personal Representative of the Estate of Gail | | Brennan | | Parent | 02cv06977 | Edward | A. | Brennan | III | NY |

| # | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | RELATIONSHIP to 9/11 DECEDENT | CASE NUMBER | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | State of Residency of 9/11 DECEDENT at Death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | Leonard A. Castrianno Sr., as Personal Representative of the Estate of Leonard | M. | Castrianno | Jr. | Leigh Macadlo, as Personal Representative of the Estate of Leonard | M. | Castrianno | Jr. | Self | 02cv06977 | Leonard | M. | Castrianno | Jr. | NY |
| 36 | Leonard | A. | Castrianno | Sr. | Leigh Macadlo, as Personal Representative of the Estate of Leonard | A. | Castrianno | Sr. | Parent | 02cv06977 | Leonard | M. | Castrianno | Jr. | NY |
| 37 | Bobby | | Cheatham | | Arthur Cheatham, as Personal Representative of the Estate of Bobby | | Cheatham | | Spouse | 02cv06977 | Delrose | Forbes | Cheatham | | NY |
| 38 | Robert | | Devitt | Sr. | Joyce Devitt, as Personal Representative of the Estate of Robert | | Devitt | Sr. | Parent | 02cv06977 | Robert | | Devitt | Jr. | NJ |
| 39 | Elizabeth | B. | Crawford | | Leslie Dunlevy, as Personal Representative of the Estate of Elizabeth | B. | Crawford | | Parent | 02cv06977 | James | L. | Crawford | Jr. | NJ |
| 40 | James | Leslie | Crawford | | Elizabeth Van Duyne, as Personal Representative of the Estate of James | Leslie | Crawford | | Parent | 02cv06977 | James | L. | Crawford | Jr. | NJ |
| 41 | Robert | | Jackman | | Barbara Jackman, as Personal Representative of the Estate of Robert | | Jackman | | Parent | 02cv06977 | Brooke | Alexandra | Jackman | | NY |
| 42 | Jan | | Kandell | | Steven Kandell, as Personal Representative of the Estate of Jan | | Kandell | | Parent | 02cv06977 | Shari | | Kandell | | NJ |
| 43 | Patricia Perroncino, as Personal Representative of the Estate of Joseph | | Perroncino | | Stephen Perroncino, as Personal Representative of the Estate of Joseph | | Perroncino | | Self | 02cv06977 | Joseph | | Perroncino | | NY |
| 44 | Patricia | | Perroncino | | Stephen Perroncino, as Personal Representative of the Estate of Patricia | | Perroncino | | Parent | 02cv06977 | Joseph | | Perroncino | | NY |
| 46 | Frederick | | Rimmele | Jr. | Marilyn Rimmele, as Personal Representative of the Estate of Frederick | | Rimmele | Jr. | Parent | 02cv06977 | Frederick | | Rimmele | III | MA |
| 47 | Arline Nussbaum, as Personal Representative of the Estate of Jeffrey | | Nussbaum | | Melissa Brunschwig and Craig Nussbaum, as Personal Representatives of the Estate of Jeffrey | | Nussbaum | | Self | 02cv06977 | Jeffrey | | Nussbaum | | NJ |
| 48 | Arline | | Nussbaum | | Melissa Brunschwig and Craig Nussbaum, as Personal Representatives of the Estate of Arline | | Nussbaum | | Parent | 02cv06977 | Jeffrey | | Nussbaum | | NJ |
| 49 | Floyd | | Weil | | Judith Weil, as Personal Representative of the Estate of Floyd | | Weil | | Parent | 02cv06977 | Joanne | F. | Weil | | NY |
| 50 | Anne N. Angelini, as Personal Representative of the Estate of Joseph | J. | Angelini | Sr | Michael P. Angelini, as Personal Representative of the Estate of Joseph | J. | Angelini | Sr. | Self | 02cv06977 | Joseph | J. | Angelini | Sr. | NY |

| # | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | RELATIONSHIP to 9/11 DECEDENT | CASE NUMBER | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | State of Residency of 9/11 DECEDENT at Death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 | Anne | N. | Angelini | | Michael P. Angelini, as Personal Representative of the Estate of Anne | N. | Angelini | | Spouse | 02cv06977 | Joseph | J. | Angelini | Sr. | NY |
| 52 | Elmeda | V. | George | | Sharon Baker-Gual, as Personal Representative of the Estate of Elmeda | V. | George | | Parent | 02cv06977 | Kerene | | Gordon | | NY |
| 53 | Michael | | Rambousek | | Martin Rambousek, as Personal Representative of the Estate of Michael | | Rambousek | | Parent | 02cv06977 | Lukas a/k/a Luke | | Rambousek | | NY |
| 54 | Dennis | C. | McSweeney | | Katherine McSweeney, as Personal Representative of the Estate of Dennis | C. | McSweeney | | Parent | 02cv06977 | Timothy | Patrick | McSweeney | | NY |