# EXHIBIT 4

PUTATIVE FUNCTIONAL EQUIVALENT CLAIMANTS UNDER THE ATA

| | Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | | Claim Information | | | Solatium Damages | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # | First | Middle | Last | Suffix | Claimant First | Middle | Claimant Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble |
| 1 | | | | | Joan | Ruth | Puwalski | | United States | Steven | J. | Bates | | United States | 9/11/2001 | NY (Other) | 03-cv-9849 | | 1:02-cv-01616, 77, at P2693 | Fiancé | | | | |
| 2 | | | | | Daniel | A. | Walisiak | | Unknown | Susan | L. | Blair | | United States | 9/11/2001 | NY (WTC) | 03-cv-9849 | | 1:02-cv-01616, 26, 29, at 2679 | Fiancé | | | | |
| 3 | | | | | Anthony | | Bengivenga | | Unknown | Lydia | | Bravo | | United States | 9/11/2001 | NY (WTC) | 03-cv-9849 | | 1:02-cv-01616, 26, 29, at 1864 | Fiancé | | | | |
| 4 | | | | | Erin | | Ryan | | Unknown | Michael | R. | Canty | | United States | 9/11/2001 | NY (WTC) | 03-cv-9849 | | 1:02-cv-01616, 155, at P2845 | Fiancé | | | | |
| 5 | | | | | Teresa | A. | Lanzisero | | Unknown | Thomas | A. | Casoria | | United States | 9/11/2001 | NY (Other) | 03-cv-9849 | | 1:02-cv-01616, 77, at P2650 | Fiancé | | | | |
| 6 | | | | | Francesca | M. | Jerez | | Unknown | Robert | D. | Cirri | Sr. | United States | 9/11/2001 | NY (Other) | 03-cv-9849 | | 1:02-cv-01616, 313, at P4627, 8393-1, at 69, 8487 | Step-Child | | | | |
| 7 | | | | | Angela | M. | Gutermuth | | Unknown | Christopher | More | Dincuff | | United States | 9/11/2001 | NY (WTC) | 03-cv-9849 | | 1:02-cv-01616, 26, 29, at 3028 | Fiancé | | | | |
| 8 | | | | | Cheryl | | Olivieri | | Unknown | Paul | R. | Eckna | | United States | 9/11/2001 | NY (WTC) | 03-cv-9849 | | 1:02-cv-01616, 155, at P2883 | Fiancé | | | | |
| 9 | | | | | David | | Konigsberg | | Unknown | Barbara | | Etzold | | United States | 9/11/2001 | NY (WTC) | 03-cv-9849 | | 1:02-cv-01616, 313, at P4641 | Fiancé | | | | |
| 10 | | | | | Karen | M. | Carlucci | | Unknown | Peter | Christopher | Frank | | United States | 9/11/2001 | NY (WTC) | 03-cv-9849 | | 1:02-cv-01616, 77, at P2555 | Fiancé | | | | |
| 11 | | | | | Brian | Thomas | Clendenin | Jr. | Unknown | James | Andrew | Gadiel | | United States | 9/11/2001 | NY (WTC) | 03-cv-9849 | | 8679-1, at 145, 8696 | Step-sibling | | | | |
| 12 | | | | | Janice | Warner | Gadiel | | Unknown | James | Andrew | Gadiel | | United States | 9/11/2001 | NY (WTC) | 03-cv-9849 | | 8679-1, at 143, 8696 | Step-parent | | | | |
| 13 | | | | | Maria | | Acosta | | Unknown | Paul | John | Gill | | United States | 9/11/2001 | NY (Other) | 03-cv-9849 | | 1:02-cv-01616, 26, 29, at 3282 | Domestic Partner | | | | |
| 14 | | | | | Lucy | A. | Aita | | Unknown | Paul | W. | Innella | | United States | 9/11/2001 | NY (WTC) | 03-cv-9849 | | 1:02-cv-01616, 305, at P4334 | Fiancé | | | | |
| 15 | | | | | Richard | A. | Pecorella | | Unknown | Karen | S. | Juday | | United States | 9/11/2001 | NY (WTC) | 03-cv-9849 | | 1:02-cv-01616, 77, at P2683 | Fiancé | | | | |
| 16 | | | | | Melissa | | White | | Unknown | Ryan | Ashley | Kohart | | United States | 9/11/2001 | NY (WTC) | 03-cv-9849 | | 1:03-cv-9849, HAND FILED, at P5129 | Fiancé | | | | |
| 17 | | | | | Anthony | | Roman | | Unknown | Jennifer | Lynn | Mazzotta | | United States | 9/11/2001 | NY (WTC) | 03-cv-9849 | | 1:02-cv-01616, 232, at P4073 | Fiancé | | | | |
| 18 | | | | | Annie | | Guerrero | | Unknown | Roland | | Pacheco | | United States | 9/11/2001 | NY (WTC) | 03-cv-9849 | | 1:03-md-01570, 432, at P5422, 8393-1, at 72, 8487 | Fiancé | | | | |
| 19 | | | | | Nicholas | | Monaco | | Unknown | Ricardo | J. | Quinn | | United States | 9/11/2001 | NY (WTC) | 03-cv-9849 | | 1:02-cv-01616, 313, at P4705 | Step-Child | | | | |
| 20 | | | | | Ian | L. | Pescaia | | United States | Christine | Ann | Snyder | | United States | 9/11/2001 | PA (UA93) | 03-cv-9849 | | 1:15-CV-09903, 256, at 11 | Domestic Partner | | | | |
| 21 | | | | | Karen | | Dallavalle | | United States | Kenneth | F. | Tietjen | | United States | 9/11/2001 | NY (Other) | 03-cv-9849 | | 1:02-cv-01616, 26, 29, at 4550 | Fiancé | | | | |
| 22 | | | | | Debra | Marie | Johnson | | United States | David | J. | Williams | | United States | 9/11/2001 | NY (Other) | 03-cv-9849 | | 1:02-cv-01616, 313, at P4764, 8393-1, at 16, 8487 | Domestic Partner | | | | |