**U.S. Department of Justice**

*Civil Division*
*Federal Programs Branch*

*1100 L ST, NW*
*Washington, D.C. 20005*

April 24, 2024

By ECF
The Honorable Sarah Netburn
United States Magistrate Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *In re: Terrorist Attacks on September 11, 2001,* No. 03 MDL 1570 (GBD) (SN) (S.D.N.Y.)

Dear Judge Netburn:

    I write respectfully to withdraw as an attorney of record for the United States of America. I will imminently be going on parental leave, and upon my return, moving to a new role within the Department of Justice. The United States will continue to be represented by the United States Attorney's Office, and AUSA Sarah Normand and AUSA Rebecca Tinio have already appeared in this case as attorneys of record. My withdrawal as an attorney of record will not affect any deadlines or cause any delay in this matter. Accordingly, I respectfully request that the Court grant my request to withdraw from this matter.

    I thank the Court for its attention to this matter.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LAUREN A. WETZLER
Deputy Director

By:   /s/ *Joseph E. Borson*
JOSEPH E. BORSON
Senior Trial Counsel
Civil Division, Federal Programs Branch
U.S. Department of Justice
Telephone: (202) 514-1944
E-mail: joseph.borson@usdoj.gov

cc:   Counsel of record (via ECF)