```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

In re:

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**

```
-----------------------------------------------------------------X
```

**03-MD-01570 (GBD)(SN)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/25/2024

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    <u>Ashton, et al. v. Al Qaeda Islamic Army, et al.</u>, No. 02-cv-06977
    <u>Ashton, et al. v. Kingdom of Saudi Arabia</u>, No. 17-cv-02003

    The Court orders the substitution of counsel described in ECF No. 9693.[1] Sandra M. Kelly of Ray Robinson Law Co., LPA, is substituted for Megan Benett of Kreindler & Kreindler LLP as counsel of record for Dae Jin Ryook.

**SO ORDERED.**

_/s/ Sarah Netburn_
SARAH NETBURN
United States Magistrate Judge

DATED:    April 25, 2024
                New York, New York

---

[1] ECF numbers refer to the main MDL docket, No. 03-md-01570.