**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

IN RE:                                                                                          03 MDL 1570 (GBD) (SN)

TERRORIST ATTACKS ON                                            **PARTIAL JUDGMENT**
SEPTEMBER 11, 2001

------------------------------------------------------------X

This document relates to:

Bernaerts, et al. v. Islamic Republic of Iran, No. 19-cv-11865 (GBD) (SN)

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated January 22, 2024, Plaintiff's motion for partial final default judgment as to solatium damages against the Islamic Republic of Iran is GRANTED. It is ORDERED that Plaintiff Rachel Uchitel be awarded $12,500,000.00 in solatium damages; and it is ORDERED that prejudgment interest is awarded at a rate of 4.96 percent per annum, all interest compounded annually for the period from September 11, 2001 until the date of judgment in the amount of $24,883,986.20; and it is ORDERED that, to the extent they have not already done so, all Bernaerts. Plaintiffs are permitted to seek punitive or other damages at a later date, consistent with future Court orders.

**Dated:** New York, New York
April 26, 2024

                                                                                            **RUBY J. KRAJICK**
                                                                                            _____
                                                                                            **Clerk of Court**
                                                        **BY:**
                                                                                            _____
                                                                                            **Deputy Clerk**