**EXHIBIT A**
**NON-U.S. NATIONAL 9/11 DECEDENTS (NY)**

| # | Personal Representative | | | | 9/11 Decedent | | | | | | Claim Information | | | Pain & Suffering Damages | | | Economic Damages | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble | |
| 1 | Maria | Celeste | Aryee | | Japhet | | Aryee | | Ghana | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 3170 | | | $ 2,000,000.00 | $ 6,000,000.00 | | 1/29/2024 | | $ 6,523,355.00 | $ 19,570,065.00 | |
| 2 | Katherine | Agnes | Bailey | | Garnet | | Bailey | | Canada | 9/11/01 | NY (UA175) | 15cv9903 | 1:15-cv-09903, 53, at 2314 | | | $ 2,000,000.00 | $ 6,000,000.00 | | 1/10/2020 | | $ 5,416,710.00 | $ 16,250,130.00 | |
| 3 | Maureen | Elizabeth | Basnicki | | Kenneth | William | Basnicki | | Canada | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 3563 | | | $ 2,000,000.00 | $ 6,000,000.00 | | 2/15/2024 | | $ 10,941,249.00 | $ 32,823,747.00 | |
| 4 | Robert | W. | Beatty | | Jane | | Beatty | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 3606 | | | $ 2,000,000.00 | $ 6,000,000.00 | | 1/29/2024 | | $ 6,320,477.00 | $ 18,961,431.00 | |
| 5 | Joy, Adrian | | Bennett, Bennett | | Oliver | Duncan | Bennett | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 3570 | | | $ 2,000,000.00 | $ 6,000,000.00 | | 1/31/2024 | | $ 10,186,843.00 | $ 30,560,529.00 | |
| 6 | Derek | Edward | Bristow | | Paul | Gary | Bristow | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 3328 | | | $ 2,000,000.00 | $ 6,000,000.00 | | 1/29/2024 | | $ 12,798,670.00 | $ 38,396,010.00 | |
| 7 | Malcolm | Phillip | Campbell | | Geoffrey | Thomas | Campbell | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 3157 | | | $ 2,000,000.00 | $ 6,000,000.00 | | 2/8/2024 | | $ 16,441,891.00 | $ 49,325,673.00 | |
| 8 | Margaret | Alexandra | Clarke | | Suria | R. E. | Clarke | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 3591 | | | $ 2,000,000.00 | $ 6,000,000.00 | | | | | $ - | |
| 9 | Donald | J. | Poissant | | Cynthia | Marie | Connolly | | Canada | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 2755 | | | $ 2,000,000.00 | $ 6,000,000.00 | | 1/10/2020 | | $ 9,212,611.00 | $ 27,637,833.00 | |
| 10 | Nigel | Durnstan | Cox | | Andre | | Cox | | St. Vincent and the Grenadines | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 3087 | | | $ 2,000,000.00 | $ 6,000,000.00 | | 2/20/2024 | | $ 9,308,134.00 | $ 27,924,402.00 | |
| 11 | Abigail | Jane | Carter | | Caleb | Arron | Dack | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 103 | | | $ 2,000,000.00 | $ 6,000,000.00 | | 1/9/2020 | | $ 18,343,242.00 | $ 55,029,726.00 | |
| 12 | Barbara | E. | DaMota | | Manuel | John | DaMota | | Portugal | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 2472 | | | $ 2,000,000.00 | $ 6,000,000.00 | | | | | $ - | |
| 13 | Bibiano, Asuncion | M. | de Chavez, de Chavez | | Jayceryll | Malabuyoc | de Chavez | | Philippines | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 1, 53, at 366, 4778, at 3 | | | $ 2,000,000.00 | $ 6,000,000.00 | | 1/23/2024 | | $ 12,461,980.00 | $ 37,385,940.00 | |
| 14 | David | | de Vere | | Melanie | Louise | De Vere | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 3552 | | | $ 2,000,000.00 | $ 6,000,000.00 | | | | | $ - | |
| 15 | Raymond | | Duger | | Antoinette | | Duger | | Italy | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 1619 | | | $ 2,000,000.00 | $ 6,000,000.00 | | 1/10/2020 | | $ 7,411,252.00 | $ 22,233,756.00 | |
| 16 | Janet | Arleen | Dunstan | | Richard | A. | Dunstan | | England | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 1154 | | | $ 2,000,000.00 | $ 6,000,000.00 | | | | | $ - | |
| 17 | Anna | Maria | Egan | | Michael | | Egan | | Canada | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 579 | | | $ 2,000,000.00 | $ 6,000,000.00 | | | | | $ - | |
| 18 | Ellen | Ruth | Judd | | Christine | | Egan | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 3573 | | | $ 2,000,000.00 | $ 6,000,000.00 | | | | | $ - | |
| 19 | Rogelio | R. | Escarcega | | Sarah | Ali Emily | Escarcega | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 3605 | | | $ 2,000,000.00 | $ 6,000,000.00 | | 4/4/2024 | | $ 13,103,471.00 | $ 39,310,413.00 | |
| 20 | Jennifer | Rene | Ewart | | Meredith | Emily June | Ewart | | Canada | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 88 | | | $ 2,000,000.00 | $ 6,000,000.00 | | | | | $ - | |
| 21 | Tessie | | Molina | | Christopher | Hugh | Forsythe | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 439 | | | $ 2,000,000.00 | $ 6,000,000.00 | | | | | $ - | |
| 22 | Hans | J. | Gerhardt | | Ralph | | Gerhardt | | Canada | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 3501 | | | $ 2,000,000.00 | $ 6,000,000.00 | | 1/10/2020 | | $ 18,122,886.00 | $ 54,368,658.00 | |
| 23 | Deena | Joan | Gilbey | | Paul | Stuart | Gilbey | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 1416 | | | $ 2,000,000.00 | $ 6,000,000.00 | | 1/10/2020 | | $ 12,215,596.00 | $ 36,646,788.00 | |
| 24 | Victoria | | Blaksley | | Pedro | | Grehan | | Argentina | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 1727 | | | $ 2,000,000.00 | $ 6,000,000.00 | | | | | $ - | |
| 25 | Beverly | | Hall | | Vaswald | George | Hall | | Jamaica | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 3598 | | | $ 2,000,000.00 | $ 6,000,000.00 | | | | | $ - | |
| 26 | Timothy, Glyn | | John, John | | Nicholas | | John | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 3250 | | | $ 2,000,000.00 | $ 6,000,000.00 | | | | | $ - | |
| 27 | Susan | | Jones | | Christopher | D. | Jones | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 2883 | | | $ 2,000,000.00 | $ 6,000,000.00 | | 1/13/2020 | | $ 14,785,800.00 | $ 44,357,400.00 | |
| 28 | Solomon | | Gayle | | Seilai | | Khoo | | Malaysia | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 400 | | | $ 2,000,000.00 | $ 6,000,000.00 | | 1/13/2020 | | $ 73,639,140.00 | $ 220,917,420.00 | |
| 29 | Sonia | | Gawas | | Ganesh | | Ladkat | | India | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 1541 | | | $ 2,000,000.00 | $ 6,000,000.00 | | | | | $ - | |
| 30 | Se | Jua | Au | | Wei Rong | | Lin | | China | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 2554 | | | $ 2,000,000.00 | $ 6,000,000.00 | | 1/10/2020 | | $ 12,114,565.00 | $ 36,343,695.00 | |
| 31 | Dening | | Lohez | | Jerome | | Lohez | | France | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 3509 | | | $ 2,000,000.00 | $ 6,000,000.00 | | | | | $ - | |
| 32 | Maureen | Marguerite | Maddison | | Simon | | Maddison | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 1349 | | | $ 2,000,000.00 | $ 6,000,000.00 | | | | | $ - | |
| 33 | William | Jorn | Skead | | Christine | Sheila | McNulty | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 3584 | | | $ 2,000,000.00 | $ 6,000,000.00 | | | | | $ - | |
| 34 | Myrtle | | Bazil | | Shevonne | Olicia | Mentis | | Guyana | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 2050 | | | $ 2,000,000.00 | $ 6,000,000.00 | | 1/14/2020 | | $ 8,917,674.00 | $ 26,753,022.00 | |
| 35 | Keolahmatie | | Nath | | Narender | | Nath | | India | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 2533 | | | $ 2,000,000.00 | $ 6,000,000.00 | | | | | $ - | |
| 36 | Lachman | | Parbhu | | Hardai | | Parbhu | | Guyana | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 3537 | | | $ 2,000,000.00 | $ 6,000,000.00 | | | | | $ - | |
| 37 | Yogesh | R. | Patel | | Avnish | Ramanbhai | Patel | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 78 | | | $ 2,000,000.00 | $ 6,000,000.00 | | | | | $ - | |
| 38 | Angela, Keith | Elizabeth | Rogers, Rogers | | Karlie | Barbara | Rogers | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 3596 | | | $ 2,000,000.00 | $ 6,000,000.00 | | | | | $ - | |
| 39 | Silveria | | Segura | | Juan | G. | Salas | | Dominican Republic | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 4778 at 6 | | | $ 2,000,000.00 | $ 6,000,000.00 | | 1/13/2020 | | $ 6,631,265.00 | $ 19,893,795.00 | |
| 40 | Lucy | E. | Thompson | | Clive | | Thompson | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 1324 | | | $ 2,000,000.00 | $ 6,000,000.00 | | | | | $ - | |
| 41 | Sharon | B. | Schultz | | Karamo | | Trerra | | Gambia | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 1561 | | | $ 2,000,000.00 | $ 6,000,000.00 | | | | | $ - | |
| 42 | Elizabeth | Rachel | Turner | | Simon | James | Turner | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 3556 | | | $ 2,000,000.00 | $ 6,000,000.00 | | | | | $ - | |
| 43 | Yun-Ju | | Wen | | Szu-Hui | | Wen | | Taiwan | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 1191 | | | $ 2,000,000.00 | $ 6,000,000.00 | | | | | $ - | |
| 44 | Victor | M. | Turcios | | Sigrid | Charlotte | Wiswe | | Germany | 9/11/01 | NY (WTC) | 19cv44 | 1:19-cv-00044, 1, Appx. Pg. 12 | | | $ 2,000,000.00 | $ 6,000,000.00 | | | | | $ - | |
| 45 | Karen | L. | Beetel | | Martin | Michael | Wortley | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 2258 | | | $ 2,000,000.00 | $ 6,000,000.00 | | | | | $ - | |
| 46 | Nancy | McCardle | Yambem | | Jupiter | | Yambem | | India | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 3284 | | | $ 2,000,000.00 | $ 6,000,000.00 | | 1/13/2020 | | $ 7,936,398.00 | $ 23,809,194.00 | |
| 47 | Ajitha | | Vemulapalli | | Suresh | | Yanamadala | | India | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 3543 | | | $ 2,000,000.00 | $ 6,000,000.00 | | | | | $ - | |