UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- -------------------------------------------------------- x

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

Civil Action No.
03 MDL 1570 (GBD)(SN)

NOTICE OF APPEARANCE

- -------------------------------------------------------- x

This document relates to:

>   *Accardi et al v. Islamic Republic of Iran,* Case No. 21-cv-06247
>   *Alexander et al v. Islamic Republic of Iran,* Case No. 21-cv-03505
>   *Betso et al v. Islamic Republic of Iran,* Case No. 21-cv-01394

To: The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I hereby enter my appearance in the above-captioned cases as counsel for the Plaintiffs.

Dated: April 25, 2024

Respectfully submitted,

_____
Nicholas Papain
Sullivan Papain Block McManus Coffinas &
Cannavo P.C.
120 Broadway, 27th Floor
New York, NY 10271
Phone: (212) 732-9000
Fax: (212) 266-4161

COUNSEL FOR PLAINTIFFS