UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
\- -------------------------------------------------------- x

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | Civil Action No.<br>03 MDL 1570 (GBD)(SN)<br><br>NOTICE OF APPEARANCE |

\- -------------------------------------------------------- x

This document relates to:

> *Accardi et al v. Islamic Republic of Iran,* Case No. 21-cv-06247
> *Alexander et al v. Islamic Republic of Iran,* Case No. 21-cv-03505
> *Betso et al v. Islamic Republic of Iran,* Case No. 21-cv-01394

---

To:   The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I hereby enter my appearance in the above-captioned cases as counsel for the Plaintiffs.

Dated: April 25, 2024

Respectfully submitted,

_____
Nicholas Papain
Sullivan Papain Block McManus Coffinas &
Cannavo P.C.
120 Broadway, 27th Floor
New York, NY 10271
Phone: (212) 732-9000
Fax: (212) 266-4161

COUNSEL FOR PLAINTIFFS