# EXHIBIT A

EXHIBIT A – United States national estate w/o prior judgments

Estates - (description)

| | Personal Representative | | | 9/11 Decedent | | | | | | Claim Information | | | Pain & Suffering Damages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | First | Middle | Last | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Amount |
| 1 | Stephanie | | Desimone | Patrick | | Dunn | US | 9/11/01 | VA | 21cv07679 | 21cv07679, 4 at Appendix 1 | 21cv07679, 69 | $2,000,000 |

Page 1 of 154

EXHIBIT A – United States national solatium w/o prior judgments

Solatium - (description)

| Claimant | | | | | 9/11 Decedent | | | | | | Claim Information | | Solatium Damages | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Relationship | Amount |
| 1 Stephanie | | Desimone | | US | Patrick | | Dunn | | US | 9/11/01 | VA | 21cv07679 | 21cv07679, 4 at Appendix 1 | Spouse | $ 12,500,000.00 |

Page 1 of 139