UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) |

This document relates to:

*Stephanie Desimone, et al v. Islamic Republic of Iran*, 21-cv-07679 (GBD)(SN)

## [PROPOSED] DEFAULT JUDGMENT

Upon consideration of the motion for default judgment submitted by the Plaintiffs in *Stephanie Desimone, et al. v. Islamic Republic of Iran*, 21-cv-07679 (GBD)(SN), whose claims arise out of the terrorist attacks on September 11, 2001, together with the entire record in this case, it is hereby;

**ORDERED** that service of process was effected upon the Islamic Republic of Iran in accordance with 28 U.S.C. § 1608 (a) for sovereign defendants; and it is

**ORDERED** that a partial final default judgment is entered against the Islamic Republic of Iran and on behalf of Plaintiffs listed in Exhibit B-1 and Exhibit B-2 to this Order in *Desimone, et al. v. Islamic Republic of Iran*, 21-cv-07679; and it is

**ORDERED** that Plaintiffs set forth on Exhibit B-1 and Exhibit B-2 to this Order be awarded judgment for damages for pain and suffering in the amount of $2,000,000.00 and solatium damages in the amount of $12,500,000.00, as set forth on Exhibit B-1 and Exhibit B-2; and it is

**ORDERED** that the Plaintiffs set forth on Exhibit B-1 and B-2 be awarded prejudgment interest at a rate of 4.96%, compounded annually, from September 11, 2001 through the date of the judgment entered in the amount of $ _____; and it is

**ORDERED** that the Plaintiff identified in B-1, whose judgment does not already include economic loss damages, may supplement the judgment upon providing evidence related to economic losses at a later date; and it is

**ORDERED** that Plaintiffs identified in Exhibits B-1 and B-2 may submit an application for punitive damages or other damages (to the extent such awards have not previously been Ordered) at a later date consistent with future rulings made by this Court on this issue.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 9470 in 03-md-1570 (GBD)(SN) and ECF No. 70 in 21-cv-07679 (GBD)(SN).

Dated: New York, New York          **SO ORDERED:**
_____, 2024

_____
SARAH NETBURN
United Staes Magistrate Judge