# FLEISCHMAN BONNER & ROCCO LLP
### ATTORNEYS AT LAW

81 Main Street • Suite 515 • White Plains • New York • 10601
Tel: 917-583-8966 • Fax: 908-516-2049 • Web: WWW.FBRLLP.COM

Email: Sdavies@fbrllp.com

May 1, 2024

**Via ECF**

The Honorable Sarah Netburn
United States Magistrate Judge
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York  10007

Re:  *In re Terrorist Attacks on September 11, 2001*, 03-MD-1570 (GBD)(SN)
     *Anaya, et al. v. Islamic Republic of Iran*, 18-cv-12341 (GBD)(SN)

Dear Judge Netburn:

      We write to notify the Court that the United States Victims of States Sponsored Terrorism Fund has set July 1, 2024 as the submission deadline for new claimants to be considered for inclusion in a potential fifth-round of payments from the Fund.

      On September 5, 2023, our client Kathleen Marie Delatizky moved for an award of solatium damages as the stepdaughter of 9/11 decedent Richard Bradway Hall.  *See* MDL ECF 9324-27.  We respectfully request expedited consideration of Ms. Delatizky's pending motion to facilitate her participation in the USVSST Fund's next distribution.

Respectfully submitted,

/s/ Susan M. Davies