# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

*Via ECF*                                                                                                                          May 2, 2024

| | |
|---|---|
| The Honorable George B. Daniels | The Honorable Sarah Netburn |
| U.S. District Judge | U.S. Magistrate Judge |
| United States District Court | United States District Court |
| Southern District of New York | Southern District of New York |
| Daniel P. Moynihan U.S. Courthouse | Thurgood Marshall United States Courthouse |
| 500 Pearl Street | 40 Foley Square, Room 430 |
| New York, NY 10007 | New York, NY 10007 |

    Re:    *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570 (GBD)(SN) – United States Victims of State Sponsored Terrorism Fund Update

Dear Judge Daniels and Magistrate Judge Netburn:

    We write today on behalf of Plaintiffs in the above-captioned case to provide the Court with an update regarding the U.S. Department of Justice-administered United States Victims of State Sponsored Terrorism Fund ("USVSST Fund"). As the Court is aware, judgments obtained against designated state sponsors of terrorism are eligible for submission as claims for limited compensation from the USVSST Fund. The USVSST Fund recently publicized on its website (www.usvsst.com), "[i]f the Special Master determines that sufficient funds are available to authorize a distribution by January 1, 2025, the application deadline for new claimants to be considered for fifth-round payments will be July 1, 2024."

    In anticipation of the USVSST Fund's July 1, 2024, deadline for the submission of new applications for inclusion in the next round of distributions from the Fund, and being ever mindful of the Court's schedule and obligations, we write to address any questions or concerns the Court may have regarding judgment submissions made to date and any other judgment motions plaintiffs anticipate bringing prior to July 1, 2024.

    We thank the Court for its attention to this matter.

                                                                         Respectfully submitted,

                                                                         ANDERSON KILL P.C.

                                                                         By: /s/ Jerry S. Goldman
                                                                            JERRY S. GOLDMAN

**Anderson Kill P.C.**

The Honorable George B. Daniels
The Honorable Sarah Netburn
May 2, 2024
Page 2

      1251 Avenue of the Americas
      42nd Floor
      New York, NY 10020
      Tel.: (212) 278-1000
      Email: jgoldman@andersonkill.com

      *Attorneys for the Plaintiffs*

      MOTLEY RICE LLC

      By: /s/ John M. Eubanks
      JOHN M. EUBANKS
      28 Bridgeside Boulevard
      Mount Pleasant, SC 29465
      Tel.: (843) 216-9184
      Email: jeubanks@motleyrice.com

      *Attorneys for the Plaintiffs*

      KREINDLER & KREINDLER LLP

      By: /s/ Megan Wolfe Benett
      MEGAN WOLFE BENETT
      485 Lexington Avenue
      New York, NY 10017
      Tel.: 212-687-8181
      Email: mbenett@kreindler.com

      *Attorneys for the Plaintiffs*

cc:   All MDL Counsel of Record (via ECF)