**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

**This Document relates to:**
   *Burnett, et al. v. Islamic Republic of Iran, et al.* No. 15-cv-9903 (GBD)(SN)

## NOTICE OF MOTION TO CORRECT

PLEASE TAKE NOTICE that Plaintiffs in the above-captioned, by undersigned counsel and in accordance with Fed. R. Civ. P. 60(a) and the inherent powers of this Court, respectfully request that this Court grant Plaintiffs' Motion to Correct Exhibit A (ECF No. 9648-1) to the March 15, 2024 Declaration of John M. Eubanks (ECF No. 9648-1) and Exhibit B (9649-2) to the Proposed Final Judgment filed March 15, 2024 (ECF No. 9649), to correct a clerical error. The adverse parties to the pending motion have not appeared in this proceeding. In support of this motion, Plaintiffs submit the Declaration of John M. Eubanks, with corrected exhibits, and Proposed Order.

Dated:  May 2, 2024

Respectfully submitted,

MOTLEY RICE LLC

*/S/ John M. Eubanks*_____
John M. Eubanks, Esq.
Donald A. Migliori, Esq.
Jodi Westbrook Flowers, Esq.
Robert T. Haefele, Esq.
Jade Haileselassie, Esq.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Tel: (843) 216-9000
Fax: (843) 216-9450
Email: jeubanks@motleyrice.com