| # | Personal Representative ||||  Claimant |||||| 9/11 Decedent |||||||| Claim Information |||| Solatium Damages |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble |
| 1 |  |  |  |  | Joseph | Theodore | Afflitto | Jr. | US | Daniel | Thomas | Afflitto | Sr. | US | 9/11/01 | NY |  | 1:15-cv-09903, 676, at 1 |  | Sibling |  |  | $ 4,250,000.00 | $ 12,750,000.00 |
| 2 |  |  |  |  | Dylan | S. | Chirls |  | US | Catherine | Ellen | Chirls |  | US | 9/11/01 | NY |  | 1:15-cv-09903, 275, at 10 |  | Child |  |  | $ 8,500,000.00 | $ 25,500,000.00 |
| 3 |  |  |  |  | Lauren | Vargha | Colasanti |  | US | Christopher | Michael | Colasanti |  | US | 9/11/01 | NY |  | 1:15-cv-09903, 676, at 4 |  | Child |  |  | $ 8,500,000.00 | $ 25,500,000.00 |
| 4 |  |  |  |  | Cara | Elizabeth | Colasanti |  | US | Christopher | Michael | Colasanti |  | US | 9/11/01 | NY |  | 1:15-cv-09903, 676, at 3 |  | Child |  |  | $ 8,500,000.00 | $ 25,500,000.00 |
| 5 |  |  |  |  | James | Henry | Connor | II | US | James | Lee | Connor |  | US | 9/11/01 | NY |  | 1:15-cv-09903, 676, at 5 |  | Child |  |  | $ 8,500,000.00 | $ 25,500,000.00 |
| 6 |  |  |  |  | John | P. | Connor |  | US | James | Lee | Connor |  | US | 9/11/01 | NY |  | 1:15-cv-09903, 676, at 6 |  | Child |  |  | $ 8,500,000.00 | $ 25,500,000.00 |
| 7 |  |  |  |  | Lisa | T. | Dolan |  | US | Robert | E. | Dolan | Jr. | US | 9/11/01 | VA |  | 1:15-cv-09903, 53, at 3104 |  | Spouse |  |  | $ 12,500,000.00 | $ 37,500,000.00 |
| 8 |  |  |  |  | Rebecca | Leigh | Dolan |  | US | Robert | E. | Dolan | Jr. | US | 9/11/01 | VA |  | 1:15-cv-09903, 676, at 8 |  | Child |  |  | $ 8,500,000.00 | $ 25,500,000.00 |
| 9 |  |  |  |  | Robert | E. | Dolan | III | US | Robert | E. | Dolan | Jr. | US | 9/11/01 | VA |  | 1:15-cv-09903, 676, at 7 |  | Child |  |  | $ 8,500,000.00 | $ 25,500,000.00 |
| 10 |  |  |  |  | Marion | Elaine | Donovan |  | US | Jacqueline |  | Donovan |  | US | 9/11/01 | NY |  | 1:15-cv-09903, 53, at 2489 |  | Parent |  |  | $ 8,500,000.00 | $ 25,500,000.00 |
| 11 | Patrice |  | Kelleher |  | James | T. | Donovan |  | US | Jacqueline |  | Donovan |  | US | 9/11/01 | NY |  | 1:15-cv-09903, 53, at 2488 |  | Parent |  |  | $ 8,500,000.00 | $ 25,500,000.00 |
| 12 | Edward |  | Flanders |  | Patricia | E. | Flanders |  | US | Vincent | D. | Kane | Jr. | US | 9/11/01 | NY |  | 1:15-cv-09903, 53, at 1315 |  | Sibling |  |  | $ 4,250,000.00 | $ 12,750,000.00 |
| 13 | Barbara | A. | Geidel |  | Ralph | William | Geidel | Sr. | US | Gary | Paul | Geidel |  | US | 9/11/01 | NY |  | 1:15-cv-09903, 53, at 1113, 9621 at 3 |  | Sibling |  |  | $ 4,250,000.00 | $ 12,750,000.00 |
| 14 |  |  |  |  | Marie | Scotto | Giordano |  | US | Jeffrey |  | Giordano |  | US | 9/11/01 | NY |  | 1:15-cv-09903, 53, at 1429, 4778 at 3 |  | Spouse |  |  | $ 12,500,000.00 | $ 37,500,000.00 |
| 15 |  |  |  |  | Antonio | Jose | Guadalupe |  | US | Jose | Antonio | Guadalupe |  | US | 9/11/01 | NY |  | 1:15-cv-09903, 676 at 9 |  | Child |  |  | $ 8,500,000.00 | $ 25,500,000.00 |
| 16 |  |  |  |  | James | Lawrence | Hopper |  | US | James | P. | Hopper |  | US | 9/11/01 | NY |  | 1:15-cv-09903, 676 at 10 |  | Child |  |  | $ 8,500,000.00 | $ 25,500,000.00 |
| 17 |  |  |  |  | Carolyn | Alysa | Koestner |  | US | Frank | J. | Koestner |  | US | 9/11/01 | NY |  | 1:15-cv-09903, 676 at 11 |  | Child |  |  | $ 8,500,000.00 | $ 25,500,000.00 |
| 18 |  |  |  |  | Megan | Kathleen | Maloney |  | US | Joseph | Edward | Maloney |  | US | 9/11/01 | NY |  | 1:15-cv-09903, 676 at 13 |  | Child |  |  | $ 8,500,000.00 | $ 25,500,000.00 |
| 19 |  |  |  |  | Joseph | Eric | Maloney |  | US | Joseph | Edward | Maloney |  | US | 9/11/01 | NY |  | 1:15-cv-09903, 676 at 12 |  | Child |  |  | $ 8,500,000.00 | $ 25,500,000.00 |
| 20 |  |  |  |  | Kathleen |  | Maloney |  | US | Joseph | Edward | Maloney |  | US | 9/11/01 | NY |  | 1:15-cv-09903, 53, at 3340 |  | Spouse |  |  | $ 12,500,000.00 | $ 37,500,000.00 |
| 21 | Patricia |  | McKenna |  | Agnes | Jane | McKenna |  | US | Stephanie | Marie | McKenna |  | US | 9/11/01 | NY |  | 1:15-cv-09903, 53, at 1543, 9621 at 3 |  | Parent |  |  | $ 8,500,000.00 | $ 25,500,000.00 |
| 22 |  |  |  |  | Lynn | Ann | Pescherine |  | US | Michael | John | Pescherine |  | US | 9/11/01 | NY |  | 1:15-cv-09903, 53, at 850 |  | Spouse |  |  | $ 12,500,000.00 | $ 37,500,000.00 |
| 23 |  |  |  |  | Ryan | Michael | Pescherine |  | US | Michael | John | Pescherine |  | US | 9/11/01 | NY |  | 1:15-cv-09903, 676 at 14 |  | Child |  |  | $ 8,500,000.00 | $ 25,500,000.00 |
| 24 |  |  |  |  | Alexander | Jordan Selwyn | Rosenblum |  | US | Howard |  | Selwyn |  | US | 9/11/01 | NY |  | 1:15-cv-09903, 676 at 17 |  | Child |  |  | $ 8,500,000.00 | $ 25,500,000.00 |
| 25 |  |  |  |  | James | Edward | Sabella |  | US | Thomas | E. | Sabella |  | US | 9/11/01 | NY |  | 1:15-cv-09903, 676 at 15 |  | Child |  |  | $ 8,500,000.00 | $ 25,500,000.00 |
| 26 |  |  |  |  | Nicole | Jean | Sabella |  | US | Thomas | E. | Sabella |  | US | 9/11/01 | NY |  | 1:15-cv-09903, 676 at 16 |  | Child |  |  | $ 8,500,000.00 | $ 25,500,000.00 |
| 27 |  |  |  |  | Kelsie | Marie | Scofield |  | US | Glenn | E. | Wilkinson |  | US | 9/11/01 | NY |  | 1:15-cv-09903, 676 at 18 |  | Child |  |  | $ 8,500,000.00 | $ 25,500,000.00 |
| 28 | Severino | Rogan | Tamayo | Jr. | Severino | Yabut | Tamayo | Sr. | US | Hector | R. | Tamayo |  | US | 9/11/01 | NY |  | 1:15-cv-09903, 53, at 2183, 9621 at 3 |  | Parent |  |  | $ 8,500,000.00 | $ 25,500,000.00 |
| 29 |  |  |  |  | Ana | Maria | Tempesta |  | US | Anthony |  | Tempesta |  | US | 9/11/01 | NY |  | 1:15-cv-09903, 53, at 485 |  | Spouse |  |  | $ 12,500,000.00 | $ 37,500,000.00 |
| 30 | Jason | Reed | Tieste |  | Ronald | Bruce | Tieste |  | US | William | R. | Tieste |  | US | 9/11/01 | NY |  | 1:15-cv-09903, 53, at 1662, 9621 at 3 |  | Sibling |  |  | $ 4,250,000.00 | $ 12,750,000.00 |
| 31 |  |  |  |  | Jasmyn | Alexandria | Troy |  |  | Willie | Quincey | Troy |  |  |  |  |  | 1:15-cv-09903, 683 at 3 |  | Child |  |  | $ 8,500,000.00 | $ 25,500,000.00 |
| 32 | Leonard |  | Vollkommer |  | Christine |  | Vollkommer |  | US | Robert | W. | Spear | Jr. | US | 9/11/01 | NY |  | 1:15-cv-09903, 53, at 2109, 9621 at 3 |  | Sibling |  |  | $ 4,250,000.00 | $ 12,750,000.00 |