UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

**This Document relates to:**
*Burnett, et al. v. Islamic Republic of Iran, et al.* No. 15-cv-9903 (GBD)(SN)

**[PROPOSED] ORDER**

The Plaintiffs' motion to correct exhibit is granted. Exhibit A to the Declaration of John M. Eubanks at ECF No. 9648-1 (ECF No. 689-1 in No. 15-cv-9903) and Exhibit B to the Proposed Default Judgment at ECF No. 9649-2 (ECF No. 690-2 in No. 15-cv-9903) are substituted with ECF No. 9747-1.

The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 9746, and the related motion in *Burnett*, No. 15-cv-9903, ECF No. 704.

**SO ORDERED.**


Dated: May ___, 2024                                   _____
       New York, New York                              SARAH NETBURN
                                                        United States Magistrate Judge