**EXHIBIT A**
**Non-U.S. National Personal Injury**

| | Personal Representative | | | | Claimant | | | | | | Claim Information | | | Pain & Suffering Damages | | | | Economic Damages | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | 9/11 Site | Case | Complaint | Amendments & Substitutions | Documentation | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble | Notes |
| 1 | | | | | Philipson | | Azenabor | | Nigeria | NY | 15cv9903 | 1:15-cv-09903, 53, at 3661 | | | | | $ - | | | | | $ - | |
| 2 | | | | | Felipe | | David | | Honduras | NY | 15cv9903 | 1:15-cv-09903, 53, at 3868 | | | | | $ - | | | | | $ - | |
| 3 | | | | | Antonio | Narcisco | Fernandez | | Dominican Republic | NY | 15cv9903 | 1:15-cv-09903, 53, at 3985 | | | | | $ - | | | | | $ - | |
| 4 | | | | | Edgar | | Gutierrez | | Columbia | NY | 15cv9903 | 1:15-cv-09903, 53, at 4098 | | | | | $ - | | | | | $ - | |
| 5 | | | | | Jose | | Nivar | | Dominican Republic | NY | 15cv9903 | 1:15-cv-09903, 53, at 4511 | | | | | $ - | | | | | $ - | |
| 6 | | | | | Manuela | | Pichardo | | Dominican Republic | NY | 15cv9903 | 1:15-cv-09903, 53, at 4581 | | | | | $ - | | | | | $ - | |
| 7 | | | | | Miriam | | Rodriguez | | Dominican Republic | NY | 15cv9903 | 1:15-cv-09903, 53, at 4670 | | | | | $ - | | | | | $ - | |
| 8 | | | | | Thelma | | Savery | | Belize | NY | 15cv9903 | 1:15-cv-09903, 53, at 4716 | | | | | $ - | | | | | $ - | |
| 9 | | | | | Yuni | | Vasquez | | Dominican Republic | NY | 15cv9903 | 1:15-cv-09903, 53, at 4874 | | | | | $ - | | | | | $ - | |