# EXHIBIT B

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)  ECF Case |
|---|---|
| This document relates to:  *Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.* | 15-cv-9903 (GBD) (SN)  ECF Case |

## DECLARATION OF PHILIPSON AZENABOR

I, Philipson Azenabor, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury as follows:

1.      I am more than 18 years of age and competent to testify in court to the matters stated below. The statements made in this Declaration are based on my personal knowledge unless otherwise indicated.

2.      At the time of these terrorist attacks, I was a citizen of Nigeria. I later became a United States Citizen in 2006. Attached as Exhibit A to this Declaration is a true and correct copy of my current proof of U.S. citizenship. On September 11, 2001, I worked as a security guard with Summit Security Services, Inc., at the World Trade Center (WTC) property.

3.      On the morning of September 11th, I had been providing security services in the North Tower when the first passenger jet, American Airlines Flight 11, struck the upper section of the building. As I walked through the basement area of the North Tower, I felt the building tremble and I immediately knew that I needed to leave the area.

4.      As I took the escalator with others to escape from the basement area of the North Tower, I fell and severely injured my right knee. I could hear what sounded like bombs exploding above me, and I feared that I would die if the North Tower collapsed.

5.      Despite my knee injury, I made my way outside of the North Tower and I entered the street area in front of the building. The scene I witnessed looked like a war zone. I saw horrible images of people jumping from the upper sections of the North Tower, and I watched as bodies struck the pavement near me. Dead bodies and body parts covered the concrete in the area.

6.      As I stood in front of the North Tower in a state of shock, the building began to collapse. Although I attempted to run from the area, a massive cloud of smoke, chemicals, and building debris consumed me, and I was unable to see anything around me. I inhaled large quantities of the dust and debris cloud into my lungs and airways, and I began to have trouble breathing.

7.      I crawled my way through the smoke and debris until I saw daylight, and I then limped away from the area on foot. I walked from the WTC area to 42nd Street and I then caught a bus to take me home. Due to my 9/11 injuries, I immediately sought medical treatment from Dr. Tariq Waseem on September 12, 2001.

8.      As a result of these terrorist attacks, I suffered the following injuries[1] on September 11, 2001: torn meniscus in my right knee[2] that required arthroscopic surgery to repair[3]; due to the large quantities of dust and debris that I inhaled during the collapse of the North Tower, I suffer from chronic rhinosinusitis[4] and GERD[5].

---

[1] *See*, 9/11 Injury Records of Philipson Azenabor (AZENABOR_MEDS_0001), attached hereto as Exhibit B, at 0001-0030.
[2] *Id.* at 0001-0008, 0010, 0013, and 0030.
[3] *Id.* at 0009, and 0011-0012.
[4] *Id.* at 0014-0016, 0019, 0022, and 0024-0030.
[5] *Id.* at 0030.

9.     My physical injuries and conditions from 9/11 have also been confirmed by the Victim

Compensation Fund[6] (VCF).

10.     I sought and continue to seek medical attention for my physical injuries caused by these

terrorist attacks. Attached as Exhibit B to this Declaration is a true and correct copy of my select relevant

medical records confirming my physical injuries following the September 11, 2001, terrorist attacks.

11.     I previously pursued a claim (VCF Number 0007897) through the September 11th VCF

specifically related to my physical injuries incurred on September 11, 2001, and my claim was

determined to be eligible for compensation.

---

[6] *Id.* at 0030.

I DECLARE, VERIFY AND STATE UNDER PENALTY OF PERJURY that the foregoing is

true and correct.

DATED this _20_ day of October 2023.

Declarant Philipson Azenabor

# EXHIBITS FILED UNDER SEAL (ECF No. 5716)