# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

## VIA ECF

May 2, 2024

The Honorable Sarah Netburn
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

      RE:    *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

      The Plaintiffs Executive Committees ("PECs"), on behalf of Plaintiffs with claims against defendant Al Rajhi Bank ("ARB"), write concerning Plaintiffs' Averment of Jurisdictional Facts and Evidence and/or Statement of Facts Pursuant to Rule 56.1 ("Averment"), filed under seal at ECF No. 9624.

      During a review of the Averment this week, Plaintiffs discovered two citations that incorrectly cited to the wrong exhibit number, and another four citations in the Averment that mistakenly omitted the relevant exhibit numbers. Earlier today, Plaintiffs informed ARB's counsel of the errors, and provided them with an errata worksheet identifying corrections to those citations and other minor typographical errors in the Averment.

      Plaintiffs believe the Court and the parties will benefit from a corrected version of the Averment that incorporates the changes identified in the errata worksheet, and therefore respectfully request Your Honor's authorization to refile under seal a corrected version of Plaintiffs' Averment and the errata worksheet. The Court has previously authorized parties to this litigation to refile corrected versions of their pleadings after finding various errors. *See* Orders at ECF Nos. 9520, 9388. Should the Court grant Plaintiffs' request, Plaintiffs are prepared to promptly file the corrected Averment following the issuance of such an order.

      Counsel for ARB has indicated the Bank does not object to Plaintiffs' request to refile a corrected version of the Averment with the changes identified in the errata worksheet.

      Plaintiffs thank the Court for its attention to this matter.

Honorable Sarah Netburn
May 2, 2024
Page 2

_____

Respectfully submitted,

  COZEN O'CONNOR

  By: __/s/ Sean P. Carter__
  SEAN P. CARTER
  1650 Market Street, Suite 2800
  Philadelphia, PA 19103
  Tel.: (215) 665-2105
  Email: scarter1@cozen.com

  *On behalf of the Plaintiffs' Executive Committees*

cc:  All MDL Counsel of Record

LEGAL\70345818\1