# DEFAULT JUDGMENT MOTION COVER SHEET

**MDL MOVING PAPERS**

    Motion: ECF No. __9755__

    Memorandum of law: ECF No. __9756__

    Declaration & supporting exhibits: ECF No. __9757__

**PLAINTIFFS**
Please describe each set of plaintiffs requesting judgments in this motion.

| Exhibit | Description of Plaintiffs | Cause(s) of Action |
|---|---|---|
| A-1 | Solatium of U.S. National Decedents | FSIA, 28 U.S.C. Sec. 1605A(c) |
| A-2 | Solatium of U.S. National Decedents | FSIA, 28 U.S.C. Sec. 1605A(c) |
| A-3 | Solatium of U.S. National Decedents | FSIA, 28 U.S.C. Sec. 1605A(c) |
| B | Estates of U.S. National Decedents on 9/11/2001 | FSIA, 28 U.S.C. Sec. 1605A(c) |
| C | Economic-Loss Reports | FSIA, 28 U.S.C. Sec. 1605A(c) |
| | | |

**DEFENDANTS**
Please list all defendants the plaintiffs are moving against:

    Islamic Republic of Iran, Islamic Revolutionary Guard Corps, Central Bank of the Islamic Republic of Iran

**COMPLIANCE**

    As stated in ECF No. __9757__ at ¶ __2a__, counsel followed the quality control measures outlined in ECF No. 3433 and adopted in ECF No. 3435.

    As stated in ECF No. __9757__ at ¶ __3__, these plaintiffs have not previously received judgments against these defendants.

    Excel versions of any tables attached to the proposed order were emailed to Netburn_NYSDChambers@nysd.uscourts.gov on __5__ / __2__ / __2024__.

**SUBJECT MATTER JURISDICTION**

    ☒ The Court previously addressed subject matter jurisdiction over these claims in ECF No. __85__

    ☐ The Court has not previously addressed subject matter jurisdiction over these claims.

**PERSONAL JURISDICTION**

    ☒ The Court previously addressed personal jurisdiction over these defendants in ECF No. __85__

    ☐ The Court has not addressed personal jurisdiction over these defendants.

**FACTUAL & LEGAL QUESTIONS**

    ☐ This motion requests ☐ new functional equivalence findings; ☐ new personal injury assessments; or ☐ resolution of a new issue: _____

    ☒ This motion does not raise novel factual or legal issues.

**RELEVANT FILINGS**

For each member case, list docket entries for the corresponding filings. Duplicate this page if additional space is needed.

| Member Case & Operative Complaint | Notices of Amendment & Substitutions *list entries relevant to moving plaintiffs* | Alternative Service Order *complete if applicable* | Affidavit of Service | Certificate of Default | Liability Judgment *leave blank if requesting liability judgment* |
|---|---|---|---|---|---|
| 1:15-cv-09903 (GBD)(SN), 53 | 5551-1 at 1; 15cv9903, 683 | | 11/10/2016, 64 | 12/5/2016, 67 | 1/31/2017, 85 |
| 1:19-cv-44 (GBD)(SN), 1 | 19cv44, 140 | | 9/3/2019, 18 | 9/3/2019, 5060 | 9/5/2019, 5082 |
| 1:19-cv-41 (GBD)(SN), 1 | 19cv41, 160 | | 9/3/2019, 21 | 9/3/2019, 25 | 9/9/2019, 5104 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |