**EXHIBIT A-1**

**Burnett, et al. v. Islamic Republic of Iran, et al., Case No. 15-cv-9903 (GBD)(SN)**

**U.S.-National Solatium Claims**

| | Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | Claim Information | | | Solatium Damages | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble |
| 1 | | | | | Alla | | Plakht | | U.S. | Igor | | Zukelman | | U.S. | 9/11/01 | NY | 15cv09903 | 1:15-cv-09903, 53 at 728 | | Spouse | | | $ 12,500,000.00 | |
| 2 | | | | | Shane | Kevin | Connors | | U.S. | Kevin | P. | Connors | | U.S. | 9/11/01 | NY | 15cv09903 | 1:15-cv-09903, 683 | | Child | | | $ 8,500,000.00 | |
| 3 | | | | | Terence | Thaddeus | Connors | | U.S. | Kevin | P. | Connors | | U.S. | 9/11/01 | NY | 15cv09903 | 1:15-cv-09903, 683 | | Child | | | $ 8,500,000.00 | |