**EXHIBIT A-2**

**Arias, et al. v. Islamic Republic of Iran, No. 19-cv-41 (GBD)(SN)**

**U.S.-National Solatium Claims**

| | Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | | Claim Information | | | Solatium Damages | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble |
| 1 | | | | | Victoria | Marie | Carstensen | | U.S. | Jeffrey | | Giordano | | U.S. | 9/11/01 | NY | 19cv41 | 1:19-cv-00041, 160, at 1 | | Child | | | $ 8,500,000.00 | |
| 2 | | | | | Alexandra | Camille | Giordano | | U.S. | Jeffrey | | Giordano | | U.S. | 9/11/01 | NY | 19cv41 | 1:19-cv-00041, 160, at 2 | | Child | | | $ 8,500,000.00 | |
| 3 | | | | | Nicholas | Jesse | Giordano | | U.S. | Jeffrey | | Giordano | | U.S. | 9/11/01 | NY | 19cv41 | 1:19-cv-00041, 160, at 3 | | Child | | | $ 8,500,000.00 | |