**EXHIBIT A-3**

**Prior, et al. v. Islamic Republic of Iran, 19-cv-44 (GBD)(SN)**

**U.S.-National Solatium Claims**

| | Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | Claim Information | | | Solatium Damages | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble |
| 1 | | | | | Mark | James | Gardner | | U.S. | Harvey | Joseph | Gardner | III | U.S. | 9/11/01 | NY | 19cv44 | 1:19-cv-00044, 140, at 1 | | Sibling | | | $ 4,250,000.00 | $ 12,750,000.00 |