**EXHIBIT B**

**Burnett, et al. v. Islamic Republic of Iran, et al., No. 15-cv-9903 (GBD)(SN)**

**U.S.-National 9/11 Decedent Estates**

| | Personal Representative | | | | 9/11 Decedent | | | | | | Claim Information | | | Pain & Suffering Damages | | | | Economic Damages | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble |
| 1 | Una | M. | McHugh | | Dennis | P. | McHugh | | U.S. | 9/11/01 | NY | 15cv09903 | 1:15-cv-09903, 53, at 1978 | | | $ 2,000,000.00 | $ 6,000,000.00 | | 5/2/2024 | | $ 14,562,846.00 | $ 43,688,538.00 |
| 2 | Mary | E. | Andrews | | Michael | Rourke | Andrews | | U.S. | 9/11/01 | NY | 15cv09903 | 1:15-cv-09903, 53, at 2898 | | | $ 2,000,000.00 | $ 6,000,000.00 | | 1/29/2024 | | $ 10,653,623.00 | $ 31,960,869.00 |
| 3 | Amy | M. | Laszczynski | | Paul | | Laszczynski | | U.S. | 9/11/01 | NY | 15cv09903 | 1:15-cv-09903, 53, at 2076, 5511-1 at 1 | | 6037 at 3 | $ 2,000,000.00 | $ 6,000,000.00 | | 4/22/2024 | | $ 6,756,301.00 | $ 20,268,903.00 |
| 4 | Alla | | Plakht | | Igor | | Zukelman | | U.S. | 9/11/01 | NY | 15cv09903 | 1:15-cv-09903, 53, at 728 | | | $ 2,000,000.00 | $ 6,000,000.00 | | 1/13/2020 | | $ 10,670,695.00 | $ 32,012,085.00 |