# EXHIBIT A

## DEFAULT JUGDMENT MOTION COVER SHEET

**MDL MOVING PAPERS**

Motion: ECF No. __9766__

Memorandum of law: ECF No. __9767__

Declaration & supporting exhibits: ECF No. __9768__

**PLAINTIFFS**
Please describe each set of plaintiffs requesting judgments in this motion.

| Exhibit | Description of Plaintiffs | Cause(s) of Action |
|---|---|---|
| B | PRs of US-national decedents w/o prior jdgs | 28 U.S.C. Sec. 1605A |
| C | Solatium Plaintiffs w/o prior jdgs | 28 U.S.C. Sec. 1605A |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**DEFENDANTS**
Please list all defendants the plaintiffs are moving against:

The Islamic Republic of Iran

**COMPLIANCE**

As stated in ECF No. __9768__ at ¶ __3a__, counsel followed the quality control measures outlined in ECF No. 3433 and adopted in ECF No. 3435.

As stated in ECF No. __9768__ at ¶ __3a__, these plaintiffs have not previously received judgments against these defendants.

Excel versions of any tables attached to the proposed order were emailed to Netburn_NYSDChambers@nysd.uscourts.gov on __05__ / __07__ / __2024__.

**SUBJECT MATTER JURISDICTION**
- ☒ The Court previously addressed subject matter jurisdiction over these claims in ECF No. __8901__
- ☐ The Court has not previously addressed subject matter jurisdiction over these claims.

**PERSONAL JURISDICTION**
- ☒ The Court previously addressed personal jurisdiction over these defendants in ECF No. __8901__
- ☐ The Court has not addressed personal jurisdiction over these defendants.

**FACTUAL & LEGAL QUESTIONS**
- ☐ This motion requests ☐ new functional equivalence findings; ☐ new personal injury assessments; or ☐ resolution of a new issue: _____
- ☒ This motion does not raise novel factual or legal issues.

**RELEVANT FILINGS**
For each member case, list docket entries for the corresponding filings. Duplicate this page if additional space is needed.

| Member Case & Operative Complaint | Notices of Amendment & Substitutions *list entries relevant to moving plaintiffs* | Alternative Service Order *complete if applicable* | Affidavit of Service | Certificate of Default | Liability Judgment *leave blank if requesting liability judgment* |
|---|---|---|---|---|---|
| 21-cv-06247 (GBD) (SN) | | | 40 | 43 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |