UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-MDL-1570 (GBD) (SN) <br> ECF Case |
| This document relates to: <br> *Betso et al v. Islamic Republic of Iran* | Case No. 21-cv-01394 (GBD) (SN) <br> ECF Case |

**PLAINTIFFS' NOTICE OF MOTION FOR ENTRY OF PARTIAL
FINAL JUDGMENTS ON BEHALF OF *BETSO* PLAINTIFFS**

**PLEASE TAKE NOTICE** that, upon the accompanying declaration of Nicholas Papain (the "Papain Declaration"), with exhibits, and the accompanying memorandum of law, together with the evidence filed in the above-captioned multidistrict litigation, the Plaintiffs identified in Exhibits ("Ex.") A and B to the Papain Declaration (the "*Betso* Plaintiffs"), by and through their undersigned counsel, respectfully move this Court:

(1) for an order of judgment by default as to liability against the Islamic Republic of Iran ("Iran") and in favor of the *Betso* plaintiffs, pursuant to 28 U.S.C. §1605A;

(2) for a final order of partial judgment against Iran awarding each of the *Betso* Plaintiffs identified in Ex. A to the Papain Declaration, as the personal representative of the estate of a U.S. citizen who developed a severe medical condition that ultimately killed them ("Latent Injury Decedent") as a direct result of the terrorist attacks that took place on September 11, 2001 ("9/11 Terrorist Attacks"), compensatory damages for the Latent Injury Decedent's pain and suffering in the amounts of $7,000,000 per estate to each Latent Injury Decedent's estate as set forth in Ex. A to the Papain Declaration;

(3) for a final order of partial judgment against Iran awarding each of the *Betso* Plaintiffs identified in Ex. B to the Papain Declaration, as the spouse, parent, child, or sibling

1

of a Latent Injury Decedent, each of whom was a U.S. Citizen, solatium damages for the losses they suffered in the amounts set forth in Ex. B to the Papain Declaration;

(4) for an order awarding prejudgment interest at a rate of 4.96 percent per annum, compounded annually, from September 11, 2001, to the date of judgment; and

(5) for an order permitting the *Betso* Plaintiff herein to submit future applications for economic damages, punitive damages, and/or other damages at a later date, consistent with any future rulings made by this Court.

A Proposed Order of Judgment is being filed simultaneously with this Notice.

Dated: May 7, 2024

Respectfully submitted,

Nicholas Papain
Sullivan Papain Block McManus
Coffinas & Cannavo P.C.
120 Broadway, 27th Floor
New York, NY 10271
Phone: (212) 732-9000
COUNSEL FOR *BETSO* PLAINTIFFS