# EXHIBIT F

# Estate of Ronald Cohen

# VCF Documentation



September 11th
Victim Compensation Fund

March 25, 2014

RONALD COHEN
C/O BETH JABLON
SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO, PC
120 BROADWAY
18TH FLOOR
NEW YORK NY  10271

Dear Ronald Cohen:

Your Eligibility Form for the September 11th Victim Compensation Fund (VCF) has been
reviewed. You submitted an Eligibility Form for Personal Injury Claimants.  Your claim number
is VCF0011028.

## The Decision on your Claim

The VCF has determined that you meet the eligibility criteria established in the statute (the
Zadroga Act and the original statute) and regulations[1] and therefore the VCF will review your
Compensation Form and supporting materials to determine the amount of any award.  Based on
the information you submitted and information the VCF has received from the World Trade Center
Health Program (WTCHP), you have been found eligible for the following injuries:

- CHRONIC RHINITIS
- GLIOBLASTOMA MULTIFORME

Please note that there are several reasons why an injury that you think should be eligible is not listed
above.  First, for non-traumatic injuries, the description of the injury is based on the information provided
by the WTCHP and there can be several alternative descriptions for the same injury.  Additionally, a
WTCHP physician may have provided testing or treatment for an injury even if the WTCHP has not
certified that injury for treatment.  Finally, your injury may not be listed if it was only recently certified for
treatment by the WTCHP.  The VCF regularly receives updated information from the WTCHP and will
notify you if additional injuries have become eligible.

## What Happens Next

The VCF will determine your compensation award based solely on the eligible injuries listed
above.  In order for the VCF to do so, you must submit the Compensation Form for Personal
Injury Claimants and the required supporting documents.  If you have not already done so, please
submit the Compensation Form and the required supporting documents as soon as possible.  You
are encouraged to submit the Compensation Form through the VCF's web-based claim system at

---

[1] The Statute (the Air Transportation Safety and System Stabilization Act as amended by the Zadroga
Act) and the Regulations are located at http://www.vcf.gov/lawRulesOtherDocs.html.



September 11th
Victim Compensation Fund

www.vcf.gov. If you wish to complete the Compensation Form in hardcopy, you may request the form by contacting the toll-free Helpline at 1-855-885-1555. For the hearing impaired, please call 1-855-885-1558 (TDD). If you are calling from outside the United States, please call 1-202-353-0356.

In addition to the Compensation Form, please also complete and submit the VCF ACH Payment Information Form. This form can be found on our website in Section 8 of the Frequently Asked Questions (FAQs). The completed form must be submitted before the VCF can arrange for any payment.

The VCF will be able to determine your compensation award based on the eligible conditions after all compensation related documents are submitted. When you receive an award letter, you will have the right to appeal. In that appeal, you have the right to assert additional injuries that you believe are eligible and for which you believe you should be compensated. For purposes of the statutory deadlines, the injuries listed in your claim form and the injuries certified as eligible will be deemed "filed". You will receive instructions on the appeal process when you receive the letter with details of your compensation award.

If you have questions about the information in this letter or the claims process in general, please contact our toll-free Helpline at the number noted above. Every effort will be made to respond to your inquiries as soon as possible.

If you have questions about the information in this letter or the claims process in general, please contact our toll-free Helpline at the number noted above. Every effort will be made to respond to your inquiries as soon as possible.

Sincerely,

September 11th Victim Compensation Fund



September 11th
Victim Compensation Fund

May 30, 2014


RONALD COHEN
C/O BETH JABLON
SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO, PC
120 BROADWAY
18TH FLOOR
NEW YORK NY  10271

Dear Ronald Cohen:

The September 11th Victim Compensation Fund (VCF) sent you a loss calculation letter on
April 21, 2014.  You then amended your compensation form – after you received your pro-
rated payment based on the initial calculation.  The VCF has considered your amendment
and has re-evaluated your claim for compensation.  This letter sets forth the revised loss
calculation and supersedes and replaces the preceding loss calculation.

Your claim number is VCF0011028.  Based on the new information you submitted, the VCF
has calculated the total amount of your eligible loss as $4,133,466.00.  This determination is
in accordance with the requirements of the Zadroga Act[1] and is based on the loss
associated with the conditions that the VCF has determined to be eligible.

The loss calculation is comprised of the following components:

| | |
|---|---:|
| Economic Loss: | $3,883,466.00 |
| Non-Economic Loss: | $250,000.00 |
| Collateral Offsets (deducted from calculated loss): | $0.00 |
| TOTAL REVISED LOSS CALCULATION: | $4,133,466.00 |

Your payment will be based on the amount of funding available under the Zadroga Act.  Under
the Zadroga Act, the total funding for the VCF is capped and only some of the VCF's funding is
available during the VCF's first five years.  Therefore, the VCF must distribute payments in at
least two installments and can only issue payments in the aggregate up to the amount of the
cap.  This means that each claimant may receive a total payment that is less than the amount
of his or her total loss calculation.  In order to assure that every claimant receives an initial
payment, the VCF will pay 10 percent of the total loss calculation as the first installment.  You
have already received $25,000.00 from your initial loss calculation.  You are now entitled to
receive a pro-rata share of the difference between the revised loss calculation and the initial

---

[1] The Statute (the Air Transportation Safety and System Stabilization Act as amended by the Zadroga
Act) and the Regulations are located at http://www.vcf.gov/lawRulesOtherDocs.html.

Page 2

loss calculation.  The VCF expects to make an additional payment in the future, but at this time, the amount of that additional payment cannot be determined.

**What Happens Next**

We will begin processing your initial payment using the information you provided on the VCF ACH Payment Information Form or other payment authorization document you submitted to the VCF.  The Special Master will authorize the payment within 20 days of the date of this letter. Once the Special Master has authorized the payment, it may take up to two weeks for the United States Treasury to disburse the money into your designated bank account.

Although you are receiving the initial payment on your claim, you may still appeal or request to amend the loss calculation amount by doing the following:

- **Amending your Claim**: If you have information in support of your claim that was not submitted to the VCF at the time your loss was calculated and that you believe would impact the amount of your calculated loss, you may submit the information to the VCF for review.  You may also amend your claim if you have additional injuries that you believe are eligible and would affect your loss calculation, or if your condition changes (for example, if you become disabled).  You may also amend your claim if you have an additional type of loss. The VCF will review the new information and determine if it provides the basis for a revised loss calculation.  If you decide to request to amend your claim in the future, you must submit the request and any supporting documents no later than October 3, 2016, although we encourage you to submit your request before then.  Please see the VCF website for additional details on how to amend your claim and the specific circumstances that may be appropriate to request an amendment.

- **Appealing the Loss Calculation**: You may request a hearing before the Special Master or her designee if you believe the amount of your loss was erroneously calculated or if you believe you can demonstrate extraordinary circumstances indicating that the calculation does not adequately address your claim.  Please note that the initial payment percentage cannot be modified in an appeal. Therefore, you should not request a hearing if you disagree only with the percentage of the payment issued.

  To request and schedule a hearing, please complete the following two steps:

  **Step 1:** Complete and return the enclosed Claimant Appeal Request Form no later than **30 calendar days** from the date of this letter.[2]  Returning the form notifies the VCF of your intent to appeal the loss calculation but your hearing will not be scheduled until you complete Step 2.

---

[2] This is the date by which the form must be uploaded to your online claim or postmarked (if sending by mail).  If the date falls on a Sunday or a Federal Government holiday, the form must be uploaded or postmarked by the next business day.

**Step 2:** When you are ready to schedule your hearing, complete and return the Pre-Hearing Questionnaire **and** call the VCF Helpline at 1-855-885-1555. Please have a copy of your completed questionnaire available when you call the Helpline. The Pre-Hearing questionnaire can be found on the ww.vcf.gov website under "Forms and Resources."

If we do not receive your Claimant Appeal Request Form by the 30-day deadline, we will deem this loss calculation to be final.

If the Special Master modifies your loss calculation as the result of an appeal or an amendment to your claim, the VCF will issue a second partial payment on your claim equal to the amount of the difference between the first payment and 10% of the revised loss amount.

Your claim was calculated using our published regulations, and I believe it is fair and reasonable under the requirements of the Zadroga Act.  As always, I emphasize that no amount of money can alleviate the losses suffered on September 11th, 2001.

If you have any questions, please feel free to call the toll-free Helpline at 1-855-885-1555.  For the hearing impaired, please call 1-855-885-1558 (TDD).  If you are calling from outside the United States, please call 1-202-353-0356.  Every effort will be made to respond to your application and/or inquiries as soon as possible.

Sincerely,

Sheila L. Birnbaum
Special Master
September 11th Victim Compensation Fund

VITAL RECORDS CERTIFICATE

DATE FILED   THE CITY OF NEW YORK – DEPARTMENT OF HEALTH AND MENTAL HYGIENE

**NEW YORK CITY**
**DEPARTMENT OF HEALTH**
**AND MENTAL HYGIENE**
**NOVEMBER 28, 2014 11:51 AM**

**CERTIFICATE OF DEATH**   Certificate No. **156-14-047382**

**MEDICAL CERTIFICATE OF DEATH** (To be filled in by the Physician)

| 1. DECEDENT'S LEGAL NAME | RONALD | COHEN | | |
|---|---|---|---|---|
| | (First, Middle, Last) | | | |

| Place Of Death | 2a. New York City | 2c. Type of Place | 2d. Any Hospice care in last 30 days | 2e. Name of hospital or other facility (if not facility, street address) |
|---|---|---|---|---|
| | 2b. Borough | 1 ☐ Hospital Inpatient   4 ☐ Nursing Home/Long Term Care Facility | 1 ☒ Yes | University Hospice |
| | | 2 ☐ Emergency Dept./Outpatient   5 ☒ Hospice Facility | 2 ☐ No | |
| | Staten Island | 3 ☐ Dead on Arrival   6 ☐ Decedent's Residence   7 ☐ Other Specify ___ | 3 ☐ Unknown | |

| Date and Time of Death | 3a. (Month) | (Day) | (Year-yyyy) | 3b. Time | 4. Sex | 5. Date last attended by a Physician |
|---|---|---|---|---|---|---|
| | November | 25 | 2014 | 07:14  ☐ AM  ☒ PM | Male | mm 11  dd 25  yyyy 2014 |

6. Certifier: I certify that death occurred at the time, date and place indicated and that to the best of my knowledge traumatic injury or poisoning DID NOT play any part in causing death, and that death did not occur in any unusual manner and was due entirely to NATURAL CAUSES. See instructions on reverse of certificate.

| Name of Physician | Frank Forte MD | Signature | *Frank Forte* | ☐ D.O. ☒ M.D. |
|---|---|---|---|---|
| | (Type or Print) | | Signature Electronically Authenticated | |
| Address | 78 Meisner Avenue, Staten Island, New York 10306 | License No. 107946 | Date NOV-26-2014 | |

**PERSONAL PARTICULARS** (To be filled in by Funeral Director, in case of City Burial, by Physician)

| 7a. Usual Residence State | 7b. County | 7c. City or Town | 7d. Street and Number | Apt. No. | ZIP Code | 7e. Inside City Limits? |
|---|---|---|---|---|---|---|
| New York | Richmond | Staten Island | 341 Pompey Avenue | | 10312 | 1 ☒ Yes 2 ☐ No |

| 8. Date of Birth | (Month) | (Day) | (Year-yyyy) | 9. Age at last birthday (years) | 10. Social Security No. |
|---|---|---|---|---|---|
| | November | 12 | 1967 | 47 | 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 |

| 11a. Usual Occupation (Type of work done during most of working life. Do not use "retired") | 11b. Kind of business or industry | 12. Aliases or AKAs |
|---|---|---|
| Senior Advisor | NYC Mayor Office | |

| 13. Birthplace (City & State or Foreign Country) | 14. Education (Check the box that best describes the highest degree or level of school completed at the time of death) |
|---|---|
| Brooklyn, New York | 1 ☐ 8th grade or less; none   4 ☐ Some college credit, but no degree   7 ☐ Master's degree (e.g., MA, MS, MEng, MEd, MSW, MBA) |
| | 2 ☐ 9th – 12th grade; no diploma   5 ☐ Associate degree (e.g., AA, AS)   8 ☐ Doctorate (e.g., PhD, EdD) or |
| | 3 ☒ High school graduate or GED   6 ☐ Bachelor's degree (e.g., BA, AB, BS)   Professional degree (e.g., MD, DDS, DVM, LLB, JD) |

| 15. Ever in U.S. Armed Forces? | 16. Marital/Partnership Status at time of death | 17. Surviving Spouse's/Partner's Name (If wife, name prior to first marriage)(First, Middle, Last) |
|---|---|---|
| 1 ☐ Yes 2 ☒ No | 1 ☒ Married   2 ☐ Domestic Partnership   3 ☐ Divorced   4 ☐ Married, but separated   5 ☐ Never Married   6 ☐ Widowed   7 ☐ Other, Specify ___   6 ☐ Unknown | Paula Sainato |

| 18. Father's Name (First, Middle, Last) | 19. Mother's Maiden Name (Prior to first marriage) (First, Middle, Last) |
|---|---|
| Roy Cohen | Frances Dabbene |

| 20a. Informant's Name | 20b. Relationship to Decedent | 20c. Address (Street and Number) | Apt. No. | City & State | ZIP Code |
|---|---|---|---|---|---|
| Paula Cohen | Spouse | 341 Pompey Avenue, Staten Island, New York | | | 10312 |

| 21a. Method of Disposition | 21b. Place of Disposition (Name of cemetery, crematory, other place) |
|---|---|
| 1 ☒ Burial   2 ☐ Cremation   3 ☐ Entombment   4 ☐ City Cemetery   5 ☐ Other Specify ___ | Ressurection Cemetery |

| 21c. Location of Disposition (City & State or Foreign Country) | 21d. Date of Disposition | mm | dd | yyyy |
|---|---|---|---|---|
| Staten Island, New York | | 12 | 01 | 2014 |

| 22a. Funeral Establishment | 22b. Address (Street and Number) | City & State | ZIP Code |
|---|---|---|---|
| John T. Kerwin | 2340 Jerusalem Avenue, North Bellmore, New York 11710 | | |

This is to certify that the foregoing is a true copy of a record on file in the Department of Health and Mental Hygiene. The Department of Health and Mental Hygiene does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.19(b) of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.

December 1, 2023

*Gretchen VanWye*
Gretchen Van Wye, PhD, City Registrar





1340000528520

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

THE CITY OF NEW YORK – DEPARTMENT OF HEALTH AND MENTAL HYGIENE
## CONFIDENTIAL MEDICAL REPORT

| To be filled in by **FUNERAL DIRECTOR** or, in case of City Burial, by Physician | | Certificate No.   **156-14-047382** |
|---|---|---|

**23.** Ancestry (Check one box and specify)
- ❑ Hispanic (Mexican, Puerto Rican, Cuban, Dominican, etc.)

Specify _____

- ☒ NOT Hispanic (Italian, African American, Haitian, Pakistani, Ukrainian, Nigerian, Taiwanese, etc.)

Specify **Italian**

**24.** Race as defined by the U.S. Census (Check one or more to indicate what the decedent considered himself or herself to be)
- 01 ☒ White        02 ❑ Black or African American
- 03 ❑ American Indian or Alaska Native
  (Name of enrolled or principal tribe)_____
- 04 ❑ Asian Indian       05 ❑ Chinese
- 06 ❑ Filipino        07 ❑ Japanese
- 08 ❑ Korean        09 ❑ Vietnamese
- 10 ❑ Other Asian–Specify_____
- 11 ❑ Native Hawaiian    12 ❑ Guamanian or Chamorro
- 13 ❑ Samoan
- 14 ❑ Other Pacific Islander–Specify_____
- 15 ❑ Other–Specify_____

**RONALD        COHEN**
**DECEDENT'S LEGAL NAME** (Type or Print)

**25.** CAUSE OF DEATH – List only one cause on each line. DO NOT ABBREVIATE.

| | | APPROXIMATE INTERVAL: ONSET TO DEATH |
|---|---|---|
| **PART I** | a. IMMEDIATE CAUSE  **Brain Cancer** | **Unknown** |
| | b. DUE TO OR AS A CONSEQUENCE OF | |
| | c. DUE TO OR AS A CONSEQUENCE OF | |
| | d. DUE TO OR AS A CONSEQUENCE OF | |
| **PART II** | OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH but not resulting in the underlying cause given in Part I. Include operation information. | |

| 26a. Was an autopsy performed?  1 ❑ Yes   2 ☒ No | 27a. If Female  1 ❑ Not pregnant within 1 year of death  2 ❑ Pregnant  at time of death  3 ❑ Not pregnant at death, but pregnant within 42 days of death  4 ❑ Not pregnant at death, but pregnant 43 days to 1 year before death  5 ❑ Unknown if pregnant within 1 year of death | 27b.  If pregnant within one year of death, outcome of pregnancy  1 ❑ Live Birth  2 ❑ Spontaneous Termination/ Ectopic Pregnancy  3 ❑ Induced Termination   4 ❑ None | 27c. Date of Outcome  mm   dd  ***   ***   *** | 28. Was this case referred to OCME?  1 ❑ Yes  2 ❑ No |
|---|---|---|---|---|
| 26b. Were autopsy findings available to complete the cause of death?  1 ❑ Yes   2 ❑ No | | | | |

| 29. Did tobacco use contribute to death?  1 ❑ Yes  2 ❑ No  3 ❑ Probably  4 ☒ Unknown | 30. For Infant under one year: Name and address of hospital or other place of birth |
|---|---|

I am submitting herewith a confidential report of the **cause** of death.

SIGNATURE *Frank Forte* D.O. M.D.
Signature Electronically Authenticated

ADDRESS  78 Meisner Avenue , Staten Island, New York 10306   LICENSE NO.  **107946**

# Family Member Affidavits

Nicholas Cohen

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In Re:

TERRORIST ATTACKS ON                                    03-MDL-1570  (GBD)(SN)
SEPTEMBER 11, 2001

----------------------------------------------------------- X     **AFFIDAVIT OF**
EVELYN BETSO, et al.,                                           **NICHOLAS COHEN**


                                    Plaintiffs,          21-CV-01394  (GBD)(SN)

                    V.

ISLAMIC REPUBLIC OF IRAN,

                                    Defendant.
-----------------------------------------------------------------X

DISTRICT OF COLUMBIA        )
                            : SS
COUNTY OF                   )


        NICHOLAS COHEN, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at
40 Patterson Street NE, Washington, DC 20002.

        2.      I am currently 24 years old, having been born on March 2, 1999.

        3.      I am the son of Decedent, Ronald Cohen, upon whose death my claim is
based, and submit this Affidavit in connection with the present motion for a default
judgment and in support of my solatium claim.

        4.      My father passed away from glioblastoma multiforme, a form of brain cancer, on
November 25, 2014, at the age of 47. It was medically determined that this illness was causally
connected to his exposure to the toxins resulting from the September 11, 2001, terrorist attacks
at the World Trade Center.

5.      My dad's larger-than-life presence made every single moment special. Every single event that we had together represented that fact — instead of ordering Chinese food, we would get Joe Shanghais in the city; instead of watching Person of Interest, we went to an actual taping of the show; instead of talking about government stuff and watching spy movies, we went to Washington DC to see it. The big events turned into even bigger events — instead of going to Cape May, we went to Disney and instead of staying at the free hotel in Orlando for the week, he decided we should go to the All-Star Movies because the free hotel didn't have any Mickey Mouse; instead of going to Washington, DC to see the moments, we got a tour inside the Pentagon and CIA Headquarters. It's funny to think about everything that we did together because most of it doesn't make sense. What made him think spending so much extra on Mickey Mouse was a good idea? How was he able to get us to meet Sylvester Stallone at his movie premier? How was he able to get me to meet the Director of the Defense Intelligence Agency when I was 14? Why were the city's flags flown half-mast for him? Why was the entire church filled with servicemen and women, police officers, and Sanitation workers at his funeral? Why were doves released in front of the church? My dad touched every single heart of every single person that he ever met. That's not any different with me. My relationship with my dad was the most important one in my life. He was my very best friend, my protector, and my hero. It was the quality time that we spent together that made even the little moments amazing. It was the moments sitting watching 24 in the living room on Wednesday nights. It was hearing the way that he made my family laugh. It was sitting in the kitchen after dinner to color Halloween pictures to put on the wall. It was the way he was able to give absolutely everything to the people that he cared about. My dad has the ultimate impact on my life. He showed me the ways I want to live. He showed me the importance of caring. He showed me how to laugh during the tough times. He showed me how to be decent, kind, and selfless. He

continues to guide every single decision that I make in my life.

6.     I was only two years old when September 11th occurred, so I have absolutely no recollection of the events of that day. The only things that I know are from what I learned years later. I knew that my father was an employee of the Trade Waste Commission and an integral part of the clean-up effort at Ground Zero. I knew that my father spent countless hours at the site, evidenced by the pictures and credentials that he saved for the months superseding the event. When my dad first learned of his cancer diagnosis, he was working for the Business Integrity Commission and years later when the cancer returned, he was working for the Mayor's Office.

7.     I feel lucky knowing that my parents sheltered me from my dad's diagnosis for almost seven years. I remember little tidbits of moments that didn't make sense back in 2007 but now that I know all of the details regarding my dad's sickness things have become clearer. I remember the white bandage around his head that he had to wear on my 8th birthday at Hibachi grill. I remember my grandparents having to watch me once a month while my parents went into the city. While I only remember little bits of information from the onset throughout his remission, I remember every moment of his recurrence, from the night before he told me the cancer returned all the way up to the day he died. My dad used to have this saying where he told me to always remember the eight most important people – my mom, my dad, my little sister, my grandma, my grandpa, my two uncles and I. It was Saturday night, a week before Easter 2014, when my dad brought me into the kitchen and emphasized to always remember the seven most important people – my mom, my little sister, my grandma, my grandpa, my two uncles, and I. I didn't realize why he forgot himself in the list of most important people until he revealed his diagnosis to my little sister and me the next morning. He told me that he beat cancer once and that it was no big deal this time.

I still, to this day, have no idea whether he thought he would be able to beat it a second time. But everything changed the night after Easter 2014. I was sleeping in my parents' bedroom when my dad woke up in the middle of the night having some sort of night terror. He was talking in his sleep making little sense. I ran into my room where my mom had been sleeping for the night to tell her what was going on. She went back into her room to see what was happening and then I heard her scream. I looked down the hallway and saw my father on the ground having what was the first of many seizures. That night was the beginning of the end. Throughout the next couple of months, he would have to retire from the job he loved, he would have to walk with a cane whenever he would go anywhere, and he would live in and out of the hospital as his brain continued to rot away from the cancer and consistent seizures. His voice got raspier, and his personality dwindled, but he fought every waking moment until the day he died. More recently I learned about his initial onset with cancer. He never got the chance to tell me about it but my mom provided insight. I learned that when he was initially diagnosed the doctors gave him a prognosis of 18 months at most. He ended up living seven years, which meant more time with his family and friends. More time for the things he loved. But every single waking moment he lived in consistent fear that he was going to die. He was correct because, on November 25, 2014, he took his final breath.

8.     The night I found out that my dad had died – my world went dark. I tried to grieve with the understanding that my life had completely changed. But that didn't change the fact that I would look at the calendar and scroll past the months just to sit with the realization that my dad wouldn't be there for any of the moments in my life. He would never get to be in the crowd cheering for me during my high school wrestling matches or sit with my mom watching me graduate high school. He would never get the chance to move me into my freshman dorm at college or tell me every day to "make good choices" every morning (like he would do when I was a kid). He would

never teach me to drive or help me tailor my resume to apply for my first internship. My father will never see me get married or meet his grandkids, and those grandkids will never get to know him except for the memories he lives on in that I share with them. I was distraught sitting with this reality but what hurt even more was that he was not going to be there for the little things either. The conversations that we would have at dinner about our day. The special agent/spy TV shows that we would watch together. The different restaurants that we would try. It's now been almost ten years since the day that I lost him, but I can still see the look on my mother's face when she told me, the cry my little sister let out, and the tears in my uncle's eyes. I can still feel every single emotion as if it is happening in the present day and my whole world still stands stuck in one of the most devastating moments of my life. My family and I tried to move on and to live our lives, but this was not the life that we were supposed to live. I always talk about what life would be life if my dad was still here on earth with us, how his larger-than-life personality could captivate everyone in any room, how happy he would've been when I graduated college, how proud he would have been to escort my little sister to the father-daughter dances and how he would have held my grandma as we laid my grandfather to rest. It is comforting to imagine a world where he is still in it. His energy is something that will live on in our memories and I still have the ability to smile thinking about how things would be if he was still around. We had a life filled with memories and love, but it gets me every time I make a new memory knowing it's another one that he isn't part of.

NICHOLAS COHEN

Sworn before me this

____ day of NOV , 2023

Notary public

Paula Cohen

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

In Re:

TERRORIST ATTACKS ON                           03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

------------------------------------------------------- X      **AFFIDAVIT OF**
EVELYN BETSO, et al.,                                          **PAULA COHEN**


                                    Plaintiffs,        21-CV-01394 (GBD)(SN)

                     V.

ISLAMIC REPUBLIC OF IRAN,

                                    Defendant.
----------------------------------------------------------------X

STATE OF NEW YORK        )
                         : SS
COUNTY OF RICHMOND       )


        PAULA COHEN, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at
341 Pompey Avenue Staten Island, New York 10312.

        2.      I am currently 56 years old, having been born on January 16, 1967.

        3.      I am the wife of Decedent, Ronald Cohen, upon whose death my claims are
based. I submit this Affidavit in support of the present motion for a default money
judgment for the claim made on behalf of my husband's estate and for my solatium
claim. On April 21, 2016, I was issued Letters Testamentary as Executor of my
husband's estate by the Richmond County Surrogate's Court.

        4.      My husband passed away from glioblastoma multiforme, a form of brain cancer,
on November 25, 2014, at the age of  47. It was med1ically determined that this illness was
causally connected to his exposure to the toxins resulting from the September 11, 2001, terrorist

1

attacks at the World Trade Center.

5.      My husband, Ronald Cohen, started with the Department of Sanitation in July 1988, he quickly rose through the ranks, he was shop stewart very early in his career. He then was transferred to Sanitation Police where he was a police officer performing investigations for private carting companies and then he transferred to the Trade Waste Commission, which later became Business Integrity Commission. The Waste Commission was a special task force under Mayor Giuliani's administration. Ronald also was the President of the Columbia Association for the DSNY, which was the largest fraternal organization for the City of New York and a member of the Community Mayors which was an organization that helped handicapped children. He was promoted to Deputy Commissioner and held that position on September 11, 2001. Ronald and I were very happily married for twenty-one years at the time of his death in 2014. Ron and I met in 1979 in the 5th grade. We went to the same elementary school starting from in the 6th grade. We quickly became best friends. We did everything together (whether it was socializing at events or parties, spending time with friends and family or spending quality time with each other). I can honestly say what made us the happiest was being with our two children, Nicholas, and Diana, who we would do anything for. Some of the most special times were spent at my parent's house in the Catskill Mountains just playing with the kids and spending time with the family. We would sometimes pack lunch and spend hours down by the stream doing nothing specific but it's what the kids wanted, so we gladly did it. However, the most memorable times were when Ronald and I took the kids to Disney. I can't even describe the feelings seeing the smiles the kids had on their faces seeing Mickey Mouse or any Disney princess. Nicholas was 15 and Diana was 9, when

my husband passed.

6.      On September 11th, like every morning, Ron reported to work at the Trade Waste Commission while I was at home with my son and another child that I was babysitting when the tragic events unfolded. After the first plane hit the first tower Ron called me and told me he was okay but going to find a safe place to go. He told me he was going to do what he needed to and try to get home when he could. He called me whenever he had the chance, however he had difficulties staying in touch due to the problems with the phone service that day. Later that night, I had not heard from him in quite some time and repeatedly tried calling him on his work number and his personal number. It seemed like an eternity. I finally got through and a man answered, I asked to speak with Ron, but the man replied, "look lady, we are very busy here, I don't know who your husband is, I just saw this phone just lying on the floor, so I answered it". My heart sank. The man was on the pile doing the buckets brigade when he found my husband's phone. I guess the phone fell out of Ronald's pocket while he was helping. It was probably one of the scariest moments of my life. Ron later called and said he was okay. For the months that followed, it seemed like he was never home as he woke up every morning and went to work because he knew he had to. My husband was constantly going back and forth between Ground Zero and the Fresh Kills landfill in Staten Island, where he was a key person in sorting through the rubble.

7.      In January of 2007, Ronald took me on a little vacation for my 40th birthday, but while there, he started to complain that he had a headache. After we returned home, he went to the doctor. The doctor reported it was just a sinus infection and told him not to worry. A few weeks later, Ronald had a stomach virus and was nauseous, he started to vomit and the pain in his head became unbearable. I took him to Staten Island University Hospital on Seguine Avenue, where they did a CT scan. The report showed there was a large mass on his brain. They immediately

3

transferred him to the facility on Seaview Avenue where they did an MRI and it concluded there was a large tumor that needed to be removed. I arranged for him to be transferred to NYU Hospital in New York City on February 15, 2007, Dr. Patrick Walsh performed an eight-hour brain surgery on my husband to remove that tumor. On February 26, 2007, that mass was confirmed to be a malignant tumor. My husband had Stage 4 brain cancer. It was a Glioblastoma Multiforme. It was an extremely aggressive cancer and statistics showed most passed away between 9 to 18 months. My world stopped. My children entered my mind, I thought what were we going to do without him. I was heartbroken. I didn't want to tell my children because Nicholas was only 7 and Diana was 2 and they wouldn't understand. That was the end of my husband as I knew him. He stopped living his life the way he used to. Ron was the life of the party, the funny man, the go to person, the rock to his family. We were told we needed to find a neuro-oncologist that would help him through this. We met Dr. Michael Gruber of NYU. He was an amazing doctor. Ronald had all the faith in the world in him and so did I. The weeks following the surgery, he was given his instructions and that included 6 ½ weeks radiation treatments and countless rounds of Chemotherapy. We frequently visited Dr. Gruber for his check-ups and MRI's. The cancer seemed to have gone into remission. My husband did an amazing job but still wasn't the same. He used to say, there are two kinds of people in this world-ones that have cancer and ones that do not, and if you are fortunate not to have it you will never know what it feels like to have it. The feeling of hopelessness and worry. In the beginning of April of 2014, he said something was wrong. He started dropping things. He went to Dr. Gruber and after an MRI it was confirmed the cancer had returned. He started another round of chemotherapy this time it was a drip done at NYU, all the previous rounds were an oral chemotherapy called Temodar that and I administered it to him at home in a very specific way. It began with a light dinner, then waited 2 ½ hours of complete fasting

followed by an anti-nausea medicine wait 30 minutes and the 460 mg of Temodar then right to bed. It was an exact procedure. If it wasn't done correctly, he would get very nauseous. On April 20, 2014, the day after an Easter dinner with the family at my house, he went to bed, and my son woke me up in the middle of the night and said something was wrong with daddy. I walked into my room and Ronald was sitting on the bed rocking back and forth. I didn't know what was happening. He was confused and disoriented. It almost seemed that he was stuck in a nightmare. He told me he had to go to the bathroom, I helped him up and headed for the bathroom and after three steps he fell to the ground and experienced his first grand mal seizure. My Nicholas was 15 and my Diana was 9. They were screaming. The sight was horrifying. I didn't know what to do. It was out of my control. I called 911. The ambulance came and took him to the hospital. That first seizure was one of many, they happened frequently, and his health really started to decline rapidly. He lost his appetite; he lost weight but did the best he could. After every seizure he had, it left his speech and his physical ability less. He stopped eating, it was a struggle for me to give him his necessary medications. He was in and out of the hospitals. After each MRI, you could see the white haze on the images. It was severe brain damage. We were at NYU, when the doctor approached me. He said there was nothing left to do and handed me a DNR paper. I just shook my head and cried.

8.     On Tuesday, November 25, 2014, two days before Thanksgiving, my husband passed away at the Addeo house, a hospice facility. I remember telling my son first. I was at a loss for words. Everything we knew was over. I had to raise my kids without my husband and my best friend. I hadn't a clue what needed to be done. I had so many people around me to help in any way but yet, I was still alone. My children didn't have their dad. I never thought a funeral could be beautiful, but his was. The amount of support from friends and family was overwhelming. His

funeral mass was nothing short of spectacular. They closed the streets, the parking lot at the church was filled. There seemed like thousands of people ranging from friends and family, DSNY, NYPD, members of city government and even the Navy. None of that really mattered. I looked at my children and it made me cry. The months that followed, I was just going through the motions for the sake of my children. But honestly didn't care about much of anything. In May 2015, I went to the cardiologist for a routine checkup. The doctor asked me how I felt and I simply responded "I don't know", he ran a few tests and after a week or so, the doctor told me I needed to go to NYU for an angiogram. After the angiogram, the doctor came in and extended his hand and said "you should thank me, I just saved your life". "The main artery in your heart (the widow maker) was 90% blocked and required a stent". The doctor told me it was stress related. My Nicholas is now 24 and my daughter Diana is 18. I turned 56 this past January. Life hasn't been the same. My life and my children's lives have not been the same. There isn't a moment we don't think about him or talk about him. I just go through the motions of day-to-day life. At night, is the worst. I always have in the back of my mind that if something happens to me, what will my children do. Who will take care of them. I live in constant fear. I often sit back and wonder what my life would have been like. Would we still be living in Staten Island. Would we have visited any new places. Now that my daughter is going on to college and my son lives in Washington DC. What happens to me. The one thing I do know is, as much as I miss my husband, my children have the greatest loss. He missed graduations and birthday parties and packing that lunch and go down to the stream. We haven't

been back to Disney since he passed away and don't plan to go. We just keep those memories tucked away in our hearts.

_____
PAULA COHEN

Sworn before me this

_____ day of _____, 2023

_____
Notary public

ANGELA M SPECIALE
NOTARY PUBLIC, STATE OF NEW YORK
01SP6390180
QUALIFIED IN RICHMOND COUNTY
COMMISSION EXPIRES APRIL 8, 20___

7