# EXHIBIT Q

# Estate of Gregorio Morales

# VCF Documentation



April 2, 2018

MARIA MORALES
3635 CRIMSON STAR
SAN ANTONIO TX  78261

Dear MARIA MORALES:

The September 11th Victim Compensation Fund ("VCF") has reviewed your Eligibility Form. You submitted an Eligibility Form on behalf of GREGORIO MORALES.  Your claim number is VCF0100035.  Your Eligibility Form was determined to be substantially complete on March 30, 2018.  As stated in the Regulations and on the claim form, by filing a substantially complete Eligibility Form, you have waived your right to file or be a party to a September 11th-related lawsuit on behalf of the decedent and his or her survivors.

### The Decision on your Claim

The VCF has determined that the decedent has met the eligibility criteria established in the statute and regulations.  Based on the information you submitted and information the VCF has received from the World Trade Center ("WTC") Health Program, the decedent has been found eligible for the following injuries:

- ASTHMA, UNSPECIFIED, UNSPECIFIED STATUS
- MALIGNANT NEOPLASM LIVER NOT SPEC AS PRIMARY/SEC
- SIMPLE CHRONIC BRONCHITIS

Please note that there are several reasons why an injury that you think should be eligible is not listed above.  For non-traumatic injuries, the name of the injury is based on the information provided by the WTC Health Program and there may be different names for the same injury. Additionally, your injury may not be listed if it was only recently certified for treatment by the WTC Health Program.

If in the future the WTC Health Program should notify you that a condition previously found eligible is no longer certified, you must inform the VCF as this may affect your eligibility status and/or the amount of your award.

### What Happens Next

**If the decedent was certified for treatment by the WTC Health Program for a condition not listed above**, you should amend your claim.  Please see the VCF website for details on how to amend your claim.  The VCF will review the new information and determine if it provides the basis for a revised decision.

**If you believe the decedent had eligible injuries not treated by the WTC Health Program** and you would like the VCF to consider those injuries before calculating the amount of any compensation, you should amend your claim.  If you choose to amend your claim, you will need



to use the VCF Private Physician process.  The Private Physician process is a way for the VCF to gather the required information about the decedent's treatment in order to process your claim.  All forms are available on the VCF website under "Forms and Resources."  The website also includes detailed information and instructions on the Private Physician process.

**If the decedent did not have injuries other than those listed above,** you should submit your Compensation Form and required supporting materials.  If you have already submitted your Compensation Form, you do not need to take any action at this time unless you receive a request from the VCF for missing information.  The VCF will calculate the amount of any compensation based on the conditions listed above after all compensation-related documents are submitted.

If you have questions about the information in this letter or the claims process in general, please call our toll-free Helpline at 1-855-885-1555.  For the hearing impaired, please call 1-855-885-1558 (TDD).  If you are calling from outside the United States, please call 1-202-514-1100.

                                                Sincerely,

                                                Rupa Bhattacharyya
                                                Special Master
                                                September 11th Victim Compensation Fund

cc: WENDELL TONG

 September 11th
Victim Compensation Fund

March 13, 2019

MARIA MORALES
3635 CRIMSON STAR
SAN ANTONIO TX  78261

Dear MARIA MORALES:

The September 11th Victim Compensation Fund ("VCF") has reviewed your claim for compensation.  Your claim number is VCF0100035.  Your Compensation Form was determined to be substantially complete on November 27, 2018.  This means your claim was deemed "filed" for purposes of section 405(b)(3) of the Statute on that date.

Based on the information you submitted, the VCF has calculated the amount of your eligible loss as **$258,406.08**.  This determination is in accordance with the requirements of the Reauthorized Zadroga Act.  The enclosed "Award Detail" includes a detailed explanation of the calculation and a list of the eligible conditions included in this determination.

**Please note:** The VCF completed the substantive review of your claim prior to February 25, 2019, and the amount of your award was **not** impacted by the Special Master's determination that the VCF's funding is insufficient to compensate all pending and projected claims.  Additional information about the determination of funding insufficiency and the changes that became effective on February 25, 2019, can be found at https://www.vcf.gov/fundinginsufficiency.html.

Loss of earnings were not awarded on the wrongful death claim because the award your husband previously received included lost earnings to the end of worklife.  The final award includes the losses included in the previous award as well as the non-economic losses associated with the wrongful death claim.  As shown in the detailed breakdown of the award, the collateral offsets applicable to the wrongful death losses were not applied to the personal injury award.

No non-routine legal service expenses are approved for reimbursement for this claim.

As the Personal Representative, you are required to distribute any payment received from the VCF on behalf of the victim to the eligible survivors or other recipients in accordance with the applicable state law or any applicable ruling made by a court of competent jurisdiction or as provided by the Special Master.

**What Happens Next**

The VCF will deem this award to be final and will begin processing the payment on your claim unless you complete and return the enclosed Compensation Appeal Request Form within **30 days from the date of this letter** as explained below.  If you do not appeal, the Special Master will authorize the payment on your claim within 20 days of the end of the 30-day appeal period.  Once the Special Master has authorized the payment, it may take up to



three weeks for the United States Treasury to disburse the money into the bank account designated on the VCF ACH Payment Information Form or other payment authorization document you submitted to the VCF.

- **Appealing the Award**: You may request a hearing before the Special Master or her designee if you believe the amount of your award was erroneously calculated or if you believe you can demonstrate extraordinary circumstances indicating that the award does not adequately address your claim. **If you choose to appeal, your payment will not be processed until your appeal has been decided**.

To request a hearing, you must complete and return the enclosed Compensation Appeal Request Form **and** Pre-Hearing Questionnaire no later than **30 calendar days** from the date of this letter. The VCF will notify you in writing of your scheduled hearing date and time and will provide additional instructions to prepare for your hearing. If both forms are not submitted with complete information within 30 days, you have waived your right to appeal and we will begin processing your payment.

- **Amending your Claim**: You may amend your claim in the future if your circumstances change and you have new information to provide to the VCF. For example, you may amend if the WTC Health Program certifies additional physical conditions for treatment, if you have information in support of your claim that was not submitted to the VCF when your award was determined and that you believe would affect the amount of your award, or if you have incurred additional economic loss due to an eligible condition. The VCF will review the new information and determine if it provides the basis for a revised decision. Please see the VCF website for additional details on how to amend your claim and the specific circumstances that may be appropriate to request an amendment.

- **Notifying the VCF of new Collateral Source Payments**: You must inform the VCF of any new collateral source payments you receive, or become entitled to receive, such as a change to your disability or survivor benefits, as this may change the amount of your award. If you notify the VCF within 90 days of learning of the new collateral source payment, your award will not be adjusted to reflect the new entitlement or payment. If you notify the VCF more than 90 days after learning of the new or revised entitlement or payment, the VCF may adjust your award to reflect the new payment as an offset, which may result in a lower award. If you need to notify the VCF of a new collateral source payment, please complete the "Collateral Offset Update Form" found under "Forms and Resources" on the www.vcf.gov website.

Your award was calculated using our published regulations, and I believe it is fair and reasonable under the requirements of the Reauthorized Zadroga Act. As always, I emphasize that no amount of money can alleviate the losses suffered on September 11, 2001.

If you have any questions, please call our toll-free Helpline at 1-855-885-1555. For the hearing impaired, please call 1-855-885-1558 (TDD). If you are calling from outside the United States, please call 1-202-514-1100.



Sincerely,

Rupa Bhattacharyya
Special Master
September 11th Victim Compensation Fund

cc: WENDELL TONG

P.O. Box 34500, Washington, D.C. 20043
VCF0100035AL0313191B



# Award Detail

Claim Number:  VCF0100035
Decedent Name:  GREGORIO MORALES

| **PERSONAL INJURY CLAIM (Losses up to Date of Death)** | |
|---|---:|
| | |
| **Lost Earnings and Benefits** | |
| Loss of Earnings including Benefits and Pension | $1,247,706.00 |
| Mitigating or Residual Earnings | $0.00 |
| **Total Lost Earnings and Benefits** | $1,247,706.00 |
| | |
| **Offsets Applicable to Lost Earnings and Benefits** | |
| Disability Pension | ($418,044.00) |
| Social Security Disability Benefits | ($144,926.47) |
| Workers Compensation Disability Benefits | $0.00 |
| Disability Insurance | $0.00 |
| Other Offsets related to Earnings | $0.00 |
| **Total Offsets Applicable to Lost Earnings** | ($562,970.47) |
| | |
| **Total Lost Earnings and Benefits Awarded** | $684,735.53 |
| | |
| **Other Economic Losses** | |
| Medical Expense Loss | $0.00 |
| Replacement Services | $0.00 |
| **Total Other Economic Losses** | $0.00 |
| | |
| **Total Economic Loss** | $684,735.53 |
| | |
| **Total Non-Economic Loss** | $375,000.00 |
| | |
| **Subtotal Award for Personal Injury Claim** | $1,059,735.53 |



| DECEASED CLAIM (Losses from Date of Death) | |
|---|---:|
| **Loss of Earnings including Benefits and Pension** | |
| | |
| **Offsets Applicable to Lost Earnings and Benefits** | |
| Survivor Pension | |
| SSA Survivor Benefits | |
| Worker's Compensation Death Benefits | |
| Other Offsets related to Earnings | |
| **Total Offsets Applicable to Loss of Earnings and Benefits** | $0.00 |
| | |
| **Total Lost Earnings and Benefits Awarded** | $0.00 |
| | |
| **Other Economic Losses** | |
| Replacement Services | $0.00 |
| Burial Costs | $0.00 |
| **Total Other Economic Losses** | $0.00 |
| | |
| **Total Economic Loss** | $0.00 |
| | |
| **Non-Economic Loss** | |
| Non-Economic Loss - Decedent | $250,000.00 |
| Non-Economic Loss - Spouse/Dependent(s) | $100,000.00 |
| **Total Non-Economic Loss** | $350,000.00 |
| | |
| **Additional Offsets** | |
| Social Security Death Benefits | ($255.00) |
| Life Insurance | ($91,338.91) |
| Other Offsets | $0.00 |
| **Total Additional Offsets** | ($91,593.91) |
| | |
| **Subtotal Award for Deceased Claim** | $258,406.09 |

Case 1:03-md-01570-GBD-SN   Document 9773-17   Filed 05/07/24   Page 11 of 16



September 11th
Victim Compensation Fund

| | |
|---|---:|
| **Subtotal of Personal Injury and Deceased Claims** | $1,318,141.62 |
| PSOB Offset | $0.00 |
| Prior Lawsuit Settlement Offset | ($112,011.22) |
| Previously Paid Personal Injury Award | ($947,724.32) |
| **TOTAL AWARD** | $258,406.08 |
| | |
| **Factors Underlying Economic Loss Calculation** | |
| Annual Earnings Basis (without benefits) | |
| Percentage of Disability attributed to Eligible Conditions - applicable to Personal Injury losses | |
| Start Date of Loss of Earnings Due to Disability - applicable to Personal Injury losses | |

| **Eligible Conditions Considered in Award** |
|---|
| Asthma, Unspecified, Unspecified Status |
| Malignant Neoplasm Liver Not Spec As Primary/sec |
| Simple Chronic Bronchitis |

P.O. Box 34500, Washington, D.C. 20043
VCF0100035AL0313191B

# Family Member Affidavits

# Maria Castro-Morales

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X

In Re:

TERRORIST ATTACKS ON                         03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

----------------------------------------------------------------- X
EVELYN BETSO, et al.,                        **AFFIDAVIT OF**
                                             **MARIA CASTRO-MORALES**

                           Plaintiffs,       21-CV-01394 (GBD)(SN)

        V.

ISLAMIC REPUBLIC OF IRAN,

                           Defendant.
----------------------------------------------------------------- X

STATE OF TEXAS          )
                        : SS
COUNTY OF BEXAR         )

MARIA CASTRO-MORALES, being duly sworn, deposes and says:

1. I am a plaintiff in the within action, am over 18 years of age, and reside at 3635 Crimson Star, San Antonio, Texas 78261.

2. I am currently 75 years old, having been born on May 11, 1948.

3. I am the spouse of Decedent, Gregorio Morales, upon whose death my claims are based. I submit this Affidavit in support of the present motion for a default money judgement for the claim made on behalf of my husband's estate and for my solatium claim. On January 3, 2017, I was issued Letters Testamentary as Executrix of my husband's estate by the Bexar County Probate Court.

4. My husband passed away from liver cancer on July 30, 2016, at the age of 66. It was medically determined that this illness was causally connected to his exposure to the toxins resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5.      My relationship with my husband, Fire Marshal Gregorio Morales, was one of trust, love, understanding, acceptance, and compassion. We participated in all the activities that were offered to us by the Fire Department. I admired that Gregorio was always participating in all the volunteer functions. I miss my Fire Department family. He made me a very strong and understanding human being. Having been married to Gregorio Morales is an honor and a privilege.

6.      At the time of September 11, 2001, Gregorio was employed by the NYC Fire Department as a Fire Marshal. That morning, at around 8:00 a.m., Gregorio was having coffee when he called me. He said that we were under attack and he left the house shortly after in full gear. He would continue to participate in the rescue and recovery efforts at Ground Zero for around 25 to 30 days. Additionally, on September 19, 2001, he was also assigned to the Bellevue Hospital Morgue. His assignment was to identify any remains or equipment that were left by fallen firefighters. Although it was not the day that he died, September 11, 2001 was the day that I lost Gregorio. From that day on, things between us were never the same.

7.      In October of 2012, Gregorio was diagnosed with hepatocellular carcinoma. He required a liver transplant as his explanted liver was found to have malignant cells. For two years, he would receive ongoing treatment at the Michael DeBakey VA Medical Center in Houston, Texas. In March of 2016, he was found to have a metastatic deposit of malignant cells in his L3 vertebra. He was treated with radiation therapy and palliative treatment to ease the tremendous pain that he was experiencing. Despite this, a liver biopsy in June of 2016 showed that the treatment was not effective, leading to renal failure requiring dialysis. On July 25, 2016, Mr. Morales was transferred and admitted to the Audie L. Murphy VA Hospital for continued treatment. He passed away on July 30, 2016.

8. While he was alive, Gregorio cried, ranted, and raved every day about all the firefighters that were lost. He also mourned the lives of all the people who died needlessly on their way to work. He had only recently been promoted to Fire Marshal, so he knew many of the firefighters that died that day. His pain became my pain. He attended as many funeral services as he could, but it took a toll on both him and me. In fact, we moved to San Antonio in the hopes that the move would help him forget his unpleasant memories. It didn't. He only missed the FDNY even more.

9. Gregorio's illness and death has traumatized me for the rest of my life. I spent time with him and witnessed him deteriorate. He passed away in my arms. I am emotionally lost and miss him every day. He is buried in Fort Sam Houston Military Cemetery. I often visit him and talk to him about all that has changed in my life since his departure.

_Maria Castro Morales_
MARIO CASTRO-MORALES

Sworn before me this
21 day of August 2023
_Tanner Vistante_
Notary public

TANNER VISTANTE
Notary ID #133836768
My Commission Expires
June 29, 2026