# EXHIBIT S

# Estate of Raymond Ragucci

# VCF Documentation



September 11th
Victim Compensation Fund

December 12, 2016

ROSALIE RAGUCCI
16 SILO LANE
LEVITTOWN NY  11756

Dear ROSALIE RAGUCCI:

The September 11th Victim Compensation Fund ("VCF") has reviewed your Eligibility Form.
Your claim number is VCF0011145.  Your Eligibility Form was determined to be substantially
complete on December 09, 2016.  As stated in the regulations and on the claim form, by filing
a substantially complete Eligibility Form you have waived your right to file or be a party to a
September 11th-related lawsuit.

## The Decision on your Claim

The VCF has determined that you meet the eligibility criteria established in the statute and
regulations.  Based on the information you submitted and information the VCF has received
from the World Trade Center ("WTC") Health Program, you have been found eligible for the
following injuries:

- ASTHMA, UNSPECIFIED, UNSPECIFIED STATUS AND RELATED PHYSICAL
  CONDITIONS:  OTHER DISEASES OF LUNG NOT ELSEWHERE CLASSIFIED
- MYELODYPLASTIC SYNDROME AND RELATED PHYSICAL CONDITIONS:
  MYELOFIBROSIS
- OTHER CHRONIC BRONCHITIS AND RELATED PHYSICAL CONDITIONS:  OTHER
  DISEASES OF LUNG NOT ELSEWHERE CLASSIFIED

Please note that there are several reasons why an injury that you think should be eligible is not
listed above.  For non-traumatic injuries, the name of the injury is based on the information
provided by the WTC Health Program and there may be different names for the same injury.
Additionally, your injury may not be listed if it was only recently certified for treatment by the
WTC Health Program.

If in the future the WTC Health Program should notify you that a condition previously found
eligible is no longer certified, you must inform the VCF as this may affect your eligibility status
and/or the amount of your award.

## What Happens Next

**If you have been certified for treatment by the WTC Health Program for a condition not
listed above**, you should amend your claim.  Please see the VCF website for details on how to
amend your claim.  The VCF will review the new information and determine if it provides the
basis for a revised decision.



September 11th
Victim Compensation Fund

**If you believe you have eligible injuries not treated by the WTC Health Program** and you would like the VCF to consider those injuries before calculating your award, you should amend your claim. If you choose to amend your claim, you will need to use the VCF Private Physician process. The Private Physician process is a way for the VCF to gather the required information about your treatment in order to process your claim. All forms are available on the www.vcf.gov website under "Forms and Resources." The website also includes detailed information and instructions on the Private Physician process.

**If you do not have injuries other than those listed above,** you should submit your Compensation Form and required supporting materials. If you have already submitted your Compensation Form, you do not need to take any action at this time unless you receive a request from the VCF for missing information. The VCF will calculate the amount of any compensation based on the conditions listed above after all compensation-related documents are submitted.

If you have questions about the information in this letter or the claims process in general, please call our toll-free Helpline at 1-855-885-1555. For the hearing impaired, please call 1-855-885-1558 (TDD). If you are calling from outside the United States, please call 1-202-514-1100.

Sincerely,

Rupa Bhattacharyya
Special Master
September 11th Victim Compensation Fund

cc: BETH N. JABLON



September 11th
Victim Compensation Fund

February 22, 2021


ROSALIE RAGUCCI
16 SILO LANE
LEVITTOWN NY  11756

**Re: CLAIM NUMBER: VCF0011145**

Dear ROSALIE RAGUCCI:

The September 11th Victim Compensation Fund ("VCF") sent you a letter on June 27, 2019 notifying you of the amount of your award.

You then amended your claim to request additional losses.  The VCF has considered your amended claim and reviewed the new information you provided.  This letter sets forth the revised award and supersedes and replaces all previous letters.

The VCF has determined that although the information you submitted results in a change to one or more components of your award, it does not change the total award of **$451,600.76**. The VCF is required to subtract from its computation of economic and non-economic loss all amounts that meet the definition of collateral offsets under the Statute and regulations. Although the components of your award have changed as a result of your amendment, once the collateral offsets are subtracted, your calculated award remains less than or equal to the total award that you have already received.

This determination is in accordance with the requirements of the Never Forget the Heroes: James Zadroga, Ray Pfeifer, and Luis Alvarez Permanent Authorization of the September 11th Victim Compensation Fund Act ("VCF Permanent Authorization Act").  The enclosed "Award Detail" includes a detailed explanation of the calculation and a list of the eligible conditions that were considered when calculating your award.

The VCF has concluded that you are entitled to an award of replacement services as well as additional burial expenses. Because of the offsets, the award has not changed.
The SSA offset is unchanged. The amount used in the award calculation is received directly from the SSA. The 1099 from 2011 may not have included all of the benefits received in 2009 and 2010.

No non-routine legal service expenses are approved for reimbursement for this claim.

As the Personal Representative, you are required to distribute any payment received from the VCF on behalf of the victim to the eligible survivors or other recipients in accordance with the applicable state law or any applicable ruling made by a court of competent jurisdiction or as provided by the Special Master.



September 11th
Victim Compensation Fund

**What Happens Next**

Your claim has been paid in full.

The VCF will deem this award to be final unless you complete and return the enclosed Compensation Appeal Request Form within **30 days from the date of this letter** as explained below.

- **Appealing the Award**:  You may request a hearing before the Special Master or her designee if you believe the amount of your loss was erroneously calculated or if you believe you can demonstrate extraordinary circumstances indicating that the calculation does not adequately address your loss.

  To appeal the award, you must complete two steps by the required deadlines:

  1. Complete and return the enclosed **Compensation Appeal Request Form** within **30 days from the date of this letter**.  Follow the instructions on the form and upload it to your claim or mail it to the VCF by the required deadline.  If you do not submit your completed Compensation Appeal Request Form within 30 days of the date of this letter*, you will have waived your right to an appeal*.

  2. Complete and submit your **Compensation Appeal Package** (Pre-Hearing Questionnaire, Compensation Explanation of Appeal, and all applicable supporting documents) no later than **60 days from the date of this letter**. It is important that you carefully review the information enclosed with this letter and follow the instructions if you intend to appeal your award. Additional instructions on the appeals process can be found on the VCF website under "Frequently Asked Questions" and in the Policies and Procedures available under "Forms and Resources."

  Once your complete Compensation Appeal Package is submitted, the VCF will review the information to confirm you have a valid appeal, and will notify you of the next steps specific to your appeal and the scheduling of your hearing.

- **Notifying the VCF of new Collateral Source Payments**: You must inform the VCF of any new collateral source payments you receive, or become entitled to receive, such as a change to your disability or survivor benefits, as this may change the amount of your award.  If you notify the VCF within 90 days of learning of the new collateral source payment, this award will not be adjusted to reflect the new entitlement or payment.  If you notify the VCF more than 90 days after learning of the new or revised entitlement or payment, the VCF may adjust this award to reflect the new payment as an offset, which may result in a lower award.  If you need to notify the VCF of a new collateral source payment, please complete the "Collateral Offset Update Form" found under "Forms and Resources" on the www.vcf.gov website.

Your award was calculated using our published regulations, and I believe it is fair and reasonable under the requirements of the VCF Permanent Authorization Act.  As always, I recognize that no amount of money can alleviate or fully compensate the losses suffered on September 11, 2001.



September 11th
Victim Compensation Fund

If you have any questions, please call our toll-free Helpline at 1-855-885-1555.  Please have your claim number ready when you call: **VCF0011145**.  For the hearing impaired, please call 1-855-885-1558 (TDD).  If you are calling from outside the United States, please call 1-202-514-1100.

Sincerely,

Rupa Bhattacharyya
Special Master
September 11th Victim Compensation Fund

cc: WENDELL TONG



September 11th
Victim Compensation Fund

# Award Detail

Claim Number:      VCF0011145
Decedent Name:      RAYMOND RAGUCCI

| PERSONAL INJURY CLAIM (Losses up to Date of Death) | |
|---|---|
| **Lost Earnings and Benefits** | |
| Loss of Earnings including Benefits and Pension | $657,007.00 |
| Mitigating or Residual Earnings | $0.00 |
| **Total Lost Earnings and Benefits** | $657,007.00 |
| | |
| **Offsets Applicable to Lost Earnings and Benefits** | |
| Disability Pension | ($115,812.00) |
| Social Security Disability Benefits | ($71,482.60) |
| Workers Compensation Disability Benefits | $0.00 |
| Disability Insurance | $0.00 |
| Other Offsets related to Earnings | $0.00 |
| **Total Offsets Applicable to Lost Earnings** | ($187,294.60) |
| | |
| **Calculated Lost Earnings and Benefits after Offsets** | $469,712.40 |
| | |
| **Total Lost Earnings and Benefits Awarded** | $469,712.40 |
| | |
| **Other Economic Losses** | |
| Medical Expense Loss | $0.00 |
| Replacement Services | $0.00 |
| **Total Other Economic Losses** | $0.00 |
| | |
| **Total Economic Loss** | $469,712.40 |
| | |
| **Total Non-Economic Loss** | $300,000.00 |
| | |
| **Subtotal Award for Personal Injury Claim** | $769,712.40 |



September 11th
Victim Compensation Fund

| DECEASED CLAIM (Losses from Date of Death) | |
|---|---|
| **Loss of Earnings including Benefits and Pension** | $586,052.00 |
| | |
| **Offsets Applicable to Lost Earnings and Benefits** | |
| Survivor Pension | ($1,595,598.00) |
| SSA Survivor Benefits | $0.00 |
| Worker's Compensation Death Benefits | $0.00 |
| Other Offsets related to Earnings | $0.00 |
| **Total Offsets Applicable to Loss of Earnings and Benefits** | ($1,595,598.00) |
| | |
| **Calculated Lost Earnings and Benefits after Offsets** | ($1,009,546.00) |
| | |
| **Total Lost Earnings and Benefits Awarded** | $0.00 |
| | |
| **Other Economic Losses** | |
| Replacement Services | $76,200.00 |
| Burial Costs | $21,572.00 |
| **Total Other Economic Losses** | $97,772.00 |
| | |
| **Total Economic Loss** | $97,772.00 |
| | |
| **Non-Economic Loss** | |
| Non-Economic Loss - Decedent | $250,000.00 |
| Non-Economic Loss - Spouse/Dependent(s) | $200,000.00 |
| **Total Non-Economic Loss** | $450,000.00 |
| | |
| **Additional Offsets** | |
| Social Security Death Benefits | ($255.00) |
| Life Insurance | ($861,198.49) |
| Other Offsets | $0.00 |
| **Total Additional Offsets** | ($861,453.49) |
| | |
| **Subtotal Award for Deceased Claim** | ($313,681.49) |



September 11th
Victim Compensation Fund

| Subtotal of Personal Injury and Deceased Claims | $769,712.40 |
|---|---|
| PSOB Offset | ($318,111.64) |
| Prior Lawsuit Settlement Offset | $0.00 |
| **TOTAL AWARD** | $451,600.76 |
| | |
| **Factors Underlying Economic Loss Calculation** | |
| Annual Earnings Basis (without benefits) | $93,698.00 |
| Percentage of Disability attributed to Eligible Conditions - applicable to Personal Injury losses | 100.00% |
| Start Date of Loss of Earnings Due to Disability - applicable to Personal Injury losses | 05/31/2004 |

| Eligible Conditions Considered in Award |
|---|
| Asthma, Unspecified, Unspecified Status and Related Physical Conditions:  Other Diseases of Lung Not Elsewhere Classified |
| Myelodyplastic Syndrome and Related Physical Conditions:  Myelofibrosis |
| Other Chronic Bronchitis and Related Physical Conditions:  Other Diseases of Lung Not Elsewhere Classified |

# THE CITY OF NEW YORK
## VITAL RECORDS CERTIFICATE

DATE FILED    THE CITY OF NEW YORK – DEPARTMENT OF HEALTH AND MENTAL HYGIENE

**NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE**
SEPTEMBER 07, 2011 04:34 PM

## CERTIFICATE OF DEATH

Certificate No. **156-11-035778**

**1. DECEDENT'S LEGAL NAME**  RAYMOND    RAGUCCI
(First, Middle, Last)

**MEDICAL CERTIFICATE OF DEATH (To be filled in by Physician)**

| | |
|---|---|
| 2a. New York City | |
| Place Of Death  2b. Borough  **Manhattan** | 2c. Type of Place  1 ☒ Hospital Inpatient  2 ☐ Emergency Dept/Outpatient  3 ☐ Dead on Arrival  4 ☐ Nursing Home/Long Term Care Facility  5 ☐ Hospice Facility  6 ☐ Decedent's Residence  7 ☐ Other Specify |

2d. Any Hospice care in last 30 days  1 ☐ Yes  2 ☒ No  3 ☐ Unknown

2e. Name of hospital or other facility (if not facility, street address)
**The Mount Sinai Hospital**

Date and Time of Death  3a. (Month) (Day) (Year-yyyy)  **September   04   2011**

3b. Time  **08:39**  ☒ AM  ☐ PM

4. Sex  **Male**

5. Date last attended by a Physician  mm **09**  dd **04**  yyyy **2011**

6. Certifier: I certify that death occurred at the time, date and place indicated and that to the best of my knowledge traumatic injury or poisoning DID NOT play any part in causing death, and that death did not occur in any unusual manner and was due entirely to NATURAL CAUSES. See instructions on reverse of certificate.

Name of Physician **Shannon Chang MD**  (Type or Print)

Signature *Shannon Chang*  Signature Electronically Authenticated  ☒ D.O. ☐ M.D.

Address **One Gustave L. Levy Place, New York, New York 10029**

License No. **243509**    Date **SEP-04-2011**

**PERSONAL PARTICULARS (To be filled in by Funeral Director or in case of City Burial, by Physician)**

| 7a. Usual Residence State | 7b. County | 7c. City or Town | 7d. Street and Number | Apt. No. | ZIP Code | 7e. Inside City Limits? |
|---|---|---|---|---|---|---|
| New York | Nassau | Levittown | 16 Silo Lane | | 11756 | 1 ☐ Yes  2 ☒ No |

| 8. Date of Birth (Month) (Day) (Year-yyyy) | 9. Age at last birthday (years) | Under 1 Year | | Under 1 Day | | 10. Social Security No. |
|---|---|---|---|---|---|---|
| January  03  1952 | 59 | Months | Days | Hours | Minutes | 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 |

11a. Usual Occupation (Type of work done during most of working life. Do not use "retired")  **F.D.N.Y.**

11b. Kind of business or industry  **Fire Fighter**

12. Aliases or AKAs

13. Birthplace (City & State or Foreign Country)  **Staten Island, New York**

14. Education (Check the box that best describes the highest degree or level of school completed at the time of death)
1 ☐ 8th grade or less; none
2 ☐ 9th – 12th grade; no diploma
3 ☐ High school graduate or GED
4 ☒ Some college credit, but no degree
5 ☐ Associate degree (e.g., AA, AS)
6 ☐ Bachelor's degree (e.g., BA, AB, BS)
7 ☐ Master's degree (e.g., MA, MS, MEng, MEd, MSW, MBA)
8 ☐ Doctorate (e.g., PhD, EdD) or Professional degree (e.g., MD, DDS, DVM, LLB, JD)

15. Ever in U.S. Armed Forces?  1 ☐ Yes  2 ☒ No

16. Marital/Partnership Status at time of death
1 ☒ Married  2 ☐ Domestic Partnership  3 ☐ Divorced
4 ☐ Married, but separated  5 ☐ Never Married  6 ☐ Widowed
7 ☐ Other, Specify ____  8 ☐ Unknown

17. Surviving Spouse's/Partner's Name (If wife, name prior to first marriage)(First, Middle, Last)
**Rosalie Zagorski**

18. Father's Name (First, Middle, Last)  **Carmine Ragucci**

19. Mother's Maiden Name (Prior to first marriage) (First, Middle, Last)  **Jean Santos**

| 20a. Informant's Name | 20b. Relationship to Decedent | 20c. Address (Street and Number) | Apt. No. | City & State | ZIP Code) |
|---|---|---|---|---|---|
| Rosalie Ragucci | Spouse | 16 Silo Lane, Levittown, New York | | | 11756 |

21a. Method of Disposition  1 ☒ Burial  2 ☐ Cremation  3 ☐ Entombment  4 ☐ City Cemetery  5 ☐ Other Specify ____

21b. Place of Disposition (Name of cemetery, crematory, other place)  **Pinelawn Memorial Park**

21c. Location of Disposition (City & State or Foreign Country)  **Farmingdale, New York**

21d. Date of Disposition  mm **09**  dd **08**  yyyy **2011**

22a. Funeral Establishment  **The Charles J. O'Shea Funeral Home(Wantagh)**

22b. Address (Street and Number)  City & State  ZIP Code)  **603 Wantagh Avenue, Wantagh, New York 11793**



This is to certify that the foregoing is a true copy of a record on file in the Department of Health and Mental Hygiene. The Department of Health and Mental Hygiene does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.19(b) of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.

September 13, 2023

*Gretchen Van Wye*
Gretchen Van Wye, PhD, City Registrar

1340000523019



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

THE CITY OF NEW YORK – DEPARTMENT OF HEALTH AND MENTAL HYGIENE
## CONFIDENTIAL MEDICAL REPORT

Certificate No. **156-11-035778**

To be filled in by FUNERAL DIRECTOR or, in case of City Burial, by Physician

**23. Ancestry** (Check one box and specify)
- ☐ Hispanic (Mexican, Puerto Rican, Cuban, Dominican, etc.)

Specify _____

- ☒ NOT Hispanic (Italian, African American, Haitian, Pakistani, Ukrainian, Nigerian, Taiwanese, etc.)

Specify **Italian**

**24.** Race as defined by the U.S. Census (Check one or more to indicate what the decedent considered himself or herself to be)
01 ☒ White      02 ☐ Black or African American
03 ☐ American Indian or Alaska Native
(Name of enrolled or principal tribe) _____
04 ☐ Asian Indian      05 ☐ Chinese
06 ☐ Filipino      07 ☐ Japanese
08 ☐ Korean      09 ☐ Vietnamese
10 ☐ Other Asian–Specify _____
11 ☐ Native Hawaiian      12 ☐ Guamanian or Chamorro
13 ☐ Samoan
14 ☐ Other Pacific Islander–Specify _____
15 ☐ Other–Specify _____

**RAYMOND    RAGUCCI**

**DECEDENT'S LEGAL NAME** (Type or Print)

**25. CAUSE OF DEATH** – List only one cause on each line. DO NOT ABBREVIATE.

| | | APPROXIMATE INTERVAL: ONSET TO DEATH |
|---|---|---|
| **PART I** | a. IMMEDIATE CAUSE **Acute Respiratory Distress Syndrome** | 25 days |
| | b. DUE TO OR AS A CONSEQUENCE OF **Parainfluenza Virus** | 25 days |
| | c. DUE TO OR AS A CONSEQUENCE OF | |
| | d. DUE TO OR AS A CONSEQUENCE OF | |

**PART II** OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH but not resulting in the underlying cause given in Part I. Include operation information.

| 26a. Was an autopsy performed? 1 ☐ Yes   2 ☒ No | 27a. If Female 1 ☐ Not pregnant within 1 year of death | 27b. If pregnant within one year of death, outcome of pregnancy | 27c. Date of Outcome | | | 28. Was this case referred to OCME? |
|---|---|---|---|---|---|---|
| 26b. Were autopsy findings available to complete the cause of death? 1 ☐ Yes   2 ☐ No | 2 ☐ Pregnant  at time of death 3 ☐ Not pregnant at death, but pregnant within 42 days of death 4 ☐ Not pregnant at death, but pregnant 43 days to 1 year before death 5 ☐ Unknown if pregnant within 1 year of death | 1 ☐ Live Birth 2 ☐ Spontaneous Termination/ Ectopic Pregnancy 3 ☐ Induced Termination   4 ☐ None | mm *** | dd *** | *** | 1 ☐ Yes 2 ☐ No |

| 29. Did tobacco use contribute to death? 1 ☐ Yes  2 ☐ No  3 ☐ Probably  4 ☒ Unknown | 30. For infant under one year: Name and address of hospital or other place of birth |
|---|---|

I am submitting herewith a confidential report of the cause of death.

SIGNATURE **Shannon Chang** D.O. M.D.    Signature Electronically Authenticated    ADDRESS **One Gustave L. Levy Place , New York, New York 10029** LICENSE NO. **243509**

# Family Member Affidavits

Danielle Ragucci

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

In Re:

TERRORIST ATTACKS ON                                      03-MDL-1570  (GBD)(SN)
SEPTEMBER 11, 2001

------------------------------------------------------------------ X          **AFFIDAVIT OF**
EVELYN BETSO, et al.,                                                          **Danielle Ragucci**


                                             Plaintiffs,          21-CV-01394 (GBD)(SN)


                        V.

ISLAMIC REPUBLIC OF IRAN,

                                    Defendant.
------------------------------------------------------------------ X

STATE OF NEW YORK        )
                         : SS
COUNTY OF RICHMOND )


        Danielle Ragucci, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at
148 Fingerboard Road, Staten Island, NY 10305.

        2.      I am currently 46 years old, having been born on April 1, 1977.

        3.      I am the daughter of Decedent, Raymond Ragucci, upon whose death my
claim is based, and submit this Affidavit in connection with the present motion for a
default judgment and in support of my solatium claim.

        4.      My father passed away from Myelodysplastic Syndrome with an element of
Myelofibrosis on September 4, 2011, at the age of 59. It was medically determined that this illness
was causally connected to his exposure to the toxins resulting from the September 11, 2001,
terrorist attacks at the World Trade Center.

5. The Decedent was my father. He was a NYC Firefighter. We celebrated holidays and special occasions together. We enjoyed just hanging out and spending time with my two sons. He was my children's only grandfather.

6. My dad was off from work on September 11, 2001. He was employed by the FDNY. On September 11, 2001 he raced into New York City to help in any way he could. I was told he worked many days and months down at the pile to aid in the recovery of people who perished that day.

7. My father was hospitalized numerous times for bleeding. He then had an enlarged spleen and needed a bone marrow transplant. This affected his quality of life because he was no longer able to be around a lot of people or eat out, which was something he loved to do.

8. I miss my dad terribly, also my sons miss having a grandfather to be a loving role model. Losing a parent the way I did is something I will never understand.

DANIELLE RAGUCCI

Sworn before me this

23 day of August, 2023

Notary public

EDWARD MORREALE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01MO6062694
Qualified in Richmond County
Commission Expires September 25, 2025

Jeana Ragucci

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

In Re:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

03-MDL-1570 (GBD)(SN)

------------------------------------------------------------------ X

EVELYN BETSO, et al.,

**AFFIDAVIT OF
JEANA RAGUCCI**

Plaintiffs,

21-CV-01394 (GBD)(SN)

V.

ISLAMIC REPUBLIC OF IRAN,

Defendant.

------------------------------------------------------------------ X

STATE OF NEW YORK    )
                                         : SS
COUNTY OF SUFFOLK  )

JEANA RAGUCCI, being duly sworn, deposes and says:

1.      I am a plaintiff in the within action, am over 18 years of age, and reside at 16 Niagara Lane, Commack, NY 11725.

2.      I am currently 32 years old, having been born on November 14, 1990.

3.      I am the daughter of Decedent, Raymond Ragucci, upon whose death my claim is based, and submit this Affidavit in connection with the present motion for a default judgment and in support of my solatium claim.

4.      My father passed away from myelofibrosis and myelodysplastic syndrome on September 4, 2011, at the age of 59. It was medically determined that this illness was causally connected to his exposure to the toxins resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5.      Raymond Ragucci was my father. He was a fireman. I only had him around for what seems like a short twenty years of my life. He was so fun and my best friend. Since my mom worked in the city, he tried his best to do my hair in the morning before taking me to school. He came to all my sports games and meets to support me and cheer me on. He rode on any ride as many times as I wanted at amusement parks. We did many activities together while on our vacations. He made me laugh, gave good advice, supported, and loved me. We made jokes about how slow he was and always late. That is me now and I compare myself to him in a lot of ways, and I love it. I love to be like him in any way.

6.      At the time of September 11, 2001, I was only 10 years old. My father was FDNY and went into the NYC Exposure Zone to help. He was gone for what seemed like days and nights at a time. I recall being in school on September 11, 2001. They started calling kids one by one down to the office if we had any connection to what was happening, like a family member in the city, either working in the towers or emergency services. I had to go home with my best friend until my mom got home from the city.

7.      My father didn't seem sick at first until doing tests and what not. He had done chemotherapy and a bone marrow transplant. We had to give him medication at home. He lost all his full, curly hair. He was weak at times. He was also immunocompromised at times and couldn't do certain things and eat certain foods.

8.      It was heartbreaking seeing my father like that. Someone who was supposed to be so strong and invincible just wasn't. It didn't seem real and still gets me emotional because I don't feel like I had any closure. I worry about loved ones and their health because of unexpected loss. My father passed just shy of my 21st birthday. I feel like he missed so many milestones in my life

and continues to. Birthdays, graduations, new careers, getting married, not being there to walk me down the aisle, meeting my kids one day, and being the best grandpa.

JEANA RAGUCCI

Sworn before me this

31st day of August, 2023

Notary public

CASSANDRE JUSTINVIL
Notary Public - State of New York
No. 01JU6443118
Qualified in Suffolk County
My Commission Expires October 31, 20__

Raymond Ragucci, Jr.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

In Re:

TERRORIST ATTACKS ON                           03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

-------------------------------------------------------------- X     **AFFIDAVIT OF <u>RAYMOND</u>**
EVELYN BETSO, et al.,                                                 **<u>RAGUCCI, JR.</u>**



                                 Plaintiffs,        21-CV-01394 (GBD)(SN)


                   V.

ISLAMIC REPUBLIC OF IRAN,

                                 Defendant.
-------------------------------------------------------------- X

STATE OF NEW YORK)
                             : SS
COUNTY OF SUFFOLK)


        RAYMOND RAGUCCI, JR., being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at
349 Stockton Road, Union, NJ 07083.

        2.      I am currently 49 years old, having been born on September 19, 1973.

        3.      I am the son of Decedent, Raymond Ragucci, upon whose death my claim is
based, and submit this Affidavit in connection with the present motion for a default
judgment and in support of my solatium claim.

        4.      My father passed away from myelofibrosis and myelodysplastic syndrome on
September 4, 2011, at the age of 59. It was medically determined that this illness was causally
connected to his exposure to the toxins resulting from the September 11, 2001, terrorist attacks
at the World Trade Center.

5.     Ray was my father and best friend who made me the man I am today. He provided the foundation for my life and identity. My father was also a hero. In fact, he was one of many heroes that were there on September 11th and the ensuing numerous days after.

6.     I remember contacting my father on September 11, 2001, when the terrorist attacks occurred, and was relieved to hear him over the phone. He was immediately dispatched with his Engine, Ladder 5, and was in the middle of preparing to travel down to the World Trade Center site when I called him. He remained at the fallen World Trade Center for approximately twelve hours to find as many survivors and victims, including his good friends and fellow firemen, as possible. He returned to the area numerous times between September and December of 2001 in response to the terrorist attacks. He assisted in all search and rescue efforts, facilitated bucket brigades, suppressed fires, and unearthed as many victims as he could find. His extensive exposure to the dust and toxins would forever alter his health for the worse.

7.     My father was diagnosed with myelofibrosis and myelodysplastic syndrome in 2008 and had to undergo a stem cell transplant. His illness truly deteriorated him. Treatment helped him for as long as it could, but it was clear that he could no longer do the things he used to do. He felt frequently fatigued and was unable to visit his second home in Arizona because he was not in prime condition for travel. That second home became special to the two of us because he had bought it when I became an adult, and whenever I would visit, it felt as if he and I were bonding as grown-ups. Not being able to visit that house in Arizona affected my father's well-being.

8.     My father suffered with extreme fatigue and sickness until his passing three years after his diagnosis. He was my best friend. As his firstborn son, he was everything to me because he taught me how to be the man I became today. He passed away a few months before my first

child was born and thus never met his granddaughter.

RAYMOND RAGUCCI, JR.

Sworn before me this

16 day of October 2023

Notary public

SABRINA C. ESPINOZA
Commission # 50208385
Notary Public, State of New Jersey
My Commission Expires
March 24, 2028

Rosalie Ragucci

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

In Re:

TERRORIST ATTACKS ON                              03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

-------------------------------------------------------------- X          **AFFIDAVIT OF**
EVELYN BETSO, et al.,                                      **Rosalie Ragucci**


                                    Plaintiffs,        21-CV-01394 (GBD)(SN)


                V.


ISLAMIC REPUBLIC OF IRAN,

                              Defendant.
-------------------------------------------------------------- X

STATE OF NEW YORK        )
                         : SS
COUNTY OF NASSAU         )


        Rosalie Ragucci, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at
16 Silo Lane, Levittown, NY 11756.

        2.      I am currently 60 years old, having been born on February 11, 1963.

        3.      I am the wife of Decedent, Raymond Ragucci, upon whose death my
claims are based. I submit this Affidavit in support of the present motion for a default
money judgment for the claim made on behalf of my husband's estate and for my
solatium claim.     On July 24, 2012, I was issued Letters of Administration as
Administrator of my husband's estate by the Nassau County Surrogate's Court..

        4.      My husband passed away from Myelodysplastic Syndrome with an element of
Myelofibrosis on September 4, 2011, at the age of 59. It was medically determined that this illness
was causally connected to his exposure to the toxins resulting from the September 11, 2001,
terrorist attacks at the World Trade Center.

5.      My husband was an FDNY Firefighter. We loved to travel together, have family outings, and enjoy quiet times at home. The activities we enjoyed doing together were all cut short when my husband died at only 59 years old.

6.      My husband was first on scene at the WTC. He worked for months at Ground Zero. Working at Ground Zero lead to physical illnesses, and then death from those illnesses. My husband also suffered years of psychological issues due to his exposure working at Ground Zero.

7.      Cancer is awful, horrendous. My husband endured chemotherapy treatments and countless hospital visits to treat his cancer. Our lives revolved around good days and bad days. We had many restrictions due to immunity issues.

8.      My life has never been the same since my husband died, the loneliness and sadness. Ray has missed so many memories that he should have been a part of.

ROSALIE RAGUCCI

Sworn before me this
_____ day of _____, 2023
_____
Notary public

MICHAEL J LAVISTA
Notary Public - State of New York
NO. 01LA6129403
Qualified in Nassau County
My Commission Expires Jun 20, 2025