# EXHIBIT X

# Estate of James Stines

# VCF Documentation


September 11th
Victim Compensation Fund

December 18, 2014

PATRICIA HANGLOW STINES
C/O BETH JABLON
SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO, PC
120 BROADWAY
18TH FLOOR
NEW YORK NY 10271

Dear Patricia Hanglow Stines:

Your Eligibility Form for the September 11th Victim Compensation Fund ("VCF") has been reviewed. You submitted an Eligibility Form on behalf of JAMES STINES. Your claim number is VCF0073321. The Claims Evaluator determined that your Eligibility Form was substantially complete on December 18, 2014. As stated in the Regulations and on the Eligibility Form, by filing a substantially complete Eligibility Form, the right to file or be a party to a September 11th-related lawsuit on behalf of the decedent and his or her survivors has been waived.[1] For more information about this topic, please review Frequently Asked Questions ("FAQs") #7.1 - #7.4 on the www.vcf.gov website.

### The Decision on your Claim

The VCF has determined that the decedent meets the eligibility criteria established in the statute and regulations and that you meet the requirements as the Personal Representative of the decedent. Based on the information you submitted and information the VCF has received from the World Trade Center ("WTC") Health Program, the decedent has been found eligible for the following injuries:

- MALIGNANT NEOPLASM OF PANCREAS PART UNSPECIFIED

Please note that there are several reasons why an injury that you think should be eligible is not listed above. For non-traumatic injuries, the name of the injury is based on the information provided by the WTC Health Program and there may be different names for the same injury. Additionally, the injury may not be listed if it was only recently certified for treatment by the WTC Health Program.

### What Happens Next

**If the decedent was certified for treatment by the WTC Health Program for a condition not listed above**, you should amend your claim. Please see the VCF website for details on how to amend your claim. The VCF will contact the WTC Health Program to confirm the condition is eligible.

---

[1] The Statute (the Air Transportation Safety and System Stabilization Act as amended by the Zadroga Act) and the Regulations are located at http://www.vcf.gov/genProgramInfo.html.

P.O. Box 34500, Washington, D.C. 20043
VCF0073321EL1218141C



September 11th
Victim Compensation Fund

**If you believe the decedent had eligible injuries not treated by the WTC Health Program** and you would like the VCF to consider those injuries before calculating the amount of any compensation, you should amend your claim. If you choose to amend your claim, you will need to use the VCF Private Physician process. The Private Physician process is a way for the VCF to gather the required information about the decedent's treatment in order to process your claim. All forms are available on the VCF website under "Forms and Resources." The website also includes detailed information and instructions on the Private Physician process

**If the decedent did not have injuries other than those listed above,** you should submit your Compensation Form and required supporting materials. If you have already submitted your Compensation Form, you do not need to take any action at this time. The VCF will calculate the amount of any compensation based on the conditions listed above after all compensation-related documents are submitted.

**Please remember all information and materials must be submitted to the VCF by October 3, 2016.**

If you have questions about the information in this letter or the claims process in general, please call our toll-free Helpline at 1-855-885-1555. For the hearing impaired, please call 1-855-885-1558 (TDD). If you are calling from outside the United States, please call 1-202-514-1100. Every effort will be made to respond to your inquiries as soon as possible.

Sincerely,

Sheila L. Birnbaum
Special Master
September 11th Victim Compensation Fund



**September 11th Victim Compensation Fund**

June 20, 2018

PATRICIA HANGLOW STINES
170 WEST BROADWAY # 5H
LONG BEACH NY  11561

Dear PATRICIA HANGLOW STINES:

The September 11th Victim Compensation Fund ("VCF") sent you a letter on February 26, 2018 notifying you of the amount of your award.  Your claim number is VCF0073321.  Since then, the VCF has re-evaluated your claim for compensation.  This letter sets forth the revised award and supersedes and replaces all previous letters.

In reevaluating your appeal, the VCF has determined that the loss of your husband's FDNY pension benefits, which terminated at his death and where no survivor option was selected, is not a loss compensable by the VCF.  That said, the Special Master appreciates your testimony and your counsel's presentation at your appeal hearing as it illustrated the fairness disparity in a process whereby former first responders, such as your husband, who responded to the WTC site in the wake of the attacks, do not qualify for Line of Duty death designations from their former employers because they were not officially deployed to the response effort.  Based on the circumstances presented, the Special Master has exercised her discretion and awarded $250,000 in additional economic loss.

Based on the re-evaluation of your claim, the VCF has calculated the amount of your eligible loss as **$858,599.23**.  This determination is in accordance with the requirements of the Reauthorized Zadroga Act.  The enclosed "Award Detail" includes a detailed explanation of the calculation and a list of the eligible conditions included in this determination.

No non-routine legal service expenses are approved for reimbursement for this claim.

As the Personal Representative, you are required to distribute any payment received from the VCF on behalf of the victim to the eligible survivors or other recipients in accordance with the applicable state law or any applicable ruling made by a court of competent jurisdiction or as provided by the Special Master.

### What Happens Next

The VCF will deem this award to be final and will begin processing the payment on your claim unless you complete and return the enclosed Compensation Appeal Request Form within **30 days from the date of this letter** as explained below.  If you do not appeal, the Special Master will authorize the payment on your claim within 20 days of the end of the 30-day appeal period.  Once the Special Master has authorized the payment, it may take up to three weeks for the United States Treasury to disburse the money into the bank account designated on the VCF ACH Payment Information Form or other payment authorization document you submitted to the VCF.



- **Appealing the Award**: You may request a hearing before the Special Master or her designee if you believe the amount of your award was erroneously calculated or if you believe you can demonstrate extraordinary circumstances indicating that the award does not adequately address your claim.  **If you choose to appeal, your payment will not be processed until your appeal has been decided**.

To request a hearing, you must complete and return the enclosed Compensation Appeal Request Form **and** Pre-Hearing Questionnaire no later than **30 calendar days** from the date of this letter.  The VCF will notify you in writing of your scheduled hearing date and time and will provide additional instructions to prepare for your hearing.  If both forms are not submitted with complete information within 30 days, you have waived your right to appeal and we will begin processing your payment.

- **Amending your Claim**: You may amend your claim in the future if your circumstances change and you have new information to provide to the VCF.  For example, you may amend if the WTC Health Program certifies additional physical conditions for treatment, if you have information in support of your claim that was not submitted to the VCF when your award was determined and that you believe would affect the amount of your award, or if you have incurred additional economic loss due to an eligible condition.  The VCF will review the new information and determine if it provides the basis for a revised decision.  Please see the VCF website for additional details on how to amend your claim and the specific circumstances that may be appropriate to request an amendment.

- **Notifying the VCF of new Collateral Source Payments**: You must inform the VCF of any new collateral source payments you receive, or become entitled to receive, such as a change to your disability or survivor benefits, as this may change the amount of your award.  If you notify the VCF within 90 days of learning of the new collateral source payment, your award will not be adjusted to reflect the new entitlement or payment.  If you notify the VCF more than 90 days after learning of the new or revised entitlement or payment, the VCF may adjust your award to reflect the new payment as an offset, which may result in a lower award.  If you need to notify the VCF of a new collateral source payment, please complete the "Collateral Offset Update Form" found under "Forms and Resources" on the www.vcf.gov website.

Your award was calculated using our published regulations, and I believe it is fair and reasonable under the requirements of the Reauthorized Zadroga Act.  As always, I emphasize that no amount of money can alleviate the losses suffered on September 11, 2001.

If you have any questions, please call our toll-free Helpline at 1-855-885-1555.  For the hearing impaired, please call 1-855-885-1558 (TDD).  If you are calling from outside the United States, please call 1-202-514-1100.

              Sincerely,

              Rupa Bhattacharyya
              Special Master
              September 11th Victim Compensation Fund

cc: WENDELL TONG



September 11th Victim Compensation Fund

# Award Detail

Claim Number:     VCF0073321
Decedent Name:    JAMES STINES

| PERSONAL INJURY CLAIM (Losses up to Date of Death) | |
|---|---|
| **Lost Earnings and Benefits** | |
| Loss of Earnings including Benefits and Pension | $0.00 |
| Mitigating or Residual Earnings | |
| **Total Lost Earnings and Benefits** | $0.00 |
| | |
| **Offsets Applicable to Lost Earnings and Benefits** | |
| Disability Pension | $0.00 |
| Social Security Disability Benefits | $0.00 |
| Workers Compensation Disability Benefits | $0.00 |
| Disability Insurance | |
| Other Offsets related to Earnings | $0.00 |
| **Total Offsets Applicable to Lost Earnings** | $0.00 |
| | |
| **Total Lost Earnings and Benefits Awarded** | $0.00 |
| | |
| **Other Economic Losses** | |
| Medical Expense Loss | $0.00 |
| Replacement Services | $0.00 |
| **Total Other Economic Losses** | $0.00 |
| | |
| **Total Economic Loss** | $0.00 |
| | |
| **Total Non-Economic Loss** | $250,000.00 |
| | |
| **Subtotal Award for Personal Injury Claim** | $250,000.00 |

P.O. Box 34500, Washington, D.C. 20043
VCF0073321AL0620181B



| DECEASED CLAIM (Losses from Date of Death) | |
|---|---:|
| **Loss of Earnings including Benefits and Pension** | $287,153.00 |
| | |
| **Offsets Applicable to Lost Earnings and Benefits** | |
| Survivor Pension | |
| SSA Survivor Benefits | |
| Worker's Compensation Death Benefits | |
| Other Offsets related to Earnings | |
| **Total Offsets Applicable to Loss of Earnings and Benefits** | $0.00 |
| | |
| **Total Lost Earnings and Benefits Awarded** | $287,153.00 |
| | |
| **Other Economic Losses** | |
| Replacement Services | $63,503.00 |
| Burial Costs | $13,250.00 |
| **Total Other Economic Losses** | $76,753.00 |
| | |
| **Total Economic Loss** | $363,906.00 |
| | |
| **Non-Economic Loss** | |
| Non-Economic Loss - Decedent | $250,000.00 |
| Non-Economic Loss - Dependent(s) | $100,000.00 |
| **Total Non-Economic Loss** | $350,000.00 |
| | |
| **Additional Offsets** | |
| Social Security Death Benefits | ($255.00) |
| Life Insurance | ($105,051.77) |
| Other Offsets | |
| **Total Additional Offsets** | ($105,306.77) |
| | |
| **Subtotal Award for Deceased Claim** | $608,599.23 |



| **Subtotal of Personal Injury and Deceased Claims** | $858,599.23 |
|---|---:|
| PSOB Offset | |
| Prior Lawsuit Settlement Offset | $0.00 |
| Previously Paid Personal Injury Award | |
| **TOTAL AWARD** | **$858,599.23** |
| | |
| **Factors Underlying Economic Loss Calculation** | |
| Annual Earnings Basis (without benefits) | $5,745.32 |
| Percentage of Disability attributed to Eligible Conditions - applicable to Personal Injury losses | |
| Start Date of Loss of Earnings Due to Disability - applicable to Personal Injury losses | |

| **Eligible Conditions Considered in Award** |
|---|
| Malignant Neoplasm of Pancreas Part Unspecified |

# Family Member Affidavits

# Kristina Stines

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In Re:

TERRORIST ATTACKS ON                                  03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

------------------------------------------------------------- X      **AFFIDAVIT OF**
EVELYN BETSO, et al.,                                                **KRISTINA STINES**

                              Plaintiffs,            21-CV-01394 (GBD)(SN)

             V.

ISLAMIC REPUBLIC OF IRAN,

                              Defendant.
-----------------------------------------------------------------X

STATE OF NEW YORK    )
                     : SS
COUNTY OF NEW YORK   )

KRISTINA STINES, being duly sworn, deposes and says:

1. I am a plaintiff in the within action, am over 18 years of age, and reside at 517 East 77th Street, Apt. 61, New York, NY 10075.

2. I am currently 41 years old, having been born on August 3, 1982.

3. I am the daughter of Decedent, James Stines upon whose death my claim is based, and submit this Affidavit in connection with the present motion for a default judgment and in support of my solatium claim.

4. My father passed away from advanced metastatic pancreatic cancer on March 17, 2014, at the age of 59. It was medically determined that this illness was causally connected to his exposure to the toxins resulting from the September 11, 2001, terrorist attacks at the World Trade

Center.

5. My father had such a lighthearted personality and playful sense of humor, I was so fortunate to have had him. He was the world's best dad. He would drop anything if I needed him. When I was growing up, my father and I spent a lot of time fishing, boating, water tubing, water skiing, baking and making his famous firehouse chili. He knew how to fix anything. A lot of the quality time I spent with my father growing up was around him teaching me these skills that my father passed down to me, his only child, and daughter, because he knew how important it would be for me to know in life. He was also a motorcycle guy, and as a tween, I grew up going along for the ride on the back of his bike, I loved this quality time we spent together, driving around upstate New York, I enjoyed it so much so that I learned to ride a motorcycle in my late teenage years, and even got my motorcycle license to spend more quality time with my father. My father was a member of the Hudson Valley HOGS, a group of Harley Davidson riders, who met every Sunday for a motorcycle rides; this group of bikers would get together for a ride, but also get together to donate their time, money, and energy to help others in need, frequently choosing different non-profits as the beneficiary, such as Toys-for-Tots, during the holidays, to collect gift/ donations for children in need around the holidays.

6. On September 11th, 2001, I had just started my sophomore year of college, and was at school on the day of the attack. I was studying abroad in England, and was panicked when I heard about what had happened in New York; I tried calling home but the phone lines were down, and I was unable to reach my family. When I finally got in touch with my family, I found out that my father was stuck in Las Vegas on vacation with no flights back to NY, but thanks to being a first responder, he was headed back to NYC. My father retired from the New York City Fire Department (FDNY), with 23 years on-the-job. My father spent months, down on "the pile"

(the name all the firefighters refer to as Ground Zero), sifting through dust and debris searching for his fallen brothers, and the others who perished. From my phone calls home to the United States, I learned that my father would return home, covered in dust, inside his nose, and ears, and eyes. My father's firehouse was located in Harlem, and they lost firefighters that day. My father spent months going to funeral after funeral, of all his other friends/colleagues, this was heartbreaking for him.

7. I recall my father having severe backpain for a long time, (maybe 1 - 1.5 years), he did his due diligence, he went to the doctor, he had a CAT scans. The pain was relentless, my father even explored other treatment modalities, no chiropractor or massage therapist could relieve the pain. I believe the cancer went undiagnosed for a significant amount of time, because it wasn't until Thanksgiving Day 2012, my father and stepmother arrived at my grandmother's house a little late, while apologizing for their tardiness, I overheard my stepmother say that my father hadn't been feeling well. During dinner I looked over at him and noticed how little he had eaten, and how jaundice my father's eyes had become. This was the moment I realized something must be very wrong; I started to worry. The next day my father went to the hospital and had many tests done. A CAT scan with contrast confirmed his diagnosis. Sadly, we all gained a new awareness of the cause of his backpain. We were told that it was too late to perform surgery, he was not a candidate, due to his late-stage diagnosis. They offered him a cocktail of chemotherapy and radiation, the latest and greatest treatments so we were told. He was given a few months to live. Thanks to treatment my father lived 1 year and 4 months years post-diagnosis.

8. I miss his smell, his hugs, his smile, his laugh, and the look of pure joy and happiness in his eyes upon greeting him. He had a way of making you feel like you are the most important person in his world, each and every moment you spend with him. My father will never

be able to walk me down the aisle on my wedding day. My future children will grow up without their grandfather. No more motorcycle rides, fishing trips, or boating. No father to call with automotive questions when the car breaks down. No father present to witness my graduation. No words of wisdom when it comes to relationships and friendships. My father's pancreatic cancer diagnosis significantly changed the trajectory of my life path. My father's diagnosis caused me to postpone my education and career. Once I became aware of the short time we had left together (potentially only months to live – so we were told by the doctors). I prioritized my father above all else; I spent as much quality time with him as possible. There were many days when he was very ill, and he didn't have much energy for anything, those days we watched his favorite television shows, or talked reflecting on our memories of the past. I accompanied him to his appointments at Sloan Kettering Cancer Center, and eventually spent nights sleeping there during his extended hospitalization. The years following were full with grief and sadness, however, solace came with knowing he was no longer suffering. Since his passing I went back to graduate school and earned a Certificate of Advanced Student in Mental Health Counseling.

_____
KRISTINA STINES

Sworn before me this 25th day of April, 2024.

_____
Notary public

CHRISTINE MARTIN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MA0018119
Qualified in Queens County
My Commission Expires 12-07-2027

# Patricia Stines

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------X

In Re:

TERRORIST ATTACKS ON SEPTEMBER 11, 2001

---------------------------------X
EVELYN BETSO, et al.,

03-MDL-1570 (GBD)(SN)

**AFFIDAVIT OF PATRICIA STINES**

                                      Plaintiffs,    21-CV-01394 (GBD)(SN)

                             V.

ISLAMIC REPUBLIC OF IRAN,

                                   Defendant.

---------------------------------X

STATE OF NEW YORK    )
                              : SS
COUNTY OF NASSAU    )

       PATRICIA STINES, being duly sworn, deposes and says:

       1. I am a plaintiff in the within action, am over 18 years of age, and reside at 170 West Broadway, #5H, Long Beach, NY 11561.

       2. I am currently 60 years old, having been born on May 12, 1963.

       3. I am the spouse of Decedent, James Stines upon whose death my claims are based, I submit this Affidavit in support of the present motion for a default judgment for the claim made on behalf of my husband's estate and for my solatium claim. On May 12, 2014, I was issued Letters of Administration as Administrator of my husband's estate by the Rockland County Surrogate's Court.

       4. My husband passed away from advanced metastatic pancreatic cancer on March 17, 2014, at the age of 59. It was medically determined that this illness was causally connected to his exposure to the toxins resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

       5. Jim was my partner, husband, and best friend for more than 27 years. He was a New York City fire fighter for 23 years, and like all firefighters it was a life calling. Jim was my mentor and teacher. He always supported and encouraged any new hobby I would pursue. After Jim retired from the fire department, he enjoyed doing small jobs for some of the senior citizens in our neighborhood. He loved listening to their stories, and always had a story of his own. When I retired in 2005, we teamed up together. I liked helping him and learning how to do small repairs around the home. Friends, family, and some of his customers were always amazed how we could work together and still got along so well. I believe we were fortunate enough to have found each other. Each day

began with coffee, a little breakfast and then there was always a project; large or small, some new adventure, a fish that needed to be caught, gardens that needed to be mended, a car that needed a tune-up or relaxing in the backyard. Jim was teaching himself how to play guitar for a few years and I enjoyed listening to him get much better each week. It's the little things like that that I miss the most.

6. Monday September 10, 2001, we had just arrived in Las Vegas on a vacation. Tuesday morning September 11, 2001, Jim had gone down to get a cup of coffee and saw on the news about the first plane hitting the north tower of the world trade center. He called up to the room and told me to turn on the television. He then joined me in the room, we sat in shock as a second plane hit the south tower. All air transportation was suspended, but because we were both first responders from New York, the airline put us on the first flight out on Wednesday. Jim went to his fire house on Friday morning, signed in and went down to Ground Zero. Jim had retired from the FDNY Engine 35 less than a month prior to September 11th. The next month or so flew by, in slow motion, between Ground Zero and numerous funerals we attended.

7. I think around the end of 2008, beginning of 2009 Jim started having pains in his back; over the next few years we tried to figure out the cause. The week of Thanksgiving 2012 Jim was having really bad pains in his stomach and his back and was not able to eat. On Thanksgiving Jim wasn't feeling very well, but he wanted to go see his mother, by that time his skin tone had turned yellowish green. Friday morning November 23, 2012, I took Jim to Nyack Hospital emergency room; he had numerous tests over the next fee days. On Wednesday, November 28, 2012, Dr. Shaw did an ERCP procedure and said that Jim had metastatic pancreatic cancer. Friday, November 30, 2012, Jim was at Memorial Sloan Kettering receiving treatment. Jim was too sick for chemotherapy and the doctors were trying to relieve some of his pain. Jim's bilirubin's which is a blood test were off the chart 23.9. They spent a few weeks trying to stabilize him before starting chemotherapy. Jim had his first round of chemotherapy the day after Christmas December 26, 2012. By January 2013, Jim was placed on an extremely high dose fentanyl patch and Dilaudid as a breakthrough drug for his pain. The pain patch and pills helped a little but unfortunately, he was always in some sort of pain. Some days out of nowhere exhaustion would take over his body for days and he had very little control of his bowel movements. The first few rounds of chemotherapy seemed to stabilize the tumors and he was doing a bit better. Unfortunately, with metastatic cancer the tumors throughout his body grew in size. The doctors would try numerous different chemotherapy regimens throughout the 16+ months after his diagnosis. Jim received a few nerve blocks in his back to help with the pain but unfortunately it didn't last as long as we had hoped. His chemotherapy treatments were in Manhattan two days a week, and on Fridays we would go back to Manhattan so he could receive a platelet shot in order to be able to receive next week's chemotherapy. Jim was in Memorial Sloan Kettering ER and admitted numerous times over the course of his treatment. When he was feeling up to it, Memorial Sloan Kettering, had an arts and crafts room and he made metal jewelry, necklaces, in the shape of a dove. He gave one to each of his three sisters, Kristina, and me. He made his mother a dove magnet for her refrigerator. My dove is hanging from the rearview mirror of my car, and it brings a smile to my heart. The last few months I was able to hydrate Jim at home which was a wonderful service instead of going to the ER every week or so. Unfortunately, in November of 2013 Jim started filling up with fluid, Memorial Sloan Kettering inserted a tap in his stomach, so I was able to drain the fluid at home every other day. In the fall of 2013 Jim started to attend a support group with the fire department for people with cancer. His death weighed heavy on his mind; he hated the thought that he would be unable to support me and his daughter, Kristina. He actually started looking for a new place for me to live because he knew I would have to sell our home. On Tuesday, March 11, 2014, Jim went to Memorial Sloan Kettering, emergency room and was admitted once again. When we got up to his room, he took my hand and pulled me towards him; I laid down next to him for a while until he fell asleep. He knew this time he would not be coming home. On Friday, March 14th Jim was transferred to Hospice in Rockland County. Kristina and I were always by his side until he passed away on Monday, March 17, 2014.

8. It has been 9+ years since Jim passed away and answering these questions has been a challenge. Remembering so many good times, and unfortunately, remembering all the suffering Jim had to endure in the last few years of his life. There is no more of a humbling experience than being a caregiver to someone you love. The feeling of helplessness was something you learned to ignore. One of the hardest things is now living on your own after so many years with your spouse. Although you have spent months knowing the outcome was not going to be good, it still takes a long time to realize you are alone and your husband will not be coming home. I knew after Jim had passed away, I would have to sell our home and downsize to an apartment. It took quite a few months before I was able to start the process of packing up 27 years' worth of memories, but I had no other choice. Two years later, I sold our home and had to cash in Jim's IRA, part of my IRA and numerous stocks. I was also forced at a substantial loss to sell two investment condominiums we had purchased in order to pay off the mortgage and have enough money for a down payment on a new place to call home. I was able to move in with my sister and saved some money for over a year while I looked for a new place to live. It has taken a while, but I am adjusting to living in an apartment. I will always miss our

home; the garage and shed, with all the tools and supplies I needed for my hobbies. Unfortunately, living in an apartment is not conducive to so many of my old hobbies and I am no longer able to have a vegetable or a flower garden. Jim and I worked hard to make our house a loving and welcoming home and I have tried to make my new apartment feel as warm. Jim's death has left a void in my heart that will never be filled. Jim taught me how to be a better person and I miss him dearly every day and always will. God Bless all our first responders.

*Patricia Stines*
PATRICIA STINES

Sworn before me this
7th day of Aug., 2023
*Jean Sondergaard*
Notary public

JEAN SONDERGAARD
NOTARY PUBLIC-STATE OF NEW YORK
No. 01SO4702845
Qualified in Nassau County
My Commission Expires 01-31-2026