# EXHIBIT Y

# Estate of Lawrence J. Sullivan

# VCF Documentation



September 11th
Victim Compensation Fund

July 6, 2017

VIRGINIA SULLIVAN
43 HYLAN PLACE
STATEN ISLAND NY  10306

Dear VIRGINIA SULLIVAN:

The September 11th Victim Compensation Fund ("VCF") has reviewed your Eligibility Form. Your claim number is VCF0052737.  Your Eligibility Form was determined to be substantially complete on July 05, 2017.  As stated in the Regulations and on the claim form, by filing a substantially complete Eligibility Form you have waived your right to file or be a party to a September 11th-related lawsuit.

## The Decision on your Claim

The VCF has determined that the decedent has met the eligibility criteria established in the statute and regulations.  Based on the information you submitted and information the VCF has received from the World Trade Center ("WTC") Health Program, the decedent been found eligible for the following injuries:

- MALIGNANT NEOPLASM OF DUODENUM WITH METASTASIS

Please note that there are several reasons why an injury that you think should be eligible is not listed above.  For non-traumatic injuries, the name of the injury is based on the information provided by the WTC Health Program and there may be different names for the same injury.  If you claimed a condition through the VCF Private Physician process and it is not listed above, the condition may have been found not eligible for compensation.  Please see the enclosed "Conditions Not Eligible for Compensation" document for a more detailed explanation of the review of conditions claimed through the Private Physician process.  Additionally, your injury may not be listed if it was only recently certified for treatment by the WTC Health Program.

If in the future the WTC Health Program should notify you that a condition previously found eligible is no longer certified, you must inform the VCF as this may affect your eligibility status and/or the amount of your award.

## What Happens Next

**If the decedent had been certified for treatment by the WTC Health Program for a condition not listed above**, you should amend your claim.  Please see the VCF website for details on how to amend your claim.  The VCF will review the new information and determine if it provides the basis for a revised decision.

**If the decedent does not have injuries other than those listed above,** you should submit your Compensation Form and required supporting materials.  If you have already submitted your Compensation Form, you do not need to take any action at this time unless you receive a request from the VCF for missing information.  The VCF will calculate the amount of any



September 11th
Victim Compensation Fund

compensation based on the conditions listed above after all compensation-related documents are submitted.

If you have questions about the information in this letter or the claims process in general, please call our toll-free Helpline at 1-855-885-1555. For the hearing impaired, please call 1-855-885-1558 (TDD). If you are calling from outside the United States, please call 1-202-514-1100.

Sincerely,

Rupa Bhattacharyya
Special Master
September 11th Victim Compensation Fund

cc: WENDELL TONG



September 11th
Victim Compensation Fund

March 4, 2019

VIRGINIA SULLIVAN
C/O WENDELL TONG
SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO, PC
120 BROADWAY 18TH FLOOR
NEW YORK NY  10271

Dear VIRGINIA SULLIVAN:

The September 11th Victim Compensation Fund ("VCF") sent you a letter on July 16, 2018 notifying you of the decision on your claim and the amount of your award.  Your claim number is VCF0052737.  That letter included a request for documents that were missing from your claim and are required in order to process your payment.  The VCF has since received the requested documents and this letter provides the details of your award and information on the next steps to be taken on your claim.

Based on the information you submitted, the VCF has calculated the amount of your eligible loss as **$115,251.65**.  This determination is in accordance with the requirements of the Reauthorized Zadroga Act.  The enclosed "Award Detail" includes a detailed explanation of the calculation and a list of the eligible conditions included in this determination.

**Please note:** The VCF completed the substantive review of your claim prior to February 25, 2019, and the amount of your award was **not** impacted by the Special Master's determination that the VCF's funding is insufficient to compensate all pending and projected claims.  Additional information about the determination of funding insufficiency and the changes that became effective on February 25, 2019, can be found at https://www.vcf.gov/fundinginsufficiency.html.

No non-routine legal service expenses are approved for reimbursement for this claim.

As the Personal Representative, you are required to distribute any payment received from the VCF on behalf of the victim to the eligible survivors or other recipients in accordance with the applicable state law or any applicable ruling made by a court of competent jurisdiction or as provided by the Special Master.

**What Happens Next**

The VCF will deem this award to be final and will begin processing the payment on your claim unless you complete and return the enclosed Compensation Appeal Request Form within **30 days from the date of this letter** as explained below.  If you do not appeal, the Special Master will authorize the payment on your claim within 20 days of the end of the 30-day appeal period.  Once the Special Master has authorized the payment, it may take up to three weeks for the United States Treasury to disburse the money into the bank account designated on the VCF ACH Payment Information Form or other payment authorization document you submitted to the VCF.



September 11th
Victim Compensation Fund

- **Appealing the Award**:  You may request a hearing before the Special Master or her designee if you believe the amount of your award was erroneously calculated or if you believe you can demonstrate extraordinary circumstances indicating that the award does not adequately address your claim.  **If you choose to appeal, your payment will not be processed until your appeal has been decided**.

To request a hearing, you must complete and return the enclosed Compensation Appeal Request Form **and** Pre-Hearing Questionnaire no later than **30 calendar days** from the date of this letter.  The VCF will notify you in writing of your scheduled hearing date and time and will provide additional instructions to prepare for your hearing.  If both forms are not submitted with complete information within 30 days, you have waived your right to appeal and we will begin processing your payment.

- **Amending your Claim**: You may amend your claim in the future if your circumstances change and you have new information to provide to the VCF.  For example, you may amend if the WTC Health Program certifies additional physical conditions for treatment, if you have information in support of your claim that was not submitted to the VCF when your award was determined and that you believe would affect the amount of your award, or if you have incurred additional economic loss due to an eligible condition.  The VCF will review the new information and determine if it provides the basis for a revised decision.  Please see the VCF website for additional details on how to amend your claim and the specific circumstances that may be appropriate to request an amendment.

- **Notifying the VCF of new Collateral Source Payments**: You must inform the VCF of any new collateral source payments you receive, or become entitled to receive, such as a change to your disability or survivor benefits, as this may change the amount of your award.  If you notify the VCF within 90 days of learning of the new collateral source payment, your award will not be adjusted to reflect the new entitlement or payment.  If you notify the VCF more than 90 days after learning of the new or revised entitlement or payment, the VCF may adjust your award to reflect the new payment as an offset, which may result in a lower award.  If you need to notify the VCF of a new collateral source payment, please complete the "Collateral Offset Update Form" found under "Forms and Resources" on the www.vcf.gov website.

Your award was calculated using our published regulations, and I believe it is fair and reasonable under the requirements of the Reauthorized Zadroga Act.  As always, I emphasize that no amount of money can alleviate the losses suffered on September 11, 2001.

If you have any questions, please call our toll-free Helpline at 1-855-885-1555.  For the hearing impaired, please call 1-855-885-1558 (TDD).  If you are calling from outside the United States, please call 1-202-514-1100.

Sincerely,

Rupa Bhattacharyya
Special Master
September 11th Victim Compensation Fund



September 11th
Victim Compensation Fund

# Award Detail

Claim Number:      VCF0052737
Decedent Name:    LAWRENCE SULLIVAN

| PERSONAL INJURY CLAIM (Losses up to Date of Death) | |
|---|---|
| **Lost Earnings and Benefits** | |
| Loss of Earnings including Benefits and Pension | $0.00 |
| Mitigating or Residual Earnings | $0.00 |
| **Total Lost Earnings and Benefits** | $0.00 |
| | |
| **Offsets Applicable to Lost Earnings and Benefits** | |
| Disability Pension | $0.00 |
| Social Security Disability Benefits | $0.00 |
| Workers Compensation Disability Benefits | $0.00 |
| Disability Insurance | $0.00 |
| Other Offsets related to Earnings | $0.00 |
| **Total Offsets Applicable to Lost Earnings** | $0.00 |
| | |
| **Calculated Lost Earnings and Benefits after Offsets** | $0.00 |
| | |
| **Total Lost Earnings and Benefits Awarded** | $0.00 |
| | |
| **Other Economic Losses** | |
| Medical Expense Loss | $0.00 |
| Replacement Services | $0.00 |
| **Total Other Economic Losses** | $0.00 |
| | |
| **Total Economic Loss** | $0.00 |
| | |
| **Total Non-Economic Loss** | $250,000.00 |
| | |
| **Subtotal Award for Personal Injury Claim** | $250,000.00 |



September 11th
Victim Compensation Fund

| DECEASED CLAIM (Losses from Date of Death) | |
|---|---|
| **Loss of Earnings including Benefits and Pension** | $848,860.00 |
| | |
| **Offsets Applicable to Lost Earnings and Benefits** | |
| Survivor Pension | ($1,331,573.00) |
| SSA Survivor Benefits | ($19,647.00) |
| Worker's Compensation Death Benefits | $0.00 |
| Other Offsets related to Earnings | $0.00 |
| **Total Offsets Applicable to Loss of Earnings and Benefits** | ($1,351,220.00) |
| | |
| **Calculated Lost Earnings and Benefits after Offsets** | ($502,360.00) |
| | |
| **Total Lost Earnings and Benefits Awarded** | $0.00 |
| | |
| **Other Economic Losses** | |
| Replacement Services | $72,319.00 |
| Burial Costs | $15,381.00 |
| **Total Other Economic Losses** | $87,700.00 |
| | |
| **Total Economic Loss** | $87,700.00 |
| | |
| **Non-Economic Loss** | |
| Non-Economic Loss - Decedent | $250,000.00 |
| Non-Economic Loss - Spouse/Dependent(s) | $400,000.00 |
| **Total Non-Economic Loss** | $650,000.00 |
| | |
| **Additional Offsets** | |
| Social Security Death Benefits | ($255.00) |
| Life Insurance | ($549,157.60) |
| Other Offsets | $0.00 |
| **Total Additional Offsets** | ($549,412.60) |
| | |
| **Subtotal Award for Deceased Claim** | $188,287.40 |



September 11th
Victim Compensation Fund

| Subtotal of Personal Injury and Deceased Claims | $438,287.40 |
|---|---|
| PSOB Offset | ($323,035.75) |
| Prior Lawsuit Settlement Offset | $0.00 |
| Previously Paid Personal Injury Award | $0.00 |
| **TOTAL AWARD** | $115,251.65 |
| | |
| **Factors Underlying Economic Loss Calculation** | |
| Annual Earnings Basis (without benefits) | $124,499.10 |
| Percentage of Disability attributed to Eligible Conditions - applicable to Personal Injury losses | |
| Start Date of Loss of Earnings Due to Disability - applicable to Personal Injury losses | |

| Eligible Conditions Considered in Award |
|---|
| Malignant Neoplasm of Duodenum With Metastasis |

# Family Member Affidavits

Erin Ann Pugliese

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

In Re:

TERRORIST ATTACKS ON                    03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

-------------------------------------------------------------- X          **AFFIDAVIT OF**
EVELYN BETSO, et al.,                                                      **ERIN ANN PUGLIESE**


                                      Plaintiffs,        21-CV-01394 (GBD)(SN)


                    V.

ISLAMIC REPUBLIC OF IRAN,

                                      Defendant.
-------------------------------------------------------------- X

STATE OF NEW YORK)
                              : SS
COUNTY OF RICHMOND)


        ERIN ANN PUGLIESE, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at
402 Adelaide Avenue Staten Island, New York 10306.

        2.      I am currently 34 years old, having been born on June 13, 1989.

        3.      I am the daughter of Decedent, Lawrence J. Sullivan, upon whose death my
claim is based, and submit this Affidavit in connection with the present motion for a
default judgment and in support of my solatium claim.

        4.      My father passed away from Malignant Neoplasm of Duodenum with Metastasis
on August 20, 2012, at the age of 53. It was medically determined that this illness was causally
connected to his exposure to the toxins resulting from the September 11, 2001, terrorist attacks
at the World Trade Center.

5.      My father and I shared a special bond. I adored my father. From the time I was a little girl, he called me his princess. My father was the person who I could go to with any problem, and he would solve it; any question and he could answer it. I loved to pick his brain, especially on car rides. I would learn so much from him. When I put together all my memories of my father, my favorite is just being with him. He was always the funniest person in the room. I loved standing by his side because I was proud that he was my dad. He was also my hero, at home and in real life, as a New York City Firefighter. My father had a passion for helping others, and he was great at it.

6.      On September 11, 2001, I was sitting in my 7th grade social studies class when I heard the news of a plane crashing into the Twin Towers. In that moment, I did not realize how greatly this would personally impact me. My mother picked my siblings and I up from school early. Things were chaotic. At home, I was told my father responded to the WTC. So much time had passed before we heard of his safety. I remember feeling scared and confused, I was only 12 years old. There was nothing normal about the days, weeks, and months following 9/11. My home was somber. My father's firehouse personally lost eleven members. My father was hardly home. When he wasn't working in the firehouse, he was at Ground Zero taking part in the rescue and recovery efforts. My father was forever changed, and although he tried to hide it, you could see the pain in his eyes.

7.      When my father was diagnosed with cancer it wasn't long before he began to deteriorate. The cancer, along with countless chemotherapy and radiation treatments, were wreaking havoc on his body. He was unrecognizable, losing nearly 140 pounds. The effects of cancer were not only physical but mental as well. My father developed anxiety and a fear of being alone. My mother, siblings and I all rallied around my father, each playing major roles in his care taking. I helped my father with his medications, and changing his fentanyl patches, which were

prescribed for pain. When a round of his chemotherapy treatment was being done at home, I was responsible for disconnecting his treatment from a medically placed port in his chest and flushing it clean. I was who my father cried to when he lost his first clump of hair, as side effect of chemotherapy. When he entered hospice care at home, and was living his final days, I was the one who administered his morphine orally, to help ease his pain and suffering.

8.      My father's illness robbed me of my protector. It forced me to see my dad in ways a daughter should not have to. It took away my family's leader. His passing put an immense amount of pressure on my siblings and I to help care for my grieving mother. We were left with major decisions to be made and a home to care for the way my father would. But the hardest, saddest part of my father's death is everything that was to come. All his future dreams for his family, he was not there for. Four weddings, two daughters to walk down the aisle, careers made, homes bought, nine grandchildren, family vacations, and all the laughs and cries in between. Our family's new normal is every new milestone met and memory made is done with a broken heart because a piece of us is gone.

ERIN ANN PUGLIESE

Sworn before me this

14th day of Sept, 2023

Notary public

EMILY B DEVLIN
Notary Public - State of New York
NO. 01DE6161894
Qualified in Richmond County
My Commission Expires 02/26/2027

James Patrick Sullivan

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

In Re:

TERRORIST ATTACKS ON                                    03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

---------------------------------------------------------------- X          **AFFIDAVIT OF**
EVELYN BETSO, et al.,                                               **JAMES PATRICK SULLIVAN**


                                        Plaintiffs,        21-CV-01394 (GBD)(SN)


                        V.

ISLAMIC REPUBLIC OF IRAN,

                                Defendant.
---------------------------------------------------------------- X

STATE OF NEW YORK)
                                : SS
COUNTY OF RICHMOND)


        JAMES PATRICK SULLIVAN, being duly sworn, deposes and says:

1.      I am a plaintiff in the within action, am over 18 years of age, and reside at
43 Hylan Place, Staten Island NY 10306.

2.      I am currently 33 years old, having been born on February 19, 1990.

3.      I am the son of Decedent, Lawrence J. Sullivan, upon whose death my claim
is based, and submit this Affidavit in connection with the present motion for a default
judgment and in support of my solatium claim.

4.      My father passed away from Malignant Neoplasm of Duodenum with Metastasis
on August 20, 2012, at the age of 53. It was medically determined that this illness was causally
connected to his exposure to the toxins resulting from the September 11, 2001, terrorist attacks
at the World Trade Center.

5.     My father was a fireman. We enjoyed watching baseball together, hiking, and going on trips to Home Depot. He was my best friend and inspired me to become a fireman.

6.     On 9/11, I was in the 5th grade and my mother picked me up from school. My dad responded off duty to Lower Manhattan by the Staten Island ferry. He would then spend the next 3 to 4 months at the pile.

7.     My father had a tumor in his small intestine. He lost over 100 pounds due to cancer.

8.     The death of my father has brought much pain and sadness in my life that has never gone away.

Name Sulli
JAMES PATRICK SULLIVAN

Sworn before me this

14   day of Sept.  , 2023

Sergo M. Rumayor
Notary public

**SERGIO M RUMAYOR**
**NOTARY PUBLIC-STATE OF NEW YORK**
**No. 01RU0001919**
**Qualified in Richmond County**
**My Commission Expires 02-23-2027**

Kathleen Mary Sullivan

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

In Re:

TERRORIST ATTACKS ON                                           03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

------------------------------------------------------------------ X        **AFFIDAVIT OF**
EVELYN BETSO, et al.,                                                       **KATHLEEN MARY SULLIVAN**

                                        Plaintiffs,          21-CV-01394 (GBD)(SN)

                    V.

ISLAMIC REPUBLIC OF IRAN,

                                        Defendant.
------------------------------------------------------------------ X

STATE OF NEW YORK)
                                 : SS
COUNTY OF RICHMOND)

        KATHLEEN MARY SULLIVAN, being duly sworn, deposes and says:

        1.        I am a plaintiff in the within action, am over 18 years of age, and reside at
254 Waters Avenue, Staten Island New York 10314.

        2.        I am currently 28 years old, having been born on January 2, 1995.

        3.        I am the daughter of Decedent, Lawrence J. Sullivan, upon whose death my
claim is based, and submit this Affidavit in connection with the present motion for a
default judgment and in support of my solatium claim.

        4.        My father passed away from Malignant Neoplasm of Duodenum with Metastasis
on August 20, 2012, at the age of 53. It was medically determined that this illness was causally
connected to his exposure to the toxins resulting from the September 11, 2001, terrorist attacks
at the World Trade Center.

5.      My father was a firefighter for the FDNY. He had so much passion for his job and family. My dad was my hero. He brought our family together. I will always remember the memories we had together, especially when he would take us to the firehouse. We had so many laughs together without him here. There is an emptiness in our family that can never be replaced.

6.      When 9/11 happened, I was 6 years old. I remember the look of fear on my mother's face while watching the news. My father was out of the fire house this day. He was completing specialized rescue training. However, without hesitation my dad made his way to the WTC. My dad spent the next 9 months at the WTC searching for the 11 members from his company and countless others lost that day. This took a tremendous toll on my dad physically and emotionally.

7.      I was in high school when my father received the news that he had cancer. At the time, he was losing a significant amount of weight. Once he found out about his diagnosis, he began chemotherapy and radiation. From this moment, our lives were forever changed. We spent most days at the hospital while my father received treatment. As the time went on, we were hopeful things would get better but the treatments weren't working. It was difficult to watch my father who was once 6'2 and over 200 pounds become so weak. My dad was 100 pounds once he passed away. It was heart breaking to watch him suffer.

8.      My father passed away when I was 17 years old. When he received the news that he would start hospice, I didn't understand what those words meant. We were always hopeful he would get better. Losing my father has changed my life forever. For the last 11 years, it's been heartbreaking to not have him here for some of life's biggest moments. He should have been here for the graduations, engagement, walking me down the aisle, but especially to watch me become a parent myself. I wish more than anything our father could be here to be a grandpa to his 9

grandchildren. He is missed every day.

*Kathleen Mary Sullivan*
KATHLEEN MARY SULLIVAN

Sworn before me this

_12_ day of _Sept_, 2023

Notary public

NICKY LEGAKIS
NOTARY PUBLIC, STATE OF NEW YORK
No. 01LE6178684
Qualified in Richmond County
My Commission Expires 12/10/

Lawrence John Sullivan

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

In Re:

TERRORIST ATTACKS ON                        03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

------------------------------------------------------------------ X          **AFFIDAVIT OF**
EVELYN BETSO, et al.,                                      **LAWRENCE JOHN SULLIVAN III**


                                    Plaintiffs,        21-CV-01394 (GBD)(SN)


                        V.


ISLAMIC REPUBLIC OF IRAN,

                                    Defendant.
------------------------------------------------------------------ X

STATE OF NEW YORK)
                                    : SS
COUNTY OF RICHMOND)


        LAWRENCE JOHN SULLIVAN III, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at
152 Otis Avenue Staten Island, New York 10305.

        2.      I am currently 41 years old, having been born on June 29, 1982.

        3.      I am the son of Decedent, Lawrence J. Sullivan, upon whose death my claim
is based, and submit this Affidavit in connection with the present motion for a default
judgment and in support of my solatium claim.

        4.      My father passed away from Malignant Neoplasm of Duodenum with Metastasis
on August 20, 2012, at the age of 53. It was medically determined that this illness was causally
connected to his exposure to the toxins resulting from the September 11, 2001, terrorist attacks
at the World Trade Center.

5.    Lawrence was my father and a FDNY firefighter for 22 years. He had 5 children. With one income, it was hard to vacation. He loved camping and taking us fishing. The biggest impact was that he was a hero.

6.    My father was doing FDNY training the day of September 11th.. When the towers collapsed, it was all hands-on deck from that day on.  Months to come he spent most of his time alternating fire houses and ground zero shifts.

7.    My father lost a lot of weight and was not eating. He received chemotherapy and radiation treatment. The mass was too big for surgery. There was no quality of life. He became very weak, very fast.

8.    I suffered with him by his side, every single day until he passed. I have to live with the pain every single day. I now have 3 children that will never meet the greatest man I have ever known.

LAWRENCE JOHN SULLIVAN III

Sworn before me this
3ᴿᴰ day of Oct, 2023

Notary public

# Robert William Sullivan

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

In Re:

TERRORIST ATTACKS ON                                               03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

------------------------------------------------------------------- X          **AFFIDAVIT OF**
EVELYN BETSO, et al.,                                                          **ROBERT WILLIAM SULLIVAN**


                                      Plaintiffs,        21-CV-01394 (GBD)(SN)

                      V.

ISLAMIC REPUBLIC OF IRAN,

                                      Defendant.
------------------------------------------------------------------- X

STATE OF NEW YORK)
                     : SS
COUNTY OF RICHMOND)

        ROBERT WILLIAM SULLIVAN, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at 198
Egbert Avenue, Staten Island, New York 10310.

        2.      I am currently 35 years old, having been born on April 18, 1988.

        3.      I am the son of Decedent, Lawrence J. Sullivan, upon whose death my claim is
based, and submit this Affidavit in connection with the present motion for a default judgment
and in support of my solatium claim.

        4.      My father passed away from Malignant Neoplasm of Duodenum with Metastasis on
August 20, 2012, at the age of 53. It was medically determined that this illness was causally connected
to his exposure to the toxins resulting from the September 11, 2001, terrorist attacks at the World Trade
Center.

5.      My father was a firefighter by occupation but above all he was a dad to his children and a loving husband. He taught me how to be the man I am today. Some of my fondest memories are of Christmas morning and seeing how happy he was to be giving us gifts. I knew he worked so hard to afford the gifts. I'll never forget playing catch with him, fixing the car, and doing home repairs, in which I learned so much. He was truly the smartest and funniest person I have ever known. I miss him dearly.

6.      My father was a member of the FDNY. He worked for Rescue Company 5. He got to the Ground Zero site moments after the second building collapsed. He spent hundreds of hours at the WTC, searching for victims. I remember from 9/11 until the day rescue efforts ceased, him almost never being home. He gave everything he could to the rescue and recovery effort.

7.      I remember being with my dad when they found a large mass in his G.I. tract. Shortly after that appointment, it was determined cancerous. He began chemotherapy and eventually received radiation treatment. All the treatment really took a toll on him physically and mentally. He lost his hair, and by the day he passed he had lost probably more than 150 pounds. He was in constant pain and suffering for nearly 2 years. It was devastating to see.

8.      My father's death was life changing. I no longer have my dad to call when I need help, support, or to call when I made achievements. Times like these are when I miss him the most. My 4 siblings, mother, and I have a family bond that is as strong and loving as can be. Learning how to navigate life as a family without him was extremely challenging and continues to be emotionally traumatizing today. No amount of time could ever fill the hole in our hearts.

ROBERT WILLIAM SULLIVAN

Sworn before me this

_____ day of _____, 2023

Notary public

SUSAN R LAWRENCE
NOTARY PUBLIC State of New York
NO. 01LA4893098
Qualified in Kings County
Commission Expires Dec. 10

Virginia Sullivan

UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

In Re:

TERRORIST ATTACKS ON                                    03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

-------------------------------------------------------------------- X      **AFFIDAVIT OF**
EVELYN BETSO, et al.,                                          **VIRGINIA SULLIVAN**


                                Plaintiffs,        21-CV-01394 (GBD)(SN)

                V.

ISLAMIC REPUBLIC OF IRAN,

                                Defendant.
----------------------------------------------------------------- X

STATE OF NEW YORK)
                        : SS
COUNTY OF RICHMOND)


        VIRGINIA SULLIVAN, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at 43 Hylan
Place, Staten Island NY 10306.

        2.      I am currently 65 years old, having been born on April 22, 1958.

        3.      I am the wife of Decedent, Lawrence J. Sullivan, upon whose death my claims are
based. I submit this Affidavit in support of the present motion for a default money judgment for the
claim made on behalf of my husband's estate and for my solatium claim. On March 18, 2015, I was
issued Letters of Administration as Administrator of my husband's estate by the Richmond County
Surrogate's Court.

        4.      My husband passed away from Malignant Neoplasm of Duodenum with Metastasis on
August 20, 2012, at the age of 53. It was medically determined that this illness was causally connected to his
exposure to the toxins resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5.     My husband Lawrence (Larry) and I met in high school. We got married in 1980 and had 5 children. There is not a day that goes by that I don't think of what we had. Larry was also a firefighter. I have so many wonderful memories with him. I was excited for many more years together, as our children were moving on with their lives.

6.     September 11, 2001, as for many, was a terrible day. I knew my husband was up there with his Company Rescue 5. Larry's firehouse lost 11 firefighters that were also like family to us. Larry was at Ground Zero from that day to months after, looking for any signs of life and his friends.

7.     Larry received a call from the doctor telling him he had cancer. He was losing weight. He didn't want to eat. He was 6'2 and over 200 pounds but when he died, he was 100 pounds. He was going for chemotherapy every week and then radiation every day for six weeks hoping to shrink his mass, but it never happened. The cancer spread, and he didn't make it.

8.     Losing Larry has changed my life forever. It will never be what it was. If it was not for my children, I would be very lonely. I now have 9 grandchildren who fill all my dreams. It is so hard to see the babies and know what Larry is missing out on. He never got to see any of them, and it breaks my heart. He loved children and would have been so happy.

VIRGINIA SULLIVAN

Sworn before me this

4  day of  Aug, 2023

Notary Public

KATHY LACOLLA
STATE
OF NEW YORK
NOTARY PUBLIC
Qualified in Richmond County
01LA6134879
COMMISSION EXPIRES