# EXHIBIT BB

Estate of Franco Trapani

# VCF Documentation


September 11th
Victim Compensation Fund

April 24, 2017

DENISE TRAPANI
263 WINCHESTER AVENUE
STATEN ISLAND NY  10312

Dear DENISE TRAPANI:

The September 11th Victim Compensation Fund ("VCF") has reviewed your Eligibility Form.
Your claim number is VCF0021220.  Your Eligibility Form was determined to be substantially
complete on April 21, 2017.  As stated in the regulations and on the claim form, by filing a
substantially complete Eligibility Form you have waived your right to file or be a party to a
September 11th-related lawsuit.

## The Decision on your Claim

The VCF has determined that you meet the eligibility criteria established in the statute and
regulations.  Based on the information you submitted and information the VCF has received
from the World Trade Center ("WTC") Health Program, you have been found eligible for the
following injuries:

- Malignant Neoplasm of Brain - Glioblastoma

Please note that there are several reasons why an injury that you think should be eligible is not
listed above.  For non-traumatic injuries, the name of the injury is based on the information
provided by the WTC Health Program and there may be different names for the same injury.
Additionally, your injury may not be listed if it was only recently certified for treatment by the
WTC Health Program.

If in the future the WTC Health Program should notify you that a condition previously found
eligible is no longer certified, you must inform the VCF as this may affect your eligibility status
and/or the amount of your award.

## What Happens Next

**If you have been certified for treatment by the WTC Health Program for a condition not
listed above**, you should amend your claim.  Please see the VCF website for details on how to
amend your claim.  The VCF will review the new information and determine if it provides the
basis for a revised decision.

**If you believe you have eligible injuries that are not being treated by the WTC Health
Program** and you would like the VCF to consider those injuries before calculating your award,
you should amend your claim.  If you choose to amend your claim, making an appointment with
the WTC Health Program and seeking certification for your condition is the best way to get the



September 11th
Victim Compensation Fund

necessary evidence that you have an eligible condition for purpose of obtaining compensation from the VCF.

**If you do not have injuries other than those listed above,** you should submit your Compensation Form and required supporting materials.  If you have already submitted your Compensation Form, you do not need to take any action at this time unless you receive a request from the VCF for missing information.  The VCF will calculate the amount of any compensation based on the conditions listed above after all compensation-related documents are submitted.

If you have questions about the information in this letter or the claims process in general, please call our toll-free Helpline at 1-855-885-1555.  For the hearing impaired, please call 1-855-885-1558 (TDD).  If you are calling from outside the United States, please call 1-202-514-1100.

Sincerely,

Rupa Bhattacharyya
Special Master
September 11th Victim Compensation Fund

cc: WENDELL TONG



September 11th
Victim Compensation Fund

July 21, 2023

DENISE TRAPANI
263 WINCHESTER AVENUE
STATEN ISLAND NY  10312

## Your Award
### Claim VCF0021220

Dear DENISE TRAPANI:

The September 11th Victim Compensation Fund has reviewed your amendment(s) for additional compensation. Based on our review, we have increased your total award to **$2,216,097.46.**

We already paid you $2,126,136.46. As a result of the decision on your amendment(s), we will pay you an additional **$89,961.00.**

The enclosed "Award Detail" lists the eligible condition(s) that are included in your award and explains how the award was calculated.

## When will I get paid?
Your lawyer will receive your payment by approximately **October 12, 2023.** Once your lawyer receives your payment, they should send your payment to you within thirty days. If you have questions about your payment, please contact your lawyer.

**If you request an appeal hearing,** you will not receive your payment until **after** your hearing has been held and a decision has been made on your appeal.

As the personal representative for the estate of FRANCO TRAPANI, you may be required to distribute the payment to other people under state law. The VCF cannot advise you on how to distribute the payment.

## What if I believe there is an error in my award?
If you believe there is an error in your award, you may request an appeal hearing. To request an appeal hearing, follow the instructions on the enclosed Compensation Appeal Request Form. Please pay attention to the specific dates on the form. If you do not submit the completed form by the required date, *you will lose your right to appeal*.

If you decide not to appeal, we will consider your award to be final once the date for requesting an appeal has passed.



September 11th
Victim Compensation Fund

## Do I have to tell the VCF if I receive other payments relating to my VCF-eligible conditions?

Yes. If you receive any other payments relating to your VCF-eligible condition(s) before October 1, 2090, **you must tell us**. Some examples of other payments are lawsuit settlements, disability benefits, and survivor benefits. ***You are required by law*** to tell us about these and all other **payments you receive related to your VCF-eligible condition(s).**

To tell us about these payments, submit a Collateral Offset Update Form. You can find this form at https://www.vcf.gov/sites/vcf/files/resources/CollateralOffsetUpdateForm.pdf. Your deadline for submitting the form is 90 days after you find out that you will be receiving the payment.

## How much can my lawyer charge me for representing me in my amendment(s)?

By law, your lawyer can charge you up to ten percent of the additional amount you received as a result of your amendment(s). Your lawyer can also charge you for two types of costs, if they incurred them as part of your amendment(s):

(1) The cost of getting copies of medical records, but only if certain requirements are met. The requirements are listed at https://www.vcf.gov/policy/information-individuals-attorneys.

(2) The cost of translating documents into English, but only if certain requirements are met. The requirements are listed at the same website.

The VCF did not approve your lawyer charging you for any other costs.  If payment was made to your lawyer, then your lawyer will subtract their fee and the allowed costs before sending your payment to you.

## What if I have questions?

If you have questions, visit our website or call us:

**Website** www.vcf.gov

**Toll-free Helpline** 1-855-885-1555

**Hearing impaired** 1-855-885-1558 (TDD)

**Outside the United States** 1-202-514-1100

Please have your claim number ready when you call: VCF0021220.

If you have a lawyer representing you in your VCF claim, your lawyer may also be able to answer your questions.



**September 11th
Victim Compensation Fund**

Sincerely,

Allison Turkel
Special Master
September 11th Victim Compensation Fund

WENDELL TONG can access the electronic copy of this letter uploaded to your online claim.



September 11th
Victim Compensation Fund

# Award Detail

Claim Number:      VCF0021220
Decedent Name:   FRANCO TRAPANI

| PERSONAL INJURY CLAIM (Losses up to Date of Death) | |
|---|---|
| **Lost Earnings and Benefits** | |
| Loss of Earnings including Benefits and Pension | $0.00 |
| Mitigating or Residual Earnings | $0.00 |
| **Total Lost Earnings and Benefits** | $0.00 |
| | |
| **Offsets Applicable to Lost Earnings and Benefits** | |
| Disability Pension | $0.00 |
| Social Security Disability Benefits | $0.00 |
| Workers Compensation Disability Benefits | $0.00 |
| Disability Insurance | $0.00 |
| Other Offsets related to Earnings | $0.00 |
| **Total Offsets Applicable to Lost Earnings** | $0.00 |
| | |
| **Total Lost Earnings and Benefits Awarded** | $0.00 |
| | |
| **Other Economic Losses** | |
| Medical Expense Loss | $0.00 |
| Replacement Services | $0.00 |
| **Total Other Economic Losses** | $0.00 |
| | |
| **Total Economic Loss** | $0.00 |
| | |
| **Total Non-Economic Loss** | $250,000.00 |
| | |
| **Subtotal Award for Personal Injury Claim** | $250,000.00 |



**September 11th
Victim Compensation Fund**

| DECEASED CLAIM (Losses from Date of Death) | |
|---|---|
| **Loss of Earnings including Benefits and Pension** | $2,005,210.00 |
| | |
| **Offsets Applicable to Lost Earnings and Benefits** | |
| Survivor Pension | ($528,896.00) |
| SSA Survivor Benefits | $0.00 |
| Worker's Compensation Death Benefits | $0.00 |
| Other Offsets related to Earnings | $0.00 |
| **Total Offsets Applicable to Loss of Earnings and Benefits** | ($528,896.00) |
| | |
| **Total Lost Earnings and Benefits Awarded** | $1,476,314.00 |
| | |
| **Other Economic Losses** | |
| Replacement Services | $89,961.00 |
| Burial Costs | $162.39 |
| **Total Other Economic Losses** | $90,123.39 |
| | |
| **Total Economic Loss** | $1,566,437.39 |
| | |
| **Non-Economic Loss** | |
| Non-Economic Loss - Decedent | $250,000.00 |
| Non-Economic Loss - Spouse/Dependent(s) | $200,000.00 |
| **Total Non-Economic Loss** | $450,000.00 |
| | |
| **Additional Offsets** | |
| Social Security Death Benefits | ($255.00) |
| Life Insurance | ($50,084.93) |
| Other Offsets | $0.00 |
| **Total Additional Offsets** | ($50,339.93) |
| | |
| **Subtotal Award for Deceased Claim** | $1,966,097.46 |



**September 11th
Victim Compensation Fund**

| | |
|---|---|
| **Subtotal of Personal Injury and Deceased Claims** | $2,216,097.46 |
| PSOB Offset | $0.00 |
| Prior Lawsuit Settlement Offset | $0.00 |
| **TOTAL AWARD** | $2,216,097.46 |
| | |
| **Factors Underlying Economic Loss Calculation** | |
| Annual Earnings Basis (without benefits) | $111,848.65 |
| Percentage of Disability attributed to Eligible Conditions - applicable to Personal Injury losses | |
| Start Date of Loss of Earnings Due to Disability - applicable to Personal Injury losses | |

| **Eligible Conditions Considered in Award** |
|---|
| Malignant Neoplasm of Brain - Glioblastoma |



# DEATH TRANSCRIPT

DATE FILED   THE CITY OF NEW YORK -- DEPARTMENT OF HEALTH AND MENTAL HYGIENE

## CERTIFICATE OF DEATH     Certificate No. 156-10-048056



NEW YORK CITY
DEPARTMENT OF HEALTH
AND MENTAL HYGIENE
DECEMBER 07, 2010 02:58 PM

**1. DECEDENT'S LEGAL NAME** FRANCO   TRAPANI
(First, Middle, Last)

**MEDICAL CERTIFICATE OF DEATH** (To be filled in by the Physician)

| Place Of Death | 2a. New York City ☐ | 2c. Type of Place | 4 ☐ Nursing Home/Long Term Care Facility | 2d. Any Hospice care in last 30 days | 2e. Name of hospital or other facility (if not facility, street address) |
|---|---|---|---|---|---|
| | 2b. Borough | 1 ☒ Hospital Inpatient | 5 ☐ Hospice Facility | 1 ☐ Yes | |
| | Staten Island | 2 ☐ Emergency Dept./Outpatient | 6 ☐ Decedent's Residence | 2 ☒ No | Staten Island University Hospital |
| | | 3 ☐ Dead on Arrival | 7 ☐ Other Specify | 3 ☐ Unknown | |

| Date and Time of Death | 3a. (Month) (Day) (Year-yyyy) | 3b. Time | 4. Sex | 5. Date last attended by a Physician |
|---|---|---|---|---|
| | December    04    2010 | 12:30 ☐ AM ☒ PM | Male | mm 12  dd 04  yyyy 2010 |

6. Certifier: I certify that death occurred at the time, date and place indicated and that to the best of my knowledge traumatic injury or poisoning DID NOT play any part in causing death, and that death did not occur in any unusual manner and was due entirely to NATURAL CAUSES. See instructions on reverse of certificate.

| 7. Name of Physician | Faisal Saiful MD (Type or Print) | Signature *Faisal Saiful* | ☒ M.D. |
|---|---|---|---|
| Address | 475 Seaview Avenue, Staten Island, New York 10305 | Signature Electronically Authenticated | |
| | License No. 192357 | Date DEC-05-2010 | |

**PERSONAL PARTICULARS** (To be filled in by Funeral Director or, in case of City Burial, by Physician)

| 7a. Usual Residence State | 7b. County | 7c. City or Town | 7d. Street and Number | Apt. No. | ZIP Code | 7e. Inside City Limits? |
|---|---|---|---|---|---|---|
| New York | Richmond | Staten Island | 263 Winchester Avenue | | 10312 | 1 ☒ Yes 2 ☐ No |

| 8 Date of Birth (Month) (Day) (Year-yyyy) | 9. Age at last birthday (years) | Under 1 Year | Under 1 Day | 10. Social Security No. |
|---|---|---|---|---|
| December   13   1962 | 47 | Months  Days | Hours  Minutes | 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 |

| 11a. Usual Occupation (Type of work done during most of working life. Do not use "retired") | 11b. Kind of business or industry | 12. Aliases or AKAs |
|---|---|---|
| Electrician | Local 3 IBEW | Francesco Trapani |

| 14. Birthplace (City & State or Foreign Country) | 14. Education (Check the box that best describes the highest degree or level of school completed at the time of death) | |
|---|---|---|
| Catania, Italy | 1 ☐ 8th grade or less; none    4 ☐ Some college credit, but no degree    7 ☐ Master's degree (e.g., MA, MS, MEng, MEd, MSW, MBA) | |
| | 2 ☐ 9th – 12th grade; no diploma    5 ☐ Associate degree (e.g., AA, AS)    8 ☐ Doctorate (e.g., PhD, EdD) or | |
| | 3 ☒ High school graduate or GED    6 ☐ Bachelor's degree (e.g., BA, AB, BS)    Professional degree (e.g., MD, DDS, DVM, LLB, JD) | |

| 15. Ever in U.S. Armed Forces? | 16. Marital/Partnership Status at time of death | 17. Surviving Spouse's/Partner's Name (If wife, name prior to first marriage) (First, Middle, Last) |
|---|---|---|
| 1 ☐ Yes 2 ☒ No | 1 ☒ Married    2 ☐ Domestic Partnership    3 ☐ Divorced | |
| | 4 ☐ Married, but separated    5 ☐ Never Married    6 ☐ Widowed | Denise Sciarra |
| | 7 ☐ Other, Specify _____    8 ☐ Unknown | |

| 18. Father's Name (First, Middle, Last) | 19. Mother's Maiden Name (Prior to first marriage) (First, Middle, Last) |
|---|---|
| Carmelo  Trapani | Diana  Manzella |

| 20a. Informant's Name | 20b. Relationship to Decedent | 20c. Address (Street and Number    Apt. No.    City & State    ZIP Code) |
|---|---|---|
| Denise Trapani | Spouse | 263 Winchester Avenue, Staten Island, New York 10312 |

| 21a. Method of Disposition | 21b. Place of Disposition (Name of cemetery, crematory, other place) |
|---|---|
| 1 ☐ Burial    2 ☒ Cremation    3 ☐ Entombment    4 ☐ City Cemetery | Rosehill Crematory |
| 5 ☐ Other Specify | |

| 21c. Location of Disposition (City & State or Foreign Country) | 21d. Date of Disposition |
|---|---|
| Linden, New Jersey | mm 12  dd 10  yyyy 2010 |

| 22a. Funeral Establishment | 22b. Address (Street and Number    City & State    ZIP Code) |
|---|---|
| Casey McCallum-Rice South Shore Funeral Home | 30 Nelson Avenue, Staten Island, New York 10308 |

VR 15 (Rev 01-09)



The City of New York

This is to certify that the foregoing is a true copy of a record on file in the Department of Health and Mental Hygiene. The Department of Health and Mental Hygiene does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited (§3.19(b) of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.
DATE ISSUED   December 07, 2010   Order No. 20101201671



Steven P. Schwartz, Ph.D., City Registrar


W 0 0 6 5 2 8 3 5



**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**

THE CITY OF NEW YORK – DEPARTMENT OF HEALTH AND MENTAL HYGIENE
**CONFIDENTIAL MEDICAL REPORT**

Certificate No.  156-10-048056

| To be filled in by **FUNERAL DIRECTOR** or, in case of City Burial, by Physician |
|---|

**23. Ancestry** (Check one box and specify)
- ☐ Hispanic (Mexican, Puerto Rican, Cuban, Dominican, etc.)

Specify _____

- ☒ NOT Hispanic (Italian, African American, Haitian, Pakistani, Ukrainian, Nigerian, Taiwanese, etc.)

Specify  Italian

**24. Race** as defined by the U.S. Census (Check one or more to indicate what the decedent considered himself or herself to be)
- 01 ☒ White
- 02 ☐ Black or African American
- 03 ☐ American Indian or Alaska Native
  (Name of enrolled or principal tribe)_____
- 04 ☐ Asian Indian       05 ☐ Chinese
- 06 ☐ Filipino           07 ☐ Japanese
- 08 ☐ Korean             09 ☐ Vietnamese
- 10 ☐ Other Asian–Specify_____
- 11 ☐ Native Hawaiian   12 ☐ Guamanian or Chamorro
- 13 ☐ Samoan
- 14 ☐ Other Pacific Islander–Specify_____
- 15 ☐ Other–Specify_____

FRANCO      TRAPANI
**DECEDENT'S LEGAL NAME** (Type or Print)

**25. CAUSE OF DEATH** – List only one cause on each line. DO NOT ABBREVIATE.

**PART I**

| | | APPROXIMATE INTERVAL: ONSET TO DEATH |
|---|---|---|
| a. IMMEDIATE CAUSE  Brain Cancer | | Unknown |
| b. DUE TO OR AS A CONSEQUENCE OF | | |
| c. DUE TO OR AS A CONSEQUENCE OF | | |
| d. DUE TO OR AS A CONSEQUENCE OF | | |

**PART II**  OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH but not resulting in the underlying cause given in Part I. Include operation information.

| 26a. Was an autopsy performed?  1 ☐ Yes   2 ☒ No  26b. Were autopsy findings available to complete the cause of death?  1 ☐ Yes   2 ☐ No | 27a. If Female  1 ☐ Not pregnant within 1 year of death  2 ☐ Pregnant at time of death  3 ☐ Not pregnant at death, but pregnant within 42 days of death  4 ☐ Not pregnant at death, but pregnant 43 days to 1 year before death  5 ☐ Unknown if pregnant within 1 year of death | 27b. If pregnant within one year of death, outcome of pregnancy  1 ☐ Live Birth  2 ☐ Spontaneous Termination/ Ectopic Pregnancy  3 ☐ Induced Termination   4 ☐ None | 27c. Date of Outcome  mm  ***   dd  ***   ***  *** | 28. Was this case referred to OCME?  1 ☐ Yes  2 ☐ No |
|---|---|---|---|---|

| 29. Did tobacco use contribute to death?  1 ☐ Yes  2 ☐ No   3 ☐ Probably   4 ☒ Unknown | 30. For infant under one year: Name and address of hospital or other place of birth |
|---|---|

I am submitting herewith a confidential report of the cause of death.

SIGNATURE  *Faisal Saiful*  D.O.   M.D.  ADDRESS  475 Seaview Avenue , Staten Island, New York 10305  LICENSE NO.  192357
Signature Electronically Authenticated

# Family Member Affidavits

Denise Trapani

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

In Re:

TERRORIST ATTACKS ON                              03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

-------------------------------------------------------------- X        **AFFIDAVIT OF**
EVELYN BETSO, et al.,                                           **DENISE TRAPANI**


                                        Plaintiffs,        21-CV-01394 (GBD)(SN)


                        V.

ISLAMIC REPUBLIC OF IRAN,

                                        Defendant.
-------------------------------------------------------------- X

STATE OF NEW YORK          )
                           : SS
COUNTY OF RICHMOND         )


        DENISE TRAPANI, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at
263 Winchester Avenue, Staten Island, New York 10312.

        2.      I am currently 62 years old, having been born on April 20, 1961.

        3.      I am the spouse of Decedent, Franco Trapani, upon whose death my claim is
based, and submit this Affidavit in connection with the present motion for a default
judgment and in support of my solatium claim.

        4.      My husband passed away from glioblastoma on December 4, 2010, at the age of
47. It was medically determined that this illness was causally connected to his exposure to the
toxins resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5.     My husband, Franco Trapani, was an electrician with Local 3, International Brotherhood of Electrical Workers, (I.B.E.W). My whole life revolved around him. We did everything together. All our free time was spent with each other. It's hard to pinpoint special memories because all my memories of him and our life together were special.  Whether we were at the beach, the pool, gardening, out to dinner, or snuggled up on the couch watching a movie.

6.     On the morning of September 11, 2001, I was watching the news when I first learned about the attack. I immediately tried calling Franco, but I couldn't get in touch with him. He worked for Five Star Electric and I knew he was working Downtown, but I didn't know where. I didn't hear from him for many hours and learned he was working a few blocks away from the towers when the attack took place. He managed to walk across the Brooklyn Bridge to safety. Franco would later return to Ground Zero because he was part of the underground crew installing temporary lighting and electrical wires on the 1 & 9 subway line under what was the World Trade Center. He worked at the re-building of the sight from 2001 to 2009, primarily at 7 World Trade and the Freedom Tower, until he was diagnosed with Glioblastoma IV.

7.     In January 2010, Franco experienced uncharacteristic mood changes and extended periods of inactivity – a stark contrast from his normal behavior. He was at his happiest when working on projects, and often spent his time at home focused on home improvements, yard work, automotive repairs, household finances, and more. As his conditions worsened, he spent less time on these projects and more time in bed, which raised serious concerns.  Franco also began to suffer from frequent emotional breakdowns and anxiety attacks (driven to tears on a number of occasions), which he had never before experienced. Within the first three months of 2010, Franco and I visited several physicians to find answers for his worsening condition. As time went on, Franco's vision deteriorated, and his balance was compromised. In March of that year, I noticed Franco driving on

the rightmost side of the street, nearly hitting parked cars. Franco was always an attentive driver, and this raised concerns. Until we were able to figure out what was going on, I asked that he avoid driving. This was the last time Franco ever sat behind the wheel of a car.

8.     After numerous doctor visits, it was suggested that Franco get his hormone levels checked by an endocrinologist, thinking there might be issues with his thyroid. Test results came back and showed that his hormones were well outside normal levels. Additionally, she conducted several neurological tests. Fearing the worst, the doctor suggested that he immediately receive a brain MRI to check for signs of a brain tumor. On March 10, imaging results confirmed a large mass in my husband's brain.

9.     After the tumor was detected, we visited three different top neurologists in New York City who all insisted that a biopsy was the next step toward final diagnosis and treatment. On 22 March 2010, Franco entered Cornell Medical Center for a brain biopsy. What was initially planned as an overnight stay in the hospital post-procedure turned into an over two-week ordeal. Franco was not recovering as quickly as they expected, and he required additional hospital stay to safely return home. Within a few weeks of the procedure, however, it was confirmed that the tumor was a GBM Multiforme IV – a rare brain cancer, with a rate of 2-3 cases per 100,000 life years in North America and Europe. This was pitched as the worst-case scenario for Franco's condition. It was now our reality.

10.     Franco returned home from his biopsy on April 8, but was rushed back several weeks later. Franco was not eating, dehydrated, losing weight, and losing key cognitive abilities. A man who once installed complicated wiring for entire NYC office buildings now had trouble simply folding a towel. The cancer was progressing.  Franco underwent 30 days of radiation during his chemotherapy treatments and was unresponsive through most of it. On good days, he would blink

or move his lips to acknowledge our presence. These moments became our family's driving factor to getting him on the path to recovery. After his treatment, Franco stayed at Lutheran Medical Center for his rehab (speech, occupational, vision) which lasted between mid-June and mid-July. Franco fought his hardest to improve. Though doing well during treatments, Franco still encountered many obstacles during his recovery. He developed an intense urinary tract infection and had to be put on a catheter at home. During one of his UTI-induced fevers, he experienced numerous hallucinations, once thinking he was fighting in a war (Franco didn't take part in any wars, so this was especially odd).

11.     In September 2010, we noticed that Franco's improvements had plateaued. Thinking this was the new normal, we comfortably accepted his new life and were happy to keep him as comfortable as possible for whatever remaining time we had with him. Unfortunately, this didn't last long. Throughout the month of September, Franco's state steadily declined once again. He fell numerous times, easily developing bruises around his entire body. For a man that once loved food, his appetite diminished greatly – sometimes refusing to eat at all. The medication had altered his sense of taste, and he was no longer able to garner any enjoyment from eating. As time went on, vomiting after meals became more frequent and we noticed a drastic drop in his weight and muscle mass.

12.     On September 28 (the day after my son's 24th birthday), Franco asphyxiated on a tuna fish sandwich and had to be rushed to the emergency room. This was the final day my husband would ever see the inside of his own house, the place he worked so hard to make a home. During the next few months, Franco gradually faded. What started as asphyxiated food turned into a viscous buildup in his lungs, which had to be removed through several bronchoscopies. He moved from intensive care to a respiratory unit, where he spent his final weeks. After a time, it became clear

that Franco was not responding to any of his care, and the doctors recommended a brain activity test. Within 12 hours of this suggestion, Franco was declared legally brain dead on December 4, 2010, mere days before his 48th birthday. I made the most difficult call of my life and removed my husband from his respirator. I held his hand the entire time and laid my head on his chest so I could hear his final heartbeats.

13.    My childhood sweetheart of 30 years, my first and only love, my best friend, confidante, and holder of all my dreams was lost to a devastating evil that, in the end, robbed him of his personal dignity, his memories, and ultimately his life. We were truly happy together. Franco was kind, thoughtful, loving, and selfless. He was an amazing father, husband, and friend. People always joked that "you can't say Denise without saying Franco." My life has never and will never be the same. I will never have the pleasure of growing old with my best friend. We lost out on so many years together. He was everything I had hoped for in a husband and I am blessed and honored to have had him in my life. I am grateful that although I did not spend the rest of my life with him, he did, in fact, spend the rest of his life with me.

DENISE TRAPANI

Sworn before me this
27 day of October, 2023

Notary public

DEBORAH CASALE
NOTARY PUBLIC, State of New York
No. 01CA6163669
Qualified in Richmond County
My Commission Expires April 02, 20 27

Michael Trapani

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

In Re:

TERRORIST ATTACKS ON                          03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

------------------------------------------------------------- X        **AFFIDAVIT OF**
EVELYN BETSO, et al.,                                       **MICHAEL TRAPANI**


                                          Plaintiffs,        21-CV-01394 (GBD)(SN)


                              V.


ISLAMIC REPUBLIC OF IRAN,

                                          Defendant.
------------------------------------------------------------- X

STATE OF NEW YORK        )
                         : SS
COUNTY OF RICHMOND       )


        MICHAEL TRAPANI, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at
263 Winchester Avenue, Staten Island, New York 10312.

        2.      I am currently 36 years old, having been born on September 27, 1986.

        3.      I am the son of Decedent, Franco Trapani, upon whose death my claim is
based, and submit this Affidavit in connection with the present motion for a default
judgment and in support of my solatium claim.

        4.      My father passed away from glioblastoma on December 4, 2010, at the age of 47.
It was medically determined that this illness was causally connected to his exposure to the toxins
resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5.     The Decedent is my father, Franco Trapani. He was an electrician who worked on many prominent New York City landmarks, including the Whitehall Staten Island Ferry Terminal and One World Trade Center's Freedom Tower. Though he worked countless hours of overtime – often nights and weekends – to provide for me, my mother, and sister, he was an ever-present and integral part of my life. I'll always fondly remember him playing sports or joining in on snowball fights with me and my friends, helping him cook Christmas Eve dinner, fishing as a young child, playing video games together, or building my first computer with him. On evenings and weekends, when he wasn't relaxing, he was maintaining and improving our home with small repairs or mini projects that would incrementally bring the house closer to my parent's final vision. He and I spent many weekends on yard projects, either tending to the lawn, raking leaves, and shoveling snow. Though I was reluctant at the time being a younger person with a shorter attention span, I'll always remember and deeply miss our weekend excursions to Home Depot to help lift heavy bags of rocks, sand, or soil. He took pride in his home, and I'm so grateful that I was able to help him with his many (many!) visions, in the small ways that I could. I realize that I am very fortunate that the short time I had with my father was filled with loving experiences that I will carry with me for the rest of my life.

6.     Unsurprisingly, September 11, 2001, is a core memory. Not only because of its local and global ramifications, but because it was the first time in my life that I was terrified of losing a parent. My father worked in Manhattan for most of my life for Local Union No. 3, International Brotherhood of Electric Workers (I.B.E.W.), so when the first reports of the events unfolding were announced to my sophomore homeroom class, I immediately excused myself and called my mom from the only payphone in my high school. I heard the terror and distraction in her

voice when she picked up the phone and admitted to me that she couldn't get in touch with my father. I don't remember the rest of that morning since it was spent running through possible scenarios of his whereabouts in my head. Thankfully, my mom had heard from family members living in Brooklyn that he was safe. He had somehow managed to get a cell phone call to them in the chaos - and on his way to their house. That night, after he had removed his sooty clothes that were hiding burnt bits of documents that snowed onto lower Manhattan, he revealed that he was walking across the Brooklyn Bridge with thousands of other New Yorkers when the first tower fell. He said it sounded like an explosion, and that the gravity of what was happening quickly spread across everyone watching.

7.      Naturally, my dad's union was part of the recovery efforts in the days immediately following the event, helping to set up temporary wiring and lighting for the recovery efforts. I remember feeling such pride that my dad was there to help, without knowing the full ramifications of his presence there so soon after the towers fell, in addition to the following years working on One World Trade's Freedom Tower.

8.      My father was always a stoic man. He was never one to allow anxiety or stress to affect him for more than short periods of time. However, in early 2010, we all saw that part of his personality change. He was easily moved to tears over seemingly inconsequential hiccups, and admitted to my mother that he had been experiencing what he could only assume were panic attacks while at work. On a number of occasions, he had to leave work early because the stress and anxiety were too overwhelming. He would get picked up by my mother who would leave her part-time job to make sure he wasn't alone. These episodes only got worse, and while we initially thought it was some early version of a midlife crisis, it seemed like something more was happening. After a few doctor visits, it was revealed that my father's hormone levels were off, which was odd

for someone who was otherwise the picture of perfect health. Between January and March 2010, my family accompanied my dad to what seemed like an endless number of doctor visits. Though many of those memories are lost to time, one always sticks out to me - and I truly believe it was when my father came to terms with his condition. I watched my father, an extremely coordinated, athletic, and alert person, fail a simple neurological exam - unable to cross one leg over another and run the heel of his right foot down his left leg. I recall seeing the look of hopelessness, confusion, and despair settle over his face, and it took every ounce of my self-control not to break down in tears along with him. Following that neurological exam, an MRI revealed a sizable brain tumor, though we were assured that this was likely a non-fatal prognosis. While worried, we all still had some hope. Within hours of his biopsy, we were informed that my father had the worst type of brain cancer one can possibly have - and the prognosis was not just negative, it was devoid of all hope. I received a call from my mother while at work in Manhattan that day giving me the news, and I was struck with the image of my mother pulling over on the side of the road to field that call from the doctor's office, with my teenage sister in the passenger seat, being given the news that in no uncertain terms my father was going to die.

9.      The following months were a blur to me. Knowing how much care he would need in his final months, I opted to quit my full-time job and instead attend school part-time, so I could have more hours of my day dedicated to his care and assisting my mother. Even still, physical, emotional, and psychological fatigue has given most of 2010 a dreamlike quality. I'm often conflicted by my mind's natural self-defense of blocking these bleak times out of my memory, since they are also the final months of memories I have of my father. Even through all the hardship, I shared countless happy and, against all logic, fun moments with him. Though for every single good memory I have, there are a dozen bad ones. They include his screams of pain that I heard

from the biopsy recovery room, him falling out of his hospital bed and chipping his tooth in the middle of the night (in an attempt to maintain his independence and use the bathroom by himself), him unknowingly defecating in his recliner chair at home, watching his broken, shameful expression while being cleaned, and the call I received from my mother the day after my 24th birthday telling me that my father had aspirated his tuna fish sandwich, sending him into the hospital for the final time. The list goes on. I will carry with me for the rest of my life that the last cognizant conversation I had with my father was the night of that same birthday, wishing him a good night and thanking him for the cake.

10.     His final months weren't his own. He spent the majority of that time in and out of consciousness from the quick advancement of his tumor. Though he was removed from life support on December 4, 2010, the doctors believe he was gone before that. His last interaction with any of our family members was on Thanksgiving Day, when he moved his eyelids at my mother's request. This image haunts me still - my mother, sitting at my father's side in a hospital room on a holiday normally filled with food, laughter, and family - receiving her final sign of life from him. He was pulled from life support a little over a week later, slightly more than a week before what would have been his 48th birthday.

11.     My father was gone within a year of his diagnosis. The effect of his sickness and death on my family was delayed in many ways. My mother, sister and I became somewhat distant from one another immediately following his death, each receding into our own lives and often becoming short and easily argumentative with one another. Thankfully, this did not last long, and was likely a side effect from being in each other's presence nearly 24 hours a day, 7 days a week for the better part of a year under very stressful conditions. Personally, I had delayed physical ailments from the mental, emotional, and physical toll of his condition and care. I developed adult

acne from stress in 2011, as well as a multitude of stress-induced gastrointestinal issues that stayed with me through 2013. I lost nearly 20 pounds after my father's death, opting to fill my days with work and school rather than eating full meals. These all pale in comparison to the slow understanding of what my father's absence would mean for my family. He was the financial breadwinner of our household, and my mother was saddled with the remainder of his medical bills, as well as paying a mortgage well beyond her monthly salary. Only later in life have I discovered how financially dire my mother's situation was, keeping from my sister and I her collecting change from her car to pay for groceries and credit card balances for which she could barely afford the minimum payments. All of this on top of truly processing the loss of the love of her life and best friend. The future she had always imagined was torn away from her in just a few short months. She has spent the years since still grappling with what that now means for her.

12.     My heart breaks for my father. His life was spent caring for his family, working long hours, and making sacrifices to get through life providing the best he could. There was always a promise that someday it would all pay off. Retirement would provide him and my mom with the financial freedom and time to do everything they wished to do, all while knowing they gave their children the means to success for their own lives: degrees, careers, and a blueprint for a solid and loving partnership. He was never able to see the fruits of those labors. Even today, every accomplishment (earning a Master's degree, switching careers) and every life event (my first New York City apartment, my sister's wedding) has an unspoken sadness to them.

13.     My heart breaks for my sister, whose walks down the aisle both on her college graduation and wedding day were bittersweet.

14.     My heart breaks further still for my mother, who feels the aforementioned emotions more than I can ever understand, all while facing the unknowingness of her future happiness.

15.     My heart breaks for me, who never truly got to experience what it was like to have a father as an adult: to ask for home repair advice, to share in the latest whiskey/beer/bourbon discovery, to confide in my worries as I age and move through my life. It's for all these things I continue to mourn, even 13 years later.

MICHAEL TRAPANI

Sworn before me this

27 day of October 2023

Notary public

DEBORAH CASALE
NOTARY PUBLIC, State of New York
No. 01CA6163669
Qualified in Richmond County
My Commission Expires April 02, 20 27

Nicole Trapani

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

In Re:

TERRORIST ATTACKS ON                        03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

-------------------------------------------------------------- X        **AFFIDAVIT OF**
EVELYN BETSO, et al.,                                                   **NICOLE TRAPANI**


                                    Plaintiffs,        21-CV-01394 (GBD)(SN)


                    V.

ISLAMIC REPUBLIC OF IRAN,

                                    Defendant.
-------------------------------------------------------------- X

STATE OF NEW YORK       )
                        : SS
COUNTY OF RICHMOND      )


        NICOLE TRAPANI, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at
223 Eltingville Boulevard, Staten Island, New York 10312.

        2.      I am currently 33 years old, having been born on February 17, 1990.

        3.      I am the daughter of Decedent, Franco Trapani, upon whose death my claim
is based, and submit this Affidavit in connection with the present motion for a default
judgment and in support of my solatium claim.

        4.      My father passed away from glioblastoma on December 4, 2010, at the age of 47.
It was medically determined that this illness was causally connected to his exposure to the toxins
resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5.      My dad and I had a close relationship. He was a great parent and I very much looked forward to having an adult relationship with him as most children look forward to with their parents. I knew there was more to him than what he presented as a parent to my brother and me. My dad passed away right before my 21st birthday and for me, turning 21 was the turning point and almost a "rite of passage" for when my relationship would slightly shift from parent and child to parent and friend. Instead, when he became sick, he reverted to being childlike and I took the role of caretaker alongside my brother and my mother. I never got to and I never will experience a friendship relationship with my father, which is one of the most devastating things that I continue to struggle with.

6.      My father was an all-around "handyman." He fixed anything and everything around the house and he was very creative in his work. When I was a senior in high school, my friends and I decided to dress up as "wind up" dolls for Halloween. We had the doll costume, but we needed the wind-up key to complete the look. My dad volunteered to make the wind-up keys so during his free time he went to the craft store to get the materials and every day after work he would work on making the wind-up keys for me and my friends. My friends and I still talk about that costume to this day, and we laugh thinking about how excited and happy my dad was to make the keys for us. I also had a sweet 16 and my dad created many decorative pieces for the occasion, so much so that there was glitter and sparkles in my house for the months following the event. No matter how big or small, when my dad was faced with a task, he did it with painstaking detail and it came out perfect almost every time. Outside of being a handy man, my dad worked as an electrician as his career as well as side jobs. One of my favorite things about my dad was when he would do any electrical work for family or friends, he would never charge them. It could be the smallest job or as big as rewiring an entire kitchen, but he did not take one cent from anyone that

meant something to him. At the time, I wasn't aware of the odd jobs that he would do for family and friends, but when I became aware of these stories after his passing, I admired the person that he was even more than I thought I ever could. There are countless other memories I have of my dad, good and bad. I think about the times we would go fishing and he would teach me how to cast a line and get frustrated when I continued to cast it incorrectly. I also think about the moments I was angry with him because I didn't get my way, or I thought he was being irrational. All those little moments have become big moments for me as I have journeyed into adulthood.

7.      On September 11, 2001, I was 11 years old and in the 6th grade. I remember that day very well, but I also remember being too young to fully grasp the devastation that took place that day. From what I recall, my dad worked near the WTC for Five Star and watched the second plane hit the tower. Once it hit, he started to make his way home. I remember him saying he walked across the Brooklyn Bridge where one of his family members picked him up on the Brooklyn side. He told us that as he was walking across the bridge, one of the towers collapsed and everyone on the bridge began running. A woman was afraid the bridge was going to collapse. I also recall the cell phones not working so he was not able to get in touch with my mom for a few hours. A few hours later, my dad was able to get in touch with my mom. When he finally arrived home that night, he smelled like smoke and had debris in the collar of his jacket. I remember picking the debris off of him and trying to make out what it was. A piece was from one of the newspapers that day and I still have those pieces of debris to this day.

8.      From what I recall, my dad began working at the World Trade Center sometime in 2002. I do remember my mom asking him not to work there because they were still unsure about the conditions of the environment, but my dad knew that it was steady work. He was the sole provider and was always looking for ways to provide for the family, so he took the job anyways.

My dad worked at the WTC until he had to stop due to his illness.

9.      In January of 2010, my dad started to act out of character. He was always a calm person who was never easily alarmed. However, he started to seem off. He was anxious a lot and he began acting very differently. I recall him making comments like he felt that he was not going to be alive much longer and I was not sure why he was saying those things. In late January, I had gotten into an accident one morning on my way to school. It was a minor accident and nobody was seriously injured, but my car was totaled. The next morning, I woke up to my dad hysterically crying in his bed. Before this day, there was only one other time I can recall seeing my dad cry. Even then, it was only a little bit. In this instance, his crying was inconsolable, and I had never seen him like this before. From this moment, I recall my dad having high anxiety moments leading up to the countless doctor's appointments. On my birthday that year, my dad was taken to the hospital from work because he believed he was having a heart attack, but he was having an extreme panic attack. When my mom had gotten to the hospital, she wanted my dad to stay the night, but he insisted that they go home because he did not want to miss my birthday. Due to all the anxiety attacks and changes in character, my mom wanted to figure out why he was acting differently.

10.     In March of 2010, he was diagnosed with glioblastoma following a biopsy with a neurosurgeon. The prognosis was not good. The biopsy was a turning point for my dad, and he was never the same again. About a month later, he had become so ill he was nearly comatose. There was a moment when the family had to rush to the hospital because we believed he was not going to make it past 48 hours. However, he did make it past the 48 hours and from there he started chemotherapy and radiation. As the weeks passed, my dad began to wake up from his comatose state and began receiving various therapies in the hospital. While he stayed at the hospital, he was never left alone without a family member present. We rotated between me, my mom, my brother,

and my father's immediate family, which included his siblings and cousins. He always needed

care. We were there all the time to advocate on his behalf to the doctors since he was unable to do

so himself. In the summer of 2010, he was able to move to a rehab center for about a month until

he was able to come home. While he was home, he needed to be looked after constantly. He needed

help using the bathroom, getting himself in and out of bed, sitting in and getting up from his chair,

as well as eating and drinking. Time had reversed for him, and he was a child again. Our roles had

switched, and I was now his caretaker. His quality of life was severely impacted, and he was never

able to be independent again.

11.     My dad's illness had put my life on hold for the entirety of 2010. My focus was

being around to take care of my dad while I was also going to school and working a part time job.

I lived in fear not knowing when the other shoe was going to drop. It was awful to feel so helpless

in those moments not only for me, but for my dad. I attended school the spring semester of 2010

and had to withdraw from a few classes because I needed to be there to care for my dad. My dad

passed in the fall semester of 201, and I needed to withdraw from the semester because I was not

able to attend the last few classes or take the finals. The semester following his passing I struggled

with going to school and had to withdraw from some classes because I was not emotionally able

to handle the workload. All of this set me back a few years from graduating when I was originally

supposed to. Since my dad was the sole provider, he also was able to help me financially with

everyday needs such as gas and food when I didn't have enough from my part time job. I was no

longer able to afford parking, food, and gas, so I had to open some credit cards. My mom tried to

help me when she could, but she was now responsible for all the bills that had previously been

taken care of by my dad.

12.     The further I go through life, the more I come to terms with the fact I will never

have those moments with my dad ever again. The best memories were yet to come when my dad passed. He never got to see me finally graduate from college (something he always wanted and expected me to accomplish). He never got to see me receive a master's degree and work in a career that makes me truly happy. He never got to walk me down the aisle at my wedding last year. He will never know my husband and he will never be able to meet his grandchildren. It is still hard for me to fathom that when I have children one day, the only way they are going to know of my dad is through pictures and faded memories. If I think about it too long, it can ruin my whole day. My father dying at the time he did was hard and continues to have a huge impact in my life.

13.   Almost 13 years later, I am an entirely different person than I was when I lost my dad. I've been able to keep my promise of finishing school, completing higher education, and having a career despite the heartache and grief I went through as a young adult. The impact of losing my dad at a fragile age still affects me. I can't believe how much he hasn't been here for and how much more he won't be around for. It's still something I struggle with every day and will continue to for the rest of my life.

NICOLE TRAPANI

Sworn before me this

____ day of October, 2023

_____
Notary public

DEBORAH CASALE
NOTARY PUBLIC, State of New York
No. 01CA6163869
Qualified in Richmond County
My Commission Expires April 02, 20___