

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 7, 2024

**BY ECF**
The Honorable Sarah Netburn
United States Magistrate Judge
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:   *In re Terrorist Attacks of September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

    I write pursuant to Local Rule 1.4 to respectfully request the Court enter an order terminating my appearance in the above-referenced matter. The Government will continue to be represented by my colleagues, AUSA Sarah S. Normand and Jennifer Jude. My withdrawal as an attorney of record will not affect any deadlines or cause any delay in this matter.

    I thank the Court for its consideration of this request.

                                                   Respectfully,

                                                   DAMIAN WILLIAMS
                                                   United States Attorney

                                         By:  */s/ Jeannette A. Vargas*
                                                  JEANNETTE A. VARGAS
                                                   Assistant United States Attorney
                                                 (212) 637-2768
                                                 Jeannette.vargas@usdoj.gov

cc:    Counsel for Plaintiff (by ECF)