# EXHIBIT FF

# Estate of Gene Edward Maloy

# THE CITY OF NEW YORK
## VITAL RECORDS CERTIFICATE

**CERTIFICATE OF DEATH**

Certificate No: 156-01-049446

DEPARTMENT OF HEALTH
VITAL RECORDS
2001 OCT 24 P 3:53
DATE FILED

**1. NAME OF DECEASED** (Type or print): Gene (First Name) Edward (Middle Name) Maloy (Last Name)

### MEDICAL CERTIFICATE OF DEATH (To be filled in by the O.C.M.E.)

- **2. PLACE OF DEATH**: NEW YORK CITY
- **2a. BOROUGH**: Manhattan
- **2b. Name of hospital or other facility if not facility, street address**: World Trade Center
- **2c. If in Hospital or Other Facility**: 1☐ DOA  2☐ Emerg  ☐ Outpatient  4☐ Inpatient
- **2d. If inpatient, date of current admission**: Month / Day / Year

- **3. DATE AND HOUR OF DEATH OR FOUND DEAD**
- **3a. (Month)(Day)(Year)**: September 11, 2001
- **3b. Hour**: ☒ AM  ☐ PM
- **4. SEX**: MALE
- **5. APPROXIMATE AGE**: 41 Years

**6. DEATH WAS CAUSED BY:** Enter only one cause per line — INTERVAL BETWEEN ONSET AND DEATH

**PART 1**
- a. Immediate cause: Physical Injuries. (Body Not Found)
- b. Due to or as a consequence of:
- c. Due to or as a consequence of:

**PART 2**
- d. Other significant conditions contributing to death but not resulting in the underlying cause given in part 1

- **7a. INJURY DATE (Month)(Day)(Year)**: September 11, 2001
- **7b. Time**: ☒ AM  ☐ PM
- **7c. AT WORK**: 1 ☒ Yes  2 ☐ No
- **7d. PLACE OF INJURY**: Office Building
- **7e. LOCATION**: World Trade Center
- **7f. HOW INJURY OCCURRED**: Office Worker Killed in World Trade Center Disaster

- **8. Manner of Death**: ☐ Pending Further Study  ☒ Homicide  ☐ Natural  ☐ Suicide  ☐ Accident  ☐ Undetermined
- **9. Autopsy**: ☐ Yes  ☐ No Autopsy Pursuant to Law  ☒ No Autopsy
- **10.** On the basis of examination and/or investigation, in my opinion, death occurred due to the causes and manner as stated
  - Certifier Signature: [signature] M.D.
  - Date: October 24, 2001
  - Name (Print): Charles S. Hirsch, M.D.

- **11. M.E. Case No**: DX0100682
- **12a. Date Pronounced Dead (Month)(Day)(Yr)** (if different from 3a)
- **12b. Time**: ☐ AM  ☐ PM

### PERSONAL PARTICULARS (To be filled in by Funeral Director, or in case of City Burial, by O.C.M.E.)

- **13. Usual Residence** a. State: NY
- **13b. County**: Kings
- **13c. City, Town, or Location**: Brooklyn
- **13d. Street & House No**: 8500 Fourth Avenue
- **Zip**: 11209
- **Apt No**: 2G
- **13e. Inside City Limits of 7c**: ☒ Yes  ☐ No

- **14. Served in U.S. Armed Forces**: ☒ No  ☐ Yes  Specify Years From — To
- **15. Marital Status** (Check One): ☐ Never married  ☐ Widowed  ☒ Married or separated  ☐ Divorced
- **16. Name of Surviving Spouse** (If wife, give maiden name): Margaret Randazzo

- **17. Date of Birth of Decedent (Month)(Day)(Year)**: 01/23/60
- **18. Age at last birthday**: 41
  - if under 1 year: mos / days
  - if less than 1 day: hours / mins
- **19. Social Security No**: 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

- **20a. Usual Occupation** (Kind of work done during most of working lifetime. Do not enter retired): Systems Analyst
- **20b. Kind of business or industry**: Insurance/Brokerage

- **21. Birthplace** (City & State or Foreign Country): Manassas, Virginia
- **22. Education** (Specify only highest grade completed): Elementary/Secondary (0-12) — College (1-4 or 5+) 4
- **23. Other name(s) by which decedent was known**:

- **24. NAME OF FATHER OF DECEDENT**: Gene A. Maloy
- **25. MAIDEN NAME OF MOTHER OF DECEDENT**:

- **26a. NAME OF INFORMANT**: Margaret Randazzo-Maloy
- **26b. RELATIONSHIP TO DECEASED**: Wife
- **26c. ADDRESS**: 31-11 32nd Street Apt. 24, Astoria, New York 11106

- **27a. NAME OF CEMETERY OR CREMATORY**:
- **27b. LOCATION** (City, Town, State and Country):
- **27c. DATE OF BURIAL OR CREMATION**:

- **28a. FUNERAL ESTABLISHMENT**:
- **28b. ADDRESS**:

This is to certify that the foregoing is a true copy of a record on file in the Department of Health and Mental Hygiene — VITAL RECORDS — DEPARTMENT OF HEALTH, the statements made thereon, as no inquiry as to the facts has been provided by law.

Gretchen Van Wye, PhD, City Registrar

VR16(194) (9/01)

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.19(b) of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.

The City of New York

November 28, 2023

1340000528348

# Family Member Affidavits

# Margaret Randazzo-Maloy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

In Re:

TERRORIST ATTACKS ON                                 03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

------------------------------------------------------------------- X   **AFFIDAVIT OF MARGARET**
RAYMOND ALEXANDER, et al.,                           **RANDAZZO-MALOY**


                              Plaintiffs,            21-CV-03505 (GBD)(SN)

                     V.

ISLAMIC REPUBLIC OF IRAN,

                              Defendant.
------------------------------------------------------------------- X

STATE OF CALIFORNIA       )
                          : SS
COUNTY OF LOS ANGELES     )

MARGARET RANDAZZO-MALOY, being duly sworn, deposes and says:

1. I am a plaintiff in the within action, am over 18 years of age, and reside at 1821 South Bentley Avenue, Apt. 305, Los Angeles, California 90025.

2. I am currently 56 years old, having been born on November 26, 1966.

3. I am the wife of Decedent, Gene Edward Maloy, upon whose death my claim is based, and submit this Affidavit in connection with the present motion for a default judgment and in support of my solatium claim.

4. My husband passed away on September 11, 2001, at the age of 41. His death was a direct result of injuries he sustained from the September 11, 2001, terrorist attacks at the World Trade Center.

5. At the time of September 11, 2001, Gene was an analyst with Marsh and McLennan. He worked hard to reach that position. In addition to his job, he had many interests and hobbies that we enjoyed together including watching movies, playing tennis, swimming, taking road trips, listening to jazz, and eating French fires and chocolate.

6. On the morning of September 11, 2001, Gene was working in the World Trade Center. His colleague went downstairs to get breakfast, and asked Gene to join him. Gene, being who he was, said no because he wanted to get a step up on his day. Less than an hour later, the towers were struck.

7. Gene passed away on September 11, 2001, due to injuries sustained from the terrorist attacks on the World Trade Center.

8. Because of the way that my husband died, his death will continue to have far reaching consequences for me. Gene had been my best friend and confidant. Now we will never have grandchildren together.

*MARGARET RANDAZZO-MALOY*

Sworn before me this
3 day of October, 2023

_____
Notary public

**THE APPROPRIATE CALIFORNIA NOTARY FORM IS ATTACHED.**

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of  Los Angeles )

On 10/31/2023 before me, Elin Aghakians, Notary Public,
  Date        Here Insert Name and Title of the Officer

personally appeared Margaret Randazzo-Maloy,
          Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
          Signature of Notary Public

[Notary Seal: ELIN AGHAKIANS, COMM. # 2455452, NOTARY PUBLIC - CALIFORNIA, LOS ANGELES COUNTY, MY COMM. EXP. JULY 28, 2027]

Place Notary Seal Above

———————— OPTIONAL ————————
Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: lawsuit against Islamic Republic of Iran et al.
Document Date: _____  Number of Pages: 3
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _____        Signer's Name: _____
☐ Corporate Officer — Title(s): _____     ☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General               ☐ Partner — ☐ Limited ☐ General
☐ Individual     ☐ Attorney in Fact            ☐ Individual     ☐ Attorney in Fact
☐ Trustee        ☐ Guardian or Conservator     ☐ Trustee        ☐ Guardian or Conservator
☐ Other: _____            ☐ Other: _____
Signer Is Representing: _____         Signer Is Representing: _____

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5907