UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-MDL-1570 (GBD) (SN)<br><br>ECF Case |
|---|---|
| This document relates to:<br><br>*Accardi et al v. Islamic Republic of Iran* | Case No. 21-cv-06247 (GBD) (SN)<br><br>ECF Case |

**[PROPOSED] ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS
FOR
*ACCARDI* PLAINTIFFS IDENTIFIED AT EXHIBITS B AND C**

Upon consideration of the evidence and arguments submitted by Plaintiffs identified in Exhibits ("Ex.") B and C to this Order (the "*Accardi* Plaintiffs"), each of whom is the personal representative of the estate of an individual who developed a severe medical condition that ultimately killed them ("Latent Injury Decedent") as a direct result of the terrorist attacks that took place on September 11, 2001 ("9/11 Terrorist Attacks") (as identified in Ex. B), and/or a spouse, parent, child, or sibling of a Latent Injury Decedent (as identified in Ex. C), in their Motion for Entry of Partial Final Judgment by Default ("Motion"), the declaration of Nicholas Papain, Esq. and the memorandum of law in support thereof, together with the entire record in this multidistrict litigation, it is hereby:

**ORDERED** that the Motion is granted; and it is

**ORDERED** that judgment by default as to liability is entered in favor of all the *Accardi* Plaintiffs and against the Islamic Republic of Iran ("Iran") under 28 U.S.C. § 1605A; and it is

**ORDERED** that partial final judgment is entered against Iran and in favor of each of the *Accardi* Plaintiffs as identified in Ex. B, as the personal representative of the estate of a Latent Injury Decedent as indicated in Ex. B; and it is

**ORDERED** that each of the *Accardi* Plaintiffs identified in Ex. B is awarded

1

compensatory damages for the Latent Injury Decedent's pain and suffering in the amount of $7,000,000 per estate as set forth in Ex. B; and it is

ORDERED that partial final judgment is entered against Iran and in favor of each of the *Accardi* Plaintiffs as identified in Ex. C, as a spouse, parent, child, or sibling of a Latent Injury Decedent as indicated in Ex. C; and it is

ORDERED that the *Accardi* Plaintiffs identified in Ex. C are awarded solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Ex. C; and it is

ORDERED that the *Accardi* Plaintiffs identified in Ex. B and C are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

ORDERED that the *Accardi* Plaintiffs identified in Ex. B and C may submit an application for punitive damages, economic damages, or other damages at a later date, consistent with any future rulings made by this Court on this issue; and it is

ORDERED that the remaining *Accardi* Plaintiffs not appearing on Ex. B and/or C, may submit in later stages applications for damages awards that are consistent with those approved herein for the Plaintiffs appearing on Ex. B and C.

Dated: New York, New York                    SO ORDERED:

_____, 2024\_\_\_\_

_____
GEORGE B. DANIELS
United States District Judge