# EXHIBIT C

|  | Claimant | | | | | 9/11 Decedent | | | | | | Claim Information | | Solatium Damages | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Relationship | Amount | Notes |
| 1 | Jill |  | Accardi |  | US | William |  | Mundy |  | US | 10/19/13 | NY | 21-cv-06247 | 21-cv-06247, 1 at 1 | Child | $ 8,500,000.00 |  |
| 2 | Alice | V. | Alexander |  | US | Robert |  | Alexander |  | US | 8/14/17 | NY | 21-cv-06247 | 21-cv-06247, 1 at 1 | Parent | $ 8,500,000.00 | The estate claim upon which this solatium claim is premised is in a different complaint. |
| 3 | Theresa |  | Allegretta |  | US | Matthew |  | Lodewyks |  | US | 1/6/18 | NY | 21-cv-06247 | 21-cv-06247, 1 at 1 | Sibling | $ 4,250,000.00 |  |
| 4 | Christine |  | Arnold |  | US | Gaetano |  | Borello |  | US | 2/2/12 | NY | 21-cv-06247 | 21-cv-06247, 1 at 1 | Child | $ 8,500,000.00 |  |
| 5 | Barbara |  | Bekkedahl |  | US | Carolyn |  | Bekkedahl |  | US | 12/20/17 | NY | 21-cv-06247 | 21-cv-06247, 1 at 1 | Sibling | $ 4,250,000.00 | We have been retained by this Solatium Plaintiff. A wrongful death action for the estate of Carolyn Bekkedahl has not been filed as of this date. |
| 6 | Matthew |  | Blair |  | US | Robert |  | Blair |  | US | 12/6/17 | NY | 21-cv-06247 | 21-cv-06247, 1 at 1 | Child | $ 8,500,000.00 |  |
| 7 | Robert |  | Blair | Jr. | US | Robert |  | Blair |  | US | 12/6/17 | NY | 21-cv-06247 | 21-cv-06247, 1 at 1 | Child | $ 8,500,000.00 |  |
| 8 | Michael |  | Borello |  | US | Gaetano |  | Borello |  | US | 2/2/12 | NY | 21-cv-06247 | 21-cv-06247, 1 at 2 | Child | $ 8,500,000.00 |  |
| 9 | Thomas |  | Borello |  | US | Gaetano |  | Borello |  | US | 2/2/12 | NY | 21-cv-06247 | 21-cv-06247, 1 at 2 | Child | $ 8,500,000.00 |  |
| 10 | Ann |  | Cappadonna |  | US | Matthew |  | Lodewyks |  | US | 1/6/18 | NY | 21-cv-06247 | 21-cv-06247, 1 at 2 | Sibling | $ 4,250,000.00 |  |
| 11 | Edward | J. | Finegan |  | US | Patrick |  | Finegan |  | US | 11/7/14 | NY | 21-cv-06247 | 21-cv-06247, 1 at 2 | Child | $ 8,500,000.00 |  |
| 12 | Gloria |  | Finegan |  | US | Patrick |  | Finegan |  | US | 11/7/14 | NY | 21-cv-06247 | 21-cv-06247, 1 at 2 | Spouse | $ 12,500,000.00 |  |
| 13 | Kristin | M. | Finegan |  | US | Patrick |  | Finegan |  | US | 11/7/14 | NY | 21-cv-06247 | 21-cv-06247, 1 at 2 | Child | $ 8,500,000.00 |  |
| 14 | Patrick | J. | Finegan |  | US | Patrick |  | Finegan |  | US | 11/7/14 | NY | 21-cv-06247 | 21-cv-06247, 1 at 2 | Child | $ 8,500,000.00 |  |
| 15 | Daniel |  | Flanagan |  | US | Peter |  | Flanagan |  | US | 11/7/14 | NY | 21-cv-06247 | 21-cv-06247, 1 at 2 | Child | $ 8,500,000.00 | The estate claim upon which this solatium claim is premised is in a different complaint. |
| 16 | Kristin |  | Folberth |  | US | Robert |  | Blair |  | US | 12/6/17 | NY | 21-cv-06247 | 21-cv-06247, 1 at 2 | Child | $ 8,500,000.00 |  |
| 17 | Denise |  | Grossarth |  | US | Glenn |  | Grossarth |  | US | 12/3/16 | NY | 21-cv-06247 | 21-cv-06247, 1 at 3 | Spouse | $ 12,500,000.00 |  |
| 18 | Drew |  | Hanson |  | US | Harold |  | Hanson |  | US | 3/26/19 | NY | 21-cv-06247 | 21-cv-06247, 1 at 3 | Child | $ 8,500,000.00 | The estate claim upon which this solatium claim is premised is in a different complaint. |
| 19 | Caroline |  | Lodewyks |  | US | Matthew |  | Lodewyks |  | US | 1/6/18 | NY | 21-cv-06247 | 21-cv-06247, 1 at 3 | Spouse | $ 12,500,000.00 |  |
| 20 | Danny |  | Lodewyks |  | US | Matthew |  | Lodewyks |  | US | 1/6/18 | NY | 21-cv-06247 | 21-cv-06247, 1 at 3 | Child | $ 8,500,000.00 |  |
| 21 | Kimberly |  | Lodewyks |  | US | Matthew |  | Lodewyks |  | US | 1/6/18 | NY | 21-cv-06247 | 21-cv-06247, 1 at 3 | Child | $ 8,500,000.00 |  |
| 22 | Tiffany |  | Lodewyks |  | US | Matthew |  | Lodewyks |  | US | 1/6/18 | NY | 21-cv-06247 | 21-cv-06247, 1 at 3 | Child | $ 8,500,000.00 |  |
| 23 | Daniel |  | Mahoney |  | US | Kevin | P. | Mahoney | Sr. | US | 2/15/18 | NY | 21-cv-06247 | 21-cv-06247, 1 at 3 | Child | $ 8,500,000.00 |  |
| 24 | Kevin | P. | Mahoney | Jr. | US | Kevin | P. | Mahoney | Sr. | US | 2/15/18 | NY | 21-cv-06247 | 21-cv-06247, 1 at 3 | Child | $ 8,500,000.00 |  |
| 25 | Pamela |  | Mahoney |  | US | Kevin | P. | Mahoney | Sr. | US | 2/15/18 | NY | 21-cv-06247 | 21-cv-06247, 1 at 3 | Spouse | $ 12,500,000.00 |  |

| # | First | Middle | Last | Nat | Dec First | Dec Middle | Dec Last | Suffix | Dec Nat | Date | State | Case | Complaint | Relation | Amount | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | Brian | Scott | Mansberger | US | James | | Mansberger | | US | 8/1/18 | NY | 21-cv-06247 | 21-cv-06247, 1 at 3 | Child | $ 8,500,000.00 | The estate claim upon which this solatium claim is premised is in a different complaint. |
| 27 | Christian | Caleb | McLean | US | Hernan | | McLean | | US | 11/12/09 | NY | 21-cv-06247 | 21-cv-06247, 1 at 3 | Child | $ 8,500,000.00 | |
| 28 | Hernan | Benjamin | McLean | US | Hernan | | McLean | | US | 11/12/09 | NY | 21-cv-06247 | 21-cv-06247, 1 at 3 | Child | $ 8,500,000.00 | |
| 29 | Michele | | McLean | US | Hernan | | McLean | | US | 11/12/09 | NY | 21-cv-06247 | 21-cv-06247, 1 at 4 | Spouse | $ 12,500,000.00 | |
| 30 | Marcia | | McLean-Sastri | US | Hernan | | McLean | | US | 11/12/09 | NY | 21-cv-06247 | 21-cv-06247, 1 at 4 | Sibling | $ 4,250,000.00 | |
| 31 | Doreen | | Morstatt | US | Joseph | A. | Morstatt | | US | 3/5/16 | NY | 21-cv-06247 | 21-cv-06247, 1 at 4 | Spouse | $ 12,500,000.00 | |
| 32 | Joseph | Thomas | Morstatt | US | Joseph | A. | Morstatt | | US | 3/5/16 | NY | 21-cv-06247 | 21-cv-06247, 1 at 4 | Child | $ 8,500,000.00 | |
| 33 | Meghan | Lee | Morstatt | US | Joseph | A. | Morstatt | | US | 3/5/16 | NY | 21-cv-06247 | 21-cv-06247, 1 at 4 | Child | $ 8,500,000.00 | |
| 34 | Michael | Andrew | Morstatt | US | Joseph | A. | Morstatt | | US | 3/5/16 | NY | 21-cv-06247 | 21-cv-06247, 1 at 4 | Child | $ 8,500,000.00 | |
| 35 | William | T. | Mundy | US | William | | Mundy | | US | 10/19/13 | NY | 21-cv-06247 | 21-cv-06247, 1 at 4 | Child | $ 8,500,000.00 | |
| 36 | Robin | | Mundy-Sutton | US | William | | Mundy | | US | 10/19/13 | NY | 21-cv-06247 | 21-cv-06247, 1 at 4 | Child | $ 8,500,000.00 | |
| 37 | Kathleen | | Nerney | US | Kevin | P. | Nerney | | US | 12/18/15 | NY | 21-cv-06247 | 21-cv-06247, 1 at 4 | Spouse | $ 12,500,000.00 | |
| 38 | Marian | | Pennachio | US | James | | Lanza | | US | 4/6/17 | NY | 21-cv-06247 | 21-cv-06247, 1 at 4 | Sibling | $ 4,250,000.00 | |
| 39 | Andrew | | Pillersdorf | US | Diane | | Pillersdorf | | US | 5/1/12 | NY | 21-cv-06247 | 21-cv-06247, 1 at 5 | Child | $ 8,500,000.00 | |
| 40 | Kerrie | A. | Rider | US | Robert | B. | Mahon | | US | 4/8/16 | NY | 21-cv-06247 | 21-cv-06247, 1 at 5 | Child | $ 8,500,000.00 | The estate claim upon which this solatium claim is premised is in a different complaint. |
| 41 | Lois | | Rothenberg | US | William | | Mundy | | US | 10/19/13 | NY | 21-cv-06247 | 21-cv-06247, 1 at 5 | Child | $ 8,500,000.00 | |
| 42 | Elizabeth | | Schlueter | US | Kevin | P. | Mahoney | Sr. | US | 2/15/18 | NY | 21-cv-06247 | 21-cv-06247, 1 at 5 | Child | $ 8,500,000.00 | |
| 43 | Genevieve | | Sharp | US | William | | Sharp | | US | 3/26/17 | NY | 21-cv-06247 | 21-cv-06247, 1 at 5 | Spouse | $ 12,500,000.00 | |
| 44 | Julia | | Skrak | US | Carolyn | | Bekkedahl | | US | 12/20/17 | NY | 21-cv-06247 | 21-cv-06247, 1 at 5 | Child | $ 8,500,000.00 | We have been retained by this Solatium Plaintiff. A wrongful death action for the estate of Carolyn Bekkedahl has not been filed as of this date. |
| 45 | Stephanie | | Weismer | US | Diane | | Pillersdorf | | US | 5/1/12 | NY | 21-cv-06247 | 21-cv-06247, 1 at 5 | Child | $ 8,500,000.00 | |