

U.S. Depa[rtment of Justice]

United Sta[tes Attorney]
Southern D[istrict of New York]

86 Chambers St[reet]
New York, New [York 10007]

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/8/2024
```

May 7, 2024

**BY ECF**
The Honorable Sarah Netburn
United States Magistrate Judge
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:   *In re Terrorist Attacks of September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

    I write pursuant to Local Rule 1.4 to respectfully request the Court enter an order terminating my appearance in the above-referenced matter. The Government will continue to be represented by my colleagues, AUSA Sarah S. Normand and Jennifer Jude. My withdrawal as an attorney of record will not affect any deadlines or cause any delay in this matter.

    I thank the Court for its consideration of this request.

                                       Respectfully,

                                       DAMIAN WILLIAMS
                                       United States Attorney

                              By:  */s/ Jeannette A. Vargas*
                                       JEANNETTE A. VARGAS
                                       Assistant United States Attorney
                                       (212) 637-2768
                                       Jeannette.vargas@usdoj.gov

---

Counsel's request is granted. The Clerk of Court is respectfully directed to remove Jeannette Vargas as counsel of record for the United States.
**SO ORDERED.**

                                                            /s/ Sarah Netburn
                                                SARAH NETBURN
                                                United States Magistrate Judge

Dated: May 8, 2024
       New York, New York