UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 03 MDL 1570 (GBD)(SN)

Re: *Anaya et al v. Islamic Republic of Iran, 1:18-cv-12341-GBD-SN; Chairnoff et al v. Islamic Republic of Iran, 1:18-cv-12370-GBD-SN*

I hereby certify under the penalties of perjury that on the 9th day of May 2024, I served defendant:

Islamic Republic of Iran
H.E. Dr. Mohammad Javad Zarif
Foreign Minister of the Ministry of Foreign Affairs
Imam Khomeini St., Imam Khomeini Sq.
Tehran, Islamic Republic of Iran

by dispatching via Federal Express, Tracking No. 7761 6037 8431, to The Secretary of State, L/CA/POG/GC SA-17, 10th Floor, Washington, DC, 20522-1710, Attn: Director of Special Consular Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), and 1608(e) two (2) copies of four (4) Notices of Default Judgment.

Dated: May 9th, 2024
New York, New York

RUBY J. KRAJICK
CLERK OF COURT

/s/Rachel Slusher
Deputy Clerk