UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/10/2024
```

**SARAH NETBURN, United States Magistrate Judge:**

    On May 9, 2024, the Court received the attached letter from Zacarias Moussaoui. It was sent from U.S. Penitentiary Florence ADMAX by U.S. mail and postmarked May 3, 2024. It was addressed to U.S. District Judge George B. Daniels at the Daniel Patrick Moynihan United States Courthouse.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    May 10, 2024
                 New York, New York

US District Judge.
George B Daniel                    Zacarias Moussaoui

04/29/24.

Object. Exculpatory Testimony in

Favour of Saoudi Prince Turki

Al Faisal Al Saud in the 9/11

civil case in front of your Court

Your Court may inform Saud Prince
Turki Al Faisal Al Saud and his
Lawyers and other defendants that
I willingly and voluntarily like
To give a testimony for the fact that
Usama Bin Laden and Al Qaeda
were waging a war "Jihad"
against the Saudi Royal Family.

In addition of my details knowledge
of Bin Laden and Al Qaeda war
against the Saudi Government. I
have direct involvement in a plot to
kill Saudi Prince Turki during a
"discreet" visit o Saudi Prince Turki

to the leader of the Taliban Mullah Mohamed Omar to request the extradition of Bin Laden.

Further I have knowledge that Saudi Prince Turki through the brother in law of Bin Laden made the proposal to Bin Laden to stop his terrorist activites against the US and saudi in exchange for a full pardon according to Islamic law. Shauq. This was in the same way his brother in law Jamal Khashoggi once a Ouden and member of Al Qaeda reintegrated the Saudi Society.

Also I repeat that my 2014 Testimony to the victim familly of 9/11 was a total fabrication and lies and I recant every false accussation I made against Saudi Prince Turki and other defendant and I would like to testify of all the above to the lawyers of the defendants.   Zacarias Moussaoui
04/29/24  ADX, Fl, Co, USA.