UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD) (SN) ECF Case |

This document relates to: *All Actions*

## MOTION TO WITHDRAW CHRISTOPHER M. YOUNG AS ATTORNEY OF RECORD

PLEASE TAKE NOTICE that the undersigned moves this Court pursuant to Local Civil Rule 1.4, to allow Christopher M. Young to withdraw as counsel of record for the Kingdom of Saudi Arabia in the above-referenced actions due to his departure from the law firm Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. I respectfully request that Christopher M. Young be removed from the docket as counsel for the Kingdom of Saudi Arabia. All other counsel listed on the docket from the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. will continue to represent the Kingdom of Saudi Arabia in this matter.

A proposed order is attached hereto.

Dated: May 14, 2024

Respectfully submitted,

*/s/ Michael K. Kellogg*
Michael K. Kellogg
KELLOGG, HANSEN, TODD, FIGEL
 & FREDERICK, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036-3209
(202) 326-7900
(202) 326-7999 (fax)

*Attorney for the Kingdom of Saudi Arabia*

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that, on May 14, 2024, I caused an electronic copy of the foregoing Motion to Withdraw Christopher M. Young as Attorney of Record to be served electronically by the Court's Electronic Case Filing (ECF) System. It was filed on the MDL docket and the dockets of all related cases in which the Kingdom of Saudi Arabia is a defendant and Christopher M. Young has appeared as counsel.

/s/ Michael K. Kellogg  
Michael K. Kellogg  
*Attorney for the Kingdom of Saudi Arabia*