- 2 -

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) ) ) ) ) | Civil Action No. 03 MDL 1570 (GBD) (SN) ECF Case |

This document relates to: *All Actions*

**PROPOSED ORDER TO WITHDRAW CHRISTOPHER M. YOUNG AS ATTORNEY OF RECORD**

Before the Court is the Motion to Withdraw Christopher M. Young as Attorney of Record for the Kingdom of Saudi Arabia, filed May 14, 2024.

It is **ORDERED** that Christopher Young be withdrawn as counsel for the Kingdom of Saudi Arabia in the above-referenced action.

Signed this _____ day of _____ 2024.

_____