# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:
*Nicole Amato, et al. v. Islamic Republic of Iran*, No. 1:21-cv-10239 (GBD) (SN)

## NOTICE OF MOTION FOR LEAVE TO AMEND TO CORRECT ERRORS

PLEASE TAKE NOTICE that Plaintiffs in the above-referenced matter, by undersigned counsel and in accordance with Fed. R. Civ. P. 15, respectfully request that this Court grant Plaintiffs' Motion for Leave to Amend to Correct Errors.  No adverse parties have appeared in this proceeding, and the Clerk issued a Certificate of Default on August 24, 2022.

In support of this motion, Plaintiffs submit the following memorandum of law and a proposed order.

Dated:  May 16, 2024

/s/ Jerry S. Goldman
Jerry S. Goldman, Esq.
Bruce E. Strong, Esq.
Alexander Greene, Esq.
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 278-1000
Fax: (212) 278-1733
Email: jgoldman@andersonkill.com
        bstrong@andersonkill.com
        agreene@andersonkill.com

*Attorneys for Plaintiffs*

docs-100657991.1