## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:
*Nicole Amato, et al. v. Islamic Republic of Iran*, No. 1:21-cv-10239 (GBD) (SN)

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Leave to Amend to Correct Errors in the above-captioned action, it is hereby

ORDERED that Plaintiffs' motion is granted, and

ORDERED that the following correction is deemed made to the Complaint, ECF No. 1 (individual docket), as amended:

**As to Plaintiffs' Name Correction:**

| | Case Number | Plaintiff's Full Name as Pled | Plaintiff's Full Name as Amended |
|---|---|---|---|
| 1. | 1:21-cv-10239 | Christine Peschel | Christine Kuveikis |

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 9806 (MDL docket).

Dated: New York, New York
_____, 2024

_____
                                                          J.