```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___05/16/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001

-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

**ORDER ADJOURNING**
**SETTLEMENT CONFERENCES**

**03-MD-1570 (GBD) (SN)**

The settlement conferences in this matter scheduled for **Wednesday, May 22, 2024 at 10:00 a.m.** and **Wednesday, May 22, 2024 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York are hereby adjourned.

Counsel is directed to update the court by **June 27, 2024** via email as to the rescheduling of these conferences.

**SO ORDERED**.

Dated: May 16, 2024
        New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge