UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001

**ORDER ADJOURNING SETTLEMENT CONFERENCES**

**03-MD-1570 (GBD) (SN)**

-------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The settlement conferences in this matter scheduled for **Wednesday, May 22, 2024 at 10:00 a.m.** and **Wednesday, May 22, 2024 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York are hereby adjourned.

Counsel is directed to update the court by **June 27, 2024** via email as to the rescheduling of these conferences.

**SO ORDERED**.

Dated: May 16, 2024
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge