# **Exhibit**

| Name of Deceased Plaintiff Member (Last Name, First Name) | Name of Substitute Party (Last Name, First Name) | Capacity of Substitute Party | State of Residency | Named of 9/11 Decedent (Last Name, First Name) | Relationship to 9/11 Decedent | ECF Filing |
|---|---|---|---|---|---|---|
| Brennan, John V. | Brennan, John O.<br>Magee, Mary Beth | Co-Personal Representatives | FL | Brennan, Thomas M. | Parent | 03-md-1570, ECF 7405<br>02-cv-6977, ECF 1345<br>02-cv-7236, ECF 118<br>17-cv-2003, ECF 1 |
| Hoadley, Walter E. | Price Salkever, Jennifer<br>Hoadley, II, Richard A.<br>Hoadley, Robert D. | Co-Personal Representatives | NV | Peterson, Jean H. | Parent | 03-md-1570, ECF 7410<br>02-cv-6977, ECF 1352<br>02-cv-7236, ECF 121<br>17-cv-2003, ECF 1 |
| Hoadley, Virginia A. | Price Salkever, Jennifer<br>Hoadley, II, Richard A.<br>Hoadley, Robert D. | Co-Personal Representatives | NV | Peterson, Jean H. | Parent | 03-md-1570, ECF 7410<br>02-cv-6977, ECF 1352<br>02-cv-7236, ECF 121<br>17-cv-2003, ECF 1 |
| Hoadley, Richard D. | Hoadley, Nancy C. | Personal Representative | NV | Peterson, Jean H. | Sibling | 03-md-1570, ECF 7410<br>02-cv-6977, ECF 1352<br>02-cv-7236, ECF 121<br>17-cv-2003, ECF 1 |
| Parris, Aubrey A. | Parris, Marva J. | Personal Representative | NY | Bonnett, Colin | Parent | 03-md-1570, ECF 7412<br>02-cv-6977, ECF 1357<br>02-cv-7236, ECF 123<br>17-cv-2003, ECF 1 |
| Speller, Valerie | Speller, Michael | Personal Representative | CT | Candela, John A. | Sibling | 03-md-1570, ECF 7414<br>02-cv-6977, ECF 1359<br>02-cv-7236, ECF 125<br>17-cv-2003, ECF 1 |
| York, John P. | York, Dolores | Personal Representative | FL | York, Kevin P. | Parent | 03-md-1570, ECF 7416<br>02-cv-6977, ECF 1360<br>02-cv-7236, ECF 126<br>17-cv-2003, ECF 1 |