# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army*, *et al.*, 02-cv-6977 (GBD)(SN)
*Bauer et al. v. al Qaeda Islamic Army, et al.,* 02-cv-7236 (GBD(SN)
*Ashton et al. v. The Kingdom of Saudi Arabia,* 17-cv-2003 (GBD)(SN)

## [PROPOSED ORDER]

Upon consideration of *Bauer* Plaintiffs' motion to permit the substitution of the Personal

Representative for a deceased family member of an individual killed as a result of the terrorist

attacks on September 11, 2001; it is hereby

**ORDERED** that the *Bauer* Plaintiffs' motion is granted, and the individuals included on

the attached Exhibit are to be substituted into the above captioned cases;

That Counsel for *Bauer* Plaintiffs is directed to enter the substituted Plaintiffs' names, as

identified on the attached Exhibit, into the Court's ECF system.

The Clerk of the Court is hereby directed to terminate the motion docketed at MDL ECF

No. 9811, and the related motions at 02-cv-6977 (S.D.N.Y.) ECF No. 2062, 02-cv-7236

(S.D.N.Y.)  ECF No. 268, and 17-cv-2003 (S.D.N.Y.) ECF No. 320.


Dated: _____, 2024
      New York, New York             **SO ORDERED:**


                                     _____
                                       SARAH NETBURN
                                       United States Magistrate Judge