# DEFAULT JUGDMENT MOTION COVER SHEET

**MDL MOVING PAPERS**

    Motion: ECF No. _____

    Memorandum of law: ECF No. _____

    Declaration & supporting exhibits: ECF No. _____

**PLAINTIFFS**
Please describe each set of plaintiffs requesting judgments in this motion.

| Exhibit | Description of Plaintiffs | Cause(s) of Action |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**DEFENDANTS**
Please list all defendants the plaintiffs are moving against:

_____

_____

**COMPLIANCE**

    As stated in ECF No. _____ at ¶ 12,16, counsel followed the quality control measures outlined in ECF No. 3433 and adopted in ECF No. 3435.

    As stated in ECF No. _____ at ¶ 11-15, these plaintiffs have not previously received judgments against these defendants.

    Excel versions of any tables attached to the proposed order were emailed to Netburn_NYSDChambers@nysd.uscourts.gov on \_\_\_ / \_\_\_ / _____.

**SUBJECT MATTER JURISDICTION**      see pages 2-4 (Liability Judgment)

    ☐ The Court previously addressed subject matter jurisdiction over these claims in ECF No. _____

    ☐ The Court has not previously addressed subject matter jurisdiction over these claims.

**PERSONAL JURISDICTION**      see pages 2-4 (Liability Judgment)

    ☐ The Court previously addressed personal jurisdiction over these defendants in ECF No. _____

    ☐ The Court has not addressed personal jurisdiction over these defendants.

**FACTUAL & LEGAL QUESTIONS**

    ☐ This motion requests ☐ new functional equivalence findings; ☐ new personal injury assessments; or ☐ resolution of a new issue: _____

    ☐ This motion does not raise novel factual or legal issues.

**RELEVANT FILINGS**
For each member case, list docket entries for the corresponding filings. Duplicate this page if additional space is needed.

| **Member Case & Operative Complaint** | **Notices of Amendment & Substitutions** **list entries relevant to moving plaintiffs** | **Alternative Service Order** **complete if applicable** | **Affidavit of Service** | **Certificate of Default** | **Liability Judgment** **leave blank if requesting liability judgment** |
|---|---|---|---|---|---|
| Ashton, et al. v. al Qaeda Islamic Army, et al., No. 1:02-cv-06977, ECF No. 465 | MDL ECF No. 9451 | | MDL ECF No. 1238 | MDL ECF No. 2510 | MDL ECF No. 3021 |
| Roberta Agyeman, et al. v. Islamic Republic of Iran, No. 1:18-cv-05320, ECF No. 7 | MDL ECF No. 9722 | | ECF No. 55 | ECF No. 54 | MDL ECF No. 4597 |
| Horace Morris, et al. v. Islamic Republic of Iran, No. 1:18-cv-05321, ECF No. 6 | | | ECF No. 55 | ECF No. 54 | MDL ECF No. 4595 |
| Audrey Ades, et al. v. Islamic Republic of Iran, No. 1:18-cv-07306, ECF No. 1 | | | ECF No. 31 | ECF No. 34 | MDL ECF No. 4594 |
| Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-11837, ECF No. 1 | | | MDL ECF No. 4687 | MDL ECF No. 4807 | MDL ECF No. 5048 |
| Alexander Jimenez, et al. v. Islamic Republic of Iran, No. 1:18-cv-11875, ECF No. 6 | | | MDL ECF No. 4685 | MDL ECF No. 4818 | MDL ECF No. 5056 |
| Maureen Moody-Theinert, et al. v. Islamic Republic of Iran, No. 1:18-cv-11876, ECF No. 1 | | | MDL ECF No. 4691 | MDL ECF No. 4816 | MDL ECF No. 5055 |
| Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-12276, ECF No. 1 | MDL ECF No. 9761 | | MDL ECF No. 4686 | MDL ECF No. 4806 | MDL ECF No. 5050 |

**RELEVANT FILINGS**
For each member case, list docket entries for the corresponding filings. Duplicate this page if additional space is needed.

| **Member Case & Operative Complaint** | **Notices of Amendment & Substitutions** **list entries relevant to moving plaintiffs** | **Alternative Service Order** **complete if applicable** | **Affidavit of Service** | **Certificate of Default** | **Liability Judgment** **leave blank if requesting liability judgment** |
|---|---|---|---|---|---|
| Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277, ECF No. 1 | MDL ECF Nos. 5548, 5641 (granting 5548), 7539, 7565 (granting 7539), 8075, 8080 (granting 8075) | | MDL ECF No. 4694 | MDL ECF No. 4814 | MDL ECF No. 5054 |
| Matthew Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18-cv-12387, ECF No. 1 | MDL ECF Nos. 7463, 7478 (granting 7463), 9721 | | MDL ECF No. 4693 | MDL ECF No. 4819 | MDL ECF No. 5053 |
| BNY Mellon, et al. v. Islamic Republic of Iran, No. 1:19-cv-11767, ECF No. 5 | MDL ECF Nos. 7529, 7575 (granting 7529) | | MDL ECF No. 6899 | MDL ECF No. 6935 | MDL ECF No. 7522 |
| Deborah Bodner, et al. v. Islamic Republic of Iran, No. 1:19-cv-11776, ECF No. 5 | MDL ECF Nos. 9723, 9732 (granting 9723) | | MDL ECF No. 6897 | MDL ECF No. 6934 | MDL ECF No. 7522 |
| August Bernaerts, et al. v. Islamic Republic of Iran, No. 1:19-cv-11865, ECF No. 1 | MDL ECF Nos. 7224, 7505, 7511 (granting 7505), 9261, 9263 (granting 9261) | | MDL ECF No. 6895 | MDL ECF No. 6933 | MDL ECF No. 7522 |
| Ber Barry Aron, et al. v. Islamic Republic of Iran, No. 1:20-cv-09376, ECF No. 1 | MDL ECF Nos. 7457, 7475 (granting 7457) | | MDL ECF No. 6894 | MDL ECF No. 6937 | MDL ECF No. 7522 |
| Jeanmarie Hargrave, et al. v. Islamic Republic of Iran, No. 1:20-cv-09387, ECF No. 1 | | | MDL ECF No. 6898 | MDL ECF No. 6922 | MDL ECF No. 7522 |
| Paul Asaro, et al. v. Islamic Republic of Iran, No. 1:20-cv-10460, ECF No. 1 | | | MDL ECF No. 6901 | MDL ECF No. 6972 | MDL ECF No. 7522 |

**RELEVANT FILINGS**
For each member case, list docket entries for the corresponding filings. Duplicate this page if additional space is needed.

| Member Case & Operative Complaint | Notices of Amendment & Substitutions  *list entries relevant to moving plaintiffs* | Alternative Service Order  *complete if applicable* | Affidavit of Service | Certificate of Default | Liability Judgment  *leave blank if requesting liability judgment* |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |