# EXHIBIT B

| Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | | Claim Information | | | Solatium Damages | | | | | Notes |
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble | |
| | | | | Ondre | Raymond | Forde | | United Kingdom | Godwin | Orville | Forde | | United Kingdom | 9/11/2001 | NY | 18cv12276 | 18cv12276, 1 at 7-8 | 9761 at 3 | Child | N/A | N/A | $8,500,000.00 | N/A | |