**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:
*Alexander Jimenez, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11875 (GBD) (SN)

## MOVING PLAINTIFFS' NOTICE OF MOTION FOR
## PARTIAL FINAL DAMAGES JUDGMENTS

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and

Declaration of Jerry S. Goldman, Esq. ("Goldman Declaration") with the exhibits appended

thereto, certain of the plaintiffs in the above-referenced matter who are identified in annexed

Exhibit A to the Goldman Declaration ("Moving Plaintiffs") (which is Exhibit B to the Proposed

Order), by and through their counsel, Anderson Kill P.C., respectfully move this Court for an

ORDER:

(1)     awarding the Moving Plaintiffs damages judgments against Defendant

Islamic Republic of Iran ("Iran") in the same amounts previously awarded by this Court to

various similarly situated plaintiffs in *O'Neill*, *Burnett*, *Havlish*, *Ashton*, *Bauer*, and other cases;

AND,

(2)     Determining that:

(a)     Jaimenys Taveras is the functional equivalent of a child of Manuel

De Jesus Molina, who died in the Terrorist Attacks on September 11, 2001; AND,

(b)     Jaimercedes Taveras is the functional equivalent of a child of

Manuel De Jesus Molina, who died in the Terrorist Attacks on September 11, 2001; AND,

(c)     Jaimelin Taveras is the functional equivalent of a child of Manuel

De Jesus Molina, who died in the Terrorist Attacks on September 11, 2001; AND,

(3)     awarding solatium damages to the Moving Plaintiffs in the amount of $8,500,000 per child, as set forth in annexed Exhibit A; AND**,**

(4)     awarding the Moving Plaintiffs prejudgment interest at the rate of 4.96 percent per annum, compounded annually for the period from September 11, 2001 until the date of the damages judgment; AND,

(5)     granting the Moving Plaintiffs permission to seek punitive damages, economic damages, and other appropriate damages, at a later date; AND,

(6)     granting permission for all other Plaintiffs in this action not appearing in annexed Exhibit A to submit applications for damages awards in later stages, to the extent such awards have not previously been addressed; AND,

(7)     granting to the Moving Plaintiffs such other and further relief as this Honorable Court deems just and proper.

Dated:   New York, New York           Respectfully submitted,
         May 24, 2024

                                      /s/ Jerry S. Goldman
                                      ANDERSON KILL P.C.
                                      Jerry S. Goldman, Esq.
                                      Bruce E. Strong, Esq.
                                      Alexander Greene, Esq.
                                      1251 Avenue of the Americas
                                      New York, NY 10020
                                      Tel: (212) 278-1000
                                      Fax: (212) 278-1733
                                      Email:   jgoldman@andersonkill.com
                                               bstrong@andersonkill.com
                                               agreene@andersonkill.com
                                      *Attorneys for Plaintiffs*