# EXHIBIT A

| # | Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | Claim Information | | | Solatium Damages | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble | |
| 1 | | | | | Jaimelin | Mercedes | Taveras | | US | Manuel | De Jesus | Molina | | Dominican Republic | 9/11/2001 | NY | 18cv11875 | 18cv11875, 6 at 7 | 9450 at 3 | Child | See Declaration of Jerry S. Goldman, Esq., Exhibit C | N/A | $8,500,000.00 | N/A | |
| 2 | | | | | Jaimenys | Alejandra | Taveras | | US | Manuel | De Jesus | Molina | | Dominican Republic | 9/11/2001 | NY | 18cv11875 | 18cv11875, 6 at 7 | 9450 at 3 | Child | See Declaration of Jerry S. Goldman, Esq., Exhibit D | N/A | $8,500,000.00 | N/A | |
| 3 | | | | | Jaimercedes | Damaris del Carmen | Taveras | | US | Manuel | De Jesus | Molina | | Dominican Republic | 9/11/2001 | NY | 18cv11875 | 18cv11875, 6 at 7 | 9450 at 3 | Child | See Declaration of Jerry S. Goldman, Esq., Exhibit B | N/A | $8,500,000.00 | N/A | |