UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |
|---|---|

This document relates to:

> *Knight, et al. v. Islamic Republic of Iran*, 18-cv-12398 (GBD)(SN)
> *Johnson, et al. v. Islamic Republic of Iran*, 18-cv-12344 (GBD)(SN)
> *Desimone, et al. v. Islamic Republic of Iran*, 21-cv-07679 (GBD)(SN)
> *Gaston, et al. v. Islamic Republic of Iran*, 18-cv-12337 (GBD)(SN)
> *Rodriguez, et al. v. Islamic Republic of Iran*, 18-cv-12347 (GBD)(SN)

### NOTICE OF VOLUNTARY DISMISSAL
### PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) the following Plaintiffs voluntarily dismiss without prejudice their claims against the Defendant, Islamic Republic of Iran, in *Knight, et al. v. Islamic Republic of Iran*, Case No. 18-cv-12398 (GBD)(SN), *Johnson, et al. v. Islamic Republic of Iran*, Case No. 18-cv-12344 (GBD)(SN), *Desimone, et al. v. Islamic Republic of Iran*, Case No. 21-cv-07679 (GBD)(SN), *Gaston, et al. v. Islamic Republic of Iran*, Case No. 18-cv-12337 (GBD)(SN), and *Rodriguez, et al. v. Islamic Republic of Iran*, Case No. 18-cv-12347 (GBD)(SN):

   1.   **Steven Scarpitta**, Individually, as a sibling of Michelle Scarpitta, deceased (initially filed: ECF No. 4; 18-cv-12398; Allegation 37 of Appendix 1, January 2, 2019);

   2.   **Steven Scarpitta**, as Administrator of the Estate of Michelle Scarpitta, deceased (initially filed: ECF No. 4; 18-cv-12398; Allegation 37 of Appendix 1, January 2, 2019);

   3.   **Naomi Furman**, as Administrator of the Estate of Steven Furman, deceased (initially filed: ECF No. 1; 18-cv-12344; Allegation 34 of Appendix 1; December 29, 2018);

4. **Alexandra Desimone**, Individually, as a child of Patrick Dunn, deceased (initially filed: ECF No. 4; 21-cv-07679; Allegation 2 of Appendix 1; September 27, 2021).

5. **Georgina Gaston**, Individually, as a parent of Betsy Martinez, deceased (initially filed: ECF No. 18-cv-12337, Allegation 32 of Appendix 1; December 29, 2018).

6. **Ronald Coronato**, Individually, as a stepchild of Peter Freund, deceased (initially filed; ECF No. 1; 18-cv-12347; Allegation 19 of Appendix 1; December 30, 2018).

7. **Ronald Coronato**, as Administrator of the Estate of Peter Freund, deceased (initially filed; ECF No. 1; 18-cv-12347; Allegation 19 of Appendix 1; December 30, 2018).

8. **Marjorie Farley**, Individually, as a parent of Paige Farley, deceased (initially filed; ECF No. 1; 18-cv-12347; Allegation 32 of Appendix 1; December 30, 2018).

9. **Marjorie Farley**, as Administrator of the Estate of Paige Farley, deceased (initially filed; ECF No. 1; 18-cv-12347; Allegation 32 of Appendix 1; December 30, 2018).

10. **Joseph Herman,** Individually**,** as the spouse of Chantal Vincelli, deceased (initially filed; ECF No. 1; 18-cv-12347; Allegation 46 of Appendix 1; December 30, 2018).

11. **Joseph Herman,** as Administrator of the Estate of Chantal Vincelli, deceased (initially filed; ECF No. 1; 18-cv-12347; Allegation 46 of Appendix 1; December 30, 2018).

12. **Rufus McDay,** Individually**,** as a parent of Tonyell McDay, deceased (initially filed; ECF No. 1; 18-cv-12347; Allegation 61 of Appendix 1; December 30, 2018).

13. **Rufus McDay,** as Administrator of the Estate of Tonyell McDay, deceased (initially filed; ECF No. 1; 18-cv-12347; Allegation 61 of Appendix 1; December 30, 2018).

This Notice of Voluntary Dismissal is limited only to dismissing the claims as noted above

from these actions. The Defendant in these actions has not served an answer or motion for summary judgment. All other Plaintiffs maintain and continue to prosecute their claims against the Defendant in the above-captioned cases.

Dated: May 24, 2024

                                                */s/ Robert Keith Morgan*
Robert Keith Morgan
David J. Dickens
The Miller Firm LLC
108 Railroad Ave
Orange, VA 22960
Tel: 540-672-4224
kmorgan@millerfirmllc.com
ddickens@millerfirmllc.com

*Attorneys for the Plaintiffs*