UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:
*Horace Morris, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05321 (GBD)(SN)
*August Bernaerts, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11865 (GBD)(SN)

### [PROPOSED] ORDER OF PARTIAL FINAL DAMAGES JUDGMENTS AGAINST THE ISLAMIC REPUBLIC OF IRAN FOR NON-U.S. NATIONALS

Upon consideration of the default judgment motion cover sheet attached as Exhibit A as required by the Court's September 22, 2023 Order at ECF No. 9355 and the other evidence and arguments submitted by Plaintiffs identified in Exhibit B to this Order through their Motion for Partial Final Damages Judgments against Defendant Islamic Republic of Iran ("Iran") in the above-captioned matters, who are each an estate of an individual who was killed in the terrorist attacks on September 11, 2001; together with the entire record in this case, it is hereby:

**ORDERED** that, on behalf of the Moving Plaintiffs, the estates of the 9/11 decedents, through their personal representatives and on behalf of all survivors and all legally entitled beneficiaries and family members of such 9/11 decedents, are awarded economic damages in the amounts set forth in Exhibit B against Iran; and it is further

**ORDERED** that the Moving Plaintiffs are awarded prejudgment interest at the rate of 4.96 percent per annum, compounded annually for the period from September 11, 2001 until the date of the judgment for damages; and it is further

**ORDERED** that the Moving Plaintiffs may apply for punitive damages, economic damages, and other appropriate damages, at a later date; and it is further

1

**ORDERED** that, on behalf of the Moving Plaintiffs, all other Plaintiffs in the above-captioned matters not appearing in the attached Exhibit B may submit applications for damages awards in later stages, to the extent such awards have not previously been addressed.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 9829.

**SO ORDERED:**

_____
GEORGE B. DANIELS
United States District Judge

Dated:   New York, New York
              _____, 2024