| # | Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | | Economic Damages | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble |
| 1 | Haleema | | Salie | | Rahma | | Salie | | Sri Lanka | 9/11/2001 | NY | 18cv05321 | 18cv05321, 6 at 7 | | N/A | N/A | N/A | See Exhibit B-3a to Declaration of Jerry S. Goldman, Esq. at page 1. | 7/1/24 | N/A | $4,972,584.00 | N/A |
| 2 | Josephine | | Fink | | Derek | O. | Sword | | United Kingdom | 9/11/2001 | NY | 19cv11865 | 19cv11865, 1 at 7 | 8134, 8139 (granting 8134) | N/A | N/A | N/A | See Exhibit B-3a to Declaration of Jerry S. Goldman, Esq. at page 24. | 7/1/24 | N/A | $10,161,541.00 | N/A |