IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN |
| This document relates to:<br><br>*Rodriguez, et al. v. The Islamic Republic of Iran*, No. 18-cv-12347 | |

## MOTION TO SUBSTITUTE PARTIES PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Fed. R. Civ. P. 15(d) plaintiffs move the Court to allow substitution of the following parties in the above referenced action. The party being substituted is Rosa Jimenez as administrator of the Estate of Luis Jimenez, Jr., deceased. She is the mother of the 9/11 decedent, Luis Jimenez, Jr. and is substituted for her husband, Luis Jimenez, Sr., who died during the pendency of this litigation. She was appointed administrator of the estate jointly with her husband by letters administration issued November 14, 2001, such letters being unrevoked and in full force.

The following chart demonstrates the how these parties were previously named in the Complaint and how they wish to proceed going forward:

| Identification of Party To be Substituted | Reference to Plaintiff in ECF (18-cv-12347) | State of Residence at Filing | Decedent's Name | Paragraph of Complaint Discussing Decedent |
|---|---|---|---|---|
| Rosa Jimenez as Administrator of the Estate of Luis Jimenez, Jr., deceased | Luis Jimenez, Sr., as Administrator of the Estate of Luis Jimenez, Jr., deceased | New York | Luis Jimenez, Jr. | ECF No. 1 (18-cv-12347) at Allegation 51 of Appendix 1 |

1

Plaintiffs propose that, upon endorsement of the Plaintiffs' Proposed Order, the substituted party would be individually entered as a Plaintiff into the Court's ECF system to ease the burden on the Clerk of Court's Office and based on the size of this MDL.

                                  Respectfully submitted,

                                  _/s/  Robert Keith Morgan____
                                 Robert Keith Morgan (*pro hac vice*)
                                 David J. Dickens (*pro hac vice*)
                                 The Miller Firm, LLC
                                 108 Railroad Avenue
                                 Orange, VA 22960
                                 Tel: 540-672-4224
                                 Fax: 540-672-3055
                                 kmorgan@millerfirmllc.com
                                 ddickens@millerfirmllc.com

                                 Attorneys for Plaintiffs