# EXHIBIT A

| Identification of Party To be Substituted | Reference to Plaintiff in ECF (18-cv-12347) | State of Residence at Filing | Decedent's Name | Paragraph of Complaint Discussing Decedent |
|---|---|---|---|---|
| Rosa Jimenez as Administrator of the Estate of Luis Jimenez, Jr., deceased | Luis Jimenez, Sr., as Administrator of the Estate of Luis Jimenez, Jr., deceased | New York | Luis Jimenez, Jr. | ECF No. 1-1 (18-cv-12347) at Allegation 51 of Appendix 1 |