UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |
|---|---|

This document relates to:
*Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, No. 1:04-cv-01076 (GBD) (SN)
*Roberta Agyeman, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05320 (GBD) (SN)

### MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Federal Rules of Civil Procedure 15(d), Plaintiffs herein move the Court to allow substitution of the party as identified in Exhibit A in the above referenced action. The individual being substituted into the case is the Personal Representative of an individual killed as a result of the terrorist attacks on September 11, 2001 (a "9/11 decedent").

Exhibit A identifies the individual to be substituted in the pleading, including the capacity in which they seek to be substituted, state of residency at the time the complaint was filed, the existing pleading that refers to the plaintiff, and the decedent of which the plaintiff is the Personal Representative.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties be individually entered as a Plaintiff into the Court's ECF system to ease the burden on the Clerk of the Court's Office and the size of this MDL.

docs-100409741.1

Dated: May 31, 2024

          */s/ Jerry S. Goldman*
          Jerry S. Goldman, Esq.
          Bruce E. Strong, Esq.
          Alexander Greene, Esq.
          ANDERSON KILL P.C.
          1251 Avenue of the Americas
          New York, NY 10020
          Tel: (212) 278-1000
          Fax: (212) 278-1733
          Email: jgoldman@andersonkill.com
                  bstrong@andersonkill.com
                  agreene@andersonkill.com

**EXHIBIT A to Motion to Substitute Party**

|   | Previous Personal Representative: | Case Number: | Substituted Personal Representative: | State of Residency of Substituted Personal Representative at Filing: | Decedent's Name: |
|---|---|---|---|---|---|
| 1. | Joanne Cherry as the Personal Representative of the Estate of Vernon P. Cherry, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vernon P. Cherry | No. 1:04-cv-01076 (GBD)(SN); No. 1:18-cv-05320 (GBD)(SN) | Selena Cherry-Daniel as the Personal Representative of the Estate of Vernon P. Cherry, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vernon P. Cherry | VA | Vernon P. Cherry |