| # | Personal Representative ||||  9/11 Decedent |||||||  Claim Information |||  Pain & Suffering Damages |||  Economic Damages |||||  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble | Notes |
| 1 | Jeannette |  | Ramos |  | Anthony |  | Alvarado |  | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 11 | N/A | N/A | N/A | N/A | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 1. | 7/1/24 | N/A | $1,353,594.00 | N/A |  |
| 2 | Laurien | Paula | Mayer-Beug |  | Carolyn |  | Beug |  | US | 9/11/2001 | NY | 22cv10823 | 22cv10823, 1 at 3 | MDL ECF Nos. 9288, 9303 (granting 9288) | N/A | N/A | N/A | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 25. | 7/1/24 | N/A | $2,672,491.00 | N/A |  |
| 3 | Selena |  | Cherry-Daniel |  | Vernon | P. | Cherry |  | US | 9/11/2001 | NY | 18cv05320 | 18cv05320, 7 at 12 | MDL ECF Nos. 5526, 5629 (granting 5526); 9846 (pending) | N/A | N/A | N/A | See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 1. | 6/1/24 | N/A | $2,355,974.00 | N/A |  |
| 4 | Kelly | Weightman | Diaz-Piedra |  | Michael |  | Diaz-Piedra |  | US | 9/11/2001 | NY | 22cv10823 | 22cv10823, 1 at 2 | N/A | N/A | N/A | N/A | See Exhibit C-3c to Declaration of Jerry S. Goldman, Esq. at page 1. | 7/1/24 | N/A | $3,321,544.00 | N/A |  |
| 5 | Brenda |  | Fallon |  | William |  | Fallon |  | US | 9/11/2001 | NY | 21cv10239 | 21cv10239, 1 at 2 | N/A | N/A | N/A | N/A | See Exhibit C-3c to Declaration of Jerry S. Goldman, Esq. at page 25. | 7/1/24 | N/A | $1,702,201.00 | N/A |  |
| 6 | Jessica |  | Geier |  | Paul | Hamilton | Geier |  | US | 9/11/2001 | NY | 21cv10239 | 21cv10239, 1 at 3 | N/A | N/A | N/A | N/A | See Exhibit C-3d to Declaration of Jerry S. Goldman, Esq. at page 1. | 7/1/24 | N/A | $5,668,581.00 | N/A |  |
| 7 | Susan |  | Hermer |  | Harvey |  | Hermer |  | US | 9/11/2001 | NY | 21cv10239 | 21cv10239, 1 at 5 | N/A | N/A | N/A | N/A | See Exhibit C-3d to Declaration of Jerry S. Goldman, Esq. at page 25. | 7/1/24 | N/A | $434,814.00 | N/A |  |
| 8 | Amy; Peter |  | Mulderry; Mulderry |  | Stephen |  | Mulderry |  | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 11 | 9838 at 3 | N/A | N/A | N/A | See Exhibit C-3e to Declaration of Jerry S. Goldman, Esq. at page 1. | 7/1/24 | N/A | $7,093,495.00 | N/A |  |