**EXHIBIT A**
**Personal Injuries**

| | Personal Representative | | | | Claimant | | | | | | Claim Information | | | Pain & Suffering Damages | | | | Economic Damages | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | 9/11 Site | Case | Complaint | Amendments & Substitutions | Documentation | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble | Notes |
| 1 | Lisa | | Ortiz | | Angel | R. | Ortiz | | U.S. | NY | 09903 | 1:22-cv-03100, 1, at 1 | | | | | $   - | | | | | $   - | |

Page 1 of 1