UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
IN RE:                              :     ORDER
                                    :
TERRORIST ATTACKS ON                :     03 MDL 1570 (GBD) (SN)
SEPTEMBER 11, 2001                  :
                                    :
                                    :
------------------------------------x

This document relates to:

>  *Ashton, et al. v. al Qaeda Islamic Army, et al.*, No. 02-cv-6977 (GBD) (SN) (and member cases *Burlingame, et al. v. Bin Laden, et al.*, No. 02-cv-7230 (GBD) (SN) and *Bauer, et al. v. al Qaeda Islamic Army, et al.*, No. 02-cv-7236 (GBD) (SN))

## ORDER GRANTING PARTIAL FINAL JUDGMENT AGAINST THE TALIBAN FOR THE *ASHTON-DICKEY* PLAINTIFFS LISTED IN EXHIBITS A AND B

GEORGE B. DANIELS, United States District Judge:

The *Ashton-Dickey* Plaintiffs listed in Exhibits A and B move for entry of partial final default judgment against Defendant the Taliban. (ECF No. 9395.[1]) Upon consideration of the evidence and arguments set forth in the Amended Declaration of John F. Schutty, Esq. and the exhibits thereto (ECF No. 9396), and in light of the default judgment as to liability against the Taliban entered on May 12, 2006 (ECF No. 1797), together with the entire record in this case, including these Plaintiffs' prior default judgment award against Defendant the Islamic Republic of Iran awarding economic, pain and suffering, and solatium damages (*see* ECF Nos. 3226, 4011, 5999), it is hereby

**ORDERED** that service of process in the above-captioned case was properly effectuated upon the Taliban (*see* ECF Nos. 445, 709, 735, 1797); and it is

---

[1] Unless otherwise stated, all ECF citations included herein refer to documents filed on the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on September 11, 2001*, No. 03-md-1570 (GBD) (SN).

**ORDERED** that partial final judgment is entered on behalf of the *Ashton-Dickey* Plaintiffs identified in the attached Exhibits A and B against the Taliban; and it is

**ORDERED** that the *Ashton-Dickey* Plaintiffs identified in the attached Exhibit A are awarded economic damages as set forth in Exhibit A and as supported by the expert reports and analyses tendered in conjunction with the Amended Schutty Declaration (*see* ECF Nos. 9396-1, 9396-2); and it is

**ORDERED** that the *Ashton-Dickey* Plaintiffs identified in the attached Exhibit A are awarded compensatory damages for decedents' pain and suffering in an amount of $2,000,000.00 per estate, as set forth in the attached Exhibit A; and it is

**ORDERED** that the *Ashton-Dickey* Plaintiffs identified in the attached Exhibit B are awarded solatium damages as set forth in Exhibit B; and it is

**ORDERED** that Plaintiffs receiving pain and suffering damages identified in the attached Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is further

**ORDERED** that Plaintiffs receiving economic damages identified in the attached Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from June 28, 2017 until the date of judgment for Plaintiff Kristen Breitweiser, as Personal Representative of the Estate of Ronald Breitweiser; and running from February 11, 2020 until the date of judgment for Plaintiff Patricia Ryan, as Executrix of the Estate of John J. Ryan Jr.; and it is further

**ORDERED** that Plaintiffs identified in Exhibit B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that the *Ashton-Dickey* Plaintiffs identified in the attached Exhibits A and B are awarded treble damages under the Anti-Terrorism Act, 18 U.S.C. § 2333 for the amounts claimed; and it is

**ORDERED** that the *Ashton-Dickey* Plaintiffs identified in the attached Exhibits A and B may submit future applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is

**ORDERED** that the *Ashton-Dickey* Plaintiffs not appearing on Exhibits A and B may submit in later stages applications for damages awards to the extent they have not done so already.

The Clerk of Court is directed to enter partial final default judgment for the Plaintiffs listed in Exhibits A and B. The Clerk of Court is further directed to close the motions at ECF No. 9395 in 03-md-1570 and ECF No. 2001 in 02-cv-6977.

Dated: June 3, 2024
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

# Exhibit A

| Plaintiff | 9/11 Decedent | Pain-and-Suffering Damages | Economic Damages | Treble Damages |
|---|---|---|---|---|
| Kristen Breitweiser, as Personal Representative of the Estate of Ronald M. Breitweiser | Breitweiser, Ronald M. | $2,000,000.00 | $45,385,507.00 | $142,156,521.00 |
| Patricia Ryan, as Executrix of the Estate of John J. Ryan Jr. | Ryan Jr., John J. | $2,000,000.00 | $16,159,990.00 | $54,479,970.00 |
| **TOTAL DAMAGES** | | **$4,000,000.00** | **$61,545,497.00** | **$196,636,491.00** |

# Exhibit B

| Plaintiff | 9/11 Decedent | Relation to Decedent | Solatium Damages | Treble Damages |
|---|---|---|---|---|
| Breitweiser, Kristen | Breitweiser, Ronald M. | Spouse | $12,500,000.00 | $37,500,000.00 |
| Breitweiser, Carol | Breitweiser, Ronald M. | Child | $8,500,000.00 | $25,500,000.00 |
| Ryan, Patricia | Ryan Jr., John J. | Spouse | $12,500,000.00 | $37,500,000.00 |
| Ryan, Colin | Ryan Jr., John J. | Child | $8,500,000.00 | $25,500,000.00 |
| Ryan, Kristen | Ryan Jr., John J. | Child | $8,500,000.00 | $25,500,000.00 |
| Ryan, Laura | Ryan Jr., John J. | Child | $8,500,000.00 | $25,500,000.00 |
| **TOTAL DAMAGES** | | | $59,000,000.00 | $177,000,000.00 |