# EXHIBIT B

Exhibit B - Burlingame XIV Estates (All US Nationals)

| | Personal Representative | | | | 9/11 Decedent | | | | | | Claim Information | | | Pain & Suffering Damages | | | Economic Damages | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble | Notes |
| 1 | Rudy | | Abad | | Maria | Rose | Abad | | USA | 9/11/01 | NY | 02cv07230 | 1463 at 79 | | 3226 at 8 | $ 2,000,000.00 | $ - | | | | $ 5,086,889.00 | $ - | |
| 2 | Janet | | Kelley | | Frederick | | Kelley | | USA | 9/11/01 | NY | 02cv07230 | 1463 at 82 | | 3226 at 9 | $ 2,000,000.00 | $ - | | | | $ 2,444,379.00 | $ - | |
| 3 | Joseph | | Reitano | Jr. | Vincent | | Litto | | USA | 9/11/01 | NY | 02cv07230 | 1463 at 83 | | 3226 at 9 | $ 2,000,000.00 | $ - | | | | $ 20,495,085.00 | $ - | |
| 4 | Maria | | Silverstein-Verhoog | | Craig | | Silverstein | | USA | 9/11/01 | NY | 02cv07230 | 1463 at 86 | | 3226 at 9 | $ 2,000,000.00 | $ - | | | | $ 17,324,290.00 | $ - | Personal Representative is listed as Maria Silverstein in 1463 at 86 |

Page 1 of 1