UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    On May 30, 2024, the Court received the attached letter from Zacarias Moussaoui. It was sent from U.S. Penitentiary Florence ADMAX by U.S. mail and postmarked May 25, 2024. It was addressed to U.S. District Judge George B. Daniels at the Daniel Patrick Moynihan United States Courthouse.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    June 5, 2024
            New York, New York

US District Judge
George B Daniel                    Zacarias Moussaoui
05/16/26                           n° 51427-054

Object: To contact the attorneys of Saudi Prince Turki Al Faisal Al Saud to provide exculpatory Testimony in the 9/11 victim civil case in which I gave a false deposition in 2014 to the 9/11 victims attorneys, Sean Carter, Jerry Goldman ect...

~~Dena~~ You can tionon I enclosed a rejection letter to my request under the SAM to the US Attorney to contact the Saudi Arabia Embassy in Washington DC (600 New Hampshire Ave NW Washington DC 20037). In order to provide substancial and relevant exculpatory information to the Saudi Princes and the SA Government and to recant on the record my false deposition given in 2014 to the plaintiff attorney of 9/11.

I petition your Court to informe the Saudi Prince Turke and others that I want to ~~tos~~ give an exculpatory

testimony which establish that the Saudi Government and Princes had no relation of collaboration and/or coconspiracy with Bin Laden or/and Al Qaeda.

I petition your court to order a new deposition.

I petition your court to appoint the lawyers of Saudi Prince Turki Al Faisal Alsaud as my lawyers under the Special Administrative Measure in order to provide an exculpatory testimony deposition.

I petition your court to provide me, Zacarias Moussaoui with the list* of the defendant lawyers which I falsely incriminated in my recanted deposition of 2014 to the 9/11 victims Sean Carter and other and order the US DOJ and Attorney to allow them to meet me, depose me and be my lawyer under the S.A.M.
*(with their contacts information).

May it please Your Court

Zacarias Moussaoui

## RESPONSE TO INMATE CONTACT REQUEST

Name: Zacarias Moussaoui          Register Number: 51427-054

Facility/Unit: ADX/ H Unit

This is in response to your request to add Kingdom of Saudi Arabia, Mariana van Zeller, Florence Bouquillat and Peter Bureyeu as social/legal contacts received on May 8, 2024. Per the Special Administrative Measures (SAM) imposed on you, your request was forwarded to the agencies responsible for monitoring your communications. Your request to contact the above-named individual/entity was denied.

Your SAM is reviewed annually. You may re-submit your request if your SAM is renewed after the expiration of the current SAM.

I trust this addresses your request.

/s/ A. Powell ---------------------------------------------------          5/14/2024
Senior Attorney Advisor                                                    Date