UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |
|---|---|

This document relates to:
*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)

**Motion to Substitute Parties Pursuant to Federal Rule of Civil Procedure 15(d)**

Pursuant to Federal Rules of Civil Procedure 15(d), Plaintiffs herein move the Court to allow substitution of the party as identified on Exhibit A hereto. The individual sought to be substituted into the case is the duly-appointed Personal Representative of the estate of an individual injured on September 11, 2001 in the terrorist attacks (a "9/11 victim") who is now deceased.

Exhibit A identifies the individuals to be substituted in the pleading, including the capacity in which they seek to be substituted, state of residency at the time the complaint was filed, the existing pleading that refers to the plaintiff, and the decedent for whose estate the proposed substitute plaintiff is now the duly-appointed Personal Representative.

Should this Court grant the relief requested in the proposed Order, Plaintiffs will add the substituted parties individually as named plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office.

Dated:  June 6, 2024  
      New York, NY

*/s/ Andrew J. Maloney, III, Esq.*
Andrew J. Maloney
Kreindler& Kreindler, LLP
485 Lexington Ave, 28th Fl
New York, NY 10017
T (212) 687-8181
Amaloney@kreindler.com
Counsel for *Ashton* Plaintiffs