UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br> ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army*, *et al.*, 02-cv-6977 (GBD)(SN)

**[proposed] ORDER**

Upon consideration of the motion by the *Ashton* plaintiffs to substitute the Personal Representatives of individuals injured on September 11, 2001 in the terrorist attacks (a "9/11 decedent"); it is hereby

ORDERED that the *Ashton* Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted as plaintiffs as set forth in therein.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF 9868 in 03-MDL-1570 (GBD)(SN) and ECF 2079 in 02-cv-6977 (S.D.N.Y.) (GBD) (SN).

Dated: _____, 2024
       New York, New York

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE