**EXHIBIT A**
**SOLATIUM CLAIMS**

| # | Personal Representative ||||| Claimant ||||||| 9/11 Decedent ||||||||| Claim Information |||| Solatium Damages |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix || First | Middle | Last | Suffix | Nationality on 9/11 || First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site || Case | Complaint | Amendments & Substitutions || Relationship | Documentation | Prior Award | Amount | Treble |
| 1 | Janis / John | | Biermann / Cullinan | || Thomas | Francis | Cullinan | | U.S. || Joan | McConnell | Cullinan | | U.S. | 9/11/01 | NY || 9903 | 1:15-cv-09903, 53, at 3172 | || Spouse | | | $ 12,500,000.00 | $ 37,500,000.00 |
| 2 | James | M. | Selwyn | || Frances | R. | Selwyn | | U.K. || Howard | | Selwyn | | U.S. | 9/11/01 | NY || 9903 | 1:15-cv-09903, 53, at 3488 | || Spouse | | | $ 12,500,000.00 | $ 37,500,000.00 |
| 3 | Helen | K. | Rosenthal | || Avram | | Rosenthal | | U.S. || Joshua | Alan | Rosenthal | | U.S. | 9/11/01 | NY || 9903 | 1:15-cv-09903, 53, at 2650 | || Parent | | | $ 8,500,000.00 | $ 25,500,000.00 |
| 4 | Carol | Ann | Niedermeyer | || Alfonse | | Niedermeyer | | U.S. || Alfonse | J. | Niedermeyer | | U.S. | 9/11/01 | NY || 9903 | 1:15-cv-09903, 53, at 2211 | || Parent | | | $ 8,500,000.00 | $ 25,500,000.00 |