**Annex 1 to Plaintiffs' June 7, 2024 letter to Judge George B. Daniels**

**– Schedule of Judicial Documents cleared for Public Filing –**

**Schedule (1):   Judicial Documents to be filed publicly by Plaintiffs in unredacted form, or with Plaintiffs' provisional redactions[1]**

| Pls. Exhibit No. | Bates / Production No. |
|---|---|
| Pls. Ex. 10B | MPS890-CLIP |
| Pls. Ex. 10B-TR | MPS890-CLIP |
| Pls. Ex. 10C | MPS893-COMP |
| Pls. Ex. 10C-TR | MPS893-COMP-TR |
| Pls. Ex. 10D | MPS894-CLIP |
| Pls. Ex. 10E | MPS902-CLIP |
| Pls. Ex. 10F (errata version) | MPS2023-003_upd |
| Pls. Ex. 10F-TR (errata version) | MPS2023-003-TR_upd |
| Pls. Ex. 10G | MPS906-CLIP |
| Pls. Ex. 10G-TR | MPS906-CLIP-TR |
| Pls. Ex. 10H | MPS896-CLIP |
| Pls. Ex. 10I | MPS899-CLIP |
| Pls. Ex. 10I-TR | MPS899-CLIP-TR |
| Pls. Ex. 10J | MPS892-CLIP |
| Pls. Ex. 10K | MPS2023-059 |
| Pls. Ex. 10K-TR | MPS2023-059 |
| Pls. Ex. 10L | MPS910-CLIP |
| Pls. Ex. 10M | MPS911-CLIP |
| Pls. Ex.10O | MPS2023-026 |
| Pls. Ex.10P | MPS2023-029-COMP |
| Pls. Ex.10Q | MPS2023-035-CLIP |
| Pls. Ex.10R | MPS2023-050-CLIP |
| Pls. Ex. 11D | MPS894-CLIP Screenshots |
| Pls. Ex. 11F | MPS2023-003 Screenshots |
| Pls. Ex. 11G | MPS906-CLIP Screenshots |

---

[1] All Plaintiffs' provisional redactions will be specified in Plaintiffs' relevant filings and are made subject to Plaintiffs' reservation of rights to challenge later.  Plaintiffs will supplement and update this schedule as necessary when further documents cleared for public filing are identified.

**Annex 1 to Plaintiffs' June 7, 2024 letter to Judge George B. Daniels**

**– Schedule of Judicial Documents cleared for Public Filing –**

| | |
|---|---|
| Pls. Ex. 11I | MPS899-CLIP Screenshots |
| Pls. Ex. 11L | MPS910-CLIP Screenshots |
| Pls. Ex. 11M | MPS911-CLIP Screenshots |
| Pls. Ex. 11N | MPS999x_4017_5 and other images |
| Pls. Ex. 12AA (errata version) | MPS738 |
| Pls. Ex. 12BB (errata version) | MPS688 |
| Pls. Ex. 313 | MPS118_23 |
| Pls. Ex. 314 | MPS 365-401 |
| Pls. Ex. 353 | MPS727_202 |
| Pls. Ex. 355 | MPS727_142 |
| Pls. Ex. 364 | MPS43_136 |
| Pls. Ex. 365 | MPS43_137 |
| Pls. Ex. 368 | MPS43_152, MPS43_144 |
| Pls. Ex. 369 | MPS43_309 |
| Pls. Ex. 373 | MPS43_345 |
| Pls. Ex. 375 | MPS43_381, 380 |
| Pls. Ex. 376 | MPS698_151 |
| Pls. Ex. 377 | MPS698_145 |
| Pls. Ex. 383 | MPS43_216 |
| Pls. Ex. 390 | MPS43_229-30 |
| Pls. Ex. 392 | MPS42_218 |
| Pls. Ex. 394 | MPS43_220 |
| Pls. Ex. 396 | MPS43_335 |
| Pls. Ex. 398 | MPS43_346 |
| Pls. Ex. 399 | MPS681_2 |
| Pls. Ex. 403 | MPS43_376-79 |
| Pls. Ex. 404 | MPS43_382 |
| Pls. Ex. 408 | MPS43_387 |
| Pls. Ex. 409 | MPS43_221-24 |
| Pls. Ex. 410 | MPS43_225-28 |

**Annex 1 to Plaintiffs' June 7, 2024 letter to Judge George B. Daniels**

**– Schedule of Judicial Documents cleared for Public Filing –**

| | |
|---|---|
| Pls. Ex. 411 | MPS43_314 |
| Pls. Ex. 412 | MPS43_337 |
| Pls. Ex. 413 | MPS43_338 |
| Pls. Ex. 414 | MPS43_347 |
| Pls. Ex. 417 | MPS43_202 |
| Pls. Ex. 418 | MPS95_114-16 |
| Pls. Ex. 448 | MPS727_176 |
| Pls. Ex. 450 | MPS 365-401 (-TR combined) |
| Pls. Ex. 678A | MPS 43_72 |
| Pls. Ex. 678B | MPS 43_128-29 |
| Pls. Ex. 678C | MPS 43_139 |
| Pls. Ex. 678D | MPS 43_336 |
| Pls. Ex. 678F | MPS 43_400-02 |
| Pls. Ex. 678G | MPS 43_433 |
| Pls. Ex. 678I | MPS 82_19 |
| Pls. Ex. 678N | MPS 712_15 and other images |
| Pls. Ex. 678O | MPS 713_139 |
| Pls. Ex. 678R | MPS 732_2, MPS 732_308-09 |
| Pls. Ex. 678T | MPS 732_5 |
| Pls. Ex. 678U | MPS 732_21 |
| Pls. Ex. 678W | MPS732_226 |
| Pls. Ex. 678X | MPS 732_307 |
| Pls. Ex. 678Y | MPS732_361-68 |
| Pls. Ex. 678Z | MPS 732_449 |
| Pls. Ex. 678DD | MPS2023_100 (whole document) |
| Pls. Ex. 678FF | MPS732_258-59 |
| Pls. Ex. 678GG | MPS704_61 |

///