## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

**VIA ECF**

June 10, 2024

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

RE: *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

Plaintiffs with claims against Al Rajhi Bank ("ARB") write to respectfully request a three-week extension of the deadline for their opposition to ARB's motion to dismiss from July 1, 2024 to July 22, 2024. *See* Order at ECF No. 9596 (briefing schedule).

The extension is needed because a key member of Plaintiffs' ARB team has encountered unexpected health issues that have rendered that attorney unavailable. The attorney in question has been extensively involved in the ARB litigation and was slated to have a primary role in Plaintiffs' opposition to ARB's renewed motion to dismiss. However, due to the unexpected health issue and required surgery, that attorney has been and will remain unavailable to work on it.

In addition, the Court recently scheduled argument on the motions to dismiss of the Kingdom of Saudi Arabia and Dallah Avco for July 10, 2024. *See* Order at ECF No. 9837. The work and coordination activities related to the scheduling of the arguments presents additional challenges in filling the gap resulting from our colleague's unavailability.

Counsel for ARB has indicated the Bank does not oppose Plaintiffs' extension request, and Plaintiffs have agreed to ARB's request to extend the deadline for the Bank's reply brief to September 30, 2024.

Plaintiffs respectfully request the Court's endorsement of the proposed revisions to the briefing schedule, and thank Your Honor in advance for the Court's attention to this matter.

Respectfully submitted,

COZEN O'CONNOR

By:  */s/ Sean P. Carter*
SEAN P. CARTER
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800

Honorable Sarah Netburn
June 10, 2024
Page 2

_____

Philadelphia, PA 19103
Tel.: (215) 665-2105
Email: scarter1@cozen.com

*On behalf of the Plaintiffs Executive Committees*

cc:   All MDL Counsel of Record (via ECF)

LEGAL\71040086\1