# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re Terrorist Attacks on September 11, 2001** | As relates to 03 MDL 1570 (GDB)(SN) |
| | CIVIL ACTION NO. 1:17-cv-3908 |
| ARROWOOD INDEMNITY COMPANY, f/k/a ROYAL INDEMNITY COMPANY, and ARROWOOD SURPLUS LINES INSURANCE COMPANY, f/k/a ROYAL SURPLUS LINES INSURANCE COMPANY, | |
| Plaintiffs | |
| v. | |
| KINGDOM OF SAUDI ARABIA, SAUDI HIGH COMMISSION FOR RELIEF OF BOSNIA & HERZEGOVINA, AL RAJHI BANK, NATIONAL COMMERCIAL BANK, and SAUDI BINLADIN GROUP, | |
| Defendants. | |

### CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, **Arrowood Indemnity Company, f/k/a Royal Indemnity Company, and Arrowood Surplus Lines Insurance Company, f/k/a Royal Surplus Lines Insurance Company**, substitute Dennis G. Pantazis of Wiggins Childs Pantazis Fisher Goldfarb LLC, and Timothy B. Fleming of Wiggins Childs Pantazis Fisher Goldfarb PLLC, as counsel of record in place of James L. Bernard and Patrick N. Petrocelli, formerly of Stroock & Stroock & Lavan LLP.

Contact information for new counsel, Dennis G. Pantazis and Timothy B. Fleming, is as follows:

>Dennis G. Pantazis
>Wiggins Childs Pantazis Fisher Goldfarb LLC
>The Kress Building
>301 Nineteenth Street North
>Birmingham, Alabama 35203
>Telephone: (205) 314-0531
>Facsimile: (205) 314-0731
>Email: dgp@wigginschilds.com

>Timothy B. Fleming
>WIGGINS CHILDS PANTAZIS
>FISHER GOLDFARB PLLC
>2208 18th Street, NW, #110
>Washington, DC 20009
>Telephone: (202) 467-4489
>Facsimile: (205) 453-4907
>Email: tfleming@wigginschilds.com

I, __Gil Chandler_____, on behalf of **Arrowood Indemnity Company, f/k/a Royal Indemnity Company, and Arrowood Surplus Lines Insurance Company, f/k/a Royal Surplus Lines Insurance Company**, hereby consent to the above substitution of counsel.

>**Arrowood Indemnity Company, f/k/a Royal Indemnity Company, and Arrowood Surplus Lines Insurance Company, f/k/a Royal Surplus Lines Insurance Company**

Date: __June 10, 2024_____   By: __/s/ Gil Chandler_____

>Gil Chandler
>General Counsel

2

We, James L. Bernard and Patrick N. Petrocelli, formerly of Stroock & Stroock & Lavan LLP, hereby consent to being substituted as counsel in this matter as to plaintiffs **Arrowood Indemnity Company, f/k/a Royal Indemnity Company, and Arrowood Surplus Lines Insurance Company, f/k/a Royal Surplus Lines Insurance Company**.

Date: June 6, 2024

_____
James L. Bernard
Hogan Lovells US LLP
390 Madison Avenue
New York, New York 10017
Telephone: (212) 918-3121
Email: james.bernard@hoganlovells.com

_____
Patrick N. Petrocelli
Hogan Lovells US LLP
390 Madison Avenue
New York, New York 10017
Telephone: (212) 918-3000
Email: patrick.petrocelli@hoganlovells.com

I, Dennis G. Pantazis, hereby consent to the above substitution of counsel as to plaintiffs **Arrowood Indemnity Company, f/k/a Royal Indemnity Company, and Arrowood Surplus Lines Insurance Company, f/k/a Royal Surplus Lines Insurance Company**.

Date: 6/12/2024

/s/ Dennis Pantazis
Dennis G. Pantazis
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile: (205) 314-0731
Email: dgp@wigginschilds.com

3

I, Timothy B. Fleming, hereby consent to the above substitution of counsel as to plaintiffs **Arrowood Indemnity Company, f/k/a Royal Indemnity Company, and Arrowood Surplus Lines Insurance Company, f/k/a Royal Surplus Lines Insurance Company**.

Date: 6/12/2024    /s/ Timothy B. Fleming
Timothy B. Fleming
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB PLLC
2208 18th Street, NW, #110
Washington, DC  20009
Telephone: (202) 467-4489
Facsimile: (205) 453-4907
Email: tfleming@wigginschilds.com

The substitution of attorney as to plaintiffs **Arrowood Indemnity Company, f/k/a Royal Indemnity Company, and Arrowood Surplus Lines Insurance Company, f/k/a Royal Surplus Lines Insurance Company** is hereby approved and so **ORDERED**.

Date: _____    _____
UNITED STATES DISTRICT JUDGE