**EXHIBIT A**
**Personal Injuries**

| | Personal Representative | | | | Claimant | | | | | Claim Information | | | Pain & Suffering Damages | | | | Economic Damages | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | 9/11 Site | Case | Complaint | Amendments & Substitutions | Documentation | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble | Notes |
| 1 | | | | | Ivan | | Almendarez | Jr. | Dominican Republic | NY | 09903 | 1:15-cv-09903, 53, at 3639 | | | | | $ - | | | | | $ - | |
| 2 | | | | | Robert | | Ramos | | Nicaragua | NY | 09903 | 1:15-cv-09903, 53, at 4622 | | | | | $ - | | | | | $ - | |