UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 03 MDL 1570 (GBD)(SN)

Re:   *Schneider, et al. v. Al Qaeda Islamic, et al.; 1:02-cv-07209-(GBD)(SN)*

I hereby certify under the penalties of perjury that on the 12th day of June 2024, I served defendant:

Islamic Republic of Iran
H.E. Dr. Mohammad Javad Zarif
Foreign Minister of the Ministry of Foreign Affairs
Imam Khomeini St., Imam Khomeini Sq.
Tehran, Islamic Republic of Iran

by dispatching via Federal Express, Tracking No. **7768 2638 1085**, to The Secretary of State, ATTN: Director of Special Consular Services, Office of Policy Review & Inter-Agency Liaison (CA/OSC/L), U.S. Department of State, SA – 17, 10th Floor, 2201 C Street NW, Washington DC 20522, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), (2) copies of an Order of Final Judgment.

Dated: June 12, 2024
       New York, New York

RUBY J. KRAJICK
CLERK OF COURT

/s/Rachel Slusher
Deputy Clerk