KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

June 12, 2024

*Via ECF*

| | |
|---|---|
| The Honorable George B. Daniels | The Honorable Sarah Netburn |
| Daniel P. Moynihan United States Courthouse | Thurgood Marshall United States Courthouse |
| 500 Pearl Street | 40 Foley Square, Room 430 |
| New York, NY 10007 | New York, NY 10007 |

Re:  *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Daniels and Judge Netburn:

     I write on behalf of Defendant Kingdom of Saudi Arabia ("Saudi Arabia"), concerning Saudi Arabia's letter today (ECF No. 9895) in response to Plaintiffs' recent letter to the Court (ECF No. 9885). Saudi Arabia's letter attaches as exhibits certain email exchanges between the parties that are relevant to the present dispute. Some of those exchanges discuss FBI confidential material. Although Saudi Arabia believes its letter can ultimately be filed on the public docket without redaction, it is filing under seal to permit the FBI to review and propose any redactions the FBI considers necessary, and to permit the FBI to determine whether the exhibits should remain under seal or should be filed publicly with or without redactions.

                                                   Respectfully submitted,

                                                   */s/ Michael K. Kellogg*

                                                   Michael K. Kellogg
                                                   *Counsel for the Kingdom of Saudi Arabia*

cc:     All MDL Counsel of Record (via ECF)