# EXHIBIT A

| | Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | | Claim Information | | | Solatium Damages | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble | Notes |
| 1 | | | | | Ian | L. | Pescaia | | U.S. | Christine | A. | Snyder | | U.S. | 9/11/01 | PA | 15cv9903 | 15cv9903, 53 | 256 at 11 | Spouse (functional equivalent) | Exhibit B | | $ 12,500,000.00 | | |