UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |
| This document relates to:<br>*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN) and (member case *Burlingame v. Bin Laden, et al.,* 02-cv-7230 (GBD)(SN)) | 02-cv-6977 (GBD)(SN) and<br>02-cv-7230 (GBD)(SN)<br>ECF Case |

**[PROPOSED] ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF *BURLINGAME XV* PLAINTIFFS IDENTIFIED AT EXHIBIT B**

Upon consideration of the evidence and arguments submitted by Plaintiffs identified in Exhibit B to this Order, plaintiffs in *Burlingame*, who are each the estate of victim killed in the terrorist attacks on September 11, 2001 ("*Burlingame XV*" Plaintiffs), and the Judgment by Default for liability only against the Islamic Republic of Iran August 31, 2015 (ECF No. 3021), together with the entire record in this case, it is hereby;

**ORDERED** that service of process was effected upon the Iran Defendants in accordance with 28 U.S.C. § 1608(a) for sovereign defendants and 28 U.S.C. § 1608(b) for agencies and instrumentalities of sovereign defendants; and it is

**ORDERED** that partial final judgment is entered against the Iran Defendants and on behalf of the Plaintiffs in *Burlingame*, as identified in the attached Exhibit B, who are the Personal Representatives of the estates of victims of the terrorist attacks on September 11, 2001, as indicated in Exhibit B, and it is

**ORDERED** that the Plaintiffs identified in Exhibit B are awarded: compensatory damages for decedent's pain and suffering in an amount of $2,000,000 per estate, as set forth in Exhibit B; and it is

**ORDERED** that the Plaintiffs identified in the expert reports furnished as Exhibit C, are awarded economic damages as set forth in Exhibit B and as supported by the expert reports and analyses submitted as Exhibit C to the Granito Declaration, and it is

**ORDERED** that Plaintiffs identified in Exhibit B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001, until the date of judgment; and it is

**ORDERED** that Plaintiffs identified in Exhibit B may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue, and it is

**ORDERED** that the remaining *Burlingame* Plaintiffs not appearing in Exhibit B may submit in later stages applications for damages awards, and to the extent they are for solatium or by estates for compensatory damages for decedents' pain and suffering from the September 11 attacks, they will be approved consistent with those approved herein for the Plaintiffs appearing in Exhibit B.

FURTHERMORE, the Court respectfully directs the Clerk of the Court to terminate the motions in No. 03-md-01570 at ECF No. 9917, No. 02-cv-06977 at ECF No. 2086, and No. 02-cv-07230 at ECF No. 329.

Dated: New York, New York

_____, 2024

                                                **SO ORDERED:**

                                                _____
                                                GEORGE B. DANIELS
                                                United States District Judge