# EXHIBIT B

## Exhibit B - Burlingame XV Estates (All US Nationals)

| # | Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | | Economic Damages | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble |
| 1 | Dohee | | Kang | | Joon Koo | | Kang | | USA | 9/11/01 | NY | 02cv07230 | 1463 at 89 | | 3226 at 10 | $ 2,000,000.00 | $  - | | | | $ 5,928,387.00 | $  - |
| 2 | Madeline | Lew | Moy | | Teddington | H. | Moy | | USA | 9/11/01 | VA | 02cv07230 | 1463 at 90 | | 3226 at 10 | $ 2,000,000.00 | $  - | | | | $ 3,093,777.00 | $  - |