# EXHIBIT B

| | Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | | Economic Damages | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble |
| 1 | Jamie | | Brito | | Victoria | | Alvarez-Brito | | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 1 | | N/A | $2,000,000.00 | N/A | See Exhibit B-3 to Declaration of Jerry S. Goldman, Esq. at page 1. | 7/1/24 | N/A | $1,277,218.00 | N/A |
| 2 | Andrea | | Stauter | | Edward | T. | Earhart | | US | 9/11/2001 | VA | 18cv11870 | 18cv11870, 1 at 1 | | N/A | N/A | N/A | See Exhibit B-3 to Declaration of Jerry S. Goldman, Esq. at page 24 | 7/1/24 | N/A | $1,226,414.00 | N/A |
| 3 | Dawn; Thomas | | Gonzalez; Gonzalez | | Jenine | | Gonzalez | | US | 9/11/2001 | NY | 18cv11870 | 18cv11870, 1 at 5 | 5509, 5532, granted at 5565 | N/A | N/A | N/A | See Exhibit B-3 to Declaration of Jerry S. Goldman, Esq. at page 39. | 7/1/24 | N/A | $1,562,453.00 | N/A |
| 4 | Lance | | Ogren | | Joseph | J. | Ogren | | US | 9/11/2001 | NY | 18cv12277 | 18cv12277, 1 at 7 | 5548, granted at 5641 | N/A | N/A | N/A | See Exhibit B-3 to Declaration of Jerry S. Goldman, Esq. at page 62. | 7/1/24 | N/A | $4,025,861.00 | N/A |
| 5 | Valada | B. | Penny | | Richard | | Penny | | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 9 | | N/A | N/A | N/A | See Exhibit B-3 to Declaration of Jerry S. Goldman, Esq. at page 79. | 7/1/24 | N/A | $153,883.00 | N/A |
| 6 | Gail | Ingersoll | Sezna | | Davis | Grier | Sezna | Jr. | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 3 | | N/A | N/A | N/A | See Exhibit B-3 to Declaration of Jerry S. Goldman, Esq. at page 102. | 7/1/24 | N/A | $2,476,433.00 | N/A |