UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

IN RE:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

ORDER

03 MDL 1570 (GBD) (SN)

------------------------------------x

This document relates to:

*Desimone, et al. v. The Islamic Republic of Iran*, No. 21-cv-7679 (GBD) (SN)

## ORDER GRANTING PARTIAL FINAL JUDGMENT AGAINST THE ISLAMIC REPUBLIC OF IRAN FOR THE *DESIMONE* PLAINTIFFS LISTED IN EXHIBITS A AND B

GEORGE B. DANIELS, United States District Judge:

The *Desimone* Plaintiffs listed in Exhibits A and B move for entry of partial final default judgment against Defendant the Islamic Republic of Iran. (ECF No. 9740.[1]) Upon consideration of the evidence and arguments set forth in the Declaration of Robert Keith Morgan, Esq. and the exhibits thereto (ECF No. 9742), together with the entire record in this case, it is hereby

**ORDERED** that service of process in the above-captioned case was properly effectuated upon the Islamic Republic of Iran in accordance with 28 U.S.C. § 1608(a)(4) (*see* No. 21-cv-7679, ECF No. 54); and it is

**ORDERED** that default judgment as to liability is entered against the Islamic Republic of Iran and in favor of all *Desimone* Plaintiffs; and it is

**ORDERED** that partial final default judgment is entered on behalf of the *Desimone* Plaintiffs identified in Exhibits A and B against the Islamic Republic of Iran; and it is

---

[1] Unless otherwise stated, all ECF citations included herein refer to documents filed on the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on Sept. 11, 2001*, No. 03-md-1570 (GBD) (SN).

**ORDERED** that the *Desimone* Plaintiff identified in Exhibit A is awarded compensatory damages for her decedent's pain and suffering in an amount of $2,000,000.00, as set forth therein; and it is

**ORDERED** that the *Desimone* Plaintiff identified in Exhibit B is awarded solatium damages as set forth therein; and it is

**ORDERED** that the *Desimone* Plaintiffs identified in Exhibits A and B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is further

**ORDERED** that the *Desimone* Plaintiffs identified in Exhibits A and B may submit future applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is

**ORDERED** that the *Desimone* Plaintiffs not appearing on Exhibits A and B may submit in later stages applications for damages awards to the extent they have not done so already.

The Clerk of Court is directed to enter partial final default judgment for the Plaintiffs listed in Exhibits A and B. The Clerk of Court is further directed to close the motions at ECF No. 9740 in 03-md-1570 and ECF No. 70 in 21-cv-7679.

Dated: June 17, 2024
New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge

# Exhibit A

| | Plaintiff (as Personal Representative of the Estate of 9/11 Decedent) | | | 9/11 Decedent | | | | | | Claim Information | | | Pain & Suffering Damages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | First | Middle | Last | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Amount |
| 1 | Stephanie | | Desimone | Patrick | | Dunn | US | 9/11/01 | VA | 21cv07679 | 4 at allegation 1, appendix 1 | 69 | $2,000,000.00 |

# Exhibit B

| | Plaintiff | | | | 9/11 Decedent | | | | | Claim Information | | Solatium Damages | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Nationality on 9/11 | First | Middle | Last | Date of Death | 9/11 Site | Case | Complaint | Relationship | Amount |
| 1 | Stephanie | | Desimone | US | Patrick | | Dunn | 9/11/01 | VA | 21cv07679 | 21cv07679, 4 at Appendix 1 | Spouse | $ 12,500,000.00 |