| # | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | CASE NUMBER | State of Residency of Decedent at Death |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Pauline and Charles Leslie Berkeley as Personal Representative of the Estate of Graham | | Berkeley | | Charles Leslie Berkeley as Personal Representative of the Estate of Graham | | Berkeley | | 02cv06977 | N/A |