UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

IN RE:                                          ORDER

TERRORIST ATTACKS ON           03 MDL 1570 (GBD) (SN)
SEPTEMBER 11, 2001

------------------------------------------x

This document relates to:

    *Burnett, et al. v. The Islamic Republic of Iran, et al.*, 15-cv-9903 (GBD) (SN)

**ORDER GRANTING PARTIAL FINAL DEFAULT JUDGMENT FOR THE *BURNETT* PLAINTIFFS LISTED IN EXHIBITS A AND B**

GEORGE B. DANIELS, United States District Judge:

The *Burnett* Plaintiffs listed in Exhibits A and B move for entry of partial final default judgment against Defendants the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Central Bank of the Islamic Republic of Iran (collectively, "Defendants"). (ECF No. 9646.[1]) Upon consideration of the evidence and arguments set forth in the Declaration of John M. Eubanks, Esq. and the exhibits thereto (ECF No. 9648), as well as the Declaration of John M. Eubanks, Esq. in support of the *Burnett* Plaintiffs' motion to correct the instant motion (ECF No. 9747), and in light of the default judgment as to liability against Defendants entered on January 31, 2017 (ECF No. 3443), together with the entire record in this case, it is hereby

**ORDERED** that service of process in the above-captioned case was properly effectuated upon Defendants (ECF No. 64 in No. 15-cv-9903); and it is

---

[1] Unless otherwise stated, all ECF citations included herein refer to documents filed on the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on Sept. 11, 2001*, No. 03-md-1570 (GBD) (SN).

**ORDERED** that partial final judgment is entered on behalf of the *Burnett* Plaintiffs identified in Exhibits A and B against the Defendants[2]; and it is

**ORDERED** that the *Burnett* Plaintiffs identified in Exhibit A are awarded economic damages as set forth therein and as supported by the expert reports and analyses tendered in conjunction with the Eubanks Declaration (ECF No. 9648); and it is

**ORDERED** that the *Burnett* Plaintiffs identified in Exhibit A are awarded compensatory damages for decedents' pain and suffering in an amount of $2,000,000.00 per estate, as set forth therein[3]; and it is

**ORDERED** that the *Burnett* Plaintiffs identified in Exhibit B are awarded solatium damages as set forth therein[4]; and it is

**ORDERED** that Plaintiffs receiving pain and suffering damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that Plaintiffs receiving economic damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date indicated in the "Date of Report" column therein; and it is

---

[2] In their moving papers, the *Burnett* Plaintiffs seek treble damages pursuant to the Anti-Terrorism Act ("ATA"), 18 U.S.C. § 2333. As ATA claims cannot be brought against sovereign defendants, *see* 18 U.S.C. § 2337(2), the *Burnett* Plaintiffs' motion is DENIED as to their request for treble damages.

[3] This Court was unable to find a motion to substitute naming Jessica Katherine Kostaris as the personal representative of the Estate of Bruce Henry Gary in the citations provided by the *Burnett* Plaintiffs in their default judgment motion cover sheet. (ECF No. 9649-1.) Therefore, their motion is DENIED without prejudice as to Ms. Kostaris's request for partial final default judgment.

[4] This Court was unable to find a motion to substitute naming (1) Patrice Kelleher as the personal representative of the Estate of James T. Donovan or (2) Edward Flanders as the personal representative of the Estate of Patricia E. Flanders in the citations provided by the *Burnett* Plaintiffs in their default judgment motion cover sheet. (ECF No. 9649-1.) Therefore, their motion is DENIED without prejudice as to Ms. Kelleher's and Mr. Flanders's requests for partial final default judgments.

**ORDERED** that Plaintiffs identified in Exhibit B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that the *Burnett* Plaintiffs identified in the attached Exhibits A and B may submit future applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is

**ORDERED** that the *Burnett* Plaintiffs not appearing on Exhibits A and B may submit in later stages applications for damages awards to the extent they have not done so already.

The Clerk of Court is directed to enter partial final default judgment for the Plaintiffs listed in Exhibits A and B. The Clerk of Court is further directed to close the motions at ECF No. 9646 in 03-md-1570 and ECF No. 687 in 15-cv-9903.

Dated: June 17, 2024
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

# Exhibit A

| # | Plaintiff (as Personal Representative of the Estate of 9/11 Decedent) | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | Economic Damages | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Report | Date of Report | Prior Award | Amount |
| 1 | Edward | C. | Williams | | Manette | | Beckles | | US | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 2647 | | 5975 at 4 | $ - | | 7/27/23 | | $ 7,505,360.00 |
| 2 | Jaymel | Elizabeth | Connor | | James | Lee | Connor | | US | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 1420 | | | $ 2,000,000.00 | | | | $ - |
| 3 | Susan | Lynne | Kinney | | Christopher | Seton | Cramer | | US | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 1061, 9622 at 3 | | | $ 2,000,000.00 | | 7/31/23 | | $ 12,682,568.00 |
| 4 | Lisa | T. | Dolan | | Robert | E. | Dolan | Jr. | US | 9/11/01 | VA | 9903 | 1:15-cv-09903, 53, at 3104 | | | $ 2,000,000.00 | | | | $ - |
| 5 | Marion | Elaine | Donovan | | Jacqueline | | Donovan | | US | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 2489 | | | $ 2,000,000.00 | | | | $ - |
| 6 | Diane | | Egan | | Martin | Joseph | Egan | Jr. | US | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 574, 280-1, 288 | | | $ 2,000,000.00 | | 8/2/23 | | $ 14,475,273.00 |
| 7 | Susan | K. | Keasler | | Karol | Ann | Keasler | | US | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 1001, 9622 at 3 | | | $ 2,000,000.00 | | | | $ - |
| 8 | Irene | | Smolicz | | Frank | J. | Koestner | | US | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 2568 | | | $ 2,000,000.00 | | 1/13/20 | | $ 12,315,189.00 |
| 9 | Kathleen | | Maloney | | Joseph | Edward | Maloney | | US | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 3340 | | | $ 2,000,000.00 | | 1/10/20 | | $ 7,441,425.00 |
| 10 | Karen | | Parro | | Robert | | Parro | | US | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 1794, 4778 at 5 | | | $ 2,000,000.00 | | | | $ - |
| 11 | Lynn | Ann | Pescherine | | Michael | John | Pescherine | | US | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 850 | | | $ 2,000,000.00 | | 11/1/23 | | $ 27,997,471.00 |
| 12 | Harry | James | Powell | | Brandon | J. | Powell | | US | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 3390 | | 5975 at 18 | $ - | | 10/17/23 | | $ 8,650,847.00 |
| 13 | Ana | Maria | Tempesta | | Anthony | | Tempesta | | US | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 485 | | | $ 2,000,000.00 | | 5/26/23 | | $ 10,835,243.00 |
| 14 | Kathleen | M. | Vigiano | | Joseph | Vincent | Vigiano | | US | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 463 | | | $ 2,000,000.00 | | 8/13/21 | | $ 18,743,603.00 |
| 15 | Felicia | Ann | Young | | Donald | McArthur | Young | | US | 9/11/01 | VA | 9903 | 1:15-cv-09903, 53, at 1168 | | 5975 at 23 | $ - | | 6/14/23 | | $9,908,339.00 |

# Exhibit B

| | (Plaintiff, as Personal Representative of the Estate of Solatium Plaintiff) | | | | Plaintiff | | | | | 9/11 Decedent | | | | | | Claim Information | | | Solatium Damages | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount |
| 1 | | | | | Joseph | Theodore | Afflitto | Jr. | US | Daniel | Thomas | Afflitto | Sr. | US | 9/11/01 | NY | | 1:15-cv-09903, 676, at 1 | | Sibling | | | $ 4,250,000.00 |
| 2 | | | | | Dylan | S. | Chirls | | US | Catherine | Ellen | Chirls | | US | 9/11/01 | NY | | 1:15-cv-09903, 275, at 10 | | Child | | | $ 8,500,000.00 |
| 3 | | | | | Lauren | Vargha | Colasanti | | US | Christopher | Michael | Colasanti | | US | 9/11/01 | NY | | 1:15-cv-09903, 676, at 4 | | Child | | | $ 8,500,000.00 |
| 4 | | | | | Cara | Elizabeth | Colasanti | | US | Christopher | Michael | Colasanti | | US | 9/11/01 | NY | | 1:15-cv-09903, 676, at 3 | | Child | | | $ 8,500,000.00 |
| 5 | | | | | James | Henry | Connor | II | US | James | Lee | Connor | | US | 9/11/01 | NY | | 1:15-cv-09903, 676, at 5 | | Child | | | $ 8,500,000.00 |
| 6 | | | | | John | P. | Connor | | US | James | Lee | Connor | | US | 9/11/01 | NY | | 1:15-cv-09903, 676, at 6 | | Child | | | $ 8,500,000.00 |
| 7 | | | | | Lisa | T. | Dolan | | US | Robert | E. | Dolan | Jr. | US | 9/11/01 | VA | | 1:15-cv-09903, 53, at 3104 | | Spouse | | | $ 12,500,000.00 |
| 8 | | | | | Rebecca | Leigh | Dolan | | US | Robert | E. | Dolan | Jr. | US | 9/11/01 | VA | | 1:15-cv-09903, 676, at 8 | | Child | | | $ 8,500,000.00 |
| 9 | | | | | Robert | E. | Dolan | III | US | Robert | E. | Dolan | Jr. | US | 9/11/01 | VA | | 1:15-cv-09903, 676, at 7 | | Child | | | $ 8,500,000.00 |
| 10 | | | | | Marion | Elaine | Donovan | | US | Jacqueline | | Donovan | | US | 9/11/01 | NY | | 1:15-cv-09903, 53, at 2489 | | Parent | | | $ 8,500,000.00 |
| 11 | Barbara | A. | Geidel | | Ralph | William | Geidel | Sr. | US | Gary | Paul | Geidel | | US | 9/11/01 | NY | | 1:15-cv-09903, 53, at 1113, 9621 at 3 | | Sibling | | | $ 4,250,000.00 |
| 12 | | | | | Marie | Scotto | Giordano | | US | Jeffrey | | Giordano | | US | 9/11/01 | NY | | 1:15-cv-09903, 53, at 1429, 4778 at 3 | | Spouse | | | $ 12,500,000.00 |
| 13 | | | | | Antonio | Jose | Guadalupe | | US | Jose | Antonio | Guadalupe | | US | 9/11/01 | NY | | 1:15-cv-09903, 676 at 9 | | Child | | | $ 8,500,000.00 |
| 14 | | | | | James | Lawrence | Hopper | | US | James | P. | Hopper | | US | 9/11/01 | NY | | 1:15-cv-09903, 676 at 10 | | Child | | | $ 8,500,000.00 |
| 15 | | | | | Carolyn | Alysa | Koestner | | US | Frank | J. | Koestner | | US | 9/11/01 | NY | | 1:15-cv-09903, 676 at 11 | | Child | | | $ 8,500,000.00 |
| 16 | | | | | Megan | Kathleen | Maloney | | US | Joseph | Edward | Maloney | | US | 9/11/01 | NY | | 1:15-cv-09903, 676 at 13 | | Child | | | $ 8,500,000.00 |
| 17 | | | | | Joseph | Eric | Maloney | | US | Joseph | Edward | Maloney | | US | 9/11/01 | NY | | 1:15-cv-09903, 676 at 12 | | Child | | | $ 8,500,000.00 |
| 18 | | | | | Kathleen | | Maloney | | US | Joseph | Edward | Maloney | | US | 9/11/01 | NY | | 1:15-cv-09903, 53, at 3340 | | Spouse | | | $ 12,500,000.00 |
| 19 | Patricia | | McKenna | | Agnes | Jane | McKenna | | US | Stephanie | Marie | McKenna | | US | 9/11/01 | NY | | 1:15-cv-09903, 53, at 1543, 9621 at 3 | | Parent | | | $ 8,500,000.00 |
| 20 | | | | | Lynn | Ann | Pescherine | | US | Michael | John | Pescherine | | US | 9/11/01 | NY | | 1:15-cv-09903, 53, at 850 | | Spouse | | | $ 12,500,000.00 |
| 21 | | | | | Ryan | Michael | Pescherine | | US | Michael | John | Pescherine | | US | 9/11/01 | NY | | 1:15-cv-09903, 676 at 14 | | Child | | | $ 8,500,000.00 |
| 22 | | | | | Alexander | Jordan Selwyn | Rosenblum | | US | Howard | | Selwyn | | US | 9/11/01 | NY | | 1:15-cv-09903, 676 at 17 | | Child | | | $ 8,500,000.00 |
| 23 | | | | | James | Edward | Sabella | | US | Thomas | E. | Sabella | | US | 9/11/01 | NY | | 1:15-cv-09903, 676 at 15 | | Child | | | $ 8,500,000.00 |
| 24 | | | | | Nicole | Jean | Sabella | | US | Thomas | E. | Sabella | | US | 9/11/01 | NY | | 1:15-cv-09903, 676 at 16 | | Child | | | $ 8,500,000.00 |
| 25 | | | | | Kelsie | Marie | Scofield | | US | Glenn | E. | Wilkinson | | US | 9/11/01 | NY | | 1:15-cv-09903, 676 at 18 | | Child | | | $ 8,500,000.00 |
| 26 | Severino | Rogan | Tamayo | Jr. | Severino | Yabut | Tamayo | Sr. | US | Hector | R. | Tamayo | | US | 9/11/01 | NY | | 1:15-cv-09903, 53, at 2183, 9621 at 3 | | Parent | | | $ 8,500,000.00 |
| 27 | | | | | Ana | Maria | Tempesta | | US | Anthony | | Tempesta | | US | 9/11/01 | NY | | 1:15-cv-09903, 53, at 485 | | Spouse | | | $ 12,500,000.00 |
| 28 | Jason | Reed | Tieste | | Ronald | Bruce | Tieste | | US | William | R. | Tieste | | US | 9/11/01 | NY | | 1:15-cv-09903, 53, at 1662, 9621 at 3 | | Sibling | | | $ 4,250,000.00 |
| 29 | | | | | Jasmyn | Alexandria | Troy | | | Willie | Quincey | Troy | | | | | | 1:15-cv-09903, 683 at 3 | | Child | | | $ 8,500,000.00 |
| 30 | Leonard | | Vollkommer | | Christine | | Vollkommer | | US | Robert | W. | Spear | Jr. | US | 9/11/01 | NY | | 1:15-cv-09903, 53, at 2109, 9621 at 3 | | Sibling | | | $ 4,250,000.00 |