UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

IN RE:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

ORDER

03 MDL 1570 (GBD) (SN)

------------------------------------x

This document relates to:

> *Agyeman, et al. v. Islamic Republic of Iran*, 18-cv-5320 (GBD) (SN)
> *Amato, et al. v. Islamic Republic of Iran*, 21-cv-10239 (GBD) (SN)
> *King, et al. v. Islamic Republic of Iran*, 22-cv-5193 (GBD) (SN)
> *Strauss, et al. v. Islamic Republic of Iran*, 22-cv-10823 (GBD) (SN)

## ORDER GRANTING PARTIAL FINAL DEFAULT JUDGMENT FOR THE PLAINTIFFS LISTED IN EXHIBITS A AND B

GEORGE B. DANIELS, United States District Judge:

The Plaintiffs listed in Exhibits A and B move for entry of partial final default judgment against Defendant the Islamic Republic of Iran. (ECF No. 9848.[1]) Upon consideration of the evidence and arguments set forth in the Declaration of Jerry S. Goldman, Esq. and the exhibits thereto (ECF No. 9850), and in light of the default judgments as to liability against the Islamic Republic of Iran entered on June 21, 2019 (ECF No. 4597), April 3, 2023 (ECF No. 8978), and November 7, 2023 (ECF No. 9416), together with the entire record in this case, it is hereby

**ORDERED** that service of process in the above-captioned case was properly effectuated upon the Islamic Republic of Iran in accordance with 28 U.S.C. § 1608(a)(4) (*see* ECF Nos. 8407, 8887, 9234, and ECF No. 55 in 18-cv-5320); and it is

---

[1] Unless otherwise stated, all ECF citations included herein refer to documents filed on the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on Sept. 11, 2001*, No. 03-md-1570 (GBD) (SN).

**ORDERED** that partial final default judgment is entered on behalf of the Plaintiffs identified in Exhibits A and B against the Islamic Republic of Iran; and it is

**ORDERED** that the Plaintiff identified in Exhibit A is awarded solatium damages as set forth therein; and it is

**ORDERED** that the Plaintiffs identified in Exhibit B are awarded economic damages as set forth therein, and as supported by the expert reports and analyses tendered in conjunction with the Goldman Declaration (*see* ECF Nos. 9850-3 to -9); and it is

**ORDERED** that the Plaintiff receiving solatium damages identified in Exhibit A is awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that the Plaintiffs receiving economic damages identified in Exhibit B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date indicated in the "Date of Report" column therein, until the date of judgment; and it is

**ORDERED** that the Plaintiffs identified in Exhibits A and B may submit future applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is

**ORDERED** that Plaintiffs not appearing in Exhibits A and B may submit in later stages applications for damages awards to the extent they have not done so already.

The Clerk of Court is directed to enter partial final default judgment for the Plaintiffs listed in Exhibit A and B.

The Clerk of Court is further directed to close the motions at:

- ECF No. 9848 in 03-md-1570,
- ECF No. 247 in 18-cv-5320,

- ECF No. 113 in 21-cv-10239,

- ECF No. 115 in 22-cv-5193, and

- ECF No. 51 in 22-cv-10823.

Dated: June 17, 2024
      New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge

# Exhibit A

| | (Plaintiff, as Personal Representative of the Estate of Solatium Plaintiff) | | | | Plaintiff | | | | | 9/11 Decedent | | | | | | Claim Information | | | Solatium Damages | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount |
| 1 | Jamie | | Brito | | Mario | | Brito | | US | Victoria | | Alvarez-Brito | | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 1 | 8188 at 3 | Spouse (Deceased) | N/A | N/A | $12,500,000.00 |

# Exhibit B

| | Plaintiff (as Personal Representative of the Estate of 9/11 Decedent) | | | | 9/11 Decedent | | | | | | | Claim Information | | | Economic Damages | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Report | Date of Report | Prior Award | Amount |
| 1 | Jeannette | | Ramos | | Anthony | | Alvarado | | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 11 | N/A | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 1. | 7/1/24 | N/A | $1,353,594.00 |
| 2 | Lauren | Paula | Mayer-Beug | | Carolyn | | Beug | | US | 9/11/2001 | NY | 22cv10823 | 22cv10823, 1 at 3 | MDL ECF Nos. 9288, 9303 (granting 9288) | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 25. | 7/1/24 | N/A | $2,672,491.00 |
| 3 | Selena | | Cherry-Daniel | | Vernon | P. | Cherry | | US | 9/11/2001 | NY | 18cv05320 | 18cv05320, 7 at 12 | MDL ECF Nos. 5526, 5629 (granting 5526); 9846 (pending) | See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 1. | 6/1/24 | N/A | $2,355,974.00 |
| 4 | Kelly | Weightman | Diaz-Piedra | | Michael | | Diaz-Piedra | | US | 9/11/2001 | NY | 22cv10823 | 22cv10823, 1 at 2 | N/A | See Exhibit C-3c to Declaration of Jerry S. Goldman, Esq. at page 1. | 7/1/24 | N/A | $3,321,545.00 |
| 5 | Brenda | | Fallon | | William | | Fallon | | US | 9/11/2001 | NY | 21cv10239 | 21cv10239, 1 at 2 | N/A | See Exhibit C-3c to Declaration of Jerry S. Goldman, Esq. at page 25. | 7/1/24 | N/A | $1,702,201.00 |
| 6 | Jessica | | Geier | | Paul | Hamilton | Geier | | US | 9/11/2001 | NY | 21cv10239 | 21cv10239, 1 at 3 | N/A | See Exhibit C-3d to Declaration of Jerry S. Goldman, Esq. at page 1. | 7/1/24 | N/A | $5,668,581.00 |
| 7 | Susan | | Hermer | | Harvey | | Hermer | | US | 9/11/2001 | NY | 21cv10239 | 21cv10239, 1 at 5 | N/A | See Exhibit C-3d to Declaration of Jerry S. Goldman, Esq. at page 25. | 7/1/24 | N/A | $434,814.00 |
| 8 | Amy; Peter | | Mulderry; Mulderry | | Stephen | | Mulderry | | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 11 | 9838 at 3 | See Exhibit C-3e to Declaration of Jerry S. Goldman, Esq. at page 1. | 7/1/24 | N/A | $7,093,495.00 |