## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013) <br> Jodi Westbrook Flowers, *Co-Chair* <br> Donald A. Migliori, *Co-Chair* <br> Robert T. Haefele, *Liaison Counsel* <br> MOTLEY RICE LLC | Stephen A. Cozen, *Co-Chair* <br> Sean Carter, *Co-Chair* <br> J. Scott Tarbutton, *Liaison Counsel* <br> COZEN O'CONNOR |

## VIA ECF

June 18, 2024

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

    Re:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

    As set forth in their June 7, 2024 letter to Hon. Judge Daniels, ECF No. 9885 at 3-4, the Plaintiffs' Executive Committees and counsel for the *Ashton* Plaintiffs ("Plaintiffs") are continuing to file publicly (with redactions where appropriate) the judicial documents as to which the meet-and-confer process with all parties has been completed, and which are listed on Plaintiffs' "Schedule of Judicial Documents cleared for Public Filing". ECF No. 9885-1.

    Pursuant to this Court's June 17, 2024 Order regarding the efficient filing of (and public access to) digital media files, ECF No. 9923, Plaintiffs are today filing on the public docket the following exhibits that comprise digital media on DVDs:

| Pls. Exhibit No. | Bates / Production No. |
|---|---|
| Pls. Ex. 10E | MPS902-CLIP |
| Pls. Ex. 10F (errata version) | MPS2023-003_upd |
| Pls. Ex. 10G | MPS906-CLIP |
| Pls. Ex. 10H | MPS896-CLIP |
| Pls. Ex. 10K | MPS2023-059 |

    Certain images contained in these exhibits have been provisionally redacted, as agreed between the parties,[1] to obscure the faces of individuals who were minors at the time.

---

[1] In the exhibits "Pls. Ex. 10F_ppr", "Pls. Ex. 10H_ppr" and "Pls. Ex. 10K_ppr", Plaintiffs have obscured the faces of minors, while no redactions were required in the exhibits "Pls. Ex. 10E_ppr", "Pls. Ex. 10G_ppr", which have been filed in unredacted form. Plaintiffs' judicial documents that include Plaintiffs' provisional redactions (labeled with the code "ppr") are subject to Plaintiffs' reservation of rights to challenge later. ECF No. 9885.

A scanned imprint of each DVD is being filed on the public docket via ECF, accompanied by counsel's contact information in order to facilitate public access. ECF No. 9923.

Respectfully submitted,

| MOTLEY RICE LLC | COZEN O'CONNOR |
|---|---|
| By: /s/ Robert T. Haefele<br>ROBERT T. HAEFELE<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29465<br>Tel.: (843) 216-9184<br>Email: rhaefele@motleyrice.com<br><br>*For the Plaintiffs' Executive Committee for Personal Injury and Death Claims on behalf of the Plaintiffs* | By: /s/ Sean P. Carter<br>SEAN P. CARTER<br>One Liberty Place<br>1650 Market Street, Suite 2800<br>Philadelphia, Pennsylvania 19103<br>Tel.: (215) 665-2105<br>Email: scarter1@cozen.com<br><br>*For the Plaintiffs' Executive Committee for Commercial Claims on behalf of Plaintiffs* |

KREINDLER & KREINDLER LLP

By: /s/ James Gavin Simpson
JAMES GAVIN SIMPSON
485 Lexington Avenue
New York, New York 10017
Tel.: 212-687-8181
Email: gsimpson@kreindler.com

*Attorneys for Ashton Plaintiffs*

cc:   The Honorable George B. Daniels, via ECF
      All Counsel of Record via ECF