UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |
|---|---|

This document relates to:
*Audrey Ades, et al. v. Islamic Republic of Iran*, No. 1:18-cv-07306 (GBD) (SN)
*Spence et al. v. Kingdom of Saudi Arabia*, 1:18-cv-11971 (GBD) (SN)

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's motion to permit the substitution of the Personal Representative of an individual killed as a result of the terrorist attacks on September 11, 2001; it is hereby

ORDERED that the *Ades* and *Spence* Plaintiff's motion is granted, and the individual included in Exhibit A is to be substituted into the *Ades* and *Spence* case.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 9937.

Dated: New York, New York
_____, 202\_

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

docs-100704332.1

**EXHIBIT A to Motion to Substitute Party**

| | Previous Personal Representative: | Case Information: | Substituted Personal Representative: | State of Residency of Substituted Personal Representative at Filing: | Decedent's Name: |
|---|---|---|---|---|---|
| 1. | Saundra Faye Woolen as the Personal Representative of the Estate of Tamara Thurman, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tamara Thurman | *Audrey Ades, et al. v. Islamic Republic of Iran*, No. 1:18-cv-07306 (GBD)(SN); *Spence et al. v. Kingdom of Saudi Arabia,* 1:18-cv-11971 (GBD)(SN) | Emory E. Hackman, Jr. as the Personal Representative of the Estate of Tamara Thurman, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tamara Thurman | VA | Tamara Thurman |

2