Exhibit B1 - Ashton Estates (all US nationals)

| # | Personal Representative ||||  9/11 Decedent |||||||  Claim Information ||| Pain & Suffering Damages |||  Economic Damages ||||| Notes |
|---|First|Middle|Last|Suffix|First|Middle|Last|Suffix|Nationality on 9/11|Date of Death|9/11 Site|Case|Complaint|Amendments & Substitutions|Prior Award|Amount|Treble|Report|Date of Report|Prior Award|Amount|Treble||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Kurt | | Foster | | Claudia | | Foster | | US | 9/11/01 | NY | 02cv06977 | 1463 at 8 | | 3226 at 2; 8275-1 at 5, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 7/1/2024 | 6/18/24 | | $ 5,072,471.00 | $ 15,217,413.00 | |