## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| **Plaintiffs' Executive Committee for Personal Injury and Death Claims** | **Plaintiffs' Executive Committee for Commercial Claims** |
|---|---|
| Ronald L. Motley (1944-2013) <br> Jodi Westbrook Flowers, *Co-Chair* <br> Donald A. Migliori, *Co-Chair* <br> Robert T. Haefele, *Liaison Counsel* <br> MOTLEY RICE LLC | Stephen A. Cozen, *Co-Chair* <br> Sean Carter, *Co-Chair* <br> J. Scott Tarbutton, *Liaison Counsel* <br> COZEN O'CONNOR |

**VIA ECF**

June 19, 2024

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

Re:  *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

As set forth in their June 7, 2024 letter to Hon. Judge Daniels, ECF No. 9885 at 3-4, the Plaintiffs' Executive Committees and counsel for the *Ashton* Plaintiffs ("Plaintiffs") are continuing to file publicly (with redactions where appropriate) the judicial documents as to which the meet-and-confer process with all parties has been completed, and which are listed on Plaintiffs' "Schedule of Judicial Documents cleared for Public Filing". ECF No. 9885-1.

Plaintiffs are today filing on the public docket the following twenty (20) judicial documents:

| **Pls. Exhibit No.** | **Bates / Production No.** |
|---|---|
| Pls. Ex. 11D | MPS894-CLIP Screenshots |
| Pls. Ex. 11L | MPS910-CLIP Screenshots |
| Pls. Ex. 11M | MPS911-CLIP Screenshots |
| Pls. Ex. 11N | MPS999x_4017_5 and other images |
| Pls. Ex. 12AA (errata version) | MPS738 |
| Pls. Ex. 12BB (errata version) | MPS688 |
| Pls. Ex. 353 | MPS727_202 |
| Pls. Ex. 355 | MPS727_142 |
| Pls. Ex. 364 | MPS43_136 |
| Pls. Ex. 365 | MPS43_137 |
| Pls. Ex. 368 | MPS43_152, MPS43_144 |
| Pls. Ex. 369 | MPS43_309 |
| Pls. Ex. 373 | MPS43_345 |
| Pls. Ex. 375 | MPS43_381, 380 |
| Pls. Ex. 376 | MPS698_151 |
| Pls. Ex. 377 | MPS698_145 |
| Pls. Ex. 383 | MPS43_216 |
| Pls. Ex. 390 | MPS43_229-30 |

The Honorable Sarah Netburn
June 19, 2024
Page 2

| Pls. Ex. 392 | MPS42_218 |
|---|---|
| Pls. Ex. 394 | MPS43_220 |

Plaintiffs have made certain provisional redactions to these exhibits, as agreed between the parties, including: provisional redactions of images to obscure the faces of individuals who were minors at the time;[1] and provisional redactions to telephone numbers and other data.[2]

All Plaintiffs' judicial documents that include Plaintiffs' provisional redactions ("ppr") are subject to Plaintiffs' reservation of rights to challenge later. ECF No. 9885.

Respectfully submitted,

MOTLEY RICE LLC

By: /s/ Robert T. Haefele
ROBERT T. HAEFELE
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
Tel.: (843) 216-9184
Email: rhaefele@motleyrice.com

*For the Plaintiffs' Executive Committee for Personal Injury and Death Claims on behalf of the Plaintiffs*

COZEN O'CONNOR

By: /s/ Sean P. Carter
SEAN P. CARTER
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Tel.: (215) 665-2105
Email: scarter1@cozen.com

*For the Plaintiffs' Executive Committee for Commercial Claims on behalf of Plaintiffs*

KREINDLER & KREINDLER LLP

By: /s/ James Gavin Simpson
JAMES GAVIN SIMPSON
485 Lexington Avenue
New York, New York 10017
Tel.: 212-687-8181
Email: gsimpson@kreindler.com

*Attorneys for Ashton Plaintiffs*

cc:   The Honorable George B. Daniels, via ECF
      All Counsel of Record via ECF

---

[1] In the exhibit "Pls. Ex. 11D_ppr", Plaintiffs have obscured the faces of minors; the exhibit "Pls. Ex. 11N_ppr" contains excerpted images without redactions; while in the exhibits "Pls. Ex. 11L" and "Pls. Ex. 11M" no redactions were required.

[2] In exhibits "Pls. Ex. 12AA_ppr" and "Pls. Ex. 12BB_ppr", Plaintiffs have redacted telephone numbers and other data. Plaintiffs have had to file "Pls. Ex. 12AA_ppr" (Bayoumi's handwritten address book) in sections on the ECF to comply with maximum file-size limits. Plaintiffs will make available copies of the whole exhibit as a single PDF via the same process ordered by the Court for DVDs; requests to be directed to Plaintiffs' counsel at: 911documentarchive@kreindler.com.