# EX. 11D MPS PHOTOGRAPHS / *updated Apr 19, 2024



MPS726_114, photo 226



MPS726_112, photo 222

# EX. 11D MPS894-CLIP VIDEO SCREENSHOTS



MPS894-CLIP-TR
VIDEO SCREENSHOTS

## EX. 11D MPS894-CLIP VIDEO SCREENSHOTS





**MPS894-CLIP-TR VIDEO SCREENSHOTS**

*ppr = Redacted to obscure the face of an individual who was a minor at the time.



*ppr = Redacted to obscure the face of an individual who was a minor at the time.

## EX. 11D MPS894-CLIP VIDEO SCREENSHOTS





# EX. 11D MPS894-CLIP VIDEO SCREENSHOTS



## EX. 11D MPS PHOTOGRAPHS



MPS document 726, photo 302 at p.149



MPS document 726, photo 305 at p.150

*ppr = Redacted to obscure the face of an individual who was a minor at the time.

## EX. 11D MPS PHOTOGRAPHS



MPS document 726, photo 307 at p.150



MPS document 726, photo 715 at p.312

*ppr = Redacted to obscure the face of an individual who was a minor at the time.

## EX. 11D MPS PHOTOGRAPHS



MPS document 726, photo 297 at p.147



MPS document 726, photo 298 at p.147

## EX. 11D MPS PHOTOGRAPHS



MPS document 726, photo 36 at p.22





MPS document 726, photo 199 at p.104   MPS document 726, photo 36 at p.22 (crop)

*ppr = Redacted to obscure the face of an individual who was a minor at the time.