# EX. 11L MPS910-CLIP VIDEO SCREENSHOTS





**MPS910-CLIP**

**VIDEO SCREENSHOTS**

# EX. 11L MPS910-CLIP VIDEO SCREENSHOTS





**MPS910-CLIP**

**VIDEO SCREENSHOTS**

# EX. 11L MPS910-CLIP VIDEO SCREENSHOTS





**MPS910-CLIP**

**VIDEO SCREENSHOTS**

# EX. 11L MPS910-CLIP VIDEO SCREENSHOTS






**MPS910-CLIP**

**VIDEO SCREENSHOTS**

# EX. 11L MPS910-CLIP VIDEO SCREENSHOTS





**MPS910-CLIP**

**VIDEO SCREENSHOTS**

# EX. 11L MPS910-CLIP VIDEO SCREENSHOTS





**MPS910-CLIP**

**VIDEO SCREENSHOTS**

# EX. 11L MPS910-CLIP VIDEO SCREENSHOTS







**MPS910-CLIP**

**VIDEO SCREENSHOTS**

## EX. 11L MPS910-CLIP VIDEO SCREENSHOTS



