## EX. 11MPS911-CLIP VIDEO SCREENSHOTS



Image 1  --  Screenshot from MPS 911, at 48.21



Image 2  --  Screenshot from MPS 911, at 48.28



Image 3  -- Screenshot from MPS 911, at 48.48



Image 4  -- Screenshot from MPS 911, at 48.51



Image 5  -- Screenshot from MPS 911, at 48.46

**MPS911-CLIP**

**VIDEO EXHIBIT**