# Exhibit 11N

## 9/11 SUPPORT

## - EXCERPTED IMAGES -

 =  Plaintiffs' provisional redactions ("ppr") of certain images, made subject to Plaintiffs' reservation of rights to challenge or supplement later. ECF No. 9885.

# EX. 11N – 9 /11 SUPPORT – ADDITIONAL SCREENSHOTS



MPS999x_4017_5

# EX. 11N – 9 /11 SUPPORT – ADDITIONAL SCREENSHOTS



MPS704_70

MPS713_11

# EX. 11N – 9 /11 SUPPORT – ADDITIONAL SCREENSHOTS



MPS2023-035 at 1:50:30



MPS2023-094_19