# Exhibit 12

# AA
## - ERRATA VERSION -

 =   Plaintiffs' provisional redactions ("ppr")
of telephone numbers and other data,
made subject to Plaintiffs' reservation
of rights to challenge later. ECF No. 9885.



| EXHIBIT REF.NO | PRODUCED BY : |
|---|---|
| **PSS/126** | **DS STREET** |

**DESCRIPTION :**

# ADDRESS BOOK

## WHERE FOUND :

# TOP OF COMPUTER ROOM 4 34 DYMOKE STREET

**REMARKS**

MPS738_1

**Item Response Theory**

Principles and Applications

Khalid Al-Subhi



−9113

−2537



+138

Azhar

Umra during Ramadan
Insh'Allah

6 people / Azhar
          Parents
          2 sisters
          1 cousin

around 3rd December 2001

to

around 17th December 2001

[maybe 3 days in Medina insh'allah (jirot)]

then

[rest g time in Mecca insh'allah]

〰〰〰〰〰

1

MPS738_2



Ahmad Bagader
3533
0007  Mobile

2515  Qadaur
Qadaur (Mekkah)

05/9874519

go bananas

DO NOT INSERT INTO TELEPHONE
USE A PUSH BUTTON PHONE ONLY

1 DIAL 0800 097 1110

2 ENTER PIN NUMBER          093

3 DIAL YOUR DESTINATION NUMBER INCLUDING
   FULL NATIONAL OR INTERNATIONAL CODE
4 TO MAKE FOLLOW ON CALL, PRESS # #

5 036344 100224

+138

Azhar

Umra during Ramadan
ınch' Allah

                    / Azhar
6 people /  Parents
            2 sisters
            1 cousin

around 3rd December 2001

                    to

around 17th December 2001

[maybe 3 days in Medina insh'allah (jirot)]

            then
[rest of time in Mecca insh'aliah]

2



البنك السعودي الامريكي
## Saudi American Bank

| LOCATION | ANDLUS5L02402015 | موقع الجهاز |
|---|---|---|
| CARD NUMBER | ▇▇▇ 0032 | رقم البطاقة |

| DATE التاريخ | TIME الوقت | MACHINE الرقم الآلة | CODE الرمز |
|---|---|---|---|
| 20010630 | 19:48 | 2015-0006 | ▇2000 |

**YOUR BALANCE**   20,394.24  USD   الرصيد

CASH WITHDRAWAL        2,000.00 SAR

NEW BALANCE:        19,859.48   USD

PLAN YOUR FUTURE THROUGH SAMBA FINANCIAL
PLANNING SERVICES CALL 8001241010

خدمات سامبا على مدار الساعة
SAMBA 24 Hour Banking

---

*(Arabic handwriting, upper left)*

Call Shinta
Call Dr. Hamed after sending
Call Khaled BaSaloum
Send E-Mail to AZHAR
Review and add some pages

[Translation]

---

To the Consulate

805N → 405N Santa Monica
Left

santelle

From The Embassy
To The Iranian Restaurant

Olympic BLVD Left
westwood lift
Yz k/lo → if you find olypic
its mean you get lost!

---

.VICES AGENCY

**BOARD OF ACCOUNTANCY**
2000 EVERGREEN STREET, SUITE 250
SACRAMENTO, CA 95815-3832
TELEPHONE: (916) 263-3680
FACSIMILE: (916) 263-3675
WEB ADDRESS: http://www.dca.ca.gov/cba

(ATT: CURRENT RI



Hamad Al-Badr

Fraij Al-Sudairi

@BXNDXYT ▇▇▇▇▇▇▇▇▇▇▇-DIGIT 921
#003057438  AAA  O                    EP
AHMED M A BASALAMAH
APT 6
6602 BEADNELL WY
SAN DIEGO, CA  92117-5120

---

The head of Islamic
**Affairs in**
Because it's your stuff
**The Consulate**
Saad Al-Jabreen

Iomega.                      -6000
                             Sami Al-Sadhan
EX 246

Nemaat  8306

Grossment College
         7000

Abdullah Al-Halabi/Academy

www.iomegajobs.com

MPS738_4

3-4



Rabi'ah Ibn Ka'ab

I cannot ← In need | Columbia, Missouri

give you

Mathematics Director Khalid Al-Subhi

−785.

Jeddah 47

Rabigh 3

Khulais 14

Ahmed Air Conditioning



3439
−9292
EX. 416

Abdul Aziz
Talal

MRS J.A. GODFREY
1, LENTON STREET
SANDIACRE
NOTTINGHAM
NG10 5DJ
TELE. NO. ████5403
Email: godfrey51@freeserve.co.uk
j.godfrey4@ntlworld.com
jacq-3101@hotmail.com

**INSPECT IMMEDIATELY!**

OMAR A AL BAYOUMI
6333 MT ADA RD APT 152
SAN DIEGO, CA 92111

Your Personalization

► PLEASE BE SURE TO INSPECT: your personalization, your financial institution name, and your account number. Our liability is limited to the replacement of documents incorrectly printed.

**Bank of America.**
BofA and El Cajon
6501 El Cajon Blvd
San Diego CA
619 667 3220

Financial Institution Name    Your Account Number

⑆122000661⑆    ⬛⬛ 3926⑈

THANK YOU FOR YOUR ORDER!

### Important Information

• Our goal is to provide complete satisfaction. Please thoroughly inspect your checks and deposits. Every effort has been made to ensure the accuracy of this order. If you should find a discrepancy, notify your financial institution immediately and a corrected order will be provided.

See Back for Additional Product Information

Al-Towayan    −6997
Al-Towayan    −6997

5



Fence and home → Khadijah Street

MPS738_6



Tarek Al-Shaikh
8858

| Three | 1421 / 4 / 13 on 7958 |
| | 405 N  →  Santa Monica Blv. |
| | Left |
| 2045 | Sawtelle |
| | 20 |
| | Dec 8  → |
| | Nov ⇒ |
| | October |
| | ⌄ Nov |
| | Nove |
| | Oasis          1373 |
| | 4477 |
| | exclusive California |
| | 0612 |
| | 8221 |
| | Deadline 29 |

T h u r s d a y   M a r c h   3 0
MF161N
San Diego    →    New York
Delta 50 →  6:30AM →  4:10
San Diego
Saudi flight
34 leaving @9:00PM
arriving @ 4:30PM

bom Dia = Good morning

May 16th  for the family
M5J567

| 4190 | Home "Township"  Ahmad Ghalib |
| 2275 | Home          "          Saeed Ghalib |
| 8903 | Office          "          " |
| | Office          Talal Al-Shawy |
| 3204 | Grocery Store |
| 3212 | Home |
| 3671 | "The Shoe" Mahboob Electrician |
| 8118 | .        -      -- |

Amirican On line
GOLD13

The closeness of a man to his wife complicates, but his paternal uncles and his maternal uncles and his brothers, she is without... a group of women......

The other (everyone who is not with me is against me)

--    laughing    --

MPS738_7

yazeed78@hotmail.com    Yazeed Al-Salmi

| ☎ | ✉ | 👥 |
|---|---|---|

| 0867 01925 3376 | Yusuf Salamah |
|---|---|
| | Home    "       " |
| | Fax |

| 9886 2709 – 2710 | Yusuf Al-Ghamedi |
|---|---|
| | 1555 |
| | Office   Yahya Ahmad Alareesh |

| Telephone | ~~Yasser Al Khattab~~ |
|---|---|
| – 2128 | Hael   Yusuf Al-Shuwayhan |
| | P.O.Box 214 |

| Cellular | – 4671 |
|---|---|
| yusef@AYNA.com | |
| Zero net | ohmeme oh2 |

| 2090 cell 4278 4633 4125 1785   Fax → 364 – 7419   Home | Saudi Arabia Yusuf Ali Al-Naqidan |
|---|---|
| | page hometown |
| | http://hometown .aol.com |

AOL

http://hometown.aol.com
/ohmemeoh/omar.html

http://members.aol.com/ohmemeoh
/omar1.htm

http://members.aol.com/ohmemeoh
/omar.htm → html → Allah is the one

oohmem

---

| ☎ | ✉ | 👥 |
|---|---|---|

| | quiso.com |
|---|---|
| | 1 – xxx – xxx.xxxx |

| www.ed.ac.uk/internat |
|---|
| Edinburgh University |

| 8486 |
|---|
| Yahoo |

| -- / Protect me | get my back |
|---|---|
| Get out of a dilemma | of the hook |
| | Keyword: Albayoumi site |

| astroatlas | new page in |
|---|---|
| ID | OmarAlBayoumi |
| Pass | |

| Keywords: | albayoumi_site |
|---|---|
| | http://www.astroatlas.com/ omaralbayoumi/ |
| | welcome.htm |

Netscape
omaralbayoumi@netscape.net

MPS738_8



**Maintenance of the Mosque**

| | |
|---|---|
| U S Customes | |
| ─ 5646 | |

| | |
|---|---|
| Replacement I94 | |
| $ 2852 | |

| | |
|---|---|
| T h o s o m | |
| H u g h e s | representative of |
| | ⇒ Abdullah Al Al-Sheikh |

How did you get hold
of an applicat form

almudaiheem 2000

Currently your site is below
Business / advice column
Keyword almudaiheem Inn

deltathree
5326  ⇒  2954
pacivic wave

I C Q #  8 3 3 3

| | | |
|---|---|---|
| cel | -4202 | Manuel ⌐ Gardener |
| | -0763 | Gardner ⌐ Sat. |
| | -7851 | Proficinal Sound |
| | -2404 | Pager microphone |
| | | Mr. Bill |
| | ─ 6845 | "regarding Carpet wash" Cezar |
| | ─ 1105 | Adnan Salah / Abu Omar |
| | | c./o. Mahmoud Ariquat / for carpet |
| | ─ 7818 | Carpet / Ameer Fakhouri |
| H | -8825 | Alfonso |
| P | -5229 | Installar's Carpet |
| Pager | -2121 | "Seb" The Contractor |
| | -0732 | |

What is your name

Dr.

Miss
Mr.
Mrs.
Ms.

Prof

$\dot{\text{خ}} = 5$   $= 7$
$\text{ح} = 7$
$\text{ع} = 3$   $\dot{\text{غ}} = 3$ '
$\text{ص} = 9$   $\dot{\text{ض}} = 9$ '
$\text{ط} = 6$   $\dot{\text{ظ}} = 6$ '

Pass

MPS738_9



**Maintenance of the Mosque**

| 📞 | ✉ | 👥 |
| --- | --- | --- |
| U S Customes | | |
| ████ – 5646 | | |
| | | |
| Replacement I94 | | |
| $2852 | | |
| | | |
| | | |
| T h o s o m | | |
| H u g h e s | representative of | |
| ⇒ Abdullah Al-Sheikh | | |
| | | |
| | | |
| How did you get hold | | |
| of an applicat form | | |
| | | |
| almudaiheem 2000 | | |
| Pass ████ | | |
| Currently your site is below | | |
| Business / advice column | | |
| Keyword almudaiheem Inn | | |
| deltathree | | |
| ████ 5 3 2 6  ⇒  2 9 5 4 | | |
| pacivic wave | | |
| ████ | | |
| ICQ # ████ 8 3 3 3 | | |

| 📞 | ✉ | 👥 |
| --- | --- | --- |
| ████-4202 | Manuel | Gardener |
| cel ████-0763 | Gardner | Sat. |
| ████-7851 | Proficinal Sound | |
| ████-2404 | Pager | microphone |
| | Mr. Bill | |
| ████ – 6845 | "regarding Carpet wash"  Cezar | |
| ████ – 1105 | Adnan Salah  /  Abu Omar | |
| | c./o. Mahmoud Ariquat / for carpet | |
| ████ – 7818 | Carpet / Ameer Fakhouri | |
| H ████-8825 | Alfonso | |
| P ████-5229 | Installer's Carpet | |
| Pager ████-2121 | "Seb"  The Contractor | |
| -0732 | | |
| What is your name | | |
| Dr. | | |
| Miss | | |
| Mr. | | |
| Mrs. | | |
| Ms. | | |
| Prof | | |

خ = 5    = 7 ٔ

ح = 7

ع = 3    غ = 3 ٔ

ص = 9    ض = 9 ٔ

ط = 6    ظ = 6 ٔ

MPS738_10

## cjb.net

☎  ✉  🍴

http://albayoumi.cjb.
net —

- - - - - - - - - - - - - - - - - -

████████ 0597

Windows 98
QWBMY — BWQ4Q — 3JHPW —
7728R — GFYQQ

Intertent.com ← Realply for loading

**http://omarsan.cjb.net**

Title : Hello (Marhaba)
Keywords : Marhaba
    Everyone makes mistakes. But
    the fewer you make, the better
    of your business will be
        ↓
        life

alkhedba@hotmail.com
(English) Tutor

---

☎  ✉  **Orlando**

| | |
|---|---|
| $150 | 3 Bedroom Villas    Trips |
| | Orlando |
| | ████  — 5527 |

Halidy homes
Kacciny    Kacciny
2:10

4.
Terminal  Sky

Morning    Morning 210
8:50 arrives
16:55 Arrival Morning 11:20
1700

Ph 0455

| from Jeddah – London | 132 |
| from London – San Diego | 2219  Saturday |

July / 1

West terminal

— Hethrow
— Jetwick
A y m a n   B a d k o o k

Sen      ████████  2 2 9 4  — Paging

Phenex   ████████  - 3 4 5 5

        ████  9 2 9 7

British
Phenix
airport        ████  —  3 4 5 5

Ticket        ████  4 8 6 6
Counter        - 4 2 7 0

S o z a n a

MPS738_11

Saudi American Bank

$

acc. / ▮▮▮ 3747

Muslim World League

Sheikh / Abdullah Al-Noshan

Washington
Tel ▮▮▮ -8200
Fax ▮▮▮ -8448

New York
▮▮▮ - 4033
Cell. ▮▮▮ 1717   Rabee (his office manager)

noshan@maktoub.com
▮▮▮ 4167 F

Case Western
Prince's office manager

---

Id ▮▮▮ 5 1 8 2

| | West Coast University |
| | WCULIB@netcam.com |
| | W C U L I B  Password: ▮▮▮  browser Program = netcruizer |
| ▮▮▮ 2844  8300 | West Coast University |
| | West Coast La  ▮▮▮ 4928  Ex. 871 |
| ▮▮▮ -2928  Ex 607  Ex  ▮▮▮ 4928 | WCU   Orange County  Wendy   Library  ▮▮▮ 8607  WCU   La   Lib → Books |
| Ex 871  1871 | Randy   lib   LA |
| ▮▮▮ 8032  ▮▮▮ 4362 | W C U  Fax   $ 0   New Address  WCU |
| | 4021 Rosewood Av.  Second   LA  CA 90004  Floor |
| | |

M W
6-8
Internet
T Thri 6-830

Id ☐ 5 1 8 2

- 6973 | West Center
☐ -1130
Teus 5-8
☐ 6970

West Coast University

WCULIB@netcam.com

8301 West Coast S.D
- - 8316 David
Fax ☐ - 8311

W C U L I B
Password: ☐
browser Program = netcruizer

MTW / 12-2    Norina
Th Fri    12-2    12-2

2844 West Coast University
8300
West Coast La
☐ 4928    Ex. 871

onso/ Shira → ☐ - 6977

Orange.com
800 - - - - -8_

Sep 8 →MTW  12-2
PM

Engel

introd. Sep 10 - W  7-9
$ 54
Frinsh   W   7-9

-2928 WCU         Orange County
Ex 607    Wendy         Library
Ex    8607
4928    WCU    La    Lib → Books

Ex 871

1871    Randy    lib    LA

$10  $5
3
Full name
Social Securities

W C U
8032
Fax    $ 0    New Address
4362    WCU
4021 Rosewood Av.
Second   LA  CA 90004
Floor



# Washington Mutual 0322

| ☎ | ✉ | 👥 |
|---|---|---|
| ■ 0 0 0 0 | "Riyadh"  Ministry of Finance | |
| | 1873 | Ali Al-Rehaily |
| ■ 4 8 5 5 | Home | Saleh Al-Braik |
| 5 9 1 3 | Home | Ali Al-Rehaily |

| | | |
|---|---|---|
| | Abd Al-Khaliq | |
| ■ 1 0 0 8 | Belooshi / Fahd Tourist Agency | |

| | | |
|---|---|---|
| ■ 4 0 4 0 | Fahd Tourist Agency | |
| 1 6 1 6 | " " " | |
| 0 4 4 1 | Saeed Al-Abbasy " " " | |
| 4 4 0 1 | Majahed/Jameel | |
| 4 4 0 9 | Cell Baqader Tourist & Travel Agency | |
| 3 6 6 5 | Mahloof | |
| | Mechanic in front of  Al-Amoody workshop | |
| ■ 6 3 1 4 | | |

| | | |
|---|---|---|
| ■ 5 1 3 4 | - - - - - - - - - - - - - - - - - - - - - - - - - - - | |
| 2 1 4 | - - - - - - - - - - - - - - - - - - - - - - - - - - - | |
| ■ 3 5 2 4 | Wajeeh ← | |

| | | |
|---|---|---|
| ■ 9 5 4 8 | Waheed | |
| 9 9 8 6 | Electric Workshop for auto repair & overhaul | |

| | | |
|---|---|---|
| ■ 3 5 6 7 | Saifullah / Cooling Workshop | |
| ■ - 7 4 5 1 | YMCA  ■ - 0 3 4 5 | |
| Miss.Carolyn | HYDRED | |

Bart Smoot
■ - 5 3 3 6

| ☎ | ✉ | 👥 |
|---|---|---|
| F ■ 0 2 8 5 | Ministry of Islamic Affairs/ The Minister | |
| ■ - 3 5 0 8 | | |
| 3 | | |

| | | |
|---|---|---|
| ■ - 0 9 9 5 | W e s | |
| ■ - 8 7 2 2 | Waleed Al-Jabr | |
| | Clubs and Centers Manager | |

| | | |
|---|---|---|
| ■ 9 5 3 2 | Al-Dekhail Building  Fahd Tourist Agency | |
| 9 4 1 6 | " " | |
| 4 1 2 7 | " " | |

| | | |
|---|---|---|
| ■ 1 0 2 0 | Fernas Agency | |
| 1 0 3 7 | Nader " " | |
| 4 3 0 4 | - - - ● | |

| | | |
|---|---|---|
| ■ 3 7 5 9 | Kanoo Tourist Agency | |
| 4 2 2 8 | Sayed Shaheen | |

| | | |
|---|---|---|
| ■ 5 4 1 4 | Saudi Bureau for Tourism and Travel | |
| ■ 8 7 8 2 | Ali Hamed Al-Jayyar | |
| ■ 4 5 5 2 | Al-Tayyar Agency | |

| | | |
|---|---|---|
| ■ 4 8 0 0 | WALLEED AL-REDAN | |
| ■ - 2 8 2 9 | Wajdi Bin Hamza Ghazzawy | |
| ■ - 8 3 7 2 | Fax | |
| ■ 1 5 0 4 | Vehicle | |
| | P.O Box 10999  Makkah Al-Mokarramah | |
| | Makkah | |

MPS738_14

| ☎ | ✉ | 👥 |
|---|---|---|
| ■-0914 | Webster | |
| ■-8311 | West Coast U | |
| | | 0250 |
| | | 9066 |
| | ■0164 | |
| EPC | | 8526 |
| | 0164 | |
| No | | 4882 |
| New | | 6892 |
| Ex. 240 | Azhari | |
| www.Deen.com | Qu'ranic websites | |
| housing @ Birmingham | | |
| E-Mail: andrew.matheson@ | | |
| moseleyha.org.uk | | |
| Tel: ■ —8661 | | |

| ☎ | ✉ | 👥 |
|---|---|---|
| | ■ | 3328 |
| | | 9159 |
| Ezz Al-Deen → ■ | — 6987 | |
| Pager ■ | 6486 | |
| ■-1400 | Home Depot | |
| ✓ | | |
| لـل | ■ | 9065 |
| | P ■ | 3465 |
| | ■ | 4289 |
| | King Fahad Hospital | |
| ■ 6111 → | 405 | |
| | ■ — 0778 | |
| | ■ 0270 | |
| Cell. | ■ 4770 | |
| | 1800 | |
| ■-0156 | Hydred | |

MPS738_15



8-3-4-3-0-0

2,200
5 years

| | |
|---|---|
| 7717 | Airways Engineering |
| 9041 | fax    Al-Sati |
| 1378 | Hani Gharbi |

| | |
|---|---|
| 5775 | ------ Hashim Babellah |
| 5197.50 | ------ |
| 40^^ | ------- |
| Fax — 0682 * | 8 – 1B |
| -3562 | Hictor Ortiga |
| -7599 | |
| | 2156 crimento |
| 0682 | pager ■ – 9666 |

Hashim

| | |
|---|---|
| 0682 | Hashim Attas |
| – 7242 | office    2 333 |
| CLu. 8574799 | F   0 964 |
| Ex. 2470 | Saudi Arabia |

| | |
|---|---|
| 5740 | Hani Badkook |
| 6283 | # 0770 Mobile |
| f | 9660 Justin Makkia |

| | |
|---|---|
| 4476 | Islamic Relief Organization |
| | Dr. / Sulaiman Al-Ali |
| | 4476 |

| | |
|---|---|
| -8910 | Home Depot |
| – 3446 | Hesham Faqeeh |

| | |
|---|---|
| – 1386 | Hideki |
| 0809 | Hani Hitairshi |
| | Husband of Nidaa Khairo |

8447 1413/11/17
1 1 /17

| | |
|---|---|
| -1332 | Hisham Kaaki |
| -1332 | |

| | |
|---|---|
| -2156 Hector | |
| 591 | W.Holt av    109 Room |
| | # 3 |
| El Centro | 92243 |

| | |
|---|---|
| | 5631  -- -- |

| | |
|---|---|
| -8185 | -- -- |
| | E-mail Hani |
| | Hasnoon@sps.net.SA |

| | |
|---|---|
| 83 | Hani BADKOOOK |
| | P.O.BOX 12414 |
| | Jeddah - 21463 |
| | Saudi Arabia |

| | |
|---|---|
| | Cox Long Distance |

| | |
|---|---|
| 5197.50 | General Manager of Department of Retirement Pensions |
| 5775.- | His Excellency the President of the Civil Aviation |
| 5/26 | |

MPS738_16

16



☎   ✉   👥

|  |  |
| --- | --- |
|  | - - - - - - |

Would you mention me for your Lord

As I am sick of loving you, Waseem

You kept believing during my nights when I was

talking intimately with a merciful, forgiving God

You open your door, and you tap on my wrist

You bow your head even though you are a leader

Firas, come as - - - - - -

is calling with a low melodic voice

Waseem Habib

---

☎   ✉   👥

| ▮ 6181 | N a t i o n a l    U n i v e r s i t y |
| --- | --- |

Would you mention me when you remember my

Lord

C o m m u n i t y    a r e a
U n i v e r s i t y
S t r e e t    C o l l e g e    C t.

N e t t a x i . c o m
C o d e ▮ 3 7 4 9
O h m e m e o h

O m a r U S A          Z Y
o m a r S A @ z y w o r l d . c o m
w w w . z y w o r l d . c o m / o m a r S A

MPS738_17

17



| ☎ | ✉ | 👥 |
|---|---|---|
| 7156 | Nasser Al-Mazmoomy | |
| 0000 | Nasser Al-Araishy | |
| Ex ■1242 | " " | |
| 2512 ■4663 | Jeddah Arts Club | |
| 350 | | |
| 7100 | National University | |
| – 8211 | " Kimberly "Torrey Pines" | |
| – 7610 | Norma "Toefl" | |
| – 4500 | Nabeel Al-Jaber | |
| – 1170 | | |
| 5400 | Nino | |
| – 2520 | Home. | |
| – 5611 | Cell. | |
| – 5240 | Store | |
| – 7988 | Nayef Al-Madhi | |
| – 9263 | Sheikh Saad | |

| ☎ | ✉ | 👥 |
|---|---|---|
| 8044 | Naser Al-Ashwak "Kuwait" | |
| | | |
| | | |
| | Mohamed Shami | |
| ELS | p. ■ – 6251 | |
| 3 5 0 0 | | |
| 195.04 | | |
| | Nissan | |
| Engine | | |
| | 47 West | |
| | 200 South | |
| | Suite 500 | |
| | Salt Lake Utah | |
| | 84101 | |

MPS738_18



☎ ✉ 🛉🛉

| Bayan's Friends |
| ■-0150  Vessi |
| ■-0988  Tamika |
| ■-9621  Jaquanna |
| U K U  University sport |

Ministry of Municipal & Rural Affairs

Royal Order No.  6660

on 5 / 6 / 1421

Order granting me a tract of land

200
358 ·        $ 275.00

Fax  5105        150 pounds
                5262
        Basim   Universal
        UEI

Royal wings

Iman              2875
The originals of the tickets

☎ ✉ 🛉🛉

$20
USA

Skirts/Blouses Dress Hangers

Sport Dresses Center

Application # 2000W /
        01016

Abdulaziz Al-Mudaiheem
1 September -2 November

3 months

Subject: Workshop in speech
& Legal Terminology

| 285 | = | 100k |
| $ 285 | | $ 2.55 |
| | | Per kilo |
| $437.00 | | 150W |

# Excell

**To change to Arabic**
Format Tools → options → view → Right to left
← Commands ← customize ← Tools
→ ← Drag it with the mouse → lift it upwards

To change the numbers from E to Arabic and vice versa
Start computer
Settings → Control Panel
→ Regional settings → Number
→ Number style

> decimal point
Shift + j

**For cell borders**
Format → Cells → Number
→ Border .

the average (the rate)
Click on f* → average → highlight range
ok
Criteria

age ← amount
column heading
F* ← (directly below it) the function
→ DBase → DCont A → alt

---

to hack
Start → MS DOS → Ping ▽
www
IB No ←

Copy it and put it in
the explorer address

to run a software check
Run → SFC

Moaath – Amanah
The Bordesley Center
Stratford, Camp Hill
Birmingham, BH 1AR
e-mail: MWT@amanah
.demon.co.uk
Tel: ▬▬▬ – 0297

MPS738_20

Free net

| financial statements are like fine perfume; to be sniffed but not swallowed | Net taxi Username: ohmemeoh 379 Pass |
|---|---|
| Abraham Brillof | Code     8 2 3 6 |

Intern

| Mohamed000@collegeclub.com Mohamed Talmas | Dotnow |
|---|---|
| Bimingham | - 3 5 6 0 |
| 8961 "for delivery services"  Abd Al-Wadood | 0 2 9 9 |
| 4 3 5 3 | Username:omarinn Password: |
| | Username:omarspat Pass |
| | - 0 1 2 7 |
| | - 0 6 1 2 |
| | - 1 6 6 2 |
| | - 3 2 7 7 |
| | K T V B |
| | ohmemeoh 2 0 0 0 |
| | Phonefree |
| | http://s-free-18. ua.ru |

MPS738_21



From Heathrow Airport
M 25 (N) → 40 (N)

☎  ✉  ♊

| truck 94 | the car |
| --- | --- |
| Insurance 317 | |
| Body 50 | |
| Parts 125 | |
| Fender 20 | |
| Door 110 | |

622

Escort 95 the second car

Battery 29
Paintwork 165                          1000

Dr. Zohair Hamadi
███ — 8 8 3 8

███ 4 8 0 0    Mousa Al-Refaai

MPS738_22

22



**Left page (address book):**

410
- 8285  Mohamed Qutb  - 7855

| TABLIGHI MARKAZ | DEWSBURY SAVILLE TOWN YORKSHIRE U.K. ENGLAND |
| SAIFUL MALLUK | |
| 1 WYCLIFF RD. | HANSWORTH TELE BIRMINGHAM 3TA 0391 |
| | YASIN PATEL 45 BLACKBURN BLACKBURN BB1 7NG ENGLAND |

0111 # 417  Majid Al-Ajaji
- 6923  Mahdi "The Tunisian"

The Children's Schools
- 8225  Limburgh    Firas
Crok    Bayan
U.C.H.S.    Emad

- 7021  Maan Bajnaid
- 0642  Mushir
2381  Haytham
- 7732  Raad
- 4593

**Right page:**

4th Period
Art Class → 1035
3 times
Last Thursday
yesterday

X281
Mooreen
Mrs. Madden

-3040  Emad's School
University
High
School
Math    #136    Mrs. Reading

Billyfaulk @ aol.com

54%    attendent
36%    Mrs    Counslor
        #216 #    Madison
                219
        talk
        homework
        like

"Home"    Manal
6659    Khadeejah
"9572"
Mobile
                    7867
Majid    Badkook        - 0563
Home    Manal        7817
        Majid        8784
703    2/1/1        P.o.Box
11371    /14/1        Riyadh
        c/o.    Sami Al-Gonaim
                Toffee Crist

MPS738_23

– 0325   Maen

☎   ✉   ⛨

– 4890   Arabic Language Institute
Abdulaziz Al-Mohsen 91   "   "   "

– 9359   Sadiq Al-Sayyed
P.   – 7025
-4872
F.   10636

1 800 TAMTEL
The Kingdom 188888 60 TALK
64¢
-6663

His Excellency
The General Supervisor of the King Fahd Complex
for Printing the Noble Qur'an   Majid Al-Ghesheyan

The General Supervisor   of Masjid Al-Madinah
Al-Munawarah

– 3040   University High
School
Tues   24   8 – 2 P.M
25   8 – 11 A.M
Transcript.
Electricity Bill   registration

---

Mohammad Al-Nuaimi
UAE   4 242   New
339   359   ✉   9 -995   ⛨

1 9 3 5   Masjed  Othman
Dr. Abdussttar

1 1 1 5

- 7 3 2 6
Tel   4059   Mutaeb Al-Sudairy
F   5 6 -3   4790  The family
-0 9 9 8   10 PM

Tel   2 8 4 9   Adel  Al-Sadhan
W   0 4 0 1
- 2 8 4 9  Riyadh – Al-Worood District
P.O. Box: 34626

Riyadh: 11478
6003  Adel Al-Sadhan
-0412 Adel Al-Sadhan

Mounir   -0 2 0 6
Al-Habashy
9 6 0 8

King Fahd Complex for Printing of the Holy Quran
4 4 8 0   T

E X . 1 0 8 1
-0 5 5 4   Fax
Their Address
P. O Box  6 2 6 2

Al-Madinah Al-Munawarah
Dr. Muhammad Al-Oufi

MPS738_24

24



– 9608  Masjid Al-Ribat : Abu Muhammad

☎  ⊠  👥👥

– 3405  Malcolm X Library
For all movies

– 9474  Murat
1935 Masjid Uthman / Dr. Abdussattar
Home  – 2115
Fax  – 2115  Tarek Al-Mazoury
– 2697  1060

Masjid Al-Madinah
Dr. Mahmod Dosky
Sheikh Salah
– 0765  – 1512  Pager  Ghazi
– 7088
– 2530  Ismail  Mohammed Bashrahil
– 2530  Mohamd Bashrahil
5842 /  5842
– Al-Sayyed [Mr.] Omar
– 1128
– 7231  Abu Auwf/  – 9885 Al-Mullah Taha
4554
– 0585  Margrit  Page  – 2475
– 7338  Iliff
– 2181  Suzan  Escrow no.
79228 – S
– 8577  → Jamal
– 2030  → Hameed
– 1268  0800 MCI
– 4005  Sami  Doski
6048
– 0288  Maan  Maen for Car Rental
– 3846
– 1150  – 8498  Sabah Dizaye
– 9933

– 0033  Muhammad Al-Shami
– 1100  cellular.
1866 – 7580 Muhammad Al-Modian

$ 1 6  8 8 1 6
☎  7 9 7 9  👥👥

Prof. Dr. Mahmoud / Achievements of Development Plans
Kingdom of Saudi Arabia
Facts and numbers

– 9299  Mohammed Shafie
Tech.

5 5 5 0  Microsoft Network
1 2 1 2
1 8 0 0  – 7019
5841

F  6214  Sheikh Abu Musleh

Mohammad Omar Al-Sharif
– 0 4 7 4  "Home Jeddah"

– 1 1 0 0  M  --  -- / DARREN

△  Alwanader
-0114  ◯  Her mom's house

▭  Om Abdullah

Ex.189  4299  Jackie  Math made easy



— 6200    **Masjid Al-Ribat**
— 9428    Abu Muhammad Masjid Al-Ribat
F5891    ✉ — 0300

2720   Mousa Al-Shmairy
1030 Zaid Al-Majli / Saoud Al-Mutairi / Abduljaleel Al-Rahan
1033 —   1006

1249 home   Othman Bin Mathoun School Principal
Mr. / Fahd Al-Mansoor
— 3409

— 0839   Mustafa Al-Bayoumi
— 8118    — 3409

7536 5842 /   Alnurinv@aol.com
— 8838   Saudi Education Attachée Dr. Zohair
0391    Bashraheel London
— 1581   Mohed. Bashraheel
— 4375   Fax   "   "

2000
7344   **Majdi Hana**
Fax →   — 7568
Home   0742
0740

— 7970   **I. S. S. D**

Fax — 4564   **Mail Boxes**
Tel — 9678   "   "

— 0534   **Mohed Bajry**

1091   **Mohed Al-Haddad**

— 0206   **Monier Al-Habashy**
— 9608
— 7641   **Math tutor**

---

Maternal Cousin Muhammad Al-Zahrany Home
1 - 778   ✉   9 3 7 2

6 6 1 0   Dar Al-Shrook Bookstore
2 8 0 0
- 5 3 5 3   **Massage Therapy**

King Khaled International Airport
2 2 3 8   Ibrahim Farrag
Secretary of Eng./Abdullah Al-Kraidees
The Airport

2 5 2 8   Abd Al-Mohsen Bin Jadeed/ "Family housing Manager"
3 1 3 3   Eng/Abdulrahman Al-Thanyan "Housing"

2 0 7 5   Eisa Al-Eisa "Administration Manager"

2 5 5 5   Home   Hamood Al-Anzi
3 4 6 2   Office   Transport Administration

2 2 0 0   - - Muhammad BaMofleh (Abu Ahmad)
3 2 4 9   "
3 1 5 2   "

King Fahd Hospital

0 9 7 6   Othman Bin Mathoun School
Muhammad Ghorab

7 0 9 3   Muhammad Atyan Hussain Badawy
8 3 3 8   Abdullah Fadl Establishment
Accountant Atwah

3 0 2 8   Eng.Magdi Refaii

Bakhsh Hospital Specialist Clinics

MPS738_26



MPS738_27



Fax → ▮ - 1728

Mobile          1.9604.69          Hattan56@hotmail.con                    7 3 7 3                      E g y p t

655502                                                                  ✉   Lansa Institute

                    0302 ← Home Muhammad Al-Bayoumi ▮

▮067▮   3661 ─ Fax ▮ 4040─  Muhammad Al-Bayoumi          9 5 4 9 Home              Alef Muhammad Njjar

▮3129        2530 office      "        "                  9 1 6 3   ▮   9 2 9 3   " A l - N a d i

4040   9992        ▮0617 Muhammad Ahmad Banader          3 4 1 2   ←─ ─          Muhammad Al-Serty

▮1612        office   6852 office ←   Mazen Malak

1080   0557        Home   6886 Muhammad Bakhaleelah       3 4 5 8          o f f i c e

        2398        his father's home  ▮ 0 678 Pager

        0586        Home ▮ 1717 Muhammed Saeed Zain      ▮ 9 3 9    Omer Ayem} Lansa Institute

        7266        ▮3137 - 15  office                   0 8 8 0    2 7 4 7

        1334              Muhammad Al-Mazmoomi            2 2 3 4          Mostafa Othman

        1335/254 office      "        "

        0084              Muhammad Katooei          ▮ 0778      Muhammad Al-Zahrany

        9266              Muhammad Al-Kameesh

                      Muhammad Sobaihi           4 7 7 4 "Airports Projects"  Muhammed Asef Khan

        6787        Uncle Nasser  Al-Tharawat Printing          The Cashier

        3176        Muhammad Salem Bamahfooth    1 333   "Riyadh House Establishment" Muhammad Asyad

        0742 ────────→  Muhammad Ali Galal                   regarding the computer

        4454        office   Muhammad Marwah      5 4 0 7   Makkah Showroom (Ahmad) Kondara House

        0290        Home      "       "

        0744              Muhammad Al-Omari        0 0 4 8   Mansoor Al-Mehmadi "Jeddah Trust"

        2337              Muhammad Salem Al-Hosny

        3400              Muhammad Saeed Banader   2 7 9 3 - ▮ 2 7 6 2  L a n s a  I n s t i t u t e

        0000              Muhammad Mossaed Al-Hazzi  3 3 6 7 - ▮1420    The British Institute

        5555        ▮4080   Muhammad Khairo              4 7 7 1
                                                         7 5 7 4 office home Mansoor Sadeeq

        2612 - 27    Eng. Muhammad Saeed Al-Amoudi

        0166          "       "       "

        5188        Global Furniture Muhammad Al-Deebawy   0 8 6 8

        5390        Establishment   "       "          3 4 9 4          Najran Water

        8058 ┐ Azhari  Al-Anqari Establishment       6 7 9 0   Al-Salah Establishment for the replacement

        7931 ┘                                    Of A/Cs, Fridges, Washing Machines

        3206 ┐ Home of Sheikh Saoud              3 4 2 7          Al-Baeed Washing Machine Company

        3743 ┘

MPS738_28

28

■9000

6                ■800

If  Islam  is  the
trusure  box  and  the
Shahadah  is  the  diamond
or  jewel.

C V    O s a m a
6 .              — 6 9 2 1
O s a m a ■       4 5 2 1

Mazen Al-Medyan
M Z M D N @ h o t m a i l . c o m
■3508          Mobile
■1037          Phone
■2504          Fax

■              - 0  4  2  9
M   a   n   a   l

MPS738_29



☎    ✉    👥

Waseelah-Muhammad

- 882 3 Peter Chu
Convoy lef
Daggert Right
Jassmin
4615 Cavoy
→    Fatima

$ 5000
⟩    1500  →  regarding
$500  ←  1500  ←  150
@the end  Recurutment
San Diego
5800
Library

6473
Karli
- 3432

litle cezers  - 7700

☎    ✉    👥

0035    Lemont
Number another number

6850    Omar Hotel

- - - - - -    407

Le Mont
7172

Home    6380

Cellular
-9601    Luwam Bashir
9259  → Fax    Pager 541-9510
-5240    Abu Bakr 418-3504

- 3279    Lura-Resumes/Papers
Term
Cell.    -9991

Cell    - 9991    Lawam
LUWaM
- 72 - 7

- 2753    Longs Drgus

-0951    Lebon de Visola
6410 Beadnell Way
Apt 4C



Om Tasneem — 9651

Ex- 2 Shawn

— 8378    Kaplen
— 7595

4350 executive Dr.
La jolla

—8150    Krac School

San Diego
— 5200    Librari

Loyer
Faiq Bakri
1957    Email uninslaw
@aol.com

Green Card

— 8992
6 473    Karli
X209

—1645 Crestin

9 6 1 0    Luwam pager

—1844 Micro page
—1349    Kim .

Comp U.S.A
4300    Then dile 0
7746    Kin
—1043    Service

—322 0 Calile

Compaq
1518
6672

9050    Car Rent [Enterprise
—0997 Kamal Mansour
Rescue

6160    Computer City

Gateway 2000 Computer
2080

8528    N H A
3133    Page
http://geocities.com/hollywood
/location/5787.

MPS738_31

31



Kaiser    800 290 5000

| | | |
|---|---|---|
| 3028 | | Baatwan Computer |
| 5125 | Makkah | Kamal Darweesh |
| 8672 | - - - | Computech |
| 4120 | | -- - - |
| 8344 | Eng. London Eng. Ahmad | Systems Development Center |
| 5033 0153 office | Eng. Ashraf Khaled Bin Al-Walid Street | Azka for Systems and Computers Person in charge Khaled Abdullah Haman |
| 2201 | Universal "Mahmoud Hassan" | |
| 6900 | Telephone and Fax | |
| 8780 | Ideal Service Center for Computers | |
| 9419 | Mohammad Montaseb Showroom Manager | |
| 7285 | Taysco "Tayseer Al-Shaikh Establishment" Abdulazeez Abu Reem | |
| 6900 | Pager - Universal - Muhammad | |
| 1688 | PCNET | Jamal Al-Jaseem |
| 0217 / 1284 | 0481 | Mr. Muhammad Al-Khouli Ext. 516 |
| 3421 | | Khalifah / Al-Bishry |
| 0732 | Macro "Mostafa" Mahmoud "Omar" | |
| 3493 | 3668 | Arab Systems Ibrahim Kamal |
| 0588 | | Adel Al-Ouki / Teebah Center |

| 3 5 1 1 | Smart | Muhammad Abdo Mohtaseb |
|---|---|---|
| 0 2 3 9 | Home | |
| 0 6 1 4 | Printing Shop | Nabeel Solayman |
| 8 6 2 9 | Home | 4826  A colleague in Lansa |
| 0 2 4 3 | | Al-Tayyeb Abbas |
| 1 4 9 7 | | 3817 Computer International Center |
| 8 0 6 | 9919 | Al-Baroom Center |
| A C T | 0 3 0 6 | A T C . |
| 1 0 2 9 | Muhammed Al-Otaibi/Computers Valley | |
| 5 4 0 8 | | Eng. Al-Sayyed Abdulsalam |
| 5 6 2 7 | | Step Establishment |
| 7 0 4 8 | Fax | |
| 9 2 8 8 | | |
| 4 0 0 0 | Kaiser B.D May 26, 68 Chila | |
| - 5 3 0 3 | Pharmacy | |
| 5 0 0 0 - | San Diego | |
| 3 0 2 5 | | I D No . |
| - 8 8 4 5 | | |
| 6 2 9 0 | Kamal Al-Banna | |



8829    Gary

📞 ✉️ 👥

| ☎ | ✉ | 👥 |
|---|---|---|
| 0265 | | Qassim Shawy |
| | | |
| 0204 | | Al-Rayyan Palace |
| 2868 | | Al-Ansar Palace |
| 4045 — 6934540 | | Reham Palace |
| 7280 | | Al-Rehab Palace |

| ☎ | ✉ | 👥 |
|---|---|---|
| | | 6 0 0 3    Adel |
| | | Al-Sadhan |
| —7186 | | Grosment |
| | | College |
| —6536 | Home | Fayez Muhammed Al-Alweet |

MPS738_34



Masjid Ibn Taymiyyah    Fahad Al-Thumairy
T.F    – 0432
– 0638   Home    "    "
Cell.    – 1250    "    "
Cell.    – 3362    "    "

Franklin Capital
Corporation
– 3400
– 2628
E – Mail    customerservice@
frk.com
Abdulaziz
Al-Hamdan    Talal T    – 3999
1444 /    – 9899
Faisal Al-Hamdan
Faisal320@aol.com
2037    Direct

– 1010   Fathi

Aikine$3000    ر

American Bank Visa
– 8616

His family home
1124    Fread Yousef Fateri
387    "    "    "
Celular phone
Comp U.S.A    – 4300
7746

Fahad Badkook
"    "
– 4344

1134
– 6568    Fathi

Fahad Saeed Nassar
0329
-4293   Fathi

Fashion Valley
-3381    Info (for leasing)

– 2885    Fathi Al-Aidarus



**Electricity Company**

| 3374 | 0329 | Fahd Al-Ahmadi |
| 7682 | | Fahd Wattairan |
| 3673 | 1447 | Fawzi Al-Najjar |
| 9133 | 0729 His father | Fahd Jobani |
| 61809 | 67294 | |
| 0301 | | Fahd Al-Savan |
| 8894 | | Fouad Khaleel |
| 5028 | 8432 | Fawzi Abd |
| 3508 | Rabooh | |
| | | Fahd Al-Jadaani |
| 5256 | | Fouad Saqqa |
| 6277 | | Fouad Anbar |
| | 3326 | |
| 5124 | | |
| 5122 | | Fawzi Abu Jamea |
| 0400 | | " " " |
| 0411 | | Al-Attas Al-Najdweyah Hotel |
| 0374 | | - - - ah  Al – Ahmadi |
| | - 0609 | Fathi Al-Shafei |
| 1477 | | Presidential Fax |
| 3876 | | " " |
| -7574 | | Fath Al-Rahman [Secretary] |
| 4292 | Fax | Fath Al-Rahman |
| 2808 | 0 100 | Al-Ahli Bank |
| -2950 Home | | Fath Al-Rahman |
| 55 | | |
| 2555 | | Farouq Al-Zouman |
| 4580 | | Nayef Al-Madi |
| 0339 | | |

| 0081 | Office | Fahad Shaiba |
| 2626 | Central | " " |
| E.3215 | | |
| 2/1 0 9 | Faysal | /" -/ / " |
| - 7 0 7 9 | Family 24 | |
| 0111 | | Al-Belad Hotel |
| 1 858 | 4777 | " " |
| 2000 | Al-Hamma | - -- " |
| 2212 | | - -- " |
| 5 1 4 0 | "Belltoda" Al-Khaled Hotel |
| 1 0 0 0 | | Holiday Inn " |
| 4 0 0 0 | | Ramada " |
| 5 1 4 0 | "Belltoda" Al-Khaled Hotel |
| -5407 | VILLA BALBOA |
| -2555 | Farouq Al-Zouman |
| -4580 | Email. salsofarm@Hotmail.com |
| | Fahad Al-Abd Al-Aziz |
| | 6605 |
| | Abdulazeez through Ayman |

MPS738_36

36



– 1661        Abd Al Hameed Al-Jarbooe

– 819 ✉        Abdullah Al-Harbi

4707        Abdullah Al-Mutairi
             Ibrahimiah Building
             Omar Bin Al-Khattab Masjid

-1606 Cel    Ali Al-Haj

-9157 (H) "        "

-0553    Ali Buul

– 0314        Ali Al-Ghamedi/My Neighbor
             Saudia
Home                        9443 office
   "        "                -8695 home

Agency    –6013  /    1256 P    Omar Al-Khatib

-9454    Ex 119  : AbdulGayyoum
             Refugee immigrant
                    Service
             4575 mission
             Gorge Place
             92120

-2461    Adnan Al-Mulhim

             9753    Abdullatif Basnan - -

254 West    Dryden St.
             Glendale CA 91202

4197    "Mobile" Abdullah Al-Graifi Saudia

– 9843    Abdulrahman Al-Hofairy

Abdulazeez "Britain" c/o Ayman Badkook
             7162 Home
             7239
44

7 2 4 0   E l C a j o n   B l v d #9
                                         Moemen
S e c o n d ✉ l o o r
                                    5136
1  9 3 /    - 0 6 5 2    Omar Hamerman
                                    3 0 2 6
- 0 8 4 E A S A   H u f m a n
                                 E a s a
3 4 4 4 O f f i c e    forge@nettaxi.com
- 3 9 5 0   P a g e r   Forge2000@axios.com
             3 5 0 6    S A U D I
R o m   2 0 5
- 7 0 7 1  E a s a  L a s  V e g a s
F X  3 5 5 0
F o r g e  H a m e r m a n
c / o  J a m m a t  A L - I m a m M u h a m m e d
I b n  S a u d  U n i v e r s i t y
P . O .  B o x  8 7 9 0 2

B u i l d i n g   6 2 / R o o m   2 0 / R i y a d a h
1 1 6 5 2
T e l :        3 5 0 6

-1134   A b u - O m a r   E a s a

2259   A d e l   B a s l o o i n

- 5 0 1 7   E i d   A l - H a r b i
6 3 6 3   B e a d n e l l   w a y
# 1 3 7

- 5 1 4 0 Abdulaleem Ibrahim Khalifah—
7 9 0 0
2 6 8 1  3 5 0 1    Awad Al-Harbi
             7 0 1 5  Mobile
F        3 3 6 1
             3 1 9 3 Abdulrahman Al-Sobaihy
                        B r i t a i n

37



Page ▮ – 1256
Cel ▮ 3400

Omar Al-Khateeb

| | |
|---|---|
| ▮4009 | Ghazi Al-Ghamedi Hassan's Brother |
| | In regards to apartment 4, Building 24 |
| | Muhammad Saleh Al-Shaikh |
| ▮ – 1598 | Abdulaz Al-Shareef |
| – 1115 | Abdullah Al-Hashmi |
| – 1110 | "             " |
| ▮ – 3439 | Abdulaziz Al-Shareef |
| Cel ▮7253 | Asef Hakeem The Contractor ✱ |
| | Aziz Fathi |
| ▮0000/ ▮2444  Ex. 3520 | |
| | Saleh Al-Moqren |
| | Ghanim Saad Al-Ghanim |
| | Riyadah: 11943 |
| P. Box | No.     42 Abdulaziz Al-Mudiheem |
| ▮7336 | H.     office  ▮2444 |
| 7243 | H F     Ex. 3520 |
| 7452 | School |
| 5815 | Cellular phone |
| Abu Abdullah | Abdulaziz Al-Mudia  Mudiheem |
| 3779 | P.O. Box     Mudiheem |
| – 8677 | Riyadh 54280 |
| F▮ | 7171  1514 c/o Abdulaziz Al-Mudiheem |
| – 7497 | Abdul Naser Computer |
| – 5511 | |
| ........ | Abdulrahman Al-Sobaihi |
| 1326 | |

shaw    The real Estate
law     The Building ▮
chu

| | |
|---|---|
| 7 7 1 5 | Building-office/Khaled Saeed |
| 8 4 6 8 | Mostafa |
| | 4 5 0 0    Ali Al-bayyoumi |
| 2 7 0 2 | Bulding Ahmad Saeed Bin Anbar |
| | Al-Kandarah-Awad Baltassan |
| | 8 1 9 5     Omar Al-Sayyed |
| – 8 8 2 2 | A b d u l l a h   B a j r y |
| – 5 4 3 9 | H o m e     – 1 0 6 3 |
| 4 8 3 0 | H o m e     A b e d   M a d d a h |
| 4 6 9 3 | ⬅️📱  "         " |
| E X 2 2 2 6 | Jastanyya |
| | Abdulazeez Al-Hassan |
| | Alhasan@mail.com |
| – 6 2 7 | 2 ( E i d )  A l - H a r b i  R i y a d h |
| – 5 0 1 1 | E A S A     P a p e r |
| | His fathers home |
| – 4 7 0 7 | Sheik Abdullah Al-Mutairi |
| F▮ | 1 3 2 6     2 1 2 5 |
| | M o b i l e     5 4 2 4 |
| – 0 3 4 3 | A M M A R |

38



─ 6652          omar.net
Plastic floor  58          QM6ZK5N3

2468
9546          9163  Atef Najjar
6613          Ali Al-Ghamedi "Youth Hostel"
7059          Ayesh Al-Qraiqary

7129          Abdullah Baesh
9000          Abdulrahman Al-Sobji
6643          "Al-Ahli Bank" Ali Barbeer

1470          Abbadi Bin Afeeq
7249          "              "
              Adnan Al-Madani

3706          Home Abdullah Al-Refaei
1200          2961 Assaf
4125          "              "

0253          Car Mohsen Abdullah Bin Laden
3513          Office              Bin Laden

5507          Office Airport AbdulGhani Makky
0071          Home

9423          Adnan Muhammed Malek
5110 –        5111 Omar Bahebaish
0813          3068 Home
              4243 Abdulaziz Ammar
1330
0946          Omar BaAlteyyah "Neighbor of Al-Kandarah House"
4398          Adel Flaihan

-4121   " Abu "
421    Hassam
2356 Pager Ali Bin Mahfooth

3 9 3 7          Abdullatif Bokhari
6 8 2 3          Abdulaziz Al-Harbi
4 6 5 4          Othman Al-Harethy

4 8 0 7          Abdullah Al-Johany "Saudia"
      7  9    7  7
4  6  4  5    Abdullah Battazeel"General Management Institute"

0 3 4 0 Office Ali Muhammad Al-Seddiqui
7 3 5 6 H o m e                 "          "
0 5 5 1 Al-Anjal Schools Awad Allaw
0 4 6 5          7 2 4 5          "          "

9 1 8 5 Abdulrahman Al-Naqueeb Hospital
9 5 5 9 King Fahd              "          "
3 4 2 2          -          Omar Safar Al-Harbi
2 2 1 1                 "          "

6 8 8 1          Emad Muhammad Najjar
4 7 6 6 H o m e          Abdulhady Al-Qahtani
3 3 3 3          Abulaziz Marwah

8 4 9 8 Home          Abdullah BaAtheem
7 1 5 8 o f f i c e          "          "
4 3 0 5 office 126,175          Abdulrahman Al-Arsan
              1 3 4

7 6 1 5          7 6 1 0 Home Office Ali Al-Arsan
2 9 8 2          1 0 7 7
0 1 3 4          home          Abdelwahab Khalili
                     E x e c u t i v e   o f f i c e

2 4 0 0          Home Uncle Abdulquader Bagader
0 0 0 0 E x 4 6 6          Abdulmalik Al Al-Shaikh
3 3 6 6 H o m e          "          "

MPS738_39