# Exhibit 12

# AA
## - ERRATA VERSION -

 =  Plaintiffs' provisional redactions ("ppr")
of telephone numbers and other data,
made subject to Plaintiffs' reservation
of rights to challenge later. ECF No. 9885.



1276 Abdulqader Ahmad Baqader
1905

2016 8748 Ali Baskoom
0172 " "
6179 Home: Abdulqader Badkook
3840 Private 0146 office 1744

9714 Abdulaziz Ali Badkook
1143 Home Abdo Taweel
1266 " "
3241 Office Ali Makhdari

8176 Home 4012 Work " "
3200 2422 office " "
1537 0779- 2477 Abdulelah Baadani
7329 Omar Badkook
1410 2410

ICQ 53363 437 asa asa
46192 Makkah – 2410 Abdullah Saeed BaQader
0416 Home 5227/ 5037
1167 1412 Abdulelah Hussain Al-Zahrany
1519 " "

2281 Ayed and Obaid Al-Rasheedy
6114 Abdulaziz and Amash Al-Rasheedy
Abdullah Saeed a_5_b@ayna.com

4233 Abdullah Al-Amoody
4257 Abdulahad Saleh
4095 Ali Sawi

0304 Abdullah - - - - -
6348 Adnan Al-Qahtani
4654/ 0613 Othman Al-Harethy
1906 Home 0564 office lieutenant - Abdulla Jabri

3833 2614 Abdullah Khalil
8920 3418 Ali Al-Zahrany
7138/ ~~7510~~ Abdullah Abdulhafeeth
2686 F -9041 Abdulwahid Al-Zahrany

- 8562 Omar Al-Bayoumi
- 3113 New Number

October 7631 Home Mr. Omar Ayem
2762 – 2793 E Turn
5963 Aisha Al-Bayoumi

6820 "Mr." Abdulaziz Badkook
Abbass Al-Mu'aqib
Essam Abbas/Mazen Al-Sayyad *
X2371 Ayas/Brother of Seraj Khan

3064 Home Ali Al-Hindy
2630 Newspaper Okath friend of Hani
213 Bazkoura

- 3142 The office
Htt://messenger.msn.com/friend/E
d_s_b7@hotmail.com

3566 AbdulQader BaQader
6375 Home

Home
5017 His Excellancy Shaikh Abdulaziz - - Zacharia
1324 Airways Engineering
Mueaqab 6798 → Elwan Al-Ghamedi

~~0872~~ ~~Adnan Al-Kayyal~~
~~5613~~ - - -
Mobile 5899 9833
Saeed Al-Zahrany

- 3346 / - 3482
Home
3565 / 0076

ASEFkanan@www.com

Omar

IC2 [redacted] ---------

Nickname wase

First name is waseem

Last Al.

[redacted]

8950

Tearose oil

Perfumer's works

Hopd LTD

Perfume for the Kabba

1/8 fl of



3519 0979 Tarek Al-Ali Al-Solayman
6801 1255 Talal Jeddah
3078 Tarek BaAtta
6996 Home " "

2530 Electricity Emergency
4290 North Jeddah " "
7059 Downtown " "

Office Talal Al-Shawy
3204 Grocery store
3213 Home

2757 "Abdullah Air Conditioning Emergency
4660 Talal Al-Haj "Projects - - - -"

2951 South Water Emergency
1550 "North" " "

9231 Home DBAse Colleague Tarek Al-Khateeb
3214 – Sanaa
4720 office " "
Al-Wafaa Center

0256 Indesit Washing Machine Emergency
Model 2091 Al-Bayteen Company
Nawaf

9255 Talal Al-Hamdan
- 8 6 4 6 " "
7 7 6 0 C e ;
- 9 9 9 9

6865

Towayan Al-Towayan
6997

3550 Sewage Emergency
3653 Fathi

5566 Township Emergency
4477 "Ali Al-Harethy" operations

– 6593
– 6217 Tarek Younus
~~5321~~ Talal Al-Hamdan

– 0373 F – 9988
Cellular 7760 – 9292
#416
# – 1432

405 →Sant BIV 20 Lo/R
Second traffic light
Santeole left →5 – 6310 SX

2045



4000
Dhaifullah Al-Barakati
1420
Diaa
Rapid ~~Wide~~
White
219.95
7070
Dental Cleaning and shiming
Vivian



2950
- - - 0 -
Sandy
-0183
Virginia Gabar
Alber- - e
3130
Criar
- 0024
7759 Herschel
-47- -
3 - -
Wes Lee
Joel Pres- - -
3500
Paty Regarding the office rent
–0766
1803
B



Muhammad Bin Mafooth   Fax ███ 3430

3409 Mostafa Al-Bayoumi

| ███ 6458 | Home          Saleh Al-Bayoumi |
| 9633 | "              "  |
| 9130 | " " |
| – 4629  Pager ███ 1880 | |

| ███ 5098 | Salah Sabban |
| ███ 2639 | Real Estate Development Fund |

| ███ 4570 | 8552 Home Saleh Al-Haj |
| | 6539 |
| 4327 | Saleh Hashbool Al-Ghamedi |
| 6539 | Office          Sobaiti |
| 4107 | Home |
| 2687 | ███ – 170 |

| ███ 4858 | Home Saleh Al-Braik "Ministry of Finance" |
| ███ 9918 | Saleh Al-Komy |

| ███ 0785 | Home Saleh Al-Okaily |

| ███ 1458 | Home Saleh Al-Bayoumi |
| ███ 7724 | ←Ibn Zaydoon School |
| | K14, 3rd Traffic light afte K10 Bridge |
| Righ Entrance | Go Straight, School on the left |

| Al-Nueim / ███ 9498 | Nasseem Ahmad/AirConditions Maintenance |
| | Beside Al-Ahli Bank |
| ███ 3567 | Saifullah / Air Conditions Maintenance |

| ███ 1434 | "Ahmad" Kitchen of Saleh the cook |
| ███ 0570 | Saleh Al-Moqren |

███ – 8118   Mostafa Al-Bayoumi
Building 28 Last floor
Apartment on your left hand side
168

Texas ███ 6650

███ 8552 Saleh Hashbool Al-Ghamedi
███ – 0054 Home (Riyadh)
███ 9897   Mobile   P.O. Box 25514  Riyadh 11476
███ – 0570   Saleh Al-Moqren
Cellular
███ – 0154   Saleh Al-Amoudi
– 1518+

Abdullah Al–Bajry
███ 3140   SAlAMOUDi@Aol
███ 2281 Muhammed
███ 0568 1 Abdullah

███ 9028   Office   Saleh Al-Amoudi
███ 7257 Sultan   Saeed
███ 0929 ███ – 6666
███ – 4440   Sagar

Maher ███ – 9933
███ 1299
███ 4440   Sagar
███ 100 8

███ – 6590   Majdi
( ███ )   GMAT Regarding

46



I have been afflicted with Four (Things)
That was not created except for the severity of
my misfortune and pain
The Devil, The World, my soul, and Desire
How to seek salvation if all of those are my enemies
9714
Fax
1106 Office
Sagar
Fax
6 332 Home
5165 H
Telephone
-998 W
"
"



AT&T ▓▓▓▓▓ 9801

☎    ✉    ♔♔♔

| | 3000 ┐ | UK Saudi Embassy |
| | 3333 | "    " |
| | 3391 ┘ | "    " |
| | 9947 | ┌ Culture └ Mission |
| | 9944 → | Ex 225, 226 |
| | 9165 | Dr. Muhammad Al-Mohraj |
| | | His Excellency the Attachee |
| fax ▓▓ | - 9895 | Abdulaziz Al-Naser |

| Ex. | 228 | Nabeel |
| | | Sabah    Manal |
| ▓▓ | 9944 | |

| ▓▓ | 4727 | Sprint PCS |
| ▓▓ | 7466 | |

Cell ▓▓▓▓▓ - 1317    Omar Al-Bayoumi

| ▓▓▓▓ | 9895 | |
| - Fax ▓▓▓ | 4899 | |

I IaSA.org
① Institute | Manager Ahmad Saiefuldeen Turkestani
② Khaled Al-Sowailem
③ Muslim World League

| | ▓▓▓ 8200 |
| ▓▓ 4982 | ④ Abdulaziz Al-Saleh |
| | ⑤ Islamic Foundation of America |

S

☎    ✉    ♔♔♔

| | Muslim Chapels |
| | Included in Haj this year |

| ▓▓ | -0702 | Downtown    Saoud Barbakh |
| ▓▓ | -0375 | Clairmont |

| ▓▓ | 2016 | Home    Saoud Muhammad Barbakh |
| | | Through Youssuf Al-Shobar |

| ▓▓▓ | -470 | Saud the office |

Abduirahman Al-Shaalan
Abdulhameed Al-Saudi
Ali Al-Salhi

Emad Al-Halaibi

Sheikh Fahad
Al-Thumairy

Saoud Barbakh

B a r b a k h    I n t e r p r i s e s
4 2 5    B r a d w a y
S - D    C - A 92101
Tel ▓▓
Fax ┌ 0702
└ 9458

| ▓▓▓ | 4 8 9 0 | Arabic Language Institute |
| | 4 8 9 1 | Abdulaziz Al-Hassan |

MPS738_48

48

6699 Cellular Phone Company
1235
Fahd Abdulaziz/Khalid
Talal Al-Shebaily
Prince Nayef private office
0089 Abdulrahman
1660
Saud Al-Sudairy
/Abu Faisal
3457
Account No./Electricity Company
Electronic Meter
4944
6730 The Company's new phone number
Nancy Colon
Green Mountain
Sharef_99@
yahoo.com
Shareef Al-Arabi
Shareef Al-Arabi
– 1851
– 2794
British
2289
9297
5.00PM
3631
8058
Al-Saqary Company
Azhary
1658
Fax
6112 (H)
2787 Sulayman James
suljames1@yahoo.com
hotmail
2 950 Fathulrahman
Jamal America
5084 Shamsudden
8800 Shamsudden
3220 Southwestern Cable
Spontaneous = happens with any cause.
Sister Ahed Diri
2600 Verjenia Av – north West Suite 800 Washington
8738 DC20037

Al-Ajhoori Company 2568/J

| Phone | Name |
|---|---|
| 0808<br>0816 | Nassan — Watson company<br>" " |
| 3790<br>4144<br>5237 | Sadeem Agriculture Company<br>Muhammad Fodah "Financial Manager"<br>Home |
| 7793 | Shihabulldeen Muneer Al-Rafeeah<br>Squash Colleague in the Ahli Club |
| 0967<br>4310<br>0181 | Dumez Company<br>" "<br>Salhi Yazeek |
| 7421 | Projects and Tracking Company<br>Engineer Turky Abdullah Al-Antari |
| Fax 4836<br>4144<br>3790 | Sadeem Company "Riyadh"<br>Company Manager Ibrahim Al-Twaijary<br>Company person in charge Muhammed Fodah |
| 5122<br>5121<br>5124 | Sadeem Company "Jeddah"<br>Fax " "<br>Person in charge in Jeddah Muhammed Faleh |
| 0004<br>0488 | Juano Company "Ahmad Fareedhah<br>Al-Sharshoorah |

His Excellency Ambassador Mohammad Abdulrahman Al-Salloum
Consul General for Saudi Arabian Kingdom
Los Angeles

| Phone | Name |
|---|---|
| 9225<br>5519 Home<br>8177 | Al-Zamel Company<br>Al-Khaleej Company<br>Brother Sehaim<br>Riyadh Adel Al-Romaih |
| 9995<br>0245 | Al-Jumaih Company<br>Badruldeen, Sami, Khalid, Azmi |
| 6977<br>8088<br>9225 Office<br>5579 Home | Al-Khaleej Company<br>Sameer Nowailati<br>Bandar Al-Anzy<br>Sehaim |
| 6887 | Eng. Anwar<br>Hassan Swedan — Bin Laden Company |
| 1536<br>1537<br>4258 | Zohair Bakhathlaq "Berveez" Bechtel Company<br>" " "<br>Airport " " |
| 0000/2808<br>-2950 | Dallah Company<br>Fath Al-Rahman |
| Fax<br>-8863 | AbdulMohsen Al-Swailam<br>Educational Support administrative manager<br>Screen: Selay98<br>Password: |
| Cel: - 1043<br>0847<br>-0589 Storage | Dr. Sulayman Al-Ali<br>146.95<br>144.55<br>291.50 |



London Embassy [redacted] 0833
" [redacted] 3000
Fax [redacted] 3330
Lafayette [redacted] 1733

[redacted] – 7321 ~~Lafiat~~ School
[redacted] 7323 " "
Fax [redacted] – 9739

[redacted] – 8160 Marquis de Lafayette
Fax [redacted] – 9739 Elementary School
6125 Printwood way
San Diego, CA: 92117-3397

[redacted] – 8160 Ex 11 Attendance office
Counseling office [redacted] – 8164
Transportation [redacted] 8480
[redacted] – 8460

Al-Mojadedi [redacted] 8849 Cultural Mission
[redacted] – 9450 Switch Board " "
Fax ( [redacted] – 2978 Cultural Attache'

Switch Board/Waleed [redacted] 9450 Cultural Attache'
Al-Jobair [redacted] 8849 Mission
Al-Mojadedi Culture

[redacted] 3800 Embassy's Main Number
Health office
02
[redacted] 8804 Samia --- Al-Mubtaath Magazine
Fax [redacted] – 8915 " " "
Abdulrahman Al-Zamal
News Department Jamal Naseef

[redacted] 5983 ] Jamal Naseef
3262 ] Abdullah ALOKail

5 Car tack
$300
Saud Al-Habib
P.O. Box 448
Jeddah 21411
Alhabib.co.com

[redacted] 48-55 Seraj Abdul
Fax [redacted] 9041 / [redacted] 7376
[redacted] ~~1113~~ Office [redacted] ~~5154 Home #119~~

[redacted] – 0803 Saad Al-Habib [redacted] – 619
Fax [redacted] – 0200 T/F [redacted] 1113 Babsharif Center
[redacted] 5582 → Mobile Company office
[redacted] 0803 [redacted] 3495 fax
The new home [redacted] 0803 Bandar Al-Bloosh
Fax [redacted] 0200 / [redacted] 4400
[redacted] – 2944 Telephone P.O. Box 9249 Riyadh 11413
Aldeen [redacted] 0200 Fax 55
Saudia
[redacted] – 4400 → Saad Al-Habib
The founding President

(918) --- ---- Darulsalam
Doctor Akhtab

[redacted] 5968 Sameer Mattartah

[redacted] 0664 Anytime towing
[redacted] – 6500 Car Towing
Jin Towing " "

[redacted] – 0114 Sameerah
[redacted] – 9450 - - - - ] Mission's Library
3265 ]

[redacted] – 8817 [Academic Affairs] Nayef Al-Otaibi



La [redacted] 6000 – The Embassy 227 Deputy Consul Saud Al-Sati

Mana Islamic Affairs Fax [redacted] 2752
Al-Awad Ex 240
Al-Awad 241
Consulate of Saudi
Islamic affairs Ismail Mana 240

Saad Al-Jabreen
226 Abdullah Al-Awad Saad Al-Jabreen 241
Saleh Al-Saeed [redacted] 6800 Office of T-V in the embassy
Fax [redacted] 6885 [redacted] 4262

[redacted] 6939 Saleem Al-Salahi
[redacted] 0206 Samar Caic - -
[redacted] 1574 Saudi
[redacted] 3800 ~~Islamic~~ Embassy

Abdulaziz Al-Sultan Islamic Affairs
Fax [redacted] 5982 ~~Suleiman~~ Abdulaziz Al-Saleh
[redacted] 41-2 Doctor Majid – [redacted] 3700
8876 Office /Musaed Al-Jarrah

- - - - - - - - - - - - - - - - /Fahad Al- - - -
- - - - - - - - - - - - - - - -

Dr. Majid Al-Ghesheyan
"Musaed Al-Jarrah"
Sheikh Al-Sabeel will bring
in the 10th month

Waheed Demerdash
- - - - - - - - - - - - - - - -
Cooperation of supporting - - -

[redacted] 8861 Sabah Al-Khateeb
Home [redacted]
[redacted] 8858 / [redacted] 8884
Ali - - - -

- - - Muhammad Al-Sheikh [redacted] 8869
Services 8817
[redacted] 2978 Fax Cultural Attache'

The embassy in Los Angeles
2045 Sawtelle
Boulevard
LA CA 90025

Boys office responsible Abdulrahman Al-Saief Academy
Abdulmahbab Al-Shathly
0774 443 [redacted] 0606
Telephone/fax 5672

[redacted] 1562 Salem Bin Hussain BaAfeef
[redacted] 0121 Sami Samkary
5645 Office " " Apt. 1
5688 Office " " first floor

3 8009 22 [redacted] Waleel Al-Jabi Muhammad Afify

[redacted] 6887 Eng. Anwar Abdullah Bin Laden Company
2458 Hassan Suwaidan
. . . . . . .

[redacted] – 1295 Saudi Embassy Subscription in
BXNDXYT The Middle East and The Majallah
Suite 221
/Muhammad Bin Shaleel

[redacted] 8837 Embassy of the Kingdom/Faisal Bin Musaed
8863 Fax
[redacted] 8813 Certificates Authentication/Muhammad Abdulaziz
[redacted] – 8820 Talal Social Services

[redacted] – 8809 Afify /VISA
Fouad Gassas Fouad Gassas
Fax [redacted] – 4084 Fax [redacted] 6280
Phone [redacted] – 3126

[redacted] 3545 Monther Al-Fehaid/Consular Section
Regarding Omar / t
Fax: [redacted] – 4084

[redacted] 8824 Othman Abdulkareem Medical
[redacted] 9450 Cultural attache'

[redacted] 4084 fax Muhammad Al-Ghamedi – Consul General
[redacted] 3126 Consular Department



Fax 2752
0381
Abdullah Al-Saleh
2752
Saudi Students Club
Khaled Al-Jarbook
LA The Consulate
Friday Night
4157 Salem Saleh BaAbdullah
2488 Home Father's Home 5338
4277 4121 Secretary of the Major General
2479 Safari
1309 " "
0979 3482 Saad Al-Zahrany
9071 Shaker Nafoor
1937 Solayman Ali
4237 Sameer Hashim
Home 8804
Saif Abdullah Al-Araishy
8846
4400 Office
6607 Pager 9184
Salman Al-Hakeem
1695 Home Saeed Saeed Al-Muwalled
4048 Office
2275 Home Saeed Ghalib, the township
8903 Office
7592 Home Saeed Al-Abbasy
0441 Office Saeed Al-Abbasy
4040 Central (Main)
1616
5821 School Saad Hamdan Al-Ghamedi
1995 Main colleague in the middle school
Villa 903 Prince Fawwaz residential project
Delta 1112
8686 Siraj Aldeen 2267
Ex. 227
2777 Cell - Khaled Al-Sowailem/The Embassy
F 3192 F/ 3180
Abu Abdelrahman
3547
3700
8316 Cel Sameer Sinjab
0989
1813 Samy Abdo
1574 Sameer Nuhaily
1785
1785 Sameer Taraqosti
747
Los Angeles
Saudi Airlines
9000
Saudi Airlines
5112 Kennedy Airport
Fax 9592
New York/Naji Ahmad
8342
1212
7850
8133
8923
8342 Fax
5772 Saad Alamuldeen
1574 Sameer Nuhaily
8316 Sameer Sinjab
0989 Home



Fax -2752
0381
Abdullah Al-Saleh
-2752
Saudi Students Club
Khaled Al-Jarbook
LA The Consulate
Friday Night
4157 Salem Saleh BaAbdullah
2488 Home Father's Home 5338
4277 -4121 Secretary of the Major General
2479 Safari
1309 " "
0979 -3482 Saad Al-Zahrany
9071 Shaker Nafoor
1937 Solayman Ali
4237 Sameer Hashim
Home 8804
Saif Abdullah Al-Araishy
8846 " "
4400 Office " "
6607 Pager 9184
Salman Al-Hakeem
1695 Home Saeed Saeed Al-Muwalled
4048 Office
2275 Home Saeed Ghalib, the township
8903 Office
7592 Home Saeed Al-Abbasy
0441 Office Saeed Al-Abbasy
4040 Central (Main)
1616
5821 School Saad Hamdan Al-Ghamedi
1995 Main colleague in the middle school
Villa 903 Prince Fawwaz residential project
Delta 1112
8686 Siraj Aldeen 2267
Ex.227
2777 Cell - Khaled Al-Sowailem/The Embassy
F 3192 F/ 3180
Abu Abdelrahman
3547
3700
-8316 Cel Sameer Sinjab
-0989
1813 Samy Abdo
-1574 Sameer Nuhaily
1785
-1785 Sameer Taraqosti
747
Los Angeles
Saudi Airlines
-9000
Saudi Airlines
5112 Kennedy Airport
Fax 9592
New York/Naji Ahmad
8342
1212
7850
8342 Fax
-8133
-8923
176-
5772 Saad Alamuldeen
-1574 Sameer Nuhaily
8316 Sameer Sinjab
0989 Home



[redacted] 3637 Zaki Abu Zenaida
[redacted] 2892 Zakaria Jawdah
Office [redacted] 0717 Zakaria Hassanain
Home [redacted] 1579 " "



Saudi Embassy
America
1344
Rasheed Sallahu-
Aldin
Cel.
Office
-1607
-4724
Ray
Raees Al-Islam
1233 Ahmad Makhfary
239



Saudi Embassy

5000 1100 3888 Civil Aviation Authority

1993 . Al-Thobaily

9292 7515 5475 Ross Read San Diego Alica/Delia

17 Wed

8680 ~~6897~~ Shoes Cel. REDWAN P. – 9977 – 8224 0702 /office

H – 1941 W – 4080 Raja Al-Ghosain "Abu Badr" 437 La Jolla Village Dr. Suite 685

– 0775 Radwan – 0102 Tel.

Ms. Wilma Kozai Principal Ray A-Kroc 5050 Conrad Ave. San Diego CA 92117 – 8150 Dr. Walker V.P.

We will get back to you as soon as I here your message

– Ray Kroc 8150



5000 Civil Aviation Authority
1100
3888

1993 . Al-Thobaily

Ross
7515
- 5475 Read San Diego
Alica/Delia

17 Wed

- 8680 Cel.
~~6897~~ REDWAN
P. - 9977 - 8224
Shoes 0702 /office

H - 1941 Raja Al-Ghosain "Abu Badr"
W - 4080
437 La Jolla
Village Dr.
Suite 685

- 0775 Radwan
- 0102 Tel.

Ms. Wilma Kozai
Principal
Ray A-Kroc
5050 Conrad Ave.
San Diego CA 92117
- 8150

Dr.
Walker
V.P.

We will get back to you
as soon as I here your
message

- Ray Kroc
8150

58



4240 Mobile 06 5877 Abdullah Al-Ali Al-Jaithen

1671 Mobile 1553 Majid

Fax 0309

The Sheikh

2519 Dr. Muhammad Al-Khodairy

3500 Dr. Abdulaziz Al-Khodairy

Deputy minister in the Ministry of Municipal & Rural Affairs

4068 Abdulrahman

Delta Three

Acc. 05326

2954

From Heathrow Airport M25(N)

~~Marathone~~

~~– 8080 Darren~~

~~– 8082 fax~~

– 1100 Darren R. CROCHET

– 1969 fax Clara

1212 Delta

–3111 ALisa L.

8511 Cel. Saudia

Dr. Khalil Al-Khalil

( – 7201 Dr. Mohsen

Los Angeles

4550

2051

Dr./Ali Al-Salhi/Riyadh

P.O. Box 104136

Postal Code 11626



- 4665 Dr. Bill

2320 Dr. Bashir Ghanadi
3883 fax Regarding the translation
Aston University Colleague

David
davebrereton@talk21.com

8092 Plantation Dr. West
Chester OH 45069
– 7236 Dr. Osama Al-Baz

~~1211~~ Dr. Deha Thabit
~~7337~~ Pager: – 7200
2926
~~Fax 0718~~

Pager 7813

– 7236 Dr. Osama Al-Baz
2101
0101
~~0969~~ ~~Dazy~~ Daisy

Abu-Rackan
4571 ~~Dr.~~ Ali Abu-Rahma
4528 Fax [Fax -1835
2314 Dr. David Rollins
Fax - -74 USIU ELA

4564 Dr. Baijan USIU
4812 Fax " "

– 5430 Department of Commerse

- - - -
Dr. Alica

809 Dr. Lakhani
8045
Pager – 0369

~~3036~~ ~~Dentist teeth~~
~~Ali~~
~~7450~~ Dr. Duran Bill
6093/ – 1397

– 8223 Dr. ~~Laschari~~ Najura
~~4212~~ Barakat
probell@pactill.net
– 4212/F – 4665

– 4004 Dr. Bill Will last first 5:00PM
– 4665
Fax – 8920 Dr. Zakaraia
Phone – 8989
Call 16

8808 Dr. Abdullsattar
SA – 5627

Zeman -8871
– 9496 Ralf Constantine

MPS738_60

Dr. Boon, [redacted] – 8885

[redacted]6666 Civil Service Bureau in Riyadh
Employees Relation Administration

[redacted]7566 ~~Home Sharpi Abdulkhaleq~~
[redacted]4571 Dr. Muhammed Abdullatif Al-Omary

[redacted]4027 Civil Service Bureau "in Jeddah"
[redacted]6242 General Court of Audit
[redacted]5270 Dr. Murad Elaish "Dental Clinic"
Projects Clinic

Office [redacted]4186 Dr. Muhammd Istanbouly Istanbouly
[redacted]4154 Home " "
[redacted]4035 Dr. Abdulmajeed "projects"

[redacted]0000 Dr. Khamis Jalal
Ex 2738 " "
[redacted]2122 Dr. Fareed Zainuldeen

[redacted]4271 Dr. Waddah Al-Aalem
Dr. Abdulmajeed
[redacted]0000 Dallah
2808 Fatharrahman Ex

[redacted] – 1790 Dr. Bayloni
[redacted]1995 " " [ ]
Fax
[redacted] – 0799 Dr. Bayloni Abu Muhammad

[redacted] – 4529 Dr. Rahman
[redacted] – 0426 Dentist/Gentel
Al- - - - Dental
Suite water road

/for Hajj through the institute
[redacted] 34- -
Dr. Rahman

[redacted] – 4529

N

thet

over

Dr. Joe [redacted] – 8688
P. [redacted] – 9174

[redacted]8493 Del VCR Fixed

[redacted] – 9479 Dan Barr
hrahman@USIU.edu

Home [redacted] – 8834 Dr. Rahman
[redacted] – 4529 Dr. Hamad Seliman
Zahid – Aziz – @vme. His friend
Nott.AC.UK

[redacted] – 4529 in London

[redacted] 5458 Dr. AZIZ
– 1780F

[redacted] – 2310
– 2700 W Dr. Saad Al-Tarabishi
~~7080 H~~



- 1211 Dr. Thabet
- 7813
- 2926
86 – 8 2 - - Khalid Jo - -
A fax to be sent asking in it for
Student - - -
Fax – 4084
48461
1/30 11546
12/13 9804
12/23 13288
Electronic Teller Card
He changes the address
He sends it to the postal address
Secret number for the phone and secret number to withdraw
7370 7370
British Airways
9 2 9 7
USAir
4 3 2 2
– 5 6 5 8 Khaled Faitory
T/F 1132 Khalid Al-gethmi
—8839 Jeddah 6377 Jeddah
- 3 1 7 -
1 5 5 1

[redacted]1 662 Khaled Al-Refaei
Home [redacted] 4146

| | |
|---|---|
| [redacted] 8595 | Home Khaled Al-Sharif |
| [redacted] 2382 | Khaled Al-Ghamedi |
| [redacted] 8987 | Khadr Al-Ghamedi "Colleague of Saleh Hashboul" |
| | Khaled Bukhari "His father's Home" |
| [redacted] – 2825 | Khaled Al-Muslim Shaikh Ibrahim Al-Zamel |
| [redacted] 2016 | Khaled BaSaloom |
| [redacted] 3624 | " " |
| [redacted] – 4- - - | Khairo |
| [redacted] 2247 | Her aunt |
| [redacted] 7668 | |
| [redacted] – 0238 | Khaled Al-Yafai |
| Jed. [redacted] – 4355 | |
| [redacted] – 8949 | Khaled Al-Sayyed |
| 8120 | |
| – 8120 | |
| (Rachel + Marty "family" | Khaled Al-Katmi |
| Office [redacted] – 0606 | |
| [redacted] –1541 | Hatem Saifuldeen |
| [redacted] – 1349 | |
| Office [redacted] 2154 | Abduljawwad's wife |
| [redacted] – 3405 | |
| [redacted] 9161 | Mobile |
| [redacted] 7 5 00 | |
| [redacted] 9 020 | |

| | |
|---|---|
| | Arabic and English Translation Services |
| [redacted] -0537 | Pager [redacted] -7160 |
| | P.O. Box 50286 |
| | Postal Code 21523 |
| F [redacted] – 4226 | |
| [redacted] 3227 His Father | Khaled Al-Sayyed |
| 1987 His Home | " " |
| [redacted] 4727 Mobile | [redacted] -2955 office |
| [redacted] 9179 | Home Khaled bin Ibrahim Al-Subhi |
| – 6666 | Work |
| Ex 2443 | Ministry of Education/General Administration |
| | For Evaluation and measurement |
| KSUbHi@hotmail | |
| [redacted] 6637 | |
| 6382 | |
| [redacted] -892 | Home Hatem |
| [redacted] 0382 | [redacted] 9442 |
| Alaa Abdo | [redacted] 5336 |
| | – 0766 |
| ¢ [redacted] | - - - - - - - - - - |
| ¢ | - - - - - - - - - |
| | [redacted] 9 ¢55 |



-------------
0
358
Back injection
AF
Epidural

Ministry of Higher Education in Riyadh
University Degrees Equivalency administration
Brother/Saud Al-Otaiby
Tel: [redacted]-5555
Ex. 273
Faisal326@aol.com
Registration Number 1545 Dated 25/1/1421
Equivalencies 2035/239

Reserve Uni
Case Western
[redacted]—1943
San2@PO.CWRG.Edu

Mrs. Sue



0079 Hussain Busaloom
5030 " "
47 " "
7012 Home Hassan Abdulaziz
4529
4529 Office Hussain Imbabi
4559 " "
4655 Hassan Hussain Osairy
2198 "Saudia" Grady Bowert
1203/ 0292 Hamad Al-Rasheed
1328 Hamdan Al-Mazrooei Known through
Naser Al-Mazmoomi King Abdulaziz University
2301
0822 Huwaimed Al-Shamasi
0770 "Home" Hussain Hondaji
H - 1899 Hamza Assadullah
C - 4501
P 8930
3431 Hamoud Al-Shumaymari
Home -2514 Hossamuldeen Zamzam
-2780 (F) Hanif
-2600 (Tel)
Ohio Univ.
-2800
Fax: -4625
Assistant Vice President
Gordon Schangen-
bach
1966
9969 Cel Hassan Shahbar
0842 Hassan Darweesh Shahbar
Fax:
What is the amount
The company
The documents
-1387 Hossam Edrees
-2220 Cel Masjid Al-Noor
George Washington
0601 Scott Burd
Scottburd@aol.com
Voice Ex. 3809



The Learning Exchange
Boca Raton
3913
George Washington
University
mspmdl@gwis2.circ.gwu.edu
http://www.sbpm.gwu.edu/mspm
pmprog@gwu.edu
Join Talkway: Colleges in US
http://decaf.talkway.com/
Jali@esi-intL.com
George Washington
- 4685 University
- 4127 Jeneel -4129 Rob
Dr. Abdurrazaq
8084 Abd Rabooh
4128 Project Management
Plaine Barczak
Ex 4128
Plaine Barczak
-EX. 4128
4400
Ex. 467
edu
1943 University University
Case Western Reserves
University
2042
Sue
Kellar Graduate
-9220 Ceso School
Septemper
ESI International
Suite 800
4301 Fairfax Drive
Arlington, VA 22203
1100
4446
–7212 National Univer.
Omar's ID No.
4–986
Exeter University
Postgraduate
Admissions office
The queen's drive,
Exeter UK Ex4 4QJ
S.I. 0642
3030
E-mail: J.K.Edwards@exeter.ac.uk
3044
Mrs. Adward
Internation trade and service
Inc.
F –6822
Dr. Rabboh
P.O. Box 2549 Dearborn
Michigan –2549
22640 Law Ave.
Dearborn
SPE Michigan 48124
University of Tolido



Sascha

Monday/Tuesday

| | |
|---|---|
| 0272 | Fax Al-Imam University |
| 0433 | Muhammad Al-Oqail (Grants Affairs) Registration and Acceptance |
| 0000 | Deen's Secretary Khaled Al-Zayed |
| RKumar@USIU.edu | Tuesday |
| P------- | ---------------- |
| Chr-------- | |
| H-Rish@USIU.edu | |
| ARahaman@USIU.EDU | ---------------- |
| – 4600 | Yearbook |
| 4300 | U.S.I.U./Admission |
| 9615 | " " |
| 4818 | ---------------- |
| Ali 4571 | ---------------- |
| 4842 | Student Affairs |
| 4680 | Media Services "Rick" |
| Jane 4790 | Student Account |
| F | 4849 att. Pat |
| – 4760 | Suzanna Potas |
| – 4511 | Library |
| – 3400 | UCSD |
| – 2990 | www-esps.UCSD .edu |

Butcher/Abdullah Al-Maghrabi
-7463 717

| | |
|---|---|
| 5403 | Khaled Hussain Saleem |
| 2934 | Store Khaled Awad Salloum |
| 7465 | Home " " |
| 0079 | Hassan BaSaloom |
| 9130 | King Abdulaziz University |
| 9033 | Dr. Shawky King Abdulaziz University |
| 1643 | " " " |
| 51 | Dr. Khamis |
| 7170 | Jomad |
| 9718 | Office |
| H. – 7711 | Jamal Sloughter The Butcher |
| Pager – 1414/ – 4290 | Car |
| – 0616 | Jahana |
| – 1144 | Jamal Al-Thani |
| – 3733 | Jameel Faqeeh |
| H – 1616 | Jamal Al-Hunaid |
| O – 2596 | |



2234 Hussain Abdulqadir Moqaibel
6954 Hemaidan Al-Sobhy
9122 Hatem Makhfari
7882 Hmood Ouda
3324 Hamad Al-Mansaki
1203 Hamad Al-Rasheed
3021 Home Hassan Al-Ghareeb
7758 2382 Hussain Al-Ghamedi Khaled Al-Ghamedi
6242 EX208 Court of Audit Khaled Abu Hilal
1682 Khaled Abdullah Baqader
8242
4863 Khaled Abu Oaf
4529 "Financial Observer Projects" Hussain Embabi
2301 Huwaimed Al-Shamasy
4705 Hussain Maymesh
0885 Jameel Maymoon
0104 Khaled Noor
588 4354 Gaber Esairy
4073 1978 Khaled Bukhari
fax
8-477 2143 office Khaled Ghonaim
6193 Home " "
1701 Home Khaled Bakr Al-Amoudi
3593 Office
7045 Home Hamed Saleh
4529 Hussain Embabi
7188 Hussain Hammood Haydar
2234 Car Hussain Moqaibel
6180 Home " "
0075 Foreign Passports
0775 " "
3462 Garuda Indonesia
5396 Reservation
Dr. Baker 4143
West Coast
Tel: Fax: 4362
8037
Dr. S. James 1818
8885 Gary Christofer
2120 Jamal Al-Henaid
9945 "Khaled" Mobile
Fax 2143 / 1978
3836 Jose
8103 Office's mom
2465 Jamal
2121
GMAT 4384
Pearl St.
5769
8E → Jackson Drive
Left → Center Drive Left
Second right
9- -4



Mobile - - - line
2000
Muhammad 3000

MPS738_70
70



Fridges Washing Machines Cookers Agents

4244
0380
0116
Al-Babtain
Haver Electric Estalishment

Saudi American Bank
8616
2000 SAMBA Phone

Chief Travel of S.D.
—9522
—1488

7131 Saudi American Bank

acc.
0119 SR
3747 USD

Home Rentals
- 1913 Tim
- 1705 Tony Planning Dep.
- 8801 Kamran Kurdish human right
3400
- 1893 Mr. Jack
1894
1535→5N→
Left
Pan Am ...
T
Right
Left Battle beeb
boat - 6:30
- 3562 Sun in Dale
Terry
SDGE -7511
#215 Teleph 2355
5252 Balboa Arms Drive
Tost Master
2530 Jerry
- -0360
TM624
-3330 Tostmaster
-2171 Martin
- 8255 Toast Master
World Link TraVel Agency
— Travel Agency
8884
8884
Travel Agency
9938
Birmingham Home Rentals
5817 Cell
0061 Home



1381 Khaled Shalaby Saudi Provisions

2265/2319 Engines repair and maintenance
Telex number
0171 Aerial Surveillance

093 " "
778 " "
196 Airways Engineering

235 Safe Aviation Security
807 King Abdulaziz airport
075 " "

298 Aerial Inspection
Travel Agency
7792 AFRAA
7500

– 3154 To donate items

– 0800/Cort. /Furniture Rental
furniture
Tostmaster →
8255 1800 Santa Clara place

Garnet W → mission Boul.
Left → 3/4 mile → Bord
Caffee → take a left

Kcomeau@earthlink.net

1913 Tim –0700
Th ~~2986~~ Clinic
~~9261~~
0919 Cellular

– 0599 Jody Hood
Aston University
Dr. Steve Conway

S.Conway@Aston.AC.UK

-6683 Tyson

0811 Target
$ 13.47
Sharp 2122 Ex. 3

4666 ~~Toshiba~~ CamCorder
Serial No.
5721

$150 → Sharp 8 ViewCam
AF Auto Focus

MPS738_73

Cel☎ ███ 9143   Sheikh Abdullah Al-Dnais
(H) ███ 2756   P.O. Box 400   Riyadh 1313

| | |
|---|---|
| ███ – 5747   Al-Jazeerah Buffet | ███ – 1200   Car Repair |
| | Abdull Naser — |
| Strategic Management | |
| Aston University | ███ – 8771 |
| http://PSM.abs.aston.ac.uk | 8623 Chief Auto Part |
| /stratman | – 9935 " " |
| P M B O K : U C C | - - - d - - - |
| r a f n n o o | |
| a n d . o i m d | - - - - - - |
| j a y w f m e | |
| e g l o e | |
| c e e r r | Window shops |
| t r d m c | repair |
| g i | |
| e a | ███ - - - - 7292 |
| l | |
| ███ 1011  1012 | 282   All State Insurans |
| | - - - - |
| ███ 0202 | Helal Al-Ansari |
| | ███ – 3464   The British/Al-Attar |
| ███ 0722   Shaker Khalil   Britain | |
| Brother of Mr. Osama Khalil (Abu Omar) | |
| ███ – 7104  "  " Hisham | ███ 92   British Airways — |
| | 97 |
| | ███ 3327   British Council |
| | ███ 0991   (LA) |
| | Abu Fayyadh |
| | ███ – 6966   Samy Al-Soulay |

MPS738_74

74

Tel
Ibrahim [redacted] 3099

[redacted] - 3704
P.O. Box 1222
[redacted] 916
P.O. Box

Bernie Murillo
Lamesa, CA 91944
Bob [redacted] - 6362
502 42 San Diego

[redacted] 5802

OSAMA 92165

[redacted] -9753 Basnan
-8972 Abu Nayef

Interprise
Car Rental

Chapel

[redacted] 0124
[redacted] - 3366

- - - - - - boy

Pacific Rent

Last Sunday

Al-Mehdar
[redacted] - 1780/
Work

[redacted] 1812 Al-Mehdar
[redacted] - 2727

[redacted] - 8823

Law office of
Peter Chu
Regarding
The Visa

4615
[redacted] 1010
2000

Convoy St. Ex 2620
[redacted] 8610 / [redacted] -3555
Saudi American Bank

[redacted] 5060
AC [redacted] 0119

Al-Hamra Branch

[redacted] - 1515
Mr. Ticket

[redacted] - 9533 Pep Bays

Cel.
Bart Smoot
[redacted] - 9536
- 5336

[redacted] 3362

Sun 4 July → 102 P.M.
1771 ← flight No
Dallas NW 1645

Arriving San Diego 4:49PM

[redacted] - 9806 Immigration
F [redacted] - 4285 Edie London

[redacted] - 3362 Pager
- 1133 Parkwood
- 8777 Mail/change of address

[redacted]
0896 Sheikh Muhammad Al-Qahtani

Bank of America
68th and El Cajon Branch
#0863
6801 El Cajon Boulevard
San Diego, CA 92115

acc. [redacted] 3926



A
American on line 4265
AZHARI
PCA - Airways
P.O. B:
Al-AWAD
Anns
Engineering
1541
Jeddah 1444
Aol 0113
- 1178
- 0181
- 1331
AZIZ FATHI
Aol
- 1663
- 1664
- 0098
Mobile 0354 Sheikh Nasser Al-Saeed
Safe
Insurance Company
Through Khaled Al-Yafee
- 7117 Osama "Pager"
7300 American Airline
- 3200 Ibrahim Al-Zamel
# - 1880
Al-Abyadh St. Branch
A
Previously United Bank
Beside Al-ATTAS Hotel
Tel. 2942-
3583
Fahd Al-Harethy
Badr
1741
2121
Bank Number
- 1390 Balboa Library
- 5800 Downtown "
Dana Ludwig
Tel 4411
Fax 1438
The Car "Nissan Ultima"
Lloyds
TSB
Lloyd Bank
Cel. 8576
Cel.
3779
H -3677
Pager 1682
Al-Modaiheem
Abdull Aziz
- 2677
Black boster
- 0362 International Grocery
- 6361 Arabic Grocery Abu Alaa
- 2535 Um Mussa The Restaurant
- 6800 " " H
- 4615 Adel Al-Sadhan

3422
2566
856

14542

342
256

0534 Bajry Mohed
- 5422/ 2281
- 5439 Abdullah Bajry

Send the Sum 12/3 Al-Ahli Bank
0100 /AC
2814 - 7554

Ex 2808
2806
4292 Fax Fathulrahman
2950 Home " "
Saif Al-Saed

3501 Bank of America
24 hours 3220 Bank of America
858 3926
3220

8820 Saudi Cairo Bank
Ex 415 131 Muhammad Al-Zahrany
417 Mansour 452 Muhammad Abu Al-Hamael
Fax Ex 428/419

1604 Account number
301- Hamdy 4265 - -
Fax 419 Fahad Al-Harethy Al-Fayhaa Branch Manager
428 Al-Setteen St.

Hamdy In front of Badr Bakeries
3470 Mansour / United Bank
9852 Sr. 35690
8847 Fax

Retirement Pensions Dept.
Civil Aviation President Accommodation

Tutor

Dec

- 1913 Tim - Tutor
- 1458 E. James
Eshad Al-Ummah Hamdy the Jounalist
P.O.B. 482
21411 Jeddah

626.02
Aug 17 12
May 17 64 40
May 15 1 Aol

$ 7159.53
AP23 Accommodation 5589
AP23 Retirement 5030/10
AP21 10619/10

Special number
King Road
Bahashwan \ Fathulrahman
- 9598 Saudi American Bank
Saudi

2000 Bank America
5811 " "
1871 ID Number/18 April

Mansour Saudi American Bank
-8616
SR 1964.36 00129
Baleegh Muhammed Cancelled in the month of 10/97

8616 -
01 Visa 1 SAMBA Visa
Fax 1980 → Cards Administration

Awad/Salem Final Cancellation of the Card
Ali Al-Zayer
Ali Al-Zeer A check to my address



AT&T 0300 R
2455 C
6632 Youth Hostel
4379 1925 Bin Afeef Pilgrimage
5407 "Ahmad" Al-Kandara House
Showroom
6615 Mansi Showroom "- - -"
5256 King Abdulaziz Airport Tower
4571 Support
3333 On the Path TV program
– 8151 PC-Club
– 9752" Basnan
4806 Al-Kandar House Ahmad Marjab
6685 Shareif
– 5991 Dominion Pizza
– 4168 Adeeb
3910 Excel Direct 10752
52 – -55 Bandar
– 7121
7124
Ex
7411 3156
7284 Al-Kandara House (neighbors) Ahmad Al-Sobhy
3269 Al-Kandara Hiuse (neighbor) Saleeem Solayman
0917 Brittany
Ibrahim Ahmad Al-Mansouri (The Emirates)
–7762 Mobile
0788 Home
– 4752 Bruce
– 2190 Sheikh Abduljaleel
– 4644 Badr Al-Saif
582 Badr Al-Saif
–3198
Attn. AZHARI Al-Awad
PCA ANNS 800
M.T. Airways Engineering
P.O.B. 1541
Jeddah 21494
Carol –2446
Fax –7376
Phone –7717
Carol Aug 16
0360– –3353
–8680 Baker CPA – Review –
–3680 California
Dageri bord of accountancy
Yashi
Dayana Diana
3954 Examination Center
Vibyard
Nov 3 1999
0913
ID#



Ay.15 99 GMAT Pat
July 27 3 weeks 89- -89-364
August 25 Dec 18 3560

5256 King Abdulaziz Airport Tower
Hejazi
4379 – 1925 Jeddah Bin Afeef Pilgrimage
7478 Mena

Bin Afeef in Arafah: At the end of street No. 5, behind the reservoir
in Mena: Sheikh Abbood Bin Afeef Building
in front of the medium Jamarah

- 1203 Home Sheikh Muhammad Al-Barak
- 16050 Mobile
Work 2551 Al-Waleed Bin Abdulrahman Al-Firayaan
Home 2622 Al-Imam University, College of Shareeaa/Jurispurdence Dept.

Car 0253 Ali Abdullah Bin Laden
Office 3513 Bin Laden
2200 Muhammad BaMofleh
3241 3152

- 3114 ~~Doctor Hasan~~
- 7363 Ahmad Al-Amoodi

0362 International Grocery
- 5240

– 2672 House Abu Ihsan
~~9651~~ ~~Amin Barhoush~~
8006 F - 8003

~~(71-) 298~~ Home Abu Ehab
- 3000 Store
– 0505

American Language Inst. $
Sue 7800 5907 Extended P.M
5821 College 9-3
August
--- 1 – Sat August 8-15 22

2121 British Bank "Al Sharefeyah"
Sat Oct 31
Nov 13

-5073 Um Osama
7642 Ameen Al-Maghrebi
– 7200 Pager

1628 Office Depot

-7711 Bugshan Mohed
" " Said

Bluck Poster
2677

From Leicester Universities Britain

– 5445
Abu Nasser
Ibrahim Al–Thabit

-5600 Adam
- 7474 Abu Elyas
-4624 Abdullah "Regarding the services"
-7674 Sheikh Fouad Hamouda

0080 American Embassy

IBRAHIM
3099
ijunayd@excite.com

MPS738_79



[redacted]0716 OMEB747 / [redacted]7970
[redacted]

[redacted]5240 Abu Bakr Mosque
49 Islamic School
[redacted]9259 Fax
[redacted] – 2190 Sheikh AbdulJaleel

[redacted] 1547 A ------------------------
Aulaqi@aol.com 225 Bradway 2nd Floor
[redacted]1917 Al-Shaikh Anwar
– 3366 Al-Niaimi Cel. -------------

[redacted]3846 AZHARI
Valinsia
[redacted] - - - - ELS/[redacted] – 7419
[redacted] – 3733 Abu Hamra
4429 North Av.
San Diego CA: 92115
SD@els.com →

[redacted]2410 Abu Azizah
H. [redacted] – 2794 Abu-Shareef [redacted]2618 W
AZHARY Alt. Azhary
[redacted] – 7376 Fax C/f/C

[redacted] ERCAN
7344
[redacted] – 0664 Fax

[redacted] – 7277 Parsian Market
[redacted] – 40670 ------------------------
– 40670 Ibrahim Al-Zamel
H. [redacted] 6533 " "
– 3170 His father's home " "
[redacted] 5602 – 5244 Ameer
W [redacted] – 7111 Abu Abdu
H [redacted] – 6618
[redacted] 5930 Cell

[redacted] 1212 To inquire about any
6364 Telephone number

[redacted] ~~7951~~ America on line
[redacted] 6364
6387

[redacted] 0164 P. [redacted] 5043
[redacted] – 2535 Restaurant 06 Marwan Khaled
[redacted] – 0362 International Grocery
– 6361 [redacted] 0460 Abu Alaa Arabic Grocery
- - - - ← [redacted] change To change Password
→ Keyword → Password
[redacted] – 1610 Om Abdullah

[redacted] 0648 Abu Kmal
Um Aidah
- N - -

[redacted] – 4872 Abu Al – Ezz
Home [redacted] – 5235 Osama Dahlan
Mobile – 18292 " "

[redacted] 0284 ELS
Home [redacted] – 3733 David ELS
[redacted] – 2628
– 6886 Ahmad Al-Amoody
Executive office

[redacted] 9949 Abu AL-EZZ
To make it possible for towing towing
[redacted] – 7338 Athiwat

American Online
OmEBF747
[redacted]
[redacted] 3022 "Computer" Abu Ahmad
Hussain

80



Ahmad Mostafa 1449
Al-Satweyan 6997
4492 Ahmad Omar Abu Al-Nabi
2547 Ashraf Al-Bakri
4774 Ibrahim Al-Okaily
5006 Ibrahim Al-Jaberi
5226 " "
4246 Major General Ali Hussain Abdulghani
3631 Home Ahmad Makhfari
9293 Al-Ahly Club
7523 Home Abu Bakr Al-Amoody
6497 Fax
1445 Office AbuBakr Al-Amoody
4190 Home Ahmad Ghalib "Township"
1210 Ahmad Al-Omary
Ali
7181 – 5895 Ibrahim Ayyash Murad
Al-Kandara
Ahmad Saeed Anbar
2702
Al-Amoodi\Yasser
Dallal Attar 9364 2316
3133 The British (airway)
3488/ The Emarati (airway)
3440 Gulfair Gulf (airways)
American (airlines)
3846 Azhary
7376 " " fax
– 4872/ – 9989 Abu Al-Ezz
4160
0981 Abu Tawfiq
Muhammed Baqadir P.O.B.0404
Al-Sharq photographer Al-Ghazza
5256 Fees King Abdulaziz Airport
5274 " " Customs Building
4822 " " Pilgrims Building
0703 " " North Terminal
5226 The Tower
5773 " "
4575 The aids
576
5407 "House of Kandara" Ahmad The Indonesian
American Airlines
0965
9661 Adeeb Al–Swaydan
4080
5351 Al-Amaraa Fashion
– 9800 Abdulaziz Al–Mudaiheem
Ex. 3
9411 Ahmad Baqader Egypt
Abdulaziz Al-Hasan
E-Mail AlHasan@mail.com
4817 Abu Bandar/ Muhammad Maghrabi
His Father
0182
2794 Abu Shareef
2618 " "



Saudi Airlines Reservation 3-1 2800
0400
Ahmad Al-Khudairy Birmingham 7855

| | |
|---|---|
| 8805 | "Kuwait" Abu Rashid |
| | |
| 0000 | Dalla Tower Organizer Omar Ayem |
| 8 383 Mobile | Ahmad Al-Behairy |

| | |
|---|---|
| Alees1@yahoo | Sheikh Abdullah Al-Drees |
| | .com |
| P.O.B. 89857 | Khalid Muhammed Al-Majid |
| 11692 | Riyadh |

| | |
|---|---|
| Mobile 2535 | 3665 |
| Office 3014 | Abdulaziz Ibrahim - - (Abu Fayyadh) |
| Home 5027 | |

| | |
|---|---|
| 1313 | Central Egyptian Airlines |
| 1515 | Muhammad Mabrook "Mr. Shareef Reservation |
| Waleed Ex 30 | Majdi - - Sales Manager Mr. Mamdooh Youssuf |
| Hafeth | Responsible for - - Sales counter Manager |

| | |
|---|---|
| 3333 | Saudi Airlines "Reservation" |
| 6333 | " " " |
| 4279 | " " Sales |
| 4241 | " " " |

| | |
|---|---|
| 4219 | " " |
| 4239 | " " |
| 5526 | " " |
| 2334 | " " Information |

| | |
|---|---|
| 4341 | North Terminal Information |
| 4314 | " " " |
| 2000 | 1701 Airport Information |
| 4660 | Airport Projects Information |

| | |
|---|---|
| 4204 | Saudi Airlines Sales |
| 4269 | " " |

Our Sheikhs and Scholars

| | |
|---|---|
| 2757 | Office Sheikh Abdulaziz Bin Baz |
| 8980 | – 1421 – 4444 |
| 1268 | |

| | |
|---|---|
| 2107 | Home Sheikh Muhammad Bin Saleh Al-Othaymeen |
| 3050 | Home 6520 office Sheikh Abdullah Al-Jabreen |
| ~~4869~~ | Home Sheikh Salih Al-Lohaydan |
| 5315 | Office Sheikh Abdulrazzak Affi |

| | |
|---|---|
| 1729 | Home Sheikh Abdullah Bin Ghudayyan |
| 0731 | Office " " |
| 1085 | Home Sheikh Salih Al-Blaihy |
| 7420 | Sheikh Salih Bin Ali Al-Ghosoon |

| | |
|---|---|
| ~~7830~~ | Home Sheikh Salih Al-Fawzan |
| 0696 | Home Sheikh Ibrahim bin Abdullah bin Ghaith |
| 4837 | Office Sheikh AbuBakr Al-Jazaeri |
| 0639 | Sheikh Salih Bin Hemaid |

| | |
|---|---|
| ~~7367~~ | Home Sheikh Abdullah Al-Gharyan |
| 9723 | Home 9385 office " " |
| 0428 | Office Sheikh Abdulrahman Al-Barak |

| | |
|---|---|
| 5555 | Office Al-Iftaa House in Riyadh |
| 2647 | – 5443 |
| 2655 | Office Al-Iftaa Housen in Taef |
| 1772 | Office Islamic Awareness |

| | |
|---|---|
| 6 | Awareness office in Jeddah |
| 1991 | Da'awa and Iftaa office (Jeddah) |
| 6325 | " " " |

| | |
|---|---|
| Fax 9416 | Sheikh Abdulaziz Bin Baz "Taef" |
| Tel: 2611 | Office |
| 0223 | Home |



2695/ 8805
87373
2361 871 Egypt
Abu Rashid
8752
3678

8765 3338 Home Uncle Ahmad Bagader
2000 Office 6200
5950 Landline fax 9000 Muhammed
3984 2582 Midday
3665
Home 3793 1237 Home Ahmad Al-Seraihi
6779 Home 395 2471 Ahmad Tajuddin
His father's 0611 Car " "
4983 Office " "
1237
3370 Ahmad Awwad
2173 Ameen Hobany
2068 Ismaeel Bandora
6354 Ahmad Al-Jafaari
5093 Ibrahim Al-Duraijan
5094 Fax " "
7215 2990 Home fax 2053
Fax home -3694 # 2261 Mobile
Office 5841/ Home 1137 Ahmad Al-Hamdan
5908 Central fax 3365
4245 2754 Home Ibrahim Desouky
4024 – -2437 Ahmad Al-Shamarani
4503 Ibrahim Khalil
2583 – 3921 -- Osama Sadeeq
4342 Ibrahim Jawaherji "Personel Affairs manger in the projects"
6
2989 Training in Aviation Management
4422 Saudi Kuwaiti Cement Company
0000 Ahmad Omar Makhdari 0740 2424
2323 Home Pager 2525
6181
1311 "Al-Manjaf" Al Salamah District
6707/ 9369 Street
7402 " " Al-Sabeen Street
1434 The Cook Saleh's Kitchen

Celular 700
Personal Information
3638 3 000
Name: Omar Al-Bayoumi
Address: Jeddah – Civil Aviation
Telephone: 4279
Muhammad 334 The father 644
Omar 314 Landline No. in the room
ID Data: AP. 1285
Passport: 5841
Social Security No. -8943
Insurance: Projects Clinic Card
5367
Car: fax -2053
Jeddah 21441
1650
P.O.Box
Saudi Arabia
In Case an accident occurs
Mr: Mobile
Address
BP
Height cm
' "
Weight kg
19.34
1000. Jan 8
1000. Jan 8
160 Dec
2898 Dec 26



If the device works from - - - - we say
To detect a virus
Addresses
and Phones
For programming
Abdul Aziz
Oh son, goodness is conspicuous;
A straight face and a kind tongue
I have seen people being deceitful.
They live with the wolf and cry with the Sheperd.
A Muslim is a person who spares people
of the evil of his tongue and hand