# Exhibit 12
# AA
## - ERRATA VERSION -

 =   Plaintiffs' provisional redactions ("ppr")
of telephone numbers and other data,
made subject to Plaintiffs' reservation
of rights to challenge later. ECF No. 9885.



Matthew Boulton College
[redacted] 4545
x 2003
Maria Hunter

B [redacted] SOSS.
Jone.

With Compliments

C3P 3BS Registered in England and Wales no. 2365,
Authority and IMRO, represents only the Scottish Widows and Lloyds TSB Marketing Group for life assurance, pensions and unit trust business.
Banking Code.



BIRMINGHAM
Leisure POINT
Birmingham Sports Centre
Balsall Heath Road, Highgate
Birmingham, B12 9DL
Tel: [redacted] 1120 Fax: [redacted] 3929
E-mail: Leisure.Point@Birmingham.gov.uk

Royal Embassy of Saudi Arabia

Abd Al-Rahman Abd Allah Al-Sa'idi

*Director of Da'wa office in Britain*

267 Horn Lane, Acton, London W3 9EH
Telephone: [redacted] 3744 Fax: [redacted] 3352
E-mail: alsaidi71@hotmail.com

www.dogbert.abebooks.com/abe/CE

Currency Exchange Place

You have all our best wishes for speed recovery.

Your many friends in BSC are hoping and praying for your quick ~~return~~ rapid recovery.

5518 [redacted]

Abdul Kareem

87 ~~88~~



Congratulations on
four Master degree
from Birmingham
Uni.

BSC
[redacted] 9/01

88

MPS738_88



HORTON
PHARMACY
£1.51
£1.51
Karli
Khaled BaSaloum
Adel Rafeea
Mushir
Abdullah Hamid Al-Ghuraibr
America 554
Saudi Arabia 0594
A Trip II and a block for Master
ARISTOCRAT TROPHIES
366, BORDESLEY GREEN,
CORNER OF PRETORIA ROAD
BIRMINGHAM B9 5NB
Telephone: 3566
7/9/01
1x PLAQUE
5x BOXED MEDALS
5x RIBBONS
+ ENGRAVING
RECEIVED £47.50



90

MPS738_90



OMAR Al-Bayoumi
11th FlooR
#1118
Aston University
Birmingham B4 7ET
UK
11th Floor
OMAR Al-Bayoumi
#1118
Aston University
Birmingham B4 7ET
U.K.
8683

91

MPS738_91



OMAR Al-BAYOUMI
OMAR A. AL-BAYOUMI
C 8784 Omar
MANAL -4832 Manal and Majid
Hadijah -6659 Hadijah
-6179 Omnia
5502 Mahamad Al-Bayoumi
MAHAMAD Al-Bayoumi
ABU HATAN
Home
-3113 OMAR.
6333 Mt. Ada Road # 152
San Diego, CA 92111 USA
Tel: 5941 Cell: 7523



Phone #'s
MANAL: [redacted]-4832
Omar Cell: [redacted]8784
Sadia: [redacted]-6659
Amna: [redacted]-6179
Mohamad Al-Bayoumi Cell:
[redacted]5502
OMAR Al-Bayoumi Home UK
[redacted]-3113 OMAR.

UK.
OMAR Al-Bayoumi
11th Floor
#1118
Aston University
Birmingham B4 7ET
U.K

1- Cut Down : ~~decrea~~ decrease it
2- Cut off : stop it
3- Cut it out : stop it
4- get ahead : advance
5- get along : be friendly
6- get at : imply
7- get back at : get revenge
8- get by : manage
9- get over : recover from
10- get rid of : throw away

[redacted] 3439 Abdul Aziz
[redacted] -9292 Talal
EX- 416 [illegible]

D 670

| EXHIBIT REF.NO | PRODUCED BY : |
|---|---|
| PSS/126 | DS STREET |

5/2

**DESCRIPTION :**

# ADDRESS BOOK

**WHERE FOUND :**

# TOP OF COMPUTER ROOM 4 34 DYMOKE STREET

**REMARKS**



# Item Response Theory

Principles and Applications

٤.ك. رهيم

█████ -9/13

███ 2537

██████ +138

Azhar

Umra during Ramadan
Insh'Allah

6 people / Azhar
            Parents
            2 sisters
            1 cousin

around 3rd December 2001

to

around 17th December 2001

[ maybe 3 days in Median insh'allah (first) ]

            then

[ rest g time in Mecca Insh'allah ]

MPS738_2



احمد باقادر
ر ن ٣٥٣٣
جوال ٧..١
ترور 2515
ترور مكه
05/9874519
go bananas
DO NOT INSERT INTO TELEPHONE
USE A PUSH BUTTON PHONE ONLY
1 DIAL 0800 097 1110
2 ENTER PIN NUMBER
2 093
3 DIAL YOUR DESTINATION NUMBER INCLUDING FULL NATIONAL OR INTERNATIONAL CODE
4 TO MAKE FOLLOW ON CALL, PRESS # #
For enquiries or assistance, please call our customer services, 24 hours a day on 0800 097 5242
Services provided by Interoute Ireland Ltd
5 036344 100224
4138
Azhar
Umra during Ramadan
Insh'Allah
6 people / Azhar
Parents
2 sisters
1 cousin
around 3rd December 2001
to
around 17th December 2001
[maybe 3 days in Medina insh'allah (jicot)]
then
[rest of time in Mecca insh'allah]



البنك السعودي الأمريكي
Saudi American Bank

| LOCATION | ANDLUS5L02402015 | موقع الجهاز |
|---|---|---|
| CARD NUMBER | [redacted]0032 | رقم البطاقة |

| DATE التاريخ | TIME الوقت | MACHINE الرقم الآلي | CODE الرمز |
|---|---|---|---|
| 20010630 | 19:48 | 2015-0006 | [redacted]2000 |

YOUR BALANCE 20,394.24 USD الرصيد

CASH WITHDRAWAL 2,000.00 SAR

NEW BALANCE: 19,859.48 USD

PLAN YOUR FUTURE THROUGH SAMBA FINANCIAL PLANNING SERVICES CALL 8001241010

AZHAR

805N → 405N → Santa Monica Left

sawtelle

olampic Blvd Left
westwood left
Y2 k 110 → if you find olupic its mean you get lost!

[...]VICES AGENCY
BOARD OF ACCOUNTANCY
2000 EVERGREEN STREET, SUITE 250
SACRAMENTO, CA 95815-3832
TELEPHONE. (916) 263-3680
FACSIMILE: (916) 263-3675
WEB ADDRESS: http://www.dca.ca.gov/cba
(ATTACHMENT B)

#BXNDXYT ******************3-DIGIT 921
#003057438# AAA 0 EP
AHMED M A BASALAMAH
APT 6
6602 BEADNELL WY
SAN DIEGO, CA 92117-5120

Because it's your stuff
iomega
Nemaat
Grossmont College
7000
www.iomegajobs.com

MPS738_4



1-Cut Down delicse it
2-Cut it: stop it
3-Cut it out: stop it

EX-416

MRS J.A. GODFREY
1, LENTON STREET
SANDIACRE
NOTTINGHAM
NG10 5DJ
TELE. NO. (0115) 8495403
Email: godfrey51@freeserve.co.uk
j.godfrey4@ntlworld.com
jacq-3101@hotmail.com

INSPECT IMMEDIATELY!

OMAR A AL BAYOUMI
6333 MT ADA RD APT 152
SAN DIEGO, CA 92111

Your Personalization

PLEASE BE SURE TO INSPECT: your personalization, your financial institution name, and your account number. Our liability is limited to the replacement of documents incorrectly printed.

Bank of America.
68th and El Cajon
6501 El Cajon Blvd
San Diego CA
619.667.3220

Financial Institution Name

Your Account Number

⑆122000661⑆ 3926⑈

THANK YOU FOR YOUR ORDER!

Important Information

• Our goal is to provide complete satisfaction! Please thoroughly inspect your checks and deposits. Every effort has been made to ensure the accuracy of this order. If you should find a discrepancy, notify your financial institution immediately and a corrected order will be provided.

CB
commercial
-4104
Yolanda
1515
HTML
3737
1043

-8858

2 ٧٩٥٨

405N → Santa Monica Blv.

2045 Sawtelle

20

Dec 8 →

Nov →

October

NAME

OASIS 1377 4477

exclusive California 0612 8221

Deadline 29

Thursday March 30

MF161N

San Diego → New York

Delta 50 → 6:30AM → 410

~~San Diego~~

Saudi flight 34 leaving @ 9:00PM arriving @ 4:30PM

bom Dia = Good Morning

May 16th

MS5567

---

٤١٩٠ منزل

٢٢٧٥ منزل

٨٩٠٢ مكتب

٢٩٠٤ بقالة

٢٠١٢ منزل

٢٦٧١

٨١١٥

American on line GOLD13



yazeed78@Hotmail.com
يزيد السايح
yuiso.com
www.ed.ac.uk/internat/
8486 Yahoo
yusef@AYNA.com
Zero net
ohmeme
AOL
http://hometown.aol.com/ohmemeoh/omar.html
ID
pass
http://www.astroatlas.com/omaralbayoumi/welcome.htm
Netscape
omaralbayoumi@netscape.net
oohmem

8

MPS738_8

U S Customs
-5646

Replacement I94
$285

Thassin
Hughes

How did you get
of an applicat

almudaiheem 2000
Pass
currently your site is below
Business / advice column
Keyword almudaiheem Inn
deltathree
5326 ⟹ 2954
pacific wave
8553
ICA #

صيانة المسجد

-4202 Manuel
-0763 Gardner ] sat.
-7851 proffecinal sound
-2404 pager
Mr. Bill
-6845
-1105
-7818
H -8825 Alfanso
P -5229 [ Installer Carpet
Pager -2121
0732

What is your

Dr.
Miss
Mr.
Mrs
Ms.
Prof

ح = 5 = 7'
خ = 7
ع = 3 غ = 3'
ص = 9 ض = 9'
ط = 6 ظ = 6'



ضيافة المسجد

U S Customs
-5646

Replacement I94
$285

Thasin

How did you get
of an applicant

Almudaiheem2000
Pass
Currently your site is below
Business / advice column
Keyword almudaiheem Ibn
deltaforce
-5326 ⟹ 2954
Pacivic wave
ICQ # 8555

-4202 Manuel
-0763 Gardner Sat.
-7851 Proficinal sound
-2404 Pager
Mr. Bill
-6845
-1105
-7818
H -8825 Alfanso
P -5229 Installer's Carpet
Pager -2121
0732 المقاول

what is your

Dr.
Miss
Mr.
Mrs
MS.
Prof

ح = 5 = 7'
ح = 7
ع = 3 ع = 3'
ص = 9 ص = 9'
ط = 6 ظ = 6'

MPS738_10

10



Cjb.net

httP://althayouny.cjb.net

0597

windows 98
QWBMY-BWQ4Q-3JHPW-
7728R-GFYQQ

Intertent.com ← Reelply

httP://omarsan.cjb.net

Title: Hello (Marhaba)
Keywords - Marhaba
Everyone makes mistakes. But the fewer you make, the better of your business will be life

alkhedhra@hotmail.com
(English) Tutor

Orlando

$150
Orlando
-5527

Holiday homes
Racing

Hethrow
Jetwick
Ayman Badkook

Sel 2274 — Paging

Phenex -3455
9297

British
Phenix airport -3455

Ticket Counter
Sozana

النيل السعودي للتجارة
$
3747 /A

دائرة الهجرة
اللجوء / عبد الله لوتس

washington
Tel ███████ -8?00
Fex ███████ 8448
New York
con ███████ - 4033
offi cll ███ ???? -(██)

naslan @maktoob.
com
███████ 4167F

Case western
عبد الحكيم مصري

I d' ███ 5182

☎  ✉  👪

West Coast University

WCULIB @ netcom.com

WCULIB
password = ███████
browser Program = netcruiser

███ 3844 West Coast University
33--
West Coast L2
4228 EX.871

███ -2928 WCU Orange County
EX 507  Wendos  1 Library
EX  (3602)
4928 WCU La II5 > Books
EX871

1871 Randy Life

███████ WCU
8032
fax $.0
4362  WCU
4021 Resecved AV.
secouf - A CA.92201
Floor

MPS738_12



Internet
T Thu 6-8
-6973 West Center
-1130
5-8
833 West Coast S.D
-8316 David
Fax -8311
M T W 12-2 Nesina
Th F 12-2
consul office Shira
Sep 8 → MTW 12-2
Engel
$ 54
7-9
$10 53
3
Full name
social security
Id 5182
West Coast University
WCULIB@netcom.com
WCULIB
password =
browser program = netcruiser
2844 West Coast University
8300
West Coast La
4928 EX. 871
2928 WCU Orange County
EX 507 Wendy Library
8607
4928 WCU La 1:15 → Books
EX 871
1871 Randy
WCU
8032
fax $10
4362 WCU
4021 Rosewood AV.
second LA CA
floor

13

MPS738_13



washington Mutual 0322

وزارة المالية

وكالة نهر للسياحة

YMCA -7451

-0345 HYDRED

Miss-Carolyn

Bart Smoot -5336

F -0285

-3508

WES -8722

وكالة كانو للسياحة

المكتب السعودي للسياحة والسفر

وكالة الطيار

WALLEED AL-REDAN

-2829

-8372

1544

1.999

مكة المكرمة

MPS738_14

14



-914 Webster
- 8311 West Coast U
0205
9066
0164
EPC
8526
0164
4882
NO
5872
EX. 240
www. Deen.com
housing @ Birmingham
E-mail: andrew.matheson@
moseleyha.org.UK
Tel: -8661
3328
7159
-6922
-1400 Home Depot
7059
P
3465
4289
5111 →
-0778
6270
4770
Cell.
1800
-0156 HYdred

15

MPS738_15

-1332
-1332
2156 Hector
591 W. Holt av.
#3
109 Room
EL Centro 92243
Hictor Ortiga
pager
-9666
E-mail
Hani BADKOOK
P.O. Box 12414
Jeddah 21463
Saudi Arabia
Depot
Cox long Distance

وسيم حبيب
6181 National University
Street College Ct.
Nettaxi.Com
Cell 3749
OmarUSA ZY
omarsA@zyworld.com
www.zyworld.com/omarsA

MPS738_17

ناصر الاشوك «الكويت»
NISSAN
Nahed Al-Jaber
Nino
Home
store

Bayan's Friends
-0150 Yessi
0988 Tamika
-9621 Jaquanna
UKU
وزارة الشئون البلدية والقروية
6660 أمر ملكي رقم
في ١٤٤١/٦/٥
يقضي بمنحي قطعة أرض
200
358-
$285.00
5105 150 pounds
5262
Basim universal
UEE
Royal wings
Iman 2875
$20
USA
Application #2000 W/
0/016
$285
$437.00 ← 150K
per kilo

19

MPS738_19



EXCell!

للتغيير بالحركة

Tools → options → View → Right-to-left

format Commands ← Customize ← Tools

لتغيير الأرقام من E الى عربي

start computer

settings → control panel

→ Rigional setting → Number

→ Number style

الفاصلة العشرية

shift + j

كحدود للخلايا

Format → cells → Number → Border

الشرط (المعدل)

Click on f* → avrage →

Criteria

age ← amount

f*

→ DBase → DCount A →

لاختراق

start → MS Dos → Ping ▽

WWW.

IP No ←

copy it and put it in the explorer address

للكشف على البرامج

Run → SFC

The Bordesley Center, Stratford, Camp Hill

Birmingham. B11 1AR

e-mail: MWT@amanah.demon.co.uk

Tel: [redacted]-0297



financial statements are like fine perfume; to be sniffed but not swallowed
Abraham Ellis
Mohamed000@collegeclub.com
Mohamed Talmas
4353
Freenet
Nettaxi
username: ohmemeoh379
pass
Code 8236
Inter
username: omarinn
Password:
username: omarspot
Pass
-0127
-1662
KTVB
Ohmemeoh2000
Phonefree

21

MPS738_21



M 25(N) → 40(N)
truck 94
317
50
125
22
110
522
- 8838
Escort 95
9
170

MPS738_22

22



TABLIGHI MARKAZ
DEWSBURY
SAVILLE TOWN
YORKSHIRE
U.K. ENGLAND
SAIFUL MALLUK
1 WYCLIFF RD. HANSWORTH
BIRMINGHAM 3TA
TELE 0121-523-0591
YASIN PATEL
45 BLACKBURN
BLACKBURN
BB1 7NG ENGLAND
-8225
U.C.H.S
-7021
-0642
2381
-7232
-4593
4th period Art class → 1035
X 281
Moore
Mrs. Maiden
-3040
University
High
School
Math # 136 Mrs. Reading
attendant
Counselor
Medina
-0563
Manal
Majid
8784
703
Toffee Crust

23

MPS738_23



-0325 معن

-4890 مدرسة اللغة العربية

91

-9359

-7025

4872

10636

1800 TAMTEL

1888860 TALK

64¢

-3040 University High School

9 - 2 P.M

7 - 11 A.M

Mohammad AL-Nuaimi

UAE 4-242

359 - 9-995

1935 Masjed Othman

Dr. Abdussttar

-7326

Tel -4059

-1563

-4790

10 PM

Tel -2849

W -0401

- 2849

34626

11478

-0412

4480 T

EX1081

-0554 fax

P.O Box 6262

Malcolm X Library
For all movies
Murad
fax
Masjed Al-Madinah
Dr. Mahmad Dosky
Mohamad Bashirah
Mohammed Sharce
Tech
MICRO-Soft Net work
Mohammed Omar Al-Sharif
"Home Jeddah"
/DARREN
0800 MCI
cellular
EX-189
Jackie
Math Made easy

Masjid Al-Rebat
-6200
-9428
Massage therapy
I-S-S-D
Mohed Bashraheel
Bashraheel London
Fax
Majdi Hana
Mohed Bagry
Mohed AL-Haddad
-5353
5842
-7970
-4564
-0234
1091
9372

MPS738_26

إدارة مطار الملك عبدالعزيز ٤٠٧٧١

شارع المطارات بالرياض ١٤٠٨
مطار الملك خالد - البروتوكول ١٤٢٠
عبد الجليل زكور ٢٠٤٩
العتيبي ٢٠٤٠

محمد حسين بن عفيف ٢٤٨٨
٧٠٧٢
٥٥٧٤

ساعد الزبيدي ٢٧٧٠
محمود خليل ٤٦٩١
مجلي الجوهر ٠٥١١
٦٢٦٨

موسى الرماني ٤١٤٦ ٠٦٠٨
خالد الرماني ٥٠١١٠
مستودع الصيانة ١٢٦٦ EX ١٨٥

معهد الإدارة العامة ٤٦٤٥
١٦٠٠

٠٦٤٠
EX ٢١٨٠
٠٩٩٢

محمد 7674

٨٢٢٤
٩١٤٨
٧٠٠٤
٦٧٦٣

مستشفى حمراء ٦٦١٨
٠٨٢٧
٢٢١٦

مستشفى الرياض ١٨٨٨
١٤٥٢
١٤٥١ ٦٦٥٥

الأنصار ٩٦٥١
مستوصف ٩٤٥٦ ٤٢٧٩
٦٤٣٦
الشامل ٢٢٢٢

الأهلي ٩٠٠٠ ٥٠٢١
٥٠٠٠
مستوصف ٤٥٨١

محمد هنداوي منزل ٧٢٠٢
محمد عبيد ١٢٢٤ EX ٢٥٤٦
محمد سعود ٧١٧٨

محمد العمري ٠٧٤٤
محمد جباري مكتب ٢٢٧٧ ٢٥٨٠
منزل ٥٤١٢

محمد يونس ١٩٦٦
محمد مكي ٤١١٨
٩٥٠٧

منصور البركاتي ٤٩٠٥
العتيبي ٢٢٧٢
٢٥٦٨

محمد ٢٧٨٨
٧١٧٨
٢٢٠٢

If Islam is the
treasure box and the
shahadah is the dimond
or jewel.
MZHDN@Hatmail.com
3508
1037
2504
4521
Manal

29

MPS738_29



-8823 Peter Chu.
4615 Canoy
$5000
San Diego
5800
Library
Karli
-3432
litle ceZers
-7700
Le Mont
7172
6380
cellular
-9601 Luwam Beshir
9259 Fax
-5240
-3271
cell.
-9991
-9991 Lawam
LUWaM
-0951
APT