# Exhibit 12

# AA

## - ERRATA VERSION -

= Plaintiffs' provisional redactions ("ppr") of telephone numbers and other data, made subject to Plaintiffs' reservation of rights to challenge later. ECF No. 9885.

-9551
EX- 2 Shawn
-8378 Kaplen
-7595
4350 executive Dr.
La jolla
8150 Krac school
San Diego
-5200 Librari
Loyer
faiq Bakri
1957 Email
@Aol.Com
Green Card
-8992 Karle
055626473
X209
1645 Crestin
-9510
-1844 mitro page
-1349 Kim.
Camp U-S-A
4300
87746
-1043
-3220 Cable
Compaq
1518
6672
9050 Car Rent [Enterprise]
-5997 Kamal
L Rescue
6160 Computer City
Gateway 2000
2080
-8528 NHA
-3133 Page
http://





Kaiser 5000
PCNET
ACT ATC
4000 Kaiser
B.D. May 26, 68
Chile
5000 - San Diego
3025

32

MPS738_32



-8827   Gary

Grosment
College
7186
6536

-0432
-9638
-1250
Cell. -3362
Franklin Capital Corporation
-3400
-2628
E-mail customerservice@frk.com
-3999
Faisal320@aol.com
Fathi
-8616
-1124 Fread Yousef Fateni
1387
-4300
7746
3387 Fahad Badkook
-4344
1134
-6568 Fathi
Fahad Saeed Nassar
0329
-4293 Fathi
-3381 Fashion valley Info (for leasing)
-2885
فتحي العيدروس

35

MPS738_35



36

MPS738_36

-1661
4707 Abdullah Al-Mutawa
manama
-1606 Cel
-9157 (H)
-0314
-6013
-9454 EX 119
Refugee immigrant
4575 Georgeplace
-2461
-9753
254 West dryden St.
Glendale CA 91202
-4197
-9843
7162
7239
7240 ElCajon Blvd # 9
Second floor
-0652
-5084 EASA Hufman
-3444
forge@nettaxi.com
-3450 Pager
-3506 SAUDI
Room 205
7071
Forge Hamerman
c/o Jammat Al-Imam Mohammed
Ibn Saud University
P.O. Box 87902
Building 62/Room 205/Riyadah
11652
Tel: -3506
-1134 Abu-omar Easa
2251
-5017
6363
#137
-5144
-7103
-3501
7015
3301
5193

-1256
-3403
$500
-1598
-1115
-1110
Abdullah Al-Hashimi
-3439 Abdul Aziz Al-Shareef
Cel.
8195
-5439
-1083
Aziz Fathi
2444 EX- 3520
4830 Home
4693
Ghanim Saad Al-Ghanim
Riyadah : 11943
P. Box 42
EX 2226
Alhasan@mail.com
-7336 H
-7243 H F
-7452
5815
School
Celullar phone
-2444
EX 3520
-5011 EASA Pager
Abdullaziz Al-Mudheer
3779
-8673
7171
1326
5424
-7477 Abdul
551
F
1326
-0343 AMMAR

6652 omar@net
QM6ZK5N3

-3142 The office
http://messenger.msn.com/friend
d_s_b7@hotmail.com
a_s_b@Avna.com
ICQ

ASEFKanan @www-com
8950
Tearose oil
Perfumer's works
Hopa LTD
first name is
Last Al.

Talal Al-Hamdan
Cellular
# 416

405 → Sant
second traffic light
left → 5-
2045



ضيف الله البركاتي
٤...
-1420
ضياء
Rapid white
49.95
7070

| | |
|---|---|
| | 2950 |
| -2123 | Virginia Galvez |
| -0024 | Alberto — Mr. Crim |
| | 7751 Herschel St. |
| -47 | |
| -3 | Wes Lee |
| | Joel Pisarnik |
| -3500 | Paty تصوير اجار بنكي |

| | |
|---|---|
| | -0709 |
| | 1803 |
| B | |

45

MPS738_45



Fax -3430

صالح البيومي منزل ١٤٥٨

Pager 1880

-٤٦٦٩

ممدوح صباغ ٥٠٩٨

صالح الكامل منزل ٤٥٧٠

صالح الملك ٢٨٠٨

٩٩١٨

صالح العقيلي منزل ٧٨٥

صالح البيومي منزل ١٤٥٨

صيانة المكيفات ٩٤٩٨

صيانة مكيفات ٢٥٦٧

١٤٢٤

صالح القرني ٠٥٧٠

مصطفى البيومي -٨١١٨

تكساس 6650

-0054

9897

-0570

-0514

-1516

3140 SAIAMOUDI@Aol

2381

5681

9023

7257

-4440

0929

Sagar

-9933

1299

-4440

-451-

GMAT

MPS738_46

46

إني بليت بأربع لم يخلقوا
إلا بشدة شقوتي وعنائي
ابليس والدنيا ونفسي والهوى
كيف الخلاص وكلهم أعدائي
9714
fax
1106 office
fax 456 332 منزل
165 H Telephone
-998 W

AT&T [redacted] - [redacted] [redacted] 9801

[redacted] -3000 UK
3333
3391
[redacted] 9947 Mission
[redacted] 9944 → EX [redacted] 1226
E.X [redacted] -9895
EX 228
[redacted] 9944
[redacted] 4777 Sprint
[redacted] 7466
Cell ([redacted]) [redacted] -1317
[redacted] 9895
fax [redacted] 4899
IIasA.org
[redacted] 8200
[redacted] 4984 Islamic candidates (5) of America

S

Muslim people included in Haj this year
[redacted] -0702 Downtown
[redacted] -0375 Clairmont
[redacted] 2016
[redacted] 5-
سعود بريخ
Barbakh Interprises
425 Bradway
S D CA 92101
Tel [redacted]
fax [redacted] 0702 → 9458
([redacted]) 4890
([redacted]) 4891

MPS738_48

British
9297
2289
5-00PM
6671
Company
1235
4944
3457
electronic
Green Mountain
Sharef 99
Yahoo.com
6112 (H)
sulajames1 @ yahoo.com
hotmail
Jamel America
Sham
-3225
2600
west
8738

49

MPS738_49



Los Angeles

منزل ٥٥١٩

شركة دلة

2808

Fax

8863

screen

Password

1643

46.95

44.55

8589

المهندس تركي عبدالله العنقري

مدير شركة ابراهيم التويجري

MPS738_50

50



London EMbessy -0833
Lafayette 91733
School
Fax -9739
-8160 Marquis de Lafayette
Fax -9739 Elementary school
6125 printwood way
San Diego, Ca: 92117-3397
-8160 A Ttendance office
Counseling office -8164
Transportation
-8460
-5849
-9450
Fax -2978
9450
-8849 mission culture
3800
-0415
-5983
Alhatib-Co-Corp
Fax 9041/ 7376
-0803 Saad AL-Hatib
Fax 200
Fax 200/ 4400
Samer Hatteson
6664 Anytime towing
-6500
Jim towing
-0114
-9450

51

MPS738_51



Saleem Al-Salami
شركة بن لادن
VISA
Fax
2045 SAWTELLE

52

MPS738_52



-2752 LA
Delta 1212
8686 Siraj Alddeen
-2777 cell.
-3192 F/
-3547
-8316 Cel
-0989
-1574
-1785
-1785
Los Angeles
Saudi Air lines
-5112 Kennedy airport
Fax
-8133
-5272
-1574 Sameer Nuhaily
-8316
-3161

53

MPS738_53

Fax ( ) -2752 LA

-0381

Delta 1212

8686 Siraj Alddeen EX 227

-2777 cell

-3192 F

-3547

5700

-8316 Cel

-0989

1574

1785

Los Angeles

Saudi Air lines

-5112 Kennedy Airport

Fax

-5272

1574 Sameer Nuhaily

-8316

زكي أبو زبيدة
-2892 زكريا جودة
مكتب
منزل
-0717 زكريا حسنين
-1571



السفارة السعودية
America
1344
Rasheed Sallahee-Allin
Cel. -1607 رئيس الإسلام
office -4724
Ray
1233



السفارة السعودية

☎ ✉ 👥        ☎ ✉ 👥

سياسة المعلومات

٥...
١٠
٨٨٨

١٩٩٢    وعد الشبيتي

ROSS
٢٥١٥
-٥٤٧٥  Read San Diego
Alica/Delia

١٢ w/o

Cel.                we will get back to you
NEM                as soon as I here your
-٨٦٨٠  P    ٩٩٢٢١  -٨٢٢٠     message.
عدد  -٥٧٥٠   office

-١٩٤١   جا العنبر
-٤٠٨٠   ٤٣٧ = Lajolla
village Dr
٦٠٥
٠٧٧٥  حوان             Ray Kroc
٥١٠٢ Tel.           ٨١٥٠

Ms. Wilma Kozai  DY.
Principal        Walker
Ray A. Kroc      V.P
5050 Conrad Avenue
San Diego, CA 92117
█████ 8150

ROSS
Read San Diego
Alica/Delia
Cel.
office
437 La Jolla
village Dr
we will get back to you as soon as I hire your message.
Ray KROC
8150
Ms. Wilma Kozai
Principal
Dr. Walker V.P
Ray A. Kroc
5050 Conrad Avenue
San Diego, CA 92117
-8150

-1553
1671
Fax -0309
8259
3500
Delta three
aCC- 5328
2954
M 25(N)
-8080 Darren
-8082 fax
-1100 DARREL R. CROCHET
-1969 Fax Clara
1212 Delta
-3111 Alisa L.
2511 Cel.
Dr. Khalid Al-Khalid
-7231 Dr. Mohsen
Los Angeles

-4665 Dr. Bill
2320 Dr. Bashir
Aston
David
davebrereton@talk21.com
8092 Plantat.com Dr. West
Chester, OH. 45
-7236 Dr. Osama Al-Baz
Dr. Deha
pager: -7200
2926
pager 7813
-7236 Dr. OSAMA AL-BAZ
-0969 Daisy
Abu-Rackan
4571 Ali Abu-Rahma
4528 fax -1835
4564 Dr. Bayan USLU
4812 fax
-5430 Department of Commerce
Dr. Alica
Dr. Lakhani
pager -0369
Dentist
Ali
Dr. Duran Bill
-1397
-8223 Dr. Najwa Barakat
ProBell@PacBill.Net
-4212/F -4665
-4665 Dr. Bill will 5:00 P
-8920 Dr. ZAKARAIA
fax
phone -8989
8808 Dr. Abdulsattar
SA -5627

MPS738_60



Dr. Boon, -8885
Dr. Rahman
-4529
Dr. Joe -8686
-9174
Dan Barr
hrahman@usiu.edu
-8834 Dr. Rahman
-4529 Dr. Hamad Seleman
Zahid-AZIZ_@vme.nott.AC.UK
-4529
-5458 Dr. AZIZ
-1780 F
-2310
Dallah
Fethorrahman EX
Fax
Dr. Badri
-4529 Dr. Rahman
-0426 Dentist Gentel
Dental

61

MPS738_61