# Exhibit 12

# AA
## - ERRATA VERSION -

 =  Plaintiffs' provisional redactions ("ppr")
of telephone numbers and other data,
made subject to Plaintiffs' reservation
of rights to challenge later. ECF No. 9885.









MPS738_65





The Learning Exchange
Boca Raton
-3913
George Washington
University
m spmod@gwis2.circ.gwu.edu
http://www.sbpm.gwu.edu/
mspm
Pmpro3@gwu.edu

Join talkway:colleges in US
http://decaf.talkway.com/
Tali@esi-intl.com

George Washington
-4585    University
-4127    Jenee ████    -4129   Rob
Dr. Abdirrazaq
-8084    Abd Raboot
-4128    Project Management
Plane Barcgak
✉ ████ -4128

Plaine Barczak
EX-4128
████ ████
4422

EX-4/3
edu
████ 1943   .......naty  -us

████  Case Western Reserve
2042  university
Sue
Kellar Graduate
████  -9220 Cero   School

September
ESI International
Suite 800
4301 Fairfax Drive
Arlington, VA 22203

-7212  National University
Owar's ID No.
████  4-986

Exeter univer. in u
Postgraduate
Admissions office
The Queen's Drive,
Exeter UK EX4 4QJ
S.I. ████  0642
3.30
E-mail: Tik.Edwards@exeter.25-uk
████ -3044
Mrs. Aduard.
International trade and service
Inc
(████) -6822  -
Dr. Rabboh
P.o-Box 2549 Dearborn
Michigan
22640 Law Ave.
Dearborn
Michigan 48124
SPE   Univ. of Toledo

MPS738_67



MPS738_68

68



MPS738_69

69



الكرم الحواله ضيبه





MPS738_72

72





MPS738_74



MPS738_75



A American on line ☎ ✉ -4265

AZHARI AL-AWAD
PCA.- Anns
airways Engineering
P.O. B. 1541
Jeddah ▮1444

Aol ▮▮▮ ▮ 0113

-1178 AZIZ FATHI
-0181
( ▮ ) -1331

A o l
▮ -1663
▮ -1664
▮ -0698

▮ 0354  ▮▮▮

safe
Insurance Company  ▮▮▮

( ▮ ) -7117  ▮▮▮
· 7300  American airline
▮ -3800
▮ 330  ▮ -1820-

---

☎ ✉  942▮
1941  ▮▮▮
( ▮ ) 2121  ▮▮▮

▮ -1390  Ballroll Library
▮ -5800  ▮▮▮

Dana Ludwig  ▮▮▮
Tel  ▮ -4411
Fax  ▮ -1438

▮  Lloyds  ▮▮▮
acc.  -TSB
▮▮▮  = ▮ -8576

▮
3779  AL-Madaiheem
8677  Abdull Aziz
▮  1692
▮  black harter
2672

-0362  International Grocery
-6361  ▮▮▮
-2535  Um Musa
-6800  ~ ~ H
( ▮ )  ▮▮▮
-4415



MPS738_77





MPS738_79







MPS738_82

82



MPS738_83





Matthew Boulton College
████████ -4545
X 2003
Maria Hunter

B  ████████ SOSS.
Jone.

## With Compliments

C3P 3BB Registered in England and Wales no. 2065,
Authority and IMRO, represents only the Scottish Widows and Lloyds TSB Marketing Group for life assurance, pensions and unit trust business.
e Banking Code.

MPS738_85



## Birmingham Sports Centre

Balsall Heath Road, Highgate
Birmingham, B12 9DL
Tel: 6060 +120  Fax: 441 0 3929
E-mail: Leisure.Point@Birmingham.gov.uk



**Royal Embassy of Saudi Arabia**

### Abd Al-Rahman Abd Allah Al-Sa'idi

*Director of Da'wa office in Britain*

267 Horn Lane, Acton, London W3 9EH
Telephone 3744  Fax: 3352
E-mail: alsaidi71@hotmail.com

www. dogbert. abebooks. com/abe/CE

خالد نوري سلام ح

86

MPS738_86

You have all our best
wishes for speed recovery.

Your many friends in BSC
are hoping and praying for
Your quick ~~return~~ rapid
recovery.

5918

MPS738_87





88

Congratulations on
your Master degree
from Birmingham
Uni.

BSC
[redacted] /9/01

HORTON
PHARMACY

£1.51

£1.51

S Alton

كارلي
خالد باسلوم
عادل رضيع
مشير

عبدالله حمد العرابي

امريكا [redacted] 5554

السعودية [redacted] 0594

ATrip II and a block for Master

ARISTOCRAT TROPHIES
366, BORDESLEY GREEN,
CORNER OF PRETORIA ROAD
BIRMINGHAM B9 5NB
Telephone: [redacted] 3566

7/9/01

1x PLAQUE
5x BOXED MEDALS
5x RIBBONS
+ ENGRAVING

RECEIVED £47.50

7/9/2001

MPS738_91



OMAR AL-BAYOUMP
↓ OMAR A. AL-BAYOUMI
C ███ 8784   عمر
MANAL ███ -4832   منال وماهر
Karsc ███ -6659   خديجه
AMNA ███ -6179   امنه
MAHAMAD AL-BAYOUMP ███ 555 02   محمد سري
ABU HATAN
OMR AL BAYOUMR Home
███ -3113 OMAR.

6333 Mt. Ada Road # 152
San Diego, CA 92111 USA
Tel: ███ -5941 Cell: ███ -7623
Ema: ___ █████@███.com
Tel: ███ 6 ___ ███13 - Jeddah, Saudi Arabia

MPS738_92



Phone #'S R'S

MANAl: ███ 4832
Omar cell: ███ 8784
Kadfas ███ 6659
Amais ███ -6179
Mahamad Al-Bayouni cells
███ 5502
OMAR Al-Bayouni Home UK
███ 3113 OMAR.

UK,
OMAR Al-Bauouni
11th Floor
#1118
Aston University
Birmingham B4 7ET
U.K

93

MPS738_93

1- Cut Down : ~~reduce~~ decrease it
2- Cut off : stop it
3- Cut it out : stop it
4- get ahead : advance
5- get along : be friendly
6- get at : imply
7- get back at : get revenge
8- get by : manage
9- get over : recover
10- get rid of : throw away

█████ 3439 رقم المنزل

█████ -9292 رقم الجوال

EX- 416 دعوى

MPS738_94



*Aaita Arabic Consultants*

Interpreting / Translation. All Dialects of Arabic
*Authorized by Federal Courts & NJ Administrative Office of the Courts*
Marwan Abdel-Rahman

### To Whom It May Concern

This is to certify that each page of the attached English translation is an accurate and faithful representation of the corresponding original document in Arabic.

I, Marwan Abdel-Rahman, hereby affirm that I am approved by NJ-Administrative Office of the Courts as an Arabic interpreter/translator. I am also approved by the Administrative Office of the United States Courts, NYS Courts, and Pa AOPC. My certification number is PA-4450Z-22.  In my capacity as Director of Aaita I also warrant the accuracy of translations completed by my staff under my supervision.

**Document Title(s):**

**MPS738_1-94 – Errata version**

[Corrections to Handwritten Address Book (English)]

I hereby declare that, to the best of my knowledge and belief, the translation of each above-referenced document is a true, accurate and complete translation of the original as described.

Sincerely,

**Marwan Abdel-Rahman**
Aaita Arabic Consultants, INC

**Date:**  April 18, 2024