# Exhibit 12 BB

# - ERRATA VERSION -

 = Plaintiffs' provisional redactions ("ppr") of telephone numbers and other data, made subject to Plaintiffs' reservation of rights to challenge later. ECF No. 9885.

9/2

D674

| EXHIBIT REF.NO. | PRODUCED BY: |
|---|---|
| PSS/24 | DS STREET |

**DESCRIPTION:**

OMARS PHONE
BOOK AND
GREEN FOLDER

**WHERE FOUND:**

SHELF 5
UNIT D
ROOM 9
34 DYMOKE STREET

**REMARKS**

000001





Lib [redacted] 4416

Omar's Phone Book
January 26, 2000

| Name | Phone | Fax, Cell, E-mai |
|---|---|---|
| A.L.I | -5907 | 2735 |
| Abdul ghayoum | -9454 X119 | |
| AbdulGader BaGader | C [redacted] 3566 /H [redacted] 6375 | |
| Abdullah Abdulhafeeth | -0076 C [redacted] 3565 | |
| Abdullah Khalil | C [redacted] 2614/ [redacted] 3833 | |
| Abdullah Saeed Bagader | C [redacted] 02410 | |
| Abdunnaser | 1200 | |
| Abu Abdu | 6618 | [redacted] 5930 |
| Abu Alaa (El Cajon Boulv.) | 6361 | |
| Abu Alaa Grocery store | -6361 Cell. [redacted] 0460 | |
| Abu Azizah, Abdulaziz | 2410 | |
| Abu Bakur Mosque | -5240 — [redacted] 7970 | Fax 5240 |
| Abu Elezz | -4160 [redacted] 4872 | |
| Abu Elyass | -7474 | |
| Abu-Jihad (the three Kings) | -4181 | |
| Abu- Rakan ALI ABURAHMA | -4571 (H) [redacted] 1835 | F [redacted] 4528 |
| Abu Rashid, Kuwait | 8805 | |
| Abu-Bilall | 0998 | |
| Abu-Hamra | -3733 | |
| Adduraijan, Ibrahim [redacted] | (H) [redacted] 7215 (H) [redacted] 2990 | |
| Adeeb Asswaidan | -4080 | |
| Adel (Kwaiti) | 5355 | |
| Adel Assduhan | 2849 W [redacted] 0401 | |
| Ahmed Al Amoudi | 1434 | |
| Ahmed Al Hamdan | H [redacted] 1137 C [redacted] 2261 W [redacted] 5841 | F [redacted] 3365 |
| | F [redacted] 3694 | |
| Ahmed Bagader | 2000 C [redacted] 3000 | F [redacted] 9000 |
| Airport Information Jed | 2000 North( [redacted] 4341 [redacted] 4314 | |
| Airways Engineering | 7717 | |
| Al Ajhoori Acc. 2568 | | |
| Al Bayoumi Mohammed [redacted] | 0302 C [redacted] 5502 | |
| Al Bayoumi Mostafa | 3409 | |
| Al Ghahtani, Mohed Gen | 0896 | |
| Al Haddad | 1091 | |
| Al Hunaid, Jamal | H [redacted] 1616 W [redacted] 2596 | |
| Al Mehdar | 1812 | |
| Al Mersal, Majid | 1553 C [redacted] 71671 | F [redacted] 0309 |
| Al Ribat Mosque | 6200 / [redacted] 9428 | F [redacted] 1008 |
| Al shaikh Hamoodah, Fuad | 7674 | |
| Al Thumairy, Fahad | C [redacted] 3362 H [redacted] 0638 | |
| Alaa Abdu | -0382 | |
| Al-Modaiheem, Abdulaziz | C [redacted] 3779 | [redacted] 8677 |
| Al-Shaikh Anwar | 1917 | |
| Alshaikh, Al Barrak, Mohammed | 1203 C [redacted] 16050 | |
| Alwalled, Alfurayaan | [redacted] 2622 | |

*Handwritten annotations visible:* 6531, Nadive, outside, X85, Cell/omar, 5692, 6298, 0870, 7416, M. Guutb — Muhammed Guutb, 3611, 5240, Fax, Saat, Moures, Sunshine, Night work, 185 Younis, Albayooa only, post Graduate, Ismael, reception, Bashir, 7435

MPS688_3



3418
685899    Ali Al-Zahrani

4073    Khaled Qassim

2628    Ahmed Al-Amoudi



| Name | | | |
|---|---|---|---|
| Amer | ■-5602 | | |
| Assadhan, Adel | Saudi A. ■ -2849 | | |
| Assef Hakeem, (Contractor) | ■-7253 | | |
| Assodairy, Muteiab | 0998 | | |
| At&t | 5288/■9801 | | |
| Athabit, Ibrahim (Abu-Naser) | 5445 | | |
| Athiwat | ■-7338 | | |
| Atif Najjar | F ■-4666 | | |
| Awaad, Ahmed | ■-3370 | | |
| Azhari M. Awad | H ■-846   W ■-7717 X240 | | F ■ -7376 |
| | (Karli x238&205) | | |
| Azzamel, Ibrahim | ■40670 | | |
| Bagader, Ahmed | Egypt ■ 9411 | | |
| Bagader, Mohammed | ■-9992 | | |
| Baker CPA | ■-8680 | | |
| Baker CPA-Review | ■-8680 | | ■3954 |
| | Exam Unit ■ 3680 | | |
| Balboa Library | 1390 | | |
| Ban Of America | ■3501 Custmr. ■ 3220 (■ | | |
| | ■926 | | |
| Bandar | ■1155 | | |
| Bank of America | ■3926 | | (24Hour) |
| | | | ■3220 |
| Basalilah, Mohed | ■0557 W ■-6886 | | |
| Bashraheel | | | |
| Bernie Murillo | ■3704 | | |
| Bin Afif, Mohamed | ■3488 | | |
| British Airways | ■9297 | | |
| California Board of Acc. | ■3680 ■-3954 | | |
| Car Insurance "Yong" Allstate | ■8344 | | |
| Chief Auto part | ■-8771/ ■8623 | | ■-9935 |
| Delta | ■1212 | | |
| Dr, Bijan | ■4564 | | ■4843 |
| Dr. Abdullah Aljoaithen | ■0877 | | C ■ 54240 |
| Dr. Abdurrazaq abdrabooh | ■-440 Ex.467 | | (H) ■ ■80£ |
| Dr. Abdussatar | ■8808 | | |
| Dr. Baylooni (Abumohammad) | ■4529 | | |
| DR. Bill Will | ■4665 | | ■-4009 |
| Dr. Ghanim | ■7678 | | |
| Dr. Jameel Alshami | ■-3344 | | |
| Dr. Khalil AlKhalil | Saudi C ■ 8511 | | |
| Dr. Lakhani | ■-8809/ ■-8045 | | |
| Dr. Mohsen (Los Angeles | ■-7201 | | |
| Dr. Rahman | ■-4529 | | |
| Dr. Saad Altrabishi | ■-2700/H ■-7080 | | |
| Dr. Thabet Diaha | ■-0512 ■0664 | | |
| Egypt Airlines | ■-6787 LA: ■ -3900 | | |
| Emad Pager | ■-8300 | | |

000004

MPS688_5

$$\frac{250}{1000} \quad 4$$

Hani

$$\frac{25}{100} \quad 4$$

الميدينة رود شارع فلسطين – مركز فتيحي ع اليسار
بن ١٠٠ م الركة السعودي للأعمال ع اليسار
و ع يمينه محطه –
الدور ٤ مكتب رقم ١

Al-Madina Road, Palestine Street – Fitaihi Center on the left
Go 400 meters – Saudi Business Center on the left
And on its right is a station –
Floor 4, Office Number 1

000005



3345 Newport Beach Blv.
Suite 203. 405 I, 55South, go till
Service road, Cross the bridge,
Second light, Finnely and
Newport Beach
Extended College SDSU
EzzAldeen
Fath Al-Rahman

Fathi Al Aidaroos
Fathi Ashaafiee
Flight ass. Office
Furniture Rental
Gary
Gen. Ali Hassan Abdulghani
George Washington University

GMAT
Haj Mohammed.
Hamood Al-Shoemaimury
Hani Badkook
Hashem Attas
Hatim Saifuddeen
Hector
Hisham Kaaki
Howbani, Ameen
Husam Idrees
Husam Idrees (alnoor Mosque)
Ibrahim Al Duraijan
International Grociry
Islamic School
Jamal Ahunaid
Jerry. Toastmaster
Jose (Emad's Friend)
Keller Graduate School (Cicil)
Khaled Bassloom
Khalid Al Yafiee
Khalid Algethmi
Khalid Alyafei

Khalid Assayed
Khalid Asswailem
La Jolla Excutive Office
Landing Fees Office
Law Offiice, peter Chu
Long Distance 102880/10288
Luwam Bashir
Maaun

C          7568
Magercan @aol.com

5907
6987
-0000   Ex. 2808 X2803 Najeeh        Fax.    4292
7574
         4293  GMAT    Abu Naser
-0609       Faris (H)                      -535:
4575
-0800                 (                     222
8829
4246
         4685 Jeneen(      4127    Whittny
                                   3025
         2121        6769
1754        -0431 F    1147
C     0770/ H    5740
0682  49 st. 4452 1/2
3405                        C    9161
8161
         1332/   1332
-2173
1387 C    2220
-1387                      C    2220
-7215                      2990
-0362
-7970                      F    9259
-1616                           2596
-2530        0360
-3836
         9220
2016
0238           -4800
8839/642-6377
0238 (H Jeddah)   4355 office   E-mail
4008    2592                    khalid127@hotmail.co
                                m
1987/    3227
-0211
3500
0703    5256
8823

0288

000006

341

000007

MPS688_8



| | | |
|---|---|---|
| Mahmood Abu Osama Jarana | 0168 | |
| Majdi (Manal) | C▮▮▮7867 | |
| Masjid Al Madinah Al | ▮▮2692 F▮▮-2697 | Hameed ▮▮203 |
| Munawarah | Sami Doski ▮▮-4005 Jamal ▮▮-8577 | AbuAuwf |
| | Ismail ▮▮-2530 | 4554 |
| Masjid Al Malik Fahad | 1250 TF▮▮0432 | |
| Mass | ▮▮1005  5353  was March 12 Sam | |
| MCI | ▮▮8000/▮▮1966 | |
| Ministry of Islamic Affairs | F▮▮-0285 / ▮▮3508 | |
| Mohamed Ashaami | C▮▮1100 H▮▮-0033 | |
| Mohamed Omar Shrif | 0474 | |
| Mohed. Al-Bayoumi | 0302 | |
| Mr. Bob | 9169 | |
| Muneer al Habashi | 0206  9608 | |
| Murillo, Bernie | 3704 | |
| Mussa Al Shumaimeri KKIA | 2710  2720 | |
| Nadi Jeddah Al Adbi | 2512 | |
| Nasir Al Ashwak | 8044 | |
| Nino | 5611 H▮▮-2520  -7623 | |
| Omar Al-Bayoumi | ▮▮-5941  (C)▮▮  76▮ |
| | Office ( ▮▮3142 (H) ▮▮6652 | |
| Omar AlKhateeb | 6013/▮▮-9465 | |
| Omar Hamarman | 8149 | |
| Osamah Dahlan | 5235 | C▮▮-18292 |
| Othman Akel | ▮▮8006 | H▮▮8003 |
| Pacific Rent | ▮▮3366 | |
| Parsian Market | ▮▮7277 | |
| Radwan | ▮▮-7855/ ▮▮-7000 | |
| Raja Al-Ghosain | ▮▮1941 | |
| Saad Al-Habib | C▮▮5580 HR ▮▮0803 | T/F(▮▮-1113 |
| | H/W in Jed. ▮▮-5154 #119 | F▮▮3495 |
| | FR▮▮-0200 | Sharafiah |
| | W▮▮-4400  ▮▮5154 #119 | |
| Saleh Al Amoudi | C▮▮-0154/H▮▮-1518 | salamoudi@Aol. |
| | Saudi/▮▮-9028 C▮▮7257 | m |
| Saleh Al Bayoumi | ▮▮-1458 Ali▮▮3409 | Mos. ▮▮3409 |
| Saleh Al Mugren | C▮▮9897 H▮▮0054 | |
| Sameer Nuhaili | ▮▮1574  C▮ -1299 | |
| Saqur Al Nihayaan | (Saeed ▮▮0033 C▮▮-6666) | Sultan@sa |
| Jeverson → | Sultan ▮▮-0504 Saqur ▮▮-0929 | .rr.com |
| office | ▮▮-4440 | |
| Saqur Al Nihayaan | UAE▮▮ 5 165 W▮▮1998 | F▮▮332 |
| Saud Al Tamami | C▮▮5470 F▮▮-5123 | |
| Saud Assudairi | ▮▮-0089 | |
| Saud Barbakh | W▮▮-0702 H▮▮-2016 F▮▮9458 | |
| Saud Mohed Barbakh | ▮▮-0702 H▮▮-2016 | |
| Saudi American Bank | ▮▮8616 | Hamdi ▮▮2480 |
| Saudi American Bank | Ac.▮▮0119 | |
| Saudi Consulate | ▮▮-6000 F(▮▮2752 / | Islamic affairs |

000008



Adeeb Falata
أديب فلاته

Home    منزل    ▓▓▓▓ 6345
                 ▓▓▓▓ 8037 جوّال . Mobile
Office    مكتب    ▓▓▓▓ 2 -952
The Industrial College    ▓▓▓▓ 0 822
in Yanbu

Sheikh Muhammad Al-Qahtani
الشيخ محمد القحطاني

Home    منزل    ▓▓▓▓ 1234 -
Mobile    جوّال    EX 2305
                   ▓▓▓▓ 9 131

homepage        Emad ماد

h t t p : // w w w . sundiale.
                        com

Altavista.com  space      للايجار
free space → list          To rent

▓▓▓▓ ٣٤٥٠    n



Abdullah Awaad x 241
Sami Assadhan x 246
Saad Al Jebreen

x240
2045 Sawtelle
Blv., LA,
CA 90025

Saudi Embassy UK
Saudi Embassy WA.
Royal Embassy of Saudi Arabia
601 New Hampshire Ave.,
Washington, DC 2007-6910
Seraj Khabrah
Shahbar, Hassan
Shaikh Abduljalil
Shaikh Mohammed Al Barrak
Shiakh Alwaleed Al Firayaan
Talal Al-Hamdan
Target
Tim
Toastmaster/ Jerry
Tony Planning Department
Tower KAIA
Travel Agency
Travel Agency, World link
Travel Chief
Travel council
University High School (UHS)
Emad's School
USIU

Victor
West Coast University
West Cost Univ.
Yousef Ali Al Nughaidan

1917 3000, 3333, 3399
-3800
AbdulAziz Assaleh      -3700
F         5982
Waleed Al Jabur      8722
7376
0842
2190
1203
2551
8074  Faisal    -8646
-0811
1913
-2530/        0360
-1705
-5226
9938
8884
9522  560-1488
6401
3040

4300/    -4615 Kue X 635 F
4690
Helen X 4862
-2035        2553
-8311        5928
-2844
C   -62090/C    4278
1961
1955

Khalid Asswailem
3120/
C        2777

-9041
C        9969

2622

Ali    -4571

0641
0614
4633
4125
F        1785

Yousef Al-Shwaihan
Zakaria Jawdah
Zaki Ab Zunaida

2892
3637

Domain: omar2000.arank.com
Website title: www.omar2000.arank.com
Trulocation: http://
Email address: omar_51@ayna.com

http://omar2000.cjb.net
omar2010.cjb.net
omarsa-2000@yahoo.com

000010

MPS688_11

(1) wep. Pages

http://www.astronles.com
/omar 2020/welcome.htm

ID: omar2020
Password: ████████████

www.USnews.com → good site for
academic search.

000011

here:am
ohmemeoh@hotmail.com

Abdulrahman Al-Subhi



Through Mutaeb Al-Sudairy regarding Studies in Britain

000012

MPS688_13

Parkwood █████ - 1133

$ 160 - 180

Computer show

Home Box office: HBO
Nino ████ - 2520 → ████ - 5240 × /Pager
imam ████ - 8201                     █████
                                        5611

                    L ██ 9977

---

Yahoo
ohmemeoh_2000 @ Yahoo
password ████████
Al Hijrah
11/██ 75

---

Email address: ohmemeoh_2000
                    @ yahoo.com

Yahoo ID: ohmemeoh_2000
████ Hotmail
ohmemeoh@hotmail.com
~ ████ 747

---

http://www.us.saudi-business.org
خذ الـ Link → ضعه في صفحتك
Take the Link → Put it in your page

MPS688_14



The Bank
Buffet  - - -
Al-Hamdan
Hani Al-Hitairshi   Basalilah   The Land
Mariya's Passport
Omar Al-Amriki
From Riyadh
Evening
Jeddah
Morning



[Translation]

000014



000015

MPS688_16



Kingdom of Saudi Arabia

Home Office

Civil Registration

National Identification Card

If found, please hand in at the nearest office

المملكة العربية السعودية
وزارة الداخلية
الأحوال المدنية

بطاقة شخصية للمواطنين
في حالة العثور عليها – رجاء اعادتها
الى اقرب مكتب للأحوال المدنية

KINGDOM OF SAUDI ARABIA IDENTIFICATION CARD





9/2

D674

| EXHIBIT REF.NO. | PRODUCED BY: |
|---|---|
| PSS/24 | DS STREET |

**DESCRIPTION:**

OMARS PHONE
BOOK AND
GREEN FOLDER

**WHERE FOUND:**

SHELF 5
UNIT D
ROOM 9
34 DYMOKE STREET

**REMARKS**

MPS688_1

000001





Lib ▮▮▮▮ 16 / 15

Omar's Phone Book
January 26, 2000

| Name Nadine 6531 | Phone | Fax, Cell, E-mail |
|---|---|---|
| A.L.I outside | -5907 | -2735 |
| Abdul ghayoum ✕ [85] | -9454 X119 | Cell/omar |
| AbdulGader BaGader | C ▮ 3566 /H ▮ 6375 | 5692 |
| Abdullah Abdulhafeeth | -0076 C ▮ 3565 | |
| Abdullah Khalil | C ▮ 2614/ ▮ 3833 | 0870 ▮ 6298 |
| Abdullah Saeed Bagader | C ▮ 2410  Tel: | -7416 |
| Abdunnaser | -1200 | |
| Abu Abdu | -6618 M. Gootb | -5930 |
| Abu Alaa (El Cajon Boulv.) | -6361 | |
| Abu Alaa Grocery store | -6361 Cell. ▮ -0460 | |
| Abu Azizah, Abdulaziz | 2410 | |
| Abu Bakur Mosque | -5240 — ▮ -7970 | Fax -5240 |
| Abu Elezz | -4160 ▮ 4872 | |
| Abu Elyass | -7474 | |
| Abu Jihad (the three Kings) | -4181 | |
| Abu- Rakan ALI ABURAHMA | -4571 (H) ▮ -1835 | F ▮ -4528 |
| Abu Rashid, Kuwait | -8805 | |
| Abu-Bilall | -0998 | |
| Abu-Hamra | ▮ 3733 | |
| Adduraijan, Ibrahim | (H) ▮ -7215 (H) ▮ -2990 | |
| Adeeb Asswaidan | ▮ 4080 | |
| Adel (Kwaiti) | -5355 | |
| Adel Assduhan | -2849 W ▮ -0401 | |
| Ahmed Al Amoudi | -1434 | |
| Ahmed Al Hamdan | H ▮ -1137 C ▮ 2261 W ▮ -5841 | H ▮ -3365 |
| | F ▮ -3694 | -185 |
| Ahmed Bagader | -2000 C ▮ 3000 | F ▮ -9000 |
| Airport Information Jed | -2000 North( ▮ -4341 ▮ -4314 | albayooa |
| Airways Engineering | -7717 post Graduate -1864 | |
| Al Ajhoori Acc. 2568 | | |
| Al Bayoumi Mohammed | -0302 C55655502 | |
| Al Bayoumi Mostafa | -3409 | 7295 |
| Al Ghahtani, Mohed Geri | -0896 | |
| Al Haddad | -1091  Lside | reception |
| Al Hunaid, Jamal | H ▮ -1616 W ▮ -2596 | X6549 |
| Al Mehdar | -1812 | GYm X 4894 |
| Al Mersal, Majid | ▮ 1553 C ▮ -71671 | F ▮ 0309 |
| Al Ribat Mosque | -6200 / ▮ -9428 | F ▮ -1008 |
| Al shaikh Hamoodah, Fuad | -7674 | |
| Al Thumairy, Fahad | C ▮ -3362 H ▮ 0638 | |
| Alaa Abdu | -0382 Bashir 7435 | |
| Al-Modaiheem, Abdulaziz | C ▮ 3779 | -8677 |
| Al-Shaikh Anwar | -1917 | |
| Alshaikh, Al Barrak, Mohammed | ▮ -1203 C ▮ 6050 | |
| Alwalled, Alfurayaan | -2622 | |

000002

MPS688_3



- 3418
- 685899
- 4073
- 2628

ع رسم ركوز

فلاح عابد الله

أحمد جويدي

MPS688_4



Amer — -5602
Assadhan, Adel — Saudi A. ███ -2849
Assef Hakeem, (Contractor) — ███-7253
Assodairy, Muteiab — ███-0998
At&t — ███5288/███9801
Athabit, Ibrahim (Abu-Naser) — ███-5445
Athiwat — ███-7338
Atif Najjar — F███-4666
Awaad, Ahmed — ███-3370
Azhari M. Awad — H███ B-846   W███-7717 X240   F███-7376
(Karli x238&205)

Azzamel, Ibrahim — ███0670
Bagader, Ahmed — Egypt ███9411
Bagader, Mohammed — ███-9992
Baker CPA — ███-8680
Baker CPA-Review — ███-8680   ███-3954
Exam Unit ███-3680

Balboa Library — ███-1390
Ban Of America — ███-3501 Custmr.███-3220 ███
███3926

Bandar — ███1155
Bank of America — ███3926   (24Hour)
███-3220

Basalilah, Mohed — ███0557 W███-6886
Bashraheel
Bernie Murillo — ███-3704
Bin Afif, Mohamed — ███-3488
British Airways — ███9297
California Board of Acc. — ███-3680   ███3954
Car Insurance "Yong" Allstate — ███-8344
Chief Auto part — ███-8771/███-8623   ███-9935
Delta — ███1212
Dr, Bijan — ███-4564   ███-4843
Dr. Abdullah Aljoaithen — ███-0877   C███4240
Dr. Abdurrazaq abdrabooh — ███-440 Ex.467   (H) ███-808

Dr. Abdussatar — ███-8808
Dr. Baylooni (Abumohammad) — ███-4529
DR. Bill Will — ███-4665   ███4009
Dr. Ghanim — ███-7678
Dr. Jameel Alshami — ███-3344
Dr. Khalil AlKhalil — Saudi C███ 8511
Dr. Lakhani — ███-8809/███-8045
Dr. Mohsen (Los Angeles — ███-7201
Dr. Rahman — ███-4529
Dr. Saad Altrabishi — ███-2700/H███-7080
Dr. Thabet Diaha — ███0512   ███-0664
Egypt Airlines — ███-6787 LA.███-3900
Emad Pager — ███-8300

000004

<div dir="rtl">

ع‍و
ـ‍ـ

٥
١.٦

١.٥    نقاش لنا    ٤٣٠ ريال

ع‍و
١..

طريب لنا بعد نفط نظيف - مركز شيئي ع بيار

بن ١... م    أمركة السعودي سلومال لا يسار

دع عينه مظ -

الدور ٤ حتى رقم ١

</div>

000005

MPS688_6



Ereal (Majdi Hanna)
3345 Newport Beach Blv.
Suite 203. 405 I, 55South, go till
Service road, Cross the bridge,
Second light, Finnely and
Newport Beach
Extended College SDSU
EzzAldeen .
Fath Al-Rahman

Fathi Al Aidaroos
Fathi Ashaafiee
Flight ass. Office
Furniture Rental
Gary
Gen. Ali Hassan Abdulghani
George Washington University

GMAT
Haj Mohammed.
Hamood Al-Shoemaimury
Hani Badkook
Hashem Attas
Hatim Saifuddeen
Hector
Hisham Kaaki
Howbani, Ameen
Husam Idrees
Husam Idrees (alnoor Mosque)
Ibrahim Al Duraijan
International Grociry
Islamic School
Jamal Ahunaid
Jerry. Toastmaster
Jose (Emad's Friend)
Keller Graduate School (Cicil)
Khaled Bassloom
Khalid Al Yafiee
Khalid Algethmi
Khalid Alyafei

Khalid Assayed
Khalid Asswailem
La Jolla Excutive Office
Landing Fees Office
Law Offiice, peter Chu
Long Distance 102880/10288
Luwam Bashir
Maaun

2000
C -7568
Magercan @aol.com

5907
6987
-0000 Ex. 2808 X2803 Najeeh     Fax. -4292
-7574
-4293  GMAT أبو فارس
-0609    Faris (H)( ) -5355
-4575
0800                                    ( ) -222
8829
4246
4685 Jeneen( )4127     Whittny
                                                -3025
-2121 -6769

-1754 -0431 F -1147
C 0770/ H -5740
0682 49 st. 4452 1/2
-3405                              C 9161
-8161
-1332/ -1332
-2173
1387 C -2220
-1387                              C -2220
-7215                                  2990
-0362
-7970                              F 9259
1616                                  -2596
-2530 0360
-3836
-9220
2016
-0238     - 4800
8839 -6377
-0238 (H Jeddah) 4355 office     E-mail
-4008 -2592                       khalid127@hotmail.co
                                  m
1987/ -3227
-0211
3500
-0703 5256
-8823

-0288

7568                              H -0742

Magercan @aol.com

000006

MPS688_7

ﻻﺍﺍ

000007

MPS688_8



Mahmood Abu Osama Jarana — -0168

Majdi (Manal) — C▮ 7867

Masjid Al Madinah Al Munawarah — -2692 F▮ ▮-2697 | Hameed ▮203
Sami Doski ▮ -4005 Jamal ▮-8577 | AbuAuwf
Ismail ▮ -2530 | -4554

Masjid Al Malik Fahad — 310-20401250 TF▮ ▮432

Mass — ▮1005 ▮-5353   ::· 5 March 12 Sam

MCI — ▮8000/ ▮1966

Ministry of Islamic Affairs — F/▮ -0285 /▮ -3508

Mohamed Ashaami — C▮ 1100 H ▮0033

Mohamed Omar Shrif — -0474

Mohed. Al-Bayoumi — -0302

Mr. Bob — -9169

Muneer al Habashi — -0206 ▮ 9608

Murillo, Bernie — -3704

Mussa Al Shumaimeri KKIA — -2710 ▮ -2720

Nadi Jeddah Al Adbi — -2512

Nasir Al Ashwak — -8044

Nino — -5611 H ▮-2520 ▮ -7633

Omar Al-Bayoumi — -5941 (C) ▮-762
Office ▮ 3142 (H) ▮ 6652

Omar AlKhateeb — -6013/▮ -9465

Omar Hamarman — -8149

Osamah Dahlan — -5235 | C▮ -18292

Othman Akel — ▮8006 | F▮ 8003

Pacific Rent — -3366

Parsian Market — -7277

Radwan — -7855/ ▮-7000

Raja Al-Ghosain — -1941

Saad Al-Habib — C▮ 5580 HR ▮ -0803 | T/F▮ -1113
H/W in Jed. ▮-5154 #119 | F▮ 3495
FR▮ -0200 | Sharafiah
W▮ 4400 ▮-5154 #119

Saleh Al Amoudi — C▮ -0154/H▮ -1518 | saiamoudi@Aol.
Saudi/▮ -9028 C▮ 7257 | m
Mos.▮ 3409

Saleh Al Bayoumi — 1458 Ali/688-3409

Saleh Al Mugren — C▮ 9897 H▮ 0054

Sameer Nuhaili — -1574 | C 316 - 1299

Saqur Al Nihayaan — (Saeed ▮ -0033 C▮ 6666) | Sultan@sa
Jeverson → office — Sultan ▮-0504 Saqur ▮-0929 | .rr.com
-4440

Saqur Al Nihayaan — UAE▮ 5 165 W▮ 1998 | F▮ -332

Saud Al Tamami — C▮ 5470 F▮ 5123

Saud Assudairi — -0089

Saud Barbakh — W▮ 0702 H ▮-2016 F▮ 9458

Saud Mohed Barbakh — -0702 H ▮2016

Saudi American Bank — ▮8616 | Hamdi▮ -2480

Saudi American Bank — Ac▮ 0119

Saudi Consulate — -6000 F▮ -2752 / | Islamic affairs

000008



أ دي نديمة  6345  ▮  ضرل

. جوان 8037  ▮

2 - 952

822 ٥  ▮

ا ستي محمد تموقاط ك

1234 -  ▮  منزل

EX 2305  المر ل

9 | 31  ▮

hamepage    ك

h t t P : // www. sundiale-

coma

AltaVistal. space com

Free space → list

UY ر

٥٤٥ ٣  ▮   n



|  |  |  |
|---|---|---|
|  | Abdullah Awaad x 241 | x240 |
|  | Sami Assadhan x 246 | 2045 Sawtelle |
|  | Saad Al Jebreen | Blv., LA, |
|  |  | CA 90025 |
|  |  |  |
| Saudi Embassy UK | ███ 3000, 3333, 3399 |  |
| Saudi Embassy WA. | ███ 3800 | Khalid Asswailem |
| Royal Embassy of Saudi Arabia | AbdulAziz Assaleh ███ -3700 | ███ -3120/ |
| 601 New Hampshire Ave., | F ███ -5982 | C ███ 2777 |
| Washington, DC 2007-6910 | Waleed Al Jabur ███ -8722 |  |
| Seraj Khabrah | ███ -7376 | ███ -9041 |
| Shahbar, Hassan | ███ -0842 | C ███ 9969 |
| Shaikh Abduljalil | ███ -2190 |  |
| Shaikh Mohammed Al Barrak | ███ -1203 |  |
| Shiakh Alwaleed Al Firayaan | ███ -2551 | ███ 2622 |
| Talal Al-Hamdan | ███ -8074  Faisal ███ -8646 |  |
| Target | ███ -0811 |  |
| Tim | ███ -1913 |  |
| Toastmaster/ Jerry | ███ -2530/ ███ -0360 |  |
| Tony Planning Department | ███ -1705 |  |
| Tower KAIA | ███ -5226 |  |
| Travel Agency | ███ 9938 |  |
| Travel Agency, World link | ███ -8884 |  |
| Travel Chief | ███ -9522 ███ -1488 |  |
| Travel council | ███ -6401 |  |
| University High School (UHS) | ███ -3040 |  |
| Emad's School |  |  |
| USIU | ███ -4300/ ███ -4615 Kue X 635 F ███ - | Ali ███ 4571 |
|  | 4690 |  |
|  | Helen X 4862 |  |
|  |  |  |
| Victor | ███ 2035 ███ -2553 |  |
| West Coast University | ███ 8311 ███ 5928 | ███ -0641 |
| West Cost Univ. | ███ 2844 | ███ -0614 |
| Yousef Ali Al Nughaidan | C ███ 2090/C ███ 4278 | ███ 4633 |
|  | ███ 1961 | ███ 4125 |
|  | ███ 1955 | F ███ -1785 |
|  |  |  |
| Yousef Al-Shwaihan |  |  |
| Zakaria Jawdah | ███ -2892 |  |
| Zaki Ab Zunaida | ███ 3637 |  |

Domain: omar2000.arank.com
Website title: www.omar2000.arank.com
Trulocation: http://
Email address: omar_51@ayna.com

http://omar2000.cjb.net
omar2010.cjb.net
omarsa-2000@yahoo.com
███

000010

MPS688_11

① wep. ﺿﻌﻴﻔﺔ

httP://www.astroables.com
/omar 2020/Welcome.htm

ID: omar2020

151

Password: ████████

www.USnews.com → good site for academic search.

000011

MPS688_12

here:am
ohmemeoh@hotmail.com

عبدالكريم ساجعس → 5265 ←
مسؤول ما منتري للدراسة بريطانيا

000012

MPS688_13



Parkwood ███████ - 1133

$ 160 - 180

Computer show

Home Box office: HBO

Niño ████ - 2520 → ████ - 5240 × /pager

i.umam ████ - 8201

5611

L ████ 9977

Yahoo

ohmemech_2000@Yahoo

Password ████████

Al Shgrah

11 ████ 75

Email address: ohmemech_2000
@yahoo.com

Yahoo ID: ohmemech_2000

Hotmail
Ohmemech@hatmail.com

— ████████

http://www.us-saudi-business.org
حط الـ Link ← قم بفتح موقع

3544 ██

000013

MPS688_14





بطاقة الصعود إلى الطائرة
**B O A R D I N G    P A S S**

الخطوط الجوية العربية السعودية
SAUDI ARABIAN AIRLINES

| Flight الرحلة | Date التاريخ | Destination محطة الوصول | Class الدرجة |
|---|---|---|---|
| SV1545 | 29 JUN | JED | Y/C |

Seat المقعد          Seat المقعد          Special Service الخدمات الإضافية المطلوبة

35D

Passenger Name          إسم الراكب

ALBAYOUMI E

ضيافة Y/C اقل   J/C   اولى F/C

35D

Requested Seat          المقعد المطلوب
Unavailable/Split       غير متاح/متفرقة

090015



75  KINGDOM OF SAUDI ARABIA  75

**PRIVATE DRIVING LICENSE**

FULL NAME  OMAR AHMED AL -BAYOUMI
ADDRESS  OFFICE AIRWAYS ENGINEERING DEP.
         HOME CIVIL AVIATION HOUSING
TELEPHONE OFFICE 7717
         HOME 3113
NATIONALITY SAUDI  ISSUED AT XXX  DATE XXX
LICENSE NO 1036639514UED AT JEDDAH DATE 6-6998
VALID UNTIL 6-6-2004 BLOOD TYPE  PH. R XXX
SIGNATURE OF DRIVER  omar  TRAFFIC DIR. SIGNATURE

**SEVENTY FIVE RIYALS**

المملكة العربية السعودية
وزارة الداخلية

الأحوال المدنية

بطاقة شخصية للمواطنين
في حالة العثور عليها - رجاء اعادتها
الى اقرب مكتب للاحوال المدنية

**KINGDOM OF SAUDI ARABIA IDENTIFICATION CARD**



Al-Bayoumi Omar  الاسم  BADGE NO. A. 1590  رقم البطاقة

DATE OF BIRTH  NATIONALITY  الجنسية  Saudi

PASSPORT/ID DATE UP  جواز السفر  01 Feb 2000  PASSPORT NO.  B-758501

HEIGHT cms  WEIGHT 85 كج  SPONSOR  PCA/AE  الجهة التابع لها

JOB TITLE  Projects Manager  مسمى الوظيفة

BADGE EXPIRY DATE - 2 YEARS AFTER ISSUE  BADGE ISSUE DATE  12. Apr. 2000  تاريخ اصدار البطاقة

DIRECTOR-GENERAL OF AIRWAYS ENGINEERING  مديرعام قسم الخطوط الجوية
ENGR. MOHAMMED A. AL-SALM  المهندس/محمد أحمد السالم

---

Scratch here to reveal number  اكشط هنا لإظهار الرقم

CARD NUMBER  0261 631 284 348  رقم البطاقة

**User Instructions**  إرشادات الاستخدام
1- Dial the access code:  9888  1- اتصل برقم الدخول: 8888
2- Enter your card number.  2- أدخل رقم البطاقة.
3- Enter the number to dial.  3- أدخل رقم هاتف الجهة المطلوب.
4- If you make a dialing error
   do not hang up - press ( * ).
5- To place another call do not hang up - press ( ** ).

**For more details on Internet connection please refere to enclosed insert.**
لمزيد من المعلومات عن طريقة الاشتراك بالانترنت الرجاء مراجعة الكتيب المرفق.

Customer Service:  خدمة العملاء  Customer Service:  خدمة العملاء

vodafone  6 281100 140054

A-700-000090186

000016











**Birmingham Central Mosque**
180 Belgrave Middleway
Birmingham B 12 OXS
Tel:         5355
Shawkat (Moatthen)        29 53
\*\*

**AMANAH**
The Bordesley Center
Stratford, Comp Hill
Birmingham, B11 IAR
e-mail MWT@amanah.demond.co.uk
Tel        -0297
▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪
Omar Al Bayoumi
11th floor # 1118
Aston University
Aston Triangle
Birmingham, B4 7ET
\*\*

**Home**
67 Highgate St.
Birmingham
B12 OXP
UK
Tel:      -3611 X: 4716
C         56 92
H         4652
E-Mail: ohmemeoh@hotmail.com
\*\*

C189XY
C263XY
\*\*\*          19.96
Account #        -8576
\*\*\*

BMW 520 I SE (   3 XIF)
\*\*\*

Ibrahim        3099
ijunayd@excite.com

030018





090019

MPS688_20





090020



**Things to Do**

Dr. Paul Robins
S W 909
EX. 5074
http://pcrobins.abs
aston.ac uk
3565
٦- خالد سبعي
٨٨٩٤

Things to Do

EX. 273
EX. 236
EX. 273

DKSR79
Aug 25 M73LKS
July DK41A6

OMAR A. AL-BAYOUMI
Satelite
CD's
48032

3 Mt. Ada Road # 152
Diego, CA 92111 USA
5941 Cell:
7623

3113 - Jeddah, Saudi Arabia

090021

MPS688_22



you'll also discover some enlightening facts. Aston having the
st record for graduate employment. A
e heart of one of the most cosmopolitan cities in Britain,
ot only will you visit an amazing green campus
nd you might be a little surprised.
niversity in Birmingham
isit Aston

eye-opener

ASTON
UNIVERSITY
BIRMINGHAM



The Modern Authentic
Italian Restaurant
4 TEMPLE STREET BIRMINGHAM B2 5BN TELEPHONE 0121 633 0251

M ohammed Qaltan
madiyat @hotmail

أحد أولاد السعودية ? أبي أب
بيته في النادي
أبير ، يكلمه



Omar Al-Byoumi

مصطفى شاهين

٧٧٥٨

- 7363
قسم المعمارية

11th Floor #1118, SW Aston University
SW, Birmingham, B4 7ET
UK
(Mob) : 5692
ohmemeoh@hotmai.com

030022

MPS688_23

**Dr. J. V. PATEL**
B.D.S.(U'London)

124, Highgate Street,
Highgate,
Birmingham B12 0XR
Tel: 6933

**Dr. A. SOLANKI**
B.D.S.(U'Birm)
DENTAL SURGEONS

**Dr. J. BACHADA**
B.D.S.(U'Liverpool)

115, Ladypool Road,
Balsall-Heath,
Birmingham B12 8LH
Tel: 1668

Name: .........................................

Your next appointment is on: Tue 12|6|01 at 11'45

.........................................

.........................................

.........................................

Please bring this card with you.
If you cant' keep this appointment, inform us 24hrs in advance.

---

Scort
Mohita 2729
Lall B.D.S. (U.London)

DENTAL SURGEON

King Edward House, Aston Triangle, Birmingham B4 7ET.
Telephone 3611. Ext. 4511

554 Washwood Heath Road, Ward End, Birmingham B8 2HF
Telephone 0578

---

WADIA REAL ESTATE & CONT.

*Wadih AL Mardoufi*
General Manager

Real Estate - Contracting - Maintenance & Cleaning Gardens Service

Jeddah - AL-Falak Trading Center
Sary St. Tel.(Off.) 3184 - 1626 - Mobile : 2327

---



كــــل شـــــئ للعقـــار
**EVERY THING FOR ESTATE**
جمال عبد الجليل فرغلي
*Jamal A. Farghali*

| Branch Jeddah | |
|---|---|
| Tel. | 1596 |
| Tel. | 6867 |
| Fax. | 6484 |
| Branch Makkah | |
| Tel. | 6500 |
| Tel. | 5424 |

Head Office
Tel. 8966
Tel. 5203
Fax. 7533
Mobile 5716

---

# cellula1.communincations

*communications that keep you talking*

● Home Chargers ● Sim Cards ● Car Chargers
● Flashing Aerials ● Top-up Vouchers ● Hands-Free
● Phone Fascias ● Logos ● Pay as go Accessories

☆ We also do House & Commercial alarms ☆
☆ Smoke alarms, Security lights and Door entries ☆

16 Horton Square, Gooch Street, Highgate, Birmingham B12 0YR.

**Tel:** 5557 **Fax:** 2225

---

107 Woodfield
RD.
5556

---



**St. Pauls Cars**
24 HOUR RADIO CONTROLLED PRIVATE HIRE

**6666**

**10% Discount for Students and Senior Citizens**

Airports ● Hospitals ● Schools ● Parcels ● Contract Work Welcome
WE ONLY CHARGE FROM PICK UP
Licensed by Birmingham Councils
Fax: 3030

Anywhere          7 Seaters Available

---



000023

MPS688_24



البنك السعودي للاستثمار
**The Saudi Investment Bank**



البنك السعودي الأمريكي
**Saudi American Bank**

| LOCATION | ALHMRASD02402176 | موقع الجهاز |

| CARD NUMBER | | 0065 | رقم البطاقة |

| DATE التاريخ | TIME الوقت | MACHINE رقم الآلة | CODE الرمز |
| 20010702 | 18:51 | 2176-0163 | 2000 |

YOUR BALANCE    271,428.86    SAR    الرصيد

LOCATION:HERA BRANCH
ATM NO  : HERABR1I02650023
CARD NO :                0065

| DATE | TIME | TRANS NO |
| 06/07/2001 | 07:47 | 4743 |
| CASH WITHDRAWAL | | SR 3,000 |

CASH WITHDRAWAL        100.00  SAR

YOUR NEW BALANCE IS:
SR    268,328.86

NEW BALANCE:      271,328.86   SAR

PERSONAL FINANCE IS AVAILABLE
LOAN - MURABAHA - REVOLVING CREDIT

PLAN YOUR FUTURE THROUGH SAMBA FINANCIAL
PLANNING SERVICES CALL        1010

نشكركم لإستعمالكم شبكة السعودي إكسبريس

THANK YOU FOR USING SAUDI EXPRESSNETWORK

**THANK YOU**  خدمات سامبا على مدار الساعة    شكراً
**SAMBA 24 HOUR BANKING**

090024

MPS688_25

BT Till and serve tagah
0099.

preserve

EX Lobby
lakeside
6549

35E
47
45

خصوصي عادل
David Taylor
4545

G In

Matheo Bolsen
St College

Matcheaur
Bolton

J. Colack
St. albans



أخيل براق على الطاقة
ك دينا صلى ك ك MAY he
wife
ياحاجي صحة الوائف Baby
التي ما بعد حاسبا كسي



090025




Travel
& Transport
Services Ltd.

MEMBER
ASTA
IATA

Omni

Abdul Rasheed
Ticketing Agent

JEDDAH: P.O.Box 6358 jeddah 21442 Saudi Arabia Tel: ███465 Fax: ███7362 Tlx: ███554
RIYADH: P.O.Box 9254 Riyadh 11413 Saudi Arabia Tel: ███0421 (3 Lines) Fax: ███2531

مـؤسسة الهلباني للعقار   HRE
Al Helbani Real Estate

حمــود منورالبلوي
Hamoud M. Al Balowi

Tel. 6914330 Fax 6910310 Mobile 055625985 P.O.Box 40106 Jeddah 21496

MPS688_26

<div dir="rtl">

بعض الخلائق سبني صفر سبعــه     وأنا افتخر واعتز في صفر سبعــه

الفاتحه ابدا بها كل ركعــه     وآيأتها بأنا قمص العقــل سبعــه

تلاوة القرآن في الأصل سبعــه     وأبواب تعذيبه في الحشر سبعــه

والله خلق الأيام للخلــق سبعــه     والله رفيع سبع وفي الأرض سبعــه

وأطوف في حجي على البيت سبعه     واسعى لطاعة منزل الوحي سبعــه

أعضا السجود لرازق الخلق سبعــه     ووتر لرب العرش في الليل سبعــه

وعجائب الدنيا في الأرض سبعــه     ومعلقات البدع والشعر سبعــه

يستاهل اللي ســب جلــده وقفعــه     الذين تذرف مقلــة العين دمعــه

يستاهل المخروم لطمــه وصفعــه     والفاسد من الجســم يحتاج قطعــه

مــا سبني الا ساقط بين ربعــه     لا تخال يفخر بـه ولا اهل وسمعــه

ولا فحنا الأمرد في كل بقعــه     اهل التكبر و والجود شيمــه وسمعه

من رامنا بالشر ينشر جمعــه     لطأمة الغاوي ولــوهــل دمعــه

لباسة البلجيك نفخر برقعــه     والسيف وانصابه وغمـده ولحســه

مربى الاسد والنمر في صفر سبعة     ندحر عدو الله ولو ككثر جمعــه

نعمر بيوت الله فروض وجمعــه     والعز بأ لله خالــق النــاس جمعــه

ونحن جنود الفهد شوفه وسمعــه     في الحرب درع له وفي السلم شمعه

(للشاعر الأزدي / صفــر سبعه)

</div>

090026

MPS688_27



# ST. ALBAN'S C.E. SCHOOL

### H I G H    E X P E C T A T I O N S

## With Compliments

Angelina Street  Birmingham  B12 0UU.
Tel: ████ 7811 Fax: ████ 7812

E-mail: enquiry@stalbnce.bham.sch.uk    Web Site: http://www.geocities.com/soho/den/1725/school1.html

---

**V5/2 NEW KEEPER'S SUPPLEMENT · TO BE RETAINED BY NEW KEEPER · DO NOT SEND TO DVLA** (see notes overleaf)

| | | | |
|---|---|---|---|
| Registration Mark | **3 XTF** | Validation Character | **8** |

Please write new keeper's name and address

Write date of sale/transfer here:    Postcode

Despatch Codes    **07810059    900780    27**

Make **BMW**
Model/Type **520I SE AUTO 4 DOOR SALOON**
Date of Registration **25 09 1989**
Revenue Weight
Seating Capacity
Type of Fuel/CC **PETROL    1990 CC**
Taxation Class **PRIVATE/LIGHT GOODS (PLG)**

**DOC REF 0284**

MPS688_28

خدمة سريعة   خلال ساعة

مغاسل

النــــــورس

DRYCLEANING & LAUNDRY

تنظيف جاف . غسيل . كي آلي

**20707**   فاتـــورة

الإســـم   Name ....................................................

| | داري كلين Delivery Date | | عــــادي Normal | | تاريخ الاستلام Receiving Date |

| الصــــنف ITEMS | داري كلين Dry Clean | | كوي Pressing | | الصــــنف ITEMS | داري كلين Dry Clean | | كوي Pressing | |
|---|---|---|---|---|---|---|---|---|---|
| | العدد Qty | السعر Price | العدد Qty | السعر Price | | العدد Qty | السعر Price | العدد Qty | السعر Price |
| Dress نســـان | | | | | Bedsheet شرشــف | | | | |
| Blouze بلوزة | | | | | Bedspread لحـــاف | | | | |
| Skirt تــــنورة | | | | | Blanket بطانيـــة | | | | |
| Abbaya عبــــاية | | | | | Curtain ســـتارة | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Thobe ثـــوب | / | 4 | | | U. Wear ملابس داخلية | | | | |
| Bajama سروال طويل | | | | | Socks شـــراب | | | | |
| Ghutra غترة | | | | | Towel منشفــة | | | | |
| Cap طـــاقية | | | | | Vest فنلـــة | | | | |
| Trousers بنطلون | | | | | Carpet سجــــاد | | | | |
| Basht مشلـــح | | | | | TOTAL المجموع | | | | |
| Shirt قميـــص | | | | | | | | | |
| Jacket جاكيت | | | | | | | | | |
| Suit بدلـــة | | | | | | | | | |
| Overall أفـــارول | | | | | | | | | |
| T. Shirt تي شرت | | | | | | | | | |
| Long Coat بالطو | | | 4 | | Qty العدد | Amount القيمة | | | |
| TOTAL المجموع | / | 4 | | | / | 4 | | | |

الأولى في تنظيـــف الفســـاتين
ومتخصصون في إزالة البقع
No.1 In Cleaning Ladies Dresses &
Removing Spots Stains

توقيع موظف الأستقبال
Casheir

المركز الرئيسي : (١) شارع حراء غرب دوار لجواد الأبيض تليفون ٢٨٨٥ ■ (٢) المكرونة تقاطع قرناطة تليفون ٧٨٥٣ ■
الفروع : (١) الروضة لشارع لعام تليفون : ٥٦٠٦ ■    حي البوادي/شارع الخطيب التبريزي
: (٣) شارع حراء تقاطع المكرونة (٤) حي العزيزية شارع المؤلفين/تليفون : ٣٦١٢ ■

099028

MPS688_29

بعض الخلائق سبني صفر سبعه — وانا افتخر واعتز في صفر سبعه

الفاتحه ابدا بها كل ركعه — وآياتها با نا قدس العقل سبعه

تلاوة القرآن في الأصل سبعه — وابواب تعذيبه في الحشر سبعه

والله خلق الايام للخلــق سبعه — والله رفع سبع وفي الارض سبعه

واطوف في حجي على البيت سبعه — واسمى نشأة منزل الوحي سبعه

أعضا السجود لمارزق الخلق سبعه — ووتر لرب العرش في الليل سبعه

وعجائب الدنيا في الارض سبعه — ومعلقات البدع والشعر سبعه

يستاهل اللي سب جلـده وقعه — الــين تـذرف مقلـــة العين دمعه

يستاهل المغرور لطمـه وصفعه — والفاسد من الجسـم يحتاج قطعه

مـا سبني الا ساقط بين ربعه — لاخال يفخر بـه ولا اهل وسمعه

ولا فخنا الازرد في كل بقعه — اهل التكبر والجود شيمــه وسمعه

من مرامنا بالشر ينشر جمعــه — لطأمة المأوي وللـوهـــل دمعـه

لباسة البلجيك نفخر برفعه — والسيف وانصاده وغمده ولمعه

مربى الاسـد والنمر في صفر ربعه — ندحر عدو الله ولو حشر جمعه

نعمر بيوت الله فروض وجمعــه — والعز بالله خالق النــاس جمعه

واحنا جنود الفهد شرفه وسمعه — في الحرب درع له وفي السلم شمعه

(للشاعر الأزدي / صفـــر سبعه)

WELFARE OUT

# ASTON UNIVERSITY
# HEALTH CENTRE

TEL: ███████ 3611 - ext. 4505

FAX: ███████ 6023

YOUR DOCTORS

Dr. Matthew Nye MB CHB
Dr. Sara Plant MB

YOUR NURSES

Miss Olga Caprano
Miss Jane Hesketh
Mrs. Christine Cross
Mrs. Michelle Beams

YOUR ADMINISTRATION STAFF

Mrs. Cathryn Bateman - Practice Manager
Miss Sarah Webster - Secretary/Receptionist
Miss Donna Richardson - Reception Supervisor
Mrs. Janet Willey - Receptionist / Clerk
Mrs. Lynn Buckley - Receptionist / Clerk

# CONFIDENTIALITY

CONFIDENTIALITY at the Health Centre is paramount. Please do not be embarrassed to speak to any medical staff regarding any problem no matter how personal it may be. We are all very approachable!

NB: If you have booked an appointment and you find that you cannot attend, please inform us so that we can give your time slot to someone else.

Welcome to Aston University. We hope you enjoy your stay!

Here at the Health Centre we aim to meet all of your health needs. Health has been described as "a state of emo-

030030

24

MPS008 13°



## USEFUL NUMBERS

Students' Advice Centre:
█████ 6531 ext. 4024.

Aston University Health
Centre: ext.4505

Aston University Counselling
Service: ext. 5353

NHS Direct: █████ 4647.
24-hour confidential service
giving advice on a wide range
of health issues

## STI'S

Hawthorne House: █████-
████ 2456

Whittle St. GU Clinic: █████
████ 5700

## PREGNANCY

Brook Advisory: █████-
5341

Sandwell Rape Crisis Centre:
█████ 9981

## MENINGITIS

Aston University Health
Centre: ext. 4505

Meningitis Research
Foundation: █████ 3344
[24-hour helpline]

## DRUGS

National Drugs Helpline:
█████ 66 00 [24-hour
helpline]

Release: █████ 8654
[24-hour helpline]
Alcohol

Drinkline: █████ 8282 .
Offers confidential advice
Mon - Fri 9am-11pm,
Weekends 6pm - 11pm.

090031



Birmingham    Dir(192)

RoTary

[REDACTED] 5411 | William Ra...

Main office

Public Jacks...
[REDACTED] 6849

Rotary Club

[REDACTED] -8457 ...
2016

Literature

Logo

Sangyzzers@Aol-com
Sandberg

000032

MPS688_33

connect to
~~User name~~
USer name: Albayooa
~~Pass~~word:

Phone number: 9#██████ 1864

---

Dial-up Networking:
Don't put aria code, Choose UK
☐ use ~~area~~ code and dialing properties.



(██)██-
SS63

---

why : don't Concentrate on
Multi National Company who
do business in Saudi Arabia
by Financial Indicator

---

████████ 1253.
Sandrine
DY3ers

000033

Preserve

6699

✓ TCP/IP

End of June
qualifying Draft

Does the Communication
related to your research?



Tuesday    9 am
Mrs J. Clark.



000034



# Vehicle Inspectorate

Crystal Mark
Clarity approved by
Plain English Campaign

## MOT test certificate

Motor vehicle registration mark ▉▉▉ 3XTF

This certificate has been issued according to the conditions and notes on the back of this certificate.

**Note:** If you have doubts as to whether this certificate is valid, call our MOT enquiry line on: ▉▉▉ 5977.

| | | | |
|---|---|---|---|
| Vehicle identification or chassis number: | ▉▉▉ T488 | | |
| Test station number: | S4W0 | Colour of vehicle: | GReeN |
| Issue date: | 1st 200 | Make of vehicle: | BMW |
| | | Approximate year the vehicle was first used: | 1989 |
| Expiry date: | 2nd 200 | Recorded mileage: | 94680 |
| | | If it is a goods vehicle, state the maximum design gross weight: | wn |
| Serial number of the last test certificate: | N/A | Type of fuel: | PETROL |

| For all vehicles with more than 8 passenger seats | Seat belt installation checked this test? (tick if appropriate) | Yes ☑ No ☐ | Previous installation check date: | N/A |
|---|---|---|---|---|
| | | | Number of seat belts fitted at time of installation check: | |

Tester's signature: _____

Tester's name in CAPITALS: _____

| **Warning** | Authentication stamp |
|---|---|
| A test certificate is not evidence that the vehicle is in a satisfactory mechanical condition. | |
| **Check** Check carefully that the above details are correct. Do not accept a certificate which has been altered. | |

Serial number: ▉▉▉ 8656

Produced by SPSL 03/01 000351

VT20 (6/00)

000035

MPS688_36



# Campus map



**Aston University Campus**

A38(M) from M6 junction 6

Fire Station

To city centre

Birmingham city centre, New Street Station, 10 minutes' walk

Main Building
Main Entrance

Asto Science

Visitors car park

## Academic Buildings

## Student Residences, Sports, Social and Welfare F

**P** Pay and display parking          **P** University ca

Key to locations -

1 - Main Building
2 - Chemical Engineering & Applied Chemistry
3 - Dalton Tower
4 - Low Rise Residences
5 - Gem Sports Hall
6 - Health Centre
7 - Lawrence Tower
8 - Library & Information Services
9 - Midland (HSBC) & Lloyds Banks
10 - Nelson Building

11 - North Wing
12 - Nursery
13 - South Wing
14 - Stafford Tower
15 - Students' Guild
16 - Sumpner Building
17 - Vauxhall Centre
18 - Vision Sciences
19 - Woodcock Sports C
20 - New Lakeside Resid
21 - Waterstones Univer

MPS688_37

# Term Dates - Acauemic Year 1999-2000

| TERM ONE | 10th October-18th December 99 |
| TERM TWO | 16th January-25th March 2000 |
| TERM THREE | 30th April-8th July 2000 |

كلية السنة الدراسية

# Term Dates - Academic Year 2000-2001

| TERM ONE | 8th October-16th December 2000 |
| TERM TWO | 14th January-24th March 2001 |
| TERM THREE | 22nd April-30th June 2001 |

Back to the International Office Home Page
Back to the Aston University Home Page

All information on this page is © Aston University and International Office

02/02/00 18:38

000037

MPS688_38



*Aaita Arabic Consultants*

Interpreting / Translation. All Dialects of Arabic
*Authorized by Federal Courts & NJ Administrative Office of the Courts*
Marwan Abdel-Rahman

<u>To Whom It May Concern</u>

This is to certify that each page of the attached English translation is an accurate and faithful representation of the corresponding original document in Arabic.

I, Marwan Abdel-Rahman, hereby affirm that I am approved by NJ-Administrative Office of the Courts as an Arabic interpreter/translator. I am also approved by the Administrative Office of the United States Courts, NYS Courts, and Pa AOPC. My certification number is PA-4450Z-22.  In my capacity as Director of Aaita I also warrant the accuracy of translations completed by my staff under my supervision.

**Document Title(s):**

**MPS688_1-17 – Errata version**

[Corrections to Omar's Phone Book and Green Folder (English)]

I hereby declare that, to the best of my knowledge and belief, the translation of each above-referenced document is a true, accurate and complete translation of the original as described.

Sincerely,

**Marwan Abdel-Rahman**
Aaita Arabic Consultants, INC

**Date**:  April 18, 2024

MARWAN ABDEL-
25   J.F.   BLVD.
JE  SEY CITY, I   073