# Exhibit 353

In the name of Allah, the Most Gracious, the Most Merciful

My dear Honorable Brother Saad Al-Habib          May Allah preserve him
Peace and mercy of Allah be upon you:

After thanking Allah, I would like to thank you so much for the stuff that you sent . . I ask Allah that the scale of good deeds may weigh more heavily with what you have contributed, and that you may be rewarded with the best of rewards. I have overburdened you . . and people like you are *Anaween Al-Khair* [paragons of goodness]. May Allah keep you always among *Ahl al-Khair* [the people of goodness]. Four propagators arrived with us this year, three of whom are from Al-Imam [Muhammad Ibn Saud Islamic] University, and the fourth is from Umm Al-Qura University. I gathered them together in my home with about thirty other persons from Masjid al-Ribat and Masjid Abu Bakr. When they tasted the dates, they said we do not believe that these dates are from this country [America] . . So I told them that it is from *Bilad Al-Khair* [the land of goodness] and from *Ahl Al-Khair* [the people of goodness], so they prayed for you to be blessed.

My dear brother: if you personally, your esteemed family, or anyone from your side should need anything from San Diego, please do not hesitate, as we are at your disposal. Forgive us, and may Allah reward you.

Send my regards to Brother Omar Hamerman, and send him warm regards from here, together with the greetings of my family and children to your esteemed family. May Allah grant you success and look after you.

Your brother
[*Signed*]
Omar bin Ahmad Al-Bayoumi
San Diego, Ramadan 1998

\* Note: Please do not forget
to mention us in your *Du'aa* [supplications]
and tell Omar about that.

MPS727_202

بسم الله الرحمن الرحيم

أخي العزيز الفاضل / سعد الحبيب حفظه الله
السلام عليكم ورحمة الله :
أشكرك كثيراً بعد شكر الله على الأغراض التي أرسلتها .. أسأل الله أن يثقل بما قدمت ميزان حسناتك وأن يجزيك خير الجزاء . لقد كلفت عليك وأثقلت .. والناس أمثالكم عناوين للخير، جعلكم الله دوماً من أهل الخير . لقد وصل إلينا أربعة من الدعاة هذا العام . ثلاثة منهم من جامعة الإمام والرابع من جامعة أم القرى، وجمعتهم مع حوالي ثلاثين آخرين من مسجد الرباط وأبي بكر في منزلي وعندما ذاقوا التمر قالوا لا نعتقد أن هذا التمر من هذه البلاد .. فأخبرتهم أنه من بلاد الخير ومن أهل الخير، فدعوا لك بالبركة .

أخي العزيز : إذا كان لكم شخصياً أولأسرتك الكريمة أولأحد من معارفكم أية خدمة من سان دييغو . أرجو أن لا تتردد فنحن رهن الإشارة . وسامحونا أتابكم الله .

بلغ التحية للأخ عمر هرمان وأبلغه تحية دافئة من هنا وكذلك تحيات أسرتي وأبنائي لأسرتكم الكريمة . وفقكم الله ورعاكم

أخوك

عربت أحمد البيومي

سان دييغو - رمضان ١٩٩٨

* ملاحظة : لا تنسونا من دعائكم وأخبر عمر نبزين .



**GLOBAL LINK LANGUAGE SERVICES, INC**
71 Commercial Street, #218
Boston, MA 02109
(617) 451-6655 Telephone
www.globallinkls.com
info@globallinkls.com

**CERTIFICATION**

**Date: December 18, 2023**

We hereby certify and confirm that the below mentioned documents are a true and accurate **English translation** of the **Arabic file** presented to us and has been translated to the best of our professional ability.

**MPS727 202**

Sincerely,

*Anthony Federico*

Anthony Federico
Global Link Language Services, Inc.