# Exhibit 355

بسم الله الرحمن الرحيم



المركز الإسلامي في سان دييجو
ISLAMIC CENTER OF SAN DIEGO

My Honorable Brother: Omar Al-Bayoumi…        May Allah preserve him

Peace, mercy, and blessings of Allah be upon you

Your effective contribution, your favoring of the guests by serving them, and the time and efforts you dedicated to the dinner party held last Friday, 23 / 12 / 1994 AD, were instrumental in the success of the event and the obvious satisfaction of the guests. I wish personally to thank you for your abundant generosity, which reflects a kind spirit and a generous soul.  I ask Allah Almighty to accept this act from you and to record it in your book of good deeds.

May God reward you with goodness…

Director of the Center<br>
[*Signed*]<br>
Dr. Jamal Al-Hunaid

7050 ECKSTROM AVE • SAN DIEGO, CA  92111 • TEL (619) 278-5240 / 5249 • FAX (619) 278-9259

بسم الله الرحمن الرحيم



المركز الإسلامي في سان دييجو
ISLAMIC CENTER OF SAN DIEGO

أخي الفاضل: عمر البيومي...                حفظه الله

السلام عليكم و رحمة الله و بركاته

مساهمتكم الفعّالة وإيثاركم الضيوف بخدمتكم لهم والتضحية بوقتكم و جهدكم في حفل العشاء الذي أقيم يوم الجمعة الماضية ٢٣/١٢/١٩٩٤م كان سببا رئيسيا في إنجاح الحفل وقبول الضيوف له برضاء ملحوظ.

أودّ شخصيا أن أشكركم على هذا العطاء الدافق الفيّاض الذي ينمّ على روح طيبة و نفس سخيّة وإنني لأدعو الله عزّ و جلّ أن يتقبّل منكم هذا العمل و يجعله في صحيفة حسناتكم. وجزاكم الله خيرا...

مدير المركز

د. جمال الهنيد

7050 ECKSTROM AVE • SAN DIEGO, CA  92111 • TEL (619) 278-5240 / 5249 • FAX (619) 278-9259



**GLOBAL LINK LANGUAGE SERVICES, INC**
71 Commercial Street, #218
Boston, MA 02109
(617) 451-6655 Telephone
www.globallinkls.com
info@globallinkls.com

**CERTIFICATION**

**Date: December 18, 2023**

We hereby certify and confirm that the below mentioned documents are a true and accurate **English translation** of the **Arabic file** presented to us and has been translated to the best of our professional ability.

**MPS727 142**

Sincerely,

*Anthony Federico*

Anthony Federico
Global Link Language Services, Inc.