# Exhibit 364

My dear esteemed Brother / Saad Al-Habib     May Allah preserve him

Peace, mercy, and blessings of Allah be upon you:

I called you at this hour, 10:30, but I couldn't reach you.  I hope that you, all your esteemed family, your brothers, and your son Omar are well and in good health.  *Al-Amur taseer ala ma yuram* [things are going well].

Please call me as soon as you get a chance.

My best regards to you, and also the regards of my family and children to your esteemed family.

May God preserve you and look after you //

7,8,99

Your brother

[*Signed*]

Omar Ahmad Al-Bayoumi

\* What is the news of Omar *Al-Amriki*? Send him regards, and give us his phone number – my regards.



أخي الكريم / سعد الحبيب    حفظه لله

السلام عليكم ورحمة الله وبركاته :

لقد أتصلت عليك هذه الساعه ١٠:٣٠ ولم أجدك
أرجو ان تكون انت وكافة الاسرة الكريمة
والإخوان والإبن عمر بخير وعافيه. الأمور
تسير على مايرام.

أرجو الاتصال بي في أقرب فرصه.

لك الحبيب تحياتي وكذلك تحيات أسرتي
وابنائي لأسرتكم الكريمه.

حفظكم الله ورعاكم

* ماهي اخبار عمر
الأمريكي بلغوه
تحيتي واعطوني رقم
هاتفه - تحياتي

أخوك
عمر بن أحمد البسيوني

7،8،99



# TRANSLATION CERTIFICATION STATEMENT

**Project: 20231211I2E**

**Language**: Arabic > English

**Document title**:  MPS43_136 (english)

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**:  Farah Alshekhli

**Qualifications**:  BA in Translation and Interpretation Studies, 17 years of experience, certified

**Signed**: *Farah Alshekhli*    **Date**: 12/15/2023