# Exhibit 365

28/8/99

My dear brother Saad Al-Habib                May Allah preserve him
Peace, mercy, and blessings of Allah be upon you:

"*And declare, 'The truth has come and falsehood has vanished. Indeed, falsehood is bound to vanish.'*"

First: after our phone call, I called the Realtor and asked her, is it true that I listed the building for sale? She said: "This is not correct." I said to her: I was told that you mentioned that I listed the building for sale. She said, This is a lie and a fabrication. All I said was that Omar is the agent of Brother Saad, and that he'd mentioned to me that he wants to issue two Powers of Attorney, for Muhammad and for Saleh respectively, to grant both of them all capacities, including selling and buying. Period.

I brought Sheikh Ibrahim Al-Zamil along with me. He spoke with her over the phone, and she confirmed to him that what was said about a sales listing by or through brother Omar was not true, but rather, what happened was: what Omar told me last year, in November 1998, was only regarding the Powers of Attorney.

I am writing you these words from the garden next to *Al-Masjid* [the mosque]. Sheikh Ibrahim has joined up with the team. I am writing to you to reassure you and myself that whoever they may be, "*They planned, but Allah also planned. And Allah is the best of planners.*"

Thank you for your trust and your noble manners. This situation has given me sleepless nights, but I have been reassured after speaking with you! It is my pleasure to get my brother Ibrahim al-Zamil to bear witness to this. May Allah preserve you and look after you.

|  |  |
|---|---|
| Your brother | Your brother |
| [*Signed*] | Ibrahim Al-Zamil |
| Omar bin Ahmad Al-Bayoumi | [*Signed*] |

17 / 5 / 1420 AH

٩٩/٨/٢٨

أخي العزيز سعد الحبيب ........ حفظه الله
السلام عليكم ورحمة الله وبركاته :
"قل صدق الحق وزهق الباطل إن الباطل كان زهوقاً"

أولاً: بعد المكالمة التي تمت بيننا اتصلت على دلالة العقار وسألتها هل صحيح أنني عرضت العمارة للبيع؟ قالت: هذا كلام غير صحيح. قلت لها: لقد أُخبرت أنك قد ذكرتِ أنني عرضت العمارة للبيع قالت كذب وافتراء كل الذي قلته أن عمر هو وكيل الأخ سعد وقد ذكر لي أنه يريد أن يستخرج وكالتين لمحمد وصالح تخول لهما كل الصلاحيات بما فيها البيع والشراء. قف

وأحضرت معي الشيخ إبراهيم الزامل وكلمها بالهاتف وأكدت له أن ما قيل من أنه عرض للبيع من الأخ عمر أو عن طريقه غير صحيح بل أن ما حصل هو أنه أخبرني العام الماضي في شهر نوفمبر ١٩٩٨ بخصوص الوكالات فقط.

أنا أكنت هذا الكلام من الحديقة المجاورة للمسجد الشيخ إبراهيم يشارك مع الفريق وأنا أكنت لك لأطمئنك وأطمئن نفسي أنهم كائن من كان "يمكرون ويمكر الله والله خير الماكرين"

أشكر لك ثقتك ونبل أخلاقك فهذا الموقف جعلني لا أذوق طعم النوم ولكنني كنت مطمئناً بعد محادثتك! ويسرني أن أشهد على ذلك أخي إبراهيم الزامل والله يحفظكم ويرعاكم

أخوكم
إبراهيم زامل
عمر عبدالحميد ....
أبا ..
١٧/٥/١٤٢٠هـ



# TRANSLATION CERTIFICATION STATEMENT

**Project: 20231211I2E**

**Language**: Arabic > English

**Document title**:  MPS43_137 (english)

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**:  Farah Alshekhli

**Qualifications**:  BA in Translation and Interpretation Studies, 17 years of experience, certified

**Signed**: *Farah Alshekhli*    **Date**: 12/15/2023