# Exhibit 368

## MASJID AL MADINAH AL MUNAWARAH

4—7—1999

---

### Very Urgent and Important

His Excellency Dr. Mahmoud Doski,                    The Respected One

### Chairman of the Board of Trustees of the Kurdish Community
### – Masjid Al Madinah Al Munawarah

Peace, mercy, and blessings of Allah be upon you

Given that about ten months have passed since the opening of Masjid Al-Madinah Al-Munawarah, we ask that you kindly provide us with a full report about the following:

1   The names of the brothers on the Board of Trustees / Board of Directors / and Board of Directors of the School, and the activities that are being carried out by each of them to serve this facility, in satisfactory detail.

2   The changes that have taken place to the Board of Trustees during the period noted above, as well as to the other Boards.

3   The achievements in the field of *Da'wah* [propagation] and the activities that have been performed during the most recent period, including a synopsis regarding the guests, lectures, *Khutabaa* [orators], and the *Da'wah* [propagation] programs for non-Muslims. .

---

511 South Magnolia Ave., El Cajon, CA 92020. Tel: (619) 579-3142. Fax: (619) 401-2697

## MASJID AL MADINAH AL MUNAWARAH

4   The priorities of needs and future plans that you see as necessary for the continuation of serving the Muslims, and the problems impeding the achievement of goals.

5   The level of relationship connecting Masjid Al Madinah with the other *Masajid* [mosques] such as the Islamic Center, Masjid Al-Ribat, Al-Nour, Uthman, and Omar bin Al-Khattab.

6   The educational and recreational programs concerning the youth at weekend school, activities for the youth, and their care and protection.

Please cover what was stated above at the earliest opportunity.  May Allah keep you safe and nourish you.

Peace, mercy, and blessings of Allah be upon you,,,


            Your brother
            [*Signature*]
        Omar bin Ahmad Al-Bayoumi

            The General Supervisor

511 South Magnolia Ave., El Cajon, CA 92020. Tel: (619) 579-3142. Fax: (619) 401-2697

## MASJID AL MADINAH AL MUNAWARAH

٤-٧-١٩٩٩

<div dir="rtl">

<u>عاجل جدا وهام</u>

سعادة الدكتور محمود دوسكي      المحترم

<u>رئيس مجلس أمناء الجالية الكردية – مسجد المدينة المنورة</u>

السلام عليكم ورحمة الله وبركاته

نظرا لاقتضاء حوالي عشرة أشهر على افتتاح مسجد المدينة المنورة . نرغب

التكرم تزويدنا بتقرير متكامل عن الآتي :

١– أسماء الاخوة في مجلس الأمناء / مجلس الإدارة / مجلس إدارة المدرسة

والأعمال التي يقوم بها كل منهم خدمة لهذا المرفق بالتفصيل المفيد .

٢– التغييرات التي طرأت على مجلس الأمناء خلال الفترة المشار إليها بعاليه

وكذلك المجالس الأخرى .

٣– الإنجازات في مجال الدعوة والنشاطات التي تم تأديتها خلال الفترة الماضية

بما فيها نبذة عن الضيوف والمحاضرات والخطباء وبرامج دعوة غير

المسلمين . .

</div>

511 South Magnolia Ave., El Cajon, CA 92020. Tel: (619) 579-3142. Fax: (619) 401-2697

MPS43_152

## MASJID AL MADINAH AL MUNAWARAH

٤- أولويات الأحتياجات والخطط المستقبلية التي ترونها ضرورية لاستمرار خدمة المسلمين والمشاكل التي تعترض تحقيق الأهداف.

٥- مستوى العلاقة التي تربط مسجد المدينة بالمساجد الأخرى مثل المركز الإسلامي مسجد الرباط، النور، عثمان، عمر بن الخطاب.

٦- البرامج التعليمية والترفيهية التي تخص الناشئة في مدرسة نهاية الأسبوع والنشاطات الخاصة بالشباب ورعايتهم والمحافظة عليهم.

أرجو التكرم بتغطية ما تم ذكره بعاليه في أقرب فرصة. حفظكم الله ورعاكم.

والسلام عليكم ورحمة الله وبركاته،،،



أخوكم

عمر بن أحمد اليومي

المشرف العام

511 South Magnolia Ave., El Cajon, CA 92020. Tel: (619) 579-3142. Fax: (619) 401-2697

MPS43_144



## TRANSLATION CERTIFICATION STATEMENT

**Project: 20231211I2E**

**Language**: Arabic > English

**Document title**:  MPS43_152,144 (arabic)

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**:  Farah Alshekhli

**Qualifications**:  BA in Translation and Interpretation Studies, 17 years of experience, certified

**Signed**: *Farah Alshekhli*                    **Date**: 12/18/2023