# Exhibit 369

11/15/1998

The Esteemed Brother Awad Al-Harbi             May Allah preserve him
Peace, mercy, and blessings of Allah be upon you:

    Thank you so much for your letter. I hope that you and all your family members are well and in good health. Please find enclosed the letter as you requested. I hope that Allah will grant you success wherever you end up going. The brothers here, from Masjid Al-Madinah to Masjid Al-Ribat and even ELS, are sending their greetings to you. Please do not forget us in your *Du'aa* [supplications]. Peace, mercy, and blessings of Allah be upon you.

                        Your brother,

11, 15, 98      [*Signed*]
            Omar bin Ahmad Al-Bayoumi

MPS43_309

11/15/1998

المكرم الأخ عوض الحربي                              حفظه الله

السلام عليكم ورحمة الله وبركاته :

أشكرك كثيرا على رسالتك وأتمنى أن تكون أنت وكافة أفراد الأسرة بخير وعافية . مرفق طيه الخطاب حسب طلبك وأرجو أن يكتب لك الله التوفيق أينما حللت . الأخوة هنا يبلغونك التحية من مسجد المدينة المنورة الى مسجد الرباط وحتى ELS ولا تنسونا من دعاكم في ظهر الغيب . والسلام عليكم ورحمة الله وبركاته .

أخوكم

عمر بن أحمد البيومي   11,15,98

MPS43_309



# TRANSLATION CERTIFICATION STATEMENT

**Project: 20231211I2E**

**Language**: Arabic > English

**Document title**:  MPS43_309 (english)

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**:  Farah Alshekhli

**Qualifications**:  BA in Translation and Interpretation Studies, 17 years of experience, certified

**Signed**: *Farah Alshekhli*          **Date**: 12/13/2023

helloglobo.com | 800.555.3010 | 145 Greenwood Ave. | Wyncote, PA 19095