# Exhibit 373

## MASJID AL MADINAH AL MUNAWARAH

His Excellency the Consul of the Custodian of the Two Holy Shrines   May Allah preserve him

Los Angeles

Peace, mercy, and blessings of Allah be upon you.

    I am pleased to congratulate you on the blessed *Eid Al-Fitr*, may you be well for every year to come.  Also, I would like to commend the beautiful welcome received by myself, Sheikh Mutaeb Al-Sudairy, and Sheikh Adel Al-Sadhan (guests from the Ministry of Islamic Affairs) from your Deputy, may Allah preserve him, as well as the efforts of the brothers in the Islamic Affairs (Brother Saad Al-Jabreen) in providing us with some copies of the Qur'an, which were immediately distributed to some of the mosques here.  Also, I can only extend my hand of supplication to Allah to grant you success in what He is pleased with and approves of.  May Allah preserve you and look after you ,,,,,,

Your brother,

1 , 26 , 99    [Signed]

Omar bin Ahmad Al-Bayoumi

The General Supervisor

511 South Magnolia Ave., El Cajon, CA 92020. Tel: (619) 579-3142. Fax: (619) 401-2697

# MASJID AL MADINAH AL MUNAWARAH

سعادة قنصل خادم الحرمين الشريفين                                حفظه الله

لوس أنجليس

السلام عليكم ورحمة الله وبركاته :

يسرني تهنئتكم بعيد الفطر المبارك وكل عام وأنتم بخير . أيضا يطيب لي أن أنوه بحسن الاستقبال الذي حضينا به أنا والشيخ / متعب السديري والشيخ / عادل السدحان (ضيوف من وزارة الشئون الاسلامية) من قبل نائبكم حفظه الله وكذلك جهود الأخوة في الشئون الاسلامية (الأخ/ اسعد الجبرين ) في تزويدنا ببعض المصاحف والتي تم توزيعها في الحال على بعض المساجد هنا . كما لايسعني الا أن أمد يد الضراعة الى الله أن يوفقكم لما يحب ويرضى والله يحفظكم ويرعاكم ،،،،،،

أخوكم

1/26/99

عمر بن أحمد البيومي

المشرف العام

511 South Magnolia Ave., El Cajon, CA 92020. Tel: (619) 579-3142. Fax: (619) 401-2697



# TRANSLATION CERTIFICATION STATEMENT

**Project: 20231211I2E**

**Language**: Arabic > English

**Document title**: MPS43_345 (english)

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 17 years of experience, certified

**Signed**: *Farah Alshekhli*      **Date**: 12/13/2023