# Exhibit 375

In the name of Allah, the Most Gracious, the Most Merciful

The Esteemed Honorable Brother Abdulaziz Al-Saleh  May Allah preserve him
Peace, mercy, and blessings of Allah be upon you:

Please find enclosed a copy of the receipt for the check sent from the
Embassy to assist in furnishing Masjid Al-Madinah Al-Munawarah.  For your
esteemed notice, at the very moment I received your esteemed letter along with
the check, the administration of the Community were holding a meeting.  They
took receipt of the check and signed the acknowledgement of receipt.  Indeed this
made a good impression, which is no surprise coming from devoted people like
yourself.

Also, please find enclosed the letter from the Pakistani community, who
sponsor the *Iftar* [meals to break the fast] for more than 400 people every Friday
and Saturday during the month of Ramadan . .  You have painted a good picture by
contributing to some of the prizes presented to the children of the Muslim
community for memorization and recitation of the Holy Qur'an.  I would be remiss
not to enclose their letter, in which the state their wish to upgrade some
individual prayer rugs, as well as to get some headscarves [*Hijab*] for the girls.
Here they are sold for about 15 dollars each.  Also, they want The Holy Qur'an
tape set, as well as pocket-sized copies of the Qur'an, for the number of people
mentioned in their letter.  My only wish is that Allah may always reward you for
doing *Al-Khairat* [goodness aplenty].  May Allah preserve you and look after you.

Your brother
[*Signed*]
Omar bin Ahmad Al-Bayoumi

a good picture, especially during the presentation of prizes for the memorization, reading, and recitation of the Holy Qur'an among the children of all communities, for what you have contributed during the last three years.

MPS43_380

بسم الله الرحمن الرحيم

المكرم الاخ الفاضل/ عبد العزيز الصالح حفظه الله

السلام عليكم ورحمة الله وبركاته

أرفقم لكم صورة من طيه صورة الايصال المستخدم
لشيك المرسل من سفارة السعودية في قرش مسجد
المدينة المنورة . و للعلم أكرم انه في نفس اللحظة
التي تسلمت فيها خطابكم أكرم مع الشيك كانت ادارة
الجالية مجتمعة و تسلموا الشيك ووقعوا الايصال
وقد كان انطباع جيد . وذلك ليس في تغريب على أمثالكم
من المخلصين

أيضاً أرفقم لكم خطاب الجالية الباكستانية
والذين يتكلمون بالافطار لأيام الجمع والسبت
في شهر رمضان لكن من ... ؟ شخص ... وقد تسلم

صوره جيده عنكم وكم في بعض الجوانب لكن .. وكون .. أكرم
بسبب ابناء الجالية المسلمة .. كما لا تنوني لم أرفقم لكم
يحتفون فيه بالتقدير لكم بعض السجادات الفرديه فأهم
بالصدقة وكذلك بعض الحجيب الخامه بالقتيا تراكوهنا
تباع الواحدة منها في حدود ... ولعلكم .. ايضاً اصدرات
صندوق كامل لقرآن الكريم وكذلك مصاحف للجيب للبرد
الذي تذكره في خطابهم .. كل ما أرجوه .. ان يثيبكم الله
دوماً لعمل الخيرات . وان يحفظكم ويرعاكم

اخوكم

عمر بن احمد البيسوني

صورة جيدة وخاصة عند توزيع حوائز صوط وقراءة
وتجويد القرآن الكريم بين أبناء الجاليات
جميعاً لما أسهتم به خلال لشتردت سنوات الماضيه.

MPS43_380



# TRANSLATION CERTIFICATION STATEMENT

**Project: 20231211I2E**

**Language**: Arabic > English

**Document title**:  MPS43_381-380 (english)

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**:  Farah Alshekhli

**Qualifications**:  BA in Translation and Interpretation Studies, 17 years of experience, certified

**Signed**: *Farah Alshekhli*                    **Date**: 12/13/2023