# Exhibit 376

In the name of Allah, the Most Gracious, the Most Merciful

All praise be to Allah, Lord of the Worlds, and may blessings and peace be upon His trustworthy Messenger.

Furthermore , ,

I was pleased to have met my brothers here in San Diego, California, in Masjid Al-Madinah.

Our brother Omar "Abu Emad" is among the virtuous brothers whom we met in Masjid Al-Madinah.

He asked me to write a piece of poetry for him, but I politely declined. I cited to him the apology given by Imam Al-Suyuti for having mastered the science of logic, which he considered *Muharram* [forbidden in Islam]. Something good that was said about the science of logic is the following:

Ibn Al-Salah and Al-Nawawi declared it as *Harram* [forbidden in Islam],
    And yet they said that the public should be aware of it.
The correct and accurate opinion states,
    That it *is* permissible, as it hones the perfection of one's natural talents.

May Allah grant everyone success in doing what He loves and approves of.


Dr. Abdulhamid bin Saad Al-Saudi

The night of *Eid Al-Fitr* in the year 1421 AH
[corresponding to December 26, 2000]

MPS698_151

٣١٤٤

بسم الله الرحمن الرحيم

الحمد لله رب العالمين . والصلاة والسلام على رسوله الأمين .
أما بعد ،،
فلقد سعدت بلقاء إخوتي هنا في مدينة San diego
بولاية كاليفورنيا . في مسجد المدينة .
وأخونا عمر . وأبو عماد . مع الإخوة الفضلاء الذين قابلناهم
في مسجد المدينة .
وقد سألني أن أكتب لهم شيئاً من الشعر . فاعتذرت
وذكرت لهم عُذري الإمام السيوطي في اعتذاره عن انتقائه لعلم
المنطق باب٤ محرم في وقت قبل أن علم المنطق قول جهبذاً.
يقول :
فابه الصلاح والنواوي قد حرما
وقال قوم ينبغي أن يعلما
والقول الصحيح السديد
جوازه لكامل القريحة .

ونسأل الله الجميع لما يحب ويرضاه .
د. عبد السيد سعد سعودي
ليلة عيد الفطر سنة ١٤٠٩ هـ



**GLOBAL LINK LANGUAGE SERVICES, INC**
**YOUR LINK TO THE WORLD**
71 Commercial Street, #218
Boston, MA 02109
(617) 451-6655 Telephone
afederico@globallinkls.com

**CERTIFICATION**

**Date: December 15, 2023**

We hereby certify and confirm that the below mentioned documents are a true and accurate **English Translation of the Arabic document** presented to us and has been translated to the best of our professional ability.

**MPS 698 151**

Sincerely,

*Anthony Federico*

Anthony Federico

Global Link Language Services, Inc.