# Exhibit 377

Oh, who beholds the mosquito's wingspan,
    In the darkness of the ominous, deep night's span.
And sees the veins within its slender throat,
    The brain, from those skeletal threads it wrote.
Witnesses the flow of blood in its veins,
    Moving from joint to joint, free reins.

Another: If ever you find a day of solitude,
    Say not, "I am alone," with certitude.
Declare instead, "A vigilant watcher am I,"
    Think not God forgets, as moments fly.
Do not believe what's hidden stays unseen,
    For what eludes you, from Him, can't glean.

Another: When you're alone, with suspicion in the dark,
    And the soul calls for tyranny to embark.
Be ashamed before God's gaze does unfold,
    Say to it, "In darkness, the Creator beholds."

Another: Seek provisions from this world, for who can tell,
    When night descends, if to dawn you will farewell.
How many healthy ones died without a sign,
    And how many ailing lived, a stretch of time.
How many a youth, carefree at dusk's embrace,
    While his shroud was woven, unaware in that space.

Another: How many an ailing one, by fate, was surpassed,
    Survived, while his healer breathed his last.

Another: Tomorrow, souls will depart what they've earned,
    And farmers reap what seeds they've churned.
If they've done well, it's for themselves they've done,
    If they've erred, alas, the harm they've spun.

    Abdullah bin Ali Al-Jaithen
    12 Ramadan 1420 AH
   [corresponding to December 20, 1999]
       [*Signed*]

يا سيدي مدّ الجموع بجناحه / في ظلمة الليل البهيم الأليل
ومن نشاط عروقها في صدرها / والمجد في تلك العظام الأنحل
ويرى مكابد الردى من أعضائه / منتقلاً من مفصل في مفصل

آه و إذا ما حلفت الدهر يوماً فذرته / خلوي وكن على مروقي يقسم
ولا تقربه لم يغفل ســاعة / ولا اسم ما بدعي عليه بقسم

آه و إذا خلوت بريبة في ظلمة / وليكن داعية إلى العصيان
فاستح من نظر الإله وقل له / اسم الذي خلق الظلام يراني

آه تزوّدت من الدنيا خائفاً لا تدري / إذا جنّه ليل هل تعيش إلى الفجر
كم من صحيح مات من غير علة / وكم فلك لليل عاش مينا إلى الدهر
وكم من فتى يمسي ويصبح ضاحكاً / وقد نُسجت أكفانه وهو لا يدري

آه كم من ليل قد تَعَظَّاهُ الرُّوى / فنجّى وماتَ جَليسهُ والعَوَّد

آه غداً توفّى النفوس ما كسبت / ويحصد الزارعون ما زرعوا
إن أحسنوا أحسنوا لأنفسهم / وإن أساؤوا فبئس ما صنعوا

عبد الله علي الجعيثن
رمضان ١٤٢٠هـ



**GLOBAL LINK LANGUAGE SERVICES, INC**
**YOUR LINK TO THE WORLD**
71 Commercial Street, #218
Boston, MA 02109
(617) 451-6655 Telephone
afederico@globallinkls.com

**CERTIFICATION**

**Date: December 15, 2023**

We hereby certify and confirm that the below mentioned documents are a true and accurate **English Translation of the Arabic document** presented to us and has been translated to the best of our professional ability.

**MPS 698 145**

Sincerely,

*Anthony Federico*

Anthony Federico

Global Link Language Services, Inc.