# Exhibit 383

My dear Brother / Omar *Al-Amriki*          The Respected One

Peace and mercy of Allah be upon you:

I think that you have friends who are very eager to hear your voice or eager for the ink of your pen. If it is your prerogative to be busy with your affairs . . then it is our prerogative to ask about you

I believe that the Africans here became African American and you will be American Saudian.

How are you doing with the studies and the vacation? What is your news, may you live long. What is important is that we have opened a *Masjid* [mosque] in El-Cajon, and praise be to Allah.

So give us news in details. *Jazak Allah Khair* [May Allah reward you with goodness]. Eissa, Sheikh Muhammad and all *Al-Ahibba* [the beloved ones] are sending their greetings to you, and of course Emad, Bayan and Firas. My regards.

Your brother

[*Signed*]

Omar bin Ahmed Al-Bayoumi

8, 10, 98

MPS43_216

أخي العزيز / عمر الأمريكي المحترم
السلام عليكم ورحمة الله:
أعتقد أن لك أصدقاء يتلهفون لسماع صوتك أو خط قلمك. فإذا كان من حقك أن تنشغل بأمورك.. فمن حقنا أن نسأل عنك

I think that you have friends here anxious to here your voice or to see your handwriting on ~~the~~ a piece of paper. If you think that you have to be busy, We have a right to ask for you.

African American هنا الأفارقة أصبحوا
and you will be American Saudian.

كيف حالك مع الدراسة والإجازة.. ماهي أخباركم طالت أعماركم. المهم في الأمر فتحنا مسجد في El-Cajon والحمد لله.
المهم أعطينا أخبار بالتفصيل.
وجزاك الله خيراً.. سلم عليك عيني والشيخ محمد وكل الأحبة وطبعاً عماد وبيان وفراس. نبايني؟

أخوك
عمر بن أحمد البيومي
3/10/98



# TRANSLATION CERTIFICATION STATEMENT

**Project: 20231211I2E**

**Language**: Arabic > English

**Document title**:  MPS43_216 (english)

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**:  Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 17 years of experience, certified

**Signed**: *Farah Alshekhli*      **Date**: 12/13/2023