# Exhibit 390

In the Name of Allah, the Most Gracious, the Most Merciful

My dear Brother / Saad Al-Habib          May Allah preserve him

Peace, mercy, and blessings of Allah be upon you:

The voice of righteousness has been raised from Masjid Al-Madinah Al-Munawarah, building 511. Praise be to Allah, Lord of the Worlds, for the *Asr* [afternoon] prayer on the Friday of 31 / 7 / 198 [*sic:* 1998]. We have continued holding the prayers on the ground floor Lobbi, after one of the engineers explained to us the issue of the loads on the upper floor. The students started studying the Noble Qur'an and the Arabic language on the ground floor.

- One of the engineers took away *Al-Khara'et* [the maps] to study and to create a main plan with the costs and timings, along with an alternative plan.
- We started a daily *Dars* [lesson] following *Maghrib* [sunset] prayer
- We hosted Sheikh Ghanim Al-Ghanim from Saudi Arabia following *Maghrib* [sunset]
* of last Friday / he will be our guest for the *Khutbah* sermon this coming Friday.
- We decided on a light dinner meal following the *Dars* [lesson] every week after *Maghrib* [sunset] prayer of either Friday or Saturday, depending on the circumstances.
- I returned all amounts due to the tenants.
- One of the tenants didn't pay the rent, so I deducted that amount from the Deposit.
- I paid all the bills related to part of ~~July~~ June and the entire month of July 98.
- Enclosed, please find a table of accounts / the amounts returned to whomever they were due / the other expenses, and the remaining balance. Additionally I have some unpaid bills.
-

- I wanted to reassure you that *Al-Amur taseer ala ma yuram* [things are going well].
- In relation to the matter that you talked to me about, I made an appointment with the attorney on Friday.
- If you have any observations, I am at your service . . I am keeping a close eye on all the matters, *Sagheerah wa Kabeerah* [whether small or large], until the project is completed, God willing.

Send my regards to all the brothers, *Sagheeran wa Kabeeran* [whether young or old].
I am attaching some pictures along with the deed of the building.
*Taboor Al-Jam'iyah lam yughlaq baad* !! [the line to join the Association has not closed yet !!]

       My regards //
      Your brother
      [*Signed*]
    Omar Ahmad Al-Bayoumi

8, 10, 98

بسم الله الرحمن الرحيم

أخي العزيز / سعد الحبيب حفظه الله
السلام عليكم ورحمة الله وبركاته :

لقد أرتفع صوت الحق من مسجد المدينة المنورة المبني 511 والحمد لله رب العالمين لصلاة عصر يوم الجمعه 198/7/31 وأستمرينا في الصلاة في الدور الأرضي أثناءما بعد أن عرض علينا أحد المهندسين فكرة الأحمال في الدور العلوي . وبدأ الطلبة في دراسة القرآن الكريم واللغة العربيه في الطابق الأرضي .

- الخرائط أخذها أحد المهندسين للدراسه وإعطاء خطة اساسيه مع التكاليف والمدة وايضاً خطط اضافتيه بديله .
- بدأنا درساً يومي بعد صلاة المغرب
- أستضفنا من السعوديه الشيخ غانم الغانم بعد مغرب
* الجمعه الماضيه / وسيكون ضيفنا في خطبة الجمعة القادم .
- قررنا وجبة عشاء خفيفه عقب الدرس كل أسبوع بعد صلاة مغرب الجمعه أو السبت حسب الظروف
- أعددت كل المبالغ الخاصة بالمستأجرين .
- أحد المستأجرين لم يدفع الايجار واستقطعت المبلغ من ال Deposit .
- دفعت كل الفواتير الخاصه بجزء من يونيو وكامل شهر 98 July .
- أرفق لك من طيه جدول بالحسابات / المبالغ المعاده لأصحابها / المصاريف الأخرى والمبلغ المتبقي . وكذلك فإن لدي فواتير لم تدفع بعد .

- أحببت أن أطمئنك أن الأمور تسير على ما يرام.
- بالنسبة للموضوع الذي كلمتني عليه فقد أخذت موعد مع المحامي يوم الجمعة.
- اذا كان لديك أية ملاحظة فإنني تحت الأمر.. كل المواضيع صغيرة وكبيرة أتابعها متابعة دقيقة حتى إن شاء الله يكتمل المشروع.

بلغ التحية لكل الاخوه جميعاً صغيراً وكبيراً وسأرفق لك بعض الصور مع وثيقة المبنى، وطابور الجمعية لم يغلق بعد !!

تحياتي
أخوك
عمر بن أحمد البيومي

8/10/98



# TRANSLATION CERTIFICATION STATEMENT

**Project: 20231211I2E**

**Language**: Arabic > English

**Document title**: MPS43_229-230 (english)

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 17 years of experience, certified

**Signed**: *Farah Alshekhli*    **Date**: 12/15/2023