# Exhibit 392

**KURD[...] COMMUNITY ISLAMIC CENTER OF GREATER SAN DIEGO (KCIC)**

**MASJID AL-MADINA AL-MUNAWARA**



**KURDISH COMMUNITY ISLAMIC CENTER**

**MASJID AL-MADINAH AL-MUNAWARAH**

### In the Name of Allah, the Most Gracious, the Most Merciful

His Excellency the Director of Islamic Affairs     May Allah preserve him
Peace, mercy, and blessings of Allah be upon you:

    We wish to inform you that Allah the Almighty has gifted us with Masjid Al-Madinah Al-Munawarah in the El Cajon City area of San Diego. This mosque tends to the children of the Muslims in San Diego, and it is a center of *Da'wah* [Propagation], faithfully served by your brothers from among *Ahl al-Sunnah Wa al-Jama'a* [those who adhere to and unite upon the *Sunnah*, i.e. Traditions of the Prophet]. The total area of the buildings is 8900 square feet. We urgently need to furnish it and prepare it for the worshippers. Therefore, we hope that you will commission your specific office responsible, to kindly send the furnishings / carpets, just as was done for the other mosques here.

    Also, we seek your generosity in sending some classroom furniture. We have a school for approximately (150) male and female students, in which Islamic sciences and Arabic language are being taught. Therefore, we submit our request to you and we hope for your kind assistance and response.

May Allah grant you success and take care of you.
    May Allah reward you on behalf of Islam and Muslims.

[*Signed*]
**Dr. Mahmoud al-Doski**
Chairman of the Board of Trustees
16 Rabi al-Awwal 1419
10 – 7 – 1998

[handwritten]
*Correspondence*
*to the Embassy*



511 S. Magnolia Avenue • El Cajon, CA  92020 • Tel: (619) 401-2692 • Fax: (619) 401-2697
P.O. Box 13813 • El Cajon, CA  92022 • U.S.A.

MPS43_218

KURD- COMMUNITY ISLAMIC CENTER
OF GREATER SAN DIEGO (KCIC)
MASJID AL-MADINA AL-MUNAWARA



المركز الاسلامي للجالية الكردية

مسجد المدينة المنورة

بسم الله الرحمن الرحيم

سعادة مدير الشؤون الاسلامية         حفظه الله
السلام عليكم ورحمة الله وبركاته:

نخبركم علما أن الله سبحانه وتعالى قد من علينا بمسجد المدينة المنورة بمنطقة الكاهون سيتي بسان دييغو هذا المسجد يخدم ابناء المسلمين في سان دييغو وهو مركز دعوي يقوم عليه اخوتكم من أهل السنة والجماعة – المساحة الكلية للمباني ٨٩٠٠ قدم مربع . ونحتاج بصفة عاجلة تأثيثه وتهيئته للمصلين . لذا نأمل التكرم بتعميد جهة الاختصاص لديكم بالتكرم بأرسال الفرش من السجاد أسوة بالمساجد الاخرى هنا .

وكذلك التكرم بارسال بعض الأثاث الخاص بالفصول الدراسية حيث يوجد لدينا مدرسة لحوالي (١٥٠) طالب وطالبة . تدرس فيها العلوم الاسلامية واللغة العربية . لذا نضع طلبنا بين ايديكم ونأمل كريم مساعدتكم وتجاوبكم .

وفقكم الله ورعاكم وجزاكم الله خيرا عن الاسلام والمسلمين.

د. محمود الدوسكي
رئيس مجلس الامناء
١٦ ربيع الاول ١٤١٩
١٩٩٨-٧-١٠

مراسلات
للسفارة

511 S. Magnolia Avenue • El Cajon, CA  92020 • Tel: (619) 401-2692 • Fax: (619) 401-2697
P.O. Box 13813 • El Cajon, CA  92022 • U.S.A.

MPS43_218



**GLOBAL LINK LANGUAGE SERVICES, INC**
71 Commercial Street, #218
Boston, MA 02109
(617) 451-6655 Telephone
www.globallinkls.com
info@globallinkls.com

**CERTIFICATION**

**Date: December 18, 2023**

We hereby certify and confirm that the below mentioned documents are a true and accurate **English translation** of the **Arabic file** presented to us and has been translated to the best of our professional ability.

**MPS43 218**

Sincerely,

*Anthony Federico*

Anthony Federico
Global Link Language Services, Inc.