# Exhibit 394

## Urgent with Respect

His Excellency the Esteemed Brother / Musaed Al-Jarrah, May Allah preserve him

Peace, mercy, and blessings of Allah be upon you:

    I am enclosing to Your Excellency a copy of the letter addressed to His Excellency the Director of the Department of Islamic Affairs, as well as a copy of the cost estimate letter. This amount does not cover the entire building, but rather only the *Musalla* [main prayer room].

    Brother Musaed, your help in this matter will make the greatest mark on people's souls. Not so long ago, the inauguration of *Masjid Al-Malik Fahd* [the King Fahad Mosque], may Allah preserve him, took place. And next month, the prayers will be performed in this mosque, which is *Masjid Al-Madinah Al-Munawarah*. There are more than 65 churches in this area. All we hope for is that the scale of good deeds will weigh more heavily with the rewards from Allah Almighty, in favor of all those who joined in the call with the loud voice of righteousness. May Allah reward you and lead your steps on the straight path.

                    Your Brother

                         [*Signed*]

7, 21, 98

                Omar bin Ahmad Al-Bayoumi

عاجل مع الاحترام

سعادة الأخ الكريم / مساعد الجراح حفظه الله
السلام عليكم ورحمة الله وبركاته:
أرفق لسعادتكم صورة من الخطاب الموجه
لسعادة مدير الشئون الإسلامية وكذلك صوره
من خطاب التسعير. هذه القيمة لا تشمل كامل المبنى
ولكن تختص فقط بالمصلى فقط.
أخي مساعد إن مساعدتكم في هذا الموضوع
سيكون له أطيب الأثر في النفوس. وبالأمس القريب
كان إفتتاح مسجد الملك فهد حفظه الله، والشهر
القادم سيصلي في هذا المسجد وهو مسجد المدينة
المنورة. ويوجد في هذه المنطقة أكثر من ٦٥ كنيسة
كل ما نرجوه أن يثقل ميزان الحسنات من عند الله
سبحانه وتعالى لكل المساهمين للنداء بصوت الحق
أنا بكم الله وسدد خطاكم

أخوكم
7/21/98
عمر بن أحمد البيومي



**GLOBAL LINK LANGUAGE SERVICES, INC**

71 Commercial Street, #218
Boston, MA 02109
(617) 451-6655 Telephone
(617) 451-6644 Facsimile
www.languagetranslate.com
info@languagetranslate.com

**CERTIFICATION**

**Date: December 13, 2023**

We hereby certify and confirm that the below mentioned documents are a true and accurate **English translation** of the **Arabic files** presented to us, and has been translated to the best of our professional ability.

**MPS 43 220**

Sincerely,

*Anthony Federico*

Anthony Federico

Global Link Language Services, Inc.