**EXHIBIT B**
**NON-U.S. NATIONAL FUNCTIONAL EQUIVALENT**

| # | Personal Representative ||||| Claimant |||||| 9/11 Decedent |||||||| Claim Information ||| Solatium Damages |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | | First | Middle | Last | Suffix | Nationality on 9/11 | | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble |
| 1 | | | | | Erica | | Zimmerman-Basnicki | | Canada | | Kenneth | William | Basnicki | | Canada | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 717, at 2 | | Child | | | $ 8,500,000.00 | $ 25,500,000.00 |
| 2 | | | | | Solomon | | Gayle | | Jamaica | | Seilai | | Khoo | | Malaysia | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 400 | | Spouse | | | $ 12,500,000.00 | $ 37,500,000.00 |