# EXHIBIT D

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) <br><br> ECF CASE |

*This document relates to:*

*Burnett, et al, v. The Islamic Republic of Iran, et al.*: No. 15-cv-9903 (GBD)(SN)

**DECLARATION OF ERICA ZIMMERMAN**

I, ERICA ZIMMERMAN, hereby declare under penalty of perjury as follows: 1.  I am a 44-year-old Canadian citizen currently residing in Gloucestershire, United Kingdom.

2.  I am the stepdaughter of Kenneth Willam Basnicki, a Canadian citizen who was killed in the September 11, 2001, terrorist attack on the World Trade Center in New York. Kenneth was the Financial Marketing Director for BEA Systems and was meeting with co-workers on the 106th floor of the North Tower when the first highjacked jetliner was crashed into the twin towers.

3.  At the time of his death on September 11, 2001, I was 21 years old.

4.   I was approximately 2 years old when I was first introduced to Kenneth by my mother. The three of us, along with my younger brother, began living together as a family when I was approximately 4 years old and Kenneth and my mother were married to each other.

5.  Since the time my mother and Kenneth married, Kenneth was my father in every sense of the word. He sheltered me, fed me, clothed me and provided for me in every way a parent provides for their children. He provided emotional, moral and spiritual guidance to me until the day he died.

6.  Kenneth declared me as a dependent on his annual income tax returns throughout my

1

childhood, adolescent and teenage years.

7. The September 11th Victim Compensation Fund award made to my mother as the Personal Representative of Kenneth's estate included an amount in recognition of my status as a dependent of Kenneth at the time of his death on 9/11.

8. Kenneth identified me as one of his children in his Last Will and Testament and provided a legacy to all his children equally.

9. Kenneth expressed his desire to adopt me when he and my mother were married, but the matrimonial laws of Canada at the time required my biological father to permit the adoption which my biological father refused to do.

10. My biological father spent very little time with me as I was growing up and made no meaningful contribution to my upbringing.

11. My mother did not receive any financial support from my biological father after they were divorced. My biological father did not contribute any financial support directly to me as I was growing up.

12. Kenneth W. Basnicki was my father in every sense of the term from the time I was approximately 4 years old. He continued to be so after I moved out of our family home to attend college up until the day he was killed on September 11, 2001.

13. To this day, I am guided by the love, kindness, understanding and family values shown me by Kenneth, and I am the woman I am today because Kenneth was my father. I declare under penalty of perjury the foregoing is true and correct.

Date: _19 June 2024_

*Erica Zimmerman*
Erica Zimmerman-Basnicki

2