# EXHIBIT B

| | Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | | Claim Information | | | Solatium Damages | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble | Notes |
| 1 | | | | | Katherine | | Collier | | UK | Stephen | Phillip | Morris | | UK | 9/11/2001 | NY | 19cv11776 | 19cv11776, 5 at 6-7; MDL ECF No. 8135 at 3-4; 8142 (granting 8135) | 8141 at 3 | Sibling | N/A | N/A | $4,250,000.00 | N/A | |
| 2 | | | | | Andrew | | Morris | | UK | Stephen | Phillip | Morris | | UK | 9/11/2001 | NY | 19cv11776 | 19cv11776, 5 at 6-7; MDL ECF No. 8135 at 3-4; 8142 (granting 8135) | 8141 at 3 | Sibling | N/A | N/A | $4,250,000.00 | N/A | |
| 3 | Katherine; Andrew | | Collier; Morris | | Phillip | L. | Morris | | UK | Stephen | Phillip | Morris | | UK | 9/11/2001 | NY | 19cv11776 | 19cv11776, 5 at 6-7; MDL ECF No. 8135 at 3-4; 8142 (granting 8135) | 8141 at 3 | Parent (Deceased) | N/A | N/A | $8,500,000.00 | N/A | |