# EXHIBIT C

Ex. C

| | Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | | Economic Damages | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble | Notes |
| 1 | BNY | | Mellon | | Ivhan | | Bautista | | Peru | 9/11/2001 | NY | 19cv11767 | 19cv11767, 5 at 1 | | N/A | $2,000,000.00 | N/A | N/A | N/A | N/A | N/A | N/A | |
| 2 | Christine | | Brozon | | Luigi | | Calvi | | Italy | 9/11/2001 | NY | 20cv09376 | 20cv09376, 1 at 2 | | N/A | N/A | N/A | See Exhibit C-3 to Declaration of Jerry S. Goldman, Esq. at page 1. | 8/1/22 | N/A | $5,847,348.00 | N/A | |
| 3 | Tanya | | Dale | | Titus | | Davidson | | Jamaica | 9/11/2001 | NY | 18cv11837 | 18cv11837, 1 at 6 | 18cv05320, 60 at 7; 03MD1570, 4474 at 7 (dismissing estate claim in Aeyeman v. Islamic Republic of Iran) | N/A | $2,000,000.00 | N/A | See Exhibit C-3 to Declaration of Jerry S. Goldman, Esq. at page 23. | 1/1/20 | N/A | $151,917.00 | N/A | |