UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

In re:                                                              03-MDL-1570 (GBD)(SN)

    **TERRORIST ATTACKS ON**                                **IRAN NOTICE OF**
    **SEPTEMBER 11, 2001**                                   **AMENDMENT**

------------------------------------X

This document relates to:

*Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran*, No. 1:18-cv-11837 (GBD) (SN)

      Plaintiffs file this Notice of Amendment with respect to the underlying Complaint in the above-referenced matter, ECF No. 1, as permitted and approved by the Court's Order of October 28, 2019, MDL ECF No. 5234. Upon the filing of this Notice of Amendment, the underlying Complaint is deemed amended to add the individual(s) listed below (the "New Plaintiff(s)") as plaintiff(s) raising claims against the Islamic Republic of Iran. The underlying Complaint is deemed amended to include the allegations, as indicated below, of (a) the <u>Federal Insurance</u> and <u>Ashton</u> Plaintiffs' Amended Consolidated Complaint Against Defendant, the Islamic Republic of Iran, MDL ECF No. 3237, or (b) the Amended Complaint, <u>Burnett v. Islamic Republic of Iran</u>, No. 15-CV-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53. The amendment effected through this Notice of Amendment supplements by incorporation into, but does not displace, the underlying Complaint. This Notice of Amendment relates solely to the Islamic Republic of Iran and does not apply to any other defendant.

      Upon filing this Iran Notice of Amendment, each New Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as

docs-100704586.1

specified below; all causes of action contained within that complaint; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

Additionally, each New Plaintiff incorporates the factual allegations and findings contained in those pleadings and orders filed at <u>Havlish v. Bin Laden</u>, No. 1:03-CV-9848 (GBD)(SN) (S.D.N.Y.), ECF Nos. 263, 294, 295; <u>In re Terrorist Attacks on September 11, 2001</u>, 03-MDL-1570 (GBD)(SN) (S.D.N.Y.), MDL ECF Nos. 2430, 2431, 2432, 2433, 2473, 2515, 2516; and evidence submitted at the proceedings before the Honorable George B. Daniels on December 15, 2011 (MDL ECF No. 2540).

## CAUSES OF ACTION

Each New Plaintiff hereby adopts and incorporates herein by reference all factual allegations, jurisdictional allegations, and jury trial demand, including all causes of action against Iran, as set forth in the following complaint [**check <u>only one</u> complaint**]:

- ☐ <u>Federal Insurance</u> and <u>Ashton</u> Plaintiffs' Amended Consolidated Complaint Against Defendant, the Islamic Republic of Iran, MDL ECF No. 3237

- ☒ Amended Complaint, <u>Burnett v. Islamic Republic of Iran</u>, No. 15-CV-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53

2

# IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2001. For each New Plaintiff, the following chart lists the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, and the paragraph(s) of the underlying Complaint discussing the decedent and/or the decedent's estate.

|    | New Plaintiff's Name | New Plaintiff's State of Residency at Filing (or death) | New Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|----|---|---|---|---|---|---|
| 1. | Delores Akinshara a/k/a Monica Akinshara | ON | Canada | Titus Davidson | Sibling | ECF No. 1, p. 6 and ¶ 5, App. ¶ 82 |
| 2. | Janet Davidson | ON | Canada | Titus Davidson | Sibling | ECF No. 1, p. 6 and ¶ 5, App. ¶ 82 |
| 3. | Merna Davidson | ON | Canada | Titus Davidson | Sibling | ECF No. 1, p. 6 and ¶ 5, App. ¶ 82 |
| 4. | Michelle Davidson | ON | Canada | Titus Davidson | Sibling | ECF No. 1, p. 6 and ¶ 5, App. ¶ 82 |
| 5. | Phillip Davidson | Clarendon | Jamaica | Titus Davidson | Sibling | ECF No. 1, p. 6 and ¶ 5, App. ¶ 82 |
| 6. | Rose Davidson | ON | Canada | Titus Davidson | Sibling | ECF No. 1, p. 6 and ¶ 5, App. ¶ 82 |
| 7. | Sam Davidson | ON | Canada | Titus Davidson | Sibling | ECF No. 1, p. 6 and ¶ 5, App. ¶ 82 |

docs-100704586.1

| | | | | | | |
|---|---|---|---|---|---|---|
| 8. | Shirley White | ON | Canada | Titus Davidson | Sibling | ECF No. 1, p. 6 and ¶ 5, App. ¶ 82 |
| 9. | Trevor Davidson | ON | Canada | Titus Davidson | Sibling | ECF No. 1, p. 6 and ¶ 5, App. ¶ 82 |

Dated: June 20, 2024

Respectfully submitted,

/s/ *Jerry S. Goldman*
Jerry S. Goldman, Esq.
Bruce E. Strong, Esq.
Alexander Greene, Esq.
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 278-1000
Fax: (212) 278-1733
Email: jgoldman@andersonkill.com
          bstrong@andersonkill.com
          agreene@andersonkill.com

*Attorneys for Plaintiffs*

4

docs-100704586.1