UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON            Civil Action No.
SEPTEMBER 11, 2001                    03 MDL 1570

----------------------------------------------------------x

This document relates to:
   *Burnett, et al. vs. Islamic Republic of Iran, et al.*, Case No. 15-CV-9903 (GBD)(SN)

## MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Federal Rule of Civil Procedure 15(d), Plaintiffs herein move the Court to allow substitution of the parties identified in Exhibit A in the above-referenced actions. The individuals being substituted into the case are the Personal Representatives of individuals killed as a result of the terrorist attacks on September 11, 2001.

Exhibit A identifies the individual to be substituted in the pleading, including the capacity in which they seek to be substituted, state of residency at the time of this substitution, the existing pleadings that refer to the plaintiff, and the decedent of which the plaintiff is the Personal Representative.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties will be individually entered as Plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office and based on the size of this MDL.

Dated:   June 20, 2024                Respectfully submitted,

                                      MOTLEY RICE LLC

                                      */s/* John M. Eubanks
                                      John M. Eubanks, Esq.
                                      Mount Pleasant, SC 29464
                                      Telephone: (843) 216-9000
                                      Facsimile: (843) 216-9450
                                      jeubanks@motleyrice.com

                                      Counsel for Plaintiffs

## EXHIBIT A to Motion to Substitute Parties

| | Previous Personal Representative: | Case Information: | Substituted Personal Representative: | State of Residency of Personal Representative at Filing: | Decedent's Name: |
|---|---|---|---|---|---|
| 1. | EDWARD S. ANDREWS, as Personal Representative of the Estate of Michael Rourke Andrews, Deceased and on behalf of all beneficiaries of Michael Rourke Andrews | 15-cv-9903, ECF No. 53 at 2898 | MARY ELIZABETH ANDREWS, as Personal Representative of the Estate of Michael Rourke Andrews, Deceased and on behalf of all beneficiaries of Michael Rourke Andrews | NY | Michael Rourke Andrews |
| 2. | PARENT DOE AP925 in their own right as Surviving Parent and Personal Representative of the Estate of DOE AP925, Deceased and on behalf of all beneficiaries of DOE AP925, Deceased | 15-cv-9903, ECF No. 53 at 3483 | ALICE GARY in their own right as Surviving Parent and Personal Representative of the Estate of Bruce Henry Gary, Deceased and on behalf of all beneficiaries of Bruce Henry Gary | NY | Bruce Henry Gary |
| 3. | ALICE GARY, as Personal Representative of the Estate of Bruce Henry Gary, Deceased, and on behalf of all beneficiaries of Bruce Henry Gary | 15-cv-9903, ECF No. 53 at 3483; current motion | JESSICA KOSTARIS[1], as Personal Representative of the Estate of Bruce Henry Gary, Deceased, and on behalf of all beneficiaries of Bruce Henry Gary | NY | Bruce Henry Gary |

---

[1] Plaintiffs also seek to substitute Jessica Kostaris, as the Child of Bruce Henry Gary, in the place of CHILD DOE AP925, as the Child of DOE AP925. *See* 15-cv-9903 at 3484.

| | | | | | |
|---|---|---|---|---|---|
| 4. | PARENT DOE AP275 in their own right as Surviving Parent and as Co-Personal Representative of the Estate of DOE AP275, Deceased, and on behalf of all beneficiaries of DOE AP275, Deceased | 15-cv-9903, ECF No. 53 at 3570 | JOY BENNETT in their own right as Surviving Parent and as Co-Personal Representative of the Estate of Oliver Duncan Bennett, Deceased, and on behalf of all beneficiaries of Oliver Duncan Bennett | United Kingdom | Oliver Duncan Bennett |
| 5. | PARENT DOE AP276 in their own right as Surviving Parent and as Co-Personal Representative of the Estate of DOE AP276, Deceased, and on behalf of all beneficiaries of DOE AP276 | 15-cv-9903, ECF No. 53 at 3571 | ADRIAN BENNETT in their own right as Surviving Parent and as Co-Personal Representative of the Estate of Oliver Duncan Bennett, Deceased, and on behalf of all beneficiaries of Oliver Duncan Bennett | United Kingdom | Oliver Duncan Bennett |
| 6. | SPOUSE DOE AP181 in their own right as Surviving Spouse and as Personal Representative of the Estate of DOE AP181, Deceased and on behalf of all beneficiaries of DOE AP181, Deceased | 15-cv-9903, ECF No. 53 at 103 | ABIGAIL JANE CARTER in their own right as Surviving Spouse and Personal Representative of the Estate of Caleb Arron Dack, Deceased, and on behalf of all beneficiaries of Caleb Arron Dack | WA | Caleb Arron Dack |
| 7. | MARGARET H. OWEN as Personal Representative of the Estate of | 15-cv-9903, ECF No. 53 at 3552 | DAVID DE VERE as Personal Representative | United Kingdom | Melanie Louise De Vere |

|  |  |  | Melanie Louise De Vere, Deceased and on behalf of all beneficiaries of Melanie Louise De Vere | of the Estate of Melanie Louise De Vere, Deceased and on behalf of all beneficiaries of Melanie Louise De Vere |  |  |
|---|---|---|---|---|---|---|
| 8. | SPOUSE DOE AP184 in their own right as Surviving Spouse and Personal Representative of the Estate of DOE AP184, Deceased and on behalf of all beneficiaries of DOE AP184, Deceased | 15-cv-9903, ECF No. 53 at 1619 | RAYMOND D. DUGER in their own right as Surviving Spouse and Personal Representative of the Estate of Antoinette Duger, Deceased, and on behalf of all beneficiaries of Antoinette Duger | NJ | Antoinette Duger |
| 9. | DOE AP250 in their own right and as Personal Representative of the Estate of DOE AP250, Deceased and on behalf of all beneficiaries of DOE AP250, Deceased | 15-cv-9903, ECF No. 53 at 3573 | ELLEN RUTH JUDD in their own right as Domestic Partner and Personal Representative of the Estate of Christine Egan, Deceased, and on behalf of all beneficiaries of Christine Egan | Canada | Christine Egan |
| 10. | PARENT DOE AP279 in their own right as Surviving Parent and Co-Personal Representative of the Estate of DOE AP279, Deceased and on behalf of all beneficiaries of DOE AP279, Deceased | 15-cv-9903, ECF No. 53 at 3250 | GLYN JOHN in their own right as Surviving Parent and Co-Personal Representative of the Estate of Nicholas John, Deceased, and on behalf of all beneficiaries of Nicholas John | United Kingdom | Nicholas John |

| | | | | | |
|---|---|---|---|---|---|
| 11. | SIBLING DOE AP273 in their own right as Surviving Sibling and Co-Personal Representative of the Estate of DOE AP273, Deceased and on behalf of all beneficiaries of DOE AP273, Deceased | 15-cv-9903, ECF No. 53 at 3251 | TIMOTHY JOHN in their own right as Surviving Sibling and Co-Personal Representative of the Estate of Nicholas John, Deceased, and on behalf of all beneficiaries of Nicholas John | United Kingdom | Nicholas John |
| 12. | PARENT DOE AP291 in their own right as Surviving Parent and Co-Personal Representative of the Estate of DOE AP291, Deceased and on behalf of all beneficiaries of DOE AP291, Deceased | 15-cv-9903, ECF No. 3593 | ANGELA E. ROGERS in their own right as Surviving Parent and Co-Personal Representative of the Estate of Karlie Barbara Rogers, Deceased, and on behalf of all beneficiaries of Karlie Barbara Rogers | Northern Ireland | Karlie Barbara Rogers |
| 13. | PARENT DOE AP288 in their own right as Surviving Parent and Co-Personal Representative of the Estate of DOE AP288, Deceased and on behalf of all beneficiaries of DOE AP288, Deceased | 15-cv-9903, ECF No. 53 at 3596 | KEITH JOHN ROGERS in their own right as Surviving Parent and Co-Personal Representative of the Estate of Karlie Barbara Rogers, Deceased, and on behalf of all beneficiaries of Karlie Barbara Rogers | United Kingdom | Karlie Barbara Rogers |
| 14. | PARENT DOE AP282 in their own right as Surviving Parent and Personal Representative of the Estate of DOE | 15-cv-9903, ECF No. 53 at 3328 | DEREK EDWARD BRISTOW in their own right as Surviving Parent and | United Kingdom | Paul Gary Bristow |

| | | | | |
|---|---|---|---|---|
| AP282, Deceased and on behalf of all beneficiaries of DOE AP282, Deceased | | Personal Representative of the Estate of Paul Gary Bristow, Deceased, and on behalf of all beneficiaries of Paul Gary Bristow | | |