### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON                    **Civil Action No.**
SEPTEMBER 11, 2001                            **03 MDL 1570**


----------------------------------------------------------x

This document relates to:
    *Burnett, et al. vs. Islamic Republic of Iran, et al.*, Case No. 15-CV-9903 (GBD)(SN)

### SUGGESTION OF DEATH MOTION TO SUBSTITUTE PARTIES
### PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Federal Rule of Civil Procedure 15(d), Plaintiffs herein move the Court to allow substitution of the parties as identified in Exhibit A in the above-referenced actions. The individuals being substituted into the case are the Personal Representatives of family members of individuals killed as a result of the terrorist attacks on September 11, 2001, who have passed away since their claims were initially filed in this litigation.

Exhibit A identifies the individual to be substituted in the pleading, including the capacity in which they seek to be substituted, state of residency at the time of this substitution, the existing pleadings that refer to the plaintiff, and the decedent for whom the substituted plaintiff is the Personal Representative.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties will be individually entered as Plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office and based on the size of this MDL.

Dated:   June 20, 2024                         Respectfully submitted,

                                               MOTLEY RICE LLC

                                               */s/* John M. Eubanks
                                               John M. Eubanks, Esq.
                                               Mount Pleasant, SC 29464
                                               Telephone: (843) 216-9000
                                               Facsimile: (843) 216-9450
                                               jeubanks@motleyrice.com

                                               Counsel for Plaintiffs

**EXHIBIT A to Motion to Substitute Parties**

| | Prior Identification of Plaintiff: | Case Information: | Substituted Personal Representative: | State of Residency of Personal Representative at Filing: | 9/11 Decedent's Name: |
|---|---|---|---|---|---|
| 1. | JAMES T. DONOVAN in their own right as the Surviving Parent of Jacqueline Donovan, Deceased | 15-cv-9903, ECF No. 53 at 2488 | PATRICE KELLEHER, as Personal Representative of the Estate of James T. Donovan as the Surviving Parent of Jacqueline Donovan, Deceased | NY | Jacqueline Donovan |
| 2. | PATRICIA FLANDERS in their own right as the Sibling of Vincent D. Kane, Jr., Deceased | 15-cv-9903, ECF No. 53 at 1315 | EDWARD FLANDERS, as Personal Representative of the Estate of Patricia Flanders as the Surviving Sibling of Vincent D. Kane, Jr., Deceased | NY | Vincent D. Kane, Jr. |
| 3. | THOMAS CULLINAN in their own right as the Surviving Spouse of Joan McConnell Cullinan, Deceased | 15-cv-9903, ECF No. 53 at 3172 | JANIS BIERMAN and JOHN CULLINAN, as Co-Personal Representatives of the Estate of Thomas Cullinan as the Surviving Spouse of Joan McConnell Cullinan, Deceased | NY/NY | Joan McConnell Cullinan |

| 4. | EDWARD S. ANDREWS in their own right as the Surviving Parent of Michael Rourke Andrews, Deceased | 15-cv-9903, ECF No. 53 at 2898 | MARY E. ANDREWS, as Personal Representative of the Estate of Edward S. Andrews as the Surviving Parent of Michael Rourke Andrews, Deceased | NY | Michael Rourke Andrews |
|---|---|---|---|---|---|
| 5. | FRANCES RUTH SELWYN in their own right as Surviving Spouse of Howard Selwyn, Deceased | 15-cv-9903, ECF No. 53 at 3488 | JAMES M. SELWYN, as Personal Representative of the Estate of Frances Ruth Selwyn as the Surviving Spouse of Howard Selwyn, Deceased | NY | Howard Selwyn |
| 6. | AVRAM ROSENTHAL in their own right as Surviving Parent of Joshua Alan Rosenthal, Deceased | 15-cv-9903, ECF No. 53 at 2650 | HELEN K. ROSENTHAL, as Personal Representative of the Estate of Avram Rosenthal as the Surviving Parent of Joshua Alan Rosenthal, Deceased | NY | Joshua Alan Rosenthal |