# EXHIBIT A

## DEFAULT JUGDMENT MOTION COVER SHEET

**MDL MOVING PAPERS**

    Motion: ECF No. _____

    Memorandum of law: ECF No. _____   **Ex. C to 9963**

    Declaration & supporting exhibits: ECF No. _____

**PLAINTIFFS**
Please describe each set of plaintiffs requesting judgments in this motion.

| Exhibit | Description of Plaintiffs | Cause(s) of Action |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**DEFENDANTS**
Please list all defendants the plaintiffs are moving against:

_____

_____

**COMPLIANCE**

    As stated in ECF No. _____ at ¶ \_\_\_\_ **3-12**, counsel followed the quality control measures outlined in ECF No. 3433 and adopted in ECF No. 3435.

    As stated in ECF No. _____ at ¶ \_\_\_\_ **8-12**, these plaintiffs have not previously received judgments against these defendants.

    Excel versions of any tables attached to the proposed order were emailed to Netburn_NYSDChambers@nysd.uscourts.gov on \_\_\_\_ / \_\_\_\_ / _____ .

**SUBJECT MATTER JURISDICTION**    **see page 2 (Liability Judgment)**

    The Court previously addressed subject matter jurisdiction over these claims in ECF No. _____

    The Court has not previously addressed subject matter jurisdiction over these claims.

**PERSONAL JURISDICTION**    **see page 2 (Liability Judgment)**

    The Court previously addressed personal jurisdiction over these defendants in ECF No. _____

    The Court has not addressed personal jurisdiction over these defendants.

**FACTUAL & LEGAL QUESTIONS**

    ☐ new functional equivalence findings; ☐ new personal injury assessments; or ☐ resolution of a new issue: _____

    ☒ this motion does not raise novel factual or legal issues.

**RELEVANT FILINGS**
For each member case, list docket entries for the corresponding filings. Duplicate this page if additional space is needed.

| Member Case & Operative Complaint | Notices of Amendment & Substitutions  *list entries relevant to moving plaintiffs* | Alternative Service Order  *complete if applicable* | Affidavit of Service | Certificate of Default | Liability Judgment  *leave blank if requesting liability judgment* |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |