**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | Civil Action No.<br>03 MDL 1570 |

-----------------------------------------------------------x

This document relates to:
  *Burnett, et al. v. Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN)

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of parties arising from the death of certain plaintiffs; it is hereby

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above-captioned cases.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 9965 in 03-MDL-1570 (GBD)(SN) and ECF No. 752 in 15-cv-9903 (GBD)(SN).

**SO ORDERED.**

_____

June ___, 2024                                    SARAH NETBURN
New York, New York                         United States Magistrate Judge