# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

*Via ECF*                                                                           June 20, 2024

The Honorable George B. Daniels              The Honorable Sarah Netburn
Daniel Patrick Moynihan U.S. Courthouse      Thurgood Marshall United States Courthouse
500 Pearl Street, Room 1310                  40 Foley Square, Room 430
New York, NY 10007                           New York, NY 10007

> Re:   *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570
> (GBD) (SN); *Audrey Ades, et al. v. Islamic Republic of Iran*, No.
> 1:18-cv-07306 (GBD) (SN) – Regarding ECF No. 9959

Dear Judge Daniels and Magistrate Judge Netburn:

Today, undersigned counsel filed a renewed judgment motion for the Estate of Tamara Thurman, for an economic damages "assuming the Court grants th[e] motion to substitute" at ECF No. 9937. *See* ECF No. 9959. While the undersigned was in the process of filing the motion for economic damages at ECF No. 9959, the Court granted the motion to substitute. *See* 18-cv-07306, ECF No. 223. Accordingly, the motion to substitute is no longer pending, and the Court can proceed with adjudicating the motion for economic damages at ECF No. 9959.

I thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Jerry S. Goldman*
Jerry S. Goldman, Esq.

*Attorney for the Plaintiffs*

cc:    All MDL Counsel of Record (via ECF)

New York, NY ■ Newark, NJ ■ Philadelphia, PA ■ Washington, DC ■ Stamford, CT ■ Los Angeles, CA ■ Denver, CO ■ Boston, MA
docs-100704744.1