## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013) <br> Jodi Westbrook Flowers, *Co-Chair* <br> Donald A. Migliori, *Co-Chair* <br> Robert T. Haefele, *Liaison Counsel* <br> MOTLEY RICE LLC | Stephen A. Cozen, *Co-Chair* <br> Sean Carter, *Co-Chair* <br> J. Scott Tarbutton, *Liaison Counsel* <br> COZEN O'CONNOR |

**VIA ECF**

June 20, 2024

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

Re:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

As set forth in their June 7, 2024 letter to Hon. Judge Daniels, ECF No. 9885 at 3-4, the Plaintiffs' Executive Committees and counsel for the *Ashton* Plaintiffs ("Plaintiffs") are continuing to file publicly (with redactions where appropriate) the judicial documents as to which the meet-and-confer process with all parties has been completed.  Plaintiffs are today filing an updated version of their "Schedule of Judicial Documents cleared for Public Filing," originally filed at ECF No. 9885-1, which includes minor corrections to the production numbers of two listed exhibits,[1] as well as four further documents[2] identified as cleared for public filing.

Plaintiffs are today filing on the public docket the following twenty (20) judicial documents:

| Pls. Exhibit No. | Bates / Production No. |
|---|---|
| Pls. Ex. 396 | MPS43_335 |
| Pls. Ex. 398 | MPS43_346 |
| Pls. Ex. 399 | MPS681_2 |
| Pls. Ex. 403 | MPS43_376-79 |
| Pls. Ex. 404 | MPS43_382 |
| Pls. Ex. 408 | MPS43_387 |
| Pls. Ex. 409 | MPS43_221-24 |
| Pls. Ex. 410 | MPS43_225-28 |
| Pls. Ex. 411 | MPS43_314 |
| Pls. Ex. 412 | MPS43_337 |
| Pls. Ex. 413 | MPS43_338 |

---

[1] The entry for exhibit "Pls. Ex. 313" (which previously showed the production number MPS118_23) has been corrected to show the production number "MPS731_1-12", and the entry for "Pls. Ex. 678C" (which previously showed the production number MPS43_139) has been corrected to show the production number "MPS43_138-39".

[2] The exhibits "Pls. Ex. 704", "Pls. Ex. 705", "Pls. Ex. 706" and "Pls. Ex. 709" have been added to the "Schedule of Judicial Documents cleared for Public Filing" (as updated June 20, 2024).

| Pls. Ex. 414  | MPS43_347           |
| Pls. Ex. 417  | MPS43_202           |
| Pls. Ex. 418  | MPS95_114-16        |
| Pls. Ex. 448  | MPS727_176          |
| Pls. Ex. 678A | MPS 43_72           |
| Pls. Ex. 678B | MPS 43_128-29       |
| Pls. Ex. 678D | MPS 43_336          |
| Pls. Ex. 678F | MPS 43_400-02       |
| Pls. Ex. 704  | Ex. 10F, MPS703 excerpts |

The above-listed exhibits are all being filed publicly in unredacted form. Plaintiffs continue to reserve their rights to challenge all Plaintiffs' provisional redactions ("ppr") that have been implemented in Plaintiffs' other publicly filed judicial documents. ECF No. 9885.

Respectfully submitted,

MOTLEY RICE LLC

By: /s/ Robert T. Haefele
ROBERT T. HAEFELE
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
Tel.: (843) 216-9184
Email: rhaefele@motleyrice.com

*For the Plaintiffs' Executive Committee for Personal Injury and Death Claims on behalf of the Plaintiffs*

COZEN O'CONNOR

By: /s/ Sean P. Carter
SEAN P. CARTER
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Tel.: (215) 665-2105
Email: scarter1@cozen.com

*For the Plaintiffs' Executive Committee for Commercial Claims on behalf of Plaintiffs*

KREINDLER & KREINDLER LLP

By: /s/ James Gavin Simpson
JAMES GAVIN SIMPSON
485 Lexington Avenue
New York, New York 10017
Tel.: 212-687-8181
Email: gsimpson@kreindler.com

*Attorneys for Ashton Plaintiffs*

cc: The Honorable George B. Daniels, via ECF
    All Counsel of Record via ECF