# Exhibit 396

## MASJID AL MADINAH AL MUNAWARA

To Whom It May Concern

We hereby inform you that Masjid Al-Madinah Al-Munawarah in the city of El Cajon, San Diego County, California, United States of America, is in urgent need of a propagator to lead people in the prayers of *Taraweeh* [Ramadan night prayers] and *Qiyam* [Ramadan late night prayers], and who would give some lessons during the Holy Month of Ramadan. Since brother Awad Al-Harbi was here in town two months ago, and he is aware of the lessons and preaching needs of the community, we hope that you would kindly assist by sending him during the Holy Month of Ramadan. I ask Allah to preserve you and take care of you,,,,,

Your Brother

[Signed]

11, 15, 98

Omar Bin Ahmad Al-Bayoumi

The General Supervisor

511 South Magnolia Ave., El Cajon, CA 92020. Tel: (619) 579-3142. Fax: (619) 401-2697

## MASJID AL MADINAH AL MUNAWARA

الى من يهمه الأمر

نخبركم أن مسجد المدينة المنورة بمدينة الكهون التابعة لمقاطعة سان دييغو – كاليفورنيا بالولايات المتحدة بحاجة ماسة الى داعية يؤم الناس في صلاة التراويح والقيام ويعطي بعض الدروس خلال شهر رمضان المبارك ، وحيث أن الأخ عوض الحربـــي كان متواجدا قبل شهرين هنا في هذه المدينة ولديه الماـم بما يحتاجه هذا المجتمــــع مــن دروس ومواعظ . نأمل التكرم بالمساهمة في ارساله خلال شهر رمضان المبارك . والله أسأل أن يحفظم ويرعاكم ،،،،

أخوكم



عمر بن احمد البيومي ١١/١٥/٩٨

المشرف العام

511 South Magnolia Ave., El Cajon, CA 92020. Tel: (619) 579-3142. Fax: (619) 401-2697





**GLOBAL LINK LANGUAGE SERVICES, INC**
71 Commercial Street, #218
Boston, MA 02109
(617) 451-6655 Telephone
(617) 451-6644 Facsimile
www.languagetranslate.com
info@languagetranslate.com

**CERTIFICATION**

**Date: December 13, 2023**

We hereby certify and confirm that the below mentioned documents are a true and accurate **English translation** of the **Arabic files** presented to us, and has been translated to the best of our professional ability.

**MPS 43 335**

Sincerely,

*Anthony Federico*

Anthony Federico

Global Link Language Services, Inc.