# Exhibit 398

# MASJID AL MADINAH AL MUNAWARAH

My Honorable Brother Saad Al-Jabreen            May Allah preserve him

Islamic Affairs / Consulate of the Custodian of the Two Holy Shrines

Peace, mercy, and blessings of Allah be upon you:

    I am pleased to congratulate you on the blessed *Eid Al-Fitr*, may you be well for every year to come.  Also, I would like to praise your good efforts in providing us with some copies of the Qur'an, which were immediately distributed to some of the mosques here.  Also, I can only extend my hand of supplication to Allah to grant you success in what He is pleased with and approves of.  May Allah preserve you and look after you ,,,,,,

Your brother,

[*Signed*]

1 , 26 , 1999

Omar bin Ahmad Al-Bayoumi

The General Supervisor

511 South Magnolia Ave., El Cajon, CA  92020.  Tel: (619) 579-3142.  Fax: (619) 401-2697

## MASJID AL MADINAH AL MUNAWARAH

أخي الفاضل / سعد الجبرين          حفظه الله

الشئون الاسلامية / قنصلية خادم الحرمين الشريفين

السلام عليكم ورحمة الله وبركاته :

يسرني تهنئتكم بعيد الفطر المبارك وكل عام وأنتم بخير . أيضا يطيب لي أن أشكر جهودكم الطيبة في تزويدنا ببعض المصاحف والتي تم توزيعها في الحال على بعض المساجد هنا . كما لايسعني الا أن أمد يد الضراعة الى الله أن يوفقكم لما يحب ويرضى والله يحفظكم ويرعاكم ،،،،،،

أخوكم

1/26/99

عمر بن أحمد البيومي

المشرف العام
511 South Magnolia Ave., El Cajon, CA 92020. Tel: (619) 579-3142. Fax: (619) 401-2697

MPS43_346



# TRANSLATION CERTIFICATION STATEMENT

**Project: 20231211I2E**

**Language**: Arabic > English

**Document title**: MPS43_346 (english)

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 17 years of experience, certified

**Signed**: *Farah Alshekhli*    **Date**: 12/13/2023