# Exhibit 399



**Isl.....ic Education Foundation**
Mushrafah Dist Al- Amir Majid St.
P.O. Box No. 15798 JEDDAH 21454
TEL. 6731754 - 6730431 FAX. 6731147

The Honorable Respectable Brother / Omar Al-Bayoumi          May Allah keep him safe

Peace, mercy, and blessings of Allah be upon you

I ask Allah to bless your efforts and increase His grace and benevolence upon you

My brother in Allah:- I bring you glad tidings that we arrived back to the homeland, with Allah's protection and safety, on Sunday 29 / 2 / 1420 AH [6/13/1999 AD]. We wish to express our thankfulness and gratitude for the good reception and the hospitality that we received from you, and from all the brothers we met in San Diego. We can only ask Allah to increase your rewards and grant you success in serving Islam and the Muslims, and to bring you back to your families safe and sound.

May Allah guide us and guide you towards what He loves and is pleased with.

And may Allah reward you with the best of rewards.

Your Brothers in Allah

Dr. Ahmad Al-Abdulatif                 Hamoud Al-Shumaymari

[Signed]                                [Signed]

MPS681_2

Number: 5/4/H/3847   No.   Date: 30 /2 / 1420 AH [Jun 14, 1999]   Date   Attachments   Ref

بسم الله الرحمن الرحيم 

**Islamic Education Foundation**
Mushrafah Dist Al- Amir Majid St.
P.O.Box No. 15798 JEDDAH 21454
TEL. 6731754 - 6730431 FAX. 6731147

المكتب التعاوني لدعوة الجاليات
حي مشرفة - شارع الامير ماجد
ص.ب - ١٥٧٩٨ - جدة - ٢١٤٥٤
ت : ٦٧٣١٧٥٤ - ٦٧٣٠٤٣١ فاكس ٦٧٣١١٤٧

"تحت إشراف"
وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد

---

المكرم الأخ الفاضل / عمر البيومي      سلمه الله

السلام عليكم ورحمة الله وبركاته

أسأل الله أن يبارك في جهودكم ومن فضله وإحسانه يزيدكم

أخي في الله :- أبشركم بأنا وصلنا أرض الوطن بحفظ الله وسلامته يوم الأحد ١٤٢٠/٢/٢٩هـ الموافق ١٩٩٩/٦/١٣م و نود أن نعبر عن شكرنا وتقديرنا للحفاوة وحسن الاستقبال وكرم الضيافة التي لقيناها منكم ومن جميع الأخوة الذين قابلناهم في سان دياقو ولا يسعنا إلا أن ندعو الله لكم بأن يعظم لكم الأجر ويوفقكم في خدمة الإسلام والمسلمين وأن يعيدكم إلى أهليكم سالمين غانمين.

وفقنا الله وإياكم إلى ما يحب ويرضى

وجزاكم الله خير الجزاء

إخوانكم في الله

حمود الشمري                    د/ أحمد العبد اللطيف

الرقم ١٤٢٠/٢/٢٨    التاريخ ٢٠/٢/١٤٢٠هـ Date    No. ٥/٤/ح/    المرفقات

MPS681_2



**GLOBAL LINK LANGUAGE SERVICES, INC**
**YOUR LINK TO THE WORLD**
71 Commercial Street, #218
Boston, MA 02109
(617) 451-6655 Telephone
afederico@globallinkls.com

**CERTIFICATION**

**Date: December 15, 2023**

We hereby certify and confirm that the below mentioned documents are a true and accurate **English Translation of the Arabic document** presented to us and has been translated to the best of our professional ability.

**MPS 681 2**

Sincerely,

*Anthony Federico*

Anthony Federico

Global Link Language Services, Inc.