# Exhibit 403

Royal Embassy of Saudi Arabia
601 New Hampshire Avenue. N.W.
Washington, D.C. 20037

Received from the Royal Embassy of Saudi Arabia

The amount of (_____) U.S. Dollars

Via Check No. _____

Date: __/__/198

In Lieu of _____

Name of Recipient: *Ghazi M. Ahmed*
[Handwritten signature – English]
Signature: _____

REMARKS:

PLEASE SIGN AND RETURN BOTH COPIES TO

---

**Royal Embassy of Saudi Arabia**
**601 New Hampshire Avenue. N.W**
**Washington, DC, 20037**
**Islamic Affairs**

**RECEIPT**

Received from the Royal Embassy of Saudi Arabia

The amount of (5,000.00) U.S. Dollars

**Via Check no.** 159868

**Date** 11/15/198    198

**In Lieu of**: [Illegible]
Kurdish Community Islamic Center
Masjid Al Madinah Al Munawarah

**Name of recipient:** Ghazi Muhammad Ahmed
**Signature:** [Handwritten signature – Arabic]

**Remarks:**

**Please return the original receipt and a copy to the financial department**

MPS43_376

# Information Form

**NAME OF ENTITY:** The Islamic Center for the Kurdish Community

**TYPE OF ENTITY:**
- ☐ Association
- ☒ Center
- ☒ School
- ☒ Organization
- ☒ Mosque
- ☐ Other (Specify)

## Address

Number & Street: 511 South Magnolia Ave
City: El-Cajon
State: CA
Zip Code: 92020
Country: USA
Telephone: (619) 401-2692
Fax: (619) 401-2697

## Activities of the entity

1. Establishment of the five prayers + Friday prayer

2. Weekly religious lectures

3. Teaching Muslim children the teachings of the Islamic religion, reading and memorizing the Holy Qur'an, and lessons in the Islamic faith for young men and women.

4. Spread the Islamic religion in American society.

MPS43_377

Royal Embassy of Saudi Arabia
601 New Hampshire Avenue, N.W.
Washington, D.C. 20037

**Royal Embassy of Saudi Arabia**
**601 New Hampshire Avenue. N.W**
**Washington, DC, 20037**
**Islamic Affairs**

**RECEIPT**

Received from the Royal Embassy of Saudi Arabia

The amount of (_____) U.S. Dollars

Via Check No. _____

Date: ___ / ___ /198___

In Lieu of _____

Name of Recipient: Ghazi M. Ahmed

Signature: _____

REMARKS:

Received from the Royal Embassy of Saudi Arabia

A sum in the amount of ( 5,000.00 ) Dollars

**Via Check no.:** 3598468

**Date**: 25 / 11 / 1998  998 AD

**In Lieu of**: Assistance in furnishing a mosque
( Kurdish Community Islamic Center )
Masjid Al-Madinah Al-Munawarah

**Name of recipient:** Ghazi Muhammad Ahmed

**Signature:** [Handwritten signature – Arabic]

[Handwritten signature – English]

:REMARKS:

PLEASE SIGN AND RETURN BOTH COPIES TO
THE ABOVE ADDRESS "ATTN: ACCOUNTS"

**Please return the original receipt and a copy to the financial department at the Embassy, after signing to acknowledge receipt.**

MPS43_378

# ADMINISTRATIVE DATA

| | |
|---|---|
| **Establishment Date** | May 18, 1997 |
| **Activities Initiation Date** | June 28, 1997 |
| **Number of Branches** | One |
| **Number of Muslims in the Area** | Seven thousand people |
| **Name of Present Director** | Dr. Mahmoud Al-Doski |

## Board members

| Name | Position | Citizenship |
|---|---|---|
| Dr. Chalak Al-Barzanji | Secretary | Iraqi |
| Ghazi Ahmad | Finance Officer | Iraqi |
| Fattah Badari | Member | Iraqi |
| Hussein Al-Hilali | Member | American |
| Omar Al-Barzanji | Member | Iraqi |
| Taha Mohamed | Member | Iraqi |
| Ahmed Muhammad | Member | Iraqi |

**Signature:** [Signed]

**Date:** November 27, 1998

Please return this form to this address

ROYAL EMBASSY OF SAUDI ARABIA
ISLAMIC AFFAIRS DEPARTMENT
601 NEW HAMPSHIRE AVE, N.W.
WASHINGTON, D.C. 20037

MPS43_379

Royal Embassy of Saudi Arabia
601 New Hampshire Avenue, N.W.
Washington, D.C. 20037

سفارة المملكة العربية السعودية
٦٠١ نيو هامبشير آفنيو. ن. و
واشنطن العاصمة ٢٠٠٣٧

**RECEIPT**

إيصـــال استلام

Received from the Royal Embassy of Saudi Arabia

The amount of ( _____ ) U.S. Dollars

Via Check No. _____

Date: _____ /198

In Lieu of _____

Name of Recipient: Ghazi M. Ahmed
Signature: [signed]

استلمت من سفارة المملكة العربية السعودية
مبلغ وقدره ( ................ ) دولار
بموجب الشيك رقم ٣٨ ١٠٩٤
وتاريخ ١٥ / ١١ / ١٩٨م  ١٩٩٨م

لقاء ..........................
( المركز الإسلامي ........ الأردنية )
مدير الدعوة ..... ورو

اسم المستلم: غازي محمد أحمد
التوقيع: [signed]

REMARKS:                                                                 ملاحظات:

PLEASE SIGN AND RETURN BOTH COPIES TO
الرجاء إعادة أصل وصورة الإيصال للإدارة المالية

MPS43_376

# Information Form

NAME OF ORGANIZATION     اسم الجهة  المركز الاسلامي لمدينة الكاجون

TYPE OF ORGANIZATION     نوع الجهة

- ☐ Association    ☐ جمعية
- ☒ Center    ☒ مركز
- ☒ School    ☒ مدرسة
- ☐ Organization    ☐ مؤسسة
- ☒ Mosque    ☒ جامع
- ☐ Other (Specify) _____    ☐ اخرى (حدد) _____

## Address

511 South Magnolia Ave
NUMBER & STREET

El-Cajon     CA     92020     USA
CITY     STATE     ZIP CODE     COUNTRY

(619) 401-2692     (619) 401-2697
TELEPHONE     FAX

## Activities

ACTIVITIES     نشاطات الجهة

١- أقامة الصلوات الخمس مع صلاة الجمعة

٢- محاضرات دينية اسبوعية

٣- تعليم أطفال المسلمين تعاليم الدين الاسلامي وقراءة القرآن الكريم وحفظه ودروسا في التربية الاسلامية للشباب والشابات

٤- نشر الدين الاسلامي في المجتمع الامريكي

1         38

MPS43_377

Royal Embassy of Saudi Arabia
601 New Hampshire Avenue, N.W.
Washington, D.C. 20037

سفارة المملكة العربية السعودية
٦٠١ نيو هامبشير آفنيو، ن. و.
واشنطن العاصمة ٢٠٠٣٧
الشؤون الاسلامية

**إيصـال استلام**

Received from the Royal Embassy of Saudi Arabia
The amount of (_____) U.S. Dollars
Via Check No. _____
Date:    /    /198__

In Lieu of _____
_____

Name of Recipient: Ghazi M. Ahmed
Signature: [signature]

**RECEIPT**

استلمت من سفارة المملكة العربية السعودية
مبلغ وقدره (٠٠٠,٠٠٠,٥) دولار
بموجب الشيك رقم: ٦٨ ٣٥٩٨
وتاريخ: ٢٥ / ١١ / ١٩٩٨م

لقاء: مساعدة لفرش مسجد
( المركز الاسلامي للجالية الكردية )
مسجد المدينة المنورة

أسم المستلم: غازي حميد أحمد
التوقيع: [signature]

REMARKS: _____

ملاحظات: _____

PLEASE SIGN AND RETURN BOTH COPIES TO
THE ABOVE ADDRESS "ATTN: ACCOUNTS"

الرجاء إعادة أصل وصورة الايصال للإدارة المالية
بالسفارة بعد التوقيع عليه بالاستلام.

MPS43_378

## ADMINISTRATIVE DATA

| | |
|---|---|
| LISHMENT DATE | ١٩٩٧ / ٥ / ١٨  تاريخ التأسيس |
| TIES INITIATION DATE | ١٩٩٧ / ٦ / ٨  تاريخ بدء النشاط |
| ER OF BRANCHES | شيء واحد  عدد الفروع |
| ER OF MUSLIMS IN THE AREA | سبعة آلاف نسمة  عدد المسلمين في المنطقة |
| OF PRESENT DIRECTOR | د. محمود الدوسري  إسم المدير الحالي |

### BOARD MEMBERS — اعضاء مجلس الإدارة

| CITIZENSHIP الجنسية | TITLE الوظيفة | NAME الإسم |
|---|---|---|
| عراقي | سكرتير | د. خالد البزركان |
| عراقي | مسؤول المالية | نازار احمد |
| عراقي | عضو | فتاح برواري |
| أمريكي | عضو | حسين الهلالي |
| عراقي | عضو | عمر الدرزنجي |
| عراقي | عضو | طه محمد |
| عراقي | عضو | أحمد محب |

DATE التاريخ  ١٩٩٨/١١/٢٧

SIGNATURE    الترتيب

EASE RETURN THIS FORM TO THIS ADDRESS

ROYAL EMBASSY OF SAUDI ARABIA
ISLAMIC AFFAIRS DEPARTMENT
601 NEW HAMPSHIRE AVE, N.W.
WASHINGTON, D.C. 20037

الرجاء إعادة الإستمارة الى هذا العنوان

MPS43_379



# TRANSLATION CERTIFICATION STATEMENT

**Project: 20231211I2E**

**Language**: Arabic > English

**Document title**:  MPS43_376-379 (english)

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**:  Farah Alshekhli

**Qualifications**:  BA in Translation and Interpretation Studies, 17 years of experience, certified

**Signed**: *Farah Alshekhli*           **Date**: 12/19/2023