# Exhibit 404

*In the Name of Allah,*
*the Most Gracious,*
*the Most Merciful*

**No.**: 78
**Date**: 6/8/1419 AH
Corresponding to: 25/11/1998
**Attachment**s: A check + a receipt
and an Information Form

**Ministry of Foreign Affairs**
**Embassy of the Kingdom Of Saudi Arabia**
**in Washington**

ROYAL EMBASSY OF SAUDI ARABIA
WASHINGTON, D.C. 20037

Honorable brother Omar Bayoumi                 May Allah preserve him
Peace, mercy, and blessings of Allah be upon you ,,

    With reference to your letter requesting assistance in furnishing Masjid Al-Madinah Al-Munawarah – the Kurdish Community Islamic Center in the El Cajon area of San Diego.
    I am pleased to send you with this letter, the check numbered 500 3598468, dated 25/11/1998 AD in the amount of five thousand dollars.  I would like you to receive the amount, sign the attached receipt, fill out the attached form, and return it to the Embassy address.

Asking Allah Almighty to grant success to everyone,,

Your Brother
Dr. Majid bin Hassan Al-Ghesheyan
[Signed]
Acting Director of Islamic Affairs

بسم الله الرحمن الرحيم

وزارة الخارجية
سفارة المملكة العربية السعودية في واشنطن
ROYAL EMBASSY OF SAUDI ARABIA
WASHINGTON, D.C. 20037

الرقم : ٧٨
التاريخ : ٦ /٨ /١٤١٩هـ
الموافق : ٢٥ /١١ /١٩٩٨م
المرفقات : شيك + ايصال استلام واستمارة معلومات

المكرم الأخ عمر بيومي                           حفظه الله
السلام عليكم ورحمة الله وبركاته   وبعد ،،

فإشارة الى خطابكم المتضمن طلب المساعدة في فرش مسجد المدينة المنورة - المركز الإسلامي للجالية الكردية بمنطقة الكاهون بسان دياجو.

يسرني أن أبعث لكم مع هذا الخطاب الشيك ذا الرقم ٣٥٩٨٤٦٨ ٠٠.. والتاريخ ١٩٩٨/١١/٢٥م بمبلغ قدره خمسة آلاف دولار. آمل استلام المبلغ وتوقيع سند الإستلام المرافق وتعبئة الإستمارة المرفقة واعادتها الى عنوان السفارة .

سائلاً الله عز وجل للجميع التوفيق ،،

أخوكم

د./ ماجد بن حسن الغشيان
رئيس الشؤون الإسلامية بالنيابة



**GLOBAL LINK LANGUAGE SERVICES, INC**
71 Commercial Street, #218
Boston, MA 02109
(617) 451-6655 Telephone
www.globallinkls.com
info@globallinkls.com

**CERTIFICATION**

**Date: December 18, 2023**

We hereby certify and confirm that the below mentioned documents are a true and accurate **English translation** of the **Arabic file** presented to us and has been translated to the best of our professional ability.

**MPS43 382**

Sincerely,

*Anthony Federico*

Anthony Federico
Global Link Language Services, Inc.