# Exhibit 408

**MASJID AL MADINAH AL MUNAWARAH**

29 / 12 / 2000

*A copy with greetings to Brother Saad Al-Jabreen*

His Excellency The Consul of the Custodian of the Two Holy Shrines     May Allah preserve him.

Peace, mercy, and blessings of Allah be upon you:

I am pleased to congratulate you on the blessed days of *Eid al-Fitr*, may Allah repeat *Al-Khair* [the goodness] and the blessings upon you for years and years to come. Asking Allah the Ever Able to bless the efforts of the Custodian of the Two Holy Shrines, may Allah preserve him, in the service of Islam and the Muslims, by supporting the Islamic Centers in America, and to make the scale of your good deeds weigh more heavily in your favor with this work.

I also cannot help but thank the brothers, His Excellency Doctor Sami Al-Ibrahim, Mr. Sami Al-Sadhan, Mr. Saad Al-Jabreen, and Sheikh Ismail Mana for the attentiveness they devoted towards us. May you be well for every year to come,,,,

Your Brother
[*Signed*]
Omar bin Ahmad Al-Bayoumi
The General Supervisor

511 South Magnolia Ave., El Cajon, CA 92020, USA. Tel: (619)579-3142

MPS43_387

**MASJID AL MADINAH AL MUNAWARAH**

صورة مع التحية للأخ / سعد الجبرين

٢٠٠٠/١٢/٢٩

سعادة قنصل خادم الحرمين الشريفين    حفظه الله
السلام عليكم ورحمة الله وبركاته:

يسرني تهنئتكم بعيد الفطر المبارك أعاده الله عليكم بالخير والبركات أعواما عديدة وأزمنة مديدة. سائلا المولى القدير أن يبارك في جهود خادم الحرمين الشريفين حفظه الله في خدمة الإسلام والمسلمين وذلك بدعم المراكز الإسلامية في أمريكا وأن يثقل بذلك موازين حسناتكم.

كما لايسعني الا أن أشكر الأخوة سعادة الدكتور/ سامي البراهيم والاستاذ / سامي السدحان والاستاذ / سعد الجبرين والشيخ اسماعيل مانع لما أولونا به من اهتمام.     وكل عام وانتم بخير ،،،،

أخوكم



عمر بن أحمد البيومي
المشرف العام

511 South Magnolia Ave., El Cajon, CA 92020, USA. Tel: (619)579-3142

MPS43_387



**GLOBAL LINK LANGUAGE SERVICES, INC**
71 Commercial Street, #218
Boston, MA 02109
(617) 451-6655 Telephone
www.globallinkls.com
info@globallinkls.com

**CERTIFICATION**

**Date: December 18, 2023**

We hereby certify and confirm that the below mentioned documents are a true and accurate **English translation** of the **Arabic file** presented to us and has been translated to the best of our professional ability.

**MPS43 387**

Sincerely,

*Anthony Federico*

Anthony Federico
Global Link Language Services, Inc.