# Exhibit 409

In the Name of Allah, the Most Gracious, the Most Merciful

My Dear Brother / Saad Al-Habib                    May Allah keep him safe

Peace, mercy, and blessings of Allah be upon you:

Our health and the health of our children will please you.  Thanks to the generosity of Allah the Almighty.  Thank you for continuously asking about us.  I hope you, your family, your children and your friends are well and in good health.

First: *Al-Masjid* [the mosque]

Praise be to Allah, the five daily prayers and the *Juma'a* prayer [every Friday] are being performed there, as well as lessons, and teaching of students in weekend school.  Praise be to Allah, *Al-Amur ala ma yuram* everything is going well.  Also, the brothers paid some utility bills, such as the electricity bill of $1,000, and some other supplies.

Second: *Al-Jama'aah* [the crowd]

The crowd here are making *Dua'a* [supplications] to Allah for your blessing, however they are very upset with *Jama'aat Al-Haramain* [the Al-Haramain folks], and the means they have used to get here.  I won't hide it from you, some of the crowd are looking to rent a place and use it as a *Musalla* [prayer room], just like in the old days . .  but I tried to apply the techniques of *Muawiyah's strand of hair*[1] . .  In the future, if there is to be a negotiator, the negotiator should please meet with me so I can inform him, and we can hold discussions, before something like this happens again.

Third: Plans to expand *Al-Masjid* [the mosque]:

It all depends on the budget.  As you know, the brothers here are living off Social Security.  Whatever is collected here is being spent on utilities, starting from this month. They even need to add certain other services like an alarm bell and fixing some of the air conditioners, which amounts to 3000 dollars.  Since they do not have a stake in the ownership, I have noticed, based on my many meetings with them, that they cannot contribute to the initiative to expand *Al-Masjid* [the mosque], and what made matters worse was the visit of the members from the Foundation.

---

[1] Translator's note: This expression refers to the art of diplomacy attributed to Muawiyah, and specifically the delicate process of give-and-take required to manage delicate relations.

2

Brother Saad,

In your esteemed letter, you mentioned taking a stand.

From my personal observations, while the perfect opinion belongs to Allah, and then to you, what I see is:

First:  The names of the Members of the Board of Trustees, the Board of Directors and the School should all be requested and identified.  A brief biography should be written on each of them, including the contributions that each of them has made.  It should be validated officially by you, once the duties of each Board have been clarified . . for a period of at least two years.

Financial commitments like paying bills, various expenses, and services provided by the community should be highlighted in it.  However, when it comes to maintenance, repairs and the like, you should handle it while offering a guarantee that the general supervision that will be carried out periodically will not interfere in the day-to-day affairs of those Boards, because this ensures that the agreement will be honored and avoids potential disputes among the Board Members.  In this way, the person in the role of supervisor will become a reference point, especially when the change of managements occurs, and will ensure that everything is in accordance with what serves the Muslims here, irrespective of race, family ties, or ethnicity, and in accordance with *Ahl Al-Sunnah Wa Al-Jama'a* [those who adhere to and unite upon the *Sunnah*, i.e. Traditions of the Prophet].

Second:  Regarding *Maktab Al-Da'wah* [propagation office] and the proposed jobs I believe that the building is big enough, and that it can be utilized for this purpose. However, in practical terms, if Al-Haramain Foundation wants to take on this responsibility, a dedicated office can be given to them and they can also be in charge of the library, and they will have the right to supervise the *Da'wah* [propagation] activities and the library . .  As far as I'm aware, it won't be necessary to have a secretary.  As for the proposed Imam, as I have mentioned to you before, it is fine that he should come every now and then, because it doesn't make sense to bring in a full-time Imam who does not speak the language of the people, to be leading the five

daily prayers . .  while the people know that there is someone from among them who is competent enough to perform this role, in all situations, except that he needs some additional knowledge, just as everyone does.

Third: There is another point of view, and it is that the office should be given an agreed-upon contract for sublease, in which the terms include 1) the duration; 2) the responsibility; 3) the Annual Report.

1- The duration: what I mean is that the term of the contract should be 3 years, during which the community will bear the responsibility for providing everything that is needed to enable *Al-Masjid* [the mosque] to fulfil its duties and commitments towards the Muslims here, and to bear the responsibility for *Da'wah* [propagation] to Allah according to the *Math'hab* [doctrine] of *Ahl Al-Sunnah Wa Al-Jama'a* [those who adhere and unite upon the *Sunnah*, i.e. Traditions of the Prophet].

2- To appoint a specific person responsible to the owner, or to whomever is nominated as Acting President, and to the Members of the Board of Trustees, all of whom have the right to manage the affairs of *Al-Masjid* [the mosque] and the school . .  The owner or whoever is nominated should approve the Board Members.  The contract shall be considered invalid in the event of: any disputes that tend to favor the interests of one group over the other; or non-adherence to the correct teachings of the Islamic religion according to *Shari'a* [Islamic law] free from *Bida'a* [religious innovation]; or replacing the Members with new Members who have not been approved; or using *Al-Minbar* [the pulpit] as a means of verbally assaulting any country, group of people, or party; or reneging upon the moral commitment to whatever has been agreed.

3- The Annual Report: what I mean here is that there must be tangible progress in the following areas: 1- the number of the people attending *Al-Masjid* [the mosque], how often they come, and how closely they are connected to it. *2- the academic attainment in the field of Tajweed Al-Qur'an* [perfecting the recitation of the Qur'an], and enhancing the level of understanding of the Qu'ran among the children.  3- Creating fruitful community collaboration to maintain *Al-Masjid* [the mosque].  4- The extent to which *Al-Masjid* [the mosque] has contributed to bringing harmony between Muslims

MPS43_222

and bringing them together at their happy occasions like marriages and such, as well as at their funerals.  5- The extent to which children are benefitting from the existence of *Al-Masjid* [the mosque] in enhancing the child's ability to adhere to his religion when it comes to his appearance, manners, and culture.

So the purpose of the Annual Report is to reflect on a year's work in terms of quantity and quality, and to gauge the extent to which the adults have benefitted as well, and to increasing the levels of knowledge.

There is the matter of the apartment.

Dr. Mahmoud told me that he thinks the apartment should be prepared for Brother Ameer "*Imam* of *Al-Masjid* [the mosque]" so he can assume the security role in addition to being the Imam, especially since the amplifier has been stolen for the second time from inside *Al-Masjid* [the mosque].  And also, if Sheikh Ameer were to reside there, he would be the watchful eye for security, and would also perform *Al-Athan* [the call to prayer], on top of his duties as Imam . . Of course this would have to be agreed to and approved by the municipal authorities, after making certain modifications.

As to my experiences, I will convey those to you later.

My hands are tired of writing, albeit I do have other matters that I would like to talk to you about.

Greetings to everyone,

Your brother

9, 24, 98  [Signed]

Omar Ahmad Al-Bayoumi

\* Please get in touch with me after reading this letter. And thanks.



١

بسم الله الرحمن الرحيم

أخي العزيز سعد الحبيب                سلمه الله

السلام عليكم ورحمة الله وبركاته :
صفنا وصمت لابناء تركتم وهذا من كرم دول
عزوجل و انشكرت على دوام السؤال وأرجو ان تكون
أنت والاسرة والابناء وبقصت ماء بخير وعافية .
أولا: المسجد
الحمد لله تقام فيه الصلوات الخمس و الجمع والدروس
وكذلك تعليم الطلبة في مدرسة نهاية بالاسبوع . الحمد لله
الأمور على ما يرام . وايضاً الاخوة عاموا بتسير بعض
نوايا الخدمات وينقل على سبيل المثال فاتورة الكهرباء
١٥٥٥ $ وبعض المتطلبات الاخرى .
ثانياً : الجماعة
الجماعة هنا يدعوس لكم بالبركه ولكنهم متأسفين جداً
من جماعة الحرمين والطريقة التي استقبلوها من عجبهم هنا
ولا أخفيك سراً أن البعض يبحث عن مكاسب لاستثماره كعملي
كالعهد بتقديم .. ولكني حاولت ان استقدم شروط معاوية ..
وأرجو مستقبلاً ان كان هناك من مناوضين فليجتمع بي
لاطلعه ونتراوى قبل أن يحصل مثل ما حدث .
ثالثاً : ملفات توسعة المسجد :
الامر يتوقف على ميزانية . الاخوة هنا ما نوفر على بقضاء
وما يتم جمع ينفق على لخدمة اعتباراً من هذا لشهر .. وحيث
انهم بحاجة إلى لضمانة بعض لخدمات مثل الجرحى المنيطوافيط
بعض الكهناء التي تصل تمنها ٣٠٠٠ دولار .. وحيث أنهم لايملكون
نصيباً في الذلك من مدارك جبلاتي العديده معهم لاحظت أنهم
لا ستطيعون المساهمه في عملية توسعة المسجد والذي زاد لامر
شوراً زيارة اعضاء المؤسس .

٢

أمي بعد:

ذكرت في خطابك لكريم تديد الموقف.

من خلال رؤياتي لجانب أخرى و الرأي لديي لدم ثم كم انه:

أولاً: يتم طبخ و تحرير أسماء أعضاء مجلس الأمناء وأعضاء
مجلس الإدارة و المدرسة. وبكتب بنبذه عن كل واحد
منهم والمساهمة التي قام بها . و تعمم منهم رسمياً
بعد أن يتم توضع أمام كل مجلس... ولكل من يستمسك لأذن
ثانياً ويوضح فيها الإلتزامات المالية بشكل دقيق غير أن
النفقات تشمل و الخدمات من قبل الجاليه. أما أعمال
الصيانه و الترميمات و خدماته ضغوطوه بها دقته
و تقصير أنه لابس من إشراف العام دون التأكد
على سير أعمال لمجلس بصفة دورية للتأكد من تنفيذ
الإتفاقهم و جنباً لا قد نشأ من خلاف بين أعضاء هلاك
لكونهم الممثل لإشراف رسمياً لا رسمياً عند تغيير الإدارة
وكذلك للتأكد من أن كل شيء يتفق مع ما عندم بالمعلم
هنا دون الذكرات بعمم أن بسبب أكونه و واضحاً لأهن
البنت والجامعة.

ثانياً: من ناحية مكتب الدعوة و الوظائف بمخرجه
جانبي أرى البنو كبير و عكتم ا شعاده لهذا الفصير
لكن من الناحية العملية إذا كانت الرغبة أن تكون موسمر
الحصير ذلك. جانه يمكن لهم مكتب مستقل و يكونوا مستقلين
أيضاً عن المكتب و يكون لهم من الإشراف على أعمال الدعوة
و المكتب.. وحسب معرفتي جانب موضوع بكثير لا داعي له.
أما الإعمال جانه لا يسعهم و ذكرت أن مستقبل يأتيب
حسن و آخر فلا بأس...لأنه من غير المعقول أن يؤكن
بلا مال راتب لا يكفي لنفقة القوم و يصلك وراءة حسن

MPS43_223

٣
ج

صلوات ... وهم يعرفونه أدرسر مسر بينهم سر هو كفؤ
للقيام بهزا الدور في كل الاحوال ماعدا أنه
يحتاج لبعض العلم كما يحتاج غيره

ثالثاً: هناك نقطة أخرى وهو أمر يبقى عقد تأجير
يتم الاتفاق عليه مسر بالمنح، يحدد فيها ١- المدة
٢) المسؤوليه ٣) التقرير السنوي
١- المدة: أفضل ده تكون مدة لعقد ٣ سنوات
تتعين فيه الجاليه كل ما يلزم للحد توماً بموافقة مسؤولان
وواجبات المجد تجاه المسلمين هنا و المدعوة اليهم
مهـ مذهب اهلر لسنة ويجماعه .

٢- يكون مسؤولاً أمام المدير أوبسر يتم تفويضه
رئيساً وأعضاء مجلس الامناء الذين يتم اختيارهم
في تسبير أمور المسجد والمدرسة، وانه تتم
المصادقة على أعضاء المجلس مسر قبل المدير أوبسر يتم
تفويضه . ويعتبر العقد لاغ في حالة نشوب أي
خلاف مسر شأنه التعدي لصالح فئة دون أخرى
أو عدم الالتزام الصحيح بتعاليم الدين الصحيح
دفعه شريعة بمعناً عن البسع، أو تعيين لاعضاء
ودخول اعضاء آخرين لا دبعد بدعتهاد، أو جعل
المنبر وسيلة للتسلط عى دول اوجماعات أو أحزاب
أوعدم الالتزام بالدين يهاتم المواقعة عليه .

٣- التقرير السنوي: المقصد هنا انه لا يرد ان يكون
هناك تقدم ملموس في ١- عدد مرتادي المسجد ومدى
انتضاعهم وتردرحم عليه . ٢- التحصيل العلمي في مجال
تجويد القراءه والارتفاع بمستوى الفهم بين الابناء
٣- خطط التقادم الخير على نظرها لمجد ٤- ماذا
كان قد ساهم المسجد في التأنيف بين المسلمين

٤=

وربط إلزامهم بعدد زواجاتهم وخلاله وكثرة
تعازيهم. ٥ـ مدى استفادة لإبنائهم
وجود المسجد في خلقهم قدرة عن الطفل في البلد
بدينه في ظهره وسلوكه وثقافته.
ما التقرير بنوك مرآه لمدى جنوي سراجية
الكم والليف ومدى لاستفادة للكبار ايضاً والعرض
زيادة لمعرفه.
هناك موضوع الثقه.
أخبرني الدكتور محمود أنه يرى أنه يتم ترتيبة ثقة
لذي امير "اما المسجد" ليقوم بدور لإراسه وكثرة
الإمامة لا سيما انه قد تم حرفته الامبرلير للرقة ماهنيه
من داخل المسجد. وايضاً فإنه اذا حكم الشيخ أمير
فإنه سيكون بعيم الناظم في الإرامة ويقوم ايضاً
بالأرشايم عدوة على الإرامة. طبعاً لابس من تقديم
وموافقة البلدك عن ذلك مع اجراء بعض التعديلات.
اليوم خبرني في بألامور لاجنباً.
وقد تعبت يدي من كتابته ولا خفني
امور اخرى أريد محادثتك منها.
يدكى للجميع

أخوك
* أرجو بعد قرائتك           عمر بن احمد ابو علي ٩/٢٤/٩٦
هذا الخطاب لا يقال. ي
وشكرا.



**GLOBAL LINK LANGUAGE SERVICES, INC**
71 Commercial Street, #218
Boston, MA 02109
(617) 451-6655 Telephone
www.globallinkls.com
info@globallinkls.com

**CERTIFICATION**

**Date: December 18, 2023**

We hereby certify and confirm that the below mentioned documents are a true and accurate **English translation** of the **Arabic file** presented to us and has been translated to the best of our professional ability.

**MPS43 224-221**

Sincerely,

*Anthony Federico*

Anthony Federico
Global Link Language Services, Inc.