# Exhibit 410



In the Name of Allah, the Most Gracious, the Most Merciful

My dear esteemed Brother / Saad Al-Habib          May Allah preserve him

Peace, mercy, and blessings of Allah be upon you:

I hereby inform you that the meeting took place on Tuesday 17 / 8 / 89 [*sic:* 1998], and that discussions revolved around three points:

1. *Al-Imamah* [the leading of prayers]: Al-Haramain members talked about appointing a full-time Imam of Saudi nationality. The community members strongly objected to that. Because 99% of the worshippers are Kurds, most of whom don't know the Arabic language, as is the case with their children, who know nothing other than English and Kurdish. However, if the Imam to be installed were to come every now and then, for example in the month of Ramadan and on certain holidays to hold some seminars, then there would be no dispute about that.

2. The Management: Members of Al-Haramain are saying that there must be participation in the management whereby one half shall be elected from among the community, and the other half shall be installed by Al-Haramain. This was rejected outright by the community. One of them said, "I asked brother Saad personally in front of everyone . . Do you have any conditions?" He said "all it is, is that we want those who come here to help you and make things easier for you," so how did that change into an equal share in management and interfering in our affairs. And how would this look to the community here and to the people who showed willingness to purchase *Al-Masjid* [the mosque], when we favored the offer made to us by *Al Al-Habib* [the Al-Habib clan]… We reject that.



3- Al-Haramain raised the issue of installing:
   1- A Director for the Center
   2- A Secretary
   3- An Imam

4- Brother Mansour told me to put on ice the issue of *Al-Khara'et* [the maps] even after he decides whether he wants the *Musalla* [prayer room] to be on the upper or the lower floor.

                          The Suggestion

Based on my observation of the situation here, and what I know of men, and the experience acquired from the other mosques:
   1- I prefer that the current Imam continues, knowing that he is a graduate of the Islamic Studies College, provided that one of the Sheikhs will be sent over, such as brother Yusuf Al-Shuwayhani or Ibrahim Al-Zamil, or another Sheikh who could benefit others with his knowledge, even if he only stays for a short while.
   2- The Language of Communication:
      The Imam here speaks well in Arabic, Kurdish and some English.  He is persuasive enough at delivering speeches in accordance with *Shar'ia* [Islamic law].  I believe that he's a more persuasive and articulate orator than many of those who are in our mosques in Saudi Arabia.
   3- The Management: while yours is the perfect opinion, I believe that there should be a member or two who comes periodically every three or four months.  Perhaps one of them could be one of the Sheikhs, as I mentioned above in section (1), because the community all come from a single ethnic group.  Also, as you know, they have a good level of education: among them are doctors, mentors of the younger generation, engineers, and such.  If the names are to be forcibly installed by Al-Haramain and other entities,

(3)

it will lead to a financial and moral burden, and it may cause division, which would negate the purpose for which *Al-Masjid* [the mosque] was opened.

4- Installing a Director for the Center, a Secretary, and a Librarian.

a- Regarding the Director of the Center: Dr. Mahmoud is chosen based on the facts that: he's a doctor; he is well respected by the community and the other mosques; he is extremely honest; and he is morally and Islamically committed when it comes to *Shar'ia* [Islamic law]. These and other things make me prefer him over others, even if he is to be given an encouraging bonus. In addition, one of the fundamentals he rejects is the discussion or even mentioning in the Center of any political or party-related matters . . He's very understanding, and is capable of compromise. What I just said should not be mistaken for praising him before Allah, but this is what I know about him.

b- A Secretary: A secretary for what? If they are going to be paying the utility bills out of their own budget, then what is the need for additional expenses. They do have a large number of young men who are continuously available in the Center, in addition to some elders who are there. Everyone here works as if they are one family.

c- A Librarian: There is no need to assign one particular person as a librarian. However, if need be, I do know a Muslim brother who worked in the library of the Islamic Center of San Diego, who has experience in entering all the books and the information into the computer. I can bring him and pay him an hourly salary to enter all the books and the information, and we can call on him when needed. He can create the special forms needed for lending and such things. He will be overseen by the Imam and helped by the young men to keep up the work.

(4)

* Brother Mansour is suggesting that there should be an Arabic grocery inside *Al Masjid* [the mosque] "the building".

5- The point here is that everyone, or more than 90% of people, are living off Social Security, where they receive food stamps to be used in certain grocery stores, and which specify particular foodstuffs such as:

  6 cartons of milk of the brand . . . .

  2 bags of rice of the brand . . .

I have previously made the suggestion to sell lunch on Fridays, costing $5 per meal, just as in the other mosques, where the net profit can go to *Al-Masjid* [the mosque]. However, after looking into it, it turned out that these things cannot be sold because people are in need, not to mention that most of them have more than 5 or 6 children.

My beloved brothers Muhammad / Saad / Saleh. I'm writing this report at 3:10 am to set the record straight. The situation here is different. We are dealing with a single group of people, most of whom are educated and need to teach their children matters of *Shar'ia* [Islamic law] and the language. This does not mean that they are the only Muslims around, but the location they are in allows them to walk to *Al-Masjid* [the mosque] on foot . . Around them are people who go to churches. This *Masjid*, in the midst of these churches, is a *Bab Nour Wa Hidayah* [a doorway of light and guidance] to the path of *Da'wah* [propagation] . . Given their circumstances, you were the ones, after Allah, whose generosity enables His name to be raised on high. This is an entrustment that I wanted to put on paper before your eyes. I hope I won't hear that this mosque was closed as a result of not properly understanding the situation . . O Allah, I have delivered this message, O Allah be my witness. And peace.

        Your brother: Omar bin Ahmad Al-Bayoumi



بسم الله الرحمن الرحيم

أخي الكريم / سعد الحبيب     حفظه الله

السلام عليكم ورحمة الله وبركاته:

أخبرك أنه قد الاجتماع يوم الثلاثاء ١٧/٨/٨٩ ودارت المجادلات على ثلاثة محاور:

١ـ الإمامة: تطرق أعضاء الحرمين لتعيين إمام راتب يكون سعودياً. أعضاء الجاليد اعترضوا على ذلك بشده. لأن ٩٩٪ من المصلين الكراد معظمهم لا يعرفون اللغة العربية وكذلك أبناؤهم لا يعرفون سوى الانجليزية والكردية ولكن إذا كان هذا الإمام الذي سيتم تعيينه سيأتي بسم وقت وآخر شرط في شهر رمضان وفي بعض الإجازات وعقد بعض الدورات فلا خلاف في ذلك.

٢ـ الإدارة: أعضاء الحرمين يقولون انه لابد من المشاركة في الإدارة بحيث النصف يكون من الجاليد بالانتخاب والنصف الآخر بالتعيين من قبل الحرمين. وهذا ما تم رفضه من قبل الجالية نصاً وموضوعاً وقد تطرق أحدهم بأنني سألت الأخ سعد شخصياً أمام الجميع ... هل كم من شروط؟ فقال كل ما في الأمر اننا نريد الذين يأتون هنا يساعدونكم ويذللون لكم الصعاب فكيف تغير الوضع الآن نتشارك في الإدارة والتدخل في شئوننا. ثم ما هو الوضع أمام الجالبة هنا والناس الذين أبدوا استعداداً لشراء المسجد وفضلنا العرض الذي قدمه آل الحبيب.. إننا نرفض ذلك.

(٢)

٣- الحرميم أتاروا قضية تعيين
   ١- مدير للمركز
   ب- سكرتير
   ٣- إمام

٤- أخبرني الأخ منصور أنه يجد موضوع الحرائك
حتى بعد أن يقرر ما إذا كان يريد إهمال
في الدور العلوي أو الدور السفلي.

الاقتراح

من خلال معايشتي للوضع هنا ومعرفتي بالرجال والجبهة
المنتسبة من المساجد الأخرى.
ا- أفضل أن يستر الإمام وهو خريج كلية الدراسات
الإسلامية. على أن يرسل أحد الشيوخ مثل الأخ
يوسف الشويان أو إبراهيم الزامل أو أحد الشيوخ
الذين ينتفع بعلمهم حتى وإن مكث لفترة يسيرة.
ب- لغة التخاطب:
الإمام هنا يجيد لغة التخاطب بالعربي والكردي
وبعض اللغة الإنجليزية. وحيث أنه أبلغ أن يعطي
عطاءً يوافق الشيخ. وأعتقد أنه أقنع وأبلغ من
كثير موجودين في بعض مساجدنا في السعودية.
٣- الإدارة: أنا أرى والرأي إلى ما ترون أنه يكون
هناك عضو أو عضوين يمرون بصفة دورية كل
ثلاثة أو أربعة شهور وقد يكون أحدهم أحد
الشيوخ كما ذكرت في الفقرة (١) لأنه الجالية من فئة
واحدة وأيضاً طبقة متعلمة كما تعلم منهم الأطباء
ومنهم الموجهين التربويين والمهندسين وخلافه.
ستكون الأسماء التي تفرض من قبل الحرميم وغيرها



عيب مادي ومعنوي، وقد يكون مثار برتشار
ويبقى الغرض الذي من اجله تم التعين.

٤ - تعيين مدير للمركز سكرتير أمين مكتبة.

م - بالنسبة لمدير المركز: إختيار الدكتور محمود بكم
أنه طبيب يحظى بإحترام الجالية والمساجد الأخرى
وبكم أنه صريح لأبعد الحدود وملتزم أدبياً
واسلامياً بدقة متناهية في الأمور الشرعية،
وخبرتنا يعلني أفضله عن غيره ممن ولو يعطى
مكافأة تشجيعية. وأيضاً أحد المبادئ التي يرفضها
هو مناقشة أو التطرق للأمور السياسية والحزبية
في المركز. ومتفهم جداً يعطي ويأخذ. كلامي
هذا ليس تزكية عند الله، ولكن هذا الذي عرفته
عنه.

ب - سكرتير: سكرتير لماذا؟ اذا كان هم سيقومون
بسدد فواتير الخدمات مع مرتباتهم فلماذا هذه
المصاريف. لديهم مجموعة كبيرة من الشبان الذين
يتواجدون في المركز ياستيرار، أضف إلى بعض
الشياب المتواجدين. هنا، لكل يعمل وكلهم
اسرة واحدة.

ج - أمين مكتبة: لا يحتاج الأمر أن يخص واحد
بعينه أن يكون أمنا للمكتبة ولكن اذا لزم الأمر
فإنني أعرف أحد الأخوة المسلمين قد عمل في مكتبة
المركز الاسلامي في سان ديبيغو له خبرة في إدخال
كل الكتب والمعلومات بالكمبيوتر. أستطيع أن أحضره
وأعطيه أجر بالساعة لإدخال كل الكتب والمعلومات
وطلبه عند الحاجة. وهو سيحل الفورات الخاصة
بالإعلام وغيرها. ويتولى الإمام ويساعده الشباب
هذا الإستشارية العمل.

(٤)

* الأخ منصور يقترح أنه يكون هناك بقالة خيرية في داخل المسجد "يعني".

(٥) الموضوع يتلخص أنه كل أو أكثر من ٩٠٪ على الضمان الاجتماعي وتصرف لهم شيكات لموارد الغذائية من بقالات محددة يحددونها للأصناف مثل ٦ علب حليب ماركة ........
٢ كيس رز ماركة ........

وسبق لي أن قدمت إقتراحاً وهو بيع وجبة غداء في يوم الجمعة بواقع ٥ دولار من البسا بعد الاخرى ويكون الربع للمسجد تبع البركة تبين أنه لا يمكنكم بيع مثل هذه الأمور لأن الناس يكفيه ـ تأهيل غير أن معظمهم لديهم أكثر من ٦٥٠ طفلاً.

أخواتي الكرام محمد/سعد/صالح، أنا كنت هذا التقرير الساعة ٣،١١ صباحاً لأضع النقاط على الحروف. الوضع هنا يعني .. يسير تتعامل مع فئة واحدة من الناس معظمهم مسلمين ويأتيك أن يعلموا أولادهم على أمور الكنيس والمقبرة. هذا لا يعني أنه ليس هناك مسلمين غيرهم. ولكن الموقع الذين هم فيه يعلمهم يأتون للمسجد سيراً على الأقدام .. ومن حولهم إناس يذهبون إلى الكنائس، وهذا المسجد بين هذه الكنائس باب نور وهدايه إلى طريق الدعوه .. وكم طريقهم كنتم أنتم أصحاب الفضل بعد الله أن يرفع ذكرهم عالياً. هذه أمانة أردت أن أضعها على الورق أمام أعينكم. وأرجو ألا أسمع أنه أقفل هذا المسجد نتيجة عدم تقيم الوضع ... اللهم اني بلغت ... اللهم فاشهد .. وسلم أخوكم .. عمر بسم الأكبر البيوي
٩٨،١٨،٨



**GLOBAL LINK LANGUAGE SERVICES, INC**

71 Commercial Street, #218
Boston, MA 02109
(617) 451-6655 Telephone
www.globallinkls.com
info@globallinkls.com

**CERTIFICATION**

**Date: December 18, 2023**

We hereby certify and confirm that the below mentioned documents are a true and accurate **English translation** of the **Arabic file** presented to us and has been translated to the best of our professional ability.

**MPS43 225-228**

Sincerely,

*Anthony Federico*

Anthony Federico
Global Link Language Services, Inc.