# Exhibit 411

## MASJID AL MADINAH AL MUNAWARAH

His Excellency Doctor Majid al-Ghesheyan,                May Allah preserve him.

The Director of Islamic Affairs at the Embassy of the Custodian of the Two Holy Mosques, Peace, mercy, and blessings of Allah be upon you:

I wish to express to you the highest levels of thankfulness and gratitude for the attentiveness you have devoted to this mosque and the other mosques in San Diego, in addition to the contribution of providing some symbolic gifts such as carpets, and other things to encourage the children in the Pakistani community here to memorize and recite the Noble Qur'an. I wish to mention in particular Sheikh Abdulaziz al-Saleh and Sheikh Khalid al-Sowailem. I hope that Allah Almighty will crown with success your efforts and the efforts of the brothers who work with you.

As you know, the prayer in this mosque started at the beginning of August 98, praise be to Allah. And during Ramadan 99, it was among the most active mosques (lessons in the *Sobh* [morning prayer], after *Asr* [afternoon prayer], before *Ishaa* [night prayer], reflections between *Taraweeh* prayers [Ramadan night prayers], and special lectures for women. Regarding the *Qiyam* program [late night prayers], it starts at one o'clock a.m. and includes *Tafsir* [Qur'an meanings], *Hadith* [Tradition of the Prophet], followed by Ramadan competitions up to the *Qiyam* prayer [late night prayers]). This is what our program looked like for this year.

I cannot help but express the deepest thanks to Sheikh Mutaeb al-Sudairy and Sheikh Adel al-Sadhan, who portrayed an honorable image of the Ministry of Islamic Affairs, setting an example of a Muslim Saudi propagator who excels, participates, and prepares the people to focus on worship, learning, and the rejection of disputes and division. They participated in leading the prayers, lessons, and reflections, in Masjid al-Madinah al-Munawarah, Masjid Abu Bakr, Masjid al-Ribat, and Masjid Uthman, as well as giving the *khutbah* [sermon] and the Eid prayer in Masjid Omar bin al-Khatab (the Somali community).

I wish to draw attention to the fact that coordination and moral support were the factors that made the greatest mark in achieving these honorable results. I surely hope that the advance coordination continues, to keep achieving good results in the future, and to work on making these occasions successful by applying the attentiveness that they deserve. May Allah preserve you and take care of you,,,,,

Faithfully
[*Signed*]
Omar bin Ahmed al-Bayoumi
The General Supervisor

28/1/1999

511 South Magnolia Ave., El Cajon, CA  92020.  Tel:  (619) 579-3142.  Fax: (619) 401-2697

MPS43_314

## MASJID AL MADINAH AL MUNAWARAH

سعادة الدكتور ماجد الغشيان                                         حفظه الله

مدير الشئون الشئون الاسلامية بسفارة خادم الحرمين الشريفين

السلام عليكم ورحمة الله وبركاته :

أرفع لكم أسمى آيات الشكر والامتنان لما أوليتموه من اهتمام لهذا المسجد والمساجد الأخرى في سان دييغو وكذلك المساهمة في توفير بعض الهدايا الرمزية من سجاجيد وغيرها لتشجيع الابناء في الجالية الباكستانية هنا لحفظ وتلاوة القرآن الكريم وأخص بالذكر الشيخ / عبدالعزيز الصالح والشيخ/ خالد السويلم راجيا من الله القدير أن يكلل جهودكم وجهود الأخوة العاملين معكم بالقبول .

كما تعلم فان هذا المسجد بدأت الصلاة فيه من أول أغسطس ٩٨ والحمد لله وكان في شهر رمضان ٩٩ من أنشط المساجد ( دروس في الصبح وبعد العصر وقبل العشاء وخواطر بين ركعات التراويح ومحاضرات خاصة للنساء ، أما برنامج القيام فيبدأ الساعة الواحدة صباحا تفسير وحديث وبعدها مسابقات رمضانية الى أن ياتي وقت صلاة القيام ) هكذا كان برنامجنا لهذا العام .

ولا يسعني هنا الا أن أقدم الشكر الجزيل للشيخ / متعب السديري والشيخ / عادل السدحان اللذان قدما صورة مشرفة لوزارة الشئون الاسلامية ممثلة في الداعية السعودي المسلم في الاجادة والمشاركة وتهيئة الناس للانقطاع للعبادة والتعلم ونبذ الخلافات والتفرق . وكان لهما مشاركات في الامامة والدروس والخواطر في مسجد المدينة المنورة ومسجد أبو بكر ومسجد الرباط ومسجد عثمان وكذلك خطبة وصلاة العيد لمسجد عمر بن الخطاب ( الجالية الصومالية ) .

وأنوه هنا الى عامل التنسيق والدعم المعنوي الذي له أكبر الأثر في الوصول الى هذه النتائج المشرفة . وانني لأرجو أن يدوم التنسيق المسبق للوصول الى نتائج جيدة في المستقبل والعمل على انجاح هذه المناسبات بما تستحقه من اهتمام .                              والله يحفظكم ويرعاكم ،،،،،

المخلص

عمر بن أحمد البيومي

المشرف العام

١٩٩٩/١/٢٨

511 South Magnolia Ave., El Cajon, CA 92020. Tel: (619) 579-3142. Fax: (619) 401-2697

MPS43_314



**GLOBAL LINK LANGUAGE SERVICES, INC**
71 Commercial Street, #218
Boston, MA 02109
(617) 451-6655 Telephone
www.globallinkls.com
info@globallinkls.com

**CERTIFICATION**

**Date: December 18, 2023**

We hereby certify and confirm that the below mentioned documents are a true and accurate **English translation** of the **Arabic file** presented to us and has been translated to the best of our professional ability.

**MPS43 314**

Sincerely,

*Anthony Federico*

Anthony Federico
Global Link Language Services, Inc.