# Exhibit 412

## MASJID AL MADINAH AL MUNAWARA

His Excellency the Consul of the Custodian of the Two Holy Shrines   May Allah preserve him.

Peace, mercy, and blessings of Allah be upon you:

I am pleased to inform you that Allah the Almighty has favored the city of El Cajon with a mosque called Masjid Al-Madinah Al-Munawarah, which we hope to become a *Manar Al-Khair* [beacon of goodness] and guidance to Muslims in San Diego County. In this city, there are approximately 3000 Muslims. And there are 56 churches in it. Indeed, this mosque was purchased to be a *Nawat Al-Khair* [seed of goodness], where Muslims would gather and agree upon righteousness and piety. In this mosque, more than 150 children are taking weekend classes to learn the Qur'an, the Arabic language, and the Kurdish language. A good enough number from *Ahl al-Sunnah Wa Al-Jama'a* [those who adhere to and unite upon the Sunnah, i.e. Traditions of the Prophet] are attending this mosque, all praise to Allah. We do not praise the actions of anyone before Allah. Enclosed please find information regarding the building and its location. We recognize the major role played by the government of the Custodian of the Two Holy Shrines, may Allah preserve him, such as taking care of mosques and preserving them, as well as offering generous support, especially by providing Qur'ans, books, and carpets, as well as propagators specifically in the Holy Month of Ramadan. I have already spoken to brother Saad Al-Jabreen who showed his readiness to provide whatever is needed according to the available resources. Therefore, I wanted Your Excellency to be informed about that, while wishing you success.

May peace, mercy, and blessings of Allah be upon you,,,,,,,,

Your Brother
11, 30, 98       [Signed]
Omar Bin Ahmad Al-Bayoumi
The General Supervisor

511 South Magnolia Ave., El Cajon, CA 92020. Tel: (619) 579-3142. Fax: (619) 401-2697

## MASJID AL MADINAH AL MUNAWARA

سعادة قنصل خادم الحرمين الشريفين                حفظه الله

السلام عليكم ورحمة الله وبركاته :

يسرني أن أخبركم أن الله سبحانه وتعالى من على مدينة الكهون سيتي بمسجد اسمه مسجد المدينة المنورة الذي نتمنى أن يكون منار خير وهداية للمسلمين في مقاطعة سان دييغو . في هذه المدينة يوجد حوالي ٣٠٠٠ مسلم . ويوجد بها ٥٦ كنيسة . وقد تم شراء هذا المسجد ليكون نواة خير يجتمع فيه المسلمين على البر والتقوى ويتعلم فيه أكثر من ١٥٠ طفل القرآن الكريم واللغة العربية واللغة الكردية في نهاية الأسبوع . ويؤمه عدد لابأس به من أهل السنة والجماعة ولله الحمد ولانزكي على الله أحد . ومرفق طية معلومات عن المبنى وموقعه . ونحن نعرف الدور الكبير الذي تقوم به حكومة خادم الحرمين الشريفين حفظه الله من رعاية للمساجد والمحافظة عليها والدعم السخي الذي تقدمه وخاصة في توفير المصاحف و الكتب والسجاد وكذلك الدعاة وخاصة في شهر رمضان المبارك . وقد سبق لي التحدث مع الأخ سعد الجبرين الذي أبدى استعدادا لتوفير ما أمكن من احتياجات . لذا أحببت أن يكون لدى سعادتكم العلم بذلك متمنيا لكم التوفيق والسداد .

والسلام عليكم ورحمة الله وبركاته ،،،،،،،،



أخوكم

عمر بن أحمد البيومي ١١/٣٠/٩٨

المشرف العام

511 South Magnolia Ave., El Cajon, CA 92020. Tel: (619) 579-3142. Fax: (619) 401-2697



**GLOBAL LINK LANGUAGE SERVICES, INC**
71 Commercial Street, #218
Boston, MA 02109
(617) 451-6655 Telephone
www.globallinkls.com
info@globallinkls.com

**CERTIFICATION**

**Date: December 18, 2023**

We hereby certify and confirm that the below mentioned documents are a true and accurate **English translation** of the **Arabic file** presented to us and has been translated to the best of our professional ability.

**MPS43 337**

Sincerely,

*Anthony Federico*

Anthony Federico
Global Link Language Services, Inc.