Exhibit 413

# MASJID AL MADINAH AL MUNAWARAH

His Eminence Sheikh Khalid Al-Sowailem,          May Allah preserve him.
    The Embassy of the Custodian of the Two Holy Shrines / Department of Islamic Affairs / *Da'wah* [Propagation] Office

Peace, mercy, and blessings of Allah be upon you:

        I extend to you the deepest thanks and appreciation for the attentiveness you have devoted to this mosque.  And I trust that Allah Almighty will crown your efforts with success. As you know, the prayer in this mosque started at the beginning of August 98, praise be to Allah. And during Ramadan 99, it was among the most active mosques (lessons in the *Sobh* [morning prayer], after *Asr* [afternoon prayer], before *Ishaa* [night prayer], reflections between *Taraweeh* prayers [Ramadan nighttime prayers], and special lectures for women. Regarding the *Qiyam* program [late night prayers], it starts at one o'clock a.m. and includes *Tafsir* [Qur'an meanings], *Hadith* [Tradition of the Prophet], followed by Ramadan competitions up to the *Qiyam* prayer [late night prayers]). This is what our program looked like for this year.

        I cannot help but express the deepest thanks to Sheikh Mutaeb Al-Sudairy and Sheikh Adel Al-Sadhan, who portrayed an honorable image of the Ministry of Islamic Affairs, setting an example of a Muslim Saudi propagator who excels, participates, and prepares the people to focus on worship, education, and the rejection of disputes and division. They participated in leading the prayers, lessons, and reflections, in Masjid Al-Madinah Al-Munawarah, Masjid Abu Bakr, Masjid Al-Ribat, and Masjid Uthman, as well giving the *khutbah* [sermon] and the Eid prayer in Masjid Omar bin Al-Khatab (the Somali community).

        Likewise, I cannot help but express my appreciation for the efforts of brother Abdulaziz Al-Saleh; brother Fahad Al-Thumairy, the Imam of Masjid Ibn Taymiyyah (Los Angeles); and brother Saad Al-Jabreen (Islamic Affairs – Los Angeles), all of whom demonstrated complete cooperation.  In fact, coordination was the factor that made the greatest mark in achieving these honorable results.

I surely hope that the advance coordination continues, to keep achieving good results in the future, and to work on making these occasions successful by applying the attentiveness that they deserve.

        May Allah preserve you and take care of you,,,,,

                Faithfully
                [*Signed*]
                Omar Bin Ahmad Al-Bayoumi
                The General Supervisor

                                        28 / 1 / 1999

511 South Magnolia Ave., El Cajon, CA  92020.  Tel: (619) 579-3142.  Fax: (619) 401-2697

# MASJID AL MADINAH AL MUNAWARAH

فضيلة الشيخ / خالد السويلم                        حفظه الله

سفارة خادم الحرمين الشريفين / الشئون الاسلامية / مكتب الدعوة

السلام عليكم ورحمة الله وبركاته :

أبعث لكم خالص الشكر والتقدير لما أوليتموه لهذا المسجد من اهتمام وأرجو أن يكلل الله الجهــــود بالقبول . كما تعلم فان هذا المسجد بدأت الصلاة فيه من أول أغسطس ٩٨ والحمــد لله وكــان في شــهر رمضان٩٩ من أنشط المساجد ( دروس في الصبح وبعد العصر وقبل العشاء وخواطر بين ركعات الــــتراويح ومحاضرات خاصة للنساء ، أما برنامج القيام فيبدأ الساعة الواحدة صباحا تفسير وحديث وبعدها مســـابقات رمضانية الى أن يأتي وقت صلاة القيام ) هكذا كان برنامجنا لهذا العام .

ولا يسعني هنا الا أن أقدم الشكر الجزيل للشيخ / متعب السديري والشيخ / عـــادل الســدحان اللذان قدما صورة مشرفة لوزارة الشئون الاسلامية ممثلة في الداعية السعودي المسلم في الاجادة والمشـــاركة وتهيئة الناس للانقطاع للعبادة والتعلم ونبذ الخلافات والتفرق . وكان لهما مشاركات في الامامة والـــدروس والخواطر في مسجد المدينة المنورة ومسجد أبو بكر ومسجد الرباط ومسجد عثمان وكذلك خطبة وصـــلاة العيد لمسجد عمر بن الخطاب ( الجالية الصومالية ) .

كذلك لايسعني الا أن أشكر جهود الأخ عبدالعزيز السليم والأخ فهد الثميري امام مســـجد ابـــن تيمية ( لوس أنجلس) والأخ سعد الجبرين (الشئون الاسلامية -لوس أنجليس) الذين أبدوا كل تعاون وكـــان عامل التنسيق له أكبر الأثر في الوصول الى هذه النتائج المشرقة . وانني أرجو أن يـــدوم التنســيق المسبق للوصول الى نتائج جيدة في المستقبل والعمل على انجاح هذه المناسبات بما تستحقه من اهتمام .

والله يحفظكم ويرعاكم ،،،،،

المخلص

عمر بن أحمد البيومي

المشرف العام

١٩٩٩/١/٢٨

511 South Magnolia Ave., El Cajon, CA 92020. Tel: (619) 579-3142. Fax: (619) 401-2697

MPS43_338



**GLOBAL LINK LANGUAGE SERVICES, INC**
71 Commercial Street, #218
Boston, MA 02109
(617) 451-6655 Telephone
www.globallinkls.com
info@globallinkls.com

**CERTIFICATION**

**Date: December 18, 2023**

We hereby certify and confirm that the below mentioned documents are a true and accurate **English translation** of the **Arabic file** presented to us and has been translated to the best of our professional ability.

**MPS43 338**

Sincerely,

*Anthony Federico*

Anthony Federico
Global Link Language Services, Inc.