# Exhibit 414

# MASJID AL MADINAH AL MUNAWARAH

His Excellency the Minister of Islamic Affairs            May Allah preserve him.

Peace, mercy, and blessings of Allah be upon you :

     I would like to extend to Your Excellency, on behalf of the worshippers, their families, and the Muslim communities here, the sincere thanks, appreciation, and gratitude from San Diego, California in the United States, for what was given to those in charge of *Da'wah* [propagation] in America, based on your instructions and attentiveness, as well as the keenness of the government of the Custodian of the Two Holy Shrines, May Allah preserve him, to contribute and provide Islamic Centers abroad with *Du'at* [Propagators] and Imams during the holy month of Ramadan 1419 AH.

     It is an opportunity, Your Excellency the Minister, to give thanks and gratitude to Sheikh Mutaeb Al-Sudairy and Sheikh Adel Al-Sadhan, who were the best representatives of your respected Ministry in leading the prayers of *Taraweeh* [Ramadan night prayers], and *Qiyam* [late night prayers], and in delivering lessons and reflections in Masjid Al-Madinah Al-Munawarah, Masjid Abu Bakr, Masjid Al-Ribat, and Masjid Uthman, as well as giving the *khutbah* [sermon] and the Eid prayer in Masjid Omar bin Al-Khatab "the biggest congregation of the Somali community". Indeed they portrayed an honorable image of the Muslim propagator who excels, participates, and prepares the people to focus on worship, learning, and the rejection of disputes and division.

     I also wish to thank Sheikh Khalid Al-Sowailem and Sheikh Abdulaziz Al-Saleh from "Washington," and Sheikh Fahad Al-Thumairy from "Masjid Ibn Taymiyyah in Los Angeles," all of whom demonstrated full cooperation and coordination. Indeed I hope that Allah Almighty will make the scale of good deeds weigh more heavily in your favor and bless your efforts.

     Peace, mercy, and blessings of Allah be upon you,,,,,,,

[*Signed*]
Omar bin Ahmad Al-Bayoumi
General Supervisor

20 Shawwal 1419
[corresponding to Feb. 7, 1999]

511 South Magnolia Ave., El Cajon, CA 92020. Tel: (619) 579-3142. Fax: (619) 401-2697

MPS43_347

## MASJID AL MADINAH AL MUNAWARAH

١٨ شوال ١٤١٩

معالي وزير الشئون الإسلامية                                         حفظه الله

السلام عليكم ورحمة الله وبركاته :

أرفع لمعاليكم أسمى آيات الشكر والتقدير والعرفان من سانديغو-بولاية كاليفورنيا بالولايات المتحدة نيابة عن جموع المصلين وأسرهم والجاليات المسلمة هنا لما أولاه القائمين على شئون الدعوة في أمريكا بتوجيه منكم واهتمام وحرص حكومة خادم الحرمين الشريفين حفظه الله في المساهمة بتزويد المراكز الإسلامية في الخارج بالدعاة والأئمة في شهر رمضان المبارك ١٤١٩.

وإنها لفرصة يا معالي الوزير أن أقدم الشكر للشيخ / متعب السديري والشيخ / عادل السدحان الذين كانا خير ممثلين لوزارتكم الموقرة في إمامة المصلين في صلاتي التراويح والقيام وإلقاء الدروس والخواطر في مسجد المدينة المنورة ومسجد أبو بكر ومسجد الرباط ومسجد عثمان وكذلك خطبة وصلاة العيد في مسجد عمر بن الخطاب "أكبر تجمع للجالية الصومالية" . وقد أعطيا صورة مشرفة عن الداعية المسلم في الإجادة والمشاركة وتهيئة الناس للانقطاع للعبادة والتعلم ونبذ التفرق والخلاف .

كما أشكر الشيخ خالد السويلم والشيخ عبدالعزيز السليم من "واشنطن" والشيخ فهد الثميري من "مسجد ابن تيمية في لوس المجلس" الذين أبدوا كل تعاون وتنسيق. وإنني لأرجو أن يثقل الله سبحانه وتعالى موازين حسناتكم ويبارك في جهودكم.

والسلام عليكم ورحمة الله وبركاته ،،،،،،،،،

عمر بن أحمد البيومي

٢٠ شوال ١٤١٩                        المشرف العام

511 South Magnolia Ave., El Cajon, CA 92020. Tel: (619) 579-3142. Fax: (619) 401-2697



**GLOBAL LINK LANGUAGE SERVICES, INC**

71 Commercial Street, #218
Boston, MA 02109
(617) 451-6655 Telephone
www.globallinkls.com
info@globallinkls.com

**CERTIFICATION**

**Date: December 18, 2023**

We hereby certify and confirm that the below mentioned documents are a true and accurate **English translation** of the **Arabic file** presented to us and has been translated to the best of our professional ability.

**MPS43 347**

Sincerely,

*Anthony Federico*

Anthony Federico
Global Link Language Services, Inc.