# Exhibit 417

SAAD ABDUL AZIZ AL HABIB TRADING EST.   مؤسسة سعد عبدالعزيز الحبيب للتجارة 

التاريخ : 11/٤/1419هـ

إلى من يهمهم الأمر

يرجى العلم بأن السيد/ عمر أحمد البيومي – هو المشرف العام على مسجد المدينة المنورة مبنى رقم ٥١١ في الولايات المتحدة الأمريكية في سنتيجو في الكهون سيتي في جنوب منقوليا في كلفورنيا ٩٢٠٢٠ .

DATE : 3.8.1998

## TO WHOM IT MAY CONCERN

This to inform that Mr. <u>Omar Ahmad Al-Bayoumi</u> - is the General supervisor of Al-Madina Al-Monawara Mosqe building (No. 511) located on South Magnolia Ave. in the city of El Cajon, in the state of California (zip code: 92020), in the United States of America.

Saad Abdul Aziz Soliman Al-Habib

(سعد بن عبدالعزيز سليمان الحبيب)



# TRANSLATION CERTIFICATION STATEMENT

**Project: 20231211I2E**

**Language**: Arabic > English

**Document title**:  MPS43_202 (arabic+english)

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**:  Farah Alshekhli

**Qualifications**:  BA in Translation and Interpretation Studies, 17 years of experience, certified

**Signed**: *Farah Alshekhli*          **Date**: 12/18/2023