# Exhibit 418

In the Name of Allah, the Most Merciful, the Most Compassionate

"Report on the *Masjid*, its activities, and suggestions regarding it"

To the honorable Sheikh Saad Al-Habib, may Allah protect and preserve him,

through the graceful brother Mr. Omar Al-Bayoumi, may Allah grant him success

Peace, mercy, and blessings of Allah be upon you:

I ask Allah, the Almighty and Exalted, to embrace you, to bless your efforts, and to achieve more through your hands, for all of what honors Islam and serves the righteousness of Muslims, for Allah is the Most Generous One to ask.

Our dear brother:—

I was very pleased and filled with joy when I sought to move to this country to take responsibility for *Da'wah* [propagation] at Masjid Al-Madinah Al-Munawarah in San Diego, fulfilling the wish of the Kurdish Muslim community to meet your good expectations and to work together, relying on Allah, in order for this mosque to achieve its *Da'wah* [propagation] mission, which is the goal of all of us, God willing.

However, after consulting with multiple lawyers on the matter, it appears that the law of the land does not allow me to bring with me my adult children, most of whom are girls. It is not possible under such circumstances in this country, as you know, to leave them in Norway while their two parents are far away from them. Thus, I have not yet been successful in making this transition, and I may return to Norway, God willing, in a few days. I will be ready for this transition, God willing, once the brothers in the mosque administration have managed to bring my adult children legally to this country. At this point, I would like to express my deep gratitude to your honorable self and to the honorable brothers in the Kurdish Muslim community, especially for placing their trust in me, and I ask Allah to place me at the good expectations of everyone and to guide us all towards what pleases Him.

Before I say farewell in this letter, I would like to make some humble suggestions, the aim of which is to benefit both the mosque and the community, God willing, as the *Deen* [Islamic way of life] is advice. I present them in points as follows:

**First:** Regarding the activities of the Masjid:—

I have noticed an improvement in the status of the mosque this year, and an increase in the number of people attending, praise be to God. During Ramadan, the mosque had:
   A. Daily lessons and lectures.
   B. An increase in attendance, especially during *Taraweeh* prayers [Ramadan late-night prayers], where the mosque was almost full of men and women.
   C. A daily group *Iftar* [breaking of the fast] attended by many sisters and brothers.
   D. It is no exaggeration to say that the mosque, praise be to God, has become one of the big well-known mosques among the members of the community in this area.

**Second:** The importance of the Imam of the Masjid:—

There is no doubt that the Imam has great importance, more so than the mosque itself, especially for expatriates and Muslim communities abroad. The Imam should, I imagine, be well-versed in Islamic sciences and general knowledge, possess experience and practice in *Da'wah* [propagation], be serious and sincere in his work, trusted by the community members and loved by them, an instrument of bringing them together, rather than a factor of division and tearing them apart. Until such an Imam materializes, I envision that our brother Sheikh *Al-Mullah* Amir should continue as an Imam and orator in the mosque, considering that he is a graduate of the Faculty of *Shar'ia* and has been practicing Imamate and oration in the mosque itself for four years. He is well-liked by the community members, and we believe he is a man of righteousness, as Allah knows best. As such, he should be paid the amount of $2,000 that you had previously allocated for me, to dedicate himself to and duly serve the Masjid, and I will not hesitate to cooperate with him if he ever needs me, God willing.

**Third:** Regarding the Masjid building:—

While the mosque currently plays a role and goes some way to meeting the expectations of the community, its role may nonetheless diminish,

as we do not see the mosque building suitable, in the long run, to accomplish the community's *Da'wah* [propagation] aspirations.  This is due to the following reasons:

A. The building is old and expensive to maintain
B. The limited extent to which the space is utilized, as there are many rooms that are not being used.
C. The building is currently in need of suites and facilities, including:
    1 – A suite reserved for women.
    2 – A suite reserved for the school.
    3 – A large hall for events.
    4 – A suite for toilets and a place for ablutions.
    5 – Construction of stores and commercial shops to be rented and used to secure the financial resources to sustain this blessed project and to maintain it into the future.

**Fourth:** A humble suggestion:—

For all of the above, I suggest to our honorable brother to approve the purchase of a large piece of land on which a *Masjid jami'a* [a mosque for a larger congregation] can be built and the suites described above can be provided. I prefer that the construction should be as follows (and this is merely a suggestion, the final decision is up to you, and the laws of the land may interfere with the construction and its shape):

1 – The building should consist of four floors – if the land is not spacious enough to accommodate the components of the Masjid on the ground – as follows:

    *A – The first floor*: consisting of commercial stores that are rented to secure the financial resources, as we said, or some of them should be used as a restaurant or a shop for the same purpose.
    *B – The second floor*: allocated to the mosque in which men pray.
    *C – The third floor*: consisting of:
        1. Wing for the women's *Musalla* [prayer room]
        2. A hall for the children next to the women's *Musalla* [prayer room], in which children's playgrounds are located.
        3. An Islamic School with a large hall.
    *D- The fourth floor*:
        Consisting of two apartments:
        A – Large one for the Imam's family and guests.
        B – Medium-sized one for the Muezzin and the guard.

This is to contain the large numbers expected in the near future, God willing, to be drawn to the mosque, whether from the members of our community in particular, or from the Islamic community in general, in this area.

**Fifth:** Regarding the sale of the current building:

After the completion of this blessed project as suggested, God willing, the current building may be sold.  We hope that it will be sold for a price higher than its purchase price, because the prices of buildings and homes in this area are constantly rising.

    This is what I envision in order to secure and provide a better future for *Da'wah* [propagation], God willing, for this mosque and for the Muslims in this area.  We must, while planning for the future, take into account the increase of Muslims in this country, and the spread of Islam in it more than any other religion, as stated by U.S. President Clinton last year in a congratulatory speech on the advent of the blessed month of Ramadan, addressed to Muslims in America.

    This is what I wanted to present to you, and I ask God to help you achieve it, and therein bring many benefits to Islam and Muslims.  Allah is the guardian of this.  May peace, mercy and blessings of Allah be upon you. //

[*Signed*]
Your brother in Allah
Abdulrahman Al-Barzanjee
Masjid Al-Madinah Al-Munawarah / San Diego
Monday, 13 / Shawwal / 1421 Hijri
8 / 12 / 2001 AD

Phone and fax of the room:
1 – 619 – 401 2697

The address in Oslo / Norway:

Imam and orator of Masjid Bilal.

Head of the Kurdish Islamic Association / Oslo.

A. Barzanjee

Home telephone:
Association phone and fax:  [REDACTED]

بسم الله الرحمن الرحيم

«تقرير حول المسجد ونشاطاته
والمقترحات بشأنه»

إلى الأخ الكريم الشيخ سعد الحبيب حفظه الله ورعاه
بواسطة الأخ الفاضل السيد عمر البيومي دمته الله
السلام عليكم ورحمة الله وبركاته وبعد:

فإني أسأل الله تبارك وتعالى أن يكلأكم، ويبارك في جهودكم، ويبقي على أيديكم الزبد، كل ما فيه عز للإسلام وصلاح للمسلمين، إنه خير مأمول وأكرم مسؤول.

أخونا الكريم:

كان يسعدني كثيرًا، وأشعر بالفرح بغرفي، وأنا أسعى بخطى حثيثة لأن أنتقل إلى هذا البلد لآخذ مسؤولية الدعوة في مسجد المدينة المنورة (في سانديغو) تحقيقًا للرغبة الإخوة في الجالية الإسلامية الكردية، ولأكون عند حسن ظنكم، ولنعمل جميعًا متعاونين، متكاتفين على الله، ليؤدي هذا المسجد رسالته الدعوية كما هو هدفنا جميعًا - بإذن الله.

ولكن وبعد مراجعة الكثير من محامي، واستشارتهم في الموضوع، يبدو أن قانون البلد لا يسمح لي باصطحاب أولادي الكبار والكبار بنات معي، ومن غير الممكن في مثل ظروف هذه البلاد - كما تعلمون - أن أتركهم في الزريج، ووالدهم بعيدًا عنهم، وهكذا فإنه لم أوفق إلى الآن لعملية الانتقال، وقد أرجع - إن شاء الله - بعد أيام إلى الزريج، وأكون على استعداد لهذا الانتقال - بإذن الله، متى ما وفق الله الإخوة في إدارة المسجد لتدبير الإتيان بأولادي الكبار بصورة قانونية إلى هذا البلد.

ومن هنا فإني أقدم جزيل شكري لشخصكم الكريم، وللإخوة الأفاضل في الجالية المسلمة الكردية منهم خصوصًا على وضع الثقة في، سائلًا المولى أن يجعلني عند حسن ظن الجميع، وأن يأخذ بأيدي جميعًا لما فيه رضاه.

وقبل أن أودعكم في هذه الرسالة أود أن أضع بين يديكم بعض المقترحات المتواضعة، والهدف منها خير المسجد ومصلحة الجالية معًا - إن شاء الله - والدين النصيحة - وأضع ذلك في نقاط وهي:-

الأولى:- حول نشاطات المسجد:

لاحظت تحسنًا في وضع المسجد هذه السنة، وتزايدًا في إقبال الناس عليه - والحمد لله - حيث كان في المسجد خلال شهر رمضان:
أ - دروس ومحاضرات يومية.
ب - ازدياد الحضور لا سيما في صلاة التراويح حيث كان المسجد لا يتسع لهم من الرجال والنساء.
ج - إفطار جماعي يومي ويحضره الكثير من الإخوة والأخوات.
د - ولا أبالغ إذا قلت: إن المسجد أصبح بفضل الله - أحد المساجد الكبيرة المعروفة بين أبناء الجالية في هذا البلد.

الثانية:- أهمية إمام المسجد:-

لا شك أن للإمام أهمية كبيرة لا تقل عن أهمية المسجد نفسه لا سيما بالنسبة للمغتربين للجاليات السلمة في الخارج، ينبغي - كما المنصوص - أن يكون عالمًا بالعلوم الإسلامية والثقافة العامة، له خبرة وممارسة في الدعوة، جاد مخلص في عمله، يثق به أبناء الجالية ويحبونه أداة جمع بينهم لا عامل تفريق وتمزيق، والى أن يحصل مثل هذا الإمام فإني أرى أن يستمر أخونا - الشيخ اللدائمر - إمامًا وخطيبًا في المسجد باعتباره خريج كلية الشريعة ويمارس الإمامة والخطابة في المسجد نفسه وكجهة أبناء الجالية، ونظن فيه خيرًا ولا نزكيه على الله مندوب سنوي على أن يصرف له المبلغ و ..... (الألف دولار الذي خصصتموه لي من قبل) لينفع للمسجد ويجد منه كما ينبغي، وسوف لن أتوانى في التعاون معه - إذا احتاج إلي في شيء - بإذن الله -.

الثالثة حول نيابة المسجد:-

إذا كان للمسجد دوره في الوقت الحاضر، وكان ملبيًا بالحد - لمتطلبات الأعمال التي تعلقها الجالية به، ولكن دوره قد يتضاءل

حيث لا نرى بناية المسجد صالحة - على المدى البعيد - لتحقيق طموحات الجالية الدعوية ، وذلك للأسباب التالية :-

أ - كون البناية قديمة ، وصيانتها مكلفة .

ب - محدودية المساحة المستفدة منها ، حيث يوجد فيها غرف كثيرة لا يستفاد منها .

ج - حاجة البناية حاليًا الى أجنحة ومرافق منها :

١ - جناح خاص للنساء .

٢ - جناح للمدرسة .

٣ - قاعة كبيرة للمناسبات .

٤ - جناح خاص بالمراحيض ومكان للوضوء .

٥ - بناء محلات ودكاكين تجارية تؤجر وتستغل لتأمين الموارد المالية الكفيلة بإدامة هذا المشروع المبارك ، وصيانته في المستقبل .

الرابعة : اقتراح متواضع :-

لهذا كله اقترح على اخينا المكرم الواقفة على شراء قطعة أرض كبيرة يمكن بناء مسجد جامع يتوفر فيه الأجنحة اعلاه ، وأفضل أن يكون البناء كما يلي ( وهذا مجرد اقتراح ، والقرار يرجع اليكم في النهاية ، وقد يدخل قوانين البلد في البناء وشكله ) :-

١ - يكون البناء من أربع طوابق - هذا اذا لم تتسع المساحة لبناء مشتملات المسجد على الأرض - كالآتي :-

أ - الطبقة الأولى :- وتتكون من محلات تجارية تؤجر لتأمين المورد المالي كمحلنا او يستغل بعضها كمطعم أو متجر للغرض نفسه .

ب - الطبقة الثانية :- تخصص للمسجد يصلي فيه الرجال .

ج - الطبقة الثالثة :- وتتكون من :

١ - جناح لمصلى للنساء .

٢ - قاعة للأطفال بجانب مصلى النساء ، فيها ملاعب للأطفال .

٣ - مدرسة اسلامية فيها قاعة كبيرة .

د - الطبقة الرابعة :-

وتتكون من شقتين :

أ - كبيرة لعائلة الامام وضيوفه .

ب - متوسطة للمؤذن والحارس .

وذلك لاحتواء الاعداد الكبيرة التي يتوقع في المستقبل القريب - باذن الله - أن يستقطبهم المسجد ، سواء بين أبناء جاليتنا خصوصًا أو الجالية الاسلامية في هذا البلد بصورة عامة .

الخامسة : حول بيع البناية الحالية :-

بعد الانتهاء من اتمام هذا المشروع المبارك باذن الله ، يمكن بيع البناية الحالية ، ونأمل أن تباع بأكثر من ثمن شرائها ، وذلك لأن أسعار المباني والمساكن في هذا البلد في ارتفاع مستمر .

يتبع

- ٣ -

هذا ما أراه لتأمين وتوفير مستقبل دعوي أفضل - بإذن الله - لهذا المسجد، وللمسلمين في هذا البلد، ولا بد - ونحن نخطط للمستقبل - أن نضع في حساباتنا تزايد المسلمين في هذا البلد، وانتشار الإسلام فيه أكثر من أي دين آخر، كما صرح بذلك الرئيس الأمريكي كلنتون في العام الماضي في كلمة تهنئة بمناسبة قدوم شهر رمضان المبارك، وجهها إلى المسلمين في أمريكا.

هذا ما أردت عرضه عليكم، والله أسأل أن يعينكم على تحقيقه، ويجعل فيه للإسلام والمسلمين خيراً كثيراً، إنه ولي ذلك والسلام عليكم ورحمة الله وبركاته

أخوكم في الله
عبد الرحمن البرزنجي
مسجد المدينة المنورة / سان دياغو
الإثنين / ١٣ / شوال / ١٤٢١ هـ
٨ / ١ / ٢٠٠١ م

تلفون وفاكس الغرفة:
1-619-401 2697

العنوان في أوسلو / النرويج:

إمام وخطيب مسجد بــلال
ورئيس الجمعية الإسلامية الكردية / أوسلو.

A - Barzanjee

تلفون البيت
تلفون ساكن المسجد



# TRANSLATION CERTIFICATION STATEMENT

**Project: 20231211I2E**

**Language**: Arabic > English

**Document title**:  MPS95_114-116 (arabic)

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**:  Farah Alshekhli

**Qualifications**:  BA in Translation and Interpretation Studies, 17 years of experience, certified

**Signed**: *Farah Alshekhli*          **Date**: 12/18/2023