# Exhibit 448



**ERCAN Consulting Engineers**

May 11, 1995

*[handwritten: Re contact employment of Bayoumi Next page]*

Attn:  **President of Civil Aviation**
       **Airways Engineering**
       **Presidency of Civil Aviation**
       **Jeddah, Kingdom of Saudi Arabia**

Ref:   50511OAB

Sub:   *Mr. Omar Al-Bayoumi*

*ERCAN*, a U.S. Company, is active in the field of Avionics and Electronic Transmission and is currently involved in a few contracts in Saudi Arabia.

We respectfully request your approval to have Mr. Omar Al-Bayoumi seconded to work in our financing department for a period of one year. This is requested with the understanding that PCA will not be financially responsible for Mr. Al-Bayoumi during his stay with us.

It is our belief that Mr. Al-Bayoumi will gain valuable North American work experience which will certainly be beneficial to him upon his return to Saudi Arabia.

We will greatly appreciate your approval to this request which will insure a greater understanding and will enhance our mutual cooperation.

Best Regards,
*ERCAN*

*[signature]*

**Magdi R. Hanna**

567 San Nicolas Drive, Ste. 210, Newport Beach, California 92660
Phone: (714) 644-7344   Fax: (714) 644-0664   Telex: 277709 TI UR

MPS727_176