# Exhibit 678
# A



Masjid Al Madinah Al Munawarah

Omar Al-Bayoumi
General Supervisor

511 S. Magnolia Ave.
El Cajon, CA 92020

Tel: (619) 579-3142
(H) Phone/Fax: (619) 277-5941

MPS 43_72