Exhibit 678 B



**شركة محمد عبد العزيز الحبيب وإخوانه العقارية**
**MHD. ABDUL AZIZ, AL-HABIB INVESTMENT CO.**



بسم الله الرحمن الرحيم

يرسل جداً                                    03 مايو 1999

السيد المكرم / عمر بن أحمد البيومي

السلام عليكم ورحمة الله تعالى وبركاته

إنه بناء لحاجة المسلمين في مقاطعة سان دييغو ( مدينة الكهون ) تم شـــراء المبنى رقم 511 S. Magnolia Ave, El Cajion, CA 92020 ويحمل أسم مســـجد المدينة المنورة والتي تؤول ملكيته لي بالكامل ويؤم المسجد عدد من المصلين بصـــل إلى 200 شخص خاصة أيام الجمع والمناسبات وكذلك مدرسة نهاية الأسبوع يــدرس بها حوالي 150 طالب ، وهم من أهل السنة والجماعة . وإنه رغبة مني في العمل على خدمة المسلمين وضمان الالتزام بالقواعد الشرعية واستمرارية هذا العمل الخيــر أرغب أن تقوم على المسجد جهة تتمتع بخبرة وسمعة جيدة ورغبت أن مؤسسة ابن تيمية لها من الجهود الطيبة ما يجعل المسلم يفخر بذلك . فإننا نفوضكم بالعمل علــى تمكين مؤسسة ابن تيمية بضم مسجد المدينة المنورة والإشراف والمتابعة عليه وعمل الإجراءات اللازمة مع الاحتفاظ لنا بجميع حقوق الملكية .

وتفضلوا بقبول فائق الاحترام والتقدير ،،،،،

المالك / سعد عبد العزيز الحبيب




137

05 03 99  15:51   ☎908 1 4970200   AL HABIB INVEST
-MAY-99 TUE 16:22   RAD MARKETING CO EXT 345   FAX NO 02 582 ____

# شركة محمد عبدالعزيز الحبيب واخوانه العقارية
## MHD. ABDUL AZIZ, AL-HABIB INVESTMENT CO.



DATE 03/05/1999

FROM: SAAD A. AL HABIB
TO: Mr. OMAR AHMED AL BAIOUMI
(MADINAH MONAWARAH MOSQE DIRECTOR)

SUB: AUTHERIZATION FOR MOSQUE SERVICE MANAGEMENT.

FOR MOSLEMS NEEDS, WE HAD PURCHASED MADINAH MONAWARAH MOSQE IN SAN DIGO STATE – EL CAJION CITY (BULDING NO. 511 S. Magnolia Ave, El Cajion, CA 92020).
THE MOSQUE SERVE ABOUT 300 PERSONS SPECIALY FOR THE FRIDAYS AND FISTIVALS AND WEEKEND CLASS WHICH CONTAINS ABOUT 150 MOSLEMS – SONA- STUDENTS.
TO INSURE CONTINOUSE SERVECES IT'S MY PLEASURE AUTHERIZING YOU TO CONTACT IBN TAIMIAH EST. TO LOOK AFTER AND MANGE THIS MOSQUE BECAUSE OF THEIR FAMOUSE NAME AND GOOD EXPERINCE IN THIS FIELD.
I HOPE THEY WILL ACCEPT MY REQUIERMENT AND DO ALL PROCEDURES NEEDED IN ADDITION TO KEEP MY FULL OWNERSHIP RIGHTS.

OWNER: SAAD A. AL HABIB

