# Exhibit 678 D

MPS43_336

## MASJID AL MADINAH AL MUNAWARAH

His Eminence Sheikh Fahad Al-Thumairy    May Allah preserve him.

Imam of Masjid Ibn Taymiyyah – Los Angeles

Peace, mercy, and blessings of Allah be upon you:

I am glad to congratulate you on the occasion of the blessed Eid Al-Fitr, wishing that you and your esteemed family are in good health for every year to come. Also, it is my honor to thank you for your kind efforts in providing us with brothers Mutaeb Al-Sudairy and Adel Al-Sadhan, who made a good mark, not only in Masjid Al-Madinah but also in the other *Masajid* [mosques] Abu Bakr, Omar Bin Al-Khatab, Uthman, and Al-Ribat. I hope that Allah rewards you for your efforts, and that coordination will be the starting point from which we will excel in serving the Muslims in this country.

May Allah preserve you and take care of you,,,,,,

Your Brother
[Signed]
Omar Bin Ahmad Al-Bayoumi
The General Supervisor

511 South Magnolia Ave., El Cajon, CA 92020. Tel: (619) 579-3142. Fax: (619) 401-2697

## MASJID AL MADINAH AL MUNAWARAH

فضيلة الشيخ فهد الثميري       حفظه الله

امام مسجد بن تيميه – لوس أنجليس

السلام عليكم ورحمة الله وبركاته :

يسرني تهنئتكم بعيد الفطر المبارك ، وكل عام وأنت والأسرة الكريمة بخير وعافية . أيضا يشرفني أن أشكر جهودكم الطيبة في تزويدنا بالأخوة / متعب السديري والأخ عادل السدحان  اللذين كان لهما أثر طيب ليس فقط في مسجد المدينة ولكن شمل أيضا مسجد أبو بكر وعمر بن الخطاب وعثمان والرباط .  تلك الجهود أرجو أن يثيبكم الله عليها ويكون التنسيق هو الذي ننطلق منه لخدمة المسلمين في هذه البلاد .

والله يحفظكم ويرعاكم ،،،،،،

أخوكم

عمر بن أحمد البيومي

المشرف العام

511 South Magnolia Ave., El Cajon, CA  92020.  Tel: (619) 579-3142.  Fax: (619) 401-2697

MPS43_336

# Aaita Arabic Consultants

Interpreting / Translation. All Dialects of Arabic
*Authorized by Federal Courts & NJ Administrative Office of the Courts*
Marwan Abdel-Rahman

## To Whom It May Concern

This is to certify that each page of the attached English translation is an accurate and faithful representation of the corresponding original document in Arabic.

I, Marwan Abdel-Rahman, hereby affirm that I am approved by NJ-Administrative Office of the Courts as an Arabic interpreter/translator. I am also approved by the Administrative Office of the United States Courts, NYS Courts, and Pa AOPC. My certification number is PA-4450Z-22. In my capacity as Director of Aaita I also warrant the accuracy of translations completed by my staff under my supervision.

**Document Title(s):**

### MPS43_336 (English)

[Letter from Bayoumi to Thumairy]

I hereby declare that, to the best of my knowledge and belief, the translation of each above-referenced document is a true, accurate and complete translation of the original as described.

Sincerely,

MARWAN ABDEL-RAHMAN
2828 J.F.K. BLVD.
JERSEY CITY, NJ 07306

**Marwan Abdel-Rahman**
Aaita Arabic Consultants, INC

**Dated:**   December 19, 2023

Cell: (201) 920-7475    218 Eagles Creek CT, Easton, PA 18042    Marwan711@aol.com
Fax (610) 438-0611