# Exhibit 704

Screenshots:       Ex. 10F (MPS2023-003 Video Exhibit)

Excerpted speech:    Ex. 10F-TR (MPS2023-003-TR Video Transcript_upd)

Photographs:      MPS703 Assorted Photographs



00:23:13:23



00:45:31:08

"I will get over there, and I will report –
I will report to you in detail what is there."
00:23:21



"Across from here there is this
tower whose name I haven't
discovered yet."
00:23:11

"The model...
This is a different perspective."
00:45:29



00:23:23:04



00:29:09:07

"Here is the tower...
it is nearby or in front
of the White House."
00:24:01



00:24:02:23



00:45:21:22



00:25:14:05

"Also, the airport is not far
away. Here is the airplane
taking off from there."
00:25:09

"This view... I took it from the inside.
Outside, you will notice in front of you, the Monument."
00:45:15

Ex. 10F (MPS2023-003 Video Exhibit)





"We greet you, the esteemed brothers, and we welcome you from Washington."
00:38:37

"Washington – the American capital city."
00:38:42

"This is the Congress. Here is where the decisions are made and the procedures are effected"
00:38:51

"In front of the Congress. There is no Power nor Strength except through Allah!"
00:39:36







"I mean all the sites are so close to each other."
00:33:22

"And this is the Center of the Senate Members."
00:35:43





"This is, from afar, Capitol Hill – which is the American Congress."
00:33:12





1 = location from which time-stamped footage was filmed

Ex. 10F (MPS2023-003 Video Exhibit)





"this is the Congress, in which are congregating approximately 500, and I don't how many more."
00:41:01

"Capitol Hill."
00:39:49

"And we come back once more to this building, whose name I don't know as of yet."
00:40:47

"500 plus. 500. Deciding the fate of the nation here."
00:41:15

"However, I will provide you with the results soon."
00:40:55





"And these are the areas surrounding it. And this is the pool belonging to it."
00:40:00

"And these are the areas adjacent to it."
00:40:07

"In front of you... the Tower... as well as that building to which I made reference previously."
00:40:11



Location Time Range: 00:39:45:09 - 00:41:33:03

① = location from which time-stamped footage was filmed

"The Congress from the inside."
00:41:50

"It is a workshop. Indeed, it is a workshop. Senators, employees, security personnel, visitors. All of them respectable."
00:55:55


00:46:10:14


00:49:59:22


00:48:04:10

"And here you notice the columns, an abundance of them."
00:46:08

"The stairs."
00:47:42

"This is one of the entrances."
00:47:39



"The offices, the employees, and the people."
00:54:06

"You're not meant to be here."
00:46:08

"And some of them are guards."
00:55:48


00:55:38:16


00:56:16:15 · 00:52:36:15


00:56:58:12

Location Time Range: 00:43:02:16 - 00:57:34:11

① = all time-stamped footage was filmed inside the building

## Ex. 10F (MPS2023-003 Video Exhibit)

5



"One of the side gates."
01:00:46

"You said that in the plan."
00:58:19



"Capitol Hill – time is 6pm."
00:41:59

"These are the areas surrounding it."
00:42:23

**8** Location Time Range: 00:41:54:04 - 00:42:44:00

**9** Location Time Range: 00:42:44:01 - 00:43:02:15

**11** Location Time Range: 00:57:34:12 - 01:00:15:20

**12** Location Time Range: 01:00:15:21 - 01:01:35:14



"Here are some security officers, walking around the most important building."
01:00:52

"This is the area surrounding it."
00:58:38



"It has two entrances. One entrance is from this side."
00:42:44



**1** = location from which time-stamped footage was filmed



"They say that our kids are demons. However, these are the demons of the White House."
00:39:05



"Peace, mercy and blessings of Allah be upon you. From the United States of America."
00:58:52



"The American Congress."
01:01:13





"The working day is about to end. Theirs, of course, not mine."
00:53:27



"Capitol Hill -- Capitol Building."
00:58:58



"O beloved, esteemed brothers, a greeting to you from Omar Al-Bayoumi."
01:01:26

① = location from which time-stamped footage was filmed

"Sheikh Mutaeb... He is the leader, he is our Emir for this trip."
00:00:44


00:01:06:22

"Mutaeb! O Mutaeb, O Sudairy!"
00:02:42

"Brother Mutaeb... how do you feel on this day, in Washington, DC? Of course, this is the tenth day for you."
00:03:46


00:02:39:20


00:02:40:21

"Sheikhs."
00:02:37


00:03:48:00

"And this is our brother Adel"
00:00:53


00:00:56:21


00:00:55:21

"Hey, our Sheikh... where is the Saudi Embassy?"
00:01:22

### Ex. 10F Screenshots / MPS703 Photographs


MPS2023-056, Image DSC_0005

"The Saudi Embassy is in this location."
01:01:04

"This is the flag here, fluttering up high. Allah is the Greatest."
00:08:51


MPS703_100, photo 38

"And this is part of the Embassy building"
00:08:08





"New Hampshire. The famous street in America. This is the street where the Embassy is located."
00:05:07






MPS703_97, photo 27

"I am transmitting it as it is."
00:06:28

"I am transmitting to you only what I see."
00:36:42




MPS703_105, photo 51


MPS703_97, photo 28