**Annex 1 to Plaintiffs' June 7, 2024 letter to Judge George B. Daniels**

**– Schedule of Judicial Documents cleared for Public Filing –**

**\* updated June 20, 2024 \***

**Schedule (1): Judicial Documents to be filed publicly by Plaintiffs in unredacted form, or with Plaintiffs' provisional redactions[1] / including public dkt entries**

| Pls. Exhibit No. | Bates / Production No. | Public Dkt Entry (as filed) |
|---|---|---|
| Pls. Ex. 10B | MPS890-CLIP | |
| Pls. Ex. 10B-TR | MPS890-CLIP | |
| Pls. Ex. 10C | MPS893-COMP | |
| Pls. Ex. 10C-TR | MPS893-COMP-TR | |
| Pls. Ex. 10D | MPS894-CLIP | |
| Pls. Ex. 10E | MPS902-CLIP | ECF No. 9936-1 |
| Pls. Ex. 10F (errata version) | MPS2023-003_upd | ECF No. 9936-2 |
| Pls. Ex. 10F-TR (errata version) | MPS2023-003-TR_upd | |
| Pls. Ex. 10G | MPS906-CLIP | ECF No. 9936-3 |
| Pls. Ex. 10G-TR | MPS906-CLIP-TR | |
| Pls. Ex. 10H | MPS896-CLIP | ECF No. 9936-4 |
| Pls. Ex. 10I | MPS899-CLIP | |
| Pls. Ex. 10I-TR | MPS899-CLIP-TR | |
| Pls. Ex. 10J | MPS892-CLIP | |
| Pls. Ex. 10K | MPS2023-059 | ECF No. 9936-5 |
| Pls. Ex. 10K-TR | MPS2023-059 | |
| Pls. Ex. 10L | MPS910-CLIP | |
| Pls. Ex. 10M | MPS911-CLIP | |
| Pls. Ex.10O | MPS2023-026 | |
| Pls. Ex.10P | MPS2023-029-COMP | |
| Pls. Ex.10Q | MPS2023-035-CLIP | |
| Pls. Ex.10R | MPS2023-050-CLIP | |
| Pls. Ex. 11D | MPS894-CLIP Screenshots | ECF No. 9944-1 |
| Pls. Ex. 11F | MPS2023-003 Screenshots | |
| Pls. Ex. 11G | MPS906-CLIP Screenshots | |

---

[1] All Plaintiffs' provisional redactions will be specified in Plaintiffs' relevant filings and are made subject to Plaintiffs' reservation of rights to challenge later. Plaintiffs will supplement and update this schedule as necessary when further documents cleared for public filing are identified.

**Annex 1 to Plaintiffs' June 7, 2024 letter to Judge George B. Daniels**

**– Schedule of Judicial Documents cleared for Public Filing –**

**\* updated June 20, 2024 \***

| Pls. Exhibit No. | Bates / Production No. | Public Dkt Entry (as filed) |
|---|---|---|
| Pls. Ex. 11I | MPS899-CLIP Screenshots | |
| Pls. Ex. 11L | MPS910-CLIP Screenshots | ECF No. 9944-2 |
| Pls. Ex. 11M | MPS911-CLIP Screenshots | ECF No. 9944-3 |
| Pls. Ex. 11N | MPS999x_4017_5 and other images | ECF No. 9944-4 |
| Pls. Ex. 12AA (errata version) | MPS738 | ECF Nos. 9944-5, -6, -7, -8, -9 (filed in 5 parts due to file-size limits) |
| Pls. Ex. 12BB (errata version) | MPS688 | ECF No. 9944-10 |
| Pls. Ex. 313 | MPS118_23 | |
| Pls. Ex. 314 | MPS 365-401 | |
| Pls. Ex. 353 | MPS727_202 | ECF No. 9944-11 |
| Pls. Ex. 355 | MPS727_142 | ECF No. 9944-12 |
| Pls. Ex. 364 | MPS43_136 | ECF No. 9944-13 |
| Pls. Ex. 365 | MPS43_137 | ECF No. 9944-14 |
| Pls. Ex. 368 | MPS43_152, MPS43_144 | ECF No. 9944-15 |
| Pls. Ex. 369 | MPS43_309 | ECF No. 9944-16 |
| Pls. Ex. 373 | MPS43_345 | ECF No. 9944-17 |
| Pls. Ex. 375 | MPS43_381, 380 | ECF No. 9944-18 |
| Pls. Ex. 376 | MPS698_151 | ECF No. 9944-19 |
| Pls. Ex. 377 | MPS698_145 | ECF No. 9944-20 |
| Pls. Ex. 383 | MPS43_216 | ECF No. 9944-21 |
| Pls. Ex. 390 | MPS43_229-30 | ECF No. 9944-22 |
| Pls. Ex. 392 | MPS42_218 | ECF No. 9944-23 |
| Pls. Ex. 394 | MPS43_220 | ECF No. 9944-24 |
| Pls. Ex. 396 | MPS43_335 | |
| Pls. Ex. 398 | MPS43_346 | |
| Pls. Ex. 399 | MPS681_2 | |
| Pls. Ex. 403 | MPS43_376-79 | |
| Pls. Ex. 404 | MPS43_382 | |
| Pls. Ex. 408 | MPS43_387 | |

**Annex 1 to Plaintiffs' June 7, 2024 letter to Judge George B. Daniels**

**– Schedule of Judicial Documents cleared for Public Filing –**

**\* updated June 20, 2024 \***

| Pls. Exhibit No. | Bates / Production No. | Public Dkt Entry (as filed) |
|---|---|---|
| Pls. Ex. 409 | MPS43_221-24 | |
| Pls. Ex. 410 | MPS43_225-28 | |
| Pls. Ex. 411 | MPS43_314 | |
| Pls. Ex. 412 | MPS43_337 | |
| Pls. Ex. 413 | MPS43_338 | |
| Pls. Ex. 414 | MPS43_347 | |
| Pls. Ex. 417 | MPS43_202 | |
| Pls. Ex. 418 | MPS95_114-16 | |
| Pls. Ex. 448 | MPS727_176 | |
| Pls. Ex. 450 | MPS 365-401 (-TR combined) | |
| Pls. Ex. 678A | MPS 43_72 | |
| Pls. Ex. 678B | MPS 43_128-29 | |
| Pls. Ex. 678C | MPS 43_139 | |
| Pls. Ex. 678D | MPS 43_336 | |
| Pls. Ex. 678F | MPS 43_400-02 | |
| Pls. Ex. 678G | MPS 43_433 | |
| Pls. Ex. 678I | MPS 82_19 | |
| Pls. Ex. 678N | MPS 712_15 and other images | |
| Pls. Ex. 678O | MPS 713_139 | |
| Pls. Ex. 678R | MPS 732_2, MPS 732_308-09 | |
| Pls. Ex. 678T | MPS 732_5 | |
| Pls. Ex. 678U | MPS 732_21 | |
| Pls. Ex. 678W | MPS732_226 | |
| Pls. Ex. 678X | MPS 732_307 | |
| Pls. Ex. 678Y | MPS732_361-68 | |
| Pls. Ex. 678Z | MPS 732_449 | |
| Pls. Ex. 678DD | MPS2023_100 (whole document) | |
| Pls. Ex. 678FF | MPS732_258-59 | |
| Pls. Ex. 678GG | MPS704_61 | |

**Annex 1 to Plaintiffs' June 7, 2024 letter to Judge George B. Daniels**

**− Schedule of Judicial Documents cleared for Public Filing −**

**\* updated June 20, 2024 \***

**Schedule (2):   Additional Judicial Documents to be filed publicly by Plaintiffs in unredacted form, or with Plaintiffs' provisional redactions[2] / including public dkt entries Updates of June 20, 2024**

| Pls. Exhibit No. | Bates / Production No. | Public Dkt Entry (as filed) |
|---|---|---|
| Pls. Ex. 704 | Ex. 10F, MPS703 excerpts | |
| Pls. Ex. 705 | Ex. 11I, Ex. 11J, MPS703, MPS726 and other excerpts | |
| Pls. Ex. 706 | Ex. 12AA, Ex. 12BB, Ex.11N and other excerpts | |
| Pls. Ex. 709 | Exs. 10L, 10'O, 10P, 10Q, 10L, MPS703, MPS726 and other excerpts | |

---

[2] All Plaintiffs' provisional redactions will be specified in Plaintiffs' relevant filings and are made subject to Plaintiffs' reservation of rights to challenge later.  Plaintiffs will supplement and update this schedule as necessary when further documents cleared for public filing are identified.