**EXHIBIT A**
**SOLATIUM CLAIMS**

| # | Personal Representative ||||| Claimant |||||| 9/11 Decedent |||||||| Claim Information |||| Solatium Damages |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | | First | Middle | Last | Suffix | Nationality on 9/11 | | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble |
| 1 | Patrice | | Kelleher | | | James | T. | Donovan | | US | | Jacqueline | | Donovan | | US | 9/11/01 | NY | | 1:15-cv-09903, 53, at 2488, 9965 | | Parent | | | $ 8,500,000.00 | |
| 2 | Edward | | Flanders | | | Patricia | E. | Flanders | | US | | Vincent | D. | Kane | Jr. | US | 9/11/01 | NY | | 1:15-cv-09903, 53, at 1315, 9965 | | Sibling | | | $ 4,250,000.00 | |