**EXHIBIT B**
**ESTATES OF U.S. NATIONAL DECEDENTS ON 9/11/2001**

| # | Personal Representative ||||  9/11 Decedent |||||||| Claim Information |||| Pain & Suffering Damages |||| Economic Damages |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble |
| 1 | Jessica | Katherine | Kostaris | | Bruce | Henry | Gary | | US | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 3483, 9962 | | | $ 2,000,000.00 | $ 6,000,000.00 | | | | $ - | |
| 2 | Mary | E. | Andrews | | Michael | Rourke | Andrews | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 2898, 9962 | | | $ 2,000,000.00 | $ 6,000,000.00 | | 1/29/2024 | | $ 10,653,623.00 | |
| 3 | Barbara | E. | DaMota | | Manuel | John | DaMota | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 2472 | | | $ 2,000,000.00 | $ 6,000,000.00 | | | | | |