**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

In RE:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

03 **CIVIL** 1570 (GBD)(SN)

This document relates to:
Anaya, et al. v. Islamic Republic of Iran,
No. 18-cv-12341 (GBD) (SN)

**JUDGMENT**

------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 17, 2024, Plaintiff Kathleen Marie Delatizky is awarded $8,500,000.00 in solatium damages; and prejudgment interest is awarded at a rate of 4.96 percent per annum, all interest compounded annually for the period from September 11, 2001 until the date of judgment, in the amount of $17,118,800.22.

**Dated:**  New York, New York
            June 24, 2024

                                              **DANIEL ORTIZ**
                                              _____
                                              **Acting Clerk of Court**
                                    **BY:**   *K. Mango*
                                              _____
                                              **Deputy Clerk**