# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

*Via ECF*

June 20, 2024

The Honorable George B. Daniels
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1310
New York, NY 10007

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re: *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570 (GBD) (SN); *Roberta Agyeman, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05320 (GBD) (SN); *Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran*, No. 1:18-cv-11837 (GBD) (SN) – Regarding ECF No. 9931

Dear Judge Daniels and Magistrate Judge Netburn:

Today, undersigned counsel filed a renewed judgment motion for six (6) plaintiffs where the Court requested additional information on June 18, 2024 (ECF No. 9931). *See* ECF No. 9954. In preparing a response to the Court's request for additional information, undersigned counsel noted that claims for the following siblings of Titus Davidson were added by Notice of Amendment to the case *Roberta Agyeman, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05320 (GBD) (SN):

| # | Plaintiff Name | 9/11 Decedent | Relationship to 9/11 Decedent |
|---|---|---|---|
| 1. | Delores Akinshara a/k/a Monica Akinshara | Titus Davidson | Sibling |
| 2. | Janet Davidson | Titus Davidson | Sibling |
| 3. | Merna Davidson | Titus Davidson | Sibling |
| 4. | Michelle Davidson | Titus Davidson | Sibling |
| 5. | Phillip Davidson | Titus Davidson | Sibling |
| 6. | Rose Davidson | Titus Davidson | Sibling |

**Anderson Kill P.C.**

The Honorable George B. Daniels
The Honorable Sarah Netburn
June 20, 2024
Page 2

| 7. | Sam Davidson | Titus Davidson | Sibling |
|---|---|---|---|
| 8. | Trevor Davidson | Titus Davidson | Sibling |
| 9. | Shirley White | Titus Davidson | Sibling |

However, as noted in today's filing at ECF No. 9955, the proper personal representative is in the case *Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran*, No. 1:18-cv-11837 (GBD) (SN). Accordingly, counsel has obtained the consent of the proper personal representative of Titus Davidson and added these siblings by Notice of Amendment to *Abel*. ECF No. 9957. Plaintiffs seek a corresponding minor technical correction to Exhibit B of the Court's recent judgment at ECF No. 9931, replacing the currently listed *Agyeman* "Member Case" with *Abel*, for these nine siblings. Other than the change in Member Case, the underlying reasons for the original judgment, identities of the siblings, and amounts of their judgments remain unchanged.

I thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Jerry S. Goldman*
Jerry S. Goldman, Esq.

*Attorney for the Plaintiffs*

cc: All MDL Counsel of Record (via ECF)

SO ORDERED:

George B. Daniels, U.S.D.J.

Dated: JUN 2 4 2024

docs-100704559.1