# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733

www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

*Via ECF*                                                                                           June 24, 2024

| | |
|---|---|
| The Honorable George B. Daniels | The Honorable Sarah Netburn |
| Daniel Patrick Moynihan U.S. Courthouse | Thurgood Marshall United States Courthouse |
| 500 Pearl Street, Room 1310 | 40 Foley Square, Room 430 |
| New York, NY 10007 | New York, NY 10007 |

Re:   *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570 (GBD) (SN); *Alexander Jimenez, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11875 (GBD)(SN); *Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran*, No. 1:18-cv-12276 (GBD)(SN); *Susan M. King, et al. v. Islamic Republic of Iran*, No. 1:22-cv-05193 (GBD)(SN) – Regarding Proposed Order at ECF No. 9821

Dear Judge Daniels and Magistrate Judge Netburn:

   As part of my firm's quality control review, we have identified surplus verbiage and a missing ECF number reference in the proposed order we previously filed at ECF No. 9821. For the Court's convenience, attached to this letter is a revised copy of the proposed order at ECF No. 9821, with the surplus verbiage removed and the ECF number reference added.

   I thank the Court for its attention to this matter.

                                                                                Respectfully submitted,

                                                                                */s/ Jerry S. Goldman*
                                                                                Jerry S. Goldman, Esq.

                                                                                *Attorney for the Plaintiffs*

Enclosure
cc:   All MDL Counsel of Record (via ECF)

New York, NY ■ Newark, NJ ■ Philadelphia, PA ■ Washington, DC ■ Stamford, CT ■ Los Angeles, CA ■ Denver, CO ■ Boston, MA
docs-100705337.1