**EXHIBIT A**

| Name of 9/11 Latent Injury Decedent (Last Name, First Name) | Name of Existing Personal Representative (Last Name, First Name) | Name of Substitute Party (Last Name, First Name) | Capacity of Substitute Party | State of Residency of Substitute Party at Time of Filing | Complaint ECF Filing |
|---|---|---|---|---|---|
| Buck, Rebecca A. | Buck, Ruth E. | Hoosein, Florence | Successor Personal Representative | New Jersey | 20-cv-00412, ECF 13 (*Amin v. Islamic Republic of Iran*) |
| Rossi, Roberto Carlo | Rossi, Valerie | Lynch, Jill<br>Rossi, Robin | Successor Co-Personal Representatives | New York | 20-cv-00412, ECF 13 (*Amin v. Islamic Republic of Iran*) |
| Shipsey, Michael F. | Shipsey, Eileen | Fischer, Lauren Ann | Successor Personal Representative | Florida | 20-cv-00354, ECF 11 (*Anderson v. Islamic Republic of Iran*) |