UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-MDL-1570 (GBD)(SN) <br> ECF Case |
| This document relates to: <br> *Amin et al v. Islamic Republic of Iran*, No. 20-cv-00412 <br> *Anderson et al v. Islamic Republic of Iran*, No. 20-cv-00354 | |

**[PROPOSED] PARTIAL FINAL DEFAULT JUDGMENT FOR**
***AMIN* AND *ANDERSON* PLAINTIFFS IDENTIFIED AT EXHIBIT B**

Upon consideration of the evidence and arguments submitted by Plaintiffs in the above-captioned matters (the "*Amin* and *Anderson* Plaintiffs"), who are each the estate of an individual who was injured and ultimately killed as a result of the terrorist attacks on September 11, 2001 (as identified on the attached Exhibit B), in their Renewed Motion for Entry of Partial Final Default Judgment ("Motion") and memorandum of law in support thereof, together with the entire record in this case, it is hereby:

**ORDERED** that the Motion is granted; and it is

**ORDERED** that the *Amin* and *Anderson* Plaintiffs identified in the attached Exhibit B are awarded partial compensatory damages for decedents' pain and suffering in an amount of $7,000,000 per estate to each estate, as set forth in Exhibit B; and it is

**ORDERED** that the *Amin* and *Anderson* Plaintiffs identified in the attached Exhibit B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that the *Amin* and *Anderson* Plaintiffs identified in Exhibit B may submit an application for economic damages, punitive damages, and other damages at a later date, consistent with any future rulings made by this Court.

1

2

The Clerk of the Court is hereby directed to terminate the motion docketed at MDL ECF No. 9995, at 20-cv-00412 (S.D.N.Y.) ECF No. 106, and at 20-cv-00354 (S.D.N.Y.) ECF No. 100.

Dated: New York, New York
_____, 2024

**SO ORDERED:**

_____
GEORGE B. DANIELS
United States District Judge