**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

**This Document relates to:**
   *Burnett, et al. v. Islamic Republic of Iran, et al.* No. 15-cv-9903 (GBD)(SN)

## NOTICE OF MOTION TO CORRECT

PLEASE TAKE NOTICE that Plaintiffs in the above-captioned, by undersigned counsel and in accordance with Fed. R. Civ. P. 60(a) and the inherent powers of this Court, respectfully request that this Court grant Plaintiffs' Motion to Correct Exhibit A to the June 19, 2024 Declaration of John M. Eubanks (ECF No. 9947-1) and Exhibit A to the Proposed Final Judgment filed June 19, 2024 (ECF No. 9948-2), to correct certain clerical errors. The adverse parties to the pending motion have not appeared in this proceeding.  In support of this motion, Plaintiffs submit the Declaration of John M. Eubanks, with corrected exhibits, and Proposed Order.

Dated:  June 26, 2024                               Respectfully submitted,

                                                                    MOTLEY RICE LLC

                                                                    */S/ John M. Eubanks*_____
                                                                    John M. Eubanks, Esq.
                                                                    Donald A. Migliori, Esq.
                                                                    Jodi Westbrook Flowers, Esq.
                                                                    Robert T. Haefele, Esq.
                                                                    Jade Haileselassie, Esq.
                                                                    28 Bridgeside Boulevard
                                                                    Mount Pleasant, SC 29464
                                                                    Tel: (843) 216-9000
                                                                    Fax: (843) 216-9450
                                                                    Email: jeubanks@motleyrice.com