# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

**This Document relates to:**
  *Burnett, et al. v. Islamic Republic of Iran, et al.*, No. 15-cv-9903 (GBD)(SN)

## [PROPOSED] ORDER

The Plaintiffs' motion to correct exhibit is granted.  The document filed at ECF No. 10009-1 (ECF No. 768-1 in 15-cv-9903) is substituted for ECF No. 9947-1 (ECF No. 748-1 in 15-cv-9903) and ECF No. 9948-2 (ECF No. 749-2 in 15-cv-9903).

The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 10008, and the related motion in *Burnett*, No. 15-cv-9903, ECF No. 767.

**SO ORDERED.**


Dated: _____, 2024            _____
       New York, New York             SARAH NETBURN
                                      United States Magistrate Judge