UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |
| This document relates to:<br>*Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.* | 15-cv-9903 (GBD)(SN)<br>ECF Case |

### [PROPOSED} ORDER OF PARTIAL FINAL DEFAULT JUDGMENT ON BEHALF OF THE ESTATE OF PETER F. RAIMONDI

(***BURNETT*** **33**)

Upon consideration of the evidence and arguments submitted by Plaintiff Lenore Raimondi, as Personal Representative of the Estate of Peter F. Raimondi, a plaintiff in *Burnett, et al. v. Islamic Rep. of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN), and the Judgment by Default for liability only against the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Central Bank of the Islamic Republic of Iran (collectively, the "Iran Defendants") entered on January 31, 2017 (15-cv-9903, ECF No.85), together with the entire record in this case, it is hereby;

**ORDERED** that service of process was effected upon the Iran Defendants in accordance with 28 U.S.C. § 1608(a)(4) for sovereign defendants and 28 U.S.C. § 1608(b)(3) for agencies and instrumentalities of sovereign defendants;

**ORDERED** that partial final judgment is entered against the Iran Defendants and on behalf of the Plaintiff Lenore Raimondi, as Personal Representative of the Estate of Peter F. Raimondi, and it is

**ORDERED** that Plaintiff Lenore Raimondi, as Personal Representative of the Estate of Peter F. Raimondi, is awarded: compensatory damages for Peter F. Raimondi's pain and suffering in an amount of $2,000,000, as set forth on Exhibit A; and it is

**ORDERED** that Stan V. Smith is qualified as an expert to opine on the economic losses of Peter F. Raimondi and his heirs and beneficiaries; and it is

**ORDERED** that opinions of Plaintiffs' expert Stan V. Smith are accepted, and the economic-loss damages sought by Lenore Raimondi, as Personal Representative of the Estate of Peter F. Raimondi, are awarded as set forth on Exhibit A and supported by the report and analysis provided by Plaintiffs' expert Stan V. Smith; and it is

**ORDERED** that Plaintiff Lenore Raimondi, as Personal Representative of the Estate of Peter F. Raimondi, is awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that Plaintiff Lenore Raimondi, as Personal Representative of the Estate of Peter F. Raimondi, may submit an application for punitive damages or other damages at a later date consistent with any future rulings made by this Court on this issue; and it is

**ORDERED** that similarly situated *Burnett* Plaintiffs may submit in later stages applications for damages awards to the extent such awards have not already been entered.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 10011 in 03-MDL-1570 (GBD)(SN) and ECF No. 770 in 15-cv-9903 (GBD)(SN).

Dated: New York, New York                    **SO ORDERED:**

_____, 2024

_____
GEORGE B. DANIELS
United States District Judge