**EXHIBIT A**
**NON-U.S. NATIONAL SOLATIUM**

| # | Personal Representative ||||  Claimant |||||  9/11 Decedent |||||||  Claim Information ||||  Solatium Damages |||||  Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble |  |
| 1 |  |  |  |  | Jean Marc |  | Saada |  | France | Thierry |  | Saada |  | France | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3497 |  | Parent |  |  | $ 8,500,000.00 |  |  |
| 2 |  |  |  |  | Rudy |  | Saada |  | France | Thierry |  | Saada |  | France | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3500 |  | Sibling |  |  | $ 4,250,000.00 |  |  |
| 3 |  |  |  |  | Anthony |  | Saada |  | France | Thierry |  | Saada |  | France | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3494 |  | Sibling |  |  | $ 4,250,000.00 |  |  |
| 4 |  |  |  |  | Cindy |  | Saada-Haddad |  | France | Thierry |  | Saada |  | France | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3495 |  | Sibling |  |  | $ 4,250,000.00 |  | Identified as "Cindy Saada" in the Amended Complaint |
| 5 |  |  |  |  | Rohy |  | Saada |  | France | Thierry |  | Saada |  | France | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3499 |  | Sibling |  |  | $ 4,250,000.00 |  |  |