# DEFAULT JUDGMENT MOTION COVER SHEET

**MDL MOVING PAPERS**

Motion: ECF No. __10027__

Memorandum of law: ECF No. __10028__

Declaration & supporting exhibits: ECF No. __10029__

**PLAINTIFFS**
Please describe each set of plaintiffs requesting judgments in this motion.

| Exhibit | Description of Plaintiffs | Cause(s) of Action |
|---|---|---|
| A | Non-U.S.-National IIED Claims | New York Common Law |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**DEFENDANTS**
Please list all defendants the plaintiffs are moving against:

Islamic Republic of Iran, Islamic Revolutionary Guard Corps, Central Bank of the Islamic Republic of Iran

**COMPLIANCE**

As stated in ECF No. __10029__ at ¶ __9__, counsel followed the quality control measures outlined in ECF No. 3433 and adopted in ECF No. 3435.

As stated in ECF No. __10029__ at ¶ __8__, these plaintiffs have not previously received judgments against these defendants.

Excel versions of any tables attached to the proposed order were emailed to Netburn_NYSDChambers@nysd.uscourts.gov on __6__ / __26__ / __2024__.

**SUBJECT MATTER JURISDICTION**
- ☐ The Court previously addressed subject matter jurisdiction over these claims in ECF No. _____.
- ☒ The Court has not previously addressed subject matter jurisdiction over these claims.

**PERSONAL JURISDICTION**
- ☐ The Court previously addressed personal jurisdiction over these defendants in ECF No. _____.
- ☒ The Court has not addressed personal jurisdiction over these defendants.

**FACTUAL & LEGAL QUESTIONS**
- ☒ This motion requests ☐ new functional equivalence findings; ☐ new personal injury assessments; or ☐ resolution of a new issue: __non-U.S.-national IIED claims__
- ☐ This motion does not raise novel factual or legal issues.

**RELEVANT FILINGS**

For each member case, list docket entries for the corresponding filings. Duplicate this page if additional space is needed.

| Member Case & Operative Complaint | Notices of Amendment & Substitutions *list entries relevant to moving plaintiffs* | Alternative Service Order *complete if applicable* | Affidavit of Service | Certificate of Default | Liability Judgment *leave blank if requesting liability judgment* |
|---|---|---|---|---|---|
| 15-cv-9903 (GBD)(SN), 53 | | | 11/10/2016, 64 | 12/5/2016, 67 | sought 4/30/2024, 9733 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |