**EXHIBIT A**
**NON-U.S. NATIONAL SOLATIUM**

| | Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | Claim Information | | | Solatium Damages | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble | Notes |
| 1 | | | | | Jean Marc | | Saada | | France | Thierry | | Saada | | France | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3497 | | Parent | | | $ 8,500,000.00 | | |
| 2 | | | | | Rudy | | Saada | | France | Thierry | | Saada | | France | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3500 | | Sibling | | | $ 4,250,000.00 | | |
| 3 | | | | | Anthony | | Saada | | France | Thierry | | Saada | | France | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3494 | | Sibling | | | $ 4,250,000.00 | | |
| 4 | | | | | Cindy | | Saada-Haddad | | France | Thierry | | Saada | | France | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3495 | | Sibling | | | $ 4,250,000.00 | | Identified as "Cindy Saada" in the Amended Complaint |
| 5 | | | | | Rohy | | Saada | | France | Thierry | | Saada | | France | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3499 | | Sibling | | | $ 4,250,000.00 | | |