```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MD-01570 (GBD)(SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

The parties have submitted letters concerning sealed materials relevant to the forthcoming oral argument on Saudi Arabia's renewed motion to dismiss. <u>See, e.g.</u>, ECF Nos. 9885, 9895. To address these sealing issues, a conference is scheduled for July 17, 2024, at 2:00 p.m. in Courtroom 318 of Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

The parties should meet and confer prior to this date to narrow the issues for discussion. Any party seeking to seal documents should file a letter brief by July 10, 2024. Any reply letter brief should be filed by July 12, 2024. The letters should not exceed five pages.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    June 26, 2024
               New York, New York