UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 03 MDL 1570 (GBD)(SN)

Re: *Anaya et al v. Islamic Republic of Iran, 1:18-cv-12341-GBD-SN*

I hereby certify under the penalties of perjury that on the 27th day of June 2024, I served defendant:

Islamic Republic of Iran
H.E. Dr. Mohammad Javad Zarif
Foreign Minister of the Ministry of Foreign Affairs
Imam Khomeini St., Imam Khomeini Sq.
Tehran, Islamic Republic of Iran

by dispatching via Federal Express, Tracking No. 7770 4862 5586, to The Secretary of State, L/CA/POG/GC SA-17, 10th Floor, Washington, DC, 20522-1710, Attn: Director of Special Consular Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies in English and Farsi of the Notice of Default Judgment dated June 24, 2024, prepared pursuant to 22 CFR § 93.2 and a copy of the Foreign Sovereign Immunities Act (28 U.S.C. § 1602, et seq.);  the Judgment entered on June 24, 2024, against the Islamic Republic of Iran and in favor of Kathleen Marie Delatizky in the MDL and *Anaya v. Iran*, 18-cv-12341; and the Order entered on June 17, 2024, granting partial final judgment against the Islamic Republic of Iran and in favor of Kathleen Marie Delatizky in the MDL and *Anaya v. Iran*, 18-cv-12341.

Dated: June 27th, 2024
New York, New York

DANIEL ORTIZ
ACTING CLERK OF COURT

/s/Rachel Slusher
Deputy Clerk