

| M. Katherine Bing | OFFICE OF THE CLERK | Telephone: |
| Clerk | **SUPREME COURT OF KENTUCKY** | (502) 564-4720 |
| | ROOM 209, STATE CAPITOL | FAX: |
| | 700 CAPITAL AVE. | (502) 564-5491 |
| | FRANKFORT, KENTUCKY 40601-3488 | |

## CERTIFICATION

I, M. Katherine Bing, Clerk of the Supreme Court of Kentucky, do hereby certify the records in this office show that _____Louis Martin Bograd_____ having met the necessary requirements for admission to the Bar, took the oath prescribed by the Constitution of this Commonwealth on _____August 16, 2013_____, and thereupon was admitted to practice as an attorney before this and all other courts of the Commonwealth of Kentucky, and certify that_____Louis Martin Bograd_____is an attorney at law in good standing, as such, in all the courts of the Commonwealth.

I further certify that the Supreme Court is the Court of highest jurisdiction for the Commonwealth of Kentucky.

Done at the Capitol at Frankfort, Kentucky this _____20th_____ day of June, 2024.

M. KATHERINE BING
CLERK

By: _____*Karen Cobb*_____
Deputy Clerk

# KENTUCKY BAR ASSOCIATION

514 WEST MAIN STREET
FRANKFORT, KENTUCKY 40601-1812
(502) 564-3795
FAX (502) 564-3225
www.kybar.org

**OFFICERS**
W. Fletcher McMurry Schrock
President

Rhonda Jennings Blackburn
President-Elect

Todd V. McMurtry
Vice President

Amy D. Cubbage
Immediate Past President

Elizabeth A. Combs
Chair, Young Lawyers Division

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Amelia M. Adams
Douglas G. Benge
Miranda D. Click
Allison I. Connelly
Matthew P. Cook
Jennifer M. Gatherwright
William M. "Mitch" Hall, Jr.
Susan Montalvo-Gesser
Susan D. Phillips
James M. Ridings
Stephanie McGehee-Shacklette
James A. Sigler
Catherine D. Stavros
J. Tanner Watkins



## THIS IS TO CERTIFY THAT

**LOUIS MARTIN BOGRAD**
Motley Rice LLC
2249 Webster Street
San Francisco, California 94115

Membership No. 95463

is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky, no record of any complaints or charges of any kind having been preferred against him. Dated this 19th day of June, 2024.

**JOHN MEYERS**
**REGISTRAR**

By: _Michele Pogrotsky_
Michele M. Pogrotsky, Deputy Registrar