UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/25/2024

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |
|---|---|

**This Document relates to:**
*Burnett, et al. v. Islamic Republic of Iran, et al.*, No. 15-cv-9903 (GBD)(SN)

## ORDER

The Plaintiffs' motion to correct exhibits is granted. Based on the information provided, it is hereby

**ORDERED** that the claim of Barbara E. DaMota, as Personal Representative of the Estate of Manuel John DaMota, asserted in Plaintiffs' April 30, 2024 motion is stricken and is also stricken from line 12 of ECF No. 9735-1 (ECF No. 702-1 in 15-cv-9903) and from line 12 of ECF No. 9736-2 (ECF No. 703-2 in 15-cv-9903); and it is

**ORDERED** that Plaintiffs' April 30, 2024 motion (ECF No. 9733) remains otherwise pending for all other claims asserted other than those for Barbara E. DaMota, as Personal Representative of the Estate of Manuel John DaMota.

The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 9983, and the related motion in *Burnett*, No. 15-cv-9903, ECF No. 761.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: June 25, 2024
       New York, New York