UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/2024

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |
| --- | --- |

**This Document relates to:**
*Burnett, et al. v. Islamic Republic of Iran, et al.*, No. 15-cv-9903 (GBD)(SN)

## ORDER

The Plaintiffs' motion to correct exhibit is granted. The document filed at ECF No. 10009-1 (ECF No. 768-1 in 15-cv-9903) is substituted for ECF No. 9947-1 (ECF No. 748-1 in 15-cv-9903) and ECF No. 9948-2 (ECF No. 749-2 in 15-cv-9903).

The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 10008, and the related motion in *Burnett*, No. 15-cv-9903, ECF No. 767.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: June 27, 2024
        New York, New York