UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 03 MDL 1570 (GBD)(SN)

Re: *Ashton, et al. v. Al Qaeda, et al.; 1:02-cv-06977-GBD-SN; 1:02-cv-07230-GBD-SN, Burlingame, et al. v. Laden, et al.*

I hereby certify under the penalties of perjury that on the 27th day of June 2024, I served defendant:

Islamic Republic of Iran
H.E. Dr. Mohammad Javad Zarif
Foreign Minister of the Ministry of Foreign Affairs
Imam Khomeini St., Imam Khomeini Sq.
Tehran, Islamic Republic of Iran

by dispatching via Federal Express, Tracking No. 7770 4851 4586, to The Secretary of State, (CA/OCS/PRI) SA-29, 4th Floor, 2201 C Street NW, Washington, DC, 20520, Attn: Director of Special Consular Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies in English and Farsi of the Notice of Default Judgment, which conforms to 22 CFR § 93.2; a true and certified copy of the August 31, 2015 default judgment on liability; a true and certified copy of the June 17, 2024 Partial Final Default Judgment and the moving papers for Plaintiffs' Motion; and a copy of the Foreign Sovereign Immunities Act.

Dated: June 27th, 2024
    New York, New York

DANIEL ORTIZ
ACTING CLERK OF COURT

/s/Rachel Slusher
Deputy Clerk