**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)  ECF Case |

**This document relates to:**
  *Burnett, et al. v. Islamic Rep. of Iran, et al.*, No. 15-cv-9903 (GBD)(SN)

<u>**PLAINTIFFS' NOTICE OF MOTION FOR ENTRY OF PARTIAL FINAL DEFAULT**</u>
<u>**JUDGMENTS ON BEHALF OF FOUR NON-NATIONAL IMMEDIATE FAMILY**</u>
<u>**MEMBERS OF NON-NATIONAL 9/11 DECEDENTS**</u>

**(*BURNETT* NON-NATIONALS 7)**

PLEASE TAKE NOTICE that upon the accompanying Declaration of John M. Eubanks ("Eubanks Declaration"), with exhibits, and the accompanying memorandum of law, Plaintiffs in the *Burnett* action pending before the Court seek partial default judgment awarding the four (4) Plaintiffs included in the exhibit to the Eubanks Declaration (the "Moving Plaintiffs"):

(1) damages for intentional infliction of emotional distress under state law for immediate family members who were not U.S. nationals on September 11, 2001 (in this instance siblings) of non-U.S.-national 9/11 decedents in the same per plaintiff amounts previously awarded as solatium damages by this Court to sibling plaintiffs under 28 U.S.C. § 1605A(c);

(2) prejudgment interest at the rate of 4.96 percent per annum, compounded annually for the period from September 11, 2001 until the date of the judgment;

(3) permission for these four Plaintiffs to seek punitive damages or other damages at a later date; and

(4) for all other *Burnett* Plaintiffs whose claims are subject to the jurisdiction of this Court against the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the

Central Bank of the Islamic Republic of Iran (collectively the "Iran Defendants") solely under the exception to sovereign immunity found at 28 U.S.C. § 1605B(b), to submit applications for damages awards in later stages, to the extent such awards have not previously been addressed.

Plaintiffs' request is made in connection with the judgment for default as to liability sought on April 30, 2024 against the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Central Bank of the Islamic Republic of Iran (collectively, "the Iran Defendants") in the *Burnett* case. *See* ECF No. 9733.

Dated:  June 28, 2024                                      Respectfully submitted,

                                                          MOTLEY RICE LLC


                                                          */S/ John M. Eubanks*
                                                          John M. Eubanks, Esq.
                                                          Jodi Westbrook Flowers, Esq.
                                                          Robert T. Haefele, Esq.
                                                          Jade Haileselassie, Esq.
                                                          28 Bridgeside Boulevard
                                                          Mount Pleasant, SC 29464
                                                          Tel: (843) 216-9000
                                                          Fax: (843) 216-9450
                                                          Email: jeubanks@motleyrice.com

                                                          *Attorneys for Plaintiffs*