**EXHIBIT A**
**NON-U.S.-NATIONAL IIED/SOLATIUM CLAIMANTS**

| # | Personal Representative ||||| Claimant ||||||| 9/11 Decedent ||||||| Claim Information |||| Solatium Damages |||||| Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | | First | Middle | Last | Suffix | Nationality on 9/11 | | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble | |
| 1 | | | | | | Monica | | Guzman | | Columbia | | Luis | Eduardo | Torres | | Columbia | 9/11/01 | NY | | | 1:15-cv-09903, 53, at 3405 | | Sibling | | | $ 4,250,000.00 | $ 12,750,000.00 | aka Monica Torres |
| 2 | | | | | | Ronald | Patrick | Cregan | | Ireland | | Joanne | Mary | Cregan | | Ireland | 9/11/01 | NY | | | 1:15-cv-09903, 53, at 3016 | | Sibling | | | $ 4,250,000.00 | $ 12,750,000.00 | |
| 3 | | | | | | William | C. | Wells | | United Kingdom | | Vincent | Michael | Wells | | United Kingdom | 9/11/01 | NY | | | 1:15-cv-09903, 53, at 3616 | | Sibling | | | $ 4,250,000.00 | $ 12,750,000.00 | aka DOE AP277 |
| 4 | | | | | | Joanne | | Cudmore | | United Kingdom | | Neil | James | Cudmore | | United Kingdom | 9/11/01 | NY | | | 1:15-cv-09903, 53, at 3324 | | Sibling | | | $ 4,250,000.00 | $ 12,750,000.00 | aka DOE AP264 |