UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 03 MDL 1570 (GBD)(SN)

Re: *DeRubbio, et al. v. Islamic Republic of Iran, 18-cv-5306 (GBD) (SN); Agyeman, et al. v. Islamic Republic of Iran, 18-cv-5320 (GBD) (SN); Morris, et al. v. Islamic Republic of Iran, 18-cv-5321 (GBD) (SN); Schlissel, et al. v. Islamic Republic of Iran, 18-cv-5331 (GBD) (SN); Kamardinova, et al. v. Islamic Republic of Iran, 18-cv-5339 (GBD) (SN); Abel, et al. v. Islamic Republic of Iran, 18-cv-11837 (GBD) (SN); Kim, et al. v. Islamic Republic of Iran, 18-cv-11870 (GBD) (SN); Jimenez, et al. v. Islamic Republic of Iran, 18-cv-11875 (GBD) (SN); Rivelli, et al. v. Islamic Republic of Iran, 18-cv-11878 (GBD) (SN); Aamoth, et al. v. Islamic Republic of Iran, 18-cv-12276 (GBD) (SN); Hemenway, et al. v. Islamic Republic a/Iran, 18-cv-12277 (GBD) (SN); Rowenhorst, et al. v. Islamic Republic of Iran, 18-cv-12387 (GBD) (SN); Bodner, et al. v. Islamic Republic of Iran, 19-cv-11776 (GBD) (SN); Bernaerts, et al. v. Islamic Republic of Iran, 19-cv-11865 (GBD) (SN); Aron, et al. v. Islamic Republic of Iran, 20-cv-9376 (GBD) (SN); Asaro, et al. v. Islamic Republic of Iran, 20-cv-l 0460 (GBD) (SN); Amato, et al. v. Islamic Republic of Iran, 21-cv-10239 (GBD) (SN); King, et al. v. Islamic Republic of Iran, 22-cv-5193 (GBD) (SN)*

I hereby certify under the penalties of perjury that on the 1st day of July 2024, I served defendant:

Islamic Republic of Iran
Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic Republic of Iran
Imam Khomeini Avenue
Tehran, Iran
ATTN: H.E. Hossein Amir-Abdollahian

by dispatching via Federal Express, Tracking No. 8161 1184 2238, to The Secretary of State, (CA/OCS/PRI) SA-29, 4th Floor, 2201 C Street NW, Washington, DC, 20520, Attn: Director of Special Consular Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies in English and Farsi of the Notice of Judgment for Memorandum Decision and Order of final judgments for liability and for partial final damages, ECF No. 9931 dated June 17, 2024, prepared in accordance with 22 CFR § 93.2; Memorandum Decision and Order of final judgments for liability and for partial final damages, ECF No. 9931 dated June 17, 2024; Order Modifying the Memorandum Decision and Order of final judgments for liability and for partial final damages, ECF No. 9990 dated June 24, 2024; Instructions for Appealing Judgment; a copy of 28 U.S.C. 1330, 28 U.S.C. 1391, 28. U.S.C. 1441, and the

Foreign Sovereign Immunities Act (28 U.S.C. 1602, et seq.); Affidavit of translator.

Dated: July 1, 2024
      New York, New York

                                                 Daniel Ortiz
                                                 Acting Clerk of Court

                                                 <u>/s/Rachel Slusher</u>
                                                 Deputy Clerk