UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |
| This document relates to:<br>*Rodriguez, et al. v. The Islamic Republic of Iran* | 18-cv-12347 (GBD)(SN)<br>ECF Case |

**MOTION FOR ENTRY OF PARTIAL FINAL DEFAULT JUDGMENT AGAINST THE ISLAMIC REPUBLIC OF IRAN AS TO LIABILITY AND DAMAGES**

PLEASE TAKE NOTICE that upon the accompanying declaration of Robert Keith Morgan with exhibits, and the accompanying memorandum of law, and in accordance with this Court's November 14, 2023 Order setting forth such information as is required by the Court to adjudicate this motion (See ECF No. 9425), the Plaintiffs identified in Exhibit A (*Rodriguez* Plaintiffs) to the declaration of Robert Keith Morgan, respectfully move this Court for an Order of judgment by default against the Defendant, Islamic Republic of Iran ("Iran"), under 28 U.S.C. § 1605A(c).[1] *Rodriguez* Plaintiffs herein are seeking pain and suffering and solatium damages in accordance with this Court's prior orders and based on those awarded in prior judgments entered by this Court in this litigation, specifically, *Havish v. bin Laden* (ECF No. 2618), and *Hoglan v. The Islamic Republic of Iran* (ECF No. 3363). Plaintiffs also seek pre-judgment interest at rate of 4.96 percent per annum, compounded annually from the period from September 11, 2001, until the date of the judgment.

John Martin, who was the spouse of Teresa Martin, who was killed in the attacks of the Pentagon on September 11, 2001, moves for entry of a judgment for solatium damages in the amount $ 12,500,000; Rosa Jimenez, the mother of Luis Jimenez, Jr., who was killed in the attacks on the World Trade Center on September 11, 2001, moves for entry of a judgment for solatium damages in the amount $ 8,500,000, Alonso Salvatierra, the brother of Luis Jimenez, Jr., moves

---

[1] All ECF Nos. refer to the main MDL docket, 03-md-01570, unless otherwise indicated.

1

for an entry of judgment for solatium damages in the amount of $ 4,250,000.  Rosa Jimenez as personal representative of the Estate of Luis Jimenez, Jr., Alessandra Benedetti as the personal representative of the Estate of Paul Benedetti, Sara Lefkowitz as the personal representative of the Estate of Stephen Lefkowitz, John Martin as the personal representative of the Estate of Teresa Martin, and Neil Shatzoff as the personal representative of the Estate of Kathryn Shatzoff, all of whom represent estates of nationals of the United States killed in the terrorist attacks on September 11, 2001, each move for pain and suffering damages in the amount of $ 2,000,000.  Estate Plaintiffs also seek leave of Court to submit future motions asserting economic damages.

Further, *Rodriguez* Plaintiffs move that any pain and suffering and/or solatium damages awarded herein include prejudgment interest at the rate of 4.96 percent per annum, compounded annually from the period from September 11, 2001, until the date of judgment. *Rodriguez* Plaintiffs also move for permission to seek punitive damages in the future and for all other Plaintiffs not appearing on Exhibit A, to submit applications for damage awards in later stages of this litigation, to the extent such awards have not been previously addressed by the Court.

Dated:  July 3, 2024

                            Respectfully submitted,

                            */s/  Robert Keith Morgan*
                            Robert Keith Morgan
                            David J. Dickens
                            The Miller Firm LLC
                            108 Railroad Ave
                            Orange, VA 22960
                            Tel: 540-672-4224
                            Fax: 540-672-3055
                            Email: kmorgan@millerfirmllc.com

                            *Counsel for Plaintiffs*