UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) <br> ECF Case |
| This document relates to: <br> *Rodriguez, et al. v. The Islamic Republic of Iran* | 18-cv-12347 (GBD)(SN) <br> ECF Case |

**ATTORNEY DECLARATION IN SUPPORT OF MOTION FOR
ENTRY OF PARTIAL FINAL DEFAULT JUDGMENT**

Robert Keith Morgan, Esq., hereby states under penalty of perjury, as follows:

1. I am an attorney in The Miller Firm, LLC, which represents the Plaintiffs in the above-captioned matter. I submit this Declaration in support of the motion for default judgment on behalf of the Plaintiffs identified in Exhibit A, attached hereto, from the action titled *Rodriguez, et al. v. The Islamic Republic of Iran*, 18-cv-12347-GBD-SN. The form of this motion and the relief requested herein are intended to comply with the following orders of this Court:

    a. The Court's Order dated January 24, 2017 (ECF 3435), requiring that "[a]ll further motions for final judgment against any defaulting defendant shall be accompanied by a sworn declaration attesting that the attorney has (1) complied with the due diligence safeguards [referenced in Section II.D of the January 23, 2017 letter from the Plaintiff's Executive committee, (ECF 3433) and (2) personally verified that no relief has previously been awarded to any plaintiff included in the judgment (or, if relief has been awarded, the nature of the relief.)."[1]

    b. The Court's Order dated October 14, 2016 (3362) related to the cases captioned as Bauer v. al Qaeda Islamic Army, 02-cv-7236 (GBD)(SN) and Ashton v. al Qaeda Islamic Army, 02-cv-6977 (GBD)(SN).

2. Service of process on the Islamic Republic of Iran in this matter was effectuated

---

[1] Unless indicated differently, citations to ECF Nos. are to the docket in *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD)(SN).

1

through diplomatic channels pursuant to 28 U.S.C. §1608(a)(4) on December 18, 2019 (ECF 8438) and the Certificate of Default was entered August 24, 2022 (ECF 8442).

3. The sources of my information and the basis for my belief in my statements contained herein are my personal involvement in this matter, my firms representation of the Plaintiffs identified in Exhibit A in connection with the terrorist attacks of September 11, 2001, other court records relating to the *In re Terrorist Attacks of September 11, 2001* multidistrict litigation to which these individuals and estates are parties, my communications with other counsel representing other plaintiffs in the *In re Terrorist Attacks of September 11, 2001* multidistrict litigation, conversations with these Plaintiffs and other family members. Any matters about which I lack personal knowledge are asserted herein upon information and belief.

4. The Miller Firm has been retained by the Plaintiffs to pursue recovery for their damages arising out of the death of immediate family members in the terror attacks on September 11, 2001. The Plaintiffs do not have any other motions requesting judgments pending against the Iranian defendants and, after reviewing records available to me regarding other judgments entered by this Court, I have not identified any relief that has been previously awarded to the plaintiffs against these defendants.

5. Paul Benedetti was a citizen of the United States and worked as an assistant director with Aon Corporation. He was killed in the terrorist attack on the World Tade Center on September 11, 2001. He was thirty-two years old.

6. Alessandra Benedetti is a citizen of the United States and is the surviving spouse of Paul Benedetti. Ms. Benedetti is the Personal Representative of the Estate of Paul Benedetti. This has been verified through documentary sources, court records, as well as interviews with family

members.  In accordance with the Court's prior decisions in this MDL, she may recover damages for the decedent's pain and suffering on behalf of the estate.

7. Luis Jimenez, Jr. was a citizen of the United States and worked as an accountant with Marsh & McLennan.  He was killed in the terrorist attack on the World Trade Center on September 11, 2001.  He was twenty-five years old.

8. Rosa Jimenez is a citizen of the United States and is the mother of Luis Jimenez, Jr. and is the Personal Representative of the Estate of Luis Jimenez, Jr.  This has been verified through documentary sources, court records, as well as interviews with family members. In accordance with the Court's prior decisions in this MDL, she may recover damages for the decedent's pain and suffering on behalf of the estate.  She may also recover solatium damages as the mother of Luis Jimenez, Jr., who died in the terrorist attacks on September 11, 2001.

9. Alonso Salvatierra is a citizen of the United States and was the brother of Luis Jimenez, Jr.  This has been verified through documentary sources, court records, as well as interviews with family members.  As the sibling of Luis Jimenez, Jr., he is within the framework established by this Court for eligibility for solatium damages.

10. Stephen Lefkowitz was a citizen of the United States and worked for the New York Department of Taxation and Finance.  He was killed in the terrorist attack on the World Trade Center on September 11, 2001.  He was fifty years old.

11. Sara Lefkowitz is a citizen of the United States and is the surviving spouse of Stephen Lefkowitz.  Ms. Lefkowitz is the Personal Representative of the Estate of Stephen Lefkowitz.  This has been verified through documentary sources, court records, as well as interviews with family members.  In accordance with the Court's prior decisions in this MDL, she may recover damages for the decedent's pain and suffering on behalf of the estate.

12. Kathyrn Shatzoff was a citizen of the United States and was employed by Marsh & McLennan. She was killed in the terrorist attack on the World Trade Center on September 11, 2001. She was thirty-seven years old.

13. Neil Shatzoff is a citizen of the United States and is the surviving spouse of Kathryn Shatzoff. Mr. Shatzoff is the Personal Representative of the Estate of Kathyrn Shatzoff. This has been verified through documentary sources, court records, as well as interviews with family members. In accordance with the Court's prior decisions in this MDL, he may recover damages for the decedent's pain and suffering on behalf of the estate.

14. Teresa Martin was a citizen of the United States and was a civilian employee of the United States Army. She was killed in the terrorist attack on the Pentagon on September 11, 2001. She was forty-five years old.

15. John Martin is a citizen of the United States and is the surviving spouse of Teresa Martin and is the Personal Representative of the Estate of Teresa Martin. This has been verified through documentary sources, court records, as well as interviews with family members. In accordance with the Court's prior decisions in this MDL, he may recover damages for the decedent's pain and suffering on behalf of the estate. He may also recover solatium damages as the spouse of Teresa Martin, who died in the terrorist attacks on September 11, 2001.

16. Before filing this motion, I have (1) complied with the due diligence safeguards referenced in Section II.D of the January 23, 2017 letter from the PEC (ECF 3433) and (2) personally verified that, based on the PEC's review of the records available to it regarding other judgments entered by this Court against the Iranian defendants, no relief has previously been awarded to any of the plaintiffs included in the judgment.

17. Accordingly, a proposed Order of Partial Final Judgment for the Plaintiffs identified in Exhibit A, conforming to the Court's previous orders, is being filed contemporaneously with this Declaration.

Dated July 3, 2024

                                        */s/ Robert Keith Morgan*
Robert Keith Morgan
The Miller Firm LLC
108 Railroad Ave
Orange, VA 22960
Tel: 540-672-4224
kmorgan@millerfirmllc.com