# EXHIBIT A

EXHIBIT A – United States national estates w/o prior judgments

Estates - (description)

| Personal Representative | | | 9/11 Decedent | | | | | | Claim Information | | | Pain & Suffering Damages |
| First | Middle | Last | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Alessandra | | Benedetti | Paul | | Benedetti | | US | 9/11/01 | NY | 18cv12347 | 1 at allegation 4, appendix 1 | | $2,000,000 |
| 2 Rosa | | Jimenez | Luis | | Jimenez | Jr. | US | 9/11/01 | NY | 18cv12347 | 1 at allegation 51, appendix 1 | 81 | $2,000,000 |
| 3 Sara | | Lefkowitz | Stephen | | Lefkowitz | | US | 9/11/01 | NY | 18cv12347 | 1 at allegation 57, appendix 1 | | $2,000,000 |
| 4 John | | Martin | Teresa | | Martin | | US | 9/11/01 | VA | 18cv12347 | 1 at allegation 59, appendix 1 | | $2,000,000 |
| 5 Neil | | Shatzoff | Kathryn | | Shatzoff | | US | 9/11/01 | NY | 18cv12347 | 1 at allegation 69, appendix 1 | | $2,000,000 |
| 6 | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | |
| 33 | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | |
| 36 | | | | | | | | | | | | | |
| 37 | | | | | | | | | | | | | |
| 38 | | | | | | | | | | | | | |
| 39 | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | |
| 41 | | | | | | | | | | | | | |
| 42 | | | | | | | | | | | | | |
| 43 | | | | | | | | | | | | | |
| 44 | | | | | | | | | | | | | |
| 45 | | | | | | | | | | | | | |
| 46 | | | | | | | | | | | | | |
| 47 | | | | | | | | | | | | | |
| 48 | | | | | | | | | | | | | |
| 49 | | | | | | | | | | | | | |
| 50 | | | | | | | | | | | | | |

EXHIBIT A – United States national solatium plaintiffs w/o prior judgments

Solatium - (description)

| Claimant | | | | 9/11 Decedent | | | | | | | Claim Information | | Solatium Damages | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Relationship | Amount |
| Rosa | | Jimenez | US | Luis | | Jimenez | Jr. | US | 9/11/01 | NY | 18cv12347 | 1 at allegation 50, appendix 1 | Parent | $ 8,500,000.00 |
| Alonso | | Salvatierra | US | Luis | | Jimenez | Jr. | US | 9/11/01 | NY | 18cv12347 | 1 at allegation 68, appendix 1 | Sibling | $ 4,250,000.00 |
| John | | Martin | US | Teresa | | Martin | | US | 9/11/01 | VA | 18cv12347 | 1 at allegation 59, appendix 1 | Spouse | $ 12,500,000.00 |