UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 03 MDL 1570 (GBD)(SN)

Re: *Betru, et al. v. Islamic Republic of Iran*, 1:18-cv-08297-GBD-SN

I hereby certify under the penalties of perjury that on the 8th day of July 2024, I served defendant:

Islamic Republic of Iran
H.E. Dr. Mohammad Javad Zarif
Foreign Minister of the Ministry of Foreign Affairs
Imam Khomeini Street, Imam Khomeini Square
Tehran, Islamic Republic of Iran

by dispatching via Federal Express, Tracking No. 8169 2050 4430, to The Secretary of State, (L/CA/POG/GC) SA-17, 10th Floor, 2201 C Street NW, Washington, DC, 20522, Attn: Director of Special Consular Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), (in English and Farsi) a true and certified Notice of Default Judgment which conforms to the requirements of 22 C.F.R. § 93.2; a true and certified copy of the *Betru* July 19, 2022 Default Judgment on liability; a true and certified copy of the June 17, 2024 Order Granting in Part Plaintiff's Motion for Partial Final Judgment Against the Islamic Republic of Iran on Behalf of *Betru 3* Plaintiffs, the moving papers for Plaintiffs' motion filed April 19, 2024; a copy of the Foreign Sovereign Immunities Act.

Dated: July 8, 2024
New York, New York

DANIEL ORTIZ
ACTING CLERK OF COURT

/s/Rachel Slusher
Deputy Clerk