UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Kone et al. |
| -v- |
| Islamic Republic of Iran |

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 23-cv-5790 (GBD)

I hereby certify under the penalties of perjury that on the 21st day of December 2023, I served defendant:

Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic Republic of Iran
Iman Khomeini Avenue
Tehran, Iran
Attn: H.E. Hossein Amir-Abdollahian

By dispatching via Federal Express, Tracking No. 8161 1184 2937, to the Secretary of State, Attn: Jared Hess, Office of Policy Review and Inter-Agency Liaison (CA/OCS/L), U.S. Department of State, SA-17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of (in English and Farsi):

1. Summons
2. Complaint deemed filed on July 6th, 2023
3. Iran Short Form Amended Complaint filed on August 4th, 2023
4. Notice to Conform to Sudan Consolidated Amended Complaint filed July 11th, 2023 and August 7th, 2023
5. Notice to Conform to Consolidated Amended Complaint filed August 10th, 2023
6. Civil Cover Sheet
7. Related Cast Statement
8. Notice of Suit prepared in accordance with 22 C.F.R. § 93.2 and with a copy of 28 U.S.C §§ 1330, 1391(f), 1441(d) and 1602-1611
9. Affidavit of Translator & Translations of the above-mentioned documents

Dated: New York, New York
December 21, 2023

RUBY J. KRAJICK
CLERK OF COURT

/s/Nicole Molinelli
Deputy Clerk