UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/10/2024

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The Court GRANTS Saudi Arabia's request to submit to chambers a USB drive containing confidential material that is presently under seal. See ECF No. 10,069.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    July 10, 2024
              New York, New York