

July 10, 2024

The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

BY ECF

**Re: *In re Terrorist Attacks on September 11, 2001*, No. 1:03-md-01570 (S.D.N.Y.)**

Dear Judge Netburn:

We respectfully write on behalf of Defendants Muslim World League ("MWL"), International Islamic Relief Organization ("IIRO"), World Assembly of Muslim Youth ("WAMY"), Dr. Adnan Basha, Dr. Abdullah Al-Turki, Dr. Abdullah Al-Obaid, and Dr. Abdullah Naseef (collectively, the "Objecting Defendants") to advise the Court that these defendants join in the letter filed by the Kingdom of Saudi Arabia on July 10, 2024 insofar as that letter addresses documents that Plaintiffs have filed but not cited (or improperly cited) and deposition transcripts Plaintiffs have filed in their entirety but cited only in part.[1] We also note that, when filing the deposition transcripts, Plaintiffs omitted the respective errata sheets with the deposition transcripts, which sheets contain numerous corrections to significant translation and transcription errors.

The Objecting Defendants therefore join in the Kingdom of Saudi Arabia's: (1) argument that the documents that Plaintiffs have filed but not cited (or improperly cited) remain subject to the protective orders in this case and (2) request that the Court direct the parties to file publicly only those portions of depositions that are properly cited in the parties' briefs, averments, or responses, with appropriate redactions. The Objecting Defendants also request that the Court direct the parties to attach publicly those portions of the errata sheets that correspond with the cited portions of those deposition transcripts filed publicly to ensure that the transcripts accurately reflect the deponents' testimonies.[2]

---

[1] Plaintiffs have filed the entire deposition transcripts of Drs. Basha, Al-Obaid, and Al-Turki and of Dr. Saleh Al-Wohaibi and Mr. Ibrahim Abdullah. Dr. Basha served as Secretary General of the IIRO. Drs. Al-Obaid and Al-Turki served as Secretaries General of MWL. Dr. Saleh Al-Wohaibi serves as the Secretary General of WAMY, and Mr. Ibrahim Abdullah served as the head of WAMY International.

[2] As noted above, Plaintiffs have improperly filed entire deposition transcripts under seal without corresponding errata sheets. As to those portions of the deposition transcripts that are not cited and

1050 K Street, NW  |  Suite 400  |  Washington, DC 20001  |  t 202 833 8900  |  f 202 466 5738

WASHINGTON    NEW YORK    LONDON

lbkmlaw.com

**Lewis
Baach
Kaufmann
Middlemiss**
PLLC

The Honorable Sarah Netburn
July 10, 2024

We thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/ Aisha E. R. Bembry

_____

Aisha E. R. Bembry (admitted *pro hac vice*)
Lewis Baach Kaufmann Middlemiss PLLC
1050 K Street, NW, Suite 400
Washington, DC 20001
Telephone: (202) 833-8900
Facsimile: (202) 466-5738
Email: Aisha.Bembry@lbkmlaw.com
*Counsel for Defendants Muslim World League, International Islamic Relief Organization, Dr. Abdullah bin Saleh Al Obaid, Dr. Adnan Khalil Basha, Dr. Abdullah Omar Naseef, and Dr. Abdullah bin Abdelmohsen Al Turki*

---

therefore should not be filed publicly, Plaintiffs should also be directed to file the corresponding errata sheets in their entirety under seal.

2

Lewis
Baach
Kaufmann
Middlemiss
PLLC

The Honorable Sarah Netburn
July 10, 2024

/s/ Omar T. Mohammedi

_____

Omar T. Mohammedi
Frederick Goetz, *Of Counsel* (admitted *pro hac vice*)
The Law Firm of Omar T. Mohammedi, LLC
233 Broadway, Suite 820
New York, NY 10279
Telephone: (212) 725-3846
Fax: (212) 202-7621
Email: omohammedi@otmlaw.com
Email: fgoetz@goetzeckland.com
*Counsel for Defendants World Assembly of Muslim Youth and World Assembly of Muslim Youth International*

/s/ Alan Kabat

_____

Alan Kabat
Bernabei & Kabat, PLLC
1400 16th Street, NW, Suite 500
Washington, DC 20036
Telephone: (202) 644-9935
Facsimile: (202) 745-2627
Email: Kabat@BernabeiPLLC.com
*Counsel for Dr. Abdullah bin Saleh Al Obaid, Dr. Adnan Khalil Basha, Dr. Abdullah Omar Naseef, and Dr. Abdullah bin Abdelmohsen Al Turki*

Cc: All counsel of record by ECF

3

WASHINGTON   NEW YORK   LONDON
lbkmlaw.com