**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

July 10, 2024

*Via ECF and Hand Delivery*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

      Re:    *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN)

Dear Judge Netburn:

      Defendant Kingdom of Saudi Arabia ("Saudi Arabia") respectfully submits the attached USB drive containing documents referenced in its letter filing, dated July 10, 2024, regarding the sealing of certain exhibits and information submitted in connection with Saudi Arabia's renewed motion to dismiss. The USB drive contains electronic copies of (a) all exhibits Saudi Arabia seeks to maintain under seal in their entirety, all of which have previously been filed, and (b) the parties' renewed motion to dismiss filings and exhibits with proposed redactions for confidential information that Saudi Arabia has previously served on Plaintiffs, the FBI, and Dallah Avco.

      Because the USB drive contains documents protected by the FBI and MDL Protective Orders, it is being filed under seal. Saudi Arabia has filed a copy of this letter on the docket.

      Respectfully submitted,

      /s/ *Michael K. Kellogg*

      Michael K. Kellogg
      *Counsel for the Kingdom of Saudi Arabia*

cc:    All MDL Counsel of Record (via ECF)