

LAW FIRM OF
**OMAR T. MOHAMMEDI, LLC**

233 BROADWAY, SUITE 820
WOOLWORTH BUILDING
NEW YORK, NY 10279
PHONE (212) 725-3846
FACSIMILE (212) 202-7621
WWW.OTMLAW.COM

OMAR T. MOHAMMEDI, ESQ.
DIRECT DIAL: (212) 725-3846 x101
EMAIL: OMOHAMMEDI@OTMLAW.COM

NEW YORK, EIGHTH CIRCUIT
SECOND CIRCUIT, ALGERIAN BAR
US COURT ON INTERNATIONAL TRADE

June 21, 2024

**VIA ELECTRONIC MAIL**

Robert T. Haefele, Esq.
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
Tel.: (843) 216-9184
rhaefele@motleyrice.com

*For the Plaintiffs' Exec. Committees*

Sean P. Carter, Esq.
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Tel.: (215) 665-2105
scarter@cozen.com

*For the Plaintiffs' Exec. Committees*

Steven Pounian, Esq.
Kreindler & Kreindler LLP
485 Lexington Avenue
New York, NY 10017
spounian@Kreindler.com

*Attorneys for Ashton Plaintiffs*

**Re: In re Terrorist Attacks of September 11, 2001, 03 MDL 1570**

Dear Counsel:

    We write in response to your letter of June 19, 2024. Your pugnacious approach and misplaced assumptions are not well taken. We believe our collective time and efforts are best spent focusing on the issue at hand which is whether any WAMY-related exhibits should be sealed.

    As you are fully aware, this office represents WAMY and WAMY Int'l ("WAMY") and advocates for them at our terms, not those of PECs. Lawyers for the Kingdom of Saudi Arabia do not represent WAMY. Our position as counsel for WAMY is consistent with our obligation to communicate with you directly and request that you submit to us the documents you intend to use in another related case for us to evaluate to

**LAW FIRM OF**
**OMAR T. MOHAMMEDI, LLC**

avoid any issues. That said, WAMY does not seek to have any WAMY-related exhibit set forth in your letter of June 19, 2024, sealed.  Thank you

                                  Sincerely,

                                  */s/ Omar Mohammedi*
                                  Omar T. Mohammedi, Esq.

                                  */s/ Fredrick Goetz*
                                  Frederick J. Goetz, Esq.

CC: Michael Kellogg, Esq.
      Matthew Duffy, Esq.