UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Danielle Kelly, et al.,<br><br>　　　　　Plaintiffs,<br><br>-v-<br><br>The Islamic Republic of Iran.,<br><br>　　　　　Defendant. | **CLERK'S CERTIFICATE OF MAILING**<br><br>Case No.: 1:23-cv-07283-GBD |

I hereby certify under the penalties of perjury that on the 27th day of December 2023, I served defendant:

>   Minister of Foreign Affairs
>   Ministry of Foreign Affairs of the Islamic Republic of Iran
>   Imam Khomeini Avenue
>   Tehran, Iran
>   ATTN: H.E. Hossein Amir-Abdollahian

By dispatching via Federal Express, Tracking No. 8161 1184 4160, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of (in English and Farsi):

1)　Request for summons;

2)　Summons;

3)　Amended Complaint dated August 31, 2023;

4)　Civil Cover Sheet;

5)　Related Case Statement;

6)　Letter to Honorable Sarah Netburn;

7)　Notice to Conform to Sudan Consolidated Amended Complaint dated August 21, 2023, August 31, 2023, and September 1, 2023;

8)　Notice of Suit prepared in accordance with 22 CFR § 93.2 with a copy of 28 U.S.C. §§ 1330, 1391(f), 1441(d), and 1602-1611;

9) Affidavit of translator;

10) Translations of the above-mentioned documents.

Dated: New York, New York
December 27, 2023

                                          RUBY J. KRAJICK
                                          CLERK OF COURT

                                          /s/ Rachel Slusher
                                          Deputy Clerk