**Greene, Alexander**

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Tuesday, July 9, 2024 12:19 PM |
| **To:** | CourtMail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:23-cv-07283-GBD Kelly et al v. Islamic Republic of Iran Clerk Certificate of Mailing Received |

**EXTERNAL SENDER**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 7/9/2024 at 12:19 PM EDT and filed on 6/25/2024

**Case Name:** Kelly et al v. Islamic Republic of Iran
**Case Number:** 1:23-cv-07283-GBD
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**CLERK CERTIFICATE OF MAILING RECEIVED for Request for summons; Summons; Amended Complaint dated August 31, 2023; Civil Cover Sheet; Related Case Statement; Letter to Honorable Sarah Netburn; Notice to Conform to Sudan Consolidated Amended Com plaint dated August 21, 2023, August 31, 2023, and September 1, 2023; Notice of Suit prepared in accordance with 22 CFR § 93.2 with a copy of 28 U.S.C. § § 1330, 1391(f), 1441(d), and 1602-1611; Affidavit of translator; Translations of the above-mentioned documents mailed to Minister of Foreign Affairs Ministry of Foreign Affairs of the Islamic Republic of Iran Imam Khomeini Avenue Tehran, Iran ATTN: H.E. Hossein Amir-Abdollahian on 12/27/2023 by Federal Express tracking # 8161 1184 4160, as per [27] Clerk Certificate of Mailing. RECEIVED ON: 6/25/2024. (ras)**


**1:23-cv-07283-GBD Notice has been electronically mailed to:**

Jerry Stephen Goldman    jgoldman@andersonkill.com, dflynn@andersonkill.com, dfraser@andersonkill.com, erybicki@andersonkill.com

Bruce Elliot Strong    bstrong@andersonkill.com, dfraser@andersonkill.com

Alexander Greene    agreene@andersonkill.com, dfraser@andersonkill.com

Jeremy Benjamin Shockett    jshockett@andersonkill.com

**1:23-cv-07283-GBD Notice has been delivered by other means to:**