UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) |
|---|---|

This document relates to:
*Celestine Kone, et al. v. Islamic Republic of Iran*, No. 1:23-cv-05790 (GBD)(SN)

## CLERK'S CERTIFICATE OF DEFAULT

I, Ruby J. Krajick, Clerk of the United States District Court for the Southern District of New York, do hereby certify that plaintiffs commenced this action on July 6, 2023 by filing a summons and complaint, and served defendant Islamic Republic of Iran ("Iran") as follows:

As evidenced by letter dated June 12, 2024 from Jared Hess, Attorney Advisor, Overseas Citizens Services, Office of Legal Affairs, United States Department of State, to Ruby J. Krajick, Clerk of Court, service was effectuated on Iran on May 7, 2024, when the U.S. Department of State, assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran, delivered the Service Documents to the Iranian Ministry of Foreign Affairs under cover of diplomatic note number 1037-IE. *See* Affidavit of Service filed on July 9, 2024, ECF No. 10070.

I further certify that the docket entries indicate that Iran has not filed an answer or otherwise moved with respect to the Complaint herein. The default of Iran is hereby noted.

Dated: New York, New York
_____ \_\_\_, 2024

RUBY J. KRAJICK,

Clerk of Court

By: _____
Deputy Clerk

docs-100576949.1