UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Celestine Kone, et al.*

-v-

*Islamic Republic of Iran*

**CERTIFICATE OF MAILING**

Case No.: 1:23-cv-05790 (GBD)

    I hereby certify under the penalties of perjury that on the 3rd day of November 2023, I served:

    Minister of Foreign Affairs
    Ministry of Foreign Affairs of the Islamic Republic of Iran
    Iman Khomeini Avenue
    Tehran, Iran
    ATTN: H.E. Hossein Amir-Abdollahian

    ☒    the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

    1 copy of the Amended Summons, Complaint dated July 6, 2023, Iran Short Form Amended Complaint dated August 4, 2023, Notice to Conform to Sudan Consolidated Amended Complaint or Ashton Sudan Amended Complaint dated July 11, 2023, August 7, 2023, and August 10, 2023, Civil Cover Sheet, Related Case Statement, Notice of suit prepared in accordance with 22 CFR § 93.2 with a copy of 28 U.S.C. §§ 1330, 1391(f), 1441(d), and 1602-1611, Affidavit of Translator and Translations of the above-mentioned documents.

by USPS Registered Mail RH003854476US

Dated:  New York, New York
          November 3rd, 2023

                                                Ruby J. Krajick
                                              Clerk of Court

                                              /s/Brenton Cong
                                              DEPUTY CLERK