UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:                                                                                    03-MD-01570 (GBD)(SN)

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001                                     **NOTICE OF APPEARANCE**


-----------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Gayle C. Sproul, who is authorized to practice in this Court, hereby enters her appearance as counsel for intervenor CBS Broadcasting Inc. in this matter.

Dated: July 16, 2024

                                               Respectfully submitted,


                                               By:  ___s/ Gayle C. Sproul___
                                               CBS Broadcasting Inc.
                                               524 West 57th Street
                                               New York, NY 10019
                                               Tel: (212) 975-3095
                                               gayle.sproul@cbs.com
                                               Bar No. GS7227
                                               *Attorney for Defendant CBS Broadcasting Inc.*