# Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Michael Berry
Tel: 215.988.9773
BerryM@ballardspahr.com

Jacquelyn Schell
Tel: 646.446.8048
SchellJ@ballardspahr.com

July 16, 2024

*Via ECF*

The Honorable George B. Daniels
United States District Judge
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re:   *In re: Terrorist Attacks on September 11, 2001*, Case No. 03-md-1570
      Request for Timely Unsealing of Judicial Records

Dear Judge Daniels and Judge Netburn:

We write on behalf of NewsNation ("NewsNation"), a division of Nexstar Media Inc. NewsNation is a 24/7 cable news/news commentary program service reaching nearly 67 million television households across the United States.

NewsNation writes in support of the requests by The New York Times Company (Dkt. 10067), ProPublica (Dkt. 10071), and CBS News (Dkt. 10084) to unseal the records filed in support of and opposition to defendant Kingdom of Saudi Arabia's motion to dismiss. Specifically, NewsNation joins The New York Times in supporting the position outlined in Plaintiffs' June 13, 2024 letter (Dkt. 9901), which seeks prompt review and disposition of unsealing issues prior to the Court's hearing and potential disposition of Saudi Arabia's pending motion to dismiss. NewsNation also supports the positions outlined by CBS News in response to the correspondence filed by Saudi Arabia (Dkt. 10080) and the Federal Bureau of Investigation (Dkt. 10079).

NewsNation makes this request pursuant to its right to access the materials filed in connection with the pending motion to dismiss under the First Amendment to the U.S. Constitution and common law. The public has a significant interest in understanding this

Hon. George B. Daniels
Hon. Sarah Netburn
July 16, 2024
Page 2

high-profile case generally and the arguments and evidence in support of in opposition to Saudi Arabia's dispositive motion. Timely access to the sealed documents is critical to the press's ability to inform the public about this important litigation.

NewsNation understands that counsel for The New York Times and CBS News plan to appear at the conference on this issue tomorrow. NewsNation has conferred with counsel in anticipation of the conference. It supports their positions in full and, as such, joins any arguments made by their counsel at the conference.

Thank you in advance for Your Honors' consideration.

Respectfully submitted,

Michael Berry
Jacquelyn Schell