1050 Techwood Drive NW, Atlanta, GA 30318

**MERRIAM MIKHAIL**
Director, Legal
Cable News Network, Inc.
T (404) 834-6166
Merriam.Mikhail@cnn.com



July 16, 2024

**FILED VIA ECF**

Hon. George B. Daniels
United States District Judge, Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Hon. Sarah Netburn
United States Magistrate Judge, Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re: <u>In re: Terrorist Attacks on September 11, 2001</u>, Case No. 03-MDL-1570 – Letter Motion of The New York Times Co. to Unseal Judicial Records

Dear Judge Daniels and Judge Netburn,

Cable News Network, Inc. ("CNN") respectfully submits this letter to join in the request filed by The New York Times Company ("The Times") on July 8, 2024 (Docket No. 10067) in support of Plaintiffs' request of June 13, 2024 (Docket No. 9901), seeking expedited unsealing of judicial records in the above-captioned case.

As explained by The Times, and elaborated upon in the July 12, 2024, letter of CBS News (Docket No. 10084), the public has a strong and long-recognized right of access at common law and under the First Amendment to inspect documents filed with the courts. The interest is doubly acute where, as here, the filings (a) are presented to the Court for consideration in connection with dispositive motions and (b) pertain to matters of highest public interest and concern (national security, and specifically, the deadliest terror attacks on U.S. soil in history).

CNN owns and operates numerous news platforms and services, including the television network known as CNN and the website www.cnn.com. CNN has reported extensively on the issues implicated by this case for many years,[1] and intends to use records made accessible by the Court to continue doing so.

As The Times and CBS News explain in their filings, timely access to the sealed court records at issue is critical to enable members of the news media to accurately deliver information to the public about this case, how the Court decides it, and the underlying national-security issues and concerns. These matters have been the subject of intense public speculation for more than two decades. The public's interest in a thorough, verified account is best served by access to the official documents that are at issue here.

We thank the Court for its careful consideration of this important matter.

Respectfully,

Merriam Mikhail

cc: All counsel of record (via ECF)

---

[1] *See, e.g.,* Kate Sullivan, *Saudi embassy says it welcomes the release of classified documents related to September 11 attacks*, CNN.com (Sept. 9, 2021), https://www.cnn.com/2021/09/08/politics/saudi-embassy-september-11-documents/index.html; Jennifer Rizzo, *Prince and the '28 pages': Indirect 9/11 link to Saudi royal revealed*, CNN.com (Aug. 5, 2016), https://www.cnn.com/2016/08/05/politics/28-pages-saudi-prince-bandar-9-11/index.html; Jim Sciutto, Ryan Browne & Deirdre Walsh, *Congress releases secret '28 pages' on alleged Saudi 9/11 ties*, CNN.com (July 15, 2016), https://www.cnn.com/2016/07/15/politics/congress-releases-28-pages-saudis-9-11/index.html; Jim Sciutto & Laura Koran, *New allegations of Saudi involvement in 9/11*, CNN.com (Feb. 4, 2015), https://www.cnn.com/2015/02/03/politics/9-11-attacks-saudi-arabia-involvement/index.html.