**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

In re:                                                                                         03-MD-01570 (GBD)(SN)

      TERRORIST ATTACKS ON
      SEPTEMBER 11, 2001                                         **NOTICE OF APPEARANCE**

-----------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Merriam Mikhail, who is authorized to practice in this Court, hereby enters her appearance as counsel for intervenor Cable News Network, Inc. in this matter.

Dated: July 16, 2024

                                                     Respectfully submitted,

                                                     By: s/ Merriam Mikhail
                                                   Cable News Network, Inc.
                                                   1050 Techwood Dr. NW
                                                   Atlanta, GA 30318
                                                   Tel: (404) 834-6166
                                                   merriam.mikhail@cnn.com
                                                   *Attorney for Intervenor Cable News Network, Inc.*