**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
:          NOTICE OF APPEARANCE
IN RE:                                                     :
:           03 MDL 1570 (GBD) (SN)
TERRORIST ATTACKS ON                        :
SEPTEMEBER 11, 2001                              :
:
:
------------------------------------- x

      **PLEASE TAKE NOTICE** that Matthew L. Schafer, who is authorized to practice in this Court, hereby enters his appearance as counsel for non-party CBS Broadcasting Inc. in this matter.

Dated:  July 16, 2024

                                      Respectfully submitted,

                                      By:   s/ Matthew L. Schafer
                                      Paramount Global
                                        1515 Broadway
                                        New York, NY 10036
                                        Tel: 212.846.3252
                                        Matthew.Schafer@Paramount.com

                                        *Counsel for Non-Party CBS Broadcasting Inc.*