UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | : : : : | No. 03-md-1570-GBD-SN |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Maya Gandhi, First Amendment Fellow at The New York Times Company, who is admitted to practice in this Court, respectfully enters her appearance as counsel for Intervenor The New York Times Company in the above-captioned case.

Dated: July 16, 2024

*/s/ Maya Gandhi*
Maya Gandhi (#6095418)
Legal Department
The New York Times Company
620 8th Avenue
New York, NY 10018
Phone: (212) 556-1244
Email: maya.gandhi@nytimes.com

*Counsel for The New York Times Company*