UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:
IN RE:                              :
                                    :       ORDER
TERRORIST ATTACKS ON                :
SEPTEMBER 11, 2001                  :       03 MDL 1570 (GBD) (SN)
                                    :
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

Members of the public may listen to the July 17, 2024 oral argument using the following dial-in and passcode: (646)-453-4442, 907 375 915#. All members of the public must mute their lines.

Dated: July 16, 2024
       New York, New York

                                            SO ORDERED.

                                            _____
                                            GEORGE B. DANIELS
                                            United States District Judge