AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| In re Terrorist Attacks on September 11, 2001 | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   03-md-01570 |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Broward Bulldog, Inc., Anthony Summers, Robbyn Swan.

Date:   07/17/2024

/s/ Kel McClanahan
*Attorney's signature*

Kel McClanahan, KM1958
*Printed name and bar number*

National Security Counselors
4702 Levada Terrace
Rockville, MD  20853
*Address*

kel@nationalsecuritylaw.org
*E-mail address*

(301) 728-5908
*Telephone number*

(240) 681-2189
*FAX number*