UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Danielle Kelly, et al.,

       Plaintiffs,

-v-

The Islamic Republic of Iran.,

       Defendant.

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 1:23-cv-07283-GBD

I hereby certify under the penalties of perjury that on the 27th day of December 2023, I served defendant:

    Minister of Foreign Affairs
    Ministry of Foreign Affairs of the Islamic Republic of Iran
    Imam Khomeini Avenue
    Tehran, Iran
    ATTN: H.E. Hossein Amir-Abdollahian

By dispatching via Federal Express, Tracking No. 8161 1184 4160, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of (in English and Farsi):

1)    Request for summons;

2)    Summons;

3)    Amended Complaint dated August 31, 2023;

4)    Civil Cover Sheet;

5)    Related Case Statement;

6)    Letter to Honorable Sarah Netburn;

7)    Notice to Conform to Sudan Consolidated Amended Complaint dated August 21, 2023, August 31, 2023, and September 1, 2023;

8)    Notice of Suit prepared in accordance with 22 CFR § 93.2 with a copy of 28 U.S.C. §§ 1330, 1391(f), 1441(d), and 1602-1611;

9) Affidavit of translator;

10) Translations of the above-mentioned documents.

Dated: New York, New York
December 27, 2023

                                                                         RUBY J. KRAJICK
                                                                         CLERK OF COURT

                                                                          /s/ Rachel Slusher
                                                                          Deputy Clerk