IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN |
| *This document relates to:*<br><br>*Gaston, et al. v. The Islamic Republic of Iran*, No. 18-cv-12337 | |

**ORDER ON PLAINTIFFS' MOTION TO SUBSTITUTE PARTIES**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)**

Upon consideration of Plaintiffs' motion to permit the substitution of the personal representative of the estate of a deceased family member who was the father of the family member killed in the terrorist attacks on September 11, 2001 and to correct the spelling of the name of a family member of the 9/11 decedent; it is hereby

ORDERED that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above-captioned case, and it is

ORDERED that the Plaintiffs comply with the Clerk of Court's instructions as set forth in ECF No. 4295 regarding the addition of this plaintiff to the case listed above in the Court's ECF and docketing system.

SO ORDERED.

July ___, 2024

_____
SARAH NETBURN
United States Magistrate Judge

1