# Exhibit A

| Identification of Party To be Substituted | Reference to Plaintiff in ECF (18-cv-12337) | State of Residence at Filing | Decedent's Name | Paragraph of Complaint Discussing Decedent |
|---|---|---|---|---|
| Beatrice Gaston as Personal Representative of the Estate of Luis Gaston, deceased | Louis Gaston | New York | Betsy Martinez | ECF No. 1 (18-cv-12337) at Allegation 33 of Appendix 1 |
| Frances Gaston | Francis Gaston | New York | Betsy Martinez | ECF No. 1 (18-cv-12337) at Allegation 31 of Appendix 1 |