# EXHIBIT A

Exhibit A

| # | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | SUBSTITUTE PERSONAL REPRESENTATIVE | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | RELATIONSHIP TO DECEDENT | EXISTING PLEADING THAT REFERS TO PLAINTIFF | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | STATE OF RESIDENCY AT THE TIME COMPLAINT WAS FILED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Thomas | | Faughnan | | Thomas Faughnan, as Personal Representative of the Estate of Thomas Faughnan, deceased Parent of Christopher Faughnan | | Parent | 02cv07230, 149; 17cv02003, 21 at 338 | Christopher | | Faughnan | | CO |
| 2 | Barbara | D. | Genco | | Jennifer Genco Harrington, as Guardian of the Person and Property of Barbara D. Genco, an Incapacitated Person | | Parent | 02cv7230, 150; 17cv02003, 304 | Peter | Victor | Genco | | NY |
| 3 | Howard | | Heller | | Roberta Heller, as Personal Representative of the Estate of Howard Heller, deceased Parent of H. Joseph Heller | | Parent | 02cv07230, 151; 17cv02003, 118 | H. Joseph | | Heller | | FL |
| 4 | Richard | | Champion | | John Dismuke Champion, as Personal Representative of the Estate of Richard Champion, deceased Sibling of Marjorie Salamone | | Sibling | 02cv07230, 160; 17cv02003, 115 | Marjorie | | Salamone | | AL |
| 5 | Antoinetta | | Salvaterra | | Carmen Salvaterra, as Personal Representative of the Estate of Antoinetta Salvaterra, deceased Parent of Frank Salvaterra | | Parent | 02cv07230, 160; 17cv02003, 130 | Frank | | Salvaterra | | MD |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | Zabel | | Voskerijian | | Zaree Voskerijian, as Personal Representative of the Estate of Zabel Voskerijian, deceased Parent of Garo Voskerijian | | Parent | 02cv07230, 163; 17cv02003, 133 | Garo | Voskerijian | NY |
| 7 | Jean | | Wotton | | Brian Wotton, as Personal Representative of the Estate of Jean Wotton, deceased Parent of Rodney Wotton | | Parent | 02cv07230, ECF 163; 17cv02003, 134 | Rodney | Wotton | NJ |
| 8 | Jean Wotton, as Personal Representative of the Estate of Stewart Wotton, deceased Parent of Rodney Wotton | | Wotton | | Brian Wotton, as Personal Representative of the Estate of Stewart Wotton, deceased Parent of Rodney Wotton | | Parent | 02cv07230, 163; 17cv02003, 137 | Rodney | Wotton | NJ |