UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br><br>ECF Case |

This document relates to:
*Ashton et al. v. al Qaeda Islamic Army*, et al., 02-cv-6977 (GBD)(SN)
*Betru, et al. v. Islamic Republic of Iran,* 18-cv-8297 (GBD)(SN)
*Furman et al. v. The Kingdom of Saudi Arabia,* 18-cv-11583 (GBD)(SN)

## MOTION TO SUBSTITUTE PARTY PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Federal Rules of Civil Procedure 15(d), Plaintiffs herein move the Court to allow substitution of the parties as identified on Exhibit A in the above-referenced action. The individuals being substituted into the case are the Personal Representatives of an individual killed as a result of the terrorist attacks on September 11, 2001 (a "9/11 decedent") or the Personal Representative of a family member of a 9/11 decedent.

Exhibit A identifies the individuals to be substituted in the pleading; the name of the individuals to be substituted and the capacity in which the individuals seek to be substituted; the relationship to the 9/11 decedent; the 9/11 decedent; the existing pleading/s that refers to the plaintiff; and the state of residency at the time the complaint was filed.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties be individually entered as a Plaintiff into the Court's ECF system to ease the burden on the Clerk of the Court's Office and efficiently manage the size of this MDL.

Dated: July 19, 2024
      Rye Brook, New York

                                      Respectfully submitted,

                                      SPEISER KRAUSE, PC

                                      By: /s/ Jeanne M. O'Grady

Frank H. Granito, III, Esq. (FG9760)
Douglas A. Latto, Esq. (DL3649)
Jeanne M. O'Grady, Esq. (JO3362)
Speiser Krause, PC
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
Tel: (914) 220-5333
Fax: (914) 220-5334
f3g@speiserkrause.com
dal@speiserkrause.com
jog@speiserkrause.com