# EXHIBIT A

Exhibt A

| # | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | SUBSTITUTE PERSONAL REPRESENTATIVE | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | RELATIONSHIP TO DECEDENT | EXISTING PLEADING THAT REFERS TO PLAINTIFF | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | STATE OF RESIDENCY AT THE TIME COMPLAINT WAS FILED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Marvin | | Furman | | Andrew Furman, as Personal Representative of the Estate of Marvin Furman, deceased Parent of Steven Furman | | Parent | 18cv08297, 1; 18cv11583, 5 at 1 | Steven | | Furman | | FL |
| 2 | Harold | | Lilie | | Janis Lilie, as Personal Representative of the Estate of Harold Lilie, deceased Stepparent of Steven Furman | | Stepparent | 18cv08297, 1; 18cv11583, 5 at 2 | Steven | | Furman | | NV |
| 3 | Harold Lilie, as Personal Representative of the Estate of Joyce Lilie, deceased Parent of Steven Furman | | Lilie | | Jayne Furman and Michael Furman, as Co-Personal Representatives of the Estate of Joyce Lilie, deceased Parent of Steven Furman | | Parent | 18cv08297, 1; 18cv11583, 5 at 3 | Steven | | Furman | | NV |