## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) <br> ECF Case |

This document relates to:
*Ashton, et al. v. al Qaeda Islamic Army, et al.,* 02-cv-6977 (GBD)(SN)
*Betru, et al. v. Islamic Republic of Iran,* 18-cv-8297 (GBD)(SN)
*Furman et al. v. The Kingdom of Saudi Arabia,* 18-cv-11583 (GBD)(SN)

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of the Personal Representatives of individuals who are the Personal Representative for a family member of individuals killed as a result of the terrorist attacks on September 11, 2001; it is hereby

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above-captioned cases;

That Counsel for the Plaintiffs is directed to enter the substituted Plaintiffs' names, as identified on the attached Exhibit, into the Court's ECF system.

FURTHERMORE, the Court respectfully directs the Clerk of the Court to terminate the motions in No. 03-md-01570 at ECF No. 10133, No. 02-cv-06977 at ECF No. 2128, 18-cv-8297 at ECF No. 132, and No. 18-cv-11583 at ECF No. 78.

Dated: New York, New York

_____, 2024

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE