# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers, *Co-Chair*<br>Donald A. Migliori, *Co-Chair*<br>Robert T. Haefele, *Liaison Counsel*<br>MOTLEY RICE LLC | Stephen A. Cozen, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

July 19, 2024

The Honorable George B. Daniels, U.S. District Judge
United States District Court for the S.D.N.Y.
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

  Re: *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Daniels:

  The Plaintiffs Executive Committees and *Ashton* Plaintiffs (collectively "Plaintiffs") briefly respond to Dallah Avco's July 19, 2024 letter, ECF No. 10136.

  Dallah Avco's letter expresses an utter disregard for the Constitutional requirements of public access by claiming that oral argument on dispositive motions can proceed while key sections of the record remain sealed. Such an approach would contravene and ignore (a) the Second Circuit's ruling in *Lugosch*; (b) the profound, paramount interests expressed by media organizations on behalf of the public (as well as the interests of the 9/11 Families themselves); and (c) the DOJ/FBI's recognition not only of the "extraordinary" nature of this case, 07/17/2024 Hearing Trans at 96:4, but of the dangers of any attempt to bypass *Lugosch,* as the DOJ/FBI went out of its way to "urge the Court to evaluate on an individualized basis" the sealed materials. *Id.* at 94:24-25.

  Dallah Avco's claim that Plaintiffs are somehow at fault is contrary to the record and the law. In her March 13, 2023 Order, Judge Netburn specifically gave notice under *Lugosch* that "the public is presumptively entitled to documents submitted in connection with dispositive motions" and that Saudi Arabia and the FBI "must make a compelling showing to justify redactions with respect to the upcoming motions." ECF No. 8923 at 3. No such showing was ever made. As we explained before this Court (in response to similar claims made by Dallah Avco at the July 17 conference), the approach to redactions now being proposed embodies what Plaintiffs first advocated for in April 2023 and it is Plaintiffs who "have been frustrated that it hasn't been implemented already and the documents aren't already in the public domain." 07/17/2024 Hearing Trans at 99:20-100:1.

The Honorable George B. Daniels
July 19, 2024
Page 2

---

Respectfully submitted,

MOTLEY RICE LLC

By: /s/ Robert T. Haefele
ROBERT T. HAEFELE
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
Tel.: (843) 216-9184
Email: rhaefele@motleyrice.com

*Liaison Counsel for the Plaintiffs' Executive Committee for Personal Injury and Death Claims on behalf of the Plaintiffs*

COZEN O'CONNOR

By: /s/ Sean P. Carter
SEAN P. CARTER
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Tel.: (215) 665-2105
Email: scarter@cozen.com

*Co-Chair of the Plaintiffs' Executive Committee for Commercial Claims on behalf of Plaintiffs*

KREINDLER & KREINDLER LLP

By: /s/ Steven R. Pounian
STEVEN R. POUNIAN
485 Lexington Avenue
New York, New York 10017
Tel.: 212-687-8181
Email: spounian@kreindler.com

*Attorneys for Ashton Plaintiffs*

cc:     All Counsel of Record via ECF