# EXHIBIT B

Ex.B

| | Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | | Economic Damages | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble |
| 1 | Ursula | | Andrus | | Norbert | P. | Szurkowski | | Poland | 9/11/2001 | NY | 23cv05790 | 23cv05790, 1 at 4 | | N/A | $2,000,000.00 | N/A | See Exhibit B-3a to Declaration of Jerry S. Goldman, Esq. | 7/1/2024 | N/A | $4,834,972.00 | N/A |