**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:
*Ashton et al. v. al Qaeda Islamic Army*, *et al.*, 02-cv-6977 (GBD)(SN)

<u>PLAINTIFFS DAE JIN RYOOK, INDIVIDUALLY AND AS ADMINISTRATOR OF
THE ESTATE OF CHRISTINA S. RYOOK, DECEASED, AS ALL SURVIVORS OF
CHRISTINA S. RYOOK'S MOTION TO FILE UNDER SEAL DOCUMENTS</u>

On May 5, 2022 Order, ECF No. 7963, this Court set fourth procedures that financial expert

reports submitted in support of default judgments of decedents from the 9/11 attacks should be filed under

seal.  Plaintiffs are filing today documents to comply.

For these reasons, Plaintiffs respectfully request that the Court issue an Order permitting the

filing under seal of the unredacted documents supplementing Plaintiffs' Motion for Default Judgment

against Islamic Republic of Iran in the above captioned matters.

Dated: July 22, 2024

Respectfully submitted,
/s/ Sandra M. Kelly
Robinson Law Co., LPA
6100 Oak Tree Blvd., Suite 200
Cleveland, Ohio  44131
Tel: (216) 321-2128
Fax: (216) 236-2409
Email: skelly@rayrob.com

Attorney for Plaintiff