**John E. Beauzile**
502 North Main Street
Brewster, NY 10509 USA
Email: jeb2235@columbia.edu


Justin T. Green
Kreindler & Kreindler, LLP
750 Third Avenue
New York, NY 10017


Re: Update of Analysis of Economic Loss in the Matter of
The Estate of **Ms. Christina Sunga Ryook**


January 2, 2018

Dear Mr. Green,

You have asked me to update the present value numbers in the analysis of the likely economic loss award from the September 11th Victim Compensation Fund prepared by **The Fund** dated **November 25, 2002**. I have used their assumptions for wages, benefits, taxes, personal consumption, replacement services, and discount rate to estimate those values and bring them to the present. The valuation date chosen is **January 1, 2018**.

In preparing this update, the only document reviewed is **The Fund**'s report. This update assumes the reader is familiar with the methodology used and assumptions made by **The Fund** and, therefore, they will not be restated here.

The update of **The Fund**'s analysis is summarized in four (4) sets of Exhibits.
- *Exhibit 1* provides the summary of Lost Earnings, Retirement Benefits, and Lost of Replacement Services;
- The set of *Exhibits 2*s shows the details behind the loss of earnings numbers;
- The *Exhibit 3* set provides supporting documentation for Retirement Benefits;
- The loss of Replacement Services amounts are in *Exhibits 4*s.

I believe that my agency, Robert Half Legal, has already provided you with a copy of my curriculum vitae. If not, feel free to contact them.


Sincerely,


John E. Beauzile

| Valuation Date | 01-Jan-18 |
|---|---|
| Discount Rate | 4.2% |

### Exhibit 1. Summary of Economic Damages
### Ms. Christina Sunga Ryook

|  | Present Value |
|---|---|
| Present Value of Lost Earnings | $1,373,727 |
| Present Value of Retirement Benefits | 50,258 |
| Present Value of Lost Replacement Services | 574,171 |
| **Total** | **$1,998,156** |

Case 1:03-md-01570-GBD-SN    Document 10149-3    Filed 07/22/24    Page 3 of 5

| Base Salary | Unempl. | Tax Rate | Benefits | Pers. Consump. |
|---|---|---|---|---|
| 45,835 | 3.0% | 14.720% | 3,896 | 62.644% |

**Exhibit 2a.** Present Value of Lost Earnings
Ms. Christina Sunga Ryook
Special Master Worklife

| Year | Age | Time Frame | Age-Specific Growth Factor | Earnings | Benefits | Unempl. Adj. | Taxes | Consumption | Net Earnings | PV of Net Earnings |
|---|---|---|---|---|---|---|---|---|---|---|
| 2001 | 26 | 0.31 | 1.00000 | $14,053 | $1,195 | $0 | ($2,069) | ($7,508) | $5,672 | $5,672 |
| 2002 | 27 | 1.31 | 1.08021 | 49,511 | 4,209 | 0 | (7,288) | (26,450) | 19,982 | 19,982 |
| 2003 | 28 | 2.31 | 1.07816 | 53,381 | 4,538 | (1,482) | (7,622) | (27,662) | 21,153 | 21,153 |
| 2004 | 29 | 3.31 | 1.07611 | 57,444 | 4,883 | (1,595) | (8,202) | (29,768) | 22,763 | 22,763 |
| 2005 | 30 | 4.31 | 1.07406 | 61,698 | 5,245 | (1,713) | (8,810) | (31,972) | 24,449 | 24,449 |
| 2006 | 31 | 5.31 | 1.07201 | 66,141 | 5,623 | (1,836) | (9,444) | (34,274) | 26,209 | 26,209 |
| 2007 | 32 | 6.31 | 1.06997 | 70,769 | 6,016 | (1,964) | (10,105) | (36,673) | 28,043 | 28,043 |
| 2008 | 33 | 7.31 | 1.06794 | 75,577 | 6,425 | (2,098) | (10,791) | (39,164) | 29,949 | 29,949 |
| 2009 | 34 | 8.31 | 1.06591 | 80,559 | 6,848 | (2,236) | (11,502) | (41,746) | 31,922 | 31,922 |
| 2010 | 35 | 9.31 | 1.06388 | 85,705 | 7,286 | (2,379) | (12,237) | (44,412) | 33,962 | 33,962 |
| 2011 | 36 | 10.31 | 1.06185 | 91,005 | 7,736 | (2,526) | (12,994) | (47,159) | 36,062 | 36,062 |
| 2012 | 37 | 11.31 | 1.05983 | 96,450 | 8,199 | (2,677) | (13,772) | (49,981) | 38,220 | 38,220 |
| 2013 | 38 | 12.31 | 1.05781 | 102,026 | 8,673 | (2,832) | (14,568) | (52,870) | 40,429 | 40,429 |
| 2014 | 39 | 13.31 | 1.05580 | 107,719 | 9,157 | (2,990) | (15,381) | (55,820) | 42,685 | 42,685 |
| 2015 | 40 | 14.31 | 1.05379 | 113,513 | 9,650 | (3,151) | (16,208) | (58,823) | 44,981 | 44,981 |
| 2016 | 41 | 15.31 | 1.05179 | 119,392 | 10,149 | (3,314) | (17,047) | (61,869) | 47,311 | 47,311 |
| 2017 | 42 | 16.31 | 1.04979 | 125,337 | 10,655 | (3,479) | (17,896) | (64,950) | 49,666 | 49,666 |
| 2018 | 43 | 17.31 | 1.04779 | 131,327 | 11,164 | (3,645) | (18,751) | (68,054) | 52,040 | 50,897 |
| 2019 | 44 | 18.31 | 1.04579 | 137,340 | 11,675 | (3,812) | (19,610) | (71,170) | 54,423 | 51,082 |
| 2020 | 45 | 19.31 | 1.04380 | 143,356 | 12,186 | (3,979) | (20,469) | (74,287) | 56,807 | 51,170 |
| 2021 | 46 | 20.31 | 1.04182 | 149,351 | 12,696 | (4,146) | (21,325) | (77,394) | 59,182 | 51,161 |
| 2022 | 47 | 21.31 | 1.03984 | 155,301 | 13,202 | (4,311) | (22,174) | (80,477) | 61,540 | 51,055 |
| 2023 | 48 | 22.31 | 1.03786 | 161,181 | 13,702 | (4,474) | (23,014) | (83,524) | 63,870 | 50,852 |
| 2024 | 49 | 23.31 | 1.03588 | 166,964 | 14,193 | (4,635) | (23,840) | (86,521) | 66,162 | 50,554 |
| 2025 | 50 | 24.31 | 1.03391 | 172,625 | 14,674 | (4,792) | (24,648) | (89,455) | 68,405 | 50,161 |
| 2026 | 51 | 25.31 | 1.03194 | 178,139 | 15,143 | (4,945) | (25,435) | (92,312) | 70,590 | 49,677 |
| 2027 | 52 | 26.31 | 1.03000 | 183,483 | 15,597 | (5,093) | (26,198) | (95,081) | 72,708 | 49,105 |
| 2028 | 53 | 27.31 | 1.03000 | 188,988 | 16,065 | (5,246) | (26,984) | (97,934) | 74,889 | 48,539 |
| 2029 | 54 | 28.31 | 1.03000 | 194,657 | 16,547 | (5,403) | (27,794) | (100,872) | 77,136 | 47,980 |
| 2030 | 55 | 29.31 | 1.03000 | 200,497 | 17,044 | (5,566) | (28,628) | (103,898) | 79,450 | 47,428 |
| 2031 | 56 | 30.31 | 1.03000 | 206,512 | 17,555 | (5,733) | (29,487) | (107,015) | 81,833 | 46,881 |
| 2032 | 57 | 31.31 | 1.03000 | 212,707 | 18,082 | (5,905) | (30,371) | (110,225) | 84,288 | 46,342 |
| 2033 | 58 | 32.31 | 1.03000 | 219,089 | 18,624 | (6,082) | (31,282) | (113,532) | 86,817 | 45,808 |
| 2034 | 59 | 33.22 | 1.03000 | 206,856 | 17,584 | (5,742) | (29,536) | (107,193) | 81,970 | 41,578 |
| **Total** | | | | **$4,378,655** | **$372,220** | **($119,782)** | **($625,483)** | **($2,270,043)** | **$1,735,567** | **$1,373,727** |

**Notes:**
(1) Assumptions can be found in 'Assumptions' and 'After-tax Projections' tabs in Excel file in **...\Valuation\ValuationModels\...**
(2) Unemployment adjustment after 2002.

| Unempl. | Tax Rate | Pers. Cons. | Pension Contrib. Rate | 401(k) Contrib. Rate |
|---|---|---|---|---|
| 3.0% | 14.720% | 62.644% | 4.000% | 0.000% |

### Exhibit 3A. Present Value of Lost Pension Benefits
#### Ms. Christina Sunga Ryook
##### Special Master Worklife

| Year | Age | Time Frame | Pension | 401(k) | Taxes | Consumption | Net Loss | PV of Net Loss |
|---|---|---|---|---|---|---|---|---|
| 2001 | 26 | 0.31 | $562 | $0 | $0 | ($352) | $210 | $210 |
| 2002 | 27 | 1.31 | 1,980 | 0 | 0 | (1,241) | 740 | 740 |
| 2003 | 28 | 2.31 | 2,071 | 0 | 0 | (1,297) | 774 | 774 |
| 2004 | 29 | 3.31 | 2,229 | 0 | 0 | (1,396) | 833 | 833 |
| 2005 | 30 | 4.31 | 2,394 | 0 | 0 | (1,500) | 894 | 894 |
| 2006 | 31 | 5.31 | 2,566 | 0 | 0 | (1,608) | 959 | 959 |
| 2007 | 32 | 6.31 | 2,746 | 0 | 0 | (1,720) | 1,026 | 1,026 |
| 2008 | 33 | 7.31 | 2,932 | 0 | 0 | (1,837) | 1,095 | 1,095 |
| 2009 | 34 | 8.31 | 3,126 | 0 | 0 | (1,958) | 1,168 | 1,168 |
| 2010 | 35 | 9.31 | 3,325 | 0 | 0 | (2,083) | 1,242 | 1,242 |
| 2011 | 36 | 10.31 | 3,531 | 0 | 0 | (2,212) | 1,319 | 1,319 |
| 2012 | 37 | 11.31 | 3,742 | 0 | 0 | (2,344) | 1,398 | 1,398 |
| 2013 | 38 | 12.31 | 3,959 | 0 | 0 | (2,480) | 1,479 | 1,479 |
| 2014 | 39 | 13.31 | 4,180 | 0 | 0 | (2,618) | 1,561 | 1,561 |
| 2015 | 40 | 14.31 | 4,404 | 0 | 0 | (2,759) | 1,645 | 1,645 |
| 2016 | 41 | 15.31 | 4,632 | 0 | 0 | (2,902) | 1,730 | 1,730 |
| 2017 | 42 | 16.31 | 4,863 | 0 | 0 | (3,046) | 1,817 | 1,817 |
| 2018 | 43 | 17.31 | 5,095 | 0 | 0 | (3,192) | 1,903 | 1,862 |
| 2019 | 44 | 18.31 | 5,329 | 0 | 0 | (3,338) | 1,991 | 1,868 |
| 2020 | 45 | 19.31 | 5,562 | 0 | 0 | (3,484) | 2,078 | 1,872 |
| 2021 | 46 | 20.31 | 5,795 | 0 | 0 | (3,630) | 2,165 | 1,871 |
| 2022 | 47 | 21.31 | 6,026 | 0 | 0 | (3,775) | 2,251 | 1,867 |
| 2023 | 48 | 22.31 | 6,254 | 0 | 0 | (3,918) | 2,336 | 1,860 |
| 2024 | 49 | 23.31 | 6,478 | 0 | 0 | (4,058) | 2,420 | 1,849 |
| 2025 | 50 | 24.31 | 6,698 | 0 | 0 | (4,196) | 2,502 | 1,835 |
| 2026 | 51 | 25.31 | 6,912 | 0 | 0 | (4,330) | 2,582 | 1,817 |
| 2027 | 52 | 26.31 | 7,119 | 0 | 0 | (4,460) | 2,659 | 1,796 |
| 2028 | 53 | 27.31 | 7,333 | 0 | 0 | (4,594) | 2,739 | 1,775 |
| 2029 | 54 | 28.31 | 7,553 | 0 | 0 | (4,731) | 2,821 | 1,755 |
| 2030 | 55 | 29.31 | 7,779 | 0 | 0 | (4,873) | 2,906 | 1,735 |
| 2031 | 56 | 30.31 | 8,013 | 0 | 0 | (5,019) | 2,993 | 1,715 |
| 2032 | 57 | 31.31 | 8,253 | 0 | 0 | (5,170) | 3,083 | 1,695 |
| 2033 | 58 | 32.31 | 8,501 | 0 | 0 | (5,325) | 3,175 | 1,676 |
| 2034 | 59 | 33.22 | 8,026 | 0 | 0 | (5,028) | 2,998 | 1,521 |
| Total | | | $169,968 | $0 | $0 | ($106,475) | $63,493 | $50,258 |

EXHIBIT 4A. LOSS ESTIMATED VALUE OF REPLACEMENT SERVICES
MS. CHRISTINA SUNGA RYOOK

| Year | Age | Time Frame | Household Services | Family Care Svcs | Total Services | Present Value |
|---|---|---|---|---|---|---|
| 2001 | 26 | 0.31 | $3,970 | $337 | $4,307 | $4,307 |
| 2002 | 27 | 1.31 | 13,335 | 1,133 | 14,468 | 14,468 |
| 2003 | 28 | 2.31 | 13,736 | 1,167 | 14,902 | 14,902 |
| 2004 | 29 | 3.31 | 14,148 | 1,202 | 15,349 | 15,349 |
| 2005 | 30 | 4.31 | 14,572 | 1,238 | 15,810 | 15,810 |
| 2006 | 31 | 5.31 | 15,009 | 1,275 | 16,284 | 16,284 |
| 2007 | 32 | 6.31 | 15,459 | 1,313 | 16,773 | 16,773 |
| 2008 | 33 | 7.31 | 15,923 | 1,353 | 17,276 | 17,276 |
| 2009 | 34 | 8.31 | 16,401 | 1,393 | 17,794 | 17,794 |
| 2010 | 35 | 9.31 | 16,893 | 1,435 | 18,328 | 18,328 |
| 2011 | 36 | 10.31 | 17,400 | 1,478 | 18,878 | 18,878 |
| 2012 | 37 | 11.31 | 17,922 | 1,522 | 19,444 | 19,444 |
| 2013 | 38 | 12.31 | 18,459 | 1,568 | 20,027 | 20,027 |
| 2014 | 39 | 13.31 | 19,013 | 1,615 | 20,628 | 20,628 |
| 2015 | 40 | 14.31 | 19,584 | 1,664 | 21,247 | 21,247 |
| 2016 | 41 | 15.31 | 20,171 | 1,713 | 21,885 | 21,885 |
| 2017 | 42 | 16.31 | 20,776 | 1,765 | 22,541 | 22,541 |
| 2018 | 43 | 17.31 | 21,400 | 1,818 | 23,217 | 22,637 |
| 2019 | 44 | 18.31 | 22,042 | 1,872 | 23,914 | 22,248 |
| 2020 | 45 | 19.31 | 22,703 | 1,928 | 24,631 | 21,866 |
| 2021 | 46 | 20.31 | 23,384 | 1,986 | 25,370 | 21,491 |
| 2022 | 47 | 21.31 | 24,085 | 2,046 | 26,131 | 21,122 |
| 2023 | 48 | 22.31 | 24,808 | 2,107 | 26,915 | 20,759 |
| 2024 | 49 | 23.31 | 25,552 | 2,171 | 27,723 | 20,402 |
| 2025 | 50 | 24.31 | 26,319 | 2,236 | 28,554 | 20,052 |
| 2026 | 51 | 25.31 | 27,108 | 2,303 | 29,411 | 19,707 |
| 2027 | 52 | 26.31 | 27,922 | 2,372 | 30,293 | 19,369 |
| 2028 | 53 | 27.31 | 28,759 | 2,443 | 31,202 | 19,036 |
| 2029 | 54 | 28.31 | 29,622 | 2,516 | 32,138 | 18,709 |
| 2030 | 55 | 29.31 | 30,511 | 2,592 | 33,102 | 18,388 |
| 2031 | 56 | 29.99 | 21,476 | 1,824 | 23,301 | 12,442 |
| Total | | | $628,461 | $53,384 | $681,846 | $574,171 |

**Notes:** (1) Assumptions can be found in 'PRINT Replacement Summary' tab in Excel file in
**...\Valuation\ValuationModels\...**
(2) The annual growth rate for replacement services is 3%.
(3) Discount rate is 4.8%