UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Estate of John Patrick O'Neill Sr., et al. v. The Republic of Iraq, et al.,* 1:04-cv-01076 (GBD)(SN)
*Estate of John Patrick O'Neill Sr., et al. v. Al Baraka Investment and Development Corporations, et al.,* 1:04-cv-01923 (GBD)(SN)
*Deborah Bodner, et al. v. Islamic Republic of Iran,* No. 1:19-cv-11776 (GBD)(SN)

## MOTION TO SUBSTITUE COUNSEL

**COME NOW,** Lisa Jordan, individually as spouse, and as Personal Representative of the Estate of Andrew Jordan, deceased; Matthew Jordan, individually as surviving child of Andrew Jordan, deceased; Kelsey Jordan, individually as surviving child of Andrew Jordan, deceased; and Sean Jordan, individually as surviving child of Andrew Jordan, deceased; ("the Jordan Plaintiffs"), Plaintiffs in *Deborah Bodner, et al. v. Islamic Republic of Iran, et al.,* No. 1:19-cv-11776 (GBD)(SN), *Estate of John Patrick O'Neill Sr., et al. v. Al Baraka Investment and Development Corporations, et al.,* No. 1:04-cv-01923 (GBD)(SN) and *Estate of John Patrick O'Neill Sr., et al. v. The Republic of Iraq, et al.,* No. 1:04-cv-01076 (GBD)(SN) and file this Motion to Substitute Counsel.  As grounds for said Motion, the Jordan Plaintiffs state as follows:

1.     The Jordan Plaintiffs were represented by Anderson Kill P.C., *et al*, (and Motley Rice LLC, Kreindler & Kreindler LLC, Law Office of John M. Quin and Brian Ballard, Esq. - "*et al.*").  On February 26, 2024, by emails, the Jordan Plaintiffs advised the Anderson Kill P.C. *et al.,* that they desired new counsel.

2.     The Jordan Plaintiffs thereafter retained John F. Schutty, Esq. of the Law Office

of John F. Schutty, P.C. to represent them in this litigation.

3. The Jordan Plaintiffs now ask the Court to substitute John F. Schutty, Esq. as attorney of record as to the Jordan Plaintiffs.

4. The Jordan Plaintiffs, Anderson Kill P.C., *et al.*, and John F. Schutty, Esq., consent to the substitution of counsel as requested herein (signed Consents are attached to the accompanying Declaration of John F. Schutty, Esq. as part of a Stipulation & Consent Order, *see* Exhibit A).

**WHEREFORE, PREMISES CONSIDERED**, Lisa Jordan, individually as spouse, and as Personal Representative of the Estate of Andrew Jordan, deceased; Matthew Jordan, individually as surviving child of Andrew Jordan, deceased; Kelsey Jordan, individually as surviving child of Andrew Jordan, deceased; and Sean Jordan, individually as surviving child of Andrew Jordan, deceased, pray that this Honorable Court enter an Order substituting John F. Schutty, Esq. of Law Office of John F. Schutty, P.C. as attorney of record for the Jordan Plaintiffs in *Deborah Bodner, et al. v. Islamic Republic of Iran, et al.,* No. 1:19-cv-11776 (GBD)(SN), *Estate of John Patrick O'Neill Sr., et al. v. Al Baraka Investment and Development Corporations, et al.,* No. 1:04-cv-01923 (GBD)(SN) and *Estate of John Patrick O'Neill Sr., et al. v. The Republic of Iraq, et al.,* No. 1:04-cv-01076 (GBD)(SN).

Dated: New York, New York
July 23, 2024

              Respectfully Submitted,

              /s/ *John F. Schutty*

              John F. Schutty (JS2173)
              LAW OFFICE OF JOHN F. SCHUTTY, P. C.
              445 Park Avenue, Ninth Floor
              New York, New York 10022
              Telephone: (646) 345-1441
              Fax: (917) 591-5980
              Email: john@johnschutty.com