UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:
*Ashton, et al. v. al Qaeda Islamic Army, et al.*, No. 1:02-cv-06977 (GBD)(SN)

**[PROPOSED] ORDER OF PARTIAL FINAL JUDGMENTS FOR DAMAGES ON BEHALF OF THE PLAINTIFFS DAE JIN RYOOK, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF CHRISTINA S. RYOOK, DECEASED, AND ALL SURVIVORS OF CHRISTINA S. RYOOK**

Upon consideration of the default judgment motion cover sheet attached as Exhibit A as required by the Court's September 22, 2023 Order at ECF No. 9355 and the other evidence and arguments submitted by Plaintiffs Dae Jin Ryook, Individually and as Administrator Of The Estate Of Christina S. Ryook, Deceased, and All Survivors Of Christina S. Ryook to this Order through their Motion for Partial Final Judgments for Damages against Defendant Islamic Republic of Iran ("Iran") in the above-captioned matter, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of a victim killed in the terrorist attacks on September 11, 2001, as specifically identified in attached Exhibit B, or who are each an estate of an individual who was killed in the terrorist attacks on September 11, 2001, and upon consideration of the judgment by default for liability against Iran entered as described in attached Exhibit A; together with the entire record in this case, it is hereby:

**ORDERED** that partial final damages judgments are entered against Iran on behalf of those Plaintiffs in the above-captioned matter who are each a spouse, parent, child or sibling (or the estate of a spouse, parent, child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, and it is further

**ORDERED** that Plaintiffs identified in Exhibit B-1 are awarded solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling,

as set forth in Exhibit B-1; and it is further

**ORDERED** that partial final damages judgments are entered against Iran on behalf of the Plaintiffs in the above-captioned matter, who are each the estate of a victim of the terrorist attacks on September 11, 2001, and it is further

**ORDERED** that Plaintiff identified in the above captioned matter is awarded compensatory damages for decedents' pain and suffering in an amount of $2,000,000 per estate, as set forth in the attached Exhibit C; and it is further

**ORDERED** that Plaintiffs identified in the expert reports submitted in support of the Declaration of Sandra M. Kelly ("Kelly Declaration") are awarded economic damages as set forth in the attached Exhibit C and as supported by the expert reports and analyses tendered in conjunction with the Kelly Declaration; and it is further

**ORDERED** that Plaintiffs identified in Exhibit B-1 and Exhibit C are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is further

**ORDERED** that Plaintiffs identified in Exhibit B-1 and Exhibit C may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is further

                    **SO ORDERED:**

Dated:  July 24, 2024

                    _____
                    GEORGE B. DANIELS
                    United States District Judge