# EXHIBIT A

## DEFAULT JUDGMENT MOTION COVER SHEET

**MDL MOVING PAPERS**

    Motion: ECF No. 10129

    Memorandum of law: ECF No. 10129

    Declaration & supporting exhibits: ECF No. 10149

**PLAINTIFFS**
Please describe each set of plaintiffs requesting judgments in this motion.

| Exhibit | Description of Plaintiffs | Cause(s) of Action |
|---|---|---|
| B-1 | U.S. national estate plaintiffs | FSIA (28 U.S.C. s. 1605A) |
| C | U.S. national solatium plaintiffs | FSIA (28 U.S.C. s. 1605A) |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**DEFENDANTS**
Please list all defendants the plaintiffs are moving against:

    Islamic Republic of Iran

**COMPLIANCE**

    As stated in ECF No. 10149 at ¶ 4, counsel followed the quality control measures outlined in ECF No. 3433 and adopted in ECF No. 3435.

    As stated in ECF No. 10149 at ¶ 14, these plaintiffs have not previously received judgments against these defendants.

    Excel versions of any tables attached to the proposed order were emailed to Netburn_NYSDChambers@nysd.uscourts.gov on 07/19/2024.

**SUBJECT MATTER JURISDICTION**

- ☒ The Court previously addressed subject matter jurisdiction over these claims in ECF No. see pages 2-4 (Liability Judgment)
- ☐ The Court has not previously addressed subject matter jurisdiction over these claims.

**PERSONAL JURISDICTION**

- ☒ The Court previously addressed personal jurisdiction over these defendants in ECF No. see pages 2-4 (Liability Judgment)
- ☐ The Court has not addressed personal jurisdiction over these defendants.

**FACTUAL & LEGAL QUESTIONS**

- ☐ This motion requests ☐ new functional equivalence findings; ☐ new personal injury assessments; or ☐ resolution of a new issue: _____
- ☒ This motion does not raise novel factual or legal issues.

RELEVANT FILINGS

For each member case, list document entries for the corresponding filings.

| Member Case & Operative Complaint | Notices of Amendment & Substitutions *List entries relevant to moving plaintiffs* | Alternative Service Order *complete if applicable* | Affidavit of Service | Certificate of Default | Liability Judgment |
|---|---|---|---|---|---|
| 02-cv-6977 (S.D.N.Y.) (GBD) (SN) | MDL ECF No. 3237 Ashton Plaintiff Dae Jin Ryook added in Amended Consolidated Complaint against Defendant The Islamic Republic of Iran; 1:02cv06977 ECF No. 1516 Iran Notice of Amendment | | | | |