# EXHIBIT B-1

Exhibit B-1
Estates
U.S. Nationals

| PERSONAL REPRESENTITIVE | | | | 9/11 DECEDENT | | | | | | CLAIM INFORMAITON | | | PAIN AND SUFFERING DAMAGES | | | ECONOMIC DAMAGES | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FIRST | MIDDLE | LAST | SUFFIX | FIRST | MIDDLE | LAST | SUFFIX | NATIONALITY ON 9/11 | DATE OF DEATH | 9/11 SITE | CASE | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report Date of Report | Prior Award | Amount | Treble |
| Dae Jin | | Ryook | | Christina | Sunga | Ryook | | US | 9/11/2001 | NY | 1:02-cv-06977-GBD-SN | 1516 | | $2,000,000.00 | | $6,000,000.00 | 1/2/2018 | | $1,998,156.00 | $5,994,468.00 |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |