# EXHIBIT C

Exhibit C
Solatium

| PERSONAL REPRESENTITIVE | | | | CLAIMANT | | | | 9/11 DECEDENT | | | | | | | CLAIM INFORMAITON | | | | | SOLATIUM DAMAGES | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FIRST | MIDDLE | LAST | SUFFIX | FIRST | MIDDLE | LAST | SUFFIX | FIRST | MIDDLE | LAST | SUFFIX | NATIONALITY ON 9/11 | DATE OF DEATH | 9/11 SITE | CASE | Complaint | Amendments & Substitutions | | | RELATIONSHIP | DOCUMENTATION | PRIOR AWARD | AMOUNT | TREBLE |
| Dae Jin | | Ryook | | Christina | | Ryook | | Christina | Sunga | Ryook | | US | 9/11/2001 | NY | 1:02-cv-06977-GBD-SN | 1516 | | | | Father | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |