UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:
IN RE:                              :        ORDER
                                    :
TERRORIST ATTACKS ON                :        03 MDL 1570 (GBD) (SN)
SEPTEMBER 11, 2001                  :
                                    :
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

     Members of the public may listen to the July 31, 2024 oral argument using the following dial-in and passcode:

| | |
|---|---|
| **Toll-Free:** | 877-692-8957 |
| **Caller Paid:** | 234-720-6980 |
| **Access Code:** | 9289559 |

     All members of the public must mute their lines.

Dated: July 24, 2024
       New York, New York

                                                          SO ORDERED.

                                                          *[signature]*
                                                          GEORGE B. DANIELS
                                                          United States District Judge