UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 03 MDL 1570 (GBD)(SN)

Re:   1:15-cv-09903-GBD-SN, *Burnett, et al. v. The Islamic Republic of Iran, et al.*,
      1:19-cv-00041-GBD-SN *Arias, et al. v. Islamic Republic of Iran*,
      1:19-cv-00044-GBD-SN *Prior, et al. v. Islamic Republic of Iran*

I hereby certify under the penalties of perjury that on the 25th day of July 2024, I served defendant:

> Islamic Republic of Iran
> Ali Bagheri
> Minister of Foreign Affairs
> Ministry of Foreign Affairs of the Islamic Republic of Iran
> Imam Khomeini Avenue, Imam Khomeini Square
> Tehran, Iran

by dispatching via Federal Express, Tracking No. 7775 4250 8358, to U.S. Department of State SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, Attn: Secretary of State, Director of Special Consular Services, Office of Policy Review & Inter-Agency Liaison (CA/OSC/PRI), pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies Notice of Default Judgment prepared in accordance with 28 U.S.C. § 1608 and 22 C.F.R. § 93.2 (in English and Farsi) addressing both judgments in the *Burnett* case; Notice of Default Judgment prepared in accordance with 28 U.S.C. § 1608 and 22 C.F.R. § 93.2 (in English and Farsi) addressing the judgment at Document 9927 in the *Arias* case; Notice of Default Judgment prepared in accordance with 28 U.S.C. § 1608 and 22 C.F.R. § 93.2 (in English and Farsi) addressing the judgment at Document 9927 in the *Prior* case; Order Granting Partial Final Default Judgment, dated June 17, 2024, Document 9927 (in English and Farsi) entered in the *Burnett, Arias,* and *Prior* cases; Order Granting Partial Final Default Judgment, dated June 17, 2024, Document 9932 (in English and Farsi) entered only in the *Burnett* case; a copy of 28 U.S.C. 1330, l391(f), 1441(d), and 1602 through 1611 (Pub. L. 94-583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. §§ 1602, et seq.) (in English and Farsi); and Translator's Affidavit (in English only).

Dated: July 25, 2024
       New York, New York

DANIEL ORTIZ
ACTING CLERK OF COURT

/s/Rachel Slusher
Deputy Clerk