

# Transcript: Former CIA deputy director Michael Morell on "Face the Nation," June 23, 2024

Updated on: June 23, 2024 / 1:10 PM EDT / CBS News

*The following is a transcript of an interview with former CIA deputy director Michael Morell, a CBS News national security contributor, on "Face the Nation" that aired on June 23, 2024.*

**MARGARET BRENNAN**: We're joined now by former CIA Deputy Director, Mike Morell. He's also our CBS News senior national security contributor. Good to have you here.

**MIKE MORELL**: Good to be here, Margaret.

[TRANSCRIPT BEGINS AFTER COMMERCIAL BREAK]

https://www.cbsnews.com/news/michael-morell-former-cia-deputy-director-face-the-nation-transcript-06-23-2024/

**MARGARET BRENNAN**: Welcome back to Face The Nation. We return now to our conversation with CBS News senior national security contributor, Mike Morell. Mike, I want to ask you about some video that CBS broadcasted earlier this week, 60 Minutes obtained it. It's Saudi national Omar al-Bayoumi walking around the US Capitol back in 1999.



Omar Al-Bayoumi from Capitol Hill -- Capitol Building.

We're seeing that video now. It was shot within 90 days of the time when senior al Qaeda planners were deciding on 9/11 targets according to the FBI. At the time you were at the CIA. We know now the FBI identified this man, al-Bayoumi, as an intelligence operative with close ties to two of the 9/11 hijackers. But in that 9/11 commission report it said there was no credible evidence that he was a violent extremist or aided extremists. Now that you have seen this video, what do you think it reveals?

**MIKE MORELL**: No doubt in my mind, that it is a casing video, that it is a casing video for some sort of terrorist attack. Number one. Number two, pretty clear to me that al-Bayoumi was- was either working for al Qaeda, or was Al Qaeda. Did he know about the 9/11 attacks? Probably not. Did he know that the two individuals he was interacting with were 9/11 hijackers? Probably not. But- but no doubt in my mind that al Qaeda tasked him to do this casing video. The video is chilling. It's chilling in terms of what he was- what he was videotaping, his narration over the top of it which- which is part what tells you it was a casing video. And his- his- his extremist comments. Let me just give you two examples, Margaret. On- on the casing part. At one point he says I will get over, he's looking at the Washington Monument, I will get over there and I will report. I will report to you in detail what is there. He's talking to somebody, right? He's- and- and he's talking about a plan--

**MARGARET BRENNAN:** -- Not like a tourist would?

**MIKE MORELL:** Not like a tourist video. And then in terms of the extremism, he's- he's- he's looking at the Capitol. And he says they say that our kids are demons. However, these are the demons, what he's looking at.

 https://www.cbsnews.com/news/michael-morell-former-cia-deputy-director-face-the-nation-transcript-06-23-2024/    Created 2024-07-24 at 16:49

**MARGARET BRENNAN**: So the FBI concluded he was not a threat. The 9/11 commission report concluded he was not a threat. You're saying it's clear he was Al Qaeda and living under the noses and examination of law enforcement undetected. He's now living in Saudi Arabia as we speak. That's pretty- that's a pretty big oversight by US law enforcement and intelligence. Did the CIA know about this video?

**MIKE MORELL**: We did not. You know, I'm 99.9% confident that we did not have this video. I was the President's briefer at the time. If somebody had shown me this video, I would have shown it to the President.



**MARGARET BRENNAN**: It was, as I understand it, UK officials- UK intelligence that scooped up this video?

**MIKE MORELL**: Yes, just so- so- so when he left the United States, he went to the UK. And after- after 9/11, the FBI discovered that he had signed- helped- helped- helped the two 9/11 hijackers get their first apartment. He- and the FBI learned that they learned that he was in the UK. So they go to the UK Government and they say- they share all this information. The British government arrests him, detains him, interrogates him, gets all this material. They say they provided it back to the FBI.

**MARGARET BRENNAN**: And it just stayed at the FBI.

**MIKE MORELL**: It looks- it looks that way.

**MARGARET BRENNAN**: A lot more to come on this including on 60 Minutes in the fall. Thank you so much for your analysis Mike Morell. We'll be right back.

[TRANSCRIPT ENDS] //

https://www.cbsnews.com/news/michael-morell-former-cia-deputy-director-face-the-nation-transcript-06-23-2024/

Created 2024-07-24 at 16:49