UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |
|---|---|

This document relates to:
*Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, No. 1:04-cv-01076 (GBD)(SN)
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment and Development Corporation, et al.*, 1:04-cv-01923 (GBD)(SN)
*Deborah Bodner, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11776 (GBD)(SN)

### CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, Plaintiff Deborah Lynn Temple, on her own behalf and on behalf of the Estate of Vincent S. Morello, and Plaintiffs Justin John Morello and Paige Celine Morello, substitute John F. Schutty of the Law Office of John F. Schutty, P.C., NYS I.D. #1919471, as counsel of record in place of Anderson Kill P.C.

Contact information for new counsel is as follows:

> Law Office of John F. Schutty, P.C.
> 445 Park Avenue, 9th Floor
> New York, NY 10022
> Telephone: (646) 345-1441
> Facsimile: (917) 591-5980
> Email: john@johnschutty.com

I consent to the above substitution.

Date:   07/25/24

_____
Signature of Plaintiff Deborah Lynn Temple

I consent to the above substitution.

Date:   07/21/2024

_____
Signature of Plaintiff Justin John Morello

I consent to the above substitution.

Date:   07/25/24

_____
Signature of Plaintiff Paige Celine Morello

docs-100666689.1

I consent to the above substitutions.

Jerry S. Goldman
Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020
jgoldman@andersonkill.com

Date: 7/12/24

I consent to the above substitutions.

Law Office of John F. Schutty, P.C.
445 Park Avenue, 9th Floor
New York, NY 10022
Telephone: (646) 345-1441
Facsimile: (917) 591-5980
Email: john@johnschutty.com

Date:   07/26/24

The substitution of attorney for Plaintiffs Deborah Lynn Temple, Justin John Morello, and Paige Celine Morello is hereby approved and so ORDERED.

Date: _____         _____
                                                                Judge

2

docs-100666689.1