

**Ray Robinson Law**
Co. L.P.A.

6100 Oak Tree Blvd., Suite 200
Cleveland, Ohio 44131
216-328-2128 • www.rayrob.com

Sandra M. Kelly'

'Admitted in OH, CA

Judge George B. Daniels
500 Pearl Street, Courtroom 11A
New York, NY 1007

July 29, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001            ECF Case 03 MDL 1570 (GBD) (SN)

This document relates to:
*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)

### Dae Jin Ryook individually and as Administrator of the Estate of Christina S. Ryook, Deceased, and all survivors of Christina S. Ryook's Motion to Withdraw Pleadings Pleadings

Plaintiff's counsel hereby requests this Court for an Order granting the withdraw of the pleadings listed below. Counsel has just recently taken over this matter from Kreindler & Kreindler LLP, and was not aware that they had previously filed the same Motions and received judgments.

We have sent an email to ecf_error@nysd.uscourts.gov on July 24, 2024 requesting that they mark the filings in error.

Case No. 03-MD-01570:
ECF NO. 10158 – Proposed Order for Default Judgment w/ exhibits A, B-1, and C.    Dated 07/24/2024
ECF No. 10149 – Motion to Seal Documents Exhibits    Dated: 07/22/2024
ECF No. 10134 – Declaration of Sandra M. Kelly w/exhibits    Dated: 07/19/2024
ECF No. 10131 – Memorandum of Law in Support of Motion for Default Judgment    Dated: 07/19/2024
ECF No. 10129 – Notice of Motion for Default Judgment    Dated: 07/19/2024

Case No: 02-cv-6977:
Document No. 2135 – Proposed Order for Default Judgment w/exhibits A, B-1, and C    Dated: 7/24/2024
Document No. 2133 – Motion to Seal Documents w/exhibits    Dated: 07/22/2024
Document No. 2129 – Declaration of Sandra M. Kelly w/exhibits    Dated: 07/19/2024
Document No. 2127 – Memorandum of Law in Support of Motion for Default Judgment    Dated: 07/19/2024

Judge George B. Daniels
July 29, 2024

Document No. 2125 – Notice of Motion for Default Judgment   Dated: 07/19/2024

Dated: July 29, 2024   Respectfully submitted,

   Ray Robinson Law Co., LPA

   BY: /s/ Sandra M. Kelly
   Sandra M. Kelly
   6100 Oak Tree Blvd., Suite 200
   Cleveland, Ohio 44131
   Tel: (216) 328-2128
   *Counsel for Plaintiff*