UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |
|---|---|

This document relates to:
*Ashton, et al. v. al Qaeda Islamic Army, et al.*, No. 1:02-cv-06977 (GBD)(SN)

**[PROPOSED] ORDER FOR WITHDRAW OF DOCUMENTS ON BEHALF OF THE PLAINTIFFS DAE JIN RYOOK, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF CHRISTINA S. RYOOK, DECEASED, AND ALL SURVIVORS OF CHRISTINA S. RYOOK**

Upon consideration of the letter requesting withdraw of documents in the above-captioned matter, this Court hereby Grants the request.

**SO ORDERED:**

Dated:                                                    _____
                                                         GEORGE B. DANIELS
                                                         United States District Judge

1