UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks of September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 03 MDL 1570 (GBD)(SN)

*Re:*  1:24-cv-04715-GBD, Bartoli, et al. v. Islamic Republic of Iran

I hereby certify under the penalties of perjury that on the 29th day of July, 2024, I served defendant:

> Islamic Republic of Iran
> Ali Bagheri
> Acting Minister of Foreign Affairs
> Ministry of Foreign Affairs
> Imam Khomeini Avenue
> Imam Khomeini Square
> Tehran, Iran

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3)

One (1) copy (in English and Farsi) of the Complaint, Notice of Suit, Summons, Affidavit of translator and Foreign Sovereign Immunities Act (FSIA) 28 USCS §§ 1602, *et seq.*, by USPS Registered Mail RH004040172US.

Dated: July 29, 2024
New York, New York

DANIEL ORTIZ
ACTING CLERK OF COURT

/s/Rachel Slusher
Deputy Clerk