UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Burnett, et al. v. Al Baraka Investment & Development Corp.* 1:03-cv-09849 (GBD)(SN)
*Burnett, et al. v. Islamic Republic of Iran* 1:15-cv-09903 (GBD)(SN)
*Estate of John Patrick O'Neill Sr., et al. v. Islamic Republic of Iraq, et al.* 04-cv-01076 (GBD)(SN)

## MOTION TO SUBSTITUE COUNSEL

**COME NOW,** Susan Munhall, individually as spouse, and as Personal Representative of the Estate of James Munhall, deceased; and Lauren Munhall, individually as surviving child of James Munhall, deceased ("the Munhall Plaintiffs"), Plaintiffs in *Burnett, et al. v. Al Baraka Investment & Development Corp.* 1:03-cv-09849 (GBD)(SN), *Burnett, et al. v. Islamic Republic of Iran* 1:15-cv-09903 (GBD)(SN), and *Estate of John Patrick O'Neill Sr., et al. v. Islamic Republic of Iraq, et al.* 04-cv-01076 (GBD)(SN), and file this Motion to Substitute Counsel. As grounds for said Motion, the Munhall Plaintiffs state as follows:

1. The Munhall Plaintiffs were represented by Motley Rice LLC. On April 17, 2023, by electronic mail and federal express, the Munhall Plaintiffs advised Motley Rice LLC that they desired new counsel.

2. The Munhall Plaintiffs thereafter retained John F. Schutty, Esq. of the Law Office of John F. Schutty, P.C. to represent them in this litigation.

3. The Munhall Plaintiffs now ask the Court to substitute John F. Schutty, Esq. as attorney of record as to the Munhall Plaintiffs.

4. The Munhall Plaintiffs, Motley Rice LLC and John F. Schutty, Esq., consent to

the substitution of counsel as requested herein (signed Consents are attached to the accompanying Declaration of John F. Schutty, Esq. as part of a Stipulation & Consent Order, *see* Exhibit A).

**WHEREFORE, PREMISES CONSIDERED**, Susan Munhall, individually as spouse, and as Personal Representative of the Estate of James Munhall, deceased; and Lauren Munhall, individually as surviving child of James Munhall, deceased, pray that this Honorable Court enter an Order substituting John F. Schutty, Esq. of Law Office of John F. Schutty, P.C. as attorney of record for the Munhall Plaintiffs in *Burnett, et al. v. Al Baraka Investment & Development Corp.* 1:03-cv-09849 (GBD)(SN), *Burnett, et al. v. Islamic Republic of Iran* 1:15-cv-09903 (GBD)(SN), and Estate of John Patrick *O'Neill Sr., et al. v. Islamic Republic of Iraq, et al.* 04-cv-01076 (GBD)(SN).

Dated: New York, New York
      July 30, 2024

                                      Respectfully Submitted,

                                    /s/ *John F. Schutty*

                                    John F. Schutty (JS2173)
                               LAW OFFICE OF JOHN F. SCHUTTY, P. C.
                               445 Park Avenue, Ninth Floor
                               New York, New York 10022
                               Telephone: (646) 345-1441
                               Fax: (917) 591-5980
                               Email: john@johnschutty.com