**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) |

This document relates to:

*Gaston, et al. v. Islamic Republic of Iran*, 18-cv-12337 (GBD)(SN)

## [PROPOSED] DEFAULT JUDGMENT

Upon consideration of the motion for default judgment submitted by the Plaintiffs in *Gaston, et al. v. Islamic Republic of Iran*, 18-cv-12337 (GBD)(SN), whose claims arise out of the terrorist attacks on September 11, 2001, together with the entire record in this case, it is hereby;

ORDERED that service of process was effected upon the Islamic Republic of Iran in accordance with 28 U.S.C. § 1608 (a) for sovereign defendants; and it is

ORDERED that a partial final default judgment is entered against the Islamic Republic of Iran and on behalf of Plaintiffs listed in Exhibit B to this Order in *Gaston, et al. v. Islamic Republic of Iran*, 18-cv-12337; and it is

ORDERED that Plaintiffs set forth on Exhibit B to this Order be awarded judgment for solatium damages as set forth on Exhibit B; and it is

ORDERED that the Plaintiffs set forth on Exhibit B be awarded prejudgment interest at a rate of 4.96%, compounded annually, from September 11, 2001 through the date of the judgment entered in the amount of $ _____; and it is

ORDERED that Plaintiffs identified in Exhibits B may apply for punitive damages or other damages (to the extent such awards have not previously been ordered) at a later date

consistent with future rulings made by this Court on this issue; and it is

**ORDERED** that the remaining *Gaston* Plaintiffs, not identified in Exhibit B, may submit in later stages applications for damages awards for compensatory damages for pain and suffering, punitive damages, economic damages, or other damages (to the extent such awards have not been previously ordered).

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 10179 in 03-md-1570 (GBD)(SN) and ECF No. 110 in 18-cv-12337 (GBD)(SN).


Dated: New York, New York                    **SO ORDERED:**
_____, 2024


                                             _____
                                             George B. Daniels
                                             United States District Judge