EXHIBIT B

Solatium - (description)

| Claimant | | | | 9/11 Decedent | | | | | | | Claim Information | | | Solatium Damages | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Amount |
| Beatrice | | Gaston | US | Betsy | | Martinez | | US | 9/11/01 | NY | 18cv12337 | 1 at allegation 30, appendix 1 | | Sibling | $ 4,250,000.00 |
| Frances | | Gaston | US | Betsy | | Martinez | | US | 9/11/01 | NY | 18cv12337 | 1 at allegation 31, appendix 1 | 10125 | Sibling | $ 4,250,000.00 |
| Maria | | Gaston | US | Betsy | | Martinez | | US | 9/11/01 | NY | 18cv12337 | 1 at allegation 34, appendix 1 | | Sibling | $ 4,250,000.00 |
| Ariel | | Martinez | US | Betsy | | Martinez | | US | 9/11/01 | NY | 18cv12337 | 1 at allegation 62, appendix 1 | | Child | $ 8,500,000.00 |