

Robert K. Kry
MoloLamken LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
T: 202.556.2011
F: 202.556.2001
rkry@mololamken.com
www.mololamken.com

July 30, 2024

The Honorable George B. Daniels
United States District Judge
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Room 1310
New York, NY 10007

BY ECF

      Re:   *In re Terrorist Attacks on September 11, 2001*, **No. 1:03-md-1570 (S.D.N.Y.)**

Dear Judge Daniels:

    Pursuant to this Court's order of July 29, 2024 (Dkt. 10173), Dallah Avco is filing today copies of the following submissions on Dallah Avco's renewed dispositive motions: Dallah Avco's reply memorandum of law (previously filed under seal at Dkt. 9607 and with redactions at Dkt. 9842); Dallah Avco's response to plaintiffs' averment (filed under seal at Dkt. 9608 and with redactions at Dkt. 10044); and Dallah Avco's reply declaration and exhibits (filed under seal at Dkt. 9609). Dallah Avco's opening memorandum, Rule 56.1 statement, and opening declaration and exhibits were previously publicly filed without redactions at Dkts. 9392, 9393, and 9477.

    Dallah Avco is still discussing the propriety of certain redactions with the FBI. Given the very limited time to comply with this Court's order, today's filing reflects the FBI's requested redactions pursuant to the FBI's interpretation of this Court's order.

                                        Respectfully submitted,

                                        Robert Kry

cc:    All counsel by ECF