# Exhibit 99

**Salary Table 2024-SD**
**Incorporating the 4.7% General Schedule Increase and a Locality Payment of 33.05%**
**For the Locality Pay Area of San Diego-Chula Vista-Carlsbad, CA**
**Total Increase: 5.52%**
**Effective January 2024**

*Annual Rates by Grade and Step*

| Grade | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $ 29,252 | $ 30,234 | $ 31,206 | $ 32,175 | $ 33,145 | $ 33,714 | $ 34,677 | $ 35,647 | $ 35,685 | $ 36,591 |
| 2 | 32,893 | 33,675 | 34,765 | 35,685 | 36,088 | 37,150 | 38,212 | 39,274 | 40,335 | 41,397 |
| 3 | 35,890 | 37,086 | 38,282 | 39,479 | 40,675 | 41,871 | 43,067 | 44,263 | 45,459 | 46,655 |
| 4 | 40,288 | 41,630 | 42,972 | 44,315 | 45,657 | 47,000 | 48,342 | 49,685 | 51,027 | 52,370 |
| 5 | 45,075 | 46,577 | 48,079 | 49,581 | 51,083 | 52,585 | 54,087 | 55,590 | 57,092 | 58,594 |
| 6 | 50,246 | 51,921 | 53,597 | 55,272 | 56,947 | 58,622 | 60,297 | 61,972 | 63,647 | 65,322 |
| 7 | 55,836 | 57,697 | 59,559 | 61,420 | 63,281 | 65,143 | 67,004 | 68,865 | 70,727 | 72,588 |
| 8 | 61,835 | 63,896 | 65,957 | 68,018 | 70,079 | 72,140 | 74,201 | 76,262 | 78,323 | 80,383 |
| 9 | 68,297 | 70,574 | 72,850 | 75,127 | 77,403 | 79,680 | 81,956 | 84,233 | 86,509 | 88,786 |
| 10 | 75,211 | 77,717 | 80,224 | 82,730 | 85,237 | 87,744 | 90,250 | 92,757 | 95,264 | 97,770 |
| 11 | 82,633 | 85,387 | 88,142 | 90,896 | 93,650 | 96,404 | 99,158 | 101,912 | 104,666 | 107,421 |
| 12 | 99,044 | 102,345 | 105,646 | 108,947 | 112,248 | 115,549 | 118,850 | 122,151 | 125,452 | 128,752 |
| 13 | 117,776 | 121,702 | 125,628 | 129,555 | 133,481 | 137,407 | 141,334 | 145,260 | 149,186 | 153,113 |
| 14 | 139,176 | 143,815 | 148,455 | 153,094 | 157,733 | 162,373 | 167,012 | 171,652 | 176,291 | 180,931 |
| 15 | 163,706 | 169,162 | 174,619 | 180,075 | 185,532 | 190,988 | 191,900 * | 191,900 * | 191,900 * | 191,900 * |

\* Rate limited to the rate for level IV of the Executive Schedule (5 U.S.C. 5304 (g)(1)).

Applicable locations are shown on the 2024 Locality Pay Area Definitions page:
https://www.opm.gov/policy-data-oversight/pay-leave/salaries-wages/2024/locality-pay-area-definitions/