# EXHIBIT 5
## REDACTED FOR PUBLIC FILING

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

--------------------------------X

IN RE: TERRORIST ATTACKS ON        :

SEPTEMBER 11, 2001                 : 03 MDL 1570 (GBD)(SN)

--------------------------------X


*** THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL ***

Deposition of EMILE A. NAKHLEH, Ph.D.

Conducted Remotely

Wednesday, June 15, 2022

9:03 a.m.




Reported by: Matthew Goldstein, RMR, CRR




_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 52

1       A.   It's something that I cannot really talk

2    about except to say that even though I was

3    primarily an analyst, my other functions included

4    going out to the field at the request of the chief

5    of station and senior case officers.  And I

6    managed a migrant academic outreach program at the

7    agency which I created and was praised even by the

8    president and continues to be to this very day.

9            So some of my trips overseas, some of

10   them were analytic analysis trips, and some of

11   them working with people and assessing people

12   to -- for DEO to determine the type of

13   relationship that the U.S. Government would be

14   interested in having with a particular person

15   without going into details.  So that's the most I

16   can talk about that.

17      Q.   Sir, did you conduct any clandestine

18   work?

19      A.   I said I went outside on some trips to

20   dealing with operations.  I cannot really talk

21   about that.

22      Q.   Can you say yes or no whether you worked

Page 53

1    in a clandestine capacity?

2         A.   I answered that question.  Some of my

3    trips involved this type of work but I cannot

4    continue to discuss this issue and I hope you

5    understand.

6         Q.   That's fine.  I'm just asking for your

7    background.

8              Did you ever handle clandestine agents?

9         A.   I talked to and judged and ruled and

10   made recommendations on potential and current

11   agents.  I cannot go beyond that.  And I hope you

12   do not push this line of questioning because I

13   will not be able to answer these questions.

14        Q.   At the CIA, did you work on issues

15   relating to Saudi Arabia and Al-Qaeda?

16        A.   Yes.

17        Q.   Sir, as part of your work at the CIA,

18   you're aware of the long history of cooperation

19   between Saudi Arabia and the United States;

20   correct?

21        A.   State to state, yes.

22        Q.   You're certainly aware that the CIA

Page 54

1    supported the mujahideen in Afghanistan during the

2    Soviet invasion?

3         A.   Yes, that was U.S. policy at the time.

4    And --

5         Q.   And your --

6         A.   And we supported that because -- in

7    fact, most Muslim countries supported that.  The

8    Muslim World League issued a fatwa in support of

9    that, and the United States was involved in that.

10   And so I am, of course, aware of that.

11        Q.   And you're aware, sir, that Saudi Arabia

12   matched U.S. contributions dollar for dollar, and

13   that amount was put in a CIA-controlled bank

14   account?

15        A.   They were heavily involved in that,

16   financially and ideologically at the time.

17        Q.   And the CIA and Saudi Arabia jointly

18   supported the mujahideen fighters; correct?

19        A.   That is correct, and many other

20   countries.  Most Muslim countries supported the

21   mujahideen in Afghanistan in the '80s against the

22   Soviet Union.

6/15/2022            In re Terrorist Attacks of September 11, 2001  Emile A. Nakhleh, Ph.D.
                              Contains Confidential Information

Page 55

1        Q.   And those mujahideen fighters, they had

2    declared jihad against the Soviets, and they

3    justified their resistance to the Soviets in

4    religious terms; correct?

5             MR. SIMPSON:   Objection to form.

6    BY MR. SHEN:

7        Q.   You can answer.

8        A.   So your question -- can you repeat the

9    question, please?

10       Q.   Sure.

11            The mujahideen fighters had declared

12   jihad against the Soviets and justified their

13   resistance in religious terms; correct?

14       A.   Yes, for the most part.  Not

15   necessarily --

16       Q.   And the CIA supported --

17       A.   Not necessarily the foot soldiers,

18   right, but the higher-ups, of course, they use the

19   religious argument that -- to justify jihad

20   against a perceived enemy of Islam -- an infidel

21   enemy of Islam that was attacking and invading a

22   Muslim country.  This is generally a justification

Page 59

1   professors, graduate students, and others.

2   BY MR. SHEN:

3       Q.   And I promise you, sir, we will get to

4   that.  If you could focus on my question and just

5   answer my question, please.

6            Now, sir, in 1992 and 1993, Usama bin

7   Ladin was in Sudan; is that correct?

8       A.   That is correct.

9       Q.   And the Saudi government instructed him

10  to stop his criticisms of the royal family;

11  correct?

12           MR. SIMPSON:  Objection to form.

13           THE WITNESS:  Yes, that is correct.  Of

14  course --

15  BY MR. SHEN:

16      Q.   And they informed him that if they did

17  not, legal action would be taken against him.

18  That's correct; right?

19      A.   I'm sorry, the question was that they

20  did not --

21      Q.   The Saudi government informed Usama bin

22  Ladin in '92 and '93 if he didn't stop his

Page 60

```
 1    criticism, legal action would be taken against

 2    him; correct?

 3         A.   Yes, that they had threatened to take

 4    away his passport and freeze the money he was

 5    getting from the bin Ladin foundation and family

 6    and business.  So they did threaten to stop -- to

 7    take action against him.

 8         Q.   And they ultimately did that.  They

 9    froze his assets, and they stripped him of

10    citizenship; correct?

11         A.   That is correct.

12         Q.   Now, in 1994, are you aware that the

13    Sudanese government accused Saudi Arabia of

14    attempting to assassinate Usama bin Ladin?

15         A.   I recall that, yes.

16         Q.   And we discussed about in 1994, Saudi

17    Arabia stripped Usama bin Ladin of his

18    citizenship.  Through the next seven years,

19    through 2000 -- in the 2001 attacks, bin Ladin

20    continued to issue public statements where he

21    criticized the royal family, in fact, called for

22    the royal family's removal from power; correct?
```

Page 61

1            MR. SIMPSON:  Objection to form.

2            Can you simplify the question, please?

3            MR. SHEN:  No, I can't, Gavin.

4            THE WITNESS:  What is the question,

5     please?

6     BY MR. SHEN:

7        Q.   The question is:  Through the next

8     seven years, from '94 through 2001, Usama bin

9     Ladin continued to criticize the Saudi royal

10    family and Saudi government and called for the

11    king's removal from power; correct?

12       A.   Yes, at one -- at certain times, was

13    more vocal than others, because by that time Usama

14    bin Ladin and other jihadist groups developed this

15    notion that originally was developed by Sayyid

16    Qutb about the near enemy and the far enemy.

17    Initially, the far enemy was the United States, if

18    you were the Christian crusaders headed by the

19    United States and Zionism is headed by Israel.

20            But what Sayyid Qutb developed in his

21    book, Signposts, which was accepted by many

22    jihadists in Saudi Arabia, that the near enemy

Page 62

1    consisted of Muslim leaders whose behavior in

2    their view was un-Islamic.

3            And so when a Muslim leader, he

4    argued -- or they argued, becomes un-Islamic in

5    their behavior, then that Muslim leader in their

6    view becomes an apostate and, therefore, would be

7    justifiable -- his killing would be justified.

8        Q.    And that's the position that Usama bin

9    Ladin took with respect to the king of Saudi

10   Arabia; correct?

11       A.    Not only the king of Saudi Arabia, but

12   other Muslim leaders who in his view were

13   un-Islamic in their behavior, like Musharraf of

14   Pakistan or Mubarak of Egypt or -- excuse me --

15   Abdullah of Jordan and so on.  So not only --

16       Q.    So certainly the Saudi government fell

17   in that category?

18       A.    Sorry.  Not only the king of Saudi

19   Arabia, but other Islamic leaders who in their

20   view were un-Islamic and, therefore, constituted

21   what they called the near enemy.

22       Q.    Sir, you're aware that in April of 1996,

Page 63

1   Saudi Arabia attempted to extradite bin Ladin from

2   Sudan to face charges in Saudi Arabia?

3           MR. SIMPSON:  Objection to form.

4           THE WITNESS:  I am aware at that time,

5   we were all aware of this ongoing relationship

6   between Usama bin Ladin and Saudi Arabia.  They

7   did try to extradite him, and there was conflict

8   with Sudan, as well.

9   BY MR. SHEN:

10      Q.   And you're aware that the 9/11

11   commission implicated Al-Qaeda in a plot in

12   January 1998 to smuggle missiles into Saudi

13   Arabia; correct?

14      A.    That is correct.

15      Q.   And in June of '98, Saudi Arabia with

16   U.S. support, including the support of George

17   Tenet, the head of the CIA, attempted to extradite

18   bin Ladin from Afghanistan?

19      A.    I am not going to comment on the role

20   George Tenet.

21      Q.    But you are aware that Saudi Arabia

22   attempted to extradite bin Ladin from Afghanistan?

Page 64

1        A.    Yes.

2        Q.    And you're aware that Prince Turki made

3    that trip?

4        A.    Yes.

5        Q.    You're aware that he was accompanied by

6    the former minister of Islamic Affairs, Sheikh

7    Abdullah al-Turki?

8        A.    The question, please?

9        Q.    The question was:  Prince Turki was

10   unaccompanied by the former minister of Islamic

11   Affairs, Sheikh Abdullah al-Turki?

12       A.    I recall I was aware of that story at

13   the time.  I do not recall the details at this

14   moment.

15       Q.    And you're aware that the Taliban

16   refused Saudi Arabia's request; correct?

17       A.    Sudan you said?

18       Q.    Taliban.  The Taliban refused --

19       A.    Yes.

20       Q.    -- Saudi Arabia's request?

21       A.    Yes.

22       Q.    And when the Taliban refused the

Page 65

1    request, Saudi Arabia, in fact, cut off all

2    diplomatic relations with the Taliban; correct?

3         A.   I recall that was the case, yeah.

4         Q.   And shortly after that when bin Ladin

5    was in Afghanistan, there was an assassination

6    attempt on him.  Are you aware that bin Ladin's

7    former bodyguard claimed that Saudi Arabia was

8    behind that assassination attempt?

9              MR. SIMPSON:  Objection to form.

10             THE WITNESS:  There were statements

11   about that at the time, yes.

12   BY MR. SHEN:

13        Q.   So before the 9/11 attacks, there was a

14   long and intense history of hostility between

15   Saudi Arabia and Usama bin Ladin; correct?

16             MR. SIMPSON:  Objection to form.

17             THE WITNESS:  There was, because that

18   relationship had deteriorated from the early

19   '90's, that is the previous decade, between him

20   and Saudi Arabia and the monarchy.  So, yes, that

21   would have been the case.

22

Page 66

1    BY MR. SHEN:

2        Q.    And by the late 1990s, Saudi Arabia

3    certainly understood that Al-Qaeda was a threat;

4    correct?

5        A.    Well, not to the kingdom itself.  That

6    is a question that there was a lot of debate about

7    that in the U.S. government.  We did not believe

8    at CIA at the time that the Saudi monarchy really

9    appreciated the threat that Al-Qaeda -- and not

10   only Al-Qaeda but other jihadist groups posed to

11   Saudi Arabia.  We got the impression at the time

12   that as long as jihad was conducted away from

13   Saudi Arabia, the Saudi leadership was not

14   terribly concerned about a threat to Saudi Arabia

15   itself.

16           And that was the point that we tried to

17   make to the Saudi leadership at the time before

18   2001, 2002, that jihad that goes on overseas

19   doesn't stay overseas.  That ultimately it comes

20   home by those people, jihadists, who did jihad in

21   Afghanistan or Chechnya or Bosnia, ultimately it

22   comes home.

Page 67

```
 1    BY MR. SHEN:

 2         Q.   Sir, did you write every word in your

 3    expert report?

 4         A.   Yes.

 5         Q.   And, sir, you write in your expert

 6    report that by the late 1990s, the kingdom came to

 7    understand that Usama bin Ladin and Al-Qaeda was a

 8    threat.  Those are your words; correct?

 9         A.   Yes, that was a threat to the monarchy,

10    but not necessarily to Saudi Arabia.  There is a

11    distinction between the two; that is, we were

12    arguing that ultimately Saudi Arabia were the

13    subject to the start of jihadist activity and

14    the -- for state-to-state reasons, for national

15    interest reasons, the monarchy made decisions that

16    did not necessarily give us the impression that

17    they really appreciated the threat to Saudi Arabia

18    as a country.

19         Q.   Sir, the monarchy, the Saudi royal

20    family, the al-Sauds, they run the Saudi

21    government; correct?

22         A.   Yes, they do.
```

Page 68

1          Q.   And the al-Saudis, the Saudi royal

2     family, the monarchy, realized in the late 1990s,

3     as you write in your report, that Al-Qaeda was a

4     threat; correct?

5               MR. SIMPSON:  Objection.  Objection to

6     form.

7               THE WITNESS:  Yes.  I mean, there -- it

8     was a threat to the monarchy when they had not

9     focused on the threat as being more pervasive than

10    it was.  We tried to argue with them that the

11    threat was more pervasive not only to Saudi

12    Arabia, but to other countries in the region.

13    BY MR. SHEN:

14         Q.   Now, sir, when you were working at the

15    CIA, the CIA actually concluded that Al-Qaeda was

16    a threat to Saudi Arabia and the monarchy;

17    correct?

18         A.   Yes.

19         Q.   And, sir, if we could take a look --

20              MR. SHEN:  Please pull up Tab 1.  We'll

21    mark this as Sageman 1 -- I'm sorry, we'll mark

22    this as Nakhleh 1.

Page 69

1                (Nakhleh Deposition Exhibit 1 was marked

2      for identification and attached to the

3      transcript.)

4      BY MR. SHEN:

5          Q.   Sir, you've reviewed this document

6      before; right?

7          A.   Let me see.

8          Q.   For the record, this is

9      EO14040-3414-UPDATED-MDL.  It's a Joint Assessment

10     of Saudi Arabian Support of Terrorism in the

11     Counterintelligence Threat to the United States,

12     December 2004, issued by the CIA and FBI.

13               You've seen this before; right?

14         A.   Yes.

15         Q.   If we could turn please to 3417.  And

16     we'll look at the second -- sir, the second full

17     paragraph.  It says, "The Kingdom of Saudi Arabia

18     fears Al-Qaeda and has for years viewed the

19     organization as a threat to security and survival

20     of the Al Sauds."

21               Do you see that?

22         A.   Yes.

6/15/2022          In re Terrorist Attacks of September 11, 2001  Emile A. Nakhleh, Ph.D.
                              Contains Confidential Information

Page 130

1    is more wider spectrum.  They allow for reasoning.

2    They allow for intelligent analysis of the text

3    and of the hadiths.  So the difference here, if

4    you are -- if that is really the gist of your

5    question, the difference is that in -- is in the

6    interpretation of each surah or Ayah, that is a

7    chapter or verse in the Quran.

8              And that's where you see if you pick up

9    two Qurans, for example, one published in Saudi

10   Arabia by the King Fahd Publishing Service and one

11   is published by Al-Azhar University in Cairo,

12   which is the oldest Islamic school in the world,

13   you will see the interpretations around each surah

14   or Ayah are different.

15             And so not about the words themselves,

16   but the interpretation of what a particular Ayah

17   or verse means.  So the different schools take

18   different views about these schools.  The oneness

19   that you referred to specifically refers to the

20   Salafi Wahhabi school of jurisprudence, which is

21   based on the Hanbalis.

22             MR. SHEN:  Can we please pull up

Page 131

1   Exhibit 10.  This will be Nakhleh Exhibit No. 5.

2              (Nakhleh Deposition Exhibit 5 was marked

3   for identification and attached to the

4   transcript.)

5   BY MR. SHEN:

6        Q.   And, sir --

7        A.   Where --

8        Q.   You don't have the document in front of

9   you, sir.

10             Have you reviewed the works of Alexander

11  Meleagrou-Hitchens?

12       A.   No.  I'm familiar with that book and of

13  his expertise of Hanbali.

14       Q.   Are you aware, sir, that this individual

15  has been put forth as a purported expert in this

16  case by plaintiffs?

17       A.   Yes.  I heard that, yes.

18       Q.   Let's look please at page 48 of his

19  book.

20             MR. SHEN:  Technician, this is the third

21  page of the document.

22

Page 132

1    BY MR. SHEN:

2        Q.    And, sir, Mr. Meleagrou-Hitchens writes

3    about the Salafi spectrum.  Do you see that?

4        A.    Yes.

5        Q.    And, sir, he writes, if we look at the

6    bottom paragraph on page 48, "The theology of

7    Salafism is rooted in the works of Ibn

8    Taymiyya..."and "According to Ibn Taymiyya, Salafi

9    beliefs are based on literal interpretation of the

10   primary Islamic text that attempts to understand

11   the physical aspects of God himself."

12            Do you see that?

13       A.    Correct.

14       Q.    And you would certainly agree with that;

15   correct?

16       A.    I would have to read it again, if you

17   don't mind.  Okay.  "According to the Taymiyya,

18   Salafi beliefs are based on a literal

19   interpretation of the primary Islamic text that

20   attempts to understand the physical aspects of God

21   himself."  Yes.  So --

22       Q.    Let's look at page 50, please.

Page 133

1        A.    Page 50.

2              MR. SHEN:  Technician.

3    BY MR. SHEN:

4        Q.    Sir, there is a statement at the bottom

5    of page 50 that says, "While all Salafis (Wahhabis

6    included) share the same basic creed which

7    revolves around the centrality of Tawhid, they

8    differ in the methodology they pursue for its

9    implementation and the form their proselytizing

10   (Da'wah) should take."

11             Do you see those statement?

12       A.    Yes, all Salafis, that is Wahhabis

13   included, share the same basic creed, which

14   revolves around the centrality of Tawhid.  They

15   differ in the methodology, that is the Manhaj,

16   they pursue for its implementation and the form

17   their proselytizing or Da'wah should take.  Yes.

18       Q.    And you certainly agree with that;

19   correct?

20       A.    Yes, that makes sense, but you really

21   also have to take it in the context of other

22   schools.  You have to examine, for example, the

Page 134

1   footnote he used here.  I would look -- basically,

2   it's not like I disagree with this statement, but

3   I would like to look at further materials.

4        Q.   And, sir, he goes on to write that

5   Salafism in Western academic literature has

6   traditionally been categorized into three strands:

7   Purists, also known as quietists; politicos, also

8   known as activists or haraki, Salafis; and

9   jihadis.

10            Do you see that statement?

11       A.   Yes.

12       Q.   And you're familiar with the vast amount

13  of literature which has characterized Hanbali

14  Salafis into those three categories; correct?

15       A.   Yes, and sometimes interpretations or

16  sub-interpretations of these strands.  So this

17  academically is correct; but in reality, there are

18  usually other strands depending on the

19  particularity of the researcher and the context in

20  which the researcher is focusing on.

21       Q.   And you yourself have actually used

22  these same categories in describing the strains of

```
                                            Page 135

 1   Hanbali Salafism; correct?

 2        A.   I have used those in my writings to a

 3   large extent in the government, within the

 4   government.

 5        Q.   And you've also written about it outside

 6   the government.  You wrote a piece called "The

 7   Necessary Engagement:  Reinventing America's

 8   Relations with the Muslim World" where you wrote

 9   about that; correct?

10        A.   Yes, this was my book.

11             MR. SHEN:  Can we look at Exhibit 9,

12   please.  This will be Nakhleh 6.

13             (Nakhleh Deposition Exhibit 6 was marked

14   for identification and attached to the

15   transcript.)

16   BY MR. SHEN:

17        Q.   You recognize this book, sir?

18        A.   I don't see the page.

19        Q.   Well, I'm just asking, you see the cover

20   page?  This is your book?

21        A.   Yes.

22        Q.   If we could look at page 112.
```

6/15/2022          In re Terrorist Attacks of September 11, 2001  Emile A. Nakhleh, Ph.D.
Contains Confidential Information

Page 136

1          And, sir, under "Traditionalists and

2     Radical Salafis," you write about

3     "Traditionalists, primarily Sunni Muslims, might

4     be divided into three groups:  Those who read the

5     Quran and the hadith (Muhammad sayings) literally

6     and who espouse a narrow interpretation of the

7     religion and an exclusivist vision, believe Islam

8     is the only route to salvation, but do not

9     participate in violence or terrorism."

10          Do you see that?

11     A.   Yes, I see that.

12     Q.   And that's the first group which are

13     quietists; correct?

14     A.   Yes.

15     Q.   And then you describe a second group

16     under that.  You say, "those who hold the same

17     narrow interpretations of Islam but view violent

18     jihad as acceptable means for political change in

19     bringing about a global Islamic state or a

20     caliphate."

21          Do you see that?

22     A.   Let me see.  "Those who hold the same

Page 137

1    narrow interpretation of Islam but view violent

2    jihad as an acceptable means for political change

3    and for bringing about a global Islamic state or

4    caliphate," yes.

5        Q.    And those are known in the academic

6    literature as activists or political Salafists;

7    correct?

8        A.    Yes.

9        Q.    And then you describe --

10        A.    Generally speaking, yes.

11        Q.    And then you describe the third group,

12    which you call jihadi Salafists; correct?

13        A.    Yes.

14        Q.    And those individuals are prone to

15    violence and support terrorism in global jihad;

16    correct?

17        A.    Yes.

18        Q.    Now, you go on to describe the

19    differences between these groups of Hanbali

20    Salafists.  Look at page 113.  You say the first

21    group tends to read the scripture literally

22    without any deviation.  And then you describe that

Page 138

1    group of quietists as essentially the same as

2    fundamentalists, Christians and Jews, who do not

3    engage or support violent jihad; correct?

4         A.    That is correct.

5         Q.    All right.  And so there is a strict

6    division or an actual recognized division between

7    quietists, Hanbali Salafists, and political

8    Salafists and violent global jihadists; correct?

9              MR. SIMPSON:  Objection to form.

10             THE WITNESS:  That there is a strict

11   division you said?  I did not --

12   BY MR. SHEN:

13        Q.    Let me ask the question before.

14             Academics, including individuals whose

15   works you cite in your report and as you yourself

16   acknowledge, there is a spectrum of Hanbali

17   Salafists' beliefs between these three categories;

18   correct?

19        A.    Yes.  Generally that is the case, yes.

20        Q.    And, sir, as you've also written, Saudi

21   Arabia as a government has taken actions against

22   individuals who fall in the political or activists

Page 139

1   Salafist groups as well as those who fall in the

2   violent jihadist Salafist groups; correct?

3        A.   Where is that -- which page is that

4   statement?

5        Q.   Let's look at 117, sir.

6             You say, "Several radical clerics have

7   been frequently arrested in Saudi Arabia for their

8   views and moral and financial support of violent

9   jihad and Al-Qaeda."

10            Do you see that?

11       A.   Yes.

12       Q.   And so the government of Saudi Arabia

13  itself has taken actions against that category of

14  Hanbali Salafists; correct?

15       A.   Now, I just want to remind you that this

16  book was written after 9/11, and many of the

17  actions that were taken by Saudi Arabia that I

18  referred to in this book were after 9/11,

19  generally speaking.

20       Q.   And certainly Saudi Arabia has taken

21  actions against political and activist Salafists

22  and jihadi Salafists prior to 9/11; correct?

Page 140

1              MR. SIMPSON:  Objection to form.

2              THE WITNESS:  So you said they are taken

3     action against -- you mentioned I think two

4     groups; did you?

5     BY MR. SHEN:

6         Q.    Activist Salafis, political Salafis,

7     that's one group, and the second group is jihadi

8     Salafis.  Saudi Arabia as a government has taken

9     actions against both of those groups prior to

10    9/11?

11        A.    Prior or post?

12        Q.    Prior.

13        A.    I'm not as sure about prior as I am

14    post.

15        Q.    Sir, you are aware that Saudi Arabia as

16    a country had a massive crackdown against the

17    Sahwa movement, which were activists and political

18    Salafists; correct?

19        A.    Well, now, if you are talking about the

20    Sahwa movement, the Islamic Awakening Movement,

21    that requires a whole long discussion.  In fact,

22    the Sahwa started first with what we call -- just

Page 249

1    warranted the waging of jihad in response."

2              Do you see that language?

3        A.    Yes.

4        Q.    And then in paragraph 130, you write,

5    "At this juncture it is apt to reflect that there

6    was a marked and unprecedented convergence of

7    views between bin Ladin and the Saudi religious

8    authorities, including many ulama regarding the

9    waging of jihad against the United States."

10             Do you see that?

11       A.    Yes.

12       Q.    And, sir, Ibn Baz who was the Grand

13   Mufti at the time, he certainly did not believe in

14   waging jihad against the United States; correct?

15             MR. SIMPSON:  Objection to form.

16             THE WITNESS:  I was not talking about

17   Ibn Baz in this paragraph.

18   BY MR. SHEN:

19       Q.    All right.  And, sir, the council of

20   ministers, they were not in favor of waging jihad

21   against the United States?

22       A.    I am not talking about the council of

Page 250

1    ministers in this paragraph.  You referred me to

2    paragraph 130; correct?

3         Q.   And, sir, I'm asking the question.  Sir,

4    if you could just answer the questions that I'm

5    asking.

6              The religious council, which was

7    appointed by the king, they didn't believe in

8    waging jihad against the United States; correct?

9         A.   Sir, you referred me to 130.  Are we

10   still on 130, paragraph 130, in my report?

11        Q.   Yes, I'm asking you a separate question,

12   whether the religious council appointed by the

13   king was in favor of waging jihad against the

14   United States?

15        A.   So that has nothing to do with 130.

16        Q.   Sure.  Answer the question, please.

17        A.   So the question is what, sir?

18        Q.   The religious council appointed by the

19   king, were they in favor of waging jihad against

20   the United States?

21        A.   I don't necessarily have an opinion on

22   that council.  I am sure based on the experience

Page 251

1    is that the head of the council certainly will

2    have to be extremely loyal to the king and,

3    therefore, they would not disagree with state

4    policy as represented by the king.

5         Q.   And the state policy, as represented by

6    the king, is of course against waging jihad

7    against the United States; correct?

8              MR. SIMPSON:  Counsel, sorry, the

9    witness has indicated that he needs a restroom

10   break and just have to go off the record very

11   briefly so that he can --

12             MR. SHEN:  Okay.  Can we just answer the

13   pending question, please?

14             MR. SIMPSON:  Apologies, yes, I didn't

15   mean to interrupt a pending question.  Go ahead

16   with the question again, sorry.

17   BY MR. SHEN:

18        Q.   Sir, the state policy as represented by

19   the king is of course against waging jihad against

20   the United States?

21        A.   As the king annunciates that.  But the

22   question is if some elements within the Minister

Page 252

1   of Islamic Affairs, which is a part of the

2   government, makes -- supports violent jihad, does

3   that mean that the whole government -- it means,

4   as I said earlier, that elements within the

5   government in the Minister of Islamic Affairs were

6   supportive of violent jihad because they agreed

7   that the presence of infidel troops was a major

8   insult to Islam and to Saudi Arabia.

9       Q.   And if any element in the Ministry of

10  Islamic Affairs, in fact, supported violent jihad,

11  that would go against state policy; correct?

12          MR. SIMPSON:  Objection to form.

13          THE WITNESS:  I do not know.  They'll

14  have to decide that and whether they want to stay

15  in the ministry or not.  That is their decision

16  really.

17  BY MR. SHEN:

18      Q.   It would certainly go against state

19  policy as annunciated by the king, by the Grand

20  Mufti, and by the religious council; correct?

21          MR. SIMPSON:  Objection to form.

22          THE WITNESS:  I did not write about that

SUBJECT TO FBI & MDL PROTECTIVE ORDERS

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

In re Terrorist Attacks on September 11, 2001    03 MDL 1570 (GBD) (SN)

*This document relates to*
All Actions

### ERRATA SHEET FOR THE DEPOSITION OF
### DR. EMILE A. NAKHLEH (JUNE 15, 2022)

| Page and Line ref (Page:Line) | Current text | Revised text | Reason(s) |
|---|---|---|---|
| 58:7 | khadim | Hami | Transcription error |
| 128:6 | revealed by that | revealed by God | Transcription error |
| 152:7 | Wahhabiist | Wahhabist | Transcription error |
| 156:9 | The Minister | The Ministry | Transcription error |
| 157:12 | a tier example | a clear example | Transcription error |
| 157:15 | Hadla | Hadlaq | Name correction |
| 157:18 | imam of the King Fahad | imam of the King Fahad Mosque | Transcription error / missing word |
| 162:7 | ███████ | ██████ | Name correction |
| 163:3 | visitors coming in | visitors were coming in | Transcription error / missing word |
| 163:9 | pr | or | Transcription error |
| 168:15-16 | about ██████ | about ██████ | Transcription error / name correction |
| 188:5 | Hadla [ph] | Hadlaq | Name correction |

1

| Page and Line ref (Page:Line) | Current text | Revised text | Reason(s) |
|---|---|---|---|
| 189:8-9 | not like appointment | not a light appointment | Transcription error |
| 191:4 | that book at the time of the Majed has come | that book went out, 'The Time of the Majus Has Come' | Correction of title / Transcription error |
| 191:5 | And Ibn buys | And Ibn Baz buys | Name correction / Transcription error |
| 206:13 | I viewed those words | I used those words | Transcription error |
| 241:4-5 | in southern Asia | in South Asia | Transcription error |
| 251:22 | within the Minister | within the Ministry | Transcription error |
| 312:8-9 | these people have known dagar [ph] | these people have *noms de guerre* | Transcription error |
| 352:10-11, 12, 18 | irhaba [ph] | hiraba | Transcription errors |
| 353:18, 19, 20 | irhaba | hiraba | Transcription errors |
| 355:4 | Sahir | Sahih | Transcription error |
| 355:5 | source attributable hadiths | source of hadiths attributable | Transcription error |
| 357:5 | Sahir | Sahih | Transcription error |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed:     August 18, 2022

EMILE A. NAKHLEH, Ph.D.

2