# EXHIBIT 8

An official website of the United States Government Here's how you know

Live Now: Secretary Blinken Holds a U.S.-Mexico High-Level Security Dialogue Joint Press Availability

Newsroom | Business | Employees | Job Seekers | Students | Travelers | Visas

U.S. DEPARTMENT of STATE

POLICY ISSUES | COUNTRIES & AREAS | BUREAUS & OFFICES | ABOUT

search

Home > Saudi Arabia > U.S. Relations With Saudi Arabia

# U.S. Relations With Saudi Arabia

**BILATERAL RELATIONS FACT SHEET**

**BUREAU OF NEAR EASTERN AFFAIRS**

MAY 11, 2022

**More information about Saudi Arabia is available on the Saudi Arabia Page and from other Department of State publications and other sources listed at the end of this fact sheet.**

**U.S.-SAUDI ARABIA RELATIONS**

Following recognition in 1931, the United States and Saudi Arabia established full diplomatic relations, with exchange of credentials and appointment of the first U.S. ambassador (initially resident in Cairo) , in 1940. Saudi Arabia's unique role in the Arab and Islamic worlds, its holding of the world's second largest reserves of oil, and its strategic location all play a role in the long-standing bilateral relationship between the Kingdom and the United States. The United States and Saudi Arabia have a common interest in preserving the stability, security, and prosperity of the Gulf region and consult closely on a wide range of regional and global issues. Saudi Arabia plays an important role in working toward a peaceful and prosperous future for the region and is a strong partner in security and counterterrorism efforts and in military, diplomatic, and financial cooperation. Its forces work closely with U.S. military and law enforcement bodies to safeguard both countries' national security interests. The United States and Saudi Arabia also enjoy robust cultural and educational ties with tens of thousands of Saudi students studying in U.S. colleges and universities and scores of educational and cultural exchange visitors each year. The United States also provides promising youth and emerging Saudi leaders the opportunity to experience the United States and its institutions through the International Visitor Leadership Program and various other exchange programs.

**U.S. Cooperation with Saudi Arabia**

The United States and Saudi Arabia have a longstanding security relationship. Saudi Arabia is the United States' largest foreign military sales (FMS) customer, with more than $100 billion in active FMS cases. Through FMS, the United States has supported three key security assistance organizations in Saudi Arabia—the Ministry of Defense, the National Guard, and the Ministry of Interior. Since the 1950s, the U.S. Army Corps of Engineers has also played a vital role in military and civilian construction in Saudi Arabia.

Additional programs support closer cultural, educational, and institutional ties between the United States and Saudi Arabia. The U.S.-Saudi partnership is rooted in more than seven decades of close friendship and cooperation, enriched by the exchange opportunities that are key to the promotion of mutual understanding and the long-term development of ties between our two peoples. In cooperation with the Government of Saudi Arabia, the United States provides technical support in areas such as education, trade, and economic development.

**Bilateral Economic Relations**

The United States and Saudi Arabia enjoy a strong economic relationship. The United States is Saudi Arabia's second largest trading partner, and Saudi Arabia is one of the United States' largest trading partners in the Middle East. Saudi Arabia is the third leading source of imported oil for the United States, providing about half a million barrels per day of oil to the U.S. market. The United States and Saudi Arabia have signed a Trade Investment Framework Agreement. Saudi Arabia launched its Vision 2030 program in April 2016, laying out plans to diversify the economy, including through increased trade and investment with the United States and other countries.

**Saudi Arabia's Membership in International Organizations**

Saudi Arabia participates in a number of international organizations, including the United Nations, International Monetary Fund, World Bank, and World Trade Organization. Saudi Arabia also is an observer to the Organization of American States.

**Bilateral Representation**

Principal embassy officials are listed in the **Department's Key Officers List**.

Saudi Arabia maintains an **embassy** in the United States at 601 New Hampshire Avenue NW, Washington, DC 20037; tel. 202-342-3800.

More information about Saudi Arabia is available from the Department of State and other sources, some of which are listed here:

**U.S. Embassy**
**History of U.S. Relations With Saudi Arabia**
**Office of the U.S. Trade Representative Country Page**
**U.S. Census Bureau Foreign Trade Statistics**
**Export.gov International Offices Page**
**Library of Congress Country Studies**
**Travel Information**

TAGS    Bureau of Near Eastern Affairs    Saudi Arabia

