# EXHIBIT 13



# Certification of Translation

## COUNTY OF SUFFOLK
## COMMONWEALTH OF MASSACHUSETTS

October 5, 2023

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

**KSA0000001137**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

_Benardette McEvoy_
Benardette McEvoy
Assistant Production Manager
Linguistic Systems, Inc.

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

Form OPS-QF-008 (rev.1)

[handwriting:] [illegible] on 14/1/ 98 [Dec. 25, 1977]

In the name of God, the Merciful, the Benevolent

| Kingdom of Saudi Arabia<br>Ministry of Defense and Aviation<br>General Directorate of Civil Aviation<br>Jeddah Airport | [stamp:] Aviation [illegible]<br>[illegible]<br>Incoming No.: 333<br>Date: 8/1/98 [Dec. 19, 1977] | Number: 5/1/98 [illegible letters]<br>Date: 3/1/98 [Dec. 14, 1977]<br>Attachments: ………<br><br>**Subject:** ……………… |
|---|---|---|

Omar Ahmad Mustafa al-Bayoumi      Fee Auditor      Fifth      198      Fees Division at Jeddah Airport

Dear H.E. the Director General of Jeddah International Airport

Greetings,

In reference to your note No. 5868 dated 26/12/97H [Dec. 7, 1977] on the copy of Decision No. 7/4/8816 dated 23/12/97H [Dec. 4, 1977] to appoint the employee whose identification has been detailed above,

I would like to inform your excellency that the aforementioned employee has started his work with us on 25/12/97H [Dec. 6, 1977]. Kindly communicate this to whomsoever needs to know it. Sincerely,

fā/ʿayn

Director, Jeddah Airport Fees Division
[signature]
Muhammad Bashir Daghestani

[Handwriting:]
Dear Director of Employee Affairs,
Greetings. Please be advised and make a note as you deem necessary. With my regards,
[illegible] Director, Jeddah International Airport
[signature]
Abdul Al Qadir Al [illegible]

[stamp:]
Kingdom of Saudi Arabia
Ministry of Defense and Aviation
General Directorate of Civil Aviation
[illegible]
Incoming No.: 56
Date: 4/1/98H [Dec. 15, 1977]

[handwriting:]
Hiring
[signature]
8/1/98 [Dec. 19, 1977]

KSA0000001137

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الدفاع والطيران
المديرية العامة للطيران المدني
مطار جدة

الرقم: ٩٨/١/٥ ع
التاريخ: ٩٨/١/٣
المرفقات: ـــ

الموضوع: ـــ

عمر أحمد مصطفى البيومي   الخامسة   مدقق رسوم   ١٩٨   شعبة الرسوم بمطار جدة

سعادة مدير مطار جدة الدولي      الموقر

بعد التحية،

اشارة الي شرحكم رقم ٥٨٦٨ في ٩٧/١٢/٢٦ علي صورة القرار رقم ٨٨١٦/٤/٧ في ٩٧/١٢/٢٣ بتعيين الموظف الموضحه هويته اعلاه .
افيد سعادتكم أن المذكور قد باشر العمل لدينا بتاريخ ٩٧/١٢/٢٥ . نأمل التكرم بابلاغ من يلزم بذلك . وتقبلوا تحياتي ،،،،
ف/ع

مدير شعبة الرسوم بمطار جدة
محمد بشير داغستاني

KSA0000001137