# EXHIBIT 14



# Certification of Translation

**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

October 5, 2023

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

KSA0000001139

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

_Benardette McEvoy_
Benardette McEvoy
Assistant Production Manager
Linguistic Systems, Inc.

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

Form OPS-QF-008 (rev.1)

| | |
|---|---|
| Kingdom of Saudi Arabia | No.: 7/4/8816 |
| Presidency of Civil Aviation | Date: 23/12/97H [Nov. 24, 1978] |

Employee Appointment Decision

The President of Civil Aviation

Based on the authority vested in him by statute,

And based on General Personnel Bureau Letter No. 5/35506 dated 21/11/97H [Nov. 3, 1977] containing the nomination of Omar Ahmad Mustafa al-Bayoumi to work at this agency; and whereas the above mentioned employee has been nominated to the fifth rank for the position of Fee Auditor No. 198 in the Fees Department at Jeddah International Airport with a salary of 2,100 (Two Thousand One Hundred) riyals, and in accordance with the requirements of the Public Employees Law;

Has decided the following:

I. The individual named Omar Ahmad Mustafa al-Bayoumi shall be appointed to the position of Fee Auditor No. 198 at the fifth rank, grade one, with a salary of 2,100 (Two Thousand One Hundred) riyals, at Jeddah at the Fees Department at Jeddah Airport.
II. The appointment of the above-mentioned employee is effective as of his start date.
III. He shall be paid two months' salary in accordance with Article 27/10 of the Civil Service Law.
IV. He shall be deemed temporary for one year.
V. The concerned entities shall execute this decision, each per its area of jurisdiction.

[Signatures]

President of Civil Aviation
Abdullah Al Mahdi
[signature]

Copy with salutations to Director General of Civil Service
==== to Director General of Hiring and Exams / Riyadh
==== to Director of Employee Affairs / Payroll / Identity / Hiring
==== Planning and Budget / Copy to Organization / Promotions
==== Jeddah International Airport to advise on his start date and send the performance report of the above-mentioned person after every six months
==== The candidate Omar Ahmad Mustafa al-Bayoumi / Office of Abu Fahd, behind the Mecca parking lot, care of Abdol Qadir Badkook

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

KSA0000001139

المملكة العربية السعودية
رئاسة الطيران المدني

الرقم / ١٨/١/٨٨١٦
التاريخ / ٢٢/١٢/٩٧

(قرار تعيين موظف)

ان رئيس الطيران المدنـــي

بناءً على الصلاحيات الممنوحه له نظاماً .
وبناءً على خطاب ديوان الموظفين العام رقمه /٣٥٠٠٦ وتاريخ ٢١/١١/٩٧ المتضمن ترشيح عمر احمد مصطفى البيومي للعمل بهذا الجهاز وحيث ان المذكور رشح بالمرتبة الخامسة على وظيفة مدقق رسوم رقم ١٩٨ بادارة ( الرسوم بمطار جده الدولي ) وبراتب ( ٢١٠٠ ) الفين ومائة ريال
واستناداً الى مقتضيات نظام الموظفين العام .

(يقرر مايلــــــي )

اولاً / يعين المدعو / عمر احمد مصطفى البيومي على وظيفة مدقق رسوم ذات الرقم ( ١٩٨ ) بالمرتبة الخامسة بالدرجه الاولى براتب قدره ( ٢١٠٠ ) الفين ومائه ريال مقرها جده بادارة الرسوم بمطار جده .

ثانياً / يعتبر تعيين المذكور من تاريخ مباشرته العمل .

ثالثاً / يصرف له راتب شهرين وفقا للماده ( ٢٧/١٠ ) من نظام الخدمه المدنيه .

رابعاً / يعتبر تحت التجربه مدة سنه .

خامساً / على الجهات المختصه تنفيذ هذا القرار كل فيما يخصه ،،،

رئيس الطيران المدنـــي
عبدالله المهدي

صورة مع التحيه لمدير عام الخدمه المدنيه
====== لمدير عام التوظيف والامتحانات / الرياض
===== للمكرم مدير شئون الموظفين / سجل التأديه / الهويه / التوظيف
===== التخطيط والميزانيه / صورة للتنظيم / للترقيات
== مطار جده الدولي للافاده عن تاريخ مباشرته ورفع تقرير الكفايه عن المذكور بعد كل ستة شهور
= للمرشح عمر احمد مصطفى البيومي / مكتب ابو فهد خلف موقف مكة طرف عبد القادر بادكوك

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000001139