# EXHIBIT 15



**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

October 5, 2023

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

**KSA0000001110**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

*Benardette McEvoy*
Benardette McEvoy
Assistant Production Manager
Linguistic Systems, Inc.

**Linguistic Systems, Inc.**
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

Form OPS-QF-008 (rev.1)

[handwriting:] 4/1290                              * 153875

In the name of God, the Merciful, the Benevolent

| | |
|---|---|
| Kingdom of Saudi Arabia | Number: 7/4/9566 |
| Ministry of Defense and Aviation | Date: 24/11/1401H [Sept. 23, 1981] |
| Civil Aviation Presidency | Attachments: …………….. |
| Jeddah, Saudi Arabia | |

| | | | | |
|---|---|---|---|---|
| Omar Ahmad Mustafa al-Bayoumi | Fee Auditor | Fifth | 198 | Jeddah Airport Fees |
| Position being transferred to: | Budget Clerk | Fifth | 34 | Planning and Budget |

The Director General of the Employee Affairs and Salaries Directorate

Upon the authorities vested in him and in references to the application form submitted by the employee identified above, who is requesting to be transferred from his current position as Fee Auditor No. 198 to the currently vacant position of Budget Clerk 5th Rank No. 34, which is considered to be a correction to his employment status as he obtained a Diploma from the High Institute for Financial and Commercial Sciences – Department of Secretariat; and in reference to Letter No. 57358 of 10/11/1401H [Sept. 9, 1981] from the Director General of the Bureau branch in the Western Region permitting the transfer for the above name individual,

We decide as follows:

1. To transfer the employee Omar Ahmad Mustafa Bayoumi from his current position as a Fee Auditor to the vacant fifth-rank position of Budget Clerk No. 34, effective as of his start date after the issuance of this decision.
2. The employee identified above shall be paid the salary of the seventh grade of the fifth rank, which is 4,390, effective as of his start date in the position to which he is being transferred in accordance with Decision No. 113 of 25/2/1399H [Jan. 24, 1979] of the Deputy Prime Minister and Civil Service President.
3. This decision shall be communicated to whomever must approve its implementation, and thus it has been drafted. …

[two signatures]

Director General, Employee Affairs and Salaries Directorate<br>[signature] [handwriting:] 27/11<br>Muhammad Sa'id Salamah

Copy with salutations to Bureau of Civil Service [handwriting:] Western Region
-- to Salaries / Records / Pay / Hiring
-- to Jeddah Airport for information / Copy to Planning and Budget to advise on the start date for the above-mentioned individual
-- to his file. [handwriting:] Copy to Planning / Promotions

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

KSA0000001110

* 152875 *

بسم الله الرحمن الرحيم

**KINGDOM OF SAUDI ARABIA**
**MINISTRY OF DEFENCE & AVIATION**
**CIVIL AVIATION PRESIDENCY**
**JEDDAH SAUDI ARABIA**

الرقم: ح/١/١/ح/حمد
التاريخ: ١٢/...../......
المرفقات: ..............

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني

هـ: احمد مصطفى البيومي
الوظيفة المنقول عليها / كاتب ميزانية / الخامسة / ٣٤ / التخطيط والميزانية
مدقق رسوم / الخامسة / ١٩٨ / رسوم مطار جدة

ان مدير ادارة شئون الموظفين والرواتب

بناءً على الصلاحيه الممنوحه له وبالاشاره الى الاستدعاء المقدم من الموظف الموضح هويته بعاليه والــذى يطلب نقله من وظيفته الحاليه مدقق رسوم رقم ١٩٨ الى الوظيفه الشاغره مسمى كاتب ميزانيه م/ه ذات الرقم ٣٤ وذلك تحسينا لوضعه الوظيفى وحصوله على دبلوم المعهد العالى للعلوم الماليه والتجاريه قســــم سكرتاريا . وبالاشاره الى خطاب مدير عام فرع الديوان بالمنطقه الغربيه رقم ٥٧٣٥٨ فى ١٠/١١/١٤٠١هـ والذى اجاز نقل المذكور وبناء عليه فأننا :-

** نقـــــررمايلـــــى **

١- نقل الموظف هـ: احمد مصطفى بيومى من وظيفته الحاليه مدقق رسوم الى الوظيفة الشاغره بالمرتبــــه الخامسه بمسمى كاتب ميزانيه ذات الرقم ٣٤ اعتبارالنقل من تاريخ مباشرته بعد صدور هذا القرار.

٢- يعطى المذكور راتب الدرجه السابعه من المرتبه الخامسه وقدره (٣٩٠٤) اعتبارامن تاريخ مباشرتــــه الوظيفه المنقول عليها استنادا الى قرار نائب رئيس مجلس الوزراء ورئيس الخدمه المدنيه رقم ١١٣ فى ٢٥/٢/١٣٩٩هـ

٣- يبلغ هذا القرار لمن يلزم لاعتماد تنفيذ موجبه ولذا حـــــرر ،،،

مدير ادارة شئون الموظفين والرواتب
محمد سعيد ......

صوره مع التحيه لديوان الخدمه المدنيه بالمنطقه
- للرواتب /١ لسجل /التأديب/ التوظيف
- لمطار جده للاجراء /صوره للتخطيط والميزانيه للافاده من تاريخ مباشرة المذكور
- للملف.: صور للتنظيم / لتربط

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000001110