# EXHIBIT 16



**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

October 5, 2023

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

    KSA0000001106

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

_Benardette McEvoy_
Benardette McEvoy
Assistant Production Manager
Linguistic Systems, Inc.

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

Form OPS-QF-008 (rev.1)

* 020398

| | |
|---|---|
| 4/1290 | |
| Kingdom of Saudi Arabia | Number: 7/4/73 |
| Ministry of Defense and Aviation | Date: 4/1/1402H [Nov. 1, 1981] |
| Civil Aviation Presidency | Attachment: |

The Director of the Employee Affairs and Salaries Directorate

Per the powers granted to him and in reference to Minutes No. 35 of the Promotions Committee at the Bureau, dated 27/12/1401H [Oct. 25, 1981], which we received with Note No. 34947 dated 29/12/1401H [Oct. 27, 1981] from the Director General of Civil Service with regards to the promotion of a number of employees at this Presidency; accordingly,

We have decided

1. To promote 12 employees: eight of them to the sixth rank, three to the fifth rank, and one to the fourth rank, as explained in the attached letter.

2. The promotion becomes effective as of the start date unless it precedes this decision. Their authority must report the start.

3. This decision shall be communicated to the necessary parties for implementation.
[signature]

Director, Employee Affairs and Salaries Directorate<br>[signature]<br>Mohamed Saeed Salameh

C. with salutations to Bureau of Civil Service / Riyadh
C. to Director of Jeddah Airport / Riyadh Airport / Warehouses / Finance Directorate / Statistics [illegible handwriting]
C. Airport Affairs with the note that the employee Mohammed Said [illegible handwriting] is not to be allowed to begin [illegible handwriting] until after 8/1/1402H [Nov. 5, 1981]
C. to Aviation Services / Planning / Organization / Salaries / Pay / Record / Hiring
C. to Jeddah Airport with the note that the employee Mohammed Said [illegible handwriting] is not to be allowed to begin in the position to which he is being promoted until after 8/1/1402H [Nov. 5, 1981]
C. to Record and Archive with the note that the employees Ali Shaheen and Abdul Ghani al-Hindi are not to be allowed to begin in the positions to which they are being promoted until after 8/1/1402H [Nov. 5, 1981]

KSA0000001106

١٥٩٠/٦

بسم الله الرحمن الرحيم

| | | |
|---|---|---|
| **KINGDOM OF SAUDI ARABIA**<br>MINISTRY OF DEFENCE & AVIATION<br>CIVIL AVIATION PRESIDENCY<br>JEDDAH SAUDI ARABIA | الرقم ٧٢/١/٧<br>التاريخ ١/١/١٤٠٢هـ<br>المرفقات | المملكة العربية السعودية<br>وزارة الدفاع والطيران<br>رئاسة الطيران المدني |

من مدير إدارة شئون الموظفين والرواتب

بموجب الصلاحيات الممنوحة له وإشارة إلى محضر لجنة الترقيات بالديوان رقمه ٣ في ١٤٠١/١٢/٢٧
الوارد لنا بشرح مديرعام الخدمة المدنية رقم ٣٤٩٤٧ وتاريخ ١٤٠١/١٢/٢٩ والخاص بترقيــــــة
بعض الموظفين بهذه الرئاسة وبناءً عليه .

تقـــــرر ما يلي

١) ترقية اثنا عشر موظفاً منهم ثمانية إلى المرتبة السادسة وثلاثة إلى المرتبة الخامســــــة
وواحد إلى المرتبة الرابعة بموجبها وهو موضحا بالبيان المرفــــق .

٢) تعتبر الترقية من تاريخ المباشرة على أن لا يسبق صد ورهذا القرار وعلى مرجعهم الرفع عن المباشرة

٣) يبلغ هذا القرار لمن يلزم لإنفاذه ولذا حـــــرر ،،،

مدير إدارة شئون الموظفين والرواتب

محمد سعيد ســـــــلامة

ص/ مع التحية لديوان الخدمة المدنية / الرياض
ص/ للمكرم مدير مطار جدة / مطار الرياض / المستودعات / الإدارة المالية / الإحصاء الوطني
ص/ شئون الطائرات ...
ص/ للخدمات الجوية / التخطيط / التنظيم / الرواتب / التأدية / السجل / التوظيف



**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

October 5, 2023

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

**KSA0000001107**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

_____
Benardette McEvoy
Assistant Production Manager
Linguistic Systems, Inc.

**Linguistic Systems, Inc.**

260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

Form OPS-QF-008 (rev.1)

Statement of employees promoted pursuant to Promotions Committee Minutes No. 35 of 27/12/1401 [Oct. 25, 1981]

| Employee name | Current position | | | | Position following promotion | | | | Salary | |
|---|---|---|---|---|---|---|---|---|---|---|
| Mahmoud Hamza Aamer | Inquiry commissioner | Fifth | 73 | Jeddah Airport | Head of Inquiry Dept | Sixth | 141 | Riyadh Airport | 5195 | Seventh grade |
| Mohammed Abdullah Hamid | Covenant clerk | " " | 205 | Warehouses | Warehouse Chief | " " | 63 | Warehouses | 4505 | Fourth grade |
| Omar Ahmed Mustafa al-Bayoumi | Budget clerk | " " | 34 | Planning & Budget | Auditor | " " | 194 | Finance Directorate | 4735 | Fifth grade |
| Hassan Ibrahim Abdullah [illegible] | Statistics clerk | " " | 352 | Statistics | Statistical Researcher | " " | 196 | Statistics | 5195 | Seventh grade |
| Farraj A'ed Al-Ahmadi | Warehouse clerk | " " | 206 | Warehouses | Secretary | " " | 47 | Employees | 4965 | Sixth grade |
| Mohammed Saeed Hamid [illegible] | Relationship commissioner | " " | 211 | Jeddah Airport | Airport Services Office Manager | " " | 116 | Airport Affairs | 4965 | Sixth grade |
| Ali Hamza Shahin | Salary clerk | " " | 320 | Registry | Employee Affairs [illegible] | " " | 107 | Employees | 5195 | Seventh grade |
| Mohammad Abd Al Kareem al-Rumaih | Air traffic controller | " " | 104 | Jeddah Airport | Air traffic controller | " " | 5 | Jeddah Airport | 4735 | Fifth grade |
| Ghazi Mohammed Sidqi [illegible] | " " | Fourth | 88 | Dhahran | " " | Fifth | 106 | Dhahran | 3590 | Third grade |
| Osama Abdullah [illegible] | " " | " " | 224 | Jeddah Airport | " " | " " | 48 | Jeddah Airport | 3790 | Fourth grade |

The statement has a supplement

KSA0000001107

Continued Statement of employees promoted pursuant to Promotions Committee Minutes No. 35 of 27/12/1401 [Oct. 25, 1981]

| Name | Position | Grade | No. | Location | Position | Grade | No. | Location | Salary | Grade |
|---|---|---|---|---|---|---|---|---|---|---|
| Abdullah Binyah Hamid Al-Hubaishi | Air traffic controller | Fourth | 313 | Jeddah Airport | Air traffic controller | Fifth | 419 | Jeddah Airport | 3790 | Fourth grade |
| Abdul Ghani Abdul Salam Al-Hindi | Clerk | Third | 44 | Employees | Clerk | Fourth | 342 | Employees | 3165 | Fourth grade |

Twelve employees only

KSA0000001108

| اسم الموظف | الوطنية حالية | الوظيفة | المرفوعين عليها | الراتب |
|---|---|---|---|---|
| محمود حمزه عامر | ٧٢ مأمور بمخازن قسم الاستعلامات | ١٤١ مغاربين | (٥١٩٠) درجة السابعة |
| محمد عبده حميد كاشمى | ٥٠٥ مستودع ابن سترج | ٦٣ سوريه | (٤٠٠٥) درجة الرابعه |
| عمر جمعه مصطفى البسيومى | ٣٤ كاتب ميزانية لوط البريد | مقده حسابات | ١٩٤ برازيلى | (٤٧٣٥) درجة خامس |
| حسنى بيكم عبدالمغربى | ٢٥٢ كاتب جهاد | جنه جهادى | ١٩٦ برجهاد | (٥١٩٠) درجة سابعه |
| فراج عادل الحديد | ٢٠٦ كاتب مستودع | سترى | ٤٧ لحفظى | (٢٩٦٥) درجة باب دسر |
| محمد سيد محمد جنيد طه | ٤١١ مأمور علاقات | مطابخ | مدرس فنيه مطار | ١١٦ ثقوى بخارى | (٢٩٦٥) درجة باب دسر |
| الحاجه نجو تحسين | ٢٤٠ كاتب واتب | سجل | سقف مقدم للحفظى | ١٠٧ للحفظى | (٥١٩٠) درجة سابعه |
| محمد كريم البرصى | ١٠٤ وقت جزئى | مطابخ | وفاه جزئى | ٠ مطار جده | (٢٧٣٥) درجة خامس |
| غازى محمد صدقة وزملاه | ٨٨ برلمنت | للطراز | جاسم | ١٠٦ للطراز | (٣٠٩٠) درجة ثالثه |
| اسامه ابته لوشك | ٢٣٢ مطابخ | --- | ٤٨ مطابخ | (٢٧٩٠) درجة رابعه |

لسيادتكم تكملة .

- تابع بيانات لأشخاص لمراجعين بموجب محضرطية لتذكار ٤ رقم ٢٥ في ٢٧/١٢/١٤٢١هـ

عبده بنيه عثمان الجيشي   مراقب جودة   رابع ٣١٣ مطبخ   مراقب جودة   ثبت ٤١٩ مطبخ (٢٧٩٠) يجم برابع

مبلغني عبدالسلام الهندي   كاتب   ثالثة ٤٤ لتحصين   كاتب   رابع ٣٢٤ لمجلس (٣١٦٥) يجم برابع

انتهى متى موقعاً فطانير

KSA0000001108