# EXHIBIT 17

# Certification of Translation

**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

October 5, 2023

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

**KSA0000001091**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

*Benardette McEvoy*
Benardette McEvoy
Assistant Production Manager
Linguistic Systems, Inc.

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

[handwriting:] 4/1290

In the name of God, the Merciful, the Benevolent

| | | |
|---|---|---|
| Kingdom of Saudi Arabia | Number | 7/4/7027 |
| Ministry of Defense and Aviation | Date | 7/10/1406H [June 15, 1986] |
| Civil Aviation Presidency | Attachments | _____ |
| JEDDAH SAUDI ARABIA | | |
| Finance Directorate | | |

The Director General of Administrative and Financial Affairs

Based on the authority given to him and in reference to Letter No. 21185 of 24/9/1406H [June 2, 1986] from the Director of the Systems Implementation Directorate at the Bureau, accompanied by Promotions Committee minutes No. 43 of 10/9/1406H [May 19, 1986], which include the promotions of some employees of this Presidency; and whereas those mentioned are good and active in their work and they obtained performance reports with the rating of "excellent," and each one of them deserves the salary of the grade following the grade to which he is promoted, pursuant to Article 18/B of the Law; accordingly, we

Decided the following

1) Promote the employees whose identifications are explained in the attached statement. The first is promoted to the ninth rank, the second to the eighth rank, and the third and fourth to the seventh rank, and they are promoted to the positions next to each of their names at the respective entities, according to the explanation in the attached statement. Each of them will have the salary shown next to their names in the attached statement, which is the salary of the grade which following the grade to which they are promoted, pursuant to Article 28/B of the Law, beginning on their start date after this order has been issued.

2) This decision shall be communicated to whomever must approve its implementation. Thus it was written …

Director General of Administrative and Financial Affairs<br>[signature] [handwriting:] 7/10<br>Mohammad Saeed Salameh

[possible signatures]
CC / with salutations to Bureau of Civil Service / Review and Registration
CC / Salaries / Records / Pay / Hiring
CC / Planning and Budget to advise on the start date of employee Yousef Salameh
CC / Fees = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = Abdul Latif Abdul Baqi
CC / Finance Directorate to advise on the start date of your employees
CC / Promotions with the original minutes
CC / To the file of each one of them                                             10889
7/10/1406 AH

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

KSA0000001091

بسم الله الرحمن الرحيم

**KINGDOM OF SAUDI ARABIA**
MINISTRY OF DEFENCE & AVIATION
CIVIL AVIATION PRESIDENCY
JEDDAH SAUDI ARABIA

الرقم: ١٤/١/٧٠٤٧
التاريخ: ١٤٠٦/٩/١٠
المرفقات: ........

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني
الاداره المالية

أن مدير عام الشئون الاداريه والماليه

بناء على الصلاحيه الممنوحه له وأشاره الى خطاب مدير أدراة تنفيذ الانظمه بالديوان رقم ٢١١٨٥ وتاريخ ١٤٠٦/٩/٢٤هـ والمرفق به محضر لجنة الترقيات رقم ٤٣ فى ١٤٠٦/٩/١٠هـ والمتضمن ترقية بعض الموظفين بهذه الرئاسه . وحيث أن المذكورين جيدين ونشيطين فى اعمالهم وحاصلين على تقارير كفايه بدرجة ممتاز ويستحق كل منهم راتب الدرجة التى تلى الدرجه المرفع عليها بموجب الماده ١٨/ب من النظام وبناء عليه . فاننا

(( نقــرر مايلــى ))

١) ترقية الموظفين الموضحه هوياتهم بالبيان المرفق الاول للمرتبه التاسعه والثانى للمرتبه الثامنه والثالث والرابع للمراتب السابعه وعلى الوظائف الموضحه امام اسم كل منهم وفى جهاتها وحسب ماهو موضح بالبيان المرفق وأعطاء كل منهم الراتب الموضح امام اسم كل منهم بالبيان المرفق وهو راتب الدرجه التى تلى الدرجه المرفعين عليها بموجب المـــــاده ١٨/ب من النظام اعتبارا من تاريخ مباشرتهم بعد صدور هذا القرار ..

٢) يبلغ هذا القرار لمن يلزم لاعتماد تنفيذ موجبه   ولـــــــذا حـــــــــرر ،،،،،،

مدير عام الشئون الاداريه والماليه

محمد سعيد سلامه

ص/ مع التحيه لديوان الخدمه المدنيه / المراجعه والتسجيل ..
ص/ للرواتب / السجل / التأديه / التوظيف ..
ص/ للتخطيط والميزانيه للافاده عن تاريخ مباشرة الموظف يوسف سلامه ..
ص/ للرســـــــــــوم ================ عبداللطيف عبدالباقى ..
ص/ للاداره الماليه للافاده عن تاريخ مباشرة منسوبيكم ..
ص/ للترقيـات مع اصل المحضر ..
ص/ لملف كــل منهـــــــــم ..

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000001091



# Certification of Translation

**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

October 5, 2023

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

**KSA0000001092**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

_Benardette McEvoy_
Benardette McEvoy
Assistant Production Manager
Linguistic Systems, Inc.

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

Form OPS-QF-008 (rev.1)

Statement of promoted Employees according to Promotions Committee Minutes No. 43 of 10/9/1406H [May 19, 1986]

| Employee Name | Current Position | | # | | Position promoted to | | | | Salary | Grade |
|---|---|---|---|---|---|---|---|---|---|---|
| Mohammad Yousef Saleh Salameh | Audit Dept Head | Eighth | 101 | Finance Directorate | Budget Specialist | Ninth | 37 | Planning & Budget | 8690 | Eighth |
| Hussien Mohammad Ali Brenji | Accountant | Seventh | 35 | " " | Auditor | Eighth | 100 | Finance Directorate | 7455 | " " |
| Omar Ahmad Mostafa al-Bayoumi | Auditor | Sixth | 194 | " " | Dept Head | Seventh | 130 | " " | 6420 | " " |
| Abdul Latif Qasem Abdul Baqi | " " | " " | 208 | " " | Daily Accountant | " " | 66 | Fees Directorate | 5610 | Fifth |

Four employees only
[signature]

KSA0000001092

يكن يوقعين الموقعين بموجب محضر لجنة الترقيات رقم ×٤٣× في ١٠/٩/١٤٢٦هـ

| الاسم | الوظيفة الحالية | الوظيفة المرقى عليها | المرتبة بدرجة |
|---|---|---|---|
| محمد يوسف صالح صادم | مجسم التربية | الثامنة ١٠١ | مراجع مالية : خامة مراسلة : التاسعة ٢٧ | بلوغ المرتبة (٨٦٩٠) لبلوغ الثامنة |
| حسين محمد علي برنجي | محاسب : السابعة ٢٥ | ... | متفرق حسابياً : الثامنة ١٠٠ | بلوغ الثامنة (٧٢٥٥) ... |
| عمر حمزة مصطفى العومي | متعاون بحاسب آلي لدى سنة ١٩٢ | ... | يرسم : السابعة ١٣٠ | ... (٦٤٤٠) ... |
| عبد اللطيف قاسم عزالباني | ... ٢٠٨ | ... | محاسب يوم ... ٦٦ | مؤهل دراسي (٥٦١٠) لبلوغ الثامنة |

يقيم موظفي خفر الوفرات