# EXHIBIT 18



# Certification of Translation

## COUNTY OF SUFFOLK
## COMMONWEALTH OF MASSACHUSETTS

October 5, 2023

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

**KSA0000001072**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

*Benardette McEvoy*
Benardette McEvoy
Assistant Production Manager
Linguistic Systems, Inc.

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

Form OPS-QF-008 (rev.1)

[Civil Aviation Presidency seal]

| | |
|---|---|
| **Kingdom of Saudi Arabia** | Number: 7/4/1/7831 |
| **Ministry of Defense and Aviation** | Date: 14/5/1412H [Nov. 21, 1991] |
| **Civil Aviation Presidency** | Attachments: |
| **Jeddah Saudi Arabia** | |
| **Hiring** | |

**Subject: Promotion of some employees to the ninth and eighth ranks**

The director of Employee Affairs and Salaries,
Based on the authority granted to him, and in reference to Notice No. 13186 of 12/5/1412H [Nov. 19, 1991] from the Director General of Services on Promotion Committee Minutes No. 12 of 4/5/1412H [Nov. 11, 1991] regarding the approval of the promotion of four employees of this Presidency based on the attached statement for complying with statutory conditions; and whereas the aforementioned are good and active in their work and obtained an evaluation report marked "very good," and each of them deserves the salary of the grade following the grade to which he is promoted, pursuant to Article 18/b of the Law, as approved by His Excellency the President:

makes the following decision:

1- To promote the employees whose data is in the attached report, numbering four employees, to the ranks and positions next to each of their names. The first and second employees will be promoted from the eighth rank to the ninth rank, while the third and fourth employee will be promoted from the seventh rank to the eighth rank, as indicated next to the names of both employees, after they were vacated by the first and second employees. Each employee will have the salary for the grade following the grade to which he is promoted, pursuant to Article 28/b of the Law, starting from the date they commence after the issuance of this decision.
2- This decision will be communicated to all concerned parties for implementation.
   Thus it was written…
   [signature]

                 Director of Employee Affairs and Salaries
                    [signature]
                    Muhammad Nur Attyah

84/Statement 4
C. with salutations to Bureau of Civil Service (General Directorate of Information)
C. to His Excellency the Director of the Office of the President and Supervisor of the Administrative Communications Center, to advise on your employees' start
C. to Honorable Director of the Contracts and Leases Directorate to advise on your employees' start
C. ========== Finance Directorate to advise on you employees' separation and start
C. ========== Administrative Development Directorate
C. to Supervisor of Planning and Budget Directorate/ Promotions: with the original minutes
C. to Employee Affairs / Hiring / Pay
C. to each one's file, with the original in the first one's file
[signature]
Please Reply To:

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

KSA0000001072



**KINGDOM OF SAUDI ARABIA**
**MINISTRY OF DEFENCE & AVIATION**
**CIVIL AVIATION PRESIDENCY**
**JEDDAH SAUDI ARABIA**

الرقم: ٧/٤/١/٨٢١٧
التاريخ: ١٤١٢/٥/١٤ هـ
المرفقات: ..........

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني

التوظيف

الموضوع: ترقية بعض الموظفين للمرتبه التاسعه والثامنه

ان مدير شئون الموظفين والرواتب

بناءً على الصلاحيات الممنوحه له واشارة لشرح مدير عام الخدمه بالديوان العام للخدمه المدنيه رقم ١٣١٨٦ وتاريخ ١٤١٢/٥/١٢ هـ على محضر لجنة الترقيات رقم (١٢) في ١٤١٢/٥/٤ هـ المتضمن الموافقة على ترقية بعض الموظفين بهذه الرئاسه وعددهم اربعة موظفين وذلك حسب البيان المرفق لتوفر الشروط النظاميه وحيث ان المذكورين جيدين ونشيطين في اعمالهم وحاصلين على تقرير كفاية بدرجة (جيد جدا) ويستحق كل منهم راتب الدرجة التي تلي الدرجة المرفع عليها بموجب المادة (١٨/ب) من النظام ولموافقة معالي الرئيس على ذلك فانه :-

يقرر مايلي :

١ - ترقية الموظفين الموضحة هوياتهم بالبيان المرفق وعددهم اربعة موظفين الى المراتب والوظائف المحاذية لاسم كل منهم الموظف الاول والثاني من المرتبه الثامنه الى المرتبه التاسعة اما الموظف الثالث والرابع من المرتبه السابعة الى المرتبه الثامنه المبينه امام اسم كل منهما بعد شفورها عن شاغليها الموظف الاول والثاني مع اعطاءً كل منهم راتب الدرجة التي تلي الدرجة المرفع عليها بموجب المادة (٢٨/ب) من النظام اعتبارا من تاريخ مباشرة كل منهم بعد صدور هذا القرار .

٢ - يبلغ هذا القرار لمن يلزم لانفاذ موجبه .

ولهذا حرر ،،،

مدير شئون الموظفين والرواتب

محمد نور عطيه

٨٤/بيان٤

ص/ مع التحيه لديوان الخدمه المدنيه ( الاداره العامه للمعلومات)
ص/ لسعادة مديرمكتب الرئيس والمشرف على مركز الاتصالات الاداريه للافاده عن مباشرة منسوبيكم
ص/ للمكرم مدير ادارة العقود والايجارات للافادة عن مباشرة منسوبيكم .
ص/ =========== الاداره الماليه للافاده عن انفكاك ومباشرة منسوبيكم .
ص/ =========== ادارة التطوير الاداري .
ص/ للمشرف على ادارة التخطيط والميزانيه / الترقيات : مع اصل المحضر .
ص/ لشئون الموظفين / التوظيف / التأديبه .
لملف كل منهم والاساس في ملف الاول .

فضلاً يعنون الرد الى :

Please Reply To :

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

KSA0000001072



# COUNTY OF SUFFOLK
# COMMONWEALTH OF MASSACHUSETTS

October 5, 2023

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

**KSA0000001073**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

_Benardette McEvoy_
Benardette McEvoy
Assistant Production Manager
Linguistic Systems, Inc.

**Linguistic Systems, Inc.**

260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

Form OPS-QF-008 (rev.1)

| Name of Employee | Current Position | | | Position granted for Promotion | | | | Rank | Salary |
|---|---|---|---|---|---|---|---|---|---|
| Abdullah Saeed Al Maliki | Head of Revenue Dept (Finance Dir.) | 8 | 66 | Director of Administrative Communications Dir. | 9 | 1 | (Administrative Communications) | 8 | 8690 |
| Mohamed Yaslem Kaador | Accountant (Finance Dir.) | 8 | 86 | Director of Contracts and Properties Dir. | 9 | 42 | (Contracts and Leases) | 8 | 8690 |
| Omar Ahmed al-Bayoumi | Dept Head (Finance Dir.) | 7 | 130 | Accountant | 8 | 86 | (Finance Department) | 8 | 7455 |
| Mohamed Hassan Zeidan | Head of Aircraft Fees Dept | 7 | 11 | Head of Revenue Dept | 8 | 66 | (Finance Department) | 8 | 7455 |
| Four people [signature] | | | | | | | | | |

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000001073

| اســـم الموظـــف | الوظيفــه الحاليــه | | الوظيفــه المرفــع عليـــــــا | | الدرجـه | الراتـــب |
|---|---|---|---|---|---|---|
| عبدالله سعيد المالكــي | رئيس قسم الايرادات ( الاداره الماليه) | ٨ | ٦٦ | مدير ادارة الاتصالات الاداريه ٩ ١ ( الاتصالات الاداريه) | ٨ | (٨٦٩٠) |
| محمـد يسلـم كعـــدور | محاســـب (الاداره الماليه) | ٨ | ٨٦ | مديرادارة العقود والممتلكات ٩ ٤٢ (العقود والايجارات) | ٨ | (٨٦٩٠) |
| عمــر احمـد بيومــى | رئيــس قســم ( الاداره الماليه) | ٧ | ١٣٠ | محاســـب ٨ ٨٦ ( الاداره الماليــه) | ٨ | (٧٤٥٥) |
| حمـد حسن زيــدان | رئيس قسم رسوم الطائرات | ٧ | ١١ | رئيس قسم الايــرادات ٨ ٦٦ ( الاداره الماليــه) | ٨ | (٧٤٥٥) |

اربعـــه اشخــــــاص .

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000001073