# EXHIBIT 20

# Certification of Translation

**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

October 5, 2023

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

**KSA0000001052**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

_Benardette McEvoy_
Benardette McEvoy
Assistant Production Manager
Linguistic Systems, Inc.

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

Form OPS-QF-008 (rev.1)

| | | |
|---|---|---|
| [Handwritten note: 4/1290]<br>[Logo: Ministry of Defense and Aviation – Presidency of Civil Aviation]<br>Personnel Department<br>[Illegible stamp] [Illegible stamp]<br>[Handwritten note: Employees Unit] | IN THE NAME OF ALLAH THE MOST MERCIFUL THE MOST KIND<br><br>**PERSONNEL ACTION**<br>For Employees and Workers | [Illegible stamp]<br>[Handwritten note: Archives – To be kept in file of the mentioned person – Hiring Director – [signature] – 16/[illegible number] - Abdullah Ahmed Al Nahari] |

| | | |
|---|---|---|
| **First: Procedures of employee's/~~worker's~~ department** | [Handwritten note: Employees – 15381 – 11/6/1414H [Nov. 25, 1993] – [signature]]<br><br>Name        Position        Rank<br>[Handwritten note: Omar Bayoumi]   [Handwritten note: Accountant]   [Handwritten note: 8]<br><br>The honored director of Employee Affairs and Salaries<br>May peace, mercy, and blessings of Allah be upon you:<br><br>With reference to administrative decision No. 7/4/          dated    /    /14    H to:<br>☐ Hire the employee/worker identified above.<br>☐ Promote the employee/worker identified above.<br>☑ Transfer the employee/~~worker~~ from [Handwritten note: Finance Department] to. [Handwritten note: Airways]<br>☐ Grant leave of absence "……………………" to the employee/worker identified above for (    ) days starting    /    /14   H.<br><br>We would like to report to you that the mentioned person resumed his duties on [Handwritten note: 16/4/1414H [Oct. 3, 1993]]. Please take the required legal procedures.<br>Thank you … … …;<br><br>Manager in charge:<br>Position: [Handwritten note: Director General of Airways Engineering] Name: [Handwritten note: Eng. Mohamed Ahmed al-Salmi] Signature: [signature] | No. [Handwritten note: 1637/[illegible]]<br>Date 10/6/1414H [24/11/1993]<br><br>Number        Section<br>[Handwritten note: 268]   [Handwritten note: Finance Department] |
| **Second: Employee Affairs Procedures** | Copy to the honored director of the Pay and Salaries Division<br>Greetings:<br>For certification and acknowledgment. Thank you … … …<br>In charge:<br>Position:……………………………….  Name:………………………………  Signature:………………………….. | No.<br>Date |
| | Copy with salutations to the General Bureau of Civil Service, General Directorate for Information<br>Copy to the honored director<br>Copy to Hiring/Pay<br>Copy to Administrative Communications to complete record No.<br>Original to be kept in his file. | |

KSA0000001052

بسم الله الرحمن الرحيم

إدارة شؤون الموظفين

**مباشرة**
للموظفين والمستخدمين

| الرقم ٢٦٢٧/م/٧ |
| التاريخ ١٤١٤/٦/١٠هـ |

| الإسم | الوظيفة | المرتبة | رقمها | الجهة |
|---|---|---|---|---|
| عمر بيوك | كاتب | ٨ | ٦٨ج | الإدارة المالية |

المكرم مدير شئون الموظفين والرواتب       المحترم
السلام عليكم ورحمة الله وبركاته :-

اشارة للقرار الاداري رقم /٤/٧/      وتاريخ  /  /١٤هـ القاضي.

☐ بتعيين الموظف/المستخدم الموضحه هويته بعاليه .
☐ بترقية الموظف/المستخدم الموضحه هويته بعاليه .
☑ بنقل الموظف/المستخدم من الإدارة المالية إلى إدارة المعاجم
☐ بمنح اجازه .......... الموظف/المستخدم الموضحه هويته بعاليه لمدة (    ) يوماً اعتباراً من  /  /١٤هـ .

نفيدكم أن المذكور باشر عمله في ١٦/٤/١٤١٤هـ  نأمل اتخاذ اللازم نظاماً .
ودمتــم ،،، ،،، ،،،

مدير الجهة المسئول :
وظيفته: مدير إدارة المعاجم   اسمه: ........  توقيعه: ........

| الرقم |
| التاريخ |

صوره للمكرم مدير شعبة التأديب والرواتب       المحترم
بعد التحيه :-
للأعتماد والاحاطة . ودمتـم ،،، ،،، ،،،
المسئول :
وظيفته : ........   اسمه : ........   توقيعه : ........

صوره/ مع التحيه للديوان العام للخدمه المدنيه - الاداره العامه للمعلومات .
صوره/ للمكرم مدير
صوره/ التوظيف / التأديبه .
صوره/ للاتصالات الادارية لتسديد القيد رقم
الاصل/ يحفظ في ملفه .