# EXHIBIT 23

**Anqari Exhibit**

**392**

1/14/21 Carrie Campbell, RDR

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني

05

عقد رئاسة الطيران المدني ٠١٧-٩٣
لدعم وتشغيل وصيانة نظام الملاحة الجوية ٤
المجلد ١ - النسخة الانجليزية

ORIGINAL

صيغة العقد
الشروط العامة
المواصفات الخاصة
الشروط المالية والمرفقات
مجال الخدمات والمرفقات



# CONTRACT PCA-93-017
## FOR
## OPERATIONS AND MAINTENANCE
## OF THE
## AIR NAVIGATION SYSTEM SUPPORT (ANSS IV) PROGRAM
## VOLUME 1 - ENGLISH
### Form of Contract
### General Conditions
### Special Specifications
### Financial Conditions and Attachments
### Scope of Services and Attachments

THE KINGDOM OF SAUDI ARABIA
Ministry of Defence and Aviation
Presidency of Civil Aviation

KSA0000002185

## SECTION 4
## SCOPE OF SERVICES

### TABLE OF CONTENTS

| ARTICLE | T I T L E | PAGE NO. |
|---|---|---|
| 4-1 | INTRODUCTION | 4-1 |
| 4-2 | MANMONTH PERSONNEL | 4-1 |
| 4-2-1 | RECRUITMENT | 4-1 |
| 4-2-2 | CONTRACTOR MOBILIZATION | 4-7 |
| 4-2-3 | EMPLOYEE PERFORMANCE EVALUATION | 4-8 |
| 4-2-4 | PROFICIENCY INTENSIFICATION | 4-9 |
| 4-2-5 | REPLACEMENT OF PERSONNEL | 4-9 |
| 4-2-6 | UNSATISFACTORY PERFORMANCE BY CONTRACTOR PERSONNEL | 4-10 |
| 4-2-7 | TERMINATION FOR VIOLATION OF LAW OR CUSTOMS | 4-10 |
| 4-2-8 | TERMINATION OF CONTRACTOR PERSONNEL BY CONTRACTOR | 4-11 |
| 4-2-9 | PERSONNEL UNAVAILABILITY (RESIGNATIONS) | 4-11 |
| 4-2-10 | REVIEW OF MANNING | 4-12 |
| 4-2-11 | INCREASES IN MANNING | 4-12 |
| 4-2-12 | REDUCTIONS IN MANNING | 4-12 |
| 4-2-13 | NOT APPLICABLE TO SCOPE OF SERVICES | 4-12 |
| 4-2-14 | NOT APPLICABLE TO SCOPE OF SERVICES | 4-12 |
| 4-2-15 | OPERATIONAL WORKING HOURS | 4-13 |
| 4-2-16 | PERMANENT ASSIGNMENT LOCATIONS | 4-14 |
| 4-2-17 | HOUSING AND ACCOMMODATION | 4-14 |
| 4-2-18 | TRANSPORTATION | 4-15 |
| 4-2-19 | HOLIDAYS | 4-15 |

KSA0000002186

| ARTICLE | T I T L E | PAGE NO. |
|---|---|---|

| | | |
|---|---|---|
| 4-2-20 | SICK LEAVE AND COMPASSIONATE LEAVE | 4-16 |
| 4-2-21 | VACATIONS | 4-16 |
| 4-2-22 | SCHEDULING OF VACATION AND SETTLEMENT OF UNUSED ENTITLEMENTS | 4-16 |
| 4-2-23 | UNPAID LEAVE | 4-17 |
| 4-3 | SPECIAL COST SERVICES AND PROVISIONS | 4-17 |
| 4-3-1 | INTRODUCTION | 4-17 |
| 4-3-2 | OVERTIME | 4-17 |
| 4-3-3 | TECHNICAL SUPPORT (SUPPORT STAFF) | 4-17 |
| 4-3-4 | ENGINEERING, TECHNICAL, AND OTHER ADVISORS | 4-18 |
| 4-3-5 | TDY AND FACTORY TRAINING | 4-18 |
| 4-3-6 | BASIC TRAINING CENTER LIFE SUPPORT SERVICES | 4-18 |
| 4-3-7 | ADDITIONAL SPECIAL COST ITEMS | 4-18 |
| 4-4 | TECHNICAL SUPPORT MANMONTH SERVICES AND PROVISIONS | 4-18 |
| 4-4-1 | PROGRAM MANAGEMENT | 4-18 |
| 4-4-2 | CONTRACTOR PERFORMANCE EVALUATION | 4-19 |
| 4-4-3 | ON-THE-JOB TRAINING AND CONTRACTOR PLAN FOR SAUDIIZATION | 4-19 |
| 4-4-4 | PROGRAM PLAN | 4-21 |
| 4-4-5 | CONTRACTOR MANAGEMENT | 4-22 |
| 4-4-6 | CONTRACTOR MONTHLY ACTIVITY REPORT | 4-22 |
| 4-4-7 | PROGRESS REVIEWS | 4-22 |
| 4-4-8 | OPERATIONAL DEPLOYMENT OF CONTRACTOR PERSONNEL | 4-23 |
| 4-4-9 | GOVERNMENT ORGANIZATION CHANGES | 4-30 |
| 4-4-10 | SITES, FACILITIES SYSTEMS AND EQUIPMENT TO BE MAINTAINED | 4-30 |
| 4-5 | SUPPORT SERVICES AND PROVISIONS | 4-31 |
| 4-6 | NOT APPLICABLE TO SCOPE OF SERVICES | 4-31 |

KSA0000002187

## SECTION 4
## SCOPE OF SERVICES

4-1    **INTRODUCTION**

The Contractor shall provide the technical, managerial, and operational support as described herein, and engineering, technical, management, training, logistics, and support personnel in accordance with the Section 4 provisions enumerated herein in the Manning Summary, Attachment D, and in the Position Descriptions, Attachment E. Contractor- furnished personnel shall work for and in conjunction with the Presidency of Civil Aviation (PCA), as one integrated team, to train, augment, assist, and actively support the existing work force in the operation, maintenance, and certification of the Government's Air Navigation System facilities, systems, and equipment, and in other related activities as described herein.

The Contractor shall also provide logistics support services to provide materials and services for the aforementioned sites, facilities, systems, and equipment, and special cost services as described herein. Specific Contractor responsibilities, services, and applicable provisions are as follows:

4-2    **MAN-MONTH PERSONNEL**

4-2-1    **Recruitment**

4-2-1-1    **Recruitment-Offices:**  The Contractor shall establish recruitment offices for the purpose of recruiting personnel to work in Saudi Arabia in accordance with the Contract. The Contractor shall maintain such offices throughout the life of the contract at each of the following locations or countries:

        a)    Jeddah, Saudi Arabia
        b)    Western Europe
        c)    United States or Canada
        d)    South-East Asia

KSA0000002188

Exact locations will depend upon the prime location, or locations, of the Contractor's organization, and the specific areas of recruitment proposed by the Contractor in accordance with the requirements of Section 3, Article 3-7, Schedule of Quantities and Prices, and Section 4, Scope of Services, Article 4-10, Manning Schedule.

4-2-1-2    **Recruitment-Responsibilities and Approval:**    The Contractor shall be entirely responsible for all aspects of the recruitment process, subject only to prior Government approval of Contractor-selected candidates, except that the Government may, at its discretion, at any time, direct the Contractor to hire any individual or individuals whom the Government deems suitable for employment under the Contract.  The  Contractor shall obtain Government approval for all candidates for employment or termination under the Contract prior to the candidates' employment or termination.  If the Government sees fit to waive the experience, qualification, or nationality requirements of Attachment D, Article 4-10 (Manning Schedule) and Attachment E, Article 4-11 (Position Descriptions), for a particular candidate or candidates, such a waiver shall not be construed by the Contractor as relieving the Contractor from conforming with the experience, qualification or nationality requirements with respect to any other candidates submitted to the Government for approval, unless specifically so advised by the Contracting Officer or his designee.

4-2-1-3    **Areas of Recruitment:**

a)    Nationals or permanent residents of the Kingdom of Saudi Arabia.
b)    North America and Western Europe.
c)    Middle East countries.
d)    Asia.

KSA0000002189

4-2-1-4          **Manning Levels:**  The Contractor shall provide personnel as specified in the manning tables set forth in Attachment "D" who meet the qualifications described in Attachment "E" of this Section 4.  It is essential that the work force be comprised of personnel that possess the skills and technical proficiency to perform all tasks required to manage, engineer, maintain, repair, and recommend certification of facilities, systems, and equipment of the PCA Air Navigation System.  Upon notification of Award of Contract (approximately three [3] months prior to official Contract start date on _____), the Contractor, at his own expense, shall initiate his Phase-In, Recruitment and Mobilization Plans. The Contractor's recruitment program shall make available in a timely fashion a sufficient number of qualified personnel to effectively and efficiently meet contractual requirements. The Contractor shall maintain program personnel for the maintenance and operation of the program and shall not terminate the services of experienced incumbent personnel without prior approval from the Government and arrangement of replacements of similar experience and technical level.

The following is the minimum staffing schedule required by PCA:

| | | |
|---|---|---|
| - | Zero  (0) months Contract Start Date | 60% |
| | of total staffing level _____ | |
| - | Three (3) months after Contract Start Date | 75% |
| | of total staffing level._____ | |
| - | Four  (4) months after Contract Start Date | 80% |
| | of total staffing level._____ | |
| - | Five  (5) months after Contract Start Date | 90% |
| | of total staffing level._____ | |

An additional monthly increase shall be required until a 100% staffing level is reached, or a staffing level as directed by the Contracting Officer or his designee, and in accordance with Article 4-2-10, Review of Manning, of this Section 4. The Contractor shall then maintain a minimum of 90% of the designated staffing level throughout the life of the Contract. Contractor

KSA0000002190

personnel shall work side-by-side with the Government Saudi National personnel as a single integrated work force.

The Contractor shall fill all the required positions in accordance with Article 4-2-1-4 of Section 4. He shall also establish the correct pricing and salaries through which he can recruit this specialized manpower from the specified areas of employment.

If the Contractor fails to recruit the required manpower in accordance with the above staffing schedule in this article, the Government Representative shall have the right to exercise its rights in accordance with Section 2, Article 39.

4-2-1-5      **Personnel Status:**      From past experience it has become clear to the Government that certain skills required under the Contract are difficult to obtain on the international labor market, and that personnel possessing such skills can only be induced to relocate if the benefit package offered to them includes the right to be accompanied by their families. Since all employees need a significant amount of time to become fully productive in a new working environment, a rapid turnover of key skilled personnel caused by inadequate benefits would impose unnecessary expense on the Government in terms both of time and money.

As referenced in Attachment D, Article 4-10, Manning Schedule, all positions in Levels 'A' through 'E' are Married Status and all positions in Levels 'F' through 'N' are Single Status. Married status positions are also classified as either accompanied or unaccompanied.

Accordingly, the Contractor shall offer the benefits of married status to employees recruited for jobs identified in Article 4-10, Manning Schedule, as married status positions, to assure the stability of key elements of the work force, and to support the continuity of operations.

The Contractor shall provide benefits to married and single status employees in accordance with Article 2-81-2-3-8, Employee Industrial Relations and Life Support Plan.

KSA0000002191

4-2-1-6    **Verification of Qualifications:**    The Contractor shall, when submitting resume(s) of applicants for the approval of the Government, accompany the resume(s) with a statement to the effect that the Contractor has verified the accuracy of claims made in the resume(s) relating to experience and qualifications.  The resume(s) shall include copies of technical, professional, academic, or other certificates, based on which, qualification determination was made.  The Government may, at its discretion, request that the Contractor produce original documents pertaining to any applicant's qualifications upon arrival in Kingdom of the applicant.  An exception to the provisions of this Article is made in the case of incumbent Contractor employees whose employment is proposed to be transferred to the Contractor.

4-2-1-7    **Personnel Orientation:**    The Contractor shall establish orientation programs in both its in-Kingdom and out-of-Kingdom recruitment offices.  The purpose of the out-of-Kingdom programs shall be to ensure that employees are thoroughly briefed, prior to accepting an employment offer, as to their work responsibilities, benefits and other remunerations, the social and cultural conditions pertaining to employment in Saudi Arabia, and any other pertinent information.  The in-Kingdom program shall provide employees with detailed information concerning such topics as Contractor personnel policy, Government rules, regulations, Orders and security measures, and any information peculiar to the employee's assigned work  location. The Contractor shall also make available in- Kingdom and out-of-Kingdom orientation for an employee's dependents should the employee be entitled and intending to be accompanied by such dependents in Saudi Arabia during the period of his employment under the contract.

4-2-1-8    **Recruitment Review and Assessment**

The Government reserves the right:

a)    To monitor and review the Contractor's recruitment methods;

b)    To review Contractor employment applications, with particular emphasis on applications for management  and engineering positions;

KSA0000002192

c)      To verify that experience of technical and supervisory applicants was acquired through association with Air Navigation Systems equal to or exceeding ICAO Standards.

4-2-1-8-1    The Government reserves the right to inspect all or any of the Contractor's records relating to applications and applicants for positions in Saudi Arabia under the Contract, and the Contractor agrees to make the said records immediately available at its own expense upon request of the Government. The Contractor understands that failure to make such records available to the Government may result in delays in Government approval of applicants without prejudice to the Government's rights under any other provisions of the Contract.

4-2-1-8-2    The Government reserves the right to interview any applicant for a position in Saudi Arabia under the Contract as it deems necessary.

4-2-1-8-3    The Contractor agrees to provide, at the Government's requests, documentary evidence of its recruitment methods, including status reports, rosters, advertising copy, orientation literature, recruitment sources, applicant screening procedures, and any other information relevant to the recruitment process as deemed necessary by the Government.  Such evidence shall be provided at the Contractor's expense.  The Contractor also agrees to respond to any request by the Government for an explanation of its reasons for any particular  recruitment method or action, if in the opinion of the Government, such a method or action may have an unfavorable effect on the quality of manpower supplied through the Contract.

4-2-1-8-4    The Contractor agrees to provide the Government with career resumes of all applicants it proposes to recruit for positions in Saudi Arabia under the Contract.  The Contractor shall also respond to any request by the Government for an explanation of its reasons for selecting any applicant or applicants.

KSA0000002193

4-2-2 **Contractor Mobilization**

Upon notification of Award of Contract, the Contractor shall immediately commence mobilization with the object of achieving the manning levels specified in Article 4-2-1-4.

4-2-2-1     **Employment Offers to Incumbent Contractor Man-Month Employees:**
In order to avoid potential disruptions to the operational integrity of the systems and facilities which may result from the failure of the new Contractor (or existing Contractor if awarded the new Contract) to reemploy the existing work force in sufficient numbers, the Government reserves the right to direct the Contractor, if the Government finds it necessary, to employ certain personnel whose services the Government considers essential for the safe and effective operation of the Air Navigation System. The Contractor shall make its best effort to hire these employees, and shall make his employment offers to them immediately upon receipt of such direction. In the event that an employment offer to an incumbent Contractor man-month employee is not accepted by the incumbent employee, the Contractor shall solicit from the employee and immediately furnish to the Government statements signed both by the Contractor and by the employee setting forth the reason(s) for non-acceptance of the offer.

4-2-2-2     **Post-Award Orientation Conference:**   Within two weeks of Award of Contract, the Government will, at its discretion, hold a Post-Award Orientation Conference with the Contractor. The conference will serve the following purposes:

4-2-2-2-1     To clarify, without prejudice, the terms and conditions of the Contract, and any areas of uncertainty on the part of the Contractor as to his responsibilities under the Contract;

4-2-2-2-2     To advise and assist the Contractor, without prejudice to contractual responsibilities, in the matter of entry visas and work permits for Contractor-furnished personnel;

KSA0000002194

4-2-2-2-3     To establish priorities for positions to be filled and encumbered by the end of the mobilization period, coinciding with the termination of the incumbent Contractor's responsibilities;

4-2-2-2-4     To establish priorities for site and location manning levels during the Phase-In period;

4-2-2-2-5     To coordinate site inspections by Contractor personnel during the Phase-In period;

4-2-2-2-6     To introduce Government personnel to key Contractor personnel.

4-2-2-3     **Mobilization Status Reports:** Within two weeks of the Award of Contract and at the end of each subsequent week thereafter for the first three (3) months of the Phase-In period, unless otherwise directed by the Government, the Contractor shall furnish to the Government three (3) copies of a weekly Mobilization Status Report. The report shall contain key information relating to the progress of the Contractor's mobilization activity including, but not limited to:-

4-2-2-3-1     Incumbent personnel rehire status;

4-2-2-3-2     Number of employment offers accepted;

4-2-2-3-3     Number of employment offers pending acceptance;

4-2-2-3-4     List of prospective employees awaiting Government approval;

4-2-2-3-5     Number of employment offers rejected;

4-2-2-3-6     Block visa/work permit status;

4-2-2-3-7     Significant mobilization problems and corrective action.

4-2-3     **Employee Performance Evaluation**

4-2-3-1     The Contractor shall develop and administer an Employee Probation procedure for its man-month personnel. Within thirty (30) days from the start date of the Contract the Contractor shall submit this procedure to the Government for approval. The employee probation period shall be for the initial ninety (90) days following the employee's first day on master payroll. During this probation period the employee will be under observation for his ability to

KSA0000002195

perform in accordance with his position description. If during this period the Contracting Officer or his designee finds him unsuitable as regards his knowledge, ability, conduct or attitude, the Contractor will be required by the Government to terminate his services.

4-2-3-2    **Performance Evaluation:** The Contractor shall develop and administer an Annual Performance Evaluation policy and establish annual incentive procedures for incumbent personnel, so as to maintain the experienced manpower. Within thirty (30) days from the start of the Contract the Contractor shall submit this procedure to the Government for approval. The procedure shall provide for a minimum of one (1) annual written evaluation, and details of annual incentives to avoid a negative high turnover ratio of personnel, in accordance with Article 2-81-2-3-7.

4-2-4    **Proficiency Intensification** In order to increase the proficiency of Contractor personnel in certain job skills, the Government agrees to provide the Contractor with the necessary training facilities and equipment required to conduct intensive in-country equipment proficiency orientation of qualified Contract personnel as necessary, and as per the instruction of the Government representative. In accordance with on-the-job experience, Contract personnel will be selected from manning positions shown in Attachment "D" to participate in this intensive in- country orientation program.

4-2-5    **Replacement of Personnel** The Contractor may assign replacement personnel up to seven (7) calendar days prior to the last day worked by terminating Contractor personnel. Billings for the above overlap of personnel are permitted only when the monthly number of man-months billed does not exceed the negotiated monthly number of man-months in Article 3-7, Schedule of Quantities and Prices. The Government may elect not to replace the terminating Contractor personnel. Upon receipt of such instruction, the Contractor shall place the applicable position on "hold" status, and shall make no attempt to recruit for the position until instructed otherwise by the Government. Upon the position being placed on "hold", the Contractor shall not include that position in determining its manning levels in accordance with Article 4-2-1-4.

KSA0000002196

4-2-6  **Unsatisfactory_Performance_by_Contractor_Personnel**

4-2-6-1        Contractor personnel who are required by the Government to be certified as competent in accordance with Government certification program(s) shall, subject to the approval of the Contracting Officer or his designee, be terminated by the Contractor if found not to have met the Government's certification criteria. The Government will pay the cost of man-months up to the  date of termination of such personnel, but will not bear any other cost. Contractor personnel who are  required to be certified shall be capable of achieving such certification within ninety (90) days of date of assignment, or as otherwise specified under Government certification rules and regulations.

4-2-6-2        Notwithstanding the provisions of the foregoing Article 4-2-6-1, if at any time during their employment, Contractor personnel are found to be performing their duties in an unsatisfactory manner as regards their knowledge, ability, conduct or behaviour, the Contracting Officer or his designee will investigate the matter in conjunction with the Contractor and with the assistance of other staff as necessary.  If the investigation reveals that the incumbent was performing and/or conducting himself in an unsatisfactory manner, and disciplinary or remedial action will not remedy the situation, the Contractor will be directed to terminate him on the date to be decided by the Contracting Officer or his designee. The Government will pay the  cost of man-months up to the date of his termination.  The Government will not bear any other cost.

4-2-7  **Termination_for_Violation_of_Law_or_Customs**  Contractor personnel are subject to termination for violation of the laws of the Kingdom (which include but are not limited to drug trafficking, the penalty for which is capital punishment), security regulations, religious or social customs of the Kingdom, whether or not convicted by a court of law. The direction concerning the employee will be given in writing by the Contracting Officer or his designee and the Contractor will be required to comply forthwith at no cost to the Government.  The Contractor will be paid only the price of man-months provided.

KSA0000002197

4-2-8  **Termination of Contractor Personnel by Contractor**  The Contractor has the obligation of determining misbehaviour, prejudicial conduct or violation of company policies by Contractor personnel and in such cases shall promptly inform the Contracting Officer or his designee in writing when it is the Contractor's intention to terminate the employee, stating the reason(s) therefore.  Termination of such Contractor personnel for any reason must have the approval of the Contracting Officer or his designee and shall be without cost to the Government.

4-2-9  **Personnel Unavailability (Resignations)**

4-2-9-1  **Personnel Unavailability (Abandonment of Position)**  If any Contractor employee performing services hereunder is unavailable to perform his duties for a period of ten (10) consecutive calendar days, other than for those periods compensated for in Articles 4-2-19 to 4-2-23 inclusive therein, the Contractor may remove the said individual from the Master Payroll effective the eleventh day and initiate replacement.  The Contractor shall inform the Government in writing, including relevant data to identify the employee, the position and the final termination date.

4-2-9-2  **Resignations by Contractor Personnel:**  Contractor personnel shall submit resignation letters to the Contractor, with copies to the concerned Airways Engineering Department/Sector Head and to the Contracts and Finance Control Department.  The Contractor shall inform the Government in writing, including relevant data to identify the employee, the position, the final termination date, and attach a copy of the employee-Contractor Termination Interview form, signed by both the employee and the authorized Contractor representative.

4-2-9-3  **Nonavailability of Candidate Authorized for Hire:**  The Contractor shall send a Nonavailability letter to the Government for each Man-month or Support Staff candidate authorized for hire by the Government, if the authorized candidate cannot be mobilized by the Contractor.  This letter shall include relevant data to identify the candidate, the position, and the reason for his failure to mobilize.  The Government shall not authorize any other

KSA0000002198

candidate for the concerned position unless and until the Contractor submits the required Nonavailability letter.

4-2-10 **Review of Manning** Recognizing that manning levels, skills and position descriptions may require adjustments, the Contracting Officer or his designee and the Contractor Program Director or his designee shall, each quarter or as necessary, jointly review Contractor Staffing Attachments "D" (Article 4-10) and "E" (Article 4-11) and making the required adjustments in the Technical support as per Section 2, Article 35 of the General Conditions.

4-2-11 **Increases in Manning** In the event the foregoing agreement results in a requirement for additional Contractor personnel due to increased authorized manning in existing specialities, or the addition of new specialities, the Government representative may require the Contractor to increase the number of personnel within the same Contract Levels provided that the Contract billing rates shall not be increased. The resulting increase in authorized positions shall be subject to Articles 43 and 44 of the General Conditions set forth in Section 2. In the event such increased authorized manning results in a requirement for additional funds, the Government shall adjust the funding appropriately within ninety (90) days following the increased authorization.

4-2-12 **Reductions in Manning** The rates established for personnel to be furnished hereunder were established premised on such personnel being stationed in Saudi Arabia for the period of the Contract. The Government may determine that Contractor positions may be eliminated from Attachment "D" (Article 4-10) due to reduced scope of work or that Government personnel can undertake certain tasks being performed by Contractor personnel hereunder before the scheduled performance period of such personnel has elapsed. Government written notice of such reduction shall be provided to the Contractor ninety (90) days prior to the effective date of the elimination. The Contractor will eliminate the positions from Attachment "D" (Article 4-10) as so directed and will adjust his billings accordingly. Such reduction shall be subject to Articles 43 and 44 of Section 2, General Conditions.

4-2-13 **Not Applicable to Scope of Services**

4-2-14 **Not Applicable to Scope of Services**

KSA0000002199

4-2-15 **Operational_Working_Hours**

4-2-15-1    **Standard_Work_Week:**  Contractor personnel shall be required to work 8.0 hours-per-day, 5 days-per-week. The Standard Work Week for Contractor personnel shall  be Saturday through Wednesday inclusively.  The standard work day, including thirty (30) minute lunch break, shall be 0730-1600 hours.

4-2-15-2    **Contract_Month:**  A Contract Month, for the purpose of the Contract, is defined as a time period starting on the 6th day of a Gregorian month, and ending on the 5th day of the following Gregorian month, during the term of the Contract.

4-2-15-3    **Shift_Work:**  Contractor personnel may, for operational reasons, be assigned to work shifts according to schedules which are at variance with the Standard Work Week.   In the interests of maximum operational efficiency it is understood and agreed that an employee may be required to work fewer shift periods than the equivalent number of Standard Work Week working days during one or more particular week(s) of a shift schedule, provided that the total number of shift periods worked during the Contract month is not less than the total number of Standard Work Week days which fall during the  same Contract month.

Notwithstanding the foregoing, shift schedules which require employees to work fewer shift periods than the aforementioned monthly total of Standard Work Week days may only be implemented with the written approval of the Contracting Officer or his designee.  In such instances the Contractor will be paid the full man- month rate for the applicable month.

For the purpose of this Contract, a shift period is defined as a period of work not less than 8.0 hours in duration excluding lunch break, starting and ending on days or at times other than those specified in Article 4-2-15-1 above, and interrupted only by statutory work breaks.

4-2-15-4    **Overtime:**  The Contractor shall calculate overtime payments in accordance with Saudi Labor Law.

KSA0000002200

Contractor personnel working overtime in excess of the Standard Work Week specified in Article 4-2-15-1 above, shall be paid overtime for hours worked in excess of a Standard work day (Saturday to Wednesday), and for hours worked on days other than Standard work days (Thursday and Friday).

Contractor personnel working shifts shall be paid overtime for all hours worked in excess of 8.0 hours during a shift period, or in excess of forty (40) hours in a week (Saturday to Friday).

4-2-16 **Permanent Assignment Locations**   Permanent assignment for Contractor personnel will   be at one of the following locations:   ABHA, DHAHRAN, JEDDAH, MADINA, RIYADH, TABUK or TAIF, or such other locations as may from time to time be determined to be  permanent locations by the Government.

4-2-17 **Housing and Accommodation**   The Contractor shall be responsible for housing and accommodation requirements for Contractor personnel in accordance with the Council of  Ministers  Resolution  No.   210,  dated  18/10/1401H.    The  housing  or accommodation shall be for the sole use of ANSS Program employees and shall, as much as possible, be confined to one area and/or compound, and located as close as is practical to the personnel location of work.  It shall be of an acceptable standard of amenities and comfort, and comparable as a minimum to standards prevalent for similar categories of personnel in the country/countries of origin of the said personnel.

The Contractor's housing and accommodation proposal shall be incorporated within the Contractor's Program Plan (Article 2-81-2-3) under the Employee/Industrial Relations and Life Support Plan (Article 2-81-2-3-8), and shall include, but not be limited to the following: Residential accommodation shall be provided fully furnished. In addition to standard household furnishings, personnel shall be provided with (as a minimum), air conditioning, washer/dryer, refrigerator, oven/stove and television set. Communications, including international telephone facilities shall be provided. Recreational facilities shall be provided for use by personnel and their families. These shall include (as a minimum), swimming pool, children's playground, gymnasium, etc. Standard hospitality kit (details to be specified in the Tenderer's proposal), shall be provided. Maintenance and refurbishment program services shall

KSA0000002201

be provided, e.g. regular servicing of air-conditioning, ground keeping, repainting of accommodation as required, general repairs to all accommodation, facilities and amenities as required, water and power supply. The cost of all above-mentioned items shall be borne by the Contractor, without any costs (e.g. switchboard service charges, etc.), deducted from Contractor employees.

The Government shall have the right to inspect and approve the Contractor's proposed housing prior to the transfer of incumbent employees to the incoming Contractor's proposed housing. The Government representative may perform periodic inspections of Contractor-provided housing or accommodation. Any negative findings during the inspection process shall be brought to the attention of the Contractor to be corrected as soon as possible. If, at any time, the Contractor fails to correct deficiencies pointed out by the Government, the Government shall have the right to correct the deficiencies and deduct the cost of correction from monies due to the Contractor.

4-2-18 **Transportation** The Contractor shall be responsible for mobilization, demobilization, emergency and annual vacation air transportation to Home of Record for all Contractor personnel and their authorized dependents. The Contractor shall also be responsible for personal transportation for Contractor personnel between their accommodations and their work sites, which shall be so organized as to respond promptly to non-routine work transportation requirements of its personnel in addition to routine work requirements. The Contractor shall also be responsible for medical transportation (routine and emergency), dependent's school transportation, and employee and dependents' recreational transportation.

In addition to the above requirements, the Contractor shall provide an adequate number of vehicles to transport personnel at each Sector and work location, and to cover personnel movements on a 24-hour basis, to meet the routine and emergency operational requirements of the program. These vehicles will be under the custody of the officials of the Sectors, locations and divisions.

4-2-19 **Holidays** Contractor personnel will be allowed a total of ten (10) workdays per year as paid holidays: Five (5) days for Ramadan Eid, and five (5) days for Haj.

If Contractor personnel are required to work during public holidays, the days worked may be added to vacations or reimbursed subject to the approval of the

KSA0000002202

Government representative or his designee. Public holidays arising during vacation will not be counted as vacation days, and the vacation will be extended accordingly. Scheduling of such days will be at the discretion of the Government.

4-2-20 **Sick_Leave_and_Compassionate_Leave**

4-2-20-1    The Contractor will receive payment from the Government for sick leave actually taken by Contractor personnel, as per the applicable rules and regulations.

4-2-20-2    The Contractor will receive payment from the Government for compassionate leave actually taken by Contractor personnel due to serious illness or death in the immediate family, provided that such payments shall not exceed three (3) days annually for each such person. Days in excess of these will be considered leave without pay.

4-2-20-3    Notwithstanding the provisions of the preceding Articles 4-2-20-1 and 4-2-20-2, the Contractor will not receive payment for any combination of sick leave and compassionate leave taken by individual Contractor personnel that exceeds a total of twelve (12) days annually.

4-2-20-4    Sick leave and compassionate leave may not be added to vacation.

4-2-21 **Vacations**    In addition to the Holidays specified in Article 4-2-19, Contractor personnel shall be allowed twenty-one (21) working days for each year worked on the Contract, accrued at the rate of one and three-quarter (1.75) working days per month. If the employee is assigned to work during vacations, holidays, or weekends, the Contractor will be reimbursed for such days by means of overtime or man-month invoice, subject to the approval of the Government representative or his designee.

4-2-22 **Scheduling_of_Vacation_and_Settlement_of_Unused_Entitlements** Vacations will be scheduled so as to minimize interference with the Government's operational requirements, and granted in accordance with the vacation schedule established by the Contractor. The Contractor will be reimbursed at cost for unused vacations during the Contract years, subject to funding availability and to the approval of the government representative, pursuant to operational requirements, with the approval of the Contracting Officer or his designee.

KSA0000002203

4-2-23 **Unpaid Leave**  The Contractor may authorize its personnel leave of absence without pay under circumstances deemed appropriate by the Contractor, after approval by the Contracting Officer or his designee.  The Contractor shall not be entitled to payment by the Government for days not worked by personnel through absence on unpaid leave.

4-3     **SPECIAL COST SERVICES AND PROVISIONS**

4-3-1   **Introduction**   The Contractor, when authorized by the Contracting Officer or his designee in writing, shall provide the services listed and described in this Article 4-3 and shall be paid therefor.  In all cases, the prior written approval of the Contracting Officer or his designee is mandatory before the Contractor incurs costs under this Article 4-3.

4-3-2   **Overtime**  Any time worked by Contractor personnel in excess of the hours specified in Article 4-2-15 herein shall be  considered overtime, and will require prior written requests by Contractor man-month personnel supervisors and final approval by the Contracting Officer or his designee.  The Contractor shall be compensated for overtime at the negotiated rates specified in Section 3, Article 3-7, Schedule of Quantities and Prices, and may be paid from the man-month or special cost item, as per the instruction of the Government representative.

4-3-3   **Technical Support (Support Staff)**   The Contractor, upon request, will recruit support staff and will be reimbursed on a negotiated and established cost-plus-fee basis, and may be paid from man-month or special cost item, as per the instruction of the Government representative. These costs shall include, but not be limited to, salaries, allowances, and benefits which shall be determined by the Contractor and approved by the Contracting Officer or his designee. The written approval of the Government Representative or his designee is mandatory before the Contractor employs such support staff personnel, provided that hiring will be according to the support staff categories and salaries schedule mentioned in Section (3), Attachment (D), Article 3-7-8.

KSA0000002204

4-3-4 **Engineering,_Technical,_and_Other_Advisors**  The Contractor shall, at the request of the Government, obtain special contract services, within the scope of but not otherwise covered by the Contract, of Engineering, Technical, and other Advisors. Requests for such services shall be processed and the Contractor will be reimbursed in accordance with procedures  defined in Section 3, Article 3-7, Schedule of Quantities and Prices.

4-3-5 **TDY_and_Factory_Training**  When the Contractor is requested to place its foreign and PCA Airways Engineering Saudi Arabian personnel on TDY outside the Kingdom of Saudi Arabia, the Contractor shall be reimbursed for such TDY and training at the negotiated rates specified in Section 3, Article 3-7, Schedule of Quantities and Prices.

4-3-6 **Basic_Training_Center_Life_Support_Services**  The Contractor shall provide life support services for Basic Training students as specified in Section 4, Attachment C, Training Plan, Article 4-9-9-3, at the negotiated rates specified in Section 3, Article 3-7, Schedule of Quantities and Prices.

4-3-7 **Additional_Special_Cost_Items**  The Contractor may be requested to provide other Special   Cost Items not listed above.  The provision, and determination of cost, if any, of these services, shall be   made in accordance with Articles 43 and 44 of Section 2, General Conditions.

4-4 **TECHNICAL AND SUPPORT MAN-MONTH SERVICES AND PROVISIONS**

4-4-1 **Program_Management**        Airways   Facilities   Kingdom-wide   management responsibility shall at all times rest with the Contracting Officer or his designee. The personnel furnished by the Contractor shall work in  Saudi Arabia as an integrated element of PCA.   The  Contractor shall provide Program Management to direct, control, and administer the activities of Contractor personnel within the requirements of the contract, and according to the management direction, orders, rules and regulations of PCA.   The Contractor, through the  management skills of its management and supervisory personnel working at various levels of authority prescribed by PCA, shall be responsible for ensuring that the specified services are being satisfactorily performed by all Contractor personnel in accordance with the contract.

KSA0000002205

While Contractor personnel may under certain circumstances and/or at certain times be required by the Government to work under direct supervision of employees of the Government, such supervision, unless it specifically precludes the aforesaid personnel from performing services or carrying out duties in accordance with the Contract, shall in no way relieve the Contractor of his responsibility for the services performed or duties carried out by the aforesaid personnel.

4-4-2 **Contractor Performance Evaluation** The Contractor shall at all times maintain a Performance Evaluation Staff, consisting of qualified individuals experienced in management, technically cognizant and capable of evaluating and analyzing the Contractor's performance of the services specified in the Contract. The Contractor shall, through the Performance Evaluation Staff, be responsible for the following:-

4-4-2-1     Conducting periodic evaluations and quality control audits of the Contractor's technical, management and logistics performance.

4-4-2-2     Establishing, with the approval of the Government Representative or his designee, measurable targets and objectives to be achieved by the Contractor within a given period in support of each organizational element of PCA augmented by Contractor personnel.

4-4-2-3     Recommending to the Government Representative or his designee organizational and operational changes with the object of facilitating improvements in Contractor performance.

4-4-3 **On-The-Job Training and Contractor Plan for Saudiization**

4-4-3-1     **On-the-Job Training and Saudiization:** The Contractor agrees and understands that the personnel furnished by the Contractor are working in positions for which suitably-qualified Saudi Nationals are not available. The Contractor and its personnel shall take every opportunity and exert every effort to provide on-the-job training to the Saudi National manpower resources identified to the Contractor by the Contracting Officer or his designee. Within sixty (60) days of Contract start date, the Contractor shall submit to the Contracting Officer or his designee an updated Saudiization Plan to provide,

KSA0000002206

through on-the-job-training, for the capability of systematic replacement of Contractor foreign personnel by suitably-qualified Saudi National government employees. The plan shall include but not be limited to a description of the proposed methodology, objectives and measurable time-phased targets. Upon the approval of the Contracting Officer or his designee, the Contractor shall implement the Plan, and in the event that the identified targets are not met, the Contracting Officer may impose penalties upon the Contractor in accordance with Section 2, Article 40, General Conditions.

The Government will assist in identifying the Saudi National employee resources, as required, by the Contractor for preparation of the Saudiization Plan.

4-4-3-2        **Contractor's Saudiization Program**

4-4-3-2-1      The Contractor shall, in providing personnel to perform the Services, give priority to qualified Saudi Arabian Nationals. If at any time the Government shall notify the Contractor in writing of the availability of a Saudi Arabian National qualified for employment, the Contractor shall offer to employ him forthwith. Upon acceptance of the offer by the Saudi Arabian National, the Contractor shall terminate, or reassign, if feasible, the foreign national whose position has been assigned to the Saudi Arabian National, into a compatible vacant position.

4-4-3-2-2      Saudi Arabian Nationals employed to meet the requirements of the Saudiization Program shall not be employed without the prior written approval of the Government.

4-4-3-2-3      Compensation and other benefits and allowances to be received by Saudi Arabian Nationals shall not be less than the compensation, benefits and allowances received by non-Saudi Arabian national employees having similar capabilities, duties or responsibilities.

KSA0000002207

4-4-3-2-4    If at any time the Government shall request the Contractor in writing to transfer any Saudi Arabian National employee of the Contractor into the employment of the Government, the Contractor shall be bound forthwith to release that employee to the Government and to take all such actions as may be necessary to give full effect to such transfer.

4-4-3-2-5    Failure of the Contractor to meet the requirements of the Saudization Program will result in penalties in accordance with the Saudi Arabian laws and regulations.

4-4-4    **Program_Plan**  Not later than ninety (90) days after the start date of the Contract, the Contractor shall submit five (5) copies of an updated Program Plan to the Government. The Program Plan shall be an updated version of the Program Plan submitted by the Contractor as part of his tender in accordance with Section 2, Article 2-81, Management and Operations Plan. It shall incorporate all changes made to the Program Plan submitted with the Tender as a result of contract negotiation or at the direction of the Government, and shall include all procedures, policies and plans submitted to, approved and/or directed by the Government in accordance with the provisions of this Section 4. Without prejudice to the foregoing, the Program Plan shall include but not be limited to the following information:-

4-4-4-1    All Contractor management positions including names and telephone numbers of the assigned management personnel.

4-4-4-2    Contractor organizational charts showing the Contractor's organization structure and its relationship with the parent organization(s). Lines of authority shall be clearly defined, along with functional responsibilities.

4-4-4-3    Tasks to be performed and basic administrative approach.

4-4-4-4    Update of the operations Phase-In Plan originally submitted in the tender as a part of the Program Plan shall be submitted within thirty (30) days after the award of the contract, as a separate document containing modifications resulting from contract negotiations and Government directions.

KSA0000002208

In the event that subsequent changes during the life of the Contract necessitate further updates to the Program Plan, the Contractor shall submit the said updates to the Government without delay.

4-4-5 **Contractor_Management** The Contractor shall establish and, throughout the life of the Contract, maintain a Management Office in Jeddah, Saudi Arabia to direct, control, and administer the provision of services under the Contract. The Contractor shall bear the cost of this office, and the required support personnel, including, but not limited to, the Technical Coordinator, Performance Evaluation Staff, CDRL Coordination Staff, Finance, Manpower, Training, Procurement, Material and Receiving, Business Coordinators, and Services and Life Support at Jeddah locations and at the Sectors.

4-4-6 **Contractor_Monthly_Activity_Report** A Contractor operational activity report shall be submitted monthly to the Contracting Officer or his designee. The report shall include: routine contract information; information on status of accomplishments, including a definition of the problems and corrective actions being taken; targets for the following month; man-month and financial status; and potential problems. The activity report for the month being reported shall be submitted on or before the 7th day of the following month.

4-4-7 **Progress_Reviews**

4-4-7-1 **Quarterly_Reviews:** Appropriate Government and Contractor representatives shall conduct progress reviews on a quarterly basis or as required by the Contracting Officer or his designee. The progress reviews will evaluate contractual and technical objectives, status of staffing, and work performance analyses in accordance with the provisions of this Section 4.

4-4-7-2 **Contractor_Phase-Out_Plan:** Not later than eighteen (18) months prior to the end of the Contract period, the Contractor shall submit to the Government for approval a Phase-Out Plan, containing detailed information as to how the Contractor proposes to administer the actions necessary to achieve a non-disruptive closure of the Contract. The topics addressed by the Contractor shall include but not be limited to manpower, finance, logistics and technical aspects, and shall be so designed as to assure the continuous uninterrupted

KSA0000002209

provision of a high standard of Air Navigation System Support by the Contractor during the final months of the Contract period.

The Contractor shall subsequently update the Plan as a minimum no later than twelve (12) months and six (6) months prior to the end of the Contract period.

4-4-7-3    **Correspondence Index:** The Contractor shall furnish the Government with index of correspondence between the Government and the Contractor (in Arabic and English) on a quarterly basis or as otherwise required by the Contracting Officer or his designee.

The index shall provide as a minimum the date, reference number(s), subject or title, names of addresser and addressee, and description of attachments (if any) pertaining to all written notices, letters or memoranda submitted by the Contractor to the Government or by the Government to the Contractor during the applicable period.

4-4-8    **Operational Deployment of Contractor Personnel**    Contractor    Man-month personnel shall augment the following organizational elements of the Presidency of Civil Aviation:-

4-4-8-1    **Airways Engineering Directorate, Maintenance Engineering Division (MED):** Located at the PCA Airways Engineering Headquarters, the Maintenance Engineering Division provides day-to-day guidance and direction for the maintenance and technical certification of the facilities and equipment that make up the Saudi Arabian Air Navigation System.

Scope includes:-

-    Defines and establishes Maintenance Program objectives in the context of improvements to Air Navigation System maintainability, reliability, and availability.

-    Measures, analyzes, and reports on progress toward meeting stated program objectives.

KSA0000002210

-   Develops, coordinates approvals, and implements actions necessary to meet operational Air Navigation System requirements.

-   Maintains status information regarding available equipment and facilities resources.

Division elements and functions include:

-   Maintenance Operations: Sector Office Support; System Certification Status, and corrective actions required.

-   Depot Engineering:   Test equipment loan stock and test equipment calibration; and Depot-level repair of complex facility components.

-   Sector Offices:   Provide direction for on-site technical support and certification of operational system components; assure preventive maintenance schedules are met; and ensure timely response to corrective maintenance needs.

4-4-8-2   **Airways Engineering Directorate, Systems Engineering Division (SED):** The systems Engineering Division ensures that PCA Airways Engineering programs, including construction, installation, maintainability, reliability, and availability of air navigation, air traffic control, and aeronautical communications facilities and equipment in the Saudi Airspace System are efficient, economical, and responsive to operational needs and requirements.

Scope includes:

-   Translating validated operational requirements for Airways Engineering hardware and/or software systems into specific programs and plans, including technical performance specifications, procurement requests, installation standards, testing and commissioning procedures and standards.

KSA0000002211

- Planning, scheduling, and managing approved programs for facilities, from authorization of funds to facility commissioning and/or completion, including: estimating life cycle costs; predicting, reviewing, assessing, and monitoring system development, engineering, design, demonstration, test production, operation, and support; assessing schedules and performance experience against predictions, and providing such assessments for consideration by the Director-General or other top management officials at key decision points; and making new determinations where significant schedule or performance variances occur.

- Prepares detailed engineering specifications for the production and procurement of equipment approved for inclusion in the Kingdom's Airspace System.

- Responsible for on-site acceptance testing of Airways Engineering, systems, and equipment that are under installation, improvement or modification by Contractor and/or PCA personnel.

- Providing input, during both the development cycle and the acquisition cycle, for the modernization and in-service improvement of equipment facilities and system acquisition plans.

- Reviewing commitments regarding reprogramming proposals submitted by other offices to determine impact on program. Initiating, recommending, and submitting reprogramming actions for revisions in the basic program when funds available for approved projects are not sufficient to complete the work assigned, or for required additional facilities or projects not in the basic program. Providing the Director-General with impact statements and recommendations.

KSA0000002212

- Providing engineering services through the Presidency of Civil Aviation to foreign countries in connection with their civil aviation development programs; reviewing system plans in such programs from technical and planning viewpoints to help resolve problems arising from conditions peculiar to the country or locality involved.

- Providing engineering advice and consultation to the Contracting Officer during the procurement cycle. Serving as the Contracting Officer's technical representative (COTR); reviewing and approving Contractor requests for action and Contractor progress payments.

- Acting as the focal point for the processing, coordination and approval of all frequency assignment actions for the Airways Engineering programs.

- Developing and maintaining a system for identification, control, accountability, and documentation of facility configuration for hardware subsystems for the Saudi Airspace System (SAS).

- Coordinating and providing engineering services to the International Airports Program Office (IAP) in connection with their civil aviation development programs; reviewing system plans in such programs from a technical and planning viewpoint to help resolve problems.

- Coordinating and providing engineering services to the Royal Saudi Air Force (RSAF) in connection with their defense-related Airways Engineering programs and joint-use PCA/RSAF facilities, systems, equipment; reviewing system plans in such programs from technical and planning viewpoints in order to resolve potential problem areas.

4-4-8-3     **Airways Engineering Directorate, Logistics (LOG):** Located at the PCA Airways Engineering Headquarters, the Logistics element is responsible for timely provisioning of the material resources required to maintain the Air Navigation System's continuity of operation.

KSA0000002213

Scope includes:

- Performing In-Kingdom and Out-of-Kingdom procurement.

- Warehousing, distributing, storing, issuing, monitoring and controlling of materials Kingdomwide.

- Receiving, processing, and returning repairable items to originators, and provides ongoing agreement for office machines repair.

- Conducting periodic and annual inventories in conjunction with Property, Receiving and Stores Department.

- Providing Office Services, including insurance policies and claims follow-up.

4-4-8-4    **Airways Engineering Directorate, Property and Receiving Department (PRD):**  The Property, Receiving and Stores element is responsible for management of and accountability for all assets and properties purchased, owned, and used by PCA Airways Engineering.

Scope includes:

- Ensures that all items for the ANSS Program, are procured in accordance with order specifications, and are in good condition.

- Receives navigational systems, facilities, and equipment; support facilities for navigational systems, facilities, and equipment; vehicles; tools and test equipment, office equipment, and all other accountable property and issues Ministry of Finance and National Economy Form No. 2, Certificate of Acceptance.  Issues Ministry of Finance and National Economy Form No. 7, Supply Requisition, to turn over the title (custodianship) of the above to the ANSS Contractor for operational use.

KSA0000002214

4-4-8-5    **Airways Engineering Directorate, Manpower Development (MPD):** Located at PCA Airways Engineering head-quarters, the Technical Training Development element is responsible for the Saudiization Program, staffing standards, manpower training and certification requirements.

Scope includes:

- Responsibility for the career development of PCA technicians by overseeing the technicians work programs, including liaising with field sites where technicians receive on-the-job training (OJT) on working equipment.

- Develop standards to which a technician must be trained to perform unsupervised equipment maintenance and troubleshooting.

- Provide examinations on theory and practical application for technician certification on equipment and position specialities.

- Determine OJT training requirements and develop OJT standards defining training materials from a variety of sources.

- Coordinate with the Training Department so as to develop and support the Saudi workforce to achieve the required training goals.

4-4-8-6    **Airways Engineering Directorate, Contracts and Finance Control (CFC):** Located at the PCA Airways Engineering Headquarters, Jeddah, the Contracts and Finance Control Department is responsible to the Director-General of Airways Engineering for contractual operations providing support of all contractual requirements and control of contracts for Airways Engineering Directorate, performing such functions as:

- Liaison between Airways Engineering Directorate and other PCA Directorate/Departments/Sections on contractual and financial matters as required.

KSA0000002215

- Ensuring all Contractors comply with all applicable Saudi Arabian laws, regulations, directives, customs, traditions, and contractual obligations.

- Monitoring and maintaining financial records and accounts of all companies contracted to perform work for PCA Airways Engineering.

- Preparing and monitoring budget and Government funding status.

- Providing technical translation, interpretation, and clarification of all Contracts and related documentation.

- Reviews, establishes, monitors, and amends program policies and procedures, and ensures their conformance with Contract and Government rules and regulations.

- Preparing Airways Engineering correspondence, reports, and other official documents as required.

- Administering PCA Airways Engineering Contractor Personnel Program, and monitoring Contractor recruitment activities to ensure the provision of required technical manpower.

- Administering Contractor personnel probationary and annual performance evaluations in conjunction with the Contractor.

- Maintaining records of all administrative, contractual, financial, and other correspondence and documentation in a central filing system.

- Performing other contractual duties as may be required by the Government.

4-4-8-7    **Airways Engineering Directorate, Technical Publications (TPD):** Located at PCA Airways Engineering Headquarters, the Technical Publications element is responsible for preparing, publishing, and maintaining technical and

KSA0000002216

administrative   documentation in support of the Air Navigation System.  This element also provides instructional and presentational media support to both Airways Engineering and Administrative Development (Training) through the Media Center located in the AFTC.

Scope includes:

- Standards, orders, specifications, operations and maintenance manuals, Aeronautical Information Publications, policy and planning documents, instructional media for instructors, and presentational media as required.

- Technical writing, editing, word processing, graphics, printing, distribution and library services, instructional and presentational media.

4-4-9 **Government Organization Changes**   Contractor personnel to be assigned to the various organizational elements are identified in Attachment "D" Manning Schedule. The Contractor understands and agrees that the elements described in Article 4-4-8 of this Section are basically stable, but may be subject to change by the Government from time to time.  Such changes shall not be construed by the Contractor or its personnel as modifying in any way the duties of Contractor personnel as specified in Attachment "E" Position Descriptions unless direction to that effect is given by the Government in accordance with the provision of Section 2, General Conditions.

4-4-10 **Sites, Facilities Systems and Equipment to be Maintained**   Contractor personnel shall maintain the Sites, Facilities, Systems and Equipment in the numbers, locations, and in the manner enumerated in Article 4-7 Attachment "A", Maintenance Requirements. The  Contractor agrees and understands that the Government  may, at its sole discretion, increase or reduce the  number of, or change the location or nature of the site facilities, systems and equipment to be maintained  without prejudice to the Terms, Conditions and Scope of  Services of the Contract.  It shall be incumbent upon the Contractor and its personnel to actively seek to improve the standard of maintenance of such Sites, Facilities, Systems and Equipment and to make such studies, analysis, investigations and recommendations to the Government as the Contractor deems necessary to achieve such improvement.  Disregard or non-utilization on the Government's part of such studies, analyses, investigations and

KSA0000002217

recommendations shall not be construed by the Contractor as releasing the Contractor from his obligations in this regard throughout the life of the Contract.

## 4-5    SUPPORT SERVICES AND PROVISIONS

The Contractor shall provide the following:

- Maintenance Requirements, Section 4, Attachment A, Article 4-7

- Logistics Support Systems, Section 4, Attachment B, Article 4-8

- Training Plan, Section 4, Attachment C, Article 4-9

- Manning Schedule, Section 4, Attachment D, Article 4-10

- Position Descriptions, Section 4, Attachment E, Article 4-11

- List of Acronyms and Contractions, Section 5.

## 4-6    NOT APPLICABLE TO SCOPE OF SERVICES

KSA0000002218

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني

عقد رئاسة الطيران المدني ٩٣ ـ ١٧٠
لدعم وتشغيل وصيانة نظام الملاحة الجوية ٤
المجلد ١ ـ النسخة العربية
صيغة العقد
الشروط العامة
المواصفات الخاصة
الشروط المالية والمرفقات
مجال الخدمات والمرفقات



CONTRACT PCA-93-017
FOR
OPERATIONS AND MAINTENANCE
OF THE
AIR NAVIGATION SYSTEM SUPPORT (ANSS IV) PROGRAM
VOLUME 1 - ARABIC
Form of Contract
General Conditions
Special Specifications
Financial Conditions and Attachments
Scope of Services and Attachments

THE KINGDOM OF SAUDI ARABIA
Ministry of Defence and Aviation
Presidency of Civil Aviation

KSA0000001927

٤ – ١

## الباب الرابع
### مجال الخدمات

### قائمة المحتويات

| رقم الصفحة | العنوان | المادة |
|---|---|---|
| ٤ – ٣ | مقدمة | ٤ – ١ |
| ٤ – ٣ | العمالة الشهرية | ٤ – ٢ |
| ٤ – ٣ | التوظيف | ٤ – ٢ – ١ |
| ٤ – ٧ | تعبئة المقاول | ٤ – ٢ – ٢ |
| ٤ – ٩ | تقييم أداء الموظف | ٤ – ٢ – ٣ |
| ٤ – ٩ | تنمية المهارة والكفاءة | ٤ – ٢ – ٤ |
| ٤ – ١٠ | إبدال الموظفين | ٤ – ٢ – ٥ |
| ٤ – ١٠ | الأداء غير المرضي لموظفي المقاول | ٤ – ٢ – ٦ |
| ٤ – ١١ | الإبعاد لإنتهاك القوانين والأعراف | ٤ – ٢ – ٧ |
| ٤ – ١١ | إبعاد موظفي المقاول من قبل المقاول | ٤ – ٢ – ٨ |
| ٤ – ١١ | عدم تواجد الموظفين ( الإستقالة ) | ٤ – ٢ – ٩ |
| ٤ – ١٢ | مراجعة الدعم الوظيفي | ٤ – ٢ – ١٠ |
| ٤ – ١٢ | زيادة الدعم الوظيفي | ٤ – ٢ – ١١ |
| ٤ – ١٢ | تخفيض الدعم الوظيفي | ٤ – ٢ – ١٢ |
| | لا تنطبق على مجال الخدمات | ٤ – ٢ – ١٣ |
| | لا تنطبق على مجال الخدمات | ٤ – ٢ – ١٤ |
| ٤ – ١٣ | ساعات العمل التشغيلية | ٤ – ٢ – ١٥ |
| ٤ – ١٤ | مواقع التكليف الدائمة | ٤ – ٢ – ١٦ |
| ٤ – ١٤ | السكن | ٤ – ٢ – ١٧ |
| ٤ – ١٥ | النقل | ٤ – ٢ – ١٨ |
| ٤ – ١٥ | العطلات | ٤ – ٢ – ١٩ |
| ٤ – ١٦ | الإجازات المرضية والإضطرارية | ٤ – ٢ – ٢٠ |
| ٤ – ١٦ | الإجازات | ٤ – ٢ – ٢١ |
| ٤ – ١٦ | جدولة الاجازات وتسوية المستحقات غير المستخدمة | ٤ – ٢ – ٢٢ |
| ٤ – ١٧ | الإجازات بدون أجر | ٤ – ٢ – ٢٣ |

KSA0000001928

٤ – ٢

| رقم الصفحة | العنـــــــــــــوان | المـــــــــادة |
|---|---|---|
| ٤ – ١٧ | **مواد وخدمات ذات تكاليف خاصة** | ٤ – ٣ |
| ٤ – ١٧ | مقدمـــــة | ٤ – ٣ – ١ |
| ٤ – ١٧ | العمل الإضافي | ٤ – ٣ – ٢ |
| ٤ – ١٧ | عمالة الدعم الفني ( المساندة ) | ٤ – ٣ – ٣ |
| ٤ – ١٨ | الخبراء الفنيين والهندسيين والمستشارين | ٤ – ٣ – ٤ |
| ٤ – ١٨ | العمل المؤقت والتدريب في المصنع | ٤ – ٣ – ٥ |
| ٤ – ١٨ | خدمات الدعم المعيشي لمركز التدريب الأساسي | ٤ – ٣ – ٦ |
| ٤ – ١٨ | مواد إضافية ذات تكاليف خاصة | ٤ – ٣ – ٧ |
| ٤ – ١٨ | **مواد وخدمات الدعم الفني للعمالة الشهرية** | ٤ – ٤ |
| ٤ – ١٨ | إدارة المشروع | ٤ – ٤ – ١ |
| ٤ – ١٩ | تقييم أداء المقاول | ٤ – ٤ – ٢ |
| ٤ – ١٩ | التدريب الميداني وخطة المقاول للسعودة | ٤ – ٤ – ٣ |
| ٤ – ٢١ | خطة البرنامج | ٤ – ٤ – ٤ |
| ٤ – ٢١ | مكتب إدارة المقاول | ٤ – ٤ – ٥ |
| ٤ – ٢٢ | تقرير نشاطات المقاول الشهري | ٤ – ٤ – ٦ |
| ٤ – ٢٢ | **مراجعة سير العمل** | ٤ – ٤ – ٧ |
| ٤ – ٢٣ | **توزيع موظفي المقاول للتشغيل** | ٤ – ٤ – ٨ |
| ٤ – ٢٧ | **تغيير الحكومة للعناصر التنظيمية** | ٤ – ٤ – ٩ |
| ٤ – ٢٨ | **المواقع والمرافق والنظم والتجهيزات التي ستتم صيانتها** | ٤ – ٤ – ١٠ |
| ٤ – ٢٨ | **مواد وخدمات الدعم** | ٤ – ٥ |
| ٤ – ٢٨ | **لا تنطبق على مجال الخدمات** | ٤ – ٦ |
| ٤-أ-٢ | **متطلبات الصيانة ( المرفق أ )** | ٤ – ٧ |

KSA0000001929

٤ – ٣

# الباب الرابع
## مجال الخدمات

### ٤ – ١   مقدمة :

على المقاول تقديم الدعم الفني والإداري والتشغيلي وفقا لما هو مبين في هذه الوثيقة وتقديم موظفي الدعم الهندسي والفني والإداري وموظفي التدريب والإمدادات وفقا للشروط المبينة في هذه الوثيقة مع ملخص الدعم الوظيفي ، المرفق د ، ومع الوصف الوظيفي ، المرفق ي . ويقوم الموظفين الذين يقدمهم المقاول بالعمل لدى رئاسة الطيران المدني كفريق موحد لتدريب ودعم ومساندة القوى العاملة الحالية في تشغيل وصيانة وإجازة نظام الملاحة الجوية والمعدات والنظم والمرافق الحكومية التابعة له ، والنشاطات الاخرى المرتبطة حسب ما هو مبين في هذه الوثيقة .

وعلى المقاول أيضا أن يقوم بتقديم خدمات دعم الإمدادات لتوفير المواد والخدمات للمواقع والمرافق والنظم والمعدات المذكورة أعلاه والخدمات ذات التكلفة الخاصة كما هو مبين في العقد . وتكون مسئوليات وخدمات المقاول المحدده وغيرها من المواد المناسبة كالاتي :

### ٤ – ٢   العمالة الشهرية :

### ٤ – ٢ – ١   التوظيف :

### ٤ – ٢ – ١ – ١   مكاتب التوظيف :

على المقاول أن يؤسس مكاتب للتوظيف لجلب الموظفين للعمل في المملكة العربية السعودية بموجب العقد . ويجب أن يقوم المقاول بالإحتفاظ بهذه المكاتب طيلة فترة العقد في كل من المواقع أو البلدان التالية :

أ  –  جده ، المملكة العربية السعودية .
ب –  أوروبا الغربية .
ج  –  الولايات المتحدة وكندا .
د  –  جنوب شرق آسيا .

وسوف يعتمد تحديد المواقع على الموقع الرئيسي أو مواقع منشأة المقاول والمناطق المحددة للتوظيف المقترحة من قبل المقاول وفقا لمتطلبات الباب الثالث ، المادة



KSA0000001930

٤ - ٤

٣ - ٧ جدول الكميات والاسعار ، ومناطق التوظيف ، والباب الرابع ، مجال الخدمات المادة ٤-١٠ ، جدول الدعم الوظيفي.

**٤ - ٢ - ١ - ٢  مسئوليات التوظيف والموافقة :**

يكون المقاول مسئولا مسئولية كاملة عن عملية التوظيف في مختلف مراحلها ويخضع المرشحين الذين يختارهم المقاول لموافقة الحكومة المسبقة ، ويمكن للحكومة بناء على رغبتها في أي وقت أن تقوم بتوجيه المقاول لتوظيف أي شخص أو أشخاص تعتبرهم ملائمين للتوظيف بموجب العقد وسوف يقوم المقاول بالحصول على موافقة الحكومة على كافة الموظفين المرشحين للتوظيف أو إنهاء الخدمات بموجب العقد وذلك قبل توظيفهم أو إنهاء خدماتهم وإذا رأت الحكومة أن من المناسب التنازل عن متطلبات المرفق ( د ) ، المادة رقم ٤-١٠ والمرفق (ي) ، المادة ٤-١١ ( وصف الوظائف ) بخصوص خبرة ومؤهلات وجنسية شخص معين ، فلا يحق للمقاول أن يفسر هذا التنازل بأنه إعفاء لإلتزامه بمتطلبات خبرة ومؤهلات وجنسية أي أشخاص آخرين يقدمهم المقاول لموافقة الحكومة ما لم يعين ذلك بالتحديد من قبل مندوب الحكومة أو من ينوب عنه.

**٤ - ٢ - ١ - ٣  مناطق التوظيف :**

أ  -  من مواطني المملكة العربية السعودية أو المقيمين فيها بشكل دائم.

ب -  من أمريكا الشمالية وأوروبا الغربية.

ج  -  من دول الشرق الاوسط.

د  -  من دول آسيا.

**٤ - ٢ - ١ - ٤  مستويات الدعم الوظيفي :**

على المقاول أن يقدم موظفين حسب ما هو محدد في جداول الدعم الوظيفي المبينة في المرفق ( د ) مستوفين للمؤهلات المبينة في المرفق ( ي ) من هذا الباب الرابع ويجب أن تشتمل القوى العاملة على موظفين لديهم المهارات والخبرة الفنية للقيام بكافة المهام المطلوبة لإدارة وهندسة وصيانة وتصليح والتوصية بإجازة المرافق والنظم والمعدات الخاصة بنظام الملاحة الجوية لرئاسة الطيران المدني عند تسليم إشعار الترسية ( قبل ثلاثة أشهر تقريبا من تاريخ بداية العقد رسميا في ( ).

سوف يقوم المقاول على نفقته بإعداد خطط بدء مراحل العمل والتوظيف والتعبئة ويجب أن يوفر برنامج التوظيف الخاص بالمقاول بشكل مستمر العدد الكافي من الموظفين المؤهلين للإيفاء بالمتطلبات التعاقدية بطريقة فعالة وعدم إنهاء خدمات

KSA0000001931

٤ – ٥

أي من العمالة القائمة على رأس العمل وذات الخبرة والإحتفاظ بمنسوبي البرنامج لصيانة وتشغيل المشروع في مواقع العمل إلا بعد إحضار عمالة بديلة بنفس الخبرات والمستوى الفني المطلوب وبعد موافقة مندوب الحكومة أو من ينوب عنه.

جدول التوظيف المطلوب كحد أدنى من قبل رئاسة الطيران المدني كالآتي :

| | |
|---|---|
| تاريخ بداية العقد | ٦٠٪ من مجموع مستوى الدعم الوظيفي. |
| ثلاثة ( ٣ ) أشهر من بدء العقد | ٧٥٪ من مجموع مستوى الدعم الوظيفي. |
| أربعة ( ٤ ) أشهر من بدء العقد | ٨٠٪ من مجموع مستوى الدعم الوظيفي. |
| خمسة ( ٥ ) أشهر من بدء العقد | ٩٠٪ من مجموع مستوى الدعم الوظيفي. |

وعلى المقاول بعد ذلك أن يزيد نسبة التوظيف بمعدل شهري يصل الى نسبة ١٠٠٪ أو يصل الى معدل توظيفي حسب توجيهات مندوب الحكومة أو من ينوب عنه وبموجب المادة ٤–٢–١٠ مراجعة الدعم الوظيفي من هذا الباب الرابع كما يجب على المقاول أن يحافظ على نسبة توظيف قدرها ٩٠٪ كحد أدنى من المستوى المحدد طيلة فترة العقد. وتكون العمالة التابعة للمقاول على علم تام بأنها سوف تندمج مع العمالة السعودية المثبتة علي ملاك الدولة ، وتعمل جنبا لجنب الواحدة متممة للأخرى تحت إدارة واحدة ومفهوم عمل واحد. وعلى المقاول تعبئة جميع الوظائف المطلوبة بموجب المادة ٤–٢–١–٤ من الباب الرابع وتحديد الأسعار والرواتب الصحيحة التي يستطيع عن طريقها توظيف العمالة المتخصصة من المناطق الموضحة . وإذا فشل المقاول في توظيف القوى العاملة المطلوبة بموجب جدول التوظيف المذكور أعلاه في هذه المادة يحق لمندوب الحكومة أن يمارس حقوقه بموجب الباب الثاني المادة ( ٣٩ ) .

### ٤ – ٢ – ١ – ٥    وضع الموظفين :

من الخبرات السابقة إتضح أن بعض المهارات العالية نادرة الوجود في الأسواق العالمية وغير متوفرة للعمل في دول أخرى بعيدة عن عوائلهم ، وإذا توفر شخص ما فسوف تكون مدة قبوله للعيش بعيدا عن عائلته محدودة جدا ، ومن التجارب السابقة أيضا ثبت أن إستقرار العمالة يعطي مردودا أفضل وإستقرارا معقولا لإستمرارها في العمل ، وحيث أن أي شخص يأتي الى هذه المهمة تضطر الإدارة لإعطائه برنامجا تعريفيا لفترة زمنية حتى يتمكن من تكوين فكرة عامة ويكون إنتاجه ذا قيمة ، وهذا يأخذ وقتا ويكلف البرنامج ماديا. ومن هذا المنطلق إتضح أنه من الضروري وضع الفئات المهمة والحساسة في المستوى الذي يمكنها

KSA0000001932

٤ – ٦

من إصطحاب عوائلها بموجب المادة ٤-١٠. من المرفق د ، حيث تم تصنيف جميع الوظائف من المستوى ( أ ) حتى المستوى ( ي ) بوضع متزوج. وجميع الوظائف من المستوى ( ف ) حتى المستوى ( ن ) بوضع أعزب. كما تم تصنيف وظائف المتزوج الى فئتين فئة مصحوب بعائلة وفئة غير مصحوب. وعلى المقاول تقديم الفوائد للموظفين بوضع متزوج وبوضع عازب بموجب المادة رقم ٢-٨١-٢-٣-٨ خطة العلاقات بالموظفين والدعم المعيشي.وذلك لضمان إستمرار العمالة الرئيسية وجودة إنتاجها.

### ٤ – ٢ – ١ – ٦   التحقق من المؤهلات :

يجب على المقاول عند تقديمه للسيرة الذاتية للمرشحين لموافقة الحكومة عليها أن يرفق معها نصا يفيد أن المقاول قد تأكد من دقة المعلومات الواردة في السيرة فيما يتعلق بالخبرة والمؤهلات.
كما ويجب أن تشتمل السيرة الذاتية على نسخ من الشهادات الفنية أو المهنية أو الأكاديمية أو غيرها من الشهادات التي إتخذ بواسطتها قرار التأهيل. ويمكن أن تطلب الحكومة حسب رغبتها من المقاول أن يقدم الوثائق الأصلية المتعلقة بالمؤهلات المذكورة أعلاه عند وصول المرشحين الفائزين الى المملكة. يستثنى من شروط هذه الفقرة حالة موظفي المقاول الحالي الذين يزمع تحويلهم الى المقاول .

### ٤ – ٢ – ١ – ٧   توجيه الموظفين :

على المقاول أن يضع برامج توجيه في مكاتب التوظيف داخل المملكة وخارجها وتهدف برامج التوجيه خارج المملكة الى ضمان تلقي الموظفين <u>قبل</u> قبولهم عرض التوظيف معلومات مفصلة تتعلق بمسئولياتهم تجاه العمل والفوائد والتعويضات والظروف الإجتماعية والثقافية المتصلة بالتوظيف في المملكة العربية السعودية وأي معلومات ذات صلة بذلك. أما برامج التوجيه داخل المملكة فيجب أن تشتمل على معلومات مفصلة تقدم للموظفين كالإجراءات الخاصة بموظفي المقاول ، والأنظمة والقوانين الحكومية والأوامر وإجراءات الأمن ، وأي معلومات خاصة بمواقع عمل الموظف. كما يجب على المقاول أن <u>يوفر</u> برامج التوجيه داخل المملكة وخارجها للأفراد الذين يعولهم الموظف إذا كان يحق للموظف ورغبته في مرافقة أفراد عائلته له في المملكة العربية السعودية خلال فترة توظيفه بموجب العقد.

### ٤ – ٢ – ١ – ٨   تقييم ومراجعة التوظيف :

تحتفظ الحكومة بالحق في :

KSA0000001933

٤ – ٧

أ – مراقبة ومراجعة طرق التوظيف الخاصة بالمقاول .

ب – مراجعة طلبات التوظيف لدى المقاول ، مع التركيز بصفة خاصة على طلبات المتقدمين للوظائف الإدارية والهندسيه .

ج – التأكد من أن المتقدمين للوظائف من الفنيين والمشرفين قد حصلوا علي خبراتهم من خلال عملهم بنظم ملاحيه جويه مساوية من حيث المستوى لمستويات المنظمة الدولية للطيران المدني أو تفوقها .

٤ – ٢ – ١ – ٨ – ١   تحتفظ الحكومة بحقها في التفتيش علي سجلات المقاول ذات العلاقة بطلبات التوظيف والمتقدمين للوظائف في المملكة العربية السعودية بموجب العقد ، ويوافق المقاول على توفير هذه السجلات فورا وعلى نفقته عند طلب الحكومة لذلك . ويقر المقاول بعلمه أن عدم توفيره لمثل هذه السجلات للحكومة قد يؤدي الى تأخير موافقة الحكومة على المتقدمين للوظائف دون المساس بحق الحكومة بموجب أي شرط من شروط العقد .

٤ – ٢ – ١ – ٨ – ٢   تحتفظ الحكومة بالحق في مقابلة أي مستقدم لأي من الوظائف في المملكة العربية السعودية بموجب العقد إذا رأت الحكومة ضرورة القيام بذلك .

٤ – ٢ – ١ – ٨ – ٣   يوافق المقاول بأن يقدم بناء على طلب الحكومة الوثائق الثبوتيه لاسلوبه وطريقته في التوظيف مشتملة على تقارير حالة التوظيف والسجلات ونسخ الإعلانات ، ومواد التوجيه ، ومصادر التوظيف وإجراءات فحص المتقدم للوظيفة وأية معلومات أخرى متعلقة بعملية التوظيف تعتبر ضرورية من قبل الحكومة ، وتقدم هذه الوثائق الثبوتيه على نفقة المقاول . كما يوافق المقاول أيضا على الإجابة على أي طلب من قبل الحكومة لتوضيح أسباب أي طريقة أو إجراء من إجراءات التوظيف ، إذا رأت الحكومة أن لهذه الطريقة أو هذا الإجراء أثرا غير إيجابي على نوعية القوى العاملة المقدمة من خلال العقد .

٤ – ٢ – ١ – ٨ – ٤   يوافق المقاول على تزويد الحكومة بالسير المهنية لكافة المتقدمين الذين يعتزم توظيفهم في وظائف بالمملكة العربية السعودية بموجب العقد . وعلى المقاول أن يستجيب لأي طلب من الحكومة لشرح أسباب اختبار أي متقدم أو متقدمين .

٤ – ٢ – ٢   <u>تعبئة المقاول :</u>

على المقاول عند الإشعار بترسية العقد أن يبدأ فورا في أعمال التعبئة بهدف



٤ – ٨

تحقيق مستويات الدعم الوظيفي المحدده في المادة ٤-١-٢-٤ أعلاه.

٤ – ٢ – ٢ – ١  **عروض التوظيف لموظفي المقاول الحالي :**
من أجل إستمرارية العمل والحفاظ على عدم تأثر الخدمات والمرافق التي سوف
تتعرض لها الخدمات نتيجة لتجديد العقد أو ترسيته علي مقاول جديد بشروط
مختلفة قد لا يستطيع بموجبها إبقاء بعض العمالة الموجودة حاليا ، فإن الحكومة
سوف تكون مضطرة لتوجيه المقاول الجديد لتوظيف عدد من العناصر المهمة جدا
لإستمرارية الخدمات بدون التأثير على عمليات الملاحة الجوية وسلامتها في
العمل . وعلى المقاول أن يبذل أقصى جهوده لتوظيف هؤلاء الموظفين في حدود
معدلات مستوياتهم المثبتة والأخيرة ، وأن يقدم لهم عروضا بالتوظيف فور
إستلامه لمثل هذا التوجيه ، وفي حالة رفض العرض من قبل موظف رجل شهر
التابع للمقاول الحالي ، يطلب المقاول من الموظف تقديم إفادة للحكومة موقعه من
الموظف والمقاول تبين سبب أو أسباب رفض العرض.

٤ – ٢ – ٢ – ٢  **مفاوضات التوجيه بعد الترسية :**
خلال إسبوعين من ترسية العقد ، تقوم الحكومة حسب رغبتها بعقد مفاوضات
توجيه بعد الترسية مع المقاول. ويهدف التفاوض الى :

٤ – ٢ – ٢ – ٢ – ١  توضيح النواحي الغامضة من جانب المقاول فيما يتعلق بمسئولياته
بموجب العقد ، دون المساس بشروط ومواد العقد.

٤ – ٢ – ٢ – ٢ – ٢  نصح ومساعدة المقاول دون المساس بالمسئوليات التعاقدية في
شئون تأشيرات الدخول وتصاريح العمل للموظفين الذين يقدمهم المقاول.

٤ – ٢ – ٢ – ٢ – ٣  وضع الأولويات بالنسبة للوظائف التي ستعبأ بنهاية فترة التعبئة
والتي تتزامن مع إنتهاء مسئوليات المقاول الحالي.

٤ – ٢ – ٢ – ٢ – ٤  وضع الأولويات لتسويات الدعم الوظيفي للمواقع خلال فترة بدء
مراحل التشغيل.

٤ – ٢ – ٢ – ٢ – ٥  تنسيق عمليات تفقد المواقع من قبل موظفي المقاول خلال فترة بدء
مراحل التشغيل.

٤ – ٢ – ٢ – ٢ – ٦  تقديم وتعريف موظفي الحكومة بالمسئولين من موظفي المقاول.

KSA0000001935

٤ – ٩

٤ – ٢ – ٢ – ٣  **تقارير وضع التعبئة :**

خلال إسبوعين من ترسية العقد وفي كل إسبوع بعد ذلك لمدة الثلاثة أشهر (٣) الأولى من فترة بدء مراحل التشغيل ، ما لم يتم التوجيه بغير ذلك من قبل الحكومة ، يقوم المقاول بتزويد الحكومة بثلاثة نسخ (٣) من التقرير الإسبوعي لوضع التعبئة ، بحيث يشتمل التقرير على المعلومات الرئيسية المتعلقة بسير نشاطات التعبئة للمقاول المشتملة على :

٤ – ٢ – ٢ – ٣ – ١  وضع إعادة توظيف الموظفين الحاليين.

٤ – ٢ – ٢ – ٣ – ٢  عدد عروض التوظيف المقبولة.

٤ – ٢ – ٢ – ٣ – ٣  عدد عروض التوظيف المعلقة إنتظارا للقبول.

٤ – ٢ – ٢ – ٣ – ٤  قائمة بالموظفين الذين ينتظرون موافقة الحكومة.

٤ – ٢ – ٢ – ٣ – ٥  عدد عروض التوظيف المرفوضة.

٤ – ٢ – ٢ – ٣ – ٦  وضع التأشيرات / تصاريح العمل.

٤ – ٢ – ٢ – ٣ – ٧  مشاكل التوظيف الرئيسية والإجراءات التصحيحية.


٤ – ٢ – ٣  **تقييم أداء الموظف :**

٤ – ٢ – ٣ – ١  على المقاول أن يعمل على تطوير وإدارة إجراءات إختبار إدارة رجل شهر. وخلال ثلاثين يوما (٣٠) من تاريخ بدء العقد ، يقوم المقاول بتقديم هذه الإجراءات للحكومة للموافقة عليها. وتكون فترة إختبار الموظفين في أول ٩٠ يوما تبدأ من اليوم الأول لتسجيل الموظف في جدول الرواتب. خلال هذه الفترة التجريبية يكون الموظف تحت الملاحظة للتأكد من مقدرته على الأداء وفقا لوصف الوظيفة المكلف بها. وإذا وجد مندوب الحكومة أو من ينوب عنه خلال هذه الفترة أنه غير مناسب من حيث معرفته وقدرته وسلوكه ، تطلب الحكومة من المقاول سحبه من العمل.


٤ – ٢ – ٣ – ٢  **تقييم الأداء :** على المقاول تطوير وإدارة إجراءات تقييم سنوية ووضع نظام حوافز سنوية للموظفين المتواجدين على رأس العمل بهدف الإحتفاظ بالعمالة ذات الخبرة. وخلال ثلاثين (٣٠) يوما من تاريخ بدء العقد ، يقوم المقاول بتقديم تلك الإجراءات الى الحكومة للموافقة عليها. ويجب أن تشتمل هذه الإجراءات على تقييم سنوي كتابي واحد على الأقل يعبأ عن كل سنة من سنوات التوظيف بموجب العقد يكون مشتملا على تفاصيل الحوافز السنوية تجنبا لإرتفاع نسبة تغيير وتبديل الموظفين بموجب المادة ٢-٨١-٢-٣-٧.


٤ – ٢ – ٤  **تنمية المهارة والكفاءة :**

من أجل تنمية المهارة والكفاءة في بعض النواحي لدى موظفي المقاول ، توافق

٤ – ١.

الحكومة على تزويد المقاول بمرافق وتجهيزات التدريب اللازمه لتقديم برامج التوجيه المكثفة داخل المملكة ليكتسب موظفي المقاول المؤهلين المهارات على التجهيزات وذلك حسب اللزوم وحسب توجيهات مندوب الحكومة. ويتم إختيار هؤلاء الموظفين من وظائف الدعم الوظيفي المبينة في المرفق (د).

٤ – ٢ – ٥   إبدال الموظفين :

يجوز للمقاول أن يعين موظفين بـدلا عن موظفي المقاول الحالي قبل إسبوع واحد من آخر يوم عمل لهؤلاء الموظفين. ويسمح بتقديم الفواتير الخاصة بهذه الحالة أعلاه فقط عندما لا يزيد العدد الشهري لفواتير العمالة الشهرية المقدمة عن العدد الشهري المتفق عليها لرجل شهر في المادة ٣ – ٧ ، جدول الكميات والأسعار ويجوز للحكومة أن تقرر عدم إبدال موظفي المقاول المنتهي ، وعند إستلامه لمثل هذه التعليمات ، يقوم المقاول بوضع الوظائف المعنية على وضع ( محجوز )  ولا يجوز له القيام بشغل تلك الوظائف ما لم تصدر التعليمات له بغير ذلك من قبل الحكومة.

ولا يجوز للمقاول عند وضع الوظائف على وضع ( محجوز ) بإستعمالها لتحديد مستويات الدعم الوظيفي الخاصة به وفقا للمادة ٤-١-٢-٤.

٤ – ٢ – ٦   الأداء غير المرضي لموظفي المقاول :

٤ – ٢ – ٦ – ١  يقوم المقاول ، بناء علي موافقة مندوب الحكومة أو من ينوب عنه بإنهاء خدمات موظفي المقاول الذين يشترط أن تكون لديهم الكفاءات إذا لم يفوا بمعايير برنامج الإجازه والتأهيل الحكومي. وسوف تقوم الحكومة بدفع تكاليف العمالة حتى تاريخ إنهاء خدمات هؤلاء الموظفين ، دون أن تتحمل أية تكاليف أخرى. وعلى موظفي المقاول المطلوب تأهيلهم أن يجتازوا هذا الفحص خلال (٩٠) تسعين يوما من تاريخ تعيينهم.أو حسب ما هو محدد بموجب الأنظمة الحكومية المعمول بها.

٤ – ٢ – ٦ – ٢  بالرغم من شروط المادة السابقة ٤-٢-٦-١ ، إذا وجد أن موظفي المقاول في أي وقت من الأوقات خلال فترة تعيينهم انهم لا يقومون بواجباتهم بطريقة مرضية فيما يتعلق بمعرفتهم أو قدراتهم أو سلوكهم ، يقوم مندوب الحكومة أو من ينوب عنه ببحث المسألة بالإشتراك مع المقاول وبمساعدة الموظفين الآخرين إذا دعت الضرورة. وإذا إنتهت عمليات البحث هذه الى إثبات عدم قيام هؤلاء الموظفين بواجباتهم بطريقة مقبولة ، وتعذر علاج هذه الأخطاء للإيفاء بمتطلبات

KSA0000001937

٤ – ١١

العقد ، يطلب من المقاول إنهاء خدماتهم بالتاريخ المحدد من قبل مندوب الحكومة أو من ينوب عنه. وسوف تقوم الحكومة بدفع تكاليف العمالة حتى تاريخ إنهاء الخدمات دون أن تتحمل أية تكاليف أخرى.

## ٤ – ٢ – ٧   الإبعاد لإنتهاك القوانين والأعراف :

سوف يتم إنهاء خدمات موظفي المقاول نتيجة لإنتهاكهم قوانين المملكة شاملاً دون حصر تهريب المخدرات والتي جزاؤها الإعدام ، وقوانين الأمن والأعراف الدينية التقاليد الإجتماعية المتبعة في المملكة ، سواء أدينوا من قبل الحكومة أم لا . وتعطى التعليمات بخصوص الموظف كتابة من قبل مندوب الحكومة أو من ينوب عنه ويجب أن يلتزم المقاول بها فورا دون أية نفقات من جانب الحكومة. ويدفع للمقاول فقط عن تكاليف العمالة الشهرية.

## ٤ – ٢ – ٨   إبعاد موظفي المقاول من قبل المقاول :

يلتزم المقاول بتحديد سوء السلوك ، أو إنتهاك سياسات الشركة من قبل موظفي الشركة ، وفي مثل هذه الحالات عليه إشعار مندوب الحكومة فورا أو من ينـــوب عنه كتابة بنيته في إنهاء خدمات الموظف أو سحبه من العمل بإعطاء الأسباب المؤدية لذلك. ويجب عدم سحب أو إنهاء خدمات أي موظف من العمل لأي سبب كان إلا بعد موافقة مندوب الحكومة أو من ينوب عنه دون أية نفقات على الحكومة.

## ٤ – ٢ – ٩   عدم تواجد الموظفين :

## ٤ – ٢ – ٩ – ١   ترك العمل :

أي موظف من موظفي المقاول يؤدي خدمات بموجب هذه الوثيقة ، إذا لم يتواجد للقيام بواجباته لفترة (١٠) عشرة أيام متتالية غير تلك الفترات المدفوعة بموجب المواد ٤–٢–١٩ الى ٤–٢–٢٣ في هذه الوثيقة ، يجوز للمقاول شطب إسم الشخص المذكور من كشف الرواتب الرئيسي من اليوم الحادي عشر ويبدأ المقاول بإجراءات إستبداله.

## ٤ – ٢ – ٩ – ٢   الإستقالة :

يقوم موظفي المقاول بتقديم خطابات الإستقالة الي المقاول وإرسال صور منها الى مدير الإدارة / القطاع الذي يعمل به والى إدارة العقود والمراقبة المالية. ويقـــوم



KSA0000001938

٤ - ١٢

المقاول بإشعار الحكومة كتابة بذلك مع توضيح المعلومات ذات العلاقة الخاصة
بالموظف شاملة إسم الموظف ووظيفته والتاريخ النهائي لإنهاء الخدمات وإرفاق
نسخة من خطاب إنهاء الخدمات الموقع من قبل الموظف ومندوب الحكومة المفوض.

**٤ - ٢ - ٩ - ٣   عدم توفر المرشح للتعيين من قبل الحكومة :**

يقوم المقاول بتزويد الحكومة بخطاب يفيد بعدم توفر الموظف المرشح من قبل
الحكومة للعمل على فئة العمالة الشهرية أو على فئة العمالة المساندة في حالة
تعذر على المقاول تعبئة الموظف. على أن يشتمل الخطاب على معلومات تحدد هوية
الموظف ووظيفته وسبب عدم تمكنه من توظيفه . وسوف لن تقوم الحكومة بتعيين
أي مرشح آخر لهذه الوظيفة ما لم يقدم المقاول خطابا بعدم توفر الموظف.

**٤ - ٢ - ١٠   مراجعة الدعم الوظيفي :**

نظرا لأن مستوى الدعم الوظيفي والمهارات ووصف الوظائف قد تحتاج الى بعض
التعديلات ، يقوم مندوب الحكومة أو من ينوب عنه ومدير المشروع لدى المقاول أو
من ينوب عنه ، كل ربع سنه أو حسب الضرورة ، بمراجعة مشتركة لمرفقات
التوظيف الخاصة بالمقاول المرفق ( د ) المادة ٤-١٠ والمرفق ( ي ) المادة ٤-١١
وإجراء التعديلات المطلوبة في الدعم الوظيفي بموجب الباب الثاني المادة ٣٥ من
الشروط العامه.

**٤ - ٢ - ١١   زيادة الدعم الوظيفي :**

إذا نتج عن الإتفاق السابق الحاجة الي موظفين إضافيين من موظفي المقاول بسبب
الدعم الوظيفي المصرح به والمتزايد في التخصصات الموجودة أو إضافة تخصصات
جديدة ، يجوز لمندوب الحكومة الطلب من المقاول زيادة عدد العمالة بنفس
المستويات المتعاقد عليها وشرط عدم زيادة معدلات التكلفة للعقد ، وتكون الزيادة
الناتجة في الوظائف المصرح بها خاضعة للشروط العامة المبينة في الباب الثاني
مادة ٤٣ ، ٤٤ إذا نتج عن الدعم الإضافي المتزايد الحاجة الى تمويل ، تقوم الحكومة
بتعديل التمويل بشكل مناسب خلال ( ٩٠ ) تسعين يوما بعد التفويض بالزيادة.

**٤ - ٢ - ١٢   تخفيض الدعم الوظيفي :**

المعدلات الخاصة بالموظفين المطلوب تزويدهم بموجب العقد وضعت على أساس
الموظفين الموجودين على رأس العمل في المملكة العربية السعودية طيلة فترة
العقد. ويجوز للحكومة تخفيض وظائف المقاول من المرفق ( د ) ( ٤ - ١٠ ) بسبب



٤ – ١٣

تقليص مجال العمل أو لقدرة موظفي الحكومة القيام ببعض المهام التي يقوم بها موظفو المقاول بموجب هذا العقد قبل إنتهاء فترة الأداء المقررة لهؤلاء الموظفين ، وعليه تقوم الحكومة بتوجيه إشعار كتابي بصدد هذا التخفيض الى المقاول قبل (٩٠) تسعين يوما من تاريخ صلاحية التخفيض. ويقوم المقاول بشطب الوظائف من المرفق ( د ) ( ٤ – ١٠ ) حسب التوجيهات ، وتعديل مستخلصاته وفقا لذلك ويخضع هذا التخفيض للمواد ٤٣ ، ٤٤ من الباب الثاني ، الشروط العامة.

٤ – ٢ – ١٣ لا تنطبق على مجال الخدمات.

٤ – ٢ – ١٤ لا تنطبق على مجال الخدمات.

٤ – ٢ – ١٥ <u>ساعات العمل التشغيلية</u> :

٤ – ٢ – ١٥ – ١ <u>إسبوع العمل العادي</u> :
يقتضى من موظفي المقاول العمل لمدة (٨) ثمان ساعات في اليوم ، خمسة أيام في الإسبوع. ويكون إسبوع العمل العادي بالنسبة لموظفي المقاول من يوم السبت الى نهاية دوام يوم الأربعاء. ويكون يوم العمل العادي من الساعة ٧.٣٠ حتي الساعة ٤.٠٠ مشتملا على نصف ساعة للغداء.

٤ – ٢ – ١٥ – ٢ <u>الشهر التعاقدي</u> :
يمكن تعريف الشهر التعاقدي لأغراض تتعلق بهذا العقد علي أنه الفترة الزمنية التي تبدأ في اليوم السادس من الشهر الميلادي وتنتهي في اليوم الخامس من الشهر الميلادي التالي طيلة فترة هذا العقد.

٤ – ٢ – ١٥ – ٣ <u>عمل الورديات</u> :
يجوز تكليف موظفي المقاول لأسباب تتعلق بالتشغيل بالعمل في ورديات بموجب جداول تختلف ساعاتها عن ساعات العمل الأسبوعية العادية . ولأجل مصلحة وكفاءة التشغيل القصوي فمن المعلوم والمتفق عليه أنه يجوز أن يطلب من الموظف أن يعمل ساعات وردية أقل من ساعات العمل الإسبوعية العادية خلال إسبوع أو أكثر من أسابيع جدول الوردية بشرط أن لا يقل مجمل فترات الوردية المشغولة خلال الشهر التعاقدي التي يقع فيها هذا الإسبوع أو الأسابيع عن إجمالي عدد ساعات اسبوع العمل العادي التي تقع خلال الشهر التعاقدي نفسه .



KSA0000001940

٤ – ١٤

وعلى الرغم مما سبق ، فإنه يجوز تنفيذ جداول الورديات التي تتطلب من الموظفين العمل فترات وردية أقل من المجموع الشهري لأيام العمل المذكورة آنفا ، بمقتضى الموافقة الكتابية لمندوب الحكومة أو من ينوب عنه. وفي هذه الحالة يدفع للمقاول عن معدلات رجل شهر الكاملة عن ذلك الشهر المعني.

ولأغراض تتعلق بهذا العقد يمكن تعريف فترة الوردية على أنها تلك الفترة من العمل التي لا تقل عن ٨ ساعات تبدأ في الأيام أو الأوقات غير تلك الأيام أو الأوقات المحددة في الفقرة رقم ٤-٢-١٥-١ المذكورة أعلاه التي تتوقف فقط من خلال فترات العمل المقررة.

## ٤ – ٢ – ١٥ – ٤    العمل الإضافي :

على المقاول أن يقوم بحساب دفعات العمل الإضافي وفقا لقانون العمل السعودي. موظفي المقاول الذين يعملون ساعات زيادة عن الساعات الإسبوعية المحددة في المادة ٤-٢-١٥-١ سوف يدفع لهم عن الساعات الإضافية الزائدة عن يوم العمل العادي ( من السبت الى الأربعاء ) وعن الأيام التي يعملونها في الأيام غير أيام العمل العادية ( الخميس والجمعة ) .

موظفي المقاول الذين يقومون بعمل إضافي والذين يعملون فترات مناوبة سوف يدفع لهم مقابل إضافي عن كافة الساعات المشغولة زيادة عن ٨ ساعات خلال فترة المناوبة أو ما يزيد عن (٤٠) أربعون ساعة في الإسبوع ( من السبت الى الجمعة ).

## ٤ – ٢ – ١٦    مواقع التكليف الدائمة :

تكون مواقع التكليف الدائمة لموظفي المقاول في إحدى المواقع التالية :
أبها ، الظهران ، جده ، المدينة ، الرياض ، تبوك ، أو الطائف ، أو مواقع أخرى تحدد من وقت لآخر كمواقع دائمة من قبل الحكومة.

## ٤ – ٢ – ١٧    السكن :

يكون المقاول مسئولا عن متطلبات السكن لموظفيه بموجب قرار مجلس الوزراء رقم ٢١٠ في ١٤٠١/١٠/١٨هـ وذلك لإستخدامه من قبل موظفي برنامج دعم نظام الملاحة الجوية ويكون السكن مقصورا في منطقة أو مجمع واحد وقريبا بقدر الإمكان من مواقع عمل الموظفين ، وذو مستوى مقبول وتتوفر فيه أسباب الراحة ومساو للحد الأدنى للمستويات السائدة لنفس فئات الموظفين في بلاد الموظفين المذكورين الأصلية. يجب أن يكون عرض المقاول للسكن مشمولا في خطة برنامج المقاول ( المادة ٢-٨١-٢-٣) تحت خطة علاقات الموظفين والدعم المعيشي ( المادة ٢-٨١-٢-٣-٨) ويجب أن تشمل دون حصر على الاتي :



KSA0000001941

٤ – ١٥

توفير السكن المؤثث بالكامل ، بالإضافة الى التأثيث والتجهيزات المنزلية ، يزود الموظفين ( كحد أدنى ) بمكيفات الهواء ، وأجهزة الغسيل والتنشيف والثلاجة وفرن الغاز والتلفزيون والإتصالات شاملة مرافق الهاتف الدولية. وتوفير مرافق التسلية لإستخدامها من قبل الموظفين وعائلاتهم وتشمل ( كحد أدنى ) المسبح ، ملعب للأطفال وحجرة للألعاب الرياضية ( الجمنازيوم ) وأدوات المطبخ العادية . وتوفير خدمات برنامج للصيانة والتصليح كصيانة المكيفات والساحات والحدائق ودهان السكن حسب اللزوم ، وإجراء التصليحات لجميع السكن والمرافق حسب اللزوم ، والماء والطاقة الكهربائية. على أن يتحمل المقاول تكاليف الخدمات المذكورة أعلاه دون خصم أي تكاليف من موظفي المقاول ( كأجور خدمات سنترال الهاتف ). وللحكومة الحق في التفتيش والموافقة على سكن المقاول المقترح قبل نقل الموظفين الحاليين الى سكن المقاول الجديد. ويجوز لمندوب الحكومة معاينة السكن المزود لموظفي المقاول بشكل دوري واشعار المقاول بأي سلبيات تظهر أثناء المعاينة لتصحيحها من قبله وإذا أخفق المقاول في أي وقت في تصحيح هذه السلبيات التي بينتها الحكومة ، يحق للحكومة تصليح هذه السلبيات وخصم تكاليفها من المبالغ المستحقه للمقاول.

٤ – ٢ – ١٨    النقـــل :

يكون المقاول مسئولا عن نقل جميع موظفيه وعائلاتهم المصرح لهم عند التعبئة ، وعند إعادتهم الى بلدهم الأصلي بما في ذلك نفقات الترحيل الكامل وكذلك في حالات الطوارئ والإجازات السنوية. ويكون المقاول مسئولا عن نقل موظفيه بين أماكن سكنهم ومواقع عملهم بطريقة منظمه بحيث يستجيب فورا لمتطلبات النقل الطارئة الخاصة بموظفيه ، إضافة الى متطلبات العمل الروتيني. كما يكون المقاول مسئولا عن نقل الموظفين للعلاج ( الروتيني والطارىء ) ونقل أطفال الموظفين للمدارس والنقل الترفيهي للموظفين وعائلاتهم. بالإضافة الى المتطلبات المذكورة أعلاه سوف يقوم المقاول بتوفير العدد الكافي من السيارات لنقل الموظفين في كل قطاع ومناطق العمل تغطي تحركات وتنقلات الموظفين على مدى الـ ٢٤ ساعة تحت عهدة المسئولين في القطاعات والمواقع والأقسام وذلك لمواجهة المتطلبات التشغيلية للبرامج الروتينية منها والطارئة.

٤ – ٢ – ١٩    العطـــلات :

يمنح موظفي المقاول ما مجموعه (١٠) عشرة أيام عمل في السنة كعطلات مدفوعة وهي : (٥) خمسة أيام عطلة عيد الفطر و (٥) خمسة أيام عيد الأضحى وإذا طلب



٤ – ١٦

من موظفي المقاول العمل خلال العطلات الرسمية والإجازات يجوز إضافة تلك الأيام الى العطلات الإجازات أو التعويض عنها حسب موافقة مندوب الحكومة أو من ينوب عنه. العطلات الرسمية التي تقع خلال الإجازات لن تحسب كأيام من الإجازات ، وبموجب ذلك تمدد الإجازة ، أما جدولة هذه الأيام فتكون حسب رغبة الحكومة.

٤ – ٢ – ٢٠  <u>الإجازات المرضية والإضطرارية</u> :

٤ – ٢ – ٢٠ – ١  تدفع الحكومة للمقاول عن الإجازات المرضية التي أخذها موظفي المقاول فعلا ، وحسب النظام المتبع.

٤ – ٢ – ٢٠ – ٢  تدفع الحكومة للمقاول مقابل الإجازات الطارئة التي أخذها الموظف فعلا بسبب مرض خطير أو وفاة أحد أفراد أسرته ، بحيث لا تزيد عن ثلاثة أيام في السنة لكل شخص وما يزيد عن ذلك تحسب إجازة بدون تعويض.

٤ – ٢ – ٢٠ – ٣  بالرغم من شروط المواد السابقة ٤-٢-٢٠-١ و ٤-٢-٢٠-٢ لن يتقاضى المقاول أي دفعات عن أي جمع بين الإجازات المرضية والإجازات الطارئة التي يأخذها موظف من موظفي المقاول والتي تزيد عن ما مجموعه (١٢) يوم في السنة.

٤ – ٢ – ٢٠ – ٤  لا يجوز إضافة الإجازة المرضية والطارئة الى الإجازات.

٤ – ٢ – ٢١  <u>الإجــــازات</u> :

بالإضافة الى العطلات المحددة في المادة ٤-٢-١٩ يسمح لموظفي المقاول بواحد وعشرون ( ٢١ ) يوم عمل عن كل سنة يعملونها من سنوات العقد وتمنح بمعدل ( ٧٥ر١ ) يوم في الشهر شاملة أيام السفر المطلوبة للعطلات والإجازات. إذا طلب من الموظف العمل في أيام الإجازات والعطلات وأيام الراحة سيتم تعويضه عنها في فاتورة ( رجل/شهر ) أو بساعات عمل إضافي أو إضافتها الى إجازته السنوية شرط موافقة مندوب الحكومة أو من ينوب عنه.

٤ – ٢ – ٢٢  <u>جدول الإجازات وتسوية المستحقات غير المستخدمة</u> :

يتم جدولة الإجازات بحيث لا تتعارض مع متطلبات الحكومة التشغيلية ، وتمنح وفقا لجدول الإجازات الموضوع من قبل المقاول وسيتم تعويض المقاول عن

KSA0000001943

٤ – ١٧

الإجازات الغير مستخدمه في فترة سنوات العقد حسب توفر الإعتمادات وشرط موافقة مندوب الحكومة أو من ينوب عنه وما يراه مناسبا وبموجب المتطلبات التشغيلية.

## ٤ – ٢ – ٢٣    الإجازات بدون أجر :

يمكن للمقاول أن يصرح لموظفيه بالتغيب عن العمل بدون أجر بموجب ظروف يعتبرها مناسبة ، وذلك بعد موافقة مندوب الحكومة أو من ينوب عنه. ولا يعوض المقاول من قبل الحكومة عن هذه الأيام.

## ٤ – ٣    مواد وخدمات ذات تكاليف خاصة :

## ٤ – ٣ – ١    مقدمــة : على المقاول عند تفويضـه من قبل مندوب الحكومة أو من ينوب عنه كتابيا ، أن يقوم بتقديم الخدمات المدرجة والمبينة في هذه المادة ٤-٣ ويدفع له مقابلها ، وفي كافة الحالات ، تعتبر الموافقة المسبقة الكتابية لمندوب الحكومة أو من ينوب عنه إلزامية ، قبل تحمل هذه التكاليف من قبل المقاول بموجب هذه المادة ٤-٣.

## ٤ – ٣ – ٢    العمل الإضافي :

ساعات العمل التي تزيد عن الساعات المحدده في المادة ٤-٢-١٥ في العقد من جانب موظفي المقاول ، تعتبر عملا إضافيا وتحتاج الى موافقة كتابية مسبقة من مشرفي العمالة الشهرية التابعة للمقاول وموافقة نهائية من مندوب الحكومة أو من ينوب عنه. ويدفع لموظفي المقاول مقابل العمل الإضافي ويعوض المقاول عن العمل الإضافي بالمعدلات المحددة في الباب الثالث المادة ٣ – ٧ جدول الكميات والأسعار ويجوز صرفها من بند العمالة أو بنود ذات تكلفة خاصة حسب توجيه مندوب الحكومة.

## ٤ – ٣ – ٣    عمالة الدعم الفني ( المساندة ) :

يقوم المقاول ، عند الطلب بتوظيف عمالة مساندة ويعوض على أساس التكلفة زائدا نسبة ثابتة تم التفاوض عليها ويجوز صرفها من بند العمالة أو بنود ذات تكلفة خاصة حسب توفر الإعتمادات في العقد وحسب توجيه مندوب الحكومة ، وتتضمن التكاليف دون حصر الأجور والعلاوات والفوائد والتي تحدد من قبل المقاول ويوافق عليها مندوب الحكومة أو من ينوب عنه وتعتبر الموافقة الكتابية المسبقة لمندوب الحكومة أو من ينوب عنه إلزامية قبل أن يقوم المقاول بتوظيف العمالة المساندة على أن يتم التوظيف وفقاً لجدول فئات وأجور العمالة المساندة المشار إليه في الباب الثالث الملحق د المادة ٣-٧-٨.

KSA0000001944

٤ – ١٨

٤ – ٣ – ٤  **الخبراء الفنيين والهندسيين والمستشارين :**

على المقاول ، وبناء على طلب الحكومة ، أن يحصل على خدمات عقود خاصة للخبراء الفنيين والهندسيين والمستشارين ضمن مجال العقد والتي لم تغطي بطريقة أخرى في العقد ويقوم المقاول بإنجاز هذا الطلب ويعوض مقابل هذه الخدمات ، بموجب الإجراءات المحددة في الباب الثالث المادة ٣ –٧ جدول الكميات والأسعار.

٤ – ٣ – ٥  **العمل المؤقت والتدريب في المصنع :**

عند الطلب من المقاول بتكليف موظفيه الأجانب وموظفي رئاسة الطيران المدني السعوديين في أعمال مؤقتة خارج المملكة العربية السعودية ، يعوض المقاول مقابل هذه الأعمال المؤقتة والتدريب بالمعدلات التي يتم التفاوض حولها والمحددة في الباب الثالث ، المادة ٣ –٧ جدول الكميات والأسعار.

٤ – ٣ – ٦  **خدمات الدعم المعيشي لمركز التدريب الأساسي :**

يقوم المقاول بتقديم خدمات الدعم المعيشي لطلاب التدريب الأساسي وفقا لما هو محدد في الباب الرابع المرفق ( ج ) – خطة التدريب المادة ٤-٩-٩-٣ بالمعدلات المتفق عليها والمبينة في المادة ٣ – ٧ ، الباب الثالث ، جدول الكميات والأسعار.

٤ – ٣ – ٧  **مواد إضافية ذات تكاليف خاصة :**

يمكن أن يطلب من المقاول تقديم مواد ذات تكاليف خاصة غير المذكورة أعلاه. وتحدد التكاليف ( إن وجدت ) والشروط الخاصة بهذه الخدمات وفقا للمواد ٤٣ ، ٤٤ من الباب الثاني ، الشروط العامة.

٤ – ٤  **مواد وخدمات الدعم الفني للعمالة الشهرية :**

٤ – ٤ – ١  **إدارة المشروع :**

تقع مسئولية إدارة مرافق الممرات الجوية في أنحاء المملكة وفي كافة الأوقات على مندوب الحكومة أو من ينوب عنه. وعلى الموظفين الذين يقدمهم المقاول للعمل في المملكة العربية السعودية كجزء من رئاسة الطيران المدني. ويقوم المقاول بتوفير إدارة المشروع لتوجيه ومراقبة وإدارة نشاطات موظفي المقاول ضمن متطلبات العقد ، ووفقا لتوجيهات رئاسة الطيران المدني وأوامرها وقوانينها. يكون على

١٩ - ٤

المقاول من خلال مهارات موظفيه الإدارية والمشرفين العاملين في مختلف المستويات ذات الصلاحية المبينة من قبل رئاسة الطيران المدني ، مسئولا عن إنجاز الخدمات المحددة بطريقة مرضية من قبل كافة الموظفين وفقا للعقد. ويمكن أن تطلب الحكومة من موظفي المقاول حسب الظروف و/أو في بعض الأوقات العمل تحت الإشراف المباشر لموظفي الحكومة ، وهذا الإشراف ،    ما لم يحول دون قيام الموظفين المذكورين بالخدمات أو القيام بواجباتهم بموجب العقد ، لن يعفي المقاول بأية طريقة من مسؤولياته تجاه الخدمات المنجزة أو الواجبات المنفذة من قبل الموظفين المذكورين سابقا.

### ٤ - ٤ - ٢  تقييم  أداءالمقاول :

يجب أن يحتفظ المقاول في كافة الأوقات بموظفين لتقييم الأداء من ذوي المؤهلات والخبرات في النواحي الإدارية ومطلعين فنيا وقادرين على تقييم وتحليل أداء المقاول للخدمات المحددة في العقد. وسوف يكون المقاول طيلة فترة العقد مسئولا عن ما يلي خلال موظفي تقييم أداء :

٤ - ٤ - ٢ - ١  إجراء عمليات التقييم والتدقيق ومراقبة جودة  أداء المقاول في النواحي الإدارية والفنية والإمدادات بشكل دوري.

٤ - ٤ - ٢ - ٢  وضع أهداف قياسية قابلة للتحقيق من قبل المقاول بموافقة مندوب الحكومة أو من ينوب عنه خلال فترة محددة دعما لكل عنصر تنظيمي من عناصر الرئاسة مدعما بموظفي المقاول.

٤ - ٤ - ٢ - ٣  تقديم الإقتراحات بإجراء التغييرات التنظيمية والتشغيلية المناسبة لمندوب الحكومة أو من ينوب عنه بهدف تسهيل أداء المقاول وإدخال التحسينات عليه.

### ٤ - ٤ - ٣  التدريب الميداني وخطة المقاول للسعودة :

### ٤ - ٤ - ٣ - ١  التدريب الميداني والسعودة :

يوافق المقاول بأن الموظفين المستقدمين بواسطته يشغلون وظائف لا تتوفر متطلباتها لدى مواطنين سعوديين مؤهلين. وعلى المقاول وموظفيه إستغلال أية فرصة وبذل كل مجهود لتقديم التدريب الميداني للقوى العاملة السعودية المبينة للمقاول من قبل مندوب الحكومة أو من ينوب عنه. خلال (٦٠) ستين يوما من

٤ – ٢.

تاريخ بداية العقد ، يقوم المقاول بتقديم خطة حديثة للسعودة لمندوب الحكومة أو من ينوب عنه بحيث توفر هذه الخطة برامج التدريب الميداني التي تمكن من إستبدال موظفي المقاول الأجانب بمواطنين سعوديين مؤهلين من موظفي الحكومة بشكل تدريجي. وتشتمل الخطة دون حصر على تفاصيل المناهج والأهداف القابلة للقياس بالمراحل الزمنية وعند موافقة مندوب الحكومة أو من ينوب عنه يقوم المقاول بتنفيذ الخطة. وفي حالة عدم تحقيق الأهداف المبينة ، يجوز لمندوب الحكومة فرض غرامات على المقاول بموجب الباب الثاني ، المادة ٣٩ ، الشروط العامة.
سوف تقوم الحكومة بمساعدة المقاول حسب الطلب في تحديد مصادر الموظفين السعوديين لإعداد خطة السعودة.

٤ – ٣ – ٢  برنامج المقاول لسعودة الوظائف :

٤ – ٣ – ٢ – ١  على المقاول أن يعطي الأولوية للمواطنين السعوديين المؤهلين عند تعيينه للموظفين لإنجاز الخدمات. ويمكن للحكومة وفي أي وقت أن تخطر المقاول كتابة عن توفر أحد المواطنين السعوديين المؤهلين بهدف إستيعابه ضمن القوى العاملة للمقاول ، وعلى المقاول أن يقوم بتعيينه فورا وعند قبول المواطن السعودي يقوم المقاول بإنهاء خدمات الموظف الأجنبي الذي الت وظيفته الى المواطن السعودي أو نقله الى وظيفة شاغرة أخرى.

٤ – ٣ – ٢ – ٢  لا يتم تعيين المواطنين السعوديين المعينين تحقيقا لمتطلبات برنامج السعودة إلا بموافقة مسبقة مكتوبة من الحكومة.

٤ – ٣ – ٢ – ٣  يجب أن لا تقل التعويضات والفوائد الأخرى والعلاوات التي تمنح للمواطنين السعوديين عن تلك الممنوحة لغير السعوديين والذين لهم قدرات أو مهام أو مسؤوليات مشابهة.

٤ – ٣ – ٢ – ٤  إذا طلبت الحكومة في أي وقت من المقاول كتابة نقل أي موظف سعودي من المقاول الى الحكومة فعلى المقاول إخلاء طرف ذلك الموظف للحكومة فورا وإتخاذ جميع الإجراءات اللازمة لتنفيذ ذلك النقل.

٤ – ٣ – ٢ – ٥  فشل المقاول في الإيفاء بمتطلبات برنامج السعودة يعرضه للغرامة بمقتضى قوانين ونظم المملكة العربية السعودية.



KSA0000001947

٤ – ٢١

٤ – ٤ – ٤   **خطة البرنامج** :

على المقاول أن يقدم للحكومة خلال (٩٠) تسعين يوما كحد أقصى من تاريخ بدء العقد ( ٥ ) خمسة نسخ من الخطة الحديثة للبرنامج. وتكون الخطة عبارة عن نسخة محدثة لخطة البرنامج المقدمة من قبل المقاول كجزء من عطائه وفقا للباب الثاني المادة ٢-٨١ ، وخطه الإدارة والتشغيل. ويجب أن تشتمل الخطة على كافة التغييرات المدخله على خطة البرنامج المقدمة مع العطاء نتيجة للتفاوض حول العقد أو بموجب توجيهات الحكومة ، وتشتمل على كافة الإجراءات ، والخطط المقدمة ، المعتمدة و/أو الموجهة من قبل الحكومة وفقا لشروط هذا الباب الرابع. وتشتمل خطة البرنامج دون حصر على المعلومات التالية دون المساس بما سبق :

٤ – ٤ – ٤ – ١   كافة الوظائف الإدارية للمقاول بما في ذلك أسماء وأرقام هواتف موظفي الإدارة المكلفين .

٤ – ٤ – ٤ – ٢   اللوائح التنظيمية الخاصة بالمقاول مبينة الهيكل التنظيمي للمقاول وعلاقته مع التنظيم أو التنظيمات الأم ، وتحديد الصلاحيات بوضوح مع المسئوليات الوظيفية .

٤ – ٤ – ٤ – ٣   المهام التي سوف يتم تأديتها والطرق الإدارية الأساسية .

٤ – ٤ – ٤ – ٤   تحديث خطة مراحل بدء التشغيل المقدمة أصلا في العطاء كجزء من خطة البرنامج وتقدم خلال (٣٠) يوما من تاريخ ترسية العقد كوثيقة منفصلة تشتمل على التعديلات الناتجة عن التفاوض على العقد وتوجيهات الحكومة. وإذا ما دعت الضرورة الي إجراء تغييرات وعمليات تحديث أخرى على خطة البرنامج خلال فترة العقد ، يقوم المقاول بتقديم إجراءات التعديل والتحديث للحكومة دون تأخير .

٤ – ٤ – ٥   **مكتب إدارة المقاول** :

على المقاول أن يؤسس ويحتفظ طيلة فترة العقد بمكتب إداري بجده ، في المملكة العربية السعودية وذلك لتوجيه ومراقبة وإدارة الخدمات المقدمة بموجب العقد ، ويتحمل المقاول تكاليف هذا المكتب والموظفين العاملين فيه لدعم إدارته ، مشتملا دون حصر علي المنسق الفني وموظفي تقييم الإداء وموظفي تنسيق الوثائق التعاقدية والمالية والعمالة والتدريب والمشتروات وإستلام المواد ومنسقي الأعمال والخدمات وفريق الحراس وعمال النظافة بالمركز الرئيسي والدعم المعيشي بالقطاعات .

KSA0000001948

٤ – ٢٢

٤ – ٤ – ٦   تقرير نشاطات المقاول الشهري :

يقوم المقاول بتقديم تقريرعن نشاطاته التشغيلية شهريا لمندوب الحكومة أو من ينوب عنه ، ويشتمل هذا التقرير على : بيانات العقد الروتينية ، معلومات عن وضع المشكلات الرئيسية مشتملا على تحديد المشكلة والإجراءات التصحيحة المتخذة ، النشاطات المتوقعة ، العمالة الشهرية والوضع المالي والمشاكل الكامنة . ويقدم التقرير في اليوم العاشر من الشهر التالي للشهر الذي يقدم عنه التقرير .

٤ – ٤ – ٧   مراجعة سير العمل :

٤ – ٤ – ٧ – ١   المراجعة الربع سنوية :

يقوم ممثلين عن الحكومة والمقاول بمتابعة سير العمل على أساس ربع سنوي حسب طلب مندوب الحكومة أو من ينوب عنه. ويكون هدف تقارير سير العمل تقييم الأهداف التعاقدية والفنية ، ووضع التوظيف وتحاليل لاداء العمل وفقا لشروط هذا الباب الرابع.

٤ – ٤ – ٧ – ٢   خطة المقاول لمراحل إنتهاء العمل :

يقدم المقاول لموافقة الحكومة قبل (١٨) ثمانية عشر شهرا كحد أقصى من إنتهاء فترة العقد ، خطة مراحل إنتهاء العمل مشتملة على معلومات مفصلة عن إقتراح المقاول لإدارة الخطوات اللازمة لتحقيق إقفال العقد دون أية عراقيل ، وتشتمل الخطة دون حصر على المواضيع التالية :

القوى العاملة ، المالية ، الإمدادات والمجالات الفنية . وتضمن الخطة تقديم الدعم المستمر من قبل المقاول لنظام الملاحة الجوية وبمستوى عال خلال الأشهر الأخيرة من العقد.

ويقوم المقاول بتحديث الخطة قبل (١٢) إثنا عشر شهرا وقبل ( ٦ ) ستة أشهر على الأقل من نهاية فترة العقد.

٤ – ٤ – ٧ – ٣   فهرس المراسلات :

يقدم المقاول للحكومة فهرسا باللغتين العربية والإنجليزية للمراسلات بينه وبين الحكومة على أساس ربع سنوي أو حسب طلب مندوب الحكومة أو من ينوب عنه بغير ذلك. ويشتمل الفهرس كحد أدنى على التاريخ ورقم الإشارة والموضوع أو العنوان وأسماء المرسل والمرسل له وتفاصيل المرفقات ( إن وجدت ) والمتعلقة



KSA0000001949

٤ – ٢٣

بكافة الإشعارات أو الخطابات أو المذكرات المكتوبة المقدمة من المقاول للحكومة أو من الحكومة للمقاول خلال الفترة المعنية.

## ٤ – ٤ – ٨ توزيع موظفي المقاول للتشغيل :

يقوم موظفي العمالة الشهرية التابعين للمقاول بدعم العناصر التنظيمية التالية لرئاسة الطيران المدني :

## ٤ – ٤ – ٨ – ١ إدارة هندسة الممرات الجوية – قسم الهندسة والصيانة :

يقع هذا القسم في مقر هندسة الممرات الجوية ويقدم التوجيهات والإرشادات اليومية الخاصة بالصيانة والإجازة الفنية للمرافق والتجهيزات التي يتألف منها نظام الملاحة الجوية في المملكة العربية السعودية. يشتمل مجال عمل هذا القسم على :

- تحديد أهداف برنامج الصيانة في سياق التحسينات المدخلة على صيانة وأداء وتوفر نظام الملاحة الجوية.
- قياس وتحليل ورفع التقارير عن سير العمل للإيفاء بأهداف البرنامج المذكورة.
- تطوير وتنسيق وتنفيذ الإجراءات اللازمة للإيفاء بالإحتياجات التشغيلية لنظام الملاحة الجوية.
- الإحتفاظ بالمعلومات عن وضع المصادر المتوفرة للتجهيزات والمرافق. ويشتمل هذا القسم على العناصر الأخرى كالتالي :
- عمليات الصيانة : دعم مكاتب القطاعات ، وضع إجازة النظام والإجراءات التصحيحية المطلوبة.
- القسم الهندسي بالورشة المركزية : حفظ معدات الفحص ومعايرتها وتصليح مكونات المرافق المركبة على مستوى الورشة المركزية.
- مكاتب القطاعات : توجيه الدعم الفني للمواقع وإجازة مكونات النظم التشغيلية بالتأكد من تنفيذ جداول الصيانة الوقائية وضمان تلبية إحتياجات الصيانة التصحيحية في الوقت المناسب.

## ٤ – ٤ – ٨ – ٢ إدارة هندسة الممرات الجوية ، قسم هندسة النظم :

يقوم هذا القسم بالتأكد من أن برنامج إدارة هندسة الممرات الجوية بما في ذلك بناء وتركيب وصيانة وكفاءة وتوفر المرافق الملاحية والمراقبة الجوية ومرافق وتجهيزات الإتصالات في نظام المجال الجوي السعودي تعمل بكفاءة وبطريقة إقتصادية ومن أنها تستجيب للإحتياجات التشغيلية.



KSA0000001950

٤ – ٢٤

يشتمل مجال عمل هذا القسم على :

– ترجمة المتطلبات الشتغيلية لنظم الكمبيوتر والبرامج بهندسة الممرات الجوية الى برامج وخطط محددة شاملة مواصفات الأداء الفني وطلبات الشراء ومستويات التركيب وإجراءات الفحص والتجربة للإدخال في الخدمة والمستويات.

– تخطيط وجدولة وإدارة البرامج المعتمدة للمرافق من مرحلة إعتماد المبالغ اللازمه حتى تجربة المرفق لإدخاله في الخدمة و/أو إكماله ، ويشمل ذلك ، تقدير تكاليف دورة حياة التجهيزات ، مراجعة وتقييم ومراقبة تطوير وهندسة وتصميم وتجربة وفحص الإنتاج والتشغيل والدعم للنظام ، وتصميم الجداول وخبرات لأداء مقابلة التوقعات ، ورفع التقييم الى المدير العام أو غيره من كبار المسؤولين لإتخاذ القرار ، وإتخاذ القرارات عند حدوث إختلاف كبير في الجدول والاداء.

– إعداد تفاصيل المواصفات الهندسيه لإنتاج وشراء المعدات المعتمدة لإدخالها في المجال الجوي السعودي.

– مسئول عن فحوصات القبول في الموقع لنظم وتجهيزات إدارة هندسة الممرات الجويةالتي يقوم بتركيبها أو تحسينها أو تعديلها المقاول و/أو موظفي رئاسة الطيران المدني.

– توفير المعلومات أثناء عملية التطوير وعملية إقتناء الأجهزة لتحديث وتحسين التجهيزات والمرافق في الخدمة وخطط شراء النظم.

– مراجعة الإلتزامات الخاصة بإعادة البرمجة المقدمة من الإدارات الأخرى لتحديد أثارها على البرنامج وإعداد التوصية وتقديم الإجراءات الخاصة بإعادة البرمجة لمراجعتها في البرنامج الأساسي عند ما تكون التغذية المالية للمشاريع المعتمدة غير كافية لإكمال العمل المسند. أو للمرافق الإضافية أو المشاريع الغير موجودة في البرنامج الأساسي. ورفع التوصيات والتقارير المترتبة على ذلك الى المدير العام.

– تقديم الخدمات الهندسيه عن طريق رئاسة الطيران المدني الى الدول الأخرى فيما يتعلق ببرامج تطوير طيرانها المدني ، ومراجعة خطط النظم في هذه البرامج من النواحي الفنية والتخطيط للمساعدة في حل المشاكل الناتجة عن الظروف الخاصة بتلك الدول.

– تقديم المشورة الهندسيه لمندوب الحكومة أثناء دورة شراء الأجهزة والعمل كمندوب فني لمندوب الحكومة ، ومراجعة وإعتماد طلبات المقاول الخاصة بالدفعات المتتابعة للمقاول.

– العمل كنقطة مركزية لمعالجة وتنسيق وإعتماد عمليات تخصيص الترددات لبرامج هندسة الممرات الجوية.

٤ – ٢٥

– تطويـر وصيـانة نظام لتحديـد المراقبـة والمسئوليـة والوثائـق لمطابقة مرافـق النظم الثانوية لأجهزة نظام الملاحة الجوية السعودي.
– تنسيـق وتقديم الخدمـات الهندسيـه لكتب مشاريـع المطارات الدوليـة بخصـوص برامـج التطويرالخاصة بالطيران المدني ومراجعة خطط النظام في هذه البرامـج من الناحية الفنية والتخطيط للمساعدة في حل المشاكل.
– التنسيـق وتقديم الخدمات الهندسيـة للقوات الجوية السعودية بخصـوص البرامج الدفاعيـة ذات العلاقة بهندسة الممرات الجوية والمرافق والنظم والتجهيـزات ذات الإستخدام المشترك ، ومراجعة خطط النظام في هذه البرامج من الناحية الفنية والتخطيط للعمل على حل المشاكل.


٤ – ٨ – ٤ – ٣  إدارة هندسة الممرات الجوية – الإمدادات :

موجودة بمقر هندسة الممرات الجوية وهي مسـئولة عن توفير المواد المطلوبه في الوقت المناسب للحفاظ على إستمرارتشغيل نظام الملاحة الجوية.
يشتمل نطاق عمل هذه الإدارة على :
– القيام بعمليات الشراء الداخلية والخارجية.
– تخزين وتوزيع وإصدار ومراقبة جميع المواد في جميع أنحاء المملكة .
– إستلام ومناولة وإعادة المواد المصلحة الى الجهات ذات العلاقة وعمل الإتفاقيات لتصليح المعدات والأجهزة المكتبية.
– عمل جرد دوري وسنوي بالتعاون مع إدارة الممتلكات والإستلام والمستودعات.
– تقديم خدمات المكاتب بما في ذلك بواليص التأمين ومتابعة المطالبات.


٤ – ٨ – ٤ – ٤  إدارة هندسة الممرات الجوية – إدارة الممتلكات والإستلام :

وتعتبـر هذه الإدارة مسـئولة عن إدارة جميـع الممتلكات المشتـراه والمملوكه والمستعمله من قبل إدارة هندسة الممرات الجوية. ويشتمل نطاق عملها على :

– ضمـان شـراء جميـع بنود نظام الملاحة الجوية بموجب المواصفات والتأكد من أن حالتها جيدة.
– إستـلام النظم الملاحيـة ، المرافق ، والمعدات ومـرافق الدعم للنظم الملاحيـة والتجهيـزات والسيارات والأدوات ومعدات الفحص والتجهيـزات المكتبيـة وجميع الممتلكات الأخرى وإصدار النموذج رقم ٢ لوزارة الماليـة والإقتصـاد الوطني وشهادة القبـول ، وإصدار النموذج رقم ٧ لوزارة المالية والإقتصـاد الوطني طلب التجهيـز لتحويل عهدة المواد المذكورة الى مقاول نظام الملاحة الجوية لإستخدامها في العمليات التشغيلية.



KSA0000001952

٤ - ٢٦

**٤ - ٨ - ٤ - ٥ إدارة هندسة الممرات الجوية - تنمية القوى العاملة :**
يقع هذا القسم في مقر هندسة الممرات الجوية ، مسئول عن إحتياجات برنامج
السعودة ومستويات الدعم الوظيفي ومتطلبات تدريب القوى العاملة والإجازة
والتأهيل.
ويشتمل مجال عمل هذا القسم على :
- التطوير المهني للفنيين برئاسة الطيران المدني ومراقبة برامج عمل الفنيين
  بما في ذلك الإتصال مع المواقع الميدانية التي يتلقى فيها الفنيون التدريب
  الميداني علي التجهيزات وهي في حالة تشغيلية.
- تطوير المستويات التي يجب الوصول إليها من قبل الفنيين للقيام بأعمال
  الصيانة والتصليح للتجهيزات دون إشراف.
- إجراء الفحوصات النظرية والعملية لإجازة الفنيين علي التجهيزات ووظائف
  التخصص.
- تحديد متطلبات التدريب الميداني وتطوير مستويات وتحديد مواد التدريب
  اللازمة من مختلف المصادر.
- التنسيق مع إدارات التدريب والمعاهد الفنية بهدف تنمية ودعم القوى العاملة
  السعودية لتحقيق أهداف التدريب المرجوه.

**٤ - ٨ - ٤ - ٦ إدارة هندسة الممرات الجوية - قسم العقود والمراقبة المالية :**
يوجد هذا القسم بالمركز الرئيسي لهندسة الممرات الجوية بجده ، ويعتبر مسئولا
أمام مدير عام هندسة الممرات الجوية عن المهام والعمليات التعاقدية ومراقبة
العقود دعما لكافة المتطلبات التعاقدية لإدارة هندسة الممرات الجوية ويقوم
بالوظائف التالية :
- العمل كنقطة إتصال بين إدارة هندسة الممرات الجوية والإدارات / الأقسام
  الأخرى برئاسة الطيران المدني بخصوص الشئون التعاقدية والمالية حسب
  اللزوم.
- التأكد من إلتزام المقاول بكافة الأنظمة والقوانين والتوجيهات والعادات
  والتقاليد المطبقة في المملكة العربية السعودية.
- مراقبة ومراجعة وحفظ العمليات والسجلات المالية وحسابات كافة الشركات
  المتعاقدة مع هندسة الممرات الجوية برئاسة الطيران المدني.
- إعداد الميزانية ومراقبة وضع التغذية المالية الحكومية لهندسة الممرات الجوية.
- القيام بأعمال الترجمة الفنية وتوضيح كافة العقود والوثائق ذات الصلة.
- مراجعة وتحديد ومراقبة وتعديل سياسات البرنامج وإجراءاته ومراجعة وتجديد
  ومراقبة وتعديل السياسات والإجراءات الخاصة بالبرنامج والتأكد من
  مطابقتها للعقد والأنظمة الحكومية.

KSA0000001953

٤ – ٢٧

– إعداد المراسلات والوثائق والتقارير وغيرها من الوثائق الخاصة بإدارة هندسة
  الممرات الجوية.
– الإشراف على مراقبة منسوبي المقاول بهندسة الممرات الجوية ومراقبة
  نشاطات التوظيف الخاصة بالمقاول لضمان توفير القوى العاملة الفنية
  المطلوبة.
– الإشراف على وإدارة عمليات التقييم السنوي وفترات الاختبار لمنسوبي
  المقاول من العمالة الشهرية بالتعاون مع المقاول.
– حفظ جميع سجلات المراسلات الإدارية والتعاقدية والمالية وغيرها من
  المراسلات والوثائق في نظام أرشيف مركزي.
– القيام بالمهام التعاقدية الأخرى المطلوبة من قبل الحكومة.

٤ – ٤ – ٨ – ٧  إدارة هندسة الممرات الجوية – الطباعة والتوثيق :
يوجد هذا القسم بمقر هندسة الممرات الجوية وهو مسئول عن إعداد ونشر
وحفظ الوثائق الفنية والإدارية دعماً لنظام الملاحة الجوية. ويقوم هذا القسم
أيضاً بتقديم دعم وسائل الإيضاح والعرض والتدريب لإدارة هندسة الممرات الجوية
وإدارة التطوير الإداري ( التدريب ) بواسطة مركز وسائل الإيضاح بمعهد مرافق
الملاحة الجوية. ويشتمل مجال عمل هذا القسم على :
– المقاييس ، النظم ، المواصفات ، كتب الصيانة والتشغيل ، نشرات المعلومات
  الملاحية ووثائق الإجراءات والخطط ووسائل الإيضاح للمدربين ووسائل العرض
  حسب الطلب.
ومن مسئولياته :
– الكتابة الفنية وتحرير ومعالجة الكلمات والرسوم الفنية والطباعة وخدمات
  التوزيع والمكتبات ووسائل التدريب والعرض.

٤ – ٤ – ٩  تغيير الحكومة للعناصر التنظيمية :
يبين المرفق ( د ) ، جدول الدعم الوظيفي ، عدد موظفي المقاول الذين سيتم
تعيينهم في الجهات التنظيمية المختلفة ، يوافق المقاول بأن العناصر المبينة في
المادة ٤-٤-٨ من هذا الباب ثابتة أساساً ، لكنها قد تخضع للتغيير من قبل
الحكومة من وقت لآخر. وسوف لن يفسر مثل هذا التغيير من قبل المقاول أو
موظفيه على أنه يعدل بأي طريقة من واجبات موظفي المقاول المحددة في المرفق
( ي ) ، وصف الوظائف ، ما لم تصدر التوجيهات بهذا المعنى من قبل الحكومة
وفقاً لشروط الباب الثاني الشروط العامة.



KSA0000001954

٤ – ٢٨

**٤ – ٤ – ١٠.  المواقع والمرافق والنظم والتجهيزات التي ستتم صيانتها :**

يقوم المقاول بصيانة المواقع والمرافق والنظم والتجهيزات علي إختلاف اعدادها ومواقعها وبالطريقة المبينة في المادة ٤-٧ المرفق ( أ ) ، متطلبات الصيانة . ويوافق المقاول أنه بإمكان الحكومة حسب رغبتها زيادة أو تخفيض عدد أو تغيير مواقع أو طبيعة مرافق المواقع والنظم والمعدات التي ستتم صيانتها دون المساس بالشروط ومجال الخدمات الواردة في العقد ويلتزم المقاول وموظفوه بالسعي لتحسين مستوى الصيانة لهذه المواقع والمرافق والنظم والتجهيزات ، وإجراء الدراسات والتحاليل والأبحاث وتقديم التوصيات للحكومة إذا رأى المقاول ذلك ضرورياً لتحقيق أعمال التحسين ولن يفسر المقاول إهمال أو عدم إستخدام هذه الدراسات والتحليلات والأبحاث والتوصيات من جانب الحكومة على أنه إعفاء للمقاول من إلتزاماته بهذا الخصوص طيلة فترة العقد .

**٤ – ٥  مواد وخدمات الدعم :**

يقوم المقاول بتقديم الآتي :
– متطلبات الصيانة ، الباب الرابع الملحق أ ، المادة ٤ – ٧ .
– نظام دعم الإمدادات الباب الرابع الملحق ب  ، المادة ٤ – ٨ .
– خطة التدريب الباب الرابع ، الملحق ج ، المادة ٤ – ٩ .
– جدول الدعم الوظيفي الباب الرابع الملحق د ، المادة ٤ – ١٠ .
– وصف الوظائف المجلد الثاني .

**٤ – ٦  لا تنطبق على مجال الخدمات :**

KSA0000001955