# EXHIBIT 24
## REDACTED FOR PUBLIC FILING

1          UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF NEW YORK
2                      -  -  -
3
4    IN RE: TERRORIST ATTACKS    : 03-MDL-1570
     ON SEPTEMBER 11, 2001       : (GBD)(SN)
5
6
7
                        -  -  -
8                   JUNE 9, 2021
             THIS TRANSCRIPT CONTAINS
9             CONFIDENTIAL MATERIAL
                        -  -  -
10
11
12            Remote Videotaped
13   Deposition, taken via Zoom, of OMAR
14   AL-BAYOUMI, commencing at 7:04 a.m., on
15   the above date, before Amanda
16   Maslynsky-Miller, Certified Realtime
17   Reporter and Notary Public in and for the
18   Commonwealth of Pennsylvania.
19
20                     -  -  -
21        GOLKOW LITIGATION SERVICES
        877.370.3377 ph| 917.591.5672 fax
22           deps@golkow.com
23
24

This Transcript Contains Confidential Material

1  of that sort.

2          Q.     What work?

3          A.     (In English) The finance.

4                 (Through Interpreter)

5  Finance.

6          Q.     So the assignment to airways

7  engineering was a promotion for you?

8          A.     No.  It was an opportunity.

9          Q.     And who selected you for

10 that opportunity?

11         A.     The flying department.

12                INTERPRETER ABDEL-RAHMAN:

13         Aviation.

14                MR. BEETAR:  Aviation.

15 BY MR. POUNIAN:

16         Q.     And who in that department

17 selected you?

18         A.     The head of my department

19 suggested me.

20         Q.     And who was that?

21         A.     I don't remember.  It's a

22 big department.  But the head was --

23                INTERPRETER MIKHAIL:  The

24         interpreter is just going to ask

This Transcript Contains Confidential Material

1          for the name repetition.

2                THE WITNESS:  Qasim Sharif.

3     BY MR. POUNIAN:

4          Q.    And this was the head of the

5     finance department?

6          A.    Correct.  It was him and

7     another one called Ibrahim de la Jeki.

8          Q.    What was your job at the

9     airways engineering?

10         A.    So they were getting ready

11    for me to head the finance department.

12         Q.    The finance department in

13    airways engineering?

14         A.    Correct.

15         Q.    And who was getting you

16    ready for that?

17         A.    Who was getting me ready?

18         Q.    I'm saying, who was the one

19    responsible for you at the -- at airways

20    engineering?

21                MR. SHEN:  Objection to the

22         form.

23                MR. BEETAR:  The witness had

24         said Alp Karli.

This Transcript Contains Confidential Material

1   BY MR. POUNIAN:

2          Q.    And who is Alp Karli?

3          A.    (In English) He is the head

4   of the division.

5                (Through Interpreter) He is

6   the head of the division of the finance

7   and contracts.

8          Q.    Did he work for the PCA?

9          A.    No.

10         Q.    Who did he work for?

11               MR. KRY:  Objection to form.

12               THE WITNESS:  Do I answer?

13               MR. SHEN:  Yes, you can

14         answer.

15               THE WITNESS:  What's the

16         question?

17  BY MR. POUNIAN:

18         Q.    I asked who did he work for?

19               MR. KRY:  Same objection.

20               THE WITNESS:  ANSS.  He was

21         working for the ANSS.

22  BY MR. POUNIAN:

23         Q.    Who did he report to, Alp

24  Karli?

This Transcript Contains Confidential Material

```
 1              INTERPRETER MIKHAIL:  Who

 2        was the direct head?  That was

 3        inputted by the monitor

 4        interpreter.

 5              Who was his higher up, his

 6        direct higher up.

 7              THE WITNESS:  He worked for

 8        Dell.

 9              THE WITNESS:  (In English)

10        Dallah.

11              MR. KRY:  Objection to form.

12   BY MR. POUNIAN:

13        Q.    That was not my question,

14   sir.

15              I asked who was his

16   immediate supervisor.

17        A.    Immediate supervisor is

18   Dallah.

19              MR. KRY:  Same objection.

20              THE WITNESS:  And the head

21        of the airway engineering.

22   BY MR. POUNIAN:

23        Q.    And who is the head of the

24   airways engineering?
```

This Transcript Contains Confidential Material

1    of USIU that were produced to us in this

2    case.

3                 Is this your letter, sir?

4         A.    I do not know.

5         Q.    Well, do you have any reason

6    to believe it's not your letter?

7         A.    I don't remember.

8         Q.    Well, did you read through

9    it, sir?

10        A.    I did not read all of it.

11        Q.    Well, could you read --

12   could you read it, sir?

13        A.    (In English) Yes.

14        Q.    Is the letter correct?

15             MR. SHEN:  Objection to

16        form.  What part of the letter?

17        What are you referring to?

18             MR. POUNIAN:  I'm just

19        asking, can he --

20   BY MR. POUNIAN:

21        Q.    Can you recognize this as a

22   letter you wrote, having read it, sir?

23        A.    I do not know.  This is a

24   very old matter.  I do not know.

This Transcript Contains Confidential Material

1          Q.   Well, this was found in the

2    files of USIU, and it discusses the

3    history of your employment.

4               Did you read that in the

5    first paragraph, sir?

6          A.   (In English) Yes.

7          Q.   Are the facts there

8    correct --

9          A.   (In English) Yes.

10         Q.   -- about your employment?

11         A.   (In English) Yes.

12              (Through Interpreter) Yes.

13         Q.   Okay.  Thank you.

14              Now, sir, do you have any

15   reason to believe this is not your

16   letter?

17              MR. SHEN:  Objection.

18              THE WITNESS:  No, I do not

19         have any reason to say that it's

20         not my letter.  But I don't

21         remember because it's quite of an

22         old matter.  I don't remember.

23   BY MR. POUNIAN:

24         Q.   Sir, do you know a man named

This Transcript Contains Confidential Material

```
 1   Saad al Habib?

 2        A.    Yes.

 3        Q.    Do you know him today?

 4        A.    Today?

 5        Q.    When is the last time you

 6   were in contact with Saad al Habib?

 7        A.    I don't remember; 15 years

 8   ago, 20 years, something like that.

 9        Q.    And did you know other

10   members of his family?

11        A.    Do I know them?  No.

12        Q.    Do you know Saad Habib's

13   father, Mohamed al Habib?

14        A.    No, I do not know him.

15        Q.    Have you ever had contact

16   with Mohamed -- a Mohamed al Habib?

17        A.    No.

18        Q.    Did there come a time, sir,

19   when you were given a power of attorney

20   to purchase property in El Cajon,

21   California for a mosque?

22        A.    Yes.

23        Q.    And who gave you the power

24   of attorney?
```

This Transcript Contains Confidential Material

```
1         A.    It was somebody from

2   al Habib's family, either Saad Habib or

3   his brother.  But my relationship was

4   with Saad al Habib.

5         Q.    What was your relationship?

6         A.    He was a student in San

7   Diego.

8         Q.    When?

9         A.    He was a student in San

10  Diego when I came.  It was 1994 or 1995.

11        Q.    And where did you meet him?

12        A.    Saad Habib, when I met him?

13  I think I met him at the mosque.

14        Q.    Which mosque?

15        A.    Islamic Center in San Diego.

16        Q.    And when was that, sir, that

17  you met him?

18        A.    I think the year '94.

19        Q.    And is that the year that

20  you arrived in San Diego?

21        A.    Yes, yes.

22        Q.    And is that the year that

23  you met Omar Hammerman?

24        A.    Yes.  Exactly.
```

This Transcript Contains Confidential Material

```
1          Q.     And you also met him at the
2   ICSD mosque; is that right?
3          A.     Yes.
4          Q.     And how did it -- how did it
5   happen that you received a power of
6   attorney to help purchase a property?
7          A.     He showed interest in buying
8   a property in the community so they can
9   pray at.
10         Q.     Who showed interest?
11         A.     Saad.
12         Q.     And where was -- where was
13  Saad when he showed interest to you?
14         A.     He talked to me over the
15  phone, then he visited me in San Diego.
16         Q.     And when did he visit you?
17         A.     The year '94, I think.  I'm
18  not sure.
19         Q.     And you said that you first
20  met him at the ICSD mosque and then he
21  came to visit you the same year?
22         A.     He didn't come to visit me.
23  He came to see the mosque.
24         Q.     Which mosque?
```

This Transcript Contains Confidential Material

```
1        A.    He came to complete the

2   documents for Al-Madina Mosque.

3        Q.    And when did he make that

4   visit?

5        A.    I think '94.

6        Q.    When did the mosque open?

7        A.    Honestly, I don't remember.

8   I don't remember.

9             MR. POUNIAN:  Can we go on

10        the FBI record, please?

11                  -  -  -

12             (FBI Protected Material.)

13                  -  -  -

14             VIDEO TECHNICIAN:  One

15        moment.  Still going on.

16             All right.  Everyone should

17        be in.

18             MR. POUNIAN:  Put before the

19        witness FBI 1353, please.

20                  -  -  -

21             (Whereupon, Exhibit

22        al-Bayoumi-684, FBI 1353, was

23        marked for identification.)

24                  -  -  -
```

This Transcript Contains Confidential Material

1   BY MR. POUNIAN:

2        Q.   Sir --

3             MR. POUNIAN:  Could we put

4        before -- the Arabic version of

5        this letter, both pages, please?

6             THE WITNESS:  Yes.

7             MR. POUNIAN:  If we could

8        have the second page also.  Can we

9        have the Arabic side by side?

10  BY MR. POUNIAN:

11       Q.   Sir, is this a letter that

12  you wrote to Saad Habib?

13       A.   Yes.

14       Q.   And it's dated August 10th,

15  1998; is that right?

16       A.   Yes.  Yes.  That's correct.

17       Q.   And the very first sentence

18  of the letter states that -- or the

19  second sentence states that prayer would

20  start at the mosque on July 31st, 1998;

21  is that right?

22       A.   Yes.

23       Q.   And is that when the mosque

24  opened?

This Transcript Contains Confidential Material

1    A.    Yes.

2    Q.    And am I correct that you

3  were the general supervisor of the

4  mosque?

5    A.    I was a volunteer.  And we

6  would prepare the mosque for the people

7  who want to pray there.

8    Q.    Sir, am I correct that you

9  were the general supervisor of the

10 mosque?

11   A.    Yes.  In the beginning, yes.

12 And then gradually it went down, until I

13 went away.

14   Q.    Before the mosque opened, am

15 I correct, sir, that you helped purchase

16 the land and helped get the mosque in

17 shape to open; is that right?

18   A.    Yes.

19   Q.    And who -- how did the

20 mosque get its name?

21   A.    From the community.

22   Q.    What is the -- what is the

23 name of the mosque?

24        INTERPRETER Al-HALABI:  I

This Transcript Contains Confidential Material

1           think the witness is frozen.

2                      -  -  -

3                (Whereupon, a discussion off

4           the record occurred.)

5                      -  -  -

6                VIDEO TECHNICIAN:  Off the

7           record, 11:35 a.m.

8                      -  -  -

9                (Whereupon, a brief recess

10          was taken.)

11                     -  -  -

12               VIDEO TECHNICIAN:  Back on

13          the record at 11:49 a.m.

14     BY MR. POUNIAN:

15          Q.    Sir, the mosque is named

16     Masjid Al-Madina al Munawwarah?

17          A.    (In English) Yes.

18          Q.    What does that mean?

19          A.    The community named it with

20     that name.  Masjid Al-Madina al

21     Munawwarah.

22          Q.    My question, sir, was what

23     does that name mean?

24          A.    Al-Madina Munawwarah is a

This Transcript Contains Confidential Material

1    city in Saudi Arabia.  It's called

2    Al-Madina Munawwarah.

3         Q.    And how was it that the

4    community gave the mosque the name after

5    the city of Al-Madina?

6         A.    Al-Madina Munawwarah is the

7    city of the Prophet Mohamed.

8         Q.    I'm asking, how did it come

9    that the community gave the mosque that

10   name?

11        A.    The community -- there is a

12   Kurdish community.  They gave it that

13   name.  They chose the name.

14        Q.    And how did they do that?

15        A.    They just named it Al-Madina

16   Munawwarah.

17        Q.    Did they have a meeting and

18   do that?

19             INTERPRETER Al-HALABI:  I'm

20        sorry, Steve, I didn't hear the

21        question.

22   BY MR. POUNIAN:

23        Q.    Did they have a meeting at

24   which they agreed to that, or how did it

This Transcript Contains Confidential Material

```
1        A.    I don't remember.  I don't

2   remember exactly, 400; 300, 400.  I don't

3   remember exactly.  It's all written down.

4        Q.    Are you talking about

5   hundred thousand dollars, $400,000?

6        A.    Yes.  Yes, approximately.

7        Q.    Now, during the time before

8   the mosque opened, did you call the Saudi

9   Embassy in Washington regarding the

10  mosque?

11       A.    No.

12             MR. POUNIAN:  We're on the

13       FBI record?  If we're not, can we

14       go on it, please?

15             Can we mark as the next

16       exhibit FBI 1344, please?

17                   -  -  -

18             (Whereupon, Exhibit

19       al-Bayoumi-685, FBI 1343, was

20       marked for identification.)

21                   -  -  -

22             MR. POUNIAN:  And that will

23       be 685.

24             VIDEO TECHNICIAN:  Steve,
```

This Transcript Contains Confidential Material

1    still on FBI or off?

2         MR. POUNIAN:  We're on FBI,

3    yes.

4         VIDEO TECHNICIAN:  Thank

5    you.

6  BY MR. POUNIAN:

7    Q.    Sir, is this a letter that

8  you wrote to Mussaed al Jarrah?

9    A.    Yes.

10   Q.    And how did you know Mussaed

11 al Jarrah?

12   A.    From the embassy's

13 reception.

14   Q.    And can you explain that to

15 us, sir?  What do you mean by that?

16   A.    Explain what?

17   Q.    How you know Mr. Jarrah from

18 the embassy's reception.

19   A.    Any student that needs

20 anything would call the embassy.  Say

21 they need furniture for the mosque, they

22 would ask, who is responsible for that?

23 They would say, okay, this is the person

24 responsible for this matter.  Therefore,

This Transcript Contains Confidential Material

1    they would contact that person who is

2    responsible.

3         Q.   And you did call the embassy

4    regarding the mosque before it opened; is

5    that correct?

6              INTERPRETER MIKHAIL:  Call

7         the embassy regarding the mosque

8         and --

9    BY MR. POUNIAN:

10        Q.   I'm sorry, my question was,

11   and you did call the embassy regarding

12   the mosque before it opened; is that

13   correct?

14             MR. SHEN:  Objection.

15             THE WITNESS:  Perhaps that

16        transpired, yes.

17   BY MR. POUNIAN:

18        Q.   And in that call you got the

19   name of Mussaed al Jarrah as the person

20   to talk to?

21             MR. SHEN:  Objection.

22             THE WITNESS:  Yes.

23   BY MR. POUNIAN:

24        Q.   And what was your

This Transcript Contains Confidential Material

1  understanding that Mussaed al Jarrah was

2  responsible for?

3       A.    They said that he's the one

4  responsible for the religious and Islamic

5  affairs.

6       Q.    And did you then speak to

7  Mr. Jarrah on the phone?

8       A.    I don't remember if it was

9  him or one of the assistants or who

10 exactly it was.  I got the message

11 across, that's what I remember.

12      Q.    In this letter it states --

13 in the first sentence, you state, This is

14 in reference to the phone call regarding

15 the furniture, Qurans, books and

16 booklets.

17           Do you see that, sir?

18      A.    Yes.

19      Q.    And is it fair to say you

20 had a phone call with Mr. Jarrah before

21 writing this letter?

22           MR. SHEN:  Objection to

23      form.

24           THE WITNESS:  I do not

1          remember, no.

2    BY MR. POUNIAN:

3          Q.    Well, given the fact that

4    you're referring to a phone call and

5    writing Mr. Jarrah a letter, can we

6    assume that you spoke to him on the phone

7    before writing this letter?

8              MR. SHEN:  Objection.  Calls

9          for speculation.

10             THE WITNESS:  I don't

11         understand the question.

12   BY MR. POUNIAN:

13         Q.    My question is, sir, that

14   you wrote Mr. Jarrah a letter in

15   reference to the phone call.

16             Am I correct that you had a

17   phone call with Mr. Jarrah that was the

18   subject matter of this letter?

19             MR. SHEN:  Objection to

20         form.  Asked and answered.

21             THE WITNESS:  Perhaps there

22         was a phone call with the

23         receptionist -- perhaps there was

24         a phone call with the reception

This Transcript Contains Confidential Material

1   the mosque put those phone numbers in

2   your -- in Omar's phone book after it

3   showed that they were dialed from the

4   phone at the mosque that was under your

5   name?

6                    MR. SHEN:  Objection to

7          form.

8                    THE WITNESS:  The question

9          is not clear.

10  BY MR. POUNIAN:

11         Q.    Sir, the question is, did

12  you put these numbers in the phone book

13  or have someone else do it?

14                   Were you responsible for

15  these numbers being in Omar's phone book?

16                   MR. SHEN:  Objection.  Asked

17         and answered.

18                   THE WITNESS:  No.

19  BY MR. POUNIAN:

20         Q.    You're saying you didn't put

21  those in the phone book, right?

22         A.    You are talking about so

23  many years ago.  I do not know.

24                   I'd like to explain.  There

This Transcript Contains Confidential Material

1    are volunteers, there are names -- there
2    are sheets with names on them and any of
3    the volunteers can input the names that
4    are on the sheets in the phone book.
5              And like I explained also,
6    there are other people that would try to
7    reach to the embassy.  It's not
8    necessarily me, perhaps somebody tried,
9    somebody else tried, or a third person
10   tried.  It's possible.  It's not
11   necessarily that I'm the one who made all
12   these phone calls.
13        Q.    Where was the phone located?
14        A.    The phone?  There were two
15   phones in the office, and the office was
16   open all the time.
17        Q.    And the office was your
18   office?
19        A.    (In English) On the second
20   floor.  The second floor, two offices.
21              (Through Interpreter) On the
22   second floor.  And there were two
23   offices.  And anybody can make phone
24   calls, families can make phone calls,

This Transcript Contains Confidential Material

1    anyone can make phone calls.

2          Q.    What phone numbers were at

3    that location, sir?

4                MR. SHEN:  Objection.  Can

5          you just clarify the question,

6          please?

7                MR. POUNIAN:  Sure.

8    BY MR. POUNIAN:

9          Q.    There was a phone in your

10   office; am I correct, sir?

11         A.    Yes, yes.  The telephone is

12   common.  There's a telephone here and

13   there's a telephone in the other office.

14         Q.    How many different numbers

15   did the mosque have, sir?

16         A.    They were not different

17   numbers.  It was the same.

18         Q.    You're saying there's only

19   one number for the mosque?

20         A.    Yes.

21         Q.    And you're saying that this

22   Exhibit-687 --

23               MR. POUNIAN:  If we can put

24         the phone number in front of the

This Transcript Contains Confidential Material

1           witness, please.  Go to the first

2           page.

3    BY MR. POUNIAN:

4           Q.    You're saying that this

5    phone number at the upper left corner is

6    the only phone that was operating at the

7    mosque at the time?

8           A.    I don't remember the exact

9    number.  But if this is the number

10   written, then more likely it is it.  I

11   don't remember exactly the number.

12          Q.    I'm not asking you to

13   remember the number, sir.

14                I'm asking you to tell us,

15   was there only one number there at the

16   mosque?

17          A.    Yes.  There was only one

18   number, yes.

19          Q.    Sir, do you know the group

20   Al-Haramain?

21                MR. BEETAR:  Haramain.

22                THE WITNESS:  No, I do not

23          know.

24   BY MR. POUNIAN:

This Transcript Contains Confidential Material

1    will discuss that with you.

2              But I want to know first,

3    when did you know in advance when they

4    were going to be coming to the mosque?

5    How far in advance did you know?

6         A.    Usually we don't know these

7    things.  Sometimes Ramadan would start

8    and nobody would show up, sometimes they

9    would come in the middle of Ramadan,

10   sometimes before Ramadan.  I don't know.

11             And I don't know who he's

12   talking about.

13        Q.    Well, do you recall --

14   strike the question.

15             I'm talking about Adel Al

16   Sadhan and Mutaeb Al-Sudairy, those two

17   gentlemen.

18             Do you remember them?

19        A.    (In English) Yes.

20        Q.    And they came for Ramadan

21   1419?

22        A.    I don't remember the dates

23   exactly.  But they came in Ramadan.  They

24   did the Taraweeh prayer.

This Transcript Contains Confidential Material

1       Q.    And you found a place for

2  them to stay with Dr. Abdussattar Shaikh;

3  am I correct?

4            MR. SHEN:  Objection to

5       form.  States facts not in

6       evidence.

7            THE WITNESS:  No, that's

8       incorrect.

9            MR. POUNIAN:  Can we go on

10      the FBI record, please?

11              -  -  -

12           (FBI Protected Material.)

13              -  -  -

14           VIDEO TECHNICIAN:  One

15      moment.

16           Okay.  They are all in.

17           MR. POUNIAN:  Put up

18      Exhibit-492, please.

19  BY MR. POUNIAN:

20      Q.    This is the interview

21  statement of Dr. Abdussattar Shaikh that

22  was taken in September of 2001.

23           MR. POUNIAN:  If we could

24      turn to the fifth page of this

This Transcript Contains Confidential Material

1          PDF, please, 7339.

2                MR. SHEN:  Mischaracterizes

3          the document.

4                MR. POUNIAN:  If we could

5          highlight the paragraph just below

6          the redaction, the whole

7          paragraph.

8                MR. SHEN:  Can you give me

9          the Bates number of the first

10         page, please?

11               MR. POUNIAN:  It's 7336.

12   BY MR. POUNIAN:

13         Q.   Sir, this states that, Omar

14   al-Bayoumi introduced Shaikh to Mutaeb

15   Al-Sudairy and Adel Al Sadhan, two

16   scholars visiting from Saudi Arabia.

17               That's what the interview

18   report of the FBI's interview with Dr.

19   Shaikh says.

20               Is that a true statement,

21   sir?

22         A.   No, it's incorrect.

23         Q.   It states that, They did not

24   seem to know al-Bayoumi very well.

This Transcript Contains Confidential Material

1    Al-Bayoumi was looking for somewhere for

2    the two visitors to stay.

3                    Is that true, sir?

4         A.    How do I not know them well

5    and how am I looking for a residence for

6    them?

7         Q.    My question sir, is, is that

8    a correct statement?  Were you looking

9    for a place for them to stay?

10        A.    No, that's incorrect.

11        Q.    Did they stay with Dr.

12   Shaikh?

13        A.    I don't know.

14        Q.    Did you know Dr. Shaikh?

15        A.    From the Islamic Center.

16        Q.    And you had him over for

17   dinner at your house, didn't you, sir?

18        A.    Yes.

19        Q.    And you went on a trip with

20   him to the King Fahad Mosque, along with

21   your son, didn't you, sir?

22        A.    With my son, yes.  But with

23   Dr. Shaikh, no, I don't remember.

24        Q.    Where did Sadhan and Sudairy

This Transcript Contains Confidential Material

```
 1   stay when they were in San Diego?

 2           A.    I don't remember.  I don't

 3   remember.

 4           Q.    So they could have stayed at

 5   Dr. Shaikh's house; is that right?

 6                 MR. SHEN:  Calls for

 7           speculation.

 8                 THE WITNESS:  I don't

 9           remember.

10   BY MR. POUNIAN:

11           Q.    Where did -- where were you

12   when you first saw Sadhan and Sudairy?

13           A.    I don't remember.

14           Q.    Did you meet them at the

15   mosque or somewhere else?

16           A.    (In English) I don't

17   remember.

18                 MR. POUNIAN:  I don't know

19           who that was.

20                 THE WITNESS:  I don't

21           remember.

22   BY MR. POUNIAN:

23           Q.    Did you know that they had

24   first gone to Los Angeles and met and had
```

This Transcript Contains Confidential Material

1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF NEW YORK
2                             -  -  -
3
4     IN RE: TERRORIST ATTACKS    : 03-MDL-1570
      ON SEPTEMBER 11, 2001       : (GBD)(SN)
5
6
7
                              -  -  -
8                        JUNE 10, 2021
                         VOLUME II
9              THIS TRANSCRIPT CONTAINS
                 CONFIDENTIAL MATERIAL
10                            -  -  -
11
12            Continued Remote Videotaped
13    Deposition, taken via Zoom, of OMAR
14    AL-BAYOUMI, commencing at 7:07 a.m., on
15    the above date, before Amanda
16    Maslynsky-Miller, Certified Realtime
17    Reporter and Notary Public in and for the
18    Commonwealth of Pennsylvania.
19
20                            -  -  -
21          GOLKOW LITIGATION SERVICES
         877.370.3377 ph| 917.591.5672 fax
22              deps@golkow.com
23
24

This Transcript Contains Confidential Material

1        placeholder.  So the file is

2        uploaded.

3             MR. POUNIAN:  All right.

4        Thank you.

5             MR. SHEN:  Thank you.

6             MR. POUNIAN:  So are we

7        ready?

8             If I could just point the

9        witness, please, to Lines 20 and

10       21 of this document.

11  BY MR. POUNIAN:

12        Q.   Sir, on the 18th of

13  November, 1998, there were two phone

14  calls from the -- from the office -- your

15  office at the Al-Madina Mosque to the

16  Saudi Consulate at 1:45 for 22 minutes

17  and 2:12 for 4 minutes.

18          Who would you be calling at

19  the Saudi Consulate on that day and at

20  those times?

21             MR. SHEN:  Objection to the

22        form.  Assumes facts not in

23        evidence.

24             THE WITNESS:  I don't

This Transcript Contains Confidential Material

1        remember.

2   BY MR. POUNIAN:

3        Q.    Who at the consulate did you

4   know at that time?

5        A.    I do not know anyone at the

6   consulate.  I would call the reception

7   and ask to speak to a designated person.

8              But there is a clarification

9   here, if you allow me.

10       Q.    Please.  Go ahead.

11       A.    So the phone in the masjid

12  was open for all to make phone calls.

13  There is one telephone in my office, and

14  there is another telephone in the other

15  office, and that was open for anyone to

16  call, at any time, anyone.

17             My presence would be once a

18  week, once every other week or once a

19  month.  Otherwise, the telephone is open

20  for everyone.

21       Q.    Who else at the -- at that

22  mosque would be calling the Saudi Arabia

23  Consulate for 22 minutes and 4 minutes?

24             MR. SHEN:  Objection.  Calls

This Transcript Contains Confidential Material

1        for speculation.  Objection.

2        Foundation.

3             THE WITNESS:  I don't know.

4        But our students, Saudi students,

5        would call the embassy, would call

6        the consulate.  Who exactly

7        called, I do not know.

8   BY MR. POUNIAN:

9        Q.    What Saudi students?

10       A.    Many Saudi students that

11  would come and pray at the masjid, maybe

12  they called.  I don't really know

13  exactly.

14       Q.    Can you give us the names of

15  any of those students?

16       A.    I don't know.  Many people

17  come and pray.

18       Q.    Sir, you said -- is there

19  anyone at the consulate who you knew?

20       A.    No.

21             MR. POUNIAN:  Can we mark as

22        the next exhibit FBI 4286, please?

23                  -  -  -

24             (Whereupon, Exhibit

This Transcript Contains Confidential Material

1          al-Bayoumi-696, FBI 4286, was

2          marked for identification.)

3                    -   -   -

4          MR. KRY:  Steve, did you

5     want to leave that prior document

6     in the exhibit share?  If -- it's

7     available to the entire counsel

8     team.  We have a copy.

9          MR. POUNIAN:  We can't leave

10    it in the share.  We just put it

11    in there to send to Mr. Shen and

12    Mr. Kry.

13         MR. KRY:  Right.  I

14    understand.  So do you want to

15    tell the tech to take it out now?

16         MR. SHEN:  We have a copy,

17    too.  We don't need it anymore.

18         MR. POUNIAN:  So you can

19    take it out, yes, please.  And if

20    we can put up FBI 4286 as the next

21    exhibit, please.  Which will be

22    696.

23         If we can just highlight the

24    left side here.

This Transcript Contains Confidential Material

1   BY MR. POUNIAN:

2       Q.   Sir, is this your

3   handwriting?

4       A.   (In English) Some of them,

5   no; but some of them, yes.

6       Q.   Which is your handwriting,

7   which isn't?

8       A.   (In English) This one is not

9   my handwriting.

10      Q.   When you say "this one," can

11  you read it out to us, whatever it is?

12      A.   ASK M-E -- I think X or R --

13  ILL.com.  This is not my handwriting.

14  This one also, this one is not my

15  handwriting.  This one here.

16      Q.   Which one is that?

17      A.   (In English) This one.

18           Do you see my pointer here?

19      Q.   No, we can't see your

20  pointer, just --

21      A.   (In English) Oh, okay.  In

22  the middle.

23           (Through Interpreter) so the

24  one in the middle saying --

This Transcript Contains Confidential Material

1          INTERPRETER MIKHAIL:  The
2      interpreter clarifies -- it's
3      below -- yes, it's what's being
4      highlighted right now.
5  BY MR. POUNIAN:
6      Q.    That's not your handwriting?
7      A.    (In English) no.
8      Q.    But other than the ask
9  Merrill and what we just highlighted,
10  everything else is your handwriting; is
11  that right?
12      A.    (In English) yes.
13      Q.    Now, the phone number here,
14  310-479-6000, is the phone number for the
15  Saudi Consulate in Los Angeles.
16          Did you know that?
17          MR. SHEN:  Objection.
18          THE WITNESS:  So that is,
19      perhaps, the consulate number.
20      Perhaps I made a phone call and I
21      inquired.  And they informed me,
22      this person or that person would
23      be the person to speak with.
24  BY MR. POUNIAN:

This Transcript Contains Confidential Material

```
 1           Q.    And what person was that?
 2           A.    Perhaps this is regarding to
 3    the books, the Quran books.
 4           Q.    What name was given to you?
 5           A.    The two names that are here.
 6           Q.    And what are the names?
 7           A.    Saad Al Shabreen, Ismail
 8    Mana.
 9           Q.    And do you know Saad Al
10    Shabreen?
11           A.    No.
12           Q.    But you wrote his name down
13    on this sheet of paper; is that right?
14           A.    Yes.
15           Q.    And Ismail Mana, do you know
16    Ismail Mana?
17           A.    No.
18           Q.    But you wrote his name down
19    on this sheet of paper, right?
20           A.    Yes.  So this point, there
21    was a call.  I called the embassy to
22    inquire about the Quran books, and then
23    they informed me the person -- the
24    designated personnel for this matter
```

This Transcript Contains Confidential Material

1    would be either Saad Al Shabreen or

2    Ismail Mana.

3            Q.    And when did you make that

4    call?

5            A.    (In English) I don't know.

6                  (Through Interpreter) I

7    don't know.

8            Q.    Was it in connection with

9    the opening of the Al-Madina Mosque?

10           A.    Not with the opening.  But

11   it is in connection with the Masjid

12   Al-Madina, yes.

13           Q.    And did you get materials

14   from the consulate for the mosque?

15           A.    Yes.

16           Q.    And what type of materials

17   did you get?

18           A.    (In English) Quran.

19                 (Through Interpreter) Quran.

20                 MR. POUNIAN:  If we could

21           mark, please, as the next exhibit

22           FBI 4139.

23                      -   -   -

24                 (Whereupon, Exhibit

This Transcript Contains Confidential Material

1          al-Bayoumi-697, FBI 4139-4145, was

2          marked for identification.)

3                    -   -   -

4  BY MR. POUNIAN:

5          Q.    Sir, is this one of the

6  materials you got from the consulate or

7  the embassy?

8                MR. SHEN:  Objection.  Is

9          this a single document, a one-page

10         document?

11               MR. POUNIAN:  No, it's not.

12         It's in the record.  It's

13         Exhibit-4139 to 45, FBI.

14               MR. SHEN:  If you're going

15         to ask the witness questions about

16         it, can you show him the document,

17         the full document?

18               MR. POUNIAN:  Sorry, what?

19               MR. SHEN:  If you're going

20         to ask the witness about it, you

21         have to show him the full

22         document, not whatever excerpt you

23         want to show him.

24               MR. POUNIAN:  I'm just --

This Transcript Contains Confidential Material

1          could we just highlight the lower

2          left corner there, where it's

3          from?

4    BY MR. POUNIAN:

5          Q.    Sir, do you recall getting

6    materials from the Kingdom of Saudi

7    Arabia?

8                MR. SHEN:  There's a request

9          to show the witness the actual

10         document.  Are you not going to

11         show him the document?

12               MR. POUNIAN:  I can show him

13         the document, but I just -- I want

14         to ask the questions my way, Mr.

15         Shen, if I could.

16               MR. SHEN:  All right.

17         Objection to asking questions

18         without showing the witness the

19         document.

20               What exhibit is this?

21               COURT REPORTER:  It's 697.

22               MR. POUNIAN:  697.  Thank

23    you.

24               THE WITNESS:  No.

This Transcript Contains Confidential Material

1            But there's a background

2        that I would like to clarify.

3   BY MR. POUNIAN:

4        Q.   Sir, the reason I'm asking

5   you these questions is because this was

6   found in your office when the FBI raided

7   the office and it seized this.  This is

8   one of the documents.

9            MR. SHEN:  Objection.

10  BY MR. POUNIAN:

11       Q.   I'm asking if you --

12           MR. SHEN:  Steve, he wasn't

13       done with his answer, and you

14       interrupted him.  He wants to

15       clarify.

16           MR. POUNIAN:  He asked me if

17       he wanted to clarify something,

18       and I just wanted to ask a

19       question.

20           MR. SHEN:  No, he didn't.

21       If you read the transcript, he

22       said he would like to clarify.

23           Please, go ahead, Mr.

24       Bayoumi, clarify your answer.

This Transcript Contains Confidential Material

1     THE WITNESS:  This was my

2     clarification.  There are some

3     documents that would get posted on

4     a message board in the mosque.

5     Anybody can come and post whatever

6     document or whatever paper that

7     they put, and then at the masjid

8     we don't necessarily allow that.

9          So if there's something that

10    does not align with us, I will

11    take it off and I will keep it in

12    a file for it to be destroyed

13    later on.  I do not keep it on the

14    wall for the public.  I do not

15    keep it on the wall, anything that

16    pertains to violence, theft, guns.

17    We do not support.  In that case I

18    would take it off the board, I

19    would keep it in a file for the

20    purpose of destroying it later on.

21          This is one of many

22    documents that we had and this was

23    not a document that came from the

24    embassy.  The sole stuff that came

This Transcript Contains Confidential Material

1          from the embassy was the Quran,

2          religion books that pertained to

3          doctrine.  But none of this came

4          from the embassy.

5     BY MR. POUNIAN:

6          Q.    Where did this come from?

7          A.    I do not know.

8                (In English) Let me say

9     something again.  Me -- and, honestly, I

10    have to -- the Imam at the masjid --

11               (Through Interpreter) So

12    even the Imam of the masjid, the Kurdish

13    one, he would not accept any of that.

14    Anything that gets posted on the board

15    that we don't approve of, instantly we

16    remove it and we keep it in a file to be

17    destroyed later on, or we destroy it

18    right there and then.

19         Q.    This was found in your

20    office, so it wasn't destroyed.  It was

21    in your office at the mosque.

22               And can you explain to us

23    where it came from?

24               MR. SHEN:  Objection.

This Transcript Contains Confidential Material

1          Mischaracterization.

2                  THE WITNESS:  So this is not

3          a paper, just a post.  This was a

4          post that was probably posted on

5          the board.  And it's not the only

6          one, we have tens of them.

7                  We take them off and then we

8          put them in a file for them to be

9          destroyed later on.  Perhaps it

10         was not destroyed yet.

11                 But it's just a message

12         from -- a post from the message

13         board.

14                 MR. POUNIAN:  Can we put

15         back in front of the witness

16         Exhibit-695, please?

17     BY MR. POUNIAN:

18         Q.   We highlighted two calls on

19     Lines 20 and 21.

20                 Do you recall, sir, we

21     talked about those two calls?

22                 MR. POUNIAN:  I want to turn

23         to the next page.

24     BY MR. POUNIAN:

This Transcript Contains Confidential Material

1    Q.   Well, you told us you left

the mosque in the year 2000.

2

3         You didn't leave San Diego

4  in the year 2000, did you?

5         MR. SHEN:  Objection to

6    form.

7         THE WITNESS:  When I went to

8    study in England, I left the

9    masjid.

10  BY MR. POUNIAN:

11   Q.   And when was that?

12   A.   I don't remember exactly

13  when.

14   Q.   You said, sir, that there

15  were -- there was another visit to the

16  Al-Madina Mosque by propagators.

17        Who were those propagators?

18   A.   I don't remember the names.

19   Q.   Since you left the mosque in

20  the year 2000, was it the Ramadan

21  immediately preceding the time that you

22  left the mosque?

23        MR. SHEN:  Objection.

24   What's the question?

This Transcript Contains Confidential Material

```
1                    THE WITNESS:  I don't

2        remember.

3   BY MR. POUNIAN:

4        Q.    Do you recall meeting a man

5   named Abdullah Al Jaithen?

6        A.    Jaithen?  No.

7        Q.    Do you remember meeting a

8   man named Majed Al Mersal?

9        A.    Majed Al Mersal, yes.

10            So the first name -- the

11  first name is Al -- Al Jaithen.  Majed

12  Al Mersal.

13            Clarifying the names, the

14  first one was Al Jaithen, the second one

15  was Majed Al Mersal.

16            Majed Al Mersal, yes.

17  Al Jaithen, correct.

18       Q.    So you remember meeting

19  Mr. Al Jaithen?

20            MR. SHEN:  Objection to the

21       form.

22            THE WITNESS:  No.

23  BY MR. POUNIAN:

24       Q.    Do you remember there being
```

This Transcript Contains Confidential Material

1  two propagators?

2       A.    Yes.

3       Q.    And you remember Mr.

4  Mersal's name, but you don't remember the

5  name of the other propagator; is that

6  right?

7       A.    So in the translation, it

8  was Salem.  It's not Salem, it's

9  Al Jaithen.

10      Q.    What translation?

11      A.    So speaking to the

12 interpreter, you said -- when you first

13 interpreted it, you said the name was

14 Salem.  So no, it's Mersal and

15 Al Jaithen.

16      Q.    Did you have communications

17 with the Ministry of Islamic Affairs

18 regarding the visit of these two

19 propagators to the Al-Madina Mosque?

20      A.    No.

21      Q.    Who arranged the trip of

22 these two propagators to the Al-Madina

23 Mosque?

24      A.    I don't know.

This Transcript Contains Confidential Material

1      Q.    And do you remember sharing

2  a meal with them?

3      A.    No, I don't remember.

4      Q.    Do you remember what they

5  did at the mosque?

6      A.    What they did at the mosque?

7      Q.    Yes.

8      A.    Leading the Taraweeh prayer.

9      Q.    Did they deliver a khutbah?

10     A.    Jaithen gave a lecture -- a

11 lecture, yes.

12     Q.    Abdullah Al Jaithen?

13     A.    Yes.

14     Q.    I thought you just told us

15 before you didn't remember his name, sir,

16 and now you remember him giving a

17 lecture.

18          MR. SHEN:  Objection.  There

19      was a significant translation

20      issue.

21          Go ahead.  You can answer

22      the question.

23          THE WITNESS:  So we

24      mentioned his name ten times by

This Transcript Contains Confidential Material

1          now.  At the beginning there was

2          an error in the translation.  The

3          name was mentioned Salem.  And we

4          corrected it, it's not Salem, it's

5          Al Jaithen.

6                And then we repeat it a few

7          times.

8                So, yes, it is correct.

9    BY MR. POUNIAN:

10         Q.    It's correct that you

11   remember Abdullah Al Jaithen giving a

12   lecture?

13         A.    Yes.

14         Q.    What was the lecture about?

15         A.    (In English) I don't

16   remember.

17               (Through Interpreter) I

18   don't remember.

19         Q.    Did you arrange a place to

20   stay for either Majed Mersal or Abdullah

21   Al Jaithen?

22         A.    No.  The answer is no.

23         Q.    Did you travel anywhere with

24   Abdullah Al Jaithen or Majed Al Mersal

1    while they were visiting?

2         A.    I don't remember.

3              MR. POUNIAN:  Can we show

4         the witness, please -- are we on

5         the FBI record?  Exhibit-576.

6              We still are, right?

7              VIDEO TECHNICIAN:  We're

8         going to go on -- the FBI

9         documents now.

10             MS. PRITSKER:  Counsel for

11        Dubai Islamic Bank just notes that

12        it's being excluded from the

13        deposition now.  Thank you.

14             VIDEO TECHNICIAN:  Stand by.

15             MR. POUNIAN:  This is FBI

16        4012 --

17             VIDEO TECHNICIAN:  Hold on.

18        We're still waiting for one

19        person.

20             MR. SHEN:  Steve, what

21        document are you using?  Did you

22        say 571 or --

23             MR. POUNIAN:  576.  It's FBI

24        4012.

This Transcript Contains Confidential Material

1    to stay in any hotels in the Culver City

2    area?

3              A.     With my family?

4              Q.     Yourself.  At any time.

5                     MR. SHEN:  Clarify, Steve.

6              Do you mean only by himself?

7                     MR. POUNIAN:  I'm just

8              saying, did he ever -- I'm asking

9              if he ever had any occasion

10             himself to stay at hotels in the

11             Culver City area.

12                    That's the question.

13   BY MR. POUNIAN:

14             Q.     Can you answer that

15   question?

16                    MR. SHEN:  Just to clarify,

17             by himself or with anyone else or

18             both?

19                    MR. POUNIAN:  I just asked

20             if he did.  I think it's pretty

21             clear on its own.

22                    MR. SHEN:  I don't know what

23             you're asking.  But okay.

24                    THE WITNESS:  No.

This Transcript Contains Confidential Material

1    BY MR. POUNIAN:

2         Q.    Sir, this hotel receipt has

3    your name on it.

4              Did you stay at the

5    Travelodge Hotel?

6         A.    Stayed in a hotel, no.

7         Q.    Did you make a reservation

8    at the hotel?

9         A.    (In English) It's possible.

10             (Through Interpreter) It's

11   possible.

12        Q.    And what's possible?

13        A.    It's possible when a guest

14   arrives and they need a stay at the

15   hotel, we can make a reservation for the

16   hotel.

17             MR. BEETAR:  And, also, he

18        said, if he does not know English.

19             INTERPRETER MIKHAIL:  If he

20        does not know English.

21   BY MR. POUNIAN:

22        Q.    And did you go to the

23   Travelodge Hotel with Abdullah

24   Al Jaithen?

This Transcript Contains Confidential Material

1          A.    I don't remember.

2                MR. POUNIAN:  If we could

3          mark FBI 2802, please, as the next

4          exhibit.

5                      -  -  -

6                (Whereupon, Exhibit

7          al-Bayoumi-699, FBI 2802-2815, was

8          marked for identification.)

9                      -  -  -

10   BY MR. POUNIAN:

11         Q.    Sir, did you have an account

12   at Bank of America in San Diego?

13         A.    (In English) Yes.

14               (Through Interpreter) Yes.

15         Q.    And is this a -- is this a

16   copy of your bank account -- a bank

17   account record from that account?

18         A.    Yes -- I do not know.

19         Q.    Well, can you recognize your

20   name there and your account number?

21               MR. SHEN:  Objection.

22               THE WITNESS:  The account

23         number?  I don't know the account

24         number.  But I do recognize my

This Transcript Contains Confidential Material

1          name, Omar al-Bayoumi.  But the

2          account number, I don't.

3                    MR. POUNIAN:  If we could go

4          to the third page of this

5          document, please, Page 2804.  And

6          if we could highlight the

7          transaction that's posted on

8          December 22nd.  Just highlight

9          that, please.

10                   And can we expand that?  Not

11         the next one.  Yes, those two is

12         fine.  Can we expand both of those

13         two?  The one below also.

14                   Thank you.

15    BY MR. POUNIAN:

16         Q.   Sir, this shows that you

17    used your Bank of America card to

18    purchase gas in Culver City, California,

19    on December 20th, 1999.

20                   Do you see that, sir?

21         A.   (In English) Yes.

22         Q.   And that particular gas

23    station is located directly across from

24    the Travelodge where we just showed you

This Transcript Contains Confidential Material

1    BY MR. POUNIAN:

2          Q.    Who did you stay with at the

3    Half Moon Hotel on January 9th, 2000?

4          A.    With me?  With my family.

5          Q.    And you remember that, sir?

6          A.    (In English) No.

7                (Through Interpreter) No.

8    But I do know that I travel with my

9    family.  I do not travel with anyone

10   else.

11         Q.    And your family is five,

12   right?

13         A.    (In English) Yes, but

14   sometimes --

15               (Through Interpreter) Yeah,

16   but it happens sometimes that perhaps my

17   wife wouldn't go with us.

18               (In English) Sometimes other

19   kids --

20               (Through Interpreter)

21   Sometimes I take my children for some

22   amusement park entertainment.

23         Q.    Do you remember doing that

24   on this occasion, sir?

This Transcript Contains Confidential Material

1    A.    I don't remember.  But I've

2    done it on many occasions.

3    Q.    On how many occasions, sir?

4    A.    I don't remember.

5    Q.    Well, can you tell us about

6    one other time you went to Los Angeles

7    for a trip like this?

8    A.    Los Angeles was close to us.

9    We could just take a ride there and come

10   back.  I wouldn't remember how many times

11   we went.

12   Q.    Do you know a man named --

13   strike the question.

14         I asked you earlier about

15   visits you had made to the Los Angeles

16   Consulate.

17         Did you go to the Los

18   Angeles Consulate to register your

19   passport?

20   A.    To renew my passport.

21   Q.    Did you ever go there to

22   register your passport?

23   A.    I don't recall.

24   Q.    And you said you went to the

This Transcript Contains Confidential Material

```
1    consulate to renew your passport?

2          A.    Yes.

3          Q.    And did you go by yourself?

4          A.    No.

5          Q.    Who did you go with?

6          A.    With another person.

7          Q.    And who was that?

8          A.    Osama.

9                (In English) An American

10   person.

11               (Through Interpreter) An

12   American person.

13         Q.    Did he have a last name?

14         A.    I don't remember.  He was

15   Osama.

16         Q.    And how did you know Osama?

17         A.    (In English) From the

18   mosque.

19               (Through Interpreter) From

20   the mosque.

21         Q.    Which mosque?  The Al-Madina

22   Mosque?

23         A.    No.  The Islamic Center.

24         Q.    How did you know Osama from
```

This Transcript Contains Confidential Material

1   the Islamic Center?

2          A.     From after the prayers.

3          Q.     What do you mean by that?

4          A.     I mean that after prayers we

5   got to meet one another.

6          Q.     And when was that?

7          A.     I don't know.

8          Q.     Well, how long before you

9   went to the consulate did you meet Osama?

10         A.     I don't remember.  But a

11  short period of time, perhaps a month or

12  two.

13         Q.     And what was your

14  relationship with Osama?

15         A.     In the past or now?

16         Q.     At the time you met him.

17         A.     I didn't know him -- I

18  didn't know him.  But we met,

19  Salaam-Alaikum, Alaikum-Salaam; peace be

20  on you, peace be on you.

21         Q.     And how old was he when you

22  met him?

23         A.     He was in his 20s.  He was

24  in his 20s.

This Transcript Contains Confidential Material

1    Angeles?

2         A.    Yes.

3         Q.    And where was that place?

4         A.    I don't know.

5         Q.    What town was it in?

6         A.    Los Angeles.

7         Q.    And how far was it from the

8    consulate?

9         A.    I don't remember.  But it

10   wasn't far away.

11        Q.    And was it a photography

12   studio or some other type of store?

13        A.    Yes.

14        Q.    And what type of store was

15   it?

16        A.    Passport photography studio.

17        Q.    So it was specifically for

18   passport photos?

19        A.    I don't know.  But I went

20   there to have photos taken for the

21   passport.

22        Q.    And did a person take your

23   photo?

24        A.    Yes.

This Transcript Contains Confidential Material

1    Q.    And how many photos did they

2    make?

3    A.    I really don't remember.

4    Q.    Well, did they make four

5    photos or three or two or just one?

6    A.    Four.  Four pictures.

7    Q.    And where did you go from

8    the photography studio?

9    A.    To the embassy, to the

10   consulate.

11   Q.    And what time did you arrive

12   at the consulate?

13   A.    I believe it was noon time.

14   Q.    And by "noon time," you mean

15   12:00 noon?

16   A.    Approximately.  Because we

17   performed the prayers at the consulate.

18   Q.    What prayer?

19   A.    The noon and afternoon

20   prayers.  We could combine them because

21   we were traveling.

22   Q.    And where at the consulate

23   did you perform prayers?

24   A.    At the prayer space.

This Transcript Contains Confidential Material

```
 1          Q.    And where was that located
 2  at the consulate?
 3          A.    I don't know.
 4          Q.    Was there a small mosque at
 5  the consulate?
 6          A.    No, just a room.
 7          Q.    There's a room where prayers
 8  are held at the consulate?
 9          A.    Yes.
10          Q.    And that's where you and
11  Osama performed the prayers, according to
12  --
13          A.    Yes.
14          Q.    And how many people were
15  praying?
16          A.    He and I.  He and I.  He
17  made the announcement for the prayers,
18  and I led the prayer.
19          Q.    And was anyone else praying?
20          A.    No, no one else.
21          Q.    And this was in the prayer
22  room at the consulate?
23          A.    Yes.
24          Q.    And did you take the
```

This Transcript Contains Confidential Material

1   elevator to get there?

2         A.    No.

3         Q.    Where did you park your car

4   when you went to the consulate?

5         A.    At the basement in the

6   consulate.

7         Q.    And where did you enter the

8   consulate?

9         A.    From the roadway.  I don't

10  know exactly, but from the road.

11        Q.    Did you enter from the

12  parking area into the consulate?

13        A.    No.

14        Q.    What did you do?

15        A.    Before I went to the

16  consulate, I made a call.  I spoke to the

17  operations about my intent to go to the

18  consulate to renew the passports and pick

19  up Quran books.

20              And then they said you must

21  come through -- they gave us directions,

22  as to how to come in.

23        Q.    Who did you talk to?

24        A.    The operator.

This Transcript Contains Confidential Material

1                    INTERPRETER ABDEL-RAHMAN:

2          The witness said the operation.

3          The interpreter believes it's the

4          operator.

5    BY MR. POUNIAN:

6          Q.    Where were you when you made

7    the call?

8          A.    In the car.

9          Q.    And where was the car when

10   you made the call?

11         A.    It was after the studio, on

12   the way to the consulate.

13         Q.    You were driving when you

14   made the call?

15         A.    No, I believe I -- I believe

16   I pulled over and spoke to them; or Osama

17   was talking to them, because Osama was

18   the one who was more familiar with the

19   roads.

20         Q.    Well, what is it that you

21   remember, sir?  Who made the call?

22         A.    I dialed the number.  I

23   dialed the number.

24         Q.    And then what happened?

This Transcript Contains Confidential Material

1    A.    And I had called before that
2  and told them about my intent to come to
3  pick up Quran books and where to park.
4  They said, once you arrive, we will let
5  you know where to park.
6          Q.    When had you called before?
7          A.    I don't remember.
8          Q.    Was it the same day or a
9  different day?
10         A.    Possibly a few days before I
11 may have called once, twice or three
12 times, in order for them to prepare the
13 books.
14         Q.    Prepare what books?
15         A.    The Quran books.
16               INTERPRETER ABDEL-RAHMAN:
17         And the interpreter wishes to
18         introduce a new word which means a
19         book containing the Quran.  It's
20         mushaff.  It's spelled
21         M-U-S-H-A-F-F.  That means a book
22         containing the Quran.
23 BY MR. POUNIAN:
24         Q.    So when you dialed -- when

This Transcript Contains Confidential Material

1   you dialed the number of the consulate,

2   were you parked to go to the consulate or

3   were you somewhere between the

4   photography studio and the consulate?

5           A.    I don't remember.  But I

6   believe that immediately after we were

7   done with the photographs, I made the

8   call.

9           Q.    And what did you find out in

10  that call?

11          A.    Nothing, just where to park

12  the car and come in.

13          Q.    And tell us what the

14  conversation was in that call.

15          A.    It was a normal

16  conversation, just Salaam-Alaikum, may

17  peace be upon you.  We are from Al-Madina

18  Mosque, I'd like to come and pick up the

19  mushaffs which I called about before.

20  They said the mushaffs were ready.  I

21  also said that I had an appointment to

22  renew the passports.  They said, okay,

23  come in.

24          Q.    Is that it?

This Transcript Contains Confidential Material

1        A.    I also told them that I had

2   someone with me, an American person, to

3   help me carry the mushaffs and so forth.

4        Q.    Is that the -- is that it?

5        A.    Yes.

6        Q.    And then what happened?

7        A.    We went in.

8        Q.    You parked in the

9   underground parking?

10       A.    Yes.

11       Q.    And you went into the

12   consulate?

13       A.    Yes.

14       Q.    And what happened?

15       A.    We went to the reception,

16   Osama and I.

17       Q.    And what happened?

18       A.    They said, have a seat,

19   please.  And we sat.

20       Q.    And then what happened?

21       A.    Then she called me by name,

22   she said, Omar, come in.

23       Q.    Was that the receptionist or

24   someone else?

This Transcript Contains Confidential Material

```
 1              A.    Yes, the receptionist.

 2              Q.    And what happened?

 3              A.    She told me to fill out some

 4    forms and to place the photos on them.

 5              Q.    Who told you to fill out

 6    forms?

 7              A.    The lady.  Yes.

 8              Q.    The receptionist or someone

 9    else?

10              A.    (In English) Yes.

11              Q.    I'm sorry, the receptionist

12    or someone else, another person?

13              A.    A female receptionist.

14              Q.    And this was while you were

15    sitting in the reception area?

16              A.    Yes.

17              Q.    And you were with Mr. --

18    with Osama while you were filling out

19    these forms?

20              A.    Yes.

21              Q.    And you filled out the

22    forms.

23                    And then what happened?

24              A.    I filled out the forms.
```

This Transcript Contains Confidential Material

1   When we were done with that, then we went

2   to the prayers.  Then we picked up the

3   mushaffs and left.

4        Q.    And when you went to the

5   prayers, where did you go to the prayers

6   from the reception area?

7        A.    It's close to it, in a room,

8   a prayer room.

9        Q.    And how far away was it from

10  the reception room?

11       A.    It was not far.  I don't

12  remember exactly, but not far.

13       Q.    Did someone show you where

14  that room was?

15       A.    Yes.

16       Q.    And who was that?

17       A.    (In English) A person,

18  just --

19             (Through Interpreter) A

20  person from the Islamic Affairs.

21       Q.    And who was that person?

22       A.    I didn't know him.

23       Q.    It was a man?

24       A.    Yes.

This Transcript Contains Confidential Material

1    Q.    Can you describe him?

2    A.    He was a non-Saudi.

3    Q.    And what did he look like?

4    A.    Medium sized.  He had a

5    beard.

6    Q.    And why did he direct you to

7    the prayer room?

8    A.    To pray.

9    Q.    And how did that happen,

10   that he directed you there?

11   A.    I asked the receptionist

12   about where to perform the prayers.  And

13   she said, that brother standing there

14   will escort you to the prayer room.

15   Q.    And who was the brother

16   standing there?

17   A.    That's the person.  That's a

18   person who led us to the prayer room.

19   Q.    And that's the person you

20   said is from Islamic Affairs?

21   A.    Yes.  He introduced himself

22   to us.  He said -- and he said that he

23   was the one who was going to give us the

24   mushaffs.

This Transcript Contains Confidential Material

1    Q.    And he was standing in the

2  reception area when you asked about

3  prayers?

4    A.    Yes, he was nearby.

5    Q.    When you say "nearby," what

6  do you mean?

7    A.    In the same location, and it

8  was a big place.

9    Q.    He just happened to be in

10 that room that you and Osama were sitting

11 in; is that right?

12          INTERPRETER MIKHAIL:  Asking

13       for repetition.  Interpreter will

14       repeat.

15          THE WITNESS:  Yes.

16 BY MR. POUNIAN:

17    Q.    And did he pray with you in

18 the prayer room?

19    A.    No.

20    Q.    Did he stay with you in the

21 prayer room?

22    A.    No.

23    Q.    About how long were you in

24 the prayer room?

This Transcript Contains Confidential Material

```
 1              INTERPRETER MIKHAIL:

 2         Technical issue again.  Perhaps

 3         the witness is frozen.

 4              VIDEO TECHNICIAN:  We're

 5         going to go off the record, 10:47

 6         a.m.

 7                   -  -  -

 8              (Whereupon, a brief recess

 9         was taken.)

10                   -  -  -

11              VIDEO TECHNICIAN:  We're

12         back on the record at 10:52 a.m.

13    BY MR. POUNIAN:

14         Q.    My question was, how long

15    were you in the prayer room?

16         A.    The prayer room?  About ten

17    minutes.

18         Q.    And where did you go from

19    the prayer room?

20         A.    Back to the reception.

21         Q.    Did someone accompany you?

22         A.    Osama.

23         Q.    Did someone accompany you

24    and Osama back to the reception?
```

This Transcript Contains Confidential Material

1          A.     No.  We finished the prayer,

2    and we went back.

3          Q.     And was anyone else in the

4    prayer room when you were there?

5          A.     No.

6          Q.     What happened next?

7          A.     So at the reception, they

8    said the passports will be ready

9    overnight.  And other than that, the

10   mushaff books were ready -- the mushaff

11   books were ready, waiting for delivery --

12   waiting to be received.

13                (In English) To be picked

14   up.

15         Q.     What happened next?

16         A.     We took the mushaff books

17   and we left.

18         Q.     And where were the books?

19         A.     We put them in the car.

20         Q.     And where did you get the

21   books from?

22         A.     From the consulate.

23         Q.     And where in the consulate

24   did you get the books?

This Transcript Contains Confidential Material

1          A.     No, I do not know.  We went

2     back to the car, they brought the books

3     and put them in the car.

4          Q.     How did you get to the car?

5          A.     (In English) Walking.

6                 (Through Interpreter)

7     Walked.

8          Q.     So you walked out the door

9     into the parking area and to your car?

10         A.     Yes.

11         Q.     And who gave you the books?

12         A.     The consulate.

13         Q.     Who at the consulate?

14         A.     The same person who led us

15    to the prayer room.

16         Q.     And when did that person

17    give you the books?

18         A.     When?  Correct, when?

19                After we finished the

20    prayer.

21         Q.     And where did they -- where

22    did they give you the books?

23         A.     They loaded them in the car.

24         Q.     Who loaded them in the car?

This Transcript Contains Confidential Material

1    A.    That person, and another

2    person who helped.  Osama was the one

3    helping them.

4    Q.    So the man from Islamic

5    Affairs and Osama loaded the books in the

6    car?

7    A.    Yes.

8    Q.    And was there anyone else

9    helping to load the books into the car?

10   A.    Yes.  There was a worker

11   helping.

12   Q.    Was the receptionist the

13   only woman that you met at the consulate?

14   A.    Yes.

15   Q.    And did you meet any men at

16   the consulate, other than the Islamic

17   Affairs man that you described?

18   A.    No.

19   Q.    So am I correct the only two

20   people you met at the consulate were the

21   receptionist at the front, at the

22   entrance where you came in, and the

23   Islamic Affairs person?

24   MR. SHEN:  Objection to

This Transcript Contains Confidential Material

```
 1          form.

 2                  You can answer.

 3                  INTERPRETER MIKHAIL:  The

 4          interpreter will repeat the

 5          question.

 6                  THE WITNESS:  And the

 7          worker.

 8   BY MR. POUNIAN:

 9          Q.    So the three people you met

10   were the receptionist at the place where

11   you entered the consulate, the Islamic

12   Affairs man, and the worker who helped

13   load books in the car?

14          A.    Yes.

15          Q.    How many books were there?

16          A.    I don't remember.

17          Q.    What happened next?

18          A.    We went back to San Diego.

19                  But before that -- so we

20   went back.  But on the road after we left

21   the embassy, we were hungry and we wanted

22   to get something to eat.  So we went and

23   ate.

24          Q.    And where did you go?
```

This Transcript Contains Confidential Material

```
 1          A.    A restaurant.

 2          Q.    And what restaurant?

 3          A.    I don't know.  It was a

 4    restaurant that served halal meat.

 5          Q.    And was it a place you had

 6    been to before?

 7          A.    No.

 8          Q.    How did you know to go

 9    there?

10          A.    We saw it on the.

11          Q.    You saw it on the way.

12                When did you see it on the

13    way?

14          A.    When we were going to San

15    Diego.

16          Q.    So you're saying you left

17    the consulate and on the way back to San

18    Diego you saw a restaurant?

19          A.    Yes.

20          Q.    And where was the restaurant

21    that you saw?

22          A.    I do not know.  I do not

23    remember.

24          Q.    Do you know what town it was
```

This Transcript Contains Confidential Material

1  in?

2          A.      It was Los Angeles.

3          Q.      And what happened then?

4          A.      After we ate in the

5  restaurant, we went back to San Diego.

6          Q.      Did you have your -- you had

7  your cell phone with you on this trip; am

8  I correct?

9          A.      Yes.

10         Q.      And when we discussed

11  earlier you making a call to the

12  consulate, that was on your cell phone;

13  is that right?

14         A.      Yes.

15         Q.      And you called other places

16  other than the consulate that day on your

17  telephone?

18         A.      I don't remember.

19         Q.      What type of food was at the

20  restaurant that you stopped at?

21         A.      Halal meat.

22         Q.      And how did you know from

23  the outside of the restaurant that it had

24  halal meat?

This Transcript Contains Confidential Material

1      A.    So they had the meat

2  suspended.

3              INTERPRETER ABDEL-RAHMAN:

4      Hanging.

5              INTERPRETER MIKHAIL:

6      Hanging.

7  BY MR. POUNIAN:

8      Q.    And you noticed that as you

9  were driving by?

10     A.    Yes.  We saw it, me and

11 Osama.

12     Q.    And what is it -- can you

13 just tell us, what is it that you saw

14 that made you stop at that particular

15 restaurant?

16     A.    We were looking for another

17 restaurant that me and my family had

18 eaten at before, but it was closed, I

19 believe.  And this one was next to it.

20     Q.    Sir, can you tell us, what

21 is it that you saw that made you stop at

22 that particular restaurant?

23     A.    So the way they had the meat

24 hanging.  And also the barbecue, they had

This Transcript Contains Confidential Material

1    a barbecue.

2        Q.    And you were driving by and

3    you saw that?

4        A.    Yes.

5        Q.    And you decided to stop at

6    that place?

7        A.    Yes.

8        Q.    And where did you park?

9        A.    In front of the restaurant.

10       Q.    And then what happened?

11       A.    We went inside the

12   restaurant and we ate.

13       Q.    What time was it?

14       A.    (In English) I don't know.

15             (Through Interpreter) I

16   don't know.

17       Q.    Can you tell us

18   approximately what time it was when you

19   went to the restaurant?

20       A.    I don't remember.  But it

21   was before dusk.

22       Q.    Was it getting dark out?

23       A.    It was before dusk, maybe an

24   hour before sunset.

This Transcript Contains Confidential Material

1        Q.    And what kind of food was at

2    the restaurant?

3        A.    Meat.

4        Q.    What kind of meat?

5        A.    (In English) I don't

6    remember.  Meat, halal.

7              (Through Interpreter) I

8    don't remember.  It was halal meat.

9        Q.    And what happened while you

10   were having lunch?

11       A.    I went and washed my hands.

12   We finished the food, and I went and

13   washed my hands and we got moving.

14       Q.    And then what happened?

15       A.    While I was washing, I heard

16   two people talking Arabic.

17       Q.    And you were washing your

18   hands in the washroom of the restaurant?

19       A.    So it wasn't a bathroom.  It

20   was a sink, a place to wash.

21       Q.    And this was a bathroom with

22   a door on it, I assume?

23             MR. SHEN:  He said it was

24       not a bathroom.

This Transcript Contains Confidential Material

1          THE WITNESS:  A place to
2     wash.
3          INTERPRETER ABDEL-RAHMAN:  A
4     sink is a good word.
5          THE WITNESS:  It was a sink.
6     There was a sink.
7  BY MR. POUNIAN:
8          Q.    And what did you hear when
9  you were at the sink?
10         A.    I heard them speaking
11  Arabic.
12         Q.    Who?
13         A.    Those two people.
14         Q.    What two people?
15         A.    Called Nawaf and Khalid --
16  Nawaf and Khalid.
17         Q.    And did you talk to them?
18         A.    When I heard them, I greeted
19  them, peace be on you.
20         Q.    And did you have a
21  conversation with them?
22         A.    Yes.  They said, and peace
23  be on you.
24         Q.    And where was Osama at that

This Transcript Contains Confidential Material

1  time?

2       A.    At the table.

3       Q.    And where were you and Nawaf

4  and Khalid?

5       A.    Up front at a table next by.

6  Because I washed my hands, and I was

7  walking back.  There was our table and

8  their table was next to ours.

9       Q.    Were they sitting at their

10 table already?

11      A.    Yes.

12      Q.    Were they eating already?

13      A.    They finished, like us.

14 They were getting done like us.

15      Q.    So they had been sitting

16 next to you at the restaurant before you

17 went to wash your hands?

18      A.    No, they were behind me.

19      Q.    But they had been sitting

20 behind you at the restaurant while you --

21 before you went to wash your hands?

22      A.    Yes.

23      Q.    And how far away was their

24 table from your table?

This Transcript Contains Confidential Material

1        A.     (In English) Two meters.

2               (Through Interpreter) Maybe

3     2 meters.

4        Q.     And the first time you heard

5     them was when you went to wash your

6     hands?

7        A.     Yes.

8        Q.     And they were seated at

9     their table when you heard them?

10       A.     Yes.  Because the road to

11    the sink passes by them.

12       Q.     And how far was the sink

13    from their table?

14       A.     From the table, perhaps 2

15    meters also.

16       Q.     And did you have a

17    conversation with Nawaf and Khalid?

18       A.     Yes.  May peace be upon you,

19    may peace be upon you.

20       Q.     Did you say anything else?

21       A.     No.  They spoke with me and

22    with Osama, but -- okay.  I'll wait for

23    the question to answer.

24       Q.     You spoke to them in Arabic;

This Transcript Contains Confidential Material

1    am I correct?

2          A.    Yes.

3          Q.    And Osama could not speak

4    Arabic; is that right?

5          A.    I interpreted for him.  I

6    thought they were from the Gulf area,

7    they didn't look like Saudis at first.

8          Q.    You interpreted for Osama?

9          A.    I interpreted for Osama, and

10   Osama understood a little bit.

11         Q.    And what was the

12   conversation that you had?

13         A.    Ordinary conversation.

14   Where do you live?  I said, we live in

15   San Diego.  And I told them that we were

16   on our -- we were going back home to San

17   Diego now and that San Diego was a

18   beautiful city with nice weather.

19         Q.    And did you learn that they

20   were from Saudi Arabia?

21         A.    Initially I didn't know they

22   were from Saudi Arabia.  I thought they

23   were from the Gulf area.

24               But then when they spoke,

This Transcript Contains Confidential Material

1    they said they were from Saudi Arabia.

2         Q.    And where in Saudi Arabia

3    were they from?

4         A.    Mecca.

5         Q.    And they told you that when

6    you first met them?

7         A.    Yes.  They told me and told

8    Osama at the same time, because we were

9    together.

10         Q.    And did you discuss Mecca

11    with them?

12         A.    No.

13         Q.    Did you tell them that you

14    were from Mecca?

15         A.    No.

16         Q.    You grew up in the Mecca

17    area, didn't you, sir?

18         A.    In Jeddah, which is in the

19    same principality as Mecca.

20         Q.    Sir, have you lived in Mecca

21    before?

22         A.    No.

23         Q.    Have you lived in the Mecca

24    area before?

This Transcript Contains Confidential Material

```
1              MR. SHEN:  Objection to the
2         form.  Just clarify, please.
3    BY MR. POUNIAN:
4         Q.    Did you tell Nawaf and
5    Khalid that you were from Mecca?
6         A.    I am not from Mecca.
7         Q.    Were you born in Mecca or
8    near Mecca?
9         A.    No.
10        Q.    Where were you born, sir?
11        A.    (In English) In a small
12   village in Hagar --
13              (Through Interpreter) In a
14   small village by the name of Hagar.
15        Q.    And how far is that from
16   Mecca?
17        A.    (In English) Maybe five
18   hours.
19        Q.    Did you tell Khalid and
20   Nawaf where you were from?
21        A.    They could tell the accent
22   without me saying it.
23        Q.    Did you tell Khalid and
24   Nawaf where you were from?
```

This Transcript Contains Confidential Material

1       A.    No.

2       Q.    Did you give Khalid and

3   Nawaf your address?

4       A.    No.

5       Q.    Did you give them your phone

6   number?

7       A.    I don't remember.  But I

8   told them that we lived close to the

9   Islamic Center in San Diego.

10      Q.    What else did you tell them?

11      A.    There was not much of a

12  conversation.  It was, like, a two-minute

13  conversation.

14            (In English) Then back to

15  San Diego.

16            (Through Interpreter) Then

17  we went back to San Diego.

18      Q.    So you estimate the length

19  of your conversation as two minutes?

20      A.    Approximately.

21      Q.    And where did the

22  conversation take place?

23      A.    At the restaurant.

24      Q.    And were you standing when

This Transcript Contains Confidential Material

1    you were talking to them?

2         A.    I really don't remember if I
3    was standing or not.

4         Q.    Well, you said you were
5    washing your hands and you overheard them
6    at their table; is that right?

7         A.    Yes.

8         Q.    And then did you approach
9    them at their table?

10        A.    No, they came to my table.

11        Q.    And did they sit down with
12   you?

13        A.    I don't believe so.  We were
14   leaving already.

15        Q.    So they were standing and
16   talking to you while you were seated?

17        A.    I don't remember.  I don't
18   think that -- I don't think that I was
19   sitting while they were standing.  I
20   really don't remember whether we were
21   sitting or standing.  The whole thing
22   lasted two minutes or less.

23        Q.    And what happened then?

24        A.    We just went back to San

This Transcript Contains Confidential Material

1    Diego.

2          Q.    Did you say anything to

3    Khalid and Nawaf when you left?

4          A.    No.

5          Q.    Where did they go?

6          A.    I don't know.  We left right

7    away.

8          Q.    Did they stay in the

9    restaurant when you left?

10         A.    I don't remember.

11         Q.    Where did you leave them?

12         A.    We were inside the

13   restaurant.  We were leaving, and they

14   also were leaving.  But when we left, I

15   don't know if they left also or if they

16   remained in the restaurant.

17         Q.    So where did you say goodbye

18   to them?

19         A.    At the same moment -- at the

20   same moment.  It was not that long of a

21   time.  Just Salaam-Alaikum, we live in

22   San Diego, we are leaving now.  And we

23   left.

24         Q.    And where did you go from

This Transcript Contains Confidential Material

1  there?

2       A.     Back home.

3       Q.     And did you try to visit the

4  King Fahad Mosque?

5       A.     On that day?

6       Q.     Yes.

7       A.     Yes, we wanted to go to King

8  Fahad Mosque, but we got lost.  Then we

9  departed right away.

10      Q.     When did you want to go to

11 the King Fahad Mosque?

12      A.     On our way back to San

13 Diego, we wanted to stop by King Fahad

14 Mosque.  But I got lost and we were

15 exhausted, so I decided just to head

16 home.

17      Q.     Why were you exhausted?

18      A.     Because of the long travel

19 from San Diego to Los Angeles.  I drove

20 from San Diego to Los Angeles, then there

21 was the filling out of the applications

22 and picking up the mushaffs.  That all

23 took time and effort.

24      Q.     How long were you at the

This Transcript Contains Confidential Material

```
1    consulate?
2         A.    I don't remember.
3         Q.    What time of day was it when
4    you drove back to San Diego?
5         A.    For the return, it was
6    around sunset time, perhaps shortly after
7    sunset or shortly before.  I believe so.
8         Q.    Was it dark during your
9    drive to San Diego?
10        A.    I don't remember.
11        Q.    What did you do when you got
12   back to San Diego?
13        A.    I went home.
14        Q.    Did you take Omar to his
15   home -- I'm sorry.
16              Did you take Osama to his
17   home?
18        A.    No.  Osama lived close to
19   us, so it was a walking distance.  He
20   just walked.
21        Q.    And where was that, that he
22   lived?
23        A.    I don't know.  But close to
24   us.
```

This Transcript Contains Confidential Material

1           MR. SHEN:  We heard it

2       yesterday, too.  So I just want to

3       make sure.

4           INTERPRETER MIKHAIL:

5       Somebody texted me about the time.

6       I'm not sure if that was the ring.

7       Marwan was texting about the time

8       that I want him to take over.

9           I'm not sure if that rang

10      because I have my telephone on

11      silent.  But nothing is being

12      recorded.

13          MR. SHEN:  Thank you.  Just

14      please make sure that no one but

15      the videographer is recording any

16      portion of this deposition.

17          INTERPRETER MIKHAIL:  Okay.

18          Next question, counsel.

19  BY MR. POUNIAN:

20      Q.   And did you tell your wife

21  when you would be getting back from Los

22  Angeles?

23      A.   No.

24      Q.   Sir, when --

This Transcript Contains Confidential Material

1      A.    Are you asking me would I

2    inform her when I got there?

3      Q.    Sir, I asked the question

4    and you answered it.

5            When did you next see Nawaf

6    and Khalid?

7      A.    I saw them at the mosque.

8      Q.    And how did you come to see

9    them at the mosque?

10     A.    I arrived late to the

11   prayer, and I found them speaking with

12   the Imam and the other people who were

13   praying.

14     Q.    Which prayer?

15     A.    From what I remember, it was

16   the dusk prayer.

17           INTERPRETER ABDEL-RAHMAN:

18     It also means afternoon.

19           INTERPRETER MIKHAIL:

20     Interpreter corrects.  The

21     afternoon prayer.

22   BY MR. POUNIAN:

23     Q.    And was it just happenstance

24   that you were at the mosque at the same

This Transcript Contains Confidential Material

1    time Nawaf and Khalid were at the mosque?

2          A.    No.  They were already at

3    the mosque, and I arrived late for the

4    prayer and I met them there.

5          Q.    And how long had they been

6    at the mosque before you arrived?

7          A.    I don't remember.

8          Q.    And what mosque did you see

9    them at?

10         A.    Islamic Center.

11         Q.    And did you walk up to them

12   when you saw them?

13         A.    No, they came and they said,

14   peace be on you.

15         Q.    So the first time that you

16   saw them, they came up to you at the

17   Islamic Center of San Diego; is that

18   right?

19         A.    Yes.

20         Q.    And before that, had anyone

21   told you that they were at the Islamic

22   Center of San Diego?

23         A.    No, no one told me.

24         Q.    And was anyone else present

This Transcript Contains Confidential Material

1    when you talked to them?

2         A.    Yes.  It was during the

3    prayer time, there were people present.

4         Q.    Was anyone else part of the

5    conversation that you had with them?

6         A.    I don't remember.

7         Q.    Had they talked to anyone

8    else at the mosque?

9         A.    I don't think so.

10        Q.    So the first person they had

11   a conversation with at the mosque was

12   you?

13             MR. SHEN:  Objection to

14        form.  Objection.  It's a

15        statement.  There's no question.

16             MR. POUNIAN:  That's a

17        question.

18             INTERPRETER MIKHAIL:  So it

19        is a question?

20             THE WITNESS:  They were

21        there before me.

22   BY MR. POUNIAN:

23        Q.    Did you see them talking to

24   anyone else at the mosque?

This Transcript Contains Confidential Material

1    A.    After that, when they came

2  to rent the apartment.

3    Q.    And what day was that on?

4    A.    I don't remember.

5    Q.    Well, how long after you

6  first saw them at the -- how long after

7  you first saw them did they -- did you

8  meet them about renting the apartment?

9    A.    I really don't remember.

10    Q.    How long had it been since

11  you saw them in Los Angeles until the

12  time you saw them for the first time in

13  San Diego?

14    A.    It could be a week.  It

15  could be four days.  I really don't

16  remember.  I don't know.

17    Q.    Could it be one day?

18    A.    I don't believe one day.

19    Q.    Could it be two days?

20    A.    I don't remember.

21    Q.    And why do you not believe

22  one day?

23    A.    Because it didn't happen

24  right away that they came.  It was

This Transcript Contains Confidential Material

1  sometime later.

2       Q.    And how long later?

3       A.    You mean after I met them in

4  Los Angeles?

5       Q.    Yes.

6       A.    I don't recall.

7       Q.    So you don't know how long

8  it was between the time you met them in

9  Los Angeles and the time you first saw

10 them in San Diego?

11      A.    I don't remember.

12           MR. POUNIAN:  Let's go on

13      the FBI record.

14           VIDEO TECHNICIAN:  Did you

15      say go on the FBI record?

16           MR. POUNIAN:  Oh, we're

17      still on it.  Okay.  I'm fine.

18      Thank you.

19           If we could mark as the next

20      exhibit FBI 8023 to 60, please.

21                -  -  -

22           (Whereupon, Exhibit

23      al-Bayoumi-704, FBI 8023-8060, was

24      marked for identification.)

This Transcript Contains Confidential Material

```
 1                    -  -  -

 2            MR. POUNIAN:  If we could go

 3       to PDF 4 on this document, which

 4       is FBI 8026.

 5  BY MR. POUNIAN:

 6       Q.    Sir, is this -- is this your

 7  handwriting on this document?

 8       A.    Yes.  Yes.

 9       Q.    All the handwriting that's

10  on this page is your handwriting; is that

11  right?

12       A.    No.

13       Q.    What handwriting is not your

14  handwriting?

15       A.    (In English) Social

16  Security.

17            (Through Interpreter) That

18  thing down there, Social Security.  And

19  after that also.

20       Q.    I don't see any handwriting

21  at Social Security.

22            Oh, you're saying that --

23  you're saying that is not your

24  handwriting?
```

This Transcript Contains Confidential Material

1        A.    (In English) Yes, yes, yes.

2        Q.    But the name above that is

3   your handwriting?

4        A.    Yes.

5        Q.    That's your handwriting?

6        A.    Yes, yes.

7        Q.    And if we go down below to

8   where it says, Residences, this is your

9   handwriting here also?

10        A.    Yes.

11              MR. POUNIAN:  Go to the next

12        page of the document.  And we're

13        going to have to flip.

14   BY MR. POUNIAN:

15        Q.    Is that your handwriting

16   there under --

17        A.    Yes.

18        Q.    Everything there that we're

19   showing is your handwriting under,

20   Personal references, and, In case of

21   emergency?

22        A.    Yes.

23        Q.    Okay.

24              MR. POUNIAN:  Now, could we

This Transcript Contains Confidential Material

1          now go to 18 of the PDF on this

2          document, please?

3     BY MR. POUNIAN:

4          Q.    And is that your signature,

5     sir?

6          A.    Yes.

7                MR. POUNIAN:  And could we

8          go to Page 25?  And could we just

9          highlight.

10    BY MR. POUNIAN:

11         Q.    Is that -- is the lower

12    right-hand signature, is that your

13    signature?

14               MR. POUNIAN:  No, below

15         that.

16               THE WITNESS:  Yes, the one

17         below.  Yes.

18    BY MR. POUNIAN:

19         Q.    You signed below your name

20    and someone else signed above your name;

21    is that right?

22         A.    Yes, yes.

23               MR. POUNIAN:  And if we

24         could go to Page -- it's 8053 in

This Transcript Contains Confidential Material

1          the lower right-hand corner, about

2          six pages later.

3                And if we could just

4          highlight Mana Life on the

5          right-hand side under E.  Just

6          highlight that.

7     BY MR. POUNIAN:

8          Q.    Sir, what is -- what is Mana

9     Life?

10         A.    (In English) I don't know.

11         Q.    This came up on your credit

12    report.

13                Do you know what that is?

14         A.    (In English) No.

15                (Through Interpreter) My own

16    credit report?  No.

17         Q.    All right.

18                MR. POUNIAN:  If we could

19         now mark as the next exhibit FBI

20         8276, please.

21                     -  -  -

22                (Whereupon, Exhibit

23         al-Bayoumi-705, FBI 8276-8281, was

24         marked for identification.)

This Transcript Contains Confidential Material

1                    -  -  -

2  BY MR. POUNIAN:

3          Q.    And, again, sir, is this

4  your handwriting on this document?

5          A.    Yes.

6                MR. POUNIAN:  And if we

7          could turn to the next page, FBI

8          8277.

9  BY MR. POUNIAN:

10         Q.    Is this your -- is this your

11 handwriting in the personal references

12 and in case of emergency on this

13 document?

14         A.    Yes.

15         Q.    And did you -- is it your

16 handwriting next to the date on this

17 document in the lower -- is that your

18 handwriting of the date?

19         A.    The date, yes.

20         Q.    But not the signature?

21         A.    No.

22         Q.    All right.

23                MR. POUNIAN:  If we go to

24         the next page, 8278.

This Transcript Contains Confidential Material

1    BY MR. POUNIAN:

2         Q.    And we've already -- I've

3    already shown you this document earlier.

4              And you said this was your

5    signature except for the line where it

6    says Social Security.

7         A.    Yes.

8              MR. POUNIAN:  And if we

9         could turn to the next page.

10   BY MR. POUNIAN:

11        Q.    And, again, this is your

12   handwriting here?

13        A.    Yes.

14        Q.    And you handwrote in the

15   date on the bottom here also?

16        A.    Yes.

17              MR. POUNIAN:  And if we

18        could go to the next page, please.

19   BY MR. POUNIAN:

20        Q.    And do you recognize your

21   handwriting on this page, sir?

22        A.    Yes.

23        Q.    And is your handwriting --

24   did you handwrite your name?

This Transcript Contains Confidential Material

1          MR. POUNIAN:  If you can

2      scroll up, please, at the top.

3      Thank you.  And just highlight the

4      name.

5  BY MR. POUNIAN:

6      Q.    You handwrote that and your

7  driver's license number?

8      A.    I don't remember.

9      Q.    Is that your handwriting?

10     A.    Yes.

11     Q.    And is it your handwriting

12 under, Residences, and, Employment?

13     A.    The residences, yes.

14     Q.    But it's not your

15 handwriting under employment?

16     A.    No.

17     Q.    All right.

18         MR. POUNIAN:  If we go to

19     the next page.

20 BY MR. POUNIAN:

21     Q.    Is everything on this page

22 your handwriting, sir?

23     A.    Yes.

24     Q.    Did you go with Khalid and

This Transcript Contains Confidential Material

1   Nawaf to the Parkwood Apartments rental

2   office?

3          A.     Yes.

4          Q.     Did you show them where that

5   was?

6          A.     Yes.

7          Q.     And where did you meet them

8   when you took them to that office?

9          A.     I really don't remember now.

10         Q.     But you met them somewhere

11  and then took them to the Parkwood

12  Apartments rental office?

13         A.     Yes.

14         Q.     And did you go with Khalid

15  and Nawaf to the Bank of America?

16         A.     Yes.

17         Q.     And did you help them set up

18  a bank account there?

19         A.     No.  The bank was

20  immediately behind us.  I went with them,

21  and they opened the account.

22         Q.     And did you help them -- did

23  you show them where the bank was?

24         A.     I went with them to the

This Transcript Contains Confidential Material

1   bank.

2          Q.    You walked with them?

3          A.    Yes.

4          Q.    And where did you walk from?

5          A.    (In English) From the

6   complex.

7          Q.    And that's where you lived?

8          A.    Yes.

9          Q.    And you took them to the

10  bank?

11         A.    I went with them to the

12  bank, yes.

13         Q.    And what was the purpose of

14  going with them to the bank?

15         A.    The manager requested a

16  check for the rent.

17         Q.    You're saying the manager of

18  the Parkwood Apartments?

19         A.    Yes.

20         Q.    And did you go -- you

21  took -- you then took Khalid and Nawaf to

22  the bank?

23         A.    (In English) I walked with

24  them to the bank.

This Transcript Contains Confidential Material

```
 1                  (Through Interpreter) I
 2    walked with them to the bank.
 3         Q.    And did you get a check for
 4    them from your account?
 5         A.    No, they went to open an
 6    account at the bank.  But the teller
 7    there said that a check cannot issue
 8    right then.  The account needed 24 hours
 9    to activate.
10         Q.    Did you translate for them
11    at the bank?
12         A.    Yes.
13                Then the employee said, let
14    them deposit the money in your account
15    and issue the check from your account.
16                (In English) Same amount.
17                (Through Interpreter) Same
18    amount.
19         Q.    And you wrote a check from
20    your account for the payment for the --
21    for Nawaf and Khalid?
22         A.    No.  They deposited the
23    amount in the account.  Then a check was
24    issued for the Parkwood Apartments.
```

This Transcript Contains Confidential Material

```
 1        Q.    And the check was issued
 2   from your account to the Parkwood
 3   Apartments; is that right?
 4        A.    Yes.  After the deposit was
 5   made.
 6        Q.    And the deposit was made
 7   how?
 8        A.    They deposited the money,
 9   and we issued the check right away.
10        Q.    And they deposited cash?
11        A.    Yes, yes.
12        Q.    And you saw the cash?
13        A.    Yes.
14        Q.    And what did you do with the
15   check when you got it?
16        A.    (In English) To the manager.
17              (Through Interpreter) To the
18   manager.  To the manager of the complex
19   for the rent.
20        Q.    So you walked back to the
21   complex and gave the manager the check?
22        A.    Yes.
23        Q.    And Nawaf and Khalid were
24   with you?
```

This Transcript Contains Confidential Material

```
 1            A.     Yes, yes.

 2            Q.     And what time of day was it

 3    when you got back to the apartment

 4    complex?

 5            A.     I don't remember.

 6            Q.     Did Khalid or Nawaf deposit

 7    money at the bank?

 8            A.     They deposited that amount

 9    into my account immediately.  They gave

10    it to the teller and the teller made the

11    deposit into my account, then I gave them

12    the check.

13            Q.     They gave the teller cash

14    that was to be deposited in your account

15    to cover the amount of the check; is that

16    right?

17            A.     Yes.

18            Q.     And did they also deposit

19    cash for their own account that they were

20    opening at the bank?

21            A.     I don't know.  Because they

22    were speaking with the teller.  I don't

23    know.

24            Q.     But you were translating for
```

This Transcript Contains Confidential Material

```
 1              MS. FLOWERS:  And you have
 2       stated your objections repeatedly
 3       to attempt to coach this
 4       witness --
 5              MR. SHEN:  I'm not coaching
 6       the witness.
 7              MS. FLOWERS:  And you need
 8       to knock off.
 9              MR. SHEN:  If you want to
10       use a document that's in the
11       record, go ahead and use a
12       document.  If you want to
13       characterize the document and you
14       do it in a misleading and false
15       manner, then I can state my
16       objections.
17              MS. FLOWERS:  There's been
18       nothing false.  There's been a
19       heck of a lot of coaching of this
20       witness.  And it needs to quit.
21              Please don't translate all
22       the objections.  Translate the
23       question.  And let's get a
24       succinct objection on the record.
```

This Transcript Contains Confidential Material

```
 1              THE WITNESS:  First of all,
 2         let me tell you that if I called
 3         Fahad al-Thumairy ten times, he
 4         wouldn't answer.  This is the
 5         first thing.
 6              And the second thing is that
 7         whenever I called Fahad
 8         al-Thumairy, it was regarding
 9         either mushaffs or a question from
10         one of the mosque patrons.
11    BY MR. POUNIAN:
12         Q.    Did Fahad al-Thumairy call
13    you?
14         A.    Well, Fahad, I really
15    can't -- you know, Fahad doesn't answer
16    the phone calls coming to him.  Maybe out
17    of 50 calls, he would answer one.
18              So, for example, if I had
19    someone who was asking a question which I
20    should direct to him, or to another Imam
21    or another Sheikh, it was hard to get
22    ahold of him.  It was hard to get him to
23    answer the phone.
24         Q.    Sir, I asked you about this
```

This Transcript Contains Confidential Material

```
1    group of calls.

2              There's a group of calls

3    from December 6th, 1999, to February 4th,

4    2000; 22 calls in that period of time.

5              Can you tell us, sir, what

6    you were talking to Fahad al-Thumairy

7    about on those calls?

8              MR. SHEN:  Objection.

9         Completely mischaracterizes the

10        record.

11             THE WITNESS:  It's either

12        one of two things.

13             Number one, if we needed the

14        mushaffs.  The second thing would

15        be someone in the mosque asking a

16        question to which I needed an

17        answer.

18   BY MR. POUNIAN:

19        Q.   Sir, do you remember what

20   you were talking about on these phone

21   calls, these 22 calls, to or from Fahad

22   al-Thumairy?

23             MR. SHEN:  Objection.

24        Mischaracterizes the record.
```

This Transcript Contains Confidential Material

1                THE WITNESS:  Well, the

2        calls were not necessarily coming

3        from me.  It could be from one of

4        the worshippers in the mosque.

5                As, for example, there's a

6        call on December 19th, one on

7        December 20th, another on December

8        21st, 21st, 27th, all the way to

9        February 4th.  And it could be one

10       of the worshippers asking --

11       calling to ask a question.  It's

12       not necessarily me.

13   BY MR. POUNIAN:

14       Q.    And there's calls from Mr.

15   Thumairy to your cell number; is that

16   right, sir?

17                MR. SHEN:  Objection.  He

18       can answer as to what is stated on

19       the document.  You're not showing

20       him the source documents.

21                I assume you're not asking

22       him to verify the veracity of what

23       you have put on this document.

24                MS. FLOWERS:  Objection to

This Transcript Contains Confidential Material

1           Why would you be calling the

2  Culver City court on July 13th, 2000?

3           MR. SHEN:  Objection.

4      Assumes facts not in evidence.

5           THE WITNESS:  I don't

6      remember.

7           VIDEO TECHNICIAN:  Interrupt

8      real quick.  Steve, we are not in

9      the FBI documents right now,

10      correct?

11           MR. POUNIAN:  We actually

12      are, yes.

13           VIDEO TECHNICIAN:  I'm going

14      to move everyone into the room

15      right now.

16           MS. PRITSKER:  DIB counsel

17      is now being excluded from the

18      deposition.

19                -  -  -

20           (FBI Protected Material.)

21                -  -  -

22  BY MR. POUNIAN:

23      Q.   Did Nawaf and Khalid move

24  into the Parkwood Apartments?

This Transcript Contains Confidential Material

1    A.    Yes.  They rented in

2  Parkwood.

3    Q.    And do you recall when they

4  moved into the building?

5    A.    No, I don't remember.

6    Q.    Where was their apartment?

7    A.    It was on the same line

8  where my apartment was.

9    Q.    And did you visit their

10  apartment when they moved in?

11    A.    No.

12    Q.    Did you ever visit their

13  apartment?

14    A.    I did not visit.  But there

15  was an occasion where there was an

16  honoring of volunteers at the mosque and

17  there were families, so we had to take

18  their apartment to accommodate everyone.

19    Q.    And who had to take their

20  apartment to accommodate everyone?

21    A.    So there was an occasion at

22  my apartment, at my place, where families

23  came -- where people came and they

24  brought their families with them.

This Transcript Contains Confidential Material

1          Part of the families were

2     females.  And we have separation, where

3     men and women don't mingle.  So the

4     people had to go and request for them to

5     use the apartment for the night to have

6     dinner.  So they did not approve easily,

7     but eventually they approved.

8          Q.    And why do you say "they did

9     not approve easily"?

10          A.    They did not want to.

11          Q.    They told you that?

12          A.    No.  The people that brought

13     their families with them, they went and

14     they asked them, we need the apartment

15     because we have people, the families with

16     us.

17          At the beginning they said

18     no.  But when they saw the people coming,

19     eventually they said okay, fine, no

20     problem.

21          Q.    Isn't it true, sir, that you

22     asked Khalid and Nawaf if male guests

23     could congregate in their apartment?

24          A.    It wasn't me.  It was the

This Transcript Contains Confidential Material

1  people that brought their families with

2  them.  They asked them to use the

3  apartment and eventually they said okay.

4           MR. POUNIAN:  Show the

5           witness Exhibit-703, Page 1064,

6           please.

7  BY MR. POUNIAN:

8      Q.   Sir, we're going to show you

9  that same FBI interview report regarding

10  the August 2003 interview they conducted

11  of you.

12           MR. POUNIAN:  And if we go

13           to Page 1064, which should be ten

14           pages into the document.  If we

15           could highlight the second full

16           sentence there, Because the female

17           guests.

18  BY MR. POUNIAN:

19      Q.   It states, Because the

20  female guests would be in the own

21  apartment -- his own apartment with his

22  wife, al-Bayoumi asked Khalid and Nawaf

23  if male guests could congregate in their

24  apartment.

This Transcript Contains Confidential Material

1          Do you see that, sir?

2          A.   Yes.  Their apartment did

3    not have furniture.  But it's the people

4    that brought their families that asked

5    them.  And I was one of them.

6          Q.   So you were there and you

7    were part of the group that asked them;

8    is that right?

9          A.   Yes, yes.

10         Q.   So you did ask them if

11   the -- this event could be held at their

12   apartment, right?

13         A.   So it's not that I went and

14   asked ahead.  It was what happened.  The

15   occasion was ongoing, people came and

16   they brought their families with them.

17   So the women were inside the apartment

18   and the men had to step outside.

19              So when they saw the men

20   stepping outside, we went and asked them,

21   can we use them.  At the beginning they

22   said no.  But eventually they said fine.

23   It's what happened.

24              MR. POUNIAN:  If we could

This Transcript Contains Confidential Material

```
 1            mark FBI 4015 through -- actually,

 2            it starts at FBI 4013 to 4018 as

 3            an exhibit, please.

 4                       -  -  -

 5               (Whereupon, Exhibit

 6            al-Bayoumi-707, FBI 4013-4018, was

 7            marked for identification.)

 8                       -  -  -

 9   BY MR. POUNIAN:

10         Q.    Did you videotape the party

11   that was held, sir?

12         A.    Yes, yes.

13         Q.    And did you operate the

14   video yourself?

15         A.    I and Osama and a group of

16   people were present, each of us took

17   their turn.

18         Q.    And have you seen that

19   video?

20         A.    Yes.

21         Q.    When is the last time you

22   saw it?

23         A.    When I handed it to the

24   British police.
```

This Transcript Contains Confidential Material

1  did not want to be in the pictures.  They

2  went inside when the pictures were taken.

3       Q.    Did you talk with them at

4  the party?

5       A.    No.  They were among the

6  present, those present.

7       Q.    And did you thank them for

8  having the party at their apartment?

9       A.    I don't remember, but I

10  presume so.  But I don't remember.

11       Q.    Do you know a man named

12  Hashim Al Attas?

13       A.    Yes, Hashim Al Attas.

14       Q.    And who is Hashim Al Attas?

15       A.    (In English) I forgot the

16  name.  Language institute.

17            (Through Interpreter) He was

18  my colleague at the institution.  I

19  forgot the name.  Language institute.

20       Q.    And did you become aware

21  that Khalid and Nawaf lived at his

22  apartment?

23       A.    I don't remember.

24       Q.    Do you remember placing

This Transcript Contains Confidential Material

1    phone calls to Hashim Al Attas?

2         A.    Hashim Al Attas was my

3    colleague, but I don't remember when I

4    called or whatnot.

5         Q.    Did you ever let anyone use

6    your cell phone, sir?

7         A.    Ever?  Yes.

8         Q.    And who was that?

9         A.    Yes.  When I go home --

10   usually when I go home, my cell phone is

11   usually with my kids.  And then the kids

12   go out to the pool or to the mosque and

13   the colleagues, anybody who wants to make

14   a phone call, I let them.  They do.  It's

15   normal.

16        Q.    And did you let Nawaf and

17   Khalid use your cell phone?

18        A.    Me, personally, I don't

19   think so.  But I don't remember.

20        Q.    Did you see Nawaf and Khalid

21   at the Parkwood Apartments after the

22   party?

23        A.    The time -- it was a very

24   short period of time during that time.  I

This Transcript Contains Confidential Material

1    would see them when I would be on my way

2    to the mosque or on my way back.  Yes, I

3    would see them.

4         Q.    And where did you see them?

5         A.    I would see them by the pool

6    with my children or when I was in the

7    apartment, because it had glass windows

8    and it's open to the outside.  The

9    inside -- those inside can view the

10   outside and vice versa.

11        Q.    Did you see them at the

12   mosque?

13        A.    At times.

14        Q.    And did you see them -- what

15   mosques did you see them at in San Diego?

16        A.    I would see them at the

17   Islamic Center.  But at times; they did

18   not pray there all the time, at times.

19        Q.    Where else did they pray?

20        A.    I do not know.  I would be

21   home.  I don't know.

22             INTERPRETER MIKHAIL:

23             Interpreter corrects.

24             THE WITNESS:  Perhaps at the

This Transcript Contains Confidential Material

1          on your own work product?

2               MR. POUNIAN:  We'll get the

3          records out and show you if you

4          want -- if you want to waste

5          another half hour on the record.

6          But I can do that.

7               MR. SHEN:  You can use your

8          remaining time however you'd like.

9          I'm objecting.

10               MS. FLOWERS:  Objection to

11          speaking objections.

12               INTERPRETER ABDEL-RAHMAN:

13          I'm not sure, Mr. Pounian, am I

14          supposed to interpret the

15          objection or no?

16               MR. POUNIAN:  Let me ask a

17          question, and you don't need to

18          interpret anything.  I'll ask a

19          new question.

20     BY MR. POUNIAN:

21          Q.   Did you pay for your trip to

22     Washington, sir?

23          A.   Yes, yes.

24          Q.   And did you use your credit

This Transcript Contains Confidential Material

1  card for the hotel there?

2      A.    I don't remember.

3      Q.    And you don't remember where

4  you stayed?

5      A.    I stayed at the hotel close

6  to the Watergate building.

7      Q.    You say that you attended

8  George Washington University for your

9  project management course; is that right?

10     A.    Yes.  The courses were given

11 at Watergate.

12     Q.    Sir, did you know Anwar

13 Aulaqi?

14     A.    Anwar Aulaqi was a mosque

15 Imam.

16     Q.    Did you know him when you

17 were in San Diego?

18     A.    I knew he was an Imam, yes.

19     Q.    And did you know him -- had

20 you met him in person?

21     A.    No.

22     Q.    Did you have contact with

23 him either in person or on the phone?

24     A.    I don't remember.

This Transcript Contains Confidential Material

1          Q.    Sir, didn't you tell the

2    9/11 Commission that you had contact with

3    Anwar Aulaqi with whom you discussed

4    religious matters and ideas?

5               MR. SHEN:  Objection to

6          form.

7               THE WITNESS:  Religious

8          matters and ideas?  No.

9               What may have happened is

10         that one of the worshippers had a

11         question and I directed him to

12         Anwar or to the other Imam of the

13         Islamic Center Abu Bakr.

14              But discussions -- religious

15         discussions between the two of us,

16         no.

17              MR. POUNIAN:  If we can show

18         the witness Exhibit-708, please.

19         Go to Page 6 and highlight the

20         paragraph just above, Involvement

21         in San Diego mosques.  It's down

22         below.  Further down.  It says,

23         Similarly.  That paragraph.  Up

24         above that.  There you go.  Thank

This Transcript Contains Confidential Material

1    you.

2    BY MR. POUNIAN:

3        Q.    The 9/11 Commission

4    memorandum states that you conceded

5    having had contact with Anwar Aulaqi,

6    with whom you discussed religious matters

7    and ideas similar to those you discussed

8    with other Imams.

9               Do you recall telling that

10   to the 9/11 Commission?

11       A.    No.  It might have been a

12   question.  But discussion in religious

13   matters, no.  I did not have time, to

14   begin with, to discuss religious matters.

15   I was busy with my studies.

16       Q.    What studies?

17       A.    My studies in America,

18   university studies.

19       Q.    What studies were you

20   carrying out in the year 2000, sir, in

21   San Diego?

22       A.    In San Diego, I had

23   courses -- I was taking courses,

24   community college courses.  And I was

This Transcript Contains Confidential Material

1  also preparing for my Ph.D.  I was doing

2  research and was preparing myself for

3  admittance at the university, whether

4  either in the United States or Great

5  Britain, in addition to the project

6  management certificate courses.

7      Q.    Well, the one record we

8  received, sir, was the project management

9  certificate of a course you took in San

10  Diego over a course of four days in

11  February, at the end of February, early

12  March 2000.

13          Are you aware of any other

14  certificates that you received for any

15  schooling during the year 2000?

16      A.    I don't remember.  But if

17  you go back to the records, you will find

18  some, for sure.

19      Q.    Well, none have been

20  produced to us by the Kingdom of Saudi

21  Arabia.

22          MR. POUNIAN:  If there are

23      any, we demand that they be

24      produced.

This Transcript Contains Confidential Material

1   BY MR. POUNIAN:

2         Q.    Sir, do you know a man named

3   Mohdar Abdullah?

4               MR. BEETAR:  Mohdar

5         Abdullah.

6               THE WITNESS:  Yes.

7   BY MR. POUNIAN:

8         Q.    And where did you know

9   Mohdar Abdullah?

10        A.    From the mosque.

11        Q.    Which mosque?

12        A.    Islamic Center in San Diego.

13        Q.    And did you also know him at

14  the Al-Madina Mosque?

15        A.    No.  Occasionally he came to

16  Al-Madina Mosque.  Very rarely.

17  Sometimes.  When there were dinners in

18  Ramadan, he showed up sometimes.

19        Q.    And did you see Mohdar

20  Abdullah with Nawaf and Khalid?

21        A.    No.

22        Q.    Now, Mohdar Abdullah

23  testified in this case that when he first

24  met Nawaf and Khalid, he was at a mosque

This Transcript Contains Confidential Material

1    and that you were there.

2                Do you recall seeing Mohdar

3    Abdullah with Nawaf and Khalid at a

4    mosque?

5        A.    I don't recall.

6        Q.    Well, you just said earlier

7    that you did not see Mohdar Abdullah

8    with Nawaf and Khalid, and now you're

9    saying you don't recall.

10                What is it, sir?

11        A.    If you realize that at the

12    mosque there would be, like, 100 persons,

13    how could one possibly tell if this man

14    was here, that man was there or was not.

15    You cannot -- you cannot know.

16        Q.    Mohdar Abdullah remembered

17    you and only you out of a group of people

18    who was there when he met with Nawaf and

19    Khalid.

20                MR. SHEN:  Objection to

21            form.  Mischaracterizes the

22            testimony.

23                THE WITNESS:  He was a poor

24            person and we showed him sympathy.

This Transcript Contains Confidential Material

1           We wanted to share meals with him

2           at the mosque.

3               And the Kurdish community

4           made food and shared meals.  They

5           invited him to share meals with

6           them.  And he came to share meals.

7               And of course he knew me

8           because I was always on the move,

9           coming in and going out.

10  BY MR. POUNIAN:

11      Q.    Well, do you remember any

12  contacts with Mohdar Abdullah other than

13  showing him sympathy and sharing -- and

14  as a result sharing meals with him?

15      A.    No.

16      Q.    And did you see Mohdar

17  Abdullah at the Al-Rribaat Mosque?

18      A.    I very rarely went to

19  Al-Rribaat Mosque, maybe once a year or

20  so.

21              (In English) Al-Rribaat is

22  far away from my home.

23              MR. POUNIAN:  If we could

24          show the witness, please, Exhibit

This Transcript Contains Confidential Material

1    FBI -- not FBI, but it's an FBI

2    exhibit -- 703.

3         MS. INT-HOUT:  And, I'm

4    sorry, we're ready?

5         MR. POUNIAN:  Ready for

6    showing an FBI exhibit.

7         VIDEO TECHNICIAN:  Yes, we

8    never left.

9         MR. POUNIAN:  I didn't think

10   so.

11        Let's go to the last page,

12   1068, please.  About three pages

13   up.  If we could highlight just

14   the second sentence there.

15   BY MR. POUNIAN:

16        Q.   This is from your interview

17   that was conducted in August of 2003 with

18   the FBI.

19        It states that, al-Bayoumi

20   recalled seeing Abdullah, Mohdar

21   Abdullah, with Khalid and Nawaf at the

22   mosque.

23        Did you tell the FBI that

24   you recalled seeing Abdullah, Mohdar

This Transcript Contains Confidential Material

1  Abdullah, with Khalid and Nawaf at the

2  mosque?

3       A.    No.   The way this phrase is

4  worded is incorrect.

5       Q.    You're saying this is not a

6  correct statement in the FBI report?

7       A.    Perhaps it's wrongly worded.

8       Q.    How would you correct the

9  wording?

10      A.    I do not know.  Perhaps I

11  saw Khalid, Abdullah and Nawaf during the

12  Eid.  It's possible, but I don't remember

13  seeing them in specific.

14      Q.    What recollection do you

15  have of seeing them during some type of

16  holiday?

17      A.    I don't remember

18  specifically.

19      Q.    Well, when you say Eid, what

20  Eid are you referring to?  Eid al-Fitr or

21  Eid al-Adha?

22      A.    I don't remember.

23      Q.    Did Nawaf call you on the

24  phone?

This Transcript Contains Confidential Material

1    A.    No.  There's no

2    relationship.  There's no relationship

3    between us.  I don't remember him

4    calling.

5    Q.    Did you give Nawaf your

6    phone number?

7    A.    Perhaps.  Perhaps in the

8    beginning, yes.  It's in the phone book.

9    Q.    Well, the records that were

10   produced to us by the FBI showed that

11   there's a phone call from the phone

12   registered to Nawaf Hazmi's cell phone to

13   your cell phone on March 9th, 2000, and a

14   second call on March 17th, 2000.

15         MR. SHEN:  Objection.  Is

16      that your representation?

17         MR. POUNIAN:  It is.  And I

18      haven't finished my question yet.

19   BY MR. POUNIAN:

20   Q.    Did you receive those phone

21   calls from Nawaf al-Hazmi?

22         MR. SHEN:  Objection.

23   BY MR. POUNIAN:

24   Q.    Or get a message from Nawaf

This Transcript Contains Confidential Material

1    was taking care of the operation.

2         Q.    And when you say "taking

3    care of the operation," he was -- the

4    funds were all coming from him is what

5    you're saying?

6         A.    Yes.  He was the one who

7    supported the mosque.  He's the owner.

8         Q.    Did you know a man named

9    Sharif Battakhi in San Diego?

10        A.    Yes.

11        Q.    And what was your

12   relationship with Sharif Battakhi?

13        A.    I didn't have a relationship

14   with him, but I knew he was at the

15   mosque, at the Islamic Center.

16        Q.    If we turn to your phone

17   book, just the page in front of you right

18   now, if we go down to the very bottom of

19   that page, there's a listing, the second

20   from the bottom, for The Saudi American

21   Bank with an account number.

22             Do you see that, sir?

23        A.    Yes.

24        Q.    And you had an account at

This Transcript Contains Confidential Material

1   The Saudi American Bank; am I right?

2         A.    Yes.

3         Q.    Is that your account number?

4         A.    I don't recall.

5               MR. POUNIAN:  And if we

6         could go up to the third page of

7         this document, FBI 1295.

8   BY MR. POUNIAN:

9         Q.    And there's a list for Bank

10  of America.  And there's an account

11  number listed there.

12              Do you see that, sir?

13              And we previously showed

14  your account number, which is the same

15  number on this particular sheet.

16              Can you identify that as

17  your account number, sir?

18        A.    No.

19        Q.    You testified before that

20  this phone list was set out in public at

21  the mosque; is that right?

22        A.    There was at the beginning.

23  Part of it was outside, and there was a

24  sheet that later on names were input by

This Transcript Contains Confidential Material

1   computer.

2          Q.    Why was your personal

3   banking information on a sheet that would

4   be shared with others?

5               MR. SHEN:  Objection.

6               THE WITNESS:  I don't know.

7          That was mine.  But then they

8          started adding names and adding

9          names.

10              INTERPRETER ABDEL-RAHMAN:

11         Could the interpreter ask the

12         witness to repeat the last part of

13         his answer?

14              THE WITNESS:  At the

15         beginning, I made that phone book

16         for myself.  At the beginning.

17         Then the volunteers started to

18         come, every time they found a

19         page, they would add it.  They

20         were helping me.

21   BY MR. POUNIAN:

22         Q.    And you can't name any of

23   those volunteers, right?

24         A.    I didn't know them.  They

This Transcript Contains Confidential Material

1    were from the Kurdish community.  But

2    they were trying to help me.  They were

3    always helping me with the computer, with

4    cleanliness, with food.  They always

5    offered help.

6           Q.    Did you know a man named

7    Yazid al-Salmi?

8           A.    No.

9           Q.    You didn't know him as the

10   nephew of Mohammad al-Salmi who worked at

11   the Presidency of Civil Aviation?

12          A.    I didn't find out until I

13   went back to Saudi Arabia later.

14          Q.    Find out what?

15          A.    I learned that he was a

16   relative of al-Salmi's.

17          Q.    And that who was a relative

18   of al-Salmi's?

19          A.    This one, Yazid.

20                Five years later, after I

21   came to Saudi Arabia, I learned that he

22   was related to Mohammad al-Salmi.

23          Q.    And you knew Yazid in San

24   Diego?

This Transcript Contains Confidential Material

```
 1                THE WITNESS:  What does he

 2        say?

 3   BY MR. POUNIAN:

 4        Q.    He said that you took him to

 5   Dr. Shaikh's house to find him

 6   accommodation.

 7                MR. SHEN:  Objection to the

 8        form.

 9   BY MR. POUNIAN:

10        Q.    That's what the interview

11   report of the FBI states.

12        A.    That's incorrect.  Dr.

13   Shaikh was willing to help anyone.  He

14   liked students, Saudi Arabian students.

15   He liked to help anyone.

16        Q.    And you knew that, sir,

17   right?

18        A.    I knew it from Dr. Shaikh's

19   personality.

20        Q.    And who did you know that

21   Dr. Shaikh had at his house when you were

22   in San Diego?

23                INTERPRETER ABDEL-RAHMAN:

24        What was the question again?
```

This Transcript Contains Confidential Material

1  BY MR. POUNIAN:

2       Q.    I said, who did you know

3  that Dr. Shaikh had staying at his house

4  while you were in San Diego?

5       A.    I didn't know.

6       Q.    Did you know that Nawaf and

7  Khalid were at Dr. Shaikh's house?

8       A.    No.

9       Q.    Did you know, sir, that Adel

10  Al Sadhan was at Dr. Shaikh's house?

11      A.    No.

12      Q.    And Mutaeb al-Sudairy, you

13  didn't know that either?

14      A.    No.

15           MR. POUNIAN:  Can we go off

16       the record for just a second,

17       please?

18           VIDEO TECHNICIAN:  Going off

19       the record at 3:59 p.m.

20                -  -  -

21           (End of FBI Protected

22       Material.)

23                -  -  -

24           MS. PRITSKER:  DIB bank has

This Transcript Contains Confidential Material

1          been excluded from the testimony

2          from 3:02 p.m. Eastern and is now

3          just back in the deposition.

4          Thank you.

5                    -  -  -

6                (Whereupon, a brief recess

7          was taken.)

8                    -  -  -

9                VIDEO TECHNICIAN:  We're

10         back on the video record at 4:01

11         p.m.  And we're going to start

12         going on the FBI record.

13               MS. PRITSKER:  DIB counsel

14         is being excluded from the

15         testimony once again.  When it was

16         brought back into the deposition

17         room, it was off record and we

18         asked that when we were brought

19         back into the room, the record

20         remain open until we have an

21         opportunity to speak.  Thank you.

22                    -  -  -

23               (FBI Protected Material.)

24                    -  -  -

This Transcript Contains Confidential Material

```
1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF NEW YORK
2                        -   -   -
3
4     IN RE: TERRORIST ATTACKS    : 03-MDL-1570
      ON SEPTEMBER 11, 2001       : (GBD)(SN)
5
6
7
                         -   -   -
8                    JUNE 11, 2021
                     VOLUME III
9          THIS TRANSCRIPT CONTAINS
             CONFIDENTIAL MATERIAL
10                       -   -   -
11
12           Remote Videotaped
13    Deposition, taken via Zoom, of OMAR
14    AL-BAYOUMI, commencing at 7:04 a.m., on
15    the above date, before Amanda
16    Maslynsky-Miller, Certified Realtime
17    Reporter and Notary Public in and for the
18    Commonwealth of Pennsylvania.
19
20                       -   -   -
21        GOLKOW LITIGATION SERVICES
          877.370.3377 ph| 917.591.5672 fax
22             deps@golkow.com
23
24
```

This Transcript Contains Confidential Material

```
1          remember.  It could have been
2          another person who called.
3   BY MR. POUNIAN:
4          Q.    Another person who called
5   him from your phone in your office at the
6   mosque and then on your cell phone and
7   then again on the -- so you're saying
8   that someone may have used those phones
9   all to call Mutaeb al-Sudairy at the end
10  of January and early February 2000?
11         A.    I cannot say that a specific
12  person made that phone call.  I don't
13  know who exactly made the call.  I don't
14  remember.
15         Q.    Are you saying, sir, that
16  you didn't make the call on your own
17  phone?
18         A.    I don't remember, no.
19         Q.    Do you know a man named
20  Osama Bosnan?
21         A.    His wife was friends with my
22  wife.
23         Q.    And did you know him?
24         A.    Superficial knowledge from
```

This Transcript Contains Confidential Material

1    the mosque.

2         Q.    And what was he doing in San

3    Diego?

4         A.    I don't know.

5         Q.    Did you know that he had

6    worked at one time at the Saudi Embassy

7    in Washington, D.C.?

8         A.    I didn't know.

9         Q.    Do you know a man named

10   Yassar Bushnak?

11        A.    No.

12        Q.    Now, your phone records,

13   also, sir, show calls on February 4th,

14   2000, to Anwar Aulaqi, followed by --

15   that's at 4:40 p.m., followed by a call

16   to the Al-Rribaat Mosque at 4:42 p.m.,

17   and another call to the Al-Rribaat Mosque

18   at 4:43 p.m.

19             Why were you trying to reach

20   Anwar Aulaqi on February 4th, 2000?

21             MR. SHEN:  Objection to

22        form.

23             THE WITNESS:  I don't recall

24        specifically calling him.  But if

This Transcript Contains Confidential Material

1          I called him, that must have meant

2          that there was an outstanding

3          question that was asked and it

4          required an answer.

5               So someone must have had a

6          question that I directed to him to

7          answer.

8    BY MR. POUNIAN:

9          Q.    And who had that question,

10   sir?

11         A.    (The Witness) Many people --

12   many people ask questions.  I don't know

13   exactly.

14         Q.    And you sent them to Anwar

15   Aulaqi?

16         A.    Maybe the contact attempt

17   was made to get an answer for the

18   question.  It could have been made to

19   Anwar Aulaqi, to the Islamic Center, to

20   any place which had Sheikhs.

21         Q.    And you would call Anwar

22   Aulaqi to make such -- forward such

23   questions -- to forward such questions?

24         A.    Not necessarily Anwar

This Transcript Contains Confidential Material

1    Aulaqi, per se.  To anyone that could

2    possibly answer the question.

3                And the document that we had

4    yesterday in red, which showed telephone

5    numbers and names of Al-Rribaat Mosque

6    and others, that was used by people to

7    reach out to others to get answers to

8    their questions.

9          Q.    And you reached out to Anwar

10   Aulaqi on occasion; is that right?

11         A.    Very rarely that I would.

12         Q.    But you did, right?

13         A.    Yes, I did, on occasions,

14   like when there were dinners or

15   something.  But not too many times.

16   Perhaps once or twice.

17         Q.    Now, Mohdar Abdullah was

18   interviewed numerous times by the FBI.

19   And the FBI reports state that he told

20   the FBI that you asked him to help Nawaf

21   and Khalid shortly after they arrived in

22   San Diego.

23                Is that -- did you do that,

24   sir?

This Transcript Contains Confidential Material

```
1          A.     That's incorrect.

2                 But for newcomers, there

3     were many people, like al-Mohdar, who

4     liked to help anybody, to help everyone.

5     Especially those who needed money, they

6     liked to offer help so that they make

7     some money on the side.

8                 MR. SHEN:  We've gone for

9           well over 30 minutes now.  So why

10          don't we -- you have five more

11          minutes, and then we're going to

12          take a break and pass it on to

13          Robert.

14                MR. KRY:  We've given you

15          significant leeway over 14 hours.

16          But we do need to get to our

17          questioning.

18                MR. POUNIAN:  It's just --

19          it's painful to hear both of you

20          talk about this as if we've had

21          leeway, when this has been

22          extremely difficult and, also,

23          we've been interrupted constantly.

24                I have another line of
```

This Transcript Contains Confidential Material

1    questions here.  Let me ask them,

2    and then we'll take a break.

3        MR. CARTER:  I do just want

4    to add to this, Andy, that I know

5    Robert suggested that this was not

6    a traditional practice.  But the

7    protocol requires that all the

8    colloquy be removed for purposes

9    of counting the time.  We haven't

10   bothered to go through that.

11       But it more than offsets the

12   time that you're saying we're over

13   the limit.

14       MR. SHEN:  We don't need to

15   be bean counters.  Like I said,

16   I'm not --

17       MR. CARTER:  I'm not being a

18   bean counter.

19       MR. SHEN:  -- ask redirect

20   questions.

21       MR. CARTER:  I think we have

22   14 hours, Andy, with the colloquy.

23       MR. SHEN:  I'm sure you're

24   going to ask redirect questions,

This Transcript Contains Confidential Material

1    However, there were some transactions

2    that he would refer to Salmi for these

3    transactions.  Also, there were other

4    times that he would go to Dallah and hold

5    meetings there, and that would be at

6    Dallah.

7         Q.    Did you ever see Alawi Kamel

8    come to the Airways Engineering offices

9    and instruct Alp Karli how to perform his

10   work at Airways Engineering?

11        A.    No.

12        Q.    Did you ever see anyone else

13   come from Dallah headquarters to Airways

14   Engineering to direct Alp Karli how to

15   conduct his work?

16        A.    No.  But people came from

17   Dallah.  Also, Karli was a big manager.

18   He was not somebody to take instructions.

19   He was someone to give instructions.

20        Q.    Did Karli ever take

21   instructions from al-Salmi?

22        A.    I do not know.

23        Q.    Other than the fact that

24   there were times that Alp Karli attended

This Transcript Contains Confidential Material

1  meetings at the Dallah offices, are you

2  aware of any other specific facts showing

3  that Dallah Avco directed and supervised

4  Alp Karli's work at Airways Engineering?

5          A.    No.

6          Q.    When Alp Karli went to

7  Dallah offices to attend meetings, do you

8  know what the subject of those meetings

9  was?

10         A.    No.

11         Q.    All right.

12              MR. KRY:   I'm going to mark

13         as Exhibit-719 a document produced

14         at KSA 1054.

15              This is a PCA form, dated

16         November 23rd, 1993, concerning

17         your transfer from the PCA's

18         financial administration

19         department to Airways Engineering.

20  BY MR. KRY:

21         Q.    Mr. al-Bayoumi, why did you

22  transfer from financial administration to

23  Airways Engineering in 1993?

24         A.    It was for the purpose of

This Transcript Contains Confidential Material

1   the Saudization of the posts at the

2   Airways Engineering.

3              MR. KRY:  Give me one

4        moment.

5                   -  -  -

6              (Whereupon, a discussion off

7        the record occurred.)

8                   -  -  -

9              MR. NITZ:  It's in there,

10       it's under Exhibit-364 because

11       it's been previously marked.  So

12       it should be in there under 364.

13                  -  -  -

14             (Whereupon, a discussion off

15       the record occurred.)

16                  -  -  -

17             MR. KRY:  And I may have

18       misspoken on the Bates number.

19       This one was produced at KSA 4515.

20             MR. NITZ:  No, you got it

21       right, Robert.  This is 1054.

22             MR. KRY:  I think there's a

23       discrepancy in the documents.  Can

24       I put up KSA 4515?

This Transcript Contains Confidential Material

1        MR. NITZ:  I'll get that one

2    up.  And we'll call this one 719.

3        MR. KRY:  Thank you.

4            -  -  -

5        (Whereupon, Exhibit

6    al-Bayoumi-719, KSA0000004515,

7    Human Resources Department Letter,

8    was marked for identification.)

9            -  -  -

10   BY MR. KRY:

11       Q.    Mr. al-Bayoumi?

12       A.    (In English) Yes.

13       Q.    Do you see that al-Salmi

14   signed this form confirming that you had

15   begun work at Airways Engineering in

16   1993?

17       A.    Yes.

18       Q.    And do you recognize that

19   signature as al-Salmi's on the left-hand

20   side of the document?

21       A.    Yes.

22       Q.    To your knowledge, did

23   anyone at Dallah Avco play any role in

24   your transfer from financial

This Transcript Contains Confidential Material

1   time period, that you were insisting on a

2   specialized English course in accounting,

3   finance, contracts?

4        A.    It's accounting and finance,

5   yes.  No engineering.

6              I don't remember.  I don't

7   remember exactly.

8        Q.    Were those courses relevant

9   to your work at Airways Engineering?

10       A.    Yes.  If it was -- if it was

11  made available to me, it would help me a

12  lot.

13             MR. KRY:  Let's mark as

14        Exhibit-722 a document produced at

15        KSA 1032.

16                  -   -   -

17             (Whereupon, Exhibit

18        al-Bayoumi-722,

19        KSA0000001032-1033, 5/30/94

20        Letter, was marked for

21        identification.)

22                  -   -   -

23  BY MR. KRY:

24        Q.    This is an employee leave of

This Transcript Contains Confidential Material

1  absence request you submitted to the PCA

2  for a 90-day regular leave, which

3  ultimately started on August 28th, 1994.

4          Do you recall requesting a

5  90-day leave from the PCA that started on

6  August 28th, 1994?

7          A.    Yes.

8          Q.    Was the purpose of this

9  leave to pursue your educational studies

10  in San Diego?

11          A.    It's not a leave.  It's a

12  vacation.  It's time off.

13          Q.    Was the purpose of this time

14  off to pursue educational studies in San

15  Diego?

16          A.    Yes.

17          Q.    The second block on this

18  form is labeled, Official approval.

19          Do you recognize al-Salmi's

20  signature in that block?

21          A.    Yes.

22          Q.    To your knowledge, did

23  Dallah Avco have any role in approving

24  this time-off request?

This Transcript Contains Confidential Material

1          A.    I do not know if it was

2    Dallah Avco.  There are two initials here

3    before al-Salmi.  But I do not know.

4              MR. KRY:  Let's mark as

5          Exhibit-723 a document produced at

6          KSA 1040.

7                    -  -  -

8              (Whereupon, Exhibit

9          al-Bayoumi-723,

10         KSA0000001040-1041, 11/6/94

11         Letter, was marked for

12         identification.)

13                   -  -  -

14   BY MR. KRY:

15         Q.    This is a November 6th,

16   1994, request for a 90-day exceptional

17   leave, starting November 27th, 1994.

18              Do you recall that after

19   your regular leave expired, you asked the

20   PCA for a 90-day exceptional leave?

21         A.    Yes.

22         Q.    And was the purpose of that

23   exceptional leave also to continue your

24   educational studies in the United States?

This Transcript Contains Confidential Material

1        A.    Yes.

2        Q.    Do you recognize al-Salmi's

3   signature on this form, too?

4        A.    Yes.

5        Q.    And, to your knowledge, did

6   Dallah Avco have any role in approving

7   this request?

8        A.    I do not know.

9             MR. KRY:  Let's mark as

10            Exhibit-724 a document produced at

11            KSA 1046.

12                 -   -   -

13            (Whereupon, Exhibit

14            al-Bayoumi-724, KSA0000001046,

15            2/7/1995 Letter, was marked for

16            identification.)

17                 -   -   -

18   BY MR. KRY:

19        Q.    This is a February 7th,

20   1995, request for a second 90-day

21   exceptional leave to start on February

22   27th, 1995.

23             Do you recall asking the PCA

24   for this additional second exceptional

This Transcript Contains Confidential Material

1    leave after the first 90-day exceptional

2    leave expired?

3         A.    Yes.

4         Q.    Was the purpose of that

5    leave also to continue your studies in

6    the United States?

7         A.    Yes.

8         Q.    Did al-Salmi sign this form,

9    too?

10        A.    Yes.

11        Q.    And, to your knowledge, did

12   Dallah Avco have any role in approving

13   this second exceptional leave?

14        A.    I do not know.

15             MR. KRY:  I'm going to show

16        you now an exhibit that was

17        previously marked Kamel

18        Exhibit-115, produced at DA 2267.

19   BY MR. KRY:

20        Q.    This is a letter dated March

21   30th, 1994, from al-Salmi to a company in

22   Texas called Avco Overseas.

23             The letter states, You are

24   requested to pay the tuition for Mr. Omar

This Transcript Contains Confidential Material

1    al-Bayoumi of U.S. $4,430.

2              And further down, it adds:

3    In addition, you are requested to pay

4    weekly living allowance up to 30 weeks of

5    U.S. $600 to Mr. al-Bayoumi.

6              When you were studying at

7    SDSU in 1994 and 1995, did Avco Overseas,

8    in fact, pay your tuition and living

9    expenses, as stated in this letter?

10         A.    I do not know.

11         Q.    Who paid your tuition for

12   San Diego State University?

13         A.    Who paid?  I don't know.

14         Q.    Do you recall that an ANSS

15   subcontractor paid your living expenses

16   during the time you were in San Diego?

17         A.    I think so, yes.

18         Q.    And do you recognize Avco

19   Overseas as a subcontractor that used to

20   provide services for the ANSS project?

21         A.    I don't remember.

22         Q.    Did you ever discuss these

23   subcontractor payments from Avco Overseas

24   with al-Salmi?

This Transcript Contains Confidential Material

1        A.    Yes.  Alp Karli.

2        Q.    So Alp Karli, the ANSS

3   employee, was the one who helped you make

4   these arrangements for you to be seconded

5   to the ANSS project?

6        A.    So when I first got to the

7   ANSS, Karli spoke to me and he said,

8   you're going to replace me, you're going

9   to take my post, but get yourself ready.

10  You need to study English and take

11  courses for you to be qualified.

12       Q.    And in order to accomplish

13  that, Alp Karli helped make arrangements

14  for you to be seconded to the ANSS

15  project so that you could continue your

16  studies in the United States?

17       A.    I don't know if it was Karli

18  or someone else.  But it was Karli that

19  helped with the project, and he's the one

20  who told me, your post is going to be

21  like that in the future.

22       Q.    Okay.  And the reason for

23  the secondment was so you could pursue

24  educational studies in the United States?

This Transcript Contains Confidential Material

1    A.    Yes.

2         Q.    And did anyone at Dallah

3    Avco ever tell you that Dallah Avco, the

4    company, had an urgent need for your

5    services?

6         A.    At that time, many companies

7    wanted my services.

8         Q.    Okay.  But the reason why

9    you were seconded to the project related

10   to your educational studies?

11        A.    No.  It had to do with the

12   Saudization.

13        Q.    The -- when you say

14   "Saudization," you're referring to the

15   fact that you planned to take over Alp

16   Karli's job at the contract, finance and

17   controls unit?

18        A.    Yes.

19        Q.    And to do that, you needed

20   to pursue educational studies in the

21   United States?

22        A.    Yes.

23        Q.    All right.

24             MR. KRY:  Let's put up a

This Transcript Contains Confidential Material

1          document previously marked Kamel

2          Exhibit-112, which was produced at

3          DA 1016.

4    BY MR. KRY:

5          Q.    This is an authorization to

6    hire form from al-Salmi authorizing

7    Dallah Avco to hire you on to the ANSS

8    project effective June 6, 1995.

9              Do you recognize the PCA

10   letterhead at the top of this form?

11         A.    Yes.

12         Q.    And do you recognize

13   al-Salmi's signature at the bottom of the

14   form?

15             And I mean the signature on

16   the right-hand side.

17         A.    Yes.  Yes.

18         Q.    On the left-hand side, next

19   to --

20         A.    But there's someone -- I'm

21   sorry.

22             There's someone who has his

23   initial on the left-hand side.

24         Q.    I was just about to ask you

This Transcript Contains Confidential Material

1                    -   -   -

2    BY MR. KRY:

3         Q.    This is a letter that you

4    wrote to al-Salmi, which is stamped as

5    having been received on January 17th,

6    2000, requesting that al-Salmi authorize

7    the disbursement of certain vacation pay

8    that you were entitled to as an ANSS

9    project employee.

10             Do you recall writing to

11   al-Salmi to request that he authorize the

12   disbursement of your vacation pay?

13        A.    I don't remember, no.

14        Q.    Is the signature toward the

15   top of the document your signature?

16        A.    (The Witness) Yes.

17             (Through Interpreter) Yes.

18        Q.    And is the -- do you see

19   there's also a handwritten response at

20   the bottom of the letter?

21        A.    Yes.

22        Q.    And is the signature under

23   that response al-Salmi's signature?

24        A.    Yes.

This Transcript Contains Confidential Material

1          Q.    These salary and benefits

2     that you received as an ANSS employee

3     over the course of your five-year

4     secondment, were those funds used to pay

5     your education and living expenses in the

6     United States while you were pursuing

7     education?

8          A.    Yes.

9          Q.    Did you ever use those

10    salary and benefits to fund any illegal

11    activities?

12         A.    No.

13         Q.    Did you ever tell anyone at

14    Dallah Avco that you were going to use

15    your ANSS salary and benefits for any

16    purpose other than your educational and

17    living expenses in the United States?

18         A.    No.

19         Q.    Okay.

20              MR. KRY:  We're going to

21         need to go on the FBI record for

22         about ten minutes.

23              Can we do that, please?

24              MS. PRITSKER:  DIB counsel

This Transcript Contains Confidential Material

1    is now being excluded from the
2    deposition.
3             VIDEO TECHNICIAN:  One
4    moment.
5                  -  -  -
6             (FBI Protected Material.)
7                  -  -  -
8             VIDEO TECHNICIAN:  Okay.
9    You should be good.
10            MR. KRY:  Can we please put
11   up what was previously marked
12   Exhibit-703, Bates numbered FBI
13   1055?
14            This is the summary of the
15   interview you gave to the FBI in
16   2003.  And if we can zoom in on
17   the paragraph that spans from the
18   bottom of Page 1 to the top of
19   Page 2.
20   BY MR. KRY:
21        Q.    That paragraph states as
22   follows:  Depending on the budgetary
23   situation, al-Bayoumi was sometimes told
24   that funding for his tuition and/or

This Transcript Contains Confidential Material

1    during this timeframe?

2         A.    No.

3         Q.    Mr. Khan testified

4    previously in this case that Airways

5    Engineering determined the amount of the

6    other allowances that would be paid to

7    ANSS employees.

8              Do you have any specific

9    reason to disagree with him?

10        A.    (The Witness) Can I have the

11   question, please?

12             INTERPRETER AL-HALABI:  The

13        witness asked to repeat the

14        question.

15             THE WITNESS:  I don't know.

16   BY MR. KRY:

17        Q.    Do you know whether Mr.

18   Khan, as the director of Dallah Avco's

19   manpower services, would be knowledgeable

20   about that topic?

21        A.    I don't know.

22             MR. KRY:  If we could turn

23        to Page DA 462 of this exhibit.

24   BY MR. KRY:

This Transcript Contains Confidential Material

```
1        Q.    This is the April 2000 pay

2   slip.

3        A.    (The Witness) Time to pray

4   now.

5             MR. KRY:  How long do you

6        need?

7             THE WITNESS:  (The Witness)

8        Just ten minutes.

9             MR. KRY:  Okay.  We'll take

10        a ten-minute break.

11             VIDEO TECHNICIAN:  We're

12        going to go off the record, 12:30

13        p.m.

14                  -  -  -

15             (Whereupon, a brief recess

16        was taken.)

17                  -  -  -

18             VIDEO TECHNICIAN:  We're

19        back on the record at 12:41 p.m.

20   BY MR. KRY:

21        Q.    We were looking at

22   Exhibit -- Khan Exhibit-103.  And we've

23   now gone to your April 2000 pay slip.

24             And if you'll look at this
```

This Transcript Contains Confidential Material

1  pay slip, the amount of the other

2  allowance increases substantially.

3  You'll recall in the earlier pay slip it

4  was 1,742 riyals per month and now on

5  this pay slip it's gone up to 14,271

6  riyals.

7              Do you recall that around

8  April 2000 you began receiving

9  significantly larger other allowances in

10  connection with your ANSS employee

11  compensation?

12       A.    Yes.  Yes, I see the

13  difference.

14              But like I mentioned before,

15  this is something that I deserve.  Maybe

16  they weren't able to adjust the basic

17  salary, but they adjusted other

18  allowance.

19              It was -- my salary was

20  supposed to increase.  It was supposed to

21  be over 25.  But it was 24-something.

22       Q.    And so did this increase in

23  your other allowances happen around the

24  time that you were complaining to Airways

This Transcript Contains Confidential Material

1  Engineering about your salary level

2  compared to Alp Karli's salary level?

3        A.    No.  As far as Alp Karli,

4  may God give him more, that's a different

5  subject.

6              But when someone with a high

7  degree, Master's, for example, or

8  something similar from America, it's

9  supposed -- he's supposed to get higher

10  salary.  But I didn't mean to compare

11  myself with Alp Karli.

12        Q.    Fair enough.

13              Did the increase in the

14  other allowances happen around the time

15  you raised concerns with Airways

16  Engineering that you weren't getting the

17  salary you should in light of your

18  educational experience and your expenses

19  in the United States?

20        A.    My educational experience

21  and my previous work experiences, yes.

22              MR. KRY:  If we can scroll

23        down a few more pages to the July

24        pay slip.

This Transcript Contains Confidential Material

1    BY MR. KRY:

2        Q.    You see that one also has an

3    other allowance of 14,271 riyals?

4        A.    Yes, I see it.

5              And I would like to add to

6    that, that during that time period I was

7    paying for my studies from my salary.

8        Q.    So was this other allowance

9    intended to fund your education and

10   living expenses while you were on your

11   educational leave in the United States?

12           MR. SHEN:  Robert, did you

13        say United States?

14           MR. KRY:  Yes.  I was going

15        to --

16           MR. SHEN:  All right.  Go

17        ahead.

18           MR. KRY:  So strike it.

19   BY MR. KRY:

20       Q.    Was this other allowance

21   intended to fund your education and

22   living expenses while you were on your

23   educational leave outside the Kingdom?

24           MR. CARTER:  Objection.

This Transcript Contains Confidential Material

1          Foundation.

2               THE WITNESS:  Yes, yes.

3     BY MR. KRY:

4          Q.    So I will represent to you

5     that under the exchange rate at the time,

6     14,271 Saudi riyals was equivalent to

7     just under 4,000 U.S. dollars per month.

8               Do you recall earlier we saw

9     a financial support letter from Ercan in

10    which Ercan claimed that during your

11    secondment they would provide financial

12    support for you for educational expenses

13    in the amount of $4,000 per month?

14         A.    Yes.  But Ercan didn't pay

15    anything for me, but filed -- or gave the

16    application to the university.

17              But when I complained, I

18    said it should be adjusted, my position

19    should be adjusted, they added the

20    allowance.

21         Q.    And do you recall those

22    Ercan letters stated that Ercan was only

23    going to be paying that financial support

24    until the year 2000?

This Transcript Contains Confidential Material

1    A.    Yes.  They said that.  But

2  that didn't happen.  It was only done so

3  I get accepted at the university.

4    Q.    So would you agree that the

5  amount of the other allowances you began

6  receiving through the ANSS payroll was

7  similar in amount to the funds that had

8  formally been promised to you, whether or

9  not paid, by one of the project

10 subcontractors?

11   A.    I think so.  There was a

12 long time that I didn't get paid.  So

13 they started to complete the amount.  It

14 is possible.

15   Q.    And was the reason Airways

16 Engineering began paying you these other

17 allowances in the spring of 2000 to

18 provide an additional educational stipend

19 to cover your education and living

20 expenses during your educational leave?

21        MR. HAEFELE:  Foundation.

22        THE WITNESS:  I don't know

23    exactly.  I don't know exactly.

24 BY MR. KRY:

This Transcript Contains Confidential Material

```
 1        Q.    Did you spend these funds on

 2   your education and living expenses during

 3   your educational leave?

 4        A.    Yes, yes.

 5        Q.    Did you ever spend these

 6   other allowances on any illegal

 7   activities?

 8        A.    No.

 9        Q.    When you received these

10   other allowances from Airways

11   Engineering, was it your understanding

12   that they expected you would use the

13   funds to pay your education and living

14   expenses?

15        A.    Yes.

16        Q.    And when you complained to

17   Airways Engineering about your salary

18   being too low, was one of the points you

19   made that you had significant education

20   and living expenses out of the Kingdom

21   and that you needed funds to pay for

22   those?

23        A.    Yes.   There was an important

24   point that the basic salary was not
```

This Transcript Contains Confidential Material

1    Q.    Did you ever understand that

2    the salary and allowances you received as

3    an ANSS employee were some sort of reward

4    for assisting terrorists in the United

5    States?

6    A.    No.

7    Q.    What was the reason that you

8    were in the United States?

9              MR. HAEFELE:  Foundation.

10             THE WITNESS:  Education.

11   BY MR. KRY:

12   Q.    And can you think of any

13   reason at all that anyone at Dallah Avco

14   should have anticipated that you would

15   briefly interact with two Saudis who

16   would go on, a year and-a-half later, to

17   be 9/11 hijackers?

18             MR. HAEFELE:  Form and

19        foundation.

20             THE WITNESS:  I would not

21        even believe it, to start with.

22             MR. KRY:  Thank you, Mr.

23        Bayoumi.  Those are all the

24        questions I have for you now.

This Transcript Contains Confidential Material

1           MR. SHEN:  Mr. Bayoumi, I

2       have some questions for you.

3           Do you want to take a break

4       before we start or are you ready

5       to go?

6           THE WITNESS:  (The Witness)

7       Ready to go, but then --

8           (Through Interpreter) I can

9       carry on, and in half an hour I

10      will need a break for prayer.

11          MR. SHEN:  Just let us know.

12              -  -  -

13          EXAMINATION

14              -  -  -

15 BY MR. SHEN:

16      Q.   For the record, this is Andy

17 Shen, counsel for Saudi Arabia.  I have a

18 few questions for you this afternoon.

19          First, thank you, Mr.

20 Bayoumi, for volunteering to appear here

21 for your deposition.

22          The plaintiffs in this civil

23 case have made the incredibly serious

24 allegations that senior Saudi officials

This Transcript Contains Confidential Material

1    instructed you to assist the 9/11

2    hijackers and that you instructed others

3    to assist the 9/11 hijackers all in

4    furtherance of their terrorist plot.

5              And although Mr. Pounian has

6    spent three days asking you questions, he

7    never asked you specific questions about

8    those central allegations.

9              So let me ask you these

10   questions.

11             MR. CARTER:  Objection to

12        form.

13   BY MR. SHEN:

14        Q.    Did anyone in the Saudi

15   government ever give you any instructions

16   to assist Khalid al-Mihdhar or Nawaf

17   al-Hazmi in any way?

18        A.    No.  And I would not have

19   accepted such.

20        Q.    Did anyone in the Saudi

21   government ever give you instructions to

22   assist any of the 9/11 hijackers?

23        A.    No.

24        Q.    Did you ever have

This Transcript Contains Confidential Material

1    discussions with anyone in the Saudi

2    Embassy in Washington, D.C., about Khalid

3    al-Mihdhar or Nawaf al-Hazmi?

4         A.    No.

5         Q.    Did you ever have

6    discussions with anyone in the Saudi

7    Embassy in Washington, D.C., about any of

8    the 9/11 hijackers?

9         A.    No.

10        Q.    Have you had any discussions

11   with anyone who worked in the Los Angeles

12   Consulate about any of the 9/11

13   hijackers, including Khalid al-Mihdhar or

14   Nawaf al-Hazmi?

15        A.    No.

16        Q.    Have you ever had

17   discussions with anyone -- strike that.

18             Have you ever had

19   discussions with Fahad al-Thumairy about

20   Nawaf al-Hazmi or Khalid al-Mihdhar?

21        A.    No.

22        Q.    Have you ever discussed any

23   of the 9/11 hijackers with Fahad

24   al-Thumairy?

This Transcript Contains Confidential Material

1      A.    No.

2      Q.    Did you ever instruct

3  anybody else to assist any of the 9/11

4  hijackers, including Khalid al-Mihdhar or

5  Nawaf al-Hazmi?

6      A.    No.

7      Q.    Did you have any knowledge

8  whatsoever, prior to the 9/11 attacks,

9  that Khalid al-Mihdhar or Nawaf al-Hazmi

10  were planning to commit terrorist attacks

11  against the United States?

12      A.    No.

13      Q.    Did you have any suspicions

14  that Khalid al-Mihdhar and Nawaf al-Hazmi

15  were planning to commit terrorist attacks

16  in the United States?

17      A.    No.

18      Q.    Plaintiffs have made

19  allegations to the court that you were a

20  Saudi intelligence officer.

21            Is there any truth

22  whatsoever to that allegation?

23      A.    Not at all.

24      Q.    Have you ever been a Saudi

This Transcript Contains Confidential Material

1    intelligence officer?

2         A.    No.   No, never.

3         Q.    Have you ever served as an

4    agent for any Saudi law enforcement

5    agency?

6         A.    No.

7         Q.    Have you ever had an

8    assignment for the Ministry of Interior?

9         A.    No.

10        Q.    Have you ever had any

11   assignment for any Saudi intelligence or

12   law enforcement agency?

13        A.    No.

14        Q.    Now, Mr. Pounian asked you

15   questions about meeting Khalid al-Mihdhar

16   and Nawaf al-Hazmi for the first time in

17   early 2000 in a restaurant in Los

18   Angeles.

19              Did you plan to meet

20   Mr. al-Mihdhar and Mr. al-Hazmi at this

21   restaurant in advance?

22        A.    No, not at all.

23        Q.    Was it a coincidence that

24   you met them at this restaurant?

This Transcript Contains Confidential Material

```
1          A.     Yes.
2          Q.     Did anyone instruct you to
3     meet them at this restaurant in Los
4     Angeles?
5          A.     No.
6          Q.     Did anyone instruct you to
7     go to this restaurant at all?
8          A.     No.
9          Q.     Did you ever discuss this
10    meeting with Fahad al-Thumairy?
11         A.     No.
12         Q.     Did you ever discuss this
13    meeting with anyone working for the Saudi
14    Embassy, the Saudi Consulate or the Saudi
15    government?
16         A.     No.
17         Q.     Now, in your testimony over
18    the last two days, you said that your
19    encounter with Mr. Hazmi and Mr. Mihdhar
20    at this restaurant was very short.
21              Do you recall that?
22         A.     Yes.
23         Q.     And during this very short
24    encounter, did you offer to help these
```

This Transcript Contains Confidential Material

1    two individuals in any way?

2         A.    No.

3         Q.    During this short encounter,

4    did you invite Mr. Mihdhar or Mr. Hazmi

5    to travel to San Diego?

6              MR. POUNIAN:  I'd like to

7         raise an objection here.  I object

8         to the leading nature of these

9         questions, Andy.  I think that

10        with a witness of this nature, you

11        have to ask him questions about

12        what he said and what was said to

13        him.

14             MR. SHEN:  That is not --

15             MR. POUNIAN:  And I think

16        it's improper for you to be asking

17        him yes-and-no questions

18        regarding --

19             MR. SHEN:  Your objection is

20        noted.

21             MR. POUNIAN:  -- his

22        conversations.

23             MR. SHEN:  Your objection is

24        noted.

This Transcript Contains Confidential Material

1          MR. POUNIAN:  No, I want to

2     make it clear for the record.

3     Because with the nature of this

4     witness and the fact that you

5     are -- that he's essentially in

6     your corner, I think it's improper

7     for you to be questioning him in a

8     leading fashion at this point.

9          MR. SHEN:  Okay.  None of

10    these questions are leading in any

11    way.

12         MR. POUNIAN:  Well, the

13    questions you were just asking now

14    are leading, about the

15    conversations he was having with

16    Nawaf and Khalid at the

17    restaurant.

18         And you can simply ask him

19    what he talked to them about

20    rather than asking him questions

21    that lead to yes-or-no answers.

22 BY MR. SHEN:

23    Q.   Mr. Bayoumi, did you drive

24 Khalid al-Mihdhar and Nawaf al-Hazmi to

This Transcript Contains Confidential Material

1   San Diego?

2          A.    No.

3          Q.    Do you know how they

4   traveled from Los Angeles to San Diego?

5          A.    No.

6          Q.    Did you ever drive Nawaf

7   al-Hazmi or Khalid al-Mihdhar anywhere?

8          A.    No.

9          Q.    Now, you testified, in

10  response to Mr. Pounian's questions, that

11  the first time you saw Nawaf al-Hazmi and

12  Khalid al-Mihdhar in San Diego was at the

13  mosque, the ICSD.

14              Had you made plans

15  beforehand to see Khalid al-Mihdhar and

16  Nawaf al-Hazmi at that mosque in San

17  Diego?

18         A.    No.

19         Q.    Had either individual

20  contacted you and said they were going to

21  be at that mosque in San Diego or that

22  they were coming down to San Diego?

23         A.    No.

24         Q.    Had anyone told you in

This Transcript Contains Confidential Material

1    advance that Khalid al-Mihdhar and Nawaf

2    al-Hazmi were going to be traveling from

3    Los Angeles to come to San Diego?

4         A.    Nobody.

5              MR. SHEN:  Chris, can we

6         have 139 in the exhibit share,

7         please.  And this will be

8         Exhibit-736.

9              Actually, we need to go on

10        the FBI record, please.

11             MS. PRITSKER:  DIB counsel

12        is now being excluded from the

13        deposition.

14                  -  -  -

15             (FBI Protected Material.)

16                  -  -  -

17             (Whereupon, Exhibit

18        al-Bayoumi-736, No Bates, 10/23/03

19        Letter, was marked for

20        identification.)

21                  -  -  -

22             (Whereupon, a discussion off

23        the record occurred.)

24                  -  -  -

This Transcript Contains Confidential Material

1           MR. SHEN:  This particular

2      document -- this particular

3      document, because it's an FBI

4      document, should not be posted.

5           VIDEO TECHNICIAN:  All set,

6      Andy.

7           MR. SHEN:  Are we good?

8           VIDEO TECHNICIAN:  Yes.

9           MR. SHEN:  All right.

10          So I'm going to ask my

11     colleague, Chris, to show you a

12     document on his computer.  We're

13     going to mark this as Exhibit-736.

14          MR. YOUNG:  Andy, you said

15     131?

16          MR. SHEN:  Tab 139.  The

17     document you uploaded, which

18     afterwards you should take down.

19          MR. YOUNG:  Yes, it's

20     deleted.

21          MR. HAEFELE:  For the rest

22     of us, do we get a hint as to what

23     it is you're showing him?

24          MR. SHEN:  And if we can

This Transcript Contains Confidential Material

1          scroll down and read off the Bates

2          number, please.

3              MR. POUNIAN:  I don't see a

4          Bates number.

5    BY MR. SHEN:

6          Q.   This is a version of the

7    document that plaintiffs had showed

8    earlier, it reflects the application to

9    rent an apartment at Parkwood Apartments

10   complex.

11             MR. SHEN:  If we can show

12         the document, please.  And if we

13         could look very quickly at

14         internal Page 4 and Page 5, which

15         is the application to rent.

16             MR. HAEFELE:  For the

17         record, Andy, I'm still not seeing

18         any Bates number that directs us

19         to where we can pull it up so we

20         can see it.

21             MR. POUNIAN:  Is this any

22         different than the exhibit that

23         was put in?

24             MR. SHEN:  I don't think --

This Transcript Contains Confidential Material

1    I don't think it's different.

2    It's just our version of it, and I

3    don't have yours.

4    MR. POUNIAN:  I'm seeing --

5    I'm seeing -- there's wording

6    added on to this document.

7    MR. SHEN:  We'll send over a

8    copy of this.  But this is the, as

9    I understand it, the same document

10   that was shown before.

11   MR. SHEN:  If you could show

12   Page 5, please.

13   BY MR. SHEN:

14   Q.   And, sir, Mr. Bayoumi, do

15   you recall that Mr. Pounian asked you

16   questions about an application for an

17   apartment for Khalid al-Mihdhar and Nawaf

18   al-Hazmi?

19   A.   Yes.

20   Q.   And, sir, why did you refer

21   Mr. Mihdhar and Mr. Hazmi to this

22   apartment complex?

23   A.   There was an empty

24   apartment, and they wanted to rent it.

This Transcript Contains Confidential Material

```
1         Q.    And, sir, if you refer
2    somebody to the apartment complex, is
3    there any compensation that you would
4    receive?
5         A.    Yes, from the manager.  She
6    would give me $100, $200.
7         Q.    And, sir, is that one of the
8    reasons why you referred Mr. Mihdhar and
9    Mr. Hazmi to this apartment?
10        A.    It was a chance, or an
11   opportunity, if there was an available
12   apartment.  And I told them there was an
13   available apartment.
14        Q.    And did you collect a
15   referral fee for referring these
16   individuals to this apartment?
17        A.    From the manager?  Yes.
18        Q.    Sir, if we scroll down a
19   little bit further in this page, you'll
20   see that the date of this document is
21   signed February 4th, 2000.
22             Do you see that?
23        A.    Yes.
24        Q.    And, Mr. Bayoumi, do you
```

This Transcript Contains Confidential Material

1    recall being asked by Mr. Pounian whether

2    you wrote a cashier's check in connection

3    with the application for this apartment?

4        A.    Yes.

5             MR. SHEN:  Can we pull up,

6        please, the next exhibit?

7             Amanda, what's the number?

8        736?

9             COURT REPORTER:  737.

10             MR. SHEN:  737.  Thank you.

11                  -  -  -

12             (Whereupon, Exhibit

13        al-Bayoumi-737, FBI 2808, was

14        marked for identification.)

15                  -  -  -

16             MR. SHEN:  The next exhibit

17        will be FBI 2808.

18             Chris, can you share it on

19        your screen at 114?

20    BY MR. SHEN:

21        Q.    Sir, Exhibit-737 is a Bank

22    of America statement from your account.

23             Do you see that?

24        A.    Yes.

This Transcript Contains Confidential Material

1          Q.    And it's dated January 25th

2    through February 22nd of 2000.

3                Do you see that?

4          A.    Yes.

5          Q.    And if we scroll down,

6    there's a list of deposits and checks

7    paid.  And there's an indication that

8    there's a deposit on February 4th of

9    $1,558.  And there's an indication on

10   that same date, February 4th, of a check

11   written out to the same amount, $1,558.

12               And, Mr. Bayoumi, can you

13   explain what this record reflects?

14         A.    Simply the manager asked for

15   a check in the amount.  I was going to

16   the university that day.  She said, sign

17   these papers, they have to pay the rent

18   with a check.

19               (The Witness) I signed the

20   papers for rent, and I went with them to

21   the bank.  I told them to -- you have to

22   open -- you have to pay by check.  I'm

23   sorry.

24               (Through Interpreter) I'm

This Transcript Contains Confidential Material

1    sorry.  I told them that you have to pay

2    with a check.

3              And then the bank teller

4    told us you can't issue a check unless

5    you open an account.  And if you open an

6    account, it's going to require 24 hours

7    for it to be active.

8              And after that said, of

9    course there's another way, that since

10   you have an account with us, you can pay

11   with a check from your account, and

12   then -- and they will make a deposit.  So

13   they made a deposit first, then the check

14   went out.

15        Q.    That was at the same time,

16   sir?

17        A.    Yes.

18        Q.    Did you ever give Khalid

19   al-Mihdhar and Nawaf al-Hazmi any money?

20        A.    No, not at all.

21        Q.    Did you ever pay for any of

22   their expenses?

23        A.    No, not at all.

24        Q.    Now, you testified, in

This Transcript Contains Confidential Material

1   response to Mr. Pounian's questioning,

2   that when you first arrived in

3   California, someone in the community

4   assisted you in finding housing; is that

5   correct?

6        A.    Yes.

7        Q.    Go ahead, sir.

8        A.    (In English) Go ahead for

9   translation.

10            (The Interpreter) Yes.

11  Because it's required to anyone who lives

12  in America, to bring someone to guarantee

13  with him or cosign.  So when one would

14  come to the mosque, they would all cosign

15  with them.

16            An American person came with

17  me from the mosque.  So we went and

18  rented an apartment.  I didn't know him,

19  he didn't know me.  We met at the mosque,

20  I told them I need an apartment, so we

21  looked for -- we looked for an

22  apartment -- apartment complexes until we

23  found this apartment, and I lived there.

24        Q.    Mr. Bayoumi, is it typical

1    or atypical, in the Islamic community, to

2    assist newcomers to that community even

3    if they are strangers?

4              MR. CARTER:  Objection.

5              THE WITNESS:  Yes.  Like, if

6         you go to the community, for

7         example, and ask for someone to

8         cosign with you or something, to

9         rent an apartment, at least ten

10        people would help you without

11        hesitation.

12   BY MR. SHEN:

13        Q.    Would that be the case even

14   if you were a stranger?

15        A.    Yes.  There was no worries

16   or doubt about anything.  Always,

17   whenever a student or somebody would need

18   somebody to cosign with him, that a

19   student is coming to America -- or came

20   new to America, is going to need help, is

21   going to need someone to cosign with him.

22   I don't know anybody who is going to help

23   me.  I need -- there must be somebody to

24   cosign.

This Transcript Contains Confidential Material

1        Q.    Now, sir, we saw from the

2    prior document that the date of the

3    rental application was February 4th of

4    2000.

5              Do you recall that?

6        A.    Yes, I saw it on the screen,

7    yes.

8              MR. SHEN:  All right.  We

9        can go off the FBI record, please.

10                    -  -  -

11         (End of FBI Protected

12         Material.)

13                    -  -  -

14         VIDEO TECHNICIAN:  Okay.  I

15         let everyone back in.

16   BY MR. SHEN:

17        Q.    Mr. Bayoumi, after the date

18   of the document that we just looked at,

19   you testified, in response to Mr.

20   Pounian's questions, that you traveled to

21   Washington, D.C.?

22             MS. PRITSKER:  I apologize.

23         DIB counsel was excluded from the

24         deposition at approximately 1:34

This Transcript Contains Confidential Material

1          p.m. Eastern and has now been

2          allowed to join.  Thank you.

3    BY MR. SHEN:

4          Q.    After the date of the

5    document we looked at, you testified, in

6    response to Mr. Pounian's questions, that

7    you traveled to Washington, D.C.; is that

8    correct?

9          A.    Yes, that's correct.  I

10   traveled to Washington.  But I don't

11   remember the exact dates.

12         Q.    And approximately how long

13   after that application was filled out did

14   you travel to Washington, D.C., just

15   approximately?

16         A.    I don't remember

17   specifically how long.  But I took two

18   courses there, at the Watergate building

19   at Washington University.  I don't

20   remember the exact date.

21         Q.    Okay.  Was it a -- was it a

22   matter of weeks after you went to the

23   apartment complex with Khalid and Nawaf?

24   Was it a month later?  Approximately how

This Transcript Contains Confidential Material

1   long afterwards?

2       A.    I can't say a date

3   specifically.  But I don't remember.

4       Q.    Okay.  And how long did you

5   stay in Washington, D.C., for during this

6   visit?

7       A.    I don't remember.  Ten to 15

8   days.  It was about 10 to 15 days.  I

9   don't remember exactly, because it was a

10  long time ago.

11      Q.    And did you testify that

12  during that trip you took courses at

13  George Washington University?

14      A.    Yes.

15      Q.    All right.

16      A.    And I got a certificate from

17  there, too.

18      Q.    And just focusing on the

19  time period between the time when Khalid

20  al-Mihdhar and Nawaf al-Hazmi first

21  arrived in San Diego to the time period

22  when you left for Washington, D.C., can

23  you describe whether you had frequent

24  interactions with them?

This Transcript Contains Confidential Material

1    A.    No, there was no

2  interactions with them at all.  If there

3  is anything, it would be Salam Alaikum,

4  and I would answer Alaikum Salam.

5    Q.    Now, aside from referring

6  Nawaf al-Hazmi and Khalid al-Mihdhar to

7  the apartment where you lived, the

8  apartment complex where you lived, did

9  you assist them in any way?

10   A.    No.

11   Q.    Did you ever assist them in

12 signing up for any courses in the United

13 States?

14   A.    No.

15   Q.    Did you ever assist them in

16 finding flight schools in the United

17 States?

18   A.    No.

19   Q.    Did you even know that they

20 were looking for flight schools in the

21 United States?

22   A.    No.

23   Q.    Did you instruct anyone else

24 in the community to assist them in any

This Transcript Contains Confidential Material

```
 1    way?

 2         A.    No.

 3         Q.    Now, when you were in

 4    Washington, D.C., and you testified that

 5    you were taking courses at George

 6    Washington University, did you have any

 7    conversations at all with Khalid

 8    al-Mihdhar or Nawaf al-Hazmi during that

 9    time period when you were in Washington,

10    D.C.?

11         A.    No.

12         Q.    During that time period when

13    you were in Washington, D.C., did you

14    have conversations with anyone about

15    Khalid al-Mihdhar and Nawaf al-Hazmi?

16         A.    No.

17         Q.    And during that trip to

18    Washington, D.C., did you give any

19    instructions to anyone else to assist

20    Khalid al-Mihdhar and Nawaf al-Hazmi?

21         A.    No.

22         Q.    And you testified that you

23    stayed in Washington, D.C., for 10 to 15

24    days; is that right?
```

This Transcript Contains Confidential Material

1        A.    Yes.

2        Q.    And after that did you

3   arrive back in San Diego?

4        A.    Yes.

5              MR. SHEN:  All right.  Let's

6        show the next exhibit, it's going

7        to be Exhibit-787.

8              Chris, can you put this

9        exhibit in the exhibit share.

10       It's going to be Tab 388.

11             MR. KRY:  Sorry, Andy, what

12       exhibit are you using?  I'm not

13       sure --

14             MR. YOUNG:  I think it's

15       going to be 738.

16             MR. SHEN:  I'm sorry, what

17       did I say?

18                   -  -  -

19             (Whereupon, Exhibit

20       al-Bayoumi-738, KSA0000006464,

21       Ministry of Interior, Entrance and

22       Exit Information, was marked for

23       identification.)

24                   -  -  -

This Transcript Contains Confidential Material

1                    MR. YOUNG:  The exhibit has

2           been introduced.

3                    MR. SHEN:  738, thank you.

4    BY MR. SHEN:

5           Q.    Exhibit-738 is a document,

6    KSA 6464.  I'm going to represent to you

7    that this is information from the

8    Ministry of Interior setting out your

9    entry and exit information to and from

10   the Kingdom.

11                   And on the left-hand side of

12   the screen, the third row from the

13   bottom, there is an entry which says that

14   you entered the Kingdom of Saudi Arabia

15   from the United States the 12th month,

16   25th day, 1420.

17                   Do you see that?

18                   MR. SHEN:  Chris, if you can

19          just scroll to the left and expand

20          the document a little bit.

21   BY MR. SHEN:

22          Q.    Sir, do you see the entry

23   date into the Kingdom of Saudi Arabia

24   from the United States?  The 12th month,

This Transcript Contains Confidential Material

1   25th day, 1420?

2        A.    Yes, yes.

3        Q.    And I will represent to you

4   that that corresponds to a Gregorian date

5   of March 31st of 2000.

6             And, sir, this document

7   indicates that you traveled to Saudi

8   Arabia and entered the country on March

9   31st of 2000.

10            And, sir, focusing on the

11  time period after you came back to San

12  Diego from your trip to Washington, D.C.,

13  until March 31st, 2000, when you traveled

14  to Saudi Arabia, did you have any

15  interactions with Khalid al-Mihdhar or

16  Nawaf al-Hazmi?

17       A.    No.

18       Q.    During this time period, did

19  you assist them in any way?

20       A.    No.

21       Q.    Did you instruct anybody to

22  assist them in any way?

23       A.    No.

24       Q.    This entry/exit information

This Transcript Contains Confidential Material

1   indicates that you left the Kingdom of

2   Saudi Arabia on the 2nd month, 27th day

3   of 1421 for the United Kingdom.

4              Do you see that?

5       A.    What day?

6       Q.    The second month, 27th day

7   of 1421.

8              It's the second-to-last row

9   on the right-hand side.

10      A.    Yes, yes.

11      Q.    And that date corresponds to

12  a Gregorian date of May 31st of 2000.

13             What were you doing in Saudi

14  Arabia between March 31st of 2000, and

15  May 31st of 2000?

16      A.    I went back to my work

17  headquarters.

18      Q.    And during that two-month

19  time period when you were in Saudi

20  Arabia, did you speak with Khalid

21  al-Mihdhar and Nawaf al-Hazmi?

22      A.    No.

23      Q.    During that two-month time

24  period when you were in Saudi Arabia, did

This Transcript Contains Confidential Material

1   you have any conversations with anybody

2   about Nawaf al-Hazmi or Khalid

3   al-Mihdhar?

4          A.    No.

5          Q.    During that time period, did

6   you assist anyone -- strike that.

7                Did you instruct anyone to

8   assist Khalid al-Mihdhar and Nawaf

9   al-Hazmi?

10         A.    No.

11               MR. SHEN:  Let's introduce

12         the next exhibit, Exhibit-739.

13               Chris, this is our internal

14         Tab 1.  Bates number is KSA 8001.

15                    -  -  -

16               (Whereupon, Exhibit

17         al-Bayoumi-739,

18         KSA0000007996-8020, Passport

19         Documentation, was marked for

20         identification.)

21                    -  -  -

22               MR. YOUNG:  The exhibit has

23         been introduced.

24               MR. SHEN:  Can I ask the

This Transcript Contains Confidential Material

```
1          technician to share the screen,
2          739, please.
3               Is the technician on?
4               MR. YOUNG:  Andy, I can
5          share.
6               MS. INT-HOUT:  Do you mean
7          the trial tech or the video tech?
8          Sorry.
9               MR. SHEN:  Whoever was
10         sharing their screen before, the
11         trial tech.
12              MS. INT-HOUT:  That would be
13         me.  Hold on one moment.
14              MR. SHEN:  And just for the
15         record, the first Bates stamp of
16         this document is KSA 7996.
17    BY MR. SHEN:
18         Q.   Sir, do you recognize this
19    document?
20         A.   Yes.
21         Q.   What is this document?
22         A.   A passport.
23              MR. SHEN:  If we could
24         scroll to KSA 8001, please.  Thank
```

This Transcript Contains Confidential Material

1       you.

2  BY MR. SHEN:

3       Q.    And your passport on this

4  particular page contains a number of

5  entry stamps.

6             Do you see that?

7       A.    Yes.

8             MR. SHEN:  And if we could

9         highlight in the middle of the

10        page, it's upside down, but it

11        says there's an entry into the

12        United States of July 1, 2000.

13        It's right at the fold of the

14        passport in the middle.  To the

15        right.  Right there.

16  BY MR. SHEN:

17       Q.    And, sir, did you stay in

18  the United Kingdom from May 31st until

19  approximately July 1st of 2000, when you

20  returned to the United States?

21       A.    Yes.

22       Q.    And what were you doing in

23  the United Kingdom during this time

24  period?

This Transcript Contains Confidential Material

```
 1        A.    I was preparing for starting
 2  my doctorate degree project.
 3        Q.    And at what university was
 4  that?
 5        A.    Aston University.
 6        Q.    And during this one-month
 7  period when you were in the United
 8  Kingdom, did you have any conversations
 9  with Khalid al-Mihdhar and Nawaf
10  al-Hazmi?
11        A.    No.
12        Q.    Did you speak with anybody
13  else about Nawaf al-Hazmi or Khalid
14  al-Mihdhar?
15        A.    No.
16        Q.    Did you instruct anyone else
17  to assist Khalid al-Mihdhar and Nawaf
18  al-Hazmi during this time period?
19        A.    No.
20              MR. SHEN:  Can the tech go
21        to Page KSA 8000, please?
22  BY MR. SHEN:
23        Q.    And, sir, do you see there's
24  a number of entry/exit stamps on this
```

This Transcript Contains Confidential Material

1   page?

2        A.    Yes.

3        Q.    And on the top side of this

4   page, it's upside down right now, there's

5   an entry stamp into the United Kingdom of

6   October 9th of 2000.

7              Now at the bottom of the

8   page in the middle.

9        A.    Yes.

10        Q.    Now, after you left the

11   United Kingdom in -- on July 1st of 2000,

12   did you come back to California?

13        A.    Yes.

14        Q.    And did you stay in the

15   United States until you left again for

16   the United Kingdom on October 9th of

17   2000?

18        A.    Yes.

19        Q.    In focusing on that time

20   period between July 1st of 2000 and

21   October 9th of 2000, when you left for

22   the UK once again, did you have any

23   interactions whatsoever with Khalid

24   al-Mihdhar and Nawaf al-Hazmi?

This Transcript Contains Confidential Material

```
 1          A.    No.

 2          Q.    During that time period,

 3   were Khalid al-Mihdhar and Nawaf al-Hazmi

 4   still living in the same apartment

 5   complex as you?

 6          A.    No.

 7          Q.    Do you know where they

 8   lived?

 9          A.    No.

10          Q.    Do you know if they had a

11   job?

12          A.    I don't know.

13          Q.    Do you know if they went to

14   school?

15          A.    I didn't know, no.

16          Q.    Do you know who their

17   friends or associates were?

18          A.    No.

19          Q.    Do you know when Khalid

20   al-Mihdhar or Nawaf al-Hazmi left

21   California?

22          A.    No.

23                There is one thing I'd like

24   to say.  Will you allow me?
```

This Transcript Contains Confidential Material

1    Q.    Yes, please.

2    A.    Khalid and Nawaf tended to

3    avoid me.  Why?  Because they tended to

4    joke with one another physically, using

5    hands, in the presence of my children.

6    And I warned my children not to mix with

7    them because of that bad behavior.

8              From that day on, they took

9    the position of avoiding me.  Even if

10   they see me, they wouldn't approach me.

11   I just wanted to clarify that point.

12   Q.    Sir, when Khalid al-Mihdhar

13   and Nawaf al-Hazmi left California, do

14   you know where they went?

15   A.    (The Witness) No.

16            (Through Interpreter) No.

17   Q.    Now, during the time period

18   when you were back in the United States

19   from July 1st of 2000, to October 9th of

20   2000, did you have conversations with

21   anyone else about Khalid al-Mihdhar and

22   Nawaf al-Hazmi?

23   A.    No.

24   Q.    Did you instruct anyone else

This Transcript Contains Confidential Material

1    to assist them?

2         A.    No.

3         Q.    Now, your passport indicates

4    that you arrived in the United Kingdom on

5    October 9th of 2000.

6               Why did you go to the United

7    Kingdom on October 9th of 2000?

8         A.    To pursue my doctorate

9    studies.

10        Q.    And at that point had you

11   moved from the United States to the

12   United Kingdom?

13        A.    Yes.  However, my family was

14   still in San Diego.

15        Q.    Well, after you moved from

16   the United States to the United Kingdom,

17   did you have any additional discussions

18   with Khalid al-Mihdhar or Nawaf al-Hazmi?

19        A.    No.

20        Q.    Did you assist them in any

21   way?

22        A.    No.

23        Q.    Did you instruct anyone else

24   to assist them in any way?

This Transcript Contains Confidential Material

1          A.     No.

2          Q.     Sir, do you need to take a

3    break to pray?

4          A.     (The Witness) Time to pray

5    now.

6                 (Through Interpreter) Yes,

7    time to pray now.

8                 MR. SHEN:  Fifteen minutes,

9          please.

10                MR. CARTER:  Andy, just for

11         planning purposes, how much more

12         do you expect to have?

13                Andy into space?

14                MR. SHEN:  Probably less

15         than an hour.

16                MR. CARTER:  Okay.  Thanks.

17                VIDEO TECHNICIAN:  We're

18         going to go off the record, 2:20

19         p.m.

20                      -  -  -

21                (Whereupon, a brief recess

22         was taken.)

23                      -  -  -

24                VIDEO TECHNICIAN:  We're back

This Transcript Contains Confidential Material

1       on the record at 2:36 p.m.

2               MR. SHEN:  We've marked as

3       the next exhibit, Exhibit-740, a

4       document with the Bates stamp KSA

5       712.

6               If the technician can put

7       that document in front of the

8       witness, please.

9                       -   -   -

10              (Whereupon, Exhibit

11      al-Bayoumi-740, KSA0000000712,

12      6/25/95 Letter, was marked for

13      identification.)

14                      -   -   -

15              MS. INT-HOUT:  I'm

16      downloading it now.  Give me a

17      moment.

18              MR. SHEN:  Thank you.

19  BY MR. SHEN:

20      Q.   And, sir, this is a document

21  from the first month, 26th day, of 1416,

22  pertaining to an assignment of you to,

23  quote, Work for the Dallah Avco company

24  for one year, renewable thereafter.

This Transcript Contains Confidential Material

1    at the first paragraph of the letter --

2    pursuant to the principles of cooperation

3    between public and private sectors to

4    advance national companies and

5    organizations.

6              Do you see that language?

7    A.    Yes.

8    Q.    And, sir, to your knowledge,

9    were other government employees seconded

10   to private companies to pursue their

11   education?

12             MR. CARTER:  Objection to

13        foundation.

14             THE WITNESS:  Yes.

15   BY MR. SHEN:

16   Q.    And was this a common or

17   uncommon practice?

18             MR. CARTER:  Objection.

19             THE WITNESS:  Yes.

20   BY MR. SHEN:

21   Q.    So the question was, was it

22   a common or uncommon practice?

23   A.    Yes, it was common practice.

24   And the Saudization program was in

1    progress.

2         Q.    And, sir, is -- the

3    Saudization program, is that a government

4    program?

5         A.    Yes, it's a government

6    program which is assigned to companies to

7    perform -- or to carry out.

8         Q.    And can you just describe

9    what the goals of the Saudization program

10   are and why students were sent to pursue

11   their education?

12              MR. CARTER:  Objection.

13              THE WITNESS:  The

14         Saudization program is, simply

15         put, in some programs the

16         percentage of foreign --

17              (The Witness) Some projects.

18              (Through Interpreter) Some

19         projects the percentage of

20         foreigners is as high as 80 or 90

21         percent.  So, hence, came the

22         Saudization program, which would

23         entail that Saudi nationals would

24         replace the foreign nationals.

This Transcript Contains Confidential Material

1              However, a Saudi national

2         could not take a position like

3         that unless he obtains education,

4         training, English language.

5         That's why the Saudization program

6         came, which aims at making Saudi

7         nationals to replace foreign

8         nationals in jobs.

9    BY MR. SHEN:

10        Q.    And, sir, why was it

11   important for Saudis that were part of

12   this program to receive an education?

13        A.    In order for them to become

14   more efficient and skilled for their

15   future work.

16        Q.    Now, sir, the plaintiffs in

17   this case have alleged that while you

18   were in San Diego, you never went to

19   class and that you were not a full-time

20   student.

21              Are those allegations

22   accurate?

23              MR. POUNIAN:  Object to the

24         form.

This Transcript Contains Confidential Material

```
 1              THE WITNESS:  No.

 2       Inaccurate.

 3  BY MR. SHEN:

 4       Q.    And, sir, while you were in

 5  San Diego, were you a full-time student?

 6       A.    Yes, yes.

 7       Q.    Did you go to and complete

 8  classes?

 9       A.    Yes.

10       Q.    Did you earn certificates?

11       A.    Yes.

12       Q.    Did you earn degrees?

13       A.    Yes.

14       Q.    Now, the plaintiffs, and Mr.

15  Kry as well, have shown you a number of

16  documents from the educational

17  institutions that you attended.

18              While you attended those

19  educational institutions, were you a

20  full-time student?

21       A.    Yes.

22              MR. SHEN:  Chris, can we

23       load as Exhibit-741 the document

24       at Tab 80?
```

This Transcript Contains Confidential Material

1          MR. KRY:  While that's
2     loading, I wanted to note for
3     Exhibit-740, we had a slight
4     difference on the translation.
5          Our translation had employed
6     with rather than for.  So we'll
7     just reserve any rights on the
8     translation.
9          MR. SHEN:  Okay.
10               -   -   -
11          (Whereupon, Exhibit
12     al-Bayoumi-741,
13     KSA0000001837-1840, West Coast
14     University Transcript, was marked
15     for identification.)
16               -   -   -
17          MR. KRY:  Sorry.  It's work
18     with rather than work for.
19          MR. SHEN:  The technician
20     can take this document down,
21     please, and -- when the next
22     document is loaded.
23          MR. YOUNG:  The exhibit has
24     been introduced.

This Transcript Contains Confidential Material

```
 1              MR. SHEN:  For the record,
 2         this is a document KSA 1837, and
 3         it is a transcript from West Coast
 4         University.
 5    BY MR. SHEN:
 6         Q.   And, sir, this is a
 7    different version of the document that
 8    you were shown earlier.
 9              When you were attending West
10    Coast University, were you a full-time
11    student?
12         A.   Yes.
13         Q.   And does this document
14    indicate the courses you took and the
15    grades and credits that you earned?
16         A.   Yes.
17              MR. SHEN:  If we can scroll
18         down to the bottom, please, of the
19         third page.
20    BY MR. SHEN:
21         Q.   Do you see that there is a
22    stamp on that document?
23         A.   Yes.
24         Q.   And, sir, what is this
```

This Transcript Contains Confidential Material

1    stamp?

2         A.    That's from the embassy.

3         Q.    And why is it stamped from

4    the embassy?

5         A.    Because when I go back to

6    the Saudi Arabia, they would only accept

7    a document that's certified from the

8    embassy.

9         Q.    And, sir, what is the date

10   on this stamp?

11        A.    10/8/1999.

12        Q.    Is that August 10th, 1999?

13        A.    Yes.

14        Q.    And in connection with

15   obtaining this stamp, did you communicate

16   with the embassy?

17        A.    Yes.

18             (The Witness) I usually call

19   them.

20             (Through Interpreter) Yes, I

21   usually call them.

22        Q.    So you would have phone

23   calls with the embassy in connection with

24   getting your transcripts certified?

This Transcript Contains Confidential Material

1        A.    Yes.  And for my children

2   and for my wife.

3             MR. SHEN:  Can we load as

4        the next exhibit, please,

5        Exhibit-742, our Tab 82.  This is

6        KSA 908.

7                   -  -  -

8             (Whereupon, Exhibit

9        al-Bayoumi-742, KSA0000000908,

10       United States International

11       University Transcript, was marked

12       for identification.)

13                  -  -  -

14            MR. YOUNG:  It's been

15       introduced.

16            MR. SHEN:  And if the

17       technician could please load it.

18  BY MR. SHEN:

19       Q.    And, sir, do you recognize

20  this document as a transcript from U.S.

21  International University?

22       A.    Yes.

23       Q.    And, sir, does this document

24  set out the courses that you took, the

This Transcript Contains Confidential Material

1    credits that you earned and the grades

2    that you earned?

3         A.    Yes.

4         Q.    And there's an entry that

5    says, Fall quarter 1997, degree, Master's

6    of International Business Administration,

7    date, December 9th of '97.

8              Did you earn a Master's

9    Degree in International Business from

10   U.S. International University?

11        A.    Yes.  International project

12   management, yes.

13        Q.    And if you look at the

14   bottom of the page, there's a stamp as

15   well.

16              Is that a stamp from the

17   embassy?

18              INTERPRETER MIKHAIL:

19        Business management.  Not project.

20              Interpreter corrects.

21        International business management.

22              MR. SHEN:  Thank you.

23   BY MR. SHEN:

24        Q.    Is that a stamp from the

This Transcript Contains Confidential Material

```
 1              MR. SHEN:  Chris, can we

 2        load as the next exhibit,

 3        Exhibit-745, KSA 741?

 4              -  -  -

 5              (Whereupon, Exhibit

 6        al-Bayoumi-745, KSA0000000741, San

 7        Diego Community College

 8        Certificate, was marked for

 9        identification.)

10              -  -  -

11              MR. YOUNG:  It's been

12        introduced.

13  BY MR. SHEN:

14        Q.    Sir, what we have on the

15  screen in front of you is another

16  certificate of completion for a course

17  called Introduction to Computers from the

18  San Diego Community College Clairemont

19  Center.

20              Do you see that?

21        A.    (The Witness) Yes.

22        Q.    And this is dated June 6th

23  of 1998.

24              And is this an example of
```

This Transcript Contains Confidential Material

```
 1    one of the many courses that you took at
 2    the San Diego Community College?
 3         A.    Yes.
 4               MR. SHEN:  Can we show
 5         Exhibit-681, please?  And if we
 6         can go to the Arabic version.  The
 7         next page, please.
 8    BY MR. SHEN:
 9         Q.    Sir, this is an exhibit that
10    plaintiffs have shown you.
11               And does this list the
12    classes that you took at the George
13    Washington University?
14               MR. CARTER:  Objection to
15         form.
16    BY MR. SHEN:
17         Q.    Sir, does this list the
18    classes that you took and completed at
19    the George Washington University?
20         A.    Yes.
21         Q.    And at the bottom of the
22    page, there is a stamp.
23               Do you see that?
24               Is that a stamp from the
```

This Transcript Contains Confidential Material

1    embassy as well?

2         A.    Yes.

3         Q.    And what is the date on this

4    stamp?

5         A.    December 18, 1420.

6              MR. SHEN:  And if we

7         could --

8    BY MR. SHEN:

9         Q.    I'm sorry, did you say

10   December 18 or the 12th month?

11             INTERPRETER MIKHAIL:  Pardon

12        me, yes.  That's an error in

13        translation, thinking it was

14        Gregorian.  He said the 12th

15        month, yes.

16             MR. SHEN:  12th month, 18

17        day, 1420, okay.

18             Can we go up to the top of

19        the document, please, the English

20        translation?

21   BY MR. SHEN:

22        Q.    I will represent to you,

23   sir, that the Gregorian date that it

24   corresponds to is March 24th of 2000.

This Transcript Contains Confidential Material

1          And, sir, did you

2   communicate with the embassy in

3   connection with receiving this stamp?

4        A.    Yes.

5        Q.    And did you communicate by

6   phone with the embassy in connection with

7   receiving this stamp?

8        A.    Yes.

9        Q.    And, sir, you testified, in

10  response to Mr. Pounian's questions, that

11  you had visited the embassy in person; is

12  that correct?

13       A.    Yes.

14       Q.    And did you visit the

15  embassy in person when you were in

16  Washington, D.C., taking courses at

17  George Washington University?

18       A.    Yes.

19       Q.    Was one of the -- why did

20  you go to the embassy when you were in

21  Washington, D.C., taking classes at

22  George Washington University?

23       A.    To get the certificates

24  certified, the certificates of the kids

This Transcript Contains Confidential Material

1    Q.    And, sir, you testified that

2    you did not enter all of these names and

3    telephone numbers into the phone book; is

4    that correct?

5    A.    That is correct.

6    Q.    And if a name and telephone

7    number is entered into this phone book,

8    does that mean that you actually met that

9    person?

10   A.    No.

11   Q.    Does it mean that you

12   actually know that person?

13   A.    No.

14   Q.    Does it mean that you

15   actually talked to that person on the

16   phone?

17   A.    No.

18   Q.    Does it mean that the actual

19   phone number that's entered here is the

20   correct phone number for that particular

21   person?

22   A.    So I started the Omar phone

23   book, but I did not -- I started the Omar

24   phone book, but I did not enter all the

This Transcript Contains Confidential Material

1   data.  I started it myself, it was

2   something for me, for myself.

3                And then it was at the

4   mosque.  And then anybody who would have

5   names, there would be volunteers

6   inputting the data in the phone book.

7   Any time there's names or numbers on a

8   sheet of paper, the volunteers would

9   enter the information.

10               Even at a time there were my

11  account numbers entered by mistake,

12  because they found them and they entered

13  that information by mistake on the phone

14  book.

15       Q.   And, sir, is it possible

16  that some of the telephone numbers that

17  are entered in for particular people may

18  be incorrect or have mistakes in them?

19               MR. CARTER:  Objection to

20        form.  And foundation.

21               THE WITNESS:  Yes, it's

22        possible.

23  BY MR. SHEN:

24       Q.   And did you do anything to

This Transcript Contains Confidential Material

1    check to make sure that the telephone

2    numbers listed for particular individuals

3    were actually correct?

4          A.    No, I do not have time to

5    review everything.  No.

6                MR. SHEN:  Can we look at

7          Exhibit-687, please?

8    BY MR. SHEN:

9          Q.    Sir, this is a document that

10   Mr. Pounian showed you earlier in the

11   deposition.

12                It is a phone bill for the

13   number ████████-3142, where the bill was

14   sent to Omar al-Bayoumi d/b/a Masjid

15   Al-Madina.

16                Sir, is this your personal

17   phone number?

18         A.    No.  That's the mosque's.

19         Q.    Why is your name listed on

20   the phone bill?

21         A.    Because I'm responsible for

22   the masjid maintenance and the operation.

23         Q.    And, sir, you testified that

24   there was a phone in your office that

This Transcript Contains Confidential Material

1    this phone number was assigned to.

2              Was there any other phones

3    in the mosque that rang when somebody

4    called this phone number?

5         A.    I had a telephone in my

6    office, and there was a telephone in

7    another office.  But it's the same line.

8         Q.    And who had access to the

9    phones that had this line?

10        A.    Whoever needed the phone

11   would call.

12        Q.    Sir, how often would you

13   visit the Mosque Al-Madina?

14        A.    Sometimes once a month,

15   sometimes once a week, sometimes it's an

16   emergency.  Only as needed.

17        Q.    I mean, and you certainly

18   weren't there every day, correct?

19        A.    No.

20        Q.    And --

21        A.    I was a volunteer.  I would

22   go in my spare time.

23        Q.    And, sir, because you

24   testified that you were there maybe once

This Transcript Contains Confidential Material

1    a month or maybe once a week, is it a

2    true statement that the vast majority of

3    telephone calls that were made or

4    received from this phone line were made

5    or received by somebody other than you?

6              MR. CARTER:  Objection.

7         Foundation.

8              THE WITNESS:  Many students,

9         many people, many families would

10        call -- sometimes would use it to

11        call.  Sometimes I'm not in the

12        building.  Sometimes someone would

13        go in, make the phone call and

14        leave.  It was available for

15        everybody.

16   BY MR. SHEN:

17        Q.    And, sir, given all those

18   facts and the fact that you were only at

19   the Madina mosque once a week or once a

20   month, does it stand to reason that the

21   vast majority of calls were made by

22   somebody other than you?

23             MR. CARTER:  Objection.

24        Form.  And foundation.

This Transcript Contains Confidential Material

```
1              Andy, I think you have to
2         speak about particular calls.
3         There's no evidence that there are
4         calls.
5              MR. SHEN:  You can answer
6         the question, sir.
7              THE WITNESS:  What's the
8         question again?
9              MR. SHEN:  Can you repeat
10        the question?
11             INTERPRETER AL-HALABI:
12        (Complies with request.)
13             THE WITNESS:  It could be a
14        lot of people that come and make
15        calls sometimes.  Sometimes they
16        would use my cell phone.  Some --
17        you know, people would come and
18        they would ask my permission, and
19        I would say yes.  So it was
20        available for everybody.
21   BY MR. SHEN:
22        Q.   Now, sir, you were asked
23   questions --
24             MR. SHEN:  We can go off the
```

This Transcript Contains Confidential Material

```
 1              FBI record, thank you.

 2                    -   -   -

 3              (End of FBI Protected

 4         Material.)

 5                    -   -   -

 6              VIDEO TECHNICIAN:  Okay.

 7         I've let everyone back in.

 8    BY MR. SHEN:

 9         Q.    Sir, you were asked

10    questions about an individual named Adel

11    Al Sadhan.

12              Did you ever discuss Khalid

13    al-Mihdhar or Nawaf al-Hazmi with Adel

14    Al Sadhan?

15              MS. PRITSKER:  DIB counsel

16         has been admitted back into the

17         room, and was excluded at

18         approximately 3:06 p.m. Eastern.

19         Thank you.

20              THE WITNESS:  No.

21    BY MR. SHEN:

22         Q.    Did you ever give any

23    instructions to Mr. Al Sadhan?

24         A.    No.
```

This Transcript Contains Confidential Material

```
 1        Q.    Did he ever give any

 2  instructions to you?

 3        A.    No.

 4        Q.    You were asked questions

 5  about someone named Mutaeb al-Sudairy.

 6              Did you ever discuss Khalid

 7  al-Mihdhar or Nawaf al-Hazmi, or any of

 8  the 9/11 hijackers, with Mr. Al-Sudairy?

 9        A.    No.

10        Q.    Did you ever give any

11  instructions to Mr. Al-Sudairy?

12        A.    No.

13        Q.    Did he ever give any

14  instructions to you?

15        A.    No, at all.

16        Q.    You were asked questions

17  about two individuals, Abdullah

18  Al Jaithen and Majed Al Mersal.

19              Did you ever discuss Khalid

20  al-Mihdhar, Nawaf al-Hazmi, or any of the

21  9/11 hijackers, with Mr. Al Jaithen or

22  Mr. Al Mersal?

23        A.    No.

24        Q.    Did you ever give any
```

This Transcript Contains Confidential Material

1    instruction to either Mr. Al Jaithen or

2    Mr. Al Mersal?

3         A.    No.

4         Q.    Did either Mr. Al Jaithen or

5    Mr. Al Mersal ever give you instructions?

6         A.    No.

7         Q.    Did you ever stay in the

8    same hotel room for a night with

9    Mr. Al Jaithen?

10        A.    No.

11        Q.    You were asked questions

12   about Mr. Fahad al-Thumairy.

13             Can you just describe

14   generally your relationship with

15   Mr. al-Thumairy?

16        A.    Fahad al-Thumairy is an Imam

17   at a masjid.

18        Q.    Was he a friend of yours?

19        A.    No.

20        Q.    Was he a personal

21   acquaintance of yours?

22        A.    No.

23        Q.    What was the nature of your

24   conversations?

This Transcript Contains Confidential Material

1      A.    There was no -- there was no

2  conversations.  Sometimes there were

3  questions about the mosque or something

4  like that.  Sometimes we would -- we

5  would order Quran, books of the Quran.

6  And he is -- or he rarely answered.

7      Q.    And when was the last time

8  that you spoke with Fahad al-Thumairy?

9      A.    I don't remember.  It was a

10 long time ago.  I don't remember.

11     Q.    Have you spoken to Fahad

12 al-Thumairy after you moved from the

13 United States to the United Kingdom in

14 October of 2000?

15     A.    No.  No, I don't remember.

16 No.

17     Q.    Did you ever discuss Khalid

18 al-Mihdhar or Nawaf al-Hazmi, or any of

19 the 9/11 hijackers, with Fahad

20 al-Thumairy?

21     A.    No.

22     Q.    Are you aware of whether Mr.

23 Thumairy ever met Mr. Mihdhar or Mr.

24 Hazmi or any of the other 9/11 hijackers?

This Transcript Contains Confidential Material

```
 1          A.     No.

 2          Q.     Are you aware of any

 3    assistance whatsoever that Mr. Thumairy

 4    provided to Mr. Mihdhar, Mr. Hazmi or any

 5    of the 9/11 hijackers?

 6          A.     No.

 7          Q.     Are you aware of any

 8    instructions that anyone provided to Mr.

 9    al-Thumairy to assist any of the 9/11

10    hijackers?

11          A.     No.

12          Q.     Are you aware of any

13    instructions that Mr. al-Thumairy

14    provided to anyone else to assist the

15    hijackers?

16          A.     No.

17          Q.     All right.

18                 MR. SHEN:  Let's go on the

19          FBI record, please.

20                 Chris, can you, once we're

21          on the FBI record, can you load

22          Tab 74, FBI 1027.

23                      -  -  -

24                 (Whereupon, Exhibit
```

This Transcript Contains Confidential Material

1          The project, ANSS, Dallah.

2    BY MR. SHEN:

3          Q.    And, sir, are -- the

4    statements that I read from this summary,

5    are they accurate?

6          A.    What statements?

7          Q.    The statements from the

8    document that we read.  The first two

9    statements, that you were living in San

10   Diego, despite not attending class and

11   receiving a salary from the Kingdom of

12   Saudi Arabia for job duties you never

13   performed.

14              MR. KRY:  Same objection.

15              THE WITNESS:  No, that's

16       wrong.

17   BY MR. SHEN:

18         Q.    The next sentence says that,

19   Shortly after arriving in Los Angeles,

20   the two hijackers had an allegedly

21   accidental meeting with al-Bayoumi who

22   claims to have been in Los Angeles on

23   personal business.

24              Was your meeting with the

This Transcript Contains Confidential Material

1   two hijackers in Los Angeles accidental?

2          A.     Yes.

3          Q.     The next sentence says that,

4   At this meeting, al-Bayoumi advised the

5   hijackers to relocate to San Diego.

6          A.     That's incorrect.  Yes.

7   Incorrect.

8          Q.     And why is it incorrect?

9          A.     Because you're saying that I

10  advised them.  I did not advise them.  I

11  only told them that the weather is nice

12  in San Diego and it's a beautiful city.

13  Did I guide them?  No.

14         Q.     The next sentence says that,

15  Once in San Diego, al-Bayoumi assisted

16  the hijackers with a place to live,

17  opening a bank account, and also assigned

18  two individuals to care for them, one of

19  whom was Mohdar Abdullah.

20                Are these statements

21  accurate?

22         A.     No, that's incorrect.

23         Q.     Did you assign anyone to

24  care for the hijackers in San Diego?

This Transcript Contains Confidential Material

1    A.    No.

2    Q.    Did you ever assign Mohdar

3  Abdullah to take care of the hijackers?

4    A.    No.  Mohdar Abdullah

5  provides services for anybody.

6    Q.    Did you instruct Mohdar

7  Abdullah to assist the hijackers?

8    A.    No.

9          MR. SHEN:  If we can go to

10         Page 1032.

11 BY MR. SHEN:

12   Q.    There is a sentence that

13 says, There is evidence that Al Jarrah

14 tasked al-Thumairy and al-Bayoumi with

15 assisting the hijackers.

16   A.    That's incorrect.

17   Q.    Do you recall that Mr.

18 Pounian asked you questions about an

19 individual named Mussaed Al Jarrah?

20   A.    No, I don't remember.  I

21 don't know.

22   Q.    Do you have any relationship

23 with an individual named Mussaed

24 Al Jarrah?

1           A.    No.

2           Q.    Did anyone named Al Jarrah

3    instruct you to assist the hijackers?

4           A.    No.

5           Q.    And, sir, you testified that

6    the sentence in this report is not

7    accurate.

8           A.    Yes, yes.

9           Q.    All right.

10                MR. SHEN:  I don't have any

11          further questions.  Thank you very

12          much for your time.

13                VIDEO TECHNICIAN:  I let

14          everyone back in.

15                      -  -  -

16                (End of FBI Protected

17          Material.)

18                      -  -  -

19                MS. PRITSKER:  Are we on the

20          record?

21                MR. POUNIAN:  Yeah, we are.

22                MS. PRITSKER:  DIB counsel

23          is back in the deposition and have

24          been excluded at approximately

This Transcript Contains Confidential Material

1        3:29 p.m. Eastern.

2            Thank you.

3              - - -

4            EXAMINATION

5              - - -

6   BY MR. POUNIAN:

7        Q.    Sir, you said that when you

8   went back to Saudi Arabia in April of

9   2000, you were complaining about your

10  salary.

11           Who were you complaining to?

12       A.    (The Witness) To the

13  division.

14       Q.    Who at the division?

15           INTERPRETER AL-HALABI:

16  Sorry.  The interpreter froze.

17           THE WITNESS:  The division

18  of -- the head of the division.

19  BY MR. POUNIAN:

20       Q.    And who was that, that you

21  complained to?

22       A.    Alp Karli.

23       Q.    And you told Alp Karli that

24  you deserved more and that companies

This Transcript Contains Confidential Material

1    Q.    You're saying, sir, that you

2  did not tell the 9/11 Commission that you

3  saw al-Thumairy in San Diego?

4    A.    No.  It's a wrong phrase.

5    Q.    Other than Khalid al-Mihdhar

6  and Nawaf al-Hazmi, did you assist any

7  other individuals in obtaining an

8  apartment rental, sir?

9          MR. SHEN:  Objection.

10          You can answer.

11          INTERPRETER MIKHAIL:  The

12       interpreter will repeat the

13       question.

14          THE WITNESS:  I don't

15       remember.  The answer is, I don't

16       remember.

17  BY MR. POUNIAN:

18    Q.    You can't recall any other

19  occasion in which you assisted anyone

20  with an apartment rental; is that right?

21    A.    I don't remember helping

22  anyone.

23    Q.    And did you ever, on any

24  other occasions, sign a guarantee for

This Transcript Contains Confidential Material

1    someone for an apartment or for any

2    financial deal?

3         A.    No.

4         Q.    You mentioned earlier that

5    there was an individual who helped you at

6    one time.

7               Was that Omar Hammerman?

8         A.    Who helped me obtain an

9    apartment when I first came, yes, it was

10   Omar Hammerman.

11        Q.    Now, according to the

12   interview reports that the FBI prepared,

13   Mohdar Abdullah told the FBI that you

14   asked him to help Khalid and Nawaf.

15              To the -- to the extent that

16   Mohdar Abdullah told the FBI that, sir,

17   is it your testimony that Mohdar Abdullah

18   is not telling the truth?

19              MR. SHEN:  Objection.

20              THE WITNESS:  That is not

21        true.

22   BY MR. POUNIAN:

23        Q.    And █████████████ told the

24   FBI that you asked him to help the

This Transcript Contains Confidential Material

1   hijackers.  Is that -- that's set forth

2   in the interview statement of the FBI.

3              If that is -- is that

4   statement true, sir?

5              MR. SHEN:  Objection.

6              THE WITNESS:  No, it is not

7        true.

8   BY MR. POUNIAN:

9        Q.    Now, Khalil Al Khalil

10  testified in this case that you came to

11  the King Fahad Mosque looking for Fahad

12  al-Thumairy on several occasions.

13             Is that a true statement or

14  not true statement?

15       A.    No, it is not true.

16       Q.    You're saying that Khalil Al

17  Khalil was lying when he said that?

18             MR. SHEN:  Objection.

19             THE WITNESS:  I'm not saying

20       he's lying.  What I'm saying, this

21       is not true.

22  BY MR. POUNIAN:

23       Q.    And Osama, the convert whose

24  name is Kaysan Morgan testified in this