# EXHIBIT 27

1290/4

| | | | |
|---|---|---|---|
| [logo:] Ministry of Defense and Aviation | [seal:] cards | In the Name of Allah the Most Merciful, the Most Compassionate | Administration Outgoing No.:*3709*/ [illegible] Date: *12/20/1414 AH* [05/30/1994] |
| Presidency of civil Aviation | [illegible] 2916 | Leave Request for an Employee of the Eleventh Level or less and the Workers | |
| Department of Personnel Affairs and Payroll | *12/21/1414 AH* [06/01/1994] | | |

| | |
|---|---|
| **First: Request** | Your Excellency: Director General of Airways Engineering,<br><br>Greetings,<br><br>I would like to kindly ask for your approval to:<br>(√) Ordinary leave (  ) Unscheduled leave (  ) Extension of ordinary leave<br>For a period of (90) days starting from 03/21/1414 AH [09/07/1993] and my address will be while on leave as follows:<br>Muhammadiyah Civil Aviation Residence<br>--------------------------------------------------------------------------------------------------------------------<br><table><tr><td>The work will be performed by my colleague<br>Abdullah Abdul Hafeez Al-Ghanimi<br>Date: 12/19/1414 AH [05/30/1994]</td><td>Name: Omar Ahmed Al-Bayoumi<br>Level: Eighth, No. 86<br>Signature: [signature]<br>Job Title: Accountant</td></tr></table> |
| **Second: Official Approval** | Honorable/ Director of Department of Personnel Affairs and Payroll/ Recruitment Division<br>We have no objection for grating him the required leave if it is laid down by law.<br>Name: Eng. Muhammad Ahmad Al-Salmi<br>Signature: [signature]<br>Job Title: Director General of Airways Engineering<br>Date:    /   /14     AH |
| **Third: Human Resource Review** | The required leave is (√) laid down by law for the period from *7/7/1405 AH* [03/29/1985] to *7/6/1408 AH* [02/23/1988]<br>(  ) not laid down by law and shall be not entitled for the following reasons:………[signature]<br>1-                                                            Job Title: Director of Recruitment Division<br>2-                                                            Signature: [signature]<br>3-                                                            Name: Abdullah Al-Nahari<br>Date:   /   /14    AH |
| **Fourth: Decision** | The Director of Personnel Affairs and Payroll, based on the powers granted to him and as per Article No. 28/4 of the Civil Service Law, decides the following:<br><table><tr><td>1- The employee is granted an ordinary leave for a period of 90 days, starting from *3/3/1415 AH* [08/28/1994]<br>2- The decision is communicated to whomever for kind information and necessary action.</td><td>Decision No.: *7/4/1/11560*<br>Date: 22 /12/1414 AH [06/03/1993]<br>* Officer Name: Muhammad Nour Attia<br>* Signature: [signature]<br>* Job Title: Director of Personnel Affairs and Payroll</td></tr></table> |

A copy for Director General of Airways Engineering,     "Return To Work Notice"
A copy for Director of Department of Personnel Affairs and Payroll
A copy for Director of Recruitment Division
A copy with the original document for his file
A copy for administrative communications to pay registration No (    ), dated       /    /14   AH

KSA0000001032

June 11, 2021
EXHIBIT
al Bayoumi
0722

**Instructions:**

1- The applicant for the requested leave shall fill in the first section of the leave application form and specifies the type of leave i.e. ordinary, unscheduled, or extension of ordinary leave. For the directors of departments and airports and supervisory functions, the applicant shall indicate the name of the person acting on his/her behalf.
2- The direct manager shall fill in and notate the second section to be signed by the director of (the administration/the airport).
3- The request shall be sent to the Department of Personnel Affairs and Payroll in case of approval.
4- The application shall be recorded in the Administrative Communication Center and transferred to Recruitment Division directly.
5- The official then checks the leave regularity and entitlement, fills in the third section and the decision of the leave in the register and sends it to the Director of Personnel Affairs to sign or notate it according to the authority.
6- After notation, the application form is sent to the authorized signatory.
7- After signing, the application form is sent to the outgoing mail for action and information.
8- In the event that the leave is not entitled, the reasons for rejection shall be provided to the Director of Personnel Affairs, and the application shall be returned to the applicant.

**Notes:**
- A "Return to Work Notice" shall be made by the competent official as per the form.
- The period of the ordinary leave shall not exceed 90 days to 12 months, but not less than 15 days, while the unscheduled leave shall not exceed 6 months within three years until in the case of force majeure after approval by the General Bureau of Civil Service and as per Article 28/22 of the Regulations.

بسم الله الرحمن الرحيم

# طلب إجازة للموظف
## من المرتبة الحادية عشرة فما دون والمستخدمين

رقم صادر الادارة / الطلب ١٢/٢٧٠٩
التاريخ ٢٠ / ١٢ / ١٤١٤ هـ

ادارة شئون الموظفين

أولاً - الطالب:

سعادة مدير عام هندسة الممرات الجوية         المحترم

بعد التحية

أرغب الترخيص لي بإجازة ☑ إعتيادية  ☐ إستثنائية  ☐ تمديد اعتيادية

لمدة ( ٩٠ ) يوماً إعتباراً من ٢٨ / ٣ / ١٤١٤ هـ وسيكون عنواني أثناء الإجازة:
سكن الطيران المدني المحمدية

وسوف يقوم بتأمين العمل

زميلي / عبد الله عبد الحفيظ الغانمي

الاسم: عمر احمد البومي
المرتبة: الثامنة رقمها ٨٦
التوقيع: [توقيع]
مسمى الوظيفة: محاسب
التاريخ ١٩ / ١٢ / ١٤١٤ هـ

---

ثانياً - موافقة المسئول:

المكرم / مدير شئون الموظفين والرواتب / التوظيف         المحترم

لا مانع لدينا من منح الإجازة المطلوبة اذا كانت مستحقة نظاماً.

الاسم: م/ محمد احمد السالمي    التوقيع: [توقيع]    الوظيفة: مدير عام هندسة الممرات الجوية
التاريخ / / ١٤ هـ

---

ثالثاً - تدقيق شعبة المرتبات والموظفين:

الإجازة المطلوبة ☑ مستحقة نظاماً عن الفترة من ٧ / ٧ / ١٤٠٥ حتى ٦ / ٧ / ١٤٠٨ هـ
☐ غير مستحقة نظاماً : وتعاد مع التحية لسعادة /
للأسباب التالية :-
١:-
٢:- مسمى الوظيفة: مدير شعبة التوظيف
٣:- التوقيع: [توقيع]
الاسم: عبد الله النهاري
التاريخ / / ١٤ هـ

---

رابعاً - القرار:

إن مدير شئون الموظفين والرواتب
بناءً على الصلاحيات الممنوحة له نظاماً.
وبناءً على المادة رقم (٢٨/٤) من نظام الخدمة المدنية يقرر ما يلي:

القرار رقم ٧/١٤/١٦٠/١١٢
وتاريخ ٢٢/١٢/١٤١٤ هـ

١- يمنح الموظف أعلاه إجازة ( اعتيادية ) لمدة ( ٩٠ ) يوماً
اعتباراً من ٢٨ / ٣ / ١٤١٥ هـ

٢- يبلغ هذا لمن يلزم لانفاذه والتأشير بموجبه "

إسم صاحب الصلاحية: محمد نور عطيه
التوقيع: [توقيع]
الوظيفة: مدير شئون الموظفين والرواتب

---

صورة لسعادة / مدير عام هندسة الممرات الجوية للإفادة عن عودته ومباشرته للعمل .
صورة للمكرم مدير شعبة التأديب والرواتب .
صورة للمكرم مدير شعبة التوظيف .
صورة للصادر / لملفه مع اصل القرار .
صورة للإتصالات الإدارية لتسديد القيد رقم «       » وتاريخ    /    / ١٤ هـ

KSA0000001032

## تعليمات استخدام النموذج

١) يملأ طالب الاجازه القسم «الاول» من نموذج طلب الاجازه ويحدد الاجازه «اعتياديه، استثنائيه، تمديد اجازه اعتياديه». وبالنسبه لمــدراء الادارات والمطارات والوظائف الاشرافيه يوضح اسم الشخص الذي سيقوم بالعمل نيابة عنه.

٢) يملأ الرئيس المباشر القسم «الثاني» ويؤشره ليتم توقيعه من «مدير الاداره/المطار».

٣) يرسل الطلب الى ادارة شئون الموظفين في حالة الموافقه.

٤) يسجل الطلب في مركز الاتصالات الاداريه ويحول الى التوظيف مباشرة.

٥) يفحص المسئول نظاميه واستحقاق الاجازه ويملأ القسم «الثالث» ثم بعد ذلك يملأ قرار الاجازه الموجود بالسجل ويرسله الى مدير شئون الموظفين للتوقيع او التأشير حسب الصلاحيه.

٦) بعد التأشير يرسل الى صاحب الصلاحيه للتوقيع.

٧) بعد التوقيع يرسل الى الصادر لاصدار القرار وابلاغه للجهات المختصه.

٨) في حالة عدم استحقاق الاجازة توضح الاسباب وتعاد من قبل مدير شئون الموظفين لمرجع طالب الاجازه.

ملاحظات :-

* يجب ان يكون التبليغ بعودة الموظف من الاجازه من قبل المسئول على النموذج المعد لذلك.

* يراعى ان لا تزيد مدة الاجازه الاعتياديه التي يتمتع بها الموظف عن تسعين يوما خلال اثني عشر شهراً وان لاتقل عن خمسة عشر يوماً.

وان لا تزيد مدة الاجازه الاستثنائيه عن ستة اشهر خلال ثلاث سنوات الا في حالة الضروره القصوى وبعد موافقة الديوان العام للخدمة المدنية وفقا للمادة «٢٢/٢٨» من اللائحه.

KSA0000001033



# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015 and ISO 17100:2015. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

File Name(s):         06. KSA0000001032-33

Source Language(s)    Arabic
Target Language(s)    English

Appeared before me remotely

Authorized Signature:

*[signature]*

Name:   Jacqueline Yorke
Title:  Project Manager
Date:   June 4, 2021

Currently situated in the County of New York

Signature, Notary Public:

*[signature]*

Currently situated in the County of New York



*Stamp: Notary Public*

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS