# EXHIBIT 29

June 11, 2021
EXHIBIT
al Bayoumi
**0724**

*1290/4*

| [logo:] Ministry of Defense and Aviation | [seal:] *Cards* [illegible] | **In the Name of Allah the Most Merciful, the Most Compassionate** | |
|---|---|---|---|
| Presidency of Civil Aviation | *21389* | **Leave Request for an Employee** | **Administration outgoing** No.:*1932*[illegible] |
| Department of Personnel Affairs and Payroll | Date: 9/7/1415 AH [02/07/1995] | **of the Eleventh Level or less and the workers** | **Date:** *9/7/1415 AH* **[02/07/1995]** |

<table>
<tr>
<td rowspan="3"><strong>First: Request</strong></td>
<td>
<strong>Your Excellency: Director General of Airways Engineering,</strong><br><br>
<strong>Greeting,</strong><br>
I would like to kindly ask for your approval to:<br>
() Ordinary leave (√) Exceptional ( ) Extension of ordinary leave<br>
<strong>For a period of (90) days starting from</strong> <em>9/27/1415 AH</em> <strong>[02/26/1995] and my address will be while on leave as follows:</strong><br>
------------------------------------------------------------------------------------------------------- -
</td>
</tr>
<tr><td>
<table>
<tr><td><strong>The work will be done by my colleague</strong><br>…………………………<br><strong>Date:   /  /14    AH</strong></td>
<td><strong>Name: Omar Ahmed Al Bayoumi</strong><br><strong>Level: Eighth, No. 86</strong><br><strong>Signature:</strong> [signature]<br><strong>Job Title: Accountant</strong></td></tr>
</table>
</td></tr>
</table>

**Second: Official Approval**

**Honorable/ Director of Department of Personnel Affairs, Payroll/ Recruitment**
 We have no objection for the required leave if it is laid down by law.
**Name: Eng. Muhammad Ahmad Al-Salmi**
**Signature:** [signature]
**Job Title: Director General of Airways Engineering**
**Date:   /  /14    AH**

**Third: Human Resource Review**

**The required leave is (√) laid down by law for the period from:** /  /14   AH  to   /  /14   H
 **( ) not laid down by law and shall be not entitled for the following reasons:** ……….....…… *Without Salary*
 1-                                                       **Job Title:** *Director of Recruitment Division*
 2-                                                       **Signature:** [signature]
 3-                                                       **Name:** *Abdullah Al-Nahari*
**Date:** *9/20/1415 AH* **[2/19/1995]**

**Fourth: Decision**

*Acting Director of Personnel Affairs and Payroll*, **based on the powers granted to him and as per Article No.** *28/22* **of the Civil Service Law, decides the following:**
 1-   **The employee is granted an** *exceptional*       **Decision No.:** *7/4/1/6646*
    **leave for a period of** *90 days, starting from*   **Date:** *9/20/1415 AH* **[02/20/1995] (3)**
    *9/27/1415 AH* **[02/27/1995]**
 2-   **The decision is communicated to whomever**     * **Officer Name:** <u>*Abdel Rahim Nouri Justiniyeh*</u>
    **for kind information and necessary action.**      * **Signature:** [signature]
                                                       * **Job Title:** *Acting Director of Personnel Affairs and Payroll*

*A copy to the Civil Service Bureau (General Information Administration).*
*Note that the previous leave had been modified from 25/6/1415 AH* [11/29/1994] *to 23/6/1415 AH* [11/27/1994]

*A copy for Director General of Airways Engineering,      "Return To Work Notice"*

**A copy to the Director General of Airways Engineering to report on his return to work.**

**A copy to the Director of the Performance and Salary Department.**

**A copy to the Director of the Employment Department.**

**A copy to the outgoing/ his file with the original decision.**

**A copy to the Administrative Communications to pay the registration No. (***21389***), On** *7/9/1415 AH* **[02/07/1995].**

بسم الله الرحمن الرحيم

**طلب إجازة للموظف**

من المرتبة الحادية عشرة فما دون
والمستخدمين

رقم صادر الإدارة / الإيجار ١٩٢٢ /هـ/م

التاريخ ٧ / ٩ / ١٤١٥هـ

إدارة شئون الموظفين

---

سعادة ____ مدير عام هندسة الممرات الجوية ____ المحترم

أولاً : الطلب

بعد التحية

ارغب الترخيص لي بإجازة ☐ اعتيادية ☒ استثنائية ☐ تمديد اعتياديه

لمدة ( ٩٠ ) يوماً اعتباراً من ٧ / ٩ / ١٤١٥هـ وسيكون عنواني أثناء الإجازة :

الاسم ____ عمر أحمد اليوسفي ____

وسوف يقوم بتأمين العمل

زميلي / ____ المرتبة الثامنة رقمها ٨٠ ____

التوقيع ____

التاريخ / / ١٤ هـ    مسمى الوظيفه ____

---

ثانياً : موافقة المسئول

المكرم / مدير شئون الموظفين والرواتب / التوظيف ____ المحترم

لا مانع لدينا من منحه الإجازة المطلوبة اذا كانت مستحقة نظاماً .

الاسم ____ محمد أحمد السالمي ____ الوظيفه مدير عام هندسة    التوقيع ____

الممرات الجوية

التاريخ / / ١٤ هـ

---

ثالثاً : تدقيق شئون الموظفين

الإجازه المطلوبه ☐ مستحقة نظاماً عن الفتره من / ١٤ حتى / / ١٤هـ

☐ غير مستحقة نظاماً : وتعاد مع التحيه لسعادة / ____

للاسباب التالية :-

١ -:
٢ -: ____ مسمى الوظيفه ____
٣ -: ____ التوقيع ____

____ الاسم ____

التاريخ ٢ / ٩ / ١٤١٥هـ

---

رابعاً : القرار

إن ____ مدير شئون الموظفين ____ ورواتب ____

بناءً على الصلاحيات الممنوحة له نظاماً .

وبناءً على المادة رقم (٢٨) من نظام الخدمة المدنية يقرر ما يلي :

١ - يمنح الموظف اعلاه اجازة ( استثنائية ) لمدة ( ٩٠ ) يوماً

اعتباراً من ٧ / ٩ / ١٤١٥هـ .

٢ - يبلغ هذا لمن يلزم لانفاذه والتأشير بموجب ،،

اسم صاحب الصلاحية ____

الوظيفه ____

التوقيع ____

القرار رقم ٢/١/٤/٦٦٢

وتاريخ ٣٠ / ٩ / ١٤١٠هـ

---

صوره لسعادة / مدير عام هندسة الممرات الجوية ،،

صوره للمكرم مدير شعبة التأديب والرواتب .

صوره للمكرم مدير شعبة التوظيف سـ .

صوره للصادر / للملفه ، ، أصل القرار ،، .

صوره للإتصالات الإدارية لتسديد القيد رقم ٢١١،٣٨٩ وتاريخ ٧ / ٩ / ١٤١٥هـ .

KSA0000001046



## TRANSPERFECT

# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015 and ISO 17100:2015. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

File Name(s):          08. KSA0000001046

Source Language(s)     Arabic
Target Language(s)     English

**Appeared before me remotely**

Authorized Signature:

_Name:_      Jacqueline Yorke

_Title:_        Project Manager

_Date:_       June 4, 2021

_Currently situated in the County of New York_

Signature, Notary Public:

_Currently situated in the County of New York_



_Stamp: Notary Public_

## LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS