# EXHIBIT 30

# Certification of Translation

**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

October 5, 2023

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

KSA0000008778

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

_Benardette McEvoy_
Benardette McEvoy
Assistant Production Manager
Linguistic Systems, Inc.

**Linguistic Systems, Inc.**
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

Form OPS-QF-008 (rev.1)

Kingdom of Saudi Arabia [Civil Aviation Presidency seal]  **KINGDOM OF SAUDI ARABIA**
Ministry of Defense and Aviation  **Ministry of Defence and Aviation**
Civil Aviation Presidency  **Civil Aviation Presidency**

No.:  Date:  Attachments:

## Proposal

| | |
|---|---|
| To: | President of Civil Aviation |
| From: | Assistant President of Civil Aviation |
| Subject: | Request to extend an exceptional leave for the employee Omar Ahmed Bayoumi, 8th rank, Airways Engineering, due to family circumstances |
| Analysis: | The said individual works as an accountant at the 8th rank in the Finance Directorate and is assigned to work in Airways Engineering. He has been on regular leave for ninety days starting 23/3/1415H [Aug. 31, 1994], which has been extended with exceptional leave for ninety days starting 23/6/1415H [Nov. 27, 1994] due to the said individual's family circumstances. As he is now in America, he applied for an extension of the exceptional leave for another ninety days starting 23/9/1415H [Feb. 23, 1995]. His direct manager has approved his request. |
| Opinion: | The best opinion is that of Your Excellency. I would approve the request to extend the exceptional leave for said individual starting 23/9/1415H [Feb. 23, 1995], or you may guide us as you see fit. [handwriting: especially as Mr. Omar Al-Bayoumi is an efficient and capable employee.] |

Yours sincerely,

Assistant President of Civil Aviation
[Signed]
Abdul Aziz Abdul Karim Al Anqari
16/9 [Feb. 16, 1995]

4/proposal 2
[Signed]

Approved
[Signed]

Employee Affairs
To complete the necessary action as directed by
Your Excellency
[Signed]
19/9 [Feb. 19, 1995]

KSA0000008778

**KINGDOM OF SAUDI ARABIA**
Ministry of Defence and Aviation
Civil Aviation Presidency

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني

| الرقم | التاريخ | المرفقات |
|---|---|---|

عـرض

الموقر

الـى : رئيس الطيران المدني

مـن : مساعد رئيس الطيران المدني

الموضوع : طلب تمديد اجازة استثنائية للموظف/ عمر احمد بيومي م/٨ بهندسة الممرات الجويه لظروفه العائليه .

الدراسه : المذكور يعمل بوظيفة محاسب بالمرتبه الثامنه بالادارة الماليه ومكلف بالعمل لدى هندسة الممرات الجويه وقد تمتع باجازة اعتيادية لمدة تسعين يوماً اعتباراً من ١٤١٥/٣/٢٣هـ وقد تم تمديدها باجازة استثنائية لمدة تسعين يوماً اعتباراً من ١٤١٥/٦/٢٣هـ ولظروف المذكور العائليه حيث يتواجد الأن في امريكا تقدم بطلب تمديد الاجازة الاستثنائية بأخرى لمدة تسعين يوماً اعتباراً من ١٤١٥/٩/٢٣هـ وقد وافق رئيسه المباشر على طلبه .

الـراي: ارى والرأى الاتم لمعاليكم الموافقة على طلب تمديد الاجازة الاستثنائية للمذكور اعتباراً من ١٤١٥/٩/٢٣هـ او التوجيه بما ترون .خاصة و( ... )
وتقبلوا معاليكم فائق تقديري واحترامي ، ، ،

مساعد رئيس الطيران المدني
عبدالعزيز عبدالكريم العنقري
٩ / ١٦

معا نعم

٤/عرض٢

شئون الموظفين
للعمل بلازم حسب توجيه معاليه

٩/١٩

KSA0000008778