# EXHIBIT 31



# Certification of Translation

## COUNTY OF SUFFOLK
## COMMONWEALTH OF MASSACHUSETTS

October 5, 2023

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

**KSA0000001029**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

*Benardette McEvoy*
Benardette McEvoy
Assistant Production Manager
Linguistic Systems, Inc.

---

**Linguistic Systems, Inc.**
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

Form OPS-QF-008 (rev.1)

In the name of God, the Merciful, the Benevolent

P. O. Box 430 Jeddah, 21411
Kingdom of Saudi Arabia
Telephone 6710000
Telex: 601482 Avco SJ
Commercial Reg. NO. 20442
Paid-in capital: SAR 10,000,000



Date: 24/12/1415H
      24/05/1995CE

President of Civil Aviation

Greetings and God's Blessings

We want to inform you that Dallah Avco and its project to support air navigation are currently in desperate need for the services of Presidency employee Mr. Omar Ahmad Mustafa al-Bayoumi in the position of accounting supervisor based on the existing cooperation between the public sector and the private sector.

Thus, we are hoping that you will approve the secondment of the said person to our company for one year.

Thank you for your cooperation.

We appreciate your efforts … sincerely,

                                      [signature]
                                Alawi Mohamed Saeed Kamel
                                    Managing Director



finance/avco/fin

KSA0000001029

P.O. BOX 430 JEDDAH, 21411
KINGDOM OF SAUDI ARABIA
TELEPHONE : 6710000
TELEX : 601482 AVCO SJ

COMMERCIAL REG. No. 20442

PAID IN CAPITAL 10.000.000 SR.

التاريــــخ : ٢٤/ ١٢/ ١٤١٥هـ
الموافــــق : ٢٤/ ٠٥/ ١٩٩٥م

معالي/ رئيس الطيران المدني        المحترم

السلام عليكم ورحمة الله وبركاته،

نفيد معاليكم بأن شركة دله أفكو، مشروع دعم نظام الملاحة الجوية في أمس الحاجة في الوقت الحاضر لخدمات الموظف لدى الرئاسة الاستاذ/ عمر أحمد مصطفى البيومي - بوظيفة مشرف حسابات وذلك بناءً على التعاون القائم بين القطاع الحكومي والقطاع الخاص .

لذا نأمل موافقة معاليكم على إعارة المذكور للعمل لدينا لمدة عام .

شاكرين حسن تعاونكم ،،

وتقبلوا تحياتنا ومقدرين جهودكم ...

علوي محمد سعيد كامل
العضو المنتدب



finance/avco/fin

KSA0000001029