# EXHIBIT 32

# Certification of Translation

**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

October 5, 2023

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

KSA0000000712

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

_Benardette McEvoy_
Benardette McEvoy
Assistant Production Manager
Linguistic Systems, Inc.

**Linguistic Systems, Inc.**

260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

Form OPS-QF-008 (rev.1)

*129*/[illegible]



**KINGDOM OF SAUDI ARABIA**
**Ministry of Defence and Aviation**
**Civil Aviation Presidency**

Kingdom of Saudi Arabia
Ministry Defense and Aviation
Civil Aviation Presidency
[Headquarter]

No.: <u>7/4/1/732</u>   Date: <u>26/01/1416 AH [06/24/1995 AD]</u>   Attachments: <u>3</u>

| | | | | |
|---|---|---|---|---|
| `Umar Ahmad Mustafa al-Bayyumi | accountant | eighth | 86 | Air Corridors Engineering |

The President of Civil Aviation,

Based on the authorities granted to him by law, in reference to the request presented by Avco Dallah Company in which it requests the secondment of the employee identified above to work for them, in application of the principle of cooperation between the public and private sectors to advance Saudi companies and organizations, and based on the approval of His Highness the Assistant to the Minister of Defense and Aviation and Inspector General for Aviation Affairs in his letter no. 1/1/4/7/3/53 dated 13/01/1416 AH [06/11/1995 AD] to second the abovementioned individual, and in accordance with the provisions of Article 29of the Civil Service Code,

We hereby decide as follows:

1. To second the employee identified above, `Umar Ahmad Mustafa al-Bayyumi, to be employed at Avco Dallah Company for one year, renewable, provided that the entity to which the employee is to be seconded shall be responsible for all of his employment rights such salaries, allowances, and the like.

2. The secondment shall be in effect beginning on 08/01/1416 AH [06/06/1995 AD], and his salary and allowances paid by the Presidency shall be suspended on the said date until the employee returns to his work. During the period of secondment, the said employee shall be required to pay the retirement dues on the salary from his original job and any increases thereto.

3. This decision shall be communicated to all concerned parties.

[Initials]

President of Civil Aviation

Dr. Ali Abdulrahman al-Khalaf
Original Signed

Dr. Ali Abdulrahman al-Khalaf

M/H/4/Secondment
CC: Civil Service General Administration (General Department of Information) with regards
CC: Director General of Air Corridors Engineering with regards
CC: HE the Managing Director of Avco Dallah Company
CC: Director General of the Management Development Department / Director General of Planning and Budget
CC: Secretary of the Promotions Committee / original of decision for Salaries
CC: Personnel/Recruitment/Performance, copy for file with original
[Signature]

Please reply to: P. O. Box :   Postal Code:   City:   Kingdom of Saudi Arabia

KSA0000000712

KINGDOM OF SAUDI ARABIA
Ministry of Defence and Aviation
Civil Aviation Presidency



المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني

الرقم ٧/٢ج/١١/٤١٧   التاريخ ٢٦/١١/١٤١٦   المرفقات ٣

عمر احمد مصطفى البيومي    محاسب    الثامنة    ٨٦    هندسة الممرات الجوية

ان رئيس الطيران المدني

بناء على الصلاحيات الممنوحه له نظاما واشارة الى الطلب المقدم من شركة افكو دله الذى تطلب فيه اعارة الموظف الموضحه هويته بعاليه للعمل لديهم . وعملا بمبدأ التعاون المتبادل بين القطاع العام والقطاع الخاص بهدف النهوض بالشركات والمؤسسات الوطنيه واستنادا الى موافقة سمو مساعد وزير الدفاع والطيران والمفتش العام لشئون الطيران المدنى بخطابه رقم ١/١/٤/٧/٢/٢ ٥٢ وتاريخ ١٣/١/١٤١٦هـ على اعارة المذكور وتمشيا مع فقرات الماده (٢٩) من نظام الخدمه المدنيه فاننا:-

( نقـــرر مايلــى )

١- اعارة الموظف عمر احمد مصطفى البيومي الموضحه هويته بعاليه للعمل لدى شركة افكو دله لمدة سنه واحده قابله للتمديد على ان تتحمل الجهه المعار اليها جميع حقوقه الوظيفيه من رواتب وبدلات وغيرها.

٢- تعتبر الاعاره سارية المفعول اعتبارا من تاريخ ١/٨/١٤١٦هـ وتقطع رواتبه وبدلاته من الرئاسه من التاريخ المشار اليه حتى يعود الى عمله وعلى الموظف المذكور ان يؤدى خلال فترة الاعاره العائدات التقاعديه على رواتب وظيفته الاصليه وما يطرأ عليها من زيادات.

٣- يبلغ هذا القرار لمن يلزم لانفاذ موجبــه.



م/ج/٤/اعارة
ص/ مع التحيه للديوان العام للخدمه المدنيه ( الاداره العامه للمعلومات).
ص/ مع التحيه لسعادة مدير عام هندسة الممرات الجويه.
ص/ لسعادة العضو المنتدب لشركة افكو دله.
ص/ للمكرم مدير ادارة التطوير الادارى / للمكرم مدير ادارة التخطيط والميزانيه.
ص/ للمكرم سكرتير لجنة الترقيات/ أصل القرار للرواتب.
ص/ لشئون الموظفين/ التوظيف/ التأديب / ص/ للملف مع الاساس.

الرجاء الاتصال على العنوان التالي ص.ب     الرمز البريدي    المدينة    المملكة العربية السعودية
Please reply to: P. O. Box :    Postal Code:    City:    Kingdom of Saudi Arabia

KSA0000000712