# EXHIBIT 33



# Certification of Translation

**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

On this day of December 20, 2018

Linguistic Systems, Inc., 260 Franklin Street, Boston, Massachusetts 02110, completed the attached translation into English of the file:

KSA0000000710.pdf

I, Gabriela Bess, certify that the attached translation has been translated faithfully by a qualified and vetted linguist fluent in both Arabic and English and is a true and correct English version of the original Arabic, to the best of the linguist's knowledge and belief.

_____
Gabriela Bess
Translation Project Manager

**Linguistic Systems, Inc.**
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 27001

**Kingdom of Saudi Arabia**
**Ministry Defense and Aviation**
**Civil Aviation Presidency**
**[Headquarter]**

[logo]

KINGDOM OF SAUDI ARABIA
Ministry of Defence and Aviation
Civil Aviation Presidency

**Number:** 128/1/4/7      **Date:** 04/01/1417 H [May 22, 1996]      **Attachments:** …………

| Omar Ahmad Mustafa Al-Bayyumi | Accountant | eighth | 86 | Air Corridors Engineering |

The President of Civil Aviation,

In accordance with power assigned to him, and addendum to the administrative decision number 732/1/4/7 on 26/01/1416 H [June 25, 1995] to extend the secondment of the employee mentioned above to Avco Dallah for one year from 08/01/1416 H [June 07, 1995]. And in reference to Avco Dallah request to extend the secondment for the above-mentioned employee for another one year from 08/01/1417 H [May 26, 1996.]

Pursuant to the principle of cooperation between public and private sectors. Based on the approval of his highness, Assistant of the Minister of Defense and Aviation and Inspector General for Aviation Affairs, in his letter number 2640/3/7/4/1/1 on 26/12/1416 H [May 15, 1996]. It was about extending the secondment of the employee mentioned above for one year renewable thereafter, and in accordance with article (29) of the civil service regulations,

(We decided the following)

1- Extension the secondment of the employee identified above, Omar Ahmad Mustafa al-Bayyumi, to work for Avco Dallah Company for one renewable year. The entity to which the employee is seconded shall be responsible for all his employment rights such as salaries and allowances.
2- The secondment shall be effective from 08/01/1417 H [May 26, 1996], his salary and allowances shall be suspended from the Presidency until his return to his position. The above-mentioned employee shall pay for his pension dues based on his original position's salary and the increases thereof.
3- This decision shall be informed to all concerned parties to be executed accordingly.

[Signature]

President of Civil Aviation
Dr. Ali Abdulrahman al-Khalaf,
Sign the original

3/4
Copy to Civil Service Office (General Administration of Information)
Copy to Director-General of Air Corridors Engineering
Copy to Managing Director of Avco Dallah Company
Copy to Planning and Budget / Administrative Developmebt.
Copy to Promotion / Copy to Personnel Affairs / Recruitment
Copy to his file along with the original

KSA0000000710




**KINGDOM OF SAUDI ARABIA**
Ministry of Defence and Aviation
Civil Aviation Presidency

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني

رقم: ١٢٨/١/٤/٧
التاريخ: ٢/١/١٢١٧هـ
المرفقات: ..........

| عمر احمد مصطفى البيومى | محاسب | الثامنة | ٨٦ | هندسة الممرات الجويه |

ان رئيس الطيران المدنى

بناء على الصلاحيه الممنوحه له. والحاقا للقرار الادارى رقم ٧٣٢/١/٤/٧ فى ١٤١٦/١/٢٦هـ والقاضى باعارة الموظف الموضحة هويته بعاليه للعمل لدى شركة افكو دله ولمدة سنه واحدة اعتبارا من ١٤١٦/٧/٨هـ قابله للتمديد . وبالاشاره الى الطلب المقدم من شركة افكو دله والذى تطلب فيه تمديد اعارة الموظف المذكور للعمل لديهم ولمدة سنه أخرى اعتبارا من ١٤١٧/١/٨هـ وعملا من مبدأ التعاون المتبادل بين القطاعات العامه والقطاعات الخاصه. واستنادا الى موافقة سمو مساعد وزير الدفاع والطيران والمفتش العام لشئون الطيران المدنى بخطابه رقم ٢٦٤٠/٣/٧/٤/١/١ فى ١٤١٦/١٢/٢٦هـ على تمديد اعارة خدمات الموظف المذكور ولمدة سنه أخرى قابله للتمديد وتمشيا مع فقرات المادة (٢٩) من نظام الخدمه المدنيه فاننا:-

( نقرر مايلى )

١- تمديد اعارة الموظف / عمر احمد مصطفى البيومى والموضحة هويته بعاليه للعمل لدى شركة افكو دله ولمدة سنه أخرى قابله للتمديد على ان تتحمل الجهه المعار اليها جميع حقوقه الوظيفيه من رواتب وبدلات وغيرها.

٢- تعتبر الاعاره سارية المفعول اعتبارا من ١٤١٧/١/٨هـ وتقطع رواتبه وبدلاته من الرئاسه حتى عودته للعمل وعلى الموظف المذكور ان يؤدى خلال فترة اعارته العائدات التقاعديه على رواتب وظيفته الاصليه ومايطرأ عليها من زيادة.

٣- يبلغ هذا القرار لمن يلزم لاعتماد تنفيذ موجبه.



رئيس الطيران المدنى
د/ علي عبدالرحمن الخلف

٤/٣

صوره مع التحيه لديوان الخدمه المدنيه/ الادارة العامه للمعلومات .
صوره لسعادة مدير عام هندسة الممرات الجويه .
صوره لسعادة العضو المنتدب لشركة افكو دله .
صوره للتخطيط والميزانيه/ للتطوير الادارى .
صوره للترقيات/ صوره لشئون الموظفين/ التوظيف .
صوره لملفه مع الاساس .

KSA0000000710