# EXHIBIT 34



# Certification of Translation

**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

On this day of December 20, 2018

Linguistic Systems, Inc., 260 Franklin Street, Boston, Massachusetts 02110, completed the attached translation into English of the file:

KSA0000000711.pdf

I, Gabriela Bess, certify that the attached translation has been translated faithfully by a qualified and vetted linguist fluent in both Arabic and English and is a true and correct English version of the original Arabic, to the best of the linguist's knowledge and belief.

_____
Gabriela Bess
Translation Project Manager

**Linguistic Systems, Inc.**

260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 27001

**Kingdom of Saudi Arabia**
**Ministry Defense and Aviation**
**Civil Aviation Presidency**
**[Headquarter]**

[logo]

KINGDOM OF SAUDI ARABIA
Ministry of Defence and Aviation
Civil Aviation Presidency

129

**Number:** <u>9307/1/4/7</u>    **Date:** <u>28/12/1417 H [May 6, 1997]</u>    **Attachments:** ……Original……

Omar Ahmad Mustafa al-Bayyumi    Accountant    eighth    86    Air Corridors Engineering

The Assistant of the President of Civil Aviation,

in accordance with power assigned to him, and addendum to the administrative decision number 128/1/4/7 on 04/01/1417 H [May 22, 1996] to extend the secondment of the employee mentioned above to work in Avco Dallah for one year from 08/01/1418 H [May 16, 1997] renewable thereafter. And in reference to Avco Dallah request to extend the secondment of the above-mentioned employee for another one year from 08/01/1418 H [May 16, 1997.]

Pursuant to the principle of cooperation between public and private sectors. Based on the approval of his highness, the Assistant of the Minister of Defense and Aviation, and Inspector General for Aviation Affairs in his letter number 2629/3/7/4/1/1 on 19/12/1417 H [April 27, 1997]. It was about extending the secondement of the employee mentioned above for another one year from 08/01/1418 H [May 16, 1997], in accordance with article (29) of the civil service regulations,

(We decided the following)

1- Extending the dispatch of the employee identified above, Omar Ahmad Mustafa al-Bayyumi, to work for Avco Dallah Company for another one year. The entity to which the employee is seconded shall bear all his employment rights such as salaries and allowances.
2- The secondment shall be effective from 08/01/1418 H [May 16, 1997,] his salary and allowances shall be suspended until his return to his position. The above-mentioned employee shall pay for his pension dues based on his original position's salary and the increases thereof.
3- This decision shall be informed to all concerned parties to be executed accordingly.

[Signature]

4/22

Assistant of the President of Civil Aviation
[Signature]
Abdul Aziz Bin Abdel Karim Al-A'nqari

Copy to Civil Service Office (General Administration of Information)
Copy to Managing Director of Avco Dallah Company, P.O Box 43 Jeddah
Copy to Administrative Development / Planning and Budget/ Promotions
Copy to Air Corridors Engineering / Original decision to salaries / Copy to Recruitment / Performance / Copy to his file with original

KSA0000000711

Please reply to: P.O. Box          Postal Code:   City:          Kingdom of Saudi Arabia

KSA0000000711



**KINGDOM OF SAUDI ARABIA**
**Ministry of Defence and Aviation**
**Civil Aviation Presidency**

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني

الرقم ٩٣٠٧/١/١٤١٧
التاريخ ٨٦/١٢/٧/١٤١٧
المرفقات

| هندسة المرات الجوية | الثامنة | ٨٦ | محاسب | عمر احمد مصطفى بيومي |

ان مساعد رئيس الطيران المدني .

بناء على الصلاحيه الممنوحه له . والحاقا للقرار الاداري رقم ١٢٨/١/٤/٧ فى ١٤١٧/١/٤هـ والقاضى بتمديد اعارة الموظف الموضحة هويته بعاليه للعمل لدى شركة افكو دله ولمدة سنة اعتبارا من ١٤١٨/١/٨هـ قابله للتمديد . وبالاشارة الى الطلب المقدم من شركة افكو دله والذى تطلب فيه تمديد اعارة المذكور للعمل لديهم ولمدة سنة أخرى اعتبارا من ١٤١٨/١/٨هـ وعملا بمبدأ التعاون المتبادل بين القطاعات العامه والقطاعات الخاصه . واستنادا الى موافقة سمو مساعد وزير الدفاع والطيران والمفتش العام لشئون الطيران المدنى بخطابه رقم ٢٦٢٩/٣/٧/٤/١/١ فى ١٤١٧/١٢/١٩هـ على تمديد اعارة خدمات الموظف المذكور ولمدة سنة أخرى اعتبارا من ١٤١٨/١/٨هـ وتمشيا مع فقرات المادة (٢٩) من نظام الخدمه المدنيه فاننا :-

( نقرر مايلى )

١- تمديد اعارة الموظف / عمر احمد مصطفى بيومي والموضحة هويته بعاليه للعمل لدى شركة افكو دله ولمدة سنة أخرى على ان تتحمل الجهه المعار اليها المذكور جميع حقوقه الوظيفيه من رواتب وبدلات وغيرها .

٢- تعتبر الاعاره سارية المفعول اعتبارا من ١٤١٨/١/٨هـ وتقطع رواتبه وبدلاته من الرئاسه حتى عودته للعمل وعلى الموظف المذكور ان يؤدى خلال فترة اعارته العائدات التقاعديه على رواتب وظيفته الاصليه ومايطرأ عليها من زيادة .

٣- يبلغ هذا القرار لمن يلزم لاعتماد تنفيذ موجبه .

مساعد رئيس الطيران المدني

عبدالعزيز بن عبدالكريم العنقري

٢٢/٤

ص/ مع التحيه لديوان الخدمه المدنيه ( الادارة العامه للمعلومات )
ص/ لسعادة العضو المنتدب لشركة افكو دله ص.ب ٤٢٠ جده
ص/ للتطوير الاداري /ص/ للتخطيط والميزانيه/ ص/ للترقيات
ص/ لهندسة المرات الجويه . /أصل القرار للرواتب / ص/ للتوظيف / للتقاعد/ص/ كلفيه مع الاساس

الرجاء الاتصال على العنوان التالي: ص. ب        الرمز البريدي        المدينة        المملكة العربية السعودية

KSA0000000711