# EXHIBIT 35



# Certification of Translation

**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

On this day of December 20, 2018

Linguistic Systems, Inc., 260 Franklin Street, Boston, Massachusetts 02110, completed the attached translation into English of the file:

KSA0000000709.pdf

I, Gabriela Bess, certify that the attached translation has been translated faithfully by a qualified and vetted linguist fluent in both Arabic and English and is a true and correct English version of the original Arabic, to the best of the linguist's knowledge and belief.

_____
Gabriela Bess
Translation Project Manager

**Linguistic Systems, Inc.**
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 27001

1290/01

# Kingdom of Saudi Arabia
# Ministry of Defense and Aviation
# Civil Aviation Presidency

Ref: 575/1/4/7          Date: 15/1/1419 H [12 May 1998]          Attachments: The original

| Omar Ahmad Mustafa Bayyumi | Accountant | Eighth | 86 | Air Corridors Engineering |

The Vice President of Civil Aviation,

pursuant to the power vested in him, and as an addendum to the administrative decision number 9307/1/4/7, dated 28/12/1417 H [6 May 1997], to extend the secondment of the services of the employee whose identification is specified above to work for Dallah Avco Company. His secondment shall be for a period of one year starting 8/1/1418 H [16 May 1997], subject to extension. And in reference to the request submitted by Dallah Avco Company asking for the secondment services of the abovementioned employee to be extended to work with them for another year starting 8/1/1419 H [5 May 1998]. Based on the principle of mutual cooperation between the public and private sectors, and pursuant to the approval of His Highness the Assistant of the Minister of Defense and Aviation and Inspector General for Civil Aviation Affairs by his letter number 1055/3/4/1/1, dated 8/1/1419 H [5 May 1998], and in line with the items of article (29) of the civil service regulations,

(We decide the following)

1. Extending the secondment of the services of the employee / Omar Ahmad Mustafa Bayyumi, whose identification is specified above, to work for Dallah Avco Company for one more fourth year, and the entity to which the above-mentioned employee is seconded should incur all his job entitlements, such as salaries, allowances, and others.

2. The secondment shall be effective from 8/1/1419 H [5 May 1998] and his salaries and allowances from the Presidency are to be suspended until his return to his job. The above-mentioned employee shall pay his pension dues based on his original position's salary and the increases thereof.

3. This decision shall be informed to the concerned parties to be executed accordingly.

[Stamp reads]:

| Assistant to the President of Civil Aviation |
| Abdel Aziz Bin Abdel Karim Al-Anqari |
| The original copy has been signed |

2/Bayyumi 1

Copy, with greetings, to the General Bureau of Civil Service (General Administration of Information)

Copy to his Excellency the Managing Director of Dallah Avco Company, P.O Box (430) Jeddah

Copy to the Administrative Development / copy to Budget / copy to Promotions

Copy to Airways Engineering / Original copy of the decision to Performance

Copy to Recruitment / copy to his file along with the original.

 [Signature]

Please reply to: P.O Box:            Postal Code:            City:     Kingdom of Saudi Arabia

**KINGDOM OF SAUDI ARABIA**
Ministry of Defence and Aviation
Civil Aviation Presidency



المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني

الرقم: ١١/١٤/٥٧٥    التاريخ: ١٤١٩/١١/١٥    المرفقات: .............

عمر احمد مصطفى بيومى    محاسب    الثامنة    ٨٦    هندسة الممرات الجوية

ان مساعد رئيس الطيران المدنى
بناء على الصلاحيه الممنوحه له . والحاقا للقرار الادارى رقم ٩٣.٧/١/٤/٧ فى ١٤١٧/١٢/٢٨هـ والقاضي بتمديد اعارة الموظف الموضحة هويته بعاليه للعمل لدى شركة افكو دله ولمدة سنه اعتبارا من ١٤١٨/١/٨هـ قابله للتمديد . وبالاشاره الى الطلب المقدم من شركة افكو دله والذى تطلب فيه تمديد اعارة الموظف المذكور للعمل لديهم ولمدة سنه أخرى اعتبارا من ١٤١٩/١/٨هـ وعملا بمبدأ التعاون المتبادل بين القطاعات العامه والقطاعات الخاصه واستنادا الى موافقة سمو مساعد وزير الدفاع والطيران والمفتش العام لشئون الطيران المدنى بخطابه رقم ١/١/٢/٥٥.١ فى ١٤١٩/١/٨هـ وتمشيا مع فقرات الماده ( ٢٩ ) من نظام الخدمه المدنيه فاننا :-

( نقرر مايلى )

١- تمديد اعارة خدمات الموظف / عمر احمد مصطفى بيومى والموضحة هويته بعاليه للعمل لدى شركة افكو دله ولمدة سنه اخرى رابعه على ان تتحمل الجهه المعار اليها المذكور جميع حقوقه الوظيفيه من رواتب وبدلات وغيرها .

٢- تعتبر الاعاره سارية المفعول اعتبارا من ١٤١٩/١/٨هـ وتقطع رواتبه وبدلاته من الرئاسه حتى عودته لعمله وعلى الموظف المذكور ان يؤدى خلال فترة اعارته العائدات التقاعديه على رواتب وظيفته الاصليه ومايطرأ عليها من زياده .

٣- يبلغ هذا القرار لمن يلزم لاعتماد تنفيذ موجبه .



مساعد رئيس الطيران المدنى
عبدالعزيز بن عبدالكريم العنقرى
وقع على الاصل

٢/بيومى ١

ص/ مع التحيه لديوان الخدمه المدنيه ( الادارة العامه للمعلومات ) .
ص/ للعضو المنتدب لشركة افكو دله ص.ب (٤٣٠) جده .
ص/ للتطوير الادارى /ص/ للميزانيه / ص/ للترقيات .
ص/ لهندسة الممرات الجويه /اصل القرار للتأشيه
ص/ للتوظيف / ص/ للملف مع الاساس .

الرجــاء الاتصـال على العنوان التالي: ص. ب    الرمز البريدي    المدينة    المملكة العربية السعودية
Please reply to: P. O. Box :        Postal Code:        City:        Kingdom of Saudi Arabia

KSA0000000709