# EXHIBIT 36

# Certification of Translation

## COUNTY OF SUFFOLK
## COMMONWEALTH OF MASSACHUSETTS

October 5, 2023

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

**KSA0000000813**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

_Benardette McEvoy_
Benardette McEvoy
Assistant Production Manager
Linguistic Systems, Inc.

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

Form OPS-QF-008 (rev.1)

| | | | | |
|---|---|---|---|---|
| *4/1290* | In the name of God, the Merciful, the Benevolent | | | |
| Kingdom of Saudi Arabia | [illegible logo] | | Ref: 7/4/1/505 | |
| Ministry of Defense and Aviation | | | Date: 17/1/1420H [May 3, 1999] | |
| Civil Aviation Presidency | | | Attachment: Original | |

Omar bin Ahmad Mustafa Bayoumi   Accountant   Eighth   86   Airways Engineering

The Vice President of Civil Aviation

Per the authority granted to him and following Administrative Decision No. 7/4/1/575 dated 15/1/1419H [May 12, 1998] to extend the secondment of the employee named above to Dallah Avco for a year starting on 8/1/1419H [May 5, 1998], subject to extension; with reference to the request from Dallah Avco in which the company asked for an extension for the employee named above to work with them for another year starting on 8/1/1420H [April 24, 1999]; pursuant to the principle of mutual cooperation between the public sector and private sector; based on approval from his highness the Deputy Minister of Defense and Civil Aviation and the General Inspector of Civil Aviation Affairs in his Letter No. 1/1/4/7/1106 dated 11/1/1420H [April 27, 1999]; and in compliance with Article 29 of the Civil Service Law, we have decided the following:

1. To extend the secondment of employee Omar Ahmad Mustafa Bayoumi, identified above, to work an additional, fifth and final, year at Dallah Avco. The entity to which he is seconded will pay his salary, allowances, and so on.

2. The secondment will go into effect starting 8/1/1420H [April 24, 1999]. Until his return to work, his salary and allowances from the Presidency will be put on hold. During the secondment period, the said employee must make monthly contributions to his retirement account based on his original salary and any raise during the secondment period; otherwise, the secondment period will be excluded from the term of service in compliance with Article 17 of the Civil Pension Law of 1393H [1973].

3. This decision shall be communicated to whomever must approve its implementation.

[two signatures]

                                              Vice President of Civil Aviation
                                                   [illegible stamp]
                                       Abdulaziz bin Abdulkarim al-Anqari

Copy to His Highness the Acting Director of the Budget Directorate
Copy with salutations to General Bureau of Civil Service / General Directorate for Information
Copy with salutations to the Bureau of Civil Service branch in Mecca Province
Copy with salutations to H.E. the Director General of the Pension Agency. Copy to H.E. the Director General of Airways Engineering
Copy to H.E. the Managing Director of Dallah Avco, P.O. Box 430, Jeddah
Copy to Director of the Administrative Development Directorate / C. / to Secretary of the Promotions Committee
Decision original to Pay Directorate for approval / C. / to Employee Affairs / Hiring / C. / Cards /C. to his file with original ✓
[signature]



الرقم: ٧/١٦٢/١
التاريخ: ٢٨/١/١٤٢٠هـ
المرفقات: الأساس

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني

عمر بن أحمد مصطفى بيومي        محاسب        الثامنة        ٨٦        هندسة الممرات الجوية

ان مساعد رئيس الطيران المدني

بناءً على الصلاحية الممنوحة له والحاقاً للقرار الإداري رقم ٥٧٥/١/٤/٧ وتاريخ ١٥/١/١٤١٩هـ القاضي بتمديد اعارة خدمات الموظف الموضحة هويته بعاليه للعمل لدى شركة أفكو دلة ولمدة سنة إعتباراً من ٨/١/١٤١٩هـ قابلة للتمديد وبالأشارة الى الطلب المقدم من شركة أفكو دلة والذي يطلب فيه تمديد اعارة خدمات الموظف المذكور للعمل لديهم ولمدة سنة أخرى اعتباراً من ٨/١/١٤٢٠هـ وعملاً بمبدأ التعاون المتبادل بين القطاع العام والقطاع الخاصة وإستناداً الى موافقة سمو مساعد وزير الدفاع والطيران والمفتش العام لشئون الطيران المدني بخطابه رقم ١١٠٦/٧/٤/١/١ وتاريخ ١١/١/١٤٢٠هـ وتمشياً مع فقرات المادة (٢٩) من نظام الخدمة المدنية فأننا :-

( نقرر مايلي )

١ - تمديد اعارة خدمات الموظف / عمر احمد مصطفي بيومي الموضحة هويته بعاليه للعمل لدى شركة افكو دلة ولمدة سنة اخرى خامسة واخيرة على ان تتحمل الجهة المعار اليها المذكور جميع حقوقه الوظيفيه من رواتب وبدلات وغيرها .

٢ - تعتبر الاعارة سارية المفعول اعتباراً من ٨/١/١٤٢٠هـ وتقطع رواتبه وبدلاته من الرئاسة حتى عودته لعمله وعلى الموظف المذكور ان يؤدي خلال فترة اعارته العائدات التقاعدية على رواتب وظيفته الأصلية وما يطرأ عليها من زيادة طيلة مدة اعارته شهرياً بإنتظام والا سوف تستبعد مدة الاعارة من الخدمة وفقاً للمادة (١٧) من نظام التقاعد المدني لعام ١٣٩٣هـ .

٣ - يبلغ هذا القرار لمن يلزم لاعتماد تنفيذ موجبه .

مساعد رئيس الطيران المدني
عبد العزيز بن عبد الكريم العنقري

صورة لصاحب السمو مدير إدارة الميزانية المكلف .
صورة مع التحية للديوان العام للخدمة المدنية / الادارة العامة للمعلومات .
صورة مع التحية لفرع ديوان الخدمة المدنية بمنطقة مكة المكرمة .
صورة مع التحية لسعادة مدير عام مصلحة معاشات التقاعد . صورة لسعادة مدير عام هندسة الممرات الجوية .
صورة لسعادة العضو المنتدب لشركة افكو دلة ص . ب ( ٤٣٠ ) جدة .
صورة للمكرم مدير ادارة التطوير الاداري / ص / للمكرم سكرتير لجنة الترقيات .
اصل القرار لادارة التأدية للاعتماد / ص / لشئون الموظفين / التوظيف / ص / البطاقات /ص / لملف مع الاساس

KSA0000000813