# EXHIBIT 37

**Pay Advice Report(Run : 05-NOV-1999)**

### Personal
| | | | |
|---|---|---|---|
| Monthly Salary | 7740 | Job Title | 0070301 |
| Number | 050040 | Name | AL BAYOUMI, Mr. OMER AHMED |

### Payments
| | |
|---|---|
| Basic Salary ساسي | 7740.00 |
| Housing Allow كن | 1290.00 |
| Other Allowance | 1742.00 |
| Tranporrtation ٺ | 774.00 |
| **Total** | **11546.00** |

### Deductions
| | |
|---|---|
| Total | |

### Payment Methods
| Method | Bank | Account No. | Amount |
|---|---|---|---|
| | | | |

### Messages
| Message |
|---|
| |

### Tax
| | |
|---|---|
| Tax Period | 7 |
| Tax Ref. No. | DALLAH |
| Tax Tel. No. | |
| Tax Code | |
| Tax Basis | Non Cumul. |
| N.I. Number | |
| N.I. Category | |
| Pay Date | 05-NOV-1999 |

### Amount Paid
| | |
|---|---|
| Amount | 11546.00 |

### Balances
| | |
|---|---|
| Gross YTD | 11546.00 |
| Gross PTD | 11546.00 |
| Taxable YTD | 11546.00 |
| Taxable PTD | 11546.00 |
| PAYE YTD | 0.00 |
| NIable YTD | 0.00 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.



EXHIBIT 103
WIT: Khsn
DATE: 1-23-19
C. Campbell, RDR CRR CSR #13921

DA000457



**Pay Advice Report(Run : 05-DEC-19 9)**

**Personal**

| | |
|---|---|
| Monthly Salary | 7740 |
| Number | 050040 |
| Job Title | 0070301 |
| Name | AL BAYOUMI, Mr. OMER AHMED |

**Tax**

| | |
|---|---|
| Tax Period | 8 |
| Tax Ref. No. | DALLAH |
| Tax Tel. No. | |
| Tax Code | |
| Tax Basis | Non Cumul. |
| N.I. Number | |
| N.I. Category | |
| Pay Date | 05-DEC-1999 |

**Payments**

| | |
|---|---|
| Basic Salary ماسي | 7740.00 |
| Housing Allow كن | 1290.00 |
| Other Allowance | |
| Tranporrtation ٹ | 774.00 |
| **Total** | **9804.00** |

**Deductions**

| | |
|---|---|
| | |
| **Total** | |

**Amount Paid**

| | |
|---|---|
| Amount | 9804.00 |

**Payment Methods**

| Method | Bank | Account No. | Amount |
|---|---|---|---|
| | | | |
| | | | |

**Messages**

| Message |
|---|
| |

**Balances**

| | |
|---|---|
| Gross YTD | 21350.00 |
| Gross PTD | 9804.00 |
| Taxable YTD | 21350.00 |
| Taxable PTD | 9804.00 |
| PAYE YTD | 0.00 |
| Nlable YTD | 0.00 |

DA000458



**Pay Advice Report(Run : 05-JAN-2000)**

**Personal**

Monthly Salary **7740**  Job Title **0070301**
Number **050040**  Name **AL BAYOUMI, Mr. OMER AHMED**

**Tax**

| | |
|---|---|
| Tax Period | 9 |
| Tax Ref. No. | DALLAH |
| Tax Tel. No. | |
| Tax Code | |
| Tax Basis | Non Cumul. |
| N.I. Number | |
| N.I. Category | |
| Pay Date | 05-JAN-2000 |

**Payments**

| | |
|---|---|
| Basic Salary ﺍﺳﺎﺳﻲ | 7740.00 |
| Housing Allow ﻛﻦ | 1290.00 |
| Other All Adj ﺧﺮﻯ | 1742.00 |
| Other Allowance | 1742.00 |
| Tranporrtation ﺕ | 774.00 |
| | |
| Total | 13288.00 |

**Deductions**

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| Total | |

**Amount Paid**

| Amount | 13288.00 |
|---|---|

**Payment Methods**

| Method | Bank | Account No. | Amount |
|---|---|---|---|
| | | | |
| | | | |

**Balances**

| | |
|---|---|
| Gross YTD | 34638.00 |
| Gross PTD | 13288.00 |
| Taxable YTD | 34638.00 |
| Taxable PTD | 13288.00 |
| PAYE YTD | 0.00 |
| Nlable YTD | 0.00 |

**Messages**

Message

DA000459





**Pay Advice Report[Run : 05-MAR-2000]**

**Personal**

| | | | |
|---|---|---|---|
| Monthly Salary | 7740 | Job Title | 0070301 |
| Number | 050040 | Name | AL BAYOUMI, Mr. OMER AHMED |

**Tax**

| | |
|---|---|
| Tax Period | 11 |
| Tax Ref. No. | DALLAH |
| Tax Tel. No. | |
| Tax Code | |
| Tax Basis | Non Cumul. |
| N.I. Number | |
| N.I. Category | |
| Pay Date | 05-MAR-2000 |

**Payments**

| | |
|---|---|
| Basic Salary اساسي | 7740.00 |
| Housing Allow کن | 1290.00 |
| Other Allowance | 1742.00 |
| Tranporrtation ت | 774.00 |
| Total | 11546.00 |

**Deductions**

| | |
|---|---|
| | |
| Total | |

**Amount Paid**

| | |
|---|---|
| Amount | 11546.00 |

**Payment Methods**

| Method | Bank | Account No. | Amount |
|---|---|---|---|
| | | | |

**Balances**

| | |
|---|---|
| Gross YTD | 57730.00 |
| Gross PTD | 11546.00 |
| Taxable YTD | 57730.00 |
| Taxable PTD | 11546.00 |
| PAYE YTD | 0.00 |
| NIable YTD | 0.00 |

**Messages**

Message

DA000461



**Pay Advice Report(Run : 05-APR-2___)**

**Personal**

| | |
|---|---|
| Monthly Salary | 7740 |
| Number | 050040 |
| Job Title | 0070301 |
| Name | AL BAYOUMI, Mr. OMER AHMED |

**Tax**

| | |
|---|---|
| Tax Period | 12 |
| Tax Ref. No. | DALLAH |
| Tax Tel. No. | |
| Tax Code | |
| Tax Basis | Non Cumul. |
| N.I. Number | |
| N.I. Category | |
| Pay Date | 05-APR-2000 |

**Payments**

| | |
|---|---|
| Basic Salary ماسي | 7740.00 |
| Housing Allow كن | 1290.00 |
| Other Allowance | 14271.00 |
| Tranporrtation ث | 774.00 |
| **Total** | **24075.00** |

**Deductions**

| | |
|---|---|
| **Total** | |

**Amount Paid**

| | |
|---|---|
| Amount | 24075.00 |

**Payment Methods**

| Method | Bank | Account No. | Amount |
|---|---|---|---|
| | | | |
| | | | |

**Balances**

| | |
|---|---|
| Gross YTD | 81805.00 |
| Gross PTD | 24075.00 |
| Taxable YTD | 81805.00 |
| Taxable PTD | 24075.00 |
| PAYE YTD | 0.00 |
| NIable YTD | 0.00 |

**Messages**

| Message |
|---|
| |
| |

DA000462



**Pay Advice Report(Run : 05-MAY-2000)**

### Personal
| | |
|---|---|
| Monthly Salary | 9500 |
| Number | 050040 |
| Job Title | 0032101 |
| Name | AL BAYOUMI, Mr. OMER AHMED |

### Tax
| | |
|---|---|
| Tax Period | 1 |
| Tax Ref. No. | DALLAH |
| Tax Tel. No. | |
| Tax Code | |
| Tax Basis | Non Cumul. |
| N.I. Number | |
| N.I. Category | |
| Pay Date | 05-MAY-2000 |

### Payments
Total

### Deductions
Total

### Amount Paid
| Amount | 0.00 |
|---|---|

### Payment Methods
| Method | Bank | Account No. | Amount |
|---|---|---|---|

### Balances
| | |
|---|---|
| Gross YTD | 0.00 |
| Gross PTD | 0.00 |
| Taxable YTD | 0.00 |
| Taxable PTD | 0.00 |
| PAYE YTD | 0.00 |
| NIable YTD | 0.00 |

### Messages
Message

DA000463

## Pay Advice Report(Run : 05-JUN-2___)

### Personal

Monthly Salary **9500**
Number **050040**

Job Title **0032101**
Name **AL BAYOUMI, Mr. OMER AHMED**

### Tax

| | |
|---|---|
| Tax Period | 2 |
| Tax Ref. No. | DALLAH |
| Tax Tel. No. | |
| Tax Code | |
| Tax Basis | Non Cumul. |
| N.I. Number | |
| N.I. Category | |
| Pay Date | 05-JUN-2000 |

### Payments

| | |
|---|---|
| | |
| | |
| | |
| | |
| Total | |

### Deductions

| | |
|---|---|
| | |
| | |
| | |
| | |
| Total | |

### Amount Paid

| | |
|---|---|
| Amount | 0.00 |

### Payment Methods

| Method | Bank | Account No. | Amount |
|---|---|---|---|
| | | | |

### Balances

| | |
|---|---|
| Gross YTD | 0.00 |
| Gross PTD | 0.00 |
| Taxable YTD | 0.00 |
| Taxable PTD | 0.00 |
| PAYE YTD | 0.00 |
| Nlable YTD | 0.00 |

### Messages

Message

DA000464



**Pay Advice Report(Run : 05-JUL-2___)**

### Personal
Monthly Salary **9500**   Job Title **0032101**
Number **050040**   Name **AL BAYOUMI, Mr. OMER AHMED**

### Payments
| | | |
|---|---|---|
| Basic Salary ماسي | 9500.00 | |
| Housing Allow كن | 1583.00 | |
| Other Allowance | 14271.00 | |
| Tranporrtation ت | 950.00 | |
| | | |
| Total | 26304.00 | |

### Deductions
| | | |
|---|---|---|
| | | |
| Total | | |

### Tax
Tax Period **3**
Tax Ref. No. **DALLAH**
Tax Tel. No.
Tax Code
Tax Basis **Non Cumul.**
N.I. Number
N.I. Category
Pay Date **05-JUL-2000**

### Amount Paid
Amount **26304.00**

### Payment Methods
| Method | Bank | Account No. | Amount |
|---|---|---|---|
| | | | |
| | | | |

### Messages
| Message |
|---|
| |
| |

### Balances
| | |
|---|---|
| Gross YTD | 26304.00 |
| Gross PTD | 26304.00 |
| Taxable YTD | 26304.00 |
| Taxable PTD | 26304.00 |
| PAYE YTD | 0.00 |
| Nlable YTD | 0.00 |

**Pay Advice Report(Run : 05-AUG-2 0 )**    _ □ ✕

### Personal

| Monthly Salary | 9500 | Job Title | 0032101 |
| Number | 050040 | Name | AL BAYOUMI, Mr. OMER AHMED |

### Tax

| Tax Period | 4 |
| Tax Ref. No. | DALLAH |
| Tax Tel. No. | |
| Tax Code | |
| Tax Basis | Non Cumul. |
| N.I. Number | |
| N.I. Category | |
| Pay Date | 05-AUG-2000 |

### Payments

| Basic Salary ماسي | 9500.00 |
| Housing Allow كن | 1583.00 |
| Other Allowance | 14271.00 |
| Tranporrtation ت | 950.00 |
| | |
| | |
| Total | 26304.00 |

### Deductions

| GOSI Ded طاع تامينات | 554.00 |
| | |
| | |
| | |
| | |
| Total | 554.00 |

### Amount Paid

| Amount | 25750.00 |

### Payment Methods

| Method | Bank | Account No. | Amount |
| --- | --- | --- | --- |
| | | | |

### Balances

| Gross YTD | 52608.00 |
| Gross PTD | 26304.00 |
| Taxable YTD | 52608.00 |
| Taxable PTD | 26304.00 |
| PAYE YTD | 0.00 |
| NIable YTD | 0.00 |

### Messages

| Message |
| --- |
| |

DA000466



**Pay Advice Report(Run : 05-SEP-2...)**

**Personal**

Monthly Salary 9500    Job Title 0032101
Number 050040    Name AL BAYOUMI, Mr. OMER AHMED

**Payments**

| | | |
|---|---|---|
| Basic Salary ماسي | 9500.00 |
| Housing Allow كن | 1583.00 |
| Other Allowance | 14271.00 |
| Tranporrtation نه | 950.00 |
| Total | 26304.00 |

**Deductions**

| | |
|---|---|
| GOSI Ded تأمينات :الع | 554.00 |
| Total | 554.00 |

**Tax**

Tax Period 5
Tax Ref. No. DALLAH
Tax Tel. No.
Tax Code
Tax Basis Non Cumul.
N.I. Number
N.I. Category
Pay Date 05-SEP-2000

**Amount Paid**

Amount 25750.00

**Payment Methods**

| Method | Bank | Account No. | Amount |
|---|---|---|---|
| | | | |

**Balances**

| | |
|---|---|
| Gross YTD | 78912.00 |
| Gross PTD | 26304.00 |
| Taxable YTD | 78912.00 |
| Taxable PTD | 26304.00 |
| PAYE YTD | 0.00 |
| Nlable YTD | 0.00 |

**Messages**

Message

DA000467



**Pay Advice Report(Run : 05-OCT-...**

**Personal**

| | |
|---|---|
| Monthly Salary | 9500 |
| Number | 050040 |
| Job Title | 0032101 |
| Name | AL BAYOUMI, Mr. OMER AHMED |

**Tax**

| | |
|---|---|
| Tax Period | 6 |
| Tax Ref. No. | DALLAH |
| Tax Tel. No. | |
| Tax Code | |
| Tax Basis | Non Cumul. |
| N.I. Number | |
| N.I. Category | |
| Pay Date | 05-OCT-2000 |

**Payments**

| | | |
|---|---|---|
| Basic Salary اساسي | 9500.00 |
| Housing Allow كن | 1583.00 |
| Other Allowance | 14271.00 |
| Tranporrtation ت | 950.00 |
| Total | 26304.00 |

**Deductions**

| | |
|---|---|
| GOSI Ded تامينات طاع | 554.00 |
| Total | 554.00 |

**Amount Paid**

| | |
|---|---|
| Amount | 25750.00 |

**Payment Methods**

| Method | Bank | Account No. | Amount |
|---|---|---|---|
| | | | |

**Balances**

| | |
|---|---|
| Gross YTD | 105216.00 |
| Gross PTD | 26304.00 |
| Taxable YTD | 105216.00 |
| Taxable PTD | 26304.00 |
| PAYE YTD | 0.00 |
| NIable YTD | 0.00 |

**Messages**

| Message |
|---|
| |

DA000468



**Pay Advice Report(Run : 05-NOV-2... )**

### Personal
Monthly Salary: 9500
Number: 050040
Job Title: 0032101
Name: AL BAYOUMI, Mr. OMER AHMED

### Tax
Tax Period: 7
Tax Ref. No.: DALLAH
Tax Tel. No.:
Tax Code:
Tax Basis: Non Cumul.
N.I. Number:
N.I. Category:
Pay Date: 05-NOV-2000

### Payments
| | | |
|---|---|---|
| Basic Salary ماسي | 9500.00 | |
| Housing Allow كن | 1583.00 | |
| Other Allowance | 14271.00 | |
| Tranporrtation ت | 950.00 | |
| | | |
| Total | 26304.00 | |

### Deductions
| | | |
|---|---|---|
| GOSI Ded تامينات اج | 554.00 | |
| | | |
| | | |
| | | |
| | | |
| Total | 554.00 | |

### Amount Paid
Amount: 25750.00

### Payment Methods
| Method | Bank | Account No. | Amount |
|---|---|---|---|
| | | | |

### Balances
Gross YTD: 131520.00
Gross PTD: 26304.00
Taxable YTD: 131520.00
Taxable PTD: 26304.00
PAYE YTD: 0.00
Nlable YTD: 0.00

### Messages
Message

DA000469



**Pay Advice Report(Run : 05-DEC-2 )**

**Personal**

| | |
|---|---|
| Monthly Salary | 9500 |
| Number | 050040 |
| Job Title | 0032101 |
| Name | AL BAYOUMI, Mr. OMER AHMED |

**Tax**

| | |
|---|---|
| Tax Period | 8 |
| Tax Ref. No. | DALLAH |
| Tax Tel. No. | |
| Tax Code | |
| Tax Basis | Non Cumul. |
| N.I. Number | |
| N.I. Category | |
| Pay Date | 05-DEC-2000 |

**Payments**

| | |
|---|---|
| Basic Salary ماسي | 9500.00 |
| Housing Allow کن | 1583.00 |
| Other Allowance | 14271.00 |
| Tranporrtation ث | 950.00 |
| Total | 26304.00 |

**Deductions**

| | |
|---|---|
| GOSI Ded طاع تامينات | 554.00 |
| Total | 554.00 |

**Amount Paid**

| | |
|---|---|
| Amount | 25750.00 |

**Payment Methods**

| Method | Bank | Account No. | Amount |
|---|---|---|---|
| | | | |

**Messages**

| Message |
|---|
| |

**Balances**

| | |
|---|---|
| Gross YTD | 157824.00 |
| Gross PTD | 26304.00 |
| Taxable YTD | 157824.00 |
| Taxable PTD | 26304.00 |
| PAYE YTD | 0.00 |
| Nlable YTD | 0.00 |

DA000470



**Pay Advice Report (Run : 05-JAN-2...**

**Personal**

Monthly Salary: 9500    Job Title: 0032101
Number: 050040    Name: AL BAYOUMI, Mr. OMER AHMED

**Tax**

| | |
|---|---|
| Tax Period | 9 |
| Tax Ref. No. | DALLAH |
| Tax Tel. No. | |
| Tax Code | |
| Tax Basis | Non Cumul. |
| N.I. Number | |
| N.I. Category | |
| Pay Date | 05-JAN-2001 |

**Payments**

| | |
|---|---|
| Basic Salary ماسي | 9500.00 |
| Housing Allow كن | 1583.00 |
| Other Allowance | 12852.00 |
| Tranporttation ت | 950.00 |
| | |
| | |
| **Total** | **24885.00** |

**Deductions**

| | |
|---|---|
| GOSI Ded تامينات طاع | 554.00 |
| | |
| | |
| | |
| | |
| | |
| **Total** | **554.00** |

**Amount Paid**

| Amount | 24331.00 |
|---|---|

**Payment Methods**

| Method | Bank | Account No. | Amount |
|---|---|---|---|
| | | | |

**Balances**

| | |
|---|---|
| Gross YTD | 182709.00 |
| Gross PTD | 24885.00 |
| Taxable YTD | 182709.00 |
| Taxable PTD | 24885.00 |
| PAYE YTD | 0.00 |
| NIable YTD | 0.00 |

**Messages**

Message

DA000471



**Pay Advice Report(Run : 05-FEB-2...**

**Personal**

Monthly Salary 9500  
Number 050040  

Job Title 0032101  
Name AL BAYOUMI, Mr. OMER AHMED

**Tax**

Tax Period 10  
Tax Ref. No. DALLAH  
Tax Tel. No.  
Tax Code  
Tax Basis Non Cumul.  
N.I. Number  
N.I. Category  
Pay Date 05-FEB-2001

**Payments**

| Basic Salary ماسي | 9500.00 |
| Housing Allow كن | 1583.00 |
| Other Allowance | 12852.00 |
| Tranporrtation ت | 950.00 |
| Total | 24885.00 |

**Deductions**

| GOSI Ded تامينات طاع | 554.00 |
| Total | 554.00 |

**Amount Paid**

Amount 24331.00

**Payment Methods**

| Method | Bank | Account No. | Amount |
|--------|------|-------------|--------|

**Balances**

| Gross YTD | 207594.00 |
| Gross PTD | 24885.00 |
| Taxable YTD | 207594.00 |
| Taxable PTD | 24885.00 |
| PAYE YTD | 0.00 |
| NIable YTD | 0.00 |

**Messages**

Message

DA000472



Pay Advice Report(Run : 05-MAR-

**Personal**

Monthly Salary **9500**    Job Title **0032101**
Number **050040**    Name **AL BAYOUMI, Mr. OMER AHMED**

**Tax**

Tax Period **11**
Tax Ref. No. **DALLAH**
Tax Tel. No.
Tax Code
Tax Basis **Non Cumul.**
N.I. Number
N.I. Category
Pay Date **05-MAR-2001**

**Payments**

| | Amount |
|---|---|
| Basic Salary ماسي | 9500.00 |
| Housing Allow كن | 1583.00 |
| Other Allowance | 12852.00 |
| Tranporrtation ت | 950.00 |
| | |
| Total | 24885.00 |

**Deductions**

| | Amount |
|---|---|
| GOSI Ded طاع ناميثات | 554.00 |
| | |
| | |
| | |
| | |
| Total | 554.00 |

**Amount Paid**

Amount **24331.00**

**Payment Methods**

| Method | Bank | Account No. | Amount |
|---|---|---|---|
| | | | |
| | | | |

**Balances**

| | |
|---|---|
| Gross YTD | 232479.00 |
| Gross PTD | 24885.00 |
| Taxable YTD | 232479.00 |
| Taxable PTD | 24885.00 |
| PAYE YTD | 0.00 |
| NIable YTD | 0.00 |

**Messages**

Message

DA000473



**Pay Advice Report(Run : 05-APR ...)**

### Personal

| | |
|---|---|
| Monthly Salary | 9500 |
| Number | 050040 |
| Job Title | 0032101 |
| Name | AL BAYOUMI, Mr. OMER AHMED |

### Tax

| | |
|---|---|
| Tax Period | 12 |
| Tax Ref. No. | DALLAH |
| Tax Tel. No. | |
| Tax Code | |
| Tax Basis | Non Cumul. |
| N.I. Number | |
| N.I. Category | |
| Pay Date | 05-APR-2001 |

### Payments

| | |
|---|---|
| Basic Salary ساسي | 9500.00 |
| Housing Allow كن | 1583.00 |
| Other Allowance | 12852.00 |
| Tranporrtation ت | 950.00 |
| **Total** | **24885.00** |

### Deductions

| | |
|---|---|
| GOSI Ded تامينات طاع | 554.00 |
| **Total** | **554.00** |

### Amount Paid

| | |
|---|---|
| Amount | 24331.00 |

### Payment Methods

| Method | Bank | Account No. | Amount |
|---|---|---|---|
| | | | |

### Balances

| | |
|---|---|
| Gross YTD | 257364.00 |
| Gross PTD | 24885.00 |
| Taxable YTD | 257364.00 |
| Taxable PTD | 24885.00 |
| PAYE YTD | 0.00 |
| NIable YTD | 0.00 |

### Messages

Message

DA000474



Pay Advice Report(Run : 05-MAY- 11)

**Personal**

Monthly Salary  9500   Job Title  0032101
Number  050040   Name  AL BAYOUMI, Mr. OMER AHMED

**Payments**

| Basic Salary ماسى | 9500.00 |
| Housing Allow كن | 1583.00 |
| Other Allowance | 12852.00 |
| Tranporrtation ت | 950.00 |
| Total | 24885.00 |

**Deductions**

| GOSI Ded طاع نامينات | 665.00 |
| Total | 665.00 |

**Tax**

| Tax Period | 1 |
| Tax Ref. No. | DALLAH |
| Tax Tel. No. | |
| Tax Code | |
| Tax Basis | Non Cumul. |
| N.I. Number | |
| N.I. Category | |
| Pay Date | 05-MAY-2001 |

**Amount Paid**

| Amount | 24220.00 |

**Payment Methods**

| Method | Bank | Account No. | Amount |
|--------|------|-------------|--------|
| | | | |

**Balances**

| Gross YTD | 24885.00 |
| Gross PTD | 24885.00 |
| Taxable YTD | 24885.00 |
| Taxable PTD | 24885.00 |
| PAYE YTD | 0.00 |
| NIable YTD | 0.00 |

**Messages**

| Message |
|---------|
| |

DA000475



**Pay Advice Report(Run : 05-JUN-2 )**

**Personal**

Monthly Salary: 9500  
Number: 050040  
Job Title: 0032101  
Name: AL BAYOUMI, Mr. OMER AHMED

**Tax**

Tax Period: 2  
Tax Ref. No.: DALLAH  
Tax Tel. No.:  
Tax Code:  
Tax Basis: Non Cumul.  
N.I. Number:  
N.I. Category:  
Pay Date: 05-JUN-2001

**Payments**

| | | |
|---|---|---|
| Basic Salary اساسي | 9500.00 |
| Housing Allow كن | 1583.00 |
| Other Allowance | 12852.00 |
| Tranporrtation ت | 950.00 |
| Total | 24885.00 |

**Deductions**

| | | |
|---|---|---|
| GOSI Ded تأمينات اجتماع | 665.00 |
| Total | 665.00 |

**Amount Paid**

Amount: 24220.00

**Payment Methods**

| Method | Bank | Account No. | Amount |
|---|---|---|---|
| | | | |

**Balances**

| | |
|---|---|
| Gross YTD | 49770.00 |
| Gross PTD | 24885.00 |
| Taxable YTD | 49770.00 |
| Taxable PTD | 24885.00 |
| PAYE YTD | 0.00 |
| Nlable YTD | 0.00 |

**Messages**

Message



**Pay Advice Report(Run : 05-JUL-2...**

**Personal**

Monthly Salary 9500  Job Title 0032101
Number 050040  Name AL BAYOUMI, Mr. OMER AHMED

**Payments**

| Basic Salary حاسي | 9500.00 |
| Housing Allow كن | 1583.00 |
| Other Allowance | 12852.00 |
| Tranporrtation ت | 950.00 |

| Total | 24885.00 |

**Deductions**

| GOSI Ded طاع تامينات | 665.00 |

| Total | 665.00 |

**Tax**

| Tax Period | 3 |
| Tax Ref. No. | DALLAH |
| Tax Tel. No. | |
| Tax Code | |
| Tax Basis | Non Cumul. |
| N.I. Number | |
| N.I. Category | |
| Pay Date | 05-JUL-2001 |

**Amount Paid**

| Amount | 24220.00 |

**Payment Methods**

| Method | Bank | Account No. | Amount |
| | | | |

**Balances**

| Gross YTD | 74655.00 |
| Gross PTD | 24885.00 |
| Taxable YTD | 74655.00 |
| Taxable PTD | 24885.00 |
| PAYE YTD | 0.00 |
| Nlable YTD | 0.00 |

**Messages**

Message

DA000477



**Pay Advice Report[Run : 05-AUG-    ]]**

**Personal**

| | |
|---|---|
| Monthly Salary | 9500 |
| Number | 050040 |
| Job Title | 0032101 |
| Name | AL BAYOUMI, Mr. OMER AHMED |

**Tax**

| | |
|---|---|
| Tax Period | 4 |
| Tax Ref. No. | DALLAH |
| Tax Tel. No. | |
| Tax Code | |
| Tax Basis | Non Cumul. |
| N.I. Number | |
| N.I. Category | |
| Pay Date | 05-AUG-2001 |

**Payments**

| | | |
|---|---|---|
| Basic Salary ماسي | 9500.00 |
| Housing Allow كن | 1583.00 |
| Other Allowance | 12852.00 |
| Tranporrtation ت | 950.00 |
| Total | 24885.00 |

**Deductions**

| | |
|---|---|
| GOSI Ded طاع تامينات | 665.00 |
| Total | 665.00 |

**Amount Paid**

| | |
|---|---|
| Amount | 24220.00 |

**Payment Methods**

| Method | Bank | Account No. | Amount |
|---|---|---|---|
| | | | |

**Balances**

| | |
|---|---|
| Gross YTD | 99540.00 |
| Gross PTD | 24885.00 |
| Taxable YTD | 99540.00 |
| Taxable PTD | 24885.00 |
| PAYE YTD | 0.00 |
| NIable YTD | 0.00 |

**Messages**

| Message |
|---|
| |

DA000478



**Pay Advice Report(Run : 05-SEP-2 )**

### Personal

| | |
|---|---|
| Monthly Salary | 9500 |
| Number | 050040 |
| Job Title | 0032101 |
| Name | AL BAYOUMI, Mr. OMER AHMED |

### Tax

| | |
|---|---|
| Tax Period | 5 |
| Tax Ref. No. | DALLAH |
| Tax Tel. No. | |
| Tax Code | |
| Tax Basis | Non Cumul. |
| N.I. Number | |
| N.I. Category | |
| Pay Date | 05-SEP-2001 |

### Payments

| | |
|---|---|
| Basic Salary أساسي | 9500.00 |
| Housing Allow كن | 1583.00 |
| Other Allowance | |
| Tranporrtation ت | 950.00 |
| | |
| | |
| **Total** | **12033.00** |

### Deductions

| | |
|---|---|
| GOSI Ded تأمينات طلاع | 665.00 |
| | |
| | |
| | |
| | |
| | |
| **Total** | **665.00** |

### Amount Paid

| | |
|---|---|
| Amount | 11368.00 |

### Payment Methods

| Method | Bank | Account No. | Amount |
|---|---|---|---|
| | | | |

### Messages

| Message |
|---|
| |

### Balances

| | |
|---|---|
| Gross YTD | 111573.00 |
| Gross PTD | 12033.00 |
| Taxable YTD | 111573.00 |
| Taxable PTD | 12033.00 |
| PAYE YTD | 0.00 |
| Nlable YTD | 0.00 |

DA000479



**Pay Advice Report[Run : 05-OCT-2___]**

**Personal**

Monthly Salary: 13000  
Number: 050040  
Job Title: 0020400  
Name: AL BAYOUMI, Mr. OMER AHMED

**Tax**

Tax Period: 6  
Tax Ref. No.: DALLAH  
Tax Tel. No.:  
Tax Code:  
Tax Basis: Non Cumul.  
N.I. Number:  
N.I. Category:  
Pay Date: 05-OCT-2001

**Payments**

| | Amount |
|---|---|
| Basic Salary ساسي | 13000.00 |
| Housing Allow كن | 2167.00 |
| Other Allowance | |
| Tranporrtation ت | 1300.00 |
| | |
| | |
| **Total** | **16467.00** |

**Deductions**

| | Amount |
|---|---|
| GOSI Ded تأمينات | 665.00 |
| | |
| | |
| | |
| | |
| **Total** | **665.00** |

**Amount Paid**

Amount: 15802.00

**Payment Methods**

| Method | Bank | Account No. | Amount |
|---|---|---|---|
| | | | |
| | | | |

**Balances**

| | |
|---|---|
| Gross YTD | 128040.00 |
| Gross PTD | 16467.00 |
| Taxable YTD | 128040.00 |
| Taxable PTD | 16467.00 |
| PAYE YTD | 0.00 |
| Nlable YTD | 0.00 |

**Messages**

Message

DA000480



**Pay Advice Report(Run : 05-NOV-2    )**

### Personal

| | |
|---|---|
| Monthly Salary | 13000 |
| Number | 050040 |
| Job Title | 0020400 |
| Name | AL BAYOUMI, Mr. OMER AHMED |

### Tax

| | |
|---|---|
| Tax Period | 7 |
| Tax Ref. No. | DALLAH |
| Tax Tel. No. | |
| Tax Code | |
| Tax Basis | Non Cumul. |
| N.I. Number | |
| N.I. Category | |
| Pay Date | 05-NOV-2001 |

### Payments

| | Amount |
|---|---|
| Basic Salary  ماسي | 13000.00 |
| Housing Allow  كن | 2167.00 |
| Other Allowance | |
| Tranporrtation  ت | 1300.00 |
| **Total** | **16467.00** |

### Deductions

| | Amount |
|---|---|
| GOSI Ded  تأمينات  ك | 665.00 |
| HousDed  بدل سكن  ك | 97.00 |
| TrnsDed  بدل مواصلات | 58.00 |
| SalaryDed  بدل راتب  ع | 583.00 |
| **Total** | **1403.00** |

### Amount Paid

| | |
|---|---|
| Amount | 15064.00 |

### Payment Methods

| Method | Bank | Account No. | Amount |
|---|---|---|---|
| | | | |

### Balances

| | |
|---|---|
| Gross YTD | 144507.00 |
| Gross PTD | 16467.00 |
| Taxable YTD | 144507.00 |
| Taxable PTD | 16467.00 |
| PAYE YTD | 0.00 |
| NIable YTD | 0.00 |

### Messages

| Message |
|---|
| |

DA000481



**Pay Advice Report(Run : 05-DEC-   )**

**Personal**
Monthly Salary 10000   Job Title 0020400
Number 050040   Name AL BAYOUMI, Mr. OMER AHMED

**Tax**
Tax Period 8
Tax Ref. No. DALLAH
Tax Tel. No.
Tax Code
Tax Basis Non Cumul.
N.I. Number
N.I. Category
Pay Date 05-DEC-2001

**Payments**
| | |
|---|---|
| Basic Salary ماسي | 10000.00 |
| Housing Adj. لسكن | 83.00 |
| Housing Allow كن | 1667.00 |
| Other Allowance | |
| Salary Adj. الرواتب | 500.00 |
| Tranporrtation ت | 1000.00 |
| Total | 13300.00 |

**Deductions**
| | |
|---|---|
| GOSI Ded تامينات | 665.00 |
| Total | 665.00 |

**Amount Paid**
Amount 12635.00

**Payment Methods**
| Method | Bank | Account No. | Amount |
|---|---|---|---|

**Balances**
| | |
|---|---|
| Gross YTD | 157807.00 |
| Gross PTD | 13300.00 |
| Taxable YTD | 157807.00 |
| Taxable PTD | 13300.00 |
| PAYE YTD | 0.00 |
| NIable YTD | 0.00 |

**Messages**
Message

DA000482

**Pay Advice Report(Run : 05-JAN-2002)**    _ □ ×

**Personal**

| | |
|---|---|
| Monthly Salary | 10000 |
| Number | 050040 |
| Job Title | 0020400 |
| Name | AL BAYOUMI, Mr. OMER AHMED |

**Payments**

| | |
|---|---|
| Basic Salary ماسي | 10000.00 |
| Housing Allow كن | 1667.00 |
| Other Allowance | |
| Tranporrtation ت | 1000.00 |
| | |
| Total | 12667.00 |

**Deductions**

| | |
|---|---|
| GOSI Ded تامينات طاع | 700.00 |
| | |
| | |
| | |
| | |
| Total | 700.00 |

**Tax**

| | |
|---|---|
| Tax Period | 9 |
| Tax Ref. No. | DALLAH |
| Tax Tel. No. | |
| Tax Code | |
| Tax Basis | Non Cumul. |
| N.I. Number | |
| N.I. Category | |
| Pay Date | 05-JAN-2002 |

**Amount Paid**

| | |
|---|---|
| Amount | 11967.00 |

**Payment Methods**

| Method | Bank | Account No. | Amount |
|---|---|---|---|
| | | | |
| | | | |

**Messages**

| Message |
|---|
| |
| |

**Balances**

| | |
|---|---|
| Gross YTD | 170474.00 |
| Gross PTD | 12667.00 |
| Taxable YTD | 170474.00 |
| Taxable PTD | 12667.00 |
| PAYE YTD | 0.00 |
| Nlable YTD | 0.00 |

DA000483