# EXHIBIT 38

# NOTICE OF TERMINATION

**dallah avco TRANS ARABIA**

غير منتهي

Date: 22 APR. 00

EMPLOYEE NAME: OMER AHMED AL BAYOUMI    EMPLOYEE NUMBER: 50040
SITE: 211051    DEPT: _____    DIR: ANSS
JOB TITLE: PCA/AE BUDGET SPEC.    NAT'L: SAUDI    DOH: 06 SEP. 98
DOT: 12 APR. 2000    SALARY: SR: 7700/=    SOC. INS. NO: _____

---

**1 | CONTRACT NON-RENEWAL/CONTRACT COMPLETION**

Since your employment contract expires on ———————, DATAC regrets to inform you that no additional period of continuous employment will be offered.

As your accrued vacation is part of employment, you may choose either:-
- A. ( ) I desire to work through the last day of my contract period and receive payments.
- B. ( ) I desire to leave at the earliest eligibility date.

Acknowledgement hereon is required within ten (10) days after receipt of this notification.

Manager _____    Date: _____

RE-HIRE

03 28

---

**08 | TERMINATION**

This is to inform you that your services with DATAC will be terminated effective 12 APR. 2000

due to;
- 2. Your Resignation
- 3. Article 83 of Labor Law
- 4. Mutual agreement
- 5. Reduction In Force
- 6. Probation
- 7. Medical
- ** 8. Other (as specify) _____
- 9. Death

Manager _____    Date: _____

I acknowledge receipt of the above applicable notification.
Employee Signature _____    Date: _____

---

**CLEARANCE**

Immediate Supervisor _____    Facilities Maint. _____    Soc. Ins. _____
Personnel _____    Pol. & Proce. _____    Prop. Admin. _____    Finance _____
(Mgr. & Above)

Please deduct the cost of: _____
REASON:    A. Termination    B. Resignation    C. Contract Non-renewal    D. Contract Completion

---

**FINAL SETTLEMENT**

I, OMER AHMED AL BAYOUMI the undersigned, Badge no. 50040 acknowledge that I have received from DATAC the amount of SR. _____ representing a total settlement of all entitlements, absolving the Company from all previous/subsequent claims.

Employee Signature _____    Date: _____
OMER AHMED AL BAYOUMI

| Base/Site Manager | Date | Director | Date | Finance | Date |
|---|---|---|---|---|---|
| MANPOWER SERVICES | | DIRECTOR ANSS PROJECT | | FINANCE SERVICES | 23/4/2000 |
| Department | Date | DATAC Personnel | Date | Final Approval | Date |
| ADMIN ANSS PROJECT | | | | | |

DATAC 3C 06D (5-83)

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

DA001058

المملكــة العربيــة السعوديــة
وزارة الدفــاع والطيــران
رئاســة الطيــران المــدني
هندسة الممرات الجوية

الرقم ٢٧٠٠ التاريخ ١٧/١/١٤٢٢ المرفقات ـــــــ

Date ____ Attachments ____

# Request for Modification and/or Authorization of Contract/Agreement
## طلب تعديل و / أو اعتمـاد عقد / اتفاقية

**Contract Name and No.:** Air Navigation System Support (ANSS) PCA-AE-97-020
اسم ورقم العقد: دعم وتشغيل وصيانة نظام الملاحة الجوية

**To Project Director/Manager:** DIRECTOR, ANSS PROJECT
الى مدير المشروع دعــم نظام الملاحــة الجويــة
**Contractor Name:** DALLAH AVCO TRANS ARABIA
اسم المقاول: شركة دلـه أفكـو

**You are Authorized to Take the Necessary Action(s) as Indicated:**
اعتمدوا اتخاذ الاجراء اللازم حسب ما هو موضح:

- Job Title/Description [ ] مسمى/وصف الوظيفة
- Change [ ] تغييــر
- Modification [ ] تعديــل
- Hire [ ] تعيين
- Deletion [ ] حـذف
- Addition [ ] اضافــة
- TDY [ ] انتـداب
- Transfer/Reassign [ ] نقـل
- Terminate [X] انهاء خدمات
- Reinstate [ ] اعادة توظيف
- Grant [ ] منـح
- Promote [ ] ترقيــة
- As Required [ ] عمل اللازم
- Release [ ] اخلاء طرف

**From:**
Name: OMAR, AL-BAYOUMI #50040
من: عمــر البيــومي ب/ر ٥٠٠٤٠
Title: PCA/AE BUDGET/PLA SPEC   Psn No.: 0703.01
مسمى الوظيفة: اخصائي تخطيط ميزانية ٠٧٠٣-٠١
رئاسة الطيران المدني
Task/Dept.: AED   Level: G
المهمة/الادارة: هندسة الممرات الجوية  المستوى: جــي
Others: 
معلومات اخرى:

Rig Z
pls hadle
Pcm/ercc

**To:**
Title:   Psn No.:
Task/Dept.:   Level:
Others:

**Effective Date:** 12TH APRIL, 2000
اعتبارا من: ١٢ ابريــل ٢٠٠٠م

Except as provided herein, all terms and conditions of the Contract, as heretofore changed, remain unchanged and in full force
باستثناء ما هو منصوص عليه في هذه الوثيقة تبقى جميع شروط العقد كما هي.

**Director – General, Airways Engineering**
**Presidency of Civil Aviation**
ENGR. MOHAMMED AHMED AL-SALMI
مدير عام هندسة الممرات الجوية
رئاسة الطيران المدني
م/ محمــد أحمــد السـالمي

Please reply to:
Director – General, Airways Engineering
P.O.Box 15441, Postal Code 21444, Kingdom of Saudi Arabia
PCA Form 2200-1 (Revised Dec '92)

الرجاء الرد على العنوان التالي
مدير عام هندسة الممرات الجوية
ص.ب: ١٥٤٤١، الرمز البريدي: ٢١٤٤٤، المملكة العربية السعودية
نموذج رئاسة الطيران المدني رقم ١-٢٢٠٠ (عدل في رجب ١٤١٣هـ)

DA001059