# EXHIBIT 39



**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

October 5, 2023

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

KSA0000000989

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

_Benardette McEvoy_
Benardette McEvoy
Assistant Production Manager
Linguistic Systems, Inc.

**Linguistic Systems, Inc.**
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

Form OPS-QF-008 (rev.1)

In the name of God, the Beneficent, the Merciful

| Ministry of Defense and Aviation \| Civil Aviation Presidency \| Airways Engineering | | |
|---|---|---|
| Kingdom of Saudi Arabia | [logo] | No.: 71/E/A |
| Ministry of Defense and Aviation | | |
| Civil Aviation Presidency | | Date: 10/1/1421H [April 15, 2000] |
| Airways Engineering | | Attachments: |

| Omar Ahmed Mustafa Bayoumi | Accountant | 8 | 86 | Airways |
|---|---|---|---|---|

Your Excellency Director of Employee Affairs and Salaries

With reference to administrative decision No. 7/4/1/505 dated 17/1/1420H [May 3, 1999] to extend the secondment of the above identified employee to work at Dallah Avco for one year starting on 8/1/1420H [April 24, 1999].

We inform you that the abovementioned employee returned and began his work as of 10/1/1421H [April 15, 2000] at the determined time.

For your information and necessary action … Sincerely,

[possible signature]

                                      Director General of Airways Engineering
                                      [Signature]
                     [handwriting:] 10/1/1421H [April 15, 2000]
                              Eng. Mohammed Ahmed Al-Salmi

[Handwriting:]
Employees

[handwriting:]
Employees
1089
11/1/1421H [April 16, 2000]
[signature]

Please reply to:
Director – General, Airways Engineering
P.O.Box 15441, Postal Code 21444, Jeddah, Kingdom of Saudi Arabia

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني
هندسة الممرات الجوية

الرقم: ٧١/٥/م
التاريخ: ١٤٤١/١/١٠
المرفقات: ........

| الممرات الجوية | ٨٦ | ٨ | محاسب | عمر أحمد مصطفى بيومي |

المكرم مدير شؤون الموظفين والرواتب     المحترم

السلام عليكم ورحمة الله وبركاته ،،،

إشارة إلى القرار الإداري رقم ٧/٤/١/٥٠٥ بتاريخ ١٤٢٠/١/١٧هـ القاضي بإعارة الموظف الموضحة هويته بعاليه للعمل لدى شركة دله أفكو لمدة سنة أخيرة إعتبارا من تاريخ ١٤٢٠/١/٨هـ .

نفيدكم بأن الموظف المذكور قد عاد لمباشرة عمله بتاريخ ١٤٢١/١/١٠هـ في الوقت المحدد .

للإطلاع وإكمال اللازم ... وتقبلوا تحياتنا ،،،،،

مدير عام هندسة الممرات الجوية

م/محمد أحمد السالي

Please reply to:
Director – General, Airways Engineering
P.O.Box 15441, Postal Code 21444, Jeddah, Kingdom of Saudi Arabia

الرجاء الرد على العنوان التالي :
مدير عام هندسة الممرات الجوية
ص.ب: ١٥٤٤١، الرمز البريدي: ٢١٤٤٤، جدة، المملكة العربية السعودية

KSA0000000989