# EXHIBIT 40



**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

On this day of December 20, 2018

Linguistic Systems, Inc., 260 Franklin Street, Boston, Massachusetts 02110, completed the attached translation into English of the file:

KSA0000000902.pdf

I, Gabriela Bess, certify that the attached translation has been translated faithfully by a qualified and vetted linguist fluent in both Arabic and English and is a true and correct English version of the original Arabic, to the best of the linguist's knowledge and belief.

_____
Gabriela Bess
Translation Project Manager

Dear, General Director of the Air Ways Engineering

Peace, mercy and blessings of Allah upon you,

I would like to give me your approval in order to give me Academic Leave without salary or any financial burden on the Presidency of Civil Aviation for a period of two years starting from 3/1/1421 to complete my graduate studies in the field of PhD in the United States.

Best regards,

Peace, mercy and blessings of Allah upon you,

Omar Ahmed Al- Bayoumi
(Signature)
M.8
Safar/4/1421

[in handwriting:We do not mind]
(Signature)
2/4

سعادة مدير عام هندسة الممرات الجوية       حفظه الله
السلام عليكم ورحمة الله وبركاته:
أرغب تكرم سعادتكم الموافقة على منحي اجازة دراسية بدون راتب أو أية أعباء مالية على رئاسة الطيران المدني وذلك لمدة عامين تبدا من ١-٣-١٤٢١ وذلك لاكمال دراستي العليا في مجال الدكتوراة في الولايات المتحدة. حفظكم الله ورعاكم.
والسلام عليكم ورحمة الله وبركاته،،،

مقدمه
عمر بن أحمد البيومي
م-٨
٤ / صفر / ١٤٢١

KSA0000000902