# EXHIBIT 41



# Certification of Translation

**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

On this day of December 20, 2018

Linguistic Systems, Inc., 260 Franklin Street, Boston, Massachusetts 02110, completed the attached translation into English of the file:

KSA0000000872.pdf

I, Gabriela Bess, certify that the attached translation has been translated faithfully by a qualified and vetted linguist fluent in both Arabic and English and is a true and correct English version of the original Arabic, to the best of the linguist's knowledge and belief.

_____
Gabriela Bess
Translation Project Manager

**Linguistic Systems, Inc.**
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 27001

| Kingdom of Saudi Arabia | | | | Ref: 7/ 4/ 1/ 1422 |
| Ministry of Defense and Aviation | | | | Date: 2/18/1421 Hijri |
| Civil Aviation Presidency | | | | Attachment: Original |
| Omar Ahmad Mustafa Bayoumi | Accountant | 8 | 86 | Airways Engineering |

I, President of Civil Aviation,

Per the rights and privileges granted to me and following the official letter sent by the director of Airways Engineering ( number 266) dated 2/6/1421 Hijri which includes an approval to give the employee whose name and employment information are listed above a two-year academic leave of absence starting on 3/1/1421 Hijri to pursue graduate studies in the United States at his own expense, and by approving that we have decided the following:

1. Approve a two-year academic leave of absence without pay for the employee whose name and employment information are listed above to start on 3/1/1421 Hijri to pursue graduate studies in the United States. And by that we comply with Civil Service Law, rule number 28/19.

2. All involved parties must use this information in all matters concerning this employee.

President of Civil Aviation

Dr. Ali Bin Abdulrahman Al-Khalaf

بسم الله الرحمن الرحيم



المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني

الرقم: ١٤٤٤/٧٤٨/١
التاريخ: ١٤٢١/٥/١٨
المرفقات: تذكارس

عمر بن أحمد مصطفى البيومي    محاسب    ٨    ٨٦    هندسة الممرات الجوية

ان رئيس الطيران المدني

بناءً على الصلاحيات الممنوحة له . وبناءً على ما جاء بخطاب مدير عام هندسة الممرات الجوية رقم ٢٦٦ وتاريخ ١٤٢١/٢/٦هـ المتضمن طلب الموافقة على منح الموظف الموضحه هويته بعاليه  اجازة دراسية لمدة [ سنتين ] اعتباراً من ١٤٢١/٣/١هـ وذلك لمواصلة دراسته العليا بالولايات المتحدة الامريكية على حسابه الخاص ولموافقتنا على ذلك فـــــإننا :-

( نقرر ما يلي )

١- الموافقة على منح الموظف الموضحة هويته بعالية إجازة دراسية لمـدة [ سـنتين ] بدون راتب اعتباراً من ١٤٢١/٣/١هـ بموجب المادة (١٩/٢٨) من نظـام الخدمـة المدنية .

٢- على الجهات المختصة اعتماد ذلك كل فيما يخصه .

رئيـــس الطيــران المــدني
د/ علي بن عبد الرحمن الخلف

منح دراسه

KSA0000000872