# EXHIBIT 42
## REDACTED FOR PUBLIC FILING



June 11, 2021
EXHIBIT
al Bayoumi
**0739**

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000007996



**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

**KSA0000007997**



**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

**KSA0000007998**



**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

**KSA0000007999**



**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

**KSA0000008000**



**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

**KSA0000008001**



**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

**KSA0000008002**



**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

**KSA0000008003**



**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

**KSA0000008004**



CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008005



**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

KSA0000008006



**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

KSA0000008007



**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

**KSA0000008008**



**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

**KSA0000008009**



**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

**KSA0000008010**



**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

**KSA0000008011**



**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

**KSA0000008012**



**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

**KSA0000008013**



CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008014



**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

**KSA0000008015**



**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

**KSA0000008016**



**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

**KSA0000008017**



**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

**KSA0000008018**



**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

**KSA0000008019**



**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

**KSA0000008020**



### Certification of Translation

COUNTY OF SUFFOLK
COMMONWEALTH OF MASSACHUSETTS

On this day of August 23, 2019

Linguistic Systems, Inc., 260 Franklin Street, Boston, Massachusetts 02110, completed the attached translation into English of the file:

HC0000012050.pdf

I, Gabriela Bess, certify that the attached translated document has been translated by a qualified and vetted linguist fluent in both Arabic and English, and is a true and correct English version of the original Arabic, to the best of the linguist's knowledge and belief.

Gabriela Bess
Translation Project Manager

**Page 1**
**Right side:**

Kingdom of Saudi Arabia
Interior Ministry

In the name of the King
Of the Kingdom of Saudi Arabia
I, hereby, require the officials of the government of Saudi Arabia, its representatives abroad, and request every authority acting of its behalf, and the competent foreign authorities to allow bearer to pass freely, and to offer him every assistance, and protection he may need.

Issued: Los Angeles
Date: 25/10/1420 AH (2/1/2000 AD)

Signature of the Director of Passports or General Consul

On behalf of him
Abdullah Saleh Abdullah Al Awaad (signature)

**Left Side:**

[Seal
Royal Consulate General of Saudi Arabia]

Passport no.: ███8501
Name: Omar A. M. Al-Bayoumi
Address: Al Hajra
Date of birth: ███1377 AH (███1957 AD)
Mother's name: Aisha

**Page 2**
**Right side:**

[Seal
Kingdom of Saudi Arabia
Interior Ministry]

Marital Status: married
Profession: official
Domicile: Makkah

**Descriptions**

Height: 165 CM
Color of eyes: hazel
Color of hair: black
Peculiarities: nil
Signature: Omar (signature)

**Left side:**

Wife or husband name:
Place of birth:
Date of birth:

**Page 3**
[empty page]

**Page 4**
**Right side:**

This Passport is issued under:

The Order of:

Nationality Card: ███ 9514
Expired Passport number: ███ 159
Date: 2/1/1416 AH (5/31/1995 AD)
Issued from: Holy Capital

The validity of this passport expires on: 24/10/1425 AH (12/7/2004 AD)
                                        Feb. 1, 2005

This passport contains 48 pages

**Page 5**
**Right side:**

Visas

Starting from: 5/2/1421 AH (5/9/2000 AD)

[Seal
Travelling visa for numbers of travels
Valid for the expiry date of the passport
(Signature)]

[Seal
Kingdom of Saudi Arabia
International Airport of King Abdel Aziz
20/5/1423 AH (7/30/2002 AD)
303
Entry]

[Seal
Kingdom of Saudi Arabia
International Airport of King Abdel Aziz
5/12/1420 AH (3/11/2000 AD)
313
Entry]

**Left side:**

[Seal
Kingdom of Saudi Arabia
International Airport of King Abdel Aziz
4/4/1422 AH (6/25/2001 AD)
414
Entry]

[Seal
Kingdom of Saudi Arabia
International Airport of King Abdel Aziz
27/2/1421 AH (5/31/2000 AD)
2306
Exit]

[Seal
Immigration Office
(201)
May 31, 2000]

**Page 6**
**Right side:**

**Visa**
UK 3567202
Valid for United Kingdom
From: 5/17/2000                           Until: 11/17/2000
Number of entries: Multi                  Duration of stay: XX days
Issued in: Jeddah
On: 5/17/2000                  Number of passport: ▆8501
Type of Visa: C – Visit
Remarks: Al Bayoumi Omar A M
▆▆▆/1957
Saudi Arabia

VCGBRALBAYOUMI < OMAR < A < M <<<<<<
▆8501<<<< 1SAU5711299M0011178 <<<<<<<<

**Left side:**

Visa
United States of America
Issuing Post Name: Jeddah
Control number: 20001316170006
Surname: Al Bayoumi
Given name: Omar A M
Visa Type / Class: R B1/B2
Passport number: ▆8501
Sex: M
Birth date: ▆▆▆ 1957.
Nationality: SARB
Entries: M
Issued date: May 10, 2000
Expiry date: May 9, 2002
1001
Annotation:
34512895

VNSAUAL < BAYOUMI < OMAR < A < M <<<<<<
▆8501<<<< 1SAU5711299M0005108B3302D9F592186 <<<<<<<<

**Page 7**
**Right side:**

**Visa**
F44077051

Valid for: ETATs SCHENGEN
(Illegible)

VCFRAAL < BAYOUMI < OMAR < A < M <<<<<<
F440770515SA<<<< 5711299M0104045 <1060314

**Left side:**

[Seal
Kingdom of Saudi Arabia
International Airport of King Abdel Aziz
20/5/1423 AH (7/30/2002 AD)
303
Entry]

[Seal
Kingdom of Saudi Arabia
International Airport of King Abdel Aziz
21/4/1422 AH (7/21/2001 AD)
598
Exit]

**Page 8**

[Empty page]

**Page 9**
[Empty page]

**Page 10**
[Empty page]

**Page 11**
**Right side:**

United Kingdom
Entry Clearance

Place of issue: Jedda
Valid from: 12/13/2000                    Valid until: 12/13/2000
Number of entries: Multi                  VAF no.: 42326
Type: visa academic visitor
Name: Al Bayoumi Omar A M
Passport Number: ▮8501    Sex: M.   Date of birth: ▮/57    Nationality: SAU
Observ. No work or recourse to public funds register with UK police on arrival
Number of dependents: 0
Dependent Name:                           Sex:
Dependent Name:                           Sex:
Dependent Name:                           Sex:
Dependent Name:                           Sex:

[Seal
Holds certificate of registration
No.    P131519]

VDGBRAL < BAYOUMI < OMAR < A < M <<<<<<
▮8501<<<< 1SAU5711299M0112134 <<<<<<<

[Seal
Overseas visitor registration
Feb 09, 2001]

**Left side:**

**Visas**

[Seal
Immigration Office
(14)
Jan 15, 2001
Birmingham]

**Page 12**

**Left side:**

Visa
F45110275
Valid for: Etats Schengen
From: o6/30/2001                    until: 12/29/2001
Number of entries: Multi            duration of stay: 90 days
Issued in: Jeddah
On: 06/30/2001                      number of passport: ███8501
Type of visa: C
Remarks: non-professionnel

Abed
229, 59 FF
35, 00 E
(Signature)

[Seal
Consulate General de France
A djeooaall]


VCFRAAL < BAYOUMI < OMAR < <<<<<<
F451102752SA<<<< 5711299M0112293 <M900630

**Page 13**
**Left side:**

United Kingdom
Entry Clearance

Place of issue: Jedda
Valid from: 06/27/2001                    Valid until: 11/01/2003
Number of entries: Multi                  VAF no.: 53091
Type: visa Student
Name: Al Bayoumi Omar A M
Passport Number: ▮8501      Sex: M.   Date of birth: ▮/57      Nationality: SAU
Observ. No recourse to public funds- work (and any changes)
Must be authorized- register with UK police on arrival
Number of dependents: 0
Dependent Name:                           Sex:
Dependent Name:                           Sex:
Dependent Name:                           Sex:
Dependent Name:                           Sex:

000378823

[Seal
Overseas visitor registration
West lands police
May 08, 2002]

[Seal
Jul 12, 2001
Heathrow (3)]

VDGBRAL < BAYOUMI < OMAR < A < M <<<<<<
▮8501<<<< 1SAU5711299M0311018 <<<<<<<

**Page 14**

[Empty page]

**Page 15**

[Empty page]

**Page 16**

[Empty page]

**Page 17**

[Empty page]

**Page 18**

[Empty page]

**Page 19**

[Empty page]

**Page 20**

[Empty page]

**Page 21**

[Empty page]

**Page 22**

[Empty page]

**Page 23**

[Empty page]

**Page 24**

[Empty page]

**Page 25**
**Right side:**

**Visas**

The fee for this passport is S.R.200

**Left side:**

**Notes**

1. This passport is a valuable document and should not be given to any authorized person.
2. In case of loss or damage, the bearer should report the fact immediately to the Passport Department from which it was issued or to the nearest consulate in such cases, a new passport can only be given after exhaustive enquires.
3. This passport is issued by the official authorities in the kingdom of Saudi Arabia and by the Saudi Arabian Consulates abroad.
4. Saudi Arabian subjects residing abroad should register their names and addresses without incurring any expense, at the nearest Saudi Arabian Consulate within a month from arrival.
5. This passport valid for five years from the date of issue.
6. Travel is not allowed to any non-stated countries except by permission any violation would be suit in penalty.

Government Printing Department – Riyadh-1418 AH