# EXHIBIT 43

*RESEARCH DEGREES PROGRAMME*
*Tel: Ext. 4429*
*Email: P.E.Lewis@aston.ac.uk*



1st November 2001

To whom it may concern

## OMAR AHMED AL-BAYOUMI
### Student University No: [redacted]

I confirm that Omar Al-Bayoumi is registered as a full-time overseas research student in Aston Business School, Aston University. He joined the Research Degrees Programme in October 2000. As a full-time international student he is eligible for council tax exemption.

Please do not hesitate to contact me if you require any further information.

Professor Stephen Osborne
Director, Research Degrees Programme

KSA0000006692