# EXHIBIT 44



It is hereby certified that

**Omar Ahmed Al-Bayoumi**

after having successfully completed a programme of study by research in

Management Research

was on the Sixteenth day of May 2002 awarded the Degree of

## Master of Science

and was admitted to the degree at a Congregation held on the Eleventh day of July 2002



ASTON UNIVERSITY

_Vice - Chancellor_

**CONFIDENTIAL:**
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

KSA0000000840