# EXHIBIT 45



# Certification of Translation

**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

October 5, 2023

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

    KSA0000002829

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

_Benardette McEvoy_
Benardette McEvoy
Assistant Production Manager
Linguistic Systems, Inc.

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

Form OPS-QF-008 (rev.1)

| | | |
|---|---|---|
| Kingdom of Saudi Arabia<br>Ministry of Higher Education<br>Imam Mohammad Ibn Saud<br>Islamic University<br>Deanship of Admission and Registration | In the name of God, the<br>Merciful, the Benevolent | [stamp:]<br>TRUE COPY<br>[remainder illegible]<br>[signature] |

## Certificate of Graduation

On 20/1/1416H, corresponding to 18/6/1995CE, the Board of Imam Mohammad Ibn Saud Islamic University agreed to bestow upon Fahed Bin Ibrahim Bin Abdullah al-Thumairy, of Saudi nationality, born in 1391H [1971-72], a Master's Degree in Sharia Policy/General Studies from the High Judicial Institute in Riyadh with an evaluation of "Very Good" for the academic year 1415/1416H.
God grants success.

Dean of Admission and Registration
[Signature]
Dr. Mohammed Bin Abdullah Arafah

[stamp:] Imam Mohammad Ibn Saud Islamic University | Deanship of Admission and Registration | Documents Date: 22/1/1416H [June 20, 1995]

Imam Mohammad Ibn Saud Islamic University Printing

KSA0000002829



بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة التعليم العالي
جامعة الإمام محمد بن سعود الإسلامية
عمادة شؤون القبول والتسجيل

# وثيقة تخرج

وافق مجلس جامعة الإمام محمد بن سعود الإسلامية بتاريخ ٢٠/ ١/ ١٤١٦ هجرية الموافق ١٨/ ٦/ ١٩٩٥ ميلادية ، على منح  فهد بن ابراهيم بن عبدالله الشميمري سعودي الجنسية ، المولود عام ١٣٩١ هـ درجة الماجستير في السياسة الشرعية / الشعبة العامة من المعهد العالي للقضاء بالرياض بتقدير ( جيد جداً ) . في العام الجامعي ١٤١٥/ ١٤١٦ هـ

والله الموفق .

عميد شؤون القبول والتسجيل

د. محمد بن عبدالله غزفه

التاريخ ٢٢/ ١/ ١٤١٦ هـ

KSA0000002829