# EXHIBIT 47
## REDACTED FOR PUBLIC FILING

DECEMBER 5, 1996

EMBASSY OF SAUDI ARABIA
601 NEW HAMPSHIRE AVENUE NW
WASHINGTON, DC 20037

    NAME: AL THUMAIRY, FAHAD I. A.
    PID NO: ███
    TITLE: ADMINISTRATIVE OFFICER
    DUTY OFFICE: CONSULATE GENERAL
    LOCATION: LOS ANGELES, CA

The Department of State acknowledges receipt of form DSP-111 submitted by the Embassy requesting that the above-mentioned person be accepted in the position indicated.

Pursuant to the Embassy's submission, the above-mentioned person has been accepted as an employee of the Consulate.

In this capacity he/she will be accorded the following immunities:

    In accordance with Article 43, paragraph 1, of the Vienna Convention on Consular Relations, and subject to the conditions set forth in paragraph 2 of that Article, consular employees shall not be amenable to the jurisdiction of the judicial or administrative authorities of the receiving State in respect of acts performed in the exercise of consular functions.

    MR. AL THUMAIRY ASSUMED HIS DUTIES OVER 30 DAYS AGO. THE EMBASSY IS REMINDED THAT IT IS RESPONSIBLE FOR NOTIFYING THE DEPARTMENT OF NEW APPOINTMENTS WITHIN 30 DAYS OF THEIR ASSUMPTION OF DUTIES, IN ACCORDANCE WITH THE DEPARTMENT'S CIRCULAR NOTE DATED OCTOBER 2, 1978.

                        Assistant Chief of Protocol

TOTAL P.11

March 9, 2021
Exhibit
ABDULLAH AL-AWADI
459

KSA0000006679

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.