# EXHIBIT 48
## REDACTED FOR PUBLIC FILING



**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

KSA0000006882



هذا الجواز صالح للسفر للدول الآتية

البلاد العربية ، آسيا ، أفريقيا

أوروبا ، المملكة المتحدة

أو الولايات المتحدة الأمريكية ، كندا

أستراليا ، أمريكا اللاتينية ، نيوزيلاند

THIS PASSPORT IS VALID FOR THE FOLLOWING COUNTRIES

جواز سفر خاص

APAB COUNTRIES, ASIA, AFRICA

EUROPE, U. K., U. S. A., CANADA

L. AMERICA, AUSTRALIA

NEW ZEALAND,

جواز سفر خاص

توقيع حامل الجواز

**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

**KSA0000006883**



CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000006884



**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

KSA0000006885



**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

KSA0000006886



**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

**KSA0000006887**

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA000000888





**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

**KSA0000006889**



**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

KSA0000006890



**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

KSA0000006891



**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

KSA0000006892



**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

KSA0000006893



**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

**KSA0000006894**



CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000006895



CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000006896



**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

KSA0000006897

**CONFIDENTIAL:**
**This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.**



**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

KSA0000006899



**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

KSA0000006900



**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

**KSA0000006901**

VISAS

INSTRUCTIONS

1 - Special Passports are issued by the Ministry of Foreign Affairs.
2 - In case of loss or damage of Special Passports the Ministry of Foreign Affairs, the nearest Embassy Legation or Consulate should be notified at once.
3 - Special Passports are valid for one year renewable, by the Ministry of Foreign Affairs, for five years from date of issue.
4 - On return from abroad Special Passports shall be kept with the Department of Passports.

SPECIAL PASSPORT

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000006902



## Certification of Translation

### COUNTY OF SUFFOLK
### COMMONWEALTH OF MASSACHUSETTS

On this day of December 20, 2018

Linguistic Systems, Inc., 260 Franklin Street, Boston, Massachusetts 02110, completed the attached translation into English of the file:

HC0000009520.pdf

I, Gabriela Bess, certify that the attached  translation has been translated faithfully by a qualified and vetted linguist fluent in both Arabic and English and is a true and correct English version of the original Arabic, to the best of the linguist's knowledge and belief.

_____

Gabriela Bess
Translation Project Manager

Linguistic Systems, Inc.

260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certification: ISO 9001 • ISO 17100 • ISO 27001

**Page 1**

<div style="text-align:center">

**Kingdom of Saudi Arabia**
Member of Arab League
Ministry of Foreign Affairs

In the name of the king
Of the Kingdom of Saudi Arabia

</div>

I, hereby require the officials of the government of Saudi Arabia, its representatives abroad, and request every authority acting on its behalf, and the competent Foreign Authorities to allow the bearer to pass freely, and to offer him every assistance, and protection he may need.

Minister of Foreign Affairs (signature)

Special Passport

Issued at Riyadh on 26/11/1416 AH (4/14/1996 AD)

Valid until return

**Page 2 (right side)**

This passport is valid for the following countries:

Arab countries, Asia, Africa, Europe, U.K, U.S.A, Canada, Australia, Latin America, New Zealand

Special Passport

**Page 2 (left side)**

Special Passport

Signature of Passport Bearer: (signature)

This passport contains 42 pages

**Page 3 (right side)**

**Kingdom of Saudi Arabia**
**Special Passport**4

Ministry of Foreign Affairs

Passport No.: 

Name of Passport Bearer: Mr. Fahad Ibrahim Abdullah Al Thumairy, Administrative Official, Saudi Arabia Embassy in Washington, USA.

Date of birth: 1391 AH (1971 AD)

**Page 3 (left side)**

Persons accompanying bearer of passport

Special Passport

**Page 4 (right side)**

**Renewals**

This passport was renewed on 18/5/1417 AH (9/30/1996 AD)
Until: 17/5/1420 AH (9/29/1999 AD)

(Signature)

This passport was renewed on 28/3/1420 AH (7/12/1999 AD)
Until: 27/3/1423 AH (7/11/2002 AD)

(Signature)

[Seal
Ministry of Foreign Affairs
Kingdom of Saudi Arabia
Department of Protocol]

[Seal
Ministry of Foreign Affairs
Kingdom of Saudi Arabia
Department of Protocol]

Special Passport

**Page 4 (left side)**

**Renewals**

This passport was renewed on 17/1/1423 AH (3/31/2002 AD)
Until: 16/1/1426 AH (3/30/2005 AD)

(Signature)

[Seal
Ministry of Foreign Affairs
Kingdom of Saudi Arabia
Department of Protocol]

Special Passport

This passport was renewed on:
Corresponding to:

**Page 5 (right side)**

**Visas**

[Seal
Ministry of Foreign Affairs
Exit Visa ~~political~~ / special
Number: 14810
The bearer of this passport is authorized to leave
Kingdom of Saudi Arabia
For one travel
It is valid for one month
Date of this visa
Date: 26/11/1416 AH (4/14/1996 AD)
President of Protocol (signature)
Its validity shall be extended for one month from 24/12/1416 AH (5/11/1996
AD)]

[Seal
Exit
539
12/1/1417 AH (5/29/1996 AD)
Passport of King Khaled International Airport]

[Seal
Entry
317
23/3/1417 AH (8/7/1996 AD)
Passport of (illegible) Airport]

Special Passport

[Seal
Ministry of Foreign Affairs
Kingdom of Saudi Arabia
Department of Protocol]

[Seal
Ministry of Foreign Affairs
Kingdom of Saudi Arabia
Department of Protocol]

[Seal
UAE
Entry
393
6 September 1996 AD
Dubai International Airport]

**Page 5 (left side)**

**Visas**

[Seal
UAE
Exit
454
6 October 1996 AD
Dubai International Airport]

[Seal
UAE
Entry
344
5 October 1996 AD
Dubai International Airport]

[Seal
UAE
Exit
1077
10 January 1998 AD
Dubai International Airport]

[Seal
UAE
Entry
355
10 January 1998 AD
Dubai International Airport]

[Seal
UAE
Exit
1077
6 September 1996 AD
Dubai International Airport]

**Page 6 (right side)**

Visa

United States of America

Issuing Post Name: Riyadh
Control number: 19961356250010
Surname: Al Thumairy
Given name: Fahad I A
Visa Type / Class: O A2
Passport number: █████
Sex: M
Birth date: 1971
Nationality: SARB
Entries: 1
Issued date: 15 May 1996
Expiry date: 15 August 1996
Annotation:
Official
Saudi Embassy Washington D.C
09770336

VNSAUAL < THUMAIRY << FAHAD <I<A <<<<<<<<<<<<<<<<
█████<<< OSAU7100002M9605154A21005C8C5573B92

**Page 6 (left side)**

**Visas**

[Seal
Ministry of Foreign Affairs
Exit Visa ~~political~~ / special
Number: 5230
The bearer of this passport is authorized to leave
Kingdom of Saudi Arabia
For one travel
It is valid for one month
Date of this visa
Date: 5/3/1418 AH (7/9/1997 AD)
President of Protocol (signature)]

[Seal
Exit
643
19/3/1418 AH (7/23/1997 AD)
Passport of King Khaled International Airport]

[Seal
Entry

337 (illegible)]

Special Passport

[Seal
Ministry of Foreign Affairs
Kingdom of Saudi Arabia
Department of Protocol]

[Seal
Exit
141
11/9/1418 AH (1/9/1998 AD)
Passport of King Khaled International Airport]

[Seal
Entry
5/3/1419 AH (6/29/1998 AD)
(Illegible)]

**Page 7 (right side)**

**Visas**

[Seal
Ministry of Foreign Affairs
Exit Visa ~~political~~ / special
Number: 8953
The bearer of this passport is authorized to leave
Kingdom of Saudi Arabia
For one travel
It is valid for one month
Date of this visa
Date: 18/5/1417 AH (9/30/1996 AD)
President of Protocol (signature)]

[Seal
Exit
638
11/5/1417 AH (9/23/1996 AD)
Passport of King Khaled International Airport]

Special Passport

[Seal
Ministry of Foreign Affairs
Kingdom of Saudi Arabia
Department of Protocol]

[Seal
Entry
327
11/2/1418 AH (6/16/1997 AD)
Passport of King Khaled International Airport]

**Page 7 (left side)**

Visa

United States of America

Issuing Post Name: Riyadh
Control number: 19962758540020
Surname: Al Thumairy
Given name: Fahad I A
Visa Type / Class: O A2
Passport number: ███████
Sex: M
Birth date: 1971
Nationality: SARB

Entries: 1
Issued date: 01 October 1996
Expiry date: 01 January 1997
Annotation:
Official
Saudi Embassy Washington D.C
14178356

VNSAUAL < THUMAIRY << FAHAD <I<A <<<<<<<<<<<<<<<

**Page 8 (right side)**

**Visas**

[Seal
Immigration Officer
(819)
6 October 1996
Heathrow (5)]

Special Passport

[Seal
UAE
Exit
16 Jun 1997 AD
Dubai International Airport]

**Page 8 (left side)**

**Visas**

[Seal

A/Q246888
Entry Certificate
Visa
Single Visit
Valid for presentation at a United Kingdom port until
02 April 1997 (Date)
Provided this passport remains valid.
Signed: (signature) D.C (illegible)
Date: 02 October 1996]

[Seal
British Embassy
1
Riyadh]

**Page 9 (right side)**

**Visas**

[Seal
Ministry of Foreign Affairs
Exit Visa ~~political~~ / special
Number: 6161
The bearer of this passport is authorized to leave
Kingdom of Saudi Arabia
For one travel
It is valid for one month
Date of this visa
Date: 13/3/1419 AH (7/7/1998 AD)
President of Protocol (signature)]

[Seal
Exit
483
15/3/1419 AH (7/9/1998 AD)
Passport of King Khaled International Airport]

Special Passport

[Seal
Ministry of Foreign Affairs
Kingdom of Saudi Arabia
Department of Protocol]

[Seal
Entry
2005
(Illegible)
Passport of King Khaled International Airport]

**Page 9 (left side)**

[Seal
UAE
(Illegible)
1149
10 Dec 1997 AD
Dubai International Airport]

[Seal
UAE
Entry
(Illegible)
10 January 1997 AD
Dubai International Airport]

[Seal
UAE
Entry
428
08 January 1997 AD
Dubai International Airport]

**Page 10 (right side)**

**Visa**
UK 0892909

Valid for United Kingdom
From: 6/6/1997                              Until: 6/12/1997
Number of entries: 01                  Duration of stay: XX days
Issued in: Los Angeles
On: 6/6/1997                                Number of passport: 
Type of Visa: C – Visit
Remarks: Al Thumairy Fahad Ibrahim
█████ 971
Saudi Arabia

VCGBRAL < THUMAIRY < FAHAD < IBRAHIM <<<<<<
█████<<< 6SAU7101010M9712065 <<<<<<<<

[Seal
Immigration Officer
(Illegible)
12 Jun 1997
Heathrow]

**Page 10 (left side)**

**Visas**

[Seal
Ministry of Foreign Affairs
Exit Visa ~~political~~ / special
Number: 11140
The bearer of this passport is authorized to leave
Kingdom of Saudi Arabia
For one travel
It is valid for one month
Date of this visa
Date: 9/6/1419 AH (9/29/1998 AD)
President of Protocol (signature)]

[Seal
Exit
626
28/6/1419 AH (10/18/1998 AD)
Passport of King Khaled International Airport]

Special Passport

[Seal
Ministry of Foreign Affairs
Kingdom of Saudi Arabia
Department of Protocol]

[Seal
Exit
959
7/5/1419 AH (8/29/1998 AD)
Passport of King Khaled International Airport]

[Seal
Entry
1713
28/2/1420 AH (6/12/1999 AD)
Passport of King Khaled International Airport]

**Page 11 (right side)**

**Visas**

[Seal
U.S. Immigration
New York, N.Y.2701
Jul 23, 1997
Admitted
Until (illegible)

[Seal
U.S. Immigration
160 Los 4294
Jan 10, 1998
Admitted
Class
Until]

[Seal
U.S. Immigration
160 Los 5111
Jan 9, 1998
Admitted
Class
Until]

Special Passport

**Page 11 (left side)**

United States of America
Visa
Control number: 19971952590010
Issuing post name: Riyadh
Surname: Al Thumairy
Given name: Fahad Ibrahim Al-Thumairy
Visa Type / Class: O A2
Passport number: ▮▮▮▮
Sex: M
Birth date: 1971
Nationality: SARB
Entries: M
Issued date: Jul 14, 1997
Expiry date: Jul 14, 1998
Annotation:
Admin officer, embassy of Saudi Arabia, Wash
D.C. Official
207969
VNSAUAL <Thumairy<<Fahad<I<A<<<<<<<<<<<<

**Page 12 (right side)**

United States of America
Visa
Control number: 19982782000001
Issuing post name: Riyadh
Surname: Al Thumairy
Given name: Fahad Ibrahim Al-Thumairy
Visa Type / Class: O A2
Passport number: █████
Sex: M
Birth date: ×××××1971
Nationality: SARB
Entries: M
Issued date: Oct 06, 1998
Expiry date: Oct 04, 1999
Annotation:
Official
Saudi Embassy, Washington DC
25423173

VNSAUAL <Thumairy<<Fahad<I<A<<<<<<<<<<<<
█████<<<<8SAU7100002M9810064A21016B51F0127E6

**Page 12 (left side)**

**Visas**

[Seal
U.S. Immigration
New York, N.Y.1956
Oct 23, 1998
Admitted
Until]

[Seal
U.S. Immigration
New York, N.Y.2265
Jul 20, 1998
Admitted
Class
Until]

[Seal
Ministry of Foreign Affairs
Exit Visa political / ~~special~~
Number: 8039
The bearer of this passport is authorized to leave
Kingdom of Saudi Arabia
For one travel

It is valid for one month
Date of this visa
Date: 28/3/1420 AH (12/7/1999 AD)
President of Protocol (signature)]

[Seal
Ministry of Foreign Affairs
Kingdom of Saudi Arabia
Department of Protocol]

[Seal
King Khaled International Airport
8/3/1421 AH (6/10/200 AD)
Entry
95
Kingdom of Saudi Arabia]

[Seal
Exit
739
Passports of King Khaled International Airport
(Illegible)]

Special Passport

**Page 13 (right side)**

**Visas**

[Seal
Immigration Canada
Admission:
Aug 26, 1999
Douglas
3074
Expiration: Feb 25/2000]

Special Passport

**Page 13 (left side)**

Visa
F42518617
Valid for: Etats Schengen
From: 06-05-00
Until: 07-20-00
Number of entries: Mult
Duration of stay: 30 days
Issued in: Los Angeles
On: 06-02-00
Number of passport: ▮▮▮▮
Type of visa: C
Remarks: service
Anne Petot (signature)
Gratis IIIAE (signature)

VCFRAAL<Thumairy<<Fahad<I<A<<<<<<<<
F425186177SA<71<<<2M000705<M300605

[Seal
Consulat General De France A Los Angeles]

**Page 14 (right side)**

**Visas**

[Seal
King Khaled International Airport
10/3/1422 AH (6/1/2001 AD)
Entry
245
Kingdom of Saudi Arabia]

[Seal
Ministry of Foreign Affairs
Exit Visa political / ~~special~~
Number: 8250
The bearer of this passport is authorized to leave
Kingdom of Saudi Arabia
For one travel
It is valid for two months
Date of this visa
Date: 1/4/1421 AH (7/3/2000 AD)
President of Protocol (signature)]

[Seal
Ministry of Foreign Affairs
Kingdom of Saudi Arabia
Department of Protocol]

[Seal
King Khaled International Airport
16/4/1421 AH (7/18/2000 AD)
Entry
162
Kingdom of Saudi Arabia]

Special Passport

**Page 14 (left side)**

**Visas**

[Seal
Ministry of Foreign Affairs
Exit Visa political / ~~special~~
Number: 6596
The bearer of this passport is authorized to leave
Kingdom of Saudi Arabia
For one travel
It is valid for one month
Date of this visa

Date: 25/3/1422 AH (6/17/2001 AD)
President of Protocol (signature)]
[Seal
Ministry of Foreign Affairs
Kingdom of Saudi Arabia
Department of Protocol]

[Seal
King Khaled International Airport
1/6/1422 AH (8/20/2001 AD)
Entry
55
Kingdom of Saudi Arabia]

[Seal
King Khaled International Airport
10/6/1422 AH (8/29/2001 AD)
Entry
166
Kingdom of Saudi Arabia]

Special Passport

**Page 15 (right side)**

**Visas**

[Seal
Ministry of Foreign Affairs
Exit Visa ~~political~~ / special
Number: 13694
The bearer of this passport is authorized to leave
Kingdom of Saudi Arabia
For several travels
It is valid for two months
Date of this visa
Date: 15/6/1422 AH (9/3/2001 AD)
President of Protocol (signature)]

[Seal
Ministry of Foreign Affairs
Kingdom of Saudi Arabia
Department of Protocol]

[Seal
King Khaled International Airport
18/6/1422 AH (9/6/2001 AD)
Entry
112
Kingdom of Saudi Arabia]

[Seal
U.S. Immigration
Los, 5779
Jul 01, 2001
Admitted
Class
Until]

[Seal
U.S. Immigration
New York, N.Y.2509
Jul 19, 2000
Class
Admitted
Until]

[Seal
U.S. Immigration
Los, 5661
Dec 23, 2001
Admitted
Class

Until]

[Seal
U.S. Immigration
NYC 5099
April 18, 2002
Class
Admitted
Until]

Special Passport

**Page 15 (left side)**

United States of America
Visa
Control number: 20001995030006
Issuing post name: Riyadh
Surname: Al Thumairy
Given name: Fahad Ibrahim Al-Thumairy
Visa Type / Class: O A2
Passport number: ▮▮▮▮
Sex: M
Birth date: 1971
Nationality: SARB
Entries: M
Issued date: Jul 17, 2000
Expiry date: Jul 16, 2002
Annotation:
Official
Saudi Arabian Embassy
Washington, D.C.
37720627
VNSAUAL <Thumairy<<Fahad<I<A<<<<<<<<<<<<

**Page 16 (right side)**

**Visas**

[Seal
Ministry of Foreign Affairs
Exit Visa ~~political~~ / special
Number: 2053
The bearer of this passport is authorized to leave
Kingdom of Saudi Arabia
For several travels
It is valid for one month
Date of this visa
Date: 24/2/1424 AH (2/26/2003 AD)
President of Protocol (signature)]

[Seal
Ministry of Foreign Affairs
Kingdom of Saudi Arabia
Department of Protocol]

[Seal
King Khaled International Airport
8/3/1424 AH (5/9/2003 AD)
Entry
53
Kingdom of Saudi Arabia]

[Seal
King Khaled International Airport
5/3/1424 AH (5/6/2003 AD)
Exit
278
Kingdom of Saudi Arabia]

[Seal
12.09.01 15
Frankfurt / Main
F 067]

Special Passport

**Page 16 (left side)**

Visto
I05597012
Valid for: Etats Schengen
From: 04-09-01
Until: 03-03-02
Number of entries: Mult

Duration of stay: 90 days
Issued in: RIAD
On: 30-08-01
Number of passport █████
Type of visa: C
Remarks: TURISMO
UNCINI (signature)
GRAITS CORTESIA

VCITAAL<Thumairy<<Fahad<l<A<l<<<<<<<
I055970125SAU71<<<<2M0203030<M900904
[Seal

**Page 17 (right side)**

**Visas**

[Seal
Ministry of Foreign Affairs
Exit Visa ~~political~~ / special
Number: 17867
The bearer of this passport is authorized to leave
Kingdom of Saudi Arabia
For several travels
It is valid for three months
Date of this visa
Date: 23/9/1422 AH (12/8/2001 AD)
President of Protocol (signature)]

[Seal
Ministry of Foreign Affairs
Kingdom of Saudi Arabia
Department of Protocol]

[Seal
King Khaled International Airport
8/10/1422 AH (12/23/2001 AD)
Exit
114
Kingdom of Saudi Arabia]

[Seal
King Mohammed bin Abdel Aziz Airport
2/12/1422 AH (2/14/2002 AD)
Entry
759
Kingdom of Saudi Arabia]

Special Passport

**Page 17 (left side)**

**Visas**

[Seal
Ministry of Foreign Affairs
Exit Visa ~~political~~ / special
Number: 842
The bearer of this passport is authorized to leave
Kingdom of Saudi Arabia
For several travels
It is valid for three months
Date of this visa

Date: 17/1/1423 AH (3/31/2002 AD)
President of Protocol (signature)]

[Seal
Ministry of Foreign Affairs
Kingdom of Saudi Arabia
Department of Protocol]

[Seal
King Khaled International Airport
4/2/1423 AH (4/17/2002 AD)
Exit
364
Kingdom of Saudi Arabia]

[Seal
King Khaled International Airport
29/1/1423 AH (4/12/2002 AD)
Exit
184
Kingdom of Saudi Arabia]

Special Passport

**Page 18 (right side)**

**Visas**

**Visa**
UK 4395668

Valid for United Kingdom
From: 24/05/01                    Until: 24/11/01
Number of entries: MULT          Duration of stay: 180 days
Issued in: Los Angeles
On:
Number of passport: ███
Type of Visa: C – Visit
Remarks: Al Thumairy Fahad I
███ 971
Holder only
Saudi Arabia
No work or recourse to public funds

VCGBRAL < THUMAIRY < FAHAD < IBRAHIM <<<<<<
███ <<< 9SAU7101010M0111241 <<<<<<<<

[Seal
Immigration Officer
(Illegible)
26 May 2001
Heathrow (3)]

**Page 18 (left side)**

**Visas**

Special Passport

**Page 19 (right side)**

Visa

United States of America

Issuing Post Name: Department
Control number: 20022362810011
Surname: Al Thumairy
Given name: Fahad I A
Visa Type / Class: O A2
Passport number: ██████
Sex: M
Birth date: XXXXX1971
Nationality: SARB
Entries: M
Issued date: 27 August 2002
Expiry date: 22 August 2004
0110
Annotation:
Royal Consulate General of Saudi Arabia
Los Angeles, CA
60084055

VNUSAAL < THUMAIRY << FAHAD <I<A <<<<<<<<<<<<<<<<
██████ <<<< 8SAU7100002M0208275A2102D6128784209

[In handwriting:
Revoked
22 CFR
4/10/22
(a) (1)]

**Page 19 (left side)**

**Visas**

Special Passport

**Page 20 (right side)**

**Visas**

Special Passport

**Page 20 (left side)**

**Visas**

Special Passport

**Page 21 (right side)**

**Visas**

[Seal
Royal Consulate General
Kingdom of Saudi Arabia / Los Angeles
Number: 12
Date: 27/1/1417 AH (6/13/1996 AD)]

[Seal
LOS 5689
May 06 2003]

[In handwriting:
E/R A # 95633588 212/6/(7)/(B)/(i)/(#)]

Special Passport

**Page 21 (left side)**

**Instruction**

1. Special Passports are issued by the Ministry of Foreign Affairs.
2. In case of loss or damage of special passports, the Ministry of Foreign Affairs, the nearest Embassy Legation or Consulate should be notified at once.
3. Special passports are valid for one year renewable, by the Ministry of Foreign Affairs, for five years from date of issue.
4. On return from abroad, special passports shall be kept with the Department of Passports.

[It was registered by computer]

Special Passport