# EXHIBIT 49

# Certification of Translation

**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

October 5, 2023

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

KSA0000002684

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

_Benardette McEvoy_
Benardette McEvoy
Assistant Production Manager
Linguistic Systems, Inc.

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

Form OPS-QF-008 (rev.1)

In the Name of Allah the Most Compassionate the Most Merciful

| [Illegible logo]<br>Promotion and Transfer Directorate<br>Dept. of Exceptional Positions and Transfers | Subject:<br>Nomination for an Exceptional Position |
|---|---|

| Name | Fahad Ibrahim Abdullah al-Thumairy | | |
|---|---|---|---|
| Academic Qualifications | Master's Degree in Shari'a Policy from the High Judicial Institute, 1416H [1995-96] | | |
| Information about the position to which an appointment is sought | | | |
| Name of the position | Guidance Giver | No. | 113 |
| Rank | 8 | Code | 7010608 |
| Location | The Da'wah Office in the United States of America | | |

**His Excellency, the Director General for Administrative and Financial Affairs at the Ministry of Islamic Affairs, Endowment, Da'wah, and Guidance,**

May the peace, mercy and blessings of Allah be upon you,

We are referring to your letter number 5478 dated on 17/09/1416H [Feb. 7, 1996] which included the request for the Bureau's opinion about the nomination of the individual whose name is shown above because the position he is being nominated for is excepted from the competition requirement pursuant to Paragraph (m) of Article 37/3 of the Implementing Regulation for the Civil Service Law.

We would like inform you that upon study of the reasons for the nomination, they show that the employee mentioned above meets the requirements to fill the position to which he is being nominated based on having the academic qualification appropriate for the job and having passed the interview conducted by the Committee on Interviewing Da'wah Practitioners, and the Ministry of Justice has discharged him per the Undersecretary's Letter No. 1480 dated 06/05/1416H [Oct. 1, 1995].

Therefore, the Bureau shares your opinion that the nomination should be approved on the condition of a license in a living foreign language and that he starts the job he is being nominated for at its location. The General Directorate of Information at the Bureau must be provided a copy of the decision and the personnel action. Please be advised.

Sincerely,

Al Faisaliyah 23/9 [Feb. 13, 1996]

Director General of Service

[signature]

Abdul Rahman Bin Abdullah Al Zawman

| Number: 25876 / 13 | Date: | Attachments: None |
|---|---|---|

Phone: 402-6666 |Telex: CIVIL SJ - 402465 |Fax: 405-6257 | P.O. Box: 18367 – Riyadh 11114 | The Kingdom of Saudi Arabia

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

KSA0000002684

بسم الله الرحمن الرحيم

الموضـــوع : ترشيح على وظيفة مستثناة .

إدارة الترقيات والنقل

شعبة الوظائف المستثناة والنقل

| الاسم | فهد ابراهيم عبدالله الثميري |
|---|---|
| المؤهل العلمي | ماجستير في السياسة الشرعية من المعهد العالي للقضاء لعام ١٤١٦هـ |

معلومات عن الوظيفة المطلوب التعيين عليها

| مسمى الوظيفة | مرشد | رقمها | ١١٣ |
|---|---|---|---|
| مرتبتها | ٨ | رمزها | ٧.١.٦.٠٨ |
| مقرها | مكتب الدعوه بالولايات المتحدة الأمريكية | | |

سعادة المدير العام للشئون الادارية والمالية بوزارة الشئون

الاسلامية والاوقاف والدعوة والارشاد    المحترم

السلام عليكم ورحمة الله وبركاته ...

نشير إلى خطابكم رقم ٥٤٧٨ وتاريخ ١٤١٦/٩/١٧هـ المتضمن طلب رأي الديوان في ترشيح الموضح اسمه أعلاه لكون الوظيفة المرشح لها مستثناة من شرط المسابقة بموجب الفقره (م) من المادة (٣٧/٣) من اللائحة التنفيذية لنظام الخدمة المدنية.

نفيدكم أنه بدراسة مسوغات الترشيح تبين أن المذكور تتوفر لديه شروط شغل الوظيفة المرشح لها إنطلاقاً من توفر التأهيل العلمي المناسب لها واجتيازه المقابلة المجراه له من قبل لجنة مقابلة الدعاه وموافقة وزارة العدل على اخلاء طرفه بموجب خطاب سعادة وكيل الوزاره رقم ١٤٨٠ في ١٤١٦/٥/٦هـ.

لذا فإن الديوان يشاركـكم الرأي بالموافقه على ترشيحه شريطة اجازة احدى اللغات الأجنبية الحيه وأن يباشر مهام الوظيفة المرشح لها بمقرها مع تزويد الإدارة العامة للمعلومات بالديوان بصورة من القرار والمباشرة . نأمل الإحاطة .

وتقبلوا تحياتنا ،،،

مدير عام الخدمة

عبدالرحمن بن عبدالله الزومان

الرقم : ٥٨٧٦   التاريخ : ١٧/   المشفوعات : بدونه

تليفون : ٦٦٦٦ - ٤٠٢ - تلكس : CIVIL SJ - ٤٠٢٤٦٥ فاكس : ٦٢٥٨ - ٤٠٥ - ص.ب : ١٨٣٦٧ - الرياض ١١١١٤ المملكة العربية السعودية

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000002684