# EXHIBIT 50

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance
General Administration for Administrative and Financial Affairs

Subject: HIRING ORDER FOR AN EXEMPTED JOB

| Name: Fahad Ibrahim Abdullah al Thumairy | Job: Guide |
|---|---|
| Rank and Number: 8/113 | Workplace: The Da'wah and Guidance Office in the United States of America |
| Salary: 5,285 | Class: 1        Transport Allowance: 600 |

Administrative Order No. 2930, dated 13/10/1416 AH (April 04, 1996 AD)
In accordance with the powers vested in him;
In accordance with the approval of the General Civil Service Bureau, in its letter No. 35876, dated 24/09/1416 AH (February 14, 1996 AD), based on our letter No. 5478, dated 17/09/1416 AH (February 07, 1996 AD), about hiring the person named above to occupy the job above; and
In accordance with Article No. 37/3 of the Civil Service Law,
The Director General for Administrative and Financial Affairs hereby decides the following:
1. The person named above shall be hired for the job above;
2. The employment of the person named above shall start as of his work commencement;
3. He shall be on probation for one year; and
4. This order shall be notified to the director of the Personnel Affairs Department for implementation.
Allah is the grantor of success.

[*Handwritten Signature*]

Director General for Administrative and Financial Affairs
Saud bin Abdullah bin Taleb
[*Handwritten Signature*]
13/10/1416 AH (April 04, 1996 AD)

No. ----                          Date: ----                          Attachments: 14

KSA0000000599

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

February 24, 2021
Exhibit
Al-Ghudaian
**452**

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد
الإدارة العامة للشؤون الإدارية والمالية

الموضوع : قرار تعيين على وظيفة مستثناة

| | الوظيفة | مرشد |
|---|---|---|
| الاسم : فهد ابراهيم عبدالله الثميري | | |
| المرتبة والرقم : ١١٣/٨ | مقرها : مكتب الدعوة والإرشاد بالولايات المتحده الامريكية | |
| الراتب (٥٢٨٥) | الدرجة (الاولى) | بدل النقل (٦٠٠) |

القرار الإداري ذو الرقم ٢٩٣٨ المؤرخ ٢/١٠/١٢/ ١٤١٨هـ

إن المدير العام للشؤون الادارية والمالية

بناء على ماله من صلاحيات .

وبناءً على موافقة الديوان العام للخدمة المدنية بكتابه ذي الرقم ١٣/٢٥٨٧٦ وتاريخ ١٤١٦/٩/٢٤هـ المبني على خطابنا ذي الرقم ٤٧٨٥ المؤرخ في ١٤١٦/٩/١٧هـ المتضمن تعيين المذكور على الوظيفة أعلاه واستناداً للمادة (٢/٢٧) من نظام الخدمة المدنية .

يقرر مايلي

١ – يعين الموضح إسمه أعلاه على الوظيفة المشار اليها .

٢- يعتبر تعيين المذكور من تاريخ مباشرة العمل .

٣- يعتبر تحت التجريبة لمدة سنة .

٤- يبلغ هذا القرار لمدير ادارة شؤون الموظفين لإنفاذه .

وبالله التوفيق ،،،،،

المدير العام للشؤون الإدارية والمالية

سعود بن عبدالله بن طالب

الرقم /          التاريخ          المشفوعات

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000000599



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210212_BJS

**Language**: Arabic

**Document title**: KSA0000000599

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminololgy

**Signed**: Farah Alshekhli
Farah Alshekhli (Feb 17, 2021 16:07 CST)

**Date**: Feb 17, 2021