# EXHIBIT 51

MAR-11-96 MON 14:47 00973294550 FAX NO. 00973294787 P. 01

In the name of Allah, the Gracious, the Merciful

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance

Number: ----
Date: ----
Attachments: ----

[Handwriting: *A phone call was made on Tuesday 23/10/1416 AH (March 14, 1996 AD) and understanding was reached. Therefore, this shall be kept in a file in the name of al Thumairy*]
[*Handwritten Signature*] *23/10 (March 14, 1996 AD)*

[*Handwritten Text*]

**VERY URGENT**

His Eminence Sheikh Khaled al Sowailem, may Allah protect him
May the peace, mercy, and blessings of Allah be upon you.
May Allah protect you and your beloved ones.

I bring you the good news that a decision was made to hire Sheikh Fahad bin Ibrahim al Thumairy as a successor to Sheikh Ibrahim al Hiber at the Ibn Taymiyyah Foundation. He will go to you soon, Allah willing. I have known him to be one of the finest scholars in terms of knowledge, dedication, and discretion.

Whereas the Protocol Department at Ministry of Foreign Affairs in Riyadh had asked him to submit a document from the Embassy stating …

KSA0000008509

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

February 23, 2021
Exhibit
Al-Ghudaian
433

MAR-11-96 MON 14:48 00973294550 FAX NO. 00973294787 P. 02

In the name of Allah, the Gracious, the Merciful

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance

Number: ----
Date: ----
Attachments: ----

[*Handwritten Text*]

… the job title that will be written in the passport, please complete this with the help of His Eminence Dr. Majid, may Allah protect him, and send him my regards. Please send a fax to the Protocol Department at the Ministry directly. I propose his job title to be "Administrative Attaché" as usual.

Also, brother Fahad asks whether he may get tax exemption noting that he will reside in Los Angeles as required by work. Kindly answer me tomorrow at the Ministry's fax. Give my regards to all the brothers. May Allah protect you all.

Your brother
Saleh Karboaa

KSA0000008510

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

MAR-11-96 MON 14:47 FAX NO. 00973294787 P. 01



بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد

الرقم
التاريخ
المشفوعات

عاجل جداً

صاحب الفضيلة الشيخ / خالد السويلم حفظه الله ورعاه

السلام عليكم ورحمة الله وبركاته وبعد

حفظك الله دون تعليق . وأبشركم بصدور قرار تعيين الشيخ فهد بن ابراهيم التميمي خلفاً للشيخ ابراهيم أحمد في مؤسسة بون [illegible] وسيصلكم قريباً إن شاء الله

وقد عرفته من خيرة طلبة العلم علماً واتباعاً وصاحب عمل .

وقد طلبت من المراسم بالوزارة [illegible] بإرسال ورقة من السفارة تفيد بتجديد

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

KSA0000008509

بسم الله الرحمن الرحيم

الرقم ..................................

التاريخ ..................................

المشفوعات ..................................




سمى الوظيفة التي ستقدره بالجوار

فارجو التلطف باستكمال المرفوع عنه

طريقه فضيلة الدكتور / ماجد حفظه الله وابلاغه

سلامي . وذلك بارسال فاكس الى

المراسم بالوزارة مباشرة واقترح ان تكون

تسميته (امام اداري) كما هي العادة .

كما ان الاخ مهند يسأل هل من حقه

التمتع بالاعفاء الضريبي علماً انه سيقيم

في لوس انجلوس كما هي طبيعة العمل . ارجو

التكرم باجابتي علماً على فاكس الوزارة وابلاغي سلاماً

لجميع الاخوة لديكم حفظكم الله اخوكم

صالح كريدي

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210128_QZ4

**Language**: Arabic

**Document title**: KSA0000008509

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Feb 7, 2021 14:08 CST)

**Date**: Feb 7, 2021



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210128_QZ4

**Language**: Arabic

**Document title**: KSA0000008510

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: Farah Alshekhli
Farah Alshekhli (Feb 7, 2021 14:08 CST)

**Date**: Feb 7, 2021