# EXHIBIT 52



## COUNTY OF SUFFOLK
## COMMONWEALTH OF MASSACHUSETTS

October 5, 2023

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

**KSA0000001260**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

*Benardette McEvoy*

Benardette McEvoy
Assistant Production Manager
Linguistic Systems, Inc.

Linguistic Systems, Inc.

260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com

Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

Opening of King Fahd Mosque in Los Angeles

In the Name of Allah, Most Gracious, Most Merciful

**Minutes of the First Meeting of the Preparatory Committee for the Opening of King Fahd Mosque in Los Angeles**

Date: Monday 8/1/1419H (May 5, 1998) at 09:40 PM

Location: Home of Sheikh Khalid bin Nasser Al-Assaf in Jeddah

Attendees:

Sheikh Khalid bin Nasser Al-Assaf

Sheikh Abdulaziz bin Abdullah Al-Ammar

Dr. Mana bin Hammad Al-Juhani

Sheikh Saad bin Abdullah Al-Brik

Dr. Khalil bin Abdullah Al-Khalil

Dr. Ahmed Seif El Din

Sheikh Ibrahim bin Mohammed Al Hussein

And the following apologized for not being able to attend:

Saleh bin Ghanem Al-Sahlan due to being on travel to Eastern Province

Ibrahim bin Mubarak Al-Juwair due to being on travel to Italy

Khalid bin Ibrahim Alswailm due to not being able to come from America

Agenda:

- Opening date and location
- Opening festivities
- Opening ceremony program

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000001260

Opening of King Fahd Mosque in Los Angeles

- Tribute dinner
- Conference on the occasion of the opening
- Lectures, visits, and courses
- Informational fair
- Media programs
- Determining invitees
- Women's participation
- Formation of executive committees
- Determining date of the second meeting

In the beginning of the meeting, Dr. Khalil bin Abdullah al-Khalil began talking by thanking His Royal Highness Prince Abdulaziz bin Fahad bin Abdulaziz for his trust in the team commissioned to follow up the building and his interest and support of the project. He also expressed the committee members' thanks and gratitude for the Prince's trust in them. He also commended the follow up and interest of Sheikh Khaled Al-Assaf and thanked him for facilitating the meeting.

After this, Dr. Khalil read the proposed meeting agenda and explained the amended working paper previously prepared for the opening and conference. He also read suggestions from Dr. Saleh bin Ghanem Al-Sahlan and suggestions from Dr. Ibrahim bin Mubarak Al-Juwair, and Sheikh Abdulaziz bin Abdullah Al-Ammar read suggestions from Sheikh Khalid bin Ibrahim Alswailm.

The meeting agenda was then discussed as follows:

First Topic:

As for the opening date, the meeting attendees thought that the opening date should be on Friday, 30/5/1419H, corresponding to 11/9/1998CE, because this date is suitable for the invitees and to give the committees the chance to complete their work and complete the final finishes and furniture of the mosque. The date can be set earlier to be Friday, 13/5/1419H, corresponding to 4/9/1998CE. The ceremony and lunch location shall be in the lower hall under the Mosque because it is more suitable and has better capacity.

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000001261

Opening of King Fahd Mosque in Los Angeles

Second Topic: Opening festivities
The attendees though that opening festivities shall be as follows:
Opening of the curtains
Oratory ceremony
Friday prayers
Lunch

Third Topic: Ceremony Program
The Attendees thought that the program should be principally as follows, and some changes may be made as needed:
- Holy Qur'an
- Speech of the general supervisor of the project and of the opening ceremony
- Mayor's speech
- Speech on behalf of the Islamic community by Dr. Muzammil Siddiqi due to his scholarly and preaching status, and the acceptance he enjoys. Note that he is a graduate of the Islamic University and one of KSA's preachers, and he is an immigrant from the Indian Subcontinent.
- Speech on behalf of American Muslims by Imam Warith Deen Mohammed because he represents a majority of black Muslims and has good relationship with KSA.
- Speech on behalf of the Muslim World League by Dr. Abdullah bin Saleh Al Obeid, Secretary General of the League.
- Speech by His Royal Highness Prince Abdulaziz bin Fahad bin Abdulaziz Al Saud

The ceremony will be forty minutes long and will be interpreted simultaneously.

Fourth Topic: Tribute Dinner
The attendees agreed to hold a tribute dinner in honor of His Royal Highness Prince Abdulaziz bin Fahad bin Abdulaziz Al Saud, to which senior officials and scholarly, social, and diplomatic figures in Los Angeles will be invited. It will be attended by those invited

11004 Washington Boulevard, Culver City, California 90232 U.S.A. • (310) 204-1250 Fax: (310) 204-1260

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000001262

Opening of King Fahd Mosque in Los Angeles

for the occasion, and one or more speakers will be chosen for a topic to be determined. If possible, a movie about KSA will be presented.

Fifth Topic: Holding a conference on the sidelines of the event on Saturday and Sunday. After reviewing the suggested topics, the attendees opted to choose "Islam in the West." Dr. Mana al-Juhani, Sheikh Saad Al-Brik, Dr. Ahmed Seif El Din, Sheikh Abdulaziz Al-Ammar, and Dr. Khalil al-Khalil, with the help of Preparatory Committee members, were tasked with creating a detailed concept of the conference and its themes, provided that it shall be about Muslims' needs in their life. Through it, the pure doctrine of Islam and its tolerant law can be explained, and the great efforts Custodian of the Two Holy Mosques to serve Islam and Muslims can be highlighted. It shall be presented in the second meeting.

Sixth Topic: The attendees decided to organize lectures and visits at mosques in the Los Angeles area, its surroundings, and some universities. It was also suggested to hold a Shariah course in Los Angeles after or before the opening ceremony and conference. The Lectures, Visits, and Course Committee, headed by Dr. Saleh Al-Sahlan will create a concept for these activities to be submitted to the Preparatory Committee.

Seventh Topic: The attendees suggested holding an exhibition that highlights the Kingdom's role in serving Islam and Muslims, involving models of the Two Holy Mosques and the mosques of the Custodian of the Two Holy Mosques that have opened, along with printouts of King Fahad Complex for the Printing of the Holy Quran and materials from the Ministry of Islamic Affairs, the Ministry of Information, the Ministry of Hajj, and the International Islamic Relief Organization. They also suggested communicating with the above-mentioned entities to participate in the exhibition by His Royal Highness Prince Abdulaziz bin Fahad bin Abdulaziz Al Saud.

Eighth Topic: Media Programs
The Attendees suggested intensifying media programming before and during the occasion and preparing a movie on the mosques of Custodian of the Two Holy Mosques that have opened and the construction process for King Fahd Mosque in Los Angeles. Dr. Ahmed Seif El Din was assigned to prepare a media plan to be presented in the second meeting.

Ninth Topic: Determining Invitees
The attendees suggested inviting the following:

300 invitees from inside America, the Caribbean, South America, and Canada. Dr. Khalil al-Khalil, Dr. Salem Al-Maqri (director of the Union's office in America), Sheikh Khalid Alswailm, and one employee of the Saudi Consulate in Los Angeles shall be assigned to choose names and present them to the office of His Highness Prince Abdulaziz bin Fahd bin Abdulaziz.

100 invitees from outside America, from Arab and Islamic countries

11004 Washington Boulevard, Culver City, California 90232 U.S.A. • (310) 204-1250 Fax: (310) 204-1260

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000001263

Opening of King Fahd Mosque in Los Angeles

A list of the suggested figures from outside America and from KSA shall be prepared, and Dr. Khalil shall combine the lists to be submitted to the concerned person, His Royal Highness Prince Abdulaziz bin Fahd bin Abdulaziz, for approval

Tenth Topic: Women's Participation
The attendees thought that the whole opportunity is permissible for women and families to attend. The concerned committee shall make the appropriate arrangements.

Eleventh Topic: Formation of Executive Committees
The attendees suggested forming executive committees as follows:

Opening committee:        Sheikh Saad Al-Brik        Dr. Mohamed al-Kharaan

Conference Committee:        Dr. Mana al-Juhani        Dr. Ibrahim Al-Juwair

                             Dr. Hamad Al-Ammar        Mohamed Al-Fadel

                             Dr. Abdulrahman Al-Juwairi        Dr. Saleh Al Wahaibi        Dr. Saleh Al-

            Maqri

Lectures, Visits and Courses Committee:

                             Dr. Saleh bin Ghanem Al-Sahlan        Dr. Suleiman Al-Jarallah

                             Dr. Saleh Al Ayed        Ali Al Zain

            Prof. Fahad Al-Thamiri

Media Committee:        Dr. Ahmed Seif El Din    Hamad Al-Faheila        Abdullah Al-Mufleh

                             Saeed Al-Zahrani        Muwafaq Al-Nuwaiser    Mohammed Al-Sakayan

Reception, Accommodation, Hospitality and Transportation Committee:
Dr. Nasser al-Tuwaim        Sheikh Khalid Alswailm
Sheikh Abdul Rahman Al-Zair    Some scholarship students        and an employee from Ministry of Islamic Affairs

Twelfth Topic: It has been agreed to hold the second meeting in Riyadh on Monday, 15/1/1419H [May 12, 1998]

11004 Washington Boulevard, Culver City, California 90232 U.S.A. • (310) 204-1250 Fax: (310) 204-1260

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000001264

Opening of King Fahd Mosque in Los Angeles

**In the Name of Allah, Most Gracious, Most Merciful**
**<u>Report of the Conference Committee</u>**

It is planned, God willing, to hold a conference titled "Islam in the West" on the sidelines of the opening of King Fahd Mosque in Los Angeles in the United States.

Due to the closeness of the opening date, the Conference Committee began the tasks assigned to it according to the determined plan. Its first meeting was held in the evening of Saturday, 13/01/1419H [May 10, 1998], followed by the committee's meetings to discuss the topics listed on its agenda and take an opinion thereon.

The following is a summary of the most important work by the committee:

<u>First</u>: Determine a schedule for the conference, as follows:

| Beginning (Time) | End (Time) | Action |
|---|---|---|
| 7:00 | 9:00 | Breakfast |
| 9:30 | 11:30 | Seminar |
| 11:30 | 12:00 | Tea Break |
| 12:00 | 1:30 | Lecture |
| 1:30 | 3:00 | Dhuhr Prayer and Lunch Break |
| 3:00 | 4:30 | Lecture |
| 4:30 | 5:00 | Asr Prayer Break |
| 5:00 | 7:00 | Seminar |

<u>Second</u>: Number of Lectures and Seminars:

The committee determined that based on the available time, eight seminars and five lectures shall be set, to be distributed between the two days of the conference.

<u>Third</u>: Suggestion of appropriate topics for the conference in terms of seminars and lectures, and nomination of researchers and participants, as follows:

11004 Washington Boulevard, Culver City, California 90232 U.S.A. • (310) 204-1260 Fax: (310) 204-1260

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000001265

Opening of King Fahd Mosque in Los Angeles


**Part 1: Seminars**

a.  Seminar: "The History of Islam in America"
    1.  Dr. Sulayman Nyang/Washington D.C., Howard University
    2.  Dr. Sayyid Muhammad Syeed /International Institute of Islamic Thought, Washington
    3.  Prof. Yahya Abdullah/Imam – Dallas – Texas

Backup: Two Native American figures

Management: Dr. Abdulaziz bin Ibrahim Al-Suwail


b.  Seminar: "The Fundamentals of Islamic Work in the West"
    1.  Dr. Jamal Badawi/Canada
    2.  Dr. Khalid Yahya Blankinship/Philadelphia
    3.  Dr. Ahmad von Denffer/Germany
    4.  Dr. Haj al-Tohamy/Paris

Backup: Dr. Tareq al-Suwaidan/Kuwait

Management: Dr. Mana bin Hammad al-Juhani/Riyadh


c.  Seminar: "The Contributions of Islamic Civilization to Contemporary Civilization"
    1.  Dr. Ali bin Abdullah al-Daffa/King Fahd University of Petroleum and Minerals
    2.  Dr. Zaghloul El-Naggar/Egypt
    3.  Dr. Seyyed Hossein Nasr/Washington - George Washington University

Backup: Dr. Hernán Vera/University of Florida

Management: Dr. Mazid bin Abdullah Al-Mazid/Riyadh


d.  Seminar: "The Muslim Family in the West: Between Stability and Change"
    1.  Dr. Saleh bin Ghanem Al-Sadlan
    2.  Dr. Yusuf al-Qaradawi/Qatar
    3.  Dr. Abdullah Idris

Management: Dr. Ibrahim bin Mubarak Al-Juwair


e.  Seminar: "Muslims' Duties in the West"
    1.  Dr. Muzammil Siddiqi/America
    2.  Sheikh Ahmed Al-Qattan/Kuwait

11004 Washington Boulevard, Culver City, California 90232 U.S.A. • (310) 204-1250 Fax: (310) 204-1260

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000001266

عبد الملك فهد بن ابراهيم

بسم الله الرحمن الرحيم

محضر الاجتماع الأول للجنة التحضيرية لافتتاح معهد الملك فهد في أبوس أنجلس

التاريخ  :    يوم الاثنين ٧ / ١٩٧ هـ      الساعة التاسعة وأربعين دقيقة مساءاً

المكان  :   منزل الشيخ خالد بن ناصر العساف في جدة

الحضور :

الشيخ خالد بن ناصر العساف

الشيخ عبد العزيز بن عبدالله العمار

الدكتور هاشم بن حمزه الجهني

الشيخ محمد بن عبد الله البريك

الدكتور خليل بن عبدالله الخليل

الدكتور أحمد سيف الديسي

الشيخ ابراهيم بن محمد الحصين وأعتذر عن الحضور :

الدكتور سالم بن غانم السدلان لارتباطه في سفر الى المنطقة الشرقية

الدكتور ابراهيم بن مبارك الجوير لارتباطه في سفر الى ايطاليا

الشيخ خالد بن ابراهيم السويلم لتعذر حضوره من أمريكا

جدول الأعمال :

ــ موعد ومكان الافتتاح

ــ مراسم الافتتاح

ــ برنامج حفل الافتتاح

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000001260

أحمد الله نهد " بمجلس المجلس

ـ حفل العشاء التكريمي

ـ اقامة مؤتمر بمناسبة الاختتام

ـ تنظيم محاضرات وزيارات ودورات

ـ اقامة معرض اعلامي

ـ البرامج الاعلامية

ـ تحديد المدعوين

ـ مشاركة المرأة

ـ تكوين اللجان التنفيذية

ـ تحديد موعد الاجتماع القادم

C

في بداية الاجتماع تحدث الدكتور خليل فشكر صاحب السمو الملكي الأمير عبد العزيز بن فهد بن عبد العزيز على ثقته بالفريق المكلف بمتابعة البناء وعلى اهتمامه ودعمه للمشروع كما قدم تحيات وشكر اعضاء اللجنة لسمو الأمير على ثقته الكريمة بهم كما اثنى على ما قام به الشيخ خالد العساف من متابعة واهتمام مخلصين كما شكره على ما هيأ للاجتماع من تسهيلات .

بعد ذلك قرأ م خليل جدول الأعمال المقترح وشرح ورقة العمل المعدة مسبقا للاختتام والمؤتمر كما قرأ الاقتراحات الدكتور سالم السمان والاقتراحات الدكتور ابراهيم البوير كما قرأ الشيخ عبد العزيز العمار الاقتراحات الشيخ خالد السويلم

ثم تمت مناقشة جدول الأعمال حسب التالي :

الموضوع الأول :

موعد الاختتام رأي المجتمعون أن يكون موعد الاختتام يوم الجمعة ٣٠/٥ /١٤١٩هـ الموافق ٧/١٨ /١٩٩٨ لمناسبة الوقت للمدعوين واتاحة الفرصة للجان لاستكمال أعمالها المنوطة بها واستكمال التجهيزات النهائية وفرش المجمع و يمكن تقديمه اسبوعا  ليكون في يوم الجمعة ٢٣/ ٥ /١٤١٩هـ الموافق ٥ / ٧ /١٩٩٨م  ويكون مكان الحفل والغداء في القاعة الصفيا يحدد المجمع ذلك لمناسبة المكان وسعته .

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000001261

بسم الله الرحمن الرحيم

الموضوع الثاني  :  مراسم الاختتام

رأي المجتمعون أن تتم مراسم الاختتام كالتالي :

آية من الذكر

العزف الوطني

صلاة الجمعة

الغـــداء

الموضوع الثالث  :  برنامج الحفل

رأي المجتمعون أن يكون البرنامج مبنيا كالتالي ويمكن أن تحدث بعض التغييرات حسب الحاجة :

ـــ القرآن الكريم

ـــ كلمة المشرف العام على المشروع وعلى حفل الاختتام

ـــ كلمة حاكم المدينة

ـــكلمة الجالية الاسلامية يلقيها الدكتور مزمل صديقي لماله من مكانة علمية ودعوية ولما يتمتع به من قبول، علما أنه من خريجي الجامعة الاسلامية وأحد دعاة المملكةوهو من المهاجرين من شبه القارة الهندية

ـــ كلمة المصلين الامريكان  يلقيها الامام وارث الدين محمد عمله يمثل أكثر المسلمين السود ويربطهم بالمملكة بعلاقة طيبة

ـــ كلمة رابطة العالم الاسلامي   يلقيها الأمين العام للرابطة الدكتور عبد الله بن صالح العبيد

ـــ كلمة صاحب السمو الملكي الأمير عبد العزيز بن فهد بن عبد العزيزآل سعود  "  يحفظه الله "

وتكون مدة الحفل في حدود أربعين دقيقة وتتم الترجمة الفورية .

الموضوع الرابع  :  حفل العشاء التكريمي حفل المجتمعون اتخاذ القائمة حفل عشاء على شرف صاحب السمو الملكي الأمير عبد العزيز بن فهد بن عبد العزيزيحفظه الله يدعو له كبار المسؤولين والشخصيات العلمية والاجتماعية والدبلوماسيون في مدينة لوس انجلس ويحضره المدعوون

11004 Washington Boulevard, Culver City, California 90232 U.S.A. • (310) 204-1260 Fax: (310) 204-1260

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000001262

تاج "يسجد المشهد" بلوس أنجلس

للمناسبة ويختار محمد أواكثر في موضوع يتم تحديده كما يعرض فيلم ان أمكن عن المملكة

**المهم الخامس**  :    اقلمة مؤتمر على هامش المناسبة يومي الصيد والأحد ويعقد استعراض الموضوعات المقترحة رأي المجتمعون اختيار موضوع ( الاسلام في الغرب ) وكلف كل من عد مالع الجمدي والشيخ سعد البريك والدكتور أحمد سيف الدين والشيخ عبد العزيز العمار والدكتور خليل الخليل مع الاستعانة بأعضاء اللجنة التحضيرية لوضع تصور مفصل عن المؤتمر وعن محاوره على أن تكون ما يحتاجه المسلمون في حياتهم ويمكن من خلاله ايضام عقيمة الاسلام الحنافية وشريعته السمحة وابراز المجهودات العظيمة التي قام بها خادم الحرمين الشريفين يحفظه الله لخدمة الاسلام والمسلمين، ويعرض في الاجتماع الثاني .

**المهم السادس**  :    قرر المجتمعون تنظيم محاضرات وزيارات في مساجد منطقة لوس انجلس وما حولها وبعض الجامعات كما القدم اقلمة دورة شرعية في لوس المجلس بعد حفل الاختتام والمؤتمر أوقيلصها على أن تقوم لجنة المحاضرات والزيارات والدورات بوضع تصور من هذه الانشطة بوقع اللجنة التحضيرية السدان بوضع تصور من هذه الانشطة بوقع اللجنة التحضيرية

**الموضوع السابع**: القدم المجتمعون اقلمة معرض يبرز من خلاله دور المملكة في خدمة الاسلام والمسلمين ويحتوي على مجسمات للمرمين ومساجدهام المرمين الشريفين النبي التخذت وطبوعات جميع الملك تحه لطباعة المصحف وما لدى وزارة الشؤون الاسلامية ووزارة الحج والهيئة العالمية للاغاثة الاسلامية كما القدم أن تستكتب الجهات المذكورة للمشاركة في المعرض من قبل مقام السمو الملكي الجير عبد العزيزين فهد بن عبد العزيز يحفظه الله

**الموضوع الثامن** البرامج الاعلامية القدم المجتمعون تكثيفة البرامج الاعلامية قبل وأشاء المناسبة واعداد فيلم عن مساجد خادم الحرمين التي افتتحت وعن مراحل بناء مسجد الملك فهد في لوس انجلس وتم تكليف الدكتور أحمد سيف الدين لوضع خطة اعلامية تعرض في الاجتماع الثاني

**الموضوع التاسع** تحديد المدعوين القدم المجتمعون أن يكون حسب التالي :

٣٠٠ مدعو من داخل أمريكا وشمال الكاريبي وأمريكا الجنوبية وكندا ويكلف كل من الدكتور خليل الخليل والدكتور صالح الصقوي مدير مكتب الرابطة في أمريكا والشيخ خالد السويلم وأحد منسوبي القنصلية السعودية في لوس أنجلس باختيار الاسماء وعرضها على مكتب سمو الأميرعبد العزيز بن فهدبن عبد العزيز يحفظه الله

١٠٠  مدعو من خارج أمريكا من الدول العربية والاسلامية

11004 Washington Boulevard, Culver City, California 90232 U.S.A. • (310) 204-1250 Fax: (310) 204-1260

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000001263

أتاح سجد المقصود بزين يضر

وتمثلائمة بالشخصيات المكرمة من غلام أمريكا وصد المملكة ويقوم المكتور مؤيس بهمم

القوائم لعرضها على مقام الشان صاحب السمو الملكي الامير عبد العزيز بن فهد بن عبد العزيز

يحفظه الله اعتمادها

الموضوع العاشر   مشاركة النساء :

رأى المجتمعون أن حجام الفرصة الكاملة لحضور النساء والعوائل وتقوم الجهة المختصة بالتنظيم

بوضع الترتيبات المناسبة .

الموضوع الخامس عشر  تكوين اللجان التنفيذية

 قرر المجتمعون تكوين لجان تنفيذية حسب التالي :

| | | | |
|---|---|---|---|
| لجنة الاستقبال : | الشيخ سعد البرك | د. محمد الفرحان | |
| لجنة المؤتمر : | د. ماتم البصري | د. ابراهيم الجبيد | |
| | د. حمد العمار | محمد الفاضل | |
| | د. عبد الرحمن العريعر | د. عالم الوهيبي | د. عالم |

المقرى

| | | | |
|---|---|---|---|
| لجنة المحاضرات والزيارات والمعرات : | د. عالم بن غانم السعلان | د. سليمان الجار الله | |
| | د. عالم العايد | علي الزيد | |

ا . فهد الشيوي

| | | | |
|---|---|---|---|
| اللجنة الاعلامية : | د. أحمد سعيد العيد | حمد الفنيحة | عبد الله الحاكم |
| | سعيد الزهراني | يوفق الشويهر | محمد السقيان |

لجنة الاستقبال والسكن والضيافة والتعاقد :

| | |
|---|---|
| ناصر التويم | الشيخ خالد السويلم |

الشيخ عبد الرحمن الزيد   وبعض الطلبة المبتعثين   وموظف من وزارة الشؤون الاسلامية

الموضوع الثاني عشر : تم الاتفاق على عقد الاجتماع الثاني في الرياض يوم الخميس ١٥ / ١ /

11004 Washington Boulevard, Culver City, California 90232 U.S.A. • (310) 204-1250 Fax: (310) 204

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000001264

بسم الله الرحمن الرحيم

(التقرير النهائي للجنة المؤتمر)

الحمد لله رب العالمين والصلاة والسلام على النبي الأمين وعلى آله وصحبه أجمعين

وبعــــد

فإنه لما كان من المزمع ـ بمشيئة الله ـ إقامة مؤتمر بعنوان " الإسلام في الغرب " علـــى هامش افتتاح جامع خادم الحرمين الشريفين بمدينة لوس أنجلوس في الولايات المتحدة .

ونظراً لقرب موعد الافتتاح ، فقد باشرت اللجنة الخاصة بالمؤتمر القيــــام بالمـــهام المنوطه بها وفقاً للمخطط المرسومه ، حيث عقدت أول اجتماع لها في مساء يوم الســـبت الموافق ١٣/ ٠١/ ١٤١٩هـ ، ثم توالت اجتماعات اللجنة لمناقشة الموضوعات المدرجـــة على جدول أعمالها واتخاذ الرأي بشأنها،

وفيما يـلــي عرض موجــز لأهــم الأعمـــال التي قامت بــها اللجنة :-

أولاً : تحديد البرنامج الزمني لأعمال المؤتمر ، وذلك وفقاً للآتي :-

| البداية (الساعة) | النهاية (الساعة) | العمـــــــل |
|---|---|---|
| ٧،٠٠ | ٩،٠٠ | الإفطار |
| ٩،٣٠ | ١١،٣٠ | نـــــدوة |
| ١١،٣٠ | ١٢،٠٠ | استراحة شاي |
| ١٢،٠٠ | ١،٣٠ | محاضـــرة |
| ١،٣٠ | ٣،٠٠ | صلاة الظهر واستراحة الغداء |
| ٣،٠٠ | ٤،٣٠ | محاضـــرة |
| ٤،٣٠ | ٥،٠٠ | استراحة لصلاة العصر |
| ٥،٠٠ | ٧،٠٠ | نـــــدوة |

ثانياً : تحديد عدد المحاضرات والندوات :

حيث رأت اللجنة وفقاً للوضع الزمني المتاح إقرار ثـــمان ندوات وخمـــس محـــاضرات ، موزعة بين يومي المؤتمر .

ثالثاً : اقتراح الموضوعات المناسبة للمؤتمر من نـــدوات ومحـــاضرات ، وترشـــيح البـــاحثين والمشاركين فيها ، وذلك وفقاً للآتي :

11004 Washington Boulevard, Culver City, California 90232 U.S.A. • (310) 204-1260 Fax: (310) 204-1260

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000001265

صالح "مسجد الملك فهد" بلوس انجلس

## القسم الأول : الندوات

أ ـ نــــدوة " تاريخ الإسلام في أمريكا "

١ ـ د. سليمان نيانق / واشنطن دي سي ، جامعة هارفاد

٢ ـ د. سيد محمد سعيد / المعهد العالي للفكر الإسلامي ، واشنطن

٣ ـ أ. يحي عبدالله / إمام ـ دالاس ـ تكساس

الاحتياط   :  شخصيتان من الأمريكان الأصليين

إدارة       : د. عبدالعزيز بن إبراهيم السويل

ب ـ ندوة : " أسس العمل الإسلامي في الغرب ومنطلقاته "

١ ـ د. جمال بدوي / كندا

٢ ـ د. خالد يحي بلانكنشب / فلادفيا

٣ ـ د. أحمد فون دنفر / ألمانيا

٤ ـ د. الحاج النهامي / باريس

الاحتياط   : د. طارق السويدان / الكويت

إدارة       : د. مانع بن حماد الجهني / الرياض

ج ـ ندوة  :" ميادين إسهام الحضارة الإسلامية في الحضارة المعاصرة "

١ ـ د. علي بن عبدالله الدفاع / جامعة الملك فهد للبترول والمعادن

٢ ـ د. زغلول النجار / مصر

٣ ـ د. سيد حسين نصر / واشنطن ـ جامعة جورج واشنطن

الاحتياط   : د. هرنان فيرا / جامعة فلوريدا

إدارة       : د. مزيد بن عبدالله المزيد / الرياض

د ـ ندوة " الأسرة المسلمة في الغرب بين الثبات والتغير "

١ ـ أ. د. صالح بن غانم السدلان

٢ ـ أ. د. يوسف القرضاوي / قطر

٣ ـ د. عبدالله إدريس

إدارة       : أ. د. إبراهيم بن مبارك الجوير

هـ ـ ندوة " واجبات المسلم في الغرب "

١ ـ د. مزمل صديقي / أمريكا

٢ ـ الشيخ. أحمد القطان / الكويت

11004 Washington Boulevard, Culver City, California 90232 U.S.A. • (310) 204-1250 Fax: (310) 204-1260

**KSA0000001266**

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
the Southern District of New York.