# EXHIBIT 53
## REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1           UNITED STATES DISTRICT COURT

            SOUTHERN DISTRICT OF NEW YORK

2                     -  -  -

3

4    IN RE: TERRORIST ATTACKS    : 03-MDL-1570

     ON SEPTEMBER 11, 2001       : (GBD)(SN)

5

6

7

                      -  -  -

8                 JUNE 28, 2021

            THIS TRANSCRIPT CONTAINS

9             CONFIDENTIAL MATERIAL

                      -  -  -

10

11

12            Remote Videotaped

13   Deposition, taken via Zoom, of FAHAD

14   AL-THUMAIRY, commencing at 7:02 a.m., on

15   the above date, before Amanda

16   Maslynsky-Miller, Certified Realtime

17   Reporter and Notary Public in and for the

18   Commonwealth of Pennsylvania.

19

20                    -  -  -

21        GOLKOW LITIGATION SERVICES

        877.370.3377 ph| 917.591.5672 fax

22            deps@golkow.com

23

24

This Transcript Contains Confidential Material

1      Q.   It says, When asked who at

2   the embassy in Washington, D.C., made the

3   decision to send him to Los Angeles,

4   Thumairy said he could not recall, but

5   noted that it was the person in charge of

6   Islamic Affairs, who was new at the time.

7            Did you tell that to the

8   9/11 Commission when you were interviewed

9   in October -- I'm sorry, in February of

10  2004?

11     A.   I don't remember saying this

12  statement.

13     Q.   Isn't it true, sir, that you

14  told the 9/11 Commission that it was the

15  embassy in Washington that assigned you

16  to go to California?

17           MR. SHEN:  Objection to

18       form.

19           THE WITNESS:  No, it is not

20       true.

21  BY MR. POUNIAN:

22     Q.   And when was the decision

23  made to send -- to send you to

24  California, sir?

This Transcript Contains Confidential Material

1    A.    So I remember when I was in

2  Riyadh, I'm the one who requested such.

3  But as it comes before the embassy and

4  all that, these are administrative

5  procedures.  But it was my request.

6    Q.    And who did you make the

7  request to?

8    A.    I don't remember at this

9  moment the exact procedures.

10    But we had an administrative

11  personnel that I would communicate with

12  and that -- administrative personnel in

13  the Islamic Affairs.  And he's the person

14  that I would communicate with regularly

15  regarding time of vacations and so forth.

16    I mean the office in which

17  there was a man called Al Sowaili, and he

18  was affiliated with the Ministry of

19  Islamic Affairs.

20    MR. BEETAR:  Al Sowailem.

21    INTERPRETER MIKHAIL:  Al

22    Sowailem.  Not Al Sowaili, Al

23    Sowailem.

24  BY MR. POUNIAN:

This Transcript Contains Confidential Material

1    Q.    Are you referring to Khalid

2  Al Sowailem, sir?

3    A.    Yes.  Khalid Al Sowailem.

4    Q.    And where was he working

5  when you communicated with him?

6    A.    I don't remember where he

7  worked, but he was affiliated with the

8  Ministry of Islamic Affairs.

9    Q.    You don't recall where

10  Khalid Al Sowailem worked?

11    A.    I cannot say for sure.  But

12  his office was at the embassy.

13    Q.    The embassy in Washington,

14  D.C.?

15    A.    Yes.

16    Q.    And how were you introduced

17  for the first time to Khalid Al Sowailem?

18    A.    I did not get introduced to

19  him before.  All I know is he was the one

20  with -- administrative personnel who is

21  responsible for us.

22    Q.    Well, I was asking you, sir,

23  about how it was that you came to go to

24  California and who you contacted within

This Transcript Contains Confidential Material

1    A.    I did not frequent any other

2  mosques, unless I would be going on a

3  trip or something of the sort.  And I

4  would only go just to pray.  At the

5  beginning, I spent all my time studying.

6    Q.    How did you decide to attend

7  that particular mosque?

8    A.    So when I went and checked

9  out the neighborhood and I saw the mosque

10  and I visited around, I ended up getting

11  an apartment nearby the mosque.  I

12  thought it was a good area, it was near

13  the university and it worked out.

14    Q.    And did you have to speak to

15  someone at that mosque to arrange to work

16  at that mosque?

17    A.    No, I don't remember.  It

18  was a spontaneous thing.  I would go and

19  pray at that mosque.  I would speak to

20  the Imam.  And at times when the Imam was

21  not there, I would lead the prayers and

22  people recognized me.

23    Q.    Were you the Imam at that

24  mosque, the Ibn Taymiyyah Mosque?

1        A.    No.  When I was studying,

2    no.  At the beginning, I was not the

3    mosque's Imam.

4        Q.    Well, did you become the

5    Imam of the mosque?

6        A.    No, not the Ibn Taymiyyah

7    Mosque.  I became the Imam of King Fahad

8    Mosque.

9            But like I mentioned, if the

10   Imam would be absent, I would lead the

11   prayer instead of him.  And at times I

12   would give the lesson or the speech

13   during the Friday prayer.

14       Q.    Sir, is it your testimony

15   that you were never the Imam of the Ibn

16   Taymiyyah Mosque?

17       A.    If you're asking me if I was

18   an official Imam full time, no, I was

19   not.  But I became an Imam when I went to

20   the King Fahad Mosque.

21       Q.    So am I correct, sir, that

22   you were not an Imam at the Ibn Taymiyyah

23   Mosque?

24            MR. SHEN:  Objection.  Asked

1    and answered.

2         THE WITNESS:  If you mean

3    with your question the official

4    Imam every day, no, I was not the

5    official Imam every day at the Ibn

6    Taymiyyah masjid or mosque.

7  BY MR. POUNIAN:

8         Q.    You were an Imam at the Ibn

9  Taymiyyah Mosque?

10        A.    I would lead the prayers at

11  times; if the Imam would be absent, I

12  would lead the prayer.

13        Q.    Sir, my question is very

14  simple:  Were you an Imam at the Ibn

15  Taymiyyah Mosque, yes or no?

16        MR. SHEN:  Objection.  Asked

17    and answered.  He can answer the

18    question any way he likes.

19        THE WITNESS:  No, I was not

20    an official Imam.

21  BY MR. POUNIAN:

22        Q.    And were you working for the

23  Ministry of Islamic Affairs at the Ibn

24  Taymiyyah Mosque?

This Transcript Contains Confidential Material

1  occasions for administrative procedures.

2  But these were the examples that came to

3  my mind.

4         Q.    Sir, earlier you said

5  driver's license, didn't you?

6         A.    Regarding the driver's

7  license, I don't remember where I

8  obtained it now.

9         Q.    What I'm asking you, sir, is

10  didn't you tell us earlier that you went

11  to the consulate regarding your driver's

12  license?

13         A.    I may have said so, but I

14  didn't necessarily mean that particular

15  thing, the driver's license.

16         Q.    So did you go to the

17  consulate for your driver's license, sir?

18         A.    I don't remember where I

19  obtained the driver's license.  I don't

20  remember.

21         Q.    My question was, sir, did

22  you go to the consulate for your driver's

23  license?  Because you mentioned before

24  that you went to the consulate.  That's

This Transcript Contains Confidential Material

1    why I'm asking the question.

2              So did you go there for your

3    driver's license?

4              MR. SHEN:  Objection.  Can

5         you just clarify what you mean,

6         "for the driver's license"?

7              MR. POUNIAN:  Well, it's the

8         witness who mentioned driver's

9         license in relation with the

10        consulate.  That's why I'm asking

11        the question.

12             MR. SHEN:  If you could just

13        clarify what exactly you mean,

14        Steve.

15             MR. POUNIAN:  A driver's

16        license.

17             MR. SHEN:  Okay.

18             Objection to form.  Vague

19        and ambiguous.

20             THE WITNESS:  I don't

21        remember.

22   BY MR. POUNIAN:

23        Q.   When you were in California,

24   was there anyone at the Saudi Embassy to

This Transcript Contains Confidential Material

1    whom you reported?

2         A.    No.  Like I said, there was

3    only Al Sowailem, who was the

4    administrative director for whom I dealt

5    regarding vacations.

6         Q.    How often did you talk to

7    Khalid Al Sowailem?

8         A.    I really don't remember

9    exactly now, but I think perhaps every

10   two months or so.

11        Q.    And did you have occasion to

12   talk to anyone else at the Saudi Embassy

13   in Washington while you were in --

14            INTERPRETER ABDEL-RAHMAN:

15        While you were in California, you

16        said, Steve?

17            MR. POUNIAN:  Yes.

18            THE WITNESS:  I don't

19        remember.

20            MR. POUNIAN:  If we could

21        put up before the witness

22        Exhibit-831A, again.  And go to

23        Page 3, Reference E.

24   BY MR. POUNIAN:

This Transcript Contains Confidential Material

1    Q.    The 9/11 Commission

2    interview states that you were asked if

3    there was anyone at the Saudi Embassy in

4    Washington to whom you reported.  You

5    said that you had the most contact with

6    Dr. Majed, who was responsible for

7    Islamic Affairs at the embassy.

8              Do you see that, sir?

9    A.    Majed or Khalid?

10   Q.    The document says Dr. Majed,

11   sir.

12             Do you know who Dr. Majed

13   is?

14   A.    No, I don't.

15   Q.    Did you know a Dr. Majed

16   Ghesheyan at the embassy when you were

17   working in Los Angeles?

18   A.    I don't know him.

19   Q.    Did you know the Islamic

20   Affairs Department at the embassy, the

21   Saudi Embassy in Washington, D.C.?

22   A.    I know the office at which

23   Khaled Sowailem worked.  It was called

24   the Islamic Affairs.

This Transcript Contains Confidential Material

1    the King Fahad Mosque was not made by the

2    council of the mosque but, rather, by the

3    consulate.

4                 Sir, did you tell the 9/11

5    Commission that?

6         A.    I don't remember that

7    statement.  But does it say that I was

8    appointed by the consulate?

9         Q.    It says that your

10   appointment was made by the consulate.

11        A.    No, that's incorrect.

12        Q.    And who made the

13   appointment?  Who made your appointment

14   to the mosque, sir?

15        A.    I don't remember those

16   details.  But I was the most qualified

17   person to be the Imam for the mosque.

18   And that's what the administration knew,

19   and that's how I was appointed.  And that

20   lasted for the following few years.

21        Q.    So it is your testimony that

22   the administration of the mosque made the

23   decision to appoint you as the Imam of

24   the King Fahad Mosque; is that correct?

This Transcript Contains Confidential Material

1       A.    I don't remember any
2   particular paperwork.  But it was
3   undoubtedly the will of the mosque
4   administration to appoint me as an Imam,
5   and they supported the desire of the
6   congregation.  And that's why I lasted
7   for years as an Imam at the mosque.
8       Q.    So it is your testimony that
9   the decision for you to be the Imam of
10  the King Fahad Mosque was made by the
11  administration of the mosque and not
12  Saudi Arabia; is that right?
13      A.    Correct.
14      Q.    Now, sir, we heard the
15  testimony of Dr. Khalil in this case that
16  you were never the Imam of the King Fahad
17  Mosque.
18            What would you say to his
19  statement?
20      A.    That statement is incorrect,
21  of course.
22            What I'd like to clarify is
23  that my appointment as an Imam for the
24  mosque was a spontaneous or automatic

This Transcript Contains Confidential Material

1    thing that met the desire of the

2    community and the congregation and was

3    supported by everyone.

4              And I don't remember any

5    written decision.  There might have been

6    one, but I am not aware of one.

7         Q.    And when did that

8    spontaneous event occur?

9         A.    From the beginning, since

10   the grand opening of the mosque.  Because

11   I used to lead the prayers at Ibn

12   Taymiyyah Mosque when the Imam was

13   absent, and sometimes I prayed also

14   during Ramadan.  So once the King Fahad

15   Mosque was opened, I became the Imam.

16        Q.    And who was the

17   administration of the King Fahad Mosque

18   that appointed you as the Imam?

19        A.    Like I said, I'm not aware

20   of any particular decision that was made.

21   There was an approval -- an approval that

22   I become the Imam by the administration,

23   including Dr. Khalil and Shuaib.

24              Everybody supported and

This Transcript Contains Confidential Material

1    accepted me to become the Imam, including

2    the mosque administration.  They

3    supported my becoming an Imam.

4         Q.    And when you use the word

5    "mosque administration," who are you

6    referring to?

7         A.    Khalil Al Khalil and Shuaib.

8         Q.    Anyone else?

9         A.    No, I don't know anybody

10   else.

11        Q.    Did you know who served on

12   the board of directors of the Ibn

13   Taymiyyah Foundation that ran the King

14   Fahad Mosque?

15            MR. SHEN:  Objection to

16       form.

17            You can answer.

18            THE WITNESS:  I don't know

19       them.

20   BY MR. POUNIAN:

21        Q.    Did you know that seven of

22   the directors of the Ibn Taymiyyah

23   Foundation as of -- from 1997 through

24   2001 were officials of the Kingdom of

This Transcript Contains Confidential Material

1            UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF NEW YORK
2                      -   -   -
3
4   IN RE: TERRORIST ATTACKS    : 03-MDL-1570
    ON SEPTEMBER 11, 2001       : (GBD)(SN)
5
6
7
                       -   -   -
8                   JUNE 29, 2021
                    VOLUME II
9           THIS TRANSCRIPT CONTAINS
             CONFIDENTIAL MATERIAL
10                     -   -   -
11
12
13            Remote Videotaped
14   Deposition, taken via Zoom, of FAHAD
15   AL-THUMAIRY, commencing at 7:14 a.m., on
16   the above date, before Amanda
17   Maslynsky-Miller, Certified Realtime
18   Reporter and Notary Public in and for the
19   Commonwealth of Pennsylvania.
20
21                     -   -   -
22         GOLKOW LITIGATION SERVICES
        877.370.3377 ph| 917.591.5672 fax
23            deps@golkow.com
24

This Transcript Contains Confidential Material

1    MR. POUNIAN:  It will be

2    posted.

3         Let me know when you have

4    it, Mr. Shen.

5         MR. NITZ:  This is Eric

6    Nitz.  Can we get a copy, too?

7    Will it just be in the chat?

8         MR. POUNIAN:  It should be.

9         MR. NITZ:  Thanks.

10        MS. INT-HOUT:  It's coming

11   up in the chat.  Hold on.

12        MR. NITZ:  I see it.  Thank

13   you.

14        MR. POUNIAN:  If we could go

15   to the 31st of October, the Line

16   Number 3 on this document.

17 BY MR. POUNIAN:

18        Q.   It shows you had a call for

19 43 minutes with Mr. Mana on October 31st,

20 1999.

21        I take it, sir, you don't

22 recall any phone call with ▮▮▮▮▮; is

23 that right?

24        MR. SHEN:  Objection to the

This Transcript Contains Confidential Material

1          use of this purported summary

2          exhibit, which was produced for

3          the first time in this deposition.

4          We haven't had a chance to review

5          its contents for accuracy.

6               THE WITNESS:  Is there a

7          question?

8    BY MR. POUNIAN:

9          Q.    I'm asking, do you recall

10   speaking -- calling ███████████ at any

11   time on any of these occasions that are

12   on this exhibit?

13         A.    I personally don't remember

14   specifically.  But it happened a lot that

15   people from the consulate, from the

16   Islamic Affairs, would call and inquire

17   about something related to pilgrimage or

18   something related to family matters.

19               And there were many times

20   where people went to the consulate asking

21   those questions, and then the consulate

22   would call us to inquire about that.

23               But I personally do not

24   remember any particular call I made with

This Transcript Contains Confidential Material

1    him.

2        Q.    Sir, there was a time when

3    Consul General Salloum --

4            MR. POUNIAN:  We can take

5        this down.

6    BY MR. POUNIAN:

7        Q.    Consul General Salloum

8    appointed Ismail Mana to oversee some of

9    the finances of the King Fahad Mosque.

10           Do you recall that?

11           MR. SHEN:  Objection.

12       Mischaracterizes the evidence.

13           THE WITNESS:  I don't know

14       about that thing, and it doesn't

15       concern me.

16   BY MR. POUNIAN:

17       Q.    ████████████████████████

■    ████████████████████████████████

■    █████████████████████████████████████

■    ████████████████████████████████████

■    █████████████████████████████████████

■    ███████████████████████

■            █████████████████████████

■    ████████████████████████████████████

This Transcript Contains Confidential Material

1    BY MR. POUNIAN:

2         Q.    And the two people you

3    identified were Sami al-Ibrahim and

4    Consul General Salloum, right?

5         A.    That's what I remember now.

6    There might have been people whom I

7    forgot now.

8              MR. POUNIAN:  Let's take a

9         break now.

10             VIDEO TECHNICIAN:  Going off

11        record, 10:30 a.m.

12                  -   -   -

13             (Whereupon, a brief recess

14        was taken.)

15                  -   -   -

16             VIDEO TECHNICIAN:  We're

17        back on the record.  The time is

18        10:45 a.m.

19             INTERPRETER ABDEL-RAHMAN:

20        David, I can't hear you.  I can't

21        hear.

22             VIDEO TECHNICIAN:  Did

23        everyone else hear me?

24             INTERPRETER ABDEL-RAHMAN:

This Transcript Contains Confidential Material

1          Sorry.  My bad.

2               VIDEO TECHNICIAN:  We're

3      back on the record, Marwan.

4               MR. POUNIAN:  If we could

5      put before the witness

6      Exhibit-444, please.

7  BY MR. POUNIAN:

8          Q.   Sir, this is a report of a

9  Ramadan 1419 visit of Majed Al Mersal.

10              Do you recall the visit of

11 Majed Mersal to the King Fahad Mosque --

12 make that the Ibn Taymiyyah Mosque.

13         A.   I don't remember.

14         Q.   Do you recall a man named

15 Majed Al Mersal?

16         A.   I don't remember him.

17              MR. POUNIAN:  If we could

18      turn to the second page of this

19      document, please.

20 BY MR. POUNIAN:

21         Q.   If you could look -- if you

22 could look at his name, please, and tell

23 me if you recognize it.

24         A.   I don't recognize this name.

This Transcript Contains Confidential Material

```
 1            INTERPRETER ABDEL-RAHMAN:
 2       And the witness asked the
 3       interpreter to speak louder.
 4            Is this a general issue
 5       or am I loud and clear enough?
 6            MR. POUNIAN:  I can hear you
 7       also.
 8            If we could highlight the
 9       last paragraph of this document,
10       please.
11  BY MR. POUNIAN:
12       Q.   Do you see that Mr. Majed Al
13  Mersal mentions you and thanks you?
14       A.   Yes.
15       Q.   And he thanks you for good
16  hospitality, coordination and follow-up.
17       A.   Yes, I am reading that.
18       Q.   And do you know who Mr.
19  Mersal was working for?
20       A.   I don't remember him, and I
21  don't know for whom he worked or with
22  whom he worked.
23       Q.   If we look to the signature
24  line again, it states that he was a
```

This Transcript Contains Confidential Material

1           MR. SHEN:  Objection.

2      Misstates the evidence.

3           THE WITNESS:  I don't

4      remember.

5  BY MR. POUNIAN:

6      Q.    The phone records also show

7  that after Ramadan 1420, you then made

8  five additional phone calls to Dr. Majed

9  Mersal in Saudi Arabia.

10          MR. SHEN:  Objection to the

11     characterization of the evidence.

12 BY MR. POUNIAN:

13     Q.    Do you have any recollection

14 of speaking to Dr. Majed Mersal on the

15 phone and calling him on the phone?

16     A.    I don't remember.

17     Q.    Do you recall --

18          MS. INT-HOUT:  Pardon my

19     interruption again.  I received

20     it.  One moment, please.

21          MR. POUNIAN:  I don't need

22     to mark it now.  We'll just move

23     on.

24          Thank you.  So we can just

This Transcript Contains Confidential Material

```
 1          take that exhibit off, and we'll
 2          make whatever the next exhibit is
 3          the next exhibit.
 4   BY MR. POUNIAN:
 5          Q.   Do you recall a propagator
 6   named Abdullah Al Jaithen?
 7          A.   I don't know him.
 8          Q.   He also testified in this
 9   case that he came to the King Fahad
10   Mosque and gave lessons at the mosque for
11   Ramadan 1420.
12               Do you have any recollection
13   of Abdullah Al Jaithen?
14          A.   I don't remember him.
15          Q.   And he also testified that
16   he had dinner at your home -- he and Dr.
17   Majed Mersal had dinner at your home one
18   evening in Los Angeles.
19               Do you recall hosting them
20   at your home in Los Angeles when they
21   traveled in the Imamate program for the
22   year 1420 Ramadan?
23          A.   I don't remember.
24          Q.   What was your
```

This Transcript Contains Confidential Material

1    responsibility, sir, with regards to the

2    Imamate program for Ramadan?

3         A.    I had nothing to do with the

4    Imamate program at all.  I was not -- it

5    was not one of my concerns.

6         Q.    Sir, wouldn't you host

7    visiting propagators at your mosque in

8    Los Angeles?

9         A.    I don't remember anyone in

10   particular.

11        Q.    Well, I just showed you the

12   exhibit from Dr. Majed Mersal in which he

13   thanks you for your coordination, your

14   follow-up.

15             Do you recall performing

16   those types of duties as part of your job

17   in Los Angeles for visiting Ramadan

18   propagators?

19        A.    I don't remember anything in

20   particular.

21             However, we generally

22   received people with a welcome gesture

23   and smiles.  And sometimes people had

24   questions when they traveled.  They would

This Transcript Contains Confidential Material

1    Q.    You have no recollection of
2  where you got the cell phone from, sir?
3    A.    I don't remember from where
4  I bought it.
5              MR. POUNIAN:  Can we put
6        before the witness Exhibit-518?
7  BY MR. POUNIAN:
8    Q.    Sir, the FBI produced to us
9  in this case Omar al-Bayoumi's phone
10  book, and this version is dated January
11  26th, 2000.
12              MR. POUNIAN:  If we could
13        just highlight the top of that for
14        the witness, please.
15              MR. SHEN:  Objection.
16        Mischaracterizes the document.
17  BY MR. POUNIAN:
18    Q.    And Mr. Bayoumi listed a
19  listing for you in his phone book.
20              MR. POUNIAN:  If we could
21        scroll down, it's about the
22        seventh from the bottom.
23              MR. SHEN:  Objection.
24        Mischaracterizes the document and

This Transcript Contains Confidential Material

1          the record evidence.

2     BY MR. POUNIAN:

3          Q.    And he listed for you the

4     home number which we just reviewed,

5     ████████-0638.  That's the number that you

6     had on Kelton and on Huron.  And he also

7     listed a cell phone for you,

8     ████████-3362.

9               Was that your cell phone,

10    sir, when you were in Los Angeles?

11              MR. SHEN:  Objection.

12         Mischaracterizes the record

13         evidence.

14              You can answer.

15              THE WITNESS:  I don't

16         remember.  This second number, I

17         don't remember it.

18    BY MR. POUNIAN:

19         Q.    All right.  When we looked

20    up this number and we subpoenaed the

21    subscriber information for the number, we

22    got this information.

23              MR. POUNIAN:  If we could

24         put up Exhibit-671 side by side

This Transcript Contains Confidential Material

1          with this exhibit, please.

2              And if you could just

3          highlight the -- just expand the

4          page so we can see the information

5          there, please.

6    BY MR. POUNIAN:

7          Q.   The subscriber for this

8    particular phone number was listed as

9    Faisal al-Muhanna, with an address on

10   Bellflower Boulevard in Long Beach.

11             Do you see that, sir?

12             Did you know Faisal

13   al-Muhanna?

14         A.   I remember now he was a

15   Saudi student.  It was either Faisal

16   al-Muhanna or Fahad al-Muhanna.

17         Q.   And what was your

18   relationship with Faisal al-Muhanna?

19         A.   He was just one of the

20   students who came on Fridays to pray at

21   the mosque.

22         Q.   And did you ever engage in

23   any business transactions with Faisal

24   al-Muhanna?

This Transcript Contains Confidential Material

1          Q.    It says -- we already read
2    that sentence.
3                MR. SHEN:  And just to be
4          clear, you're talking about the
5          lease at the Avalon Apartments,
6          not 4133 Huron?
7                MR. POUNIAN:  That is
8          correct.
9                THE WITNESS:  What is the
10         question exactly?
11   BY MR. POUNIAN:
12         Q.    The question is, do you
13   recall this transaction where you were
14   getting a lease with al-Muhanna, where he
15   was listed as the primary resident on the
16   lease?
17               MR. SHEN:  Objection to
18         form.
19               THE WITNESS:  No, I don't
20         remember such a thing.  And I did
21         not reside with anyone.
22               MR. POUNIAN:  If we go to
23         the next page, the beginning --
24         the first sentence of the

This Transcript Contains Confidential Material

```
 1          second -- the first full paragraph
 2          there.
 3   BY MR. POUNIAN:
 4          Q.    It states that, al-Thumairy
 5   is the emergency contact and he lists his
 6   address as ██████ Huron Avenue, Culver
 7   City.
 8                Is that where you were
 9   residing at that time?
10          A.    I did reside at that
11   address, but I don't recall the exact
12   date when.
13          Q.    And there's a telephone
14   number listed here, ████████-0777.
15                Was that your phone number,
16   sir?
17                MR. SHEN:  Objection.
18          Timeframe.
19                THE WITNESS:  I'm not sure
20          whether or not this was my number.
21   BY MR. POUNIAN:
22          Q.    Do you recall having that
23   number when you were in Los Angeles, sir?
24          A.    I don't remember exactly.
```

This Transcript Contains Confidential Material

1       Q.     Well, what do you remember?

2       A.     That first number, that

3  personal 2020 number.  That's the one I

4  remember with.

5       Q.     Do you have a recollection

6  of this particular number?

7       A.     No, I don't recall it

8  specifically.

9       Q.     All right.  If we could go

10  down the page.

11          It says that -- the

12  second-to-last sentence in that

13  paragraph, it says, The file also

14  contains copies of a checks drawn on the

15  account of ███████████████.

16          Who is ████████████████,

17  sir?

18       A.     What does it say?  It

19  translated for me --

20          INTERPRETER ABDEL-RAHMAN:

21       The interpreter is going to

22       interpret that sentence.

23          THE WITNESS:  I don't know

24       that person.  And what file are

This Transcript Contains Confidential Material

1          they referring to?

2     BY MR. POUNIAN:

3          Q.    The file for the apartment,

4     the Avalon Westside Apartment.

5          A.    I don't know that thing.

6     What I do remember is that I resided

7     twice at the Avalon.

8          Q.    How many apartments did

9     you -- I'm sorry.  Were you finished?

10         A.    And I remember also an old

11    man who was sick, a Saudi national, who

12    called the consulate and asked for

13    someone to help him get an apartment.  He

14    was too old to reside at the hotel.

15              He contacted the mosque and

16    we made a reservation for him at the

17    Avalon, and he showed up and paid for the

18    apartment.

19         Q.    You said, sir, that he first

20    contacted the consulate; is that right?

21         A.    No, no.  He contacted the

22    mosque.  I forgot now, but I believe he

23    contacted the mosque.

24         Q.    You said he called the

This Transcript Contains Confidential Material

1    as per the system, then it would have

2    been normal.

3          Q.    And did you -- strike the

4    question.

5                Sir, did you know a man

6    named Mohdar Abdullah?

7          A.    No.

8          Q.    Do you know a man named

9    Akram Al Zamari?

10         A.    No.

11         Q.    You don't -- do you recall a

12   man named Akram Al Zamari, who worked at

13   Circuit City in Los Angeles, who you

14   recommended to others as someone who

15   could be the source of computers and

16   other electronic equipment?

17               MR. SHEN:  Objection to

18         form.

19               THE WITNESS:  I don't

20         remember.

21   BY MR. POUNIAN:

22         Q.    Can you tell us the name of

23   any Ministry of Islamic Affairs officials

24   who visited the King Fahad Mosque when

This Transcript Contains Confidential Material

1    you were there?

2          A.    Like I mentioned a while

3    ago, I only remember Sowailem who showed

4    up for the inauguration of the King Fahad

5    Mosque.  Otherwise, I don't remember.

6          Q.    Do you remember a visit from

7    Deputy Minister Ammar to the mosque?

8          A.    I don't remember at the

9    moment, unless he came into the

10   inauguration of the mosque with the

11   guests.  But I don't remember.

12         Q.    You don't recall that he

13   visited the mosque in September of 2000?

14         A.    I don't remember.

15         Q.    Sir, did you meet a man

16   named Nawaf al-Hazmi?

17         A.    I do not know him.

18         Q.    Do you know that he's one of

19   the hijackers who participated in the

20   9/11 attacks against the United States?

21         A.    Yes.  I remember he's one of

22   the names that we heard about in the

23   media, yes.

24         Q.    And did you meet him in Los

This Transcript Contains Confidential Material

1    Angeles, sir?

2         A.    No, no.  I don't remember.

3    I don't know him, and I don't remember.

4         Q.    Sir, three witnesses in this

5    case have identified you as meeting with

6    Nawaf al-Hazmi in Los Angeles.

7              Do you have any recollection

8    or can you explain to the court and to us

9    here today about your meetings with Nawaf

10   al-Hazmi in Los Angeles?

11             MR. SHEN:  Objection.

12             Completely mischaracterizes the

13             record evidence.

14             THE WITNESS:  I don't meet

15             people that I don't know.  Perhaps

16             he frequented the mosque or the

17             Friday prayer.  Perhaps he came to

18             the mosque.  Many people come and

19             go.

20             But I do not meet people

21             that I do not know.  And I do not

22             know him whatsoever.

23   BY MR. POUNIAN:

24        Q.    One of the witnesses, Akram

This Transcript Contains Confidential Material

1    Al Zamari, said that Nawaf al-Hazmi was

2    introduced to Mohammad Johar by you at

3    the mosque.

4              MR. SHEN:  Objection.

5         Mischaracterizes the evidence.

6              THE WITNESS:  I do not know

7         about that, and I don't remember.

8         And I do not meet with somebody

9         that I don't know, to start with.

10   BY MR. POUNIAN:

11        Q.    What do you mean you don't

12   meet with somebody you don't know?

13        A.    I don't meet people that I

14   don't know.  Perhaps he's somebody who

15   came to the mosque and prayed.  And I

16   don't know him.  Maybe he came and prayed

17   and then we greeted on the go.  That

18   could have happened.

19              But I do not meet with

20   people that I do not know.

21        Q.    And when you say "meet

22   people," what do you mean by "meet

23   people"?

24        A.    I don't meet people that I

This Transcript Contains Confidential Material

1    know him, and I did not meet with him.

2         Q.    Are you telling the families

3    of the 9/11 victims, the survivors of

4    those attacks, are you telling them that

5    you don't remember meeting and helping

6    the hijackers?

7              MR. SHEN:  Objection.  Asked

8         and answered.  Grandstanding.

9              INTERPRETER MIKHAIL:  The

10        interpreter is not sure.  It

11        glitched.

12             VIDEO TECHNICIAN:  He's

13        frozen on my side.

14             MR. POUNIAN:  Let's go off

15        the record.

16             VIDEO TECHNICIAN:  Going off

17        record, 12:30 p.m.

18                  -  -  -

19             (Whereupon, a brief recess

20        was taken.)

21                  -  -  -

22             VIDEO TECHNICIAN:  We're

23        back on the record, 12:31 p.m.

24    BY MR. POUNIAN:

This Transcript Contains Confidential Material

```
1          Q.    Sir, are you telling the

2    9/11 families, the survivors of the

3    persons who were murdered on September

4    11th, 2001, that you did not meet with

5    the two hijackers Nawaf al-Hazmi and

6    Khalid al-Mihdhar?

7                MR. SHEN:  Objection.

8                You can answer.

9                THE WITNESS:  Yes.  I did

10        not meet with them.

11   BY MR. POUNIAN:

12         Q.    You don't even recognize

13   their names?

14                MR. SHEN:  Objection.

15        Misstates the testimony.

16                THE WITNESS:  Now that you

17        mentioned it, I remember that it

18        was mentioned on the media.  But

19        it's been many long years.

20   BY MR. POUNIAN:

21         Q.    And you didn't speak to them

22   at the King Fahad Mosque, sir; is that

23   your testimony?

24         A.    I don't remember ever
```

This Transcript Contains Confidential Material

1    speaking to them, never.

2         Q.    And did you have meals with

3    them, sir, with Nawaf al-Hazmi and Khalid

4    al-Mihdhar?  Did you eat with them?

5         A.    No.

6         Q.    Sir, did you assist them

7    with housing when they first arrived in

8    Los Angeles?

9         A.    No.

10        Q.    Sir, did you contact others

11   regarding Nawaf al-Hazmi and Khalid

12   al-Mihdhar?

13        A.    No.

14        Q.    Did you contact Omar

15   al-Bayoumi about Nawaf al-Hazmi and

16   Khalid al-Mihdhar?

17        A.    No.

18        Q.    Sir, do you recall an event

19   where you met Mohdar Abdullah, Nawaf

20   al-Hazmi, Khalid al-Mihdhar, Mohammad

21   Johar and Akram Al Zamari at the King

22   Fahad Mosque in June of 2000?

23        A.    No, I did not meet with

24   them.

This Transcript Contains Confidential Material

1    Q.    Did you have a meeting with

2  Nawaf al-Hazmi and Khalid al-Mihdhar at

3  the mosque or at a nearby location, sir?

4    A.    No.

5    Q.    Didn't you meet with them in

6  private, sir?

7         MR. SHEN:  Objection to

8         form.

9         THE WITNESS:  No.

10  BY MR. POUNIAN:

11    Q.    Sir, did you call Ismail

12  Mana on the day that the hijackers

13  arrived in Los Angeles?

14    A.    I don't remember.

15    Q.    Did you call Omar al-Bayoumi

16  on the day that he arranged for the

17  hijackers' apartment in San Diego?

18         MR. SHEN:  Objection to

19         form.

20         THE WITNESS:  I do not know

21         Bayoumi, and I do not know about

22         any arrangements that he made or

23         he did not make.  I did not know.

24  BY MR. POUNIAN:

This Transcript Contains Confidential Material

1     Q.    Specifically, did you call

2  Omar al-Bayoumi on February 4th, 2000, on

3  the day that --

4              MR. SHEN:  Are you on the

5       FBI record or not?

6              MR. POUNIAN:  We're on the

7       FBI record.

8              MR. SHEN:  All right.  Let's

9       go on the FBI record.

10             VIDEO TECHNICIAN:  We are.

11       We're still on the FBI record.

12             MR. SHEN:  Okay.  Sorry.

13             Go ahead.

14  BY MR. POUNIAN:

15     Q.    Sir, did you call Omar

16  al-Bayoumi on February 4th, 2000, on the

17  day that he was making arrangements for

18  the hijackers' apartment in San Diego?

19             MR. SHEN:  Objection.

20       Misstates the record evidence.

21             THE WITNESS:  I don't

22       remember anything of the sort.

23  BY MR. POUNIAN:

24     Q.    And did you call Ismail

This Transcript Contains Confidential Material

1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF NEW YORK
2                       -   -   -
3
4    IN RE: TERRORIST ATTACKS    : 03-MDL-1570
     ON SEPTEMBER 11, 2001       : (GBD)(SN)
5
6
7
                        -   -   -
8                    JUNE 30, 2021
                     VOLUME III
9            THIS TRANSCRIPT CONTAINS
                CONFIDENTIAL MATERIAL
10                      -   -   -
11
12
13            Remote Videotaped
14   Deposition, taken via Zoom, of FAHAD
15   AL-THUMAIRY, commencing at 7:02 a.m., on
16   the above date, before Amanda
17   Maslynsky-Miller, Certified Realtime
18   Reporter and Notary Public in and for the
19   Commonwealth of Pennsylvania.
20
21                      -   -   -
22          GOLKOW LITIGATION SERVICES
          877.370.3377 ph| 917.591.5672 fax
23              deps@golkow.com
24

This Transcript Contains Confidential Material

1  vacation.

2         Q.    The Ramadan after the 9/11

3  attacks?

4         A.    I believe so, yes.

5         Q.    Did you hear that other

6  individuals were expelled from the King

7  Fahad Mosque?

8         A.    I didn't hear that.  I don't

9  know about expelling people, but I know

10  that people leave the mosque.  Whether

11  they were expelled or they left on their

12  own, I don't know.

13        Q.    Well, do you recall hearing,

14  sir, that a group of men were told not to

15  come to the mosque after the 9/11

16  attacks?

17        A.    No, I was not aware of that.

18  This is something that would be handled

19  by the administration, by Shuayb.

20              But as an Imam, that

21  wouldn't be part of my responsibilities.

22  My responsibility was to lead prayers.

23        Q.    So am I correct, sir, that

24  you have never heard about anyone being

This Transcript Contains Confidential Material

1  told not to come to the mosque after the

2  9/11 attacks?

3        A.    I don't remember anything of

4  that nature.

5        Q.    Did you know a man named

6  Mussaed Al Jarrah?

7        A.    No, I don't remember him.

8        Q.    Did you know the Islamic

9  Affairs Department at the embassy in

10 Washington, sir?

11            MR. SHEN:  Objection.  Asked

12        and answered.

13            THE WITNESS:  I know of

14        them, the office at which Mr.

15        Khalid Sowailem worked.

16 BY MR. POUNIAN:

17        Q.    And were you aware of either

18 Mussaed Al Jarrah or Dr. Ghesheyan, Dr.

19 Majed Ghesheyan, in the Islamic office of

20 the embassy in Washington, D.C.?

21        A.    I don't know them.

22        Q.    Now, we've heard the

23 testimony here of Omar al-Bayoumi that he

24 called the embassy and asked for some

This Transcript Contains Confidential Material

1   assistance, and he was given the name of

2   Mr. Jarrah as the person responsible for

3   religious and Islamic Affairs.

4              Are you telling us, sir,

5   that you do not know Mussaed Al Jarrah?

6              MR. SHEN:  Objection.

7        Mischaracterizes the testimony.

8              THE WITNESS:  I don't know

9        him.

10  BY MR. POUNIAN:

11       Q.    Sir, did you know that Mr.

12  Jarrah traveled to Los Angeles in 2002 to

13  the King Fahad Mosque?

14       A.    I don't know.

15       Q.    Were you aware, sir, that --

16  anyone from the embassy traveling to the

17  King Fahad Mosque after the 9/11 attacks?

18       A.    I don't know.

19       Q.    Sir, do you --

20             MR. POUNIAN:  Let's put up

21        Exhibit-424, please.  If we could

22        turn to the first page of the

23        document.  Show the witness the

24        Arabic.  It's the second page, I'm

This Transcript Contains Confidential Material

```
 1          sorry.
 2   BY MR. POUNIAN:
 3          Q.    First of all, this letter is
 4   addressed to His Royal Highness Prince
 5   Bandar.
 6                Do you know who that is,
 7   sir?
 8          A.    Yes, I heard about him.  He
 9   was an Ambassador.
10          Q.    Did you ever meet him?
11          A.    No.
12                MR. POUNIAN:  Let's go to
13          the last page, please, the
14          signature.
15   BY MR. POUNIAN:
16          Q.    And the document is signed
17   on behalf of Dr. Majed Al Ghesheyan.
18                Do you see that, sir?
19          A.    Yes.
20          Q.    And it's your testimony that
21   you don't know who that is; is that
22   right?
23          A.    Correct.  I don't know him.
24                MR. POUNIAN:  If we could go
```

This Transcript Contains Confidential Material

1              related to that kind of subject.

2              My studies were related to

3              rituals, like fasting, like

4              prayers, and the rulings

5              surrounding them.

6    BY MR. POUNIAN:

7         Q.    Can you tell us what is

8    meant by Dar al-Harb and Dar al-Islam,

9    sir?

10              MR. SHEN:  Objection.  Mr.

11             Thumairy is not being offered as

12             an expert witness in this case.

13             You can answer if you know.

14             THE WITNESS:  No, I don't

15             know.  I don't know.

16   BY MR. POUNIAN:

17        Q.    Do you know, sir, the jihadi

18   Salafi view about certain countries, such

19   as Russia and the United States, that

20   they be considered, in the first

21   category, as bilad harb?

22             MR. SHEN:  Objection to

23             form.

24             THE WITNESS:  I don't know

This Transcript Contains Confidential Material

1          about that thing.

2   BY MR. POUNIAN:

3          Q.    Well, had you heard or do

4   you have knowledge that the jihadi Salafi

5   doctrine permits jihad to be conducted

6   against those countries that are

7   considered as bilad harb?

8               MR. SHEN:  Objection to

9          form.

10              THE WITNESS:  I don't know

11         about that terminology at all, and

12         I'm not interested in it.

13  BY MR. POUNIAN:

14         Q.    Sir, aren't you aware

15  that -- of the view that because the

16  United States is considered bilad harb,

17  that violent attacks of the kind that

18  were carried out on 9/11 are justified?

19              MR. SHEN:  Objection to

20         form.

21              THE WITNESS:  I don't know

22         about that kind of justification.

23              But any justification that

24         anyone can come up with is

This Transcript Contains Confidential Material

```
 1              incorrect, because in Islam we
 2              criminalize aggressions against
 3              anyone.  And we criticized that
 4              act back then, at the time.
 5                   In Islam you cannot even
 6              hurt an animal, let alone human
 7              beings.  So this justification is
 8              incorrect.
 9     BY MR. POUNIAN:
10          Q.   Sir, had you -- are you
11     familiar with the Hadith that was
12     attributed to the Prophet Mohammad on his
13     deathbed that only one religion shall
14     exist in the Arabian Peninsula?
15              MR. SHEN:  Objection to
16          form.
17              THE WITNESS:  I don't know
18          it.
19     BY MR. POUNIAN:
20          Q.   Are you familiar --
21          A.   But what I know is that, in
22     actuality, during the life of Prophet
23     Mohammad, all religions co-existed in the
24     Arabian Peninsula.  And even in Madina,
```

This Transcript Contains Confidential Material

1   the city where the Prophet himself lived,

2   his neighbor was not a Muslim.

3            But interaction with

4   non-Muslims should be just similar to

5   interaction with Muslims.  It should be

6   in the best manners and abstain from

7   hurting them and dealing with them in the

8   best way possible.

9       Q.    Sir, is it your testimony

10  that you are not familiar with the Hadith

11  attributed to the Prophet Mohammad that

12  only one religion shall exist in the

13  Arabian Peninsula?

14           MR. SHEN:  Objection.  He

15       just answered that question.

16           MR. POUNIAN:  Well, I want

17       to hear an answer to it.

18           MR. SHEN:  He already did.

19           THE WITNESS:  I don't know

20       if that attribution of Hadith is

21       correct or incorrect.

22  BY MR. POUNIAN:

23       Q.    Well, are you aware, sir,

24  that based on that Hadith, that only one

This Transcript Contains Confidential Material

1    were serving as the Imam at the King

2    Fahad Mosque, did any member of the

3    community seek a consultation with you

4    about participating in military conflict

5    abroad?

6            A.    Of course not.

7            Q.    Do you recall anyone seeking

8    a consultation with you about an ongoing

9    conflict in Chechnya?

10           A.    No.

11                 MR. CARTER:  That's all I

12           have.

13                 MR. SHEN:  All right.  Are

14           there any questions from any of

15           the other defendants?

16                 MR. NITZ:  Nothing from us,

17           Andy.

18                 MR. SHEN:  Thank you.  All

19           right.

20                 I have some redirect

21           questions, please.

22                 We can stay on the record.

23                      -  -  -

24                   EXAMINATION

This Transcript Contains Confidential Material

1                    -   -   -

2    BY MR. SHEN:

3         Q.    Sheikh Fahad, my name is

4    Andy Shen, I'm a lawyer for the Kingdom

5    of Saudi Arabia.

6              Sir, during the past three

7    days, Mr. Pounian has asked you a series

8    of questions.  And he asked you questions

9    about two individuals named Khalid

10   al-Mihdhar and Nawaf al-Hazmi.

11             And when was the first time

12   that you heard the names Khalid

13   al-Mihdhar and Nawaf al-Hazmi?

14        A.    I heard them after the

15   events, from the media.

16        Q.    And when you refer to "the

17   events," what events are you referring

18   to?

19        A.    September 11th events.

20        Q.    And prior to the September

21   11th terrorist attacks, had you ever

22   heard the name Khalid al-Mihdhar or Nawaf

23   al-Hazmi?

24             MS. FLOWERS:  Objection to

This Transcript Contains Confidential Material

1          form.

2                    THE WITNESS:  No.

3      BY MR. SHEN:

4          Q.    Do you recall ever meeting

5      Khalid al-Mihdhar or Nawaf al-Hazmi?

6          A.    Never.

7          Q.    Were you ever given

8      instructions by anyone to assist Khalid

9      al-Mihdhar or Nawaf al-Hazmi?

10         A.    Not at all.

11         Q.    Were you ever given

12     instructions by anyone to assist any of

13     the 9/11 hijackers?

14         A.    Never.

15         Q.    Did anyone in the Saudi

16     government ever give you instructions to

17     assist Khalid al-Mihdhar or Nawaf

18     al-Hazmi or any of the 9/11 hijackers?

19                   MS. FLOWERS:  Objection to

20          form.  Lack of foundation.

21                   THE WITNESS:  No, never.

22     BY MR. SHEN:

23         Q.    Have you had any discussions

24     with anyone from the Saudi Embassy in

This Transcript Contains Confidential Material

1   Washington, D.C., or the Los Angeles

2   consulate about Khalid al-Mihdhar, Nawaf

3   al-Hazmi or any of the 9/11 hijackers?

4        A.    No, never.

5        Q.    Now, prior to the 9/11

6   attacks, did you ever have discussions

7   with anyone about Khalid al-Mihdhar,

8   Nawaf al-Hazmi or any of the other 9/11

9   hijackers?

10        A.    No, never.

11        Q.    Did you ever do anything at

12  all to assist Khalid al-Mihdhar, Nawaf

13  al-Hazmi or any of the 9/11 hijackers?

14        A.    No, never.

15        Q.    Did you ever instruct anyone

16  else to assist Khalid al-Mihdhar, Nawaf

17  al-Hazmi or any of the 9/11 hijackers?

18        A.    Never.

19        Q.    Do you have any knowledge of

20  anything that anybody did to assist

21  Khalid al-Mihdhar, Nawaf al-Hazmi or any

22  of the 9/11 hijackers?

23             MS. FLOWERS:  Objection to

24        form.  Scope.  And lack of

This Transcript Contains Confidential Material

1          foundation.

2                  THE WITNESS:  Not at all.

3      BY MR. SHEN:

4          Q.    Before the 9/11 attacks, did

5      you have any knowledge at all that those

6      attacks were being planned?

7          A.    No.

8          Q.    Before the 9/11 attacks, did

9      you have any suspicion at all that those

10     attacks were being planned?

11         A.    No.

12         Q.    Now, Mr. Pounian asked you

13     questions about an individual named Omar

14     al-Bayoumi.

15                 When is the first time that

16     you recall hearing the name Omar

17     al-Bayoumi?

18         A.    After the September events,

19     from the media also.

20         Q.    And do you remember hearing

21     the name Omar al-Bayoumi before the

22     September 11th terrorist attacks?

23         A.    No.

24         Q.    Do you ever recall meeting

This Transcript Contains Confidential Material

1   Mr. Omar al-Bayoumi?

2           A.    No.

3           Q.    Do you have any relationship

4   whatsoever with Omar al-Bayoumi?

5           A.    No.

6           Q.    Did you ever discuss any of

7   the 9/11 hijackers with Omar al-Bayoumi?

8           A.    No.

9           Q.    Are you aware of any

10  assistance that Mr. Omar al-Bayoumi is

11  alleged to have provided to any of the

12  9/11 hijackers?

13          A.    No.

14          Q.    Are you aware of any

15  instructions that Mr. Omar al-Bayoumi

16  provided to anyone else to assist any of

17  the 9/11 hijackers?

18              MS. FLOWERS:  Objection.

19          Calls for speculation.

20              THE WITNESS:  No.

21              MR. SHEN:  We need to go on

22          the FBI record, please.

23              MS. PRITSKER:  DIB counsel

24          is now being excluded from the

This Transcript Contains Confidential Material

1      deposition.

2           VIDEO TECHNICIAN:  One

3      moment.

4                -   -   -

5           (FBI Protected Material.)

6                -   -   -

7           MR. SHEN:  Can the

8      technician please put up

9      Exhibit-698?

10          VIDEO TECHNICIAN:  We're all

11     set.

12  BY MR. SHEN:

13     Q.    Sir, Exhibit-698 is a

14  document that plaintiffs showed you.

15  It's a document that they created and

16  which they asserted show calls between

17  you and Mr. Omar al-Bayoumi.

18          Do you recall being asked

19  questions about this document?

20     A.    What were the questions?

21     Q.    The question is, do you

22  recall that Mr. Pounian showed you this

23  document?

24     A.    Yes.

This Transcript Contains Confidential Material

1      Q.    Now, sir, as part of your

2   duties as an Imam at the King Fahad

3   Mosque, did you receive calls from

4   individuals in the Islamic community?

5               MR. POUNIAN:  I'm going to

6         object to the leading question.

7               THE WITNESS:  Yes.

8   BY MR. SHEN:

9      Q.    And why would individuals in

10  the Islamic community call you, as the

11  Imam of the King Fahad Mosque?

12     A.    Because I'm qualified in the

13  Islamic field, in the field of Islamic

14  sciences and studies, and they would call

15  to ask for consultations regarding family

16  matters or worshipping matter or rituals.

17     Q.    And did you know personally

18  all of the individuals that called you to

19  ask you questions about these issues?

20              MR. POUNIAN:  Object to

21        leading.

22              THE WITNESS:  No, I did not

23        know all of them.

24  BY MR. SHEN:

This Transcript Contains Confidential Material

1    Q.    Did you know the names of

2 all of these individuals that called you

3 to ask you questions about these issues?

4              MR. POUNIAN:  Leading.

5              THE WITNESS:  No.

6 BY MR. SHEN:

7    Q.    Is there a particular time

8 of year that you received more calls?

9    A.    Mostly in the month of

10 Ramadan.  During the month of Ramadan, I

11 would receive more calls inquiring about

12 breaking the fast, the Iftar, the fast or

13 the prayers during the month.

14    Q.    Now, there's a telephone

15 number that is listed on this document

16 that plaintiffs have claimed is your cell

17 phone number.  The number is

18 ███████-3362.

19              MR. SHEN:  If we can go to

20        the next page, please.

21 BY MR. SHEN:

22    Q.    And do you see that, the

23 telephone number, plaintiffs have

24 attributed that number to you?

This Transcript Contains Confidential Material

1          MR. SHEN:  If we could just
2     highlight the number and, say, the
3     recipient name, please.
4          MS. FLOWERS:  Object to the
5     characterization of the document.
6          THE WITNESS:  Yes, I do see
7     that number, yes.
8  BY MR. SHEN:
9     Q.    Is that telephone number
10 familiar or unfamiliar to you?
11     A.    Unfamiliar.
12          MR. SHEN:  Can we see
13     Exhibit-518, please?
14  BY MR. SHEN:
15     Q.    Now, plaintiffs showed you
16 this document as well.
17          Do you remember that?
18     A.    Yes.
19     Q.    And, sir, have you ever seen
20 this document before?
21     A.    No.
22     Q.    Did you ever, to your
23 recollection, provide any phone number to
24 Omar al-Bayoumi?

This Transcript Contains Confidential Material

1           remember that number.

2                   MR. SHEN:  We can take this

3           document down, please.  And we can

4           go off the FBI record.

5                         -  -  -

6                   (End of FBI Protected

7           Material.)

8                         -  -  -

9                   VIDEO TECHNICIAN:  One

10          moment.  All right.  Everyone

11          should be back.

12   BY MR. SHEN:

13          Q.   Now, Mr. Thumairy, Mr.

14   Pounian asked you questions suggesting

15   that you had a meeting with Khalid

16   al-Mihdhar and Nawaf al-Hazmi in June of

17   2000 at or near the King Fahad Mosque.

18                   Do you remember that line of

19   questions?

20                   MS. PRITSKER:  My apologies.

21          DIB had been excluded from the

22          deposition at approximately 11:00

23          a.m. Eastern and has been

24          re-admitted to the deposition.

This Transcript Contains Confidential Material

```
1              THE WITNESS:  Yes, I
2         remember the question.
3    BY MR. SHEN:
4         Q.    Now, plaintiffs have
5    specifically alleged elsewhere in the
6    case that that purported meeting occurred
7    on June 9th of 2000.
8              MR. SHEN:  Can we pull up
9         Exhibit-405, please?  And if we
10        scroll to the next page.
11   BY MR. SHEN:
12        Q.    Sir, do you recognize this
13   document?
14             MR. SHEN:  And scroll to the
15        next page, please.
16             THE WITNESS:  Yes, that is
17        my passport.
18             MR. SHEN:  And can we look
19        at the number KSA 6893, the page,
20        please?
21   BY MR. SHEN:
22        Q.    Sir, do you see in the upper
23   half -- do you see in the upper half
24   there is an entry stamp that is written
```

This Transcript Contains Confidential Material

1   in Arabic?  It's upside down.

2         A.    Yes, correct.

3         Q.    And, sir, what is that

4   stamp?

5         A.    This is an entry stamp for

6   entry to the Kingdom of Saudi Arabia.

7         Q.    And what is the date that is

8   written on that entry stamp?

9         A.    Eighth, Rabi 'Al-awwal of

10  1421.

11        Q.    And that's the third month

12  of 1421; is that correct?

13        A.    Correct.  Correct.  That is

14  the third month.

15        Q.    And I will represent to you

16  that that is -- that corresponds to a

17  Gregorian date of June 10th of 2000.

18              MR. POUNIAN:  I object to

19        that representation.  It's June

20        11th, 2000.

21              MR. SHEN:  It's not.

22  BY MR. SHEN:

23        Q.    June 10th of 2000.

24              Now, sir, does this stamp

This Transcript Contains Confidential Material

1    indicate that you traveled to Saudi

2    Arabia in June of 2000 and entered the

3    country on June 10th of 2000?

4              MR. POUNIAN:  I object to

5         the question.

6              THE WITNESS:  Yes.  Correct.

7    BY MR. SHEN:

8         Q.   Is Riyadh in the same time

9    zone as Los Angeles?

10        A.   Of course not.  There's time

11   difference.

12        Q.   And do you recall that the

13   time difference between Riyadh and Los

14   Angeles was ten hours at this time of

15   year?

16        A.   Correct.  Minimum ten hours.

17        Q.   Now, when you flew from Los

18   Angeles to Riyadh, did you ever fly

19   direct?

20        A.   No.  There are no direct

21   flights.

22        Q.   And, sir, does that mean

23   that you would stop over somewhere on the

24   flight?

This Transcript Contains Confidential Material

1      A.    Yes.

2      Q.    And how long was the

3  stopover when you stopped?

4           MR. CARTER:  Objection.

5           THE WITNESS:  It depends.

6      At times the transit would be a

7      day or two days, at times more.

8      And the minimum is five to six

9      hours to transfer flights.

10  BY MR. SHEN:

11      Q.    All right.  And sometimes

12  when you stopped over, would you spend

13  the night in the city where you stopped?

14           MR. CARTER:  Objection.

15           THE WITNESS:  Yes.

16  BY MR. SHEN:

17      Q.    Now, given the stopover and

18  the fact that you had a many-hour

19  layover, and sometimes that you stopped

20  over for the night, how much time would

21  it take to actually travel from Los

22  Angeles to Riyadh?

23           MR. POUNIAN:  Objection to

24      the question.  Are you talking

This Transcript Contains Confidential Material

1          about this particular event or in

2          general?  Or what are you talking

3          about?

4                   MR. SHEN:  Just in general.

5   BY MR. SHEN:

6          Q.    How long would it take you

7   to travel from Los Angeles to Riyadh?

8          A.    So mostly it would take six

9   hours -- mostly it would take six hours

10  to get from Los Angeles to Washington or

11  New York.  After that, it's another 12 to

12  14 hours' flight.  I would say minimum 24

13  hours in total.

14         Q.    All right.

15         A.    Minimum.  The transit time

16  at the airports would be minimum six

17  hours.

18         Q.    You mean the layover would

19  be a minimum of six hours?

20                  MR. POUNIAN:  Objection.

21                  THE WITNESS:  Yes.

22  BY MR. SHEN:

23         Q.    Now, given that -- your

24  testimony that it would take at least 24

This Transcript Contains Confidential Material

1  hours to travel from Los Angeles to

2  Riyadh, and combined with the ten-hour

3  time difference between Los Angeles and

4  Riyadh, is there any possible way you

5  could have been in Los Angeles at the

6  King Fahad Mosque on the evening of June

7  9th, 2000, and still have entered Riyadh

8  on June 10th, 2000?

9          MR. POUNIAN:  Objection.

10         MS. FLOWERS:  Object to the

11     form.

12         MR. POUNIAN:  Objection to

13     the premise of question and the

14     form.

15         MS. FLOWERS:  Lack of

16     foundation.

17         MR. POUNIAN:  Assuming facts

18     that are incorrect.

19         THE WITNESS:  No, that is an

20     impossibility.

21         MR. SHEN:  Can we pull up

22     Exhibit-413, please?  And pull up

23     the Arabic version of the

24     document, please.

This Transcript Contains Confidential Material

1    BY MR. SHEN:

2          Q.    Sir, is this -- Exhibit-413,

3    is this your handwriting on this

4    document?

5          A.    Yes.

6          Q.    And is there a date under

7    your signature?

8          A.    Yes.  7/3 of 1421.

9          Q.    Now, sir, plaintiffs' own

10   translators have provided the Gregorian

11   date there as June 9th of 2000.

12              Do you see that on the

13   right-hand side?

14         A.    Yes.

15         Q.    And, sir, you recall that we

16   saw your passport stamp, the entry date

17   in Hijri was the third month, eighth day,

18   1421, so it's the day after this?

19         A.    Yes.

20         Q.    Now, sir, if we look at the

21   actual letter, do you see the letterhead?

22   It says, Kingdom of Saudi Arabia, Ifta

23   Office, Washington, D.C.?

24         A.    Yes, correct.

This Transcript Contains Confidential Material

1    Q.    And what is this letterhead?

2    A.    This is the propagation

3  office, the Da'wah office, in the United

4  States, the one that was in Washington.

5    Q.    Did you have this Da'wah or

6  Ifta office letterhead while you were

7  working in Los Angeles?

8    A.    No, I did not have it.

9    Q.    Where did you get this

10  letterhead from?

11    A.    From a paper from the office

12  in Washington.  When I was in Washington,

13  I took it from them, while waiting as a

14  transit.

15    Q.    And so does this indicate

16  that you went to the embassy in

17  Washington, D.C., on June 9th of 2000, on

18  transit to Saudi Arabia?

19        MR. POUNIAN:  Objection to

20        leading.

21        MS. FLOWERS:  Object to the

22        form.

23        THE WITNESS:  Correct.

24  BY MR. SHEN:

This Transcript Contains Confidential Material

1    Q.    And, sir, given this

2  document, in combination with the entry

3  stamp on your passport, is there any way

4  that you could have been in Los Angeles

5  on the evening of June 9th of 2000?

6            MS. FLOWERS:  Objection.

7       Calls for speculation.

8            MR. POUNIAN:  Leading.

9            THE WITNESS:  Impossible.

10 BY MR. SHEN:

11   Q.    Now, sir, after the 9/11

12 attacks, you testified that you returned

13 to Los Angeles; is that correct?

14   A.    Correct.

15   Q.    And did you return to work

16 at the King Fahad Mosque?

17   A.    Correct.

18   Q.    And how often would you go

19 to the mosque when you returned to Los

20 Angeles after the 9/11 attacks?

21   A.    Every day.

22   Q.    Did you see an individual

23 named Usman Madha at the King Fahad

24 Mosque after the September 11th attacks?

This Transcript Contains Confidential Material

1        A.    Yes.  I remember this

2   individual.  He was one of the mosques'

3   employee and he was present, yes.

4        Q.    Now, if Mr. Madha testified

5   that he never saw you at the King Fahad

6   Mosque after the 9/11 attacks, is that

7   testimony accurate or inaccurate?

8        A.    Inaccurate.

9        Q.    Sir, did you ever operate an

10  Arabic-language bookstore near the King

11  Fahad Mosque?

12       A.    No.

13       Q.    Are you aware of any

14  Arabic-language bookstore near the King

15  Fahad Mosque while you were in Los

16  Angeles?

17       A.    I do not know.

18       Q.    Did you ever store any

19  extremist literature or materials at the

20  King Fahad Mosque or any buildings near

21  the King Fahad Mosque?

22       A.    No.

23       Q.    Did anyone ever accuse you

24  of storing any extremist literature or

This Transcript Contains Confidential Material

1    materials at the King Fahad Mosque or any

2    buildings near the King Fahad Mosque?

3         A.    No.

4         Q.    Sir, when you were in Los

5    Angeles, are you aware of anyone ever

6    accusing you of giving extremist

7    teachings, lessons or sermons?

8              MS. FLOWERS:  Object to the

9         form.  Breadth.

10             THE WITNESS:  No.

11   BY MR. SHEN:

12        Q.    When you were in Los

13   Angeles, are you aware of anyone ever

14   accusing you of being an extremist or of

15   supporting terrorism?

16        A.    No.

17        Q.    Sir, Mr. Pounian asked you

18   questions about four individuals; Adel

19   Al Sadhan, Mutaeb Al Sudairy, Abdullah

20   Al Jaithen and Majed Al Mersal.

21             Do you recall those

22   questions?

23        A.    I remember the questions,

24   yes.

This Transcript Contains Confidential Material

```
1        Q.    And I believe your testimony
2   was you don't remember any of those
3   individuals?
4        A.    Correct.
5        Q.    Sir, did you ever discuss
6   Khalid al-Mihdhar or Nawaf al-Hazmi or
7   any of the 9/11 hijackers with any of
8   those four individuals?
9        A.    No.
10        Q.    Did you ever provide any
11   instructions to do anything to any of
12   those four individuals?
13              MS. FLOWERS:   Object to the
14        form.
15              THE WITNESS:   No.
16   BY MR. SHEN:
17        Q.    Did any of those four
18   individuals provide any instructions to
19   you?
20              MS. FLOWERS:   Object to the
21        form.
22              THE WITNESS:   No.
23   BY MR. SHEN:
24        Q.    Mr. Pounian asked you
```

This Transcript Contains Confidential Material

1    questions about an individual named

2    Mohammad Al Johar.

3              Do you recognize that name?

4         A.    I don't know him.

5         Q.    Did you ever discuss Khalid

6    al-Mihdhar or Nawaf al-Hazmi or any of

7    the 9/11 hijackers with Mr. Mohammad Al

8    Johar?

9         A.    No.

10        Q.    Did you ever provide any

11   instructions to Mr. Al Johar to do

12   anything?

13             MR. CARTER:  Objection.

14        Form and foundation.

15             THE WITNESS:  No.

16             MR. SHEN:  Can we please

17        load Tab A into the marked exhibit

18        folder?  And can you also put it

19        in the chat for the technician,

20        please?

21                   -   -   -

22             (Whereupon, Exhibit

23        al-Thumairy-851, No Bates, United

24        States District Court for the

This Transcript Contains Confidential Material

1          Southern District of New York,

2          Consolidated Amended Complaint,

3          was marked for identification.)

4                    -  -  -

5     BY MR. SHEN:

6          Q.    Sir, Exhibit-851 is a

7     publicly filed complaint that plaintiffs

8     filed in this action that makes very

9     serious allegations against you.

10          MR. SHEN:  Turn to Page 11,

11          please.

12     BY MR. SHEN:

13          Q.    The first bullet point under

14     Paragraph 36 says that, Fahad al-Thumairy

15     and Omar al-Bayoumi, both employees and

16     agents of the Saudi government performing

17     functions on behalf of the Ministry of

18     Islamic Affairs, who, working together,

19     provided, quote, substantial assistance

20     to 9/11 hijackers Nawaf al-Hazmi and

21     Khalid al-Mihdhar from within the United

22     States.

23          Sir, did you ever provide

24     any assistance to Nawaf al-Hazmi or

1   Khalid al-Mihdhar?

2        A.     No, not at all.

3        Q.     Are you aware of any

4   assistance that Mr. al-Bayoumi provided

5   to Mr. Hazmi or Mr. al-Mihdhar?

6             MS. FLOWERS:  Object to the

7        form.  Lack of foundation.

8             THE WITNESS:  No.

9   BY MR. SHEN:

10       Q.     Did you ever, quote, work

11  together with Mr. Omar al-Bayoumi?

12            MS. FLOWERS:  Objection.

13       Asked and answered.

14            THE WITNESS:  No.

15  BY MR. SHEN:

16       Q.     Are these allegations that

17  plaintiffs have publicly made against you

18  true or false?

19            MS. FLOWERS:  Objection.

20       Lack of foundation.

21            MR. CARTER:  Objection to

22       form.

23            THE WITNESS:  Incorrect.

24  BY MR. SHEN:

This Transcript Contains Confidential Material

1          Q.    Are they false or are they

2    true?

3               MS. FLOWERS:  Objection.

4               MR. POUNIAN:  Asked and

5          answered.

6               THE WITNESS:  False.

7          Incorrect.

8               MR. SHEN:  Can we turn to

9          Page 44, please?

10   BY MR. SHEN:

11         Q.    Subparagraph E to Paragraph

12   158 says that, quote, Thumairy and

13   Bayoumi substantially assisted the 9/11

14   hijackers by, among other things,

15   providing or directing others to provide

16   the hijackers with assistance in daily

17   activities, including procuring living

18   quarters, financial assistance and

19   assistance in obtaining flight lessons

20   and driver's licenses.

21               Did you ever assist the

22   hijackers in procuring living quarters,

23   financial assistance and assistance in

24   obtaining flight lessons and driver's

This Transcript Contains Confidential Material

1   licenses?

2          A.    No, not at all.

3          Q.    Did you ever direct anyone

4   else to do so?

5          A.    No.

6          Q.    Do you know anything about

7   the hijackers' living quarters?

8          A.    I don't know anything.

9          Q.    Do you know anything

10  relating to the financial matters of any

11  of the hijackers?

12         A.    I don't know anything.

13         Q.    Do you know anything about

14  any flight lessons or driver's licenses

15  of the hijackers?

16         A.    No.

17         Q.    Are these publicly filed

18  allegations true or false?

19              MS. FLOWERS:  Object to the

20         form.  Lack of foundation.

21              THE WITNESS:  False.

22  BY MR. SHEN:

23         Q.    The next subparagraph, F,

24  says that, Thumairy, an extremist Wahhabi

This Transcript Contains Confidential Material

1  cleric, who held diplomatic credentials

2  with the Saudi Consulate in Los Angeles

3  and was denied re-entry into the United

4  States by the State Department in 2003

5  based on his ties to terrorism,

6  immediately assigned an individual to

7  take care of them, al-Hazmi and

8  al-Mihdhar, upon their arrival in the

9  United States.

10             Sir, is it a true statement

11  that you are a, quote, extremist Wahhabi

12  cleric?

13       A.    Incorrect.

14       Q.    Sir, when you were in the

15  United States, are you aware of anyone

16  who accused you of being an extremist

17  Wahhabi cleric?

18       A.    No.

19       Q.    Sir, is this statement that

20  you were denied re-entry into the United

21  States, based on your ties to terrorism,

22  is that a correct statement?

23             MS. FLOWERS:  Object to the

24       form.  Lack of foundation.

This Transcript Contains Confidential Material

```
 1                THE WITNESS:  No, incorrect.
 2   BY MR. SHEN:
 3        Q.    And, sir, why were you
 4   denied entry into the United States in
 5   2003?
 6                MS. FLOWERS:  Object to the
 7           form.  Calls for speculation.
 8                THE WITNESS:  Based on what
 9           they told me, because my visa
10           needed to change.  Because the
11           visa I have, I must work inside
12           the diplomatic building, and I
13           work in the mosque.  So it needed
14           to be changed.
15   BY MR. SHEN:
16        Q.    And who told you that?
17                MS. FLOWERS:  Move to
18           strike.
19                THE WITNESS:  The officials
20           in LA airport when I returned.
21   BY MR. SHEN:
22        Q.    When you say -- when you
23   returned to the United States?
24        A.    When I arrived from Saudi
```

This Transcript Contains Confidential Material

1  Arabia to the U.S., they told me, you're

2  not allowed entry, and you must return.

3  So I returned directly to Saudi Arabia.

4        Q.    Now, sir, did anyone tell

5  you that your entry was denied because of

6  ties to terrorism?

7        A.    No.

8        Q.    Do you have any ties to

9  terrorism at all?

10             MS. FLOWERS:  Object to the

11        form.

12             THE WITNESS:  No.

13  BY MR. SHEN:

14        Q.    Did you assign any

15  individual to take care of al-Hazmi and

16  al-Mihdhar upon their arrival in the

17  United States?

18             MS. FLOWERS:  Objection.

19        Asked and answered.

20             THE WITNESS:  No.

21  BY MR. SHEN:

22        Q.    Are the allegations in this

23  paragraph true or false?

24             MS. FLOWERS:  Object to the

This Transcript Contains Confidential Material

```
 1          form.  Lack of foundation.

 2                 THE WITNESS:  False.

 3                 MR. SHEN:  Can we turn to

 4          Page 46, please.

 5                 MS. INT-HOUT:  Give me one

 6          moment.  Sorry.

 7   BY MR. SHEN:

 8          Q.   And, sir, focusing on

 9   Paragraph 167, it states that, Thumairy

10   led a particularly radical faction within

11   the local Muslim community, including

12   persons supportive of the events of

13   September 11th, and had a network of

14   contacts in other cities in the United

15   States.

16                 MR. CARTER:  Objection.  You

17          did not read the complete --

18   BY MR. SHEN:

19          Q.   Now, sir, did you ever lead

20   any faction of the local Muslim community

21   that supported the September 11th

22   attacks?

23          A.   No.

24          Q.   Did you know anyone at the
```

This Transcript Contains Confidential Material

1    Commission, the FBI and the CIA, all

2    three concluded that there's no evidence

3    that you provided any assistance to any

4    of the hijackers?

5              MR. CARTER:  Objection.

6         Misstates the record.  Objection.

7         Foundation as well.

8              THE WITNESS:  Correct.  I

9         know that.

10   BY MR. SHEN:

11        Q.   And, sir, are you aware that

12   the complaints that I showed you today

13   were filed after the 9/11 Commission

14   issued its conclusion that there's no

15   evidence that you supported the two

16   hijackers?

17             MR. CARTER:  Objection.

18             THE WITNESS:  Correct.

19   BY MR. SHEN:

20        Q.   Now, are the allegations

21   that plaintiffs have made that contradict

22   the conclusions of the 9/11 Commission,

23   where plaintiffs have alleged that you

24   supported the hijackers in providing

This Transcript Contains Confidential Material

1  material assistance to them, are those

2  allegations true or false?

3           MR. CARTER:  Objection.

4      Misstates the record.

5           THE WITNESS:  False.  Wrong.

6  BY MR. SHEN:

7      Q.    Now, sir, you were the Imam

8  of the King Fahad Mosque for how many

9  years?

10     A.    From the time they did the

11 inauguration of the mosque until I

12 left -- until I came back.  So perhaps

13 four years or so.

14     Q.    And how many people came to

15 the King Fahad Mosque during that time

16 period?

17     A.    Millions, maybe.

18     Q.    And, sir, did you know the

19 names of every person who came to the

20 King Fahad Mosque?

21     A.    Of course not.  That's

22 impossible.

23     Q.    And, sir, as the Imam of the

24 King Fahad Mosque, was it known that your

This Transcript Contains Confidential Material

1    name -- was it known that you were the

2    Imam of the King Fahad Mosque?

3                MR. CARTER:  Objection.

4         Foundation.

5                THE WITNESS:  Of course.

6    BY MR. SHEN:

7         Q.    And would it be reasonable

8    for someone who visited the King Fahad

9    Mosque to know your name but you not

10   recognize their name?

11               MR. CARTER:  Objection.

12        Form and foundation.

13               THE WITNESS:  In many cases.

14   BY MR. SHEN:

15        Q.    All right.

16               MR. SHEN:  Let's look at

17        Exhibit-413 again, please.  And if

18        we could put the Arabic language

19        next to the English language.

20   BY MR. SHEN:

21        Q.    Now, sir, this document I

22   showed you before.

23               In the English-language

24   translation, it shows that the

This Transcript Contains Confidential Material

1    translation of the Hijri date on the

2    document is June 9th of 2000; is that

3    correct?

4         A.    Correct.

5              MR. SHEN:  If we could look

6         at Page 3 of the document.

7    BY MR. SHEN:

8         Q.    This is the translation

9    certificate indicating that this is not

10   only a regular translation of the

11   document but it is a certified

12   translation provided by the plaintiffs.

13             And, sir, do you see that

14   this is a certification statement?

15        A.    Yes.

16        Q.    And, sir, going back to the

17   actual English-language translation, the

18   June 9th date, 2000, that is translated

19   on plaintiffs' version of the

20   translation, I will represent to you that

21   that is a Friday.

22             Now, Mr. Pounian has

23   suggested that the Hijri date, which is

24   on the Arabic-language document,

This Transcript Contains Confidential Material

1    translates into June 10th of 2000, not

2    June 9th of 2000, despite their own

3    translator's translation.

4              And I will represent to you

5    that June 10th, 2000, is a Saturday.

6              And, sir, did you go to the

7    embassy on a Saturday to take this

8    letterhead and write this document?

9              MR. CARTER:  Objection.

10         Foundation.

11             THE WITNESS:  Saturdays off,

12         they are off on Saturday.

13   BY MR. SHEN:

14        Q.   Okay.  Thank you.

15             MR. SHEN:  I have no further

16         questions.

17             MR. POUNIAN:  Move to strike

18         that last answer as nonresponsive

19         to the question.

20             MR. SHEN:  All right.  Let

21         me ask the question, then.

22   BY MR. SHEN:

23        Q.   Sir, did you go on Saturday

24   to the embassy to write this document, or

This Transcript Contains Confidential Material

1   did you go on a Friday?

2         A.    It had to be a business day

3   for sure, not a day off.

4               MR. SHEN:  Thank you.  No

5         further questions.

6                   -  -  -

7               EXAMINATION

8                   -  -  -

9   BY MR. POUNIAN:

10        Q.    Sir, when I asked you

11  before, you said you didn't remember when

12  you went to the embassy.  And all of a

13  sudden, now you're remembering not only

14  what day it was but the day of the week

15  it was.

16              Do you have any memory, sir,

17  of the day you actually went to the

18  embassy in Washington, D.C.?

19        A.    That's incorrect.  I did not

20  say specifically that I went on such day

21  of the week.  What I said was, I must

22  have gone on a business day, not on a

23  weekend, not on a day off.

24        Q.    Did you ever pray at the

This Transcript Contains Confidential Material

1    embassy, sir?

2        A.    I don't remember.

3        Q.    Do you remember whether

4    there was a prayer space at the embassy?

5        A.    I don't know.

6        Q.    What floor in the embassy

7    were you -- did you ever go to?

8        A.    I don't remember now.

9        Q.    Do you know what floor of

10   the embassy that Mr. Sowailem's office

11   was on?

12       A.    I don't recall at this time.

13       Q.    You told us before that --

14   when we asked you about the visit to the

15   embassy, you told us it could have been

16   before or after 9/11, you didn't know.

17            Isn't that what you told us

18   before, sir?

19       A.    I said I couldn't

20   remember -- I said I didn't remember the

21   date, when it was.

22       Q.    And you said you didn't

23   remember whether you went before or after

24   9/11; am I right?