# EXHIBIT 54

This Transcript Contains Confidential Material

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS   )   03-MDL-1570 (GBD) (SN)
ON SEPTEMBER 11, 2001      )
                           )


— — —

Friday, June 14, 2019
— — —
THIS TRANSCRIPT CONTAINS
CONFIDENTIAL MATERIAL

Redacted

— — —

Videotaped Deposition of KHALIL
al-KHALIL, held at 801 S. Figueroa Street,
15th Floor, Los Angeles, California,
commencing at 9:09 a.m., on the above date,
before Debra A. Dibble, Certified Court
Reporter, Registered Diplomate Reporter,
Certified Realtime Captioner, Certified
Realtime Reporter and Notary Public.


— — —


GOLKOW LITIGATION SERVICES
877.370.DEPS | fax 917.591.5672
deps@golkow.com

This Transcript Contains Confidential Material

Page 17

1          Q.     (BY MR. POUNIAN)  Immediately
2    after graduation from where?
3          A.     From the College of Islamic Law
4    in Riyadh.
5          Q.     And what was your first
6    government job at that time?
7          A.     That was my first job.
8          Q.     And what was the job, sir?
9          A.     Was -- I was TA there.  Was
10   really TA in the college.  Teaching
11   assistant.
12         Q.     And did you -- how long were
13   you there, sir, after that?
14         A.     The hierarchy there is like
15   this.  TA, then to be lecturer in the
16   university, when you get your master, then
17   when you get your Ph.D. to be assistant
18   professor.  And exactly that, I really went
19   through all of this, three steps at the
20   university.
21         Q.     Did there come a time, sir,
22   when you were employed by Saudi Arabia in
23   some other capacity?
24         A.     Not at all.

This Transcript Contains Confidential Material

Page 18

1          Q.      I'm sorry?

2          A.      Not at all.  No.

3          Q.      Did there come a time, sir,

4      when you were employed to work at the

5      Saudi Arabian embassy?

6          A.      Embassy, I wasn't really

7      employed by them.  I was with the university,

8      Imam Mohammad Ibn Saud University.  The

9      ambassador asked the university for somebody

10     for advice, so there was an arrangement

11     between the university and the Saudi and the

12     ambassador in Washington.  So I was allowed

13     or say dispatched to be -- for a while to be

14     at the embassy as an advisor.

15         Q.      And your title there, you say,

16     was an advisor?

17         A.      It's an advisor.  They gave me

18     a title of vice chairman of Islamic

19     department.

20         Q.      And what year did you start as

21     the vice chairman of the Islamic department?

22         A.      I started 1997, 16th of June.

23         Q.      Did you say, sir, 1997?  Or

24     19 --

This Transcript Contains Confidential Material

1          A.      Sorry, 1987.

2          Q.      1987.

3          A.      '87.  16th of June.

4          Q.      And you said you were

5     working -- you were actually employed by

6     the -- can we call it Imam U?  Imam

7     University, is that --

8          A.      Imam Mohammad Bin Saud

9     University.

10          Q.      Is there a shorthand way of

11     saying that so I don't have to use all of

12     those words?

13          A.      You shouldn't -- I don't know,

14     there is no abbreviation in our country.

15          Q.      All right.  Could we say

16     Imam University?  Will you understand if I --

17          A.      You say Imam Mohammad

18     University.

19          Q.      Okay.  The Imam Mohammad

20     University, who were you working for?  You

21     said you were actually working for them while

22     you were in Washington DC?

23          A.      Not working for them, working

24     with the ambassador, but still my employment

This Transcript Contains Confidential Material

Page 20

1    was connected with the university.  My salary

2    comes from the university, not from the

3    embassy.

4         Q.    Okay.  Who did you report to on

5    a day-to-day basis during your work at the

6    embassy in Washington DC?

7         A.    To the -- to the chairman.  His

8    Royal Highness Prince Mohammed bin Faisal,

9    who was the president of that -- of that

10   department.

11        Q.    The president of the department

12   where?

13        A.    At the embassy.

14        Q.    And which department was that,

15   the Islamic Affairs?

16        A.    The Department of Islamic

17   Affairs.

18              It was really newly established

19   when I went there.

20              MR. RAMIREZ:  You've answered

21        the question.

22        Q.    (BY MR. POUNIAN)  And when was

23   it established?  In 1987?

24        A.    Exactly, yes.

This Transcript Contains Confidential Material

Page 21

1        Q.     And how many people staffed the
2    Islamic Affairs department when you first
3    went there?
4        A.     Just the chairman and me at
5    that time.
6        Q.     And who did the chairman report
7    to?
8        A.     To the ambassador.
9        Q.     And was the chairman also
10   someone that came from the Imam Mohammad
11   University at that time?
12       A.     No.
13       Q.     So he was working directly for
14   the ministry of foreign affairs?
15       A.     Yes, sir.
16       Q.     And you mentioned the
17   ambassador at that time was who?
18       A.     His Royal Highness, Prince
19   Bandar bin Sultan bin Abdulaziz Al Saud.
20       Q.     And we can refer to him as
21   Prince Bandar?
22       A.     You can use any term you want.
23       Q.     So am I correct that
24   Prince Bandar, you had a relationship with

This Transcript Contains Confidential Material

Page 22

1    him before you went to join the embassy?

2         A.    No.

3              MR. RAMIREZ:  Objection to

4         form, but may answer if you

5         understand.

6         Q.    (BY MR. POUNIAN)  You had no

7    prior relationship with him?

8         A.    I have no prior relation with

9    him.

10        Q.    And he asked you to join the

11   embassy?

12        A.    Yes.

13             MR. SHEN:  Objection to form.

14        Q.    (BY MR. POUNIAN)  And can you

15   explain the circumstances of that?

16        A.    Indeed he came to visit 1985,

17   students, as usual when he became ambassador.

18   I met with him at the reception, shaked his

19   hand.  And there was the consulate here in

20   Los Angeles.  One of them was a prince.  So

21   he made some remarks, good remarks about me.

22   Then immediately his royal highness said I

23   would like to see you in Washington, is it

24   possible.  I said yes.  He said in a month,

This Transcript Contains Confidential Material

Page 23

1    would like to meet with you.  I met with him,

2    then he offered me the job.

3         Q.     And did he explain to you what

4    the job would be?

5         A.     Yes.

6         Q.     And what did he say to you?

7         A.     Just to be about -- because

8    indeed let me tell you this quickly.  I

9    proposed to him some issues related to the

10   Saudi/America relation, that this relation

11   has to be really grounded and also to have

12   some other issues, not only the political

13   side, which means to have good relationship

14   with universities, good relation with some

15   entities around the United States of America,

16   so students and those American students could

17   go or some American young students could go

18   to study in the Saudi Arabia, could visit.

19              So it was like proposing to him

20   publicly, the public relation.  And he

21   accepted it.  And he said, Well, as long as

22   you are aware of these issues, I would ask

23   you to come and work with me.  And this also,

24   I complain to him that some settlers were not

This Transcript Contains Confidential Material

Page 24

1    really treated in the right way when they

2    come for medical treatment or come for some

3    issues.  So he really liked that idea and

4    asked me to join with him to help in these

5    matters.

6         Q.    And you were part of the

7    Islamic Affairs department?  Is that correct?

8         A.    I don't understand your

9    question.  What's your question, please?

10        Q.    Let me strike the question.  As

11   part of your job at the Islamic Affairs

12   department, did you have any responsibilities

13   to oversee other Saudi government employees

14   inside the United States?

15        A.    Employees, no.  But to justice

16   was like a public relation, with mosques,

17   with Muslims who are around the --

18   particularly at that time, Iran was really a

19   big issue to Saudi Arabia, and they were

20   really preaching the Khomeinism.  And Saudis

21   were so concerned that they may have an

22   influence on the Muslims of the

23   United States, whether Arabs or not Arabs.

24               Because of my background, that

This Transcript Contains Confidential Material

Page 25

1    I graduated from Islamic college, because of

2    my good relation with students and other also

3    minorities, Muslim minorities like

4    African-American Muslims, the really main job

5    in that department is to create good relation

6    between the embassy and other Muslims around

7    groups, regardless of nationality or color,

8    but not the employee.

9        Q.    (BY MR. POUNIAN)  So you

10    interacted with mosques inside the United

11    States?

12        A.    Yes.

13        Q.    And all throughout the

14    United States; is that correct?

15        A.    Yes, sir.

16        Q.    And did you help them with

17    personnel in any way --

18            MR. RAMIREZ:  Objection.

19        Q.    (BY MR. POUNIAN)  -- to staff

20    the mosques?

21            MR. RAMIREZ:  Objection to

22        form, but you may answer.

23            THE WITNESS:  Not -- no.

24        Q.    (BY MR. POUNIAN)  And in no way

This Transcript Contains Confidential Material

Page 26

1    did you --

2            A.     No.

3            Q.     In no way were you involved

4    with the staffing of any mosques around the

5    United States; is that correct?

6            A.     No, yes.

7            Q.     Were you involved with the

8    funding of mosques anywhere around the

9    United States?

10           A.     If there are request from,

11   there are -- yes, is the answer.

12           Q.     And in what way were you

13   involved with funding of mosques around the

14   United States?

15           A.     If there are some needs for

16   financial assistance or something to be fixed

17   in the mosque or someone who is imams or

18   needs some medical treatment or they were to

19   go to Saudi Arabia for performing hajj or

20   umrah -- I'm not sure if you are familiar

21   with these two terms -- go to Mecca, and

22   sometimes they send to be hosted in

23   Saudi Arabia; and Prince Bandar was busy.  So

24   that department used to handle some of these

This Transcript Contains Confidential Material

Page 27

1    issues.  Which means assistance.  Assisting

2    others.

3        Q.    Now, when you were in this job

4    for Islamic Affairs department, were you a

5    diplomat for Saudi Arabia?

6            MR. SHEN:  Objection to form.

7            MR. RAMIREZ:  Join.

8            THE WITNESS:  I became a

9        diplomat after two years.

10       Q.    (BY MR. POUNIAN)  And when did

11   you become a diplomat?

12       A.    I think '89.  Something like

13   that.  I was given diplomat to get passports

14   and et cetera, et cetera, to facilitate my

15   traveling.

16       Q.    When you first came to the

17   United States, what type of visa did you

18   have --

19       A.    Student visa.

20           MR. RAMIREZ:  Again, let him

21       ask the question completely.  The

22       court reporter can only take one

23       person at a time.

24           Thank you.

This Transcript Contains Confidential Material

Page 28

1          Q.     (BY MR. POUNIAN)  So you

2     arrived in the United States with a student

3     visa.  And did you work for the Islamic

4     Affairs department at the embassy with a

5     student visa?

6          A.     For a while, because there

7     were -- it's like assisting.  It's like

8     volunteer work.  It wasn't really -- it

9     wasn't really hiring or wasn't really with

10    formality.  It was university, the one that

11    giving me or sending me the money, not the --

12    not the embassy.

13               And that was, by the way, a way

14    of Prince Bandar doing that, recruited some

15    students to him just to help him.  One of

16    them was Adel Al-Jubier.  One of them was

17    Rihab Massoud; who became ministers.  Because

18    he was thinking that it's training for the

19    students also to be at the Saudi embassy for

20    a while.

21         Q.     So you became a diplomat in --

22         A.     About 1989.

23         Q.     -- 1989?

24         A.     Yeah.

This Transcript Contains Confidential Material

Page 33

1    is that correct?

2           A.      In the university or any person

3    in the government, every year they will be, I

4    think two percent or something for the

5    salary.  Any person.  Regardless of who you

6    are.  So that's settled with the government.

7    So I got that one.

8           Q.      You received no pay increases

9    because of your performance; is that correct?

10              MR. RAMIREZ:  Objection,

11         misstates his testimony.  But you may

12         respond if you understand.

13              THE WITNESS:  I didn't really

14         understand that question, and it's not

15         relevant to me.

16         Q.      (BY MR. POUNIAN)  Well, my

17    question is, did you get any pay increase

18    because of the good work that you were doing?

19         A.      No.

20         Q.      And were you evaluated for your

21    work by anyone inside the government while

22    you were at the embassy?

23         A.      No.

24         Q.      You didn't get any job

This Transcript Contains Confidential Material

Page 34

1    evaluations at all?

2            A.      No.  I am not supposed to be

3    evaluated.  The university sending me.  If

4    they are not happy, they can just send me --

5    get me back.  That's it.

6            Q.      And as part of your job at the

7    ministry -- excuse me.  As -- strike the

8    question.

9                    As part of your job with the

10   Islamic Affairs department, did you interact

11   with the Ministry of Islamic Affairs?

12           A.      No.

13           Q.      In 1993, was there a Ministry

14   of Islamic Affairs formed by Saudi Arabia?

15                   MR. RAMIREZ:  Objection as to

16           form.

17                   THE WITNESS:  Your question

18           again, please.

19           Q.      (BY MR. POUNIAN)  Do you recall

20   that in 1993 there was a Ministry of Islamic

21   Affairs formed by the government of

22   Saudi Arabia?

23           A.      Yeah, I recall that.

24           Q.      And do you recall at that time,

This Transcript Contains Confidential Material

Page 35

1    after that time, while you were at the

2    embassy, working with any officials within

3    the Ministry of Islamic Affairs?

4          A.      No.

5          Q.      Were there representatives of

6    the Ministry of Islamic Affairs at the

7    embassy in Washington while you were in

8    Washington?

9          A.      Yes.

10          Q.      And who were the

11    representatives of the Ministry of Islamic

12    Affairs in Washington at that time?

13          A.      During my time, the one who

14    really established the office, a gentleman, a

15    man, his name was Saleh.

16          Q.      And did he have a staff?

17          A.      I think yes.

18          Q.      And who else can you recall was

19    working in that office headed by Mr. Saleh?

20          A.      I forget all the names.

21          Q.      And was Mr. Saleh eventually

22    replaced by anyone else that you can recall?

23          A.      I left the embassy when he was

24    the chairman.  I am not aware of the others.

This Transcript Contains Confidential Material

Page 36

1          Q.     So you have no recollection
2    yourself as you're sitting here today of any
3    person who worked for the Ministry of Islamic
4    Affairs at the embassy in Washington for --
5          A.     Just --
6          Q.     I'm just -- let me finish.
7          A.     Go ahead.
8          Q.     -- other than Mr. Saleh?
9          A.     I could now imagine some faces,
10   but I can't recall the names, honestly.
11         Q.     Did you know Khalid
12   al-Sowailem?
13         A.     Yes.
14         Q.     And who was Khalid al-Sowailem?
15         A.     I heard he was the person who
16   came after Saleh, but I never interacted with
17   him.
18         Q.     And he would have come in
19   around the -- you said around 1996; is that
20   correct?  Mr. al-Sowailem?
21              MR. SHEN:  Objection to form.
22              THE WITNESS:  I don't know.
23         Q.     (BY MR. POUNIAN)  Well, you
24   said he came in around the time you left.

This Transcript Contains Confidential Material

Page 77

 1          Q.     And you said you called the

 2    deputy minister of Islamic Affairs

 3    department.

 4          A.     Yes.   To inform about it.

 5          Q.     And who was that person that

 6    you spoke with?

 7          A.     His eminence Sheik Abdul Aziz

 8    al-Ammar.

 9          Q.     And where is he located?

10          A.     In Riyadh, Saudi Arabia.

11          Q.     And why did you call him?

12          A.     I was concerned about the

13    mosque.

14          Q.     I understand that, but why did

15    you call him as opposed to someone else

16    within the government?  What was -- what was

17    the reason you called him out of all the

18    people in the government?

19          A.     First, because I know him.  We

20    were colleague in the university.  Graduated

21    the same day from the university and back

22    home in Kingdom of Saudi Arabia.

23                 Second, he was the deputy

24    minister for Islamic affairs abroad.

This Transcript Contains Confidential Material

Page 78

1    International issues.

2         Q.    Did there come a time when you

3    expelled Thumairy from the mosque?

4         A.    Fahad Thumairy wasn't expelled

5    from the mosque.

6         Q.    Was he given any instructions

7    or any directions to limit certain

8    activities?

9         A.    Yes.

10        Q.    And what instructions was he

11   given?

12        A.    Instruction was from me talking

13   to him that I wanted him to be -- not to host

14   Saudis, particularly when they come to the

15   mosque, without permission from me.

16             Those who comes for preaching,

17   particularly those who come for preaching,

18   say those who come who claim that they're

19   preaching, I don't want you to host them at

20   the mosque without permission.

21        Q.    And when did you give that

22   instruction to Fahad al-Thumairy?

23        A.    My recollection was in

24   August 19th -- 2001.

This Transcript Contains Confidential Material

1          Q.      And before 9-11; is that
2    correct?
3          A.      Before 9-11, yeah.
4          Q.      And you were in Los Angeles at
5    the time?
6          A.      I was in Los Angeles.
7          Q.      And why did you give Fahad
8    al-Thumairy those instructions?
9          A.      That's really interesting.
10   Because there were three guys came visiting.
11   I met with them at the mosque, by chance.  I
12   asked them when did they arrive.  They told
13   me three days ago.  Then I really try to host
14   them for dinner.  They said okay.  We'll talk
15   with Fahad al-Thumairy.  And I said, did you
16   meet with Fahad al-Thumairy?  They said yes.
17                  Anyway, just because of my
18   curiosity as a Saudi, and no one goes to
19   tuition at kingdom of Saudi Arabia that there
20   was really -- they were sigma of young and
21   sigma of preachers who were extremists.
22                  I noticed that those guys were
23   not -- I mean, I was just surprised three who
24   are coming, if they were coming officially,

This Transcript Contains Confidential Material

Page 98

1        Q.    (BY MR. RAMIREZ)  Join, but you
2   may answer if you understand.
3        A.    Your question again?
4        Q.    Did you have an understanding
5   that when he was giving prayers at the mosque
6   or working at the mosque, that he was being
7   paid by Saudi Arabia?
8        A.    He was a student.  That's my
9   understanding.
10       Q.    So am I correct, sir, that what
11   you're saying is that his work at the mosque,
12   what he was doing at the mosque, had nothing
13   do with his employment by Saudi Arabia?
14            MR. SHEN:  Objection to the
15        form.
16            THE WITNESS:  That's my
17        understanding.  He was a volunteer at
18        the masjid; at the mosque.
19       Q.    (BY MR. POUNIAN)  So he was not
20   working for Saudi Arabia when he was at the
21   mosque; is that right?
22            MR. SHEN:  Objection --
23            THE WITNESS:  That's my
24        understanding.

This Transcript Contains Confidential Material

Page 99

```
 1                    MR. SHEN:  -- to the form.
 2            Q.    (BY MR. POUNIAN)  Now, you said
 3     that before, that the main -- you called him,
 4     Mr. Shuaib, the main Imam at the mosque?
 5            A.     Yes.
 6            Q.     Were there other imams at the
 7     mosque?
 8                    MR. RAMIREZ:  Objection as to
 9            form, but you may answer if you
10            understand.
11                    THE WITNESS:  There are two or
12            three for -- you know, three imams who
13            were then imams, not there.  One of
14            them would lead the prayer.
15            Q.    (BY MR. POUNIAN)  So who are
16     the other imams?
17            A.     I can't recall the names.  From
18     the community.  And they are really
19     different, you know.  Every time there is
20     different person living in the neighborhood
21     or even visiting.  Then they will ask him to
22     lead the prayer.
23            Q.     Was Fahad Thumairy ever the
24     imam of the King Fahad Mosque?
```

This Transcript Contains Confidential Material

Page 100

1           A.      He wasn't the imam, but he used

2      to lead the prayer sometimes.

3           Q.      Was he ever considered an imam

4      at the mosque?

5           A.      Others may consider him,

6      because when somebody like him with

7      qualification of Islamic studies, some people

8      immediately called him imam or something, but

9      particularly when he led some prayers.  But

10     it's not to us that he is an imam or

11     something like that.

12          Q.      So you did not consider him the

13     imam at the mosque --

14          A.      Yes.

15          Q.      -- is that correct?

16          A.      That's correct.

17          Q.      Do you recall having

18     discussions with anyone in the Saudi

19     government regarding having the Ministry of

20     Islamic Affairs send imams to work at the

21     mosque?

22          A.      I can't recall any discussion.

23          Q.      Okay.  Do you think you would

24     have ever had such a discussion?

This Transcript Contains Confidential Material

Page 101

```
 1          A.     I -- everything is possible.  I
 2     don't know.
 3          Q.     Was Fahad Thumairy paid by the
 4     King Fahad Mosque?
 5          A.     No.
 6          Q.     Did he receive any money from
 7     the King Fahad Mosque?
 8          A.     Yes.
 9          Q.     And what money did he receive?
10          A.     As a volunteer person,
11     frequently he received some money as
12     compensation for some of his work.  Some of
13     his -- what he did as a volunteer.  Like
14     others.  Volunteers, when they work for
15     something in the mosque, or particularly
16     Ramadan, the month of fasting, if there are
17     many works or something, then there would be
18     some payment for the volunteers.
19                 MR. RAMIREZ:  Would you like
20          him to move his mic?
21          Q.     (BY MR. POUNIAN)  Do you recall
22     telling the 9-11 commission that Fahad
23     Thumairy was part of the leadership of the
24     mosque?
```

This Transcript Contains Confidential Material

Page 261

1          they wrote that he had this title.  He

2          had that title.  So I was surprised.

3          Q.    (BY MR. POUNIAN)  And why were

4    you surprised?

5          A.    Because, to my best knowledge,

6    he was just a student.

7          Q.    So you had no idea that he had

8    any employment relationship with Saudi

9    Arabia?

10              MR. SHEN:  Objection to form.

11              THE WITNESS:  He was an

12          employee in the Ministry of Islamic

13          Affairs -- with the Ministry of

14          Islamic Affairs back home, but not

15          other positions here in the

16          United States.

17          Q.    (BY MR. POUNIAN)  Did you

18    understand that he was working here in the

19    United States for the Ministry of Islamic

20    Affairs?

21          A.    No, I didn't.

22          Q.    I mean, could he have worked

23    for the Ministry of Islamic Affairs in the

24    United States --

This Transcript Contains Confidential Material

Page 262

```
 1              MR. RAMIREZ:  Objection.

 2              MR. SHEN:  Objection as to

 3         form.

 4              THE WITNESS:  I didn't know.

 5         Q.    (BY MR. POUNIAN)  Well, I'm

 6    saying legally, you -- did you understand

 7    that it was not proper for a Saudi government

 8    official to be working in the United States?

 9              MR. RAMIREZ:  Objection as to

10         form.

11              MR. SHEN:  Objection to form.

12         Q.    (BY MR. POUNIAN)  Unless they

13    were a diplomat or unless they had some

14    authority from the U.S. government to do so?

15              MR. RAMIREZ:  Objection to the

16         form.

17              MR. SHEN:  Objection to the

18         form.

19              THE WITNESS:  I didn't know

20         anything about that.

21         Q.    (BY MR. POUNIAN)  Do you recall

22    an occasion in which you met Osama bin Laden?

23         A.    Yes.

24         Q.    And how many times did you meet
```

This Transcript Contains Confidential Material

Page 263

1    Osama bin Laden?

2         A.      One time.

3         Q.      And where was that?

4         A.      In Jeddah.

5         Q.      In Saudi Arabia?

6         A.      In Saudi Arabia.

7         Q.      And how did it -- how did it --

8    strike the question.

9                 Can you tell us the

10   circumstances of that meeting?

11        A.      My best recollection, I was

12   invited for lunch one day, not knowing who

13   would be there, by a friend, and met with

14   him.  You know, he was there.

15        Q.      Who invited you?

16        A.      My boss.  It was Mohammed

17   al-Faisal.

18                He was in Jeddah at that time.

19        Q.      And your boss at Imam

20   University or your boss within the ministry

21   of foreign affairs?

22        A.      He was my boss at the embassy.

23        Q.      Okay.  Your boss at the embassy

24   in Washington DC?

This Transcript Contains Confidential Material

Page 264

1          A.      Washington DC.

2          Q.      And he was giving you --

3    inviting you to this meeting while -- were

4    you both in Jeddah at the time?

5          A.      I was in Riyadh, he was in

6    Jeddah, so I received the call from him,

7    inviting me for a lunch.

8          Q.      And why were you invited to

9    that particular lunch?

10              MR. RAMIREZ:  Objection as to

11         form, but if you know.

12         Q.      (BY MR. POUNIAN)  Were you told

13    why you were invited to that lunch?

14         A.      Yes.  He told me.

15         Q.      What did he tell you?

16         A.      Before, when I arrived, he said

17    there is a -- he said there is a person who

18    was really, to him, is really something, you

19    know, that asked him to meet with him.  The

20    guy asked to meet with this prince, through a

21    friend also that I didn't know.

22              Then he invited me to be with

23    him for assessments after the meeting.

24         Q.      And can you tell us what

This Transcript Contains Confidential Material

Page 265

1    happened at the meeting?  Who was at the

2    meeting other than you and Mr. Bin Ladin?

3          A.     There was a sheikh.  One of the

4    scholars who was also invited without knowing

5    who was their guest.

6          Q.     And when you say he was a

7    scholar, do you mean an Islamic scholar?

8          A.     Yes.

9          Q.     And was he from the -- from the

10   government?

11         A.     No.  He was working with Muslim

12   World League.

13         Q.     And do you recall the name of

14   this Islamic scholar?

15         A.     You want his name?

16         Q.     Yes.

17         A.     His name is Dr. Abdullah

18   Mussala. (Phonetic)

19         Q.     And why was he invited to the

20   meeting?  Do you know?

21         A.     My interpretation because he

22   was a scholar, enlightened scholar, and

23   probably he -- I don't know, really, what it

24   was the cause, but my interpretation, because

This Transcript Contains Confidential Material

Page 266

1    he was a scholar.

2          Q.      Okay.

3          A.      In Islamic issues.

4          Q.      So can you tell us what was

5    said at the meeting to the best of your

6    recollection?

7          A.      Yes.  When Bin Laden came, he

8    immediately mentioned that he first of all

9    doesn't recognize Saudi Arabia, he doesn't

10   want to use -- he didn't want to -- he asked

11   the prince, in August, you are a prince, but

12   I'm not recognizing your family as royal

13   family.  I'm not recognizing, he said, that

14   king as a king.  I'm not recognizing the

15   crown prince as a crown prince.  So I was

16   just name you.  I will talk by names, Fahad,

17   Abdullah and you, the prince, Mohammed.

18                He said the prince why?  He

19   said, because I don't recognize that, this

20   government instrument.

21                Then he started talking, he

22   said, my purpose of asking this meeting is to

23   facilitate to meet with one of your uncles,

24   King Fahad or Abdullah.  That was his

This Transcript Contains Confidential Material

Page 267

1    request.

2          Q.    When was this meeting?

3          A.    At the end of my recollection,

4    this recollection, it was at the end of

5    August 1990.

6                One month -- about one month

7    after the invasion of Saddam Hussein, the

8    president of Iraq, his invasion of Kuwait.

9    To Kuwait.

10         Q.    And who is Prince Mohammad bin

11   Faisal?

12         A.    As I mentioned to you, he was

13   the director of Islamic affairs department at

14   the embassy.

15         Q.    And was he the son of King

16   Faisal?

17         A.    No.

18         Q.    Do you recall telling the 9-11

19   Commission that the mosque needed permission

20   from the consulate to perform a wedding?

21               MR. RAMIREZ:  Object as to

22         form, but you may answer if you know.

23               THE WITNESS:  Consul general

24         asked Sheikh Shuaib, based on what he

This Transcript Contains Confidential Material

Page 268

```
 1          told me, that kindly not to perform
 2          marriages for Saudis without -- not
 3          permission, but without the knowledge
 4          and the acknowledgment of the
 5          consulate.  It was a request, kind
 6          request.
 7                 MR. POUNIAN:  I'd like to take
 8          a break, but I want to ask a question
 9          first that requires us to use an FBI
10          document.  So why don't I do that now.
11          Why don't the people that don't have
12          the okay, leave the room.
13                 People on the phone, anyone who
14          does not have the approval to see the
15          FBI documents.
16                 MS. CAPONE:  When should we
17          dial back in?
18                 MR. POUNIAN:  In about 15
19          minutes.
20                 MS. CAPONE:  Okay.  3:15.  All
21          right.  Well, you guys, 3:15.  I'll
22          dial back in at that time.  Thanks.
23                 MR. COTTREAU:  I'm just going
24          to note my absence for the record with
```

This Transcript Contains Confidential Material

Page 361

1          Q.     (BY MR. CARTER)  Dr. Khalil, I
2    just have a few more questions.
3               You testified earlier that you
4    had been delegated for a number of years from
5    the Imam Mohammed Ibn Saud University to the
6    embassy in Washington; correct?
7          A.     Yes, sir.
8          Q.     And during that period, did you
9    encounter a man named Abdullah bin Laden at
10   all?
11         A.     I can't recall.
12         Q.     You don't know whether there
13   was a person named Abdullah bin Laden who,
14   like you, had been delegated from Imam
15   Mohammad Ibn Saud University to the embassy?
16         A.     I don't know about him.
17         Q.     You don't know who he is?
18         A.     I don't know who he is.
19               MR. CARTER:  That's all I have.
20         Thank you.
21               THE WITNESS:  Anytime.
22                CROSS EXAMINATION
23   BY MR. SHEN:
24         Q.     Good afternoon, Dr. Khalil.

This Transcript Contains Confidential Material

Page 362

1          A.      Good afternoon, Mr. Shen.

2          Q.      My name is Andy Shen.  I'm the

3     lawyer for the Kingdom of Saudi Arabia.  I

4     have just a few questions for you and we'll

5     get you on your way this afternoon.

6          A.      Thank you.

7          Q.      The plaintiffs in this lawsuit

8     have made an allegation that senior Saudi

9     officials provided instructions to Fahad

10    al-Thumairy and Omar al-Bayoumi to assist the

11    two California hijackers, Nawaf al-Hazmi and

12    Khalid al-Mihdhar.  Do you have any

13    information whatsoever that any senior Saudi

14    official provide any instruction to Thumairy

15    to assist the two California hijackers?

16         A.      No.

17         Q.      Do you have any information

18    whatsoever that Fahad al-Thumairy provided

19    instructions to anybody else to assist the

20    two California hijackers?

21         A.      No, sir.

22         Q.      Do you have any information

23    whatsoever that any senior Saudi official

24    instructed Omar al-Bayoumi to assist the

This Transcript Contains Confidential Material

Page 363

```
 1    California hijackers?

 2          A.      No, sir.

 3          Q.      Do you have any information

 4    that Omar al-Bayoumi instructed anybody to

 5    assist the California hijackers?

 6          A.      No.

 7          Q.      Are you aware of any Saudi

 8    support whatsoever to the California

 9    hijackers?

10          A.      No.

11          Q.      Are you aware of any support

12    that Muhanna -- strike that.

13                  Are you aware of any

14    instruction from any senior Saudi official

15    that Mohammed al-Muhanna was to assist the

16    California hijackers?

17          A.      Can you read again the

18    question?  Because she was coughing.  I

19    couldn't get it.

20          Q.      Are you aware of any

21    instruction provided by a senior Saudi

22    official to Mohammed al-Muhanna to assist the

23    two California hijackers?

24          A.      No, I didn't know anything
```

This Transcript Contains Confidential Material

Page 364

1   about it.

2          Q.      Are you aware of any

3   instructions that al-Muhanna provided to

4   anybody to assist the two California

5   hijackers?

6          A.      I don't know.

7          Q.      Are you aware of any assistance

8   that al-Muhanna provided to the two

9   California hijackers?

10         A.      I'm not aware of that.

11         Q.      You were asked certain

12  questions today about Ismail Mana.  Do you

13  have any information about any instructions

14  that Mr. Mana was given by senior Saudi

15  officials to assist the two hijackers?

16         A.      Not at all.

17         Q.      Do you have any information

18  that Mr. Mana instructed anybody else to

19  assist the two hijackers?

20         A.      No, I don't.

21         Q.      Do you have any information

22  that Mr. Mana assisted the two hijackers in

23  any way, shape, or form?

24         A.      No, I don't.

This Transcript Contains Confidential Material

Page 365

1          Q.    Now, plaintiffs have made the

2     allegation that the King Fahad Mosque was

3     somehow used as a conduit by the Kingdom of

4     Saudi Arabia to assist the two California

5     hijackers.  Is there any truth to that

6     allegation?

7                    MR. POUNIAN:  Objection to the

8          question.

9                    THE WITNESS:  No truth.

10          Absolutely false.

11          Q.    (BY MR. SHEN)  I'm going to ask

12     you to take out some of the exhibits that we

13     looked at earlier today.

14                    If you could, sir, take out

15     Exhibit 194.

16                    Exhibit 194, Bates stamped KFM

17     420.  This is a letter from yourself dated

18     July 12, 1995, to Prince Abdul Aziz.  Do you

19     see that?

20          A.    Yes.  Just give me a second,

21     please.

22                    [Document review.]

23          Q.    (BY MR. SHEN)  The second

24     paragraph of Exhibit 194, plaintiffs' counsel

This Transcript Contains Confidential Material

Page 366

1    asked you to look at language that says:   I

2    would like to inform you that this foundation

3    is the extension of the activities of the

4    kingdom and is a part of its organizations.

5              Do you see that language?

6         A.    Yes.

7         Q.    And you testified that this

8    foundation is the Ibn Taymiyyah Foundation;

9    correct?

10        A.    Yes.

11        Q.    Of which you're the chairman;

12   correct?

13        A.    Yes.

14        Q.    And the statement that the Ibn

15   Foundation is part of its organizations, was

16   the Ibn Taymiyyah Foundation part of the

17   Kingdom of Saudi Arabian government?

18        A.    It is not part of Saudi Arabia

19   government.

20        Q.    In fact, the Ibn Taymiyyah

21   Foundation is completely independent of the

22   Saudi Arabian government; correct?

23        A.    That's correct.

24        Q.    And that was true in 1995;

This Transcript Contains Confidential Material

Page 394

1    Saudi Arabia?

2         A.    That's what I believe -- was

3    told, but I have no idea, one of them that

4    was working.  It just views, these are about

5    issues, political issues, and, you know, we

6    just, we tried in the mosque not to

7    accommodate those people if they have strong

8    views about -- against Saudi Arabia and

9    countries.

10        Q.    Okay.  And your understanding

11   was that those three individuals had strong

12   views against Saudi Arabia?

13        A.    One of them.  I'm not sure

14   about the others.  But one of them said some

15   views in the discussion, and it's really to

16   us not toleratable.

17             MR. SHEN:  I have no further

18        questions.  Thank you very much.

19             THE WITNESS:  Oh, I appreciate

20        it.  Thank you very much.

21             (Khalil Deposition Exhibit 211,

22        Note, Subject: Fahd Al-Thuairy,

23        KSA0000006861, was marked for

24        identification.)

This Transcript Contains Confidential Material

Page 395

1                    [Document review.]

2                    REDIRECT EXAMINATION

3    BY MR. POUNIAN:

4          Q.     Have you seen this document

5    before, sir?

6          A.     No.

7          Q.     Have you seen the information

8    in this document before?

9          A.     Not really.  Not -- no.

10         Q.     No?

11         A.     Yes.

12         Q.     This is a U.S. government

13   document that was prepared as part of the

14   9-11 investigation and produced to the

15   plaintiffs in this litigation.

16         A.     Okay.

17               MR. SHEN:  Objection to the

18         form, objection to the

19         characterization of the document.

20         Q.     (BY MR. POUNIAN)  Now, were you

21   aware, sir, that al-Thumairy and al-Muhanna

22   were believed to have been ordered expelled

23   from the mosque because they had extremist

24   views and cultivated extremist followers?

This Transcript Contains Confidential Material

Page 396

```
 1              MR. RAMIREZ:  Objection to the
 2         form.
 3              MR. SHEN:  This goes beyond the
 4         scope of the cross.
 5              THE WITNESS:  Should I answer?
 6              MR. RAMIREZ:  Yes, you can
 7         answer.
 8              THE WITNESS:  They were not
 9         really expelled from the mosque.  None
10         of them was expelled from the mosque.
11         They were -- Muhanna was asked not to
12         conduct meetings, activities, or
13         teaching or meeting people or asking
14         them or making the mosque like a point
15         for him to meet other people.  That's
16         what happened.
17         Q.    (BY MR. POUNIAN)  Do you recall
18    that they were categorized as extremists
19    within the mosque?
20              MR. RAMIREZ:  Objection as to
21         form.  Assumes facts not in evidence,
22         but you can go ahead and answer if you
23         know.
24              MR. SHEN:  Objection, beyond
```

This Transcript Contains Confidential Material

Page 397

```
 1           the scope.
 2                   THE WITNESS:  Can you repeat
 3           the question?  I couldn't understand
 4           it.
 5           Q.     (BY MR. POUNIAN)  Do you recall
 6      that there were followers of Thumairy and
 7      Muhanna within the mosque, persons who
 8      followed them as -- as Islamic believers,
 9      they viewed them -- they were followers of
10      them within the mosque?
11                   MR. RAMIREZ:  Objection as to
12           form.
13                   MR. SHEN:  Objection to form.
14           Objection to the scope.
15                   THE WITNESS:  I can't answer
16           this question.  I didn't know who is
17           following whom.
18           Q.     (BY MR. POUNIAN)  Okay.  So are
19      you aware of any followers of al-Thumairy and
20      al-Muhanna within the mosque?
21           A.     No, I didn't.
22                   MR. SHEN:  Objection to the
23      form, objection to scope.
24                   THE WITNESS:  No, I didn't
```

This Transcript Contains Confidential Material

Page 398

1    know.

2         Q.    (BY MR. POUNIAN)  Did you

3    provide this information to the FBI?

4              MR. SHEN:  Objection.

5              THE WITNESS:  Did I --

6              MR. RAMIREZ:  Hold on.

7         Objection as to form.  Assumes facts

8         not in evidence, but provide an

9         answer.

10             MR. POUNIAN:  Objection.

11             THE WITNESS:  No answer.

12             MR. RAMIREZ:  No, you can

13        answer if you know.

14             THE WITNESS:  Question again?

15        Q.    (BY MR. POUNIAN)  Did you

16   provide any of the information that's in this

17   document to the Federal Bureau of

18   Investigation?

19        A.    I can't recall.

20        Q.    You can't recall?

21        A.    Yeah.

22        Q.    So it's possible that you did

23   provide some of this information to them?

24             MR. SHEN:  Objection to form.

This Transcript Contains Confidential Material

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS      )    03-MDL-1570 (GBD) (SN)

ON SEPTEMBER 11, 2001         )

                              )

— — —

Friday, June 14, 2019

— — —

THIS TRANSCRIPT CONTAINS
CONFIDENTIAL MATERIAL

Redacted

— — —

Videotaped Deposition of KHALIL al-KHALIL, held at 801 S. Figueroa Street, 15th Floor, Los Angeles, California, commencing at 9:09 a.m., on the above date, before Debra A. Dibble, Certified Court Reporter, Registered Diplomate Reporter, Certified Realtime Captioner, Certified Realtime Reporter and Notary Public.

— — —

GOLKOW LITIGATION SERVICES 877.370.DEPS | fax
917.591.5672 deps@golkow.com

This Transcript Contains Confidential Material

Page 418

```
 1                      ERRATA

 2     PAGE   LINE   CHANGE

 3      12     19    Because of parking violation

 4            REASON:   missing words

 5      13     4        concept

 6            REASON:    missing word

 7      14     6     Ph.D.

 8            REASON:   missing word
 9      18     13    an advisor

10            REASON:   missing word

11      37     17    bin Faisal

12            REASON:  name correction

13      44     20      from 2005-2009

14            REASON:   dates not written correctly
15      49     7       not obligated

16            REASON: "delegated" mistakenly written

17      58     1    no opportunity

18            REASON:   the word "no" was left out

19      67     16     work in the country like others

20            REASON:    missing word

21     107     12    but I mean he met with them

22            REASON:   missing word

23     143     5       Muhammad ibn Abdul Wahhab

24            REASON:   name correction
```

Golkow Litigation Services - 1.877.370.DEPS

This Transcript Contains Confidential Material

Page 418 (b)

```
1                        ERRATA

2     PAGE  LINE  CHANGE

3     146    23   picture on the wall

4            REASON:  remove the word "but"

5     156    5    letter from the donor's office

6            REASON:   missing word

7      23    24        visitors

8            REASON:   visitors instead of settlers

9     164    14        discussions

10           REASON:   missing word

11    174    18        Muhammad ibn Al-Saud

12           REASON:   mistake in name

13     176   13   I didn't know if he was assigned

14           REASON:       missing "if"

15    178    3          from princes

16           REASON:   princes instead of "Brunei"

17    181    20   based on that decision

18           REASON:  decision, not selection

19    187    14   all of the members

20           REASON:  missing word

21    187    16        unanimous

22           REASON:   missing word

23    189    11        be against

24           REASON:   missing word
```

This Transcript Contains Confidential Material

Page 418 (c)

```
 1                        ERRATA

 2     PAGE   LINE   CHANGE

 3     209    21      one who started the discussion

 4            REASON: missing word

 5     224    21      Islamic Foundation

 6            REASON:  Islamic instead of Islam

 7     225    17      to be on the board of trustees

 8            REASON:    missing words

 9     226    6     can't remember the date

10            REASON: missing words

11     236    9      the board instructed management not
to led him teach or lead prayers

12            REASON:   clarity

13     237    12      we know his kids

14            REASON:  missing word

15     238    6     we asked him

16            REASON:  not we ask you

17     238    21     should not go to school

18            REASON:  add "not"

19     246    20    institution

20            REASON: institution instead of instrument

21     266    24     uncles Fahad or Abdullah

22            REASON: without word "King"

23     281    14     smooth

24            REASON:   smooth instead of sooth
```

This Transcript Contains Confidential Material

Page 418 (d)

1                                ERRATA

2      PAGE   LINE   CHANGE

3      288_   19___  _my colleagues_____
              REASON:·my colleagues instead of Islam
4              college

5      289    9__    ___our foundation_____

6       .     REASON: _our instead of some_____

7      294_   7__    _endowment_____

8              REASON: endowment instead of government

9      294_   6___   just nearby_____

10             REASON: _remove "not"_____

11     294_   13__   _____Yes_____

12             REASON: __Yes instead of No_____

13     299_   11__   _I just noticed_____

14             REASON: _missing word_____

15     316_   22__   second time_____

16             REASON: _time instead of point_____

17     336_   16_   _to build for them_____

18             REASON: _missing words_____

19     337    9__    to oversee_____

20             REASON: __oversee instead of see_____

21     346_   4_   run into_____

22             REASON: _run into instead of plan_____

23     347_   1___   scholar_____

24             REASON: scholar instead of cattle

This Transcript Contains Confidential Material

Page 419

1       ACKNOWLEDGMENT OF DEPONENT

2

3

4           I, KHALIL AL-KHALIL, do hereby
        certify that I have read the foregoing pages
5       and that the same is a correct transcription
        of the answers given by me to the questions
6       therein propounded, except for the
        corrections or changes in form or substance,
7       if any, noted in the attached
        Errata Sheet.

8

9

10

11

12      _____        7/9/14
        KHALIL AL-KHALIL                 DATE

13

14

15      Subscribed and sworn to before me this
16      _____ day of _____, 20 _____.
17      My commission expires: _____
18
19      _____
20      Notary Public
21
22
23
24