# EXHIBIT 55



## COUNTY OF SUFFOLK
## COMMONWEALTH OF MASSACHUSETTS

October 5, 2023

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

KSA0000001739

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

_Benardette McEvoy_
Benardette McEvoy
Assistant Production Manager
Linguistic Systems, Inc.

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

Form OPS-QF-008 (rev.1)

| Kingdom of Saudi Arabia Ministry of Islamic Affairs, Endowments, Preaching, and Guidance | In the name of God, the Merciful, the Benevolent [Ministry logo] | Number: 8/2/167 Date: 9/1/1422H [April 3, 2001] Attachments: 3 |
|---|---|---|

Subject: Extending Employee's Foreign Work Assignment

| Name: Fahad Ibrahim Abdullah al-Thumairy | Job: Preacher |
|---|---|
| Rank and Number: 9/91 | Dept.: Office of Preaching in America |

Administrative Decision number 167 dated 9/1/1422H [April 3, 2001]
**The Undersecretary for Administrative and Technical Affairs,**
**With the authority that he holds;**

And further to issued decision number 20556 dated 26/10/1421H [Jan. 21, 2001] which terminated the foreign preaching assignment of the employee whose name and employment information are listed above; and based on the approval of the minister dated 6/1/1422H [March 31, 2001] and noted on Cable No. 501/9/12 of 2/1/1422H [March 27, 2001] from His Royal Highness the Ambassador of the Custodian of the Two Holy Mosques to the United States of America, to extend the employee's assignment for two more years; and in compliance with the provisions of the law;

**Has decided the following:**

1. To extend the assignment of the employee whose name and employment information are listed above to work as an imam at King Fahd Mosque in Los Angeles from 4/1/1422H [March 29, 2001] to the end of the day on 3/1/1424H [March 6, 2003].
2. This decision shall be communicated to the Employee Affairs Directorate/Archive Department to be kept in his file.

[signatures]

Undersecretary for Administrative and Technical Affairs

Saud Bin Abdullah Bin Talib

C. to my office
C. to the Undersecretary for Mosque Affairs, Preaching, and Guidance
C. to Directorate of Preaching Abroad
✓ C. to archive and original for his file
C. to Hiring/al-Nassar     C. to the named individual
(foreign assignment of an employee) al-Otaibi

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

KSA0000001739

بسم الله الرحمن الرحيم




الرقم: أ.ع/١/...
التاريخ: ٩/١/١٤٢٢هـ
المشفوعات: ٣

المملكة العربية السعودية
وزارة الشؤون الإسلامية
والأوقاف والدعوة والإرشاد

الموضوع: تمديد إيفاد موظف للعمل بالخارج

| الاسم: فهد بن إبراهيم بن عبدالله التميري | الوظيفة: داعية |
| المرتبة والرقم: ٩/٩١ | الجهة: مكتب الدعوة في أمريكا |

القرار الإداري ذو الرقم ١٦٠١ المؤرخ في ٩/١/١٤٢٢هـ

أن وكيل الوزارة للشؤون الإدارية والفنية

بناءً على ماله من صلاحيات.

والحاقاً للقرار الصادر برقم ٢٠٥٥٦ بتاريخ ١٤٢١/١٠/٢٦هـ المتضمن إنهاء إيفاد الموظف الموضح اسمه وبياناته أعلاه وبناء على موافقة معالي الوزير شرحاً بتاريخ ١٤٢٢/١/٦هـ على برقية صاحب السمو الملكي سفير خادم الحرمين الشريفين بالولايات المتحدة الأمريكية ذات الرقم ٥٠١/٩/١٢ المؤرخة في ١٤٢٢/١/٢هـ على تمديد إيفاده لمدة سنتين، وتمشياً مع أحكام النظام.

يقرر مايلي:

١. تمديد إيفاد الموضح اسمه وبياناته للعمل إماماً بمسجد خادم الحرمين الشريفين بلوس انجليس اعتباراً من ١٤٢٢/١/٤هـ الى نهاية يوم ١٤٢٤/١/٣هـ.

٢. يبلغ هذا القرار لإدارة شؤون الموظفين/قسم الأرشيف للحفظ بملفه.

وكيل الوزارة للشؤون الإدارية والفنية

سعود بن عبدالله بن طالب

ص/للمكتبي
ص/لفضيلة وكيل الوزارة لشؤون المساجد والدعوة والإرشاد
ص/لإدارة الدعوة في الخارج
ص/لمكتب الدعوة في أمريكا لإبلاغه
ص/للأرشيف مع الأساس لملفه
ص/للتوظيف/النصار   ص/للمذكور
(إيفاد موظف) العتيبي

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000001739