# EXHIBIT 57



**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

October 5, 2023

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

**KSA0000008651**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

*Benardette McEvoy*
Benardette McEvoy
Assistant Production Manager
Linguistic Systems, Inc.

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

Form OPS-QF-008 (rev.1)

In the Name of God, the Most Merciful the Most Gracious

Kingdom of Saudi Arabia
Ministry of Higher Education
Imam Mohammad Ibn Saud Islamic University
Employee Affairs – Pay

No: 10                              Date:   /   /141 H                  Attachments:

265

**Administrative Decision No. 14021 dated 25/3/1419H [July 20, 1998]**

- The Director General of Faculty and Employee Affairs at Imam Mohammad Ibn Saud Islamic University;
- Based on paragraph b-7 of Clause 10 of the Authorities;
- And as a follow-up to Administrative Decision no. 2553 dated 21/4/1417H [Sep. 5, 1996] to extend the foreign mission of the below employee to work in Islamic Affairs at the Embassy of the Custodian of the Two Holy Mosques in Washington for one year starting on 11/4/1418H [Aug. 15, 1997];
- And based on the university's objectives and mission statement as adopted in Article 1 of its charter.
- And based on Letter No. 36 dated 8/3/1419H [July 3, 1998] from the Vice President of Islamic Affairs at the Embassy of the Custodian of the Two Holy Mosques in Washington, containing a request to extend his foreign mission;
- And per the directions of the Rector of the University to approve the extension for one year;
- And as required by Law;

**Has decided the following:**

1. To extend the foreign mission of the employee whose name, rank, and salary are shown below to work in Islamic Affairs at the Embassy of the Custodian of the Two Holy Mosques in Washington for one year starting on 11/4/1419H [Aug. 4, 1998].

| Name | Rank | Salary | Representation Allowance | Employer |
|---|---|---|---|---|
| Mosaed bin Ahmad Al Jarrah | 9 | 7990 | 8100 | Planning and Budget Directorate |

2. All relevant offices will adopt and apply this decision.

[two signatures]

Director General
Faculty and Employee Affairs
[signature]
Abdulrahman Bin Mohamed Al Jabir

[illegible]
Original for his file
Copy to each of the following:
- Office of the Rector of the University
- Islamic Affairs at the Embassy of the Custodian of the Two Holy Mosques in Washington
- Director General of Planning and Budget Directorate, for information
- Director General of Foreign Relationships, for information
- File on assignees to the Muslim world
- Finance Directorate - Pay
- Reviewer Abdullah Assiri         - for filing

KSA0000008651

