# EXHIBIT 58

# Certification of Translation

**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

October 5, 2023

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

KSA0000008652

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

_Benardette McEvoy_
Benardette McEvoy
Assistant Production Manager
Linguistic Systems, Inc.

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

Form OPS-QF-008 (rev.1)

|  |  |  |
|---|---|---|
| Kingdom of Saudi Arabia | In the Name of God, the Most Merciful the Most Gracious | No.: 10 |
| Ministry of Higher Education | [University seal] | Date: |
| Imam Mohammad Ibn Saud Islamic University |  | Attachments: |
| Office of the Rector |  |  |

263

**Administrative Decision No. 1184 dated 7/5/1420H [Aug. 18, 1999]**

- The Rector of Imam Mohammad Ibn Saud Islamic University;
- Per the powers vested in him;
- And as a follow-up to Administrative Decision No. 1402 dated 25/3/1419H [July 20, 1998] to extend the foreign mission of the below employee to work in Islamic Affairs at the Embassy of the Custodian of the Two Holy Mosques in Washington for one year starting on 11/4/1419H [Aug. 4, 1998];
- And based on the university's objectives and mission statement as adopted in Article 1 of its charter;
- And based on Letter No. 53 dated 24/4/1420H [Aug. 6, 1999] from the Vice President of Islamic Affairs at the Embassy of the Custodian of the Two Holy Mosques in Washington, containing a request to extend his foreign mission;
- And as required by Law;

**Has decided the following:**

1. To extend the foreign mission of the employee whose name, rank, and salary are shown below to work in Islamic Affairs at the Embassy of the Custodian of the Two Holy Mosques in Washington for one year starting on 11/4/1420H [July 24, 1999].

| Name | Rank | Salary | Representation Allowance | Employer |
|---|---|---|---|---|
| Mosaed bin Ahmad Al Jarrah | 9 | 8340 | 8100 | Planning and Budget Directorate |

2. All relevant offices will adopt and apply this decision.

[two signatures]

University Rector
[signed] 5/5/1420H [Aug. 16, 1999]
Dr. Mohamed Bin Saad Al Salim

Al-Abd

Original for his file
Copy to each of the following:
- Office of the Rector of the University
- Islamic Affairs at the Embassy of the Custodian of the Two Holy Mosques in Washington
- Director General of Planning and Budget Directorate, for information
- Director General of Foreign Relationships, for information
- File on assignees to the Muslim world
- Finance Directorate - Pay
- Reviewer Abdullah Assiri
- Archive

بسم الله الرحمن الرحيم

جامعة الإمام محمد بن سعود الإسلامية
المدير

الرقم:
التاريخ:
المشفوعات:

**قرار إداري رقم (١١٨٤) وتاريخ ٧/٥/١٤٢٠هـ**

إن مدير جامعة الإمام محمد بن سعود الإسلامية.
بناءً على الصلاحيات المخولة له.
وإلحاقاً للقرار الإداري رقم (١٤٠٢) وتاريخ ١٤١٩/٣/٢٥هـ القاضي بإيفاد الموظف الموضح أسمه أدناه للعمل في الشؤون الإسلامية بسفارة خادم الحرمين الشريفين بواشنطن لمدة سنة اعتباراً من ١٤١٩/٤/١١هـ.
- وإنطلاقاً من أهداف الجامعة ورسالتها التي نصت عليها المادة الأولى من نظامها.
- وبناءً على خطاب فضيلة نائب رئيس الشؤون الإسلامية بسفارة خادم الحرمين الشريفين بواشنطن ذي الرقم ٥٣ المؤرخ في ١٤٢٠/٤/٢٤هـ المتضمن طلب تمديد إيفاده.
- واستناداً لمقتضيات النظام.

**يقرر مايلي:**

١- تمديد إيفاد الموضح اسمه ومرتبته وراتبه أدناه للعمل بالشؤون الإسلامية بسفارة خادم الحرمين الشريفين بواشنطن لمدة سنة واحدة اعتباراً من ١٤٢٠/٤/١١هـ.

| الاسم | المرتبة | راتب | بدل التمثيل | جهة العمل |
|---|---|---|---|---|
| مساعد بن أحمد الجراح | ٩ | ٨٣٤٠ | ٨١٠٠ | إدارة التخطيط والميزانية |

٢- على الجهات المختصة اعتماد هذا القرار والعمل بموجبه.

مدير الجامعة

د/ محمد بن سعد السالم

الأصل ملفق مع الأستاذ
صورة مع التحية لكل من:
- مكتبنا.
- الشؤون الإسلامية بسفارة خادم الحرمين الشريفين في واشنطن.
- سعادة مدير عام إدارة التخطيط والميزانية بالجامعة.
- فضيلة مدير عام العلاقات الخارجية بالجامعة.
- ملف الموظفين العالي الإسلامي.
- الإدارة المالية.   - الملفات.
- المحقق عبدالله عسيري.
- الملف.

