# EXHIBIT 59



## COUNTY OF SUFFOLK
## COMMONWEALTH OF MASSACHUSETTS

October 5, 2023

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

**KSA0000008653**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

*Benardette McEvoy*

Benardette McEvoy
Assistant Production Manager
Linguistic Systems, Inc.

Linguistic Systems, Inc.

260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com

Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

Form OPS-QF-008 (rev.1)

In the Name of God, the Most Merciful the Most Gracious

| Kingdom of Saudi Arabia | [emblem] | Kingdom of Saudi Arabia |
|---|---|---|
| Ministry of Higher Education | | Ministry of Higher Education |
| Imam Mohammad Ibn Saud Islamic University | | IMAM MOHAMMAD IBN SAUD |
| Office of the Rector | | ISLAMIC UNIVERSITY |
| | | THE RECTOR OFFICE |

No.
Date: 262
Attachments:

### Administrative Decision No. 795 dated 26/3/1421H [June 28, 2000]

- **The Rector of Imam Mohammad Ibn Saud Islamic University;**
- Per the powers vested in him;
- And based on Promotion and Assignment Committee Minutes No. 11 of 1421H [2000] with regards to the recommendation to extend the mission of the faculty member and the employee named below to work in Islamic Affairs in the Embassy of the Custodian of the Two Holy Mosques in Washington for one year;
- And based on the university's objectives and mission statement as stipulated in Article 1 of its charter;
- And as required by Law:

### Has decided the following:

1. To extend the foreign mission of the faculty member and the employee named below to work in Islamic Affairs at the Embassy of the Custodian of the Two Holy Mosques in Washington for one year.

| Name | Rank | Salary | Representation Allowance | Start of Extension |
|---|---|---|---|---|
| Majid Bin Hassan Al Ghishian | Assistant Prof | 15670 | 8100 | 1/4/1421H [July 3, 2000] |
| Mosaed bin Ahmad Al Jarrah | 9 | 8690 | 8100 | 11/4/1421H [July 13, 2000] |

2. All relevant offices will adopt and apply this decision.

[signature]

University Rector
[name stamp]
Dr. Mohamed Bin Saad Al Salim

Khaled/460

Original for University Rector file
Copy to each of the following:
- Islamic Affairs at the Embassy of the Custodian of the Two Holy Mosques in Washington
- Vice Rector for Promotion and Assignment Committee
- Dean of Faculty of Shariah in Riyadh, for information
- Director General of Planning and Budget Directorate, for information
- Director General of Foreign Relationships, for information
- File on assignees to the Muslim world
- Competent employee: Abdullah Assiri
- Pay – Finance Directorate
- ✓ File of assignee: Mosaed bin Ahmad Al Jarrah
- Archive

KSA0000008653

بسم الله الرحمن الرحيم

KINGDOM OF SAUDI ARABIA
MINISTRY OF HIGHER EDUCATION
AL-IMAM MOHAMMAD IBN SAUD
ISLAMIC UNIVERSITY
THE RECTOR OFFICE

المملكة العربية السعودية
وزارة التعليم العالي
جامعة الإمام محمد بن سعود الإسلامية
مكتب المدير

الرقم :
التاريخ :
المشفوعات :

Ref. :
Date. :
Encls. :

قرار إداري رقم (٥٩٥) وتاريخ ٢/٥ /١٤٢ هـ

- إن مدير جامعة الإمام محمد بن سعود الإسلامية .
- بناء على الصلاحيات المخولة له .
- وبناء على ما جاء بالمحضر الحادي عشر للجنة الترقيات والإيفاد لعام ١٤٢١هـ بشأن التوصية بتمديد إيفاد عشر من هيئة التدريس والموظفين الموضح أسماؤهم أدناه للعمل في الشؤون الإسلامية بسفارة خادم الحرمين الشريفين بواشنطن لمدة سنة .
- وانطلاقاً من أهداف الجامعة ورسالتها التي تنص عليها المادة الأولى من نظامها .
- واستناداً لمقتضيات النظام .

يقرر مايلي :

١- تمديد إيفاد عشر من هيئة التدريس والموظف الموضح أسماءهم أدناه للعمل في الشؤون الإسلامية بسفارة خادم الحرمين الشريفين بواشنطن لمدة عام منها :

| م | الاسم | الرتبة | الراتب | بدل تشغيل | بداية التمديد |
|---|-------|--------|--------|-----------|----------------|
| ١ | ماجد بن حسين القحطان | أ. مساعد | ١٥٦٧٠ | ٨١٠٠ | ١٤٢١/٤/١ هـ |
| ٢ | مساعد بن أحمد الجراح | ٩ | ٨٦٩٠ | ٨١٠٠ | ١٤٢١/٤/١١ هـ |

٣- على الجهات المختصة اعتماد هذا القرار والعمل بموجبه .

مدير الجامعة
د. محمد بن سعد السلم

الأصل لملف مدير الجامعة مع الأساس .
صورة مع النسخة لكل من :
- فخامة ...
- الشؤون الإسلامية بسفارة خادم الحرمين الشريفين في واشنطن .
- فضيلة وكيل الجامعة رئيس لجنة الترقيات والإيفاد .
- فضيلة عميد كلية الشريعة بالرياض للحملة .
- سعادة مدير عام إدارة التخطيط والميزانية للحملة .
- سعادة مدير عام العلاقات الخارجية .
- ملف الموفدين للنظام الإسلامي .
- الموظف المختص /عبدالله حسين .
- الملفات – الإدارة المالية .
ملف المزيد / ...
الحافظ .

KSA0000008653