# EXHIBIT 60



**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

October 5, 2023

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

KSA0000008654

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

_Benardette McEvoy_
Benardette McEvoy
Assistant Production Manager
Linguistic Systems, Inc.

**Linguistic Systems, Inc.**
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

Form OPS-QF-008 (rev.1)

54  In the Name of God, the Most Merciful the Most Gracious  504

Kingdom of Saudi Arabia
Ministry of Higher Education
Imam Mohammad Ibn Saud Islamic University
Office of the Rector

257

**Administrative Decision No. 1599 dated 7/5/1422H [July 28, 2001]**
**The Rector of Imam Mohamed Bin Saud Islamic University;**
- Per the powers vested him;
- And as a follow-up to Administrative Decision No. 395 dated 26/3/1421H [June 28, 2000] to extend the foreign mission of the employee Mosaed Ahmad Al Jarrah to work in Islamic Affairs at the Royal Embassy of the Custodian of the Two Holy Mosques in the United States of America for one year from 11/4/1421H [July 13, 2000] through 10/4/1422H [July 1, 2001];
- And based on Cable No. 638 dated 5/4/1422H [June 26, 2001] from the Ambassador of the Custodian of the Two Holy Mosques to the United States of America, containing a request to extend his mission for one year because the Islamic Affairs Department at the Embassy needs his services;
- And based on the university's objectives and mission statement as stipulated in Article 1 of its charter;
- And as required by Law;

**Has decided the following:**
1. To extend the foreign mission of the employee Mosaed Ahmad Al Jarrah to work in Islamic Affairs at the Embassy of the Custodian of the Two Holy Mosques in the United States of America for one year starting on 11/4/1422H [July 2, 2001].
2. All relevant offices will adopt and apply this decision.

[signature]

**University Rector**
[signature]
**Dr. Mohamed Bin Saad Al Salim**

Original for his file with original (2)
Copy with salutations and appreciation to the Embassy of the Custodian of the Two Holy Mosques in the United States of America
- Office
- Director General, Finance Directorate
- File on assignees to the Muslim world
- Competent employee: Abdullah Assiri
- Pay
- Archive

No:                        Date:                        Attachments:

KSA0000008654



بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة التعليم العالي
جامعة الإمام محمد بن سعود الإسلامية
مكتب المدير

**قرار إداري رقم (١٥٩٥/م) وتاريخ ١٤٢٢/٥/٧هـ**

إن مدير جامعة الإمام محمد بن سعود الإسلامية

- بناءً على الصلاحيات المخولة له.
- وإلحاقاً للقرار الإداري رقم ٥٩٣ وتاريخ ١٤٢١/٢/٢٦هـ القاضي بتمديد إيفاد الموظف/ مساعد بن أحمد الخراج للعمل بالشؤون الإسلامية بسفارة خادم الحرمين الشريفين لدى الولايات المتحدة الأمريكية لمدة عام اعتباراً من ١٤٢١/٤/١١هـ إلى نهاية ١٤٢٢/٤/١٠هـ

- وبناءً على الرغبة سفير خادم الحرمين الشريفين لدى الولايات المتحدة الأمريكية رقم ٤٣٠ وتاريخ ١٤٢٢/٥/٥هـ المتضمنة طلب تمديد إيفاده لمدة عام خامس لقسم الشؤون الإسلامية بسفارته إلى حدوده.
- ولطبيعة متطلبات العمل واستمرار المشار إليه في مهامه بالسفارة الإسلامية وإنجازه لعمله بكفاءة عالية.

**نقرر ما يلي:**

١- الموافقة على تمديد إيفاد الموظف/ مساعد بن أحمد الخراج للعمل في الشؤون الإسلامية بسفارة خادم الحرمين الشريفين بالولايات المتحدة الأمريكية لمدة عام خامس اعتباراً من ١٤٢٢/٤/١١هـ.

٢- على الجهات المختصة اعتماد هذا القرار والعمل بموجبه.

**مدير الجامعة**
د. محمد بن سعد السالم