# EXHIBIT 61
## REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

1          UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF NEW YORK
2                    -   -   -
3
4    IN RE: TERRORIST ATTACKS    : 03-MDL-1570
     ON SEPTEMBER 11, 2001       : (GBD)(SN)
5
6
7
                         -   -   -
8                    JUNE 17, 2021
             THIS TRANSCRIPT CONTAINS
9             CONFIDENTIAL MATERIAL
                         -   -   -
10
11
12          Remote Videotaped
13   Deposition, taken via Zoom, of MUSSAED AL
14   JARRAH, commencing at 7:04 a.m., on the
15   above date, before Amanda Maslynsky-Miller,
16   Certified Realtime Reporter and Notary
17   Public in and for the Commonwealth of
18   Pennsylvania.
19
20                   -   -   -
21        GOLKOW LITIGATION SERVICES
         877.370.3377 ph| 917.591.5672 fax
22            deps@golkow.com
23
24

This Transcript Contains Confidential Material

```
 1                    THE WITNESS:  Yes.

 2                    MS. BENETT:  I asked -- the

 3            first question is whether he saw

 4            the name.

 5                    MR. SHEN:  All right.  You

 6            can answer.

 7                    THE WITNESS:  Yes.

 8                    MS. BENETT:  Can we go to

 9            the page prior, Page 5?

10    BY MS. BENETT:

11            Q.    Under where it says,

12    Department, Islamic, do you see Mr.

13    Khalid Al Sowailem's name?

14                    MR. SHEN:  You can answer.

15                    THE WITNESS:  Yes.

16    BY MS. BENETT:

17            Q.    And above that, Dr. Majed Al

18    Ghesheyan?

19                    MR. SHEN:  You can answer.

20                    THE WITNESS:  Yes.

21    BY MS. BENETT:

22            Q.    And you recognize those

23    names as well, correct?

24                    MR. SHEN:  You can answer.
```

This Transcript Contains Confidential Material

1                    THE WITNESS:  Yes, correct.

2    BY MS. BENETT:

3          Q.    And Mr. Sowailem was with

4    the Ministry of Islamic Affairs, wasn't

5    he?

6                    MR. SHEN:  You can answer.

7                    THE WITNESS:  Correct.

8    BY MS. BENETT:

9          Q.    And Dr. Majed Al Ghesheyan

10   was with the Islamic Affairs department,

11   correct?

12                   MR. SHEN:  Objection.  Can

13         you clarify?  Do you mean at the

14         embassy?  Can you clarify, Megan?

15   BY MS. BENETT:

16         Q.    I'm just asking if Mr.

17   Ghesheyan worked for the Islamic Affairs

18   division, if he knows?

19                   MR. SHEN:  At the embassy?

20                   MS. BENETT:  Just generally.

21                   MR. SHEN:  Objection.

22         Vague.

23                   You can answer the question

24         if you understand it.

This Transcript Contains Confidential Material

1              THE WITNESS:  He worked for

2       the embassy.  He worked at the

3       embassy.

4  BY MS. BENETT:

5       Q.   Okay.  And he was on the

6  Islamic floor, correct?

7              MR. SHEN:  Objection to the

8       term "Islamic floor."  Vague and

9       ambiguous.

10             THE WITNESS:  There's no

11      such thing as Islamic floor.

12  BY MS. BENETT:

13      Q.   Okay.  He was on -- he

14  worked on the second floor, didn't he?

15             MR. SHEN:  Objection.

16             You can answer the question

17      whether he worked on the second

18      floor.  And you can answer the

19      question whether you worked on the

20      second floor as well.

21             We can go back to that

22      question.

23             THE WITNESS:  Yes.

24  BY MS. BENETT:

This Transcript Contains Confidential Material

1    A.    Correct.

2    Q.    And directly below that it

3    says, Islamic main line?

4    A.    The number 342-3700,

5    correct, yes.

6    Q.    And this is -- your name is

7    at the bottom of what we can see on the

8    screen here right now.

9         This is the department where

10   you were located, correct?

11   A.    Correct.

12   Q.    And it's also where Mr. Al

13   Sowailem was located, correct?

14        MR. SHEN:  Objection to

15        form.

16        I'm going to instruct you

17        not to testify to anything that

18        you know in your capacity as a

19        diplomatic agent.

20        You can answer otherwise.

21        THE WITNESS:  I know in my

22        diplomatic capacity.

23        MS. BENETT:  Andy, just to

24        be clear, is your position that

This Transcript contains Confidential Material

1           the Vienna Convention is the basis

2           for your telling the witness not

3           to answer with respect to

4           questions about individuals -- the

5           identity of individuals who worked

6           at the embassy, not any of their

7           responsibilities or day-to-day

8           functions?

9                MR. SHEN:  No.  You can ask

10           about identities of individuals

11           who worked at the embassy.  You

12           can't ask about --

13   BY MS. BENETT:

14           Q.    Mr. Jarrah, did Mr. Al

15   Sowailem work at the embassy?

16                MR. SHEN:  You can answer

17           yes or no.

18                THE WITNESS:  Yes, yes.  He

19           worked at the embassy.

20   BY MS. BENETT:

21           Q.    And he was in the Ministry

22   of Islamic Affairs, correct?

23                MR. SHEN:  You can answer

24           yes or no.

This Transcript contains Confidential Material

1                    THE WITNESS:  The Ministry

2          of Islamic Affairs?  You mean he

3          works at the Ministry of Islamic

4          Affairs?

5    BY MS. BENETT:

6          Q.    Correct.

7          A.    Correct.

8          Q.    And Dr. Ghesheyan also

9    worked out of the embassy, correct?

10         A.    Correct.

11         Q.    And he was Islamic Affairs

12   department?

13         A.    Correct.

14         Q.    And if I were to call you

15   there, would I call you directly at

16   944-3137?

17         A.    No.  Mostly the call would

18   be through the operator, 3700.

19         Q.    And then the operator would

20   put me through to you, for example?

21         A.    Correct.

22                MS. BENETT:  We can take

23         that off the screen.

24                Actually, can we leave that

This Transcript Contains Confidential Material

1      up, side by side.  We're going to

2      go on the FBI record, but I want

3      the two documents side by side.

4           VIDEO TECHNICIAN:  One

5      moment.  We're going to go on the

6      FBI record.

7                - - -

8           (FBI Protected Material.)

9                - - -

10          VIDEO TECHNICIAN:  I should

11     have everyone in.  If I forgot

12     anyone by chance, please say

13     something now.  But you should be

14     all set.

15          MS. BENETT:  Can we pull up

16     Exhibit-203?  And go to the last

17     page.

18          MS. INT-HOUT:  I'm sorry,

19     what was the number?

20          MS. BENETT:  It's Exhibit --

21     it might say FBI --

22          MS. INT-HOUT:  Is it a

23     phone --

24          MS. BENETT:  It should be

This Transcript Contains Confidential Material

1        it.

2                MR. SHEN:  I see.  That's

3        just the source of the phone

4        number.  It's not the actual call

5        records?

6                MS. BENETT:  Yes, yes, yes.

7                MR. SHEN:  Okay.  Thank you.

8    BY MS. BENETT:

9        Q.    So, Mr. Jarrah, if you look

10   at Exhibit-762, you'll see there are two

11   pages that list 64 entries, all of which

12   involve phone calls to your 6261

13   number --

14                INTERPRETER MIKHAIL:  Is the

15        question done?

16                MS. BENETT:  No, not yet.

17   BY MS. BENETT:

18        Q.    -- and are calls that were

19   made from a number that is associated

20   with Fahad al-Thumairy.

21                And my question to you is,

22   what did you discuss with Mr. Thumairy?

23                MR. SHEN:  Objection to the

24        premise of the question.

This Transcript Contains Confidential Material

1          You can answer.

2          THE WITNESS:  Honestly, I do

3     not remember these phone calls.

4     There are many phone calls.  I

5     don't remember.

6          What kind of document is

7     this?

8  BY MS. BENETT:

9     Q.   This is a document that

10 lists the number of calls and the dates

11 and times of calls between numbers

12 associated with Mr. Thumairy and your

13 personal cell phone number.

14         And the question is, what

15 did you discuss with Mr. Thumairy?

16         MR. SHEN:  Objection.  If

17    you can make a representation to

18    the witness that you created the

19    document.

20         THE WITNESS:  What I meant

21    is that I don't remember that

22    these calls took place.

23 BY MS. BENETT:

24    Q.   Do you remember ever calling

This Transcript Contains Confidential Material

1    Mr. Thumairy yourself?

2         A.    There was a phone call

3    between us.  Whether he called me or I

4    called him, I don't remember.  But there

5    was a phone call.

6         Q.    Just one phone call?

7         A.    What I know, what I remember

8    is one phone call specifically.  That's

9    what I remember.  I remember this phone

10   call.

11        Q.    When did that phone call

12   happen?

13        A.    I believe it was 2003.  He

14   was in Saudi Arabia and he called from

15   Saudi Arabia.

16        Q.    What stuck out in your mind

17   about that phone call?

18        A.    Because he was in Saudi and

19   he wanted to come back to his job.

20        Q.    Was he having problems

21   getting back?

22        A.    I don't know.

23        Q.    Well, why would he call you

24   to discuss that?

This Transcript Contains Confidential Material

1          A.    His supervisor, who is

2     Khalid Al Sowailem, told him to call me

3     to extend his work.  It's about his work

4     in Saudi.  Because he wants to come back

5     again.  To extend for him.

6          Q.    When you say "to come back,"

7     you mean come back to the U.S.?

8          A.    Correct.

9          Q.    And you said that

10    Sowailem -- Khalid Al Sowailem called

11    you?

12              MR. SHEN:  Objection.

13              Do not testify as to any of

14         your diplomatic functions,

15         including conversations that you

16         had with anyone in your capacity

17         as a diplomat.

18              I'm going to allow you to

19         testify to conversations that you

20         had with Mr. al-Thumairy.

21              THE WITNESS:  My

22         conversation with al-Thumairy,

23         when he was in Saudi Arabia, was

24         not in a personal capacity.  It

This Transcript Contains Confidential Material

1           was in a diplomatic capacity.

2                MR. SHEN:  You can testify

3           as to --

4                MS. BENETT:  Your lawyer

5           actually told you you can answer

6           the questions involving Mr.

7           Thumairy.

8                So let me rephrase this.

9    BY MS. BENETT:

10          Q.   As I understand it from your

11   testimony, Mr. Thumairy reached out, in

12   2003, because he wanted to come back to

13   his job in the U.S.; is that correct?

14          A.   No, I'm sorry.  The phone

15   call was in a diplomatic capacity but not

16   a personal capacity.

17               MR. SHEN:  I'm going to

18          allow you to testify as to your

19          phone call with Mr. Thumairy and

20          what you discussed.

21               THE WITNESS:  (In English)

22          Okay.

23               (Through Interpreter) He

24          called.  He was in Saudi in 2003.

This Transcript Contains Confidential Material

```
1            He wanted to expedite his return
2            to America with the Islamic
3            Affairs.
4                   (In English) With Islamic
5            ministry, not affairs.
6                   (Through Interpreter) With
7            Islamic Ministry.
8  BY MS. BENETT:
9            Q.    He called you -- when in
10 2003 was this?
11           A.    I don't remember.  But I
12 think in 2003.  I don't remember.
13           Q.    Do you remember if it was
14 early in 2003?
15           A.    Unfortunately, I don't
16 remember.
17           Q.    Or the summer of 2003?
18           A.    I told you, I don't
19 remember.
20           Q.    Okay.  So Fahad al-Thumairy
21 was in the Kingdom and he called you
22 because he wanted to come back to his job
23 in the United States within the Ministry
24 of Islamic Affairs, which was run by
```

This Transcript Contains Confidential Material

1  Khalid Al Sowailem.

2        As a result of that call,

3  was Thumairy's delegation extended?

4        MR. SHEN:  Objection to

5        form.

6        You can testify as to your

7        conversations and interactions

8        with Mr. Thumairy.  Do not testify

9        as to any of your other diplomatic

10       work that did not involve your

11       interactions with Mr. Thumairy.

12       THE WITNESS:  I don't know.

13  BY MS. BENETT:

14       Q.    Sorry, I'm not quite sure at

15  this point what you're answering.  Let me

16  ask this within Mr. Shen's parameters.

17       In your interactions with

18  Fahad al-Thumairy in 2003, did you extend

19  his term?

20       A.    Honestly, I don't know.

21       Q.    You don't know if it was

22  extended?

23       A.    Yes, because it doesn't come

24  to me.  I have no relationship to the

This Transcript Contains Confidential Material

1  subject.

2       Q.    Well, why did Thumairy call

3  you, then?

4       A.    He was wondering, and he

5  said that the Ministry of Islamic Affairs

6  took a lot of time in taking the decision

7  of sending him back.  And I told him that

8  he has to contact the Ministry.

9       Q.    When you say "the Ministry,"

10 what do you mean?

11      A.    His Ministry, the Ministry

12 of Islamic Affairs.

13      Q.    Were you and Fahad

14 al-Thumairy friendly?

15      A.    No.

16      Q.    Well, do you have any reason

17 why he thought you were the person to

18 call in 2003?

19      A.    I have no reason.

20      Q.    Did you ever have an

21 opportunity to pray alongside Fahad

22 al-Thumairy?

23      A.    No.  Unfortunately, no.

24      Q.    Did you ever visit the --

This Transcript Contains Confidential Material

1  did you ever pray at the Omar bin

2  El-Khattab Mosque?

3         A.    Where is this?

4         Q.    In Los Angeles.

5         A.    No.

6         Q.    Did you ever have a chance

7  to visit that mosque?

8             MR. SHEN:  Objection.

9         Vienna Convention.  The witness

10        has testified that he did not take

11        any personal trips to Los Angeles.

12            So you can answer the

13        question to the extent that you

14        ever visited that mosque in your

15        personal capacity.  Do not

16        disclose the work that you've done

17        as a diplomatic agent.

18            THE WITNESS:  I answered

19        that one.

20            MS. BENETT:  We can take

21        the -- by the way, we can go back

22        off the FBI record.

23            I just want to be clear,

24        Andy, you're saying that anything

This Transcript Contains Confidential Material

1    the number 202-342-3700?

2         A.    Correct, I see.

3         Q.    And if we could -- and

4    that's -- is that the embassy general

5    number?

6         A.    Yes.

7         Q.    And do you know who would

8    have answered that phone call that day?

9              MR. SHEN:  Objection.

10        Vienna Convention.

11             I'm going to instruct you

12        not to answer.

13             Strike that.  Let me ask a

14        threshold question.

15             Do you have knowledge, one

16        way or another, yes or no?

17             THE WITNESS:  What is the

18        question?  What's the question?

19             MR. SHEN:  The question is,

20        do you have knowledge, one way or

21        another, as to who would have

22        answered that phone call that is

23        being identified on the page; yes

24        or no?

This Transcript Contains Confidential Material

```
1                THE WITNESS:  No.

2    BY MS. BENETT:

3         Q.    Did you ever speak to Omar

4    al-Bayoumi when you were at the embassy?

5         A.    I don't know him.

6         Q.    You never had a phone call

7    with him?

8         A.    Never.

9         Q.    You don't remember -- you

10   don't remember him being put through to

11   talk to you on the phone?

12        A.    Never.

13        Q.    And you never -- you never

14   made a call from your number to Mr.

15   Bayoumi?

16        A.    I don't know him.  I don't

17   know him.

18        Q.    Well, have you heard his

19   name before today?

20        A.    I heard his name, after the

21   September events, from the media.

22        Q.    And what did you hear?

23        A.    What did I hear?  Whatever

24   the press published.
```

This Transcript Contains Confidential Material

1    Q.    Who do you think Omar -- who

2    do you understand Omar Bayoumi to be?

3    A.    I don't know him,

4    unfortunately.

5    Q.    You said that you heard of

6    him through the media, and I'm asking you

7    what your understanding is of who Mr.

8    Bayoumi is, who he was?

9    A.    I don't know him.  But I

10   heard that he was involved, as per what

11   the press published.

12   Q.    When you say "involved,"

13   what do you mean?

14   A.    Like, what the press

15   mentioned.

16   Q.    I'm asking you what that is.

17   A.    I don't have information.

18   Q.    So when you say he was

19   involved, what -- what do you understand

20   that to mean?

21   A.    He was accused.

22   Q.    Of what?

23   A.    Of the September events.

24   Q.    Of doing what?

This Transcript Contains Confidential Material

```
 1          A.    I don't know.

 2          Q.    Mr. Jarrah --

 3          A.    I don't have -- I don't have

 4     details.

 5          Q.    What did you read about him?

 6          A.    That he's accused in the

 7     September 11th attacks.

 8          Q.    Of having done what?

 9          A.    I do not know.  Generally,

10     in a general sense.

11          Q.    Did you ever take a phone

12     call from Mr. Bayoumi when you were at

13     the embassy?

14          A.    I do not know him at all.

15          Q.    Did anybody ever take -- did

16     you ever hear of anybody at the embassy

17     receiving a phone call from Omar

18     al-Bayoumi?

19               MR. SHEN:  Objection.

20          Vienna Convention.  The witness

21          can testify as to any interactions

22          that he had with Mr. al-Bayoumi.

23          You're asking the witness now

24          about knowledge that he gained as
```

This Transcript Contains Confidential Material

1      a diplomatic agent.

2            Mr. Al Jarrah, you can

3      answer the threshold question of,

4      do you have knowledge of the

5      subject matter, one way or

6      another, yes or no?

7            THE WITNESS:  There was no

8      communication between me or him,

9      or any telephone calls.

10           MS. BENETT:  Just to be

11     clear, Andy, your objection now is

12     to any questions that explore Mr.

13     Bayoumi's contact within the

14     embassy; is that right?

15           MR. SHEN:  We're laying the

16     foundation first.  You can ask him

17     whether he has knowledge of it,

18     and then we can ask whether he has

19     knowledge gained through his work

20     through a diplomatic agent, if he

21     has any knowledge.

22           So the threshold question

23     is, does he have any knowledge of

24     calls made from Mr. Bayoumi to the

This Transcript Contains Confidential Material

1   first date of a record is January 27th,

2   1998.

3              MS. BENETT:  And if we go to

4        the last page.

5   BY MS. BENETT:

6        Q.    And the last record is

7   August 15th, 2001.

8              Do you see there are 188

9   records in this document?

10       A.    Yes, I do see it.

11       Q.    Of those 188 phone calls,

12   how many did you participate in?

13             MR. SHEN:  Objection.

14             You can answer if you -- if

15        you know.

16             THE WITNESS:  I have no

17        knowledge.

18   BY MS. BENETT:

19       Q.    When you say you "have no

20   knowledge," are you saying you don't

21   remember?

22             MR. SHEN:  Objection.

23             THE WITNESS:  One more time.

24             (In English) What's the

This Transcript Contains Confidential Material

```
 1         question exactly?
 2              (Through Interpreter) What's
 3         the question exactly?
 4    BY MS. BENETT:
 5         Q.    Which, if any, of those 188
 6    phone calls from Thumairy or Bayoumi did
 7    you participate in?
 8              MR. SHEN:  Objection.  It's
 9         an unfair question.
10              You haven't been shown the
11         entire document.
12              You can answer the question
13         as to any phone calls you remember
14         having with Thumairy or Bayoumi.
15              THE WITNESS:  No, I do not
16         have -- I did not participate in
17         the phone calls.
18    BY MS. BENETT:
19         Q.    So you're saying that you
20    never spoke with Fahad al-Thumairy or
21    Omar al-Bayoumi on the phone?
22         A.    Prior, I did mention that
23    that I spoke with Fahad al-Thumairy.
24              But Omar al-Bayoumi, I did
```

This Transcript Contains Confidential Material

1    not know him, nor did I have any phone

2    calls with him.

3          Q.    And Fahad al-Thumairy, when

4    did you speak with him?

5          A.    The instance that you pulled

6    out my telephone number and Fahad

7    al-Thumairy's number, that was the one

8    instance.

9          Q.    The record of the telephone

10   call that was on Mr. Thumairy's phone

11   bill that I showed you?

12               MR. SHEN:  Objection.

13               If you could just be precise

14        as to the date.

15               MS. BENETT:  And I'm waiting

16        for an answer to the question.

17               MR. SHEN:  Objection.  It's

18        an unfair question.

19               MS. BENETT:  You can answer.

20               MR. SHEN:  You can answer if

21        you understand it.

22               THE WITNESS:  Repeat the

23        question, please.

24               188 calls.  Do you mean that

This Transcript Contains Confidential Material

1          I made those calls?

2    BY MS. BENETT:

3          Q.    These are calls that came

4    into -- or that came from numbers

5    registered to Thumairy or Bayoumi.

6                And my question was, which

7    or how many of those calls from Thumairy

8    or Bayoumi did you participate in?

9                MR. SHEN:  Objection to the

10         mischaracterization of the

11         records.

12               You can answer the question

13         if you understand it.

14               THE WITNESS:  (In English)

15         Hello?

16               MR. SHEN:  We can hear you.

17         Who is translating?

18               INTERPRETER MIKHAIL:  Can

19         you please repeat it?

20               THE WITNESS:  (In English) I

21         dropped.

22               (Through Interpreter) It

23         pertains not to me.

24               MS. BENETT:  Sorry, Rodina,

This Transcript Contains Confidential Material

1          was taken.)

2                    -   -   -

3          VIDEO TECHNICIAN:  We're

4      back on the record.  The time is

5      12:39 p.m.

6                    -   -   -

7          (Whereupon, a discussion off

8      the record occurred.)

9                    -   -   -

10  BY MS. BENETT:

11      Q.    All right, Mr. Jarrah.  I'd

12  like to -- so we left with, when we

13  broke, we were talking about phone calls.

14          MR. SHEN:  We're not on the

15      FBI record right now, Megan.

16          MS. BENETT:  I know.  I'm

17      not saying anything about the

18      content of the calls.  I'm just

19      saying we left discussing phone

20      calls.

21          MR. SHEN:  Okay.

22          MS. BENETT:  I'd like to

23      pull up Exhibit -- you know what,

24      I'm sorry, we're going to have to

This Transcript Contains Confidential Material

1        go on the FBI record.

2              VIDEO TECHNICIAN:  One

3        second.

4                    -  -  -

5              (FBI Protected Material.)

6                    -  -  -

7              VIDEO TECHNICIAN:  Okay.

8        We're all good.

9              MS. BENETT:  Can we go to

10       Exhibit-685?

11             MR. SHEN:  Can you just read

12       off the Bates number, please?

13             MS. BENETT:  FBI 1343.  Go

14       to the Arabic page for the

15       witness.

16   BY MS. BENETT:

17        Q.    Can you see that, Mr.

18   Jarrah?

19        A.    Yes.

20        Q.    Okay.  And do you see this

21   is a letter addressed to you?

22        A.    May I read it?

23        Q.    Yes.

24        A.    Yes, I read it.

This Transcript Contains Confidential Material

1    Q.    Okay.  And this letter is

2    addressed to you; is that correct?

3    A.    As it says.

4    Q.    Okay.  And it's signed by

5    Omar al-Bayoumi, correct?

6    A.    I don't know.

7    Q.    Well, at the bottom, does it

8    say, Your brother, the sign off?

9    A.    Omar son of Ahmed

10   al-Bayoumi.

11   Q.    Okay.  And that is Omar

12   al-Bayoumi, correct?

13   A.    Whatever it says.

14   Q.    Okay.  It says Omar

15   al-Bayoumi, doesn't it?

16   A.    It says Omar al-Bayoumi.

17   Q.    Okay.  And it's a letter

18   addressed to you that says it is in

19   reference to a phone call, correct?

20   A.    Yes.

21   Q.    And it's talking about

22   furniture, Qurans, book and booklets for

23   a mosque in California, right?

24   A.    Like it says.

This Transcript Contains Confidential Material

1   Q.   Well, is that what it says?

2   A.   This is the first time I see

3   this letter.

4   Q.   Okay.  Is that what it says?

5   A.   Yes.

6   Q.   And it is addressed to Mr.

7   Mussaed Al Jarrah, is it not?

8   A.   Like it says, yes.

9   Q.   Okay.

10          MS. BENETT:  And let's go to

11          Exhibit-686.  And that's FBI 1344.

12   BY MS. BENETT:

13   Q.   Is that also addressed to,

14   Kind brother, Mussaed Al Jarrah?

15   A.   Yes, like it says.  Correct.

16   Q.   And it's regarding the

17   opening of the King Fahad Mosque, right?

18   A.   One minute.  Let me read it.

19          (In English) Okay.

20          (Through Interpreter) Yes.

21   Okay.  Yes.

22   Q.   And it is signed by, Your

23   brother, Omar al-Bayoumi, correct?

24   A.   Just like it says.

This Transcript Contains Confidential Material

1    Q.    Okay.  And is that what it

2    says?

3    A.    That's what it says,

4    correct.

5    Q.    Do you remember speaking

6    with Mr. Bayoumi before the opening of

7    the King Fahad Mosque?

8    A.    Not at all.

9    Q.    When --

10   A.    Not at all.

11   Q.    If a request came in for

12   support, such as described in

13   Exhibit-685, would there be a record of

14   that request anywhere?

15   MR. SHEN:  Objection.

16   Vienna Convention.

17   I'm going to instruct the

18   witness not to answer any

19   questions about the records of the

20   embassy.

21   MS. BENETT:  About the what,

22   Andy?

23   MR. SHEN:  About the records

24   of the embassy or its records

This Transcript Contains Confidential Material

1          practices.

2                  MS. BENETT:  Well, I

3          don't -- I'm not asking for the

4          contents of the records.  I'm just

5          asking if this request would have

6          been logged, yes or no?

7                  MR. SHEN:  I'm instructing

8          him not to answer that question.

9                  MS. BENETT:  Andy, are you

10         saying that whether there was a

11         record itself, not the content of

12         the record, whether there was a

13         record itself, falls within your

14         Convention objection?

15                 MR. SHEN:  The diplomatic

16         practices of the embassy fall

17         within that exception.

18                 Let's establish some

19         foundation, though.

20                 Mr. Al Jarrah, you can

21         answer the question yes or no as

22         to whether you have knowledge, one

23         way or the other, as to whether

24         any request would have been

This Transcript Contains Confidential Material

1              When I say "the general

2    area," I mean within that distance,

3    within -- and, again, the drawing might

4    help you orient yourself.

5              But I'm just asking if the

6    folks who are highlighted here were

7    all -- not next to each other, but seated

8    in the same general portion of the second

9    floor?

10             MR. SHEN:  Okay.  All right.

11        Objection.  Vienna Convention.

12             The witness is not going to

13        testify as to where individuals

14        who were working at the embassy

15        were seated.

16             You asked about Mr.

17        Sowailem.  I allowed him to

18        testify, very generally, as to the

19        distance from his office.  And now

20        you're asking additional

21        questions.  It's completely

22        improper.

23             So I'm not going to allow

24        him to testify to questions about

This Transcript Contains Confidential Material

```
 1          layout of the embassy and where
 2          particular offices were.
 3               MS. BENETT:  Obviously, we
 4          disagree, Andy.
 5    BY MS. BENETT:
 6          Q.    Mr. Jarrah, let me ask you
 7    this:  How many people did you work with
 8    in the Islamic Affairs division on the
 9    second floor of the embassy?
10               MR. SHEN:  You can answer
11          that question.
12               THE WITNESS:  The number of
13          people?  How many?
14    BY MS. BENETT:
15          Q.    Correct.
16          A.    I need time to remember.
17               MR. SHEN:  Did we lose the
18          translator?
19               MS. BENETT:  No, I think
20          he's working on the answer, Andy.
21               INTERPRETER AL-HALABI:  The
22          answer was, I need time to
23          remember.  That was his answer.
24    BY MS. BENETT:
```

This Transcript Contains Confidential Material

1    Q.    Are you looking at --

2    A.    (In English) Yes, I'm

3    looking at this.

4    Q.    -- it right now?

5    A.    No more than nine.

6    Q.    And does that include MOIA

7    individuals?

8    A.    What's MOIA?

9    Q.    The Ministry of Islamic

10   Affairs.

11   A.    Can you repeat the question

12   one more time?

13   Q.    So you estimated that there

14   were no more than nine folks --

15   A.    (In English) In Islamic

16   Affairs.

17   Q.    And I was asking did that

18   nine include Ministry of Islamic Affairs

19   or was it only Islamic Affairs division?

20   A.    No, it does not include the

21   Ministry of Islamic Affairs.

22   Q.    And how many more was that

23   on the second floor?

24   A.    I don't know their number.

This Transcript Contains Confidential Material

1        Q.   Was -- you said Mr.
2   Ghesheyan was Islamic Affairs division.
3             How far away from his office
4   was yours?
5             MR. SHEN:  All right.  You
6        can answer that question.
7             This is going to be the last
8        of the layout of the embassy
9        questions that he answers.
10            THE WITNESS:  My office is
11       next to his office.
12  BY MS. BENETT:
13       Q.   And of the names that are
14  highlighted right here, are there any
15  Ministry of Islamic Affairs employees
16  that you knew who are not listed?
17            MR. SHEN:  Objection.
18       Objection.  Vienna Convention.
19            The witness is not going to
20       testify as to personnel who worked
21       in the embassy.
22            THE WITNESS:  I have no
23       knowledge of that.
24  BY MS. BENETT:

This Transcript Contains Confidential Material

1             UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK
2                      -  -  -
3
4    IN RE: TERRORIST ATTACKS    : 03-MDL-1570
     ON SEPTEMBER 11, 2001       : (GBD)(SN)
5
6
7
                       -  -  -
8                  JUNE 18, 2021
                    VOLUME II
9           THIS TRANSCRIPT CONTAINS
              CONFIDENTIAL MATERIAL
10                     -  -  -
11
12
13            Remote Videotaped
14   Deposition, taken via Zoom, of MUSSAED AL
15   JARRAH, commencing at 7:00 a.m., on the
16   above date, before Amanda
17   Maslynsky-Miller, Certified Realtime
18   Reporter and Notary Public in and for the
19   Commonwealth of Pennsylvania.
20
21                     -  -  -
22        GOLKOW LITIGATION SERVICES
         877.370.3377 ph| 917.591.5672 fax
23             deps@golkow.com
24

This Transcript Contains Confidential Material

1    BY MS. BENETT:

2        Q.    Yeah, were you aware of

3    this?

4        A.    No.

5        Q.    You were not -- and were

6    you -- when you were working -- sorry,

7    when you were -- with respect to Mr.

8    Thumairy and the conversation you had in

9    2003, did the two of you discuss the fact

10   that he had been in the United States

11   fraudulently on a visa?

12            MR. SHEN:  Objection to

13        form.

14            THE WITNESS:  I don't

15        understand the question.  This

16        document in front of me mentions

17        2004.

18   BY MS. BENETT:

19       Q.    I'm now asking you about Mr.

20   Thumairy.

21            MR. SHEN:  It's a separate

22        question, Mr. Jarrah.

23            THE WITNESS:  Can you repeat

24        the question?

This Transcript Contains Confidential Material

```
1   BY MS. BENETT:

2        Q.    Sure.

3              Did you and Mr. Thumairy

4   ever discuss the fact that he had been in

5   the United States on a diplomatic visa?

6        A.    No, I don't remember.

7        Q.    When he called you in 2003

8   about trying to get back to the United

9   States, did you discuss his visa status?

10       A.    No.

11       Q.    Did you ever have a

12  conversation with Mr. Thumairy about his

13  visas?

14       A.    I don't remember, no.

15       Q.    And you testified yesterday

16  that when you spoke with Mr. Thumairy in

17  2003, he told you that he had been in

18  touch -- he wanted to come back to the

19  U.S. and had been in touch with Mr.

20  Sowailem.  But he called you as well.

21              Do you remember that

22  testimony?

23       A.    Yes.  He called Al Sowailem,

24  and Sowailem informed me that Thumairy
```

This Transcript Contains Confidential Material

1  will be calling me.  He said, Thumairy

2  will be calling you.

3            And he wanted a

4  recommendation from the embassy for him

5  to go back to his post.

6       Q.    And to do that he got in

7  touch with you?

8       A.    Yes.  Per his manager's

9  instruction.

10           MR. SHEN:  Is that -- whose

11           pinging is that?  Is that a text

12           message or is somebody recording?

13           INTERPRETER MIKHAIL:  That's

14           Marwan telling me he's going to

15           come on in a minute.  I apologize.

16           MS. BENETT:  Rodina, I'm

17           almost done.  Why don't you stay

18           on?  I'm almost finished.  Okay?

19           INTERPRETER MIKHAIL:  No

20           problem.

21  BY MS. BENETT:

22       Q.    I just have a couple more

23  questions for you, Mr. Thumairy.

24            I'm going to go back to your

This Transcript Contains Confidential Material

1    first meeting with the FBI agents.

2            Do you remember talking

3    about that?

4        A.    The FBI agents, when they

5    came and met with me?

6        Q.    Yes.

7        A.    Yes.

8        Q.    Okay.  Do you remember

9    yesterday when we talked you said that

10   they -- and today -- they approached you

11   when you were coming out of your home and

12   heading to your car?

13       A.    They came directly to the

14   house.

15       Q.    And you came out of your

16   house initially when you saw them?

17       A.    I don't remember.

18       Q.    Okay.  ████████████████

19   ███████████████████████████████

20   ██████████

21            ████████████████████████

22       A.    ████████████

23       Q.    ██████████████████████████

24   ███████████████████████████████████████

This Transcript Contains Confidential Material

1                THE WITNESS:  What's the

2        question?

3  BY MS. BENETT:

4        Q.    The question was -- when you

5  said cooperation, I asked -- you said

6  answering the questions, I asked, by that

7  do you mean answering the questions that

8  they posed to you about their

9  investigation?

10       A.    Yes, answer their questions,

11 the questions they were asking to me.

12 Cooperate with them by answering the

13 questions.

14       Q.    I want to ask you about --

15 this is the last couple of questions --

16 about Saleh Hussayen, Saleh Ibn Abdul

17 Rahman Hussayen.

18                Do you recognize that name?

19                MS. BENETT:  I'll put it in

20        the chat.

21                THE WITNESS:  I don't know

22        him.

23 BY MS. BENETT:

24       Q.    You never met that person?

This Transcript Contains Confidential Material

1      A.    No.

2      Q.    Have you ever seen him in

3   D.C.?

4      A.    No.  I don't know him.

5            MS. BENETT:  That's all we

6         have.

7            MR. SHEN:  Do the other

8         defendants have questions?

9            MR. NITZ:  Nothing from us,

10        Andy.

11           MR. SHEN:  All right.

12        Excellent.  I have a few questions

13        for redirect.

14                  -   -   -

15              EXAMINATION

16                  -   -   -

17   BY MR. SHEN:

18      Q.    This is Andy Shen, counsel

19   for Saudi Arabia.

20           Mr. Jarrah, I just have a

21   few questions for you this afternoon.

22           Prior to the 9/11 attacks,

23   sir, had you ever heard the names Khalid

24   al-Mihdhar or Nawaf al-Hazmi?

This Transcript Contains Confidential Material

1          A.     No, not at all.

2          Q.     Prior to the 9/11 attacks,

3     had you heard the names of any of the

4     9/11 hijackers?

5          A.     No, not at all.

6          Q.     Prior to the 9/11 attacks,

7     did you ever discuss Khalid al-Mihdhar or

8     Nawaf al-Hazmi, or any of the 9/11

9     hijackers, with anybody?

10          A.     No, not at all.

11               MR. SHEN:  We need to go on

12          the FBI record, please.

13               VIDEO TECHNICIAN:  One

14          second.

15                    -   -   -

16               (FBI Protected Material.)

17                    -   -   -

18               VIDEO TECHNICIAN:  Everyone

19          should be in.

20               MR. SHEN:  Chris, can you

21          introduce Tab 74?  Bates stamp is

22          FBI 001027.

23                    -   -   -

24               (Whereupon, Exhibit

This Transcript Contains Confidential Material

1          Al Jarrah-787, FBI 1027-1032, was

2          marked for identification.)

3                       -  -  -

4     BY MR. SHEN:

5          Q.    I'm introducing, for the

6     record, Exhibit-787.  It's a document

7     Bates stamped FBI 001027 through FBI

8     1032.

9               Sir, what I'm showing you is

10    a report that was produced by the FBI.

11    It is dated March 20th of 2014.

12               MR. SHEN:  If we could look,

13          please, at the Page FBI 1031.

14    BY MR. SHEN:

15          Q.    There is a heading that

16    says, Synopsis of, and the remainder of

17    the heading is redacted.

18               INTERPRETER AL-HALABI:  I'm

19          sorry, I didn't hear that.

20    BY MR. SHEN:

21          Q.    There's a heading that says,

22    Synopsis of, and the remainder of the

23    heading is redacted.

24               And the paragraph underneath

This Transcript Contains Confidential Material

1  that says that, redacted name, Is an

2  investigation into individuals known to

3  have provided substantial assistance to

4  9/11 hijackers, Nawaf Hazmi and Khalid

5  al-Mihdhar, during their time in

6  California prior to the attacks.  Named

7  subject include Fahad al-Thumairy, Omar

8  al-Bayoumi and Mussaed Al Jarrah.  These

9  subjects provided or directed others to

10 provide the hijackers with assistance in

11 daily activities, including procuring

12 living quarters, financial assistance and

13 assistance in obtaining flight lessons

14 and driver's licenses.

15           Mr. Al Jarrah, did you ever

16 provide any assistance whatsoever to

17 Khalid al-Mihdhar or Nawaf al-Hazmi?

18           MR. HAEFELE:  Objection.

19      Form.

20           THE WITNESS:  No, not at

21      all.

22 BY MR. SHEN:

23      Q.   Did you ever provide any

24 assistance to any of the 9/11 hijackers?

This Transcript Contains Confidential Material

1                    MR. HAEFELE:  Form.

2                    THE WITNESS:  No, not at

3        all.

4    BY MR. SHEN:

5        Q.    Did you ever instruct anyone

6    else to provide assistance to Khalid

7    al-Mihdhar, Nawaf al-Hazmi or any of the

8    other 9/11 hijackers?

9                    MR. HAEFELE:  Form.

10                    THE WITNESS:  No, not at

11        all.

12    BY MR. SHEN:

13        Q.    Did anyone instruct you to

14    provide assistance to Khalid al-Mihdhar,

15    Nawaf al-Hazmi or any of the 9/11

16    hijackers?

17                    MS. BENETT:  Objection.

18        Andy, we're going to object to

19        your entire line of leading

20        questions on ultimate issues here.

21        Totally improper.  This is your

22        witness.  You're not allowed to

23        lead him.

24                    MR. SHEN:  Your objection is

This Transcript Contains Confidential Material

1      noted.

2           MS. BENETT:  Andy, also, I

3      need to make another objection

4      now.  You're going into topical

5      areas that you prohibited us from

6      inquiring into.

7           Obviously, our efforts to

8      learn what Mr. Jarrah did during

9      the course of his work, you

10     precluded entirely with your

11     Vienna Convention objections.

12          You are not allowed to now,

13     on your examination, go into these

14     topics without giving us an

15     opportunity to inquire as well.

16          MR. SHEN:  Your objection is

17     noted.  As I said before the

18     deposition, you're entitled to ask

19     about any assistance that was

20     provided at all to the hijackers.

21          Despite spending more than

22     11 and-a-half -- more than 12

23     hours on the record asking

24     questions, you didn't ask a single

This Transcript Contains Confidential Material

1       question about any of the 9/11

2       hijackers, for obvious reasons.

3       So your objection is noted.

4            MS. BENETT:  Andy, if we're

5       going to get into this, then I

6       would like to be able to ask Mr.

7       Jarrah the questions about the

8       communications that he had during

9       the course of his employment for

10      the Kingdom of Saudi Arabia in

11      Washington, D.C. that we believe

12      will circumstantially go to the

13      proof of our case.

14           MR. SHEN:  Your objection --

15           MS. BENETT:  You prevented

16      us from doing that.

17           MR. SHEN:  Your objection is

18      noted.  I'm asking my questions.

19           Let me ask the question

20      again.

21 BY MR. SHEN:

22      Q.   Did anyone instruct you to

23 provide assistance to Khalid al-Mihdhar,

24 Nawaf al-Hazmi or any of the 9/11

This Transcript Contains Confidential Material

1   hijackers?

2              MR. HAEFELE:  Form.

3              MS. BENETT:  Objection.

4              THE WITNESS:  No, not at

5      all.

6   BY MR. SHEN:

7      Q.    Do you have any knowledge of

8   any assistance that anyone else provided

9   to Khalid al-Mihdhar, Nawaf al-Hazmi or

10  any of the 9/11 hijackers?

11             MR. HAEFELE:  Objection.

12             THE WITNESS:  No, I don't

13     have any.  No.

14  BY MR. SHEN:

15     Q.    Did you have any knowledge

16  at all that Khalid al-Mihdhar and Nawaf

17  al-Hazmi were in the United States prior

18  to the 9/11 attacks?

19             MR. HAEFELE:  Objection.

20             THE WITNESS:  No, I have no

21     knowledge.

22  BY MR. SHEN:

23     Q.    On the next page of this

24  document, there is a sentence that says,

This Transcript Contains Confidential Material

1  quote, There is evidence that Al

2  Jarrah -- redacted text -- tasked

3  al-Thumairy and al-Bayoumi with assisting

4  the hijackers.

5       A.    Not at all.  That's

6  incorrect.

7       Q.    Prior to the 9/11 attacks --

8            MR. HAEFELE:  Objection.

9            MS. BENETT:  There was no

10      question.

11            MR. HAEFELE:  There was no

12      question for him to respond to.

13            Objection.  I didn't have an

14      opportunity to object.  Nobody can

15      object without a question.

16            MR. SHEN:  You can state

17      your objection.

18            MR. HAEFELE:  Objection.

19      Form.  Foundation.  Scope.

20  BY MR. SHEN:

21       Q.    Prior to the 9/11 attacks,

22  did you even know who Mr. Omar al-Bayoumi

23  was?

24            MR. HAEFELE:  Same

This Transcript Contains Confidential Material

1      objection.

2              THE WITNESS:  No.

3  BY MR. SHEN:

4      Q.   Did you ever give Omar

5  al-Bayoumi any instructions to do

6  anything?

7              MR. HAEFELE:  Same

8      objection.

9              THE WITNESS:  No.

10  BY MR. SHEN:

11      Q.   Did you give Omar al-Bayoumi

12  instructions to assist any of the 9/11

13  hijackers?

14              MR. HAEFELE:  Same

15      objections.

16              MS. BENETT:  Objection.

17              THE WITNESS:  No, not at

18      all.

19  BY MR. SHEN:

20      Q.   Do you have any knowledge

21  whatsoever of any interactions that Omar

22  al-Bayoumi had with any of the 9/11

23  hijackers?

24              MR. HAEFELE:  Same

This Transcript Contains Confidential Material

1          objections.

2                  THE WITNESS:  Not at all.  I

3          have no knowledge whatsoever.

4    BY MR. SHEN:

5          Q.    Prior to the 9/11 attacks,

6    did you have any relationship with Fahad

7    al-Thumairy?

8                  MR. HAEFELE:  Objection.

9                  INTERPRETER AL-HALABI:

10         There was feedback.  Sorry.

11   BY MR. SHEN:

12         Q.    Prior to the 9/11 attacks,

13   did you have any relationship with Fahad

14   al-Thumairy?

15                 MR. HAEFELE:  Objection.

16                 THE WITNESS:  Relationship?

17   BY MR. SHEN:

18         Q.    Yes, sir.

19         A.    Relationship?  No personal

20   relationship.

21         Q.    Did you ever instruct Fahad

22   al-Thumairy to do anything?

23                 MR. HAEFELE:  Same

24         objections.

This Transcript Contains Confidential Material

1             MS. BENETT:  Objection.

2             THE WITNESS:  No, not at

3       all.

4  BY MR. SHEN:

5       Q.   Did you ever instruct Fahad

6  al-Thumairy to assist any of the 9/11

7  hijackers?

8             MR. HAEFELE:  Same

9       objections.

10            THE WITNESS:  No, not at

11      all.  No.

12 BY MR. SHEN:

13      Q.   Do you have any knowledge of

14 any interactions between Fahad

15 al-Thumairy and any of the 9/11

16 hijackers?

17            MR. HAEFELE:  Same

18      objections.

19            THE WITNESS:  I have no

20      knowledge.

21 BY MR. SHEN:

22      Q.   Do you have any knowledge of

23 any interactions that the 9/11 hijackers

24 had with anybody?

This Transcript Contains Confidential Material

1            MR. HAEFELE:  Same

2       objections.

3            THE WITNESS:  No, not at

4       all.

5  BY MR. SHEN:

6       Q.   All right.

7            MR. SHEN:  I have no further

8       questions.

9            MS. BENETT:  Just give us a

10      second, Andy.  Give us five

11      minutes.

12           VIDEO TECHNICIAN:  I have to

13      let them back in.

14                 -  -  -

15           (End of FBI Protected

16      Material.)

17                 -  -  -

18           MR. SHEN:  We're going to

19      take a break for five minutes, Mr.

20      Jarrah.

21           MS. BOSCH:  Before we go

22      off --

23           VIDEO TECHNICIAN:  Abigael,

24      are you there?  Go ahead.  We're

This Transcript Contains Confidential Material

1    not off yet.

2            MS. BOSCH:  Sorry,

3    everybody, I was on mute.

4            This is counsel for Dubai

5    Islamic Bank just noting we were

6    excluded at 2:28 and re-admitted

7    at 2:42 Eastern Time.

8            Thank you.

9            VIDEO TECHNICIAN:  We're

10   going to go off the record.  The

11   time is 2:42 p.m.

12                 -  -  -

13           (Whereupon, a brief recess

14   was taken.)

15                 -  -  -

16           VIDEO TECHNICIAN:  We're

17   back on the record.  2:46 p.m.

18           MS. BENETT:  Mr. Jarrah,

19   we're not going to ask any more

20   questions at this time.

21           Andy, it's our position that

22   we're just suspending this

23   deposition pending production of

24   the 302s and any other FBI