# EXHIBIT 63



# Certification of Translation

## COUNTY OF SUFFOLK
## COMMONWEALTH OF MASSACHUSETTS

October 4, 2023

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

**KSA0000002612**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

_____

Amr Abualy
Project Manager
Linguistic Systems

Linguistic Systems, Inc.

260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

In the name of God, the Most Merciful, the Most Compassionate

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments, Dawah,
and Guidance
General Department of Administrative and Financial Affairs
Office of the Director General



[Seal:] Ministry of Islamic Affairs, Endowments,
Dawah, and Guidance

Number: ....................................................
Date: ......................................................
Attachments:    ........................................

Subject: Delegation of employee to work abroad

| Name: Khalid bin Ibrahim al-Suwailam | Position: Director of the Europe, America, and Australia Department |
|---|---|
| Rank and no.: 12/16 | Salary: SAR 10,250 |

**Administrative Decision no.** *1366* **dated** *03/04*/1416 AH [08/29/1995 AD]

**The Director General of Administrative and Financial Affairs**

Based on his authorities and on His Excellency the Minister's letter no. 298/S dated 30/03/1416 AH [08/26/1995 AD], which includes approval of the proposal of the Assistant Undersecretary for Dawah Affairs to delegate the abovementioned employee to work at the Dawah Center in America, in accordance with the provisions of the law, and based on Article 27/5 of the Civil Service Code and its implementing regulations,

**Has Hereby Decided the Following:**

1. To delegate the employee whose name and data are shown above to be the Director of the Dawah Office in America beginning from the date of commencement [of his work] for a period of five years.

2. He shall be paid a representation allowance and a monthly medical treatment allowance in accordance with Articles 38 and 39 of the Representation Regulations.

3. He shall be paid two months of salary and three times the price of the ticket, provided that the amount disbursed to him shall not be less than one month's salary in accordance with Article 27/5.

4. He shall be paid a secondment allowance for three days in accordance with Article 22/18.

5. This shall remain in effect until it expires or a decision to cancel or terminate it is issued.

6. The original of the decision shall be reported to the Employee Affairs Department for implementation and a copy shall be sent to the Dawah Office to notify the abovementioned individual. God is the Arbiter of success.

[Initials]

**Director General of Administrative and Financial Affairs**
[Signature]
02/04/1416 [08/28/1995 AD]
**Saud bin Abdullah bin Talib**

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000002612

بسم الله الرحمن الرحيم



المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
الإدارة العامة للشؤون الإدارية والمالية
مكتب المدير العام

الرقـــم :
التاريـــخ :
المشفوعات :

الموضوع : إيفاد موظف للعمل بالخارج

| الاسم | : | خالد بن إبراهيم السويلم | الوظيفة | : | مديرإدارة أوربا وأمريكا واستراليا |
|---|---|---|---|---|---|
| المرتبة والرقم | : | ١٦/١٢ | الراتب | : | ١٠٢٥٠ ريال |

القرار الإداري ذو الرقم ١١٦٦ المؤرخ ٧ / ٤ / ١٤١٦هـ

إن المدير العام للشؤون الإدارية والمالية

بناء على ماله من صلاحيـات ، وبناء على خطاب معـالي الوزير ذي الرقم ٢٩٨/س المؤرخ في ١٤١٦/٣/٣٠هـ المتضمن الموافقة على اقتراح وكيل الوزارة المساعد لشؤون الدعوة ، إيفاد الموظف المذكور اسمه أعلاه للعمل بمركز الدعوة في أمريكا ، وتمشيا مع أحكام النظام ، وبناء على المادة ٢٧/٥ من نظام الخدمة المدنية ، ولوائحه التنفيذية .

يقرر مايلي :

١. إيفاد الموظف الموضح اسمه وبياناته أعلاه للعمل مديراً لمكتب الدعوة في أمريكا ، بدءا من تاريخ المباشرة ، ولمدة خمس سنوات .

٢. يصرف له بدل تمثيل ، وبدل علاج شهري حسب المادتين ٣٨ ، ٣٩ من لائحة التمثيل.

٣. يصرف له راتب شهرين ، وثلاثة أضعاف قيمة التذكرة على أن لايقل مايصرف له عن راتب شهر وفق المادة ٢٧/٥ .

٤. يصرف له بدل انتداب لمدة ثلاثة أيام حسب المادة ١٨/٢٢ .

٥. يستمر العمل بهذا حتى نهايته ، أو صدور قرار بالغائه أو قطعه .

٦. يبلغ أصل القرار لإدارة شؤون الموظفين لإنفاذه ، ونسخه منه لوكالة الدعوة لإبلاغ المذكور . والله الموفق .

المدير العام للشؤون الإدارية والمالية

١٤١٦/٦/١

سعود بن عبدالله بن طالـــب

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000002612