# EXHIBIT 64



**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

October 5, 2023

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

KSA0000002572

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

_Benardette McEvoy_
Benardette McEvoy
Assistant Production Manager
Linguistic Systems, Inc.

**Linguistic Systems, Inc.**
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

Form OPS-QF-008 (rev.1)

In The Name of Allah, The Most Beneficent, The Most Merciful          **62**

**The Kingdom of Saudi Arabia**          [emblem]
  **Ministry of Islamic Affairs,**
**Endowments, Dawa, and Guidance**

Subject: Extending the foreign work assignment of an employee

| Name: Khaled Ibrahiem Al-Sowailem | Position: Director of the Department of Europe and America |
|---|---|
| Rank and No.: 12/16 | Location: Dawa Office, USA |

Administrative decision No. 26016 of 9/2/1421H [May 13, 2000]

**The undersecretary for administrative and technical affairs**
**In accordance with the authority vested in him**
  And further to decision No. 23019, dated 29/12/1420H [April 4, 2000], to terminate the foreign assignment of the employee whose name and information are given above; and based on the approval of His Excellency The Minister dated 2/2/1421H [May 6, 2000] and noted on Letter No. No. 58/4/1/sīn dated 25/1/1421H [April 30, 2000] from His Eminence The Undersecretary For Mosques, Dawa, And Guidance Affairs, concerning the extension of the assignment of the above-mentioned employee to work at the dawa office in America until the end of the day on 18/4/1422H [July 9, 2001];
  And in accordance with the provisions of the law;

**Has decided the following:**
1. To extend the assignment of the employee whose name and information are provided above to work at the dawa office in America from 18/4/1421H [July 20, 2000] until the end of the day on 18/4/1422H [July 9, 2001].
2. The original of this decision is to be communicated to the Employee Affairs Directorate/Archive Department to be kept in his personal file.

[signature]

  Undersecretary for administrative and technical affairs
  [signature]
  9/2/1421H [May 13, 2000]
  Saud bin Abdullah bin Taleb

No. 8/2          Date          Attachments

KSA0000002572



بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد

الموضوع : تمديد ايفاد موظف للعمل بالخارج

| الوظيفة : مدير إدارة أوروبا وأمريكا | الاسم : خالد بن ابراهيم السويلم |
|---|---|
| الجهة : مكتب الدعوة في أمريكا | المرتبه والرقم : ١٦/١٢ |

القرار الإداري ذو الرقم ٦٦٦ المؤرخ في ٦/٢/ ١٤٢١هـ

أن وكيل الوزارة للشؤون الإدارية والفنية

بناءاً على ماله من صلاحيات

والحاقاً للقرار الصادر برقم ٢٣٠١٩ وتاريخ ١٤٢٠/١٢/٢٩هـ المتضمن انهاء ايفاد الموظف الموضح اسمه وبياناته أعلاه، وبناء على موافقة معالي الوزير شرحاً بتاريخ ١٤٢١/٢/٢هـ على خطاب فضيلة وكيل الوزارة لشؤون المساجد والدعوة والإرشاد ذي الرقم ٥٨/٤/١/س المؤرخ في ١٤٢١/١/٢٥هـ المتضمن تمديد ايفاد الموظف المذكور اسمه أعلاه للعمل بمكتب الدعوة في أمريكا حتى نهاية يوم ١٤٢٢/٤/١٨هـ وتمشياً مع احكام النظام .

يقرر مايلي :

١- تمديد ايفاد الموظف الموضح اسمه وبياناته أعلاه للعمل بمكتب الدعوة في امريكا اعتباراً من ١٤٢١/٤/١٨هـ الى نهاية يوم ١٤٢٢/٤/١٨هـ .

٢- يبلغ أصل القرار لادارة شؤون الموظفين/قسم الارشيف للحفظ بملفه .

وكيل الوزارة للشؤون الإدارية والفنية

سعود بن عبدالله بن طالب

| الرقم | التاريخ | المشفوعات |
|---|---|---|

KSA0000002572