# EXHIBIT 66

# Certification of Translation

**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

October 4, 2023

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

**KSA0000001234**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

*Amr Abualy*

Amr Abualy
Project Manager
Linguistic Systems

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001



**His Royal Highness Prince Bandar bin Sultan bin Abdulaziz,**
**Ambassador of the Custodian of the Two Holy Mosques in the United States of America, may God preserve him,**
**May God's peace, mercy, and blessings be upon you.**
**I ask God, exalted be He, to grant Your Highness success and guidance.**

Based on Your Royal Highness' directives regarding the importance of having qualified Saudi proselytizers in the Islamic arena in America due to the capability, competence, and good effect that they have had on the Islamic expatriate communities among which they work, decision [no.] M8 has been issued by the Ministry of Islamic Affairs, Endowments, Dawah, and Guidance to appoint Sheikh Fahd bin Ibrahim al-Thumairi, who holds a master's degree, to work in America in Los Angeles, California, due to the importance of the area and the lack of official Saudi proselytizers there.

I ask Your Highness to instruct the necessary parties to register the said individual among the employees of the Saudi Consulate in Los Angeles to give him diplomatic immunity and official status so he can best conduct his work. Please be informed that he bears a private passport.

May God guide Your Highness to everything good and elevate Islam and Muslims through you. He is the best of those who are asked.

**May God's peace, mercy, and blessings be upon you.**

[Illegible initials] 274

                      **Director of the Dawah Office in America**
                                [Signature]
                      **Khalid bin Ibrahim al-Suwailam**

No.: 108        Date: 02/03/1417 AH [07/17/1996 AD]        Attachments: None

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

KSA0000001234

13-OCT-2001 06:50

P.04

In the name of God, the Most Merciful, the Most Compassionate

| | |
|---|---|
| Ministry of Foreign Affairs | No.: *501/44/141* |
| Royal Embassy of Saudi Arabia | Date: *21/03/1417* |
| Washington, D.C. 20037 | Corresponding to: *08/06/1996* |
| Office of the Ambassador | Attachments: *Copy of letter* |

His Excellency Ambassador Hassan Talaat Nazer,

    Consul General of the Custodian of the Two Holy Mosques in Los Angeles

May God's peace, mercy, and blessings be upon you.

Please be informed that His Royal Highness the Ambassador has approved the contents of letter no. 108 dated 02/03/1417 AH [07/17/1996 AD], a copy of which is attached, which was presented to His Royal Highness by His Eminence the Director of the Dawah Office in America.

Please review and take the necessary action.

    Best regards,

**Abdulaziz Abdullah Nazer**
*p.p.* [Signature]
**Chief of Staff to His Royal Highness the Ambassador**

- Copy, with greetings, to His Eminence the Director of the Dawah Office in America

Hamad 342

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

KSA0000001235

Kingdom of Saudi Arabia
IFTA Office
Washington, D.C.



601 New Hampshire Ave., N.W. Washington, D.C. 20037 • Tel.: (202) 342-3700 • Fax: (202) 944-3192

صاحب السمو الملكي الأمير بندر بن سلطان بن عبد العزيز
سفير خادم الحرمين الشريفين في الولايات المتحدة الأمريكية         حفظه الله
السلام عليكم ورحمة الله وبركاته.         أما بعد:
فأسأل الله تعالى لسموكم التوفيق والسداد.

وانطلاقا من توجيهات سموكم الكريم على أهمية وجود الدعاة السعوديين المؤهلين على الساحة الإسلامية في أمريكا لما أثبتوه من قدرة وكفاءة وأثر طيب لدى الجاليات الإسلامية التي يزاولون عملهم بينها. فقد صدر قرار وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد بتعيين الشيخ فهد بن إبراهيم الثميري م٨ من حملة شهادة الماجستير للعمل في أمريكا في مدينة لوس أنجلوس بولاية كاليفورنيا نظرا لأهمية المنطقة وخلو الساحة من الدعاة السعوديين الرسميين.

فأرجو من سموكم الكريم التكرم بالإيعاز لمن يلزم بتسجيل المذكور ضمن منسوبي القنصلية السعودية في لوس أنجلوس لإعطائه الحصانة الدبلوماسية ولإضفاء الصبغة الرسمية لوجوده حتى يتمكن من مزاولة عمله على الوجه الأمثل علما أنه يعمل جزاءا خاصا. وفق الله سموكم لكل خير ورفع بكم شأن الإسلام والمسلمين إنه خير مسئول.
والسلام عليكم ورحمة الله وبركاته. ،،،،،،

جيم/٢٧٤

مدير مكتب الدعوة في أمريكا
خالد بن إبراهيم السويلم

الرقم :   ١٠٨         التاريخ : ٢/٢/١٤١٧هـ         المشفوعات : بدون

KSA0000001234

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.



**ROYAL EMBASSY OF SAUDI ARABIA**
**WASHINGTON, D.C. 20037**

الرقم : ١٠/٥/٤٤/٧٨٧
التاريخ : ٢٠/٧/١٤١٧
الموافق : ٥ ديسمبر ١٩٩٦
المرفقات :

سعادة السفير / حسن محمد ناظر

القنصل العام خادم الحرمين الشريفين في لوس أنجلس

السلام عليكم ورحمة الله وبركاته : ـ

نفيدكم بموافقة سمو السفير ، على ما جاء في الخطاب رقم ١٠٨ وتاريخ ٢/٣/١٤١٧هـ . المرفقة صورته والموفوع لسموه الكريم من فضيلة مدير مكتب الدعوة في أمريكا .

نأمل بعد الاطلاع إكمال اللازم .

وتقبلوا أطيب تحياتي ،،،

عبدالعزيز عبدالله ناظر
مدير مكتب سمو السفير

ــ صورة مع التحية لفضيلة مدير مكتب الدعوة بأمريكا

حدد ٢٤٢٢

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000001235