# EXHIBIT 67



# Certification of Translation

**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

On this day of October 26, 2018

Sabry Gameel Hameed

of Linguistic Systems, Inc., 260 Franklin Street, Suite 230, Boston, MA 02110 completed the attached translation into English of the file:

KSA0000001247.pdf

The translation has been made faithfully of his own knowledge by himself and is a true and correct version of the original Arabic text, to the best of his knowledge and belief.

His qualifications as translator include familiarity with Arabic as a native language and with English as an acquired language, and with said languages as languages of instruction and use for over 27 years, and that he received a B.A. Degree in Oriental Languages/English from Ain Shams University, Egypt and that he is employed as a freelance translator with Linguistic Systems, Inc.

Signature: _____

Gabriela Bess

Translation Project Manager

**Linguistic Systems, Inc.**

260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 27001

In the Name of Allah, Most Gracious, Most Merciful

Kingdom of Saudi Arabia

IFTA Office

Washington D.C.

His Royal Highness Prince Bandar bin Sultan bin Abdulaziz Al Saud,

Ambassador of the Custodian of the Two Holy Mosques in Washington,

Greetings,

It's my pleasure to present to Your Highness that during blessed month of Ramadan, Ministry of Islamic Affairs kept on delegating a number of preachers, Imams and sheikhs to lead worshipers and make preaching tours inside United States. The Office received letter of the Ministry, copy of which is attached, to nominate names of centers and mosques that need imams for this year. As long as repercussions of events are still ongoing inside and outside United States, and in order to keep this program going and to avoid harassments and embarrassments for Saudi delegated preachers and sheikhs then to the Embassy, you may consider continuing this program so as the Office will be responsible for coordination with the Ministry and Islamic centers to nominate students from Institute of Islamic Sciences, and from graduates of Saudi Islamic universities and from reliable students residents in United States, in addition to the Ministry's preachers working in United States, and the programs annual expenses shall be dedicated for this purpose. In case Your Highness approved this opinion, you may consider instructing the Ministry thereupon.

Kindly peruse and instruct us with your good opinion.

Regards,

Director of IFTA Office

[Signature]

Khalid bin Ibrahim Al-Swailem

[Handwriting: To express opinion – Thanks – 09/27]

No.: 101/S/22     Date: 07/08/1422 AH [25/09/2001 AD]     Attachments: 2

**Kingdom of Saudi Arabia**
**IFTA Office**
**Washington, D.C.**

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
مكتب الدعوة بأمريكا

P.O. Box U McLean, VA 22101, USA • Tel: (202) 342-3700 • Fax: (202) 944-3192
E-mail: ifta@resa.org   www.al-islam.com

---

صاحب السمو الملكي الأمير بندر بن سلطان بن عبد العزيز آل سعود

سفير خادم الحرمين الشريفين في واشنطن                  حفظه الله

السلام عليكم ورحمة الله وبركاته ...                         أما بعد:

فأسأل الله لسموكم دوام العون والتوفيق.

وأتشرف بالعرض لأنظار سموكم بأن وزارة الشؤون الإسلامية قد دأبت في شهر رمضان المبارك من كل عام على إيفاد مجموعة من الدعاة والأئمة والمشايخ لإمامة المصلين والقيام بجولات دعوية داخل أمريكا، وقد تلقى المكتب كتاب الوزارة المرافق صورته لترشيح أسماء المراكز والمساجد المحتاجة للأئمة لهذا العام، وحيث إن الأحداث الأخيرة مازالت تداعياتها جارية على الساحة في داخل أمريكا و خارجها، وحرصاً على بقاء هذا البرنامج وتفادياً لما يمكن أن يقع من مضايقات وإحراج للدعاة والمشايخ السعوديين الموفدين ومن ثم السفارة، فقد ترون حفظكم الله استمرار هذا البرنامج ذاتياً بحيث يتولى المكتب التنسيق مع الوزارة والمراكز الإسلامية بترشيح طلبة من معهد العلوم الإسلامية، ومن خريجي الجامعات الإسلامية السعودية ومن طلبة العلم الموثق بهم المقيمين في أمريكا بالإضافة إلى دعاة الوزارة العاملين في أمريكا وأن تخصص نفقات البرنامج السنوية لذلك، وإذا استحسن سموكم هذا الرأي فقد ترون حفظكم الله التوجيه لإبلاغ الوزارة بموجبه.

أرجو التفضل بالاطلاع والتوجيه بالرأي السديد.

أدام الله توفيقكم والسلام عليكم ورحمة الله وبركاته،،،

مدير مكتب الدعوة في أمريكا
خالد بن إبراهيم السويلم

١٠٢٧ / ١٩

الرقم: ١٠٢/س/٢٢   التاريخ: ٨/٧/١٤٢٣   المشفوعات: ٢

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000001247