# EXHIBIT 68



**COUNTY OF SUFFOLK
COMMONWEALTH OF MASSACHUSETTS**

October 4, 2023

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

**KSA0000007583**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

Amr Abualy
Project Manager
Linguistic Systems

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

In the name of God, the Most Merciful, the Most Compassionate



**His Royal Highness Prince Bandar bin Sultan bin Abdulaziz Al Saud, may God preserve him.**
     **Ambassador of the Custodian of the Two Holy Mosques to the United States of America**
May God's peace, mercy, and blessings be upon you.
I ask God for perpetual assistance and success for Your Highness.

I am honored to present to Your Highness a summary of the key activities of the Office during the holy month of Ramadan 1419 AH [12/19/1998-01/17/1999 AD]. The Ministry of Islamic Affairs, Endowments, Dawah, and Guidance delegated 14 of their Eminences the Ministry's proselytizers to lead prayers and guide them in America during the month of Ramadan based on the royal directives to spread the Dawah and in line with our wise government's policy of communicating with Muslims and enhancing ties of cooperation with Islamic organizations abroad.

The Office has also supervised the distribution of the dates received from charitable persons in the Land of Goodness and Giving [(Saudi Arabia)], which amounted to 35 tons of high-quality Madinah dates. These were distributed, in cooperation with the Islamic Affairs Department at the Embassy, to the key Islamic centers here as well as a large number of schools, prisons, and individuals, based on your Highness' directives to enhance ties with the Islamic entities in this country. Your Highness's directives to facilitate the shipping and delivery of [the dates] to their intended recipients has had a great effect because they arrived with the beginning of the holy month. I ask God to bless your Highness's efforts, magnify your reward, and accept this work as purely for His sake. Your Highness, please accept our highest regards.

**May God's peace, mercy, and blessings be upon you.**

Haidar / 6291

|  |  |
|---|---|
| *A letter of thanks* | **Director of the Dawah Office in America** [Signature] **Khalid bin Ibrahim al-Suwailam** |

No.: *533*     Date: *21/11/1419 AH* [*03/08/1999 AD*]   Attachments: *Report*

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000007584



Kingdom of Saudi Arabia
IFTA Office
Washington, D.C.

Royal Embassy of Saudi Arabia • IFTA Office • P.O. Box 11 • McLean, VA 22101 • Tel: (202) 342-3700 • Fax: (202) 944-3192

صاحب السمو الملكي الأمير بندر بن سلطان بن عبدالعزيز آل سعود        حفظه الله
سفير خادم الحرمين الشريفين لدى الولايات المتحدة الأمريكية

السلام عليكم ورحمة الله وبركاته،        أما بعد:

فأسأل الله لسموكم دوام العون والتوفيق.

ويشرفني أن أرفع لسموكم الكريم نبذة عن أبرز مناشط المكتب خلال شهر رمضان المبارك عام ١٤١٩هـ حيث قامت وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد بإيفاد (١٤) من أصحاب الفضيلة من دعاة الوزارة لإمامة المصلّين وإرشادهم في أمريكا خلال شهر رمضان، انطلاقا من التوجيهات الكريمة السامية في نشر الدعوة وتمشيا مع ما تسير عليه حكومتنا الرشيدة من نهج التواصل مع المسلمين وتوثيق صلات التعاون بالمؤسسات الإسلامية في الخارج.

كما قام المكتب بالإشراف على توزيع التمور التي وصلت من أهل الخير في بلد الخير والعطاء والتي تبلغ (٣٥) طنا من تمور المدينة المنورة الجيدة، وتم توزيعها بالتعاون مع قسم الشؤون الإسلامية بالسفارة على أهم المراكز الإسلامية هنا وعدد كبير من المدارس والسجون والأفراد، انطلاقاً من توجيهات سموكم الكريم بتوثيق الصلات مع الجهات الإسلامية في هذه البلاد، وكان لتوجيهات سموكم بتسهيل شحنها وإيصالها إلى مستحقيها عظيم الأثر لتزامن وصولها مع دخول الشهر الكريم. أسأل الله أن يبارك في جهود سموكم ويعظم لكم الأجر والمثوبة وأن يجعل هذا العمل خالصاً لوجهه الكريم، وتقبلوا يا صاحب السمو فائق التحية والتقدير.

والسلام عليكم ورحمة الله وبركاته،،،،،،

مدير مكتب الدعوة في أمريكا
خالد بن إبراهيم السويلم

الرقم: ٥٣٣        التاريخ: ٢١/١٧/١٤١٩هـ        المشفوعات: تقرير

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

KSA0000007584