# EXHIBIT 69

## Calendar For the Year ( ...) 1998

### January 1998

Ramadhan 1418هـ - Shawwal 1418هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|---|---|---|---|---|---|---|
| 31 (3) | | | | | 1 (3) | 2 (4) |
| 3 (5) | 4 (6) | 5 (7) | 6 (8) | 7 (9) | 8 (10) | 9 (11) |
| 10 (12) | 11 (13) | 12 (14) | 13 (15) | 14 (16) | 15 (17) | 16 (18) |
| 17 (19) | 18 (20) | 19 (21) | 20 (22) | 21 (23) | 22 (24) | 23 (25) |
| 24 (26) | 25 (27) | 26 (28) | 27 (29) | 28 (30) | 29 (1) | 30 (2) |

### February 1998

Shawwal 1418هـ - Thul-Qi'dah 1418هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|---|---|---|---|---|---|---|
| | 1 (4) | 2 (5) | 3 (6) | 4 (7) | 5 (8) | 6 (9) |
| 7 (10) | 8 (11) | 9 (12) | 10 (13) | 11 (14) | 12 (15) | 13 (16) |
| 14 (17) | 15 (18) | 16 (19) | 17 (20) | 18 (21) | 19 (22) | 20 (23) |
| 21 (24) | 22 (25) | 23 (26) | 24 (27) | 25 (28) | 26 (29) | 27 (1) |
| 28 (2) | | | | | | |

### March 1998

Thul-Qi'dah 1418هـ - Thul-Hijjah 1418هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|---|---|---|---|---|---|---|
| | 1 (3) | 2 (4) | 3 (5) | 4 (6) | 5 (7) | 6 (8) |
| 7 (9) | 8 (10) | 9 (11) | 10 (12) | 11 (13) | 12 (14) | 13 (15) |
| 14 (16) | 15 (17) | 16 (18) | 17 (19) | 18 (20) | 19 (21) | 20 (22) |
| 21 (23) | 22 (24) | 23 (25) | 24 (26) | 25 (27) | 26 (28) | 27 (29) |
| 28 (30) | 29 (1) | 30 (2) | 31 (3) | | | |

### April 1998

Thul-Hijjah 1418هـ - Muharram 1419هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|---|---|---|---|---|---|---|
| | | | | 1 (4) | 2 (5) | 3 (6) |
| 4 (7) | 5 (8) | 6 (9) | 7 (10) | 8 (11) | 9 (12) | 10 (13) |
| 11 (14) | 12 (15) | 13 (16) | 14 (17) | 15 (18) | 16 (19) | 17 (20) |
| 18 (21) | 19 (22) | 20 (23) | 21 (24) | 22 (25) | 23 (26) | 24 (27) |
| 25 (28) | 26 (29) | 27 (1) | 28 (2) | 29 (3) | 30 (4) | |

### May 1998

Muharram 1419هـ - Safar 1419هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|---|---|---|---|---|---|---|
| 30 (5) | 31 (6) | | | | | 1 (5) |
| 2 (6) | 3 (7) | 4 (8) | 5 (9) | 6 (10) | 7 (11) | 8 (12) |
| 9 (13) | 10 (14) | 11 (15) | 12 (16) | 13 (17) | 14 (18) | 15 (19) |
| 16 (20) | 17 (21) | 18 (22) | 19 (23) | 20 (24) | 21 (25) | 22 (26) |
| 23 (27) | 24 (28) | 25 (29) | 26 (1) | 27 (2) | 28 (3) | 29 (4) |

### June 1998

Safar 1419هـ - Rabi' al-Awwal 1419هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|---|---|---|---|---|---|---|
| | | 1 (7) | 2 (8) | 3 (9) | 4 (10) | 5 (11) |
| 6 (12) | 7 (13) | 8 (14) | 9 (15) | 10 (16) | 11 (17) | 12 (18) |
| 13 (19) | 14 (20) | 15 (21) | 16 (22) | 17 (23) | 18 (24) | 19 (25) |
| 20 (26) | 21 (27) | 22 (28) | 23 (29) | 24 (30) | 25 (1) | 26 (2) |
| 27 (3) | 28 (4) | 29 (5) | 30 (6) | | | |

### July 1998

Rabi' al-Awwal 1419هـ - Rabi' al-Thani 1419هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|---|---|---|---|---|---|---|
| | | | | 1 (7) | 2 (8) | 3 (9) |
| 4 (10) | 5 (11) | 6 (12) | 7 (13) | 8 (14) | 9 (15) | 10 (16) |
| 11 (17) | 12 (18) | 13 (19) | 14 (20) | 15 (21) | 16 (22) | 17 (23) |
| 18 (24) | 19 (25) | 20 (26) | 21 (27) | 22 (28) | 23 (29) | 24 (1) |
| 25 (2) | 26 (3) | 27 (4) | 28 (5) | 29 (6) | 30 (7) | 31 (8) |

### August 1998

Rabi' al-Thani 1419هـ - Jumada al-Ula 1419هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|---|---|---|---|---|---|---|
| 1 (9) | 2 (10) | 3 (11) | 4 (12) | 5 (13) | 6 (14) | 7 (15) |
| 8 (16) | 9 (17) | 10 (18) | 11 (19) | 12 (20) | 13 (21) | 14 (22) |
| 15 (23) | 16 (24) | 17 (25) | 18 (26) | 19 (27) | 20 (28) | 21 (29) |
| 22 (30) | 23 (1) | 24 (2) | 25 (3) | 26 (4) | 27 (5) | 28 (6) |
| 29 (7) | 30 (8) | 31 (9) | | | | |

### September 1998

Jumada al-Ula 1419هـ - Jumada al-Alkhirah 1419هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|---|---|---|---|---|---|---|
| | | | 1 (10) | 2 (11) | 3 (12) | 4 (13) |
| 5 (14) | 6 (15) | 7 (16) | 8 (17) | 9 (18) | 10 (19) | 11 (20) |
| 12 (21) | 13 (22) | 14 (23) | 15 (24) | 16 (25) | 17 (26) | 18 (27) |
| 19 (28) | 20 (29) | 21 (1) | 22 (2) | 23 (3) | 24 (4) | 25 (5) |
| 26 (6) | 27 (7) | 28 (8) | 29 (9) | 30 (10) | | |

### October 1998

Jumada al-Alkhirah 1419هـ - Rajab 1419هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|---|---|---|---|---|---|---|
| 31 (11) | | | | | 1 (11) | 2 (12) |
| 3 (13) | 4 (14) | 5 (15) | 6 (16) | 7 (17) | 8 (18) | 9 (19) |
| 10 (20) | 11 (21) | 12 (22) | 13 (23) | 14 (24) | 15 (25) | 16 (26) |
| 17 (27) | 18 (28) | 19 (29) | 20 (30) | 21 (1) | 22 (2) | 23 (3) |
| 24 (4) | 25 (5) | 26 (6) | 27 (7) | 28 (8) | 29 (9) | 30 (10) |

### November 1998

Rajab 1419هـ - Sha'ban 1419هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|---|---|---|---|---|---|---|
| | 1 (12) | 2 (13) | 3 (14) | 4 (15) | 5 (16) | 6 (17) |
| 7 (18) | 8 (19) | 9 (20) | 10 (21) | 11 (22) | 12 (23) | 13 (24) |
| 14 (25) | 15 (26) | 16 (27) | 17 (28) | 18 (29) | 19 (30) | 20 (1) |
| 21 (2) | 22 (3) | 23 (4) | 24 (5) | 25 (6) | 26 (7) | 27 (8) |
| 28 (9) | 29 (10) | 30 (11) | | | | |

### December 1998

Sha'ban 1419هـ - Ramadhan 1419هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|---|---|---|---|---|---|---|
| | | | 1 (12) | 2 (13) | 3 (14) | 4 (15) |
| 5 (16) | 6 (17) | 7 (18) | 8 (19) | 9 (20) | 10 (21) | 11 (22) |
| 12 (23) | 13 (24) | 14 (25) | 15 (26) | 16 (27) | 17 (28) | 18 (29) |
| 19 (1) | 20 (2) | 21 (3) | 22 (4) | 23 (5) | 24 (6) | 25 (7) |
| 26 (8) | 27 (9) | 28 (10) | 29 (11) | 30 (12) | 31 (13) | |

Source: https://ummulqura.org.sa/yearcalender.aspx?y=1998&l=False Created 2023-10-06 at 13:26

