# EXHIBIT 70




## Calendar For the Year ( ...) 1999

### January 1999
Ramadhan 1419هـ - Shawwal 1419هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|------|------|------|------|------|------|------|
| 30 | 31 | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |

### February 1999
Shawwal 1419هـ - Thul-Qi'dah 1419هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|------|------|------|------|------|------|------|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | | | | | |

### March 1999
Thul-Qi'dah 1419هـ - Thul-Hijjah 1419هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|------|------|------|------|------|------|------|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

### April 1999
Thul-Hijjah 1419هـ - Muharram 1420هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|------|------|------|------|------|------|------|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

### May 1999
Muharram 1420هـ - Safar 1420هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|------|------|------|------|------|------|------|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

### June 1999
Safar 1420هـ - Rabi' al-Awwal 1420هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|------|------|------|------|------|------|------|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

### July 1999
Rabi' al-Awwal 1420هـ - Rabi' al-Thani 1420هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|------|------|------|------|------|------|------|
| 31 | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

### August 1999
Rabi' al-Thani 1420هـ - Jumada al-Ula 1420هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|------|------|------|------|------|------|------|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

### September 1999
Jumada al-Ula 1420هـ - Jumada al-Alkhirah 1420هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|------|------|------|------|------|------|------|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | |

### October 1999
Jumada al-Alkhirah 1420هـ - Rajab 1420هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|------|------|------|------|------|------|------|
| 30 | 31 | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |

### November 1999
Rajab 1420هـ - Sha'ban 1420هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|------|------|------|------|------|------|------|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |

### December 1999
Sha'ban 1420هـ - Ramadhan 1420هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|------|------|------|------|------|------|------|
| | | | 1 | 2 | 3 | |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |