# EXHIBIT 71




## Calendar For the Year (...) 2000

### January 2000
Ramadhan 1420ﻫ - Shawwal 1420ﻫ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|---|---|---|---|---|---|---|
| 1 / 24 | 2 / 25 | 3 / 26 | 4 / 27 | 5 / 28 | 6 / 29 | 7 / 30 |
| 8 / 1 | 9 / 2 | 10 / 3 | 11 / 4 | 12 / 5 | 13 / 6 | 14 / 7 |
| 15 / 8 | 16 / 9 | 17 / 10 | 18 / 11 | 19 / 12 | 20 / 13 | 21 / 14 |
| 22 / 15 | 23 / 16 | 24 / 17 | 25 / 18 | 26 / 19 | 27 / 20 | 28 / 21 |
| 29 / 22 | 30 / 23 | 31 / 24 | | | | |

### February 2000
Shawwal 1420ﻫ - Thul-Qi'dah 1420ﻫ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|---|---|---|---|---|---|---|
| | | | 1 / 25 | 2 / 26 | 3 / 27 | 4 / 28 |
| 5 / 29 | 6 / 30 | 7 / 1 | 8 / 2 | 9 / 3 | 10 / 4 | 11 / 5 |
| 12 / 6 | 13 / 7 | 14 / 8 | 15 / 9 | 16 / 10 | 17 / 11 | 18 / 12 |
| 19 / 13 | 20 / 14 | 21 / 15 | 22 / 16 | 23 / 17 | 24 / 18 | 25 / 19 |
| 26 / 20 | 27 / 21 | 28 / 22 | 29 / 23 | | | |

### March 2000
Thul-Qi'dah 1420ﻫ - Thul-Hijjah 1420ﻫ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|---|---|---|---|---|---|---|
| | | | | 1 / 24 | 2 / 25 | 3 / 26 |
| 4 / 27 | 5 / 28 | 6 / 29 | 7 / 1 | 8 / 2 | 9 / 3 | 10 / 4 |
| 11 / 5 | 12 / 6 | 13 / 7 | 14 / 8 | 15 / 9 | 16 / 10 | 17 / 11 |
| 18 / 12 | 19 / 13 | 20 / 14 | 21 / 15 | 22 / 16 | 23 / 17 | 24 / 18 |
| 25 / 19 | 26 / 20 | 27 / 21 | 28 / 22 | 29 / 23 | 30 / 24 | 31 / 25 |

### April 2000
Thul-Hijjah 1420ﻫ - Muharram 1421ﻫ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|---|---|---|---|---|---|---|
| 1 / 26 | 2 / 27 | 3 / 28 | 4 / 29 | 5 / 30 | 6 / 1 | 7 / 2 |
| 8 / 3 | 9 / 4 | 10 / 5 | 11 / 6 | 12 / 7 | 13 / 8 | 14 / 9 |
| 15 / 10 | 16 / 11 | 17 / 12 | 18 / 13 | 19 / 14 | 20 / 15 | 21 / 16 |
| 22 / 17 | 23 / 18 | 24 / 19 | 25 / 20 | 26 / 21 | 27 / 22 | 28 / 23 |
| 29 / 24 | 30 / 25 | | | | | |

### May 2000
Muharram 1421ﻫ - Safar 1421ﻫ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|---|---|---|---|---|---|---|
| | | 1 / 26 | 2 / 27 | 3 / 28 | 4 / 29 | 5 / 1 |
| 6 / 2 | 7 / 3 | 8 / 4 | 9 / 5 | 10 / 6 | 11 / 7 | 12 / 8 |
| 13 / 9 | 14 / 10 | 15 / 11 | 16 / 12 | 17 / 13 | 18 / 14 | 19 / 15 |
| 20 / 16 | 21 / 17 | 22 / 18 | 23 / 19 | 24 / 20 | 25 / 21 | 26 / 22 |
| 27 / 23 | 28 / 24 | 29 / 25 | 30 / 26 | 31 / 27 | | |

### June 2000
Safar 1421ﻫ - Rabi' al-Awwal 1421ﻫ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|---|---|---|---|---|---|---|
| | | | | | 1 / 28 | 2 / 29 |
| 3 / 1 | 4 / 2 | 5 / 3 | 6 / 4 | 7 / 5 | 8 / 6 | 9 / 7 |
| 10 / 8 | 11 / 9 | 12 / 10 | 13 / 11 | 14 / 12 | 15 / 13 | 16 / 14 |
| 17 / 15 | 18 / 16 | 19 / 17 | 20 / 18 | 21 / 19 | 22 / 20 | 23 / 21 |
| 24 / 22 | 25 / 23 | 26 / 24 | 27 / 25 | 28 / 26 | 29 / 27 | 30 / 28 |

### July 2000
Rabi' al-Awwal 1421ﻫ - Rabi' al-Thani 1421ﻫ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|---|---|---|---|---|---|---|
| 1 / 29 | 2 / 30 | 3 / 1 | 4 / 2 | 5 / 3 | 6 / 4 | 7 / 5 |
| 8 / 6 | 9 / 7 | 10 / 8 | 11 / 9 | 12 / 10 | 13 / 11 | 14 / 12 |
| 15 / 13 | 16 / 14 | 17 / 15 | 18 / 16 | 19 / 17 | 20 / 18 | 21 / 19 |
| 22 / 20 | 23 / 21 | 24 / 22 | 25 / 23 | 26 / 24 | 27 / 25 | 28 / 26 |
| 29 / 27 | 30 / 28 | 31 / 29 | | | | |

### August 2000
Jumada al-Ula 1421ﻫ - Jumada al-Ula 1421ﻫ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|---|---|---|---|---|---|---|
| | | | 1 / 1 | 2 / 2 | 3 / 3 | 4 / 4 |
| 5 / 5 | 6 / 6 | 7 / 7 | 8 / 8 | 9 / 9 | 10 / 10 | 11 / 11 |
| 12 / 12 | 13 / 13 | 14 / 14 | 15 / 15 | 16 / 16 | 17 / 17 | 18 / 18 |
| 19 / 19 | 20 / 20 | 21 / 21 | 22 / 22 | 23 / 23 | 24 / 24 | 25 / 25 |
| 26 / 26 | 27 / 27 | 28 / 28 | 29 / 29 | 30 / 1 | 31 / 2 | |

### September 2000
Jumada al-Akhirah 1421ﻫ - Rajab 1421ﻫ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|---|---|---|---|---|---|---|
| 30 | | | | | | 1 / 3 |
| 2 / 4 | 3 / 5 | 4 / 6 | 5 / 7 | 6 / 8 | 7 / 9 | 8 / 10 |
| 9 / 11 | 10 / 12 | 11 / 13 | 12 / 14 | 13 / 15 | 14 / 16 | 15 / 17 |
| 16 / 18 | 17 / 19 | 18 / 20 | 19 / 21 | 20 / 22 | 21 / 23 | 22 / 24 |
| 23 / 25 | 24 / 26 | 25 / 27 | 26 / 28 | 27 / 29 | 28 / 1 | 29 / 2 |

### October 2000
Rajab 1421ﻫ - Sha'ban 1421ﻫ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|---|---|---|---|---|---|---|
| | 1 / 4 | 2 / 5 | 3 / 6 | 4 / 7 | 5 / 8 | 6 / 9 |
| 7 / 10 | 8 / 11 | 9 / 12 | 10 / 13 | 11 / 14 | 12 / 15 | 13 / 16 |
| 14 / 17 | 15 / 18 | 16 / 19 | 17 / 20 | 18 / 21 | 19 / 22 | 20 / 23 |
| 21 / 24 | 22 / 25 | 23 / 26 | 24 / 27 | 25 / 28 | 26 / 29 | 27 / 30 |
| 28 / 1 | 29 / 2 | 30 / 3 | 31 / 4 | | | |

### November 2000
Sha'ban 1421ﻫ - Ramadhan 1421ﻫ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|---|---|---|---|---|---|---|
| | | | 1 / 5 | 2 / 6 | 3 / 7 | |
| 4 / 8 | 5 / 9 | 6 / 10 | 7 / 11 | 8 / 12 | 9 / 13 | 10 / 14 |
| 11 / 15 | 12 / 16 | 13 / 17 | 14 / 18 | 15 / 19 | 16 / 20 | 17 / 21 |
| 18 / 22 | 19 / 23 | 20 / 24 | 21 / 25 | 22 / 26 | 23 / 27 | 24 / 28 |
| 25 / 29 | 26 / 30 | 27 / 1 | 28 / 2 | 29 / 3 | 30 / 4 | |

### December 2000
Ramadhan 1421ﻫ - Shawwal 1421ﻫ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|---|---|---|---|---|---|---|
| 30 / 4 | 31 / 5 | | | | | 1 / 5 |
| 2 / 6 | 3 / 7 | 4 / 8 | 5 / 9 | 6 / 10 | 7 / 11 | 8 / 12 |
| 9 / 13 | 10 / 14 | 11 / 15 | 12 / 16 | 13 / 17 | 14 / 18 | 15 / 19 |
| 16 / 20 | 17 / 21 | 18 / 22 | 19 / 23 | 20 / 24 | 21 / 25 | 22 / 26 |
| 23 / 27 | 24 / 28 | 25 / 29 | 26 / 30 | 27 / 1 | 28 / 2 | 29 / 3 |

Source: https://ummulqura.org.sa/yearcalender.aspx?y=2000&l=False   Created 2023-10-06 at 13:28