# EXHIBIT 72




## Calendar For the Year ( ...) 2001

### January 2001
Shawwal 1421هـ - Thul-Qi'dah 1421هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|------|------|------|------|------|------|------|
|  |  | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |  |  |

### February 2001
Thul-Qi'dah 1421هـ - Thul-Hijjah 1421هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|------|------|------|------|------|------|------|
|  |  |  |  |  | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 |  |  |

### March 2001
Thul-Hijjah 1421هـ - Muharram 1422هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|------|------|------|------|------|------|------|
| 31 |  |  |  |  | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

### April 2001
Muharram 1422هـ - Safar 1422هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|------|------|------|------|------|------|------|
|  | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 |  |  |  |  |

### May 2001
Safar 1422هـ - Rabi' al-Awwal 1422هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|------|------|------|------|------|------|------|
|  |  |  | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |  |

### June 2001
Rabi' al-Awwal 1422هـ - Rabi' al-Thani 1422هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|------|------|------|------|------|------|------|
| 30 |  |  |  |  |  | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |

### July 2001
Rabi' al-Thani 1422هـ - Jumada al-Ula 1422هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|------|------|------|------|------|------|------|
|  | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |  |  |  |

### August 2001
Jumada al-Ula 1422هـ - Jumada al-Alkhirah 1422هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|------|------|------|------|------|------|------|
|  |  |  |  | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

### September 2001
Jumada al-Alkhirah 1422هـ - Rajab 1422هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|------|------|------|------|------|------|------|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 |  |  |  |  |  |

### October 2001
Rajab 1422هـ - Sha'ban 1422هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|------|------|------|------|------|------|------|
|  |  | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |  |  |

### November 2001
Sha'ban 1422هـ - Ramadhan 1422هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|------|------|------|------|------|------|------|
|  |  |  |  |  | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

### December 2001
Ramadhan 1422هـ - Shawwal 1422هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|------|------|------|------|------|------|------|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 |  |  |  |  |