# EXHIBIT 73




## Calendar For the Year ( ...) 2002

### January 2002

Shawwal 1422هـ - Thul-Qi’dah 1422هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|---|---|---|---|---|---|---|
| | | | 1 (17) | 2 (18) | 3 (19) | 4 (20) |
| 5 (21) | 6 (22) | 7 (23) | 8 (24) | 9 (25) | 10 (26) | 11 (27) |
| 12 (28) | 13 (29) | 14 (30) | 15 (1) | 16 (2) | 17 (3) | 18 (4) |
| 19 (5) | 20 (6) | 21 (7) | 22 (8) | 23 (9) | 24 (10) | 25 (11) |
| 26 (12) | 27 (13) | 28 (14) | 29 (15) | 30 (16) | 31 (17) | |

### February 2002

Thul-Qi’dah 1422هـ - Thul-Hijjah 1422هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|---|---|---|---|---|---|---|
| | | | | | | 1 (18) |
| 2 (19) | 3 (20) | 4 (21) | 5 (22) | 6 (23) | 7 (24) | 8 (25) |
| 9 (26) | 10 (27) | 11 (28) | 12 (29) | 13 (1) | 14 (2) | 15 (3) |
| 16 (4) | 17 (5) | 18 (6) | 19 (7) | 20 (8) | 21 (9) | 22 (10) |
| 23 (11) | 24 (12) | 25 (13) | 26 (14) | 27 (15) | 28 (16) | |

### March 2002

Thul-Hijjah 1422هـ - Muharram 1423هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|---|---|---|---|---|---|---|
| 30 (16) | 31 (17) | | | | | 1 (17) |
| 2 (18) | 3 (19) | 4 (20) | 5 (21) | 6 (22) | 7 (23) | 8 (24) |
| 9 (25) | 10 (26) | 11 (27) | 12 (28) | 13 (29) | 14 (30) | 15 (1) |
| 16 (2) | 17 (3) | 18 (4) | 19 (5) | 20 (6) | 21 (7) | 22 (8) |
| 23 (9) | 24 (10) | 25 (11) | 26 (12) | 27 (13) | 28 (14) | 29 (15) |

### April 2002

Muharram 1423هـ - Safar 1423هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|---|---|---|---|---|---|---|
| | | 1 (18) | 2 (19) | 3 (20) | 4 (21) | 5 (22) |
| 6 (23) | 7 (24) | 8 (25) | 9 (26) | 10 (27) | 11 (28) | 12 (29) |
| 13 (30) | 14 (1) | 15 (2) | 16 (3) | 17 (4) | 18 (5) | 19 (6) |
| 20 (7) | 21 (8) | 22 (9) | 23 (10) | 24 (11) | 25 (12) | 26 (13) |
| 27 (14) | 28 (15) | 29 (16) | 30 (17) | | | |

### May 2002

Safar 1423هـ - Rabi’ al-Awwal 1423هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|---|---|---|---|---|---|---|
| | | | | 1 (18) | 2 (19) | 3 (20) |
| 4 (21) | 5 (22) | 6 (23) | 7 (24) | 8 (25) | 9 (26) | 10 (27) |
| 11 (28) | 12 (29) | 13 (1) | 14 (2) | 15 (3) | 16 (4) | 17 (5) |
| 18 (6) | 19 (7) | 20 (8) | 21 (9) | 22 (10) | 23 (11) | 24 (12) |
| 25 (13) | 26 (14) | 27 (15) | 28 (16) | 29 (17) | 30 (18) | 31 (19) |

### June 2002

Rabi’ al-Awwal 1423هـ - Rabi’ al-Thani 1423هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|---|---|---|---|---|---|---|
| 1 (20) | 2 (21) | 3 (22) | 4 (23) | 5 (24) | 6 (25) | 7 (26) |
| 8 (27) | 9 (28) | 10 (29) | 11 (30) | 12 (1) | 13 (2) | 14 (3) |
| 15 (4) | 16 (5) | 17 (6) | 18 (7) | 19 (8) | 20 (9) | 21 (10) |
| 22 (11) | 23 (12) | 24 (13) | 25 (14) | 26 (15) | 27 (16) | 28 (17) |
| 29 (18) | 30 (19) | | | | | |

### July 2002

Rabi’ al-Thani 1423هـ - Jumada al-Ula 1423هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|---|---|---|---|---|---|---|
| | | 1 (20) | 2 (21) | 3 (22) | 4 (23) | 5 (24) |
| 6 (25) | 7 (26) | 8 (27) | 9 (28) | 10 (29) | 11 (1) | 12 (2) |
| 13 (3) | 14 (4) | 15 (5) | 16 (6) | 17 (7) | 18 (8) | 19 (9) |
| 20 (10) | 21 (11) | 22 (12) | 23 (13) | 24 (14) | 25 (15) | 26 (16) |
| 27 (17) | 28 (18) | 29 (19) | 30 (20) | 31 (21) | | |

### August 2002

Jumada al-Ula 1423هـ - Jumada al-Alkhirah 1423هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|---|---|---|---|---|---|---|
| 31 (22) | | | | | 1 (22) | 2 (23) |
| 3 (24) | 4 (25) | 5 (26) | 6 (27) | 7 (28) | 8 (29) | 9 (30) |
| 10 (1) | 11 (2) | 12 (3) | 13 (4) | 14 (5) | 15 (6) | 16 (7) |
| 17 (8) | 18 (9) | 19 (10) | 20 (11) | 21 (12) | 22 (13) | 23 (14) |
| 24 (15) | 25 (16) | 26 (17) | 27 (18) | 28 (19) | 29 (20) | 30 (21) |

### September 2002

Jumada al-Alkhirah 1423هـ - Rajab 1423هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|---|---|---|---|---|---|---|
| | 1 (23) | 2 (24) | 3 (25) | 4 (26) | 5 (27) | 6 (28) |
| 7 (29) | 8 (1) | 9 (2) | 10 (3) | 11 (4) | 12 (5) | 13 (6) |
| 14 (7) | 15 (8) | 16 (9) | 17 (10) | 18 (11) | 19 (12) | 20 (13) |
| 21 (14) | 22 (15) | 23 (16) | 24 (17) | 25 (18) | 26 (19) | 27 (20) |
| 28 (21) | 29 (22) | 30 (23) | | | | |

### October 2002

Rajab 1423هـ - Sha’ban 1423هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|---|---|---|---|---|---|---|
| | | | 1 (24) | 2 (25) | 3 (26) | 4 (27) |
| 5 (28) | 6 (29) | 7 (1) | 8 (2) | 9 (3) | 10 (4) | 11 (5) |
| 12 (6) | 13 (7) | 14 (8) | 15 (9) | 16 (10) | 17 (11) | 18 (12) |
| 19 (13) | 20 (14) | 21 (15) | 22 (16) | 23 (17) | 24 (18) | 25 (19) |
| 26 (20) | 27 (21) | 28 (22) | 29 (23) | 30 (24) | 31 (25) | |

### November 2002

Sha’ban 1423هـ - Ramadhan 1423هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|---|---|---|---|---|---|---|
| 30 (25) | | | | | | 1 (26) |
| 2 (27) | 3 (28) | 4 (29) | 5 (30) | 6 (1) | 7 (2) | 8 (3) |
| 9 (4) | 10 (5) | 11 (6) | 12 (7) | 13 (8) | 14 (9) | 15 (10) |
| 16 (11) | 17 (12) | 18 (13) | 19 (14) | 20 (15) | 21 (16) | 22 (17) |
| 23 (18) | 24 (19) | 25 (20) | 26 (21) | 27 (22) | 28 (23) | 29 (24) |

### December 2002

Ramadhan 1423هـ - Shawwal 1423هـ

| Sat. | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. |
|---|---|---|---|---|---|---|
| | 1 (26) | 2 (27) | 3 (28) | 4 (29) | 5 (1) | 6 (2) |
| 7 (3) | 8 (4) | 9 (5) | 10 (6) | 11 (7) | 12 (8) | 13 (9) |
| 14 (10) | 15 (11) | 16 (12) | 17 (13) | 18 (14) | 19 (15) | 20 (16) |
| 21 (17) | 22 (18) | 23 (19) | 24 (20) | 25 (21) | 26 (22) | 27 (23) |
| 28 (24) | 29 (25) | 30 (26) | 31 (27) | | | |

Source: https://ummulqura.org.sa/yearcalender.aspx?y=2002&l=False Created 2023-10-06 at 13:28