# EXHIBIT 79



## COUNTY OF SUFFOLK
## COMMONWEALTH OF MASSACHUSETTS

September 29, 2023

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

**Abbottabad note - Birth of the Idea**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

*Amr Abualy*

Amr Abualy
Project Manager
Linguistic Systems

*Making the Decision (1) A*

*Birth of the 11 September Idea*

- *The idea came to me when I heard the news of the airplane piloted by al-Battuti, so I said to the brothers who were with me, "why did he not fly into one of the commercial towers?"*
- *The idea was then formed in my mind, and it matured. We began to plan. Nobody knew of this idea except for Abu-Hafs, Abu-al-Khair, and me. We sent two young men to learn English in America, Rabi'ah Nawwaf al-Hazimi and Khalid al-Mihdar, who stayed for a year without success. They would send us messages saying that they were unable to study and were not blessed with success. Khalid al-Mihdar despaired and returned to Mecca, ashamed to return to Afghanistan to inform me of this, while Rabi'ah remained there. Khalid al-Mihdar stayed*

بداية فكرة المسير

تولدت الفكرة لدي عندما سمعت عبر الطائرة التي كانت تزودها الطواف فقدت للدفوع الليبية معي لماذا لم يرحل في إحدى المراج، وتاسيه لمباني التجارية.

ثم نمت الفكرة في رأسي ونضجت شيئاً ما لنقط ولم يكن أحد يعلم بهذه الفكرة سوى أبو حفص وأبو الخير وأنا فأرسلنا اسم من الشباب لتعلم الفشر الإنجليزية في أمريكا تربية قواعد الجارح ورجعلوا الحظنا وتمكنوا عاماً، ودون أن يشعر أحداً وكانوا يعيشون الرسائل في يخرجونا، انهم لم يستطيعوا السير، ولم يعرفوا وسمي حالة الحضار فطار الى هذه جميعاً، ثم يعود الى أنه نقاء لتعيش بركة دون تربية هناك، وفعلت حالة الحضار.