# EXHIBIT 85

11/04/1998    20:37    00000000000                                              PAGE 02

Royal Consulate General of                In the name of Allah, the Gracious, the
Saudi Arabia                                          Merciful                                  [Duplicate Text]
Los Angeles



[*Emblem of Saudi Arabia*]

**OUTGOING TELEGRAM**

Telegram No. 509/2/400                          File No. ----
Date: 21/05/1424 AH (July 21, 2003 AD)          Attachments: 23

**VERY URGENT**
**CONFIDENTIAL**

His Excellency Ambassador Ahmed Abdel Aziz Kattan, may Allah protect him
Deputy Head of Mission

In reference to the press report issued on 21/05/1424 AH (July 21, 2003 AD) on the September 11 incidents, and the news about citizen Omar bin Ahmed Mustafa al Bayoumi, I enclose for Your Excellency the information available with the consulate about the said citizen. For your review.

Please accept my best regards and appreciation.

                                          Consul General
                                          Ambassador Mohamed bin Abdel Rahman al Salloum
                                          [*Handwritten Signature*]

**[SEAL]**
Saudi Royal Embassy in Washington, D.C.
Received on 21/05 AH (July 21, 2003 AD)
No. 1534
File No. 19

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.



March 9, 2021
Exhibit
ABDULLAH AL-AWAD
**463**

بسم الله الرحمن الرحيم



*Royal Consulate General*
*of Saudi Arabia*
*Los Angeles*

القنصلية العامة لمملكة العربية السعودية
لوس أنجلوس

**برقية صــادرة**

رقم الملف: _____                    رقم البرقية ٥٠٩ / ٢ / ٤٠٠

المرفقات: ___٢___                        التاريخ ٢٤/٥/٢٢هـ

– عاجلة جدا –
– سرية –

سعادة الاخ السفير/ احمد بن عبدالعزيز قطان          سلمه الله
نائب رئيس البعثة

إشارة الى التقرير الصحفي الصادر بتاريخ ١٤٢٤/٥/٢١هـ عن حادثة ١١ سبتمبر
وما تناولته الأخبار عن المواطن/ عمر بن احمد مصطفى البيومي (فاصلة) أبعث لسعادتكم
برفقه ما توفر لدى القنصلية عن المواطن المذكور (فاصلة) للعلم والاطلاع (فاصلة)

وتقبلوا أطيب تحياتي وتقديري ،،

القنصل العام

السفير/ محمد بن عبدالرحمن السلوم

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000006642

11/04/1998   20:37   00000000000                                    PAGE 03
Royal Consulate General of         In the name of Allah, the        [Duplicate Text]
Saudi Arabia                       Gracious, the Merciful
Los Angeles



[*Emblem of Saudi Arabia*]

SPECIAL REPORT ON CITIZEN OMAR BIN AHMED MUSTAFA AL BAYOUMI

[Handwriting: ✓]

Citizen Omar bin Ahmed Mustafa al Bayoumi entered the United States of America holding Passport No. 551159 issued from Makkah, dated 02/01/1416 AH (June 01, 1995 AD), and a US multiple travel visa (F-1) issued by the US Consulate in Jeddah, dated June 04, 1995 AD, for the purpose of study at the ELS Language Center, San Diego, CA, accompanied by his wife Manal Ahmed Baqader and his children Emad, Bayan, and Firas (Picture No. 1).

The said person checked with the consulate in Los Angeles and met with colleague Abdullah Al Awad on 24/10/1420 AH (January 31, 2000 AD), requesting renewal of his passport and passports of his family members because they expired. He presented a copy of Form I-20 and a letter from the Keller Graduate School of Management, San Diego, confirming his enrollment at this school. The consulate issued passports to the said person, his wife Manal, and his children Emad, Bayan, and Firas on 25/10/1420 AH (February 01, 2000 AD) (Picture 2).

On 07/11/1421 AH (February 01, 2001 AD), correspondence was received from said citizen requesting the issuance of a passport for his newborn Maria so that he can travel to Britain with the family. He attached a copy of Form I-20 and a letter from the United States International University, San Diego, CA, reporting his admission to study for the master's degree in business administration after being transferred from the Keller Graduate School of Management, Freemont, CA.

The consulate registered the newborn, translated the birth certificate, and issued the passport on the same day of 07/11/1421 AH (February 01, 2001 AD) (Picture 3).

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000006643





*Royal Consulate General*
*of Saudi Arabia*
*Los Angeles*

<u>تقرير خاص بالمواطن/ عمر بن احمد مصطفى البيومي</u>

دخل المواطن عمر بن احمد مصطفى البيومي الولايات المتحدة الامريكية بجواز سفر رقم ٥٥١١٥٩ صادر من العاصمة المقدسة وتاريخ ١٤١٦/١/٢هـ وتأشيرة دخول امريكية (F-1) متعددة السفرات صادرة من القنصلية الامريكية بجدة وتاريخ ٤/يونيو/١٩٩٥ لغرض الدراسة في ELS Language Center, San Diego, CA وذلك برفقة زوجته منال احمد باقادر وابنائه عماد وبيان وفراس  <u>(صورة رقم ١)</u>

راجع المذكور القنصلية في لوس انجلوس وقابل الزميل عبدالله العواد في ١٤٢٠/١٠/٢٤هـ الموافق ٢٠٠٠/١/٣١م طالبا تجديد جوازات سفره وعائلته لانتهاء الصلاحية، حيث قدم صورة من الـ I-20 وخطاب من Keller Graduate School of Management, San Diego تؤكد التحاقه بهذه المدرسة. قامت القنصلية باصدار جوازات للمذكور وزوجته منال وابنائه عماد ــ بيان وفراس في ١٤٢٠/١٠/٢٥هـ الموافق ٢٠٠٠/٢/١م <u>(صورة رقم ٢)</u>.

في ١٤٢١/١١/٧هـ الموافق ٢٠٠١/٢/١م تمّ استلام معاملة من المواطن المذكور يطلب فيها اصدار جواز سفر لمولودته مارية كي يتسنى له السفر الى بريطانيا بصحبة العائلة، حيث ارفق المذكور صورة من الـ I-20 وخطاب من

United State International University, San Diego, CA

يفيد بقبول المذكور لدراسة الماجستير في ادارة الاعمال محولا من

Keller graduate School of Management, Freemont, CA

قامت القنصلية بتسجيل المولود وترجمة شهادة الميلاد واصدار جواز السفر بنفس اليوم ١٤٢١/١١/٧هـ الموافق ٢٠٠١/٢/١م. <u>صورة رقم ٣) .</u>

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000006643





PASSPORT NO. A551159

NAME Omar A. M. Al-bayoumi

PLACE OF BIRTH Alkajra

29.11.1957

MOTHER'S NAME Aisha

(1) رقم صورة

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000006644



KINGDOM OF SAUDI ARABIA
المملكة العربية السعودية
وزارة الداخلية
MINISTRY OF INTERIOR

IN THE NAME OF THE KING
OF THE KINGDOM OF SAUDI
ARABIA I REQUEST AND
REQUIRE ALL THOSE WHO IT
MAY CONCERN. TO ALLOW THE
BEARER TO PASS FREELY
WITHOUT LET OR HINDRANCE
AND TO AFFORD THE BEARER
SUCH ASSISTANCE AND
PROTECTION AS MAY BE
NECESSARY

Los Angeles
Feb. 2000

B.758501

OMAR A. M. AL-BAYOUMI

ALHAJRA

AISHA

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000006645

U.S. Department of Justice
Immigration and Naturalization Service
Please Read Instructions on Page 2

Certificate of Eligibility for Nonimmigrant (F-1) Student
Status - For Academic and Language Students

OMB No. 1115-0051

Page 3

**I-20 ID (STUDENT) COPY**

1. Family Name (surname)
   Al-Bayoumi

   First (given) name (do not enter middle name)
   Omar

   Country of birth
   Saudi Arabia

   Date of birth (mo./day/year)
   11/29/51

   Country of citizenship
   Saudi Arabia

   Admission number (Complete if known)
   57CC94CC5C4

**For Immigration Official Use**

F/1   D/S

Visa issuing post
JEDDAH

Date Visa issued
Jun 04, 1995

Reinstated, extension granted to:

2. School (school district) name
   Keller Graduate School of Management

   School official to be notified of student's arrival in U.S. (Name and Title)
   Cecil Horst, Director, Fremont Center

   School address (include zip code)
   cccc Dumbarton Circle, Fremont, CA 94555

   School code (including 3-digit suffix, if any) and approval date
   LOS   214F   1615.00   approved on   2/27/95

3. This certificate is issued to the student named above for:
   (Check and fill out as appropriate)
   a. ☑ Initial attendance at this school.
   b. ☐ Continued attendance at this school.
   c. ☐ School transfer.
      Transferred from _____
   d. ☐ Use by dependents for entering the United States.
   e. ☐ Other _____

4. Level of education the student is pursuing or will pursue in the United States:
   (check only one)
   a. ☐ Primary        e. ☑ Master's
   b. ☐ Secondary      f. ☐ Doctorate
   c. ☐ Associate      g. ☐ Language training
   d. ☐ Bachelor's     h. ☐ Other

5. The student named above has been accepted for a full course of study at this school, majoring in   Business Administration
   The student is expected to report to the school not later than (date)
   7/7/   and complete studies not later than (date)   6/30/00
   The normal length of study is   2.5 years

6. ☐ English proficiency is required:
   ☑ The student has the required English proficiency.
   ☐ The student is not yet proficient, English instructions will be given at the school.
   ☐ English proficiency is not required because _____

7. This school estimates the student's average costs for an academic term of   2-3   (up to 12) months to be:
   a. Tuition and fees          $   2700.00
   b. Living expenses           $   2600.00
   c. Expenses of dependents    $ _____
   d. Other (specify):          $ _____
      Total                     $   5300.00

8. This school has information showing the following as the student's means of support, estimated for an academic term of   2   months (Use the same number of months given in item 7).
   a. Student's personal funds   $   5300.00
   b. Funds from this school      $ _____
      (specify type)              _____
   c. Funds from another source   $ _____
      (specify type and source)   _____
   d. On-campus employment (if any) $ _____
      Total                       $   5300.00

9. Remarks: _____

10. School Certification: I certify under penalty of perjury that all information provided above in items 1 through 8 was completed before I signed this form and is true and correct. I executed this form in the United States after review and evaluation in the United States by me or other officials of the school of the student's application, transcripts or other records of courses taken and proof of financial responsibility, which were received at the school prior to the execution of this form; the school has determined that the above named student's qualifications meet all standards for admission to the school; the student will be required to pursue a full course of study as defined by 8 CFR 214.2(f)(6); I am a designated official of the above named school and I am authorized to issue this form.

    [signature]   Cecil Horst, D.S.   Director, Fremont Center, 12/9_   Fremont, CA
    Signature of designated school official   Name of school official (print or type)   Date issued   Place issued (city and state)

11. Student Certification: I have read and agreed to comply with the terms and conditions of my admission and those of any extension of stay as specified on page 2. I certify that all information provided on this form refers specifically to me and is true and correct to the best of my knowledge. I certify that I seek to enter or remain in the United States temporarily, and solely for the purpose of pursuing a full course of study at the school named on Page 1 of this form. I also authorize the named school to release any information from my records which is needed by the INS pursuant to 8 CFR 214.3(g) to determine my nonimmigrant status.

    _____   _____   _____
    Signature of student   Name of student   Date

    _____   _____   _____   _____   _____   _____   _____
    Signature of parent or guardian   Name of parent/guardian (Print or type)   Address(city)   (State or province)   (Country)   (Date)
    if student is under 18

    Form I-20 A-B/I-20ID (Rev. 01-27-88)N

    For official use only
    Microfilm Index Number

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000006646

February 24, 1999

To Whom It May Concern:
Immigration and Naturalization Service:

Dear Sir/Ms.,

The purpose of this letter is to inform you that Mr. Omar Al-Bayoumi is a student in good standing at Keller Graduate School of Management, San Diego site.

If you have any questions about his current status please contact me at 510/574-1250. Thank you.

Sincerely,

Cecil Horst, D.S.O.
Director, Fremont Center

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000006647

[cut off]/04/1998  20:37  00000000000                                          PAGE 08

Royal Consulate General of     In the name of Allah, the Gracious,
Saudi Arabia                              the Merciful                    [Photo Affixed]
Los Angeles



[*Emblem of Saudi Arabia*]

**PASSPORT APPLICATION FORM**

Name in Arabic: عمر بن أحمد بن مصطفى البيومي
Name in English: Omar A. M. al Bayoumi

| | | |
|---|---|---|
| Profession: Employee | Place of Residence: Makkah | Mother's Name: Aisha |
| Place of Birth: Hajrah | Date of Birth: 06/05/1377 AH | Corresponding to: November 29, 1957 AD |
| Height: 165cm | Hair color: Black | Eye color: Hazel |
| Distinctive Marks: None | Marital status: Married | |

Documents submitted:
1- Previous Passport No. 551159A, Dated: 02/01/1416 AH (June 01, 1995 AD), Issued from: Makkah;
2- ID Card No. 62110, Dated: 23/10/1396 AH (October 17, 1976 AD), Issued from: Jeddah; and
3- Civil Status Card No. 1036639514, Issued from: Jeddah.

Reasons for being in the USA: Study.
Reasons why you want to obtain a new passport: Former passport expiry.
Your permanent address in Saudi Arabia and phone number: Jeddah, Airways Engineering
Your permanent address in the USA and phone number: 6333 Mt. Ada Road #152, San Diego, CA 92111 (619) 227-7623
Companions:

| Name | Kinship | Date of Birth | Place of Birth |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

I received my previous passport No. ----, Dated: ----, Issued from: ----, after having it voided and pierced, for my urgent need at the present time. I acknowledge to return it to the issuing authority or the nearest passport administration when the need ends.

Signature: [*Handwritten Signature*]     Date: 24/10/1420 AH (January 31, 2000 AD)

For official use:
Passport No. 20758501, dated: 25/10/1420 AH (February 01, 2001 AD), was issued to said person.

Consul Deputy Signature                                      Seal

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000006648

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الخارجية

طلب إصدار جواز سفر

الاسم باللغة العربية  عمر بن أحمد بن مصطفى البيومي
الاسم باللغة الاجنبية  Omar  A. M. Al-Bayoumi
المهنة  موظف  محل الاقامة  مكة  اسم الأم  عيشه
محل الميلاد  الحجره  تاريخ الميلاد ١٣٧٧/٥/٦ الموافق ٢٩/١١/١٩٥٧
الطول 165cm  لون الشعر أسود  لون العينين  عسلي
العلامات الفارقة  بدون  الحالة الاجتماعية  متزوج

المستندات المقدمة :
١ - جواز سفر سابق رقم ٠٥٩١١٥  تاريخ ١١/٦/١٤١٦ صادر  العاصمة المقدسه
٢ - حفيظة النفوس رقم ٥١١٢٦ تاريخ ١٤٢/١٠/٢٩ صادر  جده
٣ - بطاقة الأحوال المدنية رقم ١٠٢٦٦٢٩٥٦ صادر  جده
أسباب رغبتك في الولايات المتحدة الأمريكية  للدراسة
أسباب رغبتك في الحصول على جواز جديد  الانتهاء مفعوله
عنوانك الدائم في المملكة العربية السعودية ورقم الهاتف  جده/هندسة الطيران الجوي
عنوانك الدائم في الولايات المتحدة الأمريكية ورقم الهاتف  6333 Mt. Ada Road #15
San Diego, CA 92111  (619) 227-7623

المرافقون :

| الاسم | صلة القرابة | تاريخ الميلاد | مكان الميلاد |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

استلمت جواز سفري السابق رقم _____ وتاريخ _____ صادر _____
بعد إلغائه وتخريمه وذلك لحاجتي الماسة اليه في الوقت الحاضر وأتعهد عند انتهاء الحاجة
اليه بإعادته الى الجهة التي أصدرته أو أقرب إدارة جوازات .
التوقيع _____  تاريخ ١٤٢٠/١٠/٢٩ الموافق ٢١/١١/٢٠٠٠

للاستعمال الرسمي :
أصدر تذكرة جواز سفر برقم ح ٧٥٨٥٠١  وتاريخ ١٤٢٠/٩/٩ الموافق ٢٠٠٠/د/د

توقيع نائب القنصل                    الختم

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000006648

[cut off]/04/1998  20:37                    00000000000                    PAGE 09

His Excellency Consul General of the Custodian of the Two Holy Mosques in Los Angeles,
may Allah protect him
May the peace, mercy, and blessings of Allah be upon you.

Please assign the competent authority to renew my passport, the passport of my wife,

Manal Ahmed Baqader, and the passports of my children:
Emad Omar al Bayoumi;
Bayan Omar al Bayoumi; and
Firas Omar al Bayoumi

Please accept my thanks and appreciation. May Allah protect and bless you.

Submitted by
Omar A. M. al Bayoumi
[*Handwritten Signature*]
24/10/1420 AH (January 31, 2000 AD)

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000006649

سعادة قنصل خادم الحرمين الشريفين    حفظه الله

لوس انجلوس

السلام عليكم ورحمة الله وبركاته:

أرغب التكرم بتعبيد جهة الاختصاص

بتحديد جوازي وجواز زوجتي منال أحمد

بافادر وأولادي:

عماد عمر البيومي

بيان عمر البيومي

فراس عمر البيومي

شاكراً ومقدراً لكم ذلك والله يحفظكم

ويرعاكم

عمر بن أحمد بن محمد البيومي

١٤٢٠/١١/٤٤

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000006649



بسم الله الرحمن الرحيم
المملكة العربية السعودية
KINGDOM OF SAUDI ARABIA
وزارة الداخلية
MINISTRY OF INTERIOR

IN THE NAME OF THE KING
OF THE KINGDOM OF SAUDI
ARABIA I REQUEST AND
REQUIRE ALL THOSE WHOM IT
MAY CONCERN, TO ALLOW THE
BEARER TO PASS FREELY
WITHOUT LET OR HINDRANCE
AND TO AFFORD THE BEARER
SUCH ASSISTANCE AND
PROTECTION AS MAY BE
NECESSARY.

ROYAL CONSULATE
GENERAL OF SAUDI ARABIA

رقم الجواز 2058
B 758502

الاسم منال بنت احمد بن محمد باقادر
NAME MANAL A. M. BAGADER

محل الولادة مكة المكرمة
MAKKAH

27 - 2 - 1388    26 - 5 - 1968
AISHAH

عبد الرحمن عبد الجبار عبد الرزاق



CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.



KINGDOM OF SAUDI ARABIA
MINISTRY OF INTERIOR

IN THE NAME OF THE KING
OF THE KINGDOM OF SAUDI
ARABIA, I REQUEST AND
REQUIRE ALL THOSE WHOM IT
MAY CONCERN, TO ALLOW THE
BEARER TO PASS FREELY
WITHOUT LET OR HINDRANCE
AND TO AFFORD THE BEARER
SUCH ASSISTANCE AND
PROTECTION AS MAY BE
NECESSARY.

PASSPORT NO. B 758504

NAME BAYAN OMAR A AL-BAYOUMI

PLACE OF BIRTH: JEDDAH

NAME MANAL

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000006652



CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000006653





PASSPORT NO. 0551197

NAME MANAL A. M. BAGADER

PLACE OF BIRTH MAKKAH

26 5 1968

MOTHER'S NAME AISHAH

KINGDOM OF SAUDI ARABIA
MINISTRY OF INTERIOR

IN THE NAME OF THE KING
OF THE KINGDOM OF SAUDI
ARABIA, I REQUEST AND
REQUIRE ALL THOSE WHOM IT
MAY CONCERN, TO ALLOW THE
BEARER TO PASS FREELY
WITHOUT LET OR HINDRANCE
AND TO AFFORD THE BEARER
SUCH ASSISTANCE AND
PROTECTION AS MAY BE
NECESSARY.

ISSUED AT HOLY CAPITAL

DATE 31 5 95

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000006654

3   A551197   ٣   2   7611227   ٢



MARITAL STATUS   *Married* الحالة الأ

PROFESSION   *Housewife* المهنة

DOMICILE   *Makkah.* محل الإقامة

DESCRIPTION   الطول

HEIGHT

WIFE OR
HUSBAND'S NAME   *OMAR.A.ALBAYOUMI.*

COLOUR OF EYES

COLOUR OF HAIR

PECULIARITIES

DATE OF
BIRTH

SIGNATURE   التوقيع

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000006655

5    HS51197                          4    7E1122A

NAME OF DEPENDANTS                        أسماء المرافقين

| NAME | PLACE AND DATE OF BIRTH | RELATION |      صلة القرابة    مكان وتاريخ الميلاد    الإسم
|------|-------------------------|----------|

EMAD. O.Jeddah 1986  Son

DAYAN  ..        1988   D

FIRAS  ..  (    1992  Son

VOID

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000006656





CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000006657

[cut off]/04/1998  20:37          00000000000                                    PAGE 18

Royal Consulate General of          In the name of Allah, the Gracious, the          [Duplicate Text]
Saudi Arabia                                        Merciful
Los Angeles



[*Emblem of Saudi Arabia*]

**TRANSLATION OF BIRTH CERTIFICATE**

Newborn Name: Maria
Gender: Female
Place of Birth: Kaiser Foundation Hospital
Date of Birth: December 11, 2000 AD (15/09/1421 AH)
Day and Hour: Monday 12:52
City: San Diego
State: California
Mother's Name: Manal Ahmed Baqader
Mother's Date of Birth: May 26, 1968 AD
Father's Name: Omar bin Ahmed Mustafa al Bayoumi
Father's Date of Birth: November 29, 1957 AD
ID No. 00062110
Date of Issue: 23/10/1396 AH (October 17, 1976 AD)
Issued from: Jeddah
Birth Certificate No. 1200037043797
Date of Registration: January 05, 2001 AD
Date of Issue: January 09, 2001 AD
Birth Certificate Issuing Authority: Birth Registration Service in San Diego, California

This certificate was translated in the Consulate General of Los Angeles at the request of the newborn's guardian Omar bin Ahmed Mustafa al Bayoumi

(Dear Citizen: Check with the nearest health center within fifteen days from the date of your return to the homeland.)

Registered at the Consulate, No. 43
Date: 07/11/1421 AH
Corresponding: February 01, 2001 AD

[*Illegible Official Seal*]

CONFIDENTIAL:                                                                                KSA0000006658
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.



*Los Angeles*

القنصلية العامة لخادم الحرمين الشريفين
لوس انجليس

## ترجمة شهادة ميــلاد

| | | |
|---|---|---|
| اسم المولــــــود | : | مارية |
| الجنـــــــــس | : | الثى |
| محل الميـــلاد | : | مستشفى كايزر فاونديشن |
| تاريخ الميـــلاد | : | ٢٠٠٠/١٢/١١م الموافق ١٤٢١/٩/١٥هـ |
| اليوم والساعـــة | : | الاثنين ١٢:٥٢ |
| المدينـــــة | : | سان دييغو |
| الولايـــــة | : | كاليفورنيا |
| اسـم الأم | : | منال بنت احمد باقادر |
| تاريخ ميلادهــــا | : | ١٩٦٨/٥/٢٦م |
| اسـم الأب | : | عمر بن احمد بن مصطفى البيومي |
| تاريخ ميـــلاده | : | ١٩٥٧/١١/٢٩م |
| رقم حفيظة النفــوس | : | ١٠٠٠٦٢١١٠ |
| تاريخهـــــا | : | ١٣٩٦/١٠/٢٣هـ |
| صـــادرة مـن | : | جدة |
| رقم شهادة الميـــلاد | : ١ | ٢٠٠٠٣٧٠٤٣٧٩٧ |
| تاريخ تسجيلهـــا | : | ٢٠٠١/١/٥م |
| تاريخ اصدارهـــا | : | ٢٠٠١/١/٩م |
| الجهة الصادرة منها شهادة الميلاد | : | دائرة تسجيل المواليد في سان دييغو/كاليفورنيا |

تمت ترجمة هذه الشهادة في القنصلية العامة في لوس انجليس بناء على طلب ولي أمر المولودة/ عمر بن

احمد بن مصطفى البيومي

(أخي المواطن: راجع أقرب مركز صحي خلال خمسة عشر يوما من تاريخ عودتك الى أرض

الوطن).

| | | |
|---|---|---|
| سـجل في القنصلية برقم | : | ٤٣٠ |
| وتاريــــخ | : | ١٤٢١/١١/٧هـ |
| الموافــق | : | ٢٠٠١/٢/١م |



CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000006658

[cut off]/04/1998                20:37            00000000000            PAGE 19

Omar al Bayoumi
6333 Mt. Ada Road #152
San Diego, CA 92111
USA
Tel/Fax: (858) 277-5941

In the name of Allah, the Gracious, the Merciful

His Excellency Consul General, may Allah protect him
Consulate of the Custodian of the Two Holy Mosques
May the peace, mercy, and blessings of Allah be upon you.

Given my intention to travel to Britain with the family to check with some universities and then return to
America, please assign the competent authority to issue a passport to my daughter **Maria Omar Ahmed al**
Bayoumi, noting that the passport issuance requirements are attached herewith.

May Allah guide and bless you. May the peace, mercy, and blessings of Allah be upon you.

                                    Your brother
                                    Omar Ahmed al Bayoumi
                                    [*Handwritten Signature*]

[Handwriting: *Nationals, 07/11/1421 AH (February 01, 2001 AD*]

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000006659

*Omar Al-Bayoumi*
6333 Mt. Ada Road #152
San Diego, CA 92111
USA
Tel / Fax : (858)277-5941

بسم الله الرحمن الرحيم

سعادة القنصل العام        حفظه الله
قنصلية خادم الحرمين الشريفين    حفظه الله
السلام عليكم ورحمة الله وبركاته:
نظرا لعزمي على السفر الى بريطانيا بصحبة
العائلة لمراجعة بعض الجامعات ومن ثم العودة الى
أمريكا.  أرجو التكرم تعميد جهة الاختصاص باصدار
جواز سفر لابنتي مارية بنت عمر بن أحمد البيومي
علما أنه مرفق متطلبات اصدار الجواز.
وفقكم الله ورعاكم.  والسلام عليكم ورحمة الله
وبركاته،،،،



أخوكم
٩/١/٥١
عمر بن أحمد البيومي

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000006659



UNITED STATES INTERNATIONAL UNIVERSITY

January 27, 2000

Mr. Omar Al-Bayoumi
6333 Mt. Road, #152
San Diego, CA 92111

Dear Mr. Al-Bayoumi,

**Congratulations!** You have been accepted for admission into the Master of Business Administration program in Marketing at United States International University (USIU)-San Diego. You are scheduled to begin classes in the Winter Quarter of 2000. In order to complete your file, you must submit the following:

➤  a completed Transfer Verification Form (enclosed)
➤  an application processing fee of $40.00
➤  a Financial Support Form (enclosed) and a Bank Statement

Failure to submit these documents prior to the end of your first quarter will prohibit you from continuing to register for academic classes at USIU.

To reserve your place in the University, we request that you forward a matriculation deposit of one hundred dollars ($100.00). A check or money order drawn on a U.S. bank should be sent along with the enclosed Student Intent to Register Form. This deposit will be applied to your account at registration but is otherwise non-refundable. If you wish to hold a space for on-campus housing, please forward an additional non-refundable deposit of two hundred and fifty dollars ($250.00). I would urge you to send in your deposits without delay if you are serious about enrolling at USIU. Class openings fill rapidly.

The University takes pride in giving personal and quality attention to each of our students. You will need to meet with an advisor in the College of Business Administration. To arrange for registration please call (858) 635-4615. Your identification number is 257824. If you have any questions regarding the above information, you can contact the Office of Admissions at (858) 635-4772. We look forward to having you join our University community. Best wishes for success in your studies.

Sincerely,

Susan Topham
Director of Admissions

ST:bc

SAN DIEGO • MEXICO CITY • NAIROBI

Office of Admissions • 10455 Pomerado Road, San Diego, CA 92131-1799 USA
Phone 858-635-4772 • Fax 858-635-4739 •

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000006660

U.S. Department of Justice
Immigration and Naturalization Service
Please Read Instructions on Page 2

**Certificate of Eligibility for Nonimmigrant (F-1) Student Status - For Academic and Language Students**

OMB No. 1115-0051

Page 1

This page must be completed and signed in the U.S. by a designated school official.

1. Family Name (Surname)
   **AL-BAYOUMI**

   First (given) name (do not enter middle name)
   **Omar**

   Country of birth
   **Saudi Arabia**

   Date of birth (mo./day/year)
   **11/29/1957**

   Country of citizenship
   **Saudi Arabia**

   Admission number (Complete if known)

   | For Immigration Official Use |
   |---|

   | Visa issuing post | Date Visa Issued |
   |---|---|

2. School (school district) name
   **United States International University**

   School official to be notified of student's arrival in U.S. (Name and Title)
   **Sijan Messrour, Director of International Scholar's & Student Office**

   School address (include zip code)
   **10455 Pomerado Road, San Diego, CA 92131**

   School code (including 3-digit suffix, if any) and approval date
   **SND** 214F **0198.000** approved on **04/30/1964**

3. This certificate issued to the student named above for:
   (Check and fill out as appropriate)
   a. [x] Initial attendance at this school.
   b. [ ] Continued attendance at this school.
   c. [x] School transfer.
      Transferred from **Keller Graduate School of Mgmt.**
   d. [ ] Use by dependents for entering the United States.
   e. [ ] Other

4. Level of education the student is pursuing or will pursue in the United States:
   (Check only one)
   a. [ ] Primary
   b. [ ] Secondary
   c. [ ] Associate
   d. [ ] Bachelors
   e. [x] Masters
   f. [x] Doctorate
   g. [ ] Language training
   h. [ ] Other

5. The student named above has been accepted for a full course of study at this school, majoring in **Business Administration**
   The student is expected to report to the school not later than (date)
   **03/29/2000** and complete studies not later than (date) **06/30/2002**
   The normal length of study is **TWO YEARS**.

6. [x] English proficiency is required:
   [x] The student has the required English proficiency.
   [ ] The student is not yet proficient. English instructions will be given at the school.
   [ ] English proficiency is not required because

7. This school estimates the student's average costs for an academic term of
   **9** (up to 12) months to be:

   | | |
   |---|---|
   | a. Tuition and fees | $9,300.00 |
   | b. Living expenses | $20,235.00 |
   | c. Expenses of dependents | $0.00 |
   | d. Other (specify) | $0.00 |
   | Total | $29,535.00 |

8. This school has information showing the following as the student's means of support, estimated for an academic term of **9** months (Use the same number of months given in Item 7):

   | | |
   |---|---|
   | a. Student's personal funds | $0.00 |
   | b. Funds from this school (specify type) | $0.00 |
   | c. Funds from another source (specify type and source) **Ercan Engineering, Inc.** | $29,535.00 |
   | d. On-campus employment (if any) | $0.00 |
   | Total | $29,535.00 |

9. Remarks: **ID#257824 Dependents**

10. School Certification: I certify under penalty of perjury that all information provided above in items 1 through 8 was completed before I signed this form and is true and correct; I executed this form in the United States after review and evaluation in the United States by me or other officials of the school of the student's application, transcripts or other records of courses taken and proof of financial responsibility, which were received at the school prior to the execution of this form; the school has determined that the above named student's qualifications meet all standards for admission to the school; the student will be required to pursue a full course of study as defined by 8 CFR 214.2(f)(6); I am a designated official of the above named school and am authorized to issue this form.

   *(signature)*

   Signature of designated school official

   **Kieu Vo, International Admissions Officer**
   Name of school official (print or type)

   Title

   Date issued

   **03/06/2000 San Diego, CA**
   Place issued (city and state)

11. Student Certification: I have read and agreed to comply with the terms and conditions of my admission and those of any extension of stay as specified on page 2. I certify that all information provided on this form refers specifically to me and is true and correct to the best of my knowledge. I certify that I seek to enter or remain in the United States temporarily, and solely for the purpose of pursuing a full course of study at the school named on Page 1 of this form. I also authorize the named school to release any information from my records which is needed by the INS pursuant to 8 CFR 214.3(g) to determine my nonimmigrant status.

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000006661



MSN Home | My MSN | Hotmail | Search | Shopping | Money | People & Chat





Bruce DeCell, whose son-in-law was killed on September 11, listens to testimony on Capitol Hill last May

# Exclusive—The 9-11 Report: Slamming the FBI

By Michael Isikoff
NEWSWEEK

**July 28 issue —** The FBI blew repeated chances to uncover the 9-11 plot because it failed to aggressively investigate evidence of Al Qaeda's presence in the United States, especially in the San Diego area, where two of the hijackers were living with one of the bureau's own informants, according to the congressional report set for release this week.

● E-MAIL THIS ✉        ● COMPLETE STORY 🖘

ADVERTISING ON MSNBC

http://www.msnbc.com/news/941425.asp

21/05/1424

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000006662



BROWSE TOOLS
• Buy Life Insurance
• eDiets Diet Center
• Yellow Pages
• Get A Loan
• expedia.com
• Shopping

SPONSORS

## What funds are best suited for my 401k?

**Newsweek**

LIVE TALK

► Karen Breslau answers
  questions about Calif.'s
  crisis on Wed., July 23
  at 3 PM ET.

LATEST STORIES
                    ►MORE

From the Homepage
► State of Siege

► The Intelligence Wars
  Heat Up

► Enter the FBI

THE LONG-DELAYED 900-page report also contains potentially explosive new evidence suggesting that Omar al-Bayoumi, a key associate of two of the hijackers, may have been a Saudi-government agent, sources tell NEWSWEEK. The report documents extensive ties between al-Bayoumi and the hijackers. But the bureau never kept tabs on al-Bayoumi—despite receiving prior information he was a secret Saudi agent, the report says. In January 2000, al-Bayoumi had a meeting at the Saudi Consulate in Los Angeles—and then went directly to a restaurant where he met future hijackers Khalid Almihdhar and Nawaf Alhazmi, whom he took back with him to San Diego. (Al-Bayoumi later arranged for the men to get an apartment next to his and fronted them their first two months rent.) The report is sure to reignite questions about whether some Saudi officials were secretly monitoring the hijackers—or even facilitating their conduct. Questions about the Saudi role arose repeatedly during last year's joint House-Senate intelligence-committees inquiry. But the Bush administration has refused to declassify many key passages of the committees' findings. A 28-page section of the report dealing with the Saudis and other foreign governments will be deleted. "They are protecting a foreign government," charged Sen. Bob Graham, who oversaw the inquiry.

The report criticizes the Pentagon for resisting military strikes against Al Qaeda camps in Afghanistan prior to 9-11, and the CIA for failing to pass along crucial information about Almihdhar and Alhazmi at a terrorists' summit in Malaysia. But the FBI gets the toughest treatment. A few months after al-Bayoumi took them to San Diego, Almihdhar and Alhazmi moved into the house of a local professor who was a

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000006663

longtime FBI "asset." The prof also had earlier contact with another hijacker, Hani Hanjour. But even though the informant was in regular touch with his FBI handler, the bureau never pieced together that he was living with terrorists. The bureau also failed to pursue other leads, including a local imam who dealt with several key 9-11 figures. The report, one congressional investigator said, "is a scathing indictment of the FBI as an agency that doesn't have a clue about terrorism." Furious bureau officials say the report misstates the evidence. They say the bureau checked out al-Bayoumi—now back in Saudi Arabia—and concluded he had not given the hijackers "material support." As for Almihdhar and Alhazmi, "there was nothing there that gave us any suspicion about these guys," said one FBI official.

# Periscope

 **Conventional Wisdom: Baked Yellowcake Edition**

**2 of 10**

1. Exclusive: The 9-11 Report: Slamming the FBI
2. Conventional Wisdom: Baked Yellowcake Edition
3. Race: Just the Beginning
4. Florida: Yet Another Liability
5. Jessica Lynch: Homeward Bound
6. Children: New Guy In Town
7. Internet: May (Insert Name Here) Rest in Peace
8. Technology: Buggies With Brights
9. Books: And Now You Know
10. Transition

© 2003 Newsweek, Inc.

**MSNBC READERS' TOP 10**

Would you recommend this story to other readers?

not at all  **1 - 2 - 3 - 4 - 5 - 6 - 7**  highly

⬤ BACK TO TOP ↑

  MSNBC is optimized for
• Microsoft Internet Explorer
• Windows Media Player

• MSNBC Terms, Conditions and Privacy © 2003

Cover | News | Business | Sports | Local News | Health | Technology & Science | Entertainment
Travel | TV News | Opinions | Weather | Comics

http://www.msnbc.com/news/941425.asp                                    21/05/1424

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000006664

longtime FBI "asset." The prof also had earlier contact with another hijacker, Hani Hanjour. But even though the informant was in regular touch with his FBI handler, the bureau never pieced together that he was living with terrorists. The bureau also failed to pursue other leads, including a local imam who dealt with several key 9-11 figures. The report, one congressional investigator said, "is a scathing indictment of the FBI as an agency that doesn't have a clue about terrorism." Furious bureau officials say the report misstates the evidence. They say the bureau checked out al-Bayoumi—now back in Saudi Arabia—and concluded he had not given the hijackers "material support." As for Almihdhar and Alhazmi, "there was nothing there that gave us any suspicion about these guys," said one FBI official.

# Periscope

 **Conventional Wisdom: Baked Yellowcake Edition**

2 of 10

▶ 1. Exclusive: The 9-11 Report: Slamming the FBI

2. Conventional Wisdom: Baked Yellowcake Edition

3. Race: Just the Beginning

4. Florida: Yet Another Liability

5. Jessica Lynch: Homeward Bound

6. Children: New Guy in Town

7. Internet: May (Insert Name Here) Rest in Peace

8. Technology: Buggies With Brights

9. Books: And Now You Know

10. Transition

© 2003 Newsweek, Inc.

**MSNBC READERS' TOP 10**

Would you recommend this story to other readers?

not at all  **1  -  2  -  3  -  4  -  5  -  6  -  7**  highly

● BACK TO TOP ➔

    MSNBC is optimized for
• Microsoft Internet Explorer
• Windows Media Player

● MSNBC Terms, Conditions and Privacy © 2003

Cover | News | Business | Sports | Local News | Health | Technology & Science | Entertainment
Travel | TV News | Opinions | Weather | Comics

http://www.msnbc.com/news/941425.asp

21/05/1424

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000006665



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210128_QZ4

**Language:** Arabic

**Document title:** KSA0000006642-6643, -6648-6649, -6658-6659

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator:** Farah Alshekhli

**Qualifications:** BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed:** *Farah Alshekhli*
Farah Alshekhli (Feb 9, 2021 11:49 CST)

**Date:** Feb 9, 2021