# EXHIBIT 87
## REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2
 3    IN RE: TERRORIST ATTACKS    )   03-MDL-1570 (GBD) (SN)
      ON SEPTEMBER 11, 2001       )
 4                                )
 5
 6
 7

                            ――  ――  ――
 8
                     Wednesday, April 21, 2021
 9                          ――  ――  ――
10              THIS TRANSCRIPT CONTAINS
                   CONFIDENTIAL MATERIAL
11
            SUBJECT TO THE FBI PROTECTIVE ORDER
12
                     Redacted Pages
13                          ――  ――  ――
14
15    Videotaped Deposition of ISMAIL AMMAR MOHAMED
      MANA, held in Santa Ana, California, commencing at
16    8:07 a.m., on the above date, before Debra A.
      Dibble, Certified Court Reporter, Registered
17    Diplomate Reporter, Certified Realtime Captioner,
      Certified Realtime Reporter and Notary Public.
18
19                          ――  ――  ――
20
21
22
                  GOLKOW LITIGATION SERVICES
23            877.370.DEPS | fax 917.591.5672
                     deps@golkow.com
24
25
```

This Transcript Contains Confidential Material

 1    assist in any case, you know, in any emergency.

 2    Other than that, I didn't discuss the status of the

 3    mosque with anyone.

 4         Q.    All right, sir.  If I could show you --

 5    if we could mark as the next exhibit file seven,

 6    please.

 7                    (Mana Deposition Exhibit 610 marked.)

 8         Q.    (BY MR. POUNIAN)  Do you recognize this

 9    photo, sir?

10         A.    Yes.  This is the library of the

11    King Fahad mosque.

12         Q.    And where is it located?

13         A.    It's by the entrance on the right side.

14    The main entrance for the men's side.

15         Q.    And did you ever use this library to do

16    any work?

17         A.    Occasionally.  Occasionally I sat down

18    there and check some references for my own

19    education.

20         Q.    And did you ever have meetings in this

21    room, sir?

22         A.    Myself?

23         Q.    Yeah.  Do you recall there being meetings

24    held in this room?

25         A.    I see sometimes people attending there,

This Transcript Contains Confidential Material

1   reading materials, but not meetings per se, you

2   know.

3        Q.   And do you recall when -- who installed

4   the bookcases in this particular library?

5        A.   I have no idea who sold them or who

6   purchased them or who installed them or who filled

7   them.  None whatsoever.

8        Q.   Did there come a time in early 2000 when

9   you met Omar al-Bayoumi at the Los Angeles

10  consulate?

11       A.   Omar al-Bayoumi came to the consulate for

12  any specific purpose of his.  I don't know what it

13  was.  He came to the Saudi affairs department, not

14  to my department.

15            However, the secretary called me and she

16  said he had a guest with him who converted to Islam

17  and he wants to get some phonic material, like on

18  the Quran, some reading materials to educate

19  himself, being new in the faith.  She said please

20  bring him some materials that benefits him.  So I

21  did, and I went down and found him in the lobby

22  waiting by himself.  I handed the package to him and

23  congratulated him and then moved to the secretary's

24  office.  And I saw this Saudi guy there, I didn't

25  even know his name, and I said, greetings, and then

This Transcript Contains Confidential Material

1    I told him, okay, the package has been delivered,

2    and I went back to my office.  That's the brief

3    encounter with that guy.  I didn't even know his

4    name at that time and on that particular moment

5    until way after the 9-11 happened and the newspapers

6    started writing articles about him and this and

7    that.  And I found an article in the Asharq

8    Al-Awsat, which is an Arabic newspaper.  I don't

9    know if it's funded by Saudis or who.

10            Anyway, this article mentioned the name

11    of a certain man who visited the consulate, and I

12    said, what?  I went to the secretary and I asked

13    her, is this the guy that came with that convert?

14    And she said, yes.  And I said, my God, I didn't

15    even know.

16            So I was quite shocked to hear that he

17    was the one who was interviewed by the FBI, I

18    believe in Saudi Arabia, even.

19            And as such, you know, I -- that's the

20    moment I knew his name.  But way after 9-11.  When

21    he came to the consulate, I didn't even know his

22    name.

23    Q.    All right, sir.  So who is the secretary

24    that you just mentioned?

25    A.    I believe it was the second one, Suhair

This Transcript Contains Confidential Material

1  al-Bakri, at that time, if I am not wrong, because I

2  believe the previous one was sick and passed away, I

3  believe, from that illness.

4      Q.   And what department was that?  You said

5  the Saudi affairs department?

6      A.   Yes.  It was on the first floor right by

7  the security desk.

8      Q.   And who is the head of that department,

9  sir?

10     A.   I believe Dr. Sami was there at that

11 time.

12     Q.   And you said the phone call came from

13 who, sir?

14     A.   The secretary.  She said, you know, I

15 have a Saudi guest here, and I had a guest with him,

16 and this guest is a new Muslim, and please bring him

17 some materials.  So I collected the copy of the

18 Quran and some pamphlets, some small booklets that

19 explain the basics of the religion, and brought them

20 down to him.  We didn't have, you know, volumes of

21 literature to get disbursed, but usually they give

22 them to guests or some mosques or that's all.

23              MR. POUNIAN:  ███████████████████

██           █████████████████████████

25                   *   *   *

This Transcript contains Confidential Material



```
 1                    ████████████████████

 █   ██████████████████████████████████

 █   ██████████████████████████████

 █   ████████████

 5              MR. POUNIAN:  ████████████████████

 █       ███████████████████████

 7       Q.   ████████████████   ████████████████████

 █   ███████████████████████████████████

 █   ████████████████████████████   ███████████

 █   ███████████   ██████████████████████████████

 █   ██████████████████████████████████

 █   ██████████████████████████████████

 █   █████████████████████████████

 █              ████████████████████████████████

 █   ████████████████████████████████████████████

 █   ████████████████████████████████████████████

 █   ████████████████████████████████████

 █   ████████████████████████   ██████████████████

 █   ████████████████████████████████

 █              ████████████████████████████████████

 █   ████████████████████████████████████████████

 █   ████████████████████████████████████████████

 █   █████████████

24              MR. SHEN:  Objection to form.

25       A.   To my best recollection, I believe the
```

This Transcript Contains Confidential Material



```
 1  ████████████████████████████████████████
    ██  ██████████████  ██████████████████
    ██      ██    ██████████
    ██      ██    ██████████████████
    ██      ██    ████████████  ████████████
    ██      ██    ██████████████████████████
 7         A.     I visited the restaurant occasionally,
 8  but not regularly.
 9         Q.    █████████████████████████
██   ██████████████████
11         A.    █████████████████████████
██   ███████████████████  but sometimes I buy the food
13  and take it to go, you know, but sometimes I sit
14  down there and eat something light, you know.
15              ██████████  ██████████████████
██        █████████████████████████
██              ██████████  ██████████████████████
██        ██████████████████
██              ██████████  ████████████████  ██
██        ████████
██              ██████████  ██████████  ██████
██              ██████████  ██████████████████
██        ██████████████████████████████
██        ████████████████████  ████████████
██        ██████████████████████
```

This Transcript contains Confidential Material



1

16      Is it possible, sir, that you recommended

17  the Mediterranean restaurant to Bayoumi and Bin Don

18  as a place to eat?

19      MR. SHEN:  Asked and answered.

20      A.    Okay.  Let me clarify this.

25  courtesy, sometimes Saudi citizens, they ask us

This Transcript Contains Confidential Material

1    questions about specific businesses or medical

2    offices, dentists, whatever, hospitals.  As a

3    courtesy, if we know, we can refer them to those

4    places.  Okay?

5            As far as the restaurant is concerned,

6    Mr. Bayoumi, like I said, I have a very, very, very,

7    and I repeat it is very brief encounter with him.  I

8    cannot in one little minute get into a conversation

9    with him about restaurants or about mosques or about

10   consulate or about the -- any other business.  I

11   haven't exchanged with him any discussion.  ██████

██  ████████████████████████████████████████████████

██  ████████████████████████████████████████████████

██  ████████████████████████  ███████████████████

██  ████████████████████████████████████████████████

██  ██████████████████████████████████████████████

██  ████████████████  █████████████████████████████

██  ████████████████████████  ████████████████████

██      ██████████████████████████████████████████

██  ████████████████████████████████████████████████

██  ██████████████████████  ████████████████████████

██  ████████████████████████  ██████████████████████

██  ██████████████████████████████████  ██████████

██  ████████████████████████████  if he asked, I would

25   have, as a courtesy, you know, from the consulate,

This Transcript Contains Confidential Material



1    when we know the addresses of mosques or schools or

2    restaurants or medical offices or dentists or this

3    or that, we can possibly help them.  But it's not

4    out of duty to do it, it is just rendering a

5    service.  That's all.  As a courtesy.

6    ████████████████████████████████

     ████████████████████████████████████

     ████████████████████████████████████

     ████████████████████████████████

     ████████████████████████    ████████████████

     ██████    ██████████████.

12       Q.    (BY MR. POUNIAN)  ████████████████

     ████████████████████████████

     ████████████

     ████████████████████

     ██████    ██████████████

     ██████    ██    ██████████████████████

     ████████████████████████████████

     ██████████████████    ████████████

     ██████    ██    ██████████████████  ██

     ██████████████████████████

     ██████    ██    ████████████    ████████████

     ██████  ████

     ████████    ██████████████

     ██████    ██████████    ██████████████

This Transcript Contains Confidential Material



17        Q.    (BY MR. POUNIAN)

        I haven't had the discussion with him on that

22   particular instance.  It was like one minute or

23   less, just to say salaam alaikum, for example.  How

24   long does it take, 30 seconds?  And left.  That's

25   all.

This Transcript Contains Confidential Material

```
1          Q.     So is it your testimony, sir, that it was
2    impossible for you to talk to Bayoumi about the
3    Mediterranean restaurant on that day?
4          A.     I didn't say it is an impossible.  I said
5    if he asked me as a courtesy, I may have given him
6    the address or showed him the directions how to go
7    there.  That's a possibility.  Because we do
8    sometimes render service to Saudi citizens when they
9    are new and they don't know places where to go to
10   eat or to rent a hotel or to -- a hotel room or to
11   go to a hospital or to medical clinic, whatever.
12   You know, this we do, you know, every now and then
13   when there's a request.  But it's not part of our
14   job.  We render this as just a courtesy, as a
15   service.  You know?  I could have told him:  I don't
16   know, go and search for it on your own.  That's it.
17              MR. POUNIAN:
18
19
20        Q.    (BY MR. POUNIAN)
21
22
23
24
25
```

This Transcript Contains Confidential Material



```
 1                    ████████  ██████████
     █    █      ████████████  ████████████████
     █    █████████████
     █            ████████  ██████████████
     █         ████████████████████████
     █    █    ████████████  ██████████████
     █    ████████████████████████
 8        A.    Mr. Bayoumi may have asked Mana for the
 9   location of a nearby halal restaurant.  He did not.
10   He did not ask.  ██████████████████  █
     █    ██████████████████████████████████
     █    █████████████████████████████████
     █    ████████████████████████████████
     █    █████████████████████████████████
     █    ████████████████████████████
     █    ██████████████████████████████████
     █    ██  ████████████████████████████████
     █    █████████████████  ████████████████████
     █    ██████████████████████████████
     █    ████████████
21             If he wanted to ask and who -- if he
22   asked, I could possibly, as a courtesy, give him the
23   address of the location of the restaurant, because I
24   know the restaurant, I know the owner, he's a friend
25   of mine, I mentioned this before, and as such, you
```

This Transcript Contains Confidential Material

```
 1    know, I would render a small service in that case.

 2    But as far as telling him to go there, to meet

 3    somebody there, no, no, no.  I did not say that.

 4    ████████████████████████████████████████████████

      ████████████████████████████████████████████████

      ██████████████████████████████████  Because he

 7    did not ask, and if he asked, I would have assisted

 8    on my own free will.  Okay?  I'm not obligated to

 9    give him the address or give him the directions or

10    even accompany him to the restaurant.  Okay?  I

11    could have said, you're on your own.  Go and find

12    the restaurant and eat.  That's it.

13         Q.    The point is, you don't recall -- you

14    don't remember what you talked about that day;

15    right?

16              MR. SHEN:  Objection.

17         A.    █████████████████████████████████████

      █████████████████████████████████████████████

      ██████████████████████████████████████████.

20         Q.    (BY MR. POUNIAN)  ██████████████████████

      ██████████████████  I'm talking about your -- the moment

22    with Mr. Bayoumi at the consulate.  You don't

23    remember --

24         A.    I told you, it's a very brief encounter,

25    sir.  I cannot give all of these details to a
```

This Transcript Contains Confidential Material

```
 1    gentleman that I just greeted and left.

 2        Q.    Okay.

 3        A.    I haven't had the conversation with him.

 4        Q.    You don't recall what you said to

 5    Mr. Bayoumi on that occasion --

 6              MR. SHEN:  Objection.

 7        Q.    (BY MR. POUNIAN) -- what the conversation

 8    was.  You have no recollection?

 9              MR. SHEN:  Objection.  Misstates the

10        testimony and --

11        A.    I'm telling you I did not have a

12    conversation -- we did not have a conversation.  No

13    question, no answers.

14              Greeting and left.  That's the only thing

15    that happened between me and him when he came at

16    that moment to the consulate with his guest.  That's

17    all.  He didn't ask for restaurant, he didn't ask

18    for mosque, he didn't ask for any other issue that

19    might be of concern to him or of interest to him at

20    all, at all.

21        Q.    (BY MR. POUNIAN) ██████████████
██ ███████████████████████████████████████
██ ███████████████████████  ██████████████████
██    ██    ███████████████████████████
██ ████ ███████ ██████████████ ███████████
```

This Transcript Contains Confidential Material

1 ████████████  ██████████████████  ████████████████

██ ████████████████████████████  ████████████████

██ ██████████████████████████████████

██ ████████████████  ████████████████ if he asked as a

5 courtesy I would possibly give him the address or

6 the directions if he asked for directions or more

7 detail, but other than that, no, he did not ask me.

8 ████████████████████████████████████████████████

██ ████████████████  ████████████████████████

██ ████████████████████████████████████████████████

██ ████████████████████████████████████████████████████

██ ████████████████████████████████████████

██ ████████████████████  ████████████████████

██ ████████████████████████████████████████

██ ████████████████████████████████████████

██ ██████████████████████████████  ██████████████

██ ██████████████

18             This is nonsense.  I have never been

19 involved with terrorists, never directed anyone,

20 never given any direction to anyone or a statement

21 that, you know, encourages these individuals to

22 commit their crimes.  I abhor these acts.  Okay?  As

23 a true believer, if I found them I would chop off

24 their head before they commit their crime.  I can

25 tell you that.  And I've said it to the FBI agents,

This Transcript Contains Confidential Material

1    I told them if I knew about them, I would have

2    called you right away.  To lock them and then bring

3    them to justice.  What else can I say?

4    ███████████████████████████████████████████

█    ██████████████████████████████████████████

█    █████████████████  █████  ████████████████████

█    ███████████████████████████████████████

█    ████████████████████████████████████

█    ████████████████  ████████████████  █████████

█    ████████████████████████████████████████████

█    █████████████    And I did not give them the address, I

12   did not give them directions at that time.  More

13   than that, I cannot add.

14       Q.   █████████████████████████████████████

█    ████████████████████████████████████

16       A.   ████████████████████████████████████

17   I didn't even know the guy.  I never knew him.  What

18   status?  What is he doing here in the U.S.?  Is he a

19   student?  Is he a businessman?  Is he a patient that

20   came for treatment, medical treatment?  Is he a

21   tourist?  Is he an official of the government?  I

22   have -- I have absolutely no idea who he was, what

23   status he had, and, you know, what position he had

24   in the government, if he had employment with the

25   government.  It's only afterwards that one of the

This Transcript Contains Confidential Material

1    FBI agents in the meeting in Garden Grove that told

2    me, you know, that Mr. Omar Bayoumi was a spy on the

3    Saudi students in the United States?  I said, sir,

4    you are teaching me something.  I'm learning.  These

5    are facts.  I cannot hide them.

6              So please, you know, don't insist on

7    these encounters with Mr. Bayoumi, because I only

8    had the -- any deal with him at all individually

9    speaking.  He came once in the consulate and then

10   became now subject of scrutiny and my citizenship

11   was canceled, my --

12             Anyway.  Continue, sir.  Sorry about

13   this.

14        Q.    ████████████████████████████████

     ██ ██████████████████████████████████████

     ██ ████████████████████

17        A.    Mr. Bin Don, when I met him, he asked me

18   that -- he was asked about me.  Okay?  I said, he

19   told me:  What should I say.  I said, sir, tell the

20   truth.  And only a criminal lives in fear.  I am not

21   living in fear because I'm not a criminal.  Tell

22   them the truth, what you know, period.  You came to

23   the consulate, you got some gifts, thank you, that's

24   it.  That's the only encounter.

25             The second encounter, he met me in a

This Transcript Contains Confidential Material

```
 1        Q.    Did you discuss that with him?

 2        A.    Never.  He's no longer at the King Fahad

 3   mosque.  I don't see him.  I don't know where he is

 4   right now.

 5        Q.    Was Dr. Khalil interviewed by the FBI?

 6        A.    They have a chat with him several times,

 7   I believe, in Saudi and then here in the U.S. and

 8   then with -- that is almost a regular practice, you

 9   know, I would say.

10        Q.    And what about Osman Kaldirim?

11        A.    I'm not sure about Osman Kaldirim,

12   because he rarely comes to the U.S.  He's from

13   Turkish origin.  And he has his own business in

14   Turkey.

15              Once in a while we'll see him there for a

16   few days and then he leaves again.  But I'm not sure

17   if they contacted him.

18        Q.    Was anyone at the consulate questioned by

19   the FBI?

20        A.    I don't have any information on that,

21   whether they're from the officials or from the local

22   employees.

23              MR. POUNIAN:  All right, sir.  We

24         have no -- I have no further questions at this

25         time.
```

This Transcript Contains Confidential Material

```
 1                    THE WITNESS:  Okay.  Thank you very

 2        much.

 3                    MR. SHEN:  ████████████████████

      █ ████████████████████████████████████████████

      █  ████████████

 6                    Can we pull up Exhibit 603, please?

 7                    ------------

 8                    EXAMINATION

 9                    ------------

10   BY MR. SHEN:

11        Q.   Good afternoon, Mr. Mana.  My name is

12   Andy Shen, and I'm a lawyer that represents the

13   Kingdom of Saudi Arabia.  I have just a few

14   questions for you.

15             We've placed on the screen Exhibit 603.

16   Do you recognize this as your declaration?

17        A.   Yes.

18        Q.   And if you could, please turn to page 8.

19   Is that your signature on page 8?

20        A.   Yes, it is.

21        Q.   And is that the date that you signed it,

22   November 2nd, 2019?

23        A.   Yes.

24        Q.   And are all the statements in this

25   declaration true and accurate?
```

This Transcript Contains Confidential Material

```
 1                     MR. POUNIAN:  Objection.

 2        A.    To my knowledge, yes.

 3                     MR. SHEN:  I have no further

 4        questions.  Thank you.

 5                     THE WITNESS:  You're welcome.

 6                     MR. POUNIAN:  ███████████████

 █  ███████████

 8                            *   *   *

 9                            *   *   *

10                            *   *   *

11                            *   *   *

12                            *   *   *

13                            *   *   *

14                            *   *   *

15                            *   *   *

16                            *   *   *

17                            *   *   *

18                            *   *   *

19                            *   *   *

20                            *   *   *

21                            *   *   *

22                            *   *   *

23                            *   *   *

24                            *   *   *

25                            *   *   *
```

This Transcript Contains Confidential Material

```
1              (Whereupon, all participants are now

2              present.)

3              MR. SHEN:  I'm done.  Anyone else?

4              ████████████████████████████

5      Let's make sure none of the other defendants

6      have questions.

7              We've finished our questioning.  Do

8      any of the other defendants have questions?

9              THE WITNESS:  Is the question to me?

10             MR. SWIFT:  No.

11             THE WITNESS:  I'm sorry.  Okay.

12             MR. SHEN:  Mr. Swift, any questions

13     from you?

14             MR. SWIFT:  I do not have any.

15             MR. SHEN:  Okay.  I think we're done.

16             THE VIDEOGRAPHER:  This concludes

17     today's deposition of Smail Mana.  We are

18     going off the record.  The time is 3:34 p.m.

19             (Time noted: 3:34 p.m. PDT)

20                      --oOo--

21

22

23

24

25
```