# EXHIBIT 99
## REDACTED FOR PUBLIC FILING

This Transcript Contains Confidential Material

```
 1                 UNITED STATES DISTRICT COURT

 2            FOR THE SOUTHERN DISTRICT OF NEW YORK

 3

 4

 5    ----------------------------x

 6    IN RE: TERRORIST ATTACKS        )   Civil Action No.

 7    ON SEPTEMBER 11, 2001           )   03 MDL 1570

 8                                    )   (GBD)(SN) ECF Case

 9    ----------------------------x

10

11              THIS TRANSCRIPT CONTAINS

12               CONFIDENTIAL MATERIAL

13

          VIDEOTAPED DEPOSITION OF AKRAM ALZAMARI

14

                   SAN DIEGO, CALIFORNIA

15

                 WEDNESDAY, MARCH 11, 2020

16

                        9:53 A.M.

17

18

19

20

21

22

23    Job No.: 240733

24    Pages: 1 - 141

25    Reported by: Leslie A. Todd, CSR #5129 and RPR
```

This Transcript Contains Confidential Material

```
 1    Boulevard.
 2         Q    Did you ever visit the building where
 3    Mohamed Johar lived on Midvale Avenue --
 4         A    Yes.
 5         Q    -- in Los Angeles, California?
 6         A    Yes, sir.
 7              MS. MOORE:  I believe you skipped 108a.
 8              THE VIDEOGRAPHER:  I'm sorry.  Which
 9    one?
10              MS. MOORE:  108a.
11    BY THE VIDEOGRAPHER:
12         Q    Can you describe the building where
13    Mohamed Johar lived in January of 2000?
14         A    Yes, I can.  It's two floors,
15    building -- small apartment complex.  Mohamed
16    Johar lived on the first floor.
17         Q    And again, did you ever visit the
18    building where Mohamed Johar lived in Midvale
19    Avenue in Los Angeles, California?
20         A    Yes, sir.
21         Q    How often did you visit Johar at that
22    building?
23         A    A handful.
24         Q    What was the purpose of your visits to
25    that building?
```

This Transcript Contains Confidential Material

```
 1            A     They invited me for food, tea, coffee,
 2     so I visited him -- I visited him a handful.
 3            Q     Did Johar having other family members
 4     living in the same building in January of 2000?
 5            A     Yes, sir.
 6            Q     Who were those family members and where
 7     did they live in the building?
 8            A     In the apartment where he lived, his
 9     parents and his younger sister.  In the same
10     apartment complex, in the front, his oldest sister
11     with her husband and kids.
12            Q     Did there come a time when Mohamed Johar
13     told you that Fahad al-Thumairy had asked Johar to
14     look after two men?
15            A     Mohamed Johar told me that there was two
16     people he wanted me to introduce me to, but he --
17     and he say they are coming through, but he did not
18     use this word, and he did not use the word "look
19     after."
20            Q     To the best of your recollection, when
21     did Johar speak to you about that task?
22            A     I don't remember the exact date.  But a
23     few days or maybe a couple weeks after he told me
24     that those two people that he wanted to introduce
25     me to, he introduce me to them.  But he did not
```

This Transcript Contains Confidential Material

 1    tell me about a task -- the word "task" or

 2    somebody asked him for something like that.

 3         Q    What did Johar say about what

 4    al-Thumairy asked Johar to do?

 5         A    As I stated, I've never been told that

 6    Sheikh al-Thumairy asked him for -- for anything.

 7         Q    What did Johar tell you about the two

 8    Saudi men who would later become 9/11 hijackers?

 9         A    Can you repeat the question, please?

10         Q    What did Johar tell you about the two

11    Saudi men who would later become the 9/11

12    hijackers?

13         A    He told me that, Hey, there is two

14    people I want you to meet.  That's pretty much it.

15         Q    Could you please look at Bates page

16    FBI000141.

17              MS. MOORE:  Is there an exhibit number

18    on that?

19              THE REPORTER:  Yes.  Page 2 of Exhibit 1

20    -- do you have Exhibit 1?

21              (Exhibit No. 1 was marked for

22              identification.)

23    BY THE VIDEOGRAPHER:

24         Q    I'm showing you Exhibit 1.  This --

25         A    Thank you.

This Transcript Contains Confidential Material

1        Q      This purports to be a summary prepared

2   by the FBI of an interview you provided to the

3   FBI, and review the sentences which states:

4   "Mr. Alzamari stated that" --

5        A      I'm sorry.  What page are you at?

6        Q      It's --

7        A      141?

8        Q      Yes.

9        A      Thank you.

10        Q      "Mr. Alzamari stated that he was told by

11   Johar that Fahad al-Thumairy, the imam of the King

12   Fahad Mosque, had asked him to look after two very

13   significant people.  Alzamari did not inquire into

14   the word 'significant' or why he referred to them

15   this way, other than to say that if Thumairy

16   assigned him to look after someone, it meant that

17   they were important."

18            Does this passage help refresh your

19   recollection that Johar told you that al-Thumairy

20   asked Johar to look after two men and that

21   al-Thumairy described the two men as "very

22   significant people"?

23        A      No, this passage did not help my

24   recollection.  My recollection is still the same.

25        Q      Is the passage true?

This Transcript Contains Confidential Material

1          A     The passage contains many errors.

2          Q     Please state which part of the passage

3     is true and which part is in error, and explain

4     why you say that the statement contains errors

5     or -- an error or errors.

6          A     The first statement, "Mr. Alzamari

7     stated" -- "Mr. Alzamari stated that" -- no, I'm

8     sorry.  Hold on.  I'm missing the lines.

9                "Mr. Alzamari stated that he was told by

10    Johar that Fahad al-Thumairy, the imam of King

11    Fahad Mosque, had asked him to look after two very

12    significant people."  I was unaware that he asked

13    him, Sheikh Fahad asked Mohamed Johar of that.

14                The second thing is the wording "look

15    after," and I'm not aware of that at all, that he

16    is supposed to look after those two people.

17                And the third part, "significant," they

18    never brought in the conversation that they were

19    significant.

20                Second statement:  "Alzamari did not

21    inquire into the word 'significant' or why he

22    referred to them this way, other than to say that

23    the -- if Thumairy asked -- assigned him to look

24    after someone, it mean that they were important."

25                I think this is a mis- -- misleading

This Transcript Contains Confidential Material

1   statement or error here.  All Saudis in Sheikh

2   Fahad consideration is that important, and he

3   didn't introduce you as -- us to them as they're

4   important, all Saudis.  But I don't see here in

5   this statement that those two people are

6   important, because, based on my understanding, all

7   Saudis we were introduced to were important.

8        Q    Do you know why Fahad al-Thumairy asked

9   Mohamed Johar to look after the two men?

10       A    I don't even know that he asked, so I

11   don't.

12       Q    Did you receive any information from

13  anyone else regarding why Johar was asked to look

14  after the two men?

15       A    No, I did not.

16       Q    Were you aware of any other occasions

17  when Fahad al-Thumairy had made a similar request

18  for someone to look after someone else?

19       A    As I stated earlier, without the wording

20  "look after," it's -- all Saudis are important,

21  and they need help.  And for example, myself, I've

22  ███████████████████████████████████████████████

23  remember an incident when I had to help them

24  ███████████████████████████████████████████████

25  prayer -- so approximately 7:00, Isha'a prayers

This Transcript Contains Confidential Material

 1  will be from 7:00 to 8:30 -- and in Isha'a prayer,

 2  a Saudi man got sick.  So Sheikh Fahad,

 3  through one of the staff, asked me to take him to

 4  UCLA hospital.  And I did.

 5        Q    Please explain as to each occasion that

 6  you recall.

 7        A    In that example I gave earlier was

 8  Sheikh Fahad asked me -- one of the Saudis in

 9  Isha'a prayer got sick.  After the prayer, he

10  asked me to, through one of the staff, if I -- to

11  take him to UCLA hospital, and I did.

12             (Exhibit No. 3 was marked for

13             identification.)

14  BY THE VIDEOGRAPHER:

15        Q    Please review this photo, Exhibit 3.

16        A    Thank you.

17        Q    Do you recognize this man as someone you

18  saw prior to the 9/11 attacks?

19        A    No, I don't.

20             (Exhibit No. 4 was marked for

21             identification.)

22  BY THE VIDEOGRAPHER:

23        Q    Please review this photo, Exhibit 4.

24        A    Thank you.

25        Q    Do you recognize this man as someone you

This Transcript Contains Confidential Material

1    would later become the 9/11 hijackers who you met

2    Nawaf al-Hazmi and Khalid al-Mihdhar?

3         A    Yes, Nawaf al-Hazmi, and the second name

4    sounds about right, but I don't remember it.

5         Q    Did you speak to either of the two men?

6         A    The -- the initial meetings, yes, I did.

7         Q    In what language did you communicate

8    with them?

9         A    Arabic.

10        Q    Did you hear either of the two men speak

11   English?

12        A    No, I did not.

13        Q    Had you previously seen the two men?

14        A    The first time I saw them is the initial

15   meetings -- the initial meeting when they got

16   introduced to me by Mohamed Johar.

17        Q    Where had you seen them?

18             MS. MOORE:  I think that's a --

19             THE WITNESS:  In front of King Fahad

20   Mosque.

21   BY THE VIDEOGRAPHER:

22        Q    Did you learn why the two men had

23   returned to Los Angeles?

24        A    No, I do not.  Or I have not.

25        Q    Did you meet the two men after a night

This Transcript Contains Confidential Material

 1   prayer service at the King Fahad Mosque?

 2        A    Yes.

 3        Q    Did Fahad al-Thumairy lead the prayer

 4   service -- lead that prayer service?

 5        A    I'm not aware -- or not based on my

 6   personal knowledge that that's a fact.  It was --

 7   at the mosque, I came late, so I came after, so I

 8   prayed in the next prayer, and they were outside

 9   waiting.  But I don't know if he did or he did

10   not.

11        Q    Who did?

12        A    I don't know.  I did not pray with them.

13        Q    What role, if any, did Fahad al-Thumairy

14   have in that prayer service?

15        A    Well, the main role of the imam is to --

16   and this is his main job is to lead the prayer.

17   So the imam in the mosque, that means he's going

18   to lead the prayer -- the prayer.  Do I know that

19   night for a fact that he led the prayer?  I don't

20   know.  I was not there.  I did not pray there.  I

21   prayed in the next prayer.

22        Q    To the best of your recollection, please

23   state who was present at the time you met the two

24   men and what was said.

25        A    Mohamed Johar was there, and when I came

This Transcript Contains Confidential Material

1    outside, he greeted me.  A few seconds later, as I

2    stated earlier, Nawaf al-Hazmi came out from the

3    library and headed toward us, so I got introduced

4    to Nawaf, the other Saudi men and another Yemeni

5    man.

6        Q    Did you see Fahad al-Thumairy with the

7    two men?

8        A    I saw Sheikh Fahad coming out of the

9    library with Nawaf Hazmi, and as I stated earlier,

10    they exit, he went to the right to his office, and

11    Nawaf went to the left toward us.

12        Q    To the best of your recollection, can

13    you describe the interactions of al-Thumairy with

14    the two men?

15        A    I only saw him with Nawaf al-Hazmi

16    coming out of the library, and that wasn't having

17    really enough to see an interaction.  But they

18    were inside the library obviously, and they left

19    the library.  But I didn't have enough time to see

20    how they interact.

21        Q    Do you recall seeing al-Thumairy embrace

22    the two men in a hug?

23        A    I don't honestly recall that.

24        Q    Were you invited to have dinner with the

25    two men?

This Transcript Contains Confidential Material

1          A      Yes.

2          Q      Who invited you?

3          A      To the best of my recollection, was

4     Nawaf al-Hazmi invited me for the dinner, or one

5     of the Saudi guys, maybe the other one or -- but

6     best of my recollection, it was Nawaf who invited

7     me for that dinner.

8          Q      Did you attend the dinner?

9          A      I did not.

10          Q      Based on your personal knowledge and/or

11     observation, do you understand that Fahad

12     al-Thumairy attended dinner --

13                 MS. MOORE:  I actually think -- sorry, I

14     think -- am I wrong?  167A and 167 -- sorry.  Go

15     ahead.

16                 THE VIDEOGRAPHER:  Proceed with that

17     question?

18                 MS. MOORE:  You might as well ask those

19     two questions, 167A and -- it's unclear that "if

20     so" was supposed to qualify 166A.

21                 THE VIDEOGRAPHER:  Okay.

22     BY THE VIDEOGRAPHER:

23          Q      Who else was invited to that dinner with

24     the two men?

25          A      How -- we were standing at the --

This Transcript Contains Confidential Material

1   outside, so Mohamed Johar, the two Saudi men, the

2   Yemeni man and myself.

3        Q    Where did that dinner take place?

4        A    Later on, I learned that they went to

5   the Mediterranean restaurant we talked about

6   earlier.

7        Q    Based on your personal knowledge and/or

8   observation, do you understand that Fahad

9   al-Thumairy attended dinner with the two men?

10       A    I don't have personal knowledge of that.

11       Q    Could you please look back at Bates page

12  FBI000142.  This purports to be a summary prepared

13  by the FBI of an interview you provided to the

14  FBI, and review the sentences -- the sentences

15  which state:  "In June of 2000, after the night

16  prayer at the mosque, Alzamari walked into the

17  parking lot and saw Johar with three other men.

18  Johar introduced Alzamari to al-Mihdhar, al-Hazmi,

19  and Mohdar Abdullah, who he identified from a

20  photo.  Johar stated that all of them were going

21  to Johar's house for dinner and asked Alzamari to

22  join them for dinner.  Alzamari said that he had

23  to get home to his wife, but may meet with them

24  later.  Alzamari stated one of them, and he is

25  unsure who, stated that they would be at a hotel

This Transcript Contains Confidential Material

1    later.  Alzamari cannot remember which hotel they

2    were in.  Alzamari then remembers al-Thumairy

3    exiting the mosque and greeting the men in the

4    parking lot with a hug."

5           Does this passage help refresh your

6    recollection that you met the two men, al-Mihdhar

7    and al-Hazmi, together with Mohammed Johar, Mohdar

8    Abdullah, and Fahad al-Thumairy, in June 2000

9    outside of the King Fahad Mosque?

10    A    My recollection is the same.  This did

11    not help me.

12    Q    Is this passage true?

13    A    It's mainly with, approximately, three,

14    four errors.

15    Q    Please state which part of the passage

16    is true and which part is an error, and explain

17    why you say that the statement contains an error

18    or errors.

19    A    In the beginning of the passage, it

20    states June 2000.  I really don't remember the

21    month, but 2000 sounds correct.

22           I finish the statement:  "After the

23    night of prayer at the mosque, Alzamari walked

24    into the parking lot."  This is untrue.  It's --

25    it's -- it's outside the mosque.  There is a big

This Transcript Contains Confidential Material

1   lot in front of the mosque we use after prayers to

2   stand and chat and talk to.  It was not in the

3   parking lot.  The parking lot is further down.

4           After that, I saw Johar with the

5   three -- the three men, with Hazmi, Mohdar

6   Abdullah, which I identified in the photos.  Johar

7   stated that all of them were going to Johar's

8   home.  That's not true.  They -- they told me they

9   were going to a restaurant to eat, but they did

10  not tell me they were going to Johar's home to eat

11  for dinner.

12          "And asked Alzamari to join them for

13  dinner.  Alzamari later -- Alzamari state that he

14  had got home -- that he had to get home to his

15  wife, but may meet them later."  That's true.

16          "Alzamari stated -- stated one of them,

17  and he is unsure who, stated that they would be at

18  a hotel."  That's true.  One of them told me that.

19  I don't remember who did.  I don't know which one.

20          "Alzamari cannot remember which hotel

21  they were in."  Yes, I did not remember which

22  hotel.  There were only a couple of things.  I

23  remember it was a small hotel that is on -- it's

24  between the intersection of Venice Boulevard and I

25  think Washington Boulevard, I believe.  And it was

This Transcript Contains Confidential Material

1   a small hotel with a big sign that said "Color

2   TV." So that was the unique thing about it that

3   stands in my mind.

4           "After that, Alzamari then remember

5   al-Thumairy exiting the mosque and greeting the

6   men in the parking lot with a hug." So we -- we

7   still are not in the parking lot. I left when we

8   were standing in front of the exit, and I do not

9   remember that I saw Sheikh al-Thumairy, or Fahad,

10  come and make -- greeting them with a hug.

11      Q    Is it correct that in June 2000, you

12  observed al-Thumairy embrace the two men,

13  al-Mihdhar and al-Hazmi, in a hug?

14      A    No.  Well, in June, which is -- this

15  month, I don't remember the month.  It's 2000,

16  that -- the initial meeting.  And did I see them

17  hugging?  No, I did not.

18      Q    Can you describe the interaction between

19  al-Thumairy and the two men, al-Hazmi and

20  al-Mihdhar?

21      A    As I stated earlier, we were standing

22  outside.  Nawaf al-Hazmi and Sheikh Fahad came out

23  of the library.  So Sheikh Fahad went to his

24  office.  Nawaf Hazmi came to us.  That's all that

25  I saw.

This Transcript Contains Confidential Material

```
1          Q     Was it clear to you that al-Thumairy and
2     the two men were well acquainted with each other?
3          A     No.
4          Q     Did you see the two men, al-Hazmi and
5     al-Mihdhar, again that same day?
6          A     Can you repeat the question, please?
7          Q     Yes.  Did you see the two men, al-Hazmi
8     and al-Mihdhar, again that same day?
9          A     Same night, yes, sir.
10         Q     Where did the two men spend that night?
11         A     In the motel I just described earlier.
12         Q     What happened?
13         A     I -- after I finished dinner with my
14    wife, I excused myself and went to see them to the
15    hotel.
16         Q     Did you go to the place where the two
17    men were staying?
18         A     Yes, sir.
19         Q     Where was that?
20         A     It was in -- it's in Culver City.  The
21    closest intersection was Venice Boulevard, I
22    think, and Washington Boulevard, if I'm not
23    mistaken.
24         Q     How long did you stay there?
25         A     A few hours.
```

This Transcript Contains Confidential Material

1    Q    Who else was there?

2    A    Nawaf al-Hazmi, the other Saudi men, the

3    Yemeni man and myself.

4    Q    What did you do?

5    A    We sat and chat.

6    Q    Was Mohdar Abdullah there?  Abdullah.

7    A    The Yemeni man was there.

8    Q    What do you recall about Mohdar Abdullah

9    being there?

10   A    He's a Yemeni.  His father is a

11   businessman.  That's all I remember.  He's from

12   the same town I'm from, from Sana'a.  That's about

13   it.

14   Q    Was al-Thumairy there?

15   A    No, he was not.

16   Q    Was there a man with only one leg

17   visiting the two men?

18   A    I did not see anybody else.  We --

19   only -- only the two Saudis, the Yemeni man and

20   myself were -- were in the room.

21   Q    Did you have a conversation with either

22   of the two men, al-Hazmi and al-Mihdhar?

23   A    Yes.

24   Q    To the best of your recollection, tell

25   us the substance of that conversation.

This Transcript Contains Confidential Material

```
 1            A     It was a common chat.  They asked me
 2    about my life, school, how was it to be married to
 3    a -- to somebody from a different culture.  How's
 4    my school, how's my life, how's my work.  And, you
 5    know, just a common chat.
 6            Q     Did you overhear the two men speaking to
 7    anyone else?
 8            A     While I was there, somebody came and
 9    knocked on the door.  I did not see whom it -- the
10    other Saudi man opened the door, but I didn't -- I
11    didn't see who was on the other side.  So he
12    left -- the Saudi man left, and later on he came
13    back.  It was a little while.  Ten minutes,
14    15 minutes, something like that.
15            Q     What did you hear?
16            A     I did not hear anything.  They were
17    outside.  We were -- we were in the room.
18            Q     Did either of the two men ever talk to
19    you about getting married?
20            A     Well, they were asking me how was it
21    to -- to marry a person from a different culture.
22    And based on that, like they were thinking
23    about -- one of them may be thinking about getting
24    married or something like that, but he was asking
25    me how is it to marry a person from a different
```

This Transcript Contains Confidential Material

1    culture.

2         Q    What did either of the men say about

3    getting married?

4         A    He didn't tell me much.  He said, What

5    do you think about marrying from a different

6    culture, from American?  Any difficulties?  You

7    know, the common chat.  Any difficulties?  Any

8    disagreements?  And stuff like that.

9              (Exhibit No. 5 was marked for

10             identification.)

11   BY THE VIDEOGRAPHER:

12        Q    Showing you photo Exhibit 5.

13        A    Thank you.

14        Q    Do you recognize this man as someone you

15   saw prior to the 9/11 attacks?

16        A    This is the Yemeni man.  Yes.

17        Q    What is that man's name?

18        A    I remember his last name is Mohdar.  I

19   don't remember his -- recall his first name.

20        Q    How did you address him when you met him

21   in person?

22        A    By the first name.

23        Q    What other information can you remember

24   about this man?

25        A    Yemeni.  From same city or town I'm

This Transcript Contains Confidential Material

1    San Francisco, Arizona, Colorado, Oregon,

2    Washington state or Vancouver, BC?

3         A    No.

4         Q    When was the last time you saw

5    al-Thumairy before September 11, 2001?

6         A    It was in the summer of 2001 when --

7    when I -- when I left Yemen.

8         Q    Were you aware that al-Thumairy had

9    three visitors in August 2001?

10        A    No.

11        Q    Were you aware that in August 2001 an

12   official from the Saudi Ministry of Islamic

13   Affairs visited al-Thumairy?

14        A    No.

15        Q    Do you recall that Fahad al-Thumairy

16   left the United States in August 2001?

17        A    No.

18        Q    Did you hear Fahad al-Thumairy speak

19   about his plans to leave the United States in

20   August 2001?

21        A    No.

22        Q    Based on your personal knowledge and/or

23   observation, do you have any understanding as to

24   why Fahad al-Thumairy left the United States?

25        A    At that time I didn't even know he's

This Transcript Contains Confidential Material

1    going to leave.

2        Q    Based on your personal knowledge and/or

3    observation, do you have any understanding as to

4    why Fahad al-Thumairy has not returned to the

5    United States?

6        A    I do not know.

7        Q    Do you have any photographs, recordings,

8    writings, or messages, either in paper or

9    electronic form, of Fahad al-Thumairy?

10       A    No, I do not.

11       Q    Do you have any photographs, recordings,

12   writings or messages, either in paper or

13   electronic form, of Mohamed Johar?

14       A    No, I do not.

15       Q    Do you have any photographs, recordings,

16   writings or messages, either in paper or in

17   electronic form, of either of the two men that

18   al-Thumairy asked Johar to look after, Khalid

19   al-Mihdhar or Nawaf al-Hazmi?

20       A    Again, about "look after," I didn't hear

21   about "look after" this.  But, no, the answer is,

22   no, I don't have that.

23       Q    Do you have any photographs, recordings,

24   writings or messages, either in paper or

25   electronic form, of any of the other individuals

This Transcript Contains Confidential Material

1     we discussed earlier?

2          A     No.

3          Q     Muhanna, Jaithen, or Mana?

4          A     No.

5          MS. MOORE:  So we've been going over an

6     hour.  Why don't we take another little break, if

7     that's all right.

8          THE VIDEOGRAPHER:  With the approval of

9     counsel, going off the record.  The time is

10    approximately 2:15 p.m.  This marks the end of

11    recording media number 4.

12          (Recess.)

13          THE VIDEOGRAPHER:  With the approval of

14    counsel, back on the record.  The time is

15    approximately 2:30 p.m.  This marks the beginning

16    of recording media number 5.

17                CROSS-EXAMINATION

18    BY THE VIDEOGRAPHER:

19          Q     Upon finishing the direct-examination,

20    we are moving on to the cross-examination,

21    questions prepared by the Kingdom of Saudi Arabia.

22          Introducing new exhibit, FBI000225

23    through FBI000227.

24          MS. MOORE:  Exhibit A.

25          THE VIDEOGRAPHER:  This will be

This Transcript Contains Confidential Material

1    relationship they have.

2         Q    From your observation, did it appear

3    that Fahad al-Thumairy and the two Saudi men, the

4    hijackers, knew each other and were friendly with

5    each other?

6         A    Obviously, they -- they know each other;

7    otherwise, they will not be in the library

8    together with Nawaf al-Hazmi and Sheikh Fahad.

9    But are they friendly?  As I stated earlier, there

10   was not enough time to -- to label it this way or

11   to get this conclusion.  They just left the

12   library.  That's all what I saw.

13        Q    Am I correct that the one evening you

14   first met these -- those two Saudi men, the

15   hijackers, that you were invited to a dinner with

16   those Saudi two men at Mohamed Johar's apartment?

17        A    I was invited to the dinner, but it was

18   not by Mohamed Johar and it was not to Johar's

19   home.

20        Q    Who invited you to that dinner?

21        A    One of the guys.  I don't recall.

22   Probably is Nawaf al-Hazmi, but I don't --

23   truth- -- I don't recall who exactly invited me

24   for that dinner.

25        Q    Did you go to that dinner?

This Transcript Contains Confidential Material

1          A     I did not.

2          Q     Do you recall that Mohamed Johar told

3    you that Fahad al-Thumairy asked Johar to look

4    after two significant people in January 2000?

5          A     He told me exactly as this:  They came

6    through Sheikh Fahad.  I wanted to -- I want to

7    introduce you to two people.  So what's so special

8    about this?  Well, they came through Sheikh Fahad.

9    That was it.  He did not use "look after," and he

10   did not use the word "significant."

11         Q     And those two significant people were

12   the two Saudi men who we have been talking about,

13   the 9/11 hijackers?

14         A     Can you repeat the question, please?

15         Q     Yes.  And those two significant people

16   were the two Saudi men who we have been talking

17   about, the 9/11 hijackers?

18         A     Yes.

19         Q     Can you recall any other occasion when

20   Fahad al-Thumairy asked anyone to look after any

21   visitors, including visitors from Saudi Arabia?

22         A     Again, without the word "look after,"

23   they ask us to do favors.  So personally, I've

24   ████████████████████████████████████████████

25   to help them make a -- make a purchase.  And

This Transcript Contains Confidential Material

1   again, the example of one of the Saudis got sick

2   during the Isha'a prayer, and they asked -- Sheikh

3   Fahad asked me, through one of the staff, to take

4   him to UCLA hospital.

5        Q    Please describe the circumstance,

6   including when that happened, who was asked to

7   look after visitors, who were the visitors, and

8   how you learned that information.

9        A    Can you repeat the question?

10       Q    Yes.  Please describe the circumstances,

11  including when that happened, who was asked to

12  look after the visitors, who were the visitors,

13  and how you learned that information.

14       A    It just was Saudis.  I was asked, for

15  example, and the example I gave earlier is take --

16  take him to the UCLA hospital, that sick man who

17  got sick during the Isha'a prayer.

18

19

20       Q    Did Mohamed Johar ever have other

21  visitors from the mosque who he had just met stay

22  at his apartment?

23       A    I don't know.

24       Q    On cross-examination, you were shown a

25  photo of Omar al-Bayoumi and asked some questions.

This Transcript Contains Confidential Material

1  What, if anything, do you know about Omar

2  al-Bayoumi?

3      A    I don't know anything about Omar

4  Bayoumi.

5      Q    Have you ever heard that al-Bayoumi was

6  working for the Saudi government?

7      A    No.  I don't know the person.  I haven't

8  heard anything about him.

9          THE VIDEOGRAPHER:  Upon completion of

10  redirect, we are moving on to recross.

11          Just start with the first question?

12          MS. MOORE:  Mm-hmm.

13               RECROSS-EXAMINATION

14  BY THE VIDEOGRAPHER:

15      Q    Did you ever observe Fahad al-Thumairy

16  give a Friday sermon at the King Fahad Mosque?

17      A    Yes.

18      Q    Approximately how many times?

19      A    Many, many times.

20      Q    Did you ever observe Fahad al-Thumairy

21  lead prayer at the King Fahad Mosque?

22      A    Yes.

23      Q    Approximately how many times?

24      A    Many, many times.

25      Q    Did you ever observe Fahad al-Thumairy

This Transcript Contains Confidential Material

1    express any violent or extremist opinions in any

2    Friday sermons that he provided at the King Fahad

3    Mosque?

4         A    No.

5         Q    Did you ever observe Fahad al-Thumairy

6    express any violent or extremist opinions in any

7    prayer that he led at the King Fahad Mosque?

8         A    No.

9         Q    Did you ever observe Fahad al-Thumairy

10   express any violent or extremist opinions at any

11   time?

12        A    No.

13        Q    During cross-examination, you were asked

14   whether the first time you interacted with the two

15   Saudi men who would later become the 9/11

16   hijackers was the night before one of the Saudi

17   men was leaving for Yemen the following day.

18             Was this the first time that you saw the

19   two Saudi men who would later become the 9/11

20   hijackers?

21        A    Yes.

22        Q    Prior to that date, you had never seen

23   the two Saudi men who would later become the 9/11

24   hijackers at the King Fahad Mosque, correct?

25        A    Correct.

This Transcript Contains Confidential Material

1          Q    Prior to that date, you had never seen

2     the two Saudi men with Mohamed Ibrahim Johar,

3     correct?

4          A    Correct.

5          Q    Prior to that date, you had never -- you

6     had never seen the two Saudi men with Fahad

7     al-Thumairy, correct?

8          A    Correct.

9               MS. MOORE:  Why don't we take a break.

10              THE VIDEOGRAPHER:  Okay.  Off the

11    record.  The time is approximately 3:00 p.m.  This

12    marks the end of recording media number 5.

13              (Recess.)

14              THE VIDEOGRAPHER:  With the approval of

15    counsel, back on the record.  The time is

16    approximately 3:05 p.m.  This marks the beginning

17    of recording media number 6.

18              MS. MOORE:  I don't believe -- are there

19    any other cross, redirect or recross questions?

20              MR. MALOY:  No.

21              THE VIDEOGRAPHER:  With the approval of

22    counsel, this concludes today's video deposition.

23    Today's deposition consists of six recorded files.

24    The time is approximately 3:05 p.m.  We're now off

25    the record.