# EXHIBIT 100

[Handwritten text:] <u>Al Thumairy's file</u>

<u>3/9</u>

In the name of Allah, the Most Gracious, the Most Merciful

| Kingdom of Saudi Arabia | Kingdom of Saudi Arabia |
|---|---|
| IFIA Office | Ministry of Islamic Affairs, Endowments, Da'wah and Guidance |
| Washington, D.C. | Da'wah Office in USA |

601 New Hampshire Ave., N.W. Washington, D.C. 20037 – Tel: (202) 342-3700 – Fax: (202) 944-3192

E-mail: Ifta@resa.org      -   www.islamicpage.org     www.al-islam.org.sa

Your Highness brother Mohamed Bannona, may Allah save you

May the peace, mercy and blessings of Allah be upon you            To proceed:

Further to the previous letter that I issued to you regarding the monthly payments that are paid as salaries for some of the propagators and Imams who live in the USA by the Office of His Highness Prince Abdul Aziz Bin Fahad, may Allah save him, and where their disbursement is supervised by me.

Knowing your concern and attention, I would like to remind you of these amounts. I would also like to affirm that they need it and that it will be hard for them to dedicate their time for their works without these amounts.

Thank you so much. May Allah help and support you.

Peace, mercy and blessings of Allah be upon you


The total amount of payments is USD 9000.


Envoy of the Ministry of Islamic Affairs to USA

 [Hand Signature]

Fahad Bin Ibrahim Al Thumairy

6 / 9 / 2000 A. D.

No.         Date:            Attachments:

CONFIDENTIAL:

This document is subject to a Protective Order

Regarding confidential information in 03 MDL 1570,

United States District Court for the Southern District of New York.

KSA0000008440

February 10, 2021
Exhibit
QATTAN
**413**



# Kingdom of Saudi Arabia
## IFTA Office
### Washington, D.C.

601 New Hampshire Ave., N.W. Washington, D.C. 20037 • Tel: (202) 342-3700 • Fax: (202) 944-3192
E-mail: ifta@resa.org • www.islamicpage • www.islam.org.sa

سعادة الأستاذ الأخ محمد بنونة   حفظه الله

السلام عليكم ورحمة الله وبركاته   وبعد

فالحاقاً للخطاب السابق الصادر من قبلي بخصوص المبالغ الشهرية المخصصة كرواتب لبعضة الدعاة والأئمة المقيمين في أمريكا، والتي تدفع من قبل مكتب سمو الأمير عبدالعزيز بن فهد حفظه الله، والتي أشرت على صرفها لهم، والتأكد على حاجتهم لها وصعوبة تفرغهم لاعطائهم من دونها مع علمي عن حرصكم واهتمامكم بذلك

أجبت تذكيركم بذلك

شاكراً لكم والله يحفظكم ويرعاكم .

والسلام عليكم ورحمة الله وبركاته .

موقعه جداً الشؤون الإسلامية بأمريكا

فهد بن إبراهيم العثيم

١٤٣١/٣/٧ هـ

تبلغ التكاليف الشهرية للرواتب
عن الجميع ٩٠٠٠ آلاف دولار

الرقم:       التاريخ:       المشفوعات:

**CONFIDENTIAL:**
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008440



# TRANSLATION CERTIFICATION STATEMENT

**Project Name:** 20190926_UCS (KSA Vol 008 Prod_7023-7975 (9-25-19))

**Document title**: KSA0000008440

**Language**: Arabic > English

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**:  Farah Alshekhli

**Qualifications**:  BA in Translation and Interpretation Studies, 13 years of experience, Certified in Medical Terminology

**Signed**: *Farah Alshekhli*                                   **Date**: November 14, 2019