# EXHIBIT 104

## MASJID Al-MADINA AL-MUNAWARAH

Shawwal 1419

Your Excellency, the Minister of Islamic Affairs          May God bless him

May God's peace, mercy, and blessings be upon you

I would like to extend to Your Excellency, on behalf of the praying worshipers, their families, and the Muslim communities here, the sincere thanks, appreciation, and gratitude from San Diego, California in the United Sates, for the contribution made by those in charge of Da'wah in America, based on your instructions and interest as well as the care extended by the government of the Custodian of the Two Holy Mosques, God bless him, to provide field Propagators and Imams to the Islamic Centers abroad during the holy month of Ramadan of the year 1419 AH.

I would like to seize the opportunity, Your Excellency, to give thanks and gratitude to Sheikh Mutaeb al Sudairy and Sheikh Adel al Sadhan, who were the best representatives of your respectful Ministry in leading the prayers of Taraweeh and Qeyam, and delivering lessons and thoughts in Al-Madinah Al-Munawara Mosque, Abou Bakr Mosque, Al-Rabat Mosque, and the Mosque of Othman, as well as the Eid Sermon at Omar Ibn Al-Khattab Mosque " the biggest congregation of Somali community".  They were an honorable representation of Muslim propagator by competency, participation, and the preparation of people to concentrate on worshiping and shun disputes and split up.

I would also like to thank Sheikh Khaled al Sowailem and Sheikh Abdul Aziz al Salim, from Washington D.C., and Sheikh Fahad al Thumairy, from the Ibn Taymeya Mosque in Los Angeles, who have shown excellent cooperation and coordination.  May God Almighty increase your good deeds and bless your efforts.

May God's peace, mercy, and blessings be upon you

(signed)

Omar bin Ahmad al Bayoumi
General Supervisor

20 Shawwal 1419 AH [corresponding to Feb. 7, 1999 AD]

511 South Magnolia Ave., El Cajon, CA 92020. Tel: (619) 579-3142  Fax: (619) 401-2697

**Confidential**
**This document is subject to Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York**

KSA0000007591

February 23, 2021
Exhibit
Al-Ghudaian
**445**

## MASJID AL MADINAH AL MUNAWARAH

شوال ١٤١٩

سعادة وزير الشؤون الإسلامية    حفظه الله

السلام عليكم ورحمة الله وبركاته :

أرفع لمعاليكم أسمى آيات الشكر والتقدير والعرفان من سانديغو بولاية كاليفورنيا بالولايات المتحدة نيابة عن جموع المصلين وأسرهم والجاليات المسلمة هنا لما أولاه القائمون على شؤون الدعوة في أمريكا من توجيه سديد واهتمام وحرص حكومة خادم الحرمين الشريفين حفظه الله في المساهمة بتزويد المراكز الإسلامية في الخارج بالدعاة والأئمة في شهر رمضان المبارك ١٤١٩ .

راجياً لمعرضه بأن معالي الوزير أن أقدم الشكر للشيخ / شعيب السديري والشيخ / عادل السدحان الذين كانا خير ممثلين لوزارتكم الموقرة في إمامة المصلين في صلاتي التراويح والقيام وإلقاء الدروس والخواطر في مسجد المدينة المنورة ومسجد أبي بكر ومسجد الرباط ومسجد عثمان وكذلك خطبة وصلاة العيد في مسجد عمر بن الخطاب "أكبر تجمع للجالية الصومالية" . وقد أعطيا صورة مشرفة عن الداعية المسلم في الإفادة والمشاركة وتهيئة الناس للاجتماع للعبادة والتعلم ونبذ التفرق والخلاف .

كما أشكر الشيخ خالد السريحي والشيخ عبدالعزيز السليم من "راشطي" والشيخ فهيد النصيري من "مسجد ابن تيمية في لوس انجلس" الذين أبدوا كل تعاون وتنسيق . وإني لأرجو أن يثقل الله سبحانه وتعالى موازين حسناتكم ويبارك في جهودكم .

والسلام عليكم ورحمة الله وبركاته ,,,,,,

عمر بن أحمد البيومي

المشرف العام                    ٢٠ شوال ١٤١٩

511 South Magnolia Ave., El Cajon, CA 92020. Tel: (619) 579-3142. Fax: (619) 401-2697

**CONFIDENTIAL:**
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000007591



# TRANSLATION CERTIFICATION STATEMENT

**Project Name:** 20190926_UCS (KSA Vol 008 Prod_7023-7975 (9-25-19))

**Document title**: KSA0000007591

**Language**: Arabic > English

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator:**  Farah Alshekhli

**Qualifications**:  BA in Translation and Interpretation Studies, 13 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli*          **Date**: November 14, 2019