# EXHIBIT 105

In the name of Allah, the Gracious, the Merciful

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance

**CAREER PERFORMANCE EVALUATION FORM FOR THOSE WHO TAKE THE EXECUTIVE JOBS (A) (B)**

Definition of Executive Jobs:
This group comprises the jobs including executive assignments and work in different fields, according to the related rules, bylaws, instructions, and guidelines. The employees taking these jobs shall not undertake any supervising tasks or take decisions.
First:

| Agency | Administration | Division |
|---|---|---|
| Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance | Da'wah Department | Da'wah Department Abroad |

| Department | Unit | District | Town or Village |
|---|---|---|---|
| Da'wah Department in Europe, America, and Australia | Da'wah Office in America | United States of America | Washington, D.C. |

| Full Name | Job Title | Rank | Number | Start Date |
|---|---|---|---|---|
| Fahd bin Ibrahim bin Abdullah al Thumairy | Guide | 8 | 113 | 05/11/1416 AH (March 25, 1996 AD) |

| Educational Qualification | Subject of latest training course completed successfully | Latest Performance Report | |
|---|---|---|---|
| | | Date | Assessment |
| Master's Degree in Sharia from the Judiciary Higher Institute | English Language in December 1997 | ---- | ---- |

1404 AH (October 1983-September 1984 AD)

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008496

June 28, 2021
EXHIBIT
Thumairy
**0836**

Category A: Related to the male (and female) executive employees taking Ranks 11-13;
Category B: Related to the male (and female) executive employees taking Ranks 10 and below

Second: Career Performance

| | Item | Grade | | | | | | Put one number here from 1-6 representing your assessment of the male (or female) employee | |
|---|---|---|---|---|---|---|---|---|---|
| | | Unsatisfactory | Satisfactory | Good | Very Good | | Excellent* | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | A | B |
| A | Understanding Agency's objectives | | | | | | | | |
| A | Ability to develop and renovate | | | | | | | | |
| AB | Skill in implementation | | | | | | ☑ | | 6 |
| AB | Ability to assume higher responsibilities | | | | | | ☑ | | 6 |
| AB | Observing work times | | | | | | ☑ | | 6 |
| B | Knowing the regulations and procedures of work | | | | | | ☑ | | 6 |
| | | | | | | | Total | | 24 |

Third: Personal Characteristics

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AB | Good management | | | | | | ☑ | | 6 |
| AB | Accepting new ideas | | | | | | ☑ | | 6 |
| AB | Style of presenting opinions | | | | | | ☑ | | 6 |
| B | Attention to appearance | | | | | | ☑ | | 6 |
| | | | | | | | Total | | 24 |

Fourth: Relationships with

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AB | 1.  Bosses | | | | | | ☑ | | 6 |
| AB | 2.  Coworkers | | | | | | ☑ | | 6 |
| AB | 3.  Reviewers | | | | | | ☑ | | 6 |
| | | | | | | | Total | | 18 |

Notes:

(1) If any item above does not apply to the male (or female) employee, the item field may not be left blank. A suitable grade shall be inserted according to the average of grades of the field including that item (whether in career performance, personal characteristics, or individual relationships);

(2) * An "Excellent" grade requires a male (or female) employee to get 6 points in all items, in addition to one point of strength at a minimum.

Report prepared by: Khaled bin Ibrahim al Sowailem
Job Title: Director of the Da'wah Office in America
Signature: [*Handwritten Signature*]                    Date: 13/10/1418 AH (February 10, 1998 AD)

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008497

Fifth: General notes (each feature of strengths = +3 or weaknesses = -3

| State the main strengths and weaknesses verifying your previous assessments, if any | |
|---|---|
| Strengths (other positive characteristics of the male (or female) employee not included in the previous items)<br>1.  Knowledge of English;<br>2.  ---------------------------;<br>3.  --------------------------- | Total strengths<br>= +9<br>------------<br>Grade obtained<br>3 |
| Weaknesses (negative features of the male (or female) employee not included in the previous items affecting their work)<br>1.  ---------------------------;<br>2.  ---------------------------;<br>3.  ---------------------------; | Total weaknesses<br>= -9<br>------------<br>Grade obtained<br>------------ |

Sixth: Total Assessment of Grades

| | | |
|---|---|---|
| Total Career Performance grades | 24 |
| Total Personal Characteristics grades | 24 |
| Total Individual Relationships grades | 18 |
| Total General Notes grades | 3 |
| Grand Total | 69 |

| | | From-To | Final Assessment |
|---|---|---|---|
| ☑ | Excellent | 69-75 | Sixty-nine |
| ☐ | Very Good (5) | 55-68 | |
| ☐ | Very Good (4) | 44-54 | |
| ☐ | Good | 33-43 | |
| ☐ | Satisfactory | 22-32 | |
| ☐ | Unsatisfactory | Below 22 | |

| Amount of improvement since the last report | | |
|---|---|---|
| ☐ Good | ☐ Middle | ☐ Poor |
| General recommendations, if any, to develop the abilities of male (or female) employee | | |
| -------------------------------------------------------------------------------------------------------------------- | | |
| -------------------------------------------------------------------------------------------------------------------- | | |
| -------------------------------------------------------------------------------------------------------------------- | | |

Notes of report approving official:
--------------------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------------------

Name of report approving official: ----   Job Title: ----   Signature: ----   Date: ----

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008498

بسم الله الرحمن الرحيم

المملكة العربية السعودية

وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد

نسخة

تقييم الأداء الوظيفي لشاغلي الوظائف التنفيذية (١) ، (ب)

تعريف الوظائف التنفيذية :-

تشمل هذه المجموعة الوظائف التي تتضمن واجبات وأعمال تنفيذية في المجالات المختلفة، وفقاً للأنظمة واللوائح والتعليمات والتوجيهات الخاصة بمجالها . . . ولا يكون من مسؤوليات شاغلها أي مهمات إشرافية أو إتخاذ القرارات .

أولاً :

| الجهـــــاز | الادارة | الشعبـــــة |
|---|---|---|
| وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد | وكالة للدعوة | الدعوة في الخارج |

| القسم | الوحـدة | المنطقة | المدينة أو القرية |
|---|---|---|---|
| إدارة الدعوة في أوروبا | مكتب الدعوة في أمريكا واستراليا | الولايات المتحدة الأمريكية | واشنطن - ربما صنعاء |

| الاســـم رباعيا | مسمى الوظيفة | مرتبتها | رقمها | تاريخ اشغالها |
|---|---|---|---|---|
| محمد بن إبراهيم بن عبدالله الثمري | مرشد | ٨ لثمانية | ١١٣ | ١٤١٧/١/٥هـ |

| المؤهل العلمي | موضوع آخر دورة تدريبية اكملت بنجاح | آخر تقرير أداء | |
|---|---|---|---|
| | | التاريخ | التقدير |
| ماجستير في الشريعة من المعهد العالي للقضاء | في اللغة الانجليزية في شهر ديسمبر ١٩٩٧م | — | — |

(١٤٠٤ هـ)

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008496

الفئة أ: تعني الموظفين (الموظفات) التنفيذيين الذين يشغلون المراتب (١١-١٣)

الفئة ب: تعني الموظفين (الموظفات) التنفيذيين الذين يشغلون المراتب (١٠ فما دون)

ثانياً:

| ضع هنا رقماً واحداً من (١-٦) الذي يمثل تقويمك للموظف أو للموظفة | | التقدير | | | | | | العنصر | | الأداء الوظيفي |
|---|---|---|---|---|---|---|---|---|---|---|
| ب | أ | ممتاز* ٦ | جيد جداً ٥ | جيد جداً ٤ | جيد ٣ | مرضي ٢ | غير مرضي ١ | | | |
| | | | | | | | | التفهم لأهداف الجهاز | أ | |
| | | | | | | | | القدرة على التطوير والابتكار | أ | |
| ٦ | | ✓ | | | | | | المهارة في التنفيذ | أ ب | |
| ٦ | | ✓ | | | | | | إمكانية تحمل مسؤوليات أعلى | أ ب | |
| ٦ | | ✓ | | | | | | المحافظة على أوقات الدوام | أ ب | |
| ٦ | | ✓ | | | | | | المعرفة بنظم وإجراءات العمل | ب | |
| ٢٤ | | المجموع | | | | | | | | |

ثالثاً:

| | | | | | | | | العنصر | | الصفات الشخصية |
|---|---|---|---|---|---|---|---|---|---|---|
| ٦ | | ✓ | | | | | | حسن التصرف | أ ب | |
| ٦ | | ✓ | | | | | | تقبل الأفكار الجديدة | أ ب | |
| ٦ | | ✓ | | | | | | اسلوب عرض الآراء | أ ب | |
| ٦ | | ✓ | | | | | | الاهتمام بالمظهر | ب | |
| ٢٤ | | المجموع | | | | | | | | |

رابعاً:

| | | | | | | | | العنصر | | العلاقات |
|---|---|---|---|---|---|---|---|---|---|---|
| ٦ | | ✓ | | | | | | ١ - الرؤساء | أ ب | |
| ٦ | | ✓ | | | | | | ٢ - الزملاء | أ ب | |
| ٦ | | ✓ | | | | | | ٣ - المراجعين | أ ب | |
| ١٨ | | المجموع | | | | | | | | |

ملاحظـــة :

(١) إذا كان أحد العناصر أعلاه لا ينطبق على الموظف (الموظفة) فلا يترك مكان العنصر خالياً. بل يتم وضع درجة مناسبة له يتم التوصل إليها عن طريق متوسط درجات الحقل الذي يتضمن ذلك العنصر (سواء كان ذلك في الاداء الوظيفي أو الصفات الشخصية أو العلاقات الفردية).

*(٢) يتطلب الحصول على تقدير (ممتاز) أن يحصل الموظف (الموظفة) على (٦) نقاط في جميع العناصر، إضافة إلى موطن واحد من مواطن القوة على الأقل.

اسم معد التقرير ............................ وظيفته ................... توقيعه ................ التاريخ ٢٠١٠/١/٦

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008497

خامساً : ملاحظات عامة (كل صفه من مواطن القوه = ٣+أو مواطن الضعف = ٣-)

| | أذكر مواطن قوة ومواطن ضعف رئيسية تدعم تقديراتك السابقة (إن وجدت) |
|---|---|
| المجموع الكلي لمواطن القوة ٩ + = | مواطن القوة: (الصفات الايجابية الأخرى التي يتميز بها الموظف (الموظفة) ولم تشتمل عليها العناصر السابقة) .<br>١ - السيطرة بالبيئة المكتبية<br>٢ - .................................................<br>٣ - ................................................. |
| الدرجة التي حصل عليها<br>٣ | |
| المجموع الكلي لمواطن الضعف ٩ - = | مواطن الضعف: (الصفات السلبية التي يتصف بها الموظف (الموظفة) وتؤثر على عمله دون أن يكون في ذلك تكرار للعناصر السابقة) .<br>١ - .................................................<br>٢ - .................................................<br>٣ - ................................................. |
| الدرجة التي حصل عليها | |

سادساً : التقدير الكلي للدرجات

| | التقدير البياني | من - الى | |
|---|---|---|---|
| ممتاز | ☑ | ٦٩ - ٧٥ | اعتمدت بتقدير ممتاز |
| جيد جدا (٥) | ☐ | ٥٥ - ٦٨ | |
| جيد جدا (٤) | ☐ | ٤٤ - ٥٤ | |
| جيــد | ☐ | ٣٣ - ٤٣ | |
| مـرضي | ☐ | ٢٢ - ٣٢ | |
| غير مرضي | ☐ | أقل من ٢٢ | |

| | |
|---|---|
| مجموع درجات الأداء الوظيفي | ٢٤ |
| مجموع درجات الصفات الشخصية | ٢٤ |
| مجموع درجات العلاقات الفردية | ١٨ |
| مجموع درجات الملاحظات العامة | ٣ |
| المجمـــوع الكلـــي | ٦٩ |

مقدار التحسن الذي طرأ منذ آخر تقرير

| جيد ☐ | متوسط ☐ | ضعيف ☐ |
|---|---|---|

التوصيات العامة لتطوير قدرات الموظف (الموظفة) (إن وجدت)

_____

_____

_____

ملاحظات معتمد التقرير _____
..................................................................................
..................................................................................

اسم معتمد التقرير ............ وظيفته ............ توقيعه ............ التاريخ   /   /

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008498



## TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210614_EDB

**Language**: Arabic

**Document title**: KSA0000008496

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli*
Farah Alshekhli (Jun 22, 2021 13:57 CDT)

**Date**: Jun 22, 2021



## TRANSLATION CERTIFICATION STATEMENT

**Project**: 20210614_EDB

**Language**: Arabic

**Document title**: KSA0000008497

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli*
Farah Alshekhli (Jun 22, 2021 13:57 CDT)

**Date**: Jun 22, 2021



## TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210614_EDB

**Language**: Arabic

**Document title**: KSA0000008498

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli*
Farah Alshekhli (Jun 22, 2021 13:58 CDT)

**Date**: Jun 22, 2021