# EXHIBIT 106

# Certification of Translation

**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

October 4, 2023

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

**KSA0000000596**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

*Amr Abualy*

Amr Abualy
Project Manager
Linguistic Systems

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

In the name of God, the Most Merciful, the Most Compassionate
*93/D* [Arabic letter Dad]

| | |
|---|---|
| KINGDOM OF SAUDI ARABIA<br>Ministry of Islamic Affairs, Endowments, Dawah, and Guidance<br>General Department of Administrative and Financial Affairs<br>Employee Affairs Department<br>------------- | *1535/4*<br>----------------------<br>*11/04/1417 AH* [08/25/1996 AD] |

**Employee Leave Request**

His Excellency *Director of the Dawah Office in America, may God Protect him*,
Greetings.
I would like to request ☐ ~~emergency~~ *ordinary* leave
For (*15*) days beginning on *04/05/1417 AH* [09/16/1996 AD]. During my leave, my address will be:
*Riyadh – Dawah Department for Europe and America*

Name: *Fahd bin Ibrahim al-Thumairi*
Rank: *8*   No.: _____
Signature: _____

Date: *09/03/1417 AH* [07/24/1996 AD]

---

Direct supervisor's approval: _____ No.: *127* _____ Date: 0*9/03/1417 AH* [07/24/1996 AD]
We have no objection to granting the requested leave if granted by law.
Official's name: *Khalid Ibrahim al-Suwailam* Signature: [Signature] Position: *Director of the Dawah Office in America*

---

Authorized person's approval:
☑ I approve
☐ I do not approve   granting the requested leave.

Name of authorized person: *`Abd-al-Rahman Bin Salih al-Tuwayjri* Signature: [Signature] Position: *Director General of the Foreign Dawah Department*

---

Employees Unit Audit
Requested leave            ☑ Eligible by law
                           ☐ Not eligible by law

| *15* days | Balance before requested leave |
|---|---|
| *15* days | Requested leave |
| -- days | Remaining balance |

Supervisor's name: *`Abdallah bin Hamad al-Mawash* Signature: [Signature] Position: *Employee relations*

---

[Illegible]

The Director of: *Employee Affairs*
Based on the authorities vested in him by law, and
Based on Article no. (*28*) of the Civil Service Code, hereby decides the following:
1. The above employee is granted *ordinary* leave of (*15*) days beginning on 04/05/1417 AH [09/16/1996 AD] to the end of 18/05/1417 AH [09/30/1996 AD].
2. This is to be reported to the necessary persons for implementation and annotation in accordance herewith.
*Original to the archives for saving in file no. 93/D* [Arabic letter Dad]
CC Communications         CC Competent officer
[Illegible]         [Illegible]

Decision no. *7405*
Date: *19/04/1417 AH* [09/02/1996 AD]
*Director of the Employee Affairs Department*
[Signature]
*Muhammad bin `Abdallah al-Mazru`*

*Employee Relations*

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000000596

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
الإدارة العامة للشؤون الإدارية والمالية
إدارة شؤون الموظفين

٥٠٢٥/٤
١١/٤/١٤١٧هـ

طلب إجازة موظف

سعادة مدير مكتب المبعوث بأمريكا سلمه الله

بعد التحية ،،،
أرغب الترخيص لي بإجازة ☐ اضطرارية   اعتيادية
لمدة ( ١٥ ) يوماً اعتباراً من ٤/٥/١٤١٧هـ وسيكون عنواني أثناء الإجازة:
الرياض – إدارة المسجد النبوي بالرياض

الاسم: شبيب بن إبراهيم الشمري
المرتبة: ٨    رقمها: ـــ
التوقيع: ـــ
التاريخ ٩/٣/١٤١٧هـ

موافقة الرئيس المباشر    الرقم ١/٨٢    التاريخ ٩/٣/١٤١٧هـ
لا مانع لدينا من منحه الإجازة المطلوبة إذا كانت مستحقة نظاماً.
اسم المسئول: صهد الشهري    توقيعه: ـــ    وظيفته: مدير مكتب المبعوث بأمريكا

موافقة صاحب الصلاحية:
☑ أوافق    على منحه الإجازة المطلوبة
☐ لا أوافق

اسم صاحب الصلاحية: عبدالرحمن بن صالح الموجري    توقيعه: ـــ    وظيفته: مدير مكتب المبعوث بأمريكا

تدقيق وحدة الموظفين
الإجازة المطلوبة  ☑ مستحقة نظاماً
                ☐ غير مستحقة نظاماً

| | | |
|---|---|---|
| ١٥ يوم | الرصيد قبل الإجازة المطلوبة |
| ١٥ يوم | الإجازة المطلوبة |
| ـــ يوم | الرصيد المتبقي |

اسم المسئول: عبدالله بن أحمد المعاوشي    توقيعه: ـــ    وظيفته: ملاحظة المراكز

إلى مدير: مكتب المبعوث بأمريكا
بناءً على الصلاحيات الممنوحة له نظاماً.
وبناءً على المادة رقم ( ٥٨ ) من نظام الخدمة المدنية يقرر مايلي:
١- يمنح الموظف أعلاه إجازة ـــ كـــ لمدة ( ١٥ ) يوماً.
اعتباراً من ٥/١٧/١٤١٧هـ إلى نهاية يوم ٨/٥/١٤١٧هـ
٢- يبلغ هذا لمن يلزم لاتخاذه والتأشير بموجبه

القرار رقم ٥٠/ـــ
وتاريخ ٩/٤/١٤١٧هـ

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000000596