# EXHIBIT 107

04-DEC-1999    14:19    M*F*A*RIYADH *K*S*A    009661  4030159  P.01/04

In the name of Allah, the Gracious, the Merciful

Kingdom of Saudi Arabia         🌴         File No. 8/7
Ministry of Foreign Affairs       🗡       Attachments: 2 Packages

[*Emblem of Saudi Arabia*]

## OUTGOING TELEGRAM

Telegram No. 97/23/66012/01
Date: 26/08/1420 AH (December 05, 1999 AD)

**VERY URGENT**

The Saudi Embassies in Washington, D.C. – Canberra – Stockholm – Yaoundé – Bonn – Vienna – London – New Delhi – Djibouti – Madrid – Taiwan – Singapore – Paris – Ottawa – Nairobi – Kuala Lumpur

Please find attached herewith a statement including the names of fifty-one delegates to lead the worshipers in a number of your mosques and Islamic centers during the holy month of Ramadan for this year 1420 AH (1999 AD). For your information and necessary action regarding this, and in order to facilitate the mission of each of them. Kindest regards.

Foreign Affairs

[SEAL: *Ministry of Foreign Affairs, Telegrams Department*]

[Handwriting: *Islamic Affairs – Handwritten Signature – December 06, 1999 AD*]

[Handwriting: 1432]

KSA0000007805

Confidential:
This document is subject to Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

February 10, 2021
Exhibit
QATTAN
**417**

[**Handwriting**]

Opened on
01/08/1420 AH
(November 10, 1999 AD)
Sealed on
30/08/1420 AH
(December 09, 1999 AD)

-7-

KSA0000007806

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

04-DEC-1999    14:20    M*F*A*RIYADH *K. * S *A.    Illegible    P.02/04

In the Name of God, Most Gracious, Most Merciful    **(1)**

Kingdom of Saudi Arabia                                          No.:
Ministry of Islamic Affairs, Endowments,                         Date:
Da'wah, and Guidance                                             Attachments:
Undersecretary for Islamic Affairs                               Subject:



| # | Name | Country | City | Entity |
|---|------|---------|------|--------|
| 1 | Abdel Hamid bin Mohamad al Erfej | America | Detroit | Al Falah Mosque |
| 2 | Mansour bin Abdul Aziz al Samary | America | Minneapolis | Da'wah Islamic Center |
| 3 | Rashed bin Othman al Zahran | America | Morven Town | Islamic Center in Morven Town |
| 4 | Badr bin Suleiman al Amer | America | Mankato | Dar Abi Bakr Islamic Center |
| 5 | Abdul Latif bin Saleh al Amer | America | Columbus | Omar Ibn al Khattab Mosque |
| 6 | Mohamad bin Ahmad al Osseimy | America | Jonesboro | Jonesboro Islamic Center |
| 7 | Ahmad al Yehia | America | Virginia | The Islamic Center in Norfolk |
| 8 | Ziad bin Abdul Karim al Meshaiqeh | America | Tennessee | Prayer Hall of Sunni Students |
| 9 | Majed bin Mohamad Mersal | America | San Diego | Al Madinah Mosque |
| 10 | Ali bin Suleiman al Abadany | Australia | Sydney | Islamic Cultural Center |
| 11 | Ali bin Abdullah al Ajlan | Australia | Tasmania | Tasmania Society |
| 12 | Abdullah bin Ali al Amery | Australia | Newcastle | Newcastle Society |
| 13 | Saleh bin Ibrahim al Dosayman | Australia | Victoria | Islamic Society |
| 14 | Mohsen bin Mohamad Ateya | Sweden | Stockholm | Islamic Da'wah Center |
| 15 | Khaled al Esseiry | Cameroon | Yaoundé | Yaoundé Mosque |
| 16 | Ali bin Saad al Osseimy | Germany | Heidelberg | Islamic Mosque |
| 17 | Khaled bin Horeid al Anzy | Germany | Berne | King Fahad Academy |
| 18 | Saud bin Ali al Ghamedi | Germany | Leipzig | Islamic Center in Leipzig |
| 19 | Abdul Rahman bin Mohamad Jabery | Germany | Altdorf | Islamic Union in Altdorf |
| 20 | Aziz bin Farhan al Anzy | Germany | Kiel | Muslims' Society |
| 21 | Mohamad bin Saad al Moqren | Germany | Frankfurt | Islamic Center |
| 22 | Abdulla bin Saleh al Mansour | Germany | Aachen | Islamic Center |
| 23 | Torky bin Abdul Aziz al Oqeil | Hungary | Budapest | Islamic Society |
| 24 | Abdul Aziz bin Marzouq al Toreiqy | India | Delhi | Embassy District Mosque |
| 25 | Hassan bin Ali al Faqih | Britain | London | Balham Mosque, London |

*[Stamp: Ministry of Islamic Affairs, Endowments,
Da'wah, and Guidance]*

Confidential:                                                    KSA0000007807
This document is subject to Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

04-DEC-1999  14:22          M*F*A*RIYADH *K. * S *A.          009661.  4030159      P.03/04

In the Name of God, Most Gracious, Most Merciful          **(2)**

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments,
Da'wah, and Guidance
Undersecretary for Islamic Affairs

No.:
Date:
Attachments:
Subject:



_____

| # | Name | Country | City | Entity |
|---|------|---------|------|--------|
| 26 | Mohamad bin Suleiman al Muhanna | Britain | Birmingham | Ahl al Hadith Society |
| 27 | Mahmoud bin Ahmad al Dorsery | Britain | Bradford | Bradford Mosque |
| 28 | Abdulla bin Ahmad al Qahtani | Britain | [illegible] | Islamic Center |
| 29 | Ali bin Abdullah al Shahrany | Britain | Leicester | Dar al Re'aya al Islamiyah |
| 30 | Saleh bin Suleiman al Khalifa | Britain | London | Quran Learning Center |
| 31 | Ahmad bin Shanan al Omary | Britain | London | Islamic World League Center |
| 32 | Nasser al Moqbel | Gibraltar | Gibraltar | Islamic Center |
| 33 | Mohamad bin Abdul Rahman al Noman | Taiwan | Taipei | Taipei Mosque |
| 34 | Abdullah bin Mohamad al Omayjan | Djibouti | Tadjourah | Mosque of King Abdul Aziz Center |
| 35 | Saud bin Saad al Rashoud | Djibouti | Djibouti | Prince Abdul Aziz bin Fahad Mosque |
| 36 | Mohamad bin Abdul Karim al Muhanna | Singapore | Singapore | Muhammadiyah Association |
| 37 | Khaled bin Abdulla al Moshawah | France | Lyon | Mosque of the City of Lyon |
| 38 | Debbas bin Mohamad al Debbas | France | Ecquevilly | Anas Ibn Malek Mosque |
| 39 | Faez bin Suleiman al Hamady | France | Strasbourg | Mosque of the City of Strasbourg |
| 40 | Awad bin Sabty al Enzy | France | Paris | Al Fatah Mosque |
| 41 | Salen bin Mohamad al Saykhan | France | Mante-la-Jolie | Mosque of the Custodian of the Two Holy Mosques |
| 42 | Ahmad bin Abdul Rahman al Othman | Finland | Helsinki | Al Huda Mosque and Islamic Center |
| 43 | Yasser bin Ibrahim al Salamah | Canada | Vancouver | Islamic Da'wah Center |
| 44 | Abdullah bin Hamoud al Shatry | Canada | Saint Catherine | Islamic Society |
| 45 | Abdul Rahman bin Abdullah al Adiany | Canada | Toronto | Islamic Center for Islamic Da'wah |
| 46 | Hamed bin Mohamad al Mosleh | Canada | Ottawa | Islamic School |
| 47 | Fahad bin Ali al Sleiham | Canada | Calgary | Islamic Society |
| 48 | Waleed bin Eissa al Saadoun | Kenya | Nairobi | Al Sadaqa Mosque |
| 49 | Amin bin Abdullah al Shaqawy | Kenya | Nairobi | Al Rabeta Mosque |
| 50 | Abdullah bin Ali al-Jaithen | Kenya | Kismayo | Mosque of the Islamic Studies College |
| 51 | Saleh bin Abdullah al Moqel | [illegible] | [illegible] | [illegible] Mosque |

*[Stamp: Ministry of Islamic Affairs, Endowments,*
*Da'wah, and Guidance]*

Confidential:                                                    KSA0000007808
This document is subject to Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.



المملكة العربية السعودية
وزارة الخارجية

برقية صادرة

رقم البرقية ٧٨/ملك

التاريخ

عاجل جداً

نجدية/واشنطن- كانبرا- استوكهولم- باولندي- بون- فيينا- لندن
نيودلهي -جيبوتي -مدريد- تايوان- سنغافورة- باريس- اوتاوا-
نيروبي- كوالامبور

نبعث لكم بطيه بياننا بأسماء واحداً وخمسون موفداً لإمامة
المصلين في عدد من المساجد والمراكز الأسلاميه لديكم خـلال شـهـر
رمضان المبارك لهذا العام ١٤٢٠هـ. فق للأحاطه واتخاذ اللازم حيـال
ذلك وتسهيل مهمتهم كل فيما يخصه. فق. تحياتنا،،،،،،،
فرصيح/١٣٠

الخارجيه



أ/سلاميه

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000007805

SNAPFILE

7 LE

Made in Germany

KSA0000007806

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

04-DEC-1999  14:20





المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
وكالة الوزارة للشؤون الإسلامية

الرقــــم : ..........
التاريــخ : ..........
المشفوقات : ..........
الموضـوع : ..........

| الجهة | المدينة | الدولة | الاسم | العدد |
|---|---|---|---|---|
| مسجد الفلاح | ديترويت | أمريكا | عبدالحميد بن محمد العرفج | ١. |
| مركز الدعوة الإسلامية | نيابلس | أمريكا | منصور بن عبدالعزيز السماري | ٢. |
| المركز الإسلامي في مورفن تاون | مورفن تاون | أمريكا | راشد بن عثمان الزهراني | ٣. |
| مركز دار أبي بكر الإسلامي | مانكيتو | أمريكا | بدر بن سليمان العامر | ٤. |
| مسجد عمر بن الخطاب | كولبس | أمريكا | عبداللطيف بن صالح العامر | ٥. |
| مركز جونزبورو الإسلامي | جونز بورو | أمريكا | محمد بن أحمد العصيمي | ٦. |
| المركز الإسلامي في نورفولك | فرجينيا | أمريكا | أحمد اليحي | ٧. |
| مصلى الطلبة السنة | تنسي | أمريكا | زياد بن عبدالكريم المشيخ | ٨. |
| مسجد المدينة | سان دياغو | أمريكا | ماجد بن محمد مرسال | ٩. |
| المركز الثقافي الإسلامي | سدني | استراليا | علي بن سليمان العيداني | ١٠. |
| جمعية تسمانيا | تسمانيا | استراليا | علي بن عبدالله المحجلان | ١١. |
| جمعية نيوكاسل | نيوكاسل | استراليا | عبدالله بن علي العامري | ١٢. |
| الجمعية الإسلامية | فكتوريا | استراليا | صالح بن إبراهيم الدسيمان | ١٣. |
| مركز الدعوة الإسلامية | استوكهلم | السويد | حسن بن محمد عطية | ١٤. |
| مسجد ياوندي | ريوندي | الكمرون | خالد العسيري | ١٥. |
| المسجد الإسلامي | هايد برغ | المانيا | علي بن سعد العصيمي | ١٦. |
| أكاديمية الملك فهد | بون | المانيا | خالد بن حريث تمعزي | ١٧. |
| المركز الإسلامية في لايبزغ | لايبزغ | المانيا | سعود بن علي القاعدي | ١٨. |
| الاتحاد الإسلامي في السدورف | السدورف | المانيا | عبدالرحمن بن محمد جابري | ١٩. |
| جمعية المسلمين | كيل | المانيا | عزيز بن فرحان القحطري | ٢٠. |
| المركز الإسلامي | فرانكفورت | المانيا | محمد بن سعد القرني | ٢١. |
| المركز الإسلامي | آخن | المانيا | عبدالله بن صالح المنصور | ٢٢. |
| الجمعية الإسلامية | بودابست | المجر | تركي بن عبدالعزيز العقيل | ٢٣. |
| مسجد حي السفارات | دلهي | الهند | عبدالعزيز بن مرزوق الطريقي | ٢٤. |
| مسجد يلهم بلندن | لندن | بريطانيا | حسن بن علي النفية | ٢٥. |

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000007807



(٢)

السرقم : .................

التساريخ : .................

المسرفقات : .................

المسوضوع : .................

| الجهة | المدينة | الدولة | الاسم | العدد |
|---|---|---|---|---|
| جمعية أهل الحديث | برمنكهام | بريطانيا | محمد بن سليمان المهنا | ٢٦. |
| مسجد بريد فورد | بريد فورد | بريطانيا | حمود بن احمد الدوسري | ٢٧. |
| المركز الإسلامي | بترركي | بريطانيا | عبدالله بن أحمد القحطاني | ٢٨. |
| دار الرعاية الإسلامية | لستر | بريطانيا | علي بن عبدالله الشهراني | ٢٩. |
| مركز تحفيظ القرآن الكريم | لندن | بريطانيا | صالح بن سليمان الخليفة | ٣٠. |
| مركز رابطة العالم الإسلامي | لندن | بريطانيا | أحمد بن شنان العمري | ٣١. |
| المركز الإسلامي | جبل طارق | جبل طارق | ناصر المقبل | ٣٢. |
| مسجد تايبيه | تايبيه | تايوان | محمد بن عبدالرحمن الرومان | ٣٣. |
| مسجد مركز الملك عبدالعزيز | ناجورة | جيبوتي | عبدالله بن حمد العميحان | ٣٤. |
| مسجد الأمير عبدالعزيز بن فهد | جيبوتي | جيبوتي | سعود بن سعد الرشد | ٣٥. |
| الجمعية المحمدية | سنغافوره | سنغافوره | محمد بن عبدالكريم المهنا | ٣٦. |
| مسجد مدينة ليون | ليون | فرنسا | خالد بن عبدالله المشوح | ٣٧. |
| مسجد انس بن مالك | إيبكنمي | فرنسا | دباس بن محمد الدباس | ٣٨. |
| مسجد مدينة ستاسبورغ | ستاسبورغ | فرنسا | فائز بن سليمان الحمدي | ٣٩. |
| مسجد الفتح | باريس | فرنسا | حواد بن سبتي العتري | ٤٠. |
| مسجد خادم الحرمين الشريفين | مونت لاحوس | فرنسا | صالح بن محمد الصيحان | ٤١. |
| مسجد الهدي والمركز الإسلامي | هلسنكي | فلندا | أحمد بن عبدالرحمن العثمان | ٤٢. |
| مركز الدعوة الإسلامي | فانكوفر | كندا | ياسر بن إبراهيم السلامة | ٤٣. |
| الجمعية الإسلامية | سانت كاثرين | كندا | عبدالله بن حمود الشري | ٤٤. |
| المركز الإسلامي للدعوة الإسلامية | تورنتو | كندا | عبدالرحمن بن عبدالله العضيان | ٤٥. |
| المدرسة الإسلامية | وترا | كندا | حامد بن محمد المصلح | ٤٦. |
| الجمعية الإسلامية | كالجري | كندا | فهد بن علي الصليهم | ٤٧. |
| مسجد الصداقة | نيروبي | كينيا | وليد بن عيسى السعدون | ٤٨. |
| مسجد الرابطه | نيروبي | كينيا | امين بن عبدالله الثقاوي | ٤٩. |
| مسجد كلية الدراسات الإسلامية | كيسماوي | كينيا | عبدالله بن علي الجعيثن | ٥٠. |
| مسجد ريكر تيهارو | ريكر تيهارو | | صالح بن عبدالله المعيقل | ٥١. |

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000007808



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20200430_MXG (KSA Editing)

**Language**: Arabic > English

**Document title:** KSA0000007805

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**:  Farah Alshekhli

**Qualifications**:    BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**:

*Farah Alshekhli*
Farah Alshekhli (Apr 30, 2020)

**Date**: April 30, 2020

helloglobo.com | 800.555.3010 | 145 Greenwood Ave. | Wyncote, PA 19095



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20200430_MXG (KSA Editing)

**Language**: Arabic > English

**Document title**: KSA0000007807

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.


**Name of Certifying Translator**:     Farah Alshekhli

**Qualifications**:   BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology


**Signed**: *Farah Alshekhli*
Farah Alshekhli (Apr 30, 2020)                          **Date**: April 30, 2020

helloglobo.com | 800.555.3010 | 145 Greenwood Ave. | Wyncote, PA 19095



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20200430_MXG (KSA Editing)

**Language:** Arabic > English

**Document title:** KSA0000007808

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**:   Farah Alshekhli

**Qualifications**:   BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed:**   *Farah Alshekhli*
Farah Alshekhli (Apr 30, 2020)

**Date**: April 30, 2020

helloglobo.com | 800.555.3010 | 145 Greenwood Ave. | Wyncote, PA 19095