# EXHIBIT 108

| | | |
|---|---|---|
| Kingdom of Saudi Arabia<br>Ministry of Islamic Affairs,<br>Endowments, Da'wah and<br>Guidance<br>Deputy Ministry for Islamic<br>Affairs | [hand written text: illegible]<br>In the name of Allah, the<br>Gracious, the Merciful<br>[emblem of the Ministry of<br>Islamic Affairs, Endowments,<br>Da'wah and Guidance] | No.: 3/2/1616<br>Date: 21/08/1420 AH corresponding to 11/29/1999 AD<br>Attachments: -<br>Subject: ……………………………… |

To: Sheikh Abdullah bin Ali al Jaithen, may Allah support him
Buraidah Da'wah and Guidance Center,

May the peace, mercy and blessings of Allah be upon you…Further:

I pray for Allah to assist and support you.
Since H.E. the Minister has approved your nomination to be an Imam during the blessed month of Ramadan for the year 1420 AH corresponding to December 1999 AD in (Handwritten: ~~The mosque of the faculty of Islamic Studies~~)(Replaced with: The Islamic Center), [Handwritten: ~~Kismayo, Kenya~~] [replaced with: Minneapolis, USA] within the program of Imamate prepared by the Deputy Minister of Islamic Affairs;

I hope, in this occasion and while performing the job, you can visit the Islamic centers and associations, and provide a detailed report on the status of Muslims in the country referred to and the size of propagators' efforts and to give your recommendations on how to disseminate Islam and deal with whatever obstacles in the way of propagation. Kindly fill out the form for every organization during your visits to the Islamic organizations in the region specified.

I hope that you will cooperate with the employees of the Center and Embassy and best represent the Kingdom. Please make sure to travel at least two days before the month of Ramadan and get back after the Eid prayer in Sha' Allah. You can call brother Abdullah Al Lahidan, the program coordinator, on the direct line 4771292 or 4730401 (extension 1712), to arrange your travel.

Peace, mercy and blessings be upon you.
Assistant Deputy Minister of Islamic Affairs
Supervisor of the Program of Imamate
[Signature]
21/8/20 AH / 29 November, 1999 AD
Your brother: Tawfiq bin Abdul Aziz Al Sidiri
[hand written text: Kindly note that I have received the fax]

February 23, 2021
Exhibit
Al-Ghudaian
446

KSA0000009538






بسم الله الرحمن الرحيم

فضيلة الأخ الشيخ / حمد بن علي الجميش                                         وفقه الله
مركز الدعوة ...

السلام عليكم ورحمة الله وبركاته.. أما بعد :

فأسأل الله لكم العون والتوفيق .

وبمناسبة صدور موافقة معالي الوزير على ترشيحكم للقيام بالإمامة خلال شهر رمضان المبارك لهذا العام ١٤٢٠هـ بمدينة ... في مسجد ... ضمن برنامج الإمامة الذي تنظمه وكالة الوزارة للشؤون الإسلامية .

وبهذه المناسبة آمل خلال أدائكم لهذه المهمة زيارة المراكز والجمعيات الإسلامية وتقديم تقرير مفصل عن وضع المسلمين هناك وحجم نشاط الدعاة واقتراح ما ترونه مناسباً في نشر الإسلام وطرق معالجة ما يعترض الدعوة إلى الله ، وتعبئة النماذج المرافقة عن كل مؤسسة من خلال جولتكم على المؤسسات الإسلامية في نطاق منطقتكم. كما آمل تتعاون مع منسوبي المركز والسفارة وأن تكونوا خير ممثل للمملكة . على أن يكون سفركم قبل شهر رمضان بيومين على الأقل وأن يكون إيابكم بعد صلاة العيد إن شاء الله ، ويمكنكم التنسيق فيما يخص ترتيب سفركم مع الأخ / عبدالله اللحيدان منسق البرنامج على التلفون رقم (٤٧٧١٢٩٢) مباشر أو (٤٧٣٠٤٠١ تحويلة رقم ١٧١٢).

متمنياً لكم التوفيق والسداد .

والسلام عليكم ورحمة الله وبركاته ،

وكيل الوزارة المساعد للشؤون الإسلامية
المشرف على برنامج الإمامة
توفيق بن عبدالعزيز السديري

KSA0000009538



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210114_C6D

**Language:** Arabic

**Document title:** KSA0000009538

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator:** Farah Alshekhli

**Qualifications:** BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed:** Farah Alshekhli (Jan 22, 2021 14:03 CST)

**Date:** Jan 22, 2021