# EXHIBIT 122
## REDACTED FOR PUBLIC FILING

231

```
         3142 105    OMAR ALBAYOUMI DBA              AM1386  L1      OFC CD: L1
                                                                     PAGE     1
```

```
SINGLE LINE MEAS BUSINESS LINE
ACCOUNT NUMBER           STATEMENT DATE  OMAR ALBAYOUMI DBA        PAGE     1
      -3142 105 S 8164   FEB  4, 2000    MASJEDALMADIANAH   20
                                         511 S MAGNOLIA AV
                                         EL CAJON CA
                                         92020-6010
Previous Charges
  Amount of last bill                                                22.30
  Payment(s).                                                          .00
  Unpaid Balance. Please pay now (please deduct if paid)             22.30
Current Charges
  Pacific Bell                                  Page     2          21.95
  Total Average Cost Per Minute of Use   $.0151
  Excel Telecommunications                      Page     3         102.80
  Current Charges due by  Feb 25, 2000                             124.75
Total Due
                                                                  $147.05
  LATE CHARGE REMINDER.  A late charge may apply on Mar  7 if your payment
  has not been received.  (See Reverse)

Whom to Call
  Pacific Bell - Customer service:          800-750-BELL or   800-750-2355
  For questions about other company charges, see company page.
Slow         Pacific Bell DSL ends the wait --- with connections up to 50 tim
Internet     faster than a 28.8K modem!  You'll have "always on" instant
Speeds?      access, with no dial-up wait!  And, you can use your phone and b
             online at the same time.  To order: visit our Website at
             www.pacbell.com/dsl, 1-888-884-2375 Residence; 1-888-724-7237
             Business.  Restrictions apply.
```

SUBJECT TO FBI PROTECTIVE ORDER

232

```
          3142 105    OMAR ALBAYOUMI DBA              AM1386  L1        OFC CD: L1
                                                                        PAGE     2

QUESTIONS ABOUT YOUR PACIFIC BELL BILL?   800-750-2355
PACIFIC BELL MONTHLY CHARGES
MONTHLY SERVICE FROM FEB  4, 2000 THRU MAR  3, 2000               16.21
SERVICE CHARGES
    Date  Description                                            Amount
  1 Feb 7 Late Charge on      $22.30                                .33
          Unpaid Balance as of Feb  7, 2000
TOTAL PACIFIC BELL MONTHLY CHARGES                               $16.54

PACIFIC BELL DIRECT DIALED CALLS

LOCAL CALLS (ZONES 1 AND 2)
Rates Reflect Calls Made Prior to  Nov  1, 1999.
Rates Reflect Calls Made on or After Nov  1, 1999.
    Rate      Calls    Initial Minutes    Addl Minutes         Amount
  2 Day         2            2                 1                  .06
  3 Evening    24           24                26                  .63
  4 Night       1            1                 0                  .01
                                                                  .70
ZONE 3 CALLS
    Date Time  Place and Number Called  Type R  Minutes   Amount
  5 JA07 332p  LA JOLLA    CA       5555 Drct Day    10     .20 Z2
  6 JA24 558p  LA JOLLA    CA       0238 Drct Eve     1     .05 Z2
  7 JA24 558p  LA JOLLA    CA       0238 Drct Eve     1     .05 Z2
                                                            .30
TOTAL PACIFIC BELL DIRECT DIALED CALLS                    $1.00

TAXES & SURCHARGES
    Description                                                  Amount
  8 Charges for Network Access for Interstate Calling,             3.50
    Imposed by Federal Communications Commission
  9 CA High Cost Fund Surcharge - A:         B:       .44           .44
 10 California Teleconnect Fund Surcharge                           .01
 11 Universal Lifeline Telephone Service Surcharge                  .08
 12 Rate Surcharge                                                  .35-
 13 State Regulatory Fee                                            .01
 14 CA Relay Service and Communications Devices Funds               .03
 15 Tax: Fed:      .57  911:       .12  Local:                      .69
TOTAL TAXES & SURCHARGES                                          $4.41


                        RATE CHANGE NOTICE

         Customers who do not have a long-distance carrier picked for the
         line will incur a decrease in the Federal Presubscribed Inter-
         exchange Carrier Charge (PICC) of $0.03 for a total of $0.88
         per month, effective January 1, 2000.
```

SUBJECT TO FBI PROTECTIVE ORDER

FBI001454

<s>
<s>
</s></s>

```
      3142 105    OMAR ALBAYOUMI DBA              AM1386  L1       OFC CD: L1
                                                                   PAGE     3
```

QUESTIONS ABOUT YOUR BILL?        1-800-875-9235

EXCEL

```
Total Current Charges (See detail below)                  $102.80
MONTHLY CHARGES
     Description                                          Amount
 1   CA High Cost Fund Surcharge - A:        B:    .03      .03
 2   Universal Lifeline Telephone Service Surcharge         .01
 3   Tax: Fed:     2.99  911:       .01  Local:            3.00
TOTAL MONTHLY CHARGES                                     $3.04

CALLS

DOMESTIC
    Date Time  Place and Number Called    Type R  Minutes  Amount
 4  DE19 910p  GARDENA    CA        3362  Drct Eve    1.0    .10  31   75200019
 5  DE21 543p  GARDENA    CA        3362  Drct Day    1.0    .10  31   75200019
 6  JA02 506a  GARDENA    CA        3362  Drct Nte    3.0    .30  31   75200019
 7  JA06 615p  GARDENA    CA        3362  Drct Eve    1.0    .10  31   75200019
 8  JA06 630p  GARDENA    CA        3362  Drct Eve    4.0    .40  31   75200019
 9  JA06 702p  COLUMBUS   OH        2175  Drct Eve    3.0    .21  11   75200019
                                                            1.21
INTERNATIONAL
    Date Time  Place and Number Called    Type R  Minutes  Amount
10  DE17 711p  SAUDI ARAB 96626366283     Drct Dsc    5.0   11.80 41   75200019
11  DE17 717p  SAUDI ARAB 96626090842     Drct Dsc    5.0   11.80 41   75200019
12  DE29 510a  SAUDI ARAB 96625368748     Drct Ecn    4.0    7.40 41   75200019
13  DE29 923p  SAUDI ARAB 96655642614     Drct Dsc    8.0   18.88 41   75200019
14  DE31 452a  SAUDI ARAB 96626975740     Drct Ecn    2.0    3.70 41   75200019
15  JA02 454a  SAUDI ARAB 96655642614     Drct Ecn    2.0    3.70 41   75200019
16  JA02 456a  SAUDI ARAB 96626671137     Drct Ecn    6.0   11.10 41   75200019
17  JA04 454p  SAUDI ARAB 96655530770     Drct Std    3.0    7.08 41   75200019
18  JA04 546p  SAUDI ARAB 96655642614     Drct Std    3.0    7.08 41   75200019
19  JA04 551p  SAUDI ARAB 96626695154     Drct Std    2.0    4.72 41   75200019
20  JA05 228a  SAUDI ARAB 96626511113     Drct Ecn    1.0    1.85 41   75200019
21  JA06 838p  SAUDI ARAB 96655655502     Drct Dsc    4.0    9.44 41   75200019
                                                            98.55
TOTAL CALLS                                               $99.76
```

            Any questions or disputes pertaining to the charges on this page
            of your bill may be directed to the toll-free number listed abov
            The name, address and telephone number of the party generating
            these charges is Excel Communications, P.O. Box 6500582, Dallas,
            TX 75265-0582 at 1-800-875-9235. Customers not satisfied with t
            resolution of any dispute may register a complaint with the
            California Public Utilities Commission (CPUC) or with the Federa
            Communications Commission (FCC). The address and telephone numb
            of the CPUC and the FCC are listed on the back of page 1 of your
            bill.
Advertisements are paid for by Excel Telecom. Pacific Bell has no
affiliation with Excel Telecom and cannot endorse, recommend or
warrant any products or services described herein.

SUBJECT TO FBI PROTECTIVE ORDER

FBI001455