# EXHIBIT 123
## REDACTED FOR PUBLIC FILING

```
         3142 105    OMAR ALBAYOUMI DBA              AM1386  L1        OFC CD: L1
                                                                       PAGE     1
```

SINGLE LINE MEAS BUSINESS LINE
ACCOUNT NUMBER            STATEMENT DATE  OMAR ALBAYOUMI DBA         PAGE     1
      -3142 105 S 8164    MAR  4, 2000    MASJEDALMADIANAH  20
                                          511 S MAGNOLIA AV
                                          EL CAJON CA
                                          92020-6010

Previous Charges
  Amount of last bill                                              147.05
  Payment(s).  Thank you.           2/25                            22.30-
  Payment(s).  Thank you.           2/28                           124.75-
  Balance                                                             .00
Current Charges
  Pacific Bell                                    Page    2         26.22
  Total Average Cost Per Minute of Use   $.0100
  Excel Telecommunications                        Page    4         44.51
                                                                    70.73
Total Due
  Due by  Mar 27, 2000                                             $70.73
  LATE CHARGE REMINDER.  A late charge may apply on Apr  7 if your payment
  has not been received.  (See Reverse)

Whom to Call
  Pacific Bell - Customer service:        800-750-BELL or   800-750-2355
  Please visit our website at:                              www.pacbell.com
  For questions about other company charges, see company page.

FBI001456

```
      3142 105    OMAR ALBAYOUMI DBA              AM1386  L1       OFC CD: L1
                                                                   PAGE     2
```

QUESTIONS ABOUT YOUR PACIFIC BELL BILL?   800-750-2355
SUMMARY OF PACIFIC BELL CURRENT CHARGES
This summary is for informational purposes only.
Total Average Cost Per Minute of Use   $.0100

| Bill Section | | Page | Calls | Minutes | Amount |
|---|---|---|---|---|---|
| Monthly Charges | | 2 | | | 16.21 |
| Additions & Changes | | 2 | | | 5.26 |
| Direct Dialed Calls | # | 2 | 3 | 19.0 | .19 |
| Taxes & Surcharges | | 2 | | | 4.56 |
| TOTAL SUMMARY OF P*B CURRENT CHARGES | | | 3 | 19.0 | 26.22 |

\# Included in the Cost Per Minute calculation
PACIFIC BELL MONTHLY CHARGES
MONTHLY SERVICE FROM MAR  4, 2000 THRU APR  3, 2000           16.21
TOTAL PACIFIC BELL MONTHLY CHARGES                          $16.21

ADDITIONS & CHANGES
Long Distance Service discontinued withExcel Telecommunications
on   1 line(s) effective Feb 17, 2000.
To verify your Interstate carrier, call 1-700-555-4141.
Long Distance Service established with AT&T
on   1 line(s) effective Feb 17, 2000.
To verify your Interstate carrier, call 1-700-555-4141.
ACTIVITY ON 619 579-3142
Order 78641891
Added to Monthly Service from Feb 17, 2000 thru Mar  3, 2000

| Description | USOC | Qty | Pro-Rated | One-Time | Amount |
|---|---|---|---|---|---|
| 1  Long Distance Serv Connection | | 1 | | 5.26 | 5.26 |
| TOTAL FOR     -3142 | | | | 5.26 | 5.26 |
| TOTAL ADDITIONS & CHANGES | | | | | $5.26 |

PACIFIC BELL DIRECT DIALED CALLS

LOCAL CALLS (ZONES 1 AND 2)

| | Rate | Calls | Initial Minutes | Addl Minutes | Amount |
|---|---|---|---|---|---|
| 2 | Day | 0 | 0 | 0 | .00 |
| 3 | Evening | 2 | 2 | 16 | .14 |
| 4 | Night | 0 | 0 | 0 | .00 |
| | | | | | .14 |

ZONE 3 CALLS

| | Date | Time | Place and Number Called | Type | R | Minutes | Amount | |
|---|---|---|---|---|---|---|---|---|
| 5 | FE07 | 710p | LA JOLLA  CA 8584830238 | Drct | Eve | 1 | .05 | Z2 |

TOTAL PACIFIC BELL DIRECT DIALED CALLS                      $.19

TAXES & SURCHARGES

| | Description | | | Amount |
|---|---|---|---|---|
| 6 | Charges for Network Access for Interstate Calling, Imposed by Federal Communications Commission | | | 3.50 |
| 7 | CA High Cost Fund Surcharge - A: | B: | .41 | .41 |

```
         3142 105     OMAR ALBAYOUMI DBA              AM1386  L1          OFC CD: L1
                                                                          PAGE      3

QUESTIONS ABOUT YOUR PACIFIC BELL BILL?    800-750-2355
TAXES & SURCHARGES (continued)
     Description                                                    Amount
  1  California Teleconnect Fund Surcharge                             .01
  2  Universal Lifeline Telephone Service Surcharge                    .08
  3  Rate Surcharge                                                    .33-
  4  State Regulatory Fee                                              .01
  5  CA Relay Service and Communications Devices Funds                 .03
  6  Tax: Fed:       .70  911:      .15  Local:                        .85
TOTAL TAXES & SURCHARGES                                            $4.56
```

         3142 105     OMAR ALBAYOUMI DBA              AM1386  L1          OFC CD: L1

FBI001458

```
      ████   3142 105   OMAR ALBAYOUMI DBA           AM1386  L1      OFC CD: L1
                                                                     PAGE     4

  QUESTIONS ABOUT YOUR BILL?         1-800-875-9235

  EXCEL

  Total Current Charges (See detail below)                  $44.51
  MONTHLY CHARGES
      Description                                           Amount
   1  Universal Lifeline Telephone Service Surcharge           .00
   2  Tax: Fed:      1.30  911:        Local:                 1.30
  TOTAL MONTHLY CHARGES                                      $1.30

  CALLS

  DOMESTIC
      Date Time  Place and Number Called   Type R  Minutes   Amount
   3  JA07 729p  COLUMBUS   OH    ███ 2175  Drct Eve   2.0     .14 11   75200042
   4  JA24 609p  GARDENA    CA    ███ 3362  Drct Eve   1.0     .10 31   75200047
   5  JA24 626p  FLS CHURCHVA     ███ 0998  Drct Eve   2.0     .14 11   75200047
   6  FE07 702p  FLS CHURCHVA     ███ 0998  Drct Eve   5.0     .35 11   75200059
                                                                 .73
  INTERNATIONAL
      Date Time  Place and Number Called   Type R  Minutes   Amount
   7  JA24 606p  SAUDI ARAB 96663231553    Drct Dsc   1.0    2.36 41   75200047
   8  JA28 834p  SAUDI ARAB 96626975740    Drct Dsc   1.0    2.36 41   75200059
   9  JA28 836p  SAUDI ARAB 96655648055    Drct Dsc   5.0   11.80 41   75200060
  10  JA28 841p  SAUDI ARAB 96626717717    Drct Dsc   2.0    4.72 41   75200060
  11  JA28 849p  SAUDI ARAB 96655223779    Drct Dsc   4.0    9.44 41   75200060
  12  JA28 853p  SAUDI ARAB 96655405815    Drct Dsc   5.0   11.80 41   75200059
                                                                42.48
  TOTAL CALLS                                                $43.21
```

FBI001459