# EXHIBIT 125
## REDACTED FOR PUBLIC FILING

```
5
     ▮ 0638 183    FAHAD A ALTHUMAIRY              KW2562  L1       OFC CD: L1
                                                                    PAGE      1

RESIDENCE FLAT RATE SERV
ACCOUNT NUMBER            STATEMENT DATE  FAHAD A ALTHUMAIRY        PAGE     1
▮-0638 183 S 3184         JAN 26, 2000    ▮ HURON AVE
                                          CULVER CITY CA
                                          . 90232-4018
Previous Charges
   Amount of last bill                                              221.84
   Payment(s).  Thank you.           1/20                           212.69-
   Credits and Adjustments.  See each company's page for detail.      9.15-
   Balance                                                             .00
Current Charges
   Pacific Bell                                   Page    2          40.21
   AT&T                                           Page    5         232.70
                                                                    272.91
Total Due
   Due by  Feb 26, 2000                                            $272.91
   LATE CHARGE REMINDER.  A late charge may apply on Feb 29 if your payment
   has not been received.  (See Reverse)
Whom to Call
   Pacific Bell - Customer service:         800-310-BELL or   800-310-2355
   For questions about other company charges, see company page.
Slow         Pacific Bell DSL ends the wait --- with connections up to 50 tim
Internet     faster than a 28.8K modem!  You'll have "always on" instant
Speeds?      access, with no dial-up wait!  And, you can use your phone and b
             online at the same time.  To order: visit our Website at
             www.pacbell.com/dsl, 1-888-884-2375 Residence; 1-888-724-7237
             Business.  Restrictions apply.
```

SUBJECT TO FBI PROTECTIVE ORDER    FBI000512

6

▮ 0638 183    FAHAD A ALTHUMAIRY              KW2562  L1       OFC CD: L1
                                                                PAGE     2

QUESTIONS ABOUT YOUR PACIFIC BELL BILL?   800-310-2355
SUMMARY OF PACIFIC BELL CURRENT CHARGES
This summary is for informational purposes only.

| Bill Section | Page | Calls | Minutes | Amount |
|---|---|---|---|---|
| Monthly Charges | 2 | | | 27.61 |
| Saver Plus | 2 | 49 | 268 | 4.40 |
| Direct Dialed Calls | 3 | 2 | 2.0 | .10 |
| Taxes & Surcharges | 3 | | | 8.10 |
| TOTAL SUMMARY OF P*B CURRENT CHARGES | | 51 | 270.0 | 40.21 |

PACIFIC BELL MONTHLY CHARGES
SERVICE(S)

| | Description | Qty | Amount |
|---|---|---|---|
| 1 | Residence Flat Rate Serv | 1 | 10.69 |
| 2 | 900/976 Blocking | 1 | .00 |
| 3 | Your Listing Is Not Published | 1 | .28 |
| 4 | Number Portability Svc Charge | 1 | .34 |
| 5 | Saver Plus | 1 | 10.00 |
| | Custom Calling Services: | | |
| 6 | Call Waiting | 1 | 3.23 |
| 7 | Call Forwarding | 1 | 3.23 |

MONTHLY SERVICE JAN 26, 2000 THRU FEB 25, 2000              27.77
MONTHLY DISCOUNTS

| | Description | Line Nbr | Qty | Charges | Disc | Amount |
|---|---|---|---|---|---|---|
| 8 | Classic Saver Pack  2 Features | ▮-0638 | 1 | 6.46 | 2% | .16- |

TOTAL PACIFIC BELL MONTHLY CHARGES                          $27.61

SAVER PLUS
PLAN DETAILS

| | Description | Amount |
|---|---|---|
| 9 | 88 Additional O/Peak Minutes at $.05 Per Minute | 4.40 |

TOTAL SAVER PLUS                                            $4.40

LOCAL TOLL CALLS

| | Date | Time | Place and Number Called | | R | Minutes | Amount | |
|---|---|---|---|---|---|---|---|---|
| 10 | DE26 | 625p | SADLBCKVLYCA | 0486 | OPk | 1 | .00 | 32VM |
| 11 | DE26 | 627p | SADLBCKVLYCA | 0486 | OPk | 1 | .00 | 32VM |
| 12 | DE27 | 228p | ANAHEIM     CA | 6615 | Pk | 1 | .00 | 32VM |
| 13 | DE27 | 228p | ANAHEIM     CA | 0860 | Pk | 1 | .00 | 32VM |
| 14 | DE27 | 229p | ANAHEIM     CA | 1847 | Pk | 5 | .00 | 32VM |
| 15 | DE28 | 1145a | ALAMITOS    CA | 9977 | Pk | 3 | .00 | 32VM |
| 16 | DE28 | 214p | SANTA ANA CA | 1275 | Pk | 1 | .00 | 32VM |
| 17 | DE28 | 956p | ANAHEIM     CA | 7161 | OPk | 1 | .00 | 32VM |
| 18 | DE28 | 956p | ANAHEIM     CA | 8340 | OPk | 2 | .00 | 32VM |
| 19 | DE28 | 1000p | ANAHEIM    CA | 3113 | OPk | 1 | .00 | 32VM |
| 20 | DE31 | 351p | ALAMITOS    CA | 6549 | Pk | 3 | .00 | 32VM |
| 21 | JA05 | 1129p | SANTA ANA CA | 0837 | OPk | 8 | .00 | 32VM |
| 22 | JA06 | 246p | PASADENA   CA | 9133 | Pk | 1 | .00 | 32VM |
| 23 | JA06 | 1014p | SANTA ANA CA | 0837 | OPk | 8 | .00 | 32VM |
| 24 | JA07 | 1115p | LONG BEACHCA | 7199 | OPk | 2 | .00 | 32VM |
| 25 | JA08 | 413p | PASADENA   CA | 9133 | OPk | 1 | .00 | 32VM |
| 26 | JA08 | 414p | PASADENA   CA | 9133 | OPk | 1 | .00 | 32VM |
| 27 | JA12 | 358p | SANTA ANA CA | 0837 | Pk | 4 | .00 | 32VM |
| 28 | JA13 | 818p | SANTA ANA CA | 0837 | OPk | 1 | .00 | 32VM |
| 29 | JA13 | 938p | ALAMITOS   CA | 6549 | OPk | 3 | .00 | 32VM |
| 30 | JA13 | 947p | ALAMITOS   CA | 6549 | OPk | 5 | .00 | 32VM |
| 31 | JA15 | 135p | SANTA ANA CA | 0837 | OPk | 1 | .00 | 32VM |
| 32 | JA15 | 159p | ALAMITOS   CA | 6549 | OPk | 1 | .00 | 32VM |

SUBJECT TO FBI PROTECTIVE ORDER   FBI000513

```
⁷
        0638 183    FAHAD A ALTHUMAIRY              KW2562  L1      OFC CD: L1
                                                                    PAGE      3

   QUESTIONS ABOUT YOUR PACIFIC BELL BILL?  800-310-2355
   SAVER PLUS
   LOCAL TOLL CALLS (continued)
        Date  Time  Place and Number Called     R   Minutes   Amount
    1   JA15   740p SANTA ANA CA       0837    OPk     1       .00 32VM
    2   JA16  1233p SANTA ANA CA       0837    OPk    13       .00 32VM
    3   JA16   131p SANTA ANA CA       0837    OPk     3       .00 32VM
    4   JA18   616a PALMDALE  CA       4004    OPk     5       .00 32VM
    5   JA18   621a PALMDALE  CA       4004    OPk     1       .00 32VM
    6   JA18   622a PALMDALE  CA       4004    OPk     1       .00 32VM
    7   JA18  1150a ARLINGTON CA       8656    Pk      1       .00 32VM
    8   JA18  1210p SANTA ANA CA       0837    Pk     15       .00 32VM
    9   JA18   105p SIMIVALLEYCA       7142    Pk      1       .00 32VM
   10   JA18   109p SIMIVALLEYCA       7142    Pk      1       .00 32VM
   11   JA18   114p ARLINGTON CA       8656    Pk      1       .00 32VM
   12   JA18   141p SIMIVALLEYCA       7142    Pk      1       .00 32VM
   13   JA18   431p SIMIVALLEYCA       7142    Pk      5       .00 32VM
   14   JA19  1245p ANAHEIM   CA       4204    Pk      4       .00 32VM
   15   JA19  1256p ARLINGTON CA       8656    Pk      3       .00 32VM
   16   JA19   110p PALMDALE  CA       4004    Pk      2       .00 32VM
   17   JA20   319p SANTA ANA CA       0837    Pk      2       .00 32VM
   18   JA21   111a ORANGE    CA       1899    OPk     1       .00 32VM
   19   JA22   845p SANTA ANA CA       0837    OPk   142       .00 32VM
   20   JA23  1255p SANTA ANA CA       0837    OPk     2       .00 32VM
   21   JA23   129p SANTA ANA CA       0837    OPk     1       .00 32VM
   22   JA24   114p ARLINGTON CA       8656    Pk      2       .00 32VM
   23   JA24  1011p ALAMITOS  CA       1514    OPk     1       .00 32VM
   24   JA24  1011p ALAMITOS  CA       1514    OPk     1       .00 32VM
   25   JA25   446a SAN PEDRO CA       1231    OPk     1       .00 32VM
   26   JA25   612a SAN PEDRO CA       1121    OPk     1       .00 32VM
   SEE PLAN DETAILS FOR CHARGES                       268      .00
   PACIFIC BELL DIRECT DIALED CALLS

   LOCAL CALLS (ZONES 1 AND 2)
   All Local Calls made are included in your Flat Rate Service.
   ZONE 3 CALLS
        Date  Time  Place and Number Called  Type  R  Minutes  Amount
   27   JA06  1256p TORRANCE  CA       2424  Drct Day    1       .07 Z2VM
   28   JA18  1256a TORRANCE  CA       4452  Drct Nte    1       .03 Z2VM
                                                                 .10
   TOTAL PACIFIC BELL DIRECT DIALED CALLS                       $.10

   TAXES & SURCHARGES
        Description                                             Amount
   29   Charges for Network Access for Interstate Calling,       3.50
        Imposed by Federal Communications Commission
   30   CA High Cost Fund Surcharge - A:          B:    .82       .82
   31   California Teleconnect Fund Surcharge                     .01
   32   Universal Lifeline Telephone Service Surcharge            .15
   33   Rate Surcharge                                            .41-
   34   State Regulatory Fee                                      .04
   35   CA Relay Service and Communications Devices Funds         .06
   36   Equal Access Recovery Charge                              .11
   37   Tax: Fed:   .78  911:      .16  Local:   2.88            3.82
   TOTAL TAXES & SURCHARGES                                     $8.10
```

FBI000514

0638 183   FAHAD A ALTHUMAIRY        KW2562  L1        OFC CD: L1
                                                       PAGE    4

QUESTIONS ABOUT YOUR PACIFIC BELL BILL?   800-310-2355

RATE CHANGE NOTICE

The Federal End-User Common Line Charge (EUCL) on each line at your home or business has increased $0.05 for a total of $5.19 p month. The EUCL charge, which all customers with dial tone must pay, and the PICC charge were established by the Federal Communications Commission (FCC) to defray part of the costs of providing interstate telephone service. Customers who have not chosen a long-distance carrier for their line will incur a decrease in the Federal Presubscribed Interexchange Carrier Char (PICC) of $0.03 for a total of $0.88 per month. Both rates are effective January 1, 2000.

More Movies. More Sports. No Cable Company.

DIRECTV Programming, Systems, and Installation now available fro Pacific Bell. Save up to $200 on your DIRECTV system and up to $75 on installation when you sign up for a year of service. Plu you get 108 channels, including 10 premium movie channels for ju $47.99 per month. Call 1-800-PAC BELL.

SUBJECT TO FBI PROTECTIVE ORDER   FBI000515

███ 0638 183     FAHAD A ALTHUMAIRY          KW2562  L1        OFC CD: L1
                                                               PAGE    5

AT&T BILLING QUESTIONS ON THIS PAGE:
1-800-222-0300

AT&T
AT&T ACCOUNT SUMMARY

| Description | Page | Amount |
|---|---|---|
| Charges for ███-0638 for JANUARY | 5 | 232.70 |
| TOTAL SUMMARY OF AT&T CHARGES | | 232.70 |
| AT&T Adjustments (amount included on page 1) | | 9.15- |

Any questions or disputes pertaining to the charges on this

page of your bill may be directed to AT&T, 295 North Maple

Avenue, Suite 131, Basking Ridge, NJ 07920, 1 800 222-0300.

Customers not satisfied with the resolution of any dispute

may register a complaint with the California Public

Utilities Commission (CPUC), 1 800 649-7570. The address

of the CPUC is: Consumer Affairs Branch, 505 Van Ness

Avenue, San Francisco, CA 94102.

This advertisement is paid for by AT&T. Pacific Bell has no
affiliation with AT&T and cannot endorse, recommend or warrant any
service described herein.

SUMMARY OF AT&T CHARGES FOR ███-0638 FOR JANUARY

| Bill Section | Page | Calls | Minutes | Amount |
|---|---|---|---|---|
| Monthly Charges | 5 | | | 34.70 |
| REACH OUT America | 6 | 62 | 148 | 12.97 |
| International Offerings | 5 | 33 | 213 | 182.14 |
| National Access Contribution | 8 | | | 2.89 |
| TOTAL SUMMARY OF AT&T CHARGES FOR JANUARY | | 95 | 361 | 232.70 |

AT&T MONTHLY CHARGES

Monthly Service From JAN 19, 2000 to FEB 18, 2000
OPTIONAL SERVICES

|   | Description | Amount |
|---|---|---|
| 1 | AT&T One Rate (R) International Plan | 5.95 |

TAXES AND SURCHARGES

|   | Description | Amount |
|---|---|---|
| 2 | Tax: Fed | 6.12 |
| 3 | CHCF-A, CHCF-B | .11 |
| 4 | CA Relay Service and Communications Devices Fund | .01 |
| 5 | Univ Lifeline Tele Serv Sur | .02 |
| 6 | Tax: 911 | .03 |
| 7 | Tax: Local | 22.46 |
|   |   | 28.75 |
| TOTAL AT&T MONTHLY CHARGES | | $34.70 |

AT&T ONE RATE (R) INTERNATIONAL PLAN.

Chrgs in Amount column are informational. See Summary for actual chrgs.
INTERNATIONAL CALLS
Direct Dialed Calls

SUBJECT TO FBI PROTECTIVE ORDER    FBI000516

10

```
    Date Time  Place and Number Called  Type R  Minutes   Amount
 8  DE20 1149p SAUDI ARAB 96614829993   Dir  Ec     37    31.82 49
 9  DE22 1200p SAUDI ARAB 96655851486   Dir  Ec      1      .86 49
10  DE22 1225p SAUDI ARAB 96614829555   Dir  Ec      1      .86 49
11  DE29 1254p SAUDI ARAB 96655857311   Dir  Ec      4     3.44 49
```

SUBJECT TO FBI PROTECTIVE ORDER    FBI000517

▓▓▓▓ 0638 183    FAHAD A ALTHUMAIRY            KW2562  L1         OFC CD: L1
                                                                   PAGE      6

AT&T BILLING QUESTIONS ON THIS PAGE:
1-800-222-0300

AT&T

AT&T ONE RATE (R) INTERNATIONAL PLAN

Chrgs in Amount column are informational. See Summary for actual chrgs.
INTERNATIONAL CALLS
Direct Dialed Calls      (continued)

|    | Date | Time   | Place and Number Called | Type | R  | Minutes | Amount |    |
|----|------|--------|-------------------------|------|----|---------|--------|----|
| 1  | DE29 | 148p   | SAUDI ARAB 96655857311  | Dir  | Ec | 1       | .86    | 49 |
| 2  | JA04 | 618p   | SAUDI ARAB 96625746636  | Dir  | Ec | 4       | 3.44   | 49 |
| 3  | JA07 | 1217a  | SAUDI ARAB 96638641151  | Dir  | Ec | 3       | 2.58   | 49 |
| 4  | JA07 | 107a   | BAHRAIN    973792700    | Dir  | Ec | 4       | 3.12   | 49 |
| 5  | JA07 | 111a   | BAHRAIN    973714536    | Dir  | Ec | 2       | 1.56   | 49 |
| 6  | JA07 | 113a   | BAHRAIN    973258025    | Dir  | Ec | 4       | 3.12   | 49 |
| 7  | JA07 | 117a   | BAHRAIN    973262437    | Dir  | Ec | 3       | 2.34   | 49 |
| 8  | JA07 | 1215p  | SAUDI ARAB 96655486703  | Dir  | Ec | 4       | 3.44   | 49 |
| 9  | JA07 | 1219p  | SAUDI ARAB 96638822932  | Dir  | Ec | 1       | .86    | 49 |
| 10 | JA07 | 1223p  | SAUDI ARAB 96655480458  | Dir  | Ec | 1       | .86    | 49 |
| 11 | JA07 | 1228p  | SAUDI ARAB 96638825198  | Dir  | Ec | 1       | .86    | 49 |
| 12 | JA07 | 1244p  | SAUDI ARAB 96638822632  | Dir  | Ec | 9       | 7.74   | 49 |
| 13 | JA09 | 130a   | SAUDI ARAB 96655480458  | Dir  | Ec | 1       | .86    | 49 |
| 14 | JA09 | 131a   | SAUDI ARAB 96655480458  | Dir  | Ec | 5       | 4.30   | 49 |
| 15 | JA09 | 136a   | SAUDI ARAB 96614801147  | Dir  | Ec | 21      | 18.06  | 49 |
| 16 | JA09 | 203a   | SAUDI ARAB 96664321150  | Dir  | Ec | 4       | 3.44   | 49 |
| 17 | JA09 | 208a   | SAUDI ARAB 96638641151  | Dir  | Ec | 1       | .86    | 49 |
| 18 | JA09 | 209a   | SAUDI ARAB 96638641151  | Dir  | Ec | 8       | 6.88   | 49 |
| 19 | JA09 | 113p   | SAUDI ARAB 96638820182  | Dir  | Ec | 37      | 31.82  | 49 |
| 20 | JA12 | 715p   | SAUDI ARAB 96614801148  | Dir  | Ec | 9       | 7.74   | 49 |
| 21 | JA13 | 1208p  | SAUDI ARAB 96614829555  | Dir  | Ec | 9       | 7.74   | 49 |
| 22 | JA13 | 626p   | SAUDI ARAB 96655221111  | Dir  | Ec | 3       | 2.58   | 49 |
| 23 | JA14 | 113a   | SAUDI ARAB 96638919847  | Dir  | Ec | 3       | 2.58   | 49 |
| 24 | JA15 | 1242a  | SAUDI ARAB 96614423266  | Dir  | Ec | 3       | 2.58   | 49 |
| 25 | JA15 | 437a   | SAUDI ARAB 96614829555  | Dir  | Ec | 13      | 11.18  | 49 |
| 26 | JA15 | 1123p  | SAUDI ARAB 96614829555  | Dir  | Ec | 1       | .86    | 49 |
| 27 | JA15 | 1124p  | SAUDI ARAB 96614829993  | Dir  | Ec | 2       | 1.72   | 49 |
| 28 | JA18 | 1120p  | SAUDI ARAB 96655171671  | Dir  | Ec | 2       | 1.72   | 49 |
| 29 | JA18 | 1122p  | SAUDI ARAB 96663253305  | Dir  | Ec | 11      | 9.46   | 49 |

                                                                   182.14
      TOTAL INTERNATIONAL CALLS                                    182.14

AT&T ONE RATE (R) PLUS PLAN

Chrgs in Amount column are informational. See Summary for actual chrgs.
NIGHT/WEEKEND CALLS

|    | Date | Time  | Place and Number Called          | Type | R  | Minutes | Amount |    |
|----|------|-------|----------------------------------|------|----|---------|--------|----|
| 30 | DE20 | 1200p | FLS CHURCHVA ▓▓▓3923             | Dir  | Nt | 1       | .10    | 19 |
| 31 | DE20 | 1202p | FLS CHURCHVA ▓▓▓3901             | Dir  | Nt | 4       | .40    | 19 |
| 32 | DE20 | 1206p | WASHINGTONDC ▓▓▓3108             | Dir  | Nt | 4       | .40    | 19 |
| 33 | DE20 | 1226p | FAIRFAX    VA ▓▓▓4424            | Dir  | Nt | 1       | .10    | 19 |
| 34 | DE20 | 1227p | FLS CHURCHVA ▓▓▓3923             | Dir  | Nt | 11      | 1.10   | 19 |
| 35 | DE21 | 1245p | FLS CHURCHVA ▓▓▓3901             | Dir  | Nt | 1       | .10    | 19 |
| 36 | DE22 | 1100a | FLS CHURCHVA ▓▓▓3923             | Dir  | Nt | 1       | .10    | 19 |
| 37 | DE22 | 1101a | FLS CHURCHVA ▓▓▓3695             | Dir  | Nt | 1       | .10    | 19 |
| 38 | DE22 | 1102a | FLS CHURCHVA ▓▓▓3923             | Dir  | Nt | 1       | .10    | 19 |
| 39 | DE25 | 356p  | WASHINGTONDC ▓▓▓2777             | Dir  | Nt | 1       | .10    | 19 |
| 40 | DE27 | 1240p | WASHINGTONDC ▓▓▓2777             | Dir  | Nt | 1       | .10    | 19 |
| 41 | DE27 | 1242p | WASHINGTONDC ▓▓▓2777             | Dir  | Nt | 1       | .10    | 19 |
| 42 | DE27 | 241p  | WASHINGTONDC ▓▓▓2777             | Dir  | Nt | 1       | .10    | 19 |
| 43 | DE28 | 1142a | WASHINGTONDC ▓▓▓3547             | Dir  | Nt | 1       | .10    | 19 |
| 44 | DE28 | 1143a | WASHINGTONDC ▓▓▓3700             | Dir  | Nt | 2       | .20    | 19 |
| 45 | DE28 | 242p  | WOONSOCKETRI ▓▓▓9826             | Dir  | Nt | 3       | .30    | 19 |
| 46 | DE29 | 1220a | WASHINGTONDC ▓▓▓3192             | Dir  | Nt | 2       | .20    | 19 |

SUBJECT TO FBI PROTECTIVE ORDER                    FBI000518

```
         0638  183      FAHAD A ALTHUMAIRY            KW2562  L1      OFC CD: L1
                                                                     PAGE     7

AT&T BILLING QUESTIONS ON THIS PAGE:
1-800-222-0300

AT&T

AT&T ONE RATE (R) PLUS PLAN


Chrgs in Amount column are informational. See Summary for actual chrgs.
NIGHT/WEEKEND CALLS (continued)
     Date  Time   Place and Number Called    Type R  Minutes   Amount
 1   DE29  104p   FAIRFAX     VA      4424   Dir  Nt    1       .10 19
 2   DE30  1058a  WASHINGTONDC        8888   Dir  Nt    1       .10 19
 3   DE30  1101a  WASHINGTONDC        8888   Dir  Nt    1       .10 19
 4   DE30  1102a  WASHINGTONDC        8848   Dir  Nt    1       .10 19
 5   DE30  1103a  WASHINGTONDC        8895   Dir  Nt    1       .10 19
 6   DE30  1104a  WASHINGTONDC        8888   Dir  Nt    1       .10 19
 7   DE30  1108a  WASHINGTONDC        8888   Dir  Nt    1       .10 19
 8   DE31  401p   FLS CHURCHVA        3695   Dir  Nt    1       .10 19
 9   JA01  232p   FAIRFAX     VA      4424   Dir  Nt    4       .40 19
10   JA04  110p   WASHINGTONDC        8888   Dir  Nt    1       .10 19
11   JA06  247p   FAIRFAX     VA      5333   Dir  Nt    5       .50 19
12   JA07  1107p  SEATTLE     WA      5415   Dir  Nt    6       .60 19
13   JA11  1158a  FLS CHURCHVA        3695   Dir  Nt    9       .90 19
14   JA12  719a   WASHINGTONDC        8888   Dir  Nt    2       .20 19
15   JA12  842p   EUGENE      OR      2065   Dir  Nt    1       .10 19
16   JA13  948a   FLS CHURCHVA        3923   Dir  Nt   13      1.30 19
17   JA13  1003a  FLS CHURCHVA        3923   Dir  Nt    1       .10 19
IN-STATE DISCOUNTED CALLS
     Date  Time   Place and Number Called    Type R  Minutes   Amount
18   DE19  1140p  SAN DIEGO CA        4551   Dir  Nt   16      1.12 39
19   DE22  422p   SAN DIEGO CA        5244   Dir  Nt    1       .07 39
20   DE23  247p   SAN DIEGO CA        5244   Dir  Nt    1       .07 39
21   DE23  408p   SAN DIEGO CA        1606   Dir  Nt    2       .14 39
22   DE25  1135a  LINDAVISTACA        1239   Dir  Nt    1       .07 39
23   DE25  351p   LINDAVISTACA        1239   Dir  Nt    1       .07 39
24   DE25  352p   SAN DIEGO CA        1994   Dir  Nt    3       .21 39
25   DE25  959p   LINDAVISTACA        1239   Dir  Nt    3       .21 39
26   DE25  1002p  RANCHOBNRDCA        0620   Dir  Nt    1       .07 39
27   DE26  1137a  RANCHOBNRDCA        0620   Dir  Nt    1       .07 39
28   DE26  1139a  LA MESA     CA      0553   Dir  Nt    1       .07 39
29   DE26  1141a  LINDAVISTACA        1239   Dir  Nt    1       .07 39
30   DE26  1143a  SAN DIEGO CA        1606   Dir  Nt    3       .21 39
31   DE27  226p   SAN DIEGO CA        4293   Dir  Nt    1       .07 39
32   DE27  1136p  SAN DIEGO CA        4293   Dir  Nt    1       .07 39
33   DE28  157p   SAN DIEGO CA        4293   Dir  Nt    1       .07 39
34   DE28  1024p  SAN DIEGO CA        4293   Dir  Nt    1       .07 39
35   DE28  1105p  SAN DIEGO CA        1917   Dir  Nt    1       .07 39
36   DE28  1107p  SAN DIEGO CA        4293   Dir  Nt    1       .07 39
37   DE29  1235a  SAN DIEGO CA        4293   Dir  Nt    3       .21 39
38   DE29  1239a  SAN DIEGO CA        4293   Dir  Nt    2       .14 39
39   DE29  106p   SAN DIEGO CA        4293   Dir  Nt    1       .07 39
40   DE29  107p   SAN DIEGO CA        1917   Dir  Nt    1       .07 39
41   DE29  107p   LA MESA     CA      6200   Dir  Nt    1       .07 39
42   JA06  1102p  LA MESA     CA      0553   Dir  Nt    2       .14 39
43   JA07  1233a  RANCHOBNRDCA        0620   Dir  Nt    5       .35 39
44   JA07  1242a  RANCHOBNRDCA        0620   Dir  Nt    1       .07 39
45   JA12  940p   SAN DIEGO CA        1917   Dir  Nt    4       .28 39

AT&T One Rate (R) Plus Plan Summary
     Description                          Minutes          Amount
46   Direct Dialed Calls                                    12.97

TOTAL AT&T ONE RATE (R) PLUS PLAN                          $12.97
```

SUBJECT TO FBI PROTECTIVE ORDER    FBI000519

▓▓▓ 0638 183     FAHAD A ALTHUMAIRY           KW2562  L1        OFC CD: L1
                                                                PAGE    8

AT&T BILLING QUESTIONS ON THIS PAGE:
1-800-222-0300

AT&T

AT&T ONE RATE (R) INTERNATIONAL PLAN SUMMARY

| | Description | Minutes | Amount |
|---|---|---|---|
| 1 | International Discounted Calls | 213 Mins | 182.14 |

TOTAL AT&T ONE RATE (R) INTERNATIONAL PLAN          $182.14


Direct dialed                   0.00 Disc @  0%


NOTE: You have saved   348.71 over regular

     AT&T Rates with AT&T One Rate (R)

     International Plan this month.
NATIONAL ACCESS CONTRIBUTION

| | Description | Amount |
|---|---|---|
| 2 | Carrier Line Charge | 1.51 |
| 3 | Universal Connectivity Charge | 1.38 |
| | | 2.89 |

TOTAL NATIONAL ACCESS CONTRIBUTION CHARGES          $2.89


     For an explanation of this charge, please call
     1 800 532-2021.

SUBJECT TO FBI PROTECTIVE ORDER    FBI000520

▮ 0638 183    FAHAD A ALTHUMAIRY                KW2562  L1         OFC CD: L1
                                                                   PAGE    9

AT&T BILLING QUESTIONS ON THIS PAGE:
1-800-222-0300

AT&T
This portion of your bill is provided as a service to AT&T. There is
no connection between Pacific Bell and AT&T.

SUBJECT TO FBI PROTECTIVE ORDER    FBI000521