# EXHIBIT 126
## REDACTED FOR PUBLIC FILING

41

███ 0638 183 .   FAHAD A ALTHUMAIRY                    KW2562  L1        OFC CD: L1
                                                                         PAGE      1

RESIDENCE FLAT RATE SERV
ACCOUNT NUMBER            STATEMENT DATE FAHAD A ALTHUMAIRY       PAGE      1
███-0638 183 S 3184      DEC 26, 1999   ███ HURON AVE
                                        CULVER CITY CA
                                        90232-4018

Previous Charges
   Amount of last bill                                           171.91
   Payment(s).  Thank you.           12/13                       171.91-
   Balance                                                          .00
Current Charges
   Pacific Bell   ·                          Page      2          63.19
   AT&T                                       Page      6         158..65
                                                                 221.84

Total Due
   Due by  Jan 26, 2000                                         $221.84
   LATE CHARGE REMINDER.  A late charge may ·apply on Jan 28 if your payment
   has not been received.  (See Reverse)
Whom to Call
   Pacific Bell - Customer service:           800-310-BELL or   800-310-2355
   For questions about other company charges, see company page.
3 Numbers    Use it to find numbers nationwide.  You already know 411 for loc
50 States    directory assistance.  Now get nationwide listings.  You don't
4 1 1        need to know the area code before you call, just dial 411.
             95 cents for Nationwide Listings.


More Movies. DIRECTV Programming, Systems, and Installation now available fro
More Sports. Pacific Bell.  Save up to $200 on your DIRECTV system and up to
No Cable     $75 on installation when you sign up for a year of .service.  Plu
Company.     you get 108 channels, including 10 premium movie channels for ju
             $47.99 per month.  Call 1-800-PAC BELL.

SUBJECT TO FBI PROTECTIVE ORDER    FBI000548

▮▮ 0638 183     FAHAD A. ALTHUMAIRY                    KW2562  L1        OFC CD: L1
                                                                        PAGE    2

QUESTIONS ABOUT YOUR PACIFIC BELL BILL?    800-310-2355
SUMMARY OF PACIFIC BELL CURRENT CHARGES
This summary is for informational purposes only.

| Bill Section | Page | Calls | Minutes | Amount |
|---|---|---|---|---|
| Monthly Charges | 2 | | | 27.61 |
| Additions & Changes | 2 | | | 13.25 |
| Saver Plus | 2 | 94 | 434 | 12.70 |
| Direct Dialed Calls | 4 | 5 | 8.6 | .60 |
| Taxes & Surcharges | 4 | | | 9.03 |
| TOTAL SUMMARY OF P*B CURRENT CHARGES | | 99 | 442.6 | 63.19 |

PACIFIC BELL MONTHLY CHARGES
SERVICE(S)

| | Description | Qty | Amount |
|---|---|---|---|
| 1 | Residence Flat Rate Serv | 1 | 10.69 |
| 2 | 900/976 Blocking | 1 | .00 |
| 3 | Your Listing Is Not Published | 1 | .28 |
| 4 | Number Portability Svc Charge | 1 | .34 |
| 5 | Saver Plus | 1 | 10.00 |
| | Custom Calling Services: | | |
| 6 | Call Waiting | 1 | 3.23 |
| 7 | Call Forwarding | 1 | 3.23 |

MONTHLY SERVICE DEC 26, 1999 THRU JAN 25, 2000          27.77
MONTHLY DISCOUNTS

| | Description | Line Nbr | Qty | Charges | Disc | Amount |
|---|---|---|---|---|---|---|
| 8 | Classic Saver Pack  2 Features | ▮-0638 | 1 | 6.46 | 2% | .16- |

TOTAL PACIFIC BELL MONTHLY CHARGES                      $27.61

ADDITIONS & CHANGES
ACTIVITY ON ▮▮-0638
Order 96225080
Installment Billing Effective on  Oct 14, 1999

| | Description | USOC | Qty | Pro-Rated | One-Time | Amount |
|---|---|---|---|---|---|---|
| 9 | Amt. Due on Remaining Install-ments of Installment Plan | | | | 13.25 | 13.25 |

    See Oct 26, 1999  bill for your Installment Plan
TOTAL FOR ▮▮-0638                              13.25    13.25
TOTAL ADDITIONS & CHANGES                               $13.25

SAVER PLUS
PLAN DETAILS

| | Description | Amount |
|---|---|---|
| 10 | 254 Additional O/Peak Minutes at $.05 Per Minute | 12.70 |

TOTAL SAVER PLUS                                        $12.70

LOCAL TOLL CALLS

| | Date | Time | Place and Number Called | R | Minutes | Amount | |
|---|---|---|---|---|---|---|---|
| 11 | NO27 | 200p | SANTA ANA CA ▮0837 | OPk | 1 | .00 | 32VM |
| 12 | NO28 | 1208a | ALAMITOS CA ▮7110 | OPk | 1 | .00 | 32VM |
| 13 | NO28 | 1226a | ALAMITOS CA ▮7110 | OPk | 3 | .00 | 32VM |
| 14 | NO29 | 849p | SANTA ANA CA ▮0837 | OPk | 149 | .00 | 32VM |

SUBJECT TO FBI PROTECTIVE ORDER     FBI000549

■ ■ 0638 183    FAHAD A ALTHUMAIRY                    KW2562  L1        OFC CD: L1
                                                                        PAGE     3

QUESTIONS ABOUT YOUR PACIFIC BELL BILL?    800-310-2355
SAVER PLUS
LOCAL TOLL CALLS (continued)

| | Date | Time | Place and Number Called | | R | Minutes | Amount | |
|---|---|---|---|---|---|---|---|---|
| 1 | NO30 | 156p | ALAMITOS | CA ███ 7110 | Pk | 1 | .00 | 32VM |
| 2 | NO30 | 724p | ALAMITOS | CA ███ 7110 | OPk | 1 | .00 | 32VM |
| 3 | NO30 | 731p | ORANGE | CA ███ 0042 | OPk | 1 | .00 | 32VM |
| 4 | NO30 | 732p | ORANGE | CA ███ 0359 | OPk | 7 | .00 | 32VM |
| 5 | NO30 | 815p | ALAMITOS | CA ███ 6549 | OPk | 3 | .00 | 32VM |
| 6 | NO30 | 1115p | ALAMITOS | CA ███ 7110 | OPk | 2 | .00 | 32VM |
| 7 | DE01 | 556p | ALAMITOS | CA ███ 9977 | OPk | 1 | .00 | 32VM |
| 8 | DE01 | 922p | ALAMITOS | CA ███ 1514 | OPk | 4 | .00 | 32VM |
| 9 | DE01 | 925p | ALAMITOS | CA ███ 1514 | OPk | 1 | .00 | 32VM |
| 10 | DE01 | 926p | ALAMITOS | CA ███ 1514 | OPk | 2 | .00 | 32VM |
| 11 | DE01 | 959p | SANTA ANA | CA ███ 0837 | OPk | 7 | .00 | 32VM |
| 12 | DE01 | 1007p | ALAMITOS | CA ███ 7110 | OPk | 12 | .00 | 32VM |
| 13 | DE02 | 931p | SANTA ANA | CA ███ 0837 | OPk | 9 | .00 | 32VM |
| 14 | DE03 | 140p | SANTA ANA | CA ███ 1722 | Pk | 2 | .00 | 32VM |
| 15 | DE03 | 143p | HUNTITNBCHCA | ███ 7053 | Pk | 1 | .00 | 32VM |
| 16 | DE03 | 149p | HUNTITNBCHCA | ███ 7053 | Pk | 1 | .00 | 32VM |
| 17 | DE03 | 536p | ALAMITOS | CA ███ 7110 | OPk | 2 | .00 | 32VM |
| 18 | DE03 | 814p | ALAMITOS | CA ███ 9977 | OPk | 1 | .00 | 32VM |
| 19 | DE04 | 1210p | ALAMITOS | CA ███ 1514 | OPk | 3 | .00 | 32VM |
| 20 | DE04 | 559p | ORANGE | CA ███ 0035 | OPk | 1 | .00 | 32VM |
| 21 | DE04 | 1012p | SANTA ANA | CA ███ 1275 | OPk | 4 | .00 | 32VM |
| 22 | DE05 | 201p | SANTA ANA | CA ███ 0837 | OPk | 1 | .00 | 32VM |
| 23 | DE06 | 547p | ALAMITOS | CA ███ 9977 | OPk | 1 | .00 | 32VM |
| 24 | DE06 | 750p | ALAMITOS | CA ███ 9977 | OPk | 2 | .00 | 32VM |
| 25 | DE07 | 1018p | SANTA ANA | CA ███ 0837 | OPk | 12 | .00 | 32VM |
| 26 | DE08 | 225p | ALAMITOS | CA ███ 6549 | Pk | 1 | .00 | 32VM |
| 27 | DE08 | 620p | ALAMITOS | CA ███ 7110 | OPk | 1 | .00 | 32VM |
| 28 | DE08 | 655p | ALAMITOS | CA ███ 7110 | OPk | 1 | .00 | 32VM |
| 29 | DE08 | 738p | ALAMITOS | CA ███ 7110 | OPk | 1 | .00 | 32VM |
| 30 | DE09 | 1006p | ORANGE | CA ███ 0042 | OPk | 6 | .00 | 32VM |
| 31 | DE09 | 1013p | ALAMITOS | CA ███ 1514 | OPk | 1 | .00 | 32VM |
| 32 | DE09 | 1013p | ALAMITOS | CA ███ 7110 | OPk | 2 | .00 | 32VM |
| 33 | DE09 | 1016p | SANTA ANA | CA ███ 0837 | OPk | 30 | .00 | 32VM |
| 34 | DE10 | 247p | SANTA ANA | CA ███ 2923 | Pk | 2 | .00 | 32VM |
| 35 | DE10 | 626p | ALAMITOS | CA ███ 7110 | OPk | 2 | .00 | 32VM |
| 36 | DE12 | 831p | ALAMITOS | CA ███ 7110 | OPk | 3 | .00 | 32VM |
| 37 | DE13 | 410p | ANAHEIM | CA ███ 6615 | Pk | 1 | .00 | 32VM |
| 38 | DE13 | 914p | SADLBCKVLYCA | ███ 0486 | OPk | 1 | .00 | 32VM |
| 39 | DE13 | 916p | HUNTITNBCHCA | ███ 9275 | OPk | 1 | .00 | 32VM |
| 40 | DE13 | 917p | ANAHEIM | CA ███ 6615 | OPk | 1 | .00 | 32VM |
| 41 | DE14 | 1257p | SADLBCKVLYCA | ███ 0486 | Pk | 1 | .00 | 32VM |
| 42 | DE14 | 1259p | ANAHEIM | CA ███ 6615 | Pk | 2 | .00 | 32VM |
| 43 | DE14 | 419p | ALAMITOS | CA ███ 6549 | Pk | 1 | .00 | 32VM |
| 44 | DE14 | 711p | ALAMITOS | CA ███ 7110 | OPk | 1 | .00 | 32VM |
| 45 | DE15 | 127p | RIVERSIDE | CA ███ 5466 | Pk | 1 | .00 | 32VM |
| 46 | DE15 | 128p | RIVERSIDE | CA ███ 4434 | Pk | 1 | .00 | 32VM |
| 47 | DE15 | 128p | ALAMITOS | CA ███ 9977 | Pk | 1 | .00 | 32VM |
| 48 | DE15 | 434p | RIVERSIDE | CA ███ 5466 | Pk | 1 | .00 | 32VM |
| 49 | DE15 | 434p | RIVERSIDE | CA ███ 4434 | Pk | 1 | .00 | 32VM |
| 50 | DE15 | 435p | ALAMITOS | CA ███ 7110 | Pk | 1 | .00 | 32VM |
| 51 | DE15 | 639p | RIVERSIDE | CA ███ 4434 | OPk | 1 | .00 | 32VM |
| 52 | DE15 | 654p | RIVERSIDE | CA ███ 5466 | OPk | 1 | .00 | 32VM |
| 53 | DE15 | 658p | ALAMITOS | CA ███ 7110 | OPk | 1 | .00 | 32VM |
| 54 | DE15 | 956p | RIVERSIDE | CA ███ 5466 | OPk | 1 | .00 | 32VM |
| 55 | DE15 | 956p | RIVERSIDE | CA ███ 4434 | OPk | 1 | .00 | 32VM |
| 56 | DE16 | 222a | ALAMITOS | CA ███ 7110 | OPk | 3 | .00 | 32VM |
| 57 | DE16 | 405p | RIVERSIDE | CA ███ 5466 | Pk | 2 | .00 | 32VM |
| 58 | DE16 | 848p | SANTA ANA | CA ███ 0837 | OPk | 15 | .00 | 32VM |
| 59 | DE16 | 1141p | ALAMITOS | CA ███ 9977 | OPk | 1 | .00 | 32VM |
| 60 | DE17 | 223p | ORANGE | CA ███ 0042 | Pk | 4 | .00 | 32VM |
| 61 | DE17 | 227p | ALAMITOS | CA ███ 7110 | Pk | 9 | .00 | 32VM |
| 62 | DE17 | 237p | ORANGE | CA ███ 0042 | Pk | 1 | .00 | 32VM |
| 63 | DE17 | 243p | SANTA ANA | CA ███ 0837 | Pk | 1 | .00 | 32VM |

███████ SUBJECT TO FBI PROTECTIVE ORDER ███████    FBI000550

44

███ 0638 183    FAHAD A ALTHUMAIRY                KW2562  L1      OFC CD: L1
                                                                  PAGE    4

QUESTIONS ABOUT YOUR PACIFIC BELL BILL?    800-310-2355
SAVER PLUS
LOCAL TOLL CALLS (continued)

| | Date | Time | Place and Number Called | R | Minutes | Amount | |
|---|---|---|---|---|---|---|---|
| 1 | DE17 | 1009p | ALAMITOS CA ██7110 | OPk | 1 | .00 | 32VM |
| 2 | DE18 | 314p | ALAMITOS CA ██7110 | OPk | 2 | .00 | 32VM |
| 3 | DE20 | 1157a | RIVERSIDE CA ██8524 | Pk | 2 | .00 | 32VM |
| 4 | DE20 | 1159a | RIVERSIDE CA ██4434 | Pk | 1 | .00 | 32VM |
| 5 | DE20 | 1211p | RIVERSIDE CA ██4987 | Pk | 1 | .00 | 32VM |
| 6 | DE20 | 1211p | ARLINGTON CA ██8656 | Pk | 1 | .00 | 32VM |
| 7 | DE20 | 1213p | ARLINGTON CA ██7761 | Pk | 1 | .00 | 32VM |
| 8 | DE20 | 1214p | RIVERSIDE CA ██4434 | Pk | 1 | .00 | 32VM |
| 9 | DE20 | 1216p | RIVERSIDE CA ██4987 | Pk | 1 | .00 | 32VM |
| 10 | DE20 | 1219p | RIVERSIDE CA ██5466 | Pk | 1 | .00 | 32VM |
| 11 | DE20 | 1221p | RIVERSIDE CA ██8524 | Pk | 4 | .00 | 32VM |
| 12 | DE20 | 102p | RIVERSIDE CA ██4434 | Pk | 1 | .00 | 32VM |
| 13 | DE20 | 103p | RIVERSIDE CA ██5466 | Pk | 2 | .00 | 32VM |
| 14 | DE21 | 103p | ANAHEIM CA ██6615 | Pk | 1 | .00 | 32VM |
| 15 | DE21 | 104p | ANAHEIM CA ██0000 | Pk | 1 | .00 | 32VM |
| 16 | DE21 | 405p | SANTA ANA CA ██1275 | Pk | 1 | .00 | 32VM |
| 17 | DE21 | 748p | ORANGE CA ██0042 | OPk | 33 | .00 | 32VM |
| 18 | DE21 | 1033p | ORANGE CA ██0042 | OPk | 8 | .00 | 32VM |
| 19 | DE21 | 1045p | RIVERSIDE CA ██4987 | OPk | 3 | .00 | 32VM |
| 20 | DE22 | 408p | SANTA ANA CA ██1275 | Pk | 1 | .00 | 32VM |
| 21 | DE23 | 1150a | RIVERSIDE CA ██5466 | Pk | 1 | .00 | 32VM |
| 22 | DE23 | 410p | ANAHEIM CA ██6615 | Pk | 3 | .00 | 32VM |
| 23 | DE24 | 1037a | HUNTITNBCHCA ██9275 | Pk | 4 | .00 | 32VM |
| 24 | DE24 | 1042a | HUNTITNBCHCA ██9275 | Pk | 6 | .00 | 32VM |
| 25 | DE25 | 1143a | ALAMITOS CA ██6549 | OPk | 5 | .00 | 32VM |
| 26 | DE25 | 344p | LONG BEACHCA ██5320 | OPk | 1 | .00 | 32VM |
| 27 | DE25 | 346p | ALAMITOS CA ██6549 | OPk | 5 | .00 | 32VM |

SEE PLAN DETAILS FOR CHARGES                              434    .00
PACIFIC BELL DIRECT DIALED CALLS


LOCAL CALLS (ZONES 1 AND 2)
All Local Calls made are included in your Flat Rate Service.
ZONE 3 CALLS

| | Date | Time | Place and Number Called | Type | R | Minutes | Amount | |
|---|---|---|---|---|---|---|---|---|
| 28 | NO29 | 152p | LOSANGELESCA ██0528 | Drct | Day | 1 | .07 | Z2VM |
| 29 | DEO3 | 440p | ALHAMBRA CA ██4345 | Drct | Day | 1 | .07 | Z2VM |
| 30 | DE14 | 1046a | RESEDA CA ██7752 | Drct | Day | 3 | .10 | Z2VM |
| 31 | DE22 | 1233a | ALHAMBRA CA ██0014 | Drct | Nte | 2 | .03 | Z2VM |
| | | | | | | | .27 | |

LOCAL TOLL CALLS

| | Date | Time | Place and Number Called | Type | R | Minutes | Amount | |
|---|---|---|---|---|---|---|---|---|
| 32A | DEO7 | 413p | CULVERCITYCA ██0999 | Drct | Day | 2 | .00 | O5VM |
| 32B | Express Call Completion | | | | | | .33 | |

TOTAL PACIFIC BELL DIRECT DIALED CALLS          $.60


TAXES & SURCHARGES

| | Description | Amount |
|---|---|---|
| 33 | Charges for Network Access for Interstate Calling, Imposed by Federal Communications Commission | 3.50 |
| 34 | CA High Cost Fund Surcharge - A:          B:    1.49 | 1.49 |
| 35 | California Teleconnect Fund Surcharge | .02 |
| 36 | Universal Lifeline Telephone Service Surcharge | .00 |
| 37 | Rate Surcharge | 1.38- |
| 38 | State Regulatory Fee | .04 |
| 39 | CA Relay Service and Communications Devices Funds | .07 |
| 40 | Equal Access Recovery Charge | .18 |

SUBJECT TO FBI PROTECTIVE ORDER    FBI000551

███ 0638 183    FAHAD A ALTHUMAIRY                    KW2562  L1        OFC CD: L1
                                                                        PAGE\    5

QUESTIONS ABOUT YOUR PACIFIC BELL BILL?    800-310-2355
TAXES & SURCHARGES (continued)
    Description                                              Amount
1  Tax:  Fed:    1.05  911:    .23  Local:    3.83           5.11
TOTAL TAXES & SURCHARGES                                    $9.03


                      DIRECTORY ASSISTANCE RATE CHANGES

The California Public Utility Commission's 11/18/99 decision on
application 98-05-038, approves that residential customers will
receive their first three Directory Assistance calls, per bill
period, at no charge.  Each additional call will be 46 cents.
Business and Centrex customers will no longer receive free call
allowances and will be billed 46 cents for each call to Director
Assistance.  All callers may request up to three listings per ca
to Directory Assistance.  Busy Line Verification will increase t
$1.20 and Emergency Interrupt service will increase to $1.25.
Pacific Bell has asked for an effective date of no earlier than
12/6/99.


                            We're Y2K-Ready!

When you pick up the phone on January 1, 2000, our network will
ready to serve you.  This is true for all the services we provid
including 911, wireless, data, Internet and voice messaging.
We're committed to providing you unsurpassed customer service as
we transition to the new millennium.  For more information on ou
Y2K effort and for updates over New Year's visit our website:
www.sbc.com/year2000.

████ SUBJECT TO FBI PROTECTIVE ORDER ████    FBI000552

▆▆▆▆ 0638 183    FAHAD A ALTHUMAIRY ·               KW2562  L1        OFC CD: L1
                                                                      PAGE    6

AT&T BILLING QUESTIONS ON THIS PAGE:
1-800-222-0300

AT&T
AT&T ACCOUNT SUMMARY

| Description | Page | Amount |
|---|---|---|
| Charges for ▆▆▆▆-0638 for DECEMBER | 6 | 158.65 |
| TOTAL SUMMARY OF AT&T CHARGES | | 158.65 |

Any questions or disputes pertaining to the charges on this

page of your bill may be directed to AT&T, 295 North Maple

Avenue, Suite 131, Basking Ridge, NJ 07920, 1 800 222-0300.
Customers not satisfied with the resolution of any dispute

may register a complaint with the California Public

Utilities Commission (CPUC), 1 800 649-7570. The address

of the CPUC is: Consumer Affairs Branch, 505 Van Ness

Avenue, San Francisco, CA 94102.

This advertisement is paid for by AT&T.  Pacific Bell has no
affiliation with AT&T and cannot endorse, recommend or warrant any
service described herein.

SUMMARY OF AT&T CHARGES FOR ▆▆▆▆-0638 FOR DECEMBER

| Bill Section | Page | Calls | Minutes | Amount |
|---|---|---|---|---|
| Monthly Charges | 6 | | | 25.56 |
| REACH OUT America | 7 | 64 | 217 | 20.62 |
| International Offerings | 6 | 28 | 161 | 109.58 |
| National Access Contribution | 9 | . | | 2.89 |
| TOTAL SUMMARY OF AT&T CHARGES FOR DECEMBER | | 92 | 378 | 158.65 |

AT&T MONTHLY CHARGES

Monthly Service From DEC 19, 1999 to JAN 18, 2000
OPTIONAL SERVICES

| | Description | Amount |
|---|---|---|
| 1 | AT&T One Rate (R) International Plan | 5.95 |

TAXES AND SURCHARGES

| | Description | Amount |
|---|---|---|
| 2 | Tax: Fed | 4.18 |
| 3 | CHCF-A, CHCF-B | .10 |
| 4 | Tax: 911 | .02 |
| 5 | Tax: Local | 15.31 |
| | | 19.61 |

TOTAL AT&T MONTHLY CHARGES                        $25.56


AT&T ONE RATE (R) INTERNATIONAL PLAN


Chrgs in Amount column are informational. See Summary for actual chrgs.
INTERNATIONAL CALLS
Direct Dialed Calls

| | Date | Time | Place and Number Called | Type | R | Minutes | Amount | |
|---|---|---|---|---|---|---|---|---|
| 6 | N023 | 1128a | SAUDI ARAB 96614531957 | Dir | Ec | 1 | .86 | 49 |
| 7 | N023 | 1131a | SAUDI ARAB 96612493232 | Dir | Ec | 1 | .86 | 49 |
| 8 | N024 | 122p | SAUDI ARAB 96612415400 | Dir | Ec | 1 | .86 | 49 |

SUBJECT TO FBI PROTECTIVE ORDER    FBI000553

| 9  | NO28 | 449p  | SAUDI ARAB | 96614648520 | Dir | Ec | 3  | 2.58  | 49 |
| 10 | NO29 | 1207p | SAUDI ARAB | 96614829555 | Dir | Ec | 18 | 15.48 | 49 |
| 11 | DE05 | 129p  | UK         | ████████1899 | Dir | Ec | 2  | .20   | 49 |
| 12 | DE05 | 202p  | UK         | ████████1899 | Dir | Ec | 1  | .10   | 49 |

~~SUBJECT TO FBI PROTECTIVE ORDER~~   FBI000554

██████ 0638 183    FAHAD A ALTHUMAIRY              KW2562  L1      OFC CD: L1
                                                                  PAGE    7

AT&T BILLING QUESTIONS ON THIS PAGE:
1-800-222-0300

AT&T

AT&T ONE RATE (R) INTERNATIONAL PLAN


Chrgs in Amount column are informational. See Summary for actual chrgs.
INTERNATIONAL CALLS
Direct Dialed Calls        (continued)

| | Date | Time | Place and Number Called | Type | R | Minutes | Amount | |
|---|---|---|---|---|---|---|---|---|
| 1 | DE05 | 209p | UK ████1899 | Dir | Ec | 1 | .10 | 49 |
| 2 | DE05 | 226p | UK ████1899 | Dir | Ec | 1 | .10 | 49 |
| 3 | DE06 | 1005p | SAUDI ARAB 96655428511 | Dir | Ec | 2 | 1.72 | 49 |
| 4 | DE07 | 1209p | SAUDI ARAB 96655851486 | Dir | Ec | 1 | .86 | 49 |
| 5 | DE07 | 1232p | SAUDI ARAB 96638820182 | Dir | Ec | 23 | 19.78 | 49 |
| 6 | DE07 | 830p | SAUDI ARAB 96655171671 | Dir | Ec | 3 | 2.58 | 49 |
| 7 | DE07 | 1043p | SAUDI ARAB 96614829555 | Dir | Ec | 9 | 7.74 | 49 |
| 8 | DE07 | 1053p | SAUDI ARAB 96614829993 | Dir | Ec | 5 | 4.30 | 49 |
| 9 | DE08 | 836a | SAUDI ARAB 96614773508 | Dir | Ec | .1 | .86 | 49 |
| 10 | DE08 | 1158p | SAUDI ARAB 96638641151 | Dir | Ec | 1 | .86 | 49 |
| 11 | DE09 | 1200a | SAUDI ARAB 96614829555 | Dir | Ec | 23 | 19.78 | 49 |
| 12 | DE09 | 1149a | SAUDI ARAB 96614829555 | Dir | Ec | 8 | 6.88 | 49 |
| 13 | DE09 | 1158p | SAUDI ARAB 96614801148 | Dir | Ec | 3 | 2.58 | 49 |
| 14 | DE11 | 215a | SAUDI ARAB 96614773508 | Dir | Ec | 1 | .86 | 49 |
| 15 | DE11 | 217a | SAUDI ARAB 96614773508 | Dir | Ec | 1 | .86 | 49 |
| 16 | DE11 | 228a | SAUDI ARAB 96614773508 | Dir | Ec | 1 | .86 | 49 |
| 17 | DE11 | 229a | SAUDI ARAB 96614773508 | Dir | Ec | 2 | 1.72 | 49 |
| 18 | DE13 | 1149a | SAUDI ARAB 96655477106 | Dir | Ec | 5 | 4.30 | 49 |
| 19 | DE13 | 345p | SAUDI ARAB 96655477106 | Dir | Ec | 3 | 2.58 | 49 |
| 20 | DE17 | 1050a | SAUDI ARAB 96655477106 | Dir | Ec | 7 | 6.02 | 49 |
| 21 | DE18 | 232p | UK ████1899 | Dir | Ec | 33 | 3.30 | 49 |

                                                          109.58
        TOTAL INTERNATIONAL CALLS                         109.58
AT&T ONE RATE (R) PLUS PLAN


Chrgs in Amount column are informational. See Summary for actual chrgs.
NIGHT/WEEKEND CALLS

| | Date | Time | Place and Number Called | Type | R | Minutes | Amount | |
|---|---|---|---|---|---|---|---|---|
| 22 | NO20 | 605p | FAYETEVILEAR ███3436 | Dir | Nt | 5 | .50 | 19 |
| 23 | NO20 | 804p | FAYETEVILEAR ███3436 | Dir | Nt | 1 | .10 | 19 |
| 24 | NO23 | 603p | TUCKER GA ███0040 | Dir | Nt | 1 | .10 | 19 |
| 25 | NO23 | 606p | NORCROSS GA ███5335 | Dir | Nt | 8 | .80 | 19 |
| 26 | NO23 | 614p | HOUSTON TX ███4001 | Dir | Nt | 5 | .50 | 19 |
| 27 | NO24 | 1036a | WASHINGTONDC ███3547 | Dir | Nt | 1 | .10 | 19 |
| 28 | NO24 | 1039a | WASHINGTONDC ███3700 | Dir | Nt | 1 | .10 | 19 |
| 29 | NO24 | 1115a | WASHINGTONDC ███3547 | Dir | Nt | 13 | 1.30 | 19 |
| 30 | NO24 | 1132a | WASHINGTONDC ███3700 | Dir | Nt | 4 | .40 | 19 |
| 31 | NO24 | 1147a | WASHINGTONDC ███5982 | Dir | Nt | 1 | .10 | 19 |
| 32 | NO24 | 100p | FLS CHURCHVA ███3901 | Dir | Nt | 8 | .80 | 19 |
| 33 | NO24 | 439p | FAIRFAX VA ███4424 | Dir | Nt | 1 | .10 | 19 |
| 34 | NO24 | 826p | FAIRFAX VA ███4424 | Dir | Nt | 19 | 1.90 | 19 |
| 35 | NO25 | 108p | BOULDER CO ███4666 | Dir | Nt | 1 | .10 | 19 |
| 36 | NO25 | 109p | BOULDER CO ███4666 | Dir | Nt | 1 | .10 | 19 |
| 37 | NO25 | 110p | BOULDER CO ███4666 | Dir | Nt | 1 | .10 | 19 |
| 38 | NO25 | 848p | HOUSTON TX ███4001 | Dir | Nt | 1 | .10 | 19 |
| 39 | NO28 | 210p | BOULDER CO ███4666 | Dir | Nt | 1 | .10 | 19 |
| 40 | NO29 | 1116a | WASHINGTONDC ███3700 | Dir | Nt | 1 | .10 | 19 |
| 41 | NO29 | 1117a | WASHINGTONDC ███3192 | Dir | Nt | 1 | .10 | 19 |
| 42 | NO30 | 1130a | FLS CHURCHVA ███3965 | Dir | Nt | 1 | .10 | 19 |
| 43 | NO30 | 1132a | FLS CHURCHVA ███3965 | Dir | Nt | 1 | .10 | 19 |
| 44 | NO30 | 1132a | FLS CHURCHVA ███3965 | Dir | Nt | 1 | .10 | 19 |
| 45 | NO30 | 1133a | FLS CHURCHVA ███3923 | Dir | Nt | 1 | .10 | 19 |
| 46 | NO30 | 154p | NASSAU BAYTX ███9944 | Dir | Nt | 1 | .10 | 19 |

SUBJECT TO FBI PROTECTIVE ORDER    FBI000555

███████  183   FAHAD A ALTHUMAIRY                    KW2562  L1      OFC CD: L1
                                                                     PAGE    8

AT&T BILLING QUESTIONS ON THIS PAGE:
1-800-222-0300

AT&T

AT&T ONE RATE (R) PLUS PLAN


Chrgs in Amount column are informational. See Summary for actual chrgs.
NIGHT/WEEKEND CALLS (continued)

| | Date | Time | Place and Number Called | | Type | R | Minutes | Amount | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | NO30 | 731p | NASSAU BAYTX | 9944 | Dir | Nt | 1 | .10 | 19 |
| 2 | DE01 | 1225a | FLS CHURCHVA | 4899 | Dir | Nt | 2 | .20 | 19 |
| 3 | DE02 | 1109a | ALEXANDRIAVA | 7337 | Dir | Nt | 1 | .10 | 19 |
| 4 | DE02 | 1110a | FLS CHURCHVA | 6621 | Dir | Nt | 1 | .10 | 19 |
| 5 | DE03 | 442p | FAIRFAX   VA | 4424 | Dir | Nt | 6 | .60 | 19 |
| 6 | DE03 | 820p | HOMESTEAD PA | 7373 | Dir | Nt | 2 | .20 | 19 |
| 7 | DE07 | 824p | FAIRFAX   VA | 4424 | Dir | Nt | 1 | .10 | 19 |
| 8 | DE07 | 825p | FLS CHURCHVA | 3695 | Dir | Nt | 3 | .30 | 19 |
| 9 | DE07 | 828p | WASHINGTONDC | 2777 | Dir | Nt | 1 | .10 | 19 |
| 10 | DE07 | 921p | HOUSTON   TX | 4001 | Dir | Nt | 3 | .30 | 19 |
| 11 | DE08 | 230p | JONESBORO GA | 0227 | Dir | Nt | 1 | .10 | 19 |
| 12 | DE13 | 1140a | WASHINGTONDC | 3547 | Dir | Nt | 8 | .80 | 19 |
| 13 | DE13 | 1020p | ARLINGTON VA | 0942 | Dir | Nt | 14 | 1.40 | 19 |
| 14 | DE14 | 1042a | FLS CHURCHVA | 3923 | Dir | Nt | 1 | .10 | 19 |
| 15 | DE14 | 1043a | FLS CHURCHVA | 3695 | Dir | Nt | 1 | .10 | 19 |
| 16 | DE14 | 1059a | FLS CHURCHVA | 3901 | Dir | Nt | 1 | .10 | 19 |
| 17 | DE14 | 1101a | FLS CHURCHVA | 3923 | Dir | Nt | 1 | .10 | 19 |
| 18 | DE14 | 1122a | WASHINGTONDC | 3532 | Dir | Nt | 10 | 1.00 | 19 |
| 19 | DE14 | 1146a | FLS CHURCHVA | 3901 | Dir | Nt | 1 | .10 | 19 |
| 20 | DE14 | 1147a | FLS CHURCHVA | 3901 | Dir | Nt | 1 | .10 | 19 |
| 21 | DE14 | 1238p | FLS CHURCHVA | 3901 | Dir | Nt | 1 | .10 | 19 |
| 22 | DE14 | 1238p | ARLINGTON VA | 0942 | Dir | Nt | 19 | 1.90 | 19 |
| 23 | DE14 | 416p | HOUSTON   TX | 4001 | Dir | Nt | 1 | .10 | 19 |
| 24 | DE15 | 1237p | FLS CHURCHVA | 3923 | Dir | Nt | 1 | .10 | 19 |
| 25 | DE15 | 1238p | FLS CHURCHVA | 3695 | Dir | Nt | 1 | .10 | 19 |
| 26 | DE15 | 1244p | FAIRFAX   VA | 4424 | Dir | Nt | 1 | .10 | 19 |
| 27 | DE15 | 1246p | FLS CHURCHVA | 3923 | Dir | Nt | 16 | 1.60 | 19 |
| 28 | DE16 | 543p | FLS CHURCHVA | 3695 | Dir | Nt | 1 | .10 | 19 |

IN-STATE DISCOUNTED CALLS

| | Date | Time | Place and Number Called | | Type | R | Minutes | Amount | |
|---|---|---|---|---|---|---|---|---|---|
| 29 | NO19 | 955a | SAN DIEGO CA | 2882 | Dir | Nt | 2 | .14 | 39 |
| 30 | DE06 | 1058p | CHULAVISTACA | 7623 | Dir | Nt | 1 | .07 | 39 |
| 31 | DE07 | 717p | CHULAVISTACA | 7623 | Dir | Nt | 2 | .14 | 39 |
| 32 | DE08 | 1124a | CHULAVISTACA | 7623 | Dir | Nt | 1 | .07 | 39 |
| 33 | DE14 | 1053a | SAN FRNCSCCA | 8088 | Dir | Nt | 1 | .07 | 39 |
| 34 | DE14 | 1056a | MADERA    CA | 9910 | Dir | Nt | 1 | .07 | 39 |
| 35 | DE14 | 409p | SAN FRNCSCCA | 8088 | Dir | Nt | 3 | .21 | 39 |
| 36 | DE15 | 223p | CHULAVISTACA | 7623 | Dir | Nt | 4 | .28 | 39 |
| 37 | DE18 | 408p | CHULAVISTACA | 7623 | Dir | Nt | 2 | .14 | 39 |
| 38 | DE18 | 410p | SAN DIEGO CA | 4551 | Dir | Nt | 13 | .91 | 39 |
| 39 | DE18 | 427p | SAN DIEGO CA | 1917 | Dir | Nt | 6 | .42 | 39 |

AT&T One Rate (R) Plus Plan Summary

| | Description | Minutes | Amount |
|---|---|---|---|
| 40 | Direct Dialed Calls | | 20.62 |

TOTAL AT&T ONE RATE (R) PLUS PLAN                                  $20.62

SUBJECT TO FBI PROTECTIVE ORDER   FBI000556

50

0638 183   FAHAD A ALTHUMAIRY                    KW2562  L1        OFC CD: L1
                                                                   PAGE    9

AT&T BILLING QUESTIONS ON THIS PAGE:
1-800-222-0300

AT&T

AT&T ONE RATE (R) INTERNATIONAL PLAN SUMMARY

| | Description | Minutes | Amount |
|---|---|---|---|
| 1 | International Discounted Calls | 161 Mins | 109.58 |

TOTAL AT&T ONE RATE (R) INTERNATIONAL PLAN              $109.58


Direct dialed                    0.00 Disc @  0%


NOTE: You have saved   259.33 over regular

       AT&T Rates with AT&T One Rate (R)

       International Plan this month.
NATIONAL ACCESS CONTRIBUTION

| | Description | Amount |
|---|---|---|
| 2 | Carrier Line Charge | 1.51 |
| 3 | Universal Connectivity Charge | 1.38 |
| | | 2.89 |

TOTAL NATIONAL ACCESS CONTRIBUTION CHARGES              $2.89


       For an explanation of this charge, please call
       1 800 532-2021.

SUBJECT TO FBI PROTECTIVE ORDER   FBI000557

51

░░░░░ 0638 183    FAHAD A ALTHUMAIRY                KW2562  L1        OFC CD: L1
                                                                     PAGE    10

AT&T BILLING QUESTIONS ON THIS PAGE:
1-800-222-0300

AT&T
This portion of your bill is provided as a service to AT&T. There is
no connection between Pacific Bell and AT&T.

SUBJECT TO FBI PROTECTIVE ORDER                    FBI000558