# EXHIBIT 127
**REDACTED FOR PUBLIC FILING**

```
████ .0638 183    FAHAD A ALTHUMAIRY              KW2562  L1       OFC CD: L1
                                                                   PAGE       1

RESIDENCE FLAT RATE SERV
ACCOUNT NUMBER          STATEMENT DATE   FAHAD A ALTHUMAIRY        PAGE      1
██ ██-0638 183 S 3184   FEB 26, 2000     ████ HURON AVE
                                         CULVER CITY CA
                                         90232-4018
Previous Charges
  Amount of last bill                                               272.91
  Payment(s).                                                          .00
  Credits and Adjustments.  See each company's page for detail.    425.91-
  Credit Balance                                                   153.00-
Current Charges
  Pacific Bell                                  Page    2           21.19
  AT&T                                          Page    4          126.83
                                                                   148.02
Total Due
  Credit Balance - DO NOT PAY                                       $4.98-
Whom to Call
  Pacific Bell - Customer service:       800-310-BELL or  800-310-2355
  For questions about other company charges, see company page.
```

SUBJECT TO FBI PROTECTIVE ORDER    FBI000559

```
████ 0638 183    FAHAD A. ALTHUMAIRY         KW2562  L1      OFC CD: L1
                                                             PAGE      2
```

QUESTIONS ABOUT YOUR PACIFIC BELL BILL?  800-310-2355
CREDITS AND ADJUSTMENTS
REFERENCE NUMBER 020300-1046

| | Description | Line Number | Amount |
|---|---|---|---|
| 1 | Taxes and Surcharges | ████0638 | 130.93- |
| | TOTAL P*B CREDITS APPLIED THRU FEB 26, 2000 (SEE PAGE 1) | | $130.93- |

SUMMARY OF PACIFIC BELL CURRENT CHARGES
This summary is for informational purposes only.

| Bill Section | Page | Calls | Minutes | Amount |
|---|---|---|---|---|
| Monthly Charges | 2 | | | 17.61 |
| Additions & Changes | 2 | | | 1.03- |
| Saver Plus | 3 | 21 | 90 | .90 |
| Taxes & Surcharges | 3 | | | 3.71 |
| TOTAL SUMMARY OF P*B CURRENT CHARGES | | 21 | 90.0 | 21.19 |

PACIFIC BELL MONTHLY CHARGES
SERVICE(S)

| | Description | Qty | Amount |
|---|---|---|---|
| 2 | Residence Flat Rate Serv | 1 | 10.69 |
| 3 | 900/976 Blocking | 1 | .00 |
| 4 | Your Listing Is Not Published | 1 | .28 |
| 5 | Number Portability Svc Charge | 1 | .34 |
| | Custom Calling Services: | | |
| 6 | Call Waiting | 1 | 3.23 |
| 7 | Call Forwarding | 1 | 3.23 |
| | MONTHLY SERVICE FEB 26, 2000 THRU MAR 25, 2000 | | 17.77 |

MONTHLY DISCOUNTS

| | Description | Line Nbr | Qty | Charges | Disc | Amount |
|---|---|---|---|---|---|---|
| 8 | Classic Saver Pack  2 Features | ████0638 | 1 | 6.46 | 2% | .16- |
| | TOTAL PACIFIC BELL MONTHLY CHARGES | | | | | $17.61 |

ADDITIONS & CHANGES
Local Toll Service discontinued with Pacific Bell
on   1  line(s) effective Feb  7, 2000.
To verify your IntraLata carrier, call 1-310-700-4141.
Local Toll Service established with  AT&T
on   1  line(s) effective Feb  7, 2000.
To verify your IntraLata carrier, call 1-310-700-4141.
ACTIVITY ON ████0638
Order 00500239
Removed from Monthly Service from Feb  7, 2000 thru Feb 25, 2000

| | Description | USOC | Qty | Pro-Rated | One-Time | Amount |
|---|---|---|---|---|---|---|
| 9 | Saver Plus | RDPT4 | 1 | 6.00- | | 6.00- |
| | 10.00 Per Month | | | | | |

SUBJECT TO FBI PROTECTIVE ORDER     FBI000560

```
       0638 183    FAHAD A ALTHUMAIRY              KW2562  L1       OFC CD: L1
                                                                    PAGE    3

QUESTIONS ABOUT YOUR PACIFIC BELL BILL?   800-310-2355
ADDITIONS & CHANGES
ACTIVITY ON      -0638 (continued)
Order 90679865
Added to Monthly Service from Feb  7, 2000 thru Feb 25, 2000
      Description                    USOC    Qty Pro-Rated  One-Time    Amount
   1  Local Toll Serv Connection              1                4.97       4.97
TOTAL FOR      -0638                              6.00-       4.97       1.03-
TOTAL ADDITIONS & CHANGES                                                $1.03-

SAVER PLUS
PLAN DETAILS
      Description                                                       Amount
   2     18 Additional O/Peak Minutes at $.05 Per Minute                   .90
TOTAL SAVER PLUS                                                         $.90

LOCAL TOLL CALLS
      Date Time   Place and Number Called         R   Minutes   Amount
   3  JA27  218p  SIMIVALLEYCA        7142        Pk      1     .00 32VM
   4  JA27  400p  SIMIVALLEYCA        7142        Pk      1     .00 32VM
   5  JA28  528p  ALAMITOS    CA      7110        OPk     3     .00 32VM
   6  JA29  632p  ALAMITOS    CA      9977        OPk     1     .00 32VM
   7  FE01 1059a  ALAMITOS    CA      9977        Pk      1     .00 32VM
   8  FE01 1100a  ALAMITOS    CA      7110        Pk      5     .00 32VM
   9  FE02  630a  ANAHEIM     CA      4204        OPk     1     .00 32VM
  10  FE02  635a  ANAHEIM     CA      4204        OPk     2     .00 32VM
  11  FE03  941p  SANTA ANA CA        0837        OPk    16     .00 32VM
  12  FE04 1129a  SANTA ANA CA        0837        Pk      1     .00 32VM
  13  FE04 1146a  ALAMITOS    CA      7110        Pk      3     .00 32VM
  14  FE04 1149a  ALAMITOS    CA      1514        Pk      4     .00 32VM
  15  FE05  218p  ALAMITOS    CA      7110        OPk    24     .00 32VM
  16  FE05  453p  CLMNTSNDMSCA        8220        OPk     2     .00 32VM
  17  FE05  530p  ALAMITOS    CA      9977        OPk     3     .00 32VM
  18  FE05  646p  ALAMITOS    CA      1514        OPk    14     .00 32VM
  19  FE05 1045p  ALAMITOS    CA      7110        OPk     2     .00 32VM
  20  FE05 1132p  ALAMITOS    CA      7110        OPk     1     .00 32VM
  21  FE05 1133p  SANTA ANA CA        0837        OPk     3     .00 32VM
  22  FE05 1141p  IRVINE      CA      5544        OPk     1     .00 32VM
  23  FE06 1118p  ALAMITOS    CA      9977        OPk     1     .00 32VM
SEE PLAN DETAILS FOR CHARGES                             90     .00
TAXES & SURCHARGES
      Description                                                       Amount
  24  Charges for Network Access for Interstate Calling,                  3.50
      Imposed by Federal Communications Commission
  25  CA High Cost Fund Surcharge - A:         B:     .44                  .44
  26  California Teleconnect Fund Surcharge                                .01
  27  Universal Lifeline Telephone Service Surcharge                       .08
  28  Rate Surcharge                                                       .41-
  29  State Regulatory Fee                                                 .02
  30  CA Relay Service and Communications Devices Funds                    .03
  31  Equal Access Recovery Charge                                         .04
TOTAL TAXES & SURCHARGES                                                 $3.71
```

FBI000561

▮ 0638 183    FAHAD A ALTHUMAIRY            KW2562  L1       OFC CD: L1
                                                              PAGE    4

AT&T BILLING QUESTIONS ON THIS PAGE:
1-800-222-0300

AT&T
AT&T ACCOUNT SUMMARY

| Description | Page | Amount |
|---|---|---|
| Charges for ▮-0638 for FEBRUARY | 4 | 126.83 |
| TOTAL SUMMARY OF AT&T CHARGES | | 126.83 |

Telecommunications companies are required to contribute to

the Universal Service Fund. AT&T recovers its contributions

for the fund through the Universal Connectivity Charge.
Beginning with your April bill, this charge will change from

a flat monthly fee of $1.38 to about 8.6% of your state-to-

state and international long distance charges. This percent-

age may change periodically to reflect changes in the amount

AT&T is required to contribute. For more information about

this change or any future rate changes, call 1 800 532-2021

or access our website: www.att.com/connectivity_charge.

This advertisement is paid for by AT&T. Pacific Bell has no
affiliation with AT&T and cannot endorse, recommend or warrant any
service described herein.
SUMMARY OF AT&T CHARGES FOR ▮-0638 FOR FEBRUARY

| Bill Section | Page | Calls | Minutes | Amount |
|---|---|---|---|---|
| Monthly Charges | 4 | | | 25.23 |
| Additions & Changes to Service(s) | 5 | | | 10.00- |
| True Offering Savings | 6 | 69 | 292 | 17.59 |
| International Offerings | 5 | 19 | 140 | 78.20 |
| Direct Dialed Calls | 7 | 23 | 93 | 12.92 |
| National Access Contribution | 8 | | | 2.89 |
| TOTAL SUMMARY OF AT&T CHARGES FOR FEBRUARY | | 111 | 525 | 126.83 |

AT&T MONTHLY CHARGES

Monthly Service From FEB 19, 2000 to MAR 18, 2000
OPTIONAL SERVICES

| | Description | Amount |
|---|---|---|
| 1 | AT&T One Rate (R) Int'l Value Plan | 3.00 |
| 2 | AT&T One Rate (R) Off-Peak II Plan | 4.95 |
| | | 7.95 |

TAXES AND SURCHARGES

| | Description | Amount |
|---|---|---|
| 3 | Tax: Fed | 3.31 |
| 4 | CHCF-A, CHCF-B | .34 |
| 5 | CA Relay Service and Communications Devices Fund | .03 |
| 6 | California State Regulatory Fee | .01 |
| 7 | Univ Lifeline Tele Serv Sur | .06 |
| 8 | Tax: 911 | .10 |
| 9 | Tax: Local | 13.43 |
| | | 17.28 |
| TOTAL AT&T MONTHLY CHARGES | | $25.23 |

SUBJECT TO FBI PROTECTIVE ORDER              FBI000562

▆▆▆ 0638 183    FAHAD A ALTHUMAIRY                KW2562  L1       OFC CD: L1
                                                                   PAGE    5

AT&T BILLING QUESTIONS ON THIS PAGE:
1-800-222-0300

AT&T
ADDITIONS AND CHANGES TO SERVICE(S)
   Description                                              Amount
 1  AT&T Welcome Credit                                      12.00-
    Please enjoy the welcome credit shown
    compliments of AT&T. It is our way of
    showing you we appreciate your business.
 2  Charge for service added                                  3.00
    JAN 19 thru FEB 18
    AT&T One Rate (R) Int'l Value Plan
    ( 3.00/mo)
 3  Credit for service removed                                5.95-
    JAN 19 thru FEB 18
    AT&T One Rate (R) International Plan
    ( 5.95/mo)
 4  Charge for service added                                  4.95
    JAN 19   thru FEB 18
    AT&T One Rate (R) Off-Peak II Plan
    (    4.95/mo)
TOTAL ADDITIONS AND CHANGES TO SERVICE(S)                  $10.00-


AT&T ONE RATE (R) INT'L VALUE PLAN

AT&T ONE RATE (R) INTERNATIONAL PLAN


Chrgs in Amount column are informational. See Summary for actual chrgs.
INTERNATIONAL CALLS
Direct Dialed Calls
    Date Time  Place and Number Called   Type R  Minutes   Amount
 5  JA22 1200p SAUDI ARAB 96655857311    Dir  Ec     9      6.30 49
 6  JA24 1101a SAUDI ARAB 96655857311    Dir  Ec     2      1.40 49
 7  JA24 1113a SAUDI ARAB 96614286690    Dir  Ec     1       .70 49
 8  JA24  204p UK         ▆▆▆▆1899       Dir  Ec     1       .10 49
 9  JA24  219p UK         ▆▆▆▆1899       Dir  Ec    32      3.20 49
10  JA25 1136a SAUDI ARAB 96614286690    Dir  Ec     5      3.50 49
11  JA25 1257p SAUDI ARAB 96614829555    Dir  Ec     1       .70 49
12  JA25  103p SAUDI ARAB 96614829993    Dir  Ec    37     25.90 49
13  JA27 1215p SAUDI ARAB 96614829555    Dir  Ec     1       .70 49
14  JA28 1110a SAUDI ARAB 96655486703    Dir  Ec    11      7.70 49
15  JA30 1128a SAUDI ARAB 96614829555    Dir  Ec     1       .70 49
16  JA30 1131a SAUDI ARAB 96614829993    Dir  Ec    12      8.40 49
17  FE03 1154a SAUDI ARAB 96655460399    Dir  Ec     1       .70 49
18  FE04 1234a SAUDI ARAB 96638820182    Dir  Ec     1       .70 49
19  FE07  658a SAUDI ARAB 96614829993    Dir  Ec     1       .70 49
20  FE08 1153a SAUDI ARAB 96655171671    Dir  Ec    12      8.40 49
21  FE09 1205p SAUDI ARAB 96655805781    Dir  Ec    10      7.00 49
22  FE11 1104a SAUDI ARAB 96614286690    Dir  Ec     1       .70 49
23  FE16 1207p SAUDI ARAB 96654469748    Dir  Ec     1       .70 49
                                                           78.20
    TOTAL INTERNATIONAL CALLS                              78.20

SUBJECT TO FBI PROTECTIVE ORDER     FBI000563

```
         0638 183    FAHAD A ALTHUMAIRY              KW2562 L1        OFC CD: L1
                                                                     PAGE    6

AT&T BILLING QUESTIONS ON THIS PAGE:
1-800-222-0300

AT&T

AT&T ONE RATE (R) OFF-PEAK II PLAN CALLS

AT&T IN-STATE TOLL SERVICE


Chrgs in Amount column are informational. See Summary for actual chrgs.

ELIGIBLE CALLS
    Date Time  Place and Number Called       Type R  Minutes   Amount
 1  JA24 1110a WASHINGTONDC       3547        Dir  Day    1      .07 19
 2  JA24  105p WASHINGTONDC       3700        Dir  Day    7      .49 19
 3  JA24  116p WASHINGTONDC       3547        Dir  Day    1      .07 19
 4  JA24  118p WASHINGTONDC       3547        Dir  Day   22     1.54 19
 5  JA29  502p SAN FRAN    CA     2791        Dir  Nt     1      .10 39
 6  JA30  616p SEATTLE     WA     6777        Dir  Nt     3      .15 19
 7  JA31 1140a SEATTLE     WA     6777        Dir  Day    3      .21 19
 8  JA31  106p SEATTLE     WA     6777        Dir  Day    1      .07 19
 9  JA31  643p ROSETRRACEKY       7994        Dir  Day   13      .91 19
10  FE01 1134a WASHINGTONDC       3192        Dir  Day    1      .07 19
11  FE01 1248p SEATTLE     WA     6777        Dir  Day    2      .14 19
12  FE01  255p SEATTLE     WA     6777        Dir  Day    1      .07 19
13  FE02 1155a SEATTLE     WA     6777        Dir  Day    2      .14 19
14  FE02 1208p SEATTLE     WA     6777        Dir  Day    2      .14 19
15  FE03 1141a WASHINGTONDC       3547        Dir  Day   12      .84 19
16  FE03  116p SEATTLE     WA     6777        Dir  Day    1      .07 19
17  FE03  117p SEATTLE     WA     6777        Dir  Day    1      .07 19
18  FE03  119p SEATTLE     WA     6777        Dir  Day    2      .14 19
19  FE03  244p SEATTLE     WA     6777        Dir  Day    1      .07 19
20  FE03  300p SEATTLE     WA     6777        Dir  Day    1      .07 19
21  FE03  319p SEATTLE     WA     6777        Dir  Day    3      .21 19
22  FE03 1139p SAN DIEGO CA       2190        Dir  Nt     2      .20 39
23  FE03 1143p SAN DIEGO CA       2190        Dir  Nt     2      .20 39
24  FE04  852a WASHINGTONDC       3547        Dir  Day    1      .07 19
25  FE04  928a WASHINGTONDC       3547        Dir  Day    1      .07 19
26  FE07 1116a WASHINGTONDC       3547        Dir  Day    1      .07 19
27  FE07  106p WASHINGTONDC       3700        Dir  Day   15     1.05 19
28  FE07  125p FLS CHURCHVA       3901        Dir  Day    6      .42 19
29  FE07  131p EL CAJON    CA     2794        Dir  Nt     4      .40 39
30  FE07  145p WASHINGTONDC       3112        Dir  Day    3      .21 19
31  FE07  808p WASHINGTONDC       3192        Dir  Nt     2      .10 19
32  FE08  812p MILTONFWTROR       6492        Dir  Nt    44     2.20 19
33  FE08  901p MILTONFWTROR       6492        Dir  Nt    20     1.00 19
34  FE09 1131a ALAMITOS    CA     7110        Dir  Nt     1      .05 39
35  FE09  119p ALAMITOS    CA     9977        Dir  Nt     1      .05 39
36  FE09  120p ALAMITOS    CA     7110        Dir  Nt     4      .20 39
37  FE09  418p ALAMITOS    CA     7110        Dir  Nt     1      .05 39
38  FE09  936p ALAMITOS    CA     7110        Dir  Nt     6      .30 39
39  FE10 1256p ALAMITOS    CA     1514        Dir  Nt     7      .35 39
40  FE10  109p ARLINGTON VA       5055        Dir  Day    4      .28 19
41  FE11 1108a TUSTIN      CA     1275        Dir  Nt     1      .05 39
42  FE11 1115a WASHINGTONDC       3192        Dir  Day    1      .07 19
43  FE11  830p ALAMITOS    CA     9977        Dir  Nt     3      .15 39
44  FE12 1037a PALMDALE    CA     4004        Dir  Nt     4      .20 39
45  FE12  351p PALMDALE    CA     4004        Dir  Nt     6      .30 39
46  FE12 1027p ALAMITOS    CA     9977        Dir  Nt     2      .10 39
47  FE13  447p ALAMITOS    CA     9977        Dir  Nt     2      .10 39
48  FE13  501p ALAMITOS    CA     1514        Dir  Nt     1      .05 39
49  FE13  651p ALAMITOS    CA     9977        Dir  Nt     1      .05 39
50  FE13 1022p ALAMITOS    CA     1514        Dir  Nt     1      .05 39
51  FE14 1040a WASHINGTONDC       3192        Dir  Day    1      .07 19
52  FE14 1051a ALAMITOS    CA     6549        Dir  Nt     1      .05 39
53  FE15 1137a ALAMITOS    CA     9977        Dir  Nt     1      .05 39
```

SUBJECT TO FBI PROTECTIVE ORDER    FBI000564

| 54 | FE16 | 1108a | ALAMITOS CA | 7110 | Dir | Nt | 4 | .20 | 39 |
| 55 | FE16 | 1203p | WASHINGTONDC | 3547 | Dir | Day | 1 | .07 | 19 |

SUBJECT TO FBI PROTECTIVE ORDER    FBI000565

```
███ 0638 183    FAHAD A ALTHUMAIRY              KW2562  L1        OFC CD: L1
                                                                  PAGE      7
```

AT&T BILLING QUESTIONS ON THIS PAGE:
1-800-222-0300

AT&T

AT&T IN-STATE TOLL SERVICE

ELIGIBLE CALLS (continued)

```
    Date Time   Place and Number Called    Type R  Minutes    Amount
 1  FE16  119p  ALAMITOS   CA ███ 9977     Dir  Nt     1        .05 39
 2  FE16  120p  WASHINGTONDC  ███ 3112     Dir  Day   16       1.12 19
 3  FE16  147p  ALAMITOS   CA ███ 9977     Dir  Nt     1        .05 39
 4  FE16  221p  ALAMITOS   CA ███ 9977     Dir  Nt     1        .05 39
 5  FE16  856p  ALAMITOS   CA ███ 9977     Dir  Nt     1        .05 39
 6  FE17  122p  ALAMITOS   CA ███ 9977     Dir  Nt     1        .05 39
 7  FE17  641p  RIVERSIDE  CA ███ 8656     Dir  Nt     4        .20 39
 8  FE17  829p  MURRAY     KY ███ 0015     Dir  Nt    23       1.15 19
 9  FE17 1107p  ALAMITOS   CA ███ 7110     Dir  Nt     1        .05 39
10  FE18 1217a  ALAMITOS   CA ███ 7110     Dir  Nt     2        .10 39
11  FE18  542a  ALAMITOS   CA ███ 7110     Dir  Nt     1        .05 39
12  FE18  625a  ALAMITOS   CA ███ 7110     Dir  Nt     1        .05 39
13  FE18  700a  ALAMITOS   CA ███ 9977     Dir  Nt     1        .05 39
14  FE18  736a  ALAMITOS   CA ███ 9977     Dir  Nt     2        .10 39
                                                              17.59
```

AT&T One Rate (R) Off-Peak II Plan Summary

AT&T In-State Toll Service Summary
```
    Description                                           Amount
15  Direct Dialed Calls                                    14.39
16  Direct Dialed Calls                                     3.20
```

TOTAL AT&T ONE RATE (R) OFF-PEAK II PLAN               $17.59


TOTAL CHARGES FOR AT&T IN-STATE TOLL SERVICE            $.00

NOTE: You have saved    0.00 with

AT&T ONE RATE (R) INT'L VALUE PLAN SUMMARY

AT&T ONE RATE (R) INTERNATIONAL PLAN SUMMARY

```
    Description                        Minutes          Amount
17  International Discounted Calls     140 Mins          78.20
```

TOTAL AT&T ONE RATE (R) INT'L VALUE PLAN               $78.20


TOTAL AT&T ONE RATE (R) INTERNATIONAL PLAN              $.00


Direct dialed                 0.00 Disc @  0%




NOTE: You have saved    261.24 over regular

      AT&T Rates with AT&T One Rate (R)

      Int'l Value Plan this month.


AT&T DIRECT DIALED CALLS

DOMESTIC

| # | Date | Time | Place and Number Called | Type | R | Minutes | Amount | |
|---|------|------|-------------------------|------|---|---------|--------|---|
| 18 | DE19 | 1017p | CHULAVISTACA ▮7623 | Dir | Nt | 3 | .21 | 39 |
| 19 | DE20 | 335p | CHULAVISTACA ▮7623 | Dir | Day | 3 | .40 | 39 |
| 20 | DE20 | 343p | ARLINGTON VA ▮5055 | Dir | Day | 2 | .52 | 19 |
| 21 | DE20 | 345p | ARLINGTON VA ▮5055 | Dir | Day | 2 | .52 | 19 |
| 22 | DE20 | 1104p | CHULAVISTACA ▮7623 | Dir | Eve | 9 | .99 | 39 |
| 23 | DE21 | 721a | ARLINGTON VA ▮5055 | Dir | Day | 1 | .26 | 19 |

SUBJECT TO FBI PROTECTIVE ORDER   FBI000567

```
            0638  183      FAHAD A ALTHUMAIRY              KW2562  L1         OFC CD: L1
                                                                              PAGE      8
```

AT&T BILLING QUESTIONS ON THIS PAGE:
1-800-222-0300

AT&T
AT&T DIRECT DIALED CALLS

DOMESTIC (continued)

```
    Date  Time   Place and Number Called    Type R  Minutes    Amount
 1  DE21   722a  ARLINGTON  VA       5055   Dir  Day     1       .26 19
 2  DE21   729a  ARLINGTON  VA       5055   Dir  Day     1       .26 19
 3  DE21   133p  ARLINGTON  VA       0942   Dir  Day     6      1.56 19
 4  DE21  1050p  CHULAVISTACA        7623   Dir  Eve     3       .33 39
 5  DE23   353p  MADERA     CA       9910   Dir  Day     7       .94 39
 6  DE27   627p  CHULAVISTACA        7623   Dir  Day     9      1.21 39
 7  DE27   958p  SANBARBARACA        8816   Dir  Eve     4       .44 39
 8  DE27  1136p  CHULAVISTACA        7623   Dir  Eve     6       .66 39
 9  DE28  1102p  CHULAVISTACA        7623   Dir  Eve     1       .11 39
10  DE29   439p  MADERA     CA       9910   Dir  Day     9      1.21 39
11  JA01   237p  FRESNO     CA       1095   Dir  Nt      1       .07 39
12  JA02  1004p  BOULDER    CO       1989   Dir  Nt      3       .35 19
13  JA06   641p  HOUSTON    TX       4001   Dir  Day     1       .26 19
14  JA07  1126p  SANBARBARACA        3255   Dir  Eve    12      1.32 39
15  JA11   927p  FRESNO     CA       7881   Dir  Eve     1       .11 39
16  JA13   433p  FRESNO     CA       1095   Dir  Day     2       .27 39
17  JA17  1059p  CHULAVISTACA        7623   Dir  Eve     6       .66 39
                                                                12.92
TOTAL AT&T DIRECT DIALED CALLS                                 $12.92

NATIONAL ACCESS CONTRIBUTION
    Description                                                 Amount
18  Carrier Line Charge                                           1.51
19  Universal Connectivity Charge                                 1.38
                                                                  2.89
TOTAL NATIONAL ACCESS CONTRIBUTION CHARGES                       $2.89
    For an explanation of this charge, please call
    1 800 532-2021.
```

SUBJECT TO FBI PROTECTIVE ORDER        FBI000568

62

0638 183    FAHAD A ALTHUMAIRY                KW2562  L1        OFC CD: L1
                                                                PAGE    9

AT&T BILLING QUESTIONS ON THIS PAGE:
1-800-222-0300

AT&T
This portion of your bill is provided as a service to AT&T. There is
no connection between Pacific Bell and AT&T.

0638 183    FAHAD A ALTHUMAIRY                KW2562  L1

SUBJECT TO FBI PROTECTIVE ORDER    FBI000569

63

▇▇▇▇ 0638 183    FAHAD A ALTHUMAIRY                    KW2562  L1        OFC CD: L1
                                                                         PAGE    10

QUESTIONS ABOUT YOUR BILL?        1-800-875-9235

EXCEL
MONTHLY CHARGES
    Description                                              Amount
    Adjustments (amount included on page 1)                  284.60-
TOTAL MONTHLY CHARGES                                         $.00

SUBJECT TO FBI PROTECTIVE ORDER

FBI000570

```
      0638 183    FAHAD A ALTHUMAIRY              KW2562  L1       OFC CD: L1
                                                                   PAGE    11

   QUESTIONS ABOUT YOUR BILL?        1-800-280-1996
   SPRINT
   MONTHLY CHARGES
       Description                                           Amount
       Adjustments (amount included on page 1)               .22-
   TOTAL MONTHLY CHARGES                                     $.00
```

SUBJECT TO FBI PROTECTIVE ORDER    FBI000571

65

0638 183    FAHAD A ALTHUMAIRY              KW2562  L1       OFC CD: L1
                                                             PAGE      12

QUESTIONS ABOUT YOUR BILL?         1-800-583-6767

VARTEC
MONTHLY CHARGES
    Description                                              Amount
    Adjustments (amount included on page 1)                  10.16-
TOTAL MONTHLY CHARGES                                         $.00

FBI000572