# EXHIBIT 130
## REDACTED FOR PUBLIC FILING



CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC). United States District Court for the Southern District of New York.

**PACIFIC★BELL.**

| | Statement Date Jan 26, 2000 | Page 2 |
|---|---|---|

Questions about your Pacific Bell bill? 800-891-1800

## Summary of Pacific Bell Current Charges
This summary is for informational purposes only.

**Total Average Cost Per Minute of Use   $.0107**

| Bill Section | Page | Calls | Minutes | Amount |
|---|---|---|---|---|
| Monthly Charges | 2 | | | 126.42 |
| Additions & Changes | 2 | | | .40 |
| Custom Calling Usage | 5 | 4 | | 3.00 |
| Value Promise Advantage 5** # | 4 | 26 | 69 | 5.08 |
| Direct Dialed Calls # | 5 | 473 | 1950.0 | 16.94 |
| Operator and System-Assisted Calls | 6 | 1 | 12 | 2.18 |
| Taxes & Surcharges | 7 | | | 82.98 |
| **Total Summary of Pacific Bell Current Charges** | | 504 | 2030.5 | **$237.00** |

\# Included in the Cost Per Minute calculation
\*\* Minute/Seconds rounded up to nearest full minute

### Pacific Bell Monthly Charges    122.28
• Monthly Service From Jan 26, 2000 thru Feb 25, 2000

• Directory Assistance Call Charges

| Description | Calls | | Amount |
|---|---|---|---|
| 1. Directory Assistance Charges | 9 | at $.46 | 4.14 |

**Total Pacific Bell Monthly Charges   $126.42**

### Additions & Changes
• Activity on ████ 0432
• Order 00000000
• Change in Monthly Rate from Dec 31, 1999 thru Jan 25, 2000

| Description | Qty | Pro-Rated | One-Time | Amount |
|---|---|---|---|---|
| 2. Rate Change Access for Interstate Calling Multi-Line Business .05 Per Month | 1 | .04 | | .04 |
| | | .04 | | .04 |

Total for ████ 0432

• Activity on ████ 0847
• Order 00000000
• Change in Monthly Rate from Dec 31, 1999 thru Jan 25, 2000

| Description | Qty | Pro-Rated | One-Time | Amount |
|---|---|---|---|---|
| 3. Rate Change Access for Interstate Calling Multi-Line Business .05 Per Month | 1 | .04 | | .04 |
| | | .04 | | .04 |

Total for ████ 0847

*continues*

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC). United States District Court for the Southern District of New York.

KFM 0173

**PACIFIC BELL.**

Statement Date Jan 26, 2000

Page 3

Questions about your Pacific Bell bill?  800-891-1800

## Additions & Changes (continued)

- Activity on ▮▮▮▮-980
- Order 00000000
- Change in Monthly Rate from Dec 31, 1999 thru Jan 25, 2000

| | Description | Qty | Pro-Rated | One-Time | Amount |
|---|---|---|---|---|---|
| 1. | Rate Change Access for Interstate Calling Multi-Line Business .05 Per Month | 1 | .04 | | .04 |

Total for ▮▮▮▮-3980 — .04 — .04

- Activity on ▮▮▮▮-3981
- Order 00000000
- Change in Monthly Rate from Dec 31, 1999 thru Jan 25, 2000

| | Description | Qty | Pro-Rated | One-Time | Amount |
|---|---|---|---|---|---|
| 2. | Rate Change Access for Interstate Calling Multi-Line Business .05 Per Month | 1 | .04 | | .04 |

Total for ▮▮▮▮-3981 — .04 — .04

- Activity on ▮▮▮▮-3982
- Order 00000000
- Change in Monthly Rate from Dec 31, 1999 thru Jan 25, 2000

| | Description | Qty | Pro-Rated | One-Time | Amount |
|---|---|---|---|---|---|
| 3. | Rate Change Access for Interstate Calling Multi-Line Business .05 Per Month | 1 | .04 | | .04 |

Total for ▮▮▮▮-3982 — .04 — .04

- Activity on ▮▮▮▮-3983
- Order 00000000
- Change in Monthly Rate from Dec 31, 1999 thru Jan 25, 2000

| | Description | Qty | Pro-Rated | One-Time | Amount |
|---|---|---|---|---|---|
| 4. | Rate Change Access for Interstate Calling Multi-Line Business .05 Per Month | 1 | .04 | | .04 |

Total for ▮▮▮▮-3983 — .04 — .04

- Activity on ▮▮▮▮-3984
- Order 00000000
- Change in Monthly Rate from Dec 31, 1999 thru Jan 25, 2000

| | Description | Qty | Pro-Rated | One-Time | Amount |
|---|---|---|---|---|---|
| 5. | Rate Change Access for Interstate Calling Multi-Line Business .05 Per Month | 1 | .04 | | .04 |

Total for ▮▮▮▮-3984 — .04

continues

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC). United States District Court for the Southern District of New York.

KFM 0174

**PACIFIC BELL.**

| | Statement Date Jan 26, 2000 | Page 4 |
|---|---|---|
| Questions about your Pacific Bell bill? | 800-891-1800 | |

## Additions & Changes (continued)

- **Activity on** ▮▮▮▮ -3985
- **Order 00000000**
- **Change in Monthly Rate from Dec 31, 1999 thru Jan 25, 2000**

| | Description | Qty | Pro-Rated | One-Time | Amount |
|---|---|---|---|---|---|
| 1. | Rate Change Access for Interstate Calling Multi-Line Business .05 Per Month | 1 | .04 | | .04 |
| **Total for** ▮▮▮▮ -3985 | | | .04 | | .04 |

- **Activity on** ▮▮▮▮ -3986
- **Order 00000000**
- **Change in Monthly Rate from Dec 31, 1999 thru Jan 25, 2000**

| | Description | Qty | Pro-Rated | One-Time | Amount |
|---|---|---|---|---|---|
| 2. | Rate Change Access for Interstate Calling Multi-Line Business .05 Per Month | 1 | .04 | | .04 |
| **Total for** ▮▮▮▮ -3986 | | | .04 | | .04 |

- **Activity on** ▮▮▮▮ -3987
- **Order 00000000**
- **Change in Monthly Rate from Dec 31, 1999 thru Jan 25, 2000**

| | Description | Qty | Pro-Rated | One-Time | Amount |
|---|---|---|---|---|---|
| 3. | Rate Change Access for Interstate Calling Multi-Line Business .05 Per Month | 1 | .04 | | .04 |
| **Total for** ▮▮▮▮ -3987 | | | .04 | | .04 |

**Total Additions & Changes** ............................................................. **$.40**

## Value Promise℠ Advantage 5

- **Plan Details**
- Call detail(s) under each telephone number.
- Your 12 month Term Agreement expires on Sep 27, 2000

| | Description | Amount |
|---|---|---|
| 4. | Eligible Charges | 4.38 |
| 5. | 0 Month Term Usage Charges below $4.75 minimum | .37 |
| 6. | Non Eligible Charges | .33 |

**Total Value Promise℠ Advantage 5** ........................................ **$5.08**

## Pacific Bell Calls from ▮▮▮▮ 0847

- **Value Promise℠ Advantage 5**
- **Local Toll Calls**

| | Date | Time | Place and Number Called | | Rate | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 7. | Dec29 | 12:06am | CANOGAPARKCA | ▮▮▮-7390 | Night | 12.2 | .78 |
| 8. | Dec29 | 9:18pm | LA HABRA CA | ▮▮▮-8769 | Eve | 4.1 | .26 |

*continues*

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC). United States District Court for the Southern District of New York.

KFM 0175



CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC). United States District Court for the Southern District of New York.

**PACIFIC✷BELL.**

| Account Number | Statement Date | Page |
|---|---|---|
| | Jan 26, 2000 | 6 |

Questions about your Pacific Bell bill?    800-891-1800

## Pacific Bell Calls from ▮-3984 (continued)

- Direct Dialed Calls
- Local Calls (Zones 1 and 2)

Rates Reflect Calls Made Prior to Nov 1, 1999.
Rates Reflect Calls Made on or After Nov 1, 1999.

| | Rate | Calls | Initial Minutes | Addl Minutes | Amount |
|---|---|---|---|---|---|
| 1. | Day | 160 | 160 | 292 | 7.02 |
| 2. | Evening | 103 | 103 | 228 | 3.40 |
| 3. | Night | 128 | 128 | 755 | 4.06 |
| | | | | | 14.48 |

- Zone 3 Calls

| | Date | Time | Place and Number Called | | Type | Rate | Minutes | Amount |
|---|---|---|---|---|---|---|---|---|
| 4. | Dec 27 | 7:34pm | RESEDA CA | 0480 | Direct | Eve | 1 | .05 |
| 5. | Dec 29 | 9:12pm | LOSANGELESCA | 9915 | Direct | Eve | 1 | .05 |
| 6. | Jan 4 | 6:31pm | RESEDA CA | 0480 | Direct | Eve | 5 | .09 |
| 7. | Jan 23 | 6:28pm | ALHAMBRA CA | 7944 | Direct | Night | 8 | .07 |
| | | | | | | | | .26 |

**Total Direct Dialed Calls**    14.74

- Operator and System-Assisted Calls

| | Date | Time | Place and Number Called | | Type | Rate | Minutes | Amount |
|---|---|---|---|---|---|---|---|---|
| 8. | Jan 11 | 1:59pm | COMPTON CA | 8907 | Coll | Day | 12 | 2.18 |

**Total Operator and System-Assisted Calls**    2.18

**Total Pacific Bell Calls from ▮3984**    $18.42

## Pacific Bell Calls from ▮3985

- Custom Calling Usage
- Call Return

| | Description | Qty | Amount |
|---|---|---|---|
| 9. | Call Return Activated | 2 | 1.50 |

**Total Custom Calling Usage**    1.50

- Value Promise℠ Advantage 5
- Local Toll Calls

| | Date | Time | Place and Number Called | | Rate | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 10. | Jan 1 | 3:47pm | ALAMITOS CA | 6549 | Night | 1.7 | .11 |
| 11. | Jan 6 | 5:49pm | LOMITA CA | 5145 | Eve | .9 | .06 |
| 12. | Jan 8 | 6:55am | VNTRA EAST CA | 0279 | Night | .5 | .03 |
| 13. | Jan 12 | 8:24pm | VNTRA EAST CA | 0279 | Eve | .5 | .03 |
| | | | | | | 3.6 | .23 |

**Total Value Promise℠ Advantage 5**    3.6    .23

- Direct Dialed Calls
- Local Calls (Zones 1 and 2)

Rates Reflect Calls Made Prior to Nov 1, 1999.
Rates Reflect Calls Made on or After Nov 1, 1999.

| | Rate | Calls | Initial Minutes | Addl Minutes | Amount |
|---|---|---|---|---|---|
| 14. | Day | 9 | 9 | 7 | .31 |
| 15. | Evening | 24 | 24 | 33 | .67 |
| 16. | Night | 27 | 27 | 142 | .80 |
| | | | | | 1.78 |

*continues*

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC). United States District Court for the Southern District of New York.

KFM 0177

**PACIFIC⋆BELL.**

| Account Number | Statement Date | Page |
|---|---|---|
| | Jan 26, 2000 | 7 |

Questions about your Pacific Bell bill?   800-891-1800

## Pacific Bell Calls from ████ 3985
- Direct Dialed Calls (continued)
- Zone 3 Calls

| | Date | Time | Place and Number Called | | Type | Rate | Minutes | Amount |
|---|---|---|---|---|---|---|---|---|
| 1. | Jan 1 | 4:45pm | MONTEBELLO CA | 8888 | Direct | Night | 2 | .03 |
| 2. | Jan 18 | 6:35pm | ALHAMBRA CA | 7944 | Direct | Eve | 1 | .05 |

Total Direct Dialed Calls  .08

Total Pacific Bell Calls from ████ 3985  1.86

$3.36

## Taxes & Surcharges

| | Description | | | | Amount |
|---|---|---|---|---|---|
| 3. | Charges for Network Access for Interstate Calling, imposed by Federal Communications Commission | | | | 51.90 |
| 4. | CA High Cost Fund Surcharge - A: | B: | 3.88 | | 3.88 |
| 5. | California Teleconnect Fund Surcharge | | | | .07 |
| 6. | Universal Lifeline Telephone Service Surcharge | | | | .74 |
| 7. | Rate Surcharge | | | | 1.69cr |
| 8. | State Regulatory Fee | | | | .16 |
| 9. | CA Relay Service and Communications Devices Funds | | | | .29 |
| 10. | Equal Access Recovery Charge | | | | .03 |
| 11. | Tax: Fed: 5.70   911: .99   Local: 20.91 | | | | 27.60 |

Total Taxes & Surcharges  $82.98

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC). United States District Court for the Southern District of New York.

KFM 0178

| Account Number | Statement Date | Page |
|---|---|---|
| ████ | Jan 26, 2000 | 8 |

AT&T billing questions on this page: 1-800-325-0138

For changes to your service or advice on Long Distance call: 1-800-222-0400

# AT&T

## AT&T Account Summary

| Description | Page | Amount |
|---|---|---|
| Other AT&T Charges | 8 | 1.69 |
| **Total Summary of AT&T Charges** | | **$1.69** |

## AT&T Monthly Charges

• Taxes and Surcharges

| # | Description | Amount |
|---|---|---|
| 1. | Tax: Fed | .04 |
| 2. | Tax: Local | .16 |
| | | .20 |

**Total AT&T Monthly Charges** .20

## AT&T Calls from ████-3984

• Directory Assistance

• Domestic

| # | Date | Time | Place and Number Called | Type | Rate | Amount |
|---|---|---|---|---|---|---|
| 3. | Jan19 | 10:27pm | 02 NATL DA | Direct | Day | 1.49 |

**Total Directory Assistance** 1.49

**Total AT&T Calls from ████-3984** **$1.49**

This portion of your bill is provided as a service to AT&T. There is no connection between Pacific Bell and AT&T.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC). United States District Court for the Southern District of New York.

KFM 0179

Account Number

Statement Date
Jan 26, 2000

Page 9

AT&T billing questions on this page:
1-800-325-0138

For changes to your service or advice on
Long Distance call: 1-800-222-0400


AT&T

Any questions or disputes pertaining to the charges on this page of your bill may be directed to AT&T, 295 North Maple Avenue, Suite 131, Basking Ridge, NJ 07920, 1 800 222-0300. Customers not satisfied with the resolution of any dispute may register a complaint with the California Public Utilities Commission (CPUC), 1 800 649-7570. The address of the CPUC is: Consumer Affairs Branch, 505 Van Ness Avenue, San Francisco, CA 94102.

Advertisements are paid for by AT&T. Pacific Bell has no affiliation with AT&T and cannot endorse, recommend or warrant any products or services described herein.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC). United States District Court for the Southern District of New York.

KFM 0180



CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC). United States District Court for the Southern District of New York.

KFM 0181



**Statement Date** Jan 26, 2000

Questions about your bill? 1-888-507-0734

Page 11

ZPDI — ZERO PLUS DIALING INC

**Total Current Charges (See detail below)** $12.49

**Monthly Charges**

| # | Description | | | Amount |
|---|---|---|---|---|
| 1. | CA High Cost Fund Surcharge - A: | B: | .27 | .27 |
| 2. | California Teleconnect Fund Surcharge | | | .01 |
| 3. | Universal Lifeline Telephone Service Surcharge | | | .05 |
| 4. | CA Relay Service and Communications Devices Funds | | | .02 |
| 5. | State Regulatory Fee | | | |
| 6. | Tax: Fed: .33  911: .08  Local: 1.20 | | | .01 |

**Total Monthly Charges** 1.61

**Calls from ███-3994** $1.87

- Calls
- Billed on Behalf of US LONG DISTANCE
- Domestic

| # | Date | Time | Place and Number Called | | Type | Rate | Minutes | Amount |
|---|---|---|---|---|---|---|---|---|
| 7. | Dec27 | 10:00am | LOSANGELESCA | 9900 | Coll | Day | 8.0 | 10.52 |

**Total Calls** 10.52

**Total Calls from ███-3994** 10.52

$10.52

Questions or disputes for charges on this portion of your bill should be directed to ZPDI, P.O. Box 29442, San Antonio, TX 78229-4898 at 1-888-507-0734. Customers not satisfied with the resolution may register a complaint with the California Public Utilities Commission (CPUC) or the FCC. (See back of page 1 for address and telephone number.)

Advertisements are paid for by Zero Plus Dialing. Pacific Bell has no affiliation with Zero Plus Dialing and cannot endorse, recommend or warrant any products or services described herein.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC). United States District Court for the Southern District of New York.



CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC). United States District Court for the Southern District of New York.

KFM 0183

## PAYING & UNDERSTANDING YOUR BILL

### How to pay your bill
You can mail your payment, pay electronically through our Automatic Payment Service, or pay at one of the Authorized Payment Locations. When mailing your payment, write the amount paid in the boxes on the remittance stub. Also, write your area code and telephone number on your check. Enclose your check and remittance stub in the return envelope and mail to:

In Northern California: Pacific Bell, Payment Center, Sacramento, CA 95887-0001

In Southern California: Pacific Bell, Payment Center, Van Nuys, CA 91388-0001

### Billing for other than basic telephone service
Pacific Bell bills for other telephone service providers including long distance companies, and information service providers. There is no connection between Pacific Bell and these companies.

If you dispute any 976, 900 or 700 Information Service Charge, you may be entitled to a credit. You must request this credit by calling or writing Pacific Bell within 60 days from receipt of the bill. Pending review, you may withhold payment of the disputed amount and collection of those charges will be suspended. You have a right not to be billed for interstate 900 calls which violate federal law. You may request blocking of 900 and 976 services. You may be blocked from calling 900 calls for failure to pay legitimate 900 call charges and the Information Provider may seek collection of these charges. Your basic service will not be disconnected for non-payment of 900 and 976 charges or other information services, such as voice mail, electronic mail, voice store and forward, fax store and forward, directory advertising and inside wire installation that may be included in the "Total Due." Please call the number on your bill if you have any questions about your charges.

### Call type and rate information
The codes that appear in the "Type" and "Rate" columns describe your calls. The Type column describes the Type of call, the "Rate" column describes the rate period for the call.

**Type of Call**
- 3rdPty — Operator-Assisted Third-Party Billed
- Anncmt 900/976 Announcement Service
- Bsyint — Busy Interrupt
- BsyVfy — Busy Verify
- Card — Calling Card
- Channl — Channel Usage
- ClBack — Call Back
- Coll — Operator-Assisted Collect
- Conf — Conference
- Direct — Direct Dialed
- Local — Local Toll
- Oper — Operator Assisted
- P/Coll — Person Collect
- Person — Person-to-Person
- PSD — Public Switched Digital
- Rechrg — Recharged
- Return — Call Return (****=private number)
- S/3rd — System-Assisted Third Party Billed
- S/Coll — System Assisted Collect
- ShipRL — Ship Radio Link

**Type of Call**
- TTY — Certified TTY User Rate
- TTYRet — Certified TTY User Rate Call Return

**Rate Period**
- Day — Day
- Day+ — Day Multi-Rate
- Dscnt — Discount
- Econ — Economy
- Eve — Evening
- Eve+ — Evening Multi
- LNight — Late Night
- LNgh+ — LateNightMulti
- Night — Night
- Nght+ — Night Multi-Rate
- Peak — Peak
- O/Pk — Off Peak
- O/Pk+ — Off Peak Multi-Rate
- Peak+ — Peak Multi-Rate
- Std — Standard

Si desea recibir esta información en español, consulte las páginas de la Guía Para El Cliente en su directorio de Pacific Bell.

### When to pay your bill
Your payment is due when you receive your bill. If we don't receive payment for your local and long distance charges by the "DUE BY" Date, your account will become past due. If we disconnect your service for non-payment, you must pay the past due amount and a charge to reconnect your service. You may also be required to pay a deposit.

### Late payment charge
If we do not receive your payment by the date shown in the "Late Payment Charge Reminder" section, we will add a late payment charge of:

Exchange Services - 1.5%, calculated monthly, of your total unpaid balance when the unpaid balance is $20.00 or more

Dedicated Services - 1.5% per month, calculated daily, of your total unpaid balance

The late payment charge is a penalty charge and does not relieve you of the obligation to pay the total amount due by the "DUE BY" date. The late payment date will be at least 22 days from the date of mailing.

### Questions about your bill
If you have questions about your bill, please call us at the number shown on your bill or write to us at P.O. Box 9039, South San Francisco, CA 94083-9039 for residence accounts and P.O. Box 78230, San Francisco, CA 94107-8230 for business accounts. If you are not satisfied after receiving an explanation, ask to speak with a manager. Pacific Bell will investigate and notify you with the results.

### If you still disagree:
- You first must pay the undisputed amount to Pacific Bell by the "DUE BY" Date, and
- You must file a claim with the California Public Utilities Commission (CPUC) within 7 calendar days after we have notified you of the results of our investigation. This will avoid possible interruption of your service.

### To file a claim with the CPUC:
- You must send an explanation of your claim and a check for the disputed amount to the CPUC, to be held as a deposit.
- The CPUC only accepts deposits for matters which relate to the accuracy of the bill. This does not include directory advertising.
- The CPUC will review your claim and distribute funds, based on its investigation.

CPUC ADDRESS: Consumer Affairs Branch, 505 Van Ness Avenue, San Francisco, CA 94102. Telephone number 1-800-649-7570.

### Network Access for Interstate Calling
If you have questions about charges for "Network Access for Interstate Calling," imposed by the Federal Communications Commission, or charges for calls to another state that you are unable to resolve with your long distance carrier, you should write to: Consumer Complaints - Enforcement Division, Common Carrier Bureau, Federal Communications Commission, 445 12th St. S.W., Washington, D.C. 20554; or call: 1-888-CALLFCC.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC). United States District Court for the Southern District of New York.

KFM 0184