# EXHIBIT 131
## REDACTED FOR PUBLIC FILING



**PACIFIC BELL.**

984

Measured Rate Business Service
Account Number [redacted]    Statement Date Feb 14, 2000    ISLAMIC FOUNDATION
11004 WASHINGTON BLVD
CULVER CA
90232-3901    Page 1

**Previous Charges**
Amount of last bill ........................................................ 3250.36
Payment(s) .................................................................... .00
Unpaid Balance. Please pay now (please deduct if paid) ...... 3250.36

**Current Charges**
Pacific Bell                                    Page 2        194.12
*Total Average Cost Per Minute of Use    $.0173*
Excel Telecommunications               Page 10         6.14
USBI                                   Page 11         1.14
Current Charges due by Mar 8, 2000 ................................. 201.40

**Total Due** .................................................................. $3451.76

LATE CHARGE REMINDER. A late charge may apply on Mar 17 if your payment has not been received. (See Reverse)

**Whom to Call**
Pacific Bell - payment arrangements and billing questions:    800-891-1800
Pacific Bell - billing questions or to place an order:          800-891-1800
For questions about other company charges, see company page.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC). United States District Court for the Southern District of New York.

KFM 0285

**PACIFIC BELL.**

| Account Number | Statement Date | Page |
|---|---|---|
| ███████ | Feb 14, 2000 | 2 |

Questions about your Pacific Bell bill?   800-891-1800

## Summary of Pacific Bell Current Charges
This summary is for informational purposes only.

### Total Average Cost Per Minute of Use   $.0173

| Bill Section | Page | Calls | Minutes | Amount |
|---|---|---|---|---|
| Monthly Charges | 2 | | | 68.48 |
| Additions & Changes | 2 | | | .35 |
| Custom Calling Usage | 3 | | | 1.50 |
| Value Promise® Advantage 25** | # 3 | 110 | 236 | 25.00 |
| Direct Dialed Calls | # 5 | 772 | 3945.0 | 47.66 |
| Taxes & Surcharges | 8 | | | 51.13 |
| **Total Summary of Pacific Bell Current Charges** | | 884 | 4180.6 | **$194.12** |

\# Included in the Cost Per Minute calculation
\*\* Minute/Seconds rounded up to nearest full minute

## Pacific Bell Monthly Charges

• Monthly Service From Feb 14, 2000 thru Mar 13, 2000      61.14

• Directory Assistance Call Charges

| | Description | Calls | | Amount |
|---|---|---|---|---|
| 1. | Directory Assistance Charges | 15 | at $.46 | 6.90 |

• Service Charges

| | Date | Description | Amount |
|---|---|---|---|
| 2. | Feb 16 | Late Charge on $29.44 Unpaid Balance as of Feb 16, 2000 | .44 |

**Total Pacific Bell Monthly Charges                        $68.48**

## Additions & Changes
• Activity on ███ 1250
• Order 00000000
• Change in Monthly Rate from Dec 31, 1999 thru Feb 13, 2000

| | Description | Qty | Pro-Rated | One-Time | Amount |
|---|---|---|---|---|---|
| 3. | Rate Change Access for Interstate Calling Multi-Line Business .05 Per Month | 1 | .07 | | .07 |

| Total for ███ 1250 | | | .07 | | .07 |

• Activity on ███ 1050
• Order 00000000
• Change in Monthly Rate from Dec 31, 1999 thru Feb 13, 2000

| | Description | Qty | Pro-Rated | One-Time | Amount |
|---|---|---|---|---|---|
| 4. | Rate Change Access for Interstate Calling Multi-Line Business .05 Per Month | 1 | .07 | | .07 |

| Total for ███ 1050 | | | .07 | | .07 |

*continues*

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC). United States District Court for the Southern District of New York.

KFM 0286

**PACIFIC BELL.**

Account Number [redacted]

Statement Date: Feb 14, 2000

Page 3

Questions about your Pacific Bell bill? 800-891-1800

## Additions & Changes (continued)

- **Activity on** [redacted] **1229**
- Order 00000000
- Change In Monthly Rate from Dec 31, 1999 thru Feb 13, 2000

| | Description | Qty | Pro-Rated | One-Time | Amount |
|---|---|---|---|---|---|
| 1. | Rate Change<br>Access for Interstate Calling<br>Multi-Line Business<br>.05 Per Month | 1 | .07 | | .07 |
| **Total for** [redacted] **1229** | | | .07 | | .07 |

- **Activity on** [redacted] **1260**
- Order 00000000
- Change In Monthly Rate from Dec 31, 1999 thru Feb 13, 2000

| | Description | Qty | Pro-Rated | One-Time | Amount |
|---|---|---|---|---|---|
| 2. | Rate Change<br>Access for Interstate Calling<br>Multi-Line Business<br>.05 Per Month | 1 | .07 | | .07 |
| **Total for** [redacted] **1260** | | | .07 | | .07 |

- **Activity on** [redacted] **6702**
- Order 00000000
- Change In Monthly Rate from Dec 31, 1999 thru Feb 13, 2000

| | Description | Qty | Pro-Rated | One-Time | Amount |
|---|---|---|---|---|---|
| 3. | Rate Change<br>Access for Interstate Calling<br>Multi-Line Business<br>.05 Per Month | 1 | .07 | | .07 |
| **Total for** [redacted] **6702** | | | .07 | | .07 |

**Total Additions & Changes** $.35

## Value Promise℠ Advantage 25

- Plan Details
- Call detail(s) under each telephone number.
- Your 24 month Term Agreement expires on Aug 23, 2001

| | Description | | | Amount |
|---|---|---|---|---|
| 4. | Eligible Charges | | | 13.23 |
| 5. | 24 Month Term Usage Charges below | $25.00 minimum | | 11.77 |

**Total Value Promise℠ Advantage 25** $25.00

## Pacific Bell Calls from [redacted] 1250

- Custom Calling Usage
- Call Return

| | Description | Qty | Amount |
|---|---|---|---|
| 6. | Call Return Activated | 1 | .75 |

**Total Custom Calling Usage** .75

*continues*

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC). United States District Court for the Southern District of New York.

KFM 0287

**PACIFIC BELL.**

| Account Number | Statement Date | Page |
|---|---|---|
| ▇▇▇ | Feb 14, 2000 | 4 |

Questions about your Pacific Bell bill?   800-891-1800

**Pacific Bell Calls from ▇▇▇ 250 (continued)**
- Value Promise℠ Advantage 25
- Local Toll Calls

| # | Date | Time | Place and Number Called | | Rate | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 1. | Jan17 | 11:44am | SANTA ANA CA | 7995 | Day | 3.4 | .19 |
| 2. | Jan18 | 6:02pm | CHINO CA | 2266 | Eve | .5 | .03 |
| 3. | Jan18 | 6:41pm | ONTARIO CA | 0513 | Eve | 8.4 | .47 |
| 4. | Jan21 | 11:18am | PASADENA CA | 9090 | Day | 1.8 | .10 |
| 5. | Jan21 | 11:26am | PASADENA CA | 9090 | Day | .5 | .03 |
| 6. | Jan25 | 11:43am | PASADENA CA | 9090 | Day | 1.7 | .10 |
| 7. | Jan25 | 12:38pm | SAN PEDRO CA | 7890 | Day | 24.5 | 1.37 |
| 8. | Jan25 | 2:16pm | ONTARIO CA | 6301 | Day | .8 | .04 |
| 9. | Jan25 | 2:40pm | CHINO CA | 4012 | Day | 1.5 | .08 |
| 10. | Jan25 | 3:49pm | NORWALK CA | 2462 | Day | .9 | .05 |
| 11. | Jan25 | 5:24pm | LONG BEACH CA | 7471 | Eve | 1.1 | .06 |
| 12. | Jan26 | 11:01am | SANTA ANA CA | 7995 | Day | 2.5 | .14 |
| 13. | Jan26 | 5:47pm | LACRSCENTA CA | 0163 | Eve | .5 | .03 |
| 14. | Jan26 | 5:48pm | LACRSCENTA CA | 0163 | Eve | 1.6 | .09 |
| 15. | Jan26 | 6:04pm | SAN PEDRO CA | 7390 | Eve | .5 | .03 |
| 16. | Jan26 | 6:05pm | SAN PEDRO CA | 7890 | Eve | .9 | .05 |
| 17. | Jan27 | 10:29am | LACRSCENTA CA | 0163 | Day | 1.4 | .08 |
| 18. | Jan27 | 10:33am | SAN PEDRO CA | 0560 | Day | .5 | .03 |
| 19. | Jan27 | 10:38am | LOMITA CA | 4336 | Day | .5 | .03 |
| 20. | Jan27 | 5:15pm | NORWALK CA | 3600 | Eve | 1.8 | .10 |
| 21. | Jan28 | 1:27pm | ANAHEIM CA | 4905 | Day | .8 | .04 |
| 22. | Jan28 | 1:30pm | ANAHEIM CA | 4905 | Day | .5 | .03 |
| 23. | Jan28 | 3:34pm | ANAHEIM CA | 4905 | Day | .5 | .03 |
| 24. | Jan28 | 4:01pm | SAN PEDRO CA | 7890 | Day | 25.3 | 1.42 |
| 25. | Jan28 | 4:56pm | SAN PEDRO CA | 7890 | Day | 1.7 | .10 |
| 26. | Jan31 | 10:22am | SANTA ANA CA | 2181 | Day | 1.4 | .08 |
| 27. | Jan31 | 1:23pm | PALMDALE CA | 4001 | Day | .5 | .03 |
| 28. | Jan31 | 2:18pm | SAN PEDRO CA | 7890 | Day | .8 | .04 |
| 29. | Jan31 | 5:00pm | EL MONTE CA | 8988 | Eve | 1.2 | .07 |
| 30. | Feb 2 | 11:03am | EL MONTE CA | 8988 | Day | 1.5 | .08 |
| 31. | Feb 2 | 1:58pm | CLMNTSNDMS CA | 6030 | Day | .5 | .03 |
| 32. | Feb 2 | 1:59pm | CLMNTSNDMS CA | 6030 | Day | .5 | .03 |
| 33. | Feb 2 | 2:10pm | CHINO CA | 6233 | Day | .7 | .04 |
| 34. | Feb 3 | 10:26am | LACRSCENTA CA | 0163 | Day | .5 | .03 |
| 35. | Feb 3 | 10:28am | LACRSCENTA CA | 0163 | Day | .5 | .03 |
| 36. | Feb 3 | 11:43am | ANAHEIM CA | 1475 | Day | .7 | .04 |
| 37. | Feb 3 | 3:14pm | ANAHEIM CA | 1475 | Day | 1.8 | .10 |
| 38. | Feb 3 | 3:21pm | EL MONTE CA | 8988 | Day | .5 | .03 |
| 39. | Feb 4 | 12:00pm | ANAHEIM CA | 1475 | Day | .5 | .03 |
| 40. | Feb 4 | 12:08pm | PASADENA CA | 0802 | Day | 1.1 | .06 |
| 41. | Feb 4 | 12:08pm | EL MONTE CA | 8988 | Day | 3.9 | .22 |
| 42. | Feb 4 | 1:51pm | SANTA ANA CA | 9694 | Day | .5 | .03 |
| 43. | Feb 4 | 1:52pm | LACRSCENTA CA | 0163 | Day | .8 | .04 |
| 44. | Feb 4 | 3:08pm | SAN PEDRO CA | 7890 | Day | 13.8 | .77 |
| 45. | Feb 5 | 11:33am | ANAHEIM CA | 1475 | Night | 1.0 | .06 |
| 46. | Feb 7 | 10:16am | SAN PEDRO CA | 7890 | Day | 9.6 | .54 |
| 47. | Feb 7 | 12:55pm | ANAHEIM CA | 1475 | Day | .5 | .03 |
| 48. | Feb 7 | 6:04pm | SAN PEDRO CA | 7890 | Eve | 4.9 | .27 |
| 49. | Feb 8 | 12:10am | SAN PEDRO CA | 7890 | Night | .9 | .05 |
| 50. | Feb 8 | 9:39am | SAN PEDRO CA | 7890 | Day | .5 | .03 |
| 51. | Feb 8 | 5:37pm | SAN PEDRO CA | 7890 | Eve | .5 | .03 |
| 52. | Feb 8 | 7:10pm | CHINO CA | 7839 | Eve | .5 | .03 |
| 53. | Feb 9 | 1:58pm | CORONA CA | 2683 | Day | 2.1 | .12 |
| 54. | Feb10 | 9:21am | SAN PEDRO CA | 7890 | Day | 17.6 | .99 |
| 55. | Feb10 | 9:50am | SAN PEDRO CA | 6003 | Day | 1.8 | .10 |
| 56. | Feb10 | 9:55am | LONG BEACH CA | 9300 | Day | 3.7 | .21 |
| 57. | Feb10 | 10:32am | ALAMITOS CA | 1514 | Day | .6 | .03 |
| 58. | Feb10 | 10:35am | DIAMOND BAR CA | 3865 | Day | .8 | .04 |
| 59. | Feb10 | 2:30pm | LONG BEACH CA | 7303 | Day | .5 | .03 |
| 60. | Feb10 | 7:02pm | ALAMITOS CA | 6549 | Eve | .5 | .03 |
| 61. | Feb10 | 7:03pm | TEMECULA CA | 3772 | Eve | .8 | .03 |

*continues*

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC). United States District Court for the Southern District of New York.

KFM 0288

**PACIFIC BELL.**

Account Number: [redacted]  
Statement Date: Feb 14, 2000  
Page 5

Questions about your Pacific Bell bill? 800-891-1800

## Pacific Bell Calls from [redacted] 1250

- Value Promise℠ Advantage 25
- Local Toll Calls (continued)

| # | Date | Time | Place and Number | | Rate | Minutes | Amount |
|---|------|------|------------------|---|------|---------|--------|
| 1. | Feb11 | 10:13am | SANTA ANA CA | 1610 | Day | 1.6 | .09 |
| 2. | Feb11 | 12:14pm | FULLERTON CA | 1231 | Day | .5 | .03 |
| 3. | Feb12 | 1:13pm | PALMDALE CA | 4004 | Night | .6 | .03 |
| 4. | Feb12 | 1:18pm | PALMDALE CA | 4004 | Night | .5 | .03 |
| 5. | Feb12 | 1:19pm | PALMDALE CA | 4004 | Night | .6 | .03 |
| 6. | Feb12 | 1:48pm | PALMDALE CA | 4004 | Night | .5 | .03 |
| 7. | Feb12 | 2:09pm | DIAMOND BAR CA | 1310 | Night | .6 | .03 |
| 8. | Feb12 | 2:10pm | LA PUENTE CA | 3596 | Night | .5 | .03 |
| | | | | | | 167.8 | 9.42 |

See Value Promise℠ Advantage 25 Section    167.8    9.42

- Direct Dialed Calls
- Local Calls (Zones 1 and 2)

Rates Reflect Calls Made Prior to Nov 1, 1999.  
Rates Reflect Calls Made on or After Nov 1, 1999.

| # | Rate | Calls | Initial Minutes | Addl Minutes | Amount |
|---|------|-------|-----------------|--------------|--------|
| 9. | Day | 339 | 339 | 472 | 13.58 |
| 10. | Evening | 63 | 63 | 159 | 2.20 |
| 11. | Night | 40 | 40 | 18 | .51 |
| | | | | | 16.29 |

- Zone 3 Calls

| # | Date | Time | Place and Number Called | | Type | Rate | Minutes | Amount |
|---|------|------|-------------------------|---|------|------|---------|--------|
| 12. | Jan18 | 4:32pm | TORRANCE CA | 5677 | Direct | Day | 1 | .07 |
| 13. | Jan18 | 5:02pm | TORRANCE CA | 5677 | Direct | Eve | 1 | .05 |
| 14. | Jan25 | 1:36pm | TORRANCE CA | 5677 | Direct | Day | 1 | .07 |
| 15. | Jan25 | 3:50pm | ALHAMBRA CA | 2233 | Direct | Day | 1 | .07 |
| 16. | Jan27 | 10:26am | TORRANCE CA | 3324 | Direct | Day | 1 | .07 |
| 17. | Jan31 | 5:08pm | TORRANCE CA | 1092 | Direct | Eve | 5 | .09 |
| 18. | Feb 3 | 11:39am | RESEDA CA | 2555 | Direct | Day | 1 | .07 |
| 19. | Feb 9 | 10:42am | RESEDA CA | 2555 | Direct | Day | 4 | .11 |
| | | | | | | | | .60 |

- Local Toll Calls

| # | Date | Time | Place and Number Called | | Type | Rate | Minutes | Amount |
|---|------|------|-------------------------|---|------|------|---------|--------|
| 20. | Feb 4 | 4:47pm | NATL411SVC | 310 411-0000 | Direct | Day | 1 | .95 |
| 21. | Feb11 | 10:46am | NATL411SVC | 310 411-0000 | Direct | Day | 1 | .95 |
| | | | | | | | | 1.90 |

**Total Direct Dialed Calls**    18.79

**Total Pacific Bell Calls from [redacted] 250**    **$19.54**

## Pacific Bell Calls from [redacted] 1050

- Direct Dialed Calls
- Local Calls (Zones 1 and 2)

Rates Reflect Calls Made Prior to Nov 1, 1999.  
Rates Reflect Calls Made on or After Nov 1, 1999.

| # | Rate | Calls | Initial Minutes | Addl Minutes | Amount |
|---|------|-------|-----------------|--------------|--------|
| 22. | Day | 83 | 83 | 1677 | 17.07 |
| 23. | Evening | 13 | 13 | 256 | 1.82 |

continues



CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC). United States District Court for the Southern District of New York.

KFM 0289

**PACIFIC✶BELL.**

| Account Number | Statement Date Feb 14, 2000 | Page 6 |

Questions about your Pacific Bell bill? 800-891-1800

## Pacific Bell Calls from [REDACTED] 050

- Direct Dialed Calls
- Local Calls (Zones 1 and 2) (continued)

Rates Reflect Calls Made on or After Nov 1, 1999.

| | Rate | Calls | Initial Minutes | Addl Minutes | Amount |
|---|---|---|---|---|---|
| 1. | Night | 14 | 14 | 306 | 1.23 |
| | | | | | 20.12 |
| | **Total Direct Dialed Calls** | | | | 20.12 |

**Total Pacific Bell Calls from [REDACTED] 1050** — **$20.12**

## Pacific Bell Calls from [REDACTED] 229

- Value Promise℠ Advantage 25
- Local Toll Calls

| | Date | Time | Place and Number Called | | Rate | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 2. | Jan31 | 1:24pm | NORWALK CA | [REDACTED] 900 | Day | 12.2 | .68 |
| | See Value Promise℠ Advantage 25 Section | | | | | 12.2 | .68 |

- Direct Dialed Calls
- Local Calls (Zones 1 and 2)

Rates Reflect Calls Made Prior to Nov 1, 1999.
Rates Reflect Calls Made on or After Nov 1, 1999.

| | Rate | Calls | Initial Minutes | Addl Minutes | Amount |
|---|---|---|---|---|---|
| 3. | Day | 19 | 9 | 15 | .66 |
| 4. | Evening | 1 | 1 | 8 | .06 |
| 5. | Night | 0 | 0 | 0 | .00 |
| | | | | | .72 |

- Zone 3 Calls

| | Date | Time | Place and Number Called | | Type | Rate | Minutes | Amount |
|---|---|---|---|---|---|---|---|---|
| 6. | Jan18 | 4:28pm | TORRANCE CA | 7 | Direct | Day | 2 | .08 |
| 7. | Jan24 | 2:34pm | SEPULVEDA CA | 67 | Direct | Day | 3 | .10 |
| 8. | Jan28 | 1:19pm | TORRANCE CA | 2482 | Direct | Day | 1 | .07 |
| | | | | | | | | .25 |
| | **Total Direct Dialed Calls** | | | | | | | .97 |

**Total Pacific Bell Calls from [REDACTED] 1229** — **$.97**

## Pacific Bell Calls from [REDACTED] 1260

- Value Promise℠ Advantage 25
- Local Toll Calls

| | Date | Time | Place and Number Called | | Rate | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 9. | Jan17 | 11:30am | WESTMINSTRCA | 177 | Day | .8 | .04 |
| 10. | Jan21 | 3:44pm | PASADENA CA | 719 | Day | 1.1 | .06 |
| 11. | Jan24 | 2:39pm | SADLBCKVLYCA | 840 | Day | 1.1 | .06 |
| 12. | Jan25 | 3:39pm | NEWBURYPRKCA | 25 | Day | .6 | .03 |
| 13. | Jan25 | 3:40pm | NEWBURYPRKCA | 0525 | Day | .6 | .03 |
| 14. | Jan28 | 2:53pm | AZUSAGLNDRCA | 0648 | Day | 2.5 | .14 |
| 15. | Feb 2 | 11:16am | NORTHRIDGECA | 3498 | Day | .8 | .04 |
| 16. | Feb 2 | 11:35am | SANTA ANA CA | 2763 | Day | 2.1 | .12 |
| 17. | Feb 2 | 5:54pm | FULLERTON CA | 9879 | Eve | 1.6 | .09 |
| 18. | Feb 4 | 3:26pm | PASADENA CA | 4932 | Day | .5 | .03 |
| 19. | Feb10 | 10:33am | LACRSCENTACA | 4447 | Day | .8 | .04 |
| 20. | Feb10 | 10:34am | LACRSCENTACA | 4447 | Day | 1.1 | .06 |
| 21. | Feb10 | 10:38am | LACRSCENTACA | 4447 | Day | .6 | .03 |

*continues*



CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC). United States District Court for the Southern District of New York.

KFM 0290



PACIFIC BELL

Account Number [redacted]

Statement Date
Feb 14, 2000

Page

Questions about your Pacific Bell bill? 800-891-1800

## Pacific Bell Calls from [redacted]1260

•Value Promise℠ Advantage 25

•Local Toll Calls (continued)

| | Date | Time | Place and Number Called | | | Rate | Minutes | Amount |
|---|---|---|---|---|---|---|---|---|
| 1. | Feb12 | 2:01pm | PALMDALE | CA | [redacted] | Night | 1.1 | .06 |
| | | | | | | | 15.3 | .83 |

| | | |
|---|---|---|
| See Value Promise℠ Advantage 25 Section | 15.3 | .83 |

•Direct Dialed Calls

•Local Calls (Zones 1 and 2)

Rates Reflect Calls Made Prior to Nov 1, 1999.

Rates Reflect Calls Made on or After Nov 1, 1999.

| | Rate | Calls | Initial Minutes | Addl Minutes | Amount |
|---|---|---|---|---|---|
| 2. | Day | 15 | 15 | 8 | .49 |
| 3. | Evening | 0 | 0 | 0 | .00 |
| 4. | Night | 3 | 3 | 1 | .04 |
| | | | | | .53 |

•Zone 3 Calls

| | Date | Time | Place and Number Called | | | Type | Rate | Minutes | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 5. | Jan24 | 4:16pm | SEPULVEDA | CA | [redacted] | Direct | Day | 2 | .08 |
| 6. | Jan24 | 4:36pm | SEPULVEDA | CA | [redacted] | Direct | Day | 1 | .07 |
| 7. | Jan31 | 12:39am | COMPTON | CA | [redacted] | Direct | Night | 1 | .03 |
| 8. | Feb13 | 7:43am | MALIBU | CA | [redacted] | Direct | Night | 1 | .03 |
| | | | | | | | | | .21 |

| | |
|---|---|
| Total Direct Dialed Calls | .74 |
| Total Pacific Bell Calls from [redacted]1260 | .74 |

## Pacific Bell Calls from [redacted]6702

•Custom Calling Usage

•Call Return

| | Description | Qty | Amount |
|---|---|---|---|
| 9. | Call Return Activated | 1 | .75 |

| | |
|---|---|
| Total Custom Calling Usage | .75 |

•Value Promise℠ Advantage 25

•Local Toll Calls

| | Date | Time | Place and Number | | | Rate | Minutes | Amount |
|---|---|---|---|---|---|---|---|---|
| 10. | Dec31 | 5:37pm | ONTARIO | CA | [redacted] | Eve | .5 | .03 |
| 11. | Jan17 | 11:40am | NORWALK | CA | [redacted] | Day | 1.8 | .10 |
| 12. | Jan17 | 3:38pm | FONTANA | CA | [redacted] | Day | 6.0 | .34 |
| 13. | Jan18 | 3:34pm | SAN PEDRO | CA | [redacted] | Day | .5 | .03 |
| 14. | Jan21 | 11:27am | PASADENA | CA | [redacted] | Day | .5 | .03 |
| 15. | Jan21 | 4:00pm | PASADENA | CA | [redacted] | Day | 1.7 | .10 |
| 16. | Jan24 | 4:32pm | NORWALK | CA | [redacted] | Day | 11.4 | .64 |
| 17. | Jan26 | 1:43pm | ANAHEIM | CA | [redacted] | Day | .5 | .03 |
| 18. | Jan26 | 1:43pm | ANAHEIM | CA | [redacted] | Day | .7 | .04 |
| 1[illegible] | [illegible]an2[illegible] | [illegible] | PASADENA | CA | [redacted] | Day | .5 | .03 |
| 20. | Jan27 | 10:41am | MONROVIA | CA | [redacted] | Day | 1.2 | .07 |
| 21. | Jan27 | 10:46am | MONROVIA | CA | [redacted] | Day | 1.7 | .10 |
| 22. | Jan31 | 1:22pm | PALMDALE | CA | [redacted] | Day | 1.0 | .06 |
| 23. | Jan31 | 1:45pm | CHINO | CA | [redacted] | Day | .5 | .03 |
| 24. | Jan31 | 1:46pm | FONTANA | CA | [redacted] | Day | .5 | .03 |
| 25. | Jan31 | 1:58pm | FONTANA | CA | [redacted] | Day | 1.7 | .10 |
| 26. | Jan31 | 4:59pm | PASADENA | CA | [redacted] | Day | .5 | .03 |

continues

[redacted]

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC). United States District Court for the Southern District of New York.

**PACIFIC BELL.**

Account Number: [redacted]
Statement Date: Feb 14, 2000
Page 8

Questions about your Pacific Bell bill? 800-891-1800

## Pacific Bell Calls from [redacted] 6702

- Value Promise℠ Advantage 25
- Local Toll Calls (continued)

| # | Date | Time | Place and Number Called | | Rate | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 1. | Feb 2 | 12:19pm | CHINO CA | 2266 | Day | .5 | .03 |
| 2. | Feb 2 | 1:47pm | CHINO CA | 2266 | Day | .5 | .03 |
| 3. | Feb 2 | 1:58pm | CLMNTSNDMSCA | 8030 | Day | .5 | .03 |
| 4. | Feb 3 | 11:23am | ANAHEIM CA | 1475 | Day | .6 | .03 |
| 5. | Feb 3 | 11:45am | PASADENA CA | 9090 | Day | 1.5 | .08 |
| 6. | Feb 4 | 1:45pm | ANAHEIM CA | 1475 | Day | .6 | .03 |
| 7. | Feb 7 | 5:26pm | SAN PEDRO CA | 7890 | Eve | .9 | .05 |
| 8. | Feb 8 | 7:11pm | DIAMONDBARCA | 3865 | Eve | 3.0 | .17 |
| 9. | Feb 10 | 11:54am | SANTA ANA CA | 3610 | Day | 1.0 | .06 |
| | | | | | | 40.3 | 2.30 |

See Value Promise℠ Advantage 25 Section    40.3    2.30

- Direct Dialed Calls
- Local Calls (Zones 1 and 2)

Rates Reflect Calls Made Prior to Nov 1, 1999.
Rates Reflect Calls Made on or After Nov 1, 1999.

| # | Rate | Calls | Initial Minutes | Add'l Minutes | Amount |
|---|---|---|---|---|---|
| 10. | Day | 131 | 131 | 202 | 5.42 |
| 11. | Evening | 11 | 11 | -- | .29 |
| 12. | Night | 9 | 9 | 6 | .12 |
| | | | | | 5.83 |

- Zone 3 Calls

| # | Date | Time | Place and Number | | Type | Rate | Minutes | Amount |
|---|---|---|---|---|---|---|---|---|
| 13. | Jan 18 | 12:56pm | TORRANCE CA | 677 | Direct | Day | 1 | .07 |
| 14. | Jan 18 | 3:38pm | TORRANCE CA | 77 | Direct | Day | 3 | .10 |
| 15. | Jan 18 | 4:47pm | TORRANCE CA | 77 | Direct | Day | 3 | .10 |
| 16. | Jan 18 | 5:50pm | TORRANCE CA | 677 | Direct | Eve | 1 | .05 |
| 17. | Jan 21 | 10:50am | LOSANGELESCA | 915 | Direct | Day | 3 | .10 |
| 18. | Jan 24 | 2:23pm | SEPULVEDA CA | 487 | Direct | Day | 3 | .10 |
| 19. | Jan 25 | 1:36pm | TORRANCE CA | 677 | Direct | Day | 1 | .07 |
| 20. | Jan 26 | 2:30pm | ALHAMBRA CA | 233 | Direct | Day | 7 | .18 |
| 21. | Jan 28 | 1:20pm | TORRANCE CA | 482 | Direct | Day | 2 | .08 |
| 22. | Jan 29 | 9:05am | LOSANGELESCA | 915 | Direct | Night | 6 | .08 |
| 23. | Jan 31 | 1:49pm | RESEDA CA | 55 | Direct | Day | 2 | .08 |
| 24. | Jan 31 | 1:53pm | RESEDA CA | 55 | Direct | Day | 3 | .10 |
| 25. | Feb 3 | 10:27am | ALHAMBRA CA | 236 | Direct | Day | 1 | .07 |
| 26. | Feb 9 | 1:08pm | TORRANCE CA | 314 | Direct | Day | 1 | .07 |
| | | | | | | | | 1.21 |

**Total Direct Dialed Calls**    7.04

**Total Pacific Bell** [redacted]    $7.78

## Taxes & Surcharges

| # | Description | | | Amount |
|---|---|---|---|---|
| 27. | Charges for Network Access for Interstate Calling, Imposed by Federal Communications Commission | | | 25.95 |
| 28. | CA High Cost Fund Surcharge - A: | B: | 3.57 | 3.57 |
| 29. | California Teleconnect Fund Surcharge | | | .07 |
| 30. | Universal Lifeline Telephone Service Surcharge | | | .69 |
| 31. | Rate Surcharge | | | 3.11cr |
| 32. | State Regulatory Fee | | | .14 |
| 33. | CA Relay Service and Communications Devices Funds | | | .26 |
| 34. | Equal Access Recovery Charge | | | .12 |

*continues*

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC). United States District Court for the Southern District of New York.

KFM 0292

**PACIFIC BELL.**

Account Number: [redacted]  
Statement Date: Feb 14, 2000  
Page 9

Questions about your Pacific Bell bill? 800-891-1800

## Taxes & Surcharges (continued)

| | Description | | | | | | Amount |
|---|---|---|---|---|---|---|---|
| 1. | Tax: | Fed: 4.82 | 911: .97 | Local: 17.65 | | | 23.44 |

**Total Taxes & Surcharges** $51.13

### RATE CHANGE NOTICE

The Federal End-User Common Line Charge (EUCL) on each of your business lines has increased by $0.05 for a total of $5.19 per month, effective January 1, 2000. The EUCL charge, which all customers with dial tone must pay, was established by the Federal Communications Commission (FCC) to defray part of the costs of providing interstate telephone service.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC). United States District Court for the Southern District of New York.

KFM 0293



[redacted]

Statement Date
Feb 14, 2000

Page 10

Questions about your bill? 1-800-875-9235

EXCEL

**Total Current Charges (See detail below) $6.14**

## Monthly Charges

| | Description | Amount |
|---|---|---|
| 1. | Tax: Fed: .16 911: Local: .59 | .75 |
| | **Total Monthly Charges** | **$.75** |

## Calls from [redacted]1229

• Calls

• Domestic

| | Date | Time | Place and Number Called | Type | Rate | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 2. | Dec19 | | SERVICE CHG | | | | 3.00 |
| 3. | Dec19 | | PICC/USF FEE | | | | 2.39 |
| | | | | | | | 5.39 |

**Total Calls** 5.39

**Total Calls from [redacted]1229 $5.39**

Any questions or disputes pertaining to the charges on this page of your bill may be directed to the toll-free number listed above. The name, address and telephone number of the party generating these charges is Excel Communications, P.O. Box 6500582, Dallas, TX 75265-0582 at 1-800-875-9235. Customers not satisfied with the resolution of any dispute may register a complaint with the California Public Utilities Commission (CPUC) or with the Federal Communications Commission (FCC). The address and telephone number of the CPUC and the FCC are listed on the back of page 1 of your bill.

Advertisements are paid for by Excel Telecom. Pacific Bell has no affiliation with Excel Telecom and cannot endorse, recommend or warrant any products or services described herein.

[redacted]

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC). United States District Court for the Southern District of New York.



[redacted]

Statement Date
Feb 14, 2000

Page 11

Questions about your bill? 1-888-478-8724

# USBI

Questions or disputes for charges on this portion of your bill should be directed to USBI, P.O. Box 29252, San Antonio, TX 78229-4898 at 1-888-478-8724. Customers not satisfied with the resolution may register a complaint with the California Public Utilities Commission (CPUC) or the FCC. (See back of page 1 for address and telephone number.)

**Total Current Charges (See detail below)** **$1.14**

**Monthly Charges**

| | Description | Amount |
|---|---|---|
| 1. | Tax: Fed: .03 911: Local: .11 | .14 |
| | **Total Monthly Charges** | **$.14** |

**Calls from** [redacted]1250

• Calls

• Billed on Behalf of STARTEC INC

• Domestic

| | Date | Time | Place and Number Called | Type | Rate | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 2. | Jan19 | | UNTV SER V FD | | | | 1.00 |
| **Total Calls** | | | | | | | 1.00 |
| **Total Calls from** [redacted]250 | | | | | | | **$1.00** |

Advertisements are paid for by USBI. Pacific Bell has no affiliation with USBI and cannot endorse, recommend or warrant any products or services described herein

[redacted]

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC). United States District Court for the Southern District of New York.

## PAYING & UNDERSTANDING YOUR BILL

### How to pay your bill
You can mail your payment, pay electronically through our Automatic Payment Service, or pay at one of the Authorized Payment Locations. When mailing your payment, write the amount paid in the boxes on the remittance stub. Also, write your area code and telephone number on your check. Enclose your check and remittance stub in the return envelope and mail to:

**In Northern California:** Pacific Bell, Payment Center, Sacramento, CA 95887-0001

**In Southern California:** Pacific Bell, Payment Center, Van Nuys, CA 91388-0001

### Billing for other than basic telephone service
Pacific Bell bills for other telephone service providers including long distance companies, and information service providers. There is no connection between Pacific Bell and these companies.

If you dispute any 976, 900 or 700 Information Service Charge, you may be entitled to a credit. You must request this credit by calling or writing Pacific Bell within 60 days from receipt of the bill. Pending review, you may withhold payment of the disputed amount and collection of those charges will be suspended. You have a right not to be billed for interstate 900 calls which violate federal law. You may request blocking of 900 and 976 services. You may be blocked from calling 800 calls for failure to pay legitimate 900 call charges and the Information Provider may seek collection of these charges. Your basic service will not be disconnected for non-payment of 900 and 976 charges or other information services, such as voice mail, electronic mail, voice store and forward, fax store and forward, directory advertising and inside wire installation that may be included in the "Total Due." Please call the number on your bill if you have any questions about your charges.

### Call type and rate information
The codes that appear in the "Type" and "Rate" columns describe your calls. The Type column describes the Type of call, the "Rate" column describes the rate period for the call.

**Type of Call**
- 3rdPty   Operator-Assisted Third-Party Billed
- Anncmt 900/876 Announcement Service
- BsyInt   Busy Interrupt
- BsyVfy   Busy Verify
- Card     Calling Card
- Chnnl    Channel Usage
- ClBack   Call Back
- Coll     Operator-Assisted Collect
- Conf     Conference
- Direct   Direct Dialed
- Local    Local Toll
- Oper     Operator Assisted
- P/Coll   Person Collect
- Person   Person-to-Person
- PSD      Public Switched Digital
- Rechrg   Recharged
- Return   Call Return (****-private number)
- S3rd    System-Assisted Third Party Billed
- S(Col)  System-Assisted Collect
- ShipRL  Ship Radio Link

**Type of Call**
- TTY          Certified TTY User Rate
- TTYNot Certified TTY User Rate
- Call Return

**Rate Period**
- Day/    Day
- Day+    Day Multi-Rate
- Dscnt   Discount
- Econ    Economy
- Eve     Evening
- Eve+    Evening Multi
- LNight  Late Night
- LNgh+   LateNightMulti
- Night   Night
- Ngh+e   Night Multi-Rate
- Peak    Peak
- O/Pk    Off Peak
- O/Pk+   Off Peak Multi-Rate
- Peak+   Peak Multi-Rate
- Brd     Standard

Si desea recibir esta información en español, consulte las páginas de la Guía Para El Cliente en su directorio de Pacific Bell.

### When to pay your bill
Your payment is due when you receive your bill. If we don't receive payment for your local and long distance charges by the "DUE BY" Date, your account will become past due. If we disconnect your service for non-payment, you must pay the past due amount and a charge to reconnect your service. You may also be required to pay a deposit.

### Late payment charge
If we do not receive your payment by the date shown in the "Late Payment Charge Reminder" section, we will add a late payment charge of:

Exchange Services - 1.5%, calculated monthly, of your total unpaid balance when the unpaid balance is $20.00 or more
Dedicated Services - 1.5% per month, calculated daily, of your total unpaid balance

The late payment charge is a penalty charge and does not relieve you of the obligation to pay the total amount due by the "DUE BY" date. The late payment date will be at least 22 days from the date of mailing.

### Questions about your bill
If you have questions about your bill, please call us at the number shown on your bill or write to us at P.O. Box 8039, South San Francisco, CA 94083-9039 for residence accounts and P.O. Box 78230, San Francisco, CA 94107-8230 for business accounts. If you are not satisfied after receiving an explanation, ask to speak with a manager. Pacific Bell will investigate and notify you with the results.

If you still disagree:
- You first must pay the undisputed amount to Pacific Bell by the "DUE BY" Date, and
- You must file a claim with the California Public Utilities Commission (CPUC) within 7 calendar days after we have notified you of the results of our investigation. This will avoid possible interruption of your service.

To file a claim with the CPUC:
- You must send an explanation of your claim and a check for the disputed amount to the CPUC, to be held as a deposit.
- The CPUC only accepts deposits for matters which relate to the accuracy of the bill. This does not include directory advertising.
- The CPUC will review your claim and distribute funds, based on its investigation.

CPUC ADDRESS: Consumer Affairs Branch, 505 Van Ness Avenue, San Francisco, CA 94102. Telephone number 1-800-649-7570.

### Network Access for Interstate Calling
If you have questions about charges for "Network Access for Interstate Calling," imposed by the Federal Communications Commission, or charges for calls to another state that you are unable to resolve with your long distance carrier, you should write to: Consumer Complaints - Enforcement Division, Common Carrier Bureau, Federal Communications Commission, 445 12th St. S.W., Washington, D.C. 20554; or call: 1-888-CALLFCC.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC). United States District Court for the Southern District of New York.

KFM 0296