# EXHIBIT 132
## REDACTED FOR PUBLIC FILING



171

| Account Number | Bill Date | Payment Due Date |
|---|---|---|
| [redacted] | JAN 31, 2000 | FEB 29, 2000 |

AT&T

ISLAMIC FOUNDATION
11004 WASHINTON BLVD
CULVER CITY CA 90232-3901

REF [redacted]0432

AT&T Business Service — For Customer Care: 1 877 325-0445

**ACCOUNT STATUS**

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $50.35 |
| PAYMENT RECEIVED | 1/27/00 | $50.35CR |
| ADJUSTMENTS | | $0.00 |
| TOTAL CURRENT CHARGES | | $17.47 |
| TOTAL AMOUNT DUE | | $17.47 |

**AT&T Business Service**

| | |
|---|---|
| AT&T LONG DISTANCE | $17.47 |
| TOTAL CURRENT CHARGES | $17.47 |

****** Important News About Your Account ******

**Account Status**

Thank you for choosing AT&T. You may be eligible to receive a Primary Interexchange Carrier (PIC), or winback reimbursement, please call 1 888 335-0007.

Various billing options are available to meet your business needs. Please contact your Account Representative at the number on the top of your bill.

**Regulatory News**

The California Public Utilities Commission has suspended indefinitely the beginning dates of mandatory 1+10-digit dialing and the openings of new overlay area codes that were scheduled for the 408, 415, 510, 650, 714, and 909 area codes. In the case of the 909 area code, which is also scheduled for an area code split, the split is only temporarily delayed and will proceed on a schedule to be determined in the near future.

*See next page for more news!*

PLEASE MAKE CHECKS PAYABLE TO AT&T AND INCLUDE YOUR ACCOUNT NUMBER ON PAYMENT.
PLEASE MAKE SURE THAT THE AT&T P.O. BOX ADDRESS IS SHOWING THROUGH THE ENVELOPE WINDOW.

000001977

Page 2



## TO REPLACE LOST OR STOLEN AT&T CARDS CALL 1-800-CALL-ATT

### AT&T CALL TYPE AND RATING INFORMATION

| CALL TYPE | RATE PERIOD |
|---|---|
| CCO - Operator Handled Card Calls | DAY - Day |
| CCP - Calling Card Person Call | DAYSA - Daytime Savings Time |
| CCS - Calling Card Station Call | DISAB - Disabled Person Discount Rate Applied |
| CEL - Cellular Calls | DISC - Discount |
| DDC - Direct Dialed Call | ECON - Economy |
| DFR - Direct Dialed Call - Per Minute Or Flat Rate Applied | EVE - Evening |
| INT - Interrupt Request | MFLAT - Per Minute Or Flat Rate |
| OBP - Operator Handled Person Call Billed To Third Number Or Special Billing Number | MULTI - Multi-rated (More Than One Rate Period Applies) |
| OBS - Operator Handled Station Call Billed To Third Number Or Special Billing Number | MXSPC - Mexico Special Rate |
| OCP - Operator Handled Person Collect Call | NT/WK - Night/Weekend |
| OCS - Operator Handled Station Collect Call | OPEAK - Off Peak (Evening & Night/Weekend Or Discount & Economy) |
| ODR - Operator Handled Station Call-Dial Rate Applied | PEAK - Peak (Day or Standard) |
| OHP - Operator Handled Person Call | SPECL - Special Additional Discount Rate Applied |
| OHS - Operator Handled Station Call | STAND - Standard |
| VER - Verification Request | |
| Note: An Operator Service Charge will apply when the Customer has the capability of dialing the called number, but elects to have the Operator dial the called number. | (&) - Call displayed more than once to identify separate rate periods. |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

KFM000475

| Account Number | Bill Date | Payment Due Date | | Page 3 |
|---|---|---|---|---|
| | JAN 31, 2000 | FEB 29, 2000 | AT&T | ISLAMIC FOUNDATION<br>11004 WASHINGTON BLVD<br>CULVER CITY  CA  90232-3901<br>REF #        0432 |

## AT&T Business Service

**Regulatory News**

ATTENTION CALIFORNIA CUSTOMERS IN THE 707 AREA CODE:  A 3-way geographic split of the 707 area code has been approved and will occur in two phases.  In Phase 1, that part of the 707 area code serving Solano county and small portions of southern Napa county will receive a new area code, 369.  In Phase 2, that part of the 707 area code serving the rest of Napa county and the greater part of Sonoma county will receive a new area code, 627.  A small part of southern Mendocino county will also receive the 627 code, and small portions of northern Sonoma county will remain in the 707 code.

In Phase 1, beginning on 12/2/00, calls from outside the new 369 area may be made using either the new 369 code or the existing 707 code.  As of 6/2/01, the new code will be required to place calls into the 369 area.  As with other out-of-area calls, calls out of the 369 area to the remaining 707 area will require 1+10-digit dialing.

In Phase 2, beginning on 10/13/01, calls from outside the new 627 area may be made using either the new 627 code or the existing 707 code.  As of 4/13/02, the new code will be required to place calls into the 627 area.  As with other out-of-area calls, calls out of the 627 area to the remaining 707 area will require 1+10-digit dialing.

*Thank you for using AT&T where every customer counts*

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

KFM000476



CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

KFM000477



| Account Number | Bill Date | Payment Due Date | | Page 5 |
|---|---|---|---|---|
| [redacted] | JAN 31, 2000 | FEB 29, 2000 | AT&T | ISLAMIC FOUNDATION<br>11004 WASHINGTON BLVD<br>CULVER CITY  CA  90232-3901<br>REF # [redacted] 0432 |

## AT&T Business Service
### Summary of Charges

| EXPLANATION | AMOUNT |
|---|---|
| **MONTHLY CHARGES** | |
| LONG DISTANCE SERVICE<br>  Minimum Usage Charge | $7.50 |
| SUBTOTAL | $7.50 |
| **REGULATORY FEES** | |
| LONG DISTANCE SERVICE<br>  Universal Connectivity Charge<br>  Federal<br>    Interstate/International<br>  Carrier Line Charge<br>  Federal<br>    2 Multi Line(s) At $3.50 | $0.96<br><br><br><br>7.00 |
| SUBTOTAL | $7.96 |
| **TAXES** | |
| LONG DISTANCE SERVICE<br>  Federal Tax<br>  Local Tax | $0.46<br>1.55 |
| SUBTOTAL | $2.01 |
| **TOTAL CURRENT CHARGES** | **$17.47** |

recycled paper

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

KFM000478



CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

KFM000479