# EXHIBIT 133
## REDACTED FOR PUBLIC FILING



| Account Number | Bill Date | Payment Due Date | AT&T | ISLAMIC FOUNDATION 11004 WASHINGTON BLVD CULVER CITY CA 90232-3901 |
|---|---|---|---|---|
| | FEB 13, 2000 | MAR 13, 2000 | | REF 1250 |

## AT&T Business Service

**For Customer Care: 1-877-325-0445**

### ACCOUNT STATUS

| | | AT&T Business Service | |
|---|---|---|---|
| PREVIOUS BALANCE | $696.51 | AT&T LONG DISTANCE | $156.38 |
| PAYMENTS | $0.00 | TOTAL CURRENT CHARGES | $156.38 |
| ADJUSTMENTS | $0.00 | | |
| TOTAL CURRENT CHARGES | $156.38 | | |
| TOTAL AMOUNT DUE | $852.89 | | |

**✱✱✱✱ Important News About Your Account ✱✱✱✱**

**Just For Your Business**

Now you can manage all of your ordering and billing inquiries with just a click. Visit us at www.att.com/bcs for details on AT&T on-line customer service.

**Account Status**

You are no longer authorized to use this service. Mail your payment today.

Thank you for choosing AT&T. You may be eligible to receive a Primary Interexchange Carrier (PIC), or winback reimbursement, please call 1 888 335-0007.

*See next page for more news!*

**PLEASE MAKE CHECKS PAYABLE TO AT&T AND INCLUDE YOUR ACCOUNT NUMBER ON PAYMENT. PLEASE MAKE SURE THAT THE AT&T P.O. BOX ADDRESS IS SHOWING THROUGH THE ENVELOPE WINDOW.**

---

**TO ENSURE PROPER CREDIT, PLEASE DETACH THIS PORTION AND RETURN WITH REMITTANCE.**

003000    2 AB  .49  S10

ISLAMIC FOUNDATION
11004 WASHINGTON BLVD
CULVER CITY  CA  90232-3901

*Paid in full vide ch # 1132 from King Fahd Mosque*

| | AT&T |
|---|---|
| | Account Number: |
| | Bill Date: FEB 13, 2000 |
| | Payment Due Date: MAR 13, 2000 |

Check here if name, address, or telephone number has changed. ☐ reverse side.

AT&T
P.O. BOX 78522
PHOENIX, AZ  85062-8522

Total Amount Due: **$852.89**

Amount Enclosed: $

0204405939001018000000000852890000015638000000000001

SC#00-01

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

KFM000480

Page 2

**AT&T**

TO REPLACE LOST OR STOLEN AT&T CARDS CALL 1-800-CALL-ATT

AT&T CALL TYPE AND RATING INFORMATION

**CALL TYPE**

CCO - Operator Handled Card Calls
CCP - Calling Card Person Call
CCS - Calling Card Station Call
CEL - Cellular Calls
DDC - Direct Dialed Call
DFR - Direct Dialed Call - Per Minute Or Flat
    Rate Applied
INT - Interrupt Request
OBP - Operator Handled Person Call Billed To
    Third Number Or Special Billing Number
OBS - Operator Handled Station Call Billed To
    Third Number Or Special Billing Number
OCP - Operator Handled Person Collect Call
OCS - Operator Handled Station Collect Call
ODR - Operator Handled Station Call-Dial
    Rate Applied
OHP - Operator Handled Person Call
OHS - Operator Handled Station Call
VER - Verification Request

**RATE PERIOD**

DAY   - Day
DAYSA - Daytime Savings Time
DISAB - Disabled Person Discount Rate
    Applied
DISC  - Discount
ECON  - Economy
EVE   - Evening
MFLAT - Per Minute Or Flat Rate
MULTI - Multi-rated (More Than One Rate
    Period Applies)
MXSPC- Mexico Special Rate
NT/WK - Night/Weekend
OPEAK - Off Peak (Evening & Night/Weekend
    Or Discount & Economy)
PEAK  - Peak (Day or Standard)
SPECL - Special Additional Discount Rate
    Applied
STAND - Standard

Note: An Operator Service Charge will apply
when the Customer has the capability of
dialing the called number, but elects to
have the Operator dial the called number.

(&)  - Call displayed more than once to
    identify separate rate periods.

PLEASE NOTE ONLY THE ITEMS THAT HAVE CHANGED

Company Name
Attention
Street Address
City - State
Zip Code

Area Code and
Phone Number

HAS YOUR BUSINESS MOVED ?  Y_____ N_____

HAS OWNERSHIP CHANGED ?  Y_____ N_____

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information
in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

KFM000481



Page 3

| Account Number | Bill Date | Payment Due Date |
|---|---|---|
| | FEB 13, 2000 | MAR 13, 2000 |

AT&T

ISLAMIC FOUNDATION
11006 WASHINGTON BLVD
CULVER CITY  CA  90232-3901

REF #          1250

## AT&T Business Service

**Regulatory News**

The California Public Utilities Commission has suspended indefinitely the beginning dates of mandatory 1+10-digit dialing and the openings of new overlay area codes that were scheduled for the 408, 415, 510, 650, 714, and 909 area codes. In the case of the 909 area code, which is also scheduled for an area code split, the split is only temporarily delayed and will proceed on a schedule to be determined in the near future.

ATTENTION CALIFORNIA CUSTOMERS IN THE 707 AREA CODE: A 3-way geographic split of the 707 area code has been approved and will occur in two phases. In Phase 1, that part of the 707 area code serving Solano county and small portions of southern Napa county will receive a new area code, 369. In Phase 2, that part of the 707 area code serving the rest of Napa county and the greater part of Sonoma county will receive a new area code, 627. A small part of southern Mendocino county will also receive the 627 code, and small portions of northern Sonoma county will remain in the 707 code.

In Phase 1, beginning on 12/2/00, calls from outside the new 369 area may be made using either the new 369 code or the existing 707 code. As of 6/2/01, the new code will be required to place calls into the 369 area. As with other out-of-area calls, calls out of the 369 area to the remaining 707 area will require 1+10-digit dialing.

In Phase 2, beginning on 10/13/01, calls from outside the new 627 area may be made using either the new 627 code or the existing 707 code. As of 4/13/02, the new code will be required to place calls into the 627 area. As with other out-of-area calls, calls out of the 627 area to the remaining 707 area will require 1+10-digit dialing.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

KFM000482



| Account Number | Bill Date | Payment Due Date |
|---|---|---|
| | FEB 13, 2000 | MAR 13, 2000 |

**AT&T**

Page 4

ISLAMIC FOUNDATION
11804 WASHINGTON BLVD
CULVER CITY  CA  90232-3901

REF #        1250

**AT&T Business Service**

Billing detail continues on next page.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information
in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

KFM000483



Page 5

ISLAMIC FOUNDATION
11804 WASHINGTON BLVD
CULVER CITY  CA  90232-3901

**AT&T**

REF #        1250

| Account Number | Bill Date | Payment Due Date |
|---|---|---|
| | FEB 13, 2000 | MAR 13, 2000 |

## &T Business Service
### Summary of Charges

| EXPLANATION | | AMOUNT |
|---|---|---|
| **USAGE CHARGES** | | $111.26 |
| LONG DISTANCE SERVICE | | |
| | SUBTOTAL | $111.26 |
| **REGULATORY FEES** | | |
| LONG DISTANCE SERVICE | | |
| Universal Connectivity Charge | | |
| Federal | | $8.27 |
| Interstate/International | | |
| Carrier Line Charge | | |
| Federal | | 17.50 |
| 5 Multi Line(s) At $3.50 | | |
| | SUBTOTAL | $25.77 |
| **TAXES** | | |
| LONG DISTANCE SERVICE | | |
| Federal Tax | | $4.11 |
| Local Tax | | 15.09 |
| CA RELAY SVCE & COM DEV FND | | 0.01 |
| UNIV LIFELINE TELE SERV SUR | | 0.02 |
| CALIFORNIA HIGH COST FUND | | 0.09 |
| 9-1-1 SURCHARGE | | 0.03 |
| | SUBTOTAL | $19.35 |
| | TOTAL CURRENT CHARGES | $156.38 |

### Summary of Coded Calls

**ACCOUNT CODES**

| PRIMARY CODE/ DESCRIPTION | SECONDARY CODE/ DESCRIPTION | CALLS | DURATION (hh:mm:ss) | AMOUNT |
|---|---|---|---|---|
| 1003 | | 40 | 1:49:26 | $59.33 |
| CODE SUBTOTAL | | 40 | 1:49:26 | $59.33 |
| 1004 | | 3 | 16:03 | $4.37 |
| CODE SUBTOTAL | | 3 | 16:03 | $4.37 |
| 1006 | | 27 | 50:29 | $23.93 |
| CODE SUBTOTAL | | 27 | 50:29 | $23.93 |
| 1007 | | 6 | 20:44 | $8.82 |
| CODE SUBTOTAL | | 6 | 20:44 | $8.82 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

KFM000484

000020210

Page 6

| Account Number | Bill Date | Payment Due Date | | ISLAMIC FOUNDATION |
|---|---|---|---|---|
| | FEB 13, 2000 | MAR 13, 2000 | AT&T | 11004 WASHINGTON BLVD<br>CULVER CITY CA 90232-3901 |

REF #        1250

**Subaccount:**

## AT&T Business Service
### Summary of Coded Calls

**ACCOUNT CODES**

| PRIMARY CODE/ DESCRIPTION | SECONDARY CODE/ DESCRIPTION | CALLS | DURATION (hh:mm:ss) | AMOUNT |
|---|---|---|---|---|
| 1009 | | 23 | 1:15:43 | $12.79 |
| CODE SUBTOTAL | | 23 | 1:15:43 | $12.79 |
| TOTAL | | 99 | 4:32:25 | $109.24 |

* Ineligible call types are not discounted.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information
in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

KFM000485



**Page 7**

ISLAMIC FOUNDATION
11004 WASHINGTON BLVD
CULVER CITY  CA  90232-3901

AT&T

| Account Number | Bill Date | Payment Due Date | | |
|---|---|---|---|---|
| | FEB 13, 2000 | MAR 13, 2000 | | REF # 1250 |

Subaccount:

## AT&T Business Service
## Call Detail

LONG DISTANCE SERVICE
PRIMARY ACCOUNT CODE:    1003

| ITEM | DATE | TIME (hh:mm:ss) | PLACE | AREA CODE/NUMBER | DURATION (hh:mm:ss) | CALL TYPE | RATE PERIOD | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | 1/24/00 | 12:43:14P | TO NEW YORK | NY 8500 | 3:26 | DDC | MFLAT | 0.31 |
| 2 | 1/24/00 | 1:38:42P | TO WASHINGTON | DC 0200 | 0:35 | DDC | MFLAT | 0.05 |
| 3 | 1/26/00 | 3:55:40P | TO WINSTN SAL | NC 2492 | 3:04 | DDC | MFLAT | 0.28 |
| 4 | 1/26/00 | 4:00:20P | TO HYATTSVL | MD 8738 | 0:30 | DDC | MFLAT | 0.05 |
| 5 | 1/26/00 | 4:49:48P | TO FREMNTNWRK | CA 4590 | 1:07 | DDC | MFLAT | 0.10 |
| 6 | 1/27/00 | 10:34:29A | TO UK | UK 441223314387 | 0:42 | DDC | MFLAT | 0.06 |
| 7 | 1/31/00 | 6:20:09A | TO UK | UK 441223314387 | 2:08 | DDC | MFLAT | 0.19 |
| 8 | 2/01/00 | 11:44:49A | TO EL CENTRO | CA 6684 | 0:30 | DDC | MFLAT | 0.05 |
| 9 | 2/09/00 | 1:36:33P | TO EL CENTRO | CA 5014 | 0:30 | DDC | MFLAT | 0.05 |
| 10 | 2/09/00 | 1:37:41P | TO EL CENTRO | CA 7900 | 0:58 | DDC | MFLAT | 0.09 |
| 11 | 2/09/00 | 1:39:03P | TO EL CENTRO | CA 6684 | 0:30 | DDC | MFLAT | 0.05 |
| 12 | 2/09/00 | 1:53:15P | TO WASCO | CA 8400 | 2:03 | DDC | MFLAT | 0.18 |
| 13 | 2/09/00 | 1:55:34P | TO TEHACHAPI | CA 4402 | 2:17 | DDC | MFLAT | 0.21 |
| 14 | 2/09/00 | 2:00:52P | TO SAN RAFAEL | CA 4460 | 1:44 | DDC | MFLAT | 0.16 |
| 15 | 2/09/00 | 2:04:03P | TO SOLEDAD | CA 5500 | 1:36 | DDC | MFLAT | 0.14 |
| 16 | 2/10/00 | 2:32:44P | TO ELK GROVE | CA 8919 | 0:30 | DDC | MFLAT | 0.05 |
| 17 | 2/10/00 | 7:15:19P | TO ALAMEDA | CA 7461 | 2:13 | DDC | MFLAT | 0.20 |
| 18 | 2/10/00 | 7:20:23P | TO ALAMEDA | CA 7461 | 0:35 | DDC | MFLAT | 0.05 |
| 19 | 1/17/00 | 10:23:48A | TO SAUDI ARAB | SR 96612493232 | 0:30 | DDC | PEAK | 0.39 |
| 20 | 1/17/00 | 11:32:26A | TO SAUDI ARAB | SR 96612493232 | 6:11 | DDC | PEAK | 4.76 |
| 21 | 1/24/00 | 12:49:18P | TO ITALY | IT 39031734127 | 5:54 | DDC | PEAK | 1.12 |
| 22 | 1/24/00 | 12:55:41P | TO ITALY | GH 23321224963 | 3:09 | DDC | PEAK | 1.80 |
| 23 | 1/24/00 | 1:37:56P | TO DIR ASST | DC 202 555-1212 | | DDC | | 1.49 |
| 24 | 1/24/00 | 2:26:37P | TO GHANA | GH 23327593793 | 1:01 | DDC | PEAK | 0.58 |
| 25 | 1/24/00 | 2:30:04P | TO GHANA | GH 23327593793 | 1:17 | DDC | PEAK | 0.73 |
| 26 | 1/24/00 | 2:33:33P | TO GHANA | GH 23327593793 | 2:59 | DDC | PEAK | 1.70 |
| 27 | 1/25/00 | 12:49:54P | TO SAUDI ARAB | SR 96655428511 | 20:18 | DDC | PEAK | 15.63 |
| 28 | 1/26/00 | 10:57:36A | TO SAUDI ARAB | SR 96612493232 | 3:14 | DDC | PEAK | 2.49 |
| 29 | 1/29/00 | 9:02:18A | TO GHANA | GH 23321232498 | 0:30 | DDC | PEAK | 0.29 |
| 30 | 1/29/00 | 9:18:14A | TO GHANA | GH 23321232498 | 2:58 | DDC | PEAK | 1.69 |
| 31 | 1/31/00 | 6:30:59A | TO SAUDI ARAB | SR 96612493232 | 0:30 | DDC | PEAK | 0.39 |
| 32 | 1/31/00 | 12:44:20P | TO GHANA | GH 23321224963 | 3:19 | DDC | PEAK | 1.89 |
| 33 | 1/31/00 | 1:03:20P | TO SAUDI ARAB | SR 96612493232 | 6:16 | DDC | PEAK | 4.83 |
| 34 | 1/31/00 | 1:13:28P | TO SAUDI ARAB | SR 96612493232 | 0:33 | DDC | PEAK | 0.62 |
| 35 | 2/01/00 | 11:19:34A | TO GHANA | GH 23321224963 | 5:59 | DDC | PEAK | 3.41 |
| 36 | 2/03/00 | 3:25:00P | TO BELIZE | BH 501274778 | 7:33 | DDC | PEAK | 4.98 |
| 37 | 2/09/00 | 10:52:03A | TO GHANA | GH 23321224963 | 1:59 | DDC | PEAK | 1.13 |
| 38 | 2/09/00 | 1:28:25P | TO GHANA | GH 23321224963 | 2:57 | DDC | PEAK | 1.68 |
| 39 | 2/11/00 | 10:49:48A | TO SAUDI ARAB | SR 96612493232 | 5:35 | DDC | PEAK | 4.30 |
| 40 | 2/11/00 | 11:50:26A | TO SAUDI ARAB | SR 96655428511 | 1:46 | DDC | PEAK | 1.36 |

**TOTAL FOR PRIMARY ACCOUNT CODE    1003    $59.33**

PRIMARY ACCOUNT CODE:    1004

| 41 | 1/31/00 | 11:24:42A | TO LEXINGTON | KY 3130 | 0:38 | DDC | MFLAT | 0.06 |
| 42 | 2/10/00 | 12:58:19P | TO HOUSTON | TX 9293 | 11:07 | DDC | MFLAT | 1.00 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

KFM000486

000020212

Page 8

| Account Number | Bill Date | Payment Due Date | AT&T | ISLAMIC FOUNDATION 11004 WASHINGTON BLVD CULVER CITY CA 90232-3901 |
|---|---|---|---|---|
| | FEB 13, 2000 | MAR 13, 2000 | | REF #    1250 |

Subaccount:

## AT&T Business Service

## Call Detail

| ITEM | DATE | TIME (hh:mm:ss) | PLACE | AREA CODE/ NUMBER | DURATION (hh:mm:ss) | CALL TYPE | RATE PERIOD | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | LONG DISTANCE SERVICE PRIMARY ACCOUNT CODE: 1004 | | | | | | | |
| 1 | 1/25/00 | 1:03:47P TO SAUDI ARAB | | SR 96655654994 | 4:18 | DDC | PEAK | 3.31 |
| | **TOTAL FOR PRIMARY ACCOUNT CODE** | | | | **1004** | | | **$4.37** |
| | PRIMARY ACCOUNT CODE: 1006 | | | | | | | |
| 2 | 1/14/00 | 1:21:58P TO MONTREAL | PQ | 514 273-3815 | 0:30 | DDC | MFLAT | 0.05 |
| 3 | 1/14/00 | 1:23:27P TO MONTREAL | PQ | 514 273-3815 | 6:58 | DDC | MFLAT | 0.63 |
| 4 | 1/18/00 | 2:19:05P TO PRINCEANNE | MD | 4652 | 0:53 | DDC | MFLAT | 0.08 |
| 5 | 1/18/00 | 2:21:05P TO PRINCEANNE | MD | 0733 | 0:41 | DDC | MFLAT | 0.06 |
| 6 | 1/18/00 | 2:22:06P TO JERSEYCITY | NJ | 7738 | 0:38 | DDC | MFLAT | 0.06 |
| 7 | 1/28/00 | 10:51:22A TO WASHINGTON | DC | 3565 | 0:30 | DDC | MFLAT | 0.05 |
| 8 | 1/28/00 | 10:52:03A TO NEW YORK | NY | 6033 | 2:42 | DDC | MFLAT | 0.24 |
| 9 | 1/31/00 | 11:53:13A TO NEW YORK | NY | 6033 | 1:15 | DDC | MFLAT | 0.11 |
| 10 | 1/31/00 | 11:57:18A TO NEW YORK | NY | 6033 | 0:30 | DDC | MFLAT | 0.05 |
| 11 | 2/01/00 | 11:16:50A TO EL CENTRO | CA | 7445 | 2:53 | DDC | MFLAT | 0.26 |
| 12 | 2/01/00 | 12:54:16P TO EL CENTRO | CA | 7445 | 1:42 | DDC | MFLAT | 0.15 |
| 13 | 2/04/00 | 11:03:17A TO FLS CHURCH | VA | 4890 | 1:32 | DDC | MFLAT | 0.14 |
| 14 | 2/11/00 | 10:47:44A TO SACRAMENTO | CA | 3680 | 0:30 | DDC | MFLAT | 0.05 |
| 15 | 2/11/00 | 10:49:49A TO SACRAMENTO | CA | 3680 | 4:40 | DDC | MFLAT | 0.42 |
| 16 | 1/13/00 | 10:26:29A TO EGYPT | EG | 2023363213 | 2:47 | DDC | PEAK | 1.75 |
| 17 | 1/18/00 | 1:53:29P TO SUDAN | SN | 24911427213 | 2:10 | DDC | PEAK | 2.47 |
| 18 | 1/24/00 | 1:02:48P TO SAUDI ARAB | SR | 96612493232 | 0:56 | DDC | PEAK | 0.72 |
| 19 | 1/24/00 | 1:04:29P TO SAUDI ARAB | SR | 96655428511 | 0:34 | DDC | PEAK | 0.44 |
| 20 | 1/26/00 | 11:32:58A TO SUDAN | SN | 24911427213 | 4:07 | DDC | PEAK | 4.69 |
| 21 | 1/31/00 | 10:43:54A TO SAUDI ARAB | SR | 96655428511 | 0:42 | DDC | PEAK | 0.54 |
| 22 | 1/31/00 | 11:00:33A TO SAUDI ARAB | SR | 96655428511 | 3:17 | DDC | PEAK | 2.53 |
| 23 | 2/02/00 | 6:22:39A TO U A E | TT | 9712744270 | 1:31 | DDC | PEAK | 0.85 |
| 24 | 2/02/00 | 6:29:26A TO U A E | TT | 9713621726 | 0:30 | DDC | PEAK | 0.28 |
| 25 | 2/02/00 | 6:30:31A TO U A E | TT | 9712780326 | 0:53 | DDC | PEAK | 0.49 |
| 26 | 2/02/00 | 6:32:05A TO U A E | TT | 9713621426 | 0:50 | DDC | PEAK | 0.47 |
| 27 | 2/02/00 | 12:55:05P TO SAUDI ARAB | SR | 96612493232 | 2:15 | DDC | PEAK | 1.73 |
| 28 | 2/07/00 | 6:23:25A TO SUDAN | SN | 24911427213 | 4:03 | DDC | PEAK | 4.62 |
| | **TOTAL FOR PRIMARY ACCOUNT CODE** | | | | **1006** | | | **$23.93** |
| | PRIMARY ACCOUNT CODE: 1007 | | | | | | | |
| 29 | 2/01/00 | 3:43:47P TO SACRAMENTO | CA | 4001 | 1:43 | DDC | MFLAT | 0.15 |
| 30 | 2/01/00 | 3:46:55P TO SACRAMENTO | CA | 4001 | 5:12 | DDC | MFLAT | 0.47 |
| 31 | 2/01/00 | 3:52:49P TO SACRAMENTO | CA | 4001 | 3:35 | DDC | MFLAT | 0.32 |
| 32 | 1/14/00 | 10:53:21A TO SAUDI ARAB | SR | 96612493232 | 1:02 | DDC | PEAK | 0.80 |
| 33 | 1/25/00 | 12:53:32P TO SAUDI ARAB | SR | 96612712417 | 8:29 | DDC | PEAK | 6.53 |
| 34 | 2/01/00 | 11:47:49A TO SAUDI ARAB | SR | 96655428511 | 0:43 | DDC | PEAK | 0.55 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.    KFM000487

Page 9



ISLAMIC FOUNDATION
11804 WASHINGTON BLVD
CULVER CITY  CA  90232-3901

| Account Number | Bill Date | Payment Due Date | AT&T | REF # | 250 |
|---|---|---|---|---|---|
| | FEB 13, 2000 | MAR 13, 2000 | | | |

Subaccount:

**&T Business Service**

**Call Detail**

| ITEM | DATE | TIME (hh:mm:ss) | PLACE | AREA CODE/ NUMBER | DURATION (hh:mm:ss) | CALL TYPE | RATE PERIOD | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | PRIMARY ACCOUNT CODE: 1007 LONG DISTANCE SERVICE | | | | | |
| | | | TOTAL FOR PRIMARY ACCOUNT CODE | | 1007 | | | $8.82 |
| | | | PRIMARY ACCOUNT CODE: 1009 | | | | | |
| 1 | 1/13/00 | 12:46:15P | TO JACKSONVL | FL ███-3303 | 0:39 | DDC | MFLAT | 0.06 |
| 2 | 1/21/00 | 10:42:36A | TO UK | UK 441663764715 | 26:23 | DDC | MFLAT | 2.37 |
| 3 | 2/04/00 | 11:22:03A | TO LAS VEGAS | NV ███3111 | 2:16 | DDC | MFLAT | 0.20 |
| 4 | 2/04/00 | 4:49:08P | TO PALM SPG | CA ███0205 | 1:18 | DDC | MFLAT | 0.12 |
| 5 | 2/08/00 | 10:46:14A | TO LAS VEGAS | NV ███7778 | 0:30 | DDC | MFLAT | 0.05 |
| 6 | 2/08/00 | 10:49:39A | TO LAS VEGAS | NV ███1000 | 4:06 | DDC | MFLAT | 0.37 |
| 7 | 2/08/00 | 10:54:40A | TO LAS VEGAS | NV ███7444 | 0:56 | DDC | MFLAT | 0.08 |
| 8 | 2/08/00 | 11:00:30A | TO LAS VEGAS | NV ███7000 | 9:52 | DDC | MFLAT | 0.89 |
| 9 | 2/08/00 | 11:11:02A | TO LAS VEGAS | NV ███7000 | 3:10 | DDC | MFLAT | 0.29 |
| 10 | 2/08/00 | 11:24:58A | TO LAS VEGAS | NV ███7777 | 1:36 | DDC | MFLAT | 0.14 |
| 11 | 2/08/00 | 11:27:22A | TO LAS VEGAS | NV ███7000 | 2:32 | DDC | MFLAT | 0.23 |
| 12 | 2/08/00 | 11:30:44A | TO LAS VEGAS | NV ███7777 | 0:59 | DDC | MFLAT | 0.09 |
| 13 | 2/08/00 | 11:41:18A | TO LAS VEGAS | NV ███7777 | 0:30 | DDC | MFLAT | 0.05 |
| 14 | 2/08/00 | 11:41:53A | TO LAS VEGAS | NV ███7777 | 1:01 | DDC | MFLAT | 0.09 |
| 15 | 2/08/00 | 12:04:00P | TO LAS VEGAS | NV ███1111 | 7:15 | DDC | MFLAT | 0.65 |
| 16 | 2/08/00 | 12:24:38P | TO LAS VEGAS | NV ███4000 | 4:38 | DDC | MFLAT | 0.42 |
| 17 | 2/08/00 | 1:03:57P | TO LAS VEGAS | NV ███7777 | 0:30 | DDC | MFLAT | 0.05 |
| | 2/08/00 | 1:09:17P | TO LAS VEGAS | NV ███6111 | 0:59 | DDC | MFLAT | 0.09 |
| | 2/08/00 | 2:24:43P | TO LAS VEGAS | NV ███7111 | 6:33 | DDC | MFLAT | 0.59 |
| 20 | 2/08/00 | 10:48:05A | TO DIR ASST | NV ███1212 | | DDC | | 1.49 |
| 21 | 2/08/00 | 10:56:05A | TO DIR ASST | NV ███1212 | | DDC | | 1.49 |
| 22 | 2/08/00 | 12:02:53P | TO DIR ASST | NV ███1212 | | DDC | | 1.49 |
| 23 | 2/08/00 | 2:23:59P | TO DIR ASST | NV ███1212 | | DDC | | 1.49 |
| | | | TOTAL FOR PRIMARY ACCOUNT CODE | | 1009 | | | $12.79 |
| | | | BILLED NUMBER: ███-1260 | | | | | |
| 24 | 1/18/00 | 3:35:58P | TO NEW YORK | NY ███4787 | 0:44 | DDC | MFLAT | 0.07 |
| 25 | 1/18/00 | 3:38:37P | TO NEW YORK | NY ███4787 | 0:45 | DDC | MFLAT | 0.07 |
| 26 | 1/26/00 | 2:23:11P | TO NOVANCOUVR | BC ███3119 | 0:45 | DDC | MFLAT | 0.07 |
| 27 | 1/26/00 | 2:25:10P | TO NOVANCOUVR | BC ███3119 | 0:50 | DDC | MFLAT | 0.08 |
| 28 | 1/26/00 | 2:26:53P | TO BAKERSFLD | CA ███6734 | 0:42 | DDC | MFLAT | 0.06 |
| 29 | 2/04/00 | 10:39:56A | TO FLS CHURCH | VA ███4899 | 0:30 | DDC | MFLAT | 0.05 |
| 30 | 2/10/00 | 7:18:42P | TO OAKLAND | CA ███9427 | 0:53 | DDC | MFLAT | 0.08 |
| 31 | 1/24/00 | 12:56:20P | TO SAUDI ARAB | SR 96614720762 | 0:40 | DDC | PEAK | 0.51 |
| 32 | 1/31/00 | 10:48:56A | TO KOREA REP | KO 8227416074 | 0:36 | DDC | PEAK | 0.16 |
| 33 | 1/31/00 | 10:52:54A | TO KOREA REP | KO 8227416074 | 0:56 | DDC | PEAK | 0.24 |
| 34 | 1/31/00 | 4:05:59P | TO SAUDI ARAB | SR 96614803826 | 0:49 | DDC | PEAK | 0.63 |
| | | | SUBTOTAL FOR ███ | | 1260 | | | $2.02 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

KFM000488

0000Z0214

Page 10

| Account Number | Bill Date | Payment Due Date | | AT&T | ISLAMIC FOUNDATION 11004 WASHINGTON BLVD CULVER CITY CA 90232-3981 |
|---|---|---|---|---|---|
| | FEB 13, 2000 | MAR 13, 2000 | | | REF █████ 250 |

Subaccount:

**AT&T Business Service**
**Call Detail**

| ITEM | DATE | TIME (hh:mm:ss) | PLACE | AREA CODE/ NUMBER | DURATION (hh:mm:ss) | CALL TYPE | RATE PERIOD | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| LONG DISTANCE SERVICE | | | | | | | | |
| TOTAL FOR LONG DISTANCE SERVICE | | | | | | | | $111.26 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

KFM000489