# EXHIBIT 135
## REDACTED FOR PUBLIC FILING



# SUBSCRIBER INFORMATION FOR ▮▮▮▮-0777

Start Srv 10/01/2000

Canceled since: 04/22/2002

**Billing Name**
SALAH AL HATLANI

CS Info

**User Name**
SALAH AL HATLANI

**Place of Primary Use**
2045 SAWTELLE BLVD
LOS ANGELES CA 90025-6229

March 9, 2021
Exhibit
ABDULLAH AL-AWAD
**462**

AT&T Proprietary

The information contained here is for use by authorized person only and is not for general distribution.