# EXHIBIT 136
## REDACTED FOR PUBLIC FILING



# SUBSCRIBER INFORMATION FOR ▮▮▮▮-3362

Start Srv  07/31/1997

Canceled since: 02/27/2000

**Billing Name**
FAISAL ALMUHANA

**Billing Address**
576 N BELLFLOWER BLVD UNIT 2
LONG BEACH CA 90814-4232

**User Name**
FAISAL ALMUHANA

**Place of Primary Use**
576 N BELLFLOWER BLVD UNIT 241
LONG BEACH CA 90814-4232

June 3, 2021
Exhibit
Faisel al Muhanna
**0671**

AT&T Proprietary
The information contained here is for use by authorized person only and is not for general distribution.