# EXHIBIT 137
## REDACTED FOR PUBLIC FILING



## SUBSCRIBER INFORMATION FOR ▮▮▮▮▮▮▮-3362



Start Srv 06/10/2000

Canceled since: 04/29/2002

Billing Name

Billing Address
4907 E WILBARN ST
COMPTON CA 90221-1840

User Name

Place of Primary Use
4907 E WILBARN ST
COMPTON CA 90221-1840

AT&T Proprietary

The information contained here is for use by authorized person only and is not for general distribution.