# EXHIBIT 139



The United States Department of State - Bureau of Consular Affairs

## NIV Applicant Case Lookup Detail

Report by ▮▮▮▮ on September, 11TH 2018 14:07 ET

**Sensitive But Unclassified (SBU)** - *Information Protected under INA 222(f) and 9 FAM 40.4: This information "shall be considered confidential" per Section 222(f) of the Immigration and Nationality Act (INA) [8 U.S.C. Section 1202]. Access to and use of such information must be solely for the formulation, amendment, administration, or enforcement of the immigration, nationality, and other laws of the United States under INA 222(f) and 9 FAM 40.4. Do not access this information in anything other than an official capacity, and do not share it without the permission of the Department of State. If this record is for Visa Class LPR, the subject of the record is a lawful permanent resident of the U.S., and the personally identifiable information (PII) contained in the record is subject to the Privacy Act of 1974 and must be protected in accordance with those provisions.*

**REVOKED**     **REVOKED**     **REVOKED**

**REVOKED**     **REVOKED**     **REVOKED**

[Matches...]



| | | | |
|---|---|---|---|
| **Issuing Post Name** | | | **Control Number** |
| DEPARTMENT (DPT) | | | ▮▮▮▮ |
| **Surname** | | | |
| AL THUMAIRY | | | |
| **Given Name** | | | |
| FAHAD I A | | | |
| **Passport Number** | **Gender** | **Date of Birth** | **Nationality** |
| 8222, Official | Male | 1971 | SARB |
| **Place of Birth** | | **City of Birth** | |
| Saudi Arabia (SARB) | | | |
| **10 Prints** | **Fingerprint 1** | **Fingerprint 2** | |
| Not Available | Not Available | Not Available | |
| **Waiver Ground:** | | | |
| **FBI/IAFIS Response:** | Not Sent | | |

### No Additional Case Notes

### Case Memo(s)

| Date Entered | User ID | Memo |
|---|---|---|
| 16-JAN-2010 | ▮▮▮▮ | **SYSTEM GENERATED** Package Key:6501 This record has been revoked according to information received from the CCD. **SYSTEM_GENERATED** |

### Adjudication Data

| | | | |
|---|---|---|---|
| **Adjudication 1:** | **Interviewed by:** | **Decision:** | Issued |
| | **Adjudicated by:** ▮ | **Adjudication Date:** | 23-AUG-2002 09:48 |
| | **Authorized by:** ▮ | **Authorization Date:** | 23-AUG-2002 09:48 |

### Visa Data

| | | | |
|---|---|---|---|
| **Visa Class:** | Other Foreign Govt Official And Immediate Family (A2) | | |
| **Status:** | Revoked | **Visa Type:** | O |
| **Last Modified:** | 16-JAN-2010 | **Modified by:** | ▮▮▮▮ |
| **Issued:** | 27-AUG-2002 | **Expires:** | 22-AUG-2004 |
| **Entries:** | M | **Validity:** | 24 |
| **Foil Number:** | 60084055 | **Status:** | Printed and passed QA |
| **Type:** | | **Modified by:** | ▮▮▮▮ |
| **Date Printed:** | 27-AUG-2002 | **Date Spoiled:** | |
| | ROYAL CONSULATE GENERAL OF SAUDI ARABIA | | |

**Annotation:**

LOS ANGELES, CA

## Foil History

| Foil Number | Class | Printed | Foil Status | Date Spoiled |
|---|---|---|---|---|
| 60084055 | A2 | 27-AUG-2002 | Printed and passed QA | |

## Application Data

| | | | |
|---|---|---|---|
| **Receipt Date:** | 23-AUG-2002 08:55 | **Case Created by:** | ■ |
| **Applicant Source:** | Walk-In | | |
| **Passport Number:** | 8222 | **Passport Book Number:** | |
| **Passport Issue Date:** | | **Passport Expires:** | |
| **Passport City:** | | **Passport Country:** | |
| **Appointment Date:** | | **Occupation:** | |
| **National ID:** | | **Employer:** | |
| **Address:** | | | |
| **City:** | | | |
| **Country:** | | **Postal Code:** | |
| **Telephone:** | | | |
| **Contact Name:** | | | |
| **Contact Phone(s):** | | | |

9/11/2018

**STATE00140**