# EXHIBIT 140



**United States Department of State**

*Office of Foreign Missions*
*10920 Wilshire Boulevard, Suite 1820*
*Los Angeles, California 90024*

Phone: 310-235-6292
Fax:    310-235-6297

Date: October 4, 2000    [10/12/00]

Number of Pages: 1

Attention: Mary / Felicia, Fax 916-657-8643

Subject: CA Licenses/Registration

From: _____ Evan Press, Regional Director

  __X__ Diana Sutton, Assistant Regional Director

  _____ Ellen Frost, Information Analyst

RELEASE IN PART D6

NON-RESPONSIVE PORTIONS REDACTED

REVIEW AUTHORITY: Sharon Ahmad, Senior Reviewer

Mary & Felicia,

More questions regarding the Saudi Consulate:

We met with the Saudi Consul General today and he claimed that none of their officials have California driver's licenses. He said the following officials have California id cards rather than driver's licenses. Is that correct? If they do have driver's licenses, can you send photocopies?

| Name | DOB | Address |
|---|---|---|
| 3118-8345 - Fahad I. Al Thumairy | | |

NR

D6

Dunham Exhibit 12 (6-22-22)
WWW.DIGITALEVIDENCEGROUP.COM

March 9, 2021
Exhibit
ABDULLAH AL-AWAD
460

The Saudi Consulate claimed Fahad I. Al Thumairy (DOB [    ], Address [    ] ) does not have a car registered with the State of California. Can you send documentation of this registration.      D6

Also, your fax indicated that there was "no vehicle registered at this address" for [                                        ] Did that    NR mean that there is a vehicle registered to a [                    ] with DOB [    ] at a different address? If so, could you please fax documentation of that vehicle as well.

Thanks again for the help. Let me know if you need further info. -- 310-235-6292 ext. 121.

Diana Sutton

OCT 12 00 THU 12:29 PM REG TITL/REV COMP POLICY    FAX NO. 916 657 8643    P. 02
10/04/00   12:16 FAX 310 235 6297    DEPT. OF STATE/OFM/L.A.    ☒001

RELEASE IN PART D6



**United States Department of State**

*Office of Foreign Missions*
*10920 Wilshire Boulevard, Suite 1820*
*Los Angeles, California 90024*

Phone: 310-235-6292
Fax:     310-235-6297

NON-RESPONSIVE PORTIONS REDACTED

Date: October 4, 2000

Number of Pages: 1

Attention: Mary / Felicia, Fax 916-657-8643

Subject: CA Licenses/Registration

From: \_\_\_\_\_ Evan Press, Regional Director

     _X_ Diana Sutton, Assistant Regional Director

     \_\_\_\_\_ Ellen Frost, Information Analyst

REVIEW AUTHORITY: Sharon Ahmad, Senior Reviewer

Mary & Felicia,

More questions regarding the Saudi Consulate:

We met with the Saudi Consul General today and he claimed that none of their officials have California driver's licenses. He said the following officials have California id cards rather than driver's licenses. Is that correct? If they do have driver's licenses, can you send photocopies?

| Name | DOB | Address |
|---|---|---|
| | | |
| NO Fahad I. Al Thumairy | | |
| | | |

NR

D6

C06692569   UNCLASSIFIED U.S. Department of State Case No. T-2019-02329 Doc No. C06692569 Date: 03/07/2019

```
OCT 12 00 THU 12:25 PM   REG TITL/REV COMP POLICY    FAX NO. 916 657 8643    P. 03
   10/04/00  12:18 FAX 310 235 8297   DEPT. OF STATE/OFM/L.A.                 ☐002
```

The Saudi Consulate claimed Fahad I. Al Thumairy (DOB ▇▇▇ Address ▇▇▇▇▇▇▇▇▇▇▇) does not have a car registered with the State of California. Can you send documentation of this registration.

*[handwritten: EXPIRATION ?, LAST REGISTRATION ISSUE 7/3/00]* DD6

Also, your fax indicated that there was "no vehicle registered at this address" for ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Did that mean that there is a vehicle registered to a ▇▇▇▇▇▇▇▇▇▇▇ with DOB ▇▇▇ at a different address? If so, could you please fax documentation of that vehicle as well.

*[handwritten: EXPIRED YEM - Address - A Reck]* NR

Thanks again for the help. Let me know if you need further info. -- 310-235-6292 ext. 121.

Diana Sutton

OCT 12 '00 THU 12:25 PM  REG TITL/REV COMP POLICY    FAX NO. 916 657 8643    P. 01



State of California DMV — A Public Service Agency

**RELEASE IN FULL**

# FAX TRANSMISSION COVER SHEET

**PLEASE NOTE:** This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the address below via the U.S. Postal Service. Thank You.

**DATE:** 10/12/2000  **NUMBER OF PAGES:** 3 (INCLUDING COVER)
**TIME:**

**NON-RESPONSIVE PORTIONS REDACTED**

**TO:**
**NAME:** Diana Sutton
**OFFICE, UNIT OR ORGANIZATION:** Office of Foreign Missions
**FAX NO.:** (310) 235-6297
**PHONE NO.:** (310) 235-6292

**REVIEW AUTHORITY:** Sharon Ahmad, Senior Reviewer

**FROM:**
**NAME:** Mary Komure
**OFFICE, UNIT OR ORGANIZATION:** Registration and Titling Policy
**FAX NO.:** (916) 657-8643
**PHONE NO.:** (916) 657-8425

**COMMENTS:**
I have rechecked the list. All but one had ID cards not driver's licenses. For Fahad Al Thumairy, I did find a vehicle match indicating an expiration of 7/02/01, but for ▓▓▓▓▓▓▓▓▓▓ there were no vehicles currently registered to him. In checking the names you submit, we would only verify "yes or no" if name and birthdate match for DL and name and address match for current vehicles ( birthdate's are not kept on vehicle records) registered. We cannot supply you with documentation, please contact our Information Services at (916) 657-7938 for assistance.

NR

DMV 202 (REV. 5/95) SF

October 4, 2000

The Honorable Mohammed A. Al-Salloum
Consulate General of Saudi Arabia
2045 Sawtelle Boulevard
Los Angeles CA 90025

RELEASE IN FULL

Consul General Al-Salloum:

In addition to the role of the Office of Foreign Missions (OFM) in providing assistance to Los Angeles area consulates in any way possible, we also have a regulatory role in ensuring compliance with Department of State regulations and the Vienna Convention. A review of your consulate's compliance to U.S. Department of State regulations revealed deficiencies in the following areas:

- Filing of Notification of Appointment forms for all consular employees
- Prompt filing of Notification of Change forms for changes of address
- Vehicles registered with the State of California
- Driver's licenses obtained through the State of California
- Number of gasoline credit cards issued
- Filing of 1504 forms for clearance of official shipments through U.S. Customs

Attached are instructions and forms to allow the above discrepancies to be corrected. We would appreciate it if your staff would take action to correct these deficiencies and forward copies of applicable forms to our office. Thank you very much for your attention to these issues. Please feel free to contact me if you have any questions at 310-235-6292 ext. 122.

Sincerely,

REVIEW AUTHORITY: Sharon Ahmad, Senior Reviewer

Evan Press
Regional Director

**Notifications of Appointment**

RELEASE IN FULL   NON-RESPONSIVE PORTIONS REDACTED

1. Please forward a Notification of Appointment (DS-2004) for telephone operator [ ] NR your secretary [ ] and any other employees not currently reflected on the attached list, to your embassy for submission to the U.S. Department of State, Office of Protocol. Please send a copy of the forms DS-2004 (A-2, A-3 visa holders, U.S. Citizens, and Permanent Resident Aliens) or DS-2003 (A-1 visa holders) to our office.

2. Fahad Al Thumairy's position is listed as the Administrative Officer. Is this accurate? We understand that Mr. Al Thumairy is the head of the Mosque in Culver City. If he is not employed by the Consulate, a Notification of Termination should be submitted. If he is employed by the Consulate, but his duties are not primarily administrative, a Notification of Change should be submitted.

3. The U.S. Immigration and Naturalization Service (INS) has advised that the attached list of business visa holders have listed their employer as the Consulate General of Saudi Arabia. However, these individuals are not on the current list of accredited personnel. Please advise if they are employed at your consulate.

**Notification of Termination**

A Notification of Termination (DS-2008) should be submitted for [ ] who, we understand, departed Los Angeles several years ago, and any other individuals not currently employed at the consulate.

**Notification of Change**

Please review the attached list of Consulate personnel and ensure that Notification of Change forms (DS-2006) are submitted to advise us of new addresses for any individuals who have moved. The original should be submitted to your embassy for submission to the Office of Protocol and a copy should be forwarded to our office. Please particularly verify current addresses, which may not be accurate, for:

Fahad Al Thumairy

REVIEW AUTHORITY:   Sharon Ahmad, Senior Reviewer

**Vehicle Registration**

The following individuals have vehicles registered through the State of California rather than the Department of State, Office of Foreign Missions, as is required. Please have these individuals contact Ellen Frost to rectify this situation:

Fahad I. Al Thumairy

### Driver's Licenses

The State of California, Department of Motor Vehicles has advised that the following individuals have obtained California driver's licenses in addition to Department of State licenses. Please collect these California licenses and forward them to our office. (Consular Officers are welcome to apply for California identification cards, but may not have California driver's licenses.)

D's?

[handwritten illegible] all

Fahad I. Al Thumairy

NR

### Motor Vehicle Violations

The State of California has advised that [redacted] received a motor vehicle violation, but did not present his Department of State driver's license. Please have [redacted] submit a copy of the violation report to our office.