# EXHIBIT 141

OFFICE OF PROTOCOL                                    ☒002/002

The Department of State refers the Embassy of Saudi Arabia to the acceptance by the Office of Protocol of Mr. Fahad I. A. Al Thumairy as an administrative officer at the Consulate General of Saudi Arabia at Los Angeles, California.

Upon a determination by the Department that Mr. Al Thumairy had been engaging in activities incompatible with his status, his appointment at the Consulate General of Saudi Arabia in Los Angeles no longer was acceptable to the Government of the United States. Accordingly, the Department ceased to consider him a member of the consular staff and the Office of Protocol terminated his status. Mr. Al Thumairy's visa status was revoked on March 21, 2003.

The Department would appreciate it if the Embassy would immediately return to the Office of Protocol all documents issued to Mr. Al Thumairy.

Department of State,

Washington, May 23, 2003.

**DIPLOMATIC NOTE**

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

KSA0000006810