# EXHIBIT 142

# Certification of Translation

COUNTY OF SUFFOLK
COMMONWEALTH OF MASSACHUSETTS

October 5, 2023

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

**KSA0000006863**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

Benardette McEvoy

Benardette McEvoy
Assistant Production Manager
Linguistic Systems, Inc.

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

In the name of God, the Merciful, the Benevolent

Ministry of Foreign Affairs
Embassy of the Custodian of the Two Holy Mosques
Washington, D.C. 20037
Office of the Ambassador

No.: 501/97/20/2596
Date: 5/12/1424H
Corresponding to: 27/1/2004CE
Attachments: Alpha

Top Secret, for direct delivery to His Highness

His Royal Highness Prince Saud al-Faisal

Minister of Foreign Affairs

May peace and the mercy and blessings of God be upon you,

I send herewith to Your Highness the report that the Embassy received specially from [redacted] concerning Fahad al-Thumairy, the former employee at the Los Angeles Consulate (affiliated with the Ministry of Islamic Affairs, Endowments, Dawah, and Guidance). The report refers to his extremist Islamic activity and his animosity in the sermons he delivered toward the Kingdom and the illegitimacy of its governance. Note that the official position of the American government as to the reason for his expulsion is that he was not performing diplomatic functions consistent with

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

In the name of God, the Merciful, the Benevolent

Ministry of Foreign Affairs
Embassy of the Custodian of the Two Holy Mosques
Washington, D.C. 20037
Office of the Ambassador

his work. The said individual contacted my office several times to try to find out about his expulsion, as he was told that his superior was sending him to Britain.

Sir, please review and be advised, and take whatever action you see fit.

With highest regards,

[signature]

Bandar bin Sultan bin Abdulaziz
[signature]
Ambassador of the Custodian of the Two Holy Mosques
to the United States of America

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

SUBJECT: FAHD AL-THUMAIRY

FAHD AL-THUMAIRY WAS THE IMAM OF THE KING FAHD MOSQUE IN LOS ANGELES, CALIFORNIA, UNTIL HE WAS ORDERED EXPELLED, ALONG WITH MOHAMMED AL-MUHANNA, FOR EXTREMIST PREACHING. AL-THUMAIRY WAS ASSIGNED TO THE KING FAHD MOSQUE IN 1995 OR 1996. YOUNGER MEMBERS OF THE KING FAHD MOSQUE WERE PARTICULARLY ATTRACTED TO AL-THUMAIRY'S FRIDAY KHUTBAHS WHICH CONTAINED EXTREMIST MESSAGES AND VOICED ANIMOSITY TOWARD THE SAUDI ROYAL FAMILY. AL-THUMAIRY WAS CHARACTERIZED AS A POSSIBLE SOURCE OF MOTIVATION TO YOUNG, IMPRESSIONABLE YOUTHS WHO MAY PARTICIPATE IN TERRORIST ACTIVITY.

AL-THUMAIRY AND AL-MUHANNA WERE BELIEVED TO HAVE BEEN ORDERED EXPELLED FROM THE KING FAHD MOSQUE BECAUSE THEY HELD EXTREMIST VIEWS AND CULTIVATED EXTREMIST FOLLOWERS. THESE FOLLOWERS PRAISED AND SUPPORTED THE TERRORIST ATTACKS OF 11 SEPTEMBER 2001. FOLLOWING THIS ORDERED EXPULSION, THE "HARDLINE" FOLLOWERS OF AL-THUMAIRY AND AL-MUHANNA ESTABLISHED AN UNDERGROUND MOSQUE IN LOS ANGELES. AL-THUMAIRY PROVIDED RELIGIOUS GUIDANCE, SUPPORT, AND EXTREMIST/MILITANT/FUNDAMENTALIST TEACHINGS TO THE ATTENDEES AT THIS "UNDERGROUND MOSQUE."

IN LATE JANUARY 2003, AL-THUMAIRY WAS BELIEVED TO HAVE BEEN ORDERED RECALLED TO SAUDI ARABIA FROM THE UNITED STATES. AL-THUMAIRY RETURNED TO SAUDI ARABIA IN FEBRUARY 2003 WITH HIS WIFE AND CHILDREN, AND WAS EXPECTED TO ENROLL IN A SAUDI UNVERSITY FOR A GRADUATE DEGREE.

**CONFIDENTIAL:**
**This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.**



وزارة الخارجية
سفارة المملكة العربية السعودية في واشنطن
ROYAL EMBASSY OF SAUDI ARABIA
WASHINGTON, D.C. 20037
مكتب السفير

الرقم : ٥٠١/٩٧/٢٠/٢٥٩٦
التاريخ : ٥ / ١٢ / ١٤٢٤هـ
الموافق : ٢٧ / ١ / ٢٠٠٤م
المرفقات : ١ لفة

سري للغاية يفتح بيد سموه

صاحب السمو الملكي الأمير / سعود الفيصل حفظه الله
وزير الخارجية

السلام عليكم ورحمة الله وبركاته

ابعث لسموكم الكريم من طيه التقرير الذي ورد للسفارة بصفة خاصة من [REDACTED] والمتعلق بالموظف السابق بالقنصلية في لوس انجلوس / فهد الثميري (التابع لوزارة الشئون الاسلامية والاوقاف والدعوة والارشاد) والذي يشير فيه الى نشاطه الاسلامي المتطرف ومهاجمته في الخطب التي كان يلقيها للمملكة وعدم شرعية حكومتها ، علماً وان الموقف الرسمي للحكومة الامريكية لسبب ابعاده هو عدم قيامه بمهام دبلوماسية تتطابق مع

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.



وزارة الخارجية
سفارة المملكة العربية السعودية في واشنطن
ROYAL EMBASSY OF SAUDI ARABIA
WASHINGTON, D.C. 20037
مكتب السفير

عمله ، وقد اتصل المذكور بمكتبي عدة مرات لمحاولة معرفة ابعاده حيث افاد بان مرجعه بصدد ارساله لبريطانيا .

لتفضل سموكم بالاطلاع والاحاطة واتخاذ ما ترونه مناسباً .

وتفضلوا سموكم بقبول فائق تحياتي واحترامي .

بندر بن سلطان بن عبدالعزيز

سفير خادم الحرمين الشريفين
لدى الولايات المتحدة الأمريكية



CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

SUBJECT: FAHD AL-THUMAIRY

FAHD AL-THUMAIRY WAS THE IMAM OF THE KING FAHD MOSQUE IN LOS ANGELES, CALIFORNIA, UNTIL HE WAS ORDERED EXPELLED, ALONG WITH MOHAMMED AL-MUHANNA, FOR EXTREMIST PREACHING. AL-THUMAIRY WAS ASSIGNED TO THE KING FAHD MOSQUE IN 1995 OR 1996. YOUNGER MEMBERS OF THE KING FAHD MOSQUE WERE PARTICULARLY ATTRACTED TO AL-THUMAIRY'S FRIDAY KHUTBAHS WHICH CONTAINED EXTREMIST MESSAGES AND VOICED ANIMOSITY TOWARD THE SAUDI ROYAL FAMILY. AL-THUMAIRY WAS CHARACTERIZED AS A POSSIBLE SOURCE OF MOTIVATION TO YOUNG, IMPRESSIONABLE YOUTHS WHO MAY PARTICIPATE IN TERRORIST ACTIVITY.

AL-THUMAIRY AND AL-MUHANNA WERE BELIEVED TO HAVE BEEN ORDERED EXPELLED FROM THE KING FAHD MOSQUE BECAUSE THEY HELD EXTREMIST VIEWS AND CULTIVATED EXTREMIST FOLLOWERS. THESE FOLLOWERS PRAISED AND SUPPORTED THE TERRORIST ATTACKS OF 11 SEPTEMBER 2001. FOLLOWING THIS ORDERED EXPULSION, THE "HARDLINE" FOLLOWERS OF AL-THUMAIRY AND AL-MUHANNA ESTABLISHED AN UNDERGROUND MOSQUE IN LOS ANGELES. AL-THUMAIRY PROVIDED RELIGIOUS GUIDANCE, SUPPORT, AND EXTREMIST/MILITANT/FUNDAMENTALIST TEACHINGS TO THE ATTENDEES AT THIS "UNDERGROUND MOSQUE."

IN LATE JANUARY 2003, AL-THUMAIRY WAS BELIEVED TO HAVE BEEN ORDERED RECALLED TO SAUDI ARABIA FROM THE UNITED STATES. AL-THUMAIRY RETURNED TO SAUDI ARABIA IN FEBRUARY 2003 WITH HIS WIFE AND CHILDREN, AND WAS EXPECTED TO ENROLL IN A SAUDI UNVERSITY FOR A GRADUATE DEGREE.

**CONFIDENTIAL:**
**This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.**