# EXHIBIT 143

This Transcript Contains Confidential Material

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS ) 03-MDL-1570 (GBD) (SN)
ON SEPTEMBER 11, 2001 )
)

— — —

Wednesday, June 12, 2019

— — —

THIS TRANSCRIPT CONTAINS
CONFIDENTIAL MATERIAL

— — —

Videotaped Deposition of OSMAN KALDIRIM, held at 801 S. Figueroa Street, 15th Floor, Los Angeles, California, commencing at 9:09 a.m., on the above date, before Debra A. Dibble, Certified Court Reporter, Registered Diplomate Reporter, Certified Realtime Captioner, Certified Realtime Reporter and Notary Public.

— — —

GOLKOW LITIGATION SERVICES
877.370.3377 | fax 917.591.5672
deps@golkow.com

This Transcript Contains Confidential Material

Page 170

1        the time that we all board members
2        were in Los Angeles, and we all had to
3        leave, and they assigned Shuaib to
4        take care of this filing.  And he did
5        not -- he just did not process the
6        papers.  I think he was busy or doing
7        something; and then when we came, it
8        was not filed.  We said, While we are
9        here, make sure it's filed.
10               It was basically delayed by the
11       director.  He did -- basically and did
12       not give any importance to it.
13       Q.    (BY MR. POUNIAN)  So it was
14  delayed for over a year?
15       A.    Because we come every year.
16  This was next year.
17       Q.    So you only would be together
18  once a year?  Is that fair to say?
19       A.    Yes.  More or less.  Unless
20  emergency.
21       Q.    Do you know whether Dr. Khalil
22  spoke to someone in the government --
23               Do you know when Dr. Khalil had
24  that conversation with someone in the

Golkow Litigation Services - 1.877.370.DEPS

This Transcript Contains Confidential Material

Page 171

1    government that you --
2        A.    I don't know.
3        Q.    Was any written notice, to your
4    knowledge, provided by the foundation --
5        A.    No.
6        Q.    -- to any of the seven board
7    members?
8             MR. RAMIREZ:  Now you may
9        answer.
10            THE WITNESS:  No.
11       Q.    (BY MR. POUNIAN)  Did there
12   come a time, sir, when Fahad al-Thumairy was
13   expelled from the mosque?
14       A.    No.
15       Q.    Was there a time when Mohamed
16   Muhanna was expelled from the mosque?
17       A.    No.
18       Q.    Do you recall an occasion on
19   which you told Mohamed Muhanna that his
20   services at the mosque had been terminated
21   and that he should leave?
22            MR. RAMIREZ:  Objection as to
23       form, but you may answer if you can.
24            THE WITNESS:  Your -- I need to

This Transcript Contains Confidential Material

Page 172

1      make a correction to your statement.
2      We had notified him that he should not
3      be performing any function or
4      activities in the mosque.  But leaving
5      or that is not, that's not subject.
6      Q.    (BY MR. POUNIAN)  And did you
7  do the same thing for Fahad al-Thumairy?
8      A.    No.
9      Q.    Did you tell Fahad al-Thumairy
10  that he should not be performing any
11  functions at the mosque?
12      A.    No.
13      Q.    Do you recall hearing at any
14  time that the two hijackers, namely Nawaf
15  al-Hazmi and Khalid al-Midhar, had been at
16  the King Fahad Mosque?
17          MR. RAMIREZ:  Objection as to
18      form, but you may respond if you know.
19          THE WITNESS:  Can you rephrase
20      your question again?
21      Q.    (BY MR. POUNIAN)  Did you ever
22  receive any information that those two
23  hijackers had been at the King Fahad Mosque?
24          MR. RAMIREZ:  Same objection,

Golkow Litigation Services - 1.877.370.DEPS

This Transcript Contains Confidential Material

Page 209

ACKNOWLEDGMENT OF DEPONENT

I, OSMAN KALDIRIM, do hereby certify that I have read the foregoing pages and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

_____  July 3, 2019
OSMAN KALDIRIM                    DATE

Subscribed and sworn to before me this
_____ day of _____, 20 ____.
My commission expires: _____

_____
Notary Public

This Transcript Contains Confidential Material

Page 311

```
 1                      ERRATA
 2   PAGE   LINE   CHANGE
 3    17     19    Asad Ismail
 4          REASON: misspelling
 5    20     14    Masjid Salam
 6          REASON: misspelling
 7   110     21    Abdul Aziz
 8          REASON: misspelling
 9   249     16    Muhimin
10          REASON: misspelling
11   249     21    as
12          REASON: misspelling
13   269      6    Friends
14          REASON: misspelling
15   ___    ___    _____
16          REASON: _____
17   ___    ___    _____
18          REASON: _____
19   ___    ___    _____
20          REASON: _____
21   ___    ___    _____
22          REASON: _____
23   ___    ___    _____
24          REASON: _____
```

This Transcript Contains Confidential Material

Page 312

ACKNOWLEDGMENT OF DEPONENT

1    I, OSMAN KALDIRIM, do hereby certify that I have read the foregoing pages and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

_____  July 3, 2019
OSMAN KALDIRIM                DATE

Subscribed and sworn to before me this _____ day of _____, 20 _____.
My commission expires: _____

_____
Notary Public

Golkow Litigation Services - 1.877.370.DEPS