# EXHIBIT 146
## REDACTED FOR PUBLIC FILING

EXHIBIT REF NO | PRODUCED BY:

D843

MGL/1

**DESCRIPTION:**

Album of Photographs.
(34 Dymock Street)

**WHERE FOUND:**

West Mids Police
HQ

Schiff Exhibit 3
(7-11-22)
WWW.DIGITALEVIDENCEGROUP.COM

**Operation Exchange – Document Summary**

D 843

This document is a photograph album showing photographs.

Page 1 – OMAR AL-BAYOUMI passport

Page 2 – Malkamabad notes

Page 3 – Copy of rent agreement.

**Other Document Form**   Number  **843**

Title __MGL/1 ALBUM OF PHOTOGRAPHS__
(Include source and any document number if relevant)

Receivers instructions urgent action Yes/No _____

Receiver

Document registered/indexed as indicated

No(s) of actions raised

Statement readers instructions

Indexer

Statement Reader

Indexed as indicated

No(s) of actions raised

Indexer

O/M   SIO

TYPING   Y/N
INDEXING   Y/N
ACTIONS TO BE GENERATED   Y/N
NFA
SEE   D1   14/06/2002

Indexer

er to endorse other Document Master Number Form

HQ

843

EXHIBIT REF.NO.

MGL

D843

**DESCRIPTION:**

Album of Photographs.
(34 Dymock Street)

**WHERE FOUND:**

West Mids Police
HQ





$d = \sqrt{h(h+8000)}$

h = height the Plane from
the earth in mile

$2500 = h^2 + 8000h$
$h^2 + 8000h = 5000$

```
        44          44
        25          25
        80          80
        76          76
        20          20
       ___         ___
       225         245
        20
       ___
       245
```

distance
from
the plane
to hurrigan

52
8
44

WEST MIDLANDS POLICE
PRINT NO.
2



بسم الله الرحمن الرحيم

Rent Agreement between Omar Al-Bayoumi
6333 Mt. Ada Road #152
San Diego, CA 92111
USA
███-5941  ███99569:

Aston University, Dept. of Business School & Khurram Bashir according to following
Conditions: 1- One month notice for each party to vacate the house.
2- Monthly Rent £500 — exclusive of Water, Electricity, Gas & Telephone or any Council tax.
Paid:
Deposite: £500 —
Rent 15th May/15 June 500 —
adjusted in June & July i-e, to be paid £250/ each month. From after every month £500/in advance. KEB
والله خير الشاهدين   Omar 5/5/01

Received cheque No: ███ for £1500/-

K. Bashir
38-SOMERSET ROAD
HANDSWORTH WOOD
B'HAM B20 ███
███ 617455

WEST MIDLANDS POLICE
PRINT NO. 3