# EXHIBIT 149
## REDACTED FOR PUBLIC FILING

# Certification of Translation

**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

October 5, 2023

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

**KSA0000000655**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

_Benardette McEvoy_
Benardette McEvoy
Assistant Production Manager
Linguistic Systems, Inc.

**Linguistic Systems, Inc.**
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

Form OPS-QF-008 (rev.1)

| | | |
|---|---|---|
| Page 001 of 006 | Kingdom of Saudi Arabia | |
| Civil registry number: ▮366-1 | Ministry of Interior | |
| Version: 1 | Civil Status | |
| Picture | | |
| [Illegible stamp] | | |
| Name: Omar Ahmad Mustafa al-Bayoumi | | |
| Date of issue: 17/07/1410H [Feb. 13, 1990] | Occupation: Employee | Height: 165 |
| Place of issue: Jeddah | Place of Birth: Al-Hajra | Marital status: Married |
| Date of Birth: ▮1377H ▮1957] | Country of Birth: Kingdom of Saudi Arabia | Sex: Male |
| Eye color: Hazel | Distinguishing marks: None | Skin color: Brown |
| Identification card number: ▮110 | Place of issue: Jeddah | Date of issue: 23/10/1396H [Oct. 17, 1976] |

| Number | Names of family members | Relationship | Civil Registry number | Date of Birth | Place of Birth |
|---|---|---|---|---|---|
| 01 | Manal Ahmad Muhammad Ba Qadir | Wife | ▮952-2 | ▮1968] | Makkah |
| 02 | Imad | Son | ▮953-0 | ▮/1406H ▮1986] | Jeddah |
| 03 | Bayan | Daughter | ▮542-1 | ▮/1409H ▮1988] | Jeddah |

[Illegible signature]

Head of Computer Department

19/7/ [illegible]

3990

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000000655



**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

KSA0000000655