# EXHIBIT 157

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|   |   |
|---|---|
| IN RE: TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to: *All Actions*

### DECLARATION OF EYAD ABDULRAHMAN ALGARAWI

I, the undersigned, Eyad Abdulrahman Algarawi, pursuant to 28 U.S.C. § 1746 and the laws of the Kingdom of Saudi Arabia ("Saudi Arabia"), hereby declare under penalty of perjury that:

1. I am an Advisor and General Manager in the Office of the Minister of Education at the Ministry of Education of the Kingdom of Saudi Arabia ("the Ministry of Education") and, by reason of my position, I am authorized and qualified to make this Declaration.

2. The following facts are based on my personal knowledge or on information provided to me. If called upon as a witness, I could and would testify competently to them.

3. Based on my personal knowledge and on information provided to me by other individuals employed at the Ministry of Education, I am familiar with (1) the recordkeeping practices of the Ministry of Education, (2) the manner in which the records of the Ministry of Education are created, managed, stored, and retrieved, and (3) the manner by which the Ministry of Education created, used, stored, and retrieved the specific documents identified in **Appendix A**, (collectively, "the Records").

4. The Records are records that were produced from the files of the Ministry of Education in response to certain requests for production of documents that were served on Saudi

1

Arabia in the above-captioned litigation. The Records were produced on October 4, 2019 as part of Saudi Arabia's ninth production volume.

5. I further certify that:

   a. The Records set out the activities of the Ministry of Education;

   b. The Ministry of Education kept the Records in the course of its regularly conducted activity;

   c. It was the regular practice of the Ministry of Education to create or maintain the Records; and

   d. The Records were copied from files in the custody of the Ministry of Education in a manner to ensure that they are true duplicates of the original records.

I testify by God the Great, and declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Dated: October 6, 2023
Riyadh, Saudi Arabia

_____
Eyad Abdulrahman Algarawi

## APPENDIX A

| BEGBATES | ENDBATES | Production Volume |
|---|---|---|
| KSA0000008592 | KSA0000008592 | KSA_VOL009 |
| KSA0000008593 | KSA0000008593 | KSA_VOL009 |
| KSA0000008594 | KSA0000008594 | KSA_VOL009 |
| KSA0000008595 | KSA0000008595 | KSA_VOL009 |
| KSA0000008596 | KSA0000008596 | KSA_VOL009 |
| KSA0000008597 | KSA0000008597 | KSA_VOL009 |
| KSA0000008598 | KSA0000008598 | KSA_VOL009 |
| KSA0000008599 | KSA0000008599 | KSA_VOL009 |
| KSA0000008600 | KSA0000008600 | KSA_VOL009 |
| KSA0000008601 | KSA0000008601 | KSA_VOL009 |
| KSA0000008602 | KSA0000008602 | KSA_VOL009 |
| KSA0000008603 | KSA0000008603 | KSA_VOL009 |
| KSA0000008604 | KSA0000008604 | KSA_VOL009 |
| KSA0000008605 | KSA0000008605 | KSA_VOL009 |
| KSA0000008606 | KSA0000008606 | KSA_VOL009 |
| KSA0000008607 | KSA0000008607 | KSA_VOL009 |
| KSA0000008608 | KSA0000008608 | KSA_VOL009 |
| KSA0000008609 | KSA0000008609 | KSA_VOL009 |
| KSA0000008610 | KSA0000008610 | KSA_VOL009 |
| KSA0000008611 | KSA0000008611 | KSA_VOL009 |
| KSA0000008612 | KSA0000008612 | KSA_VOL009 |
| KSA0000008613 | KSA0000008613 | KSA_VOL009 |

| BEGBATES | ENDBATES | Production Volume |
|---|---|---|
| KSA0000008614 | KSA0000008614 | KSA_VOL009 |
| KSA0000008615 | KSA0000008615 | KSA_VOL009 |
| KSA0000008616 | KSA0000008616 | KSA_VOL009 |
| KSA0000008617 | KSA0000008617 | KSA_VOL009 |
| KSA0000008618 | KSA0000008618 | KSA_VOL009 |
| KSA0000008619 | KSA0000008619 | KSA_VOL009 |
| KSA0000008620 | KSA0000008620 | KSA_VOL009 |
| KSA0000008621 | KSA0000008621 | KSA_VOL009 |
| KSA0000008622 | KSA0000008622 | KSA_VOL009 |
| KSA0000008623 | KSA0000008623 | KSA_VOL009 |
| KSA0000008624 | KSA0000008624 | KSA_VOL009 |
| KSA0000008625 | KSA0000008625 | KSA_VOL009 |
| KSA0000008626 | KSA0000008626 | KSA_VOL009 |
| KSA0000008627 | KSA0000008627 | KSA_VOL009 |
| KSA0000008628 | KSA0000008628 | KSA_VOL009 |
| KSA0000008629 | KSA0000008629 | KSA_VOL009 |
| KSA0000008630 | KSA0000008630 | KSA_VOL009 |
| KSA0000008631 | KSA0000008631 | KSA_VOL009 |
| KSA0000008632 | KSA0000008632 | KSA_VOL009 |
| KSA0000008633 | KSA0000008633 | KSA_VOL009 |
| KSA0000008634 | KSA0000008634 | KSA_VOL009 |
| KSA0000008635 | KSA0000008635 | KSA_VOL009 |
| KSA0000008636 | KSA0000008636 | KSA_VOL009 |

| BEGBATES | ENDBATES | Production Volume |
|---|---|---|
| KSA0000008637 | KSA0000008637 | KSA_VOL009 |
| KSA0000008638 | KSA0000008638 | KSA_VOL009 |
| KSA0000008639 | KSA0000008639 | KSA_VOL009 |
| KSA0000008640 | KSA0000008640 | KSA_VOL009 |
| KSA0000008641 | KSA0000008641 | KSA_VOL009 |
| KSA0000008642 | KSA0000008642 | KSA_VOL009 |
| KSA0000008643 | KSA0000008643 | KSA_VOL009 |
| KSA0000008644 | KSA0000008644 | KSA_VOL009 |
| KSA0000008645 | KSA0000008645 | KSA_VOL009 |
| KSA0000008646 | KSA0000008646 | KSA_VOL009 |
| KSA0000008647 | KSA0000008647 | KSA_VOL009 |
| KSA0000008648 | KSA0000008648 | KSA_VOL009 |
| KSA0000008649 | KSA0000008649 | KSA_VOL009 |
| KSA0000008650 | KSA0000008650 | KSA_VOL009 |
| KSA0000008651 | KSA0000008651 | KSA_VOL009 |
| KSA0000008652 | KSA0000008652 | KSA_VOL009 |
| KSA0000008653 | KSA0000008653 | KSA_VOL009 |
| KSA0000008654 | KSA0000008654 | KSA_VOL009 |
| KSA0000008655 | KSA0000008655 | KSA_VOL009 |
| KSA0000008656 | KSA0000008656 | KSA_VOL009 |
| KSA0000008657 | KSA0000008657 | KSA_VOL009 |
| KSA0000008658 | KSA0000008658 | KSA_VOL009 |
| KSA0000008659 | KSA0000008659 | KSA_VOL009 |

| BEGBATES | ENDBATES | Production Volume |
|---|---|---|
| KSA0000008660 | KSA0000008660 | KSA_VOL009 |
| KSA0000008661 | KSA0000008661 | KSA_VOL009 |
| KSA0000008662 | KSA0000008662 | KSA_VOL009 |
| KSA0000008663 | KSA0000008663 | KSA_VOL009 |
| KSA0000008664 | KSA0000008664 | KSA_VOL009 |
| KSA0000008665 | KSA0000008665 | KSA_VOL009 |
| KSA0000008666 | KSA0000008666 | KSA_VOL009 |
| KSA0000008667 | KSA0000008667 | KSA_VOL009 |
| KSA0000008668 | KSA0000008668 | KSA_VOL009 |
| KSA0000008669 | KSA0000008669 | KSA_VOL009 |
| KSA0000008670 | KSA0000008670 | KSA_VOL009 |
| KSA0000008671 | KSA0000008671 | KSA_VOL009 |
| KSA0000008672 | KSA0000008672 | KSA_VOL009 |
| KSA0000008673 | KSA0000008673 | KSA_VOL009 |
| KSA0000008674 | KSA0000008674 | KSA_VOL009 |
| KSA0000008675 | KSA0000008675 | KSA_VOL009 |