# EXHIBIT 159

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD) (SN) ECF Case |

This document relates to: *All Actions*

## DECLARATION OF PRINCE MUSAB BIN MOHAMMED ALFAHAD F. ALFARHAN AL SAUD

I, the undersigned, Prince Musab bin Mohammed Alfahad F. Alfarhan Al Saud, pursuant to 28 U.S.C. § 1746 and the laws of the Kingdom of Saudi Arabia ("Saudi Arabia"), hereby declare under penalty of perjury that:

1.      I am the Deputy Chief of Mission at the Royal Embassy of the Kingdom of Saudi Arabia in Washington, D.C. ("the Embassy") and, by reason of my position, I am authorized and qualified to make this Declaration. By submitting this Declaration, neither the Embassy nor I intend to waive, and expressly do not waive, any privileges and immunities available under the Vienna Convention on Diplomatic Relations and the Vienna Convention on Consular Relations.

2.      The following facts are based on my personal knowledge or on information provided to me. If called upon as a witness, I could and would testify competently to them.

3.      Based on my personal knowledge and on information provided to me by other individuals employed at the Embassy, I am familiar with (1) the recordkeeping practices of the Embassy, (2) the manner in which the records of the Embassy are created, managed, stored, and retrieved, and (3) the manner by which the Embassy created, used, stored, and retrieved the specific documents identified in **Appendix A**, (collectively, "the Records").

4.      The Records are records that were produced from the files of the Embassy in response to certain requests for production of documents that were served on Saudi Arabia in the

above-captioned litigation. The Records were produced on July 31, 2018 as part of Saudi

Arabia's first production volume; on August 14, 2018 as part of Saudi Arabia's second

production volume; on August 15, 2018 as part of Saudi Arabia's third production volume; on

September 25, 2019 as part of Saudi Arabia's eighth production volume; and on October 4, 2019

as part of Saudi Arabia's ninth production volume.

5.    I further certify that:

    a.    The Records set out the activities of the Embassy;

    b.    The Embassy kept the Records in the course of its regularly conducted

       activity;

    c.    It was the regular practice of the Embassy to create or maintain the

       Records; and

    d.    The Records were copied from files in the custody of the Embassy in a

       manner to ensure that they are true duplicates of the original records.

I testify by God the Great, and declare under penalty of perjury, that the foregoing is true

and correct to the best of my knowledge and belief.

Dated: October 6, 2023
Washington, D.C.

_____
Prince Musab bin Mohammed
Alfahad F. Alfarhan Al Saud

2

**APPENDIX A**

| BEGBATES | ENDBATES | Production Volume |
|----------|----------|-------------------|
| KSA0000001198 | KSA0000001198 | KSA_VOL001 |
| KSA0000001199 | KSA0000001199 | KSA_VOL001 |
| KSA0000001200 | KSA0000001200 | KSA_VOL001 |
| KSA0000001201 | KSA0000001201 | KSA_VOL001 |
| KSA0000001202 | KSA0000001203 | KSA_VOL001 |
| KSA0000001204 | KSA0000001204 | KSA_VOL001 |
| KSA0000001205 | KSA0000001205 | KSA_VOL001 |
| KSA0000001206 | KSA0000001206 | KSA_VOL001 |
| KSA0000001207 | KSA0000001207 | KSA_VOL001 |
| KSA0000001208 | KSA0000001209 | KSA_VOL001 |
| KSA0000001210 | KSA0000001210 | KSA_VOL001 |
| KSA0000001211 | KSA0000001211 | KSA_VOL001 |
| KSA0000001212 | KSA0000001212 | KSA_VOL001 |
| KSA0000001213 | KSA0000001214 | KSA_VOL001 |
| KSA0000001215 | KSA0000001217 | KSA_VOL001 |
| KSA0000001218 | KSA0000001218 | KSA_VOL001 |
| KSA0000001219 | KSA0000001220 | KSA_VOL001 |
| KSA0000001221 | KSA0000001221 | KSA_VOL001 |
| KSA0000001222 | KSA0000001222 | KSA_VOL001 |
| KSA0000001223 | KSA0000001223 | KSA_VOL001 |
| KSA0000001224 | KSA0000001224 | KSA_VOL001 |
| KSA0000001225 | KSA0000001225 | KSA_VOL001 |

| BEGBATES | ENDBATES | Production Volume |
|---|---|---|
| KSA0000001226 | KSA0000001226 | KSA_VOL001 |
| KSA0000001227 | KSA0000001227 | KSA_VOL001 |
| KSA0000001228 | KSA0000001228 | KSA_VOL001 |
| KSA0000001229 | KSA0000001229 | KSA_VOL001 |
| KSA0000001230 | KSA0000001231 | KSA_VOL001 |
| KSA0000001232 | KSA0000001232 | KSA_VOL001 |
| KSA0000001233 | KSA0000001233 | KSA_VOL001 |
| KSA0000001234 | KSA0000001235 | KSA_VOL001 |
| KSA0000001236 | KSA0000001236 | KSA_VOL001 |
| KSA0000001237 | KSA0000001239 | KSA_VOL001 |
| KSA0000001240 | KSA0000001240 | KSA_VOL001 |
| KSA0000001241 | KSA0000001241 | KSA_VOL001 |
| KSA0000001243 | KSA0000001243 | KSA_VOL001 |
| KSA0000001244 | KSA0000001244 | KSA_VOL001 |
| KSA0000001245 | KSA0000001246 | KSA_VOL001 |
| KSA0000001247 | KSA0000001247 | KSA_VOL001 |
| KSA0000001248 | KSA0000001248 | KSA_VOL001 |
| KSA0000001249 | KSA0000001249 | KSA_VOL001 |
| KSA0000001250 | KSA0000001251 | KSA_VOL001 |
| KSA0000001252 | KSA0000001252 | KSA_VOL001 |
| KSA0000001253 | KSA0000001253 | KSA_VOL001 |
| KSA0000001254 | KSA0000001254 | KSA_VOL001 |
| KSA0000001255 | KSA0000001255 | KSA_VOL001 |

| BEGBATES | ENDBATES | Production Volume |
|---|---|---|
| KSA0000001256 | KSA0000001256 | KSA_VOL001 |
| KSA0000001257 | KSA0000001257 | KSA_VOL001 |
| KSA0000001258 | KSA0000001258 | KSA_VOL001 |
| KSA0000001259 | KSA0000001259 | KSA_VOL001 |
| KSA0000001260 | KSA0000001266 | KSA_VOL001 |
| KSA0000001267 | KSA0000001267 | KSA_VOL001 |
| KSA0000001268 | KSA0000001268 | KSA_VOL001 |
| KSA0000001269 | KSA0000001270 | KSA_VOL001 |
| KSA0000001271 | KSA0000001271 | KSA_VOL001 |
| KSA0000001272 | KSA0000001272 | KSA_VOL001 |
| KSA0000001273 | KSA0000001273 | KSA_VOL001 |
| KSA0000001274 | KSA0000001275 | KSA_VOL001 |
| KSA0000001276 | KSA0000001276 | KSA_VOL001 |
| KSA0000001277 | KSA0000001277 | KSA_VOL001 |
| KSA0000001278 | KSA0000001279 | KSA_VOL001 |
| KSA0000001280 | KSA0000001280 | KSA_VOL001 |
| KSA0000001281 | KSA0000001281 | KSA_VOL001 |
| KSA0000001282 | KSA0000001282 | KSA_VOL001 |
| KSA0000001283 | KSA0000001283 | KSA_VOL001 |
| KSA0000001284 | KSA0000001284 | KSA_VOL001 |
| KSA0000001285 | KSA0000001285 | KSA_VOL001 |
| KSA0000001286 | KSA0000001286 | KSA_VOL001 |
| KSA0000001287 | KSA0000001287 | KSA_VOL001 |

| BEGBATES | ENDBATES | Production Volume |
|----------|----------|-------------------|
| KSA0000001288 | KSA0000001288 | KSA_VOL001 |
| KSA0000001289 | KSA0000001289 | KSA_VOL001 |
| KSA0000001290 | KSA0000001290 | KSA_VOL001 |
| KSA0000001291 | KSA0000001291 | KSA_VOL001 |
| KSA0000001292 | KSA0000001292 | KSA_VOL001 |
| KSA0000001293 | KSA0000001293 | KSA_VOL001 |
| KSA0000001294 | KSA0000001294 | KSA_VOL001 |
| KSA0000001295 | KSA0000001295 | KSA_VOL001 |
| KSA0000001296 | KSA0000001296 | KSA_VOL001 |
| KSA0000001297 | KSA0000001297 | KSA_VOL001 |
| KSA0000001298 | KSA0000001298 | KSA_VOL001 |
| KSA0000001299 | KSA0000001299 | KSA_VOL001 |
| KSA0000001300 | KSA0000001300 | KSA_VOL001 |
| KSA0000001301 | KSA0000001301 | KSA_VOL001 |
| KSA0000001302 | KSA0000001302 | KSA_VOL001 |
| KSA0000001303 | KSA0000001303 | KSA_VOL001 |
| KSA0000001304 | KSA0000001304 | KSA_VOL001 |
| KSA0000001305 | KSA0000001305 | KSA_VOL001 |
| KSA0000001306 | KSA0000001306 | KSA_VOL001 |
| KSA0000001307 | KSA0000001307 | KSA_VOL001 |
| KSA0000001308 | KSA0000001309 | KSA_VOL001 |
| KSA0000001310 | KSA0000001310 | KSA_VOL001 |
| KSA0000001311 | KSA0000001311 | KSA_VOL001 |

| BEGBATES | ENDBATES | Production Volume |
|---|---|---|
| KSA0000001312 | KSA0000001312 | KSA_VOL001 |
| KSA0000001313 | KSA0000001313 | KSA_VOL001 |
| KSA0000001314 | KSA0000001314 | KSA_VOL001 |
| KSA0000001315 | KSA0000001315 | KSA_VOL001 |
| KSA0000001317 | KSA0000001317 | KSA_VOL001 |
| KSA0000001318 | KSA0000001318 | KSA_VOL001 |
| KSA0000001319 | KSA0000001319 | KSA_VOL001 |
| KSA0000001320 | KSA0000001320 | KSA_VOL001 |
| KSA0000001321 | KSA0000001321 | KSA_VOL001 |
| KSA0000001322 | KSA0000001322 | KSA_VOL001 |
| KSA0000001323 | KSA0000001323 | KSA_VOL001 |
| KSA0000001324 | KSA0000001324 | KSA_VOL001 |
| KSA0000001325 | KSA0000001325 | KSA_VOL001 |
| KSA0000001326 | KSA0000001328 | KSA_VOL001 |
| KSA0000001329 | KSA0000001329 | KSA_VOL001 |
| KSA0000001531 | KSA0000001531 | KSA_VOL001 |
| KSA0000001532 | KSA0000001532 | KSA_VOL001 |
| KSA0000001533 | KSA0000001533 | KSA_VOL001 |
| KSA0000001534 | KSA0000001534 | KSA_VOL001 |
| KSA0000001535 | KSA0000001535 | KSA_VOL001 |
| KSA0000001536 | KSA0000001536 | KSA_VOL001 |
| KSA0000001537 | KSA0000001537 | KSA_VOL001 |
| KSA0000001538 | KSA0000001538 | KSA_VOL001 |

| BEGBATES | ENDBATES | Production Volume |
|---|---|---|
| KSA0000001539 | KSA0000001539 | KSA_VOL001 |
| KSA0000001540 | KSA0000001540 | KSA_VOL001 |
| KSA0000001541 | KSA0000001541 | KSA_VOL001 |
| KSA0000001542 | KSA0000001542 | KSA_VOL001 |
| KSA0000001543 | KSA0000001543 | KSA_VOL001 |
| KSA0000001544 | KSA0000001544 | KSA_VOL001 |
| KSA0000001545 | KSA0000001545 | KSA_VOL001 |
| KSA0000001546 | KSA0000001546 | KSA_VOL001 |
| KSA0000001547 | KSA0000001547 | KSA_VOL001 |
| KSA0000001548 | KSA0000001548 | KSA_VOL001 |
| KSA0000001549 | KSA0000001549 | KSA_VOL001 |
| KSA0000001550 | KSA0000001550 | KSA_VOL001 |
| KSA0000001551 | KSA0000001551 | KSA_VOL001 |
| KSA0000001552 | KSA0000001552 | KSA_VOL001 |
| KSA0000001553 | KSA0000001553 | KSA_VOL001 |
| KSA0000001554 | KSA0000001554 | KSA_VOL001 |
| KSA0000001555 | KSA0000001555 | KSA_VOL001 |
| KSA0000001556 | KSA0000001556 | KSA_VOL001 |
| KSA0000001557 | KSA0000001557 | KSA_VOL001 |
| KSA0000001558 | KSA0000001558 | KSA_VOL001 |
| KSA0000001559 | KSA0000001559 | KSA_VOL001 |
| KSA0000001560 | KSA0000001560 | KSA_VOL001 |
| KSA0000001561 | KSA0000001561 | KSA_VOL001 |

| BEGBATES | ENDBATES | Production Volume |
|---|---|---|
| KSA0000001562 | KSA0000001562 | KSA_VOL001 |
| KSA0000001563 | KSA0000001563 | KSA_VOL001 |
| KSA0000001564 | KSA0000001564 | KSA_VOL001 |
| KSA0000001565 | KSA0000001565 | KSA_VOL001 |
| KSA0000001566 | KSA0000001566 | KSA_VOL001 |
| KSA0000001567 | KSA0000001567 | KSA_VOL001 |
| KSA0000001568 | KSA0000001568 | KSA_VOL001 |
| KSA0000001569 | KSA0000001569 | KSA_VOL001 |
| KSA0000001570 | KSA0000001570 | KSA_VOL001 |
| KSA0000001571 | KSA0000001571 | KSA_VOL001 |
| KSA0000001572 | KSA0000001572 | KSA_VOL001 |
| KSA0000001573 | KSA0000001573 | KSA_VOL001 |
| KSA0000001574 | KSA0000001574 | KSA_VOL001 |
| KSA0000001575 | KSA0000001575 | KSA_VOL001 |
| KSA0000001576 | KSA0000001576 | KSA_VOL001 |
| KSA0000001577 | KSA0000001577 | KSA_VOL001 |
| KSA0000001578 | KSA0000001578 | KSA_VOL001 |
| KSA0000001579 | KSA0000001579 | KSA_VOL001 |
| KSA0000001580 | KSA0000001580 | KSA_VOL001 |
| KSA0000001581 | KSA0000001581 | KSA_VOL001 |
| KSA0000001582 | KSA0000001582 | KSA_VOL001 |
| KSA0000001583 | KSA0000001583 | KSA_VOL001 |
| KSA0000001584 | KSA0000001584 | KSA_VOL001 |

| BEGBATES | ENDBATES | Production Volume |
|---|---|---|
| KSA0000001585 | KSA0000001585 | KSA_VOL001 |
| KSA0000001586 | KSA0000001586 | KSA_VOL001 |
| KSA0000001587 | KSA0000001587 | KSA_VOL001 |
| KSA0000001588 | KSA0000001588 | KSA_VOL001 |
| KSA0000001589 | KSA0000001589 | KSA_VOL001 |
| KSA0000001590 | KSA0000001590 | KSA_VOL001 |
| KSA0000001591 | KSA0000001591 | KSA_VOL001 |
| KSA0000001592 | KSA0000001592 | KSA_VOL001 |
| KSA0000001593 | KSA0000001593 | KSA_VOL001 |
| KSA0000001594 | KSA0000001594 | KSA_VOL001 |
| KSA0000001595 | KSA0000001595 | KSA_VOL001 |
| KSA0000001596 | KSA0000001596 | KSA_VOL001 |
| KSA0000001597 | KSA0000001597 | KSA_VOL001 |
| KSA0000001598 | KSA0000001598 | KSA_VOL001 |
| KSA0000001599 | KSA0000001599 | KSA_VOL001 |
| KSA0000001600 | KSA0000001600 | KSA_VOL001 |
| KSA0000001601 | KSA0000001601 | KSA_VOL001 |
| KSA0000001602 | KSA0000001602 | KSA_VOL001 |
| KSA0000001603 | KSA0000001603 | KSA_VOL001 |
| KSA0000001604 | KSA0000001604 | KSA_VOL001 |
| KSA0000001605 | KSA0000001605 | KSA_VOL001 |
| KSA0000001606 | KSA0000001606 | KSA_VOL001 |
| KSA0000001607 | KSA0000001607 | KSA_VOL001 |

| BEGBATES | ENDBATES | Production Volume |
|----------|----------|-------------------|
| KSA0000001608 | KSA0000001608 | KSA_VOL001 |
| KSA0000001609 | KSA0000001609 | KSA_VOL001 |
| KSA0000001610 | KSA0000001610 | KSA_VOL001 |
| KSA0000001611 | KSA0000001611 | KSA_VOL001 |
| KSA0000001612 | KSA0000001612 | KSA_VOL001 |
| KSA0000001613 | KSA0000001613 | KSA_VOL001 |
| KSA0000001614 | KSA0000001614 | KSA_VOL001 |
| KSA0000001615 | KSA0000001615 | KSA_VOL001 |
| KSA0000001616 | KSA0000001616 | KSA_VOL001 |
| KSA0000001617 | KSA0000001617 | KSA_VOL001 |
| KSA0000001618 | KSA0000001618 | KSA_VOL001 |
| KSA0000001619 | KSA0000001619 | KSA_VOL001 |
| KSA0000001620 | KSA0000001620 | KSA_VOL001 |
| KSA0000001621 | KSA0000001621 | KSA_VOL001 |
| KSA0000001622 | KSA0000001622 | KSA_VOL001 |
| KSA0000001623 | KSA0000001623 | KSA_VOL001 |
| KSA0000001624 | KSA0000001624 | KSA_VOL001 |
| KSA0000001625 | KSA0000001625 | KSA_VOL001 |
| KSA0000001626 | KSA0000001626 | KSA_VOL001 |
| KSA0000001627 | KSA0000001628 | KSA_VOL001 |
| KSA0000001629 | KSA0000001629 | KSA_VOL001 |
| KSA0000001630 | KSA0000001630 | KSA_VOL001 |
| KSA0000001631 | KSA0000001632 | KSA_VOL001 |

| BEGBATES | ENDBATES | Production Volume |
|---|---|---|
| KSA0000001633 | KSA0000001633 | KSA_VOL001 |
| KSA0000001634 | KSA0000001635 | KSA_VOL001 |
| KSA0000001636 | KSA0000001636 | KSA_VOL001 |
| KSA0000001637 | KSA0000001637 | KSA_VOL001 |
| KSA0000001638 | KSA0000001638 | KSA_VOL001 |
| KSA0000001639 | KSA0000001639 | KSA_VOL001 |
| KSA0000001640 | KSA0000001640 | KSA_VOL001 |
| KSA0000001641 | KSA0000001641 | KSA_VOL001 |
| KSA0000001642 | KSA0000001642 | KSA_VOL001 |
| KSA0000001643 | KSA0000001643 | KSA_VOL001 |
| KSA0000001644 | KSA0000001645 | KSA_VOL001 |
| KSA0000001646 | KSA0000001646 | KSA_VOL001 |
| KSA0000001647 | KSA0000001647 | KSA_VOL001 |
| KSA0000001648 | KSA0000001648 | KSA_VOL001 |
| KSA0000001649 | KSA0000001649 | KSA_VOL001 |
| KSA0000001650 | KSA0000001650 | KSA_VOL001 |
| KSA0000001651 | KSA0000001651 | KSA_VOL001 |
| KSA0000001652 | KSA0000001652 | KSA_VOL001 |
| KSA0000001653 | KSA0000001653 | KSA_VOL001 |
| KSA0000001654 | KSA0000001654 | KSA_VOL001 |
| KSA0000001655 | KSA0000001655 | KSA_VOL001 |
| KSA0000001656 | KSA0000001656 | KSA_VOL001 |
| KSA0000001657 | KSA0000001657 | KSA_VOL001 |

| BEGBATES | ENDBATES | Production Volume |
|---|---|---|
| KSA0000001658 | KSA0000001658 | KSA_VOL001 |
| KSA0000001659 | KSA0000001659 | KSA_VOL001 |
| KSA0000001660 | KSA0000001660 | KSA_VOL001 |
| KSA0000001661 | KSA0000001661 | KSA_VOL001 |
| KSA0000001662 | KSA0000001662 | KSA_VOL001 |
| KSA0000001663 | KSA0000001663 | KSA_VOL001 |
| KSA0000001664 | KSA0000001667 | KSA_VOL001 |
| KSA0000001668 | KSA0000001668 | KSA_VOL001 |
| KSA0000001669 | KSA0000001669 | KSA_VOL001 |
| KSA0000001670 | KSA0000001670 | KSA_VOL001 |
| KSA0000001671 | KSA0000001671 | KSA_VOL001 |
| KSA0000001672 | KSA0000001672 | KSA_VOL001 |
| KSA0000001673 | KSA0000001673 | KSA_VOL001 |
| KSA0000001674 | KSA0000001674 | KSA_VOL001 |
| KSA0000001675 | KSA0000001675 | KSA_VOL001 |
| KSA0000001676 | KSA0000001676 | KSA_VOL001 |
| KSA0000001677 | KSA0000001677 | KSA_VOL001 |
| KSA0000001678 | KSA0000001678 | KSA_VOL001 |
| KSA0000001679 | KSA0000001679 | KSA_VOL001 |
| KSA0000001680 | KSA0000001680 | KSA_VOL001 |
| KSA0000001681 | KSA0000001681 | KSA_VOL001 |
| KSA0000001682 | KSA0000001682 | KSA_VOL001 |
| KSA0000001683 | KSA0000001683 | KSA_VOL001 |

| BEGBATES | ENDBATES | Production Volume |
|---|---|---|
| KSA0000001684 | KSA0000001684 | KSA_VOL001 |
| KSA0000001685 | KSA0000001685 | KSA_VOL001 |
| KSA0000001686 | KSA0000001686 | KSA_VOL001 |
| KSA0000001687 | KSA0000001687 | KSA_VOL001 |
| KSA0000001688 | KSA0000001688 | KSA_VOL001 |
| KSA0000001689 | KSA0000001689 | KSA_VOL001 |
| KSA0000001690 | KSA0000001690 | KSA_VOL001 |
| KSA0000001691 | KSA0000001691 | KSA_VOL001 |
| KSA0000001692 | KSA0000001692 | KSA_VOL001 |
| KSA0000001693 | KSA0000001693 | KSA_VOL001 |
| KSA0000001694 | KSA0000001694 | KSA_VOL001 |
| KSA0000001695 | KSA0000001695 | KSA_VOL001 |
| KSA0000001696 | KSA0000001696 | KSA_VOL001 |
| KSA0000001697 | KSA0000001697 | KSA_VOL001 |
| KSA0000001698 | KSA0000001698 | KSA_VOL001 |
| KSA0000001699 | KSA0000001699 | KSA_VOL001 |
| KSA0000001700 | KSA0000001700 | KSA_VOL001 |
| KSA0000001701 | KSA0000001701 | KSA_VOL001 |
| KSA0000001702 | KSA0000001702 | KSA_VOL001 |
| KSA0000001703 | KSA0000001703 | KSA_VOL001 |
| KSA0000001704 | KSA0000001704 | KSA_VOL001 |
| KSA0000001705 | KSA0000001705 | KSA_VOL001 |
| KSA0000001706 | KSA0000001706 | KSA_VOL001 |

| BEGBATES | ENDBATES | Production Volume |
|---|---|---|
| KSA0000001707 | KSA0000001707 | KSA_VOL001 |
| KSA0000001708 | KSA0000001708 | KSA_VOL001 |
| KSA0000001709 | KSA0000001709 | KSA_VOL001 |
| KSA0000001710 | KSA0000001710 | KSA_VOL001 |
| KSA0000001711 | KSA0000001711 | KSA_VOL001 |
| KSA0000001712 | KSA0000001712 | KSA_VOL001 |
| KSA0000001713 | KSA0000001713 | KSA_VOL001 |
| KSA0000001714 | KSA0000001714 | KSA_VOL001 |
| KSA0000001715 | KSA0000001715 | KSA_VOL001 |
| KSA0000001716 | KSA0000001716 | KSA_VOL001 |
| KSA0000001717 | KSA0000001717 | KSA_VOL001 |
| KSA0000001718 | KSA0000001718 | KSA_VOL001 |
| KSA0000001719 | KSA0000001719 | KSA_VOL001 |
| KSA0000001720 | KSA0000001720 | KSA_VOL001 |
| KSA0000001721 | KSA0000001721 | KSA_VOL001 |
| KSA0000001722 | KSA0000001722 | KSA_VOL001 |
| KSA0000001723 | KSA0000001723 | KSA_VOL001 |
| KSA0000001724 | KSA0000001724 | KSA_VOL001 |
| KSA0000001725 | KSA0000001725 | KSA_VOL001 |
| KSA0000001726 | KSA0000001726 | KSA_VOL001 |
| KSA0000001727 | KSA0000001727 | KSA_VOL001 |
| KSA0000001728 | KSA0000001728 | KSA_VOL001 |
| KSA0000001729 | KSA0000001729 | KSA_VOL001 |

| BEGBATES | ENDBATES | Production Volume |
|----------|----------|-------------------|
| KSA0000001730 | KSA0000001730 | KSA_VOL001 |
| KSA0000001731 | KSA0000001731 | KSA_VOL001 |
| KSA0000001732 | KSA0000001733 | KSA_VOL001 |
| KSA0000001734 | KSA0000001734 | KSA_VOL001 |
| KSA0000001735 | KSA0000001735 | KSA_VOL001 |
| KSA0000001736 | KSA0000001736 | KSA_VOL001 |
| KSA0000001737 | KSA0000001737 | KSA_VOL001 |
| KSA0000001738 | KSA0000001738 | KSA_VOL001 |
| KSA0000001739 | KSA0000001739 | KSA_VOL001 |
| KSA0000001740 | KSA0000001740 | KSA_VOL001 |
| KSA0000001741 | KSA0000001741 | KSA_VOL001 |
| KSA0000001742 | KSA0000001742 | KSA_VOL001 |
| KSA0000001743 | KSA0000001743 | KSA_VOL001 |
| KSA0000001744 | KSA0000001744 | KSA_VOL001 |
| KSA0000001745 | KSA0000001745 | KSA_VOL001 |
| KSA0000001746 | KSA0000001746 | KSA_VOL001 |
| KSA0000001747 | KSA0000001747 | KSA_VOL001 |
| KSA0000001748 | KSA0000001748 | KSA_VOL001 |
| KSA0000001749 | KSA0000001749 | KSA_VOL001 |
| KSA0000001750 | KSA0000001750 | KSA_VOL001 |
| KSA0000001751 | KSA0000001751 | KSA_VOL001 |
| KSA0000001752 | KSA0000001752 | KSA_VOL001 |
| KSA0000001753 | KSA0000001753 | KSA_VOL001 |

| BEGBATES | ENDBATES | Production Volume |
|---|---|---|
| KSA0000001754 | KSA0000001754 | KSA_VOL001 |
| KSA0000001755 | KSA0000001755 | KSA_VOL001 |
| KSA0000001756 | KSA0000001756 | KSA_VOL001 |
| KSA0000001757 | KSA0000001758 | KSA_VOL001 |
| KSA0000001759 | KSA0000001759 | KSA_VOL001 |
| KSA0000001760 | KSA0000001760 | KSA_VOL001 |
| KSA0000001761 | KSA0000001761 | KSA_VOL001 |
| KSA0000001762 | KSA0000001762 | KSA_VOL001 |
| KSA0000001763 | KSA0000001763 | KSA_VOL001 |
| KSA0000001764 | KSA0000001764 | KSA_VOL001 |
| KSA0000001765 | KSA0000001765 | KSA_VOL001 |
| KSA0000001766 | KSA0000001766 | KSA_VOL001 |
| KSA0000001767 | KSA0000001767 | KSA_VOL001 |
| KSA0000001768 | KSA0000001768 | KSA_VOL001 |
| KSA0000001769 | KSA0000001769 | KSA_VOL001 |
| KSA0000001770 | KSA0000001770 | KSA_VOL001 |
| KSA0000001771 | KSA0000001771 | KSA_VOL001 |
| KSA0000001772 | KSA0000001772 | KSA_VOL001 |
| KSA0000001773 | KSA0000001773 | KSA_VOL001 |
| KSA0000001774 | KSA0000001774 | KSA_VOL001 |
| KSA0000001775 | KSA0000001775 | KSA_VOL001 |
| KSA0000001776 | KSA0000001776 | KSA_VOL001 |
| KSA0000001777 | KSA0000001777 | KSA_VOL001 |

| BEGBATES | ENDBATES | Production Volume |
|---|---|---|
| KSA0000001778 | KSA0000001778 | KSA_VOL001 |
| KSA0000001779 | KSA0000001779 | KSA_VOL001 |
| KSA0000001780 | KSA0000001780 | KSA_VOL001 |
| KSA0000001781 | KSA0000001781 | KSA_VOL001 |
| KSA0000001782 | KSA0000001782 | KSA_VOL001 |
| KSA0000001783 | KSA0000001783 | KSA_VOL001 |
| KSA0000001784 | KSA0000001784 | KSA_VOL001 |
| KSA0000001785 | KSA0000001785 | KSA_VOL001 |
| KSA0000001786 | KSA0000001786 | KSA_VOL001 |
| KSA0000001787 | KSA0000001787 | KSA_VOL001 |
| KSA0000001788 | KSA0000001788 | KSA_VOL001 |
| KSA0000001789 | KSA0000001790 | KSA_VOL001 |
| KSA0000001791 | KSA0000001791 | KSA_VOL001 |
| KSA0000001792 | KSA0000001792 | KSA_VOL001 |
| KSA0000001793 | KSA0000001793 | KSA_VOL001 |
| KSA0000001794 | KSA0000001794 | KSA_VOL001 |
| KSA0000001795 | KSA0000001795 | KSA_VOL001 |
| KSA0000001796 | KSA0000001796 | KSA_VOL001 |
| KSA0000001797 | KSA0000001797 | KSA_VOL001 |
| KSA0000001798 | KSA0000001798 | KSA_VOL001 |
| KSA0000001799 | KSA0000001799 | KSA_VOL001 |
| KSA0000001800 | KSA0000001800 | KSA_VOL001 |
| KSA0000001801 | KSA0000001801 | KSA_VOL001 |

| BEGBATES | ENDBATES | Production Volume |
|---|---|---|
| KSA0000001802 | KSA0000001802 | KSA_VOL001 |
| KSA0000001803 | KSA0000001803 | KSA_VOL001 |
| KSA0000001804 | KSA0000001804 | KSA_VOL001 |
| KSA0000001805 | KSA0000001805 | KSA_VOL001 |
| KSA0000001806 | KSA0000001806 | KSA_VOL001 |
| KSA0000001807 | KSA0000001807 | KSA_VOL001 |
| KSA0000001808 | KSA0000001808 | KSA_VOL001 |
| KSA0000001809 | KSA0000001809 | KSA_VOL001 |
| KSA0000001810 | KSA0000001810 | KSA_VOL001 |
| KSA0000001811 | KSA0000001811 | KSA_VOL001 |
| KSA0000001812 | KSA0000001812 | KSA_VOL001 |
| KSA0000001813 | KSA0000001813 | KSA_VOL001 |
| KSA0000001814 | KSA0000001814 | KSA_VOL001 |
| KSA0000001819 | KSA0000001819 | KSA_VOL001 |
| KSA0000001820 | KSA0000001820 | KSA_VOL001 |
| KSA0000001821 | KSA0000001821 | KSA_VOL001 |
| KSA0000006641 | KSA0000006641 | KSA_VOL001 |
| KSA0000006642 | KSA0000006642 | KSA_VOL001 |
| KSA0000006643 | KSA0000006643 | KSA_VOL001 |
| KSA0000006644 | KSA0000006645 | KSA_VOL001 |
| KSA0000006646 | KSA0000006646 | KSA_VOL001 |
| KSA0000006647 | KSA0000006647 | KSA_VOL001 |
| KSA0000006648 | KSA0000006648 | KSA_VOL001 |

| BEGBATES | ENDBATES | Production Volume |
|---|---|---|
| KSA0000006649 | KSA0000006649 | KSA_VOL001 |
| KSA0000006650 | KSA0000006650 | KSA_VOL001 |
| KSA0000006651 | KSA0000006651 | KSA_VOL001 |
| KSA0000006652 | KSA0000006652 | KSA_VOL001 |
| KSA0000006653 | KSA0000006653 | KSA_VOL001 |
| KSA0000006654 | KSA0000006656 | KSA_VOL001 |
| KSA0000006657 | KSA0000006657 | KSA_VOL001 |
| KSA0000006658 | KSA0000006658 | KSA_VOL001 |
| KSA0000006659 | KSA0000006659 | KSA_VOL001 |
| KSA0000006660 | KSA0000006660 | KSA_VOL001 |
| KSA0000006661 | KSA0000006661 | KSA_VOL001 |
| KSA0000006662 | KSA0000006662 | KSA_VOL001 |
| KSA0000006663 | KSA0000006665 | KSA_VOL001 |
| KSA0000006666 | KSA0000006666 | KSA_VOL001 |
| KSA0000006667 | KSA0000006668 | KSA_VOL001 |
| KSA0000006669 | KSA0000006669 | KSA_VOL001 |
| KSA0000006670 | KSA0000006671 | KSA_VOL001 |
| KSA0000006672 | KSA0000006672 | KSA_VOL001 |
| KSA0000006673 | KSA0000006673 | KSA_VOL001 |
| KSA0000006674 | KSA0000006678 | KSA_VOL001 |
| KSA0000006679 | KSA0000006679 | KSA_VOL001 |
| KSA0000006680 | KSA0000006680 | KSA_VOL001 |
| KSA0000006808 | KSA0000006808 | KSA_VOL002 |

| BEGBATES | ENDBATES | Production Volume |
|---|---|---|
| KSA0000006809 | KSA0000006809 | KSA_VOL002 |
| KSA0000006810 | KSA0000006810 | KSA_VOL002 |
| KSA0000006811 | KSA0000006811 | KSA_VOL002 |
| KSA0000006812 | KSA0000006812 | KSA_VOL002 |
| KSA0000006813 | KSA0000006836 | KSA_VOL002 |
| KSA0000006837 | KSA0000006837 | KSA_VOL002 |
| KSA0000006838 | KSA0000006859 | KSA_VOL002 |
| KSA0000006863 | KSA0000006865 | KSA_VOL003 |
| KSA0000006866 | KSA0000006867 | KSA_VOL003 |
| KSA0000006868 | KSA0000006868 | KSA_VOL003 |
| KSA0000007023 | KSA0000007024 | KSA_VOL008 |
| KSA0000007025 | KSA0000007025 | KSA_VOL008 |
| KSA0000007026 | KSA0000007030 | KSA_VOL008 |
| KSA0000007031 | KSA0000007032 | KSA_VOL008 |
| KSA0000007033 | KSA0000007037 | KSA_VOL008 |
| KSA0000007038 | KSA0000007038 | KSA_VOL008 |
| KSA0000007039 | KSA0000007039 | KSA_VOL008 |
| KSA0000007040 | KSA0000007040 | KSA_VOL008 |
| KSA0000007041 | KSA0000007041 | KSA_VOL008 |
| KSA0000007042 | KSA0000007042 | KSA_VOL008 |
| KSA0000007043 | KSA0000007043 | KSA_VOL008 |
| KSA0000007044 | KSA0000007044 | KSA_VOL008 |
| KSA0000007045 | KSA0000007045 | KSA_VOL008 |

| BEGBATES | ENDBATES | Production Volume |
|---|---|---|
| KSA0000007046 | KSA0000007046 | KSA_VOL008 |
| KSA0000007047 | KSA0000007047 | KSA_VOL008 |
| KSA0000007048 | KSA0000007048 | KSA_VOL008 |
| KSA0000007049 | KSA0000007049 | KSA_VOL008 |
| KSA0000007050 | KSA0000007050 | KSA_VOL008 |
| KSA0000007051 | KSA0000007051 | KSA_VOL008 |
| KSA0000007052 | KSA0000007052 | KSA_VOL008 |
| KSA0000007053 | KSA0000007053 | KSA_VOL008 |
| KSA0000007054 | KSA0000007054 | KSA_VOL008 |
| KSA0000007055 | KSA0000007055 | KSA_VOL008 |
| KSA0000007056 | KSA0000007056 | KSA_VOL008 |
| KSA0000007057 | KSA0000007057 | KSA_VOL008 |
| KSA0000007058 | KSA0000007058 | KSA_VOL008 |
| KSA0000007059 | KSA0000007059 | KSA_VOL008 |
| KSA0000007060 | KSA0000007060 | KSA_VOL008 |
| KSA0000007061 | KSA0000007061 | KSA_VOL008 |
| KSA0000007062 | KSA0000007062 | KSA_VOL008 |
| KSA0000007367 | KSA0000007367 | KSA_VOL008 |
| KSA0000007368 | KSA0000007368 | KSA_VOL008 |
| KSA0000007369 | KSA0000007369 | KSA_VOL008 |
| KSA0000007370 | KSA0000007370 | KSA_VOL008 |
| KSA0000007371 | KSA0000007371 | KSA_VOL008 |
| KSA0000007372 | KSA0000007372 | KSA_VOL008 |

| BEGBATES | ENDBATES | Production Volume |
|---|---|---|
| KSA0000007373 | KSA0000007373 | KSA_VOL008 |
| KSA0000007374 | KSA0000007374 | KSA_VOL008 |
| KSA0000007375 | KSA0000007375 | KSA_VOL008 |
| KSA0000007376 | KSA0000007376 | KSA_VOL008 |
| KSA0000007377 | KSA0000007377 | KSA_VOL008 |
| KSA0000007378 | KSA0000007378 | KSA_VOL008 |
| KSA0000007379 | KSA0000007379 | KSA_VOL008 |
| KSA0000007380 | KSA0000007380 | KSA_VOL008 |
| KSA0000007381 | KSA0000007381 | KSA_VOL008 |
| KSA0000007382 | KSA0000007382 | KSA_VOL008 |
| KSA0000007383 | KSA0000007383 | KSA_VOL008 |
| KSA0000007384 | KSA0000007385 | KSA_VOL008 |
| KSA0000007386 | KSA0000007386 | KSA_VOL008 |
| KSA0000007387 | KSA0000007387 | KSA_VOL008 |
| KSA0000007388 | KSA0000007388 | KSA_VOL008 |
| KSA0000007389 | KSA0000007389 | KSA_VOL008 |
| KSA0000007390 | KSA0000007390 | KSA_VOL008 |
| KSA0000007391 | KSA0000007391 | KSA_VOL008 |
| KSA0000007392 | KSA0000007392 | KSA_VOL008 |
| KSA0000007393 | KSA0000007393 | KSA_VOL008 |
| KSA0000007394 | KSA0000007396 | KSA_VOL008 |
| KSA0000007397 | KSA0000007397 | KSA_VOL008 |
| KSA0000007398 | KSA0000007398 | KSA_VOL008 |

| BEGBATES | ENDBATES | Production Volume |
|----------|----------|-------------------|
| KSA0000007399 | KSA0000007400 | KSA_VOL008 |
| KSA0000007401 | KSA0000007401 | KSA_VOL008 |
| KSA0000007402 | KSA0000007402 | KSA_VOL008 |
| KSA0000007403 | KSA0000007403 | KSA_VOL008 |
| KSA0000007404 | KSA0000007404 | KSA_VOL008 |
| KSA0000007405 | KSA0000007405 | KSA_VOL008 |
| KSA0000007406 | KSA0000007407 | KSA_VOL008 |
| KSA0000007408 | KSA0000007408 | KSA_VOL008 |
| KSA0000007409 | KSA0000007409 | KSA_VOL008 |
| KSA0000007410 | KSA0000007410 | KSA_VOL008 |
| KSA0000007411 | KSA0000007412 | KSA_VOL008 |
| KSA0000007413 | KSA0000007413 | KSA_VOL008 |
| KSA0000007414 | KSA0000007414 | KSA_VOL008 |
| KSA0000007415 | KSA0000007416 | KSA_VOL008 |
| KSA0000007417 | KSA0000007417 | KSA_VOL008 |
| KSA0000007418 | KSA0000007418 | KSA_VOL008 |
| KSA0000007419 | KSA0000007419 | KSA_VOL008 |
| KSA0000007420 | KSA0000007420 | KSA_VOL008 |
| KSA0000007421 | KSA0000007421 | KSA_VOL008 |
| KSA0000007422 | KSA0000007422 | KSA_VOL008 |
| KSA0000007423 | KSA0000007423 | KSA_VOL008 |
| KSA0000007424 | KSA0000007425 | KSA_VOL008 |
| KSA0000007426 | KSA0000007427 | KSA_VOL008 |

| BEGBATES | ENDBATES | Production Volume |
|---|---|---|
| KSA0000007428 | KSA0000007430 | KSA_VOL008 |
| KSA0000007431 | KSA0000007432 | KSA_VOL008 |
| KSA0000007433 | KSA0000007434 | KSA_VOL008 |
| KSA0000007435 | KSA0000007436 | KSA_VOL008 |
| KSA0000007437 | KSA0000007438 | KSA_VOL008 |
| KSA0000007439 | KSA0000007440 | KSA_VOL008 |
| KSA0000007441 | KSA0000007442 | KSA_VOL008 |
| KSA0000007443 | KSA0000007444 | KSA_VOL008 |
| KSA0000007445 | KSA0000007447 | KSA_VOL008 |
| KSA0000007448 | KSA0000007449 | KSA_VOL008 |
| KSA0000007450 | KSA0000007451 | KSA_VOL008 |
| KSA0000007452 | KSA0000007453 | KSA_VOL008 |
| KSA0000007454 | KSA0000007455 | KSA_VOL008 |
| KSA0000007456 | KSA0000007457 | KSA_VOL008 |
| KSA0000007458 | KSA0000007459 | KSA_VOL008 |
| KSA0000007460 | KSA0000007461 | KSA_VOL008 |
| KSA0000007462 | KSA0000007464 | KSA_VOL008 |
| KSA0000007465 | KSA0000007468 | KSA_VOL008 |
| KSA0000007469 | KSA0000007470 | KSA_VOL008 |
| KSA0000007471 | KSA0000007472 | KSA_VOL008 |
| KSA0000007473 | KSA0000007475 | KSA_VOL008 |
| KSA0000007476 | KSA0000007477 | KSA_VOL008 |
| KSA0000007478 | KSA0000007481 | KSA_VOL008 |

| BEGBATES | ENDBATES | Production Volume |
|---|---|---|
| KSA0000007482 | KSA0000007488 | KSA_VOL008 |
| KSA0000007489 | KSA0000007490 | KSA_VOL008 |
| KSA0000007491 | KSA0000007492 | KSA_VOL008 |
| KSA0000007493 | KSA0000007495 | KSA_VOL008 |
| KSA0000007496 | KSA0000007500 | KSA_VOL008 |
| KSA0000007501 | KSA0000007502 | KSA_VOL008 |
| KSA0000007503 | KSA0000007504 | KSA_VOL008 |
| KSA0000007505 | KSA0000007522 | KSA_VOL008 |
| KSA0000007523 | KSA0000007526 | KSA_VOL008 |
| KSA0000007527 | KSA0000007532 | KSA_VOL008 |
| KSA0000007533 | KSA0000007545 | KSA_VOL008 |
| KSA0000007546 | KSA0000007548 | KSA_VOL008 |
| KSA0000007549 | KSA0000007550 | KSA_VOL008 |
| KSA0000007551 | KSA0000007552 | KSA_VOL008 |
| KSA0000007553 | KSA0000007554 | KSA_VOL008 |
| KSA0000007555 | KSA0000007556 | KSA_VOL008 |
| KSA0000007557 | KSA0000007558 | KSA_VOL008 |
| KSA0000007559 | KSA0000007560 | KSA_VOL008 |
| KSA0000007561 | KSA0000007562 | KSA_VOL008 |
| KSA0000007563 | KSA0000007564 | KSA_VOL008 |
| KSA0000007565 | KSA0000007566 | KSA_VOL008 |
| KSA0000007567 | KSA0000007568 | KSA_VOL008 |
| KSA0000007569 | KSA0000007570 | KSA_VOL008 |

| BEGBATES | ENDBATES | Production Volume |
|----------|----------|-------------------|
| KSA0000007571 | KSA0000007572 | KSA_VOL008 |
| KSA0000007573 | KSA0000007574 | KSA_VOL008 |
| KSA0000007575 | KSA0000007576 | KSA_VOL008 |
| KSA0000007577 | KSA0000007578 | KSA_VOL008 |
| KSA0000007579 | KSA0000007580 | KSA_VOL008 |
| KSA0000007581 | KSA0000007582 | KSA_VOL008 |
| KSA0000007583 | KSA0000007584 | KSA_VOL008 |
| KSA0000007585 | KSA0000007587 | KSA_VOL008 |
| KSA0000007588 | KSA0000007589 | KSA_VOL008 |
| KSA0000007590 | KSA0000007591 | KSA_VOL008 |
| KSA0000007592 | KSA0000007593 | KSA_VOL008 |
| KSA0000007594 | KSA0000007595 | KSA_VOL008 |
| KSA0000007596 | KSA0000007597 | KSA_VOL008 |
| KSA0000007598 | KSA0000007603 | KSA_VOL008 |
| KSA0000007604 | KSA0000007605 | KSA_VOL008 |
| KSA0000007606 | KSA0000007607 | KSA_VOL008 |
| KSA0000007608 | KSA0000007609 | KSA_VOL008 |
| KSA0000007610 | KSA0000007611 | KSA_VOL008 |
| KSA0000007612 | KSA0000007613 | KSA_VOL008 |
| KSA0000007614 | KSA0000007615 | KSA_VOL008 |
| KSA0000007616 | KSA0000007618 | KSA_VOL008 |
| KSA0000007619 | KSA0000007620 | KSA_VOL008 |
| KSA0000007621 | KSA0000007622 | KSA_VOL008 |

| BEGBATES | ENDBATES | Production Volume |
|----------|----------|-------------------|
| KSA0000007623 | KSA0000007624 | KSA_VOL008 |
| KSA0000007625 | KSA0000007627 | KSA_VOL008 |
| KSA0000007628 | KSA0000007629 | KSA_VOL008 |
| KSA0000007630 | KSA0000007631 | KSA_VOL008 |
| KSA0000007632 | KSA0000007633 | KSA_VOL008 |
| KSA0000007634 | KSA0000007635 | KSA_VOL008 |
| KSA0000007636 | KSA0000007637 | KSA_VOL008 |
| KSA0000007638 | KSA0000007639 | KSA_VOL008 |
| KSA0000007640 | KSA0000007642 | KSA_VOL008 |
| KSA0000007643 | KSA0000007644 | KSA_VOL008 |
| KSA0000007645 | KSA0000007646 | KSA_VOL008 |
| KSA0000007647 | KSA0000007651 | KSA_VOL008 |
| KSA0000007652 | KSA0000007653 | KSA_VOL008 |
| KSA0000007654 | KSA0000007655 | KSA_VOL008 |
| KSA0000007656 | KSA0000007657 | KSA_VOL008 |
| KSA0000007658 | KSA0000007659 | KSA_VOL008 |
| KSA0000007660 | KSA0000007661 | KSA_VOL008 |
| KSA0000007662 | KSA0000007663 | KSA_VOL008 |
| KSA0000007664 | KSA0000007665 | KSA_VOL008 |
| KSA0000007666 | KSA0000007667 | KSA_VOL008 |
| KSA0000007668 | KSA0000007670 | KSA_VOL008 |
| KSA0000007671 | KSA0000007672 | KSA_VOL008 |
| KSA0000007673 | KSA0000007674 | KSA_VOL008 |

| BEGBATES | ENDBATES | Production Volume |
|----------|----------|-------------------|
| KSA0000007675 | KSA0000007676 | KSA_VOL008 |
| KSA0000007677 | KSA0000007678 | KSA_VOL008 |
| KSA0000007679 | KSA0000007680 | KSA_VOL008 |
| KSA0000007681 | KSA0000007682 | KSA_VOL008 |
| KSA0000007683 | KSA0000007685 | KSA_VOL008 |
| KSA0000007686 | KSA0000007687 | KSA_VOL008 |
| KSA0000007688 | KSA0000007689 | KSA_VOL008 |
| KSA0000007690 | KSA0000007691 | KSA_VOL008 |
| KSA0000007692 | KSA0000007693 | KSA_VOL008 |
| KSA0000007694 | KSA0000007695 | KSA_VOL008 |
| KSA0000007696 | KSA0000007697 | KSA_VOL008 |
| KSA0000007698 | KSA0000007699 | KSA_VOL008 |
| KSA0000007700 | KSA0000007701 | KSA_VOL008 |
| KSA0000007702 | KSA0000007703 | KSA_VOL008 |
| KSA0000007704 | KSA0000007705 | KSA_VOL008 |
| KSA0000007706 | KSA0000007707 | KSA_VOL008 |
| KSA0000007708 | KSA0000007709 | KSA_VOL008 |
| KSA0000007710 | KSA0000007711 | KSA_VOL008 |
| KSA0000007712 | KSA0000007713 | KSA_VOL008 |
| KSA0000007714 | KSA0000007715 | KSA_VOL008 |
| KSA0000007716 | KSA0000007717 | KSA_VOL008 |
| KSA0000007718 | KSA0000007719 | KSA_VOL008 |
| KSA0000007720 | KSA0000007721 | KSA_VOL008 |

| BEGBATES | ENDBATES | Production Volume |
|---|---|---|
| KSA0000007722 | KSA0000007723 | KSA_VOL008 |
| KSA0000007724 | KSA0000007725 | KSA_VOL008 |
| KSA0000007726 | KSA0000007727 | KSA_VOL008 |
| KSA0000007728 | KSA0000007729 | KSA_VOL008 |
| KSA0000007730 | KSA0000007731 | KSA_VOL008 |
| KSA0000007732 | KSA0000007733 | KSA_VOL008 |
| KSA0000007734 | KSA0000007735 | KSA_VOL008 |
| KSA0000007736 | KSA0000007737 | KSA_VOL008 |
| KSA0000007738 | KSA0000007739 | KSA_VOL008 |
| KSA0000007740 | KSA0000007741 | KSA_VOL008 |
| KSA0000007742 | KSA0000007743 | KSA_VOL008 |
| KSA0000007744 | KSA0000007745 | KSA_VOL008 |
| KSA0000007746 | KSA0000007747 | KSA_VOL008 |
| KSA0000007748 | KSA0000007749 | KSA_VOL008 |
| KSA0000007750 | KSA0000007751 | KSA_VOL008 |
| KSA0000007752 | KSA0000007753 | KSA_VOL008 |
| KSA0000007754 | KSA0000007755 | KSA_VOL008 |
| KSA0000007756 | KSA0000007757 | KSA_VOL008 |
| KSA0000007758 | KSA0000007759 | KSA_VOL008 |
| KSA0000007760 | KSA0000007761 | KSA_VOL008 |
| KSA0000007762 | KSA0000007764 | KSA_VOL008 |
| KSA0000007765 | KSA0000007766 | KSA_VOL008 |
| KSA0000007767 | KSA0000007768 | KSA_VOL008 |

| BEGBATES | ENDBATES | Production Volume |
|----------|----------|-------------------|
| KSA0000007769 | KSA0000007770 | KSA_VOL008 |
| KSA0000007771 | KSA0000007772 | KSA_VOL008 |
| KSA0000007773 | KSA0000007776 | KSA_VOL008 |
| KSA0000007777 | KSA0000007778 | KSA_VOL008 |
| KSA0000007779 | KSA0000007780 | KSA_VOL008 |
| KSA0000007781 | KSA0000007782 | KSA_VOL008 |
| KSA0000007783 | KSA0000007785 | KSA_VOL008 |
| KSA0000007786 | KSA0000007787 | KSA_VOL008 |
| KSA0000007788 | KSA0000007789 | KSA_VOL008 |
| KSA0000007790 | KSA0000007791 | KSA_VOL008 |
| KSA0000007792 | KSA0000007793 | KSA_VOL008 |
| KSA0000007794 | KSA0000007795 | KSA_VOL008 |
| KSA0000007796 | KSA0000007797 | KSA_VOL008 |
| KSA0000007798 | KSA0000007799 | KSA_VOL008 |
| KSA0000007800 | KSA0000007801 | KSA_VOL008 |
| KSA0000007802 | KSA0000007803 | KSA_VOL008 |
| KSA0000007804 | KSA0000007805 | KSA_VOL008 |
| KSA0000007806 | KSA0000007808 | KSA_VOL008 |
| KSA0000007809 | KSA0000007810 | KSA_VOL008 |
| KSA0000007811 | KSA0000007812 | KSA_VOL008 |
| KSA0000007813 | KSA0000007814 | KSA_VOL008 |
| KSA0000007815 | KSA0000007816 | KSA_VOL008 |
| KSA0000007817 | KSA0000007818 | KSA_VOL008 |

| BEGBATES | ENDBATES | Production Volume |
|---|---|---|
| KSA0000007819 | KSA0000007820 | KSA_VOL008 |
| KSA0000007821 | KSA0000007822 | KSA_VOL008 |
| KSA0000007823 | KSA0000007824 | KSA_VOL008 |
| KSA0000007825 | KSA0000007828 | KSA_VOL008 |
| KSA0000007829 | KSA0000007838 | KSA_VOL008 |
| KSA0000007839 | KSA0000007841 | KSA_VOL008 |
| KSA0000007842 | KSA0000007868 | KSA_VOL008 |
| KSA0000007869 | KSA0000007870 | KSA_VOL008 |
| KSA0000007871 | KSA0000007872 | KSA_VOL008 |
| KSA0000007873 | KSA0000007874 | KSA_VOL008 |
| KSA0000007875 | KSA0000007876 | KSA_VOL008 |
| KSA0000007877 | KSA0000007878 | KSA_VOL008 |
| KSA0000007879 | KSA0000007881 | KSA_VOL008 |
| KSA0000007882 | KSA0000007883 | KSA_VOL008 |
| KSA0000007884 | KSA0000007885 | KSA_VOL008 |
| KSA0000007886 | KSA0000007887 | KSA_VOL008 |
| KSA0000007888 | KSA0000007889 | KSA_VOL008 |
| KSA0000007890 | KSA0000007892 | KSA_VOL008 |
| KSA0000007893 | KSA0000007894 | KSA_VOL008 |
| KSA0000007895 | KSA0000007898 | KSA_VOL008 |
| KSA0000007899 | KSA0000007900 | KSA_VOL008 |
| KSA0000007901 | KSA0000007902 | KSA_VOL008 |
| KSA0000007903 | KSA0000007907 | KSA_VOL008 |

| BEGBATES | ENDBATES | Production Volume |
|---|---|---|
| KSA0000007908 | KSA0000007909 | KSA_VOL008 |
| KSA0000007910 | KSA0000007911 | KSA_VOL008 |
| KSA0000007912 | KSA0000007913 | KSA_VOL008 |
| KSA0000007914 | KSA0000007917 | KSA_VOL008 |
| KSA0000007918 | KSA0000007919 | KSA_VOL008 |
| KSA0000007920 | KSA0000007921 | KSA_VOL008 |
| KSA0000007922 | KSA0000007923 | KSA_VOL008 |
| KSA0000007924 | KSA0000007925 | KSA_VOL008 |
| KSA0000007926 | KSA0000007927 | KSA_VOL008 |
| KSA0000007928 | KSA0000007929 | KSA_VOL008 |
| KSA0000007930 | KSA0000007933 | KSA_VOL008 |
| KSA0000007934 | KSA0000007935 | KSA_VOL008 |
| KSA0000007936 | KSA0000007937 | KSA_VOL008 |
| KSA0000007938 | KSA0000007939 | KSA_VOL008 |
| KSA0000007940 | KSA0000007941 | KSA_VOL008 |
| KSA0000007942 | KSA0000007943 | KSA_VOL008 |
| KSA0000007944 | KSA0000007945 | KSA_VOL008 |
| KSA0000007946 | KSA0000007947 | KSA_VOL008 |
| KSA0000007948 | KSA0000007949 | KSA_VOL008 |
| KSA0000007950 | KSA0000007951 | KSA_VOL008 |
| KSA0000007952 | KSA0000007953 | KSA_VOL008 |
| KSA0000007954 | KSA0000007955 | KSA_VOL008 |
| KSA0000007956 | KSA0000007957 | KSA_VOL008 |

| BEGBATES | ENDBATES | Production Volume |
|---|---|---|
| KSA0000007958 | KSA0000007960 | KSA_VOL008 |
| KSA0000007961 | KSA0000007962 | KSA_VOL008 |
| KSA0000007963 | KSA0000007964 | KSA_VOL008 |
| KSA0000007965 | KSA0000007966 | KSA_VOL008 |
| KSA0000007967 | KSA0000007968 | KSA_VOL008 |
| KSA0000007969 | KSA0000007970 | KSA_VOL008 |
| KSA0000007971 | KSA0000007973 | KSA_VOL008 |
| KSA0000007991 | KSA0000007994 | KSA_VOL009 |
| KSA0000007995 | KSA0000007995 | KSA_VOL009 |