# EXHIBIT 168
## REDACTED FOR PUBLIC FILING



# SUBSCRIBER INFORMATION FOR ▋▋▋-3362

Start Srv 07/31/1997

Canceled since: 02/27/2000

**Billing Name**
FAISAL ALMUHANA

**Billing Address**
576 N BELLFLOWER BLVD UNIT 241
LONG BEACH CA 90814-4232

**User Name**
FAISAL ALMUHANA

**Place of Primary Use**
576 N BELLFLOWER BLVD UNIT 241
LONG BEACH CA 90814-4232

AT&T Proprietary
The information contained here is for use by authorized person only and is not for general distribution.



# SUBSCRIBER INFORMATION FOR ▮▮▮▮▮▮ 3362



Start Srv 06/10/2000

Canceled since: 04/29/2002

Billing Name

Billing Address
4907 E WILBARN ST
COMPTON CA 90221-1840

User Name

Place of Primary Use
4907 E WILBARN ST
COMPTON CA 90221-1840

AT&T Proprietary

The information contained here is for use by authorized person only and is not for general distribution.



# SUBSCRIBER INFORMATION FOR ▮▮▮▮▮-0777

Start Srv  10/01/2000

Canceled since: 04/22/2002

**Billing Name**
SALAH AL HATLANI

CS Info

**User Name**
SALAH AL HATLANI

**Place of Primary Use**
2045 SAWTELLE BLVD
LOS ANGELES CA 90025-6229

AT&T Proprietary

The information contained here is for use by authorized person only and is not for general distribution.



# SUBSCRIBER INFORMATION FOR ███████ 0777

Start Srv  07/03/1999

Canceled since: 08/01/2000

**Billing Name**
████████████

**CS Info**

**User Name**
████████████

**Place of Primary Use**
1541 S BEDFORD ST APT 303
LOS ANGELES CA 90035-4492

AT&T Proprietary

The information contained here is for use by authorized person only and is not for general distribution.



# SUBSCRIBER INFORMATION FOR ▮▮▮▮▮▮0777



Start Srv 04/22/2002

Canceled since: 02/05/2003

Billing Name
FAHAD ALTHUMAIRY

CS Info

User Name
FAHAD ALTHUMAIRY

Place of Primary Use
4133 HURON AVE
CULVER CITY CA 90232-4018

AT&T Proprietary

The information contained here is for use by authorized person only and is not for general distribution.