# EXHIBIT 169



سرّي للغاية

محضر اللجنة المشكلة بموجب الفقرة (٣) من الأمر السامي الكريم رقـم س/١٦٤١٨
وتاريخ ١٤٢٣/٥/٧هـ لوضع الضوابط اللازمة لعمل الموظفين الموفدين للعمل في
ممثليات خادم الحرمين الشريفين من وزارة الشئون الإسلامية .

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008756



سري للغاية

أولاً:ـ تنفيذاً للفقرة (٣) من الأمر السامي الكريم رقم ١٦٤١٨ وتاريخ ١٤٢٣/٥/٧هـ بشأن تشكيل لجنة من (وزارة الخارجية ـ رئاسة الاستخبارات العامة ـ وزارة الداخلية ـ وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد) والمكلفة بما يلي:ـ

١ـ حصر السفارات التي يعمل بها موظفون من وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد.

٢ـ مراجعة أوضاعهم لوضع الضوابط اللازمة لضمان عدم استغلال نشاطهم من قبل أي جهة مشبوهة ، والحد من مقابلتهم للأفراد.

٣ـ النظر في إمكانية قيام القنصليات السعودية بالخدمات المقدمة للمسلمين حالياً.

٤ـ مراجعة الأسس التي يتم من خلالها الاتصال بالجهات والهيئات الإسلامية في الدول الغربية على وجه الخصوص للتأكد من سلامة توجهات تلك الجمعيات والهيئات.

٥ـ أن يكون هناك توثيق وسجل واضح لدى السفارات لأي اتصال مع القائمين على تلك الجمعيات والهيئات ، وكذلك ما يرد منهم من مكاتبات أو يوجه لهم من خطابات.

٦ـ التأكيد على عدم حمل الموظفين لأي بطاقات شخصية أو توزيعها إلا ما يتم تزويدهم به بشكل رسمي من قبل السفارات والحرص على عدم تزويد الآخرين بها إلا عند الحاجة الرسمية.

ثانياً:ـ تم تشكيل اللجنة من كل من:ـ

١. سعادة الدكتور/ توفيق بن عبدالعزيز السديري وكيل وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد ـ للشئون الإسلامية

٢. سعادة السفير/ محمد بن فايز الشريف        وزارة الخارجية

٣. سعادة السفير/ عبدالمحسن بن فهد المارك     وزارة الخارجية

٤. سعادة الاستاذ/ محمد بن عبدالله السديس     وزارة الخارجية

٥. عقيد/ سعد بن نافش العمري               الاستخبارات العامة

٦. المقدم/ عبدالرحمن بن غرمان الشهري        وزارة الخارجية

٧. النقيب/ أسامة بن سعود الوهبي             وزارة الداخلية

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008757



سري للغاية

ثالثاً: عقدت اللجنة عدة اجتماعات بمقر وزارة الخارجية واستعرضت فيها ما هو
متوفر من وثائق رسمية بشأن ضبط أوضاع العاملين في المجال الإسلامي في الخارج
وما حصل من تطورات وتأثيرات سلبية على العمل الإسلامي في الخارج عقب أحداث
١١ سبتمبر ٢٠٠١م الإرهابية  وفي هذا الصدد اطلعت اللجنة على ما يلي:.

أ ــ قرار مجلس الوزراء الموقر رقم (٤٠) وتاريخ ١٤١٣/٣/٢٤هـ المرفق نسخة
منه ومن مرفقاته (مرفق رقم ١) المتضمن الموافقة على لائحة الملحقين الفنيين
بالبعثات الدبلوماسية بالصيغة المرافقة بالقرار ، والمشتمل على إنشاء الملحقيات
ومهامها وشروط شغل وظيفة ملحق فني وعلاقة الملحقين الفنيين برئيس البعثة
وأحكام عامة بخصوص سريان اللائحة والمزايا والحصانات.

٢ ــ الفقرة أولا من البند الثاني من الأمر السامي الكريم رقــــــــــم ٨/٤١٧ وتاريخ
١٤٠٧/٤/٩هـ المرفقة نسخة منه ومن مرفقاته (مرفق رقم ٢) والذي نص على
القواعد المنظمة لعمل الدعاة في الخارج وكيفية فتح مكاتب الدعوة في الدول التي
تسمح بذلك وتقديم المنسوبين ضمن كادر السفارات في الدول التي لا تسمح بفتح
مكاتب دعوة وضرورة اجتيازهم الدورة في المعهد الدبلوماسي التابع لوزارة الخارجية
علما بأنه سبق تعميم قرار مجلس الوزراء المشار إليه في حينه من قبل وزارة
الخارجية على ممثليات المملكة في الخارج للإحاطة برقم ٢/٨٣٧٥/٢٧/٩٣  وتاريخ
١٤١٣/٥/١٦هـ وكذلك تعميم الأمر السامي الكريم الخاص بمكاتب الدعوة والدعاة
وإيفادهم إلى الخارج بمذكرة وزارة الخارجية التعميمية رقم ٢/٧٢٩٠/١/٨/٢٣/٩٧
وتاريخ ١٤٠٧/٦/٢٤هـ علماً أنه قد تم تزويد وزارة الشئون الإسلامية والأوقاف
والدعوة والإرشاد بنسخة من الوثيقتين المشار إليهما أعلاه ببرقية وزارة الخارجية
رقم ٢٣/٩٧//٧٨٧٥ وتاريخ ١٤١٥/٣/٩هـ (مرفق رقم ٣) .

٣ ــ تعميم وزارة الخارجية رقم ٢٣/٩٧/١/١٦٣٦٢ وتاريخ ١٤١٣/٦/١١هـ بشأن
كيفية التحري واستيفاء المعلومات حول القائمين على الجمعيات والمؤسسات
والمراكز الخيرية في الخارج التي تطلب مساعدات من المملكة للإسهام بمشروعاتها
الخيرية لضمان ايصال هذه المساعدات على الوجه الصحيح والمرافق نسخة منه
(مرفق رقم ٤) .

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008758



سري للغاية

٤ ـ قرار صاحب السمو الملكي وزير الخارجية رقم ٩٥/٤٧/١/١٢/١ وتاريخ ٦/١١/
١٤٠٨هـ باعتماد العمل بالتعليمات الإرشادية العامة لمنسوبي وزارة الخارجية ومنسوبي
الأجهزة الحكومية العاملين بالخارج بالصيغة المرفقة بالقرار (مرفق رقم٥).

٥ ـ التنظيم الإداري لمكاتب الدعوة في الخارج وشروط الإيفاد وقرار معالي رئيس
ديوان الخدمة المدنية رقم ١٨/٢٧٩/ت/ب وتاريخ ١٤١٨/٦/١٧هـ بالموافقة على
تنفيذ برنامج (تنمية مهارات العاملين في الشئون الإسلامية لمدة أربعة أسابيع بجامعة
الإمام محمد بن سعود الإسلامية) المرافقة نسخة منه (مرفق رقم ٦) .

٦ ـ كما لاحظت اللجنة أن التداعيات والتحديات التي أعقبت الأعمال الإرهابية في
الولايات المتحدة بتاريخ ١١ سبتمبر ٢٠٠١م ، وما تبع ذلك من محاولات لإضفاء
صفة العمل الإرهابي أو الارتباط بما يسمى بالقاعدة على كثير من الأفراد والأعمال
الخيرية والمساعدات الإسلامية ، وكذلك على عدد من المؤسسات الخيرية الإسلامية
التي تتخذ من المملكة مقراً لها وتمارس أنشطتها في الخارج وإخضاعها لرقابة
خارجية بحجة تجفيف المصادر المالية لتلك الجماعات الإرهابية ، واستغلال بعض
السلبيات والممارسات غير المقصودة التي صدرت عن بعض العاملين السعوديين في
مجال تقديم المساعدات أو النشاطات الدعوية التي يقوم بها منسوبو وزارة الشئون
الإسلامية وبعض المنظمات الإسلامية غير الحكومية مثل (رابطة العالم الإسلامي
وهيئة الإغاثة التابعة لها والندوة العالمية للشباب الإسلامي ومؤسسة الحرمين
وأمثالها) على نحو مبالغ فيه لا يبرر تعطيل عمل الأجهزة المعنية بالعمل الإسلامي في
الخارج مثل (وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد) التي أنشئت عام
١٤١٢هـ وإيكال مهام منسوبيها العاملين في الخارج إلى أجهزة أخرى تابعة لوزارة
الخارجية على اعتبار أن العمل الإسلامي في الخارج هو مسئولية مشتركة ترعاه
المملكة انطلاقاً من موقعها القيادي الإسلامي إقليمياً وعالمياً ، وبالتالي فإن تلك
السلبيات يمكن معالجتها من خلال التعرف على خلفية هذه السلبيات ومن ثم وضع
الضوابط اللازمة لحركة العاملين في الخارج على صعيد الإسلامي دون الانسياق تحت
تأثير الظروف الخارجية التي تستهدف تعطيل مهام الأجهزة الحكومية وغير الحكومية
التي تقوم بهذه الأعمال الإسلامية الخيرة.

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008759



سري للغاية

وفي ظل الظروف الراهنة التي عكست نوعاً من ردود الفعل السلبية حيال العمل الإسلامي في عدد كبير من الدول المضيفة ، فإنه لا بد من توفير الغطاء الرسمي المسبق تحت مظلة سفارات المملكة في الخارج لتيسير إنسياب العمل الإسلامي المكلف به منسوبو وزارة الشئون الإسلامية من خلال التنسيق المسبق مع رئيس البعثة السعودية لاتخاذ الإجراء المطلوب مع الدولة المضيفة بحيث تكون على علم ومعرفة بهذا العمل دون أي إعتراضات نظراً لصعوبة عقد إتفاقيات ثنائية للترخيص بالعمل الإسلامي لاحتمال أن تطلب الدولة المضيفة المعاملة بالمثل الأمر الذي يفرض ضرورة إعادة تنظيم وضع منسوبي وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد الموفدين للعمل في الخارج بما في ذلك إدراجهم ضمن كادر منسوبي وزارة الخارجية العاملين في السفارات مما يتطلب من وزارة الشئون الإسلامية ليس فقط إشعار وزارة الخارجية حول رغبتها بإيفاد بعض منسوبيها للعمل في الخارج وإنما ضرورة إيضاح الرغبة في تقديمهم بصفة ملحق مع الإشارة إلى مراتبهم بالنسبة للملحق أو الموظف الإداري كل حسب مرتبته والمهمة المكلف بها مع التنسيق المستمر مع رؤساء البعثات الدبلوماسية السعودية في الخارج على صعيد تيسير قيامهم بالمهام المطلوبة منهم على الوجه الأكمل ،

رابعاً :ـ وعلى ضوء ما تقدم فقد توصل أعضاء اللجنة إلى التوصيات :ـ

١. رفع البيان المرفق (مرفق رقم ٧) على صعيد حصر السفارات التي يعمل بها موظفون من وزارة الشئون الإسلامية وقد اتضح أن عدد مكاتب الدعوة التابعة لوزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد يبلغ (٣٣) مكتباً ويبلغ عدد الموظفين العاملين بها (١١٠) .. مع ملاحظة أن بعض تلك المكاتب تقع في مدن غير العاصمة وهي المكاتب في ( أم القوين - دبي - الفجيرة/ الإمارات العربية المتحدة ـ جبل طارق).

وإنفاذاً لقرار مجلس الوزراء رقم (٤٠) وتاريخ ١٤١٣/٣/٢٤هـ الذي لم يوجه إلا لعدد محدود من الوزارات لم يشمل وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد ، توصي اللجنة بتصحيح وضع مكاتب الدعوة التي لم تحصل على ترخيص رسمي من الدولة المضيفة أو تقديم منسوبيها ضمن كادر سفارات المملكة وفقاً للفقرة ( د ) من البند أولا من مرفقات الأمر السامي رقم ٨/٤١٧ وتاريخ

KSA0000008760

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.





سري للغاية

١٤٠٧/٤/١٩هـ، المنوه عنه أنفا حيث نصت هذه الفقرة (مدير مكتب الدعوة ،
والمستشار ، يعتبران دبلوماسيين ، ويمنحان جوازي سفر دبلوماسيين ، أما بقية
الموظفين والدعاة السعوديين فيمنحون جوازات سفر خاصة) مع ملاحظة مراعاة
أن يكون تقـديم أي منسوب من منسوبي وزارة الشئون الإسلامية والأوقاف
والدعوة والإرشاد العاملين في الخارج بدرجة ملحق فحسب باعتباره ملحقاً فنياً
بموجب لائحة قرار مجلس الوزراء رقم (٤٠) وتاريخ ١٤١٣/٣/٢٤هـ.

٢. وفيما يتعلق بوضع الضوابط للحد من مقابلة العاملين في المجال الإسلامي في
الخارج للأفراد والجمعيات والهيئات الإسلامية في الدول الغربية على وجه
الخصوص فإن اللجنة ترى أن هذا الموضوع المقترح سوف يكون على حساب
مهمة هؤلاء العاملين الأساسية بحكم أنهم مؤهلين من حيث المبدأ للقيام بهذا
العمل خاصة في ظل الاختصاص الوظيفي في إطار الهيكل التنظيمي المنوه عنه
آنفا هذا من ناحية ،إلا أنه يمكن من ناحية أخرى معالجة المحاذير من احتمال
استغلال نشاط هؤلاء الموفدين من قبل أي جهة مشبوهة ليس من خلال الحد
من مقابلتهم للأفراد أو الاتصال بالجمعيات والهيئات الإسلامية أو إسناد مهامهم
للقنصليات السعودية ، وإنما من خلال الحرص على حسن اختيار المؤهلين
ثقافياً وسياسياً وأمنياً (التركيز على الموظف الموفد للعمل في الخارج ومراعاة
الصفات الشخصية ومستوى التأهيل العلمي (التأهيل الجامعي للملحق وبالنسبة
للموظف الإداري أن لا يقل المؤهل العلمي عن الثانوية العامة) والثقافي ومدى
إدراكه لأهمية وحساسية العمل الذي يقوم به في الخارج ، ومدى اطلاعه على
النواحي الدينية في البلد الموفد إليه والطوائف والطرق المنتشرة فيه والأساليب
المناسبة للتعامل معها .. القدرة على فهم الأبعاد السياسية والإعلامية في
البلدان المضيفة) على النحو الذي يوفر لهم عند الاتصال بالأفراد أو الهيئات
الوعي السياسي والأمني الذي يمكن تحقيقه من طريقين :-

ـــ من خلال الدورات المكثفة لدى وزارة الشئون الإسلامية والأوقاف والدعوة
والإرشاد بخصوص تنمية مهارات العاملين في مجال الدعوة في الخارج ، والتأكد
مسبقاً من توفر هذه المهارات لدى الموفدين للعمل في الخارج من قبلها ولا سيما

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008761



سري للغاية

في إطار توفر إمكانية إحاطتهم باللغة الإنجليزية أو الفرنسية باعتبارهما اللغتين الدوليتين السائدتين في العالم.
ـ يمكن تحقيق الوعي السياسي والأمني المطلوب من خلال اجتيازهم الدورات المطلوبة في المعهد الدبلوماسي ( دورة السلوك الدبلوماسي والدورة الأمنية).

إضافة لما تقدم ترى اللجنة عدم جدوى قيام القنصليات بالخدمات المقدمة للمسلمين جاليا من قبل الموفدين من قبل وزارة الشئون الإسلامية للعمل الإسلامي في الخارج نظرا إلى أن الحصانات والامتيازات القنصلية وفقا لاتفاقية فينا للعلاقات القنصلية لعام ١٩٦٣م هي حصانات محدودة خلافا للحصانات والامتيازات الدبلوماسية بموجب اتفاقية فينا لعام ١٩٦١م التي توفر غطاءً أفضل لمنسوبي وزارة الشئون الإسلامية كما يلاحظ أن الحصانات القنصلية عليها مآخذ كثيرة إذا تفسح المجال للسلطات المحلية للرقابة والتدخل وبالتالي لا توفر الغطاء الرسمي القانوني الذي يسمح بممارسة العمل الإسلامي ، مما يكون مدخلا للسلطات المحلية للتدخل في أعمال القنصلية إلى جانب أنها تحدد إطارا إقليميا محليا لعمل القنصل في المدينة أو الدائرة التي تقع ضمن اختصاصه ،أوعليه فإنه من الأفضل تقديم منسوبي وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد كملحق في الجهاز الدبلوماسي للسفارة الذي يوفر أيضاً مجالاً إقليميا أوسع على مستوى الدولة المضيفة.
ومن جانب آخر فإن إسناد العمل الإسلامي للقنصليات بدلاً من منسوبي الجهات الحكومية المختصة بالعمل الإسلامي العاملين في الخارج يتنافى مع الأمر السامي الكريم الخاص بإعادة تنظيم هيكليات العمل الإسلامي الذي أفضى إلى إنشاء وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد والمجلس الأعلى للشئون الإسلامية والتي أصبحت مرجعية ذات اختصاص فني ينبغي توثيق قنوات الاتصال المناسبة لها لتنفيذ ما يصدر من توجيهات وتحديد مهام لممارسة العمل الإسلامي في الخارج وهذا لا يمنع من ضبط العمل الإسلامي في الخارج عبرها بموجب قرار مجلس الوزراء رقم ( ٤٠) وتاريخ ١٤١٣/٣/٢٤هـ على النحو الموضح أعلاه.

٢ـ ضرورة إعادة التعميم على جميع الوزارات والمصالح الحكومية بأهمية إنفاذ قرار مجلس الوزراء رقم (٤٠) وتاريخ ١٤١٣/٣/٢٤هـ على أن يشمل ذلك

٧

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008762



سري للغاية

منسوبي وزارة الشئون الإسلامية العاملين في الخارج في المجال الإسلامي وتقديمهم كملحقين دون إضافة مسمى (ديني) أو (شئون إسلامية) إليه.

٤. التأكيد على ضرورة التنسيق المسبق بين وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد ووزارة الخارجية بأنه عند تكليف هؤلاء الموظفين بالعمل في الخارج ، أن يكون ذلك بخطاب رسمي إلى وزارة الخارجية بطلب جواز سفر دبلوماسي أو خاص لرتيهم إلى جانب أن يتضمن الطلب تقديمهم ضمن كادر السفارة كما أنه في حالة عدم استيعاب مبنى السفارة لضم مكاتب هؤلاء الموفدين من وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد وظهور الحاجة لاستئجار أو تملك مبنى مستقل فإنه يمكن تحقيق ذلك بالتنسيق المسبق مع وزارة الخارجية لتعميد الممثليات في السعودية المعنية بما يلزم وبحيث يكون المبنى تابعا للسفارة وتوضع عليه لوحة تحمل أسم السفارة فحسب دون أي إشارة إلى أنه قسم يعني بالشئون الدينية الا عن طريق السفارة السعودية في البلد المعني . ويختم إبرام أي عقود إلا للسفير مرخص لها .

٥. التأكيد على وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد والوزارات المعنية الأخرى بالتقيد بكل ما جاء في قرار مجلس الوزراء رقم (٤٠) وتاريخ ١٤١٣/٣/٢٤هـ وتعميد موفديها بالالتزام بمضامينه مسبقا ، إلى جانب الطلب من وزارة الخارجية تشكيل اللجنة المشار إليها في المادة رقم(٦) من قرار مجلس الوزراء الخاصة بالمتابعة الدورية للتأكد من الأداء ضمن الضوابط الواردة في هذا المحضر والأوامر السامية والوثائق المنوه عنها في أول هذا المحضر والتي تنص على أن (تشكل في وزارة الخارجية لجنة برئاسة وكيل الوزارة وعضوية المديرين المعنيين بشئون الملحقيات في الجهات التابعة لها ، تجتمع دوريا لمناقشة أوضاع الملحقيات بصفة عامة في ضوء ما يصل إليها من تقارير من البعثات بغرض تطوير أدائها والتغلب على ما يعترضها من عقبات ومن ثم تقوم كل جهة باتخاذ ما تراه مناسبا بهذا الشأن) على أن تقوم وزارة الشئون الإسلامية باعداد تقرير سنوي عن أنشطة منسوبيها في الخارج وكيفية ممارستها ولا سيما على صعيد تقديم المساعدات إلى الجمعيات

٨

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008763





سري للغاية

والمؤسسات والمساجد في الخارج للمراجعة في نهاية كل سنة هجرية بحيث يشمل: ـ

* جميع الجمعيات أو المؤسسات أو المساجد أو الأفراد الذين لمنسوبي وزارة الشئون الإسلامية اتصال بهم أو تقدم لهم مساعدات نقدية أو عينية مع بيان عنوان كل منها وأسماء الأفراد أو الجهات المسئولة عنها أو التي تديرها.

* قيام وزارة الشئون الإسلامية بإبلاغ منسوبيها في الخارج بمن في ذلك العاملين في الممثليات السعودية بأسماء الجمعيات أو المؤسسات أو المساجد أو الأفراد الذين يوجدون في دائرة اختصاص المكتب بحيث يقوم خلال شهر محرم من كل عام بإعداد معلومات وافية عن هذه الجمعيات أو المؤسسات أو المساجد أو الأفراد واتجاهاتها ومكانتها والرأي في صلاحها ومعتقدات أصحابها وإخلاصهم ومدى نشاطهم وترسل لتوثيق هذه المعلومات إلى وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد.

* تقوم وزارة الشئون الإسلامية بمراجعة هذه المعلومات وتوثيقها في أجهزة الحاسب الآلي للرجوع إليها عند الحاجة.

٦. التقيد من قبل الموفدين للعمل في الخارج من قبل وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد بالتعليمات الإرشادية العامة الصادرة بقرار صاحب السمو الملكي وزير الخارجية رقم ٧٥/٤٧/١/١٢/١ وتاريخ ١٤٠٨/٦/١١هـ لمنسوبي وزارة الخارجية ومنسوبي الأجهزة الحكومية العاملين بالممثليات.

٧. إرسال تقييم نصف سنوي من السفارة لنشاط المكتب وموظفيه بوضح السلبيات والإيجابيات إلى وزارة الخارجية وأن يتم تقييم ذلك ومتابعته وأن تقوم وزارة الخارجية بالتنسيق مع وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد في ذلك.

(٨) وفيما يتعلق بممارسة مهام الملحق والعاملين معه فإنه من الضروري التنسيق مع رئيس البعثة حول تلك المهام، وربط الملحق إداريا برئيس البعثة أو من

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008764



سري للغاية

ينوب عنه لمنع الازدواجية في الإجراءات وتفادي الحساسية الدينية أو
السياسية في البلد المضيف لإتاحة الفرصة لرئيس البعثة بتوجيه الملحق
وجهازه بحكم المعلومات والتوجيهات المتوفرة لدى رئيس البعثة عن البلد
المضيف ، وإتباع التعليمات التي تصدر من السفارة بهذا الخصوص ، مع
ضرورة إلمام الملحق عند بدء عمله بالأنظمة والقوانين المتبعة في البلد
المضيف والمنظمة للنشاط الخيرية والدعوية.

٩.   التأكيد على الموفدين من وزارة الشئون الإسلامية للعمل في الممثليات في
الخارج الالتزام بما جاء في تعميم وزارة الخارجيـــــــــة البرقي رقـــــــــم
١/١٦٣٦٢/٢٣/٩٧ وتاريخ ١٤١٣/٦/١١هـ وبيان الإرشادات المرفق معه
على صعيد التأكد من سلامة توجهات الجمعيات الهيئات الإسلامية والأفراد في
الدول الغربية على وجه الخصوص بحيث يكون هناك توثيق وسجل واضح لأي
اتصال مع القائمين على تلك الجمعيات والهيئات وكذلك ما يرد منهم من
مكاتبات.

١٠.   التأكيد على منسوبي وزارة الشئون الإسلامية والأوقاف والدعوة
والإرشاد في الخارج باستمرار حمل البطاقات الدبلوماسية التي تمنح لهم
كأعضاء في كادر السفارة للتعريف بأنفسهم مع الحرص على ملاحظة ذلك في
البطاقات التعريفية (Visit-Card) بحيث لا تحمل أكثر من صفتة كملحق وهاتف
السفارة وهاتف منزله إذا احتاج الأمر لذلك أو البريد الإلكتروني تفاديا لوضع
أي صفة أخرى إذ أن الغطاء الدبلوماسي وحسن التصرف هو الغطاء الوظيفي
الأمثل.

١١.   توخي الحذر عند الاتصال بأي جمعية أو فرد تأخذ / أو يأخذ اتجاها
عدائيا ضد الدولة المضيفة حتى لو كانت تلك الجمعية أو الفرد مرخصاً من
الدولة المضيفة والتأكيد بالتنسيق مع السفارة من أن المساعدات التي تصرف
للجمعيات أو الهيئات الإسلامية يتم لذات الغرض الذي صرفت من أجله.

١٢.   عرض الكتب والمراجع المزمع ترجمتها وطباعتها للتوزيع من قبل
منسوبي وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد على رئيس

١٠

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008765





سري للغاية

البعثة ، وإعطاء دور للسفارة المعنية في اختيار المناسب من تلك المطبوعات حسب ظروف كل بلد .

١٣ . عدم الاتصال أو تقديم مساعدة مادية أو كتب وخلافه لأي جمعية أو هيئة إسلامية غير مسجلة ومرخصة في البلد المضيف ومصادقة السفارة على المساعدة المقترحة في هذا الشأن بحكم توفر المعلومات لدى السفارة .

١٤ . التنسيق من قبل وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد مع رئاسة الاستخبارات العامة ووزارة الداخلية عند اقتراح تقديم مساعدة مالية لأي جمعية أو هيئة إسلامية أو مسجد أو أفراد لمعرفة ما لدى هذه الجهات الأمنية المختصة من معلومات حولها أو / حولهم وفقا للترتيبات القائمة بهذا الخصوص .

١٥ . إعطاء أفضلية للسعوديين عند تعيين موظفين متعاقدين في مكاتب الشئون الإسلامية وفي حال الحاجة لتعيين موظفين محليين أو من جنسية ثالثة للتحري عنهم من قبل السفارات عمن يتم تعيينهم في مكاتب الدعوة بالتنسيق مع رئيس البعثة ، وكذلك الرجوع للجهات الأمنية المختصة (رئاسة الاستخبارات العامة ووزارة الداخلية) للتأكد من عدم وجود ملاحظات عليهم ومتابعة ذلك من قبل الملحق لمن يتم تعيينه للتأكد من عدم ظهور أي ملاحظات أمنية عليهم مستقبلاً .

١٦ . ضرورة الحرص مستقبلاً على أن يكون من شروط تعيين الموظفين العاملين في الخارج من منسوبي وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد معرفتهم بأحدى اللغات العالمية الإنجليزية والفرنسية وعمل دورات تدريب لمن لا يجيدها بالنسبة للعاملين في الخارج .

١٧ . إلحاق الموفدين للعمل في الخارج من وزارة الشئون الإسلامية بالدورات التالية في معهد الدراسات الدبلوماسية وهي :-

أ ـ الدورة الأمنية للمنقولين للعمل في الخارج.

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008766



بسم الله الرحمن الرحيم

سري للغاية

ب ـ دورة السلوك الدبلوماسي (على أن تشمل السياسة الخارجية للمملكة العربية السعودية ومعلومات شاملة عن الدولة المضيفة قبل المغادرة للعمل في الخارج من الموفد بحيث تغطي الجوانب التالية):.

ج ـ نبذة عن الدولة ونظامها السياسي وتوجيهاتها

د ـ نبذة عن الدين الأكثر انتشاراً في تلك الدولة.

هـ ـ نظرة المجتمع في تلك الدولة للمملكة العربية السعودية خاصة والإسلام عامة.

و ـ نبذة مختصرة عن عادات وتقاليد الشعب وأفكاره وأنجح الطرق للاتصال مع ذلك الشعب ، ونظرة هذا الشعب للمملكة.

والله ولي التوفيــــــــــــق ،،،،،،

التواقيع

٥١٠٩



مندوب رئاسة الإستخبارات العامة              مندوب وزارة الداخلية

عقيد/ سعد بن ناشئ العنزي              نقيب/ أسامة بن سعود الوهبي

مندوبي وزارة الخارجية

السفير/ عبدالمحسن بن فهد المبارك              السفير/ محمد بن فايز الشريف

مقدم/ عبدالرحمن بن غرمان الشهري              وزير مفوض/ محمد بن عبدالله السبيس

مندوب وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد

الدكتور/ توفيق بن عبدالعزيز السديري

وكيل وزارة الشؤون الإسلامية

١٢

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008767

**In the name of God, the Most Merciful, the Most Gracious**

**Ministry of Foreign Affairs**

**Highly Confidential**

The memo of the committee formed upon Paragraph (3) of Royal Order No. S/16418, dated 7/5/1423 H (7/17/2002), to add necessary regulations to the work of the employees sent to Saudi embassies from the Ministry of Islamic Affairs, Dawah and Guidance.

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008756

First: In implementation of Paragraph (3) of Royal Order No. 16418, dated 7/5/1423 H (7/17/2002), with regards to forming a committee from the Ministry of Foreign Affairs, the Presidency of General Intelligence, the Ministry of the Interior, and the Ministry of Islamic Affairs, Dawah and Guidance to do the following:

1. Listing the embassies at which employees from the Ministry of Islamic Affairs, Dawah and Guidance work.
2. Reviewing their situations to develop necessary rules for ensuring that their work and activities are not exploited by suspicious organizations and to limit their contact and meetings with individuals.
3. Examining whether Saudi consulates can manage the services currently provided to Muslims.
4. Reviewing the standards of communications with Islamic organizations and centers in Western countries to ensure, in particular, that they have proper and good orientation.
5. Directing the embassies to maintain solid documentation and a clear record of any communication that happens with those who manage these organizations and centers, as well as keeping all of their correspondence.
6. Confirming that the employees do not carry or distribute personal cards except for those which have been provided to them formally by the embassies, and making sure they do not give these cards to others unless there is a formal need.

Second: The committee is formed of and includes the following people:

1. His Excellency Dr. Tawfiq Bin Abdulaziz Al Sudairi, the Undersecretary of the Ministry of Islamic Affairs, Dawah and Guidance
2. His Excellency Ambassador Mohamed Bin Fayiz Al Sahrif,  Ministry of Foreign Affairs
3. His Excellency Ambassador Abdulmohsen Bin Fahd Al Marik, Ministry of Foreign Affairs
4. His Excellency Mr. Mohamed Bin Abdullah Al Sudais, Ministry of Foreign Affairs
5. General/ Saad Bin Naish Al Omari, General Intelligence
6. Lieutenant/ Abdulrahman Bin Gharman Al Shehri, Ministry of the Interior
7. Sargent/ Osamah Bin Saud Al Wahbi, Ministry of Foreign  Affairs

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008757

Third: The committee has held a number of meetings at the Ministry of Foreign Affairs in which it reviewed all the available official documents with regards to regulating the situations of those who work in the Islamic field abroad, and all the negative impact upon Islamic work abroad following the terrorist attacks of September 11, 2001, and in this regard the committee has reviewed the following:

1.  The Council of Ministers' Resolution No. 40, dated 24/3/1413 H (9/22/1992), attached a copy thereof and of its enclosures (Attachment 1), which provided for the approved list of attachés of the diplomatic teams as defined in the Resolution's attached form, and which also included establishing the attaché offices or missions and their specified duties, the requirements for working as an attaché, the communication and relationship between the attachés and the head of the mission, and other general guidelines regarding the enforcement of rules, privileges, and immunities.

2.  The first paragraph of the second item of Royal Order No. 417/8, dated 9/4/1407 H (12/11/1986), attached a copy thereof and of its enclosures (Attachment 2), which provided for the rules that organize the work of preachers abroad, how offices of preaching are established in countries that allow them to be opened, including employees within the staff of the embassy in the countries that do not allow these offices to be opened, and the requirement for the employees to complete a course at the Institute of Diplomacy of the Ministry of Foreign Affairs. It is worth mentioning that the said Resolution of the Council of Ministers was previously circulated by the Ministry of Foreign Affairs to the Saudi embassies overseas, for reference, under Letter No. 93/27/8375/2, dated 16/5/1413 H (11/11/1992), in addition to the circulating of the Royal Order concerning the offices of preaching and the sending of preachers abroad by the Ministry of Foreign Affairs Memo No. 97/23/8/1/7290/2, dated 24/6/1407 H (2/23/1987). The Ministry of Islamic Affairs, Dawah and Guidance has received copies of both of the abovementioned documents under the Ministry of Foreign Affairs Letter No. 97/23//7875, dated 9/3/1415 H (8/17/1994) (Attachment 3).

3.  The Ministry of Foreign Affairs Circular No. 97/23/16362/1, dated 11/6/1413 H (12/6/1992), concerning the method for gathering information about those managing foundations and charity organizations abroad when they ask for financial support from the Kingdom to fund their charity projects, in order to ensure that this support is provided in the right manner. Attached a copy thereof (Attachment 4).

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008758

4. His Royal Highness the Minister of Foreign Affairs' decision No. 95/47/1/12/1, dated 11/6/1408 H (1/31/1988), to approve application of the guidelines for the employees of the Ministry of Foreign Affairs and the employees of other governmental offices working overseas, as defined in the decision's attached form (Attachment 5).

5. The administrative organization of the offices of preaching abroad, the requirements for sending their employees, and the President of the Bureau of Civil Service's decision No. 279/18/T/B, dated 17/6/1418 H (10/19/1997), to approve delivery of the program "Developing the Skills of Workers in Islamic Affairs, a four-week course at Al-Imam Mohammed Ibn Saud Islamic University" a copy of which is attached (Attachment 6).

6. The committee has also noticed that the circumstances and the challenges following the terrorist attacks on September 11, 2001, and the subsequent attempts to confer the status of "terrorist act", or to relate the so-called Al Qaida to many individuals, charitable organizations, and a number of Islamic charitable foundations located in the Kingdom of Saudi Arabia but which work abroad, and to put those organizations under foreign screening and monitoring; claiming that such measures would dry up the source of funding for the terrorist organizations. In addition, some of the unintentional negative practices by some Saudi employees in the field providing support to or organizing preaching events by the staff of the Ministry of Islamic Affairs, Dawah and Guidance or those who work for nongovernmental organizations (such as the Islamic World League or its relief organization, the World Forum of Muslim Youth, and the Foundation of the Two Holy Mosques) were exploited in an exaggerated manner that does not justify the preventing of offices specializing in Islamic work abroad, such as The Ministry of Islamic Affairs, Dawah and Guidance which was established in 1412 H, and transferring the duties of their employees to other offices that work under the Ministry of Foreign Affairs, taking into consideration that Islamic work is a shared responsibility under the supervision of the Kingdom of Saudi Arabia and due to its position as a leader in the Muslim World. Therefore, these negatives should be fixed by trying to identify and understand them, and then developing standards required to govern the work of the employees within the field of Islamic work abroad, without being influenced by foreign pressure that aims at stopping governmental and nongovernmental organizations from carrying out their charitable work.

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008759

In the current circumstances which have negatively impacted Islamic work in many host countries around the world, it has become imperative to provide formal governmental organization under the umbrella of Saudi embassies abroad in order to manage the Islamic workflow assigned to workers by the Ministry of Islamic Affairs, Dawah and Guidance. This can be achieved through prior coordination with the head of the Saudi mission in order to conduct the procedure required in the host country, so that these countries will be informed and aware of the work done and offer no objection, especially since the signing of mutual agreements to authorize this work would present difficulties if these countries were to ask for similar permissions in Saudi Arabia. This issue makes it very necessary to reorganize the work of the employees who work for the Ministry of Islamic Affairs, Dawah and Guidance and include them in the staff of the Ministry of Foreign Affairs who work at embassies, which will mean that the Ministry of Islamic Affairs, Dawah and Guidance will not only inform the Ministry of Foreign Affairs of its intentions to send employees to work overseas, but it will also need to register them as attachés, show their ranks as attachés or administrative employees, and clarify the type of work they do, in continuous coordination with the heads of diplomatic missions abroad so as to ensure their ability to fully perform the work assigned to them.

Fourth: In light of what has been mentioned above, the members of the committee have decided the following:

1. Submit the attached statement (Attachment 7) regarding the listing of the embassies that have employees from the Ministry of Islamic Affairs, Dawah and Guidance; we have found that the number of the offices of preaching that are part of the Ministry of Islamic Affairs, Dawah and Guidance is 33, and the employees who work at them are 110 in number — Please note that some of these offices are not based in the capital city of the host country (Um Al Quyain, Dubai, and Al Fujaira of UAE and in Gibraltar).

   In enforcement of the Council of Ministers' Resolution No. 40, dated 24/3/1413 H (9/22/1992), which was only sent to a limited number of ministries, excluding the Ministry of Islamic Affairs, Dawah and Guidance, the committee recommends regularizing the situation of the offices of preaching that have not been officially authorized by the host countries, or registering their employees as embassy staff according to Paragraph (D), Item (1) of the attachments of the abovementioned Royal Order No. 417/8,

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008760

dated 19/4/1407 H (12/21/1986); this Paragraph has stated that "the director of the office of preaching and the advisor are considered diplomats and they shall be given diplomatic passports, and the rest of the Saudi employees and preachers shall be given special passports," taking into consideration that any employee of the Ministry of Islamic Affairs, Dawah and Guidance will be sent to work abroad and ranked as an attaché only according to the Regulations of the Council of Ministers' Resolution No. 40, dated 24/3/1413 H (9/22/1992).

2. With regards to the guidelines for restricting the communication and meeting of Islamic field employees who work abroad, particularly in Western countries, with individuals, Islamic organizations and foundations, the committee sees that this suggestion will be at the expense of the basic duties of these employees, since they are qualified to do their jobs, especially within the abovementioned organizational structure. However, it can also be ensured that these employees are not used or exploited by suspicious organizations, not through limiting their contact with other individuals or Islamic organizations and transferring their duties to Saudi consulates, but by carefully selecting qualified employees at the cultural, political and security levels (focusing on the employees who are sent to work abroad as attachés and examining their personal traits and qualifications; a university degree is required for an attaché, and administrative employees must hold high school diplomas as a minimum). It is also important to ensure that these members of staff are aware of how sensitive and important their work is, and that they should be well aware of the religious aspects of the host country, including religious schools and practices and the appropriate ways to approach them. They must be able to understand the various aspects of politics and media in these countries, which will make them more politically aware when communicating with individuals or organizations; this can be achieved in the following two ways:

   - Through intensive courses at the Ministry of Islamic Affairs, Dawah and Guidance that focus on improving skills of working abroad, and ensuring that the employees who are delegated to work overseas have already developed such skills,

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008761

especially proficiency of English or French, due to the importance these two languages have as popular international languages.

- Political and security awareness can be achieved through completing courses at the Institute of Diplomacy (Diplomatic Behavior and Security Courses).

In addition to the aforementioned, the committee believes that it will not be feasible for the consulates to provide services to Muslim communities which the employees of the Ministry of Islamic Affairs, Dawah and Guidance serve because consular immunities and privileges, according to the Vienna Convention on Consular Relations 1963, are limited when compared to the consular immunities and privileges of the Vienna Agreement for Diplomatic Relations 1961, which would provide better protection for the employees of the Ministry of Islamic Affairs, Dawah and Guidance. In addition, consular immunities have a lot of issues and, therefore, do not provide the official and legal protection for Islamic work; making it possible for local authorities to interfere in the work of the consulate in addition to the fact that they set limits on the work of the consul to the city located within his/her jurisdiction. Therefore, we believe it is better to present the employees of the Ministry of Islamic Affairs, Dawah and Guidance as attachés in the diplomacy system of the embassy, which provides a broader scope of work in the host country.

Also, assigning Islamic work to consulates instead of to the employees of the Ministry of Islamic Affairs, Dawah and Guidance, would contradict the Royal Order for the reorganization of Islamic work, resulting in the establishment of the Ministry of Islamic Affairs, Dawah and Guidance and the Supreme Council of Islamic Affairs which have become the reference and the technically competent authorities whose communication channels must be documented, in order to apply all the rules and determine all the duties of Islamic work abroad under the Council of Ministers' Resolution No. 40, dated 24/3/1413 H (9/22/1992), as defined above.

3.  All the ministries and government authorities must be notified of the importance of enforcing the Council of Ministers' Resolution No. 40, dated 23/3/1413 H (9/22/1992),

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

including the employees of the Ministry of Islamic Affairs, Dawah and Guidance who work abroad in the field of preaching and of presenting them as attachés without adding the titles of "religious" or "Islamic Affairs."

4.  Ensure the prior coordination between the Ministry of Islamic Affairs, Dawah and Guidance and the Ministry of Foreign Affairs when assigning these employees to work abroad, by sending an official letter to the Ministry of Foreign Affairs requesting a diplomatic passport or a special passport according to the employee's rank, and the request will also include registering these employees as embassy staff. In case the embassy building cannot add offices for the employees from the Ministry of Islamic Affairs, Dawah and Guidance and there is a need to lease or buy a building, this may be coordinated with the Ministry of Foreign Affairs in order to effect the necessary procedures, making sure that the building is owned by the embassy and that it bears a plaque with the embassy name only on it, without including any reference to a department of religious work except through the Saudi embassy in that country. (And no agreements shall be included except through the embassy)

5.  Confirm with the Ministry of Islamic Affairs, Dawah and Guidance and other relevant ministries that they shall abide by the provisions of the Council of Ministers' Resolution No. 40, dated 23/3/1413 H (9/22/1992), and ensure that their employees will abide by such provisions in addition to asking the Ministry of Foreign Affairs to constitute the committee indicated in Article No. (6) of the Council of Ministers' decision regarding periodic follow-up, to ensure that the work is performed within the regulations and standards in this memo, the Royal Orders, and the documents mentioned at the beginning of this memo; stating that "the Ministry of Foreign Affairs will form a committee presided by the Ministry Undersecretary and with the membership of the respective managers who run foreign mission affairs in the offices of the Ministry. The committee shall meet regularly to discuss the offices' status in general, depending on the reports it receives from the missions, in order to improve their performance and to meet any challenges they might face. Each office will then proceed with what the committee deems necessary in this regard." The Ministry of Islamic Affairs, Dawah and Guidance will prepare an annual report on the activities of its employees abroad and how they do their jobs, especially in terms of providing support to organizations,

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008763

foundations and mosques overseas, so it can be reviewed at the end of each Hijri year; the report will include the following:

- o All organizations, foundations, mosques or individuals that the employees of the Ministry of Islamic Affairs, Dawah and Guidance communicate with or provide financial or nonfinancial assistance to, and providing the addresses of each of them, and names of the individuals and the institutions they manage or supervise.

- o The Ministry of Islamic Affairs, Dawah and Guidance will provide its employees abroad, including those working at Saudi embassies, with names of organizations, mosques and individuals who are located within the specialization of the office, so that the office prepares a report in Moharam (the first month) of each year that includes the complete information about these organizations, mosques and individuals, with their political affiliations, orientations, and whether they are viewed favorably or not, and the beliefs of their owners, their loyalty and activity. This information will be submitted to the Ministry of Islamic Affairs, Dawah and Guidance.

- o The Ministry of Islamic Affairs, Dawah and Guidance will review this information and document it on computers, so it can be retrieved when needed.

6. Employees of the Ministry of Islamic Affairs, Dawah and Guidance who are part of foreign missions must abide by the guidelines and general regulations issued by His Highness the Minister of Foreign Affairs' decision No. 95/47/1/12/1, dated 11/6/1408 H (1/1/1988), for the employees of the Ministry of Foreign Affairs and the employees of other governmental agencies who work in embassies.

7. The embassy will send a biannual report about the activities of the office and its employees, highlighting the negatives and positives, to the Ministry of Foreign Affairs for review and follow-up. The Ministry of Foreign Affairs will coordinate with the Ministry of Islamic Affairs, Dawah and Guidance in this regard.

8. With regards to the duties of the attachés and those who work with them, it is imperative to coordinate with the head of the mission about these duties, and attachés should be under direct supervision of the head of the mission or

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008764

his representative, in order to prevent any conflict or overlap in the procedures and to prevent any religious or political sensitivity in the host country. This will make it possible for the head of the mission, based on his knowledge of the host country, to guide the attaché and closely follow the instructions that the embassy issues in this regard, in addition to the fact that the attaché should already know enough about the rules and traditions of the host country, especially in terms of missionary and charity work.

9. Ensure that employees sent by the Ministry of Islamic Affairs, Dawah and Guidance to work abroad abide by the rules of the Ministry of Foreign Affairs' Letter No. 97/23/16362/1, dated 11/6/1413 H (12/6/1992), and review the guidelines attached thereto, with regards to verifying the legitimate orientation of the Islamic organizations and the individuals in Western countries in particular, whereas there is clear documentation and a record of any communication that happens with those who run these organizations and of any of their correspondence.

10. Ensure that the employees of the Ministry of Islamic Affairs, Dawah and Guidance in the embassies must always carry their diplomatic cards given to them as embassy staff when they introduce themselves, while making sure that their identification card (Visit Card) only includes their title as attaché, the phone number of the embassy, and their home phone number, if necessary, or the email address, in order to avoid adding any other title, as behaving diplomatically and having good conduct is the best way.

11. Use caution when communicating with organizations or individuals that oppose the host country, even if such organization or individual is legally registered, and also making sure to coordinate with the embassy when providing any type of support, to ensure that the support is indeed used for the approved purpose.

12. The books or references to be translated or distributed by employees of the Ministry of Islamic Affairs, Dawah and Guidance are presented to the head

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008765

of the mission for review, and the respective embassy will be responsible for the selection of books that fit each country.

13.  Any Islamic organization or institution that is not legally registered in the host country must not be communicated or provided with financial support or books / resources. The embassy is required to certify the suggested support based on the information available to the embassy.

14.  The Ministry of Islamic Affairs, Dawah and Guidance must coordinate with the Department of General Intelligence and the Ministry of Foreign Affairs when providing financial support that is recommended to an individual or an organization, in order to verify information about them through special arrangements made specifically for this purpose.

15.  Preference will be given to Saudis when hiring employees for offices of Islamic Affairs, and if there is a need to hire an employee from the host country or from a third country, these candidates must by verified by the embassies in coordination with heads of the missions, and also by consulting with the intelligence authorities (The Presidency of General Intelligence and the Ministry of the Interior) to ensure that there are no issues related to them, and the attaché will follow this up to make sure those who are hired have no security issues in the future.

16.  Pay attention in the future, as a hiring requirement, that the employees who work abroad within the Ministry of Islamic Affairs, Dawah and Guidance must know an international foreign language such as English or French, and that language courses for employees who do not speak such languages are conducted, to learn them before working abroad.

17.  Employees sent by the Ministry of Islamic Affairs, Dawah and Guidance to work abroad must take the following courses at the Institute of Diplomatic Studies:

A.  Security Course for Employees Sent to Work Abroad.

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008766

B.  Diplomatic Behavior Course (which should include Saudi Arabia foreign policy and comprehensive information about the host country before the employee is sent abroad; the course will cover the following:

- An overview of the country and its political system

- An overview of the most popular religion in that country

- The view of the society in that country about the Kingdom of Saudi Arabia in particular and Islam in general.

- An overview of the traditions and customs of the people of that country, and the best ways to communicate with them and how they view Saudi Arabia.

Thank you very much…

## **Signatures**

<u>Representative of the Ministry of the Interior</u>

Sargent/ Osamah Bin Saud Al Wahbi

(Signed)

<u>Representative of General Intelligence</u>

General/ Saad Bin Naish Al Omari

(Signed)

<u>Representatives of the Ministry of Foreign Affairs</u>

His Excellency Ambassador Mohamed Bin Fayiz Al Sahrif          (signed)

His Excellency Ambassador Abdulmohsen Bin Fahd Al Marik     (signed)

His Excellency Minister Mohamed Bin Abdullah Al Sudais          (signed)

Lieutenant/ Abdulrahman Bin Gharman Al Shehri                        (signed)


<u>Representative of the Ministry of Islamic Affairs, Dawah and Guidance</u>

Dr. Tawfiq Bin Abdulaziz Al Sudairi

The Undersecretary of the Ministry of Islamic Affairs, Dawah and Guidance

(Signed)

26/6/1423 H (9/4/2002)

CONFIDENTIAL:                                                                                          KSA0000008767
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.



# Certification of Translation

## COUNTY OF SUFFOLK
## COMMONWEALTH OF MASSACHUSETTS

On the day of January 4, 2021

Linguistic Systems, Inc., 260 Franklin Street, Suite 230, Boston, Massachusetts 02110, completed the attached translation from Arabic into English.

I, Xiaohua Fu, certify that the attached translated document has been translated by a qualified and vetted linguist fluent in both Arabic and English and is a true and correct English version of the original Arabic, to the best of the linguist's knowledge and belief.

File name: KSA0000008756.pdf

*Fu Xiaohua*

Xiaohua Fu
Translation Project Manager

Linguistic Systems, Inc.

260 Franklin Street, Suite 230, Boston, MA 02110 | Phone: 617-528-7400 | Fax: 617-528-7490 | www.linguist.com
Certifications: ISO 9001 | ISO 17100 | ISO 27001