# EXHIBIT 170
## FILED UNDER SEAL



#### COUNTY OF SUFFOLK
#### COMMONWEALTH OF MASSACHUSETTS

February 20, 2024

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

**KSA0000000598**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

Amr Abualy
Project Manager
Linguistic Systems

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

In the name of God, the Most Merciful, the Most Compassionate

| | | |
|---|---|---|
| **Kingdom of Saudi Arabia** | *Brother Omar* | No.: *13/2367* |
| Ministry of Islamic Affairs, | *14/11*[/1416 AH] | Date: *11/11/1416* AH [03/30/1996 AD] |
| Endowments, Dawah, and Guidance | [04/02/1996 AD] | Attachments: |
| General Department of Administrative and Financial Affairs | | Subject: Date of assumption of duties |
| Human Resources Department | | |

Name: Fahd Ibrahim Abdullah Al Thumairi
Job Title: Guide
Rank and number: 8/113
Organization: Office of Dawah and Guidance in the United States of America

Dear Mr. Director of the Records Section
May God's peace, mercy, and blessings be upon you.

In addendum to Decision no. 2930 dated 13/10/1416 AH [03/02/1996 AD] issued to appoint the person whose name and position is shown above from the date on which he assumes his work duties; and

Based on the letter from the Director of the Office of Dawah and Guidance *Abroad* no. 3991/4 dated 7/11/1416 AH [03/26/1996 AD], which includes that the abovementioned person assumed his work duties on 5/11/1416 AH [03/24/1996 AD];

    Please approve this and indicate it in the records.

    May peace be upon you.

*Al Atiq*

Director of the Human Resources Department

[Signature]

Mohammed bin Abdullah Al Mazrou

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

KSA0000000598

بسم الله الرحمن الرحيم

المملكة العربية السعودية
الرقم : ٣٨٣/٧٦٦٥
التاريخ : ١٤١٦/١١/١٨هـ
وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
المرفقات :
الإدارة العامة للشؤون الإدارية والمالية
تاريخ مباشرة العمل
إدارة شؤون الموظفين

الموضوع :

الاسم : فهد ابراهيم عبدالله الثميري
الوظيفه : مرشد
المرتبة والرقم : ١١٢/٨
الجهة : مكتب الدعوه والارشاد بالولايات المتحده الامريكية

المكرم / مدير شعبة السجلات
السلام عليكم ورحمة الله وبركاته ... وبعد ،،،

الحاقاً للقرار ذي الرقم ٢٩٣٠ المؤرخ في ١٤١٦/١٠/١٣هـ الصادر بتعيين المحرر اسمه ووظيفته أعلاه اعتباراً من تاريخ مباشرته العمل .

وبناء على خطاب المدير العام للدعوه والارشاد في الخارج ذي الرقم ٤/٣٩٩١ والمؤرخ في ١٤١٦/١١/٧هـ المتضمن ان المذكور باشر العمل اعتباراً من ١٤١٦/١١/٥هـ .

نأمل اعتماد ذلك والتأشير في السجلات

والسلام عليكم ،،،

مدير ادارة شؤون الموظفين

محمد بن عبدالله المزروع

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000000598