# EXHIBIT 171



## COUNTY OF SUFFOLK
## COMMONWEALTH OF MASSACHUSETTS

May 31, 2022

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from «Arabic» into «English» of the attached document:

«KSA0000008490»

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

_____
Benardette McEvoy
Principal Account Manager
Linguistic Systems

**Linguistic Systems, Inc.**

260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

**In The Name of Allah, the Merciful**

Dear, Director of Da'wa Office in America

Greetings,

Eid Mubarak; after that,

As I am about to finish my full-time secondment to study the English language, I have completed four levels of study in my language program at the University of California in Los Angeles. I have studied one level per semester, and the course will be completed by finishing the seventh level (106).

Since this period is not enough to master the language and get the ability to speak and write well, not to mention using it for the programs of Da'wa.

I hope you write to the responsible person to give their approval to complete the language program at the same university.

Best Regards.

- I hereby attached a letter from the university stating the duration and cost of the remaining study.

Seconded employee of the Ministry in Los Angeles
Fahed Bin Ibrahim Al-Thaimiri [signature]
11/4/1998 AD


*To be saved as per the recommendation of Sheikh Khalid until the end of his study period* [Signature]

KSA0000008490

بسم الله الرحمن الرحيم

فضيلة مدير مكتب الدعوة والإرشاد بأمريكا  حفظه الله

السلام عليكم ورحمة الله وبركاته

تحية طيبة وعيد مبارك  وبعد ،

فحيث أنني على وشك الانتهاء من سنة لتفرغ لدراسة اللغة الإنجليزية ، وقد أنهيت أربعة من مستويات الدراسة في برنامج اللغة لدى جامعة كاليفورنيا بلوس أنجلوس بواقع مستوى واحد من كل فصل من فصول السنة ، والتي تكتمل بالمستوى السابع (106) . وحيث أن هذه المدة لا تكفي لاتقان اللغة وتسخيرها جيداً لبرامج الدعوة حديثاً وكتابة ، آمل تفضلكم بالكتابة لمن يلزم للموافقة على إكمال برنامج اللغة بالجامعة نفسها .

أسأل الله للجميع التوفيق والسداد  والله يحفظكم

- برفقة خطاب من الجامعة يفيد مدة وكلفة الدراسة المتبقية .

موفد الوزارة من لوس أنجلوس
فهد بن إبراهيم الثميري

4-11-98