# EXHIBIT 172



**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

February 20, 2024

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

**KSA0000001277**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

Amr Abualy
Project Manager
Linguistic Systems

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

In the name of God, the Most Merciful, the Most Compassionate



Kingdom of Saudi Arabia
Ministry of Islamic Affairs,
Endowments, Dawah, and Guidance
Office of the Minister

No.: *8/1/140*
Date: *13/1/1422 AH* [04/07/2001 AD]
Attachments:

His Royal Highness Prince Bandar bin Sultan bin Abdulaziz

    Ambassador of the Custodian of the Two Holy Mosques to the United States of America

Pay God's Peace, mercy, and blessings be upon you.

    I ask God to give you His help and success and guide you to what He loves and is pleased with.

    I refer to Your Highness' Cable no. 501/9/12 dated 02/01/1422 AH [03/27/2001 AD], which includes communication of your desire to extend the delegation of Sheikh Fahd bin Ibrahim Al Thumairi, the Imam of the Mosque of the Custodian of the Two Holy Mosques in Los Angeles.

    I would like to inform Your Highness that his delegation has been extended for two years beginning on 04/01/1422 AH [03/29/2001 AD] pursuant to Administrative Decision no. 167 dated 09/01/1422 AH [04/03/2001 AD], and that Sheikh Mohammed bin Suleiman Al Muhanna has been delegated to work at the Mosque of Custodian of the Two Holy Mosques in Los Angeles for five years pursuant to Administrative Decision no. 20552 dated 26/10/1421 AH [01/21/2001 AD] to assist in conducting the affairs of the Mosque, with a focus on holding lessons and lectures at the Mosque, in the city of Los Angeles, and the surrounding areas.

May God preserve and watch over you.

Pay God's Peace, mercy, and blessings be upon you.

[Signature]

*Saleh*

*179/15*

                   Minister of Islamic Affairs, Endowments, Dawah, and Guidance

                   [Signature]

                   Saleh bin Abdulaziz bin Mohammed Al Al-Sheikh

*Please find attached Ministry of Foreign Affairs cable no. 97/23/8646 dated 16/01/1422 AH [10/04/2001 AD)]*

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

KSA0000001277





الرقم: ١٨/١٨/ ك ل  
التاريخ: ١٨/١٢/ ١٤٢٢ هـ  
المشفوعات:

المملكة العربية السعودية  
وزارة الشؤون الإسلامية والأوقاف  
والدعوة والإرشاد  
مكتب الوزير

صاحب السمو الملكي الأمير بندر بن سلطان بن عبدالعزيز

سفير خادم الحرمين الشريفين لدى الولايات المتحدة الأمريكية   حفظه الله

السلام عليكم ورحمة الله وبركاته   أما بعد

فأسأل الله أن يمدكم بعونه وتوفيقه، ويوفقكم لما يحبه ويرضاه.

وأشير إلى برقية سموكم ذات الرقم ١٢/٩/٥٠١ المؤرخة في ١٤٢٢/١/٢هـ المتضمنة رغبتكم تمديد إيفاد الشيخ/ فهد بن إبراهيم الثميري إمام مسجد خادم الحرمين الشريفين بلوس أنجلوس.

أود إفادة سموكم الكريم أنه تم تمديد إيفاده لمدة سنتين بدءاً من ١٤٢٢/١/٤هـ بالقرار الإداري ذي الرقم ١٦٧ المؤرخ في ١٤٢٢/١/٩هـ كما أنه تم إيفاد الشيخ/ محمد بن سليمان المهنا للعمل بمسجد خادم الحرمين الشريفين بلوس أنجلوس لمدة خمس سنوات بالقرار الإداري ذي الرقم ٢٠٥٥٢ المؤرخ في ١٤٢١/١٠/٢٦هـ للمساعدة في تسيير أمور المسجد مع التركيز على إقامة الدروس والمحاضرات في المسجد وفي مدينة لوس أنجلوس والمناطق المحيطة بها.

والله يحفظكم ويرعاكم.

والسلام عليكم ورحمة الله وبركاته،

وزير الشؤون الإسلامية والأوقاف والدعوة والإرشاد

صالح بن عبد العزيز بن محمد آل الشيخ

١٧٩ / ١٥

CONFIDENTIAL:  
This document is subject to a Protective Order  
regarding confidential information in 03 MDL 1570,  
United States District Court for the Southern District of New York.

KSA0000001277