# EXHIBIT 173

[*Handwritten Document*]
In the name of Allah, the Gracious, the Merciful
His Eminence Sheikh Abdul Aziz bin Abdullah Al Ammar, may Allah bless him
Undersecretary of the Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance
Ministry's Agency for Mosques, Da'wah, and Guidance Affairs
May the peace, mercy, and blessings of Allah be upon you.

I am pleased to send this letter to Your Eminence, asking Allah the almighty that you are doing well. Have a blessed month of Ramadan.

Your Eminence Sheikh Al Ammar, I had sent you a letter on 09/02/1422 AH (May 03, 2001 AD), through the Office of His Excellency Ambassador Mohamed bin Abdel Rahman al Salloum, Consul General of the Kingdom of Saudi Arabia in Los Angeles, may Allah bless him. I wanted to renew my request to you for assisting me with the Da'wah work in the jails of California. I had referred to the need of an amount of $2,500.00 USD monthly to cover the expenses of travel, accommodation, publications, mandatory health insurance for propagators in jails, and other administrative expenses.

Your Eminence, please note that this amount will be assisting me in this charity mission. I wish to receive your quick reply as you had promised His Excellency the Ambassador, because there are other groups of "propagators" who are affiliated with misleading teams that began working with the Muslim prisoners and influence their true doctrine.

I hope you may consider this request duly in the soonest opportunity. May Allah reward you abundantly for your concern and support.

Allah is the arbitrator of success.

We ask Allah to accept your and our fasting, night prayer, and good deeds. Amen.
May the peace, mercy, and blessings of Allah be upon you.

    Sincerely,
    Your brother
    Ismail Ammar Mohamed Mana
    11/09/1422 AH (November 27, 2001 AD)
    [*Handwritten Signature*]
    P.O. Box 184397
    L.A., CA 90018 – USA

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000007151


EXHIBIT 606
Ismail Mana
4/21/2021
Debra A. Dibble, RDR, CRR, CRC

بسم الله الرحمن الرحيم

فضيلة الشيخ عبد العزيز بن عبد الله العمار                حفظه الله
وكيل وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
ونيابة الوزارة لشؤون المساجد والدعوة والإرشاد
السلام عليكم ورحمة الله وبركاته ، وبعد ،

يسعدني أن أبعث لفضيلتكم بهذه الرسالة راجيا من الله أن تجدكم
بخير وفي صحة جيدة وعافية ، وشهر رمضان مبارك .
فضيلة الشيخ العمار ،
لقد سبق أن أرسلت لكم خطابا بتاريخ ٩/٤/١٤٢٢هـ (الموافق
٢٠٠١/٥/٢٥) عن طريق مكتب سعادة السفير الأستاذ محمد بن عبد الرحمن
السلوم، قنصل عام المملكة العربية السعودية في لوس أنجلوس جزاه الله
خيرا . وأحببت أن أعيد طلبي لكم بالمساعدة على العمل الدعوي في جمعية
ولاية كاليفورنيا . وسبق أن أشرت إلى الحاجة إلى مبلغ قدره ٥٠،٠٠٠ دولار شهريا
لتغطية تكاليف السفر والإقامة والمطبوعات والتأمين الصحي الإجباري للدعاة
في السجون ونفقات إدارية أخرى .
ولعلم فضيلتكم بأن هذا المبلغ سيكون عونا لي في هذه المهمة الخيرية وأرجو
أن يكون ردكم سريعا كما وعدتم سعادة السفير بأنه هناك مجموعات
أخرى من "الدعاة" المجوسيين على فريد ضالة بدأت تعمل مع السجناء
المسلمين والتأثير على عقيدتهم الصحيحة .
آمل أن تعطوا هذا الطلب العناية التي يستحقها في أقرب فرصة ممكنة
وجزاكم الله خير الجزاء على اهتمامكم و دعمكم ،
والله ولي التوفيق ،
والله نسأل أن يتقبل منا ومنكم الصيام والقيام وصالح الأعمال ، آمين ،
والسلام عليكم ورحمة الله وبركاته .

با فندو موسى أخيكي : اسماعيل عمار محمد مانع
SMAIL MANA                ١٨ رمضان ١٤٢٢هـ
P.O. BOX 18A397
L.A., CA 90018-USA

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000007151



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210416_RCF

**Language**: Arabic

**Document title**: KSA0000007151

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli* (Apr 19, 2021 10:32 CDT)

**Date**: Apr 19, 2021