# EXHIBIT 174

## AMERICAN LANGUAGE CENTER

UCLA Extension
10920 Lindbrook Drive.
Los Angeles, CA 90024
(310) 794-3251

## VERIFICATION NOTICE

To Whom It May Concern:

This letter serves to verify that Fahad Althumairy is currently enrolled in the Academic Intensive English Program (English 830) at the University of California Los Angeles Extension as a full-time student from March 30, to July 9, 1998.

This student has completed 103 level.

The cost of instruction per quarter is $2,250.00, for Fall, Winter, and Spring quarters and $2,650 for Summer quarter. Completion of 106 level will require three more quarters including the Summer quarter, for a total additional cost of $7,150.

Classes are held daily, Monday thru Friday from 9:00 am until 3pm. The student is in classes for a total of 22-25 hours per week.

For further assistance or information, please contact the American Language Center at the above address or telephone number.

Sincerely,

*[signature]*

Alexandra Castro
Program Assistant

File:  S:\ALCWTC\LETTERS\VERIF

KSA0000008491