# EXHIBIT 175

Total Fees $ 3450

Social Security No. **

☐ QUARTERLY CATALOG ☐ NEWSPAPER/TV/RADIO
☐ BROCHURE/FLYER ☐ WORD-OF-MOUTH

Credit Card Authorization No.
(office use only)

Student Name (First/Middle/Last): Fahad Ibrahim Althumairy  ☐ M ☐ F

Birthdate **

Home Address: 757 Kick Drive #208

City/State

Zip

Area Code/Daytime Phone

** By Regental authority, your Social Security number is requested in order to verify your identity for accurate record keeping. Your providing the number and your birthdate is voluntary but important to assure accurate records of your course work and grades.

Check appropriate box indicating method of payment:
☑ Check   ☐ Cash   ☐ Credit Card

Make check payable to: The Regents of UC (There is a $20 charge for returned checks)

Charge: ☐ MasterCard
☐ VISA
☐ Discover

Account Number

Name on card if not student's

Amount Received $

(Mo.) (Yr.)
Expiration Date

Authorizing Signature

By Extension Personnel

Date  3-27-97

STUDENT RECEIPT

SS 17 (Rev. 5/95)

KSA0000001717

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,