# EXHIBIT 176



## COUNTY OF SUFFOLK
## COMMONWEALTH OF MASSACHUSETTS

February 20, 2024

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

**KSA0000005328**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

_____

Amr Abualy
Project Manager
Linguistic Systems

Linguistic Systems, Inc.

260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

### Statement of Expenses

| No. | Item | Amount |
|:---:|:---:|---:|
| 1 | Pager bill | USD 11.40 |
| 2 | Printer ink invoice | USD 61.98 |
| 3 | Telephone bill | USD 543.90 |
| 4 | Telephone bill | USD 59.36 |
| 5 | Fuel invoice | USD 530.71 |
| 6 | Telephone bill | USD 121.68 |
| 7 | Telephone bill | USD 610.18 |
| 8 | Maintenance invoice | USD 1,275.67 |
| 9 | Maintenance invoice | USD 28.56 |
| 10 | Mail invoice | USD 114 |
| 11 | Printer paper invoice | USD 11.75 |
| 12 | Desk pads printing invoice | USD 95.92 |
| 13 | Telephone bill | USD 400 |

[Illegible stamp]

[Signature]

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000005328

| 14 | Telephone bill | USD 49.56 |
|---|---|---|
| 15 | Fuel invoice | USD 217.42 |
| 16 | Maintenance invoice | USD 402.67 |
| 17 | Pager bill | USD 50.46 |
| 18 | Maintenance invoice | USD 22.80 |
| 19 | Maintenance invoice | USD 50.40 |
| 20 | Internet bill | USD 159.28 |
| 21 | Maintenance invoice | USD 35 |
| 22 | Maintenance invoice | USD 1,629.06 |
| 23 | Car insurance bill | USD 454.81 |
| 24 | Fuel invoice | USD 2,280 |
| 25 | Telephone bill | USD 796.01 |
| 26 | Telephone bill | USD 132.82 |
| 27 | Maintenance invoice | USD 412.15 |
| 28 | Maintenance invoice | USD 156 |
| 29 | Books shipping invoice | USD 1,171.33 |
| 30 | Pager bill | USD 22.80 |
| 31 | Books shipping invoice | USD 1,689.82 |
| 32 | Mail invoice | USD 0.33 |

[Illegible stamp]

[Signature]

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000005329

| 33 | Mail invoice | USD 0.55 |
|---|---|---|
| 34 | Mail invoice | USD 13.20 |
| 35 | Mail invoice | USD 1.98 |
| 36 | Mail invoice | USD 19.36 |
| 37 | Mail invoice | USD 13.20 |
| 38 | Mail invoice | USD 13.20 |
| 39 | Mail invoice | USD 1.10 |
| **40** | ***Grand Total*** | **USD 13,660.42** |

[Illegible stamp]

[Signature]


***Office in Charge of Disbursement***

[Signature]

***Saleh bin Mohammed Al Muqbil***

***Director of the Dawah Office in America***

[Signature]

***Khaled bin Ibrahim Al Suwailam***

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000005330



بيان مصاريف

| القيمة | اسم الصنف | الرقم |
|---|---|---|
| ١١,٤٠ دولار | فاتورة بيجر | ١ |
| ٦١,٩٨ دولار | فاتورة حبر للطابعة | ٢ |
| ٥٤٣,٩٠ دولار | فاتورة تلفون | ٣ |
| ٥٩,٣٦ دولار | فاتورة تلفون | ٤ |
| ٥٣٠,٧١ دولار | فاتورة محروقات | ٥ |
| ١٢١,٦٨ دولار | فاتورة تلفون | ٦ |
| ٦١٠,١٨ دولار | فاتورة تلفون | ٧ |
| ١٢٧٥,٦٧ دولار | فاتورة صيانة | ٨ |
| ٢٨,٥٦ دولار | فاتورة صيانة | ٩ |
| ١١٤ دولار | فاتورة بريد | ١٠ |
| ١١,٧٥ دولار | فاتورة ورق طباعة | ١١ |
| ٩٥,٩٢ دولار | فاتورة طباعة أبواك مكتب | ١٢ |
| ٤٠٠ دولار | فاتورة تلفون | ١٣ |



CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000005328

| | | |
|---|---|---|
| ٤٩,٥٦ دولار | فاتورة تلفون | ١٤ |
| ٢١٧,٤٢ دولار | فاتورة محروقات | ١٥ |
| ٤٠٢,٦٧ دولار | فاتورة صيانة | ١٦ |
| ٥٠,٤٦ دولار | فاتورة بيجر | ١٧ |
| ٢٢,٨٠ دولار | فاتورة صيانة | ١٨ |
| ٥٠,٤٠ دولار | فاتورة صيانة | ١٩ |
| ١٥٩,٢٨ دولار | فاتورة انترنت | ٢٠ |
| ٣٥ دولار | فاتورة صيانة | ٢١ |
| ١٦٢٩,٠٦ دولار | فاتورة صيانة | ٢٢ |
| ٤٥٤,٨١ دولار | فاتورة تأمين السيارات | ٢٣ |
| ٢٢٨٠ دولار | فاتورة محروقات | ٢٤ |
| ٧٩٦,٠١ دولار | فاتورة تلفون | ٢٥ |
| ١٣٣,٨٢ دولار | فاتورة تلفون | ٢٦ |
| ٤١٢,١٥ دولار | فاتورة صيانة | ٢٧ |
| ١٥٦ دولار | فاتورة صيانة | ٢٨ |
| ١١٧١,٣٣ دولار | فاتورة شحن كتب | ٢٩ |
| ٢٢,٨٠ دولار | فاتورة بيجر | ٣٠ |
| ١,٦٨٩,٨٢ دولار | فاتورة شحن كتب | ٣١ |
| ٣٣,٠ سنت | فاتورة بريد | ٣٢ |

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000005329

| | | |
|---|---|---|
| ٥٥‚٠ سنت | فاتورة بريد | ٣٣ |
| ١٣‚٢٠ دولار | فاتورة بريد | ٣٤ |
| ١‚٩٨ دولار | فاتورة بريد | ٣٥ |
| ١٩‚٣٦ دولار | فاتورة بريد | ٣٦ |
| ١٣‚٢٠ دولار | فاتورة بريد | ٣٧ |
| ١٣‚٢٠ دولار | فاتورة بريد | ٣٨ |
| ١‚١٠ دولار | فاتورة بريد | ٣٩ |
| ١٣‚٦٦٠‚٤٢ دولار | المجموع الإجمالي | ٤٠ |

مدير مكتب الدعوة في أمريكا

خالد بن إبراهيم السويلم

مأمور الصرف

صالح بن محمد المقبل

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000005330