# EXHIBIT 177



## COUNTY OF SUFFOLK
## COMMONWEALTH OF MASSACHUSETTS

February 20, 2024

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

**KSA0000008467**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

Amr Abualy
Project Manager
Linguistic Systems

**Linguistic Systems, Inc.**

260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

In the name of God, the Most Merciful, the Most Compassionate

**Kingdom of Saudi Arabia**
Ministry of Islamic Affairs,
Endowments, Dawah and Guidance
**Agency for Mosques, Dawah, and Guidance Affairs**
**General Department for Dawah Abroad**



Number: *2647/4/8*

Date: *20/7/1419 AH* [11/09/1998 AD]

Attachments: 1

Subject:

**His Eminence the Director of the Dawah Office in America,**

**May God's peace, mercy, and blessings be upon you.**

I ask God for perpetual help and success for you.

Please find attached a copy of the HE the Deputy Minister's explanation of the letter filed by His Eminence the Undersecretary of Mosques, Dawah and Guidance Affairs no. 2472/4/8 dated 11/7/1419 AH [10/31/1998 AD] regarding a request for approval to extend Sheikh Fahd bin Ibrahim Al Thumairi's English studies period language for an additional six months, which included his denial of the request.

For your review and information. May God preserve and watch over you.

**May God's peace, mercy, and blessings be upon you.**

> Director of the Department of Dawah
> in Europe, America and Australia
> *pp*. [signature] 20/7/[1419 AH]
> [11/09/1998 AD]
> **Abdullah bin Ibrahim Al Rowaita**

[Handwritten note:]
1. *Confidential incoming*
2. *Brother Al Bilaihi to be formally notified hereof.*
*13/8/1419 AH [12/02/1998 AD]*

[Stamp:]
Dawah Office in America
Confidential incoming no.: 11S
Date: *19/8/1419 AH* [12/8/1998 AD]
Attachments: *1 file*
Referral: *Abdel Rahman Al Bilaihi*

**H Al Zahrani 938**

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

KSA0000008467





الرقـم : ٧٤٤/٦٤/٤/٨
التاريـخ : ٠/٧/١٤١٩هـ
المشفوعات : ١
الموضوع :

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد
وكالة الوزارة لشؤون المساجد والدعوة والإرشاد
الإدارة العامة للدعوة في الخارج

فضيلة مدير مكتب الدعوة في أمـــريكا       سلمه الله

السلام عليكم ورحمة الله وبركاته       أمابعد :

فأسأل الله لكم العون ودوام التوفيق .

وتجدون برفقه نسخة من شرح معالي نائب الوزير على العرض المرفوع من فضيلة وكيل الوزارة لشؤون المساجد والدعوة والإرشاد ذي الرقم ٢٤٧٢/٤/٨ وتاريخ ١٤١٩/٧/١١هـ بخصوص طلب الموافقة على تمديد فترة دراسة اللغـة الإنجليـزية للشيخ/ فهد بن إبراهيم الثميري لمدة ستة أشهر أخرى والمتضمن عدم الموافقة .

للاطلاع والإحاطة . والله يحفظكم ويرعاكم .

والسلام عليكم ورحمة الله وبركاته ،،،،،،،،،

مدير إدارة الدعوة في
أوربــا وأمــريكا واســتراليا

عبدالله بن إبراهيم الرويتع

ح الزهراني ٩٣٨

**CONFIDENTIAL:**
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008467