# EXHIBIT 179



# IMAMS

# Imam Taha Hassane



**IMAM TAHA HASSANE**

Currently serving as the Imam/Director of the Islamic Center of San Diego. Imam Taha joined ICSD in September 2004 from the Colorado Muslim Youth Foundation where he served as a youth instructor.

He graduated from the Institute of Islamic Studies at the University of Algiers, Algeria, and served as a high school teacher and Imam in Ténès, Algeria, for ten years before coming to the United States.

Imam Taha also holds a Master Degree of Theology in Islamic Studies from the Graduate Theological Foundation in South Bend, Indiana.

In addition to his regular duties at ICSD, Imam Taha is a:

- Preacher & lecturer at different Islamic Centers, schools, colleges, and Churches around the US and abroad
- Religious adviser of the Muslim Students Association at University of California, San Diego
- Member of the West coast & National Catholic-Muslim dialogue
- Board member of the Interfaith Shelter Network
- Member of the Muslim & Arab-American Advisory Board of the San Diego

Source: https://www.icsd.org/imams.html

- Police Department
- Member of the Interfaith Advisory Board of the San Diego District Attorney Office
- Volunteer Chaplain at San Diego Prisons & Hospitals

Recipient of several awards:

- 2010 Voices of Justice Award by the Interfaith Center for Worker Justice
- 2011 Community Leadership & Social Justice Advocacy Award by CAIR San Diego
- 2014 Outstanding Contribution Award by the Indian-American Muslim Council
- 2015 A Major Peacemaker Award in San Diego by the Rotary Club of La Jolla
- 2015 Spirit Award by the Somali Family Services
- 2016 Spirit Of Service Award by the Interfaith Shelter Network
- 2017 The Sultan & The Saint Peace Award by the Unity Productions Foundation
- 2018 Islamic Shura Council of Southern California Change Maker Award
- 2018 KPBS & National Conflict Resolution Center Community Hero For Civility In Politics Award

Also recipient of Certificate of Recognition from:

- California Assembly Member Lorena Gonzales
- California Assembly Member Shirley Weber
- San Diego City Council Member Marti Emerald
- City of San Diego Human Relations Commission

# Shaykh Abdeljalil Mezgouri



Source: https://www.icsd.org/imams.html

## SHAYKH ABDELJALIL MEZGOURI

Currently serving as the Imam and Director of religious activities and outreach (dawaah).

Shaykh Abel Jalil is the Imam of the Islamic Center of San Diego, California. He is known as a prolific and dynamic speaker, dedicating himself as a tireless supporter of the Islamic cause. Shaykh Mezgouri is known amongst Muslims in North America as a passionate supporter and speaker with Islamic Relief, MAS and many other Islamic organizations. He is know for his active dedication towards the Muslim youth of America.

### CONTACT US
Phone: 858-278-5240
Email: admin@icsd.org
Web: www.icsd.org
Address: 7050 Eckstrom Ave, San Diego CA 92111

### ADMIN OFFICE HOURS
Monday - Friday: 11:00 AM - 5:00 PM
Saturday: 11:00 AM - 6:00 PM
Sunday: 12:00 PM - 4:00 PM

### SERVICES
Funeral
Marriage
Special Needs
Store

### ABOUT US
ICSD
Imams
Directors
Trustees

Source: https://www.icsd.org/imams.html

Search

Copyright (c) 2023 ICSD

DESIGN, MAINTAINED & POWERED BY



Source: https://www.icsd.org/imams.html