# EXHIBIT 180

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS ON ) Civil Action No. 03 MDL 1570 (GBD) (SN)
SEPTEMBER 11, 2001 ) ECF Case
)

This document relates to: *All Actions*

## DECLARATION OF BANDAR FAHAD A. ALZAID

I, the undersigned, Bandar Fahad A. Alzaid, pursuant to 28 U.S.C. § 1746 and the laws of the Kingdom of Saudi Arabia ("Saudi Arabia"), hereby declare under penalty of perjury that:

1. I am the Consul General of the Kingdom of Saudi Arabia in Los Angeles and, by reason of my position, I am authorized and qualified to make this Declaration. By submitting this Declaration, neither the Royal Consulate General of the Kingdom of Saudi Arabia in Los Angeles ("the Consulate") nor I intend to waive, and expressly do not waive, any privileges and immunities available under the Vienna Convention on Diplomatic Relations and the Vienna Convention on Consular Relations.

2. The following facts are based on my personal knowledge or on information provided to me. If called upon as a witness, I could and would testify competently to them.

3. Based on my personal knowledge and on information provided to me by other individuals employed at the Consulate, I am familiar with (1) the recordkeeping practices of the Consulate, (2) the manner in which the records of the Consulate are created, managed, stored, and retrieved, (3) the manner by which the Consulate created, used, stored, and retrieved the specific documents identified by Bates-number in **Appendix A** (collectively, "the Records").

4. The Records are records that were produced from the files of the Consulate in response to certain requests for production of documents that were served on Saudi Arabia in the



above-captioned litigation. The Records were produced on July 31, 2018 as part of Saudi Arabia's first production volume and on September 25, 2019 as part of Saudi Arabia's eighth production volume.

5.  I further certify that:

   a. The Records set out the activities of the Consulate;

   b. The Consulate kept the Records in the course of its regularly conducted activity;

   c. It was the regular practice of the Consulate to create and maintain the Records; and

   d. The Records were copied from files in the custody of the Consulate in a manner to ensure that they are true duplicates of the original records.

I testify by God the Great, and declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Dated: October 6, 2023
Los Angeles, California

_____
Bandar Fahad A. Alzaid

## APPENDIX A

| BEGBATES | ENDBATES | Production Volume |
|---|---|---|
| KSA0000001330 | KSA0000001330 | KSA_VOL001 |
| KSA0000001331 | KSA0000001331 | KSA_VOL001 |
| KSA0000001332 | KSA0000001332 | KSA_VOL001 |
| KSA0000001333 | KSA0000001333 | KSA_VOL001 |
| KSA0000001334 | KSA0000001334 | KSA_VOL001 |
| KSA0000001335 | KSA0000001337 | KSA_VOL001 |
| KSA0000001338 | KSA0000001338 | KSA_VOL001 |
| KSA0000001339 | KSA0000001339 | KSA_VOL001 |
| KSA0000001340 | KSA0000001341 | KSA_VOL001 |
| KSA0000001342 | KSA0000001342 | KSA_VOL001 |
| KSA0000001343 | KSA0000001343 | KSA_VOL001 |
| KSA0000001344 | KSA0000001344 | KSA_VOL001 |
| KSA0000001345 | KSA0000001345 | KSA_VOL001 |
| KSA0000001346 | KSA0000001346 | KSA_VOL001 |
| KSA0000001347 | KSA0000001347 | KSA_VOL001 |
| KSA0000001348 | KSA0000001348 | KSA_VOL001 |
| KSA0000001349 | KSA0000001349 | KSA_VOL001 |
| KSA0000001350 | KSA0000001374 | KSA_VOL001 |
| KSA0000001375 | KSA0000001393 | KSA_VOL001 |
| KSA0000001394 | KSA0000001438 | KSA_VOL001 |
| KSA0000001439 | KSA0000001478 | KSA_VOL001 |
| KSA0000001479 | KSA0000001530 | KSA_VOL001 |



| BEGBATES | ENDBATES | Production Volume |
|---|---|---|
| KSA0000007063 | KSA0000007064 | KSA_VOL008 |
| KSA0000007065 | KSA0000007066 | KSA_VOL008 |
| KSA0000007067 | KSA0000007069 | KSA_VOL008 |
| KSA0000007070 | KSA0000007071 | KSA_VOL008 |
| KSA0000007072 | KSA0000007073 | KSA_VOL008 |
| KSA0000007074 | KSA0000007075 | KSA_VOL008 |
| KSA0000007076 | KSA0000007077 | KSA_VOL008 |
| KSA0000007078 | KSA0000007079 | KSA_VOL008 |
| KSA0000007080 | KSA0000007081 | KSA_VOL008 |
| KSA0000007082 | KSA0000007082 | KSA_VOL008 |
| KSA0000007083 | KSA0000007083 | KSA_VOL008 |
| KSA0000007084 | KSA0000007084 | KSA_VOL008 |
| KSA0000007085 | KSA0000007085 | KSA_VOL008 |
| KSA0000007086 | KSA0000007086 | KSA_VOL008 |
| KSA0000007087 | KSA0000007087 | KSA_VOL008 |
| KSA0000007088 | KSA0000007088 | KSA_VOL008 |
| KSA0000007089 | KSA0000007089 | KSA_VOL008 |
| KSA0000007090 | KSA0000007090 | KSA_VOL008 |
| KSA0000007091 | KSA0000007091 | KSA_VOL008 |
| KSA0000007092 | KSA0000007094 | KSA_VOL008 |
| KSA0000007095 | KSA0000007096 | KSA_VOL008 |
| KSA0000007097 | KSA0000007097 | KSA_VOL008 |
| KSA0000007098 | KSA0000007099 | KSA_VOL008 |



| BEGBATES | ENDBATES | Production Volume |
|---|---|---|
| KSA0000007100 | KSA0000007100 | KSA_VOL008 |
| KSA0000007101 | KSA0000007101 | KSA_VOL008 |
| KSA0000007102 | KSA0000007102 | KSA_VOL008 |
| KSA0000007103 | KSA0000007103 | KSA_VOL008 |
| KSA0000007104 | KSA0000007105 | KSA_VOL008 |
| KSA0000007106 | KSA0000007106 | KSA_VOL008 |
| KSA0000007107 | KSA0000007107 | KSA_VOL008 |
| KSA0000007108 | KSA0000007109 | KSA_VOL008 |
| KSA0000007110 | KSA0000007111 | KSA_VOL008 |
| KSA0000007112 | KSA0000007118 | KSA_VOL008 |
| KSA0000007119 | KSA0000007120 | KSA_VOL008 |
| KSA0000007121 | KSA0000007121 | KSA_VOL008 |
| KSA0000007122 | KSA0000007122 | KSA_VOL008 |
| KSA0000007123 | KSA0000007125 | KSA_VOL008 |
| KSA0000007126 | KSA0000007129 | KSA_VOL008 |
| KSA0000007130 | KSA0000007130 | KSA_VOL008 |
| KSA0000007131 | KSA0000007132 | KSA_VOL008 |
| KSA0000007133 | KSA0000007134 | KSA_VOL008 |
| KSA0000007135 | KSA0000007136 | KSA_VOL008 |
| KSA0000007137 | KSA0000007137 | KSA_VOL008 |
| KSA0000007138 | KSA0000007139 | KSA_VOL008 |
| KSA0000007140 | KSA0000007140 | KSA_VOL008 |
| KSA0000007141 | KSA0000007141 | KSA_VOL008 |

| BEGBATES | ENDBATES | Production Volume |
|---|---|---|
| KSA0000007142 | KSA0000007142 | KSA_VOL008 |
| KSA0000007143 | KSA0000007143 | KSA_VOL008 |
| KSA0000007144 | KSA0000007144 | KSA_VOL008 |
| KSA0000007145 | KSA0000007145 | KSA_VOL008 |
| KSA0000007146 | KSA0000007146 | KSA_VOL008 |
| KSA0000007147 | KSA0000007147 | KSA_VOL008 |
| KSA0000007148 | KSA0000007149 | KSA_VOL008 |
| KSA0000007150 | KSA0000007150 | KSA_VOL008 |
| KSA0000007151 | KSA0000007151 | KSA_VOL008 |
| KSA0000007152 | KSA0000007152 | KSA_VOL008 |
| KSA0000007153 | KSA0000007155 | KSA_VOL008 |
| KSA0000007156 | KSA0000007160 | KSA_VOL008 |
| KSA0000007161 | KSA0000007161 | KSA_VOL008 |
| KSA0000007162 | KSA0000007162 | KSA_VOL008 |
| KSA0000007163 | KSA0000007163 | KSA_VOL008 |
| KSA0000007164 | KSA0000007164 | KSA_VOL008 |
| KSA0000007165 | KSA0000007165 | KSA_VOL008 |
| KSA0000007166 | KSA0000007166 | KSA_VOL008 |
| KSA0000007167 | KSA0000007167 | KSA_VOL008 |
| KSA0000007168 | KSA0000007168 | KSA_VOL008 |
| KSA0000007169 | KSA0000007170 | KSA_VOL008 |
| KSA0000007171 | KSA0000007172 | KSA_VOL008 |
| KSA0000007173 | KSA0000007173 | KSA_VOL008 |

| BEGBATES | ENDBATES | Production Volume |
|---|---|---|
| KSA0000007174 | KSA0000007175 | KSA_VOL008 |
| KSA0000007176 | KSA0000007176 | KSA_VOL008 |
| KSA0000007177 | KSA0000007178 | KSA_VOL008 |
| KSA0000007179 | KSA0000007179 | KSA_VOL008 |
| KSA0000007180 | KSA0000007180 | KSA_VOL008 |
| KSA0000007181 | KSA0000007181 | KSA_VOL008 |
| KSA0000007182 | KSA0000007182 | KSA_VOL008 |
| KSA0000007183 | KSA0000007184 | KSA_VOL008 |
| KSA0000007185 | KSA0000007185 | KSA_VOL008 |
| KSA0000007186 | KSA0000007186 | KSA_VOL008 |
| KSA0000007187 | KSA0000007187 | KSA_VOL008 |
| KSA0000007188 | KSA0000007188 | KSA_VOL008 |
| KSA0000007189 | KSA0000007189 | KSA_VOL008 |
| KSA0000007190 | KSA0000007190 | KSA_VOL008 |
| KSA0000007191 | KSA0000007191 | KSA_VOL008 |
| KSA0000007192 | KSA0000007192 | KSA_VOL008 |
| KSA0000007193 | KSA0000007193 | KSA_VOL008 |
| KSA0000007194 | KSA0000007194 | KSA_VOL008 |
| KSA0000007195 | KSA0000007195 | KSA_VOL008 |
| KSA0000007196 | KSA0000007198 | KSA_VOL008 |
| KSA0000007199 | KSA0000007199 | KSA_VOL008 |
| KSA0000007200 | KSA0000007200 | KSA_VOL008 |
| KSA0000007201 | KSA0000007201 | KSA_VOL008 |

| BEGBATES | ENDBATES | Production Volume |
|---|---|---|
| KSA0000007202 | KSA0000007202 | KSA_VOL008 |
| KSA0000007203 | KSA0000007203 | KSA_VOL008 |
| KSA0000007204 | KSA0000007204 | KSA_VOL008 |
| KSA0000007205 | KSA0000007205 | KSA_VOL008 |
| KSA0000007206 | KSA0000007206 | KSA_VOL008 |
| KSA0000007207 | KSA0000007207 | KSA_VOL008 |
| KSA0000007208 | KSA0000007208 | KSA_VOL008 |
| KSA0000007209 | KSA0000007209 | KSA_VOL008 |
| KSA0000007210 | KSA0000007210 | KSA_VOL008 |
| KSA0000007211 | KSA0000007212 | KSA_VOL008 |
| KSA0000007213 | KSA0000007214 | KSA_VOL008 |
| KSA0000007215 | KSA0000007216 | KSA_VOL008 |
| KSA0000007217 | KSA0000007217 | KSA_VOL008 |
| KSA0000007218 | KSA0000007218 | KSA_VOL008 |
| KSA0000007219 | KSA0000007219 | KSA_VOL008 |
| KSA0000007220 | KSA0000007223 | KSA_VOL008 |
| KSA0000007224 | KSA0000007224 | KSA_VOL008 |
| KSA0000007225 | KSA0000007225 | KSA_VOL008 |
| KSA0000007226 | KSA0000007226 | KSA_VOL008 |
| KSA0000007227 | KSA0000007227 | KSA_VOL008 |
| KSA0000007228 | KSA0000007229 | KSA_VOL008 |
| KSA0000007230 | KSA0000007230 | KSA_VOL008 |
| KSA000007231 | KSA0000007231 | KSA_VOL008 |

| BEGBATES | ENDBATES | Production Volume |
|---|---|---|
| KSA0000007232 | KSA0000007232 | KSA_VOL008 |
| KSA0000007233 | KSA0000007233 | KSA_VOL008 |
| KSA0000007234 | KSA0000007234 | KSA_VOL008 |
| KSA0000007235 | KSA0000007237 | KSA_VOL008 |
| KSA0000007238 | KSA0000007238 | KSA_VOL008 |
| KSA0000007239 | KSA0000007239 | KSA_VOL008 |
| KSA0000007240 | KSA0000007240 | KSA_VOL008 |
| KSA0000007241 | KSA0000007242 | KSA_VOL008 |
| KSA0000007243 | KSA0000007250 | KSA_VOL008 |
| KSA0000007251 | KSA0000007251 | KSA_VOL008 |
| KSA0000007252 | KSA0000007253 | KSA_VOL008 |
| KSA0000007254 | KSA0000007254 | KSA_VOL008 |
| KSA0000007255 | KSA0000007255 | KSA_VOL008 |
| KSA0000007256 | KSA0000007256 | KSA_VOL008 |
| KSA0000007257 | KSA0000007257 | KSA_VOL008 |
| KSA0000007258 | KSA0000007258 | KSA_VOL008 |
| KSA0000007259 | KSA0000007259 | KSA_VOL008 |
| KSA0000007260 | KSA0000007260 | KSA_VOL008 |
| KSA0000007261 | KSA0000007261 | KSA_VOL008 |
| KSA0000007262 | KSA0000007262 | KSA_VOL008 |
| KSA0000007263 | KSA0000007263 | KSA_VOL008 |
| KSA0000007264 | KSA0000007264 | KSA_VOL008 |
| KSA000007265 | KSA0000007265 | KSA_VOL008 |

| BEGBATES | ENDBATES | Production Volume |
|---|---|---|
| KSA0000007266 | KSA0000007269 | KSA_VOL008 |
| KSA0000007270 | KSA0000007270 | KSA_VOL008 |
| KSA0000007271 | KSA0000007271 | KSA_VOL008 |
| KSA0000007272 | KSA0000007272 | KSA_VOL008 |
| KSA0000007273 | KSA0000007274 | KSA_VOL008 |
| KSA0000007275 | KSA0000007282 | KSA_VOL008 |
| KSA0000007283 | KSA0000007283 | KSA_VOL008 |
| KSA0000007284 | KSA0000007284 | KSA_VOL008 |
| KSA0000007285 | KSA0000007285 | KSA_VOL008 |
| KSA0000007286 | KSA0000007286 | KSA_VOL008 |
| KSA0000007287 | KSA0000007287 | KSA_VOL008 |
| KSA0000007288 | KSA0000007288 | KSA_VOL008 |
| KSA0000007289 | KSA0000007289 | KSA_VOL008 |
| KSA0000007290 | KSA0000007290 | KSA_VOL008 |
| KSA0000007291 | KSA0000007291 | KSA_VOL008 |
| KSA0000007292 | KSA0000007292 | KSA_VOL008 |
| KSA0000007293 | KSA0000007293 | KSA_VOL008 |
| KSA0000007294 | KSA0000007294 | KSA_VOL008 |
| KSA0000007295 | KSA0000007295 | KSA_VOL008 |
| KSA0000007296 | KSA0000007296 | KSA_VOL008 |
| KSA0000007297 | KSA0000007297 | KSA_VOL008 |
| KSA0000007298 | KSA0000007298 | KSA_VOL008 |
| KSA0000007299 | KSA0000007300 | KSA_VOL008 |

| BEGBATES | ENDBATES | Production Volume |
|---|---|---|
| KSA0000007301 | KSA0000007301 | KSA_VOL008 |
| KSA0000007302 | KSA0000007302 | KSA_VOL008 |
| KSA0000007303 | KSA0000007303 | KSA_VOL008 |
| KSA0000007304 | KSA0000007304 | KSA_VOL008 |
| KSA0000007305 | KSA0000007305 | KSA_VOL008 |
| KSA0000007306 | KSA0000007306 | KSA_VOL008 |
| KSA0000007307 | KSA0000007308 | KSA_VOL008 |
| KSA0000007309 | KSA0000007309 | KSA_VOL008 |
| KSA0000007310 | KSA0000007310 | KSA_VOL008 |
| KSA0000007311 | KSA0000007311 | KSA_VOL008 |
| KSA0000007312 | KSA0000007312 | KSA_VOL008 |
| KSA0000007313 | KSA0000007313 | KSA_VOL008 |
| KSA0000007314 | KSA0000007314 | KSA_VOL008 |
| KSA0000007315 | KSA0000007316 | KSA_VOL008 |
| KSA0000007317 | KSA0000007318 | KSA_VOL008 |
| KSA0000007319 | KSA0000007319 | KSA_VOL008 |
| KSA0000007320 | KSA0000007320 | KSA_VOL008 |
| KSA0000007321 | KSA0000007321 | KSA_VOL008 |
| KSA0000007322 | KSA0000007322 | KSA_VOL008 |
| KSA0000007323 | KSA0000007323 | KSA_VOL008 |
| KSA0000007324 | KSA0000007324 | KSA_VOL008 |
| KSA0000007325 | KSA0000007325 | KSA_VOL008 |
| KSA000007326 | KSA0000007326 | KSA_VOL008 |



| BEGBATES | ENDBATES | Production Volume |
|---|---|---|
| KSA0000007327 | KSA0000007327 | KSA_VOL008 |
| KSA0000007328 | KSA0000007328 | KSA_VOL008 |
| KSA0000007329 | KSA0000007329 | KSA_VOL008 |
| KSA0000007330 | KSA0000007330 | KSA_VOL008 |
| KSA0000007331 | KSA0000007331 | KSA_VOL008 |
| KSA0000007332 | KSA0000007332 | KSA_VOL008 |
| KSA0000007333 | KSA0000007333 | KSA_VOL008 |
| KSA0000007334 | KSA0000007335 | KSA_VOL008 |
| KSA0000007336 | KSA0000007336 | KSA_VOL008 |
| KSA0000007337 | KSA0000007337 | KSA_VOL008 |
| KSA0000007338 | KSA0000007338 | KSA_VOL008 |
| KSA0000007339 | KSA0000007339 | KSA_VOL008 |
| KSA0000007340 | KSA0000007340 | KSA_VOL008 |
| KSA0000007341 | KSA0000007341 | KSA_VOL008 |
| KSA0000007342 | KSA0000007342 | KSA_VOL008 |
| KSA0000007343 | KSA0000007343 | KSA_VOL008 |
| KSA0000007344 | KSA0000007344 | KSA_VOL008 |
| KSA0000007345 | KSA0000007345 | KSA_VOL008 |
| KSA0000007346 | KSA0000007346 | KSA_VOL008 |
| KSA0000007347 | KSA0000007347 | KSA_VOL008 |
| KSA0000007348 | KSA0000007348 | KSA_VOL008 |
| KSA0000007349 | KSA0000007349 | KSA_VOL008 |
| KSA000007350 | KSA0000007350 | KSA_VOL008 |

| BEGBATES | ENDBATES | Production Volume |
|---|---|---|
| KSA0000007351 | KSA0000007351 | KSA_VOL008 |
| KSA0000007352 | KSA0000007352 | KSA_VOL008 |
| KSA0000007353 | KSA0000007353 | KSA_VOL008 |
| KSA0000007354 | KSA0000007354 | KSA_VOL008 |
| KSA0000007355 | KSA0000007355 | KSA_VOL008 |
| KSA0000007356 | KSA0000007356 | KSA_VOL008 |
| KSA0000007357 | KSA0000007357 | KSA_VOL008 |
| KSA0000007358 | KSA0000007358 | KSA_VOL008 |
| KSA0000007359 | KSA0000007359 | KSA_VOL008 |
| KSA0000007360 | KSA0000007360 | KSA_VOL008 |
| KSA0000007361 | KSA0000007361 | KSA_VOL008 |
| KSA0000007362 | KSA0000007362 | KSA_VOL008 |
| KSA0000007363 | KSA0000007363 | KSA_VOL008 |
| KSA0000007364 | KSA0000007364 | KSA_VOL008 |
| KSA0000007365 | KSA0000007365 | KSA_VOL008 |
| KSA0000007366 | KSA0000007366 | KSA_VOL008 |
| KSA0000007974 | KSA0000007974 | KSA_VOL008 |
| KSA0000007975 | KSA0000007975 | KSA_VOL008 |