# EXHIBIT 181

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____
                               )
IN RE:  TERRORIST ATTACKS ON      )    Civil Action No. 03 MDL 1570 (GBD) (SN)
SEPTEMBER 11, 2001            )    ECF Case
_____ )

This document relates to:  _All Actions_

## <u>DECLARATION OF DR. FAWZY ABDULGHANI Q. BUKHARI</u>

I, the undersigned, Dr. Fawzy Abdulghani Q. Bukhari, pursuant to 28 U.S.C. § 1746 and the laws of the Kingdom of Saudi Arabia ("Saudi Arabia"), hereby declare under penalty of perjury that:

1.      I am the Cultural Attaché at the Saudi Arabian Cultural Mission to the United States ("the Mission") and, by reason of my position, I am authorized and qualified to make this Declaration.  By submitting this Declaration, neither the Mission nor I intend to waive, and expressly do not waive, any privileges and immunities available under the Vienna Convention on Diplomatic Relations and the Vienna Convention on Consular Relations.

2.      The following facts are based on my personal knowledge or on information provided to me.  If called upon as a witness, I could and would testify competently to them.

3.      Based on my personal knowledge and on information provided to me by other individuals employed at the Mission, I am familiar with (1) the recordkeeping practices of the Mission, (2) the manner in which the records of the Mission are created, managed, stored, and retrieved, and (3) the manner by which the Mission created, used, stored, and retrieved the specific documents identified in **<u>Appendix A</u>**, (collectively, "the Records").

4.      The Records are records that were produced from the files of the Mission in response to certain requests for production of documents that were served on Saudi Arabia in the

1

above-captioned litigation.  The Records were produced on July 31, 2018 as part of Saudi Arabia's first production volume.

     5.     I further certify that:

          a.     The Records set out the activities of the Mission;

          b.     The Mission kept the Records in the course of its regularly conducted activity;

          c.     It was the regular practice of the Mission to create or maintain the Records; and

          d.     The Records were copied from files in the custody of the Mission in a manner to ensure that they are true duplicates of the original records.

     I testify by God the Great, and declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  October 6, 2023
Fairfax, Virginia

_____
     Dr. Fawzy Abdulghani Q. Bukhari

**APPENDIX A**

| BEGBATES | ENDBATES | Production Volume |
|---|---|---|
| KSA0000001197 | KSA0000001197 | KSA_VOL001 |
| KSA0000001822 | KSA0000001822 | KSA_VOL001 |
| KSA0000001823 | KSA0000001823 | KSA_VOL001 |
| KSA0000001824 | KSA0000001824 | KSA_VOL001 |
| KSA0000001825 | KSA0000001825 | KSA_VOL001 |
| KSA0000001826 | KSA0000001826 | KSA_VOL001 |
| KSA0000001827 | KSA0000001827 | KSA_VOL001 |
| KSA0000001828 | KSA0000001828 | KSA_VOL001 |
| KSA0000001829 | KSA0000001829 | KSA_VOL001 |
| KSA0000001830 | KSA0000001830 | KSA_VOL001 |
| KSA0000001831 | KSA0000001831 | KSA_VOL001 |
| KSA0000001832 | KSA0000001832 | KSA_VOL001 |
| KSA0000001833 | KSA0000001833 | KSA_VOL001 |
| KSA0000001834 | KSA0000001834 | KSA_VOL001 |
| KSA0000001835 | KSA0000001835 | KSA_VOL001 |
| KSA0000001836 | KSA0000001836 | KSA_VOL001 |
| KSA0000001837 | KSA0000001840 | KSA_VOL001 |
| KSA0000001841 | KSA0000001841 | KSA_VOL001 |