# EXHIBIT 183
## FILED UNDER SEAL

Case 1:03-md-01570-GBD-SN Document 10191-29 Filed 07/31/24 Page 1 of 4



**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

February 22, 2024

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

**KSA0000008435**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

Amr Abualy
Project Manager
Linguistic Systems

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

In the name of God, the Most Merciful, the Most Compassionate

**Kingdom of Saudi Arabia**

| | |
|---|---|
| Ministry of Islamic Affairs, Endowments, Dawah, and Guidance | No.: |
| Human Resources Department | Date: |

## Mission Performance Document

## Inside / Outside the Kingdom

| Name: | Employee: *Fahd bin Ibrahim Al Thumairi*<br>Contractor:<br>Worker: | Position: *Guide*<br>Rank: *8*<br>Delegation to: *San Francisco Region* |
|---|---|---|

Delegation decision no.: *21475*   Date: *21/11/1420* AH [02/27/2000 AD]

Addendum delegation decision no.:   Date: / /14 AH

Mission duration: *five days*

Actual travel date: *20/02/1421* AH [05/24/2000 AD]

Travel means:   ☐ Air   ☐ Train   ☐ Government car   ☑ Other ✓

Actual return date: *24/02/1421* AH [05/28/2000 AD]

Other data:

- Were you given a boarding order?   ☐ Yes   ☑ No
- Was a means of transportation provided?   ☐ Yes   ☑ No
- Was lodging and/or food provided?   ☐ Yes   ☑ No
- Did you previously receive a cash advance on account of travel expenses?   ☐ Yes   ☑ No

[If yes,] amount: _____ on  / /14  AH

I certify that the above data is true at my own responsibility.

Delegate's name: *Fahd bin Ibrahim Al Thumairi*

Signature: [Signature]

Date: 28/02/1421 AH [06/01/2000 AD]

KSA0000008435

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد
إدارة شؤون الموظفين

الرقم ....................
التاريخ ....................

## وثيقة أداء مهمة

داخل / خارج المملكة

الموظف: زهير إبراهيم الشهري
المتعاقد: ....................
المستخدم: ....................

الوظيفة: مرشد
المرتبة: ٨
جهة الانتداب: منطقة سائر ناكو

رقم قرار الانتداب ( ٣١٤٧٥ )   تاريخه ٢١/ ١١ / ١٤٣٠هـ
رقم قرار الانتداب الإلحاقي ( )   تاريخه / / ١٤ هـ
مدة المهمة: خمسة أيام

تاريخ السفر الفعلي ٢٠ / ٢ / ١٤٣١ هـ

وسيلة السفر:  الطائرة □   القطار □   سيارة حكومية □   وسيلة أخرى ✓

تاريخ العودة الفعلي ٢٤ / ٢ / ١٤٣١ هـ

بيانات أخرى:

- هل منحت أمر اركاب ؟         نعم □   لا ✓
- هل تم تأمين وسيلة التنقلات ؟    نعم □   لا ✓
- هل تم تأمين المسكن والطعام أو أحدهما ؟  نعم □   لا ✓
- هل سبق صرف سلفة نقدية على حساب المصاريف السفرية ؟  نعم □   لا ✓
  ومقدارها ....................  وتاريخ صرفها / / ١٤ هـ

أن البيانات الموضحة أعلاه صحيحة وعلى مسؤوليتي.

اسم المنتدب: زهير إبراهيم الشهري
التوقيع: [signature]
التاريخ: ٢٨ /٢/ ١٤٣١هـ

KSA0000008435