# EXHIBIT 185



## Certification of Translation

**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

February 20, 2024

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

**KSA0000008413**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

Amr Abualy
Project Manager
Linguistic Systems

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

[Entire message is handwritten]

*In the name of God, the Most Merciful, the Most Compassionate*

*His Eminence the Director of the Dawa and Guidance Office in America,*

*May God's peace, blessings, and mercy be upon you.*

*I am writing to you to let you know that I wish to take ordinary leave for twenty-six days beginning on Monday, 8 Jumada Al Akhirah, 1422 AH, corresponding to 08/27/2001. I hope you will approve and inform the necessary persons in writing.*

*May God preserve and watch over you.*

*Sent by*

*The Ministry's Delegate in Los Angeles*

*[Signature]*

*Fahd bin Ibrahim Al Thumairi*

*23/5/1422 AH*

*8/13/2001 AD*

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

KSA0000008413

بسم الله الرحمن الرحيم

فضيلة مدير مكتب الدعوة و الإرشاد غزا مركبا          حفظه الله

السلام عليكم ورحمة الله وبركاته     وبعد ،

أكتب لكم معبراً عن رغبتي التمتع بإجازة عادية لمدة ستة وعشرين يوماً بداية من الاثنين ٨ / جمادى الآخرة / ١٤٢٢هـ الموافق ٢٧/٨/ ٢٠٠١

آملاً موافقتكم و الكتابة لمن يلزم بذلك .

و الله يحفظكم ويرعاكم

كتبه

موفد الوزارة في لوس أنجلوس

فهد بن إبراهيم الثميري

٢٣ / ٥ / ١٤٢٢ هـ
١٣ / ٨ / ٢٠٠١ م

**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

KSA0000008413