# EXHIBIT 186
## REDACTED FOR PUBLIC FILING



## COUNTY OF SUFFOLK
## COMMONWEALTH OF MASSACHUSETTS

February 20, 2024

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

**KSA0000008368**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

Amr Abualy
Project Manager
Linguistic Systems

Linguistic Systems, Inc.

260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com

Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

In the name of God, the Most Merciful, the Most Compassionate

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments,
Dawah and Guidance
Dawah Office in America



Royal Embassy of Saudi Arabia    IFTA Office    P.O. Box u    McLean, VA 22101 • Tel.: (202) 342-3700 • Fax: (202) 944-3192

**His Eminence the Director of the Dawah Department for Europe, America, and Australia**

**May God's peace, mercy, and blessings be upon you.**

Please find attached a copy of the request submitted by his Eminence the Ministry's Delegate to America, Sheikh Fahd Al Thumairi (rank 8). He is requesting ordinary leave for 26 days to start on Monday 08/03/1420 AH [06/22/1999 AD].

Please approve his request and notify the competent officers to take the necessary action.

May God preserve and watch over you.

**May God's peace, mercy, and blessings be upon you.**

Al Thumairi leave 1420

**Director of the Dawah Office in America**

[Signature]

**Khaled bin Ibrahim Al Suwailam**

No: *2/38*          Date: *18/01/1420 AH* [05/04/1999 AD]    Attachments: *1*

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008368

In the name of God, the Most Merciful, the Most Compassionate

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments,
Dawah and Guidance
Dawah Office in America



601 New Hampshire Ave., N.W. Washington, D.C. 20037 • Tel: (202) 342-3700 • Fax: (202) 944-3192
E-mail: ifta@resa.org  ▫  www.islamicpage.org  ▫  www.islam.org.sa

**His Eminence the Director of the Human Resources Department**

**May God's peace, mercy, and blessings be upon you.**

In reference to your letter no. 8/3/14197 dated 29/7/1420 AH [11/07/1999 AD], which was a follow-up to the Office's letter no. 391 dated 4/7/1420 AH [10/13/1999 AD], regarding sending you a copy of the birth certificate of the son of Sheikh Fahd Al Thumairi so he can receive his dues, the requested document is attached. May God aid you.

**May God's peace, mercy, and blessings be upon you.**

**Director of the Dawah Office in America**

[Signature]

**Khaled bin Ibrahim Al Suwailam**

No: *572*        Date: *23/08/1420 AH* [12/01/1999 AD]    Attachments: *1*

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008369

In the name of God, the Most Merciful, the Most Compassionate

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments,
Dawah and Guidance
Dawah Office in America



601 New Hampshire Ave., N.W. Washington, D.C. 20037 • Tel.: (202) 342-3700 • Fax: (202) 944-3192

## Very Urgent

**His Eminence Sheikh** *Fahd Ibrahim Al Thumairi*

**May God's peace, mercy, and blessings be upon you.**

**I ask God to grant you aid and success.**

Please find attached the visit schedule of his Eminence the Vice Dean of the Islamic University and President of the Student Grant Selection Committee and the committee accompanying him.

Please assist them and facilitate their visit and prepare the student applicants who wish to continue their studies at the Islamic University. Please provide them with copies of the requirements for acceptance and registration. May God preserve and watch over you.

**May God's peace, mercy, and blessings be upon you.**

Abu Al Qasim

**Acting Director of the Dawah Office in America**

[Signature]

**Abdul Rahman Mohammed Al Bilaihi**

No: *5/311*          Date: *16/05/1420 AH* [08/27/1999 AD]     Attachments: *1*

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008370

In the name of God, the Most Merciful, the Most Compassionate

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments,
Dawah and Guidance
Dawah Office in America



601 New Hampshire Ave., N.W. Washington, D.C. 20037 • Tel.: (202) 342-3700 • Fax: (202) 944-3192

**His Excellency Dr. Maziad bin Ibrahim Al Maziad**

**Cultural Attaché at the Embassy**

**May God's peace, mercy, and blessings be upon you.**

**I ask God to grant you constant aid and success.**

Please be informed that Sheikh Fahd bin Ibrahim Al Thumairi is one of the employees delegated by the Ministry of Islamic Affairs, Endowments, Dawah, and Guidance to work at the Dawah Office in America and that he continues to be employed in this position.

**May God's peace, mercy, and blessings be upon you.**

Kh AThumairi1

**Director of the Dawah Office in America**

[Signature]

**Khaled bin Ibrahim Al Suwailam**

No: *323*          Date: *21/05/1420 AH* [09/01/1999 AD]    Attachments:

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008371

In the name of God, the Most Merciful, the Most Compassionate

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments,
Dawah and Guidance
Dawah Office in America



601 New Hampshire Ave., N.W. Washington, D.C. 20037 • Tel.: (202) 342-3700 • Fax: (202) 944-3192

His Eminence Sheikh Fahd Al Thumairi

The Ministry's Delegate to America

**May God's peace, mercy, and blessings be upon you.**

Attached is a check of the bonus issued to all employees in America as directed by HRH Prince Abdullah bin Abdulaziz Al Saud when he visited the United States of America.

Please sign the receipt and send it as soon as possible.

**May God's peace, mercy, and blessings be upon you.**

Haider 7648

**Director of the Dawah Office in America**

[Signature]

**Khaled bin Ibrahim Al Suwailam**

No: *358*          Date: *13/06/1420 AH* [09/23/1999 AD]    Attachments: *1*

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008372

In the name of God, the Most Merciful, the Most Compassionate

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments,
Dawah and Guidance
Dawah Office in America



601 New Hampshire Ave., N.W. Washington, D.C. 20037 • Tel.: (202) 342-3700 • Fax: (202) 944-3192

**H.E. the Director of the Human Resources Department**

**May God's peace, mercy, and blessings be upon you.**

It has been noticed, with respect to the salaries of the Dawah Office's employees in America, that there is a discrepancy in the medical allowance for each of:

1. Sheikh Sulaiman Batel Al Bateli's medical allowance is 700 riyals.
2. Sheikh Fahd Ibrahim Al Thumairi's medical allowance is 550 riyals.

It should be noted that each of them has one child. Please take the necessary action in this regard. May God preserve you.

**May God's peace, mercy, and blessings be upon you.**

Osama 29

Director of the Dawah Office in America

[Signature]

**Khaled bin Ibrahim Al Suwailam**

No: *391*          Date: *04/07/1420 AH* [10/13/1999 AD]    Attachments:

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008373

In the name of God, the Most Merciful, the Most Compassionate

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments,
Dawah and Guidance
Dawah Office in America



601 New Hampshire Ave., N.W. Washington, D.C. 20037 • Tel.: (202) 342-3700 • Fax: (202) 944-3192

**His Eminence the Director of the Department of Proselytizer Instruction**

**May God's peace, mercy, and blessings be upon you.**

I refer to your letter no. 1789/4/8 dated 04/07/1420 AH [10/13/1999 AD], which included information on the request made by Ministry Delegate to America, His Eminence Sheikh Fahd Al Thumairi, to allow him to dedicate his time to studying the English language.

- Sheikh Fahd Al Thumairi has already studied English for one year in the United States pursuant to Administrative Decision no. 1343 dated 22/06/1417 AH [11/03/1996 AD].

- The abovementioned individual's delegation will expire on the last day of Hijri year 1421 [03/25/2001].

- The Office wishes to give the abovementioned individual another chance to study English for six months to benefit him in his work in the field of proselytization, particularly because Sheikh Fahd Al Thumairi is a distinguished and active proselytizer.

**May God's peace, mercy, and blessings be upon you.**

Al Thumairi 1111

**Director of the Dawah Office in America**

[Signature]

**Khaled bin Ibrahim Al Suwailam**

No: *419*          Date: *17/07/1420 AH* [10/26/1999 AD]     Attachments:

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008374

In the name of God, the Most Merciful, the Most Compassionate

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments,
Dawah and Guidance
Dawah Office in America



601 New Hampshire Ave., N.W. Washington, D.C. 20037 • Tel.: (202) 342-3700 • Fax: (202) 944-3192

**His Eminency Proselytizer Fahd Al Thumairi**

**The Ministry's Delegate to America**

**May God's peace, mercy, and blessings be upon you.**

**I ask God to give you aid and success.**

Based on the request submitted by Dr. Mohamed Rahim Shirzawi, President of the Ibrahim Khalilullah Islamic Center in Northern California, of which a copy is attached, which asks for support for the center, I have attached herewith the for gathering information about Islamic organizations, schools, centers, and entities related to Islamic areas of activity.

Please fill out the information about this center and make sure that it is accurate and current and return it to the Office as soon as possible.

May God guide us all to what He loves and is satisfied with.

Haider 7512

**May God's peace, mercy, and blessings be upon you.**

**Director of the Dawah Office in America**

[Signature]

**Khaled bin Ibrahim Al Suwailam**

No: *448*        Date: *07/08/1420 AH* [11/15/1999 AD]    Attachments: *1*

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008375

In the name of God, the Most Merciful, the Most Compassionate

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments,
Dawah and Guidance
Dawah Office in America



601 New Hampshire Ave., N.W. Washington, D.C. 20037 • Tel: (202) 342-3700 • Fax: (202) 944-3192
E-mail: ifta@resa.org    ▫    www.islamicpage.org    ▫    www.islam.org.sa

H.E.  Mr. Nassir bin Aqil Al Tayyar (President of Al Tayyar Group)

May God's peace, mercy, and blessings be upon you.

**I ask God to give you aid and success.**

I am pleased to convey to you the gratitude of a group of pilgrims who were hosted this year at the expense of His Royal Highness Prince Abdulaziz bin Fahd Al Saud, may God preserve him. The travel arrangements were made through your office. I saw the great efforts that your office and those working with you have made to expedite making the reservations and travel arrangements despite the short deadline, as well as the hospitality they received until they returned. I ask God to reward us all.

I would also like to inform you that a donor has pledged to provide the office with 15 thousand copies of the book *Scientific Miracles in the Quran* in English. Because I am aware of your good intentions and desire to participate, I am writing to you to ask whether you can help with the shipping of these copies at your office's expense. If you agree, please coordinate with Sheikh Fahd bin Ibrahim Al Thumairi, the Imam of the Mosque of the Custodian of the Two Holy Mosques in Los Angeles, who is currently in Riyadh, at the following telephone numbers:

███ 8143, ███ 1148, and ███ 1147.

May God guide us all to what He loves and is satisfied with. May God's peace, mercy, and blessings be upon you.

**Director of the Dawah Office in America**

[Signature]

**Khaled bin Ibrahim Al Suwailam**

No: *442/14*          Date: *27/12/1422 AH* [03/11/2002 AD]    Attachments: --

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008376

In the name of God, the Most Merciful, the Most Compassionate

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments,
Dawah and Guidance
Dawah Office in America



601 New Hampshire Ave., N.W. Washington, D.C. 20037 • Tel: (202) 342-3700 • Fax: (202) 944-3192
E-mail: ifta@resa.org    ▫    www.islamicpage.org    ▫    www.islam.org.sa

His Eminence the Undersecretary of Mosque Affairs, Dawah, and Guidance

May God's peace, mercy, and blessings be upon you.

**I ask God to give you aid and success.**

I am sending you the leave request presented by Sheikh Fahd bin Ibrahim Al Thumairi, who wishes to take regular leave for 26 days to begin on Monday 08/06/1422 AH [08/27/2001 AD].

Please review and approve his leave request and direct the competent persons to take the necessary action.

**May God guide us all to what He loves and is satisfied with.**

**May God's peace, mercy, and blessings be upon you.**

**Acting Director of the Dawah Office in America**

[Signature]

**Abdul Majid bin Mohammed Al Omari**

No: 223          Date: *23/05/1422 AH* [08/13/2001 AD]    Attachments: *1*

**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

**KSA0000008377**

In the name of God, the Most Merciful, the Most Compassionate

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments,
Dawah and Guidance
Dawah Office in America



601 New Hampshire Ave., N.W. Washington, D.C. 20037 • Tel: (202) 342-3700 • Fax: (202) 944-3192
E-mail: ifta@resa.org   ▫   www.islamicpage.org   ▫   www.islam.org.sa

H.E. the Undersecretary for Administrative and Technical Affairs

**May God's peace, mercy, and blessings be upon you.**

I ask God for more aid and success for you.

Please find attached the documents related to the childbirth procedure for the wife of employee Fahd bin Ibrahim Al Thumairi, the total costs of which come to 9,998.10 US dollars, which is the equivalent of 37,492.90 Saudi riyals. The documents were translated by the Office and were certified by the Embassy's Medical Attaché of the embassy.

After reviewing them, please issue your directive to reimburse him for them.

May God grant you success and aid you, and may God's peace, mercy, and blessings be upon you.

**Director of the Dawah Office in America**

[Signature]

**Khaled bin Ibrahim Al Suwailam**

No: *219*          Date: *16/05/1422 AH* [08/06/2001 AD]    Attachments: *8*

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008378

FROM : Panasonic FAX SYSTEM          PHONE NO. :          Apr. 10 1997 10:57PM P1

*In the name of God, the Most Merciful, the Most Compassionate*

*His Eminence the Director of the Dawah Office in America*

*Sheikh Khalid Ibrahim Al Suwailam,*

*May God's peace, mercy, and blessings be upon you.*

*I ask God to find you well and hale.*

*I would like to inform you that I arrived in Los Angeles, California, on Wednesday. It was an easy trip, praise be to God. I want to think you and all colleagues for all the care and hospitality you all have shown to me.*

*If you wish to contact me, I will be at Brother Fahd Al Thumairi's house.*

*May God preserve and watch over you.*

*May God's peace, mercy, and blessings be upon you.*

*Sincerely*

*[Signature]*

*Sulaiman Bin Batel Al Bateli*

**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

KSA0000008379

*Kingdom of Saudi Arabia*
*IFTA Office*
*Washington, D. C.*



المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
مكتب الدعوة بأمريكا

Royal Embassy of Saudi Arabia    IFTA Office    P.O. Box u    McLean, VA 22101 • Tel.: (202) 342-3700 • Fax: (202) 944-3192

فضيلة مدير إدارة الدعوة في أوربا وأمريكا واستراليا    حفظه الله

السلام عليكم ورحمة الله وبركاته.    أما بعد:

فأرفق لكم نسخة من الطلب المقدم من فضيلة مبعوث الوزارة في أمريكا

الشيخ فهد بن إبراهيم الثميري م ٨ حيث يرغب التمتع بإجازة اعتيادية لمدة ستة

وعشرين (٢٦) يوماً اعتباراً من يوم الإثنين ١٤٢٠/٣/٨هـ الموافق ١٩٩٩/٦/٢١م.

أرجو التكرم بالموافقة على طلبه والإيعاز لجهة الاختصاص لعمل اللازم .

والله يحفظكم ويرعاكم .

والسلام عليكم ورحمة الله وبركاته. ،،،،،،

إجازةالثميري١٤٢٠ه

مدير مكتب الدعوة في أمريكا

خالد بن إبراهيم السويلم

المشفوعات : ١    التاريخ : ٨/١/    الرقم : ٢٨

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008368

*Kingdom of Saudi Arabia*
*IFTA Office*
*Washington, D.C.*



المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
مكتب الدعوة بأمريكا

601 New Hampshire Ave., N.W. Washington, D.C. 20037 • Tel: (202) 342-3700 • Fax: (202) 944-3192
E-mail: ifta@resa.org ▪ www.islamicpage.org ▪ www.islam.org.sa

فضيلة مدير إدارة شؤون الموظفين     سلمه الله

السلام عليكم ورحمة الله وبركاته ... أما بعد :

فإشارة إلى كتابكم ذي الرقم ١٤١٩٧/٣/٨ والمؤرخ في ١٤٢٠/٧/٢٩هـ المبني
على كتاب المكتب ذي الرقم ٣٩١ والمؤرخ في ١٤٢٠/٧/٤هـ بشأن تزويدكم
بصورة من شهادة ميلاد ابن الشيخ فهد الثميري ليتم على ضوئه صرف استحقاقه.
عليه تجدون برفقه المطلوب . أعانكم الله
والسلام عليكم ورحمة الله وبركاته ،،،،،

مدير مكتب الدعوة في أمريكا

خالد بن إبراهيم السويلم

المشفوعات: ١          التاريخ: ٨/٤٢          الرقم: ٥٧٤

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008369

بسم الله الرحمن الرحيم

*Kingdom of Saudi Arabia*

*IFTA Office*

*Washington, D.C.*

المملكة العربية السعودية

وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد

مكتب الدعوة بأمريكا

601 New Hampshire Ave., N.W. Washington, D.C. 20037 • Tel.: (202) 342-3700 • Fax: (202) 944-3192

عاجل جداً

فضيلة الشيخ / محمد بن ابراهيم المشري          وفقه الله

السلام عليكم ورحمة الله وبركاته .    أما بعد:

فأسأل الله لكم العون والتوفيق .

وأرفق لكم طي كتابنا هذا جدول الزيارة الخاص بفضيلة وكيل الجامعة الإسلامية ورئيس لجنة اختيار طلاب المنح الدراسية واللجنة المرافقة له .

آمل التعاون معهم وتسهيل مهمتهم وتحضير الطلبة المتقدمين والراغبين في مواصلة دراستهم بالجامعة الإسلامية مع تزويدهم بنسخة من شروط القبول والتسجيل . والله يحفظكم ويرعاكم .

والسلام عليكم ورحمة الله وبركاته . ،،،،،،

أبوالقاسم .

مدير مكتب الدعوة في أمريكا المكلف

عبدالرحمن بن محمد البليهي

الرقم :          ٥ / ١١ / ٢          التاريخ : ١٦ / ٥ / ١٤٢٥ هـ          المشفوعات : ١

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008370

Kingdom of Saudi Arabia
IFTA Office
Washington, D.C.

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
مكتب الدعوة بأمريكا

601 New Hampshire Ave., N.W. Washington, D.C. 20037 • Tel.: (202) 342-3700 • Fax: (202) 944-3192

سعادة د. مزيد بن إبراهيم المزيد          وفقه الله

الملحق الثقافي بالسفارة

السلام عليكم ورحمة الله وبركاته.          أما بعد :

فأسأل الله لكم دوام العون والتوفيق .

وأفيد سعادتكم أن الشيخ فهد بن إبراهيم الثميري أحد الموفدين من وزارة الشؤون
الإسلامية والأوقاف والدعوة والإرشاد للعمل في مكتب الدعوة بأمريكا ولا زال على رأس
العمل ، للإحاطة . وفقكم الله وأعانكم .

والسلام عليكم ورحمة الله وبركاته . ،،،،،

الثميري

مدير مكتب الدعوة في أمريكا

خالد بن إبراهيم السويلم

المشفوعات :          التاريخ :          الرقم :

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008371



**Kingdom of Saudi Arabia**
**IFTA Office**
**Washington, D.C.**

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
مكتب الدعوة بأمريكا

601 New Hampshire Ave., N.W. Washington, D.C. 20037 • Tel.: (202) 342-3700 • Fax: (202) 944-3192

فضيلة الشيخ فهد الثميري          وفقه الله

مبعوث الوزارة في أمريكا

السلام عليكم ورحمة الله وبركاته.    أما بعد:

فبرفقه شيك بمبلغ المكافأة التي وجه بها صاحب السمو الملكي الأمير

عبد الله بن عبد العزيز آل سعود حفظه الله بصرفها للعاملين بأمريكا.

وذلك أثناء زيارته للولايات المتحدة الأمريكية.

آمل التوقيع على الإيصال وإرساله في أسرع وقت ممكن. وفقكم الله.

والسلام عليكم ورحمة الله وبركاته. ،،،،،،

حرر/٧٦٤٨

مدير مكتب الدعوة في أمريكا

خالد بن إبراهيم السويلم

المشفوعات :        التاريخ : ١٢ / ٦ / ١٤٢٣        الرقم : ٢٥٨

**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

KSA0000008372





Kingdom of Saudi Arabia
IFTA Office
Washington, D.C.

601 New Hampshire Ave., N.W. Washington, D.C. 20037 • Tel.: (202) 342-3700 • Fax: (202) 944-3192

وفقه الله          سعادة مدير إدارة شؤون الموظفين

أما بـعـد :          السلام عليكم ورحمة الله وبركاته .

فقد لحظ في مسير رواتب موظفي مكتب الدعوة بأمريكا وجود تفاوت في مخصص العلاج
لكل من :
١- الشيخ سليمان بن باتل الباتلي  بدل العلاج ( ٧٠٠ ) ريال
٢- الشيخ فهد بن إبراهيم الثميري  بدل العلاج ( ٥٥٠ ) ريال
علماً بأن كلاً منهم لديه طفل واحد . آمل التكرم باتخاذ اللازم نحو ذلك . والله يرعاكم .
والسلام عليكم ورحمة الله وبركاته ،،،،
أسامة٢٩

مدير مكتب الدعوة في أمريكا

خالد بن إبراهيم السويلم

الرقم :          ٣٩١          التاريخ : ١٤ / ٢ ﻫ          المشفوعات :

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008373



Kingdom of Saudi Arabia
IFTA Office
Washington, D.C.

زارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
مكتب الدعوة بأمريكا

601 New Hampshire Ave., N.W. Washington, D.C. 20037 • Tel.: (202) 342-3700 • Fax: (202) 944-3192

فضيلة مدير إدارة توجيه الدعاة                       حفظه الله

السلام عليكم ورحمة الله وبركاته.                     أما بعد:

فأشير إلى كتابكم ذي الرقم ٨/٤/١٧٨٩ المؤرخ في ١٤٢٠/٧/٤هـ المتضمن الإفادةعن طلب مبعوث الوزارة في

أمريكا فضيلة الشيخ فهد بن إبراهيم النميري تفريغه لدراسة اللغة الإنجليزية.

ـ الشيخ /فهـد النميـري سبق له دراسة اللغـة الإنجليزيةفي الولايات المتحـدة الأمريكية لمدة عـام بموجب القرار

الإداري ذي الرقم ١٣٤٣ المؤرخ في ١٤١٧/٦/٢٢هـ

ـ إيفاد المذكور ينتهي في نهاية آخر يوم من العام الهجري ١٤٢١هـ

ـ يرى المكتب منح المذكور فرصة أخرى لإتمام دراسة اللغـة لمدةستة أشهـر من أجل الإفادة عن طريقها فـي مجال

الدعوة إلى الله ,ولايما أن الشيخ فهد النميري من الدعاة المتميزين في مناشطهم

والسلام عليكم ورحمة الله وبركاته. ،،،،،،

مدير مكتب الدعوة في أمريكا                        النميري ١١١١

خالد بن إبراهيم السويلم

المشفوعات :     التاريخ : ١٤/٧/ سربع ١٤٢٠       ٦١٩       الرقم :

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008374

بسم الله الرحمن الرحيم

*Kingdom of Saudi Arabia*
*IFTA Office*
*Washington, D.C.*

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
مكتب الدعوة بأمريكا

601 New Hampshire Ave., N.W. Washington, D.C. 20037 • Tel: (202) 342-3700 • Fax: (202) 944-3192
E-mail: ifta@resa.org ▫ www.islamicpage.org ▫ www.islam.org.sa

فضيلة الداعية  فهد الثميري                    سلمه الله

مبعوث الوزارة في أمريكا

السلام عليكم ورحمة الله وبركاته.

أما بعد:

فأسأل الله لكم العون والتوفيق .

وبناء على الطلب المقدم من د محمد رحيم شيرزوي رئيس مركز إبراهيم خليل الله الإسلامي في شمال كالفورنيا المرافق صورته المتضمن طلب المساعدة لدعم المركز . أرفق لكم طي كتابنا هذا الاستمارة الخاصة بجمع المعلومات عن الجمعيات والمراكز والمدارس الإسلامية والجهات ذات العلاقة بالمناشط الإسلامية . نأمل استيفاء المعلومات عن هذه الجهة مع مراعاة الدقة وتحديث البيانات وإعادتها إلى المكتب في أسرع وقت .

وفق الله الجميع لمايحبه ويرضاه.

والسلام عليكم ورحمة الله وبركاته. ،،،

حيدر/٧٠١٢

مدير مكتب الدعوة في أمريكا

خالد بن إبراهيم السويلم

المشفوعات ١          ٨ / ٧  التاريخ          ٤٤٨  الرقم

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008375



**Kingdom of Saudi Arabia**
**IFTA Office**
**Washington, D.C.**

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد
مكتب الدعوة بأمريكا

P.O. Box U  McLean, VA 22101, USA • Tel: (202) 342-3700 • Fax: (202) 944-3192
E-mail: ifta@resa.org  •  www.al-islam.com

سعادة الأستاذ ناصر بن عقيل الطيار ( رئيس مجموعة الطيار ) وفقه الله

السلام عليكم ورحمة الله وبركاته  ......    أما بعد :

فأسأل الله لنا ولكم العون والتوفيق.

ويطيب لي أن أنقل لسعادتكم شكر وثناء مجموعة من الحجاج الذين تم استضافتهم لهذا العام على
نفقة صاحب السمو الملكي الأمير عبدالعزيز بن فهد بن عبدالعزيز آل سعود حفظه الله ، وتم ترتيب
إجراءات السفر والضيافة عن طريق مكتبكم ، ولقد لمست الجهد الذي بذله مكتبكم والعاملون
معكم في سرعة إنهاء ترتيبات الحجوزات وإجراءات السفر رغم قصر الفترة الزمنية مع ما وجدوه
من حسن استقبال ، وحتى عودتهم ، واسأل الله أن يحرم الجميع أجرهم .

كما أود أن أعرض لأنظار سعادتكم أن أحد المحسنين قد تكفل بتزويد المكتب  بخمسة عشر ألف
نسخة من كتاب الإعجاز العلمي في القرآن الكريم باللغة الإنجليزية ، و،لما نعلمه من رغبتكم في
الخير والمساهمة في ذلك كتبت إليكم بأمل مساهمة سعادتكم في شحن هذه المطبوعات على حساب
مكتبكم ،أرجو في حالة الموافقة على ذلك التنسيق مع الشيخ فهد بن إبراهيم الشميري إمام مسجد
خادم الحرمين الشريفين في لوس أنجلس والموجود حالياً  في مدينة الرياض على الهواتف التالية  ).

( ٤٨ ███████ ) ( ٤٨ ه ███████ ) ٠٥٥ ████████

وفق الله الجميع لما يحبه و يرضاه، والسلام عليكم ورحمة الله وبركاته

مدير مكتب الدعوة في أمريكا

خالد بن إبراهيم السويلم

الرقم: ١٤ / ٤٤٢
التاريخ: ١٤٤٢ / ١٢ / ٢٧
المشفوعات: /

CONFIDENTIAL:                                                                 KSA0000008376
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.



Kingdom of Saudi Arabia
IFTA Office
Washington, D.C.

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
مكتب الدعوة بأمريكا

601 New Hampshire Ave., N.W. Washington, D.C. 20037 • Tel: (202) 342-3700 • Fax: (202) 944-3192
E-mail: ifta@resa.org    ﺩ    www.islamicpage.org    ﺩ    www.islam.org.sa

فضيلة وكيل الوزارة لشؤون المساجد والدعوة والإرشاد        وفقه الله
السلام عليكم ورحمة الله وبركاته ........ أما بعد :
فأسأل الله لكم العون ودوام التوفيق .

وأرفع لفضيلتكم طلب الإجازة المقدم من الشيخ فهد بن إبراهيم الثميري
والذي يرغب التمتع بالإجازة لمدة ستة وعشرين يوماً اعتباراً من ٦/٨/
١٤٢٢هـ .

أرجو الاطلاع والموافقة على منحه الإجازة وتوجيه المختصين لإكمال
مايلزم.

وفق الله الجميع لما يحبه ويرضاه .
والسلام عليكم ورحمة الله وبركاته ،،،


مدير مكتب الدعوة في أمريكا بالإنابة


عبد المجيد بن محمد العمري


الرقم:          ٣٤٤٣          التاريخ: ٥ / ٢٤ / ٥          المشفوعات: ١

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.          KSA0000008377

*Kingdom of Saudi Arabia*
*IFTA Office*
*Washington, D. C.*



المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
مكتب الدعوة بأمريكا

601 New Hampshire Ave., N.W. Washington, D.C. 20037 • Tel: (202) 342-3700 • Fax: (202) 944-3192
E-mail: ifta@resa.org  ■  www.islamicpage.org  ■  www.islam.org.sa

سلمه الله

سعادة وكيل الوزارة للشؤون الإدارية والفنية

السلام عليكم ورحمة الله وبركاته ... أما بعد :

فأسال الله لكم المزيد من العون والتوفيق

وأرفق لسعادتكم المستندات الخاصة بتكلفة عملية الولادة لزوجة الموظف/ فهد بن إبراهيم
الشميري والتي بلغت كامل تكاليفها ( ١٨,٩٩٩ ) دولار امريكي ما يعادل ( ٣٧٤٩٢,٩ )ريال
وقد ترجمت من المكتب وتم تصديقها من الملحق الصحي بالسفارة

أرجو التكرم بعد الاطلاع التوجيه بتعويضه عنها .

وفقكم الله وأعانكم والسلام عليكم ورحمة الله وبركاته ،،،

مدير مكتب الدعوة في أمريكا

خالد بن إبراهيم السويلم

المشفوعات: ٨        التاريخ: ١٤٢٢/٥/١٦ هـ        الرقم: ٢١٩٢

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008378

بسم الله الرحمن الرحيم

المكارم فضيلة مدير مكتب الدعوة في أمريكا

الشيخ / خالد بن إبراهيم السويلم    سلمه الله

السلام عليكم ورحمة وبركاته    وبعد

فأسأل الله أن تكونوا بخير وأنتم عافية

وأخبركم بأني وصلت مدينة لوس انجلوس

يوم الأربعاء وكانت رحلة تيسيرية ولله الحمد

ويطيب لي أن أشكركم وجميع الزملاء على

ما لقيته منكم من رعايته واهتمام.

وإذا أردتم الاتصال بي علي موجود عند

الأخ / محمد الشمري.

حفظكم الله ورعاكم

والسلام عليكم ورحمة الله وبركاته

حباكم

سليما بن باتل الشبلي

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000008379