# EXHIBIT 187



# Certification of Translation

**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

On this day of December 20, 2018

Linguistic Systems, Inc., 260 Franklin Street, Boston, Massachusetts 02110, completed the attached translation into English of the file:

KSA0000000591.pdf

I, Gabriela Bess, certify that the attached translation has been translated faithfully by a qualified and vetted linguist fluent in both Arabic and English and is a true and correct English version of the original Arabic, to the best of the linguist's knowledge and belief.

_____
Gabriela Bess
Translation Project Manager

**Linguistic Systems, Inc.**

260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 27001

Kingdom of Saudi Arabia

Ministry of Islamic Affairs, Preaching and Guidance

IFTA Office

Washington, DC USA

234/ 40/ 120

Director of Dawah (Preaching) Office in Europe, America and Australia

Greetings and God's blessings,

I am attaching a request by Mr. Fahd Althumairi, an employee of the ministry on a foreign assignment contract in the United States of America asking for a regular leave of absence for 19 days to start on 3/5/1419 Hijri (6/29/1998).

We hope that you approve his request and provide him with airfare for him and his family. Their full names are:

| | | |
|---|---|---|
| 1. Fahd Ibrahim Althumairi | Self | Full |
| 2. Madhawi Abdulaziz Alzamil | Spouse | Full |

In the following direction: Los Angeles – New York – Riyadh - and return flight with the same stops.

Please accept my gratitude and appreciation.

Director of the Office of Preaching in USA

Khalid Bin Ibrahim Alsuweilim

File Number: 122          Date: 2/15/1419 Hijri          Attachments: 1

— —

(598/ 4/ 8) dated 2/16/1419 Hijri

Dear Director of Human Resources

We approve this request. Please proceed.

General Director of Preaching Abroad

Saud Bin Abdullah



Kingdom of Saudi Arabia
IIFTA Office
Washington D.C.

601 New Hampshire Ave., N.W. Washington, D.C. 20037 • Tel.: (202) 342-3700 • Fax: (202) 944-3192

١١٣/٨٣                                                                                               ١٠١٢-١٠٣٤/١

عاجل

فضيلة مدير إدارة الدعوة في أوروبا وأمريكا وأستراليا                حفظه الله

السلام عليكم ورحمة الله وبركاته،         أما بعد:

نرفق لكم نسخة من طلب الشيخ فهد بن إبراهيم الثميري مبعوث الوزارة في أمريكا ، والذي يرغب فيه التمتع بإجازة اعتيادية لمدة (١٩) تسعة عشر يوماً تبدأ في ١٤١٩/٣/٥هـ الموافق ١٤١٩/٦/٢٩هـ.

آمل التكرم بالموافقة على طلبه ومنحه تذاكر سفر له ولعائلته التالية أسماؤهم:

١ - فهد بن إبراهيم الثميري          نفسه          كاملة
٢ - مضاوي بنت عبدالعزيز الراسل    نفسه          كاملة

على خط السير التالي: لوس انجلوس ، نيويورك ، الرياض، مريحاً.

والله يحفظكم ويرعاكم .

والسلام عليكم ورحمة الله وبركاته، ،،،،،،

مدير مكتب الدعوة في أمريكا
خالد بن إبراهيم السويلم

التاريخ: ١٥/٤/١٤١٩            المشفوعات: ١

06/10/98  00:03      TX/RX NO.7966      P.001

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000000591