# EXHIBIT 188



# Certification of Translation

**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

On this day of December 20, 2018

Linguistic Systems, Inc., 260 Franklin Street, Boston, Massachusetts 02110, completed the attached translation into English of the file:

KSA0000002768.pdf

I, Gabriela Bess, certify that the attached translation has been translated faithfully by a qualified and vetted linguist fluent in both Arabic and English and is a true and correct English version of the original Arabic, to the best of the linguist's knowledge and belief.

_____
Gabriela Bess
Translation Project Manager

Linguistic Systems, Inc.

260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 27001

In The Name of Allah, The Most Beneficent, The Most Merciful

1654

**The Kingdom of Saudi Arabia**     [emblem]
**Ministry of Islamic Affairs,**
**Endowment, Dawah and Guidance**

| | | | |
|---|---|---|---|
| Name: | Fahd Ibrahiem bin Abdullah Al-Thamiry | Position: | Guide |
| Grade and No.: | 8/113 | Location: | Dawa Office, the US |
| Administrative decision No.: 4246 | | Dated: 29/2 /1419 Hijri (**June 25, 1998**) | |

The director of the employee affairs department
In accordance with the authority vested in him
In accordance with the approval of the director general of the dawa abroad, dated 16/2/1419 Hijri (**June 12, 1998**), expressed in the letter of the manager of the office of dawa in the US, concerning the granting of the above mentioned employee a vacation leave for 19 days as of 5/3/1419 Hijri (**March 15, 2002**).

In accordance with his eligibility for the vacation, according to the system and in application of the civil service system and its executive regulations.

He has decided the following:

1. The above-mentioned employee shall be granted a vacation for a period of 19 days, as of 5/3/1419 Hijri (**June 30, 1998**), until 23/3/1419 Hijri (**July 18, 1998**), given that his subsequent remaining vacation balance is 36 days, until 5/3/1419 Hijri (**June 30, 1998**).
2. The origin of this decision, along with its base is to be communicated to the archive for keeping in his file No. 1654.

[signature]

   Al-Otaibi

[signature]
14/3

Director of Employee Affairs Department
[signature]  28/2 (**June 24,**)
Mohammad bin Abdullah Al-Mazroa

---

| No. 8/2 | Date | Attachments 2 |
|---|---|---|

بسم الله الرحمن الرحيم



المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد

الإسم - فهد بن ابراهيم النميري                    الوظيفة - مرشد

المرتبة ورقمها - ١١٣/٨                    الجهة: مكتب الدعوة في امريكا

قرار اداري ذي الرقم ٤٦ المؤرخ في ٢/٢٩/ ١٤١٩هـ .

ان مدير إدارة شؤون الموظفين .

بناءً على ماله من إختصاصات .

وبناء على موافقة مديرعام الدعوة في الخارج المؤرخه في ١٤١٩/٢/١٦هـ والمسطرة على خطاب مدير مكتب الدعوة في امريكا المتضمن منح الموضح اسمه بعاليه اجازة عادية لمدة (١٩) يوماً اعتباراً من ١٤١٩/٣/٥هـ .

ولاستحقاقه للاجازة نظاماً وعملاً بنظام الخدمة المدنية ولوائحه التنفيذية .

(( يقرر ما يلي ))

١ - يمنح الموضح اسمه بعاليه إجازة عادية لمدة ( ١٩ ) يوماً اعتباراً من ١٤١٩/٣/٥هـ حتى نهاية ١٤١٩/٣/٢٣هـ علماً بأن رصيده المتبقي بعد هذه الاجازة (٣٦) يوماً حتى تاريخ ١٤١٩/٣/٥هـ.

٢- يبلغ اصل هذا القرار مع الاساس للارشيف للحفظ بملفه رقم (١١٥٤).

مدير إدارة شؤون الموظفين

محمد بن عبدالله المزروع

الرقم ٨ / ج              التاريخ              المشفوعات

KSA0000002768