# EXHIBIT 189

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance
IFTA Office
Washington, D.C.



[*Emblem of Saudi Arabia*]

[Duplicate Text]

601 New Hampshire Ave., N.W. Washington, D.C. 20037. Tel. (202) 342-3700, Fax: (202) 944-3192

[Handwriting: *1201401234*]

His Eminence Director of the Da'wah Department in Europe, America, and Australia, may Allah bless him
May the peace, mercy, and blessings of Allah be upon you.

Please find enclosed herewith a copy of the request filed by Sheikh Fahad bin Ibrahim al Thumairy, the delegate of the Ministry to America. He wants a regular leave for 15 days as of 23/05/1419 AH (September 15, 1998 AD). Since we have no objection on this, please take the necessary action. May Allah protect and guide you.
May the peace, mercy, and blessings of Allah be upon you.
Abu Al Qassim

                                         Director of the Da'wah Office in America
                                         Khaled al Sowailem
                                         [*Handwritten Signature*]

[Handwriting: *1680/4/8 – 11/05/1419 AH (September 03, 1998 AD)*]
[Handwriting: *His Eminence Director General of Personnel Affairs. Since we do not have any objection, the necessary procedures shall be taken as per the law – Director General of Da'wah Abroad – Saud bin Abdullah Al Ghudaian – Handwritten Signature)*]

| SEAL<br>Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance<br>Administrative Communication<br>General Incoming Mail<br>No. 14621<br>Attachments: 1<br>Date: 09/05/1419 AH (September 1, 1998 AD)<br>Agency: Da'wah Department Abroad | SEAL<br>Kingdom of Saudi Arabia<br>Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance<br>Ministry's Agency for Da'wah Affairs<br>Da'wah General Department Abroad<br>General Incoming Mail<br>Incoming No. 25090<br>Attachments: 1<br>Date: 09/05/1419 AH (September 1, 1998 AD)<br>Referral Agency: America |
|---|---|

Number: 184    Date: 27/04/1419 AH (August 21, 1998 AD)    Attachments: 1

KSA0000000590

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

February 23, 2021
Exhibit
Al-Ghudaian
**436**



Kingdom of Saudi Arabia
IFTA Office
Washington, D.C.

601 New Hampshire Ave., N.W. Washington, D.C. 20037 • Tel.: (202) 342-3700 • Fax: (202) 944-3192

١٢٨٢/٢/١٢١٢

فضيلة مدير إدارة الدعوة بأوربا وأمريكا وأستراليا       حفظه الله

السلام عليكم ورحمة الله وبركاته ، أما بعد :

فأرفق لكم نسخة من طلب الشيخ فهد بن إبراهيم الثميري مبعوث الوزارة في أمريكا حيث يرغب بإجازة عادية لمدة خمسة عشر يوماً اعتباراً من يوم ١٤١٩/٥/٢٣هـ . وحيث لا مانع لدينا من ذلك . أرجو التكرم بإكمال اللازم، والله يحفظكم ويرعاكم .

والسلام عليكم ورحمة الله وبركاته .

مدير مكتب الدعوة بأمريكا
خالد بن إبراهيم السويلم

الرقم : ١٨٤٦   التاريخ : ٥٧   ٤/٥/١٤١٩هـ   المشفوعات : ١

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000000590



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210212_BJS

**Language**: Arabic

**Document title**: KSA0000000590

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli*
Farah Alshekhli (Feb 19, 2021 19:20 CST)

**Date**: Feb 19, 2021