# EXHIBIT 190



**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

February 22, 2024

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

**KSA0000002784**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

Amr Abualy
Project Manager
Linguistic Systems

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

1654

In the name of God, the Most Merciful, the Most Compassionate

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments,
Dawah and Guidance
Dawah Office in America



Royal Embassy of Saudi Arabia   IFTA Office   P.O. Box u   McLean, VA 22101 • Tel.: (202) 342-3700 • Fax: (202) 944-3192

1201401234

**His Eminence the Director of the Dawah Department in Europe, America, and Australia,**

**May God's peace, mercy, and blessings be upon you.**

Please find attached a copy of the leave request from Sheikh Fahd bin Ibrahim Al Thumairi, the Ministry's delegate in the USA, who wants to take ordinary leave for 15 days effective 23/05/1419 AH [09/14/1998 AD]. Because we have no objection, kindly complete the necessary actions. May God preserve and watch over you.

**May God's peace, mercy, and blessings be upon you.**

Abu Al Qassem

1680/4/5

11/05/1419 [09/02/1998 AD]

**Director of the Dawah Office in America**
[Signature]
**Khaled bin Ibrahim Al Suwailam**

*His Eminence the Director General of the Human Resources Department,*

*Because there is no objection, please complete the necessary statutory actions.*

*Director General of Dawah Abroad*
[Signature]
*Saud bin Abdullah Al Gharyan*

> **Kingdom of Saudi Arabia**
> **Ministry of Islamic Affairs, Endowments, Dawah, and Guidance**
> **Undersecretariat for Dawah Affairs**
> **General Department of Dawah Abroad**
> **GENERAL INCOMING**
> Incoming no.: *2509* Date: *09/05/1419 AH* [08/31/1998 AD]
> Attachments: *1*
> [Illegible]: *America*

> [Illegible]
> **GENERAL INCOMING**
> Incoming no.: *14621* [Illegible]: *1*
> Date: *09/05/1419* AH [08/31/1998 AD]
> Organization: *Dawah Abroad*

No: *184*        Date: *27/04/1419 AH* [08/19/1998 AD]        Attachments: *1*

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000002784



**Kingdom of Saudi Arabia**
**IFTA Office**
**Washington, D.C.**

601 New Hampshire Ave., N.W. Washington, D.C. 20037 • Tel. (202) 342-3700 • Fax. (202) 944-3192

١٥٨٢/٥/٢٣

فضيلة مدير إدارة الدعوة بأوربا وأمريكا وأستراليا      حفظه الله

السلام عليكم ورحمة الله وبركاته ، أما بعد :

فأرفق لكم نسخة من طلب الشيخ فهد بن إبراهيم الثميري مبعوث الوزارة في أمريكا حيث يرغب بإجازة عادية لمدة خمسة عشر يوماً اعتباراً من يوم ١٤١٩/٥/٢٣هـ . وحيث لا مانع لدينا من ذلك .

أرجو التكرم بإكمال اللازم. والله يحفظكم ويرعاكم .

والسلام عليكم ورحمة الله وبركاته .

مدير مكتب الدعوة بأمريكا

خالد بن إبراهيم السويلم

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000002784