# EXHIBIT 192



## COUNTY OF SUFFOLK
## COMMONWEALTH OF MASSACHUSETTS

February 22, 2024

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

**KSA0000002661**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

*Amr Abualy*

Amr Abualy
Project Manager
Linguistic Systems

**Linguistic Systems, Inc.**

260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

In the name of God, the Most Merciful, the Most Compassionate

**Kingdom of Saudi Arabia**
**Ministry of Islamic Affairs,**
**Endowments, Dawah, and Guidance**
**General Department of Internal**
**Dawah and Guidance**



No.:

Date:

Attachments:

Subject:

### Minutes of Meeting no. 298 on 25/10/1431 AH [10/04/2010 AD]

Praise be to the Cherisher of the Worlds and peace and blessings be upon our Prophet Muhammad and his Household and Companions.

Based on Item 3 of the Civil Service Council's decision no. 1/563 dated 14/07/1419 AH [11/03/1998 AD], which provides for the formation of a committee of no fewer than three members of the key officials to consider the promotion of employees in exempted positions in accordance with the text of the aforementioned Item 3; and

Based on ministerial decision no. 6/Q/M dated 28/02/1420 AH [06/12/1999 AD], which includes approval of the formation of the committee to select the persons who meet the conditions for promotion, which consists of:

1. The Undersecretary of the Ministry for Mosques, Dawah, and Guidance Affairs, President;
2. The Director General of Internal Dawah, Member; and
3. A representative of the Human Resources Department.

The Proselytizers Promotion Committee has met and reviewed the names of deserving persons who have completed four years or more of employment who have the requisite academic and practical qualifications. The best and most deserving current employees who meet the conditions for promotion were selected. The following has been nominated:

**Sheikh Fahd bin Ibrahim bin Abdullah Al Thumairi, position: Proselytizer, rank: 10, no. 74.**

At the end of its meeting, the committee recommends to promote him and present the minutes to His Excellency the Minister for approval and direction as he sees fit.

We ask for success and guidance for all.

### Committee Members

| **Committee Secretary** | **Member** | **Member** |
|---|---|---|
| [Signature] | [Signature] | [Signature] |
| **Abdullah bin Sulaiman Al Huwairi** | **Khaled bin Ibrahim Al Marshoud** | **Mohammed bin Abdullah Al Ghadian** |

**Committee President**
[Signature]
**Dr. Tawfiq bin Abdulaziz Al Sudairi**

---

الريـاض - طريـق الملك عبدالعزيـز - الرمـز البريـدي ١١٢٣٢ سنتـرال الوزارة ٤٧٣٠٤٠١ - فـاكس ٤٧٧٢٩٣٨

Riyadh - King Abdul Aziz Road - Code Number : 11232 - Tel.: 4730401  Fax : 4772938

**CONFIDENTIAL:**
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

KSA0000002661

In the name of God, the Most Merciful, the Most Compassionate

**Kingdom of Saudi Arabia**
**Ministry of Islamic Affairs,**
**Endowments, Dawah, and Guidance**
**General Department of Administrative**
**and Financial Affairs**
**Human Resources Department**



No.: 8/2/*7766*
Date: 17/04/14*21* AH
[07/19/2000 AD]
Attachments:
Subject:

### Nomination Decision for Exempted Position

The Undersecretary for Administrative and Technical Affairs, based on the authorities vested in him, and based on the approval of the Director General of Service at the Ministry of Civil Service in his letter no. 19212/19 dated 16/*04*/1421 AH [07/18/2000 AD], which nominates the employee whose name and position are shown below;

In accordance with the provisions of the Civil Service Law and its implementing regulations in accordance with Article 37(3); and

Based on the approval of H.E. the Minister as reported by H.E. the Counsellor verbally on 15/03/1421 AH [06/17/2000 AD],

**Has Decided the Following:**

1. Employee Fahd bin Ibrahim Abdullah Al Thumairi is promoted in accordance with the following:

| Current position | Promotion position |
|---|---|
| Name: Guide | Name: Proselytizer |
| Rank: 8 | Rank: 9 |
| No.: 113 | No.: 91 |
| Step: 6; salary: SAR 6,835 | Step: 3; salary: SAR 6,940 |
| Work location: Dawah Office in America | Work location: Internal Dawah Department |

2. Promotion to the new job and departure from the old job shall be effective on the date of issuance of the decision.
3. The Human Resources Department (Records) shall be notified of this decision for implementation.

*Al Atiq*

**Undersecretary for Administrative and Technical Affairs**

**Saud bin Abdullah bin Taleb**

CC Office of HE the Minister – CC my office – CC the General Department of Information at the Ministry of Civil Service

CC the office of the Undersecretary for Mosques, Dawah, and Guidance Affairs – CC the Dawah Abroad Department – CC Recruitment (Al Nassar)

CC Archives with supporting documents – CC Communications – CC he abovementioned individual – CC the Secretary of the Proselytizer Promotions Committee, Abdul Rahman Al Suhaim, and the Dawah Undersecretariat

Al Nahari *CC Salaries*

Telephone: 4730401 – Code 11232

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000002662

Kingdom of Saudi Arabia

Form for Evaluating the Performance of Occupants of Executive (Administrative) Positions



**First: General information**

| Organization | Department | Section | Region | City |
|---|---|---|---|---|
| *Ministry of Islamic Affairs* | *Dawah Abroad* | | *Riyadh* | *Riyadh* |

| Full name | Job title | Rank | No. | Date occupied | Service start |
|---|---|---|---|---|---|
| *Fahd bin Ibrahim bin Abdullah Al Thumairi* | Proselytizer | Ninth | 91 | | |

| Most recent academic qualification | Major | Most recent training program | Results of most recent performance evaluation report obtained | | |
|---|---|---|---|---|---|
| *Masters* | *Sharia* | | Rating | | Preparation date |

**Second: Evaluation elements**

| Class | Element | Max score A | Max score B | Grade given |
|---|---|---|---|---|
| A | Ability to develop work methods | 6 | | |
| A | Ability to train other employees | 6 | | |
| AB | Ability to identify work requirements | 7 | 7 | 7 |
| AB | Implementation skill | 7 | 6 | 6 |
| AB | Ability to specify work steps and timetable | 6 | 6 | 6 |
| AB | Compliance with work hours | 6 | 7 | 7 |
| AB | Ability to overcome work difficulties | 5 | 5 | 5 |
| AB | Knowledge of the work's technical rules and concepts | 4 | 4 | 4 |
| AB | Knowledge of the work's systems and procedures | 4 | 4 | 4 |
| AB | Follow-up of updates in his field | 4 | 3 | 3 |
| AB | Active participation in meetings | 4 | 3 | 3 |
| AB | Ability to effectively communicate with others at work | 4 | 3 | 3 |
| AB | Potential for assuming greater responsibilities | 3 | 4 | 4 |
| AB | Knowledge of the goals and duties of the organization | 3 | 3 | 3 |
| AB | Offering ideas and suggestions | 3 | 3 | 3 |
| B | Completion of work as scheduled | | 7 | 7 |
| B | Ability to review and audit | | 7 | 7 |
| | Total | 72 | 72 | 72 |

(JOB PERFORMANCE)

| Class | Element | Max score A | Max score B | Grade given |
|---|---|---|---|---|
| AB | Ability to discuss and present opinions | 4 | 3 | 3 |
| AB | Appreciation of responsibility | 4 | 4 | 4 |
| AB | Good conduct | 4 | 4 | 4 |
| AB | Acceptance of instructions and willingness to comply with them | 4 | 4 | 4 |
| AB | Attention to appearance | 3 | 4 | 4 |
| | Total | 19 | 19 | 19 |

(PERSONAL TRAITS)

| Class | Element | Max score A | Max score B | Grade given |
|---|---|---|---|---|
| AB | Supervisors | 3 | 3 | 3 |
| AB | Colleagues | 3 | 3 | 3 |
| AB | Auditors | 3 | 3 | 3 |
| | Total | 9 | 9 | 9 |

(RELATIONS)

Class A is for employees in ranks 11-13.
Class B is for employees in ranks 10 and below.

**Third: Total score and grade**

| Job performance score | Personal traits score | Relations score | Total grade (final score) |
|---|---|---|---|
| 72 | 19 | 9 | 100 |

| Excellent (90-100) | Very Good (80-89) | Good (70-79) | Satisfactory (60-69) | Unsatisfactory (less than 60) |
|---|---|---|---|---|
| ✓ | | | | |

**Fourth: General notes:**

Notable strengths and weaknesses

Strengths:
  (Accomplishments or other activities not included in other elements)
_____
_____

Weaknesses:
  (Negative aspects that affect his work. Do not repeat other elements)
_____
_____

General instructions and recommendations for improvement (if any)
_____
_____

Report preparer's opinion

*It is recommended to promote him*
Name:                                Position:
Signature:                           Date:

Report preparer's notes
_____
_____

Name: *Khaled bin Ibrahim Al Suwailam*            Position: Director General of Dawah Abroad
Signature: 3/11/1431 AH [10/1192010 AD]           Date: [Signature]

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

KSA0000002663

Kingdom of Saudi Arabia

Form for Evaluating the Performance of Occupants of Executive (Administrative) Positions



| Organization | Department | Section | Region | City |
|---|---|---|---|---|
| *Ministry of Islamic Affairs* | *Dawah Abroad* | | *Riyadh* | *Riyadh* |

| Full name | Job title | Rank | No. | Date occupied | Service start |
|---|---|---|---|---|---|
| *Fahd bin Ibrahim bin Abdullah Al Thumairi* | Proselytizer | Ninth | 91 | | |

| Most recent academic qualification | Major | Most recent training program | Results of most recent performance evaluation report obtained | |
|---|---|---|---|---|
| *Masters* | *Sharia* | | Rating | Preparation date |

**Second: Evaluation elements**

| Class | Element | Max score A | Max score B | Grade given |
|---|---|---|---|---|
| A | Ability to develop work methods | 6 | | |
| A | Ability to train other employees | 6 | | |
| AB | Ability to identify work requirements | 7 | 7 | 7 |
| AB | Implementation skill | 7 | 6 | 6 |
| AB | Ability to specify work steps and timetable | 6 | 6 | 6 |
| AB | Compliance with work hours | 6 | 7 | 7 |
| AB | Ability to overcome work difficulties | 5 | 5 | 5 |
| AB | Knowledge of the work's technical rules and concepts | 4 | 4 | 4 |
| AB | Knowledge of the work's systems and procedures | 4 | 4 | 4 |
| AB | Follow-up of updates in his field | 4 | 3 | 3 |
| AB | Active participation in meetings | 4 | 3 | 3 |
| AB | Ability to effectively communicate with others at work | 4 | 3 | 3 |
| AB | Potential for assuming greater responsibilities | 3 | 4 | 4 |
| AB | Knowledge of the goals and duties of the organization | 3 | 3 | 3 |
| AB | Offering ideas and suggestions | 3 | 3 | 3 |
| B | Completion of work as scheduled | | 7 | 7 |
| B | Ability to review and audit | | 7 | 7 |
| | Total | 72 | 72 | 72 |

(JOB PERFORMANCE)

| Class | Element | Max score A | Max score B | Grade given |
|---|---|---|---|---|
| AB | Ability to discuss and present opinions | 4 | 3 | 3 |
| AB | Appreciation of responsibility | 4 | 4 | 4 |
| AB | Good conduct | 4 | 4 | 4 |
| AB | Acceptance of instructions and willingness to comply with them | 4 | 4 | 4 |
| AB | Attention to appearance | 3 | 4 | 4 |
| | Total | 19 | 19 | 19 |

(PERSONAL TRAITS)

| Class | Element | Max score A | Max score B | Grade given |
|---|---|---|---|---|
| AB | Supervisors | 3 | 3 | 3 |
| AB | Colleagues | 3 | 3 | 3 |
| AB | Auditors | 3 | 3 | 3 |
| | Total | 9 | 9 | 9 |

(RELATIONS)

Class A is for employees in ranks 11-13.
Class B is for employees in ranks 10 and below.

**Third: Total score and grade**

| Job performance score | Personal traits score | Relations score | Total grade (final score) |
|---|---|---|---|
| *72* | *19* | *9* | *100* |

| Excellent (90-100) | Very Good (80-89) | Good (70-79) | Satisfactory (60-69) | Unsatisfactory (less than 60) |
|---|---|---|---|---|
| ✓ | | | | |

**Fourth: General notes:**

Notable strengths and weaknesses
Strengths:
(Accomplishments or other activities not included in other elements)
_____
_____

Weaknesses:
(Negative aspects that affect his work. Do not repeat other elements)
_____
_____

General instructions and recommendations for improvement (if any)
_____
_____

Report preparer's opinion
*It is recommended to promote him*
Name:                              Position:
Signature:                         Date:

Report preparer's notes
_____
_____

Name: *Khaled bin Ibrahim Al Suwailam*         Position: Director General of Dawah Abroad
Signature: 3/11/1431 AH [10/1192010 AD]        Date: [Signature]

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

KSA0000002664

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد
الإدارة العامة للدعوة والإرشاد بالداخل

الرقم : ..........
التاريخ : ..........
المشفوعات : ..........
الموضوع : ..........

## محضر اجتماع رقم (٢٩٨) وتاريخ ٢٥/١٠/١٤٣١هـ

الحمد لله رب العالمين والصلاة والسلام على نبينا محمد وعلى آله وأصحابه أجمعين   أما بعد :

فبناءً على البند ( الثالث ) من قرار مجلس الخدمة المدنية ذي الرقم ٥٦٢/١ المؤرخ في ١٤/٧/١٤١٩هـ المتضمن تكوين لجنة لا يقل عدد أعضائها عن ثلاثة من المسؤولين الرئيسيين للنظر في ترقية الموظفين شاغلي الوظائف المستثناة وفقاً لنص البند الثالث من القرار المشار إليه .

وبناءً على القرار الوزاري ذي الرقم ٦/ق/م المؤرخ في ٢٨/٢/١٤٢٠هـ المتضمن الموافقة على تكوين لجنة لاختيار من تتوفر لديهم شروط الترقية من شاغلي الوظائف المستثناة من :

١ – وكيل الوزارة لشؤون المساجد والدعوة والإرشاد          رئيساً
٢ – المدير العام للدعوة في الداخل                            عضواً
٣ – ممثل عن إدارة شؤون الموظفين                         عضواً

فقد اجتمعت لجنة ترقيات الدعاة واستعرضت أسماء المستحقين الذين أكملوا أربع سنوات ، أو أكثر ممن تتوفر لديهم المؤهلات العلمية والعملية ، وتم اختيار الأفضل والأجدر من بين الموظفين على رأس العمل ممن تتوفر لديهم شروط الترقية ، وتم ترشيح :

الشيخ/ فهد بن ابراهيم بن عبدالله الثميري على وظيفة ( داعية ) مرتبة ( ١٠ ) ذات الرقم ( ٧٤ ) .

وتوصي اللجنة في ختام اجتماعها بالموافقة على ترقيته ، ورفع المحضر لمعالي الوزير لاعتماده والتوجيه بما يراه .
ونسأل الله للجميع التوفيق والسداد .

### أعضاء اللجنة

| عضو | عضو | سكرتير اللجنة |
|---|---|---|
| محمدين عبدالله الغديان | خالد بن ابراهيم المرشود | عبدالله بن سليمان الهويري |

رئيس اللجنة
د. توفيق بن عبدالعزيز السديري

الرياض - طريق الملك عبدالعزيز - الرمز البريدي ١١٢٣٢ سنترال الوزارة ٤٧٣٠٤٠١ - فاكس : ٤٧٧٢٩٣٨
Riyadh - King Abdul Aziz Road - Code Number : 11232 - Tel.: 4730401 Fax : 4772938

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000002661






بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد
الإدارة العامة للشؤون الإدارية والمالية
إدارة شؤون الموظفين

الرقم : ٢/٨ - ٧٧٦٦
التاريخ : ١٧/٤/١٤٢١هـ
المشفوعات :
الموضوع :

## قرار ترشيح على وظيفة مستثناة

| رقم الموظف | ١ | ٠ | ٠ | ٩ | ١ | ٥ | ٦ | ٧ | ٣ | ٤ |

إن وكيل الوزارة للشؤون الإدارية والفنية

بناءً على الصلاحيات الممنوحة له

وبناءً على موافقة المدير العام للخدمة بوزارة الخدمة المدنية بكتابه ذي الرقم ١٩/١٩٢١٢ المؤرخ في ١٦/٤/١٤٢١هـ والقاضي بترشيح الموظف الموضح اسمه ووظيفته أدناه .

وعملاً بأحكام نظام الخدمة المدنية ولوائحه التنفيذية وفقاً للمادة (٣٧/٣) .

وبناءً على موافقة معالي الوزير المبلغه من معالي المستشار شرحاً بتاريخ ١٥/٣/١٤٢١هـ .

يقرر ما يلـــي

١- يرقى الموظف / فهد بن ابراهيم عبدالله النميري وفقاً للبيانات المحددة أدناه

| الوظيفة المرقى عليها | الوظيفة التي يشغلها |
|---|---|
| مسماها : داعيه | مسماها : مرشد |
| مرتبتها : (٩) | مرتبتها : (٨) |
| رقمها : (٩١) | رقمها : (١١٣) |
| الدرجة : (٣)   الراتب : (٦٩٤٠) ريال | الدرجة : (٦)   الراتب : (٦٨٣٥) ريال |
| مقر العمل : ادارة الدعوه في الداخل | مقر العمل : مكتب الدعوه بأمريكا |

٢- تكون الترقية إلى الوظيفة الجديدة وطي القيد من الوظيفة السابقة إعتباراً من تاريخ صدور القرار

٣- يبلغ هذا القرار لإدارة شؤون الموظفين / السجلات لإنفاذه .

وكيل الوزارة للشؤون الإدارية والفنية

سعـــود بن عبداللـــه بن طالب

ص لمكتب معالي الوزير   - ص لمكتبي   - ص للإدارة العامة للمعلومات بوزارة الخدمة المدنية
ص لمكتب وكيل الوزارة لشؤون المساجد والدعوة والإرشاد   - ص لادارة الدعوة في الخارج   - ص للتوظيف / النصار
/ للارشيف مع الاساس   ص / للاتصالات   ص / للمذكور   ص / لأمين لجنة ترقية الدعاة / عبدالرحمن السحيم / وكالة الدعوة
البهاري   ص . للرواتب

تليفون ٤٧٣٠٤٠١ - الرمز ١١٢٣٢

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000002662

المملكة العربية السعودية
نموذج تقويم الأداء الوظيفي لشاغلي الوظائف التنفيذية ( إدارية )

**الأول : معلومات عامة**

| الجهاز | الإدارة | الشعبة | المنطقة | المدينة |
|---|---|---|---|---|
| وزارة الشؤون الإسلامية | الدعوة في الخارج | | الرياض | الرياض |

| مسمى الوظيفة | المرتبة | الرقم | تاريخ شغلها | بداية الخدمة | الاسم رباعيا |
|---|---|---|---|---|---|
| داعية | التاسعة | ٩١ | | | فهد بن إبراهيم بن عبدالله الحمري |

| أخر مؤهل علمي | التخصص | أخر برنامج تدريبي | نتيجة أخر تقرير أداء حصل عليه | |
|---|---|---|---|---|
| ماجستير | شرعية | | التقدير | تاريخ الإعداد |

**الثاني : عناصر التقويم**

| الفئة | العنصر | الحد الأعلى للدرجات | الدرجة المعطاة |
|---|---|---|---|
| أ | القدرة على تطوير أساليب العمل | ٦ | |
| أ | القدرة على تدريب غيره من العاملين | ٦ | |
| ب | القدرة على تحديد متطلبات إنجاز العمل | ٧ | ٧ |
| أ ب | المهارة في التنفيذ | ٧ | ٦ |
| أ ب | القدرة على تحديد خطوات العمل والبرنامج الزمني | ٦ | ٦ |
| أ ب | المحافظة على أوقات العمل | ٦ | ٧ |
| أ ب | القدرة على التغلب على صعوبات العمل | ٥ | ٥ |
| أ ب | المعرفة بالأسس والمفاهيم الفنية المتعلقة بالعمل | ٤ | ٤ |
| أ ب | المعرفة بنظم العمل وإجراءاته | ٤ | ٤ |
| أ ب | المتابعة لما يستجد في مجال العمل | ٤ | ٣ |
| أ ب | المشاركة الفعالة في الاجتماعات | ٤ | ٣ |
| أ ب | القدرة على إقامة اتصالات عمل فعالة مع الآخرين | ٤ | ٣ |
| أ ب | إمكانية تحمل مسئوليات أعلى | ٣ | ٤ |
| أ ب | المعرفة بأهداف ومهام الجهاز | ٣ | ٣ |
| أ ب | تقديم الأفكار والمقترحات | ٣ | ٣ |
| ب | إنجاز العمل في الوقت المحدد | ٧ | ٧ |
| ب | القدرة على المراجعة والتدقيق | ٧ | ٧ |
| | المجموع | ٧٢ | ٧٢ |

| أ ب | القدرة على الحوار وعرض الرأي | ٤ | ٣ |
|---|---|---|---|
| أ ب | تقدير المسئولية | ٤ | ٤ |
| أ ب | حسن التصرف | ٤ | ٤ |
| أ ب | تقبل التوجيهات والاستعداد لتنفيذها | ٤ | ٤ |
| أ ب | الاهتمام بالمظهر | ٣ | ٤ |
| | المجموع | ١٩ | ١٩ |

| أ ب | الرؤساء | ٣ | ٣ |
|---|---|---|---|
| أ ب | الزملاء | ٣ | ٣ |
| أ ب | المراجعين | ٣ | ٣ |
| | المجموع | ٩ | ٩ |

**الثالث : مجموع الدرجات والتقدير**

| درجات الأداء الوظيفي | درجات الصفات الشخصية | درجات العلاقات | المجموع الكلي ( الدرجة النهائية ) |
|---|---|---|---|
| ٧٢ | ١٨ | ٩ | ١٠٠ |

| ممتاز (١٠٠،٩٠) | جيد جدا (٨٩،٨٠) | جيد (٧٩،٧٠) | مرضي (٦٩،٦٠) | غير مرضي (أقل من ٦٠) |
|---|---|---|---|---|
| ✓ | | | | |

**الرابع : ملحوظات عامة**

مواطن القوة :
( إنجازات أو نشاطات أخرى يتميز بها ولم تشتمل عليها العناصر السابقة )
..........

مواطن الضعف :
( جوانب سلبية يتصف بها وتؤثر على عمله دون أن يكون هناك تكرار للعناصر السابقة )
..........

التوجيهات والتوصيات العامة لتطوير قدراته : ( إن وجدت )
..........

رأي معد التقرير
يوصى بترقيته

الاسم ........... الوظيفة ...........
التوقيع ........... التاريخ ...........

ملحوظات معتمد التقرير

[signatures and date ١٤٢٣]

فئة ( أ ) تخص الموظفين شاغلي المراتب ١١ ، ١٣
فئة ( ب ) تخص الموظفين شاغلي المراتب العاشرة فما دون

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

KSA0000002663

نموذج تقويم الأداء الوظيفي لشاغلي الوظائف التنفيذية ( إدارية )

أولاً : معلومات عامة

| الجهاز | الإدارة | الشعبة | المنطقة | المدينة |
|---|---|---|---|---|
| وزارة الشؤون الإسلامية | الدعوة في الخارج | برامج | برامج | برامج |

| الاسم رباعياً | مسمى الوظيفة | المرتبة | الرقم | تاريخ شغلها | بداية الخدمة |
|---|---|---|---|---|---|
| فهد بن إبراهيم بن عبدالله الحمري | داعية | التاسعة | ٩١ | | |

| آخر مؤهل علمي | التخصص | آخر برنامج تدريبي | نتيجة آخر تقرير أداء حصل عليه |
|---|---|---|---|
| ماجستير | شرعية | التقدير / تاريخ الإعداد | |

ثانياً : عناصر التقويم

| الفئة | العنصر | الحد الأعلى للدرجات | الدرجة المعطاة |
|---|---|---|---|
| أ | القدرة على تطوير أساليب العمل | ٦ | |
| أ | القدرة على تدريب غيره من العاملين | ٦ | |
| أ ب | القدرة على تحديد متطلبات إنجاز العمل | ٧ | ٧ |
| أ ب | المهارة في التنفيذ | ٧ | ٦ |
| أ ب | القدرة على تحديد خطوات العمل والبرنامج الزمني | ٦ | ٦ |
| أ ب | المحافظة على أوقات العمل | ٦ | ٧ |
| أ ب | القدرة على التغلب على صعوبات العمل | ٥ | ٥ |
| أ ب | المعرفة بالأسس والمفاهيم الفنية المتعلقة بالعمل | ٤ | ٤ |
| أ ب | المعرفة بنظم العمل وإجراءاته | ٤ | ٤ |
| أ ب | المتابعة لما يستجد في مجال العمل | ٤ | ٣ |
| أ ب | المشاركة الفعالة في الاجتماعات | ٤ | ٣ |
| أ ب | القدرة على إقامة اتصالات عمل فعالة مع الآخرين | ٤ | ٣ |
| أ ب | إمكانية تحمل مسؤوليات أعلى | ٣ | ٤ |
| أ ب | المعرفة بأهداف ومهام الجهاز | ٣ | ٣ |
| أ ب | تقديم الأفكار والمقترحات | ٣ | ٣ |
| ب | إنجاز العمل في الوقت المحدد | ٧ | ٧ |
| ب | القدرة على المراجعة والتدقيق | ٧ | ٧ |
| | المجموع | ٧٢ | ٧٢ |
| أ ب | القدرة على الحوار وعرض الرأي | ٤ | ٣ |
| أ ب | تقدير المسؤولية | ٤ | ٤ |
| أ ب | حسن التصرف | ٤ | ٤ |
| أ ب | تقبل التوجيهات والاستعداد لتنفيذها | ٤ | ٤ |
| أ ب | الاهتمام بالمظهر | ٣ | ٤ |
| | المجموع | ١٩ | ١٩ |
| أ ب | الرؤساء | ٣ | ٣ |
| أ ب | الزملاء | ٣ | ٣ |
| أ ب | المراجعين | ٣ | ٣ |
| | المجموع | ٩ | ٩ |

ثالثاً : مجموع الدرجات والتقدير

| درجات الأداء الوظيفي | درجات الصفات الشخصية | درجات العلاقات | المجموع الكلي (الدرجة النهائية) |
|---|---|---|---|
| ٧٢ | ١٩ | ٩ | ١٠٠ |

| ممتاز (١٠٠-٩٠) | جيد جداً (٨٩-٨٠) | جيد (٧٩-٧٠) | مرضي (٦٩-٦٠) | غير مرضي (أقل من ٦٠) |
|---|---|---|---|---|
| ✓ | | | | |

رابعاً : ملحوظات عامة

مواطن القوة :
( إنجازات أو نشاطات أخرى يتميز بها ولم تشتمل عليها العناصر السابقة )

مواطن الضعف :
( جوانب سلبية يتصف بها وتؤثر على عمله دون أن يكون هناك تكرار للعناصر السابقة )

التوجيهات والتوصيات العامة لتطوير قدراته : ( إن وجدت )

رأي معد التقرير
يوصى بترقيته

الاسم / الوظيفة
التوقيع / التاريخ

ملحوظات معتمد التقرير
(توقيع)