# EXHIBIT 193



## Certification of Translation

### COUNTY OF SUFFOLK
### COMMONWEALTH OF MASSACHUSETTS

May 31, 2022

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from «Arabic» into «English» of the attached document:

«KSA0000008544»

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

Benardette McEvoy
Principal Account Manager
Linguistic Systems

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

**In The Name of Allah, the Most Gracious, the Most Merciful**

| | |
|---|---|
| Kingdom of Saudi Arabia | No.: _____ |
| Ministry of Islamic Affairs, | Date: _____ |
| Endowments, Dawah and Guidance | Attachment: _____ |
| Ministry Agency for Mosques, Da'wa, | Subject:_____ |
| and Guidance Affairs | |
| Undersecretary Office | |

Preacher Information

Preacher name: Fahd bin Ibrahim Al Thumairi

| Current rank and number | 113/8 |
|---|---|
| Job title: | Guide |
| Place of work | Da'wa Office in America |
| His performed work | Field Da'wa in addition to supervising the programs of Sheikh Ibn Taymiyyah Foundation |
| Date of promotion Due | 5/11/1420 AH (2/10/2000 AD) |
| Nominated position | Preacher 91/9 |

بسم الله الرحمن الرحيم

| الـــرقم : | ـــــــــــــــــــــ |
|---|---|
| التـــاريخ : | ـــــــــــــــــــــ |
| المشفوعات : | ـــــــــــــــــــــ |
| الموضـــوع : | ـــــــــــــــــــــ |



المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد
ووكالة الوزارة لشؤون المساجد والدعوة والإرشاد
مكتب الوكيل

## بيان بمعلومات داعية

### اسم الداعية / فهد بن إبراهيم التميري

| | |
|---|---|
| المرتبة الحالية ورقمها | ٨ / ١١٣ |
| مسماها | مرشد |
| مكان عمله | مكتب الدعوة في أمريكا |
| عمله الذي يقوم به | الدعوة الميدانية بالإضافة إلى الإشراف على برامج مؤسسة شيخ الإسلام ابن تيمية |
| تاريخ استحقاق الترقية | ١٤٢٠/١١/٥ هـ |
| الوظيفة الرشح لها | داعية ٩ / ٩١ |

KSA0000008544