# EXHIBIT 194



# Certification of Translation

**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

May 27, 2022

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from «Arabic» into «English» of the attached document:

«KSA0000002688»

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

Benardette McEvoy
Principal Account Manager
Linguistic Systems

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

The Kingdom of Saudi Arabia,

The Ministry of Islamic Affairs, Endowment, Da'wa and Guidance,

The Directorate of Human Resources,

Form for Nomination

Da'wa

| No | Name | Current Position | | | | | Position being Nominated for |
|---|---|---|---|---|---|---|---|
| | | Title and code | Rank | No. | Agency | Date he acquired the job | Title and code |
| 1 | Abdullah Abdul Rahman Muhammad Al Qarian | Preacher 7010409 | 9 | 57 | The Da'wa and Guidance Agency | 16 / 02 / 1417 AH [2 Jul 1996 AD] | The Director of the Office Da'wa 7010110 |
| 2 | Fahad Ali Muhammad Al Sulaiham | Guidance Giver 7010608 | 8 | 111 | The Da'wa and Guidance Agency | 21 / 03 / 1417 AH [05 Aug 1996 AD] | Da'iyah 010507 |
| 3 | Fahad Ibrahim Abdullah Al Thumairi | Guidance Giver 7010608 | 8 | 113 | The Administration of Da'wa in America | 5/11/ 1416 AH [14 Mar 1997 AD] | Da'iyah 7010509 |
| 4 | Hasan Abdullah Ali Al Jalil | Da'wa practitioner 70105 08 | 8 | 134 | The Administration of Da'wa Inside the Country | 17/10/1419 AH [03 Feb 1999 AD] | Guidance Giver 7010609 |
| 5 | Fawaz Abdullah Sa'id Al Ghamidi | Da'wa practitioner 70105 07 | 7 | 277 | The Administration of Da'wa Inside the Country | 6 / 2 / 1417 [22 Jun 1996 AD] | Preacher 7010408 |

His Excellency, the director-general for service at the civil service ministry, the respected,

Greetings,

Due to job demands, we would like to nominate the individuals whose names appear above for the positions next to each one of their names,

Please review and let us know what you are thinking:

Attached also, please find the specifications for the nomination for each one of them,

[*Signature*]

accept our greetings

The office in charge: Sa'ud Bin Abdullah Bin Talib

Position: Deputy for the ministry's Admin and Financial Affairs,

[*Signature*]

Al Ghamidi 30/3

Seal of the Ministry of Civil Service

| Number: 17358 | Number: 8 / 2 / 6357 / Date: 26 / 3 / 1421 [*28 Jun 2000 AD*] | Attachments: 14 |
|---|---|---|

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

KSA0000002688

بسم

نموذج ترش

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد
إدارة شـــؤون الموظفين

| الوظيفة المرشح لها | | الوظيفــــــــــة الحاليــــــــــة | | | | الاســـــم | عدد |
|---|---|---|---|---|---|---|---|
| المسمى والرمز | تاريخ حصوله عليها | الجهــة | الرقم | المرتبة | المسمى والرمز | | |
| مدير مكتب الدعوة كبار المختصين | ١٤١٧/٢/١٦ | وكالة الدعوة والإرشاد | ٥٧ | ٩ | واعظ ٧٠١٠٤٩ | عبدالله عبدالرحمن طاهر الغريان | ١ |
| داعية ١٠٥٠٧ | ١٤١٧/٢/٢١ | وكالة الدعوة والإرشاد | ١١١ | ٨ | مرشد ٧٠١٠٦٠٨ | فهد علي محمد الصليم | ٢ |
| داعية ١٠١٠٥٠٩ | ١٤١٦/١١/٥ | مكتب الدعوة بأم مرخيا | ١١٣ | ٨ | مرشد ٧٠١٠٦٠٨ | فهد ابراهيم عبدالله الثويني | ٣ |
| مرشد ٧٠١٠٦٠٩ | ١٤١٩/١٠/٧ أقدمية من ١٤١٦/٢/٢٥ | ادارة الدعوة في الرياض | ١٢٤ | ٨ | داعية ٧٠١٠٥٠٨ | حمد عبدالله علي الجليل | ٤ |
| واعظ ٧٠١٠٤٠٨ | ١٤١٧/٢/١٦ | ادارة الدعوة في الرياض | ٢٧٧ | ٧ | داعية ٧٠١٠٥٠٧ | فواز عبدالله سعيد الغامدي | ٥ |

سعادة سعادة المدير العام للخدمة بوزارة الخدمة المدنية    المحترم

السلام عليكم ورحمة الله وبركاته.

نظراً لحاجة العمل، نود ترشيح الموضحة اسماؤهم اعلاه على الوظائف المحاذية لكل منهم.

نأمل الاطلاع وموافاتنا بمرئياتكم، وبطيه مسوغات الترشيح المطلوبة لكل منهم.

وتقبلوا تحياتنــــــــــــا ،،،،،

المسؤول : سعود بن عبدالله بن طالب
وكيل الوزارة لشؤون الإدارية والمالية
التوقيع :

الرقم ٦٣٥٧/٢/٨    التاريخ ٦/٢/١٤٢١هـ    المرفقات ١٨

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

KSA0000002688