# EXHIBIT 195



# Certification of Translation

**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

February 22, 2024

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

**KSA0000007376**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

Amr Abualy
Project Manager
Linguistic Systems

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

In the name of God, the Most Merciful, the Most Compassionate

Kingdom of Saudi Arabia
Mohammed Bin Suliman A. Al Mohanna

Date: *09/23/2002 AD*
Ref.:
Attachments: *Board of Trustees Decision*

### His Royal Highness Prince Bandar bin Sultan bin Abdulaziz, Ambassador of the Custodian of the Two Holy Mosques in the United States of America

I have had the honor for a year and a half to work as a proselytizer at the King Fahd Mosque in Los Angeles by official delegation of the Minister of Islamic Affairs based on administrative decision no. 20552 dated 26/10/1421 AH [01/21/2001 AD]. During this period, I proselytized and participated in preaching and leading prayers at the mosque.

A few days ago, Sheikh Taj Al Din Shuaib, the Director of the Ibn Taymiyyah Foundation, and Dr. Othman Kaldaram, a member of the Foundation's Board of Trustees, summoned me to an urgent meeting and handed me a letter from the Board of Trustees that stated that its members have decided to terminate my services in the mosque. They told me that I must cease all dawah activities inside the mosque and verbally said that if I did not comply with this order, they would have to summon the security authorities! I do not know what the authorities have to do with an internal administrative matter that was never preceded by any notification or notice. Since that day, I have ceased work at the mosque and have turned to Dawah participation at some nearby mosques and Islamic centers.

**Your Highness:** Since you, may God preserve you, are the recourse for Saudis in this country, particularly those of us who belong to the diplomatic corps, and because we only act in accordance with your orders and directives, I decided to write to you to inform you about the matter. I hope I will receive guidance from you, especially because the worshipers have begun to ask many questions about why I no longer work there. You know that such matters must be kept from the public in order to preserve unity and avoid division and dissent.

It remains, **your Highness**, to inform you that this matter is not the first of its kind. It is an episode in a series of harassments that I and previous official Saudi preachers have suffered from the mosque's management, which consists of a group of employees of different nationalities.

Please accept my—your son's—greetings, and may God's peace, mercy, and blessings be upon you.

Mohamed bin Suliman bin Abdullah Al Mohanna
[Signature]
Proselytizer at King Fahd Mosque (Los Angeles)
*(562) 882-2222*

Mmohanna1@maktoob.com : بريد إلكتروني - 0554905٢٥ : جوال - 11726 الرياض 153845 ص.ب
P. O. Box 153845 Riyadh 11726 - Mobile : 055490525 - E-mail: Mmohanna1@maktoob.com

CONFIDENTIAL:                                                                KSA0000007376
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

بسم الله الرحمن الرحيم

**Kingdom of Saudi Arabia**
*Mohammed Bin Sultman A. Al Mohanna*

المملكة العربية السعودية
محمد بن سليمان بن عبدالله المهنا

Date ................
Ref. ................

التاريخ: ٢٣ / ٩ / ........ ع
المرفقات: جواب على الرسالة

صاحب السمو الملكي الأمير / بندر بن سلطان بن عبدالعزيز ، سفير خادم الحرمين الشريفين بالولايات المتحدة الأمريكية ،،،، سلمه الله

السلام عليكم ورحمة الله وبركاته ،،،، وبعد :

فقد تشرفت منذ سنة ونصف ـ بحمد الله ـ بالعمل داعية بمسجد الملك فهد بمدينة (لوس أنجلس) ، وذلك بإيفاد رسمي من وزير الشؤون الإسلامية بناءً على القرار الإداري رقم : ( ٢٠٥٢ ) وتاريخ: ١٤٢١/١٠/٢٦هـ ، وكنت أثناء هذه المدة أقوم بسهام الدعوة والمشاركة في الخطابة والإمامة بالمسجد .

وقبل بضعة أيام دعاني الشيخ / تاج الدين شعيب مدير مؤسسة ابن تيمية ، والدكتور / عثمان كلدرم ، عضو مجلس الأمناء بالمؤسسة ، إلى اجتماع عاجل وسلموني رسالة من مجلس الأمناء تفيد بأن أعضاءه قرروا الاستغناء عن خدماتي في المسجد ، وأخبروني بأن عليّ أن أتوقف عن كافة الأنشطة الدعوية داخل المسجد وذكروا شفهياً أنهم في حال عدم امتثالي للأمر سيضطرون إلى استدعاء سلطات الأمن ! ولست أدري ما علاقة السلطات بموضوع إداري داخلي لم يسبق بأي إنذار أو إشعار من قبل ! ومنذ ذلك اليوم توقفت عن العمل بالمسجد ، وتحولت إلى المشاركة الدعوية في بعض المساجد والمراكز الإسلامية المجاورة .

صاحب السمو : وحيث أنكم ـ رعاكم الله ـ مرجعنا نحن السعوديين في هذه البلاد لاسيما المنتمين إلى السلك الدبلوماسي ، وأننا جميعاً لا نصدر إلا عن أوامركم وتوجيهاتكم فقد أحببت الكتابة إليكم لإحاطتكم بالأمر ، آملا أن أحظى بتوجيهكم خاصة وقد كثر تساؤل المصلين عن سبب توقفي عن العمل ، وأنتم تعلمون أن مثل هذه الأمور مما ينبغي كتمانه عن غير المختصين ، حفاظاً على وحدة الصف وبعداً عن أسباب التفرق والاختلاف .

بقي ـ يا صاحب السمو ـ أن أشير إلى أن هذا الأمر ليس الأول من نوعه، وإنما هو حلقة في سلسلة من المضايقات التي تعرضتُ لها وتعرض لها من سبقني من الدعاة السعوديين الرسميين من قبل إدارة المسجد المشتملة على مجموعة من الموظفين من جنسيات مختلفة .

وختاماً تقبلوا تحيات ابنكم ، والسلام عليكم ورحمة الله وبركاته.

محمد بن سليمان بن عبدالله المهنا
الداعية بمسجد الملك فهد ( لوس أنجلس )
(562) 332-2222

ص.ب ١٥٣٨٤٥ الرياض ١١٧٢٦ - جوال: ٠٥٥٤٩٠٥٢٥ - بريد إلكتروني: Mmohanna1@maktoob.com
P. O. Box 153845 Riyadh 11726 - Mobile : 055490525 - E-mail: Mmohanna1@maktoob.com

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000007376