# EXHIBIT 196



## Certification of Translation

**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

February 22, 2024

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

**KSA0000007375**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

Amr Abualy
Project Manager
Linguistic Systems

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

In the name of God, the Most Merciful, the Most Compassionate

**Embassy of the Kingdom of Saudi Arabia**
      Washington



**Outgoing Cable**

Cable no.: 501/*19*/*1668*               File no.: *19*

Date: *23/07/1423 AH* [*09/30/2002 AD*]      Attachments: *1*

---

**His Excellency Ambassador Mohammed bin Abdul Rahman Al Salloum**
Consul General in Los Angeles

I am sending your Excellency the submission that Sheikh Mohammed bin Sulaiman Al Muhanna, Imam of the King Fahd Mosque in Los Angeles, sent to His Highness the Ambassador, may God preserve him. In it, he states that he is a delegate of the Ministry of Islamic Affairs to work as a proselytizer and imam at the King Fahd Mosque in Los Angeles and that the mosque's board of trustees decided to terminate his service at the mosque and informed him that he should stop all proselytization activities inside the mosque. They warned him that, if he did not comply with the order, they would be. Forced to summon the security authorities. Please provide us with all information that you have in this regard, the reasons for this, and your opinions about it. Best regards.

**Ambassador**
**Ahmed bin Abdulaziz Qattan**
[Signature]
Chief of Staff of the Office of HH the Ambassador
*09/30/2002 AD*

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000007375

Royal Embassy of
Saudi Arabia
Washington



سفارة المملكة العربية السعودية
واشنطن

برقية صادرة

رقم الملف ــــــ ١٩ ــــــ
المرفقات: ــــــ ١ ــــــ

رقم البرقية ١٦٩٨/١٩/٠٠
التاريخ ٢٣/٧/١٤٢٣هـ

سعادة السفير/ محمد بن عبدالرحمن السلوم
القنصل العام في لوس أنجلوس

أبعث لسعادتكم ما رفعه الشيخ/ محمد بن سليمان المهنا إمام مسجد الملك فهد في لوس أنجلوس لسمو السفير يحفظه الله والذي ذكر فيه أنه أحد موفدي وزارة الشؤون الإسلامية للعمل كداعية وإمام في مسجد الملك بلوس أنجلوس وأن مجلس أمناء المسجد قرروا الاستغناء عن خدماته في المسجد وأنه يتوجب عليه التوقف عن كافة الأنشطة الدعوية داخل المسجد وفي حالة عدم امتثاله للأمر سيضطرون إلى استدعاء سلطات الأمن (فاصله) آمل الإفادة بما لديكم عن ذلك ومسبباته ومرئياتكم حياله (فاصله) وتقبلوا أطيب تحياتي ...

السفير
أحمد بن عبدالعزيز قطان
مدير عام مكتب سمو السفير
٣٤٠٠ ص ١٩١٢٠

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000007375