# EXHIBIT 197



# Certification of Translation

**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

February 22, 2024

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

**KSA0000001291**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

Amr Abualy
Project Manager
Linguistic Systems

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

In the name of God, the Most Merciful, the Most Compassionate

**Kingdom of Saudi Arabia**
**Ministry of Islamic Affairs,**
**Endowments, Dawah, and Guidance**
General Department of Administrative
and Financial Affairs
**Human Resources Department**



No.: 8/2/*20552*
Date: *26/10/*14*21* AH [01/21/2001 AD]
Attachments:
Subject: *3*

Subject: Delegation of an employee to work abroad

Name: Mohammed bin Suliman Al Mohanna    Position: Proselytizer

Rank and No.: 7/247

Administrative Decision No. *20552* dated *26/10/*14*21* AH [01/21/2001 AD]

**The Undersecretary for Administrative and Technical Affairs,**

**In accordance with the authorities vested in him,**

Based on the approval of H.E. the Minister dated 04/09/1421 AH [11/30/2000 AD] of the letter of the Undersecretary for Mosques, Dawah, and Guidance Affairs no. 372/4/8/S dated 30/08/1421 AH [11/26/2000 AD] to delegate the abovementioned person to work at the Mosque of the Custodian of the Two Holy Mosques in Los Angeles <u>for five years</u>,

According to the provisions of the law and based on Article 27(5) of the Civil Service Law,

**Has Decided the Following:**

1. To delegate the abovementioned employee to the Dawah Office in America to work at the Mosque of the Custodian of the Two Holy Mosques in Los Angeles for five years from the date on which he assumes his duties.
2. Subject to the requirements of the law, the following shall be paid to him:
   a. A representation allowance and monthly medical allowance in accordance with Articles 38 and 39 of the Representation Regulations.
   b. Two months of salary and three times the value of the ticket, provided that the amount paid to him shall not be less than one month of his salary in accordance with Article according to Article 22 (18).
3. This decision shall be in effect until it expires or a decision to revoke or terminate it is issued.
4. The original of the decision shall be delivered to the Human Resources Department and Archives, and copy shall be delivered to the Ministry's Undersecretariat for Dawah Affairs to notify the abovementioned person.

**Undersecretary for Administrative and Technical Affairs,**

*Al Atiq*
*[Signature]*

**Saud bin Abdullah bin Taleb**

CC: My office
CC: His Eminence the Undersecretary of Mosque, Dawah, and Guidance Affairs
CC: The Dawah Office in America – To report assumption of his duties
CC: Dawah Abroad Department – FYI          CC: *The Ministry's branch in Riyadh - To notify him*
CC: Recruitment – Al Nassar       CC: Salaries; his file, archives     CC: Outgoing
(Employee delegation) Al Otaibi
*8140*

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000001291



بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
الإدارة العامة للشؤون الإدارية والمالية
إدارة شؤون الموظفين

الرقم: ٨/٢/٢٥٠٠٥
التاريخ: ٢٦/١٠/١٤٢١هـ
المشفوعات: -
الموضوع: -

الموضوع: إيفاد موظف للعمل بالخارج

| الاسم: محمد بن سليمان بن عبدالله المهنا | الوظيفة: داعية |
|---|---|
| المرتبة والرقم: ٧/٢٤٧ | |

القرار الإداري ذو الرقم ٢٥٠٠٥ المؤرخ في ٢٦/١٠/١٤٢١هـ

أن وكيل الوزارة للشؤون الإدارية والفنية

بناءً على ما له من صلاحيات.

وبناءً على موافقة معالي الوزير شرحاً بتاريخ ٤/٩/١٤٢١هـ على كتاب وكيل الوزارة لشؤون المساجد والدعوة والإرشاد ذي الرقم ٣٧٢/٤/٨/س المؤرخ في ٣٠/٨/١٤٢١هـ على إيفاد المرشح اسمه أعلاه للعمل بمسجد خادم الحرمين الشريفين في لوس انجلس لمدة خمس سنوات.

وتمشياً مع أحكام النظام، وبناءً على المادة (٢٧/٥) من نظام الخدمة المدنية.

يقرر مايلي:

١- إيفاد الموظف المرشح المنوه اسمه وبياناته أعلاه إلى مكتب الدعوة بأمريكا للعمل بمسجد خادم الحرمين الشريفين بلوس انجلس لمدة خمس سنوات اعتباراً من تاريخ مباشرته.

٢- حسب مقتضيات النظام يصرف له مايلي:

أ- بدل تمثيل وبدل علاج شهري حسب المادتين (٣٨/٢٩) من لائحة التمثيل.

ب- راتب شهرين وثلاثة أضعاف قوة التذكرة على أن لا يقل مجموعه عن راتب شهر وفق المادة (٢٧/٥)

ج- يصرف له بدل انتداب لمدة ثلاثة أيام حسب المادة (١٨/٢٦).

٣- يستمر العمل بهذا حتى نهايته أو صدور قرار بإلغائه أو تعديله.

٤- يبلغ لأصل القرار لإدارة شؤون الموظفين/للأرشيف ونسخة منه لوكالة الوزارة لشؤون الدعوة للإبلاغ للمذكور.

وكيل الوزارة للشؤون الإدارية والفنية

سعود بن عبدالله بن طالب

ص/للمكتبي
ص/للمفضلية وكيل الوزارة لشؤون المساجد والدعوة والإرشاد
ص/لمكتب الدعوة في أمريكا للرفع عن مباشرته
ص/لإدارة الدعوة في الخارج للإحاطه ص/لفرع الوزارة بالرياض لإبلاغه
ص/للتوظيف/للمصدر ص/للمرتبات ص/للملفة الأرشيف ص/للصادر

(إيفاد موظف) المتبع

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000001291