# EXHIBIT 198



# Certification of Translation

## COUNTY OF SUFFOLK
## COMMONWEALTH OF MASSACHUSETTS

May 31, 2022

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from «Arabic» into «English» of the attached document:

**«KSA0000007658»**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

Benardette McEvoy
Principal Account Manager
Linguistic Systems

Linguistic Systems, Inc.

260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

Official Documents

From: 14/4/1422 Hijri

(7/5/2001)

To: 4/3/1424 Hijri

(5/5/2003)

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000007658

Royal Embassy of
Saudi Arabia
Washington

Outgoing Cable

Cable No. 501/94/72/1449                                        File No. 19

Date: 2/8/1422 (10/18/2001)                                   Attach. None

Ministry of Foreign Affairs / Riyadh

The Consul General at the Royal Consulate in Los Angeles has informed us that Dr. Khalil Al Khalil, the president of the board of trustees of the Islamic Foundation of Sheikh Ibn Taymiyah in Los Angeles, told him that some FBI agents had come to the mosque and asked for Mr. Fahd Al Thumairy by name.

The embassy wants to inform you that Mr. Fahd Al Thumairy is one of the Ministry of Islamic Affairs, Endowment, Da'wa, and Guidance employees sent to work in the United States as a preacher. He started his work in Los Angeles in the third month of 1417 Hijri. Then his secondment was extended for two years. He is currently in Saudi Arabia on vacation.

The embassy hopes that you will look into this and let us know. We also see that the person is to be informed not to return to the United States until further notice. He should also be asked if he knows anything about why the FBI is inquiring about him.

Thank you

The Embassy in Washington

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000007659



CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000007658



Royal Embassy of
Saudi Arabia
Washington

واشنطن

برقية صادرة

رقم الملف: ــــــــــ ٦١

المرفقات: ــــــــــ

رقم البرقية ٧٤/ ٩٤/ ٥٠١
التاريخ ٢٢/٨/١٤٢٢

قسم وزارة الخارجية الجليلة / الرياض

أفــــاد القنصـــل العام لخادم الحرمين الشريفين في نوس أنجليس أن الدكتور
خليــف بن عبدالله الخليف ، رئيـس مجلس أمنـــاء مؤسسـة الشـيخ ابن تيميــة فــي
لوس أنجليس أبلغـــه أن بعـض أفـراد مكتب التحقيقات الفيدرالية حضـروا الى
المسـجد وسألـوا عن الشيخ فهـد الثميري تحديـداً (فاصلـه)

وتسـود السفـارة الإحاطـة بأن الشيـخ فهـد بن إبراهيم الثميري ، هو
أحـد منسوبي وزارة الشؤون الإسلامية والأوقـاف والدعوة والإرشاد الموفدين لأمريكا
للعمـل في مجال الدعـوة ، وقد بـاشر عمـله في لـوس أنجليس منذ شهر ربيع الأول لعام
١٤١٧هـ ويتم التمديد له لمدة عامين آخرين ويتواجـد حاليا في المملكـة في إجـازة
إداريـة ( فاصلـه)

تـرجـو السفـارة التفضـل بالإطـلاع والإحاطـة ، وتسـرى إبـلاغ المذكـور
بعـدم الحضـور لأمريكا الآن حتى إشعـار آخر والإستفسـار منـه عما إذا كانـت لديه خلفيـة
عن سبـب سؤالهم (فاصلـه) ٠٠ ولكـم تحياتنـا ،،،





CONFIDENTIAL:                                                                KSA0000007659
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.