# EXHIBIT 199



COUNTY OF SUFFOLK
COMMONWEALTH OF MASSACHUSETTS

February 22, 2024

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

**KSA0000006595**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

Amr Abualy
Project Manager
Linguistic Systems

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

| Kingdom of Saudi Arabia | Statement of Invoices and Payment requests | | | | Form no. 5 |
|---|---|---|---|---|---|
| Ministry of *Defense* | Amount | | Date | Attachments | **Payment Authorization Order** |
| Bureau: *Aviation* | Riyals | Halalas | | | |
| Branch: | *3,333,481* | *23* | *25/12/1419 AH* [*04/11/1999 AD*] | | The amount due to *Dallah Avco Trans Arabia Company* pursuant to *delivery to the* United Saudi Commercial Bank (Jeddah) |
| **Section A** | | | | | *In accordance with the attachments* The data entered in this section has been reviewed and was found to be accurate. The payment order is submitted for authorization and disbursal of the amount. Set forth on: |
| Officer's Signature [Signature] | | | | | Department Head's Signature _____ |
| | *3,333,481* | *23* | Total | | |

This order is recorded in the Payment Orders Register under no. *1032* dated 08/01/1420 AH [04/24/1999 AD]

| **Section B** | **Statement of Invoices and Payment requests** | | | | | Description | No. of attachments |
|---|---|---|---|---|---|---|---|
| **Statements** | Amount | | Expense type | | | | |
| 1) Authorization of competent organization | Riyals | Halalas | Section | Article | Branch | | |
| Payment is approved | *3,333,481* | *23* | *3 Programs* *02/08/0203/10/17* | | | *Materials and spare parts* *For the value of request for payment no. 009-01-300 for provisioning and supply and life support (foreign provisioning) as part of the process of supporting, operating, and maintaining Air Navigation System 5 in the Kingdom, the documents of which have been sent to the General Court of Audit in Jeddah with letter 7/6/1/7434 dated 10/09/1419 AH [12/28/1998 AD]* | |
| Officer's Signature [Signature] | | | | | | | |
| 2) Amount is held in safe deposit Date: | | | | | | | |
| Officer's Signature _____ | *3,333,481* | *23* | Asset total | | | | |
| | | | **Deductions** | | | | |
| 3) Audited | | | Riyals | Halalas | | Pensions | |
| Officer's Signature [Signature] | | | | | | Stamps | |
| Signature of Head of Accounting or Head of Financial Department [Signature] | | | | | | | |
| | *3,333,481* | *23* | Net amount to be disbursed: *Three million, three hundred and thirty-three thousand, and four hundred and eighty-one riyals and twenty-three halalas only.* | | | | |

Withdrawal of the payment order ~~transfer~~ from the Ministry of Finance [~~illegible~~] is approved in the amount of *Three million, three hundred and thirty-three thousand, and four hundred and eighty-one riyals and twenty-three halalas only.*

In the name of: *Dallah Avco Trans Arabia Company. To be delivered to the abovementioned bank.*

..............................................................

Signature of Head of Accounting or Head of Financial Affairs [Signature]

Signature of Financial Representative [Signature]

Signature of President of Organization [Signature]

| **Section C** | 1) Withdrawal of payment order [~~transfer~~] no. ____ Dated: _____ | 3) Registered in daily ledger under no. *1020* |
|---|---|---|
| *659232* | Signature of competent officer: _____ | Date: *08/01/1420 AH* [*04/24/1999 AD*] |
| *08/01/1420 AH* [*04/24/1999 AD*] | 2) I have received the payment order/transfer | Signature of competent officer: _____ |
| | Right holder's signature        Export Clerk's Signature | 4) Registered in competent accounting ledgers _____ |
| | On: ____        Export no. and date: _____ | Signatures of competent officers: _____ |

Government Press Bureau, Mecca Branch

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

KSA0000006595

المملكة العربية السعودية

وزارة: المالية

مصلحة: الطيران

فرع: ....................

نموذج رقم: ٥

# أمر اعتماد صرف

## بيان الفواتير والمطالبات

| المبلغ – هللة | المبلغ – ريال | التاريخ | المرفقات |
|---|---|---|---|
| ٢٣ | ٣٣٣٣٤٨١ | ١٩/١١/١٤٢٥ | |
| ٢٣ | ٣٣٣٣٤٨١ | الجملة | |

القسم – أ

توقيع المختص

المبلغ المستحق إلى شركة دلة أفكو عبر البلاد العربية بموجب تسليم البنك السعودي البريطاني [illegible] عن [illegible]

روجعت البيانات المدونة بهذا القسم ، ووجدت صحيحة وأمر الصرف مقدم للاعتماد وصرف القيمة.

حرر في ....................

توقيع رئيس القسم ....................

قيد هذا الأمر بسجل حصر أوامر اعتماد الصرف تحت رقم ........ بتاريخ ........ توقيع الكاتب المنوط ........

القسم – ب

| عدد المرفقات | بيانات | نوع النفقة – فرع | نوع النفقة – مادة | نوع النفقة – باب | المبلغ – ريال | المبلغ – هللة |
|---|---|---|---|---|---|---|
| ٤ | المواد وخامة العمار [illegible] | | [illegible] | ٣ | ٣٣٣٣٤٨١ | ٢٣ |
| | مقابل [illegible] | ١٧/١٠/٠٤٣ | | ٠٨/٠ | | |
| | [illegible] | | | | | |
| | [illegible] | | | | | |
| | [illegible] | | | | | |
| | [illegible] | | | | | |
| | [illegible] | | | | | |
| إجمالي الأصل | | | | | ٣٣٣٣٤٨١ | ٢٣ |

الحسميات

| | ريال | هللة |
|---|---|---|
| تقاعد | | |
| طوابع | | |
| | | |
| صافي القيمة المطلوب صرفها وقدرها فقط [illegible] | ٣٣٣٣٤٨١ | ٢٣ |

القرارات

١) اعتماد المادة المختصة يسمح بالصرف

توقيع المختص

٢) المبلغ مقيد بالأمانات

بتاريخ ....................

توقيع المختص

٣) روجع له

توقيع المختص

توقيع رئيس المحاسبة أو مدير الإدارة المالية

يعتمد سحب شيك / حوالة على ........ بصافي القيمة وقدرها [illegible]

باسم شركة دلة أفكو عبر البلاد العربية [illegible]

توقيع رئيس المصلحة أو الجهة

توقيع المسئول المالي

توقيع رئيس المصلحة أو مدير الشئون المالية

قسم – ج

١) سحب شيك / حوالة رقم ........ بتاريخ ........

توقيع المختص

٢) استلمت أمر الدفع / الحوالة ٢٦٩٢٣٢

توقيع صاحب الحق ١٤٢٥/١/٨

توقيع كاتب التصدير

بتاريخ ........ رقم وتاريخ التصدير ........

٣) قيد بدفتر اليومية برقم ........ بتاريخ ١٤٢٥/١/٨

توقيع الموظف المختص

٤) قيد بدفاتر الحسابات المختصة ....................

توقيعات الموظفين المختصين ....................

فرع مصلحة مطابع الحكومة بمكة المكرمة

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000006595