# EXHIBIT 200



# Certification of Translation

## COUNTY OF SUFFOLK
## COMMONWEALTH OF MASSACHUSETTS

May 31, 2022

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from «Arabic» into «English» of the attached document:

«KSA0000006964»

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

Benardette McEvoy
Principal Account Manager
Linguistic Systems

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

In the Name of Allah, the Most Compassionate, the Most Merciful

| | |
|---|---|
| The Kingdom of Saudi Arabia | Number: _____ |
| The Ministry of Islamic Affairs, Endowment, the Da'wa, and Guidance | Date: 12 / 08 / 1422 AH [*TN: Corresponding to 28 Oct 2001 AD*] |
| The Ministerial Deputyship for the Affairs of Mosques, the Da'wa, and Guidance | Attachments: __2__ |
| Office of the Ministerial Deputy | Subject: _____ |

**Secret and Urgent**

**His Highness, the Minister, May Allah protect him,**

**May the Peace, Mercy, and Blessings of Allah be upon you, and then,**

**I ask that Allah May extend His Assistance and Guidance to you,**

In reference to your notes on the index of the telegram from H.R.H, the Minister of Foreign Affairs, regarding concerns about preacher Shaikh / Fahad Al Thumairi. I have invited to my office today the person mentioned above and informed him of the telegram's contents. I urged him not to travel to the US or even any other country, particularly at this time. I asked him why there was an inquiry about him in the US, so he wrote the statement I am attaching here.

I hope you review and issue your guidance, and may Allah protect you.

Best Regards,

Ministerial Deputy for the Affairs of Mosques, the Da'wa, and Guidance

[*signatu*re]

Abdul Aziz Bin Abdullah Al 'Ammar

2242

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

KSA0000006964

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد
وكالة الوزارة لشؤون المساجد والدعوة والإرشاد
مكتب الوكيل

الرقم : ................
التاريخ : ٨/٣/١٤٢٢ هـ
المشفوعات : ................
الموضوع : ................

سري وعاجل

معالي الوزير                                      سلمه الله
سلام عليكم ورحمة الله وبركاته ،،،   أما بعد :
فأسأل الله لكم التوفيق والسداد

وأشير إلى نشرح لمعاليكم على برقية صاحب السمو الملكي وزير الخارجية حول ما يتعلق بالداعية إلى الله في أمريكا الشيخ / فهد الثميري ، وقد استدعيت المذكور في مكتبي هذا اليوم وأبلغته مضمونه وأكدت عليه عدم السفر إلى أمريكا أو غيرها من الدول خاصة في الوقت الحاضر ، كما سألته عن سبب السؤال عنه هناك في أمريكا فكتب كتابه المرافق .

آمل من معاليكم الاطلاع والتوجيه ، والله يحفظكم ويرعاكم .
والسلام عليكم ورحمة الله وبركاته .

وكيل الوزارة
لشؤون المساجد والدعوة والإرشاد

عبدالعزيز بن عبدالله العمار

٢٢٤٢

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000006964