# EXHIBIT 201



**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

May 17, 2022

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from «Arabic» into «English» of the attached document:

«KSA0000000609»

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

_____
Benardette McEvoy
Principal Account Manager
Linguistic Systems

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

By the name of Allah, the Merciful

Sheikh Saleh Bin Abdulaziz Al Sheik

Minister of Islamic Affairs, Da'wa, and Guidance,

Greetings,

Mr. Abdulaziz Alammar informed me of the inquiry you have received from the officials. I want to express my thoughts about that:

First, I am confident that it is a routine procedure in such current circumstances. Like me, you probably have heard that many preachers and imams have been questioned and sometimes apprehended by the authorities. Still, they have all been cleared and the had faced no issues. Asking questions about me can be, even more [*than the rest*], considering that I have been residing in the area for a while, leading to many people knowing me and having my phone numbers and addresses. That is shown by how many people call me regularly for fatwa, help, and other issues, from people I know and people I don't know.

Second, I am confident of my safety and innocence; my work in the area is well known to everyone; mostly related to the mosque's activities and programs. We have always been in contact with the Da'wa Office in the United States and its current administration. Those I have connections with are limited to only well-known people, yet, it is also limited.

Third, I see that we should take the initiative and contact the inquiring entity [to tell them] that I have no objections in terms of meeting the officials there, and I even support that, and answer all of their questions and clear anything they need to be clarified.

Fourth, the most important thing to me, Mr. Minister and the other officials in the Kingdom, is that you don't have doubts about me. The matter is only a routine procedure in a significant event like this, which we all strongly condemn.

Finally, I hope to meet with you and receive your guidance.

I ask God to protect us from harm and take care of us.

Regards

Fahd Ibrahim Althumairi

12, Shaban, 1422 Hijri [28 October, 2001]

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

KSA0000000609

بسم الله الرحمن الرحيم

معالي الشيخ صالح بن عبدالعزيز آل الشيخ
وزير الشؤون الإسلامية والأوقاف والدعوة والإرشاد   حفظه الله
السلام عليكم ورحمة الله وبركاته   وبعد :

فقد أبلغني فضيلة الشيخ عبدالعزيز العمار حفظه الله بما وردكم من استفسار
عني من قبل المسؤولية ، وأود أن أعبر لكم حيال ذلك بما يلي و
أولاً : أنني مطمئن ولله الحمد بأن ذلك اجراء اعتيادي في مثل هذه الظروف الراهنة
حيث قد بلغني كما يبلغكم تعرض كثير من الدعاة هناك للسؤال والتوقيف وغيرهم
ثم جميع ذلك بسلام ولله الحمد ، بل قد يكون السؤال عني أكثر نظراً لقيامي بالمنظمة
الموحدية إلا كنت منه يعرفني ويتناول أرقام مواقعي وعناويني و أثبته ذلك ممن كنت
من يتصل بي للاستفتاء والمساعدة وغير ذلك مما أعرفهم ومن لا أعرفهم .
ثانياً ، أنني هناك أبناء الله يقيناً من سلامتي وبراءة ساحتي حيث أنني أعمل
هناك بمعرفة ملوية معظمها في الحسبي بكل ما يعلمون من أنشطة برامج دعوية
على صلة في ذلك بمكتب الدعوة في أمريكا وإدارته العامة ، كما أن مسلتي خاصة
محصورة بالمعروفين من الناس هم موذن محدودة .
ثالثاً . أرى المبادرة بإجابة الجهة المستفسرة بأنه لا مانع لدي في مقابلة المسؤول
- في أي أويد ذلك - وأن أجيبهم على جميع استفساراتهم وأبين لهم كل ما يحتاجون
بيان .
رابعاً : إني أعظم ما يعينني أنتم يا معالي الوزير وغيركم من المسؤولية في المدولة وذلك
بأن لا تقع في نفوسكم في شيء حيالي فالأمر لا يعدو كونه اجراء اعتيادي لا يستقر
في مثل هذا الظرف الكبير الذي نستنكره جميعاً .
وختاماً فإني أنجيم 2 سلوح لما سمالكم والأخذ بما توجهون به
أسأل الله أن يحفظنا جميعاً من كل سوء وأن يسدد ا إليكم جعله ورعاه .
والسلام عليكم ورحمة الله وبركاته
كتبه
نمر ابراهيم الشهري
٢٨/ شعبان / ١٤٢٢هـ

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000000609