# EXHIBIT 202



## Certification of Translation

**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

May 31, 2022

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from «Arabic» into «English» of the attached document:

«KSA0000007978»

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

Benardette McEvoy
Principal Account Manager
Linguistic Systems

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

**In the name of Allah, The Merciful**

| | | |
|---|---|---|
| **Kingdom of Saudi Arabia** |  | **No. 1/100021/20/67** |
| **Ministry of Foreign Affairs** | | **Date: 8/8/1422 AH (1/26/2001)** |
| | | **Attachments:** |
| | | **File no. 660** |

**Outgoing Telegram**

**Confidential**

**H.R.H Minister of State, Member of Council of Ministers, and Head of Prime Minister Office**

**CC:** To His Highness the Minister of Interior
   To His Excellency, the Minister of Islamic Affairs, Endowments, Da'wa, and Guidance

I would like to inform Your Highness that the Saudi Embassy in Washington sent a telegram reporting that the Counsel General of the Kingdom in Los Angeles said that Dr. Khalil bin Abdullah Khalil, Chairman of the Board of Trustees of Sheikh Ibn Taymiyah Foundation, informed the Consul that members of FBI came to the mosque asking specifically about Sheikh Fahad Al - Thamiri. Sheikh Fahad Al-Thamiri is an employee of the Ministry of Islamic Affairs, Endowments, Da'wa, and Guidance seconded to the US to work in preaching. He commenced his work in Los Angeles on Rabi' I of 1417 AH (7/17/1996). His secondment was extended for additional two years. He is currently on vacation in KSA. The Embassy suggests, and I second that, inform the mentioned person not to travel back to the US till further notice and ask him if he has any information about the reason for inquiring about him by FBI office.

Please review this information… Regards

**Minister of Foreign Affairs**

**Saud Al-Faisal**

> Ministry of Islamic Affairs, Endowment, Dawah and Guidance, Minister's office, confidential
>
> No. 1720
>
>    Date: l/20/[illegible]

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

KSA0000007978



المملكة العربية السعودية
وزارة الخارجية

برقية صادرة

رقم البرقية: ١٩٧/٢٠
رقم الملف:
التاريخ: ٥/٨/٢٤ هـ
المرفقات:

سري

صاحب السمو الملكي وزير الدولة عضو مجلس الوزراء
ورئيس ديوان رئاسة مجلس الوزراء
نسخة مع الاحترام لصاحب السمو الملكي وزير الداخلية
نسخة لمعالي وزير الشؤون الإسلامية والأوقاف والدعوة والإرشاد

أفيد سموكم بأن سفارة مولاي في واشنطن أبرقت مفيدة بأن القنصل العام للمملكة في لوس أنجلس أفاد بأن الدكتور/خليل بن عبدالله خليل، رئيس مجلس أمناء مؤسسة الشيخ ابن تيمية في لوس أنجلس أبلغه أن أفراد مكتب التحقيقات الفيدرالية حضروا إلى المسجد وسألوا عن الشيخ فهد الثميري تحديداً، وهو أحد منسوبي وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد الموفدين لأمريكا للعمل في مجال الدعوة، وقد باشر عمله في لوس أنجلس منذ شهر ربيع الأول لعام ١٤١٧ هـ وتم التمديد له لمدة عامين آخرين، والمذكور يتمتع بإجازته حالياً في المملكة. وترى سفارة مولاي - مع تأييدي لرأيها - إبلاغ المذكور بعدم السفر لأمريكا حتى إشعار آخر والاستفسار منه عما إذا كانت لديه خلفية عن سبب سؤال مكتب التحقيقات الفيدرالية عنه.

آمل الاطلاع والعرض عن ذلك على النظر الكريم ...مع أطيب التحيات

سعود الفيصل
وزير الخارجية

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000007978