# EXHIBIT 203

Kingdom of Saudi Arabia
Ministry of Islamic Affairs,
Endowments, Da'wah, and Guidance
Minister's Office


[*Emblem of Saudi Arabia*]

No. 1/2/1050/S
Date: 18/08/1422 AH
(November 05, 2001 AD)
Attachments: ----

**TELEGRAM**
**CONFIDENTIAL AND URGENT**

---

Copy, with greetings, to His Royal Highness Minister of Interior, may Allah bless him
Copy, with greetings, to His Royal Highness Minister of Foreign Affairs, may Allah bless him
His Royal Highness President of Office of the Council of Ministers, may Allah bless him
May the peace, mercy, and blessings of Allah be upon you.

This is with reference to the copy of the Telegram of His Royal Highness Minister of Foreign Affairs, No. 97/20/100021/1, dated 08/08/1422 AH (October 26, 2001 AD), about the statement of the Saudi Embassy in Washington, D.C. regarding the inquiry made by some FBI officers about Sheikh Fahad al Thumairy who is delegated by the Ministry [of Islamic Affairs] to America for Da'wah. He is now on vacation in the Saudi Kingdom. The Embassy thinks that it is advisable to notify the said person not to travel to America until further notice, and to ask him whether he has an idea about why the FBI inquired about him. His Royal Highness Minister of Foreign Affairs supports this opinion.
This is to inform Your Highness that the said person was summoned and notified not to travel until further notice. When asked why the FBI inquired about him, he reported the following:

1. He rests assured that such inquiry about him is a regular procedure in the current circumstances. Many propagators there were subjected to interrogation and arrest and were released, praise be to Allah. Perhaps he is subjected to more inquiry due to his seniority in the region, since many people know him and exchange his phone numbers and address.

Dr. Al Sameeh [*Handwritten Signature*]

---

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000000606

March 24, 2021
Exhibit
ASH-SHEIKH
**0480**

Kingdom of Saudi Arabia
Ministry of Islamic Affairs,
Endowments, Da'wah, and Guidance
Minister's Office


[*Emblem of Saudi Arabia*]

No. ----
Date: ----
Attachments: ----

**TELEGRAM**

((2))

2. He mentioned that he was certain of his innocence, Allah willing, since his work there was known and mostly in the mosque. He stated that he is in contact with the Da'wah Office in Washington, D.C. and with its officers. His personal relationship is restricted to known people and limited.

3. He has no objection on meeting with the officers; rather, he would favor that to answer all their questions and clarify all that needs clarification.

Please accept our kindest regards.
May the peace, mercy, and blessings of Allah be upon you.

Dr. Al Sameeh [*Handwritten Signature*]

Minister of Islamic Affairs, Endowments, Da'wah, and Guidance
Saleh bin Abdul Aziz bin Mohammed Al ash-Sheikh
[*Handwritten Signature*]

CONFIDENTIAL:                                                          KSA0000000607
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.





الرقم : ٨/١٠٥٠/ح/س
التاريخ : ١٤٢٢/٨/١٨هـ
المشفوعات :



برقية

سرية عاجلة

نسخة مع التحية لصاحب السمو الملكي وزير الداخلية          حفظه الله
نسخة مع التحية لصاحب السمو الملكي وزير الخارجية          حفظه الله
صاحب السمو الملكي رئيس ديوان رئاسة مجلس الوزراء          حفظه الله

سلام عليكم ورحمة الله وبركاته .. أما بعد ،

فأشير إلى نسخة برقية صاحب السمو الملكي وزير الخارجية ذات الرقم ٩٧/٢٠/٢١/١٠٠٠١ المؤرخة في ١٤٢٢/٨/٨هـ بشأن ما أفادت به سفارة خادم الحرمين الشريفين في واشنطن عن سؤال أفراد التحقيقات الفدرالية عن الشيخ فهد الشميري الموفد من قبل الوزارة إلى أمريكا للدعوة ، الذي يمضي إجازته في المملكة ، وما رأته السفارة وأيده سمو وزير الخارجية من إبلاغ المذكور بعدم السفر إلى أمريكا حتى إشعار آخر ، وسؤاله عما إذا كانت لديه خلفية عن سبب سؤال مكتب التحقيقات الفدرالية عنه .

وأخبر سموكم بأنه تم استدعاء المذكور ، وأبلغ بعدم السفر حتى إشعار آخر .

وسُئل عن سبب سؤال مكتب التحقيقات الفدرالية عنه ، فأفاد بما يأتي :

١ ) أنه مطمئن إلى أن السؤال عنه إجراء اعتيادي في مثل الظروف القائمة حيث إن كثيراً من الدعاة هناك تعرضوا للسؤال وللتوقيف ، وخرجوا بسلام – ولله الحمد – وأنه قد يكون السؤال عنه أكثر نظراً لقدمه في المنطقة وكثرة من يعرفه ويتناقل أرقام هواتفه وعنوانه .

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000000606





بَرْقِيَّة

(( ٢ ))

٢ ) ذكر أنه متأكد – إن شاء الله – يقيناً من براءة ساحته ، حيث إن أعماله هناك معروفة ومعظمها في المسجد ، وأنه على صلة بمكتب الدعوة في واشنطن والمسؤولين فيه كما أن صلته الخاصة محصورة في المعروفين من الناس وهي محدودة .

٣ ) لا مانع لديه من مقابلة المسؤولين – بل يؤيد ذلك – والإجابة على جميع استفساراتهم ، وبيان كل ما يحتاج إلى بيان .

هذا ولكم التحية والتقدير .

والسلام عليكم ورحمة الله وبركاته ،،،

وزير الشؤون الإسلامية والأوقاف

والدعوة والإرشاد

صالح بن عبدالعزيز بن محمد آل الشيخ

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000000607



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210310_J4D

**Language:** Arabic

**Document title:** KSA0000000606

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator:** Farah Alshekhli

**Qualifications:** BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed:** *Farah Alshekhli*
Farah Alshekhli (Mar 21, 2021 13:26 CDT)

**Date:** Mar 21, 2021



## TRANSLATION CERTIFICATION STATEMENT

**Project:** 20210310_J4D

**Language:** Arabic

**Document title:** KSA0000000607

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 14 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli*
Farah Alshekhli (Mar 21, 2021 13:26 CDT)

**Date**: Mar 21, 2021