# EXHIBIT 204
## CORRECTED



Certification of Translation

**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

July 9, 2024

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

- **KSA0000007664**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

Fu Xiaohua

Xiaohua Fu
Project Manager
Linguistic Systems, Inc.

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

LEITZ

<*illegible*>/Official

Documents

<*illegible*>

From: 14/4/1422 Hijri

(7/5/2001 AD)

To: 4/3/1424 Hijri

(5/5/2003 AD)

**CONFIDENTIAL:**
**This document is subject to a protective order**
**Regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

Royal Embassy of

Saudi Arabia

Washington

**<u>Outgoing Cable</u>**

1700

Cable No. 501/97/20

File No. 11

Date: 29/8/1422 (*Translator's note: This is Hijri date and should be 11/14/2001 in Gregorian Date*)

Attach. None

---

"Urgent /Confidential"

Ministry of Foreign Affairs / Riyadh

With reference to the Ministry's cable No. 97/20/110257/1 dated 27/8/1422 Hijri with regards to Sheikh Fahd bin Ibrahim Al-Thumairi (break)

We want to inform you that there was no official inquiry made by the authorities about him, and he is not accused of anything. The embassy has acted on what was reported to the consulate in Los Angeles by Dr. Khalil Al Khalil, the president of the board of trustees of the Islamic Foundation of Sheikh Ibn Taymiyah. Thus, the embassy's initial recommendation was out of the fear of that he may be detained for unknown reasons. (break)

Thank you,

Najdiya/ Washington

(signature)

11/14/2001 AD (Signature)

29/8

**CONFIDENTIAL:**
**This document is subject to a protective order**
**Regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

LEITZ

Royal Embassy of
Saudi Arabia
Washington

سفارة المملكة العربية السعودية
واشنطن

**برقية صادرة**

١٧٠٠

رقم البرقية ٩٧/٥٠١ / ت
التاريخ ٢٢/٨/١٤٢٢هـ

رقم الملف ١١
المرفقات: —

" سـرية / عاجلـه "

مقـام وزارة الخارجيـة الجليلـة / الرياض

بالإشـارة الى برقيـة مقـام الوزارة رقـم ٩٧/٢٠/١١٠٢٥٧/١ وتاريـخ ١٤٢٢/٨/٢٧هـ حـول موضوع الشـيخ / فهـد بن إبراهيم التميري ( فاصلـه )

نـود الإفـادة بعـدم ورود أي إستفسار رسمي عنه وليس عليه أي شـبهة وقـد قامت السفارة بالإفـادة بما نما الى علم القنصلية في لوس أنجليس من الدكـتور خلـيل الخليل ، رئيس مجلس أمناء مؤسسة الشيخ إبن تيمية ، وكان إقتراح السفارة تابـع من خشيتها من إحتجازه لأي سـبب غير معروف ( فاصلـه )

مـع تحياتنـا ،،،

نجـدية / واشـنطن

٢٠٠١/١١/١٤م

KSA0000007665

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.