# EXHIBIT 205

# Certification of Translation

**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

May 23, 2022

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from «Arabic» into «English» of the attached document:

«KSA0000001224»

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

*Benardette McEvoy*
Benardette McEvoy
Principal Account Manager
Linguistic Systems

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

Kingdom of Saudi Arabia

Ministry of Foreign Affairs

<u>Sent Cable</u>

Cable number: <u>97/ 20 (1/ 110257)</u>   File number: <u>751</u>

Date: <u>27/8/1422 Hijri [11/12/2001]</u>   Attachments: <u>None</u>

Very Urgent and Confidential

**Washington DC**

In reference to your cable number 501/ 94/ 72/ 1667 dated 24/ 8/ 1422 Hijri [11/ 9/ 2001] regarding Mr. Fahd Althumairi and your recommendation that he should return to work as soon as possible,

We would like you to elaborate on what you sent to us in your last cable number 501/ 94/ 72/ 1449 dated 2/ 8/ 1422 Hijri [10/ 18/ 2001] regarding FBI agents' inquiring about Mr. Althumairi and whether he is no longer "a person of interest" to them so he can return to work?

Thank you very much.

The Ministry of Foreign Affairs

(very urgent,
Mr. Azzam Alqin,
Please call Mr. Mohamed Alsalloum, the consul in Los Angeles,
and forward his answer to me immediately
31/10)

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000001224

المملكة العربية السعودية
وزارة الخارجية

برقية صادرة

رقم البرقية: ٢٥٧/١١/٢٠
رقم الملف: ١٥١
التاريخ: ٢٨/٨/٢٤٢٢هـ
المرفقات: ـــ

عاجلة جداً

نجدية/واشنطن

إشارة لبرقيتكم رقم ١٦٦٧/٧٢/٩٤/٥٠١ وتاريخ ١٤٢٢/٨/٢٤هـ حول موضوع الشيخ/فهد الثميري ، وما ارتأيتموه من عودته الفورية لمقر عمله.

نأمل منكم الإفادة عما ورد في برقيتكم السابقة رقم ١/٧٢/٩٤/٥٠١ ١٤٤٩ وتاريخ ١٤٢٢/٨/٢هـ عن سؤال رجال المباحث الفيدرالية الأمريكية عن المذكور ، وهل انتهى السؤال عنه نهائيا من قبلهم حتى يتسنى له العودة؟

مع أطيب التحيــــــــــــــــــات ،،،

عابد بن عبد الله الخارجيـــــــــة

KSA0000001224

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.