# EXHIBIT 206

# Certification of Translation

**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

May 23, 2022

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from «Arabic» into «English» of the attached document:

«KSA0000001225»

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

Benardette McEvoy
Principal Account Manager
Linguistic Systems

**Linguistic Systems, Inc.**
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

Ministry of Foreign Affairs

Embassy of Saudi Arabia

Washington DC

Mr. Ambassador,

With regards to Mr. Fahd Althumairi, the consul reported that he does not think Althumairi is a "person of interest" as there was no formal request to question him personally. The information came via Dr. Khalil Alkhalil, who later realized that the issue was blown out of proportion.

The consul welcomes the return of Mr. Althumairi. If U.S. authorities are still interested in asking him questions, it wouldn't be different from the many others who were questioned.

> To inform the ministry that there was no official inquiry about him and that he is not suspected of any crimes. It is also recommended to ask Dr. Khalil Alkhalil about the issue. The embassy's recommendation was for fear that he might be detained for an unknown reason.

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

KSA0000001225



**ROYAL EMBASSY OF SAUDI ARABIA**

WASHINGTON, D.C.

سعادة السيد

بالنسبة للسيد محمد الشهري أفاد سعادة القنصل بأنه لا يعتقد بأن السيد موضع للشبهة و لم يرد طلب مباشرة بصفة رسمية و إنما وردت المعلومة عبر طرف/شخص مجهول بسبب ذلك شعر بأن هناك لا شك بأن الموضوع طرح بشكل أبعد ما يكون عن جهة ...

وأنه سعادته يرحب بعودة السيد و إذا كان هناك ضمان رفيع يبعد عن المنطقة المطاح بها في حسنه عليه و ضعه للسفر فيرد مسروراً ...

كذلك

تبلغ الموافقة لسمو ميرود إلى إستقبال مرحب عنه وليس عليه أي شبهة ورسم الرفض الإستقبال ستة د. حنين الخليل بسبب صعوبة الأمر وكايته اقتراح إبعاد ثانية يبقى بهذه صعب المجانبة رب سبب غير معروف.