# EXHIBIT 207

# Certification of Translation

**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

March 1, 2024

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

**KSA0000000612**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

*[signature]*

Amr Abualy
Project Manager
Linguistic Systems

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

Kingdom of Saudi Arabia
Ministry of Foreign Affairs



## Outgoing Cable

<u>115/127/1</u>

Cable number: *97/20*  File number: *779*

Date: *09/09/1422 AH* [11/24/2001 AD]  Attachments: --

---

His Royal Highness Minister of State, Member of the Council of Ministers, and Chief of Staff of the Council of Ministers

CC with regards to His Royal Highness the Minister of Interior

CC to his Excellency the Minister of Islamic Affairs, Endowments, Dawah, and Guidance

Further to my cable no. 97/20/100021/1 dated 08/08/1422 AH [10/24/2001 AD] regarding the matter of Sheikh Fahd Ibrahim Al Thumairi,

Please be informed, your Highness, that His Majesty's Embassy in Washington has recently sent a cable stating that the aforementioned individual can return to work after it became clear that the inquiry into him have ended and that he is not under suspicion. The Embassy is of the view that he must return to his work as the mosque's imam, particularly during this holy month.

Please review and present to His Majesty.

Please, your Royal Highness, accept my best regards,

[Illegible] and Guidance
[Illegible] Confidential [illegible]
No.: *2088*
Date: *12/09/14*22 AH
Attachments: --

**Ministry of Foreign Affairs**
Cables Department

Saud Al Faisal

Minister of Foreign Affairs

**Ministry of Islamic Affairs, Endowments, Dawah, and Guidance**
**Office of the Minister**
Record no.: *11770*
Date: *10/09/14*22 AH [11/25/2001 AD]
Attachments:

---

**CONFIDENTIAL:**
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

KSA0000000612



المملكة العربية السعودية
وزارة الخارجية

برقية صادرة

رقم البرقية: ٢٠١٥٧
التاريخ: ٢٢/٥/٩

رقم الملف: ٧٧٩/

المرفقات:

صاحب السمو الملكي وزير الدولة عضو مجلس الوزراء
ورئيس ديوان رئاسة مجلس الوزراء

نسخة مع الاحترام لصاحب السمو الملكي وزير الداخلية
نسخة لمعالي وزير الشئون الإسلامية والأوقاف والدعوة والإرشاد

إلحاقاً ببرقيتي رقم ٩٧/٢٠/٢١ ١٠٠٠/١ وتاريخ ١٤٢٢/٨/٨هـ حول موضوع الشيخ/ فهد بن إبراهيم الثميري.
أفيد سموكم بأن سفارة مولاي في واشنطن أبرقت مؤخراً مفيدة بأنه يمكن للمذكور العودة لمباشرة عمله، بعد أن تبيّن أن الاستفسارات انتهت وليس عليه أي شبهة. كما ترى السفارة بضرورة عودته لمواصلة عمله لإمامة المسجد وخاصة خلال هذا الشهر الكريم.

آمل الاطلاع والعرض عن ذلك على النظر الكريم،،،
ولسموكم أطيب التحيــــات،،،



سعود الفيصل
وزير الخارجية




CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000000612