# EXHIBIT 208



**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

March 1, 2024

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

**KSA0000001204**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

Amr Abualy
Project Manager
Linguistic Systems

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

In the Name of God, the Most Merciful, the Most Compassionate,

**Embassy of the Kingdom of Saudi Arabia Washington**



Outgoing Cable

Cable number: *501/94/72/1667*  
Date: *24/08/1422 AH* [11/09/2001 AD]

File number: *11*  
Attachments: *None*

**Confidential and Urgent**

**[Ministry of] Foreign Affairs, Riyadh**

Further to our cable number 501/94/72/1449 dated 02/08/1422 AH [18 October 2001 AD], which included delaying the return of Shaykh Fahd Al Thumairi, Imam of King Fahd Mosque in Los Angeles, who is in Riyadh at the present time, to his job in America due to the inquiry into him [STOP] Please be informed that the aforementioned individual can return to resume his work and note that he is known for his stability and loyalty to his country and is beyond suspicion [STOP] We are of the view that it is important for him to return to continue his work as imam of the mosque, particularly because the blessed month of Ramadan is approaching [STOP] Best regards.

*Al Jarrah*

[Illegible]  
[Signature]  
11/09

**Washington Mission**  
[Signature]  
*11/09/2001 AD*

F/Bostani

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

KSA0000001204




السفارة الملكية العربية السعودية
واشنطن

برقية صادرة

رقم البرقية: ١٣٣٢٧/٧٤/٩٤/م    رقم الملف: ١١
التاريخ: ٢٤/٨/١٤٢٢هـ    المرفقات: سيرة

سرية وعاجلة

الخارجية الرياض

الحاقا إلى برقيتنا رقم ١٠١/٩٤/٢٢/١٤٢١ وتاريخ ٢/٨/١٤٢٢هـ المتضمنة التريث في عودة الشيخ فهد الثميري إمام مسجد الملك فهد في لوس أنجلوس والمتواجد حاليا في الرياض للعودة إلى عمله في أمريكا نظرا للسؤال عنه (فاصلة) نشيدكم بأنه يمكن للمذكور العودة لمباشرة عمله علما بأنه معروف باتزانه وإخلاصه لوطنه وهو بعيد عن الشبهات (فاصلة) ونرى ضرورة عودته حاليا حتى يواصل عمله لإمامة المسجد خاصة مع قرب حلول شهر رمضان المبارك (فاصلة) أطيب تحياتنا.

بجدية واشنطن

ق/بستاني

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000001204