# EXHIBIT 209



**Certification of Translation**

**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

May 17, 2022

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from «Arabic» into «English» of the attached document:

«KSA0000000568»

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

_____
Benardette McEvoy
Principal Account Manager
Linguistic Systems

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

| | |
|---|---|
| Kingdom of Saudi Arabia | Ref 1/ 2/ 1244/ S |
| Ministry of Islamic Affairs, Da'wa, and Guidance | Date: 9/13/1422 Hijri [28 November 2001] |
| Minister's Office | Attachments: |

## Extremely Confidential and Urgent

Ministry Deputy for Islamic Affairs, Preaching, and Guidance

Greetings,

In reference to your order in the telegram No. 38315 dated 9/12/1422 [28 November 2001] stating that Mr. Fahd Althumairi, who was sent by the ministry to the United States, can now return to work after it was found out that he is under no suspicions. The embassy sees the need for him to return and resume his work as the Imam of King Fahd Mosque during this holy month.

Please implement this, and inform all parties involved as soon as possible.

Thank you very much.

Minister of Islamic Affairs, Da'wa, and Guidance
Saleh Bin Abdulaziz Bin Mohamed Al Sheik

---

Ministry of Islamic Affairs, Da'wa and Guidance
deputy minister for Mosques, Da'wa and Guidance Affairs
Registry No.: 1148
Date: 9/13/1422 [28 November, 2001]
Attachments: -

---

To the assistant deputy of For Da'wa to enforce it
9/13/1422 [28 November, 2001]

Very Urgent

To Da'wa abroad
9/16/1422 [01 December, 2001]

---

Ministry of Islamic Affairs, Da'wa and Guidance
General Directorate of Abroad Da'wa
Confidential - Incoming
Registry No.: 306
Date: 9/16/1422 [01 December, 2001]

---

Ministry of Islamic Affairs, Da'wa and Guidance
Assistant Deputy for Da'wa Affairs
Secret Office
Registry No.: 267

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

KSA0000000568




بسم الله الرحمن الرحيم

الرقم: ١١/١٤/٤٤٤٨/س
التاريخ: ١٤٢٢/٩/١٣هـ
المشفوعات:

سري وعاجل جداً

فضيلة وكيل الوزارة لشؤون المساجد والدعوة والإرشاد       وفقه الله

سلام عليكم ورحمة الله وبركاته .. أما بعد :

فأشير إلى التوجيه الكريم بالبرقية ذات الرقم ٣٨٢١٥ المؤرخة في ١٤٢٢/٩/١٢هـ المتضمن أنه يكن للشيخ/ فهد الثميري الموفد من قبل الوزارة إلى أمريكا العودة لمباشرة عمله بعد أن تبيَّن أنه ليس عليه شبهة وأن السفارة ترى ضرورة عودته لمواصلة عمله لإمامة المسجد خلال هذا الشهر الكريم .

فاعتمدوا ذلك وأبلغوه وأبلغوا الجهات التابعة للوكالة بمضمونه عاجلاً .

راجياً للجميع العون والتوفيق .

والسلام عليكم ورحمة الله وبركاته ،،،

وزير الشؤون الإسلامية والأوقاف
والدعوة والإرشاد

صالح بن عبدالعزيز بن محمد آل الشيخ



CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000000568