# EXHIBIT 210





Summary of Salaries owed
From 3/01 till 7/31/02

*Any amounts due should start from March 2001...*

| Name | Monthly Base Salary | No. of months owed | From (Mo-yr) | To (Mo-Yr) | Total owed as of 7/31/02 |
|---|---|---|---|---|---|
| Fahad Al_Thumairy | $750.00 | 14.66 | April-01 | July-02 | $11,050.00 |
| T. B. Shuaib | $3,000.00 | 4.99 | March-02 | July-02 | $14,987.71 |
| A. Hafiz Kabhoj | $1,600.00 | 10.00 | February-01 (March 01) | December-01 | $16,000.00 |
| U. Madha | $2,000.00 | 6.79 | January-02 | July-02 | $11,550.00 |
| Yusif Osman | $1,000.00 | 1.73 | May-01 | July-01 | $1,773.73 |
| A. Rashid | $1,000.00 | 2.00 | October-01 | December-01 | $1,999.99 |
| Amin Rifat | $1,500.00 | 2.67 | May-02 | July-02 | $4,000.00 |
| Ebrahim Manjra | $500.00 | 4.00 | March-02 | July-02 | $2,000.00 |
| Omar Ibrahim | $400.00 | 1.00 | July-02 | July-02 | $400.00 |
| Moustafa Meto | $2,000.00 | 1.25 | June-02 | July-02 | $2,500.00 |
| Total | | | | | $66,261.43 |
| | | | | | |
| Bachir Chougui | $1,600.00 | 5.62 | February-01 (March 01) | July-01 | $9,000.00 |
| At-Tayyib | $1,600.00 | 1.00 | August-01 | August-01 | $1,600.00 |
| Abdullah | $500.00 | 4.00 | September-01 | December-01 | $2,000.00 |
| Sub Total | | | | | $12,600.00 |
| | | | | | |
| Grand Total | | | | | $78,861.43 |

Prepared by U.M. Madha, (Date & signature)

11004 Washington Boulevard, Culver City, California 90232 U.S.A.   (310) 204-1250 Fax: (310) 204-1260

**CONFIDENTIAL:**
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000007196

King Fahad Mosque
10980 Washington Blvd
Culver City CA 90232-4025

**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

KSA0000007197




مؤسسة شيخ الإسلام ابن تيمية

مسجد الملك فهد

Summary of Salary owed till 7/31/02

| Name | Monthly Base Salary | No. of months owed | From (Mo-yr) | To (Mo-Yr) | Total owed as of 7/31/02 |
|---|---|---|---|---|---|
| Fahad Al_Thumairy | $750.00 | 14.66 | April-01 | July-02 | $11,050.00 |
| T. B. Shuaib | $3,000.00 | 4.99 | March-02 | July-02 | $14,987.71 |
| A. Hafiz Kabhoj | $1,600.00 | 10.00 | February-01 | December-01 | $16,000.00 |
| U. Madha | $2,000.00 | 6.79 | January-02 | July-02 | $11,550.00 |
| Yusif Osman | $1,000.00 | 1.73 | May-01 | July-01 | $1,773.73 |
| A. Rashid | $1,000.00 | 2.00 | October-01 | December-01 | $1,999.99 |
| Amin Rifat | $1,500.00 | 2.67 | May-02 | July-02 | $4,000.00 |
| Ebrahim Manjra | $500.00 | 4.00 | March-02 | July-02 | $2,000.00 |
| Omar Ibrahim | $400.00 | 1.00 | July-02 | July-02 | $400.00 |
| Moustafa Meto | $2,000.00 | 1.25 | June-02 | July-02 | $2,500.00 |
| Total | | | | | $66,261.43 |
| | | | | | |
| Bachir Chougui | $1,600.00 | 5.62 | February-01 | July-01 | $9,000.00 |
| At-Tayyib | $1,600.00 | 1.00 | August-01 | August-01 | $1,600.00 |
| Abdullah | $500.00 | 4.00 | September-01 | December-01 | $2,000.00 |
| Sub Total | | | | | $12,600.00 |
| | | | | | |
| Grand Total | | | | | $78,861.43 |

Prepared by U.M. Madha

11004 Washington Boulevard, Culver City, California 90232 U.S.A.    (310) 204-1250 Fax: (310) 204-1260

**CONFIDENTIAL:**
**This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.**

KSA0000007198