# EXHIBIT 211

## FILED UNDER SEAL

June 11, 2021
EXHIBIT
al Bayoumi
0741

W E S T   C O A S T   U N I V E R S I T Y
4021 Rosewood Avenue, 2nd Floor, Los Angeles, CA 90004
(213) 383-8032

NAME : AL-BAYOUMI, OMAR AHMED
STUDENT ID : A000105[redacted]
ADMISSION DATE : 11/13/1995
BIRTH PLACE : Saudi Arabia

SSN : [redacted]
SEX : Male
BIRTH DATE: [redacted]/1957

CURRENT PROGRAM: Master of International Business Administration

Date Awarded

DEGREE/CERT 1 :

CREDENTIALS : KING ABDUL AZIZ UNIVERSITY
BS/BUSINESS ADMINISTRATION

---

<< TERM: 2, 95-96 >>

11/13/1995 - 1/20/1996

BMGT 314 Principles of Management 3.0 B

| | ATTEMPT | EARN | UHrs | GHrs | UPts | GPts | UGPA | GGPA |
|---|---|---|---|---|---|---|---|---|
| CURRENT TERM: | 3.0 | 3.0 | 3.0 | 0.0 | 9.0 | 0.0 | 3.00 | 0.00 |
| CUMULATIVE : | 3.0 | 3.0 | 3.0 | 0.0 | 9.0 | 0.0 | 3.00 | 0.00 |

<< TERM: 3, 95-96 >>

1/22/1996 - 3/16/1996

BMGT 312 Principles of Marketing (Directed Study) 3.0 B
BMGT 523 Intercultural Communications (Directed Study) 3.0 A

| | ATTEMPT | EARN | UHrs | GHrs | UPts | GPts | UGPA | GGPA |
|---|---|---|---|---|---|---|---|---|
| CURRENT TERM: | 6.0 | 6.0 | 3.0 | 3.0 | 9.0 | 12.0 | 3.00 | 4.00 |
| CUMULATIVE : | 9.0 | 9.0 | 6.0 | 3.0 | 18.0 | 12.0 | 3.00 | 4.00 |

<< TERM: 4, 95-96 >>

3/18/1996 - 5/11/1996

BMGT 317 Managerial Economics (Directed Study) 3.0 B

| | ATTEMPT | EARN | UHrs | GHrs | UPts | GPts | UGPA | GGPA |
|---|---|---|---|---|---|---|---|---|
| CURRENT TERM: | 3.0 | 3.0 | 3.0 | 0.0 | 9.0 | 0.0 | 3.00 | 0.00 |
| CUMULATIVE : | 12.0 | 12.0 | 9.0 | 3.0 | 27.0 | 12.0 | 3.00 | 4.00 |

*** = Course Does Not Affect GPA
SP = Satisfactory Progress
R = Repeated Course

July 20, 1999
Date Issued

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

W E S T   C O A S T   U N I V E R S I T Y
4021 Rosewood Avenue, 2nd Floor, Los Angeles, CA 90004
(213) 383-8032

NAME: : AL-BAYOUMI, OMAR AHMED    SSN : 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

<< TERM: 5, 95-96 >>

5/13/1996 - 7/06/1996

| | | | | |
|---|---|---|---|---|
| BMGT | 313 | Principles of Mgt Info Systems (Directed Study) | 3.0 | B |
| BMGT | 524 | Import-Export Mgt & Transportation (Dir Study) | 3.0 | B |
| BMGT | 525 | International Business Law (Directed Study) | 3.0 | A |

| | ATTEMPT | EARN | UHrs | GHrs | UPts | GPts | UGPA | GGPA |
|---|---|---|---|---|---|---|---|---|
| CURRENT TERM: | 9.0 | 9.0 | 3.0 | 6.0 | 9.0 | 21.0 | 3.00 | 3.50 |
| CUMULATIVE : | 21.0 | 21.0 | 12.0 | 9.0 | 36.0 | 33.0 | 3.00 | 3.67 |

<< TERM: 6, 95-96 >>

7/22/1996 - 9/14/1996

| | | | | |
|---|---|---|---|---|
| BMGT | 300 | Business Communications | 3.0 | B |
| BMGT | 652 | International Marketing and Operations (Dir. Stu.) | 4.0 | A |

7/26/1996 - 7/26/1996

| | | | | | |
|---|---|---|---|---|---|
| WKSP | 096 | Workshop in Information Retrieval | 0.0 | P | *** |

| | ATTEMPT | EARN | UHrs | GHrs | UPts | GPts | UGPA | GGPA |
|---|---|---|---|---|---|---|---|---|
| CURRENT TERM: | 7.0 | 7.0 | 3.0 | 4.0 | 9.0 | 16.0 | 3.00 | 4.00 |
| CUMULATIVE : | 28.0 | 28.0 | 15.0 | 13.0 | 45.0 | 49.0 | 3.00 | 3.77 |

<< TERM: 1, 96-97 >>

9/16/1996 - 11/09/1996

| | | | | |
|---|---|---|---|---|
| BMGT | 311 | Principles of Finance (Directed Study) | 3.0 | B |
| BMGT | 551 | International Economics | 3.0 | B |
| BMGT | 690A | International Comparative Management | 1.5 | A |

| | ATTEMPT | EARN | UHrs | GHrs | UPts | GPts | UGPA | GGPA |
|---|---|---|---|---|---|---|---|---|
| CURRENT TERM: | 7.5 | 7.5 | 3.0 | 4.5 | 9.0 | 15.0 | 3.00 | 3.33 |
| CUMULATIVE : | 35.5 | 35.5 | 18.0 | 17.5 | 54.0 | 64.0 | 3.00 | 3.66 |

<< TERM: 2, 96-97 >>

11/11/1996 - 1/18/1997

| | | | | |
|---|---|---|---|---|
| BMGT | 654 | International Finance | 3.0 | B |
| BMGT | 690B | International Comparative Management | 1.5 | B |

*** = Course Does Not Affect GPA
SP = Satisfactory Progress    July 20, 1999
R = Repeated Course    Page 2 of 3    Date Issued

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

W E S T   C O A S T   U N I V E R S I T Y
4021 Rosewood Avenue, 2nd Floor, Los Angeles, CA 90004
(213) 383-8032

NAME: : AL-BAYOUMI, OMAR AHMED    SSN : 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

<< TERM: 2, 96-97 >>

11/11/1996 - 1/18/1997

| | ATTEMPT | EARN | UHrs | GHrs | UPts | GPts | UGPA | GGPA |
|---|---|---|---|---|---|---|---|---|
| CURRENT TERM: | 4.5 | 4.5 | 0.0 | 4.5 | 0.0 | 13.5 | 0.00 | 3.00 |
| CUMULATIVE : | 40.0 | 40.0 | 18.0 | 22.0 | 54.0 | 77.5 | 3.00 | 3.52 |

This information is confidential as defined in Public Law 93-380. It is not to be given to a third party without express written consent of the student(s) concerned. Transcript is unofficial if seal on envelope is broken.

<< END OF TRANSCRIPT >>

وزارة التعليم العالي   الملحقية الثقافية بأمريكا
تصادق بأن هذه الشهادة/الوثيقة
صادرة من Wast Coast University
باسم عمر أحمد مصطفى البيومي
علما بأن هذه المصادقة لا تعني معادلتها
وسجلت بالملحقية برقم PS 1482
وتاريخ ٢٨/٤/١٤٢٠هـ ١٠/٨/١٩٩٩م
مدير/[illegible]
التوقيع
ختم الملحقية

REGISTRAR

*** = Course Does Not Affect GPA
SP = Satisfactory Progress
R = Repeated Course

July 20, 1999
Date Issued

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.



# WEST COAST UNIVERSITY

4021 Rosewood Ave.-2nd floor
Los Angeles, CA 90004
213/383-8032

## Records Office

## TRANSCRIPT GUIDE

West Coast University does not issue partial transcripts of a student's record

ACCREDITATION - West Coast University is accredited by the Accrediting Commission for Senior Colleges and Universities of the Western Association of Schools and Colleges. The University is approved for education and instruction by the Superintendent of Public Instruction, State of California, also approved for Veteran's Educational Benefits and is authorized under Federal law to enroll non-immigrant alien students.

CALENDAR - Unless otherwise noted all course work completed at the University is under the semester system. The University's academic year is divided into six - eight week terms.

GRADING SYSTEM - West Coast University is on a 4.00 grading system. The following grade notations are used in computing the Grade Point Average (GPA—the quotient of grade points divided by earned units.)

| Grade | Grade points per unit credit |
|---|---|
| A | 4.00 |
| B | 3.00 |
| C | 2.00 |
| D | 1.00 (Undergraduate only) |
| F | 0.00 |
| I (Incomplete) | 0.00 Not computed in GPA |
| IP (In-progress) | 0.00 " |
| W (Withdrawn) | 0.00 " |
| NC (No credit) | 0.00 " |
| P (Pass) | 0.00 " |
| AU (Audit) | 0.00 " |
| CEU (Con't. Educ. Units) | 0.00 " |
| CR (Challenge Exam Pass) | 0.00 " |
| NP (Not Passing) | 0.00 " |

CLASSIFICATIONS - West Coast University classifies undergraduate students as freshmen who have earned less than 30 units; undergraduate students as sophomores who have earned 31 to 60 units; undergraduate students as juniors who have earned 61 to 90 units; and undergraduate students as seniors who have earned at least 91 units. Graduate students will be designated on a Graduate Academic Record.

COURSE NUMBERING SYSTEM - The proper interpretation of course numbers for West Coast University is as follows: courses numbered from 001-099 are remedial non-credit courses; 100-199 are primarily for freshmen; 200-299 are primarily for sophomores; 300-399 are primarily or juniors; 400-499 are primarily for seniors; 500-799 are primarily graduate courses. Contact the Office of The Dean of Students for an explanation of the course numbering system prior to 1970.

REPEATED COURSES - Undergraduate students may repeat, using the traditional grading system (A,B,C,D,F), those courses for which grades of D or F were earned. In computing the grade-point average of a student who repeats courses in which grades of D and F were earned, only the most recently earned grades and grade points shall be used for the first 12 units repeated. The original grade on the Student Record shall not be changed or eradicated. In the case of repetitions beyond the 12-unit limitation, both grades are considered in computing grade-point averages. Successful repetition of a course originally passed carries no additional unit credit toward a degree or credential, unless the repeated course carries the designation "may be repeated for credit". Graduate students may repeat a maximum of two graduate courses in which grades lower than B were earned, without academic penalty. The repeat grade only will be used to calculate the grade-point average. The original grade on the Scholastic Record shall not be changed or eradicated.

TRANSFER WORK - Transfer hours are counted for degree programs but are not computed in a student's campus GPA. All transfer courses listed on the transcript do not necessarily apply to a degree program. Academic action is computed at West Coast University using work earned only at West Coast University.

CONTINUING ENROLLMENT POLICY - Unless a statement to the contrary appears at the end of the record, the student is in good standing.

HONORS - The University recognizes outstanding achievement of Bachelor's degree recipients at graduation. Students who have maintained an exceptional grade-point average throughout the entire program will be considered for honors recognition. To be eligible, the student must have completed at least 60 units and achieved a grade-point average, based on the 4.0 point scale as follows: 3.40 - 3.59 Cum laude, 3.60 - 3.79 Magna cum laude, 3.80 - 4.00 Summa cum laude.

RELEASE OF INFORMATION - The following is considered to be "Directory Information" within the provisions of Public Law 93-380 and the applicable regulations, and may be issued to potential or actual employers, governmental agencies, or other educational institutions by the University at their written request unless and until written objection to the release of such information is received from the student: name of student, birthplace and date of student (for positive identification), student address and phone number, dates of attendance, degrees or other awards, major fields of study, most recent previous educational agency/institution attended by student. Otherwise, the Family Education Rights and Privacy Act of 1974 and later amendments prohibit release of information from this document to a third party without the student's written request.

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

Pg: 1: ALL ENGLISH

---

Pg 2: ALL ENGLISH

---

Pg 3:

Arabic stamp:

Kingdom of Saudi Arabia
Ministry of Higher Education
Cultural Mission to the United States

We hereby certify that this certificate/ document is issued by: West Coast University

Note that this verification does not mean the certificate has been equalized

Registration No. PS- 1482 Date: 28/4/1420 AH (8/10/1999 AD)

Director: Hamad Al Hammad Al Abdaly
Signature: [Signed]

Student No. ----

---

Pg. 4: ALL ENGLISH