# EXHIBIT 212
## REDACTED FOR PUBLIC FILING

Omar Al-Bayoumi
ID# [redacted]24

ACADEMIC RECORD

10455 POMERADO ROAD
SAN DIEGO, CALIFORNIA 92131

ADDRESS

6602 Beadnell Way
Apartment 6
San Diego, CA 92117

GRADE AND GRADE POINTS AWARDED
(Quarter Hour System)

| | | | | | |
|---|---|---|---|---|---|
| A | 4 | Superior | R | 0 | Repeated Course |
| B | 3 | Above Average | W | 0 | Withdrew |
| C | 2 | Average | WP | 0 | Withdrew Passing |
| D | 1 | Below Average | WF | 0 | Withdrew Failing |
| F | 0 | Failure | I | 0 | Incomplete |
| CR | 0 | Credit | P | 0 | In Progress |
| NC | 0 | No Credit | X | 0 | Audit |

BIRTHDATE [redacted]/57
Matric Date:

Class: Masters
Major1: Int'l. Business Admin. Conc1: Integrated Studies Minor1:

DEGREES AWARDED

Transfer work from West Coast University

| | | | |
|---|---|---|---|
| BMGT 523 | INTERCULTURAL COMMUNICATION | 4.50 | CR |
| BMGT 525 | INTERNATIONAL BUSINESS LAW | 4.50 | CR |
| BMGT524 | IMPORT & EXPORT MGT & TRANSPORT | 4.50 | CR |
| BMGT551 | INTERNATIONAL ECONOMICS | 4.50 | CR |
| BMGT652 | INTERNATIONAL MARKETING | 4.50 | CR |
| BMGT654 | INTERNATIONAL FINANCE | 4.50 | CR |
| BMGT690A | INTERNATIONAL COMPARATIVE MGMT | 4.50 | CR |

| | attempt | earn | pass | quality | points | gpa |
|---|---|---|---|---|---|---|
| ses | 31.50 | 31.50 | 31.50 | 0.00 | 0.00 | 0.000 |
| cum | 31.50 | 31.50 | 31.50 | 0.00 | 0.00 | 0.000 |

-------- Winter Quarter 1997 San Diego Business--------

| | | | |
|---|---|---|---|
| BUS5000 | GMAT PREPARATION | 0.00 | IS |
| BUS6010 | INTRODUCTION TO COMPETITIVE MANAGEMENT | 4.00 | B |
| BUS6050 | TOTAL QUALITY MANAGEMENT | 4.00 | B+ |
| IS6010 | INFORMATION SYSTEMS MANAGEMENT | 4.00 | A- |

| | Reg Hrs | Passed | Quality | Q-Pts. | GPA |
|---|---|---|---|---|---|
| Sess | 12.00 | 12.00 | 12.00 | 40.00 | 3.330 |
| Total Cum | | 43.50 | 12.00 | 40.00 | 3.330 |

-------- Spring Quarter 1997 San Diego Business--------

| | | | |
|---|---|---|---|
| BUS6020 | INTRODUCTION TO STRATEGIC MANAGEMENT | 4.00 | C |
| BUS6030 | LEADERSHIP AND MANAGEMENT OF CHANGE | 4.00 | C+ |
| BUS6040 | BUSINESS VALUES, ETHICS, AND SOCIETAL STRATEGY | 4.00 | B+ |
| IBA6710 | INTERNATIONAL BUSINESS INTERNSHIP | 4.00 | CR |

| | Reg Hrs | Passed | Quality | Q-Pts. | GPA |
|---|---|---|---|---|---|
| Sess | 16.00 | 16.00 | 12.00 | 30.40 | 2.530 |
| Total Cum | | 59.50 | 24.00 | 70.40 | 2.930 |

-------- Summer Quarter 1997 San Diego Business--------

| | | | |
|---|---|---|---|
| BUS6750 | INDEPENDENT STUDY: MKT HIGHER ED.IN ARABIAN GULF | 2.00 | A |

| | Reg Hrs | Passed | Quality | Q-Pts. | GPA |
|---|---|---|---|---|---|
| Sess | 2.00 | 2.00 | 2.00 | 8.00 | 4.000 |
| Total Cum | | 61.50 | 26.00 | 78.40 | 3.020 |

---------------- Fall Quarter 1997 ----------------

U.S. International University
Degree: Master of Int'l Bus Adm
Major: Int'l. Business Admin.
Date: 12/09/97

Joyce K. Lunt
Office of the Registrar APR 23 1998

وزارة التعليم العالي الملحقية الثقافية بأمريكا
إدارة المساندة الدراسية
تصادق بأن هذه الشهادة / الوثيقة
صادرة من: United States Int'l. Univ.
باسم: عمر أحمد مصطفى البيومي
وسجلت بالملحقية برقم: PS-1482
وتاريخ ٤ / ١ / ١٤١٩هـ - ١٩٩٨/٤/٣٠م
مدير الإدارة: عبدالمحسن السويلم
التوقيع:

ACADEMIC SUPPORT DEPT. SAUDI ARABIAN CULTURAL MISSION

The Family Educational Rights and Privacy Act of 1974 prohibits the release of this information without the student's written consent.

Page 1 of 1

June 11, 2021
EXHIBIT
al Bayoumi
0742

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.



Certification of Translation

COUNTY OF SUFFOLK
COMMONWEALTH OF MASSACHUSETTS

On this day of December 20, 2018

Linguistic Systems, Inc., 260 Franklin Street, Boston, Massachusetts 02110, completed the attached translation into English of the file:

KSA0000000908.pdf

I, Gabriela Bess, certify that the attached translation has been translated faithfully by a qualified and vetted linguist fluent in both Arabic and English and is a true and correct English version of the original Arabic, to the best of the linguist's knowledge and belief.

Gabriela Bess
Translation Project Manager

LSI Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 27001

Ministry of Higher Education

Saudi Cultural Mission in USA

Academic Support Department

This document is approved to be issued from United Stated International University

In the name of Omar Ahmed Mostafa Bayoumi

Registered under no.: PS-1482

Dated: 01/04/1419 – 04/03/1988

Signature: [Signature]

[Seal Saudi Cultural Mission in USA

Academic Support Department]

Omar Al-Bayoumi
ID# [redacted]24

ACADEMIC RECORD

10455 POMERADO ROAD
SAN DIEGO, CALIFORNIA 92131

ADDRESS

6602 Beadnell Way
Apartment 6
San Diego, CA 92117

GRADE AND GRADE POINTS AWARDED
(Quarter Hour System)

| | | | | | |
|---|---|---|---|---|---|
| A | 4 | Superior | R | 0 | Repeated Course |
| B | 3 | Above Average | W | 0 | Withdrew |
| C | 2 | Average | WP | 0 | Withdrew Passing |
| D | 1 | Below Average | WF | 0 | Withdrew Failing |
| F | 0 | Failure | I | 0 | Incomplete |
| CR | 0 | Credit | P | 0 | In Progress |
| NC | 0 | No Credit | X | 0 | Audit |

BIRTHDATE [redacted]57

Matric Date:

Class: Masters

Major1: Int'l. Business Admin. Conc1: Integrated Studies Minor1:

DEGREES AWARDED

Transfer work from West Coast University

| | | | |
|---|---|---|---|
| BMGT 523 | INTERCULTURAL COMMUNICATION | 4.50 | CR |
| BMGT 525 | INTERNATIONAL BUSINESS LAW | 4.50 | CR |
| BMGT524 | IMPORT & EXPORT MGT & TRANSPORT | 4.50 | CR |
| BMGT551 | INTERNATIONAL ECONOMICS | 4.50 | CR |
| BMGT652 | INTERNATIONAL MARKETING | 4.50 | CR |
| BMGT654 | INTERNATIONAL FINANCE | 4.50 | CR |
| BMGT690A | INTERNATIONAL COMPARATIVE MGMT | 4.50 | CR |

| | attempt | earn | pass | quality | points | gpa |
|---|---|---|---|---|---|---|
| ses | 31.50 | 31.50 | 31.50 | 0.00 | 0.00 | 0.000 |
| cum | 31.50 | 31.50 | 31.50 | 0.00 | 0.00 | 0.000 |

-------- Winter Quarter 1997 San Diego Business--------

| | | | |
|---|---|---|---|
| BUS5000 | GMAT PREPARATION | 0.00 | IS |
| BUS6010 | INTRODUCTION TO COMPETITIVE MANAGEMENT | 4.00 | B |
| BUS6050 | TOTAL QUALITY MANAGEMENT | 4.00 | B+ |
| IS6010 | INFORMATION SYSTEMS MANAGEMENT | 4.00 | A- |

| | Reg Hrs | Passed | Quality | Q-Pts. | GPA |
|---|---|---|---|---|---|
| Sess | 12.00 | 12.00 | 12.00 | 40.00 | 3.330 |
| Total Cum | | 43.50 | 12.00 | 40.00 | 3.330 |

-------- Spring Quarter 1997 San Diego Business--------

| | | | |
|---|---|---|---|
| BUS6020 | INTRODUCTION TO STRATEGIC MANAGEMENT | 4.00 | C |
| BUS6030 | LEADERSHIP AND MANAGEMENT OF CHANGE | 4.00 | C+ |
| BUS6040 | BUSINESS VALUES, ETHICS, AND SOCIETAL STRATEGY | 4.00 | B+ |
| IBA6710 | INTERNATIONAL BUSINESS INTERNSHIP | 4.00 | CR |

| | Reg Hrs | Passed | Quality | Q-Pts. | GPA |
|---|---|---|---|---|---|
| Sess | 16.00 | 16.00 | 12.00 | 30.40 | 2.530 |
| Total Cum | | 59.50 | 24.00 | 70.40 | 2.930 |

-------- Summer Quarter 1997 San Diego Business--------

| | | | |
|---|---|---|---|
| BUS6750 | INDEPENDENT STUDY: MKT HIGHER ED.IN ARABIAN GULF | 2.00 | A |

| | Reg Hrs | Passed | Quality | Q-Pts. | GPA |
|---|---|---|---|---|---|
| Sess | 2.00 | 2.00 | 2.00 | 8.00 | 4.000 |
| Total Cum | | 61.50 | 26.00 | 78.40 | 3.020 |

---------------- Fall Quarter 1997 ----------------

U.S. International University
Degree: Master of Int'l Bus Adm
Major: Int'l. Business Admin.
Date: 12/09/97

Joyce K. Hunt
Office of the Registrar APR 23 1998

وزارة التعليم العالي الملحقية الثقافية بأمريكا
إدارة المساندة الدراسية
تصادق بأن هذه الشهادة / الوثيقة
صادرة من: United States Int'l. Univ.
بإسم: عمر أحمد مصطفى البيومي
وسجلت بالملحقية برقم: PS - 1482
وتاريخ ٤ / ١ / ١٤١٩هـ - ٣ / ٤ / ١٩٩٨م
مدير الإدارة: عبد المحسن محمد المحسن
التوقيع:

SAUDI ARABIAN CULTURAL MISSION ACADEMIC SUPPORT DEPT.

The Family Educational Rights and Privacy Act of 1974 prohibits the release of this information without the student's written consent.

Page 1 of 1

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

Ministry of Higher Education

Saudi Cultural Mission in USA

Academic Support Department

This document is approved to be issued from United Stated International University

In the name of Omar Ahmed Mostafa Bayoumi

Registered under no.: PS-1482

Dated: 01/04/1419 – 04/03/1988

Signature: [Signature]

[Seal Saudi Cultural Mission in USA

Academic Support Department]