# EXHIBIT 213



June 11, 2021
EXHIBIT
al Bayoumi
0744

KSA0000000739