# EXHIBIT 214

# San Diego Community College
## Continuing Education Centers

# Certificate of Completion

This is to certify that

**Omar Ahmed Al-Bayoumi**

has successfully completed

*Microsoft PowerPoint 97*

_Ken Davis_
Instructor

_Ortega St. John_
ORTEGA ST. JOHN, Dean

**December 6, 1999**
Date

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000000740