# EXHIBIT 215

# San Diego Community College
## Continuing Education Centers
### Clairemont Center

# Certificate of Completion

*This is to certify that*

OMAR AL-BAYOUMI

*has successfully completed*

INTRODUCTION TO COMPUTERS

_____  
Instructor  
NGUYEN, HIEU

_____  
Dean

06/06/98  
Date

June 11, 2021  
EXHIBIT  
al Bayoumi  
**0745**

KSA0000000741