# EXHIBIT 216

UK/BM-1 TRANSLATION

IT IS FORBIDDEN TO REMOVE THIS FROM THE HOUSE

PECFOIA00041956

UK/BM-2 TRANSLATION

DECLARATION OF JIHAD [HOLY WAR]

AGAINST THE COUNTRY'S TYRANTS

MILITARY SERIES

[Emblem]: A drawing of the globe emphasizing the Middle East and Africa with a sword through the globe

[On the emblem:] Military Studies in the Jihad [Holy War] Against the Tyrants

PECFOIA00041957

UK/BM-3 TRANSLATION

[E] 19/220

        In the name of Allah, the merciful and compassionate

                            PRESENTATION

To those champions who avowed the truth day and night ...
... And wrote with their blood and sufferings these phrases ...

-*- The confrontation that we are calling for with the apostate
regimes does not know Socratic debates ..., Platonic ideals ...,
nor Aristotelian diplomacy.  But it knows the dialogue of bullets,
the ideals of assassination, bombing, and destruction, and the
diplomacy of the cannon and machine-gun.

*** ...
Islamic governments have never and will never be established through
peaceful solutions and cooperative councils.  They are established
as they [always] have been

        by pen and gun

                    by word and bullet

                            by tongue and teeth

PECFOIA00041958

UK/BM-4 TRANSLATION


In the name of Allah, the merciful and compassionate

Belongs to the guest house

Please do not remove it from the house except with permission.


[Emblem and signature, illegible]

PECFOIA00041959

UK/BM-5 TRANSLATION

Pledge, O Sister

To the sister believer whose clothes the criminals have stripped off.

To the sister believer whose hair the oppressors have shaved.

To the sister believer who's body has been abused by the human dogs.

To the sister believer whose ...

Pledge, O Sister

Covenant, O Sister ... to make their women widows and their children orphans.

Covenant, O Sister ... to make them desire death and hate appointments and prestige.

Covenant, O Sister ... to slaughter them like lambs and let the Nile, al-Asi, and Euphrates rivers flow with their blood.

Covenant, O Sister ... to be a pick of destruction for every godless and apostate regime.

Covenant, O Sister ... to retaliate for you against every dog who touch you even with a bad word.

PECFOIA00041960

UK/BM-6 TRANSLATION

In the name of Allah, the merciful and compassionate

Thanks be to Allah.  We thank him, turn to him, ask his forgiveness, and seek refuge in him from our wicked souls and bad deeds.  Whomever Allah enlightens will not be misguided, and the deceiver will never be guided.  I declare that there is no god but Allah alone; he has no partners.  I also declare that Mohammed is his servant and prophet.

[Koranic verses]:

"O ye who believe!  Fear Allah as He should be feared, and die not except in a state of Islam"

"O mankind! Fear your guardian lord who created you from a single person.  Created, out of it, his mate, and from them twain scattered [like seeds] countless men and women; fear Allah, through whom ye demand your mutual [rights], and be heedful of the wombs [that bore you]: for Allah ever watches over you."

"O ye who believe! Fear Allah, and make your utterance straight forward: That he may make your conduct whole and sound and forgive you your sins. He that obeys Allah and his messenger, has already attained the great victory."

Afterward,

The most truthful saying is the book of Allah and the best guidance is that of Mohammed, God bless and keep him. [Therefore,] the worst thing is to introduce something new, for every novelty is an act of heresy and each heresy is a deception.

PECFOIA00041961

UK/BM-7 TRANSLATION

Introduction

Martyrs were killed, women were widowed, children were orphaned, men were handcuffed, chaste women's heads were shaved, harlots' heads were crowned, atrocities were inflicted on the innocent, gifts were given to the wicked, virgins were raped on the prostitution alter ...

After the fall of our orthodox caliphates on March 3, 1924 and after expelling the colonialists, our Islamic nation was afflicted with apostate rulers who took over in the Moslem nation.  These rulers turned out to be more infidel and criminal than the colonialists themselves.  Moslems have endured all kinds of harm, oppression, and torture at their hands.

Those apostate rulers threw thousands of the Haraka Al-Islamyia (Islamic Movement) youth in gloomy jails and detention centers that were equipped with the most modern torture devices and [manned with] experts in oppression and torture.  Those youth had refused to move in the rulers' orbit, obscure matters to the youth, and oppose the idea of rebelling against the rulers.  But they [the rulers] did not stop there; they started to fragment the essence of the Islamic nation by trying to eradicate its Moslem identity.  Thus, they started spreading godless and atheistic views among the youth.  We found some that claimed that socialism was from Islam, democracy was the [religious] council, and the prophet - God bless and keep him - propagandized communism.

Colonialism and its followers, the apostate rulers, then started to openly erect crusader centers, societies, and organizations like Masonic Lodges, Lions and Rotary clubs, and foreign schools.  They aimed at producing a wasted generation that pursued everything that is western and produced rulers, ministers, leaders, physicians, engineers, businessmen, politicians, journalists, and information specialists. [Koranic verse:] "And Allah's enemies plotted and planned, and Allah too planned, and the best of planners is Allah."

PECFOIA00041962

UK/BM-8 TRANSLATION

They [the rulers] tried, using every means and [kind of] seduction, to produce a generation of young men that did not know [anything] except what they [the rulers] want, did not say except what they [the rulers] think about, did not live except according to their [the rulers'] way, and did not dress except in their [the rulers'] clothes. However, majestic Allah turned their deception back on them, as a large group of those young men who were raised by them [the rulers] woke up from their sleep and returned to Allah, regretting and repenting.

The young men returning to Allah realized that Islam is not just performing rituals but a complete system: Religion and government, worship and Jihad [holy war], ethics and dealing with people, and the Koran and sword. The bitter situation that the nation has reached is a result of its divergence from Allah's course and his righteous law for all places and times. That [bitter situation] came about as a result of its children's love for the world, their loathing of death, and their abandonment of Jihad [holy war].

Unbelief is still the same. It pushed Abou Jahl- may Allah curse him - and Kureish's valiant infidels to battle the prophet - God bless and keep him - and to torture his companions - may Allah's grace be on them. It is the same unbelief that drove Sadat, Hosni Mubarak, Gadhafi, Hafez Assad, Saleh, Fahed - Allah's curse be upon the non-believing leaders - and all the apostate Arab rulers to torture, kill, imprison, and torment Moslems.

These young men realized that an Islamic government would never be established except by the bomb and rifle. Islam does not coincide or make a truce with unbelief, but rather confronts it.

The confrontation that Islam calls for with these godless and apostate regimes, does not know Socratic debates, Platonic ideals nor Aristotelian diplomacy. But it knows the dialogue of bullets, the ideals of assassination, bombing, and destruction, and the diplomacy of the cannon and machine-gun.

The young came to prepare themselves for Jihad [holy war], commanded by the majestic Allah's order in the holy Koran. [Koranic verse:] "Against them make ready your strength to the utmost of your power, including steeds of war, to strike terror into (the hearts of) the enemies of Allah and your enemies, and others besides whom ye may not know, but whom Allah doth know."

PECFOIA00041963

UK/BM-9 TRANSLATION

I present this humble effort to these young Moslem men who are pure, believing, and fighting for the cause of Allah.  It is my contribution toward paving the road that leads to majestic Allah and establishes a caliphate according to the prophecy.

According to Imam Ahmad's account, the prophet - God bless and keep him - said, ...

[A few lines of Hadith verses, not translated]

PECFOIA00041964

UK/BM-10 TRANSLATION

FIRST LESSON

GENERAL INTRODUCTION

PECFOIA00041965

UK/BM-11 TRANSLATION

5-    We cannot resist this state of ignorance unless we unite our ranks, and adhere to our religion.  Without that, the establishment of religion would be a dream or illusion that is impossible to achieve or even imagine its achievement.  Sheik Ibn Taimia - may Allah have mercy on him - said, "The interests of all Adam's children would not be realized in the present life, nor in the next, except through assembly, cooperation, and mutual assistance.  Cooperation is for achieving their interests and mutual assistance is for overcoming their adversities.  That is why it has been said, 'man is civilized by nature.'  Therefore, if they unite there will be favorable matters that they do, and corrupting matters to avoid.  They will be obedient to the commandment of those goals and avoidant of those immoralities.  It is necessary that all Adam's children obey."

He [Sheik Inb Taimia] then says, "It should be understood that governing the people's affairs is one of the greatest religious obligations.  In fact, without it, religion and world [affairs] could not be established.  The interests of Adam's children would not be achieved except in assembly, because of their mutual need.  When they assemble, it is necessary to [have] a leader.  Allah's prophet - God bless and keep him - even said, 'If three [people] come together let them pick a leader.'  He then necessitated the rule by one of a small, non-essential travel assembly in order to draw attention to the remaining types of assembly.  Since Allah has obligated us to do good and avoid the unlawful, that would not be done except through force and lording.  Likewise, the rest of what he [God] obligated [us with] would not be accomplished except by force and lordship, be it Jihad [holy war], justice, pilgrimage, assembly, holidays, support of the oppressed, or the establishment of boundaries.  That is why it has been said, "the sultan is Allah's shadow on earth.[*]"

[*]: The book "Tharwat Al-Sinam Fe Al-Ta'at wa Al-Nizam," by Ibrahim Al-Masri, copying from Al-Fannawi Ibn Taimi'a collection, 28-380.

UK/BM-12 TRANSLATION

Principles of Military Organization:

Military Organization has three main principles without which it cannot be established.

1.    Military Organization commander and advisory council
2.    The soldiers (individual members)
3.    A clearly defined strategy

Military Organization Requirements:

The Military Organization dictates a number of requirements to assist it in confrontation and endurance.  These are:

1.    Forged documents and counterfeit currency
2.    Apartments and hiding places
3.    Communication means
4.    Transportation means
5.    Information
6.    Arms and ammunition
7.    Transport

Missions Required of the Military Organization:

The main mission for which the Military Organization is responsible is:

The overthrow of the godless regimes and their replacement with an Islamic regime.  Other missions consist of the following:

1.    Gathering information about the enemy, the land, the installations, and the neighbors.
2.    Kidnaping enemy personnel, documents, secrets, and arms.
3.    Assassinating enemy personnel as well as foreign tourists.
4.    Freeing the brothers who are captured by the enemy.
5.    Spreading rumors and writing statements that instigate people against the enemy.
6.    Blasting and destroying the places of amusement, immorality, and sin; not a vital target.
7.    Blasting and destroying the embassies and attacking vital economic centers.
8.    Blasting and destroying bridges leading into and out of the cities.

UK/BM-13 TRANSLATION

Importance of the Military Organization:

1.  Removal of those personalities that block the call's path.
    [A different handwriting:] All types of military and civilian
    intellectuals and thinkers for the state.
2.  Proper utilization of the individuals' unused capabilities.
3.  Precision in performing tasks, and using collective views on
    completing a job from all aspects, not just one.
4.  Controlling the work and not fragmenting it or deviating from
    it.
5.  Achieving long-term goals such as the establishment of an
    Islamic state and short-term goals such as operations against
    enemy individuals and sectors.
6.  Establishing the conditions for possible confrontation with
    the regressive regimes and their persistence.
7.  Achieving discipline in secrecy and through tasks.

PECFOIA00041968

UK/BM-14 TRANSLATION

SECOND LESSON

NECESSARY QUALIFICATIONS AND CHARACTERISTICS

FOR THE ORGANIZATION'S MEMBER

PECFOIA00041969

## UK/BM-15 TRANSLATION

Necessary Qualifications fro the Organization's members

1- Islam:

The member of the Organization must be Moslem.  How can an unbeliever, someone from a revealed religion [Christian, Jew], a secular person, a communist, etc. protect Islam and Moslems and defend their goals and secrets when he does not believe in that religion [Islam]?  The Israeli Army requires that a fighter be of the Jewish religion.  Likewise, the command leadership in the Afghan and Russian armies requires any one with an officer's position to be a member of the communist party.

2- Commitment to the Organization's Ideology:

This commitment frees the Organization's members from conceptional problems.

3- Maturity:

The requirements of military work are numerous, and a minor cannot perform them.  The nature of hard and continuous work in dangerous conditions requires a great deal of psychological, mental, and intellectual fitness, which are not usually found in a minor.  It is reported that Ibn Omar - may Allah be pleased with him - said, "During Ahad [battle] when I was fourteen years of age, I was submitted [as a volunteer] to the prophet - God bless and keep him.  He refused me and did not throw me in the battle.  During Khandak [trench] Day [battle] when I was fifteen years of age, I was also submitted to him, and he permitted me [to fight].

4- Sacrifice:

He [the member] has to be willing to do the work and undergo martyrdom for the purpose of achieving the goal and establishing the religion of majestic Allah on earth.

5- Listening and Obedience:

In the military, this is known today as discipline.  It is expressed by how the member obeys the orders given to him.  That is what our religion urges.  The Glorious says, "O, ye who believe! Obey Allah and obey the messenger and those charged with authority among you."  In the story of Hazifa Ben Al-Yaman - may Allah have mercy on him - who was exemplary in his obedience to Allah's messenger - Allah bless and keep him.  When he [Mohammed] - Allah bless and keep him - sent him to spy on the Kureish and their allies during their siege of Madina, Hazifa said, "As he [Mohammed] called me by name to stand, he said, 'Go get me information about those people and do not alarm them about me.'

## UK/BM-16 TRANSLATION

As I departed, I saw Abou Soufian and I placed an arrow in the

PECFOIA00041970

bow.  I [then] remembered the words of the messenger - Allah
bless and keep him - 'do not alarm them about me.'  If I had
shot I would have hit him."

6- Keeping Secrets and Concealing Information
   [This secrecy should be used] even with the closest people,
   for deceiving the enemies is not easy.  Allah says, "Even though
   their plots were such that as to shake the hills! [Koranic
   verse]."  Allah's messenger - God bless and keep him - says,
   "Seek Allah's help in doing your affairs in secrecy."
   It was said in the proverbs, "The hearts of freemen are the
   tombs of secrets" and "Moslems' secrecy is faithfulness, and
   talking about it is faithlessness."  [Mohammed] - God bless
   and keep him - used to keep work secrets from the closest people,
   even from his wife A'isha- may Allah's grace be on her.

7. Free of Illness
   The Military Organization's member must fulfill this important
   requirement.  Allah says, "There is no blame for those who are
   infirm, or ill, or who have no resources to spend."

8. Patience
   [The member] should have plenty of patience for [enduring]
   afflictions if he is overcome by the enemies.  He should not
   abandon this great path and sell himself and his religion to
   the enemies for his freedom.  He should be patient in performing
   the work, even if it lasts a long time.

9. Tranquility and "Unflappability"
   [The member] should have a calm personality that allows him
   to endure psychological traumas such as those involving
   bloodshed, murder, arrest, imprisonment, and reverse
   psychological traumas such as killing one or all of his
   Organization's comrades. [He should be able] to carry out the
   work.

10. Intelligence and Insight
    When the prophet - Allah bless and keep him - sent Hazifa Ben
    Al-Yaman to spy on the polytheist and [Hafiza] sat among them,
    Abou Soufian said, "Let each one of you look at his companion."
     Hazifa said to his companion, "Who are you?"  The companion
    replied, "So-and-so son of so-and-so."

                    UK/BM-17 TRANSLATION


    In World War I, the German spy, Julius Seelber [PH] managed
    to enter Britain and work as a mail examiner due to the many
    languages he had mastered.  From the letters, he succeeded in
    obtaining important information and sent it to the Germans.

PECFOIA00041971

One of the letters that he checked was from a lady who had
written to her brother's friend in the fleet.  She mentioned
that her brother used to live with her until he was transferred
to a secret project that involved commercial ships.  When
Seelber read that letter, he went to meet that young woman and
blamed her for her loose tongue in talking about military
secrets.  He, skillfully, managed to draw out of her that her
brother worked in a secret project for arming old commercial
ships.  These ships were to be used as decoys in the submarine
war in such a way that they could come close to the submarines,
as they appeared innocent.  Suddenly, cannonballs would be
fired from the ships's hidden cannons on top of the ships, which
would destroy the submarines.  48 hours later that secret was
handed to the Germans.

11.  Caution and Prudence
In his battle against the king of Tomedia [PH], the Roman general
Speer [PH] sent an emissary to discuss with that king the matter
of truce between the two armies.  In reality, he had sent him
to learn about the Tomedians' ability to fight.  The general
picked, Lilius [PH], one of his top commanders, for that task
and sent with him some of his officers, disguised as slaves.
 During that mission, one of the king's officers, Sifax [PH]
pointed to one of the [disguised] slaves and yelled, "That slave
is a Roman officer I had met in a neighboring city.  He was
wearing a Roman uniform."  At that point, Lilius used a clever
trick and managed to divert the attention of the Tomedians from
that by turning to the disguised officer and quickly slapping
him on the face a number of times.  He reprimanded him for
wearing a Roman officer's uniform when he was a slave and for
claiming a status that he did not deserve.

PECFOIA00041972

UK/BM-18 TRANSLATION

The officer accepted the slaps quietly.  He bowed his head in humility and shame, as slaves do.  Thus, Sifax men thought that officer was really a slave because they could not imagine that a Roman officer would accept these hits without defending himself.

King Sifax prepared a big feast for Lilius and his entourage and placed them in a house far away from his camp so they could not learn about his fortifications.  They [the Romans] made another clever trick on top of the first one.  They freed one of their horses and started chasing him in and around the camp.  After they learned about the extent of the fortifications they caught the horse and, as planned, managed to abort their mission about the truce agreement.  Shortly after their return, the Roman general attacked King Sifax' camp and burned the fortifications.  Sifax was forced to seek reconciliation.

B. There was a secret agent who disguised himself as an American fur merchant.  As the agent was playing cards aboard a boat with some passengers, one of the players asked him about his profession.  He replied that he was a "fur merchant."  The women showed interest [in him] and began asking the agent - the disguised fur merchant - many questions about the types and prices of fur.  He mentioned fur price figures that amazed the women.  They started avoiding and regarding him with suspicion, as though he were a thief, or crazy.

12.  Truthfulness and Counsel
The Commander of the faithful, Omar Ibn Al-Khattab - may Allah be pleased with him - asserted that this characteristic was vital in those who gather information and work as spies against the Moslems' enemies.  He [Omar] sent a letter to Saad Ibn Abou Wakkas - may Allah be pleased with him - saying, "If you step foot on your enemies' land, get spies on them.  Choose those whom you count on for their truthfulness and advice, whether Arabs or inhabitants of that land.  Liars' accounts would not benefit you, even if some of them were true; the deceiver is a spy against you and not for you.

UK/BM-19 TRANSLATION

13.  Ability to Observe and Analyze
     The Israeli Mossad received news that some Palestinians were
     going to attack an Israeli El Al airplane.  That plane was going
     to Rome with Golda Meir - Allah's curse upon her - the Prime
     Minister at the time, on board.  The Palestinians had managed
     to use a clever trick that allowed them to wait for the arrival
     of the plane without being questioned by anyone.  They had
     beaten a man who sold potatoes, kidnaped him, and hidden him.
     They made two holes in the top of that peddler's cart and placed
     two tubes next to the chimney through which two Russian-made
     "Strella" [PH] missiles could be launched.  The Mossad officers
     traveled the airport back and forth looking for that lead them
     to the Palestinians.  One officer passed the potato cart twice
     without noticing anything.  On his third time, he noticed
     three chimneys, but only one of them was working with spoke
     coming out of it.  He quickly steered toward the cart and hit
     it hard.  The cart overturned, and the Palestinians were
     captured.[1]

14.  Ability to Act, Change Positions and Conceal Oneself
     a. [An example] is what Noaim Ibn Masoud had done in his mission
     to cause agitation among the tribes of Koraish, those of
     Ghatfan, and the Jews of Koreitha.  He would control his
     reactions and managed to skillfully play his role.  Without
     showing signs of inconsistency, he would show his interest and
     zeal towards the Jews one time and show his concern about the
     Koraish at another.

     b. In 1960, a car driven by an American colonel collided with
     a truck.  The colonel lost consciousness, and while unconscious
     at the hospital, he started speaking Russian

_____

1. This story is found in the book A'n Tarik Al-Khida' "By Way of
Deception Methods," by Victor Ostrovsky [PH].  The author claims
that the Mossad wants to kill him for writing that book.  However,
I believe that the book was authorized by the Israeli Mossad.

PECFOIA00041974

UK/BM-20 TRANSLATION

fluently.  It was later discovered that the colonel was a Soviet
spy who was planted in the United States.  He had fought in
Korea in order to conceal his true identity and to gather
information and critical secrets.  If not for the collision,
no one would have suspected or confronted him.

PECFOIA00041975

UK/BM-21 TRANSLATION

THIRD LESSON

COUNTERFEIT CURRENCY AND FORGED DOCUMENTS

PECFOIA00041976

UK/BM-22 TRANSLATION

Financial Security Precautions:

1.  Dividing operational funds into two parts: One part is to be invested in projects that offer financial return, and the other is to be saved and not spent except during operations.
2.  Not placing operational funds [all] in one place.
3.  Not telling the Organization members about the location of the funds.
4.  Having proper protection while carrying large amounts of money.
5.  Leaving the money with non-members and spending it as needed.


Forged Documents (Identity Cards, Records Books, Passports)

The following security precautions should be taken:

1.  Keeping the passport in a safe place so it would not be ceized by the security apparatus, and the brother it belongs to would have to negotiate its return (I'll give you your passport if you give me information)
2.  All documents of the undercover brother, such as identity cards and passport, should be falsified.
3.  When the undercover brother is traveling with a certain identity card or passport, he should know all pertinent [information] such as the name, profession, and place of residence.
4.  The brother who has special work status (commander, communication link, ...) should have more than one identity card and passport.  He should learn the contents of each, the nature of the [indicated] profession, and the dialect of the residence area listed in the document.
5.  The photograph of the brother in these documents should be without a beard.  It is preferable that the brother's public photograph [on these documents] be also without a beard.  If he already has one [document] showing a photograph with a beard, he should replace it.
6.  When using an identity document in different names, no more than one such document should be carried at one time.

UK/BM-23 TRANSLATION

7.  The validity of the falsified travel documents should always be confirmed.
8.  All falsification matters should be carried out through the command and not haphazardly (procedure control)
9.  Married brothers should not add their wives to their passports.
10. When a brother is carrying the forged passport of a certain country, he should not travel to that country.  It is easy to detect forgery at the airport, and the dialect of the brother is different from that of the people from that country.


Security Precautions Related to the Organizations' Given Names:

1.  The name given by the Organization [to the brother] should not be odd in comparison with other names used around him.
2.  A brother should not have more than one name in the area where he lives (the undercover work place)


UK/BM-24 TRANSLATION

PECFOIA00041978

FOURTH LESSON

Organization MILITARY BASES

"APARTMENTS - HIDING PLACES"

PECFOIA00041979

UK/BM-25 TRANSLATION

Definition of Bases:

* These are apartments, hiding places, command centers, etc. in which secret operations are executed against the enemy.

These bases may be in cities, and are [then] called homes or apartments.  They may be in mountainous, harsh terrain far from the enemy, and are [then] called hiding places or bases.

During the initial stages, the Military Organization usually uses apartments in cities as places for launching assigned missions, such as collecting information, observing members of the ruling regime, etc.

Hiding places and bases in mountains and harsh terrain are used at later stages, from which Jihad [holy war] groups are dispatched to execute assassination operations of enemy individuals, bomb their centers, and capture their weapons.  In some Arab countries such as Egypt, where there are no mountains or harsh terrain, all stages of Jihad work would take place in cities.  The opposite was true in Afghanistan, where initially Jihad work was in the cities, then the warriors shifted to mountains and harsh terrain.  There, they started battling the Communists.

Security Precautions Related to Apartments:

1.    Choosing the apartment carefully as far as the location, the size for the work necessary (meetings, storage, arms, fugitives, work preparation).
2.    It is preferable to rent apartments on the ground floor to facilitate escape and digging of trenches.
3.    Preparing secret locations in the apartment for securing documents, records, arms, and other important items.
4.    Preparing ways of vacating the apartment in case of a surprise attack (stands, wooden ladders).

UK/BM-26 TRANSLATION

5.  Under no circumstances should any one know about the apartment except those who use it.
6.  Providing the necessary cover for the people who frequent the apartment (students, workers, employees, etc.)
7.  Avoiding seclusion and isolation from the population and refraining from going to the apartment at suspicious times.
8.  It is preferable to rent these apartments using false names, appropriate cover, and non-Moslem appearance.
9.  A single brother should not rent more than one apartment in the same area, from the same agent, or using the same rental office.
10. Care should be exercised not to rent apartments that are known to the security apparatus [such as] those used for immoral or prior Jihad activities.
11. Avoiding police stations and government buildings.  Apartments should not be  rented near those places.
12. When renting these apartments, one should avoid isolated or deserted locations so the enemy would not be able to catch those living there easily.
13. It is preferable to rent apartments in newly developed areas where people do not know one another.  Usually, in older quarters people know one another and strangers are easily identified, especially since these quarters have many informers.
14. Ensuring that there is has been no surveillance prior to the members entering the apartment.
15. Agreement among those living in the apartment on special ways of knocking on the door and special signs prior to entry into the building's main gate to indicate to those who wish to enter that the place is safe and not being  monitored.  Such signs include hanging out a towel, opening a curtain, placing a cushion in a special way, etc.

UK/BM-27 TRANSLATION

16.  If there is a telephone in the apartment, calls should be
     answered in an agreed-upon manner among those who use the
     apartment.  That would prevent mistakes that would, otherwise,
     lead to revealing the names and nature of the occupants.
17.  For apartments, replacing the locks and keys with new ones.
      As for the other entities (camps, shops, mosques), appropriate
     security precautions should be taken depending on the entity's
     importance and role in the work.
18.  Apartments used for undercover work should not be visible from
     higher apartments in order not to expose the nature of the work.
19.  In a newer apartment, avoid talking loud because prefabricated
     ceilings and walls [used in the apartments] do not have the
     same thickness as those in old ones.
20.  It is necessary to have at hand documents supporting the
     undercover [member].  In the case of a physician, there should
     be an actual medical diploma, membership in the [medical] union,
     the government permit, and the rest of the routine procedures
     known in that country.
21.  The cover should blend well [with the environment].  For
     example, selecting a doctor's clinic in an area where there
     are clinics, or in a location suitable for it.
22.  The cover of those who frequent the location should match the
     cover of that location.  For example, a common laborer should
     not enter a fancy hotel because that would be suspicious and
     draw attention.

PECFOIA00041982

UK/BM-28 TRANSLATION


FIFTH LESSON


MEANS OF COMMUNICATION AND TRANSPORTATION

PECFOIA00041983

UK/BM-29 TRANSLATION

In the name of Allah, the merciful and compassionate

Means of Transportation

Introduction:

It is well known that in undercover operations, communication is the mainstay of the movement for rapid accomplishment.  However, it is a double-edged sword:  It can be to our advantage if we use it well and it can be a knife dug into our back if we do not consider and take the necessary security measures.

Communication Means:

The Military Organization in any Islamic group can, with its modest capabilities, use the following means:  1. The telephone, 2. Meeting in-person, 3. Messenger, 4. Letters, 5. Some modern devices, such as the facsimile and wireless [communication].

Communication may be within the county, state, or even the country, in which case it is called local communication.  When it extends expanded between countries, it is then called international communication.

Secret Communication is Limited to the Following Types:

Common, standby, alarm

1. Common Communication: It is a communication between two members of the Organization without being monitored by the security apparatus opposing the Organization.   The common communication should be done under a certain cover and after inspecting the surveillance situation [by the enemy].

2. Standby Communication: This replaces common communication when one of the two parties is unable to communicate with the other for some reason.

3. Alarm Communication: This is used when the opposing security apparatus discovers an undercover activity or some undercover members.   Based on this communication, the activity is stopped for a while, all matters related to the activity are abandoned,

UK/BM-30 TRANSLATION

and the Organization's members are hidden from the security personnel.

Method of Communication Among Members of the Organization:

1.   Communication about undercover activity should be done using a good cover; it should also be quick, explicit, and pertinent. That is, just for talking only.

2.   Prior to contacting his members, the commander of the cell[2] should agree with each of them separately (the cell members should never meet all in one place and should not know one another) on a manner and means of communication with each other. Likewise, the chief of the Organization should [use a similar technique] with the branch commanders.

3.   A higher-ranking commander determines the type and method of communication with lower-ranking leaders.

First Means: The Telephone:

Because of significant technological advances, security measures for monitoring the telephone and broadcasting equipment have increased. Monitoring may be done by installing a secondary line or wireless broadcasting device on a telephone that relays the calls to a remote location ... That is why the Organization takes security measures among its members who use this means of communication (the telephone).

1.   Communication should be carried out from public places. One should select telephones that are less suspicious to the security apparatus and are more difficult to monitor. It is preferable to use telephones in booths and on main streets.

UK/BM-31 TRANSLATION

_____

2. Cell or cluster methods should be adopted by the Organization. It should be composed of many cells whose members do not know one another, so that if a cell member is caught the other cells would not be affected, and work would proceed normally.

2.  Conversation should be coded or in general terms so as not to alert the person monitoring [the telephone].

3.  Periodically examining the telephone wire and the receiver.

4.  Telephone numbers should be memorized and not recorded.  If the brother has to write them, he should do so using a code so they do not appear as telephone numbers (figures from a shopping list, etc.)

5.  The telephone caller and person called should mention some words or sentences prior to bringing up the intended subject.  The brother who is calling may misdial one of the digits and actually call someone else.  The person called may claim that the call is for him, and the calling brother may start telling him work-related issues and reveal many things because of a minor error.

6.  In telephone conversations about undercover work, the voice should be changed and distorted.

7.  When feasible, it is preferable to change telephone lines to allow direct access to local and international calls.  That and proper cover facilitate communications and provide security protection not available when the central telephone station in the presence of many employees is used.

8.  When a telephone [line] is identified [by the security apparatus], the command and all parties who were using it should be notified as soon as possible in order to take appropriate measures.

9.  When the command is certain that a particular telephone [line] is being monitored, it can exploit it by providing information that misleads the enemy and benefits the work plan.

UK/BM-32 TRANSLATION

PECFOIA00041986

10.   If the Organization manages to obtain jamming devices, it should
      use them immediately.


Second Means: Meeting in-person:

This is direct communication between the commander and a member of
the Organization.  During the meeting the following are
accomplished:

1. Information exchange, 2. Giving orders and instructions, 3.
Financing, 4. Member follow-up

Stages of the In-Person Meeting:
A. Before the meeting, B. The meeting [itself], C. After the meeting

A. Before the Meeting:

     The following measures should be taken:

     1. Designating the meeting location, 2. Finding a proper cover
     for the meeting, 3. Specifying the meeting date and time, 4.
     Defining special signals between those who meet.

     1. Identifying the meeting location: If the meeting location
     is stationary, the following matters should be observed:

     i.   The location should be far from police stations
          and security centers.

     ii.  Ease of transportation to the location.

     iii. Selecting the location prior to the meeting and learning
          all its details.

     iv.  If the meeting location is an apartment, it should not
          be the first one, but one somewhere in the middle.

     v.   The availability of many roads leading to the meeting
          location.  That would provide easy escape in case the
          location ware raided by security personnel.


                    **UK/BM-33 TRANSLATION**


     vi.  The location should not be under suspicion (by the security

[apparatus])

vii.  The apartment where the meeting takes place should be on
      the ground floor, to facilitate escape.

viii. The ability to detect any surveillance from that
      location.

ix.   When public transportation is used, one should alight at
      some distance from the meeting location and continue on
      foot.  In the case of a private vehicle, one should park
      it far away or in a secure place so as to be able to maneuver
      it quickly at any time.

If the meeting location is not stationary, the following matters
should be observed:

i.    The meeting location should be at the
      intersection of a large number of main and side
      streets to facilitate entry, exit, and escape.

ii.   The meeting location (such as a coffee shop) should not
      have members that might be dealing with the security
      apparatus.

iii.  The meeting should not be held in a crowded place because
      that would allow the security personnel to hide and monitor
      those who meet.

iv.   It is imperative to agree on an alternative location for
      the meeting in case meeting in the first is unfeasible.
       That holds whether the meeting place is stationary or
      not.

Those who meet in-person should do the following:

i.    Verifying the security situation of the location before
      the meeting.


UK/BM-34 TRANSLATION


ii.   Ensuring that there are no security personnel behind them
      or at the meeting place.

iii. Not heading to the location directly.

iv.  Clothing and appearance should be appropriate for the
     meeting location.

v.   Verifying that private documents carried by the brother
     have appropriate cover.

vi.  Prior to the meeting, designing a security plan that
     specifies what the security personnel would be told in
     case the location were raided by them, and what [the
     brothers] would resort to in dealing with the security
     personnel (fleeing, driving back, ...)

2. <u>Finding a proper cover for the meeting</u>: [The cover]

i.   should blend well with the nature of the location.

ii.  In case they raid the place, the security personnel should
     believe the cover.

iii. should not arouse the curiosity of those present.

iv.  should match the person's appearance and his financial
     and educational background.

v.   should have documents that support it.

vi.  provide reasons for the two parties' meeting (for example,
     one of the two parties should have proof that he is an
     architect.  The other should have documents as proof that
     he is a land owner.  The architect has produced a
     construction plan for the land)

3. <u>Specifying the Meeting Date and Time</u>:

i.   Specifying the hour of the meeting as well as the date.

UK/BM-35 TRANSLATION

ii.  Specifying the time of both parties' arrival and the time
     of the first party's departure.

iii. Specifying how long the meeting will last.

iv. Specifying an alternative date and time.

v. Not allowing a long period of time between making the meeting arrangements and the meeting itself.


4. Designating special signals between those who meet

If the two individuals meeting know one another's shape and appearance, it is sufficient to use a single safety sign. [In that case,] the sitting and arriving individuals inform each other that there is no enemy surveillance. The sign may be keys, beads, a newspaper, or a scarf. The two parties would agree on moving it in a special way so as not to attract the attention of those present.

If the two individuals do not know one another, they should do the following:

a. The initial sign for becoming acquainted may be that both of them wear a certain type of clothing or carry a certain item. These signs should be appropriate for the place, easily identified, and meet the purpose. The initial sign for becoming acquainted does not [fully] identify one person by another. It does that at a rate of 30%.

b. Safety Signal: It is given by the individual sitting in the meeting location to inform the second individual that the place is safe. The second person

UK/BM-36 TRANSLATION

would reply through signals to inform the first that
he is not being monitored.  The signals are agreed
upon previously and should not cause suspicion.

c.   A second signal for getting acquainted is one in which
the arriving person uses while sitting down.  That signal
may be a certain clause, a word, a sentence, or a gesture
agreed upon previously, and should not cause suspicion
for those who hear it or see it.

B.   The Stage of the Meeting [itself]: The following measures should
be taken:

1.   Caution during the meeting.

2.   Not acting unnaturally during the meeting in order not
to raise suspicion.

3.   Not talking with either loud or very low voices ([should
be] moderate).

4.   Not writing anything that has to do with the meeting.

5.   Agreeing on a security plan in case the enemy raids the
location.

C.   After the Meeting: The following measures should be taken:

1.   Not departing together, but each one separately.

2.   Not heading directly to the main road but through secondary
ones.

6.   Not leaving anything in the meeting place that might
indicate the identity or nature of those who met.

Meeting in-person has disadvantages, such as:

1.   Allowing the enemy to capture those who are meeting.

2.   Allowing them [the enemy] to take pictures of those who
are meeting, record their conversation, and gather
evidence against them.

UK/BM-37 TRANSLATION

3.  Revealing the appearance of the commander to the other
    person.  However, that may be avoided by taking the
    previously mentioned measures such as disguising himself
    well and changing his appearance (glasses, wig, etc.)

<u>Third Means: The Messenger</u>:

This is an intermediary between the sender and the receiver.  The
messenger should possess all characteristics mentioned in the first
chapter regarding the Military Organization's member.

These are the security measures that a messenger should take:

1.  Knowledge of the person to whom he will deliver the
    message.

2.  Agreement on special signals, exact date, and specific
    time.

3.  Selecting a public street or place that does not raise
    suspicion.

4.  Going through a secondary road that does not have check
    points.

5.  Using public transportation (train, bus, ...) and
    disembarking before the main station.  Likewise,
    embarking should not be done at the main station either,
    were there are a lot of security personnel and informants.

6.  Complete knowledge of the location to which he is going.

<u>Fourth Means: Letters</u>:

This means (letters) may be used as a method of communication

UK/BM-38 TRANSLATION

between members and the Organization provided that the following

security measures are taken:

1.  It is forbidden to write any secret information in the
    letter. If one must do so, the writing should be done in
    general terms.

2.  The letter should not be mailed from a post office close
    to the sender's residence, but from a distant one.

3.  The letter should not be sent directly to the receiver's
    address but to an inconspicuous location where there are
    many workers from your country.  Afterwards, the letter
    will be forwarded to the intended receiver.  (This is
    regarding the overseas- bound letter).

4.  The sender's name and address on the envelope should be
    fictitious.  In case the letters and their contents are
    discovered, the security apparatus would not be able to
    determine his [the sender's] name and address.

5.  The envelope should not be transparent so as to reveal
    the letter inside.

6.  The enclosed pages should not be many, so as not to raise
    suspicion.

7.  The receiver's address should be written clearly so that
    the letter would not be returned.

8.  Paying the post office box fees should not be forgotten.

<u>Fifth Means: Facsimile and Wireless</u>:

Considering its modest capabilities and the pursuit by the security
apparatus of its members and forces, the Islamic

UK/BM-39 TRANSLATION

Military Organization cannot obtain theses devices.  In case the
Organization is able to obtain them, firm security measures should
be taken to secure communication between the members in the country
and the command outside.  These measures are:

1.  The duration of transmission should not exceed five minutes in order to prevent the enemy from pinpointing the device location.

7.  The device should be placed in a location with high wireless frequency, such as close to a TV station, embassies, and consulates in order to prevent the enemy from identifying its location.

8.  The brother, using the wireless device to contact his command outside the country, should disguise his voice.

9.  The time of communication should be carefully specified.

10. The frequency should be changed from time to time.

11. The device should be frequently moved from one location to another.

12. Do not reveal your location to the entity for which you report.

13. The conversation should be in general terms so as not to raise suspicion.


<u>Transportation Means</u>:

The members of the Organization may move from one location to another using one of the following means:

a. Public transportation,     b. Private transportation

UK/BM-40 TRANSLATION


<u>Security Measures that Should be Observed in Public Transportation</u>:


1.  One should select public transportation that is not subject to frequent checking along the way, such as crowded trains or public buses.

2.  Boarding should be done at a secondary station, as main stations undergo more careful surveillance.  Likewise, embarkment should not be done at main stations.

3.  The cover should match the general appearance (tourist bus, first-class train, second-class train, etc).

4.  The existence of documents supporting the cover.

5.  Placing important luggage among the passengers' luggage without identifying the one who placed it.  If it is discovered, its owner would not be arrested.  In trains, it [the luggage] should be placed in a different car than that of its owner.

6.  The brother traveling on a "special mission" should not get involved in religious issues (advocating good and denouncing evil) or day-to-day matters (seat reservation, ...).

7.  The brother traveling on a mission should not arrive in the [destination] country at night because then travelers are few, and there are [search] parties and check points along the way.

8.  When cabs are used, conversation of any kind should not be started with the driver because many cab drivers work for the security apparatus.

9.  The brother should exercise extreme caution and apply all security measures to the members.


UK/BM-41 TRANSLATION

PECFOIA00041995

<u>Security Measures that Should be Observed in Private Transportation</u>:

Private transportation includes: cars, motorcycles

A.    Cars and motorcycles used in overt activity:

    1.    One should possess the proper permit and not violate
       traffic rules in order to avoid trouble with the police.

    2.    The location of the vehicle should be secure so that the
       security apparatus would not confiscate it.

    3.    The vehicle make and model should be appropriate for the
       brother's cover.

    4.    The vehicle should not be used in special military
       operations unless the Organization has no other choice.

B.    Cars and motorcycles used in covert activity:

    1.    Attention should be given to permits and [obeying] the
       traffic rules in order to avoid trouble and reveal their
       actual mission.

    2.    The vehicle should not be left in suspicious places
       (deserts, mountains, etc.).  If it must be, then the work
       should be performed at suitable times when no one would
       keep close watch or follow it.

    3.    The vehicle should be purchased using forged documents
       so that getting to its owners would be prevented once it
       is discovered.

    4.    For the sake of continuity, have only one brother in charge
       of selling.

    5.    While parking somewhere, one should be in a position to
       move quickly and flee in case of danger.

    6.    The car or motorcycle color should be changed before the
       operation and returned to the original after the
       operation.

UK/BM-42 TRANSLATION

    7.    The license plate number and county name should be
       falsified.  Further, the digits should be numerous in

PECFOIA00041996

order to prevent anyone from spotting and memorizing it.

8.   The operation vehicle should not be taken to large gasoline
     stations so that it would not be detected by the security
     apparatus.

UK/BM-43 TRANSLATION

PECFOIA00041997

SIXTH LESSON


TRAINING

PECFOIA00041998

UK/BM-44 TRANSLATION

\*    The following security precautions should be taken during the
     training:

The Place:

The place should have the following specifications:

1.    Distance from the populated areas with the availability
      of living necessities.

9.    Availability of medical services during the training.

10.   The place should be suitable for the type of training
      (physical fitness, shooting, tactics).

11.   No one except the trainers and trainees should know about
      the place.

12.   The place should have many roads and entrances.

13.   The place should be visited at suitable times.

14.   Hiding any training traces immediately after the training.

15.   Guarding the place during the training.

16.   Appropriateness of the existing facilities for the number
      of training members.

17.   Exclusion of anyone who is not connected with the training.

18.   Taking all security measures regarding the establishment.

19.   Distance of the place from police stations, public
      establishments, and the eyes of informants.

20.   The place should not be situated in such a way that the
      training and trainees can be seen from another location.

UK/BM-45 TRANSLATION

<u>The Trainees</u>:

1.  Before proceeding to the training place, all security measures connected with an undercover individual should be taken.  Meanwhile, during training at the place, personnel safety should be ensured.

2.  Selecting the trainees carefully.

21.  The trainees should not know one another.

22.  The small size of groups that should be together during the training (7 - 10 individuals).

23.  The trainees should not know the training place.

24.  Establishing a training plan for each trainee.

<u>The Trainers</u>:

All measures taken with regard to the commanders apply also to the trainers.  Also, the following should be applied:

1.  Fewness of the trainers in the training place.  Only those conducting the training should be there, in order not to subject the training team to the risk of security exposure.

2.  Not revealing the identity of the trainer to trainees.

3.  Keeping a small ratio of trainees to trainer.

4.  The training team members should not know one another.

UK/BM-46 TRANSLATION

SEVENTH LESSON

WEAPONS:

MEASURES RELATED TO

BUYING AND TRANSPORTING THEM

PECFOIA00042001

UK/BM-47 TRANSLATION

Prior to dealing with weapons, whether buying, transporting, or storing them, it is essential to establish a careful, systematic and firm security plan that plan deals with all stages.  It is necessary to divide that task into stages: First Stage: Prior to Purchase; Second Stage: Purchasing; Third Stage: Transport; Fourth Stage: Storage.

1.   Prior to Purchase Stage: It is necessary to take the following measures:

     a.   In-depth knowledge of the place where weapons will be purchased, together with its entrances and exits.

     b.   Verifying there are no informants or security personnel at the place where purchasing will take place.

     c.   The place should be far from police stations and government establishments.

     d.   Not proceeding to the purchasing place directly by the main road, but on secondary streets.

     e.   Performing the exercises to detect the surveillance.

     f.   One's appearance and clothing should be appropriate for the place where purchasing will take place.

     g.   The purchasing place should not be situated in such a way that the seller and buyer can be seen from another location.  To the contrary, the purchasing place should be such that the seller and buyer can see the surrounding area.

     h.   Determining a suitable cover for being in that place.

     i.   The place should not be crowded because that would facilitate the police hiding among people, monitoring the arms receiving, and consequently arresting the brother purchasing.

PECFOIA00042002

UK/BM-48 TRANSLATION

    j.   In case one of the parties is unable to arrive, it is essential to prearrange an alternative place and time with the seller.

    k.   Selecting a time suitable for the purchase so that it does not raise suspicion.

    l.   Prior to purchasing, the seller should be tested to ensure that he is not an agent of the security apparatus.

    m.   Preparing a place for storage prior to purchasing.


2.   <u>The Purchase Stage</u>:

    a.   Verifying that the weapons are in working condition.

    b.   Not paying the seller the price for the weapons before viewing, inspecting, and testing them.

    c.   Not telling the seller about the mission for which the weapons are being purchased.

    d.   Extreme caution should be used during the purchasing operation in the event of any unnatural behavior by the seller or those around you.

    e.   Not lengthening the time spent with the seller. It is important to depart immediately after purchasing the weapons.


3.   <u>The Transport Stage</u>:

    a.   Avoid main roads where check points are common.

    b.   Choose a suitable time for transporting the weapons.

    c.   Observers should proceed on the road ahead of the transportation vehicle for early warning in case of an emergency.

    d.   Not proceeding directly to the storage place until after verifying there is no surveillance.

UK/BM-49 TRANSLATION

PECFOIA00042003

e.  During the transport stage, weapons should be hidden in a way that they are inconspicuous and difficult to find.

f.  The route for transporting the weapons should be determined very carefully.

g.  Verifying the legality of the vehicle, performing its maintenance, checking its gasoline and water levels, etc.

h.  Driving the car normally in order to prevent accidents.

4.  <u>The Storage Stage</u>:

a.  In order to avoid repeated transporting, suitable storage places should be selected.  In case the materials are bombs or detonators, they should be protected from extreme heat and humidity.

b.  Explosive materials and detonators should be separated and stored apart from each other.

c.  Caution should be exercised when putting detonators in the arsenal.

d.  Lubricating the weapons and placing them in wooden or plastic crates.  The ammunition should be treated likewise.

When selecting an arsenal, consider the following:

1.  The arsenal should not be in well-protected areas, or close to parks or public places.

2.  The arsenal should not be in a "no-man's-land."

3.  The arsenal should not be in an apartment previously used for suspicious activities and often frequented by security personnel.

4.  The arsenal should not be a room that is constantly used and cannot be given up by family members who do not know the nature of the father or husband's work.

UK/BM-50 TRANSLATION

PECFOIA00042004

5. The apartment selected as an arsenal should be owned by the Organization or rented on a long-term basis.

6. The brother responsible for storage should not visit the arsenal frequently, nor toy with the weapons.

7. The arsenal keeper should record in a book all weapons, explosive materials, and ammunition. That book should be coded and well secured.

8. Only the arsenal keeper and the commander should know the location of the arsenal.

9. It is necessary to prepare alternative arsenals and not leave any leads in the original arsenals to the alternative ones.

UK/BM-51 TRANSLATION

EIGHT LESSON

MEMBER SAFETY

PECFOIA00042006

UK/BM-52 TRANSLATION

Defining Members Safety:

This is a set of measures taken by members who perform undercover missions in order to prevent the enemies from getting to them.

It is necessary for any party that adopts Jihad work and has many members to subdivide its members into three groups, each of which has its own security measures.  The three groups are:

1.  The overt member, 2. The covert member, 3. The commander

Measures that Should be Taken by the Overt Member:

1.  He should not be curious and inquisitive about matters that do not concern him.

2.  He should not be chatty and talkative about everything he knows or hears.

3.  He should not carry on him the names and addresses of those members he knows.  If he has to, he should keep them safe.

4.  During times of security concerns and arrest campaigns and especially if his appearance is Islamic, he should reduce his visits to the areas of trouble and remain at home instead.

5.  When conversing on the telephone, he should not talk about any information that might be of use to the enemy.

6.  When sending letters, he should not mention any information that might be of use to the enemy.  When receiving letters, he should burn them immediately after reading them and pour water on them to prevent

UK/BM-53 TRANSLATION

the enemy from reading them.  Further, he should

destroy any traces of fire so the enemy would not
find out that something was burned.


Measures that Should be Taken by the Undercover Member:

In addition to the above measures, the member should ...

   1.   Not reveal his true name to the Organization's members
        who are working with him, nor to the [Islamic] Da'wa
        [Call].

   2.   Have a general appearance that does not indicate Islamic
        orientation (beard, toothpick, book, [long] shirt, small
        Koran).

   3.   Be careful not to mention the brothers' common expressions
        or show their behaviors (special praying appearance, "may
        Allah reward you", "peace be on you" while arriving and
        departing, etc.)

   4.   Avoid visiting famous Islamic places (mosques, libraries,
        Islamic fairs, etc.)

   5.   Carry falsified personal documents and know all the
        information they contain.

   6.   Have protection preceding his visit to any place while
        moving about (apartment, province, means of
        transportation, etc.).

   7.   Have complete and accurate knowledge of the security
        status related to those around him in his place of work
        and residence, so that no danger or harm would catch him
        unaware.

   8.   Maintain his family and neighborhood relationships and
        should not show any changes towards them so that they would
        not attempt to bring him back [from the Organization] for
        security reasons.

   9.   Not resort to utilizing letters and messengers except in
        an emergency.

                    UK/BM-54 TRANSLATION


   10.  Not speak loudly.

11. Not get involved in advocating good and denouncing evil in order not to attract attention to himself.

12. Break the daily routine, especially when performing an undercover mission.  For example, changing the departure and return routes, arrival and departure times, and the store where he buys his goods.

13. Not causing any trouble in the neighborhood where he lives or at the place of work.

14. Converse on the telephone using special code so that he does not attract attention.

15. Not contacting the overt members except when necessary. Such contacts should be brief.

16. Not fall into the enemy's excitement trap, either through praising or criticizing his Organization.

17. Performing the exercises to detect surveillance whenever a task is to be performed.

18. Not park in no-parking zones and not take photographs where it is forbidden.

19. Closing all that should be closed before departing the place, whether at home or his place of undercover work.

20. Not undergo a sudden change in his daily routine or any relationships that precede his Jihad involvement.  For example, there should not be an obvious change in his habits of conversing, movement, presence, or disappearance.  Likewise, he should not be hasty to sever his previous relationships.

21. Not meet in places where there are informers, such as coffee shops, and not live in areas close to the residences of important personalities, government establishments, and police stations.

UK/BM-55 TRANSLATION

22. Not write down on any media, specially on paper, that could show the traces and words of the pen by rubbing  the paper

with lead powder.

Measures that Should be Taken by the Commander:

*   The commander, whether in overt or covert work, has special
    importance for the following reasons:

    1.  The large amount of information that he possesses.

    2.  The difficulty of the command in replacing the commander.

    3.  Therefore, all previously mentioned security precautions
        regarding members should be heightened for the commander.
         Many resources should be reserved for protecting the
        commanders.

Important Note:

*   Married brothers should observe the following:

    1.  Not talking with their wives about Jihad work.

    2.  The members with security risks should not travel with
        their wives.  A wife with an Islamic appearance (veil)
        attracts attention.

UK/BM-56 TRANSLATION

PECFOIA00042010

NINTH LESSON


SECURITY PLAN

PECFOIA00042011

UK/BM-57 TRANSLATION

<u>Defining Security Plan</u>:

This is a set of coordinated, cohesive, and integrated measures that are related to a certain activity and designed to confuse and surprise the enemy, and if uncovered, to minimize the work loss as much as possible.

<u>Importance of the Security Plan</u>:

The work will be successful if Allah grants that. The more solid is the security plan, the more successful [the work] and the fewer the losses. The less solid the security plan, the less successful [the work] and the greater the losses.

<u>Specifications of the Security Policy</u>: A number of conditions should be satisfied to help the security plan to succeed. These are: [It should be]

A.   realistic and based on fact so it would be credible to the enemy before and after the work.

B.   coordinated, integrated, cohesive, and accurate, without any gaps, to provide the enemy [the impression of] a continuous and linked chain of events.

C.   simple so that the members can assimilate it.

D.   creative.

E.   flexible.

F.   secretive.


<u>The Method of Implementing the Security Plan</u>: There should be a security plan for each activity that is subject to being uncovered by the enemy. For example, the brother who is charged with a certain mission might be arrested. It is, therefore, essential that a security plan be designed for him through which he will be able to deny any accusation. Likewise, for the group assigned a collective mission, there should be a security plan to which all members are committed. Each member would then find out, learn, and be trained in his role to ensure his assimilation of it.


UK/BM-58 TRANSLATION

PECFOIA00042012

In this lesson, we shall cover many examples of security plans related to certain matters:

1. Security plan for an individual mission.  2. Security plan for a group (important meeting).  3. Security plan for a group mission (assassination operation).

1. <u>Example of a security plan for an individual mission</u> (training in Afghanistan):

<u>Prior to Departure</u>: Traveling through an airport, the brother might be subjected to interrogation.  It is essential that he  be taught the answers to the following anticipated questions:

A.    What are the reasons for your travel?
B.    How did you get the money for travel?
C.    How long is the travel period?
D.    Who will meet you in the arrival country?
E.    What will you be doing in the arrival country?

(There are different degrees of interrogation)

<u>During Travel</u> (transit country):  The brother should be taught the answers to the following questions:

A.    Why are you going to Pakistan?
B.    Do you belong to an religious organizations?
C.    How did you get the travel money?
D.    Who got you the visa to Pakistan?
E.    What will you be doing in Pakistan?
F.    With whom will you be staying in Pakistan?

<u>Arrival Country (Pakistan)</u>:  The brother should be taught the answers to the following questions:

A.    Why did you come to Pakistan?
B.    How long will you be spending in Pakistan?
C.    With whom will you be staying?

UK/BM-59 TRANSLATION

Transit Country (Return):   The brother should be taught the answers
to the following questions:

A.   What were you doing in Pakistan?
B.   Are you a Jihad fighter?
C.   Do you belong to religious organizations in your country?
D.   Why did you come to our country in particular?
E.   Whom will you be staying with now?
F.   How long will you spend here?

Return Country (Returning to your Country):

A.   What were you doing in the transit country?
B.   Addresses and telephone numbers of those who hosted you during
     your stay?
C.   Whom did you visit in your group, and for how long?


When Your Travel to Pakistan is Discovered:

A.   What were you doing in Pakistan or Afghanistan?
B.   In which camp were you trained?
C.   Who trained you?  On what weapons were you trained?
D.   Who assigned you to go to Afghanistan?
E.   Whom will you contact in your country?
F.   What are the tasks and missions that you intend to execute in
     your country?
G.   Who else trained with you in Afghanistan?
H.   How many of your countrymen are in that camp and in Afghanistan?
I.   What are their names?
J.   Who are the group commanders there [in Pakistan]?  Where do
     they live and what do they do?
K.   What things do the commanders talk about?


An Example of a Security Plan for a Group Mission (Important Meeting).
The meeting is of two types:

A.   A meeting held by those responsible for overt work.  That
     [meeting] is held in many places (mosque, apartment, ...)

UK/BM-60 TRANSLATION

B.    A meeting held by those responsible for covert work.  For that
      [meeting], great effort on our part should be exercised to
      ensure its safety.  We shall discuss that meeting and what makes
      it secure from enemies spies.

The security plan for that meeting is divided into several stages:

A. Before the meeting, B. The meeting location, C. During the meeting,
D. After the conclusion of meeting, E. In case security personnel
storm the meeting place and capture one of the members.

A.    Before the meeting:  Here the meeting for covert work is divided
      into:

      Meeting in a Stationary Location: A meeting where more than
      three members gather to discuss a plan or prepare for an
      activity.

      Mobile Meeting (Encounter): A meeting among a small number of
      members, not more than three, to inform [one another] of a
      certain issue.

      Security Measures Necessary Prior to the Stationary Meeting:

      1.    Establishing a plan suitable for the members if any of
            them is arrested.  It consists of:

            Who is the owner of the apartment?
            What was discussed in the meeting?
            Who was with you?
            What was agreed upon?

      2.    Specifying the timing of the meeting in such a way as not
            to raise suspicion of the members' movements.

      3.    Not allowing a long period of time between specifying the
            meeting time and the meeting itself.

      4.    Securing the meeting location and the routes leading to
            it by the following:

            a.    Ensuring the security status via telephone.


UK/BM-61 TRANSLATION

      b.    Assigning members to monitor the place before

PECFOIA00042015

and during the meeting.

c.  Planting a member close to the nearest enemy security point (police station, security administration) to communicate the first sight of security movement.

d.  Posting an armed guard to stop any attack and to give those meeting a chance to escape.

5.  Specifying what would happen in the event the police storm the place.

6.  Those members going to the meeting should consider the following:

a.  Ensuring that the enemy is not behind them while on the way to the meeting place.

b.  Not heading directly to the meeting place but through secondary places.

c.  Not going to the meeting place as a group but individually, with time gaps between them.

d.  The clothing and appearance should be suitable for the meeting place.

e.  If the brother uses public transportation, he should alight before or after the meeting location.  In case he has a private car, he should park it in a secure place not near the location that allows him to maneuver quickly at any moment.

f.  Verifying the proper cover for the documents he has with him.

g.  If a member is armed, he should make sure that the weapon is in good working condition.

Necessary Security Measures Prior to the Mobile Meeting: When a brother goes to a certain meeting (mobile meeting), he should review these things:

## UK/BM-62 TRANSLATION

a.  Is he sure that the enemy is not behind him nor at the meeting place?

b.   Who will meet him?

c.   Is there anything that might raise suspicion?

d.   Is this the first appointment or the second
     (alternative, changed)?

e.   Does he know the meeting place in detail?

f.   Are his appearance and clothing suitable for the
     location where he will stand [meet]?

g.   Is his weapon in good working condition?

h.   What is the alternative for each action?

i.   Not going directly to the person whom he would like
     to meet.  Verifying the person's appearance and
     features.

B.   The Stationary Meeting Location: It is necessary that it have
special characteristics to confront any danger to the meeting
members:

1.   Location-wise, it should be in the middle of a group of
     houses, not at the beginning.

2.   Having many routes leading to that location.  That would
     assist entering and exiting in many ways.  Consequently,
     it makes surrounding the place difficult and facilitates
     escaping from danger.

3.   The location should not be close to suspicious locations
     ([where] individuals or establishments work with the
     security [apparatus]).

4.   It is preferable that the apartment be on the ground floor
     and have a telephone.

The Mobile Meeting Location (Encounter):

1.   The meeting location should be at the intersection of many
     roads where it is easy to come, go, and flee.


2.


### UK/BM-63 TRANSLATION

3.   The meeting should be held far from places where it is
     believed some of whose elements deal with the security
     apparatus (coffee shops).

4.   The place should not be crowded because that allows

security personnel to go undetected.

5. It is necessary to have alternative locations and times. That would make it difficult for security personnel to monitor the place.

B. <u>During the Meeting</u>: The following should be observed:

1. Establishing a security plan that consists of the following:

    a. Proper cover for the members' presence (students, for example, it is necessary to have books, notebooks, ...)
    b. Verifying that personal documents match the agreed-upon cover.
    c. Not having written direction to the meeting place. If that is necessary, it should be coded.
    d. Not having or leaving food or anything else that would reveal the presence of many people.
    e. Surrounding the place with barb wire. That depends on the importance of the meeting and if there are items that cannot be carried during escape.

C. After the Conclusion of the Meeting:

1. Departing singly or in pairs, depending on the number of members present.

2. Not heading directly onto main roads but to secondary ones.

3. Not speaking about what was discussed in the meeting, during or after departure.

4. Removing all observers after the members depart.

UK/BM-64 TRANSLATION

    5.   Not leaving anything that would lead [to the fact that] there was anyone there except the owner.

E. <u>Raiding and capturing one of the members</u>.

    1.   Establishing a plan to repel the attack, which consists of the following:

        a.   Who will engage the enemy with bullets?

        b.   Who will flee with the important documents and who will burn the rest?

        c.   Not heading directly to other organization locations.

        d.   Specifying the escape roads and streets.

        e.   If the place is surrounded by barb wire, make sure all members have left.

In case an individual is caught, the following should be done:

Executing what was agreed upon with the brother in the security plan.

If the brother has important work position (commander, one who knows the arsenal locations, ...), whatever is necessary should be done before the enemy discovers anything.

Instruct all members not to go to the meeting location.

Inform all members of the telephone number of that apartment in order to mislead the enemy.

PECFOIA00042019

UK/BM-65 TRANSLATION

An Example of a Security Plan for a Group Mission (assassinating an important person)[3]: Assassination is an operation of military means and basic security.  Therefore, it is essential that the commanders who establish plans related to assassination give attention to two issues:

First Issue:  The importance of establishing a careful, systematic, and solid security plan to hide the operation from the enemy until the time of its execution, which would minimize the losses in case the executing party is discovered.

Second Issue:  The importance of establishing a tactical plan for the assassination operation that consists of the operational factors themselves (members, weapons, hiding places ...) and factors of the operation (time, place).  In this example, we shall explain in detail the part related to the security plan.  The part related to operational tactics will be explained in the lesson on special operational tactics.

Security Plan for the Assassination Operation: The security plan must take into account the following matters:

    A.    The Commander: The security apparatus should not know his whereabouts and movements.  All security measures and arrangements related to members of the Military Organization (soldiers, commanders) apply to him.

    B.    The Members:

        1.    They are elements who are selected from various provinces and are suitable for the operation.

        2.    During the selection process, members should not know one another.  They should not know the original planners of the operation.  In case they do, the commander should be notified. He then should modify the plan.

---

[3]  It is possible to also say "kidnaping an important person." All security measures and arrangements in assassination and kidnaping are the same.

UK/BM-66 TRANSLATION

3.    They should be distributed as small groups (3 members) in apartments that are not known except to their proprietors.  They should also be given field names.

4.    During the selection process, consider whether their absence from their families and jobs would clearly attract attention.  We also apply to them all security measures related to the Organization's individuals (soldiers).

C. Method of Operating:

1.    The matters of arming and financing should not be known by anyone except the commander.

2.    The apartments should not be rented under real names. They [the apartments] should undergo all security measures related to the Military Organization's camps.

3.    Prior to executing an operation, falsified documents should be prepared for the participating individuals.

4.    The documents related to the operation should be hidden in a secure place and burned immediately after the operation, and traces of the fire should be removed.

5.    The means of communication between the operation commander and the participating brothers should be established.

6.    Prior to the operation, apartments should be prepared to hide the brothers participating in it.  These apartments should not be known except to the commander and his soldiers.

7.    Reliable transportation means must be made available. It is essential that prior to the operation, these means are checked and properly maintained.

D.    Interrogation and Investigation: Prior to executing an operation, the commander should instruct his soldiers on what to say if they are captured.  He should explain that more than once, in order to ensure that they have assimilated it.  They should, in turn, explain it back to the commander.  The commander should also sit with each of them individually [and go over] the agreed-upon matters that would be brought up during the interrogation:

UK/BM-67 TRANSLATION

1.  The one who conceived, planned, and executed this operation
    was a brother who has a record of those matters with the enemy.

2.  During the interrogation, each brother would mention a story
    that suits his personal status and the province of his
    residence.  The story should be agreed upon with the commander.

3.  Each brother who is subjected to interrogation and torture,
    should state all that he agreed upon with the commander and
    not deviate from it.  Coordination should be maintained with
    all brothers connected to the operation.

Note: The fictitious brother who the brothers say conceived, planned,
trained, and executed the operation, should be sent away on a journey
[outside the country].

UK/BM-68 TRANSLATION

PECFOIA00042022

TENTH LESSON


SPECIAL TACTICAL OPERATIONS

PECFOIA00042023

UK/BM-69 TRANSLATION

Definition of Special Operations[4]:

These are operations using military means and basic security. Special operations are some of the tasks of groups specialized in intelligence and security.

Characteristics of Members that Specialize in the Special Operations:

1.  Individual's physical and combat fitness (jumping, climbing, running, etc.).
2.  Good training on the weapon of assassination, assault, kidnaping, and bombing (special operations).
3.  Possessing cleverness, canniness, and deception.
4.  Possessing intelligence, precision, and alertness.
5.  Tranquility and calm personality (that allows coping with psychological traumas such as those of the operation of bloodshed, mass murder).  Likewise, [the ability to withstand] reverse psychological traumas, such as killing one or all members of his group. [He should be able] to proceed with the work.
6.  Special ability to keep secrets and not reveal them to anyone.
7.  [Good] security sense during the interrogation.
8.  Great ability to make quick decisions after altering the agreed-upon plan (proper actions in urgent situations).
9.  Patience, ability to withstand, and religiousness.
10. Courage and boldness.
11. Unknown to the security apparatus.

Weapons of Special Operations:

1.  Cold steel weapons (rope, knife, rod, ...).
2.  Poisons
3.  Pistols and rifles
4.  Explosives

We note that special operations include assassinations, bombing and demolition, assault, kidnaping hostages and confiscating documents, freeing prisoners.

UK/BM-70 TRANSLATION

---

[4]Review in detail the notebook: Lessons in Special Operations.

PECFOIA00042024

Importance of Special Operations:

1.  Boosting Islamic morale and lowering that of the enemy.

2.  Preparing and training new members for future tasks.

3.  A form of necessary punishment.

4.  Mocking the regime's admiration among the population.

5.  Removing the personalities that stand in the way of the [Islamic] Da'wa [Call].

6.  Agitating [the population] regarding publicized matters.

7.  Rejecting compliance with and submission to the regime's practices.

8.  Giving legitimacy to the Jama'a [Islamic Group].

9.  Spreading fear and terror through the regime's ranks.

10. Bringing new members to the Organization's ranks.

Disadvantages of Special Operations:

1.  Restraining the [Islamic] Da'wa [Call] and preachers.

2.  Revealing the structure of the Military Organization.

3.  Financially draining the Military Organization.

4.  Use of [operations] as propaganda against the Islamic Jama'a [Group].

5.  Spreading fear and terror among the population.

6.  The regime's safeguards and precautions against any other operation.

7.  Special operations cannot cause the fall of the regime in power.

8.  Increase in failed [operation] attempts cause an increase in the regime's credibility.

9.  [Operations] cause the regime to assassinate the Jama'a [Islamic Group] leaders.

**UK/BM-71 TRANSLATION**

10. Boosting enemy morale and lowering that of the Organization's

members in case of repeated failure.

11. Members of the Organization lose faith in themselves and their leaders in case of repeatedly failed special operations. The inverse is also true.

Necessary Characteristics of Special Operations:

A successful special operation requires the following:

1. A security plan for the operation (members, weapons, apartments, documents, etc.). This requirement has been explained in detail in the security plan [lesson]. Refer to it.

2. An operational tactical plan. This requirement will be explained in this lesson in detail.

Special Operation Tactical Plan:

A special operation must have stages. These stages are integrated and inseparable, otherwise, the operation would fail. These stages are:

1. Research (reconnaissance) stage.

2. Planning stage.

3. Execution stage.


1. Research (reconnaissance) stage:

In this stage, precise information about the target is collected. The target may be a person, a place, or ...

For example, when attempting to assassinate an important target - a personality, it is necessary to gather all information related to that target, such as:
        a. His name, age, residence, social status
        b. His work
        c. Time of his departure to work
        d. Time of his return from work
        e. The routes he takes
        f. How he spends his free time
        g. His friends and their addresses
        h. The car he drives
                        **UK/BM-72 TRANSLATION**

        i. His wife's work and whether he visits her there

j.  His children and whether he goes to their school
k.  Does he have a girlfriend?  What is her address, and when
    does he visit her?
l.  The physician who treats him
m.  The stores where he shops
n.  Places where he spends his vacations and holidays
o.  His house entrances, exits, and the surrounding streets
p.  Ways of sneaking into his house
q.  Is he armed? How many guards does he have?

However, if the target is an important place, such as a military
base,a ministry[building],it is necessary to know the following:

<u>From the Outside:</u>
1.  How wide are the streets and in which direction do they run
    leading to the place?
2.  Transportation means to the place
3.  The area, physical layout, and setting of the place
4.  Traffic signals and pedestrian areas
5.  Security personnel centers and nearby government agencies
6.  Nearby embassies and consulates
7.  The economic characteristics of the area where the place is
    located
8.  Traffic congestion times
9.  Amount and location of lighting
10. Characteristics of the area of the place (residence, leveled,
    industrial, rural, lots of trees, ...)

<u>From the Inside:</u>
1.  Number of people who are inside
2.  Number and location of guard posts
3.  Number and names of the leaders
4.  Number of floors and rooms
5.  Telephone lines and the location of the switchboard
6.  Individuals' times of entrances and exits
7.  Inside parking
8.  Electric box

2.  <u>Planning Stage:</u>
After receiving information about the target, the operational plan
is created.  The commander who makes the operation's tactical plan
should consider the following:
1.  The type of required weapons
2.  Number of required members and their training
3.  An alternative to the original plan
4.  Type of operation from a tactical perspective.  It is a silent
    or loud elimination operation?
5.  Time specified for the execution of the operation


UK/BM-73 TRANSLATION

6.  The target of the operation.  Is it one individual or many?
7.  Team meeting place prior execution of the operation
8.  Team meeting place after execution of the operation

9.  Securing withdrawal of the team after the execution and routes of withdrawal
10. Difficulties that the team may encounter

Afterwards, the commander of the operation shares his plan with other group commanders.  When the plan is discussed and modified, a final one is determined.  Then the group commanders instruct their soldiers on their individual missions, and the members repeat their orders in order to ensure that they have assimilated them.

3.  <u>Third Stage: Execution</u>:
In order to discover any unexpected element detrimental to the operation, it is necessary, prior to execution of the operation, to rehearse it in a place similar to that of the real operation.  The rehearsal may take place shortly before the execution.  It is then that the operation is executed in the place and time specified.  After execution of the operation, a complete evaluation is made.  At the end, a full report is given to the commanders of the Organization.

<u>Important Recommendations for Commanders of Special Operations</u>:
1.  <u>Before the Operation</u>:
   1.  The operation should be appropriate to the participants' physical and mental abilities and capabilities.
   2.  The participants should be selected from volunteers, not draftees.
   3.  Roles should be distributed according to the members' physical and moral abilities.
   4.  The execution equipment should be brought to the place of the operation in a timely fashion and should be placed in a convenient location.
   5.  The members should be well disguised and placed in a location close to that of the operation.
   6.  Shortly before the operation, reconnaissance should be repeated in order to confirm that nothing new has occurred.
   7.  The operation members should not all be told about the operation until shortly before executing it in order to avoid leaking of its news.
   8.  Weapons should be tested prior to their use in the operation.
   9.  The place and time should not be unsuitable for the operation.
   10. When using a pistol or rifle, a bullet should be already placed in the firing chamber.

PECFOIA00042028

UK/BM-74 TRANSLATION

<u>After the Operation</u>:

1.  The operation should be completely evaluated as far as
    advantages and disadvantages.  Also, each member of the
    operation should be evaluated according to his assigned role.
2.  Each member who succeeded in his role should be rewarded, and
    each member who was weak or slacken in his role should be
    dismissed.
3.  Hiding or sending abroad those who executed the operation.
4.  Hiding the weapons used in the operation in a location
    difficult to find by the security apparatus.
5.  Burning any documents, maps, or drawings related to the
    operation.  Removal of all traces of burning them.
6.  Defending members who participated in the operation in case
    they are captured, and taking care of their families.
7.  The party that performed the operation should not be revealed.
8.  No signs that might lead to the execution party should be left
    at the operation's location.

PECFOIA00042029

UK/BM-75 TRANSLATION

ELEVENTH LESSON

ESPIONAGE

(1) INFORMATION-GATHERING USING OPEN METHODS

PECFOIA00042030

UK/BM-76 TRANSLATION

<u>Definition of Espionage</u>[5]:  It is the covert search for and examination of the enemy's news and information for the purpose of using them when a plan is devised.  In [the book titled] "Nile Al-Aoutar wa Fath Al-Bari," [it is said that] the spy is called an eye because his work is through his eyes, or because of his excessive and preoccupation with observation, as if all his being is an eye.

<u>Espionage in the era of the prophet - Allah bless and keep him- and his honored companions</u>: The prophet - Allah bless and keep him - used informants in most of his attacks.  As Abou Soufian's caravan, that was coming from Damascus, was approaching, the prophet - Allah bless and keep him - wanted to know the caravan's destination.  While the prophet was in Madina, he sent Talha Ibn Obaidallah and Said Ibn Zeid to the Damascus route to gather information about the caravan.  On their way back to Madina, and at the conclusion of the Badr battle, they met the prophet - Allah bless and keep him - in Terban, as he was descending from Badr to take Madina . [Though] they did not participate in the battle, they nevertheless got their share of the [spoils].

In his attacks, the prophet -  Allah bless and keep him - would find out the enemy's intention.  In the Hodaibiya [battle] days, though he did not want war, he exercised caution by sending a special 40-man reconnaissance group, headed by A'kkasha Ibn Mohsen Al-Azda.  One of that group forerunners found a man who led them to the enemy's livestock.  They captured 200 camels from that livestock and brought them to Madina.

The prophet - Allah bless and keep him - had local informants in Mecca who told him everything, big and small, that might harm the Muslims' welfare.  Among those [enemies] were his uncle Al-Abbas Ibn Abd Al-Mutlib, and Bashir Ibn Soufian Al-Atki.  Al-Khulafa Arrashidun [Mohammed's successors] advised their commanders about the importance of using scouts and informants to learn the enemy's secrets.  Abou Bakr Al-Siddik - may Allah be pleased with him - said to his commander Amro Ibn Al-A'ss - may Allah be pleased with him -, "Send your informants to bring you Abou Obeida's news.  If he is victorious over his enemy, then you fight those that are in Palestine.  If he needs soldiers, then dispatch one battalion after another for him."

Omar Ibn Al-Khattab - may Allah be pleased with him - advised his commander Saad Ibn Abou Wakkas - may Allah be pleased with him - saying, "If you step foot on your enemies' land, get spies for them.

---

[5] For details, refer to <u>The Spying Journal: Religious Duty and Human Necessity</u>.

Choose those whom you count on for their truthfulness

and advice, whether Arabs or inhabitants of that land.  Liars'
accounts would not benefit you, even if some of them were true; the
deceiver is a spy against you and not for you."  Khaled Ibn Al-Walid
- may Allah be pleased with him - used to take informants and spies
with him in each of his wars against the Christian Orthodox.  He
chose them carefully and treated them well.

Principle of Moslems Spying on their Enemies: Spying on the enemy
is permitted and it may even be a duty in the case of war between
Moslems and others.  Winning the battle is dependent on knowing the
enemy's secrets, movements, and plans.  The prophet - Allah bless
and keep him - used that method.  He would send spies and informants.
 Perhaps, he - Allah bless and keep him -

UK/BM-77 TRANSLATION

PECFOIA00042032

even went himself as in the major Badr attack.  Al-Khulafa Arrashidun [Mohammed's successors] also ordered it [spying].  Since Islam is superior to all human conditions and earthly religions, it permits spying for itself but not for others.  Majestic Allah says, "Not equal are the companions of the fire and the companions of the garden," and the prophet says, "Islam is supreme and there is nothing above it."  Islam, therefore, fights so the word of Allah can become supreme.  Others fight for worldly gains and lowly and inferior goals.

An Important Question: How can a Muslim spy live among enemies if he maintains his Islamic characteristics?  How can he perform his duties to Allah and not want to appear Muslim?

Concerning the issue of clothing and appearance (appearance of true religion), Ibn Taimia - may Allah have mercy on him - said, "If a Muslim is in a combat or godless area, he is not obligated to have a different appearance from [those around him].  The [Muslim] man may prefer or even be obligated to look like them, provided his action brings a religious benefit of preaching to them, learning their secrets and informing Muslims, preventing their harm, or some other beneficial goal."

Resembling the polytheist in religious appearance is a kind of "necessity permits the forbidden" even though they [forbidden acts] are basically prohibited.  As for the visible duties, like fasting and praying, he can fast by using any justification not to eat with them [polytheist].  As for prayer, the book (Al-Manhaj Al-Haraki Lissira Al-Nabawiya) quotes Al-Bakhari that "he [the Moslem] may combine the noon and afternoon [prayers], sunset and evening [prayers].  That is based on the fact that the prophet - Allah bless and keep him - combined [prayers] in Madina without fear or hesitation."

PECFOIA00042033

UK/BM-78 TRANSLATION

Though scholars have disagreed about the interpretation of that tradition, it is possible - though Allah knows best - that the Moslem spy combines [prayers]. It is noted, however, that it is forbidden to do the unlawful, such as drinking wine or fornicating. There is nothing that permits those[6].

Guidelines for Beating and Killing Hostages: Religious scholars have permitted beating. They use a tradition explained in Imam Mosallem's manuscript, who quotes Thabit Ibn Ans that Allah's prophet - Allah bless and keep him - sought counsel when he was informed about Abou Soufian's arrival. Abou Bakr and Omar spoke, yet he [the prophet] did not listen. Saad Ibn Ibada said, "Do you want us, O Allah's prophet, who controls my life? If you order us to subdue the camel we would do it, or beat and follow them to Al-Ghimad lakes (5-day trip beyond Mecca), we would do it, too." The prophet - Allah bless and keep him - called on the people, who then descended on Badr. They were met by Kureish camels carrying water. Among their takers was a young black [slave] man belonging to the Al-Hajjaj clan. They took him [as hostage]. The companions of the prophet - Allah bless and keep him - started asking him about Abou Sofian and his companions. He first said, "I know nothing about Abou Soufian but I know about Abou Jahl, Atba, Sheiba, and Omaya Ibn Khalaf." But when they beat him he said, "O yes, I will tell you. This is the news of Abou Soufian ..." Meanwhile, the prophet - Allah bless and

_____

[6] Al-Morabitoun Magazine, Issue No. 6

PECFOIA00042034

UK/BM-79 TRANSLATION

keep him -, who was praying, started to depart saying, "Strike him if he tells you the truth and release him if he lies." Then he said, "That is the death of someone [the hostage]." He said that in the presence of his companions and while moving his hand on the ground.

In this tradition, we find permission to interrogate the hostage for the purpose of obtaining information. It is permitted to strike the nonbeliever who has no covenant until he reveals the news, information, and secrets of his people.

The religious scholars have also permitted the killing of a hostage if he insists on withholding information from Moslems. They permitted his killing so that he would not inform his people of what he learned about the Muslim condition, number, and secrets. In the Honein attack, after one of the spies learned about the Muslims kindness and weakness then fled, the prophet - Allah bless and keep him - permitted [shedding] his blood and said, "Find and kill him." Salma Ibn Al-Akwaa followed, caught, and killed him.

The scholars have also permitted the exchange of hostages for money, services, and expertise, as well as secrets of the enemy's army, plans, and numbers. After the Badr attack, the prophet - Allah bless and keep him - showed favor to some hostages, like the poet Abou Izza, by exchanging most of them for money. The rest were released for providing services and expertise to the Muslims[7].

Importance of Information:

1. Based on the enemy's up-to-date information, his capabilities, and plans, the Organization's command can design good-quality and secure plans.

---

[7] Abdullah Ali Al-Salama: Military Espionage in Islam, pp. 253-258.

UK/BM-80 TRANSLATION

2.  Information about the enemy's intention provides early warning
    signs for the command, which in turn makes appropriate
    preparation and thwarts the enemy's opportunity.

3.  Information benefits the Organization's command by providing
    information about the enemy's strengths and weaknesses.

4.  Information benefits the Organization's command by providing
    information about movements of the enemy and his members.

Information requirements include: Newness, Trustworthiness,
Forthcoming, security, and confirmation.

General Mahmoud Sheet Khattab said, "The nation that wants to achieve
victory over its enemy must know that enemy very well.  It also must
know the site of the battle in detail.  Those who fight an enemy
that they do not know, do not win because a successful military plan
must be built on clear and trustworthy information.  The commander
who fights an enemy and does not know his strength (number and
materiel) is blind and destined to fail and fall."

Information Sources: Any organization that desires to raise the flag
of Islam high and proud, must gather as much information as possible
about the enemy.  Information has two sources:

1.  Public Source: Using this public source openly and without
    resorting to illegal means, it is possible to gather at least
    80% of information about the enemy.  The percentage

PECFOIA00042036

UK/BM-81 TRANSLATION

varies depending on the government's policy on freedom of the press and publication.  It is possible to gather information through newspapers, magazines, books, periodicals, official publications, and enemy broadcasts.  Attention should also be given to the opinion, comments, and jokes of common people.

Truman, a past American President, said, "We attribute our great advance to our press, because it gives America's enemies the capability of learning what we have not officially publicized about our plans and even our establishments."

In 1954, Allan Dulles [PH], Director of American Intelligence [CIA], said, "I am ready to pay any amount of money to obtain information about the Soviet Union, even as little as what the Soviet Union obtains by simply reading American newspapers."

The one gathering public information should be a regular person (trained college graduate) who examines primary sources of information published by the enemy (newspapers, magazines, radio, TV, etc.).  He should search for information directly related to the topic in question.

The one gathering information with this public method is not exposed to any danger whatsoever.  Any brother can gather information from those aforementioned sources.  We cannot label that brother a "Moslem Spy" because he does not make any effort to obtain unpublished and covert  information.

UK/BM-82 TRANSLATION

2.  Secret Sources: It is possible, through these secret and
    dangerous methods, to obtain the 20% of information that is
    considered secret.  The most important of these sources are:
    A.  Individuals who are recruited as either volunteers or
        because of other motives
    B.  Recording and monitoring
    C.  Photography
    D.  Interrogation
    E.  Documents: By burglary or recruitment of personnel
    F.  Drugging
    G.  Surveillance, spying, and observation

Information Gathering Using Public Means:

A.  Newspapers, Magazines, and Official and Party Publications:

    In order to gather enemy information, the Military Organization
    can use means such as magazines, publications, periodicals,
    and official printed matter.  Through these means, it is
    possible to learn about major government events and about the
    news, meetings, and travel of Presidents, ministers, and
    commanders.  Information may be:

    1.  Names and photographs of important government
        personalities, police commanders, and security leaders.
    2.  Published meetings.  Through these, one can learn about
        major decisions and topics being discussed.
    3.  Future meeting plans.
    4.  Present and future enemy capabilities through current
        photographs of projects and strategic sites or through

UK/BM-83 TRANSLATION

       meetings with top officials.
5.    Beneficial news about the enemy's diplomacy and its present and future plans.
6.    Tourism news and the arrival times of foreign tourist groups.
7.    Advertisements about apartments for rent, vacant positions, or anything else that is useful.
8.    Advertisements about new and used car lots.  These may be used in assassination, kidnaping, and overthrowing the government.
9.    Learning the enemy position on current Islamic issues (veil, beard, dedication, Jihad, ...).

B.    <u>Radio and Television</u>: The Military organization can use these important public sources to gather information all day and night.  The importance of these means is explained below.

    1.    Visual and audible news help the Organization to determine its present and future plans.
    2.    Interviews may help to identify the government policy and its general directives.
    3.    Spotting the appearance of those who occupy high positions.
    4.    Learning the prevailing information diplomacy and its position on contemporary issues.
    5.    Learning about the interior of important government places and establishments during their opening ceremonies or through advertisements.

In addition to the aforementioned, [attention should be given] to newspapers, magazines, and the public's comments and jokes.

PECFOIA00042039

UK/BM-84 TRANSLATION

TWELFTH LESSON

ESPIONAGE

(2) INFORMATION-GATHERING USING COVERT METHODS

PECFOIA00042040

UK/BM-85 TRANSLATION

<u>Information needed through covert means</u>: Information needed to be gathered through covert means is of only two types:

<u>First</u>: Information about government personnel, officers, important personalities, and all matters related to those (residence, work place, times of leaving and returning, wives and children, places visited)

<u>Second</u>: Information about strategic buildings, important establishments, and military bases.  Examples are important ministries such as those of Defense and Internal Security, airports, seaports, land border points, embassies, and radio and TV stations.

<u>General security measures that should be taken by the person gathering information</u>:  During the process of gathering information, whether about governing personalities or establishments, the person doing the gathering must take the following security measures:

1.   Performing the exercises to detect surveillance while executing the mission.  These exercises are not well defined, but are dependent on the time, place, and the ability to be creative.  These exercises include the following:

   a.   Walking down a dead-end street and observing who is walking behind you.  Beware of traps.
   f.   Casually dropping something out of your pocket and observing who will pick it up.
   g.   Walking fast then stopping suddenly at a corner and observing who will be affected.
   h.   Stopping in front of store windows and observing who is watching you.
   i.   Getting on a bus and then getting off after it departs and observing who will be affected.

PECFOIA00042041

UK/BM-86 TRANSLATION

   j.  Agreeing with one of your brothers to look for whoever is watching you.

2. When receiving the gathered information, let the informants travel as far as possible from their place of residence and yours.  Let each of them get there using secondary roads, preferably at night.

3. Gather what information you can without emphasizing any particular part.  Do not rush or show urgency because your excitement may uncover you and the degree of importance of the information.

4. Avoid anything that reveals your identity quickly.  Do not attempt to be too creative or inventive.  Remember what Taliran [PH] said to his political emissaries, "Do not be anxious."

5. Move slowly and travel a great distance.  The one who is successful in gathering information is the one who is not known or conspicuous.

6. Do not accept events at their face value.  Do not overlook a quick friendship or an apparent dispute.  Evaluate the importance of events and do not judge them by their appearance.

7. Do not speak vaguely or act mysteriously except when wanting to get a "blabber mouth" to talk about what he knows.

8. Carry personal credentials and know all their contents.

PECFOIA00042042

UK/BM-87 TRANSLATION

9.   Prior to collecting the information, make sure that all
     necessities related to the mission, especially money, are
     ready.

10.  Study the area where information-gathering takes place
     carefully: Open and closed streets, residents' customs, ways
     of dressing, and accent.

11.  It is not permitted to carry any weapons during the
     information-gathering process.

12.  Finding a cover prior to gathering the information.

Further, review all security measures concerning members of the
Military [Organization] which are covered in prior lessons.

Methods of Gathering Information Using Covert Means: The Military
Organization may obtain secret information using: A. Surveillance,
intelligence, and observation; B. Theft; C. Interrogation; D.
Excitement; E. Drugging; F. Recruitment.

A. Surveillance, Intelligence, and Observation:  Civilian and
military targets (personalities).  The monitoring may be done on
foot or by car.

Surveillance on foot:

     1.   The brother or brothers performing the surveillance
          operation on foot study the available information about
          the target (height, weight, way of walking, looking at
          a recent photograph)
     2.   Knowing the target's habits, places he visits, and
          communications
     3.   Studying carefully the area where observation will take
          place: names of through and dead-end streets, residents'
          habits and way of dressing.

PECFOIA00042043

UK/BM-88 TRANSLATION

13. Prior to the start of the surveillance mission, making sure that all needs related to the mission, especially money, are met.
14. Agreeing on how communications with the leaders will take place in case the surveillance plan is uncovered (telephone, a person used for that purpose). The telephone number should not be written but memorized.
15. Agreeing on special signals to exchange orders and instructions among the surveillance team members.
16. Knowing the measures to be taken when the target is lost, such as contacting the leaders or something else agreed upon.
17. It is not permitted to carry any weapons during the information-gathering process.
18. It is preferable to have a camera with the surveillance man in case the target is to personally contact others.

Surveillance by car:

Surveillance by car requires taking certain measures:

1. Inspecting the car's fuel, water, and lights.

2. The car should be of a common type so it would not attract people's attention.

3. The car should be in good condition and the driver should be experienced.

4. The car plates should not contain real numbers. It is important to use a false license plate and small numbers in order to prevent anyone from spotting and memorizing it.

5. The car's interior light should be disabled in order to hide the identity of the surveillance team members sitting inside.

6. The number and appearance of the car surveillance team members should match those of the target's car.

PECFOIA00042044

UK/BM-89 TRANSLATION

Performing Surveillance by Car:

1.    The car being used for surveillance should keep up with the
      target's car during the surveillance operation, especially in
      crowded areas and on side streets.  The distance between the
      two cars depends on the circumstances.

2.    If the target gets out of his car and starts to walk, one of
      the surveillance team members should get out and observe him.

3.    Follow all aforementioned measures for surveillance on foot.


Exercises to detect surveillance by car:

1.    The surveillance car speeds up then stops suddenly while
      observing which other car is affected (this is done where there
      is not a lot of traffic).

2.    The surveillance car enters a dead-end street.

3.    The surveillance car goes in the opposite direction of
      traffic.

4.    The surveillance car stops and goes backwards.

5.    [The surveillance car] enters a parking lot and immediately
      goes out.

6.    [The surveillance car] takes a side road and stops.


A.    Surveillance, Intelligence, and Observation (Information about
      the enemy places)

      The Organization's command needs detailed information about
      the enemy's vital establishments, whether civilian or military,
      in order to make safe plans, reach firm decisions, and avoid
      surprises.  Thus, the individual who gathers information about
      a desired location should, in addition to drawing a diagram,
      describe it and all its details.


UK/BM-90 TRANSLATION

The Drawing: The brother should draw a diagram of the area, the street, and the location which is the target of the information-gathering. He should describe its shape and characteristics. The drawing should be realistic so that someone who never saw the location could visualize it. It is preferable to also put on the drawing the directions of traffic, police stations, and security centers.

The Description: It is necessary to gather as much information about the location as possible. For instance:

1. Traffic directions and how wide the streets are
2. Transportation leading to the location
3. The area, appearance, and setting of the place
4. Traffic signals and pedestrian areas
5. Security personnel centers and government agencies
6. Embassies and consulates
7. The economic characteristics of the area and traffic congestion times
8. Public parks
9. Amount and location of lighting

It is preferable to photograph the area as a whole first, then the street of the [desired] location. If possible, panoramic pictures should be taken. That is, the collection of views should be continuous in a such way that all pictures are taken from one location and that the ending of one picture is the beginning of the next. The photographer should be experienced with and proficient in film processing and developing. It is risky to use an outside film processing service. When observing a military installation or camp, we discourage taking pictures where it is forbidden. The brother/photographer should use a

PECFOIA00042046

UK/BM-91 TRANSLATION

modern camera that can photograph at night or from a distance, and only the lens of the camera should be visible.  When gathering information about a military camp, the brother should draw a diagram of the camp's overall area, the camp itself, and its interior, if possible.

The description of the base or camp must contain the following:

1.   Location
2.   Exterior shape
3.   Transportation to it
4.   Space [area]
5.   Weapons used
6.   Unit using the camp
7.   Fortifications and tunnels
8.   Guard posts
9.   Amount and periods of lighting
10.  Number of soldiers and officers.  Officers' ranks
11.  Ammunition depot locations
12.  Vehicles and automobiles
13.  Leave policy
14.  Commander's name, rank, arrival and departure times
15.  Degree and speed of mobilization
16.  Brigades and names of companies
17.  Sleeping and waking times
18.  Telephone lines and means of communication

The brother gathering the information may start a friendship with one of the soldiers or officers of that base.  Information may be collected gradually and easily from soldiers when giving them rides from the camp to the bus or train stations, etc.


B.   Gathering Information Through Interrogation: Security
     personnel in our countries arrest brothers and obtain the needed
     information through interrogation and torture.

PECFOIA00042047

UK/BM-92 TRANSLATION

The Military Organization must do likewise.  On one hand, the Organization can obtain important information about enemy establishments and personnel.  On the other hand, that is a form of necessary punishment.

Information is collected in this method by kidnaping an enemy individual, interrogating him, and torturing him.  This source of information is not permanent.  Also, caution should be exercised about being deceived by misinformation from enemy individuals.  Thus, the brother who interrogates the hostage should possess the following characteristics:

1.    Should have knowledge and expertise about people's behavior and morals.
19.   Should have a strong personality.
20.   Should possess a sixth sense based on practice and experience.
21.   Should be extremely patient.
22.   Should be able to act, pretend, and mask himself.
23.   Should be intelligent, observant, analytical, and deductive.
24.   Should be able to establish an investigative plan.

C.    Gathering Information Through Recruitment:  Recruiting agents is the most dangerous task that an enlisted brother can perform.  Because of this dangerous task, the brother may be killed or imprisoned.  Thus, the recruitment task must be performed by special types of members.

There are a number of motives that might entice an uncommitted person to take part in intelligence work.  These motives are:

UK/BM-93 TRANSLATION

```
1.   Coercion and entanglement
2.   Greed and love for money
3.   Displaying courage and love of adventure
4.   Love of amusement and deviance
5.   Mental and political orientation
6.   Fear of being harmed
```

The Organization may use motives No. 2, 3, 5, and 6 in recruitment.

Candidates for Recruitment Are:

```
1.   Smugglers
2.   Those seeking political asylum
3.   Adventurers
4.   Workers at coffee shops, restaurants, and hotels
5.   People in need
6.   Employees at borders, airports, and seaports
```

Types of Agents Preferred by The American Intelligence Agency [CIA]:

1.   Foreign officials who are disenchanted with their country's policies and are looking towards the U.S. for guidance and direction.

2.   The ideologist (who is in his county but against his government) is considered a valuable catch and a good candidate for American Intelligence Agency [CIA].

3.   Officials who have a lavish lifestyle and cannot keep up using their regular wages, or those who have weaknesses for women, other men, or alcoholic beverages.  The agent who can be bought using the aforementioned means is an easy target, but the agent who considers what he does a noble cause is difficult to recruit by enemy intelligence.

UK/BM-94 TRANSLATION

4.    For that purpose, students and soldiers in Third World countries
      are considered valuable targets.  Soldiers are the dominating
      and controlling elements of those countries.

Recruitment Stages: Suppose the Islamic Organization, with its
modest capabilities, wants to obtain information about an important
target (important personality, building, camp, agency, ministry).
 It has to do the following:

1.    Finding the Agent: In this stage, the Organization picks the
      suitable person for supplying the information.  The
      Organization learns about that person: His financial condition,
      his family status, his position regarding the government, and
      his weaknesses and strengths.

2.    Evaluating the Agent: In this stage, the agent is placed under
      continuous observation to learn the times of his departure to
      and return from work, the places he visits, the individuals
      he meets, and his social interaction with those that he meets
      in coffee shops, clubs, etc.

3.    Approaching the Agent: After gathering information about him,
      a relationship with him is developed under a certain cover,
      such as:
      a.    Family connection and tribal relations.
      k.    Developing a friendship with him in the club, coffee shop,
            and workers union.  The [recruiting] brother develops the
            friendship as if it were unpretentious and unplanned.
            The relationship should develop naturally and gradually
            in order not to attract the target's attention.

      Important Note: In case the first brother fails to develop a
      friendship with the target, another brother takes over

PECFOIA00042050

UK/BM-95 TRANSLATION

after learning from the first about the target's weaknesses
(motives that can be exploited) such as his love for money,
opposition to the government, love for adventure, or display
courage.

4.  <u>Recruiting the Agent</u>: After finding, evaluating, and
    approaching a target, comes the second stage of recruiting him.
    Recruiting may be direct, that is, telling the agent frankly
    about working for the Organization for a specific and
    agreed-upon salary.  A promise is secured in writing or
    verbally.
    Or recruitment may be indirect, that is, information may be
    taken from the target without informing him that he is an agent.
    That may be accomplished by giving him gifts, sharing his joys
    and sorrows, and attempting to solve his problems.

5.  <u>Testing the Agent</u>: In this stage, the agent is assigned certain
    tasks in order to test his ability, loyalty, and dependability.
    The agent does not know that the Organization already has the
    sought information.  If the information supplied by the agent
    does not match the Organization's existing information, then
    the agent may be an unreliable source of information or may
    be trying to mislead the Organization.  During the testing
    stage, the agent should remain under careful observation to
    spot all his movements.

6.  Training the Agent: This stage applies to the recruited agent,
    that is, the agent who has been recruited directly

PECFOIA00042051

UK/BM-96 TRANSLATION

and is aware that he has been recruited by someone or some
organization for money or other things.  That agent may be
trained on the following:

a.    Work secrecy and means of gathering and hiding information
l.    The method of passing information on to officials
m.    Concealment and disguising
n.    Interrogation and resisting the interrogation
o.    Explaining the assigned mission in utmost detail
p.    Photography

There might not be any training at all.  The agent may be given
freedom in his work, relying on his instinct, talents,
background, and the capabilities of his superior brother.

7.    Treating the Agent: The brother who manages the agent should
possess the qualifications of a perfect spy, a psychiatrist,
and an interrogator.  There are two points of view on treating
the agent:

First Point of View:  Maintaining a strong personal
relationship with the agent.  This technique provides the agent
with the motivation that entices him to take chances in order
to please his friend with the information.  However, this
technique has disadvantages.  The barriers between the agent
and his superiors are removed, and the agent may ask for many
things that were not agreed upon.

Second Point of View:  The person managing the agent treats
him roughly and pushes him to the limits for the purpose of
getting as much information as possible.  This technique uses
harshness, cruelty, and threats in order to keep the

PECFOIA00042052

UK/BM-97 TRANSLATION

agent constantly active. I believe that the Islamic Military organization can combine the two techniques.  The agent may be treated in a careful Islamic manner, while the managing brother appeals to the agent's conscience and his Islamic association with the work for majestic Allah's religion. He lures the agent with money and gifts, and uses cruelty and kindness when appropriate.

8.  <u>Terminating the Agent's Services</u>:  That should occur when any of the following take place: a. The recruitment mission terminates, b. Incapacity to work because of sickness or changes in the job situation, c. Repeated errors in security measures, d. The agent requests the termination.

<u>Means for Testing the Recruit</u>: 1. Requesting specific information that the Organization knows well, 2. Monitoring him while he performs his covert work, 3. Overpaying him in order to know his trustworthiness, 4. Giving him a chance to tamper with the work documents (unimportant documents).

<u>Important Advice About Dealing with Agents</u>:

1.  Do not send sealed packages to the agent or receive them from him.  These could be booby traps.

2.  Leaving something for the agent should be done as quickly as possible.  When transporting and giving an item to the agent at the agreed-upon location, it should not attract attention and lead to the agent's arrest.

3.  The financial status of the agent should be controlled so that the agent does not suddenly show great wealth.  A

UK/BM-98 TRANSLATION


portion of the payment should be given to him, while the other
should be deposited in his bank account.

4. When wishing to recruit an agent, events should occur naturally.
    You may agree with a friend that he invite the person to be
    recruited for dinner, or something similar.  While that
    intermediary person is talking with him, he notices your arrival
    at your friend's, greets you, starts to converse with you, and
    invites you to sit down with the person you want to recruit.

5. When meeting with the agent, make sure neither you or the meeting
    place are being monitored.  Do not enter a place to meet with
    an agent before he does.  There could be a trap for you.

6. If you wait for your agent at the agreed-upon location, you
    could be a target for him.  Be especially careful if he goes
    to the bathroom.  Once, in Belgium, an Israeli Mossad officer
    met an Arab agent.  A few minutes after they sat down, the Arab
    agent said that he had to go get something.  When he returned,
    the Israeli intelligence agent was still there.  The Arab agent
    then pulled out a pistol and shot the Mossad agent several times.

7. In order to communicate with the agent, it is necessary to
    specify locations such as parks, a university campus area, etc.

8. It is necessary to continuously communicate with the agent,
    to learn about his problems and requests, help him as much as
    possible, lift his morale, and renew his confidence.

PECFOIA00042054

UK/BM-99 TRANSLATION

LESSON THIRTEEN

SECRET WRITING

AND

CIPHERS AND CODES

PECFOIA00042055

UK/BM-100 TRANSLATION

Secret Ink: It consists of chemical material that is used on a special type of paper, and the writing can be made visible by various methods with numerous [chemical] solutions.  The history of invisible writing is somewhat old; spies used various types of invisible ink during World War I, and after the war many improvements were made after chemical compounds were discovered. [These compounds] can make most of these invisible inks become visible. War is still being waged between the nations and terrorist organizations. The Islamic organizations can resort to their modest capabilities of writing letters with invisible ink using materials available on the market which leave no trace at all as long as it is well hidden in the writing. The paper that is used must have the following [characteristics]:
    1- The paper must be smooth.
    2- The paper must be the type on which ink doesn't spread.
    3- There must not be anything or any pictures on the paper that attract attention.


Types of Invisible Ink: There are two types of invisible ink, organic and chemical compounds. Examples [of organic solutions] include: milk, vinegar, apple juice, lemon, urine. They are easily exposed by simply heating them, and they are used frequently. Chemical solutions, which are colorless when they are dry, also appear as various colors

UK/BM-101 TRANSLATION

if they are treated with another solution.

Methods of Producing Secret Ink and Ways to Expose it: 1- It is
possible to use any animal-based fluid and any fruit or lemon juice
to expose the message. It can also be placed above a lamp, passed
over a candle, or ironed with a hot iron, and yellow or brown writing
will appear.
2- It is possible to use Aluminum Chloride (Neshader [PH] Salt) to
write letters with secret ink. To expose the writing use the previous
method.
3- It is possible to dissolve an aspirin tablet (except for children's
aspirin) in alcohol to expose the writing. All we have to do is get
a piece of cotton, dip it in the alcohol solution, and wipe it on
the message.
4- It is possible to use some colorless vitamins like Vitamin A or
Penicillin.
5- Compounds like silver or lead should be avoided because they affect
the secret ink.

Considerations When Using Secret Ink:
1- The writing should only be on smooth surfaces like glass or
formica.
2- Don't press with the pen or quill on the paper so that the imprint
of the writing doesn't show. The writing must be done lightly on
the paper.
3- Use a good quality paper.
4- Don't write any names in a message written with secret ink.

UK/BM-102 TRANSLATION

5- A regular letter is written with a ballpoint pen and not with secret ink.
6- The quill or pen should be washed before and after use, and not used with any other ink.

How to Write on Paper with Secret Ink: An innocent-looking letter (family-personal-greeting) is written with a ballpoint pen, but within the letter, between the lines, write the message with secret ink.

Both ciphers and code are considered important means of conveying information without anyone other than the party to which it is sent being able to determine its contents. Ciphers differ from code.

Ciphers: A letter, number, or symbol takes the place of another letter, number, or symbol. The number (1), the letter (H), or the symbol (_) could take the place of the number (3), the letter (D), the symbol (□), or any other number, symbol, or letter. Notice that in simple ciphers that the same number or symbol always replaces the same letter, while in complicated ciphers, which are currently in use, the same symbol and number replace a different letter each time.

Code: It consists of symbols, words, or groups of letters chosen to represent or express other words. One word could have several meanings, or could represent a complete sentence, or could be a long paragraph according to the system used.
Scientists have proved that the ancient Egyptians, Jews, Greeks

UK/BM-103 TRANSLATION

and Romans used ciphers and code. [They were also used] during the Middle Ages, simple though they may have been, like simply putting every letter in the place of the letter that followed it in a specific arrangement of the alphabet. Specific letters only might have been substituted.  Secret writing developed and took on more complicated forms. America entered World War II because of a secret message that fell into the hands of British Intelligence in 1937, which was sent by the German Foreign Minister (Zimmermann) to the German Ambassador to Mexico.  The British learned from the deciphered letter that the Germans were planning to wage all-out submarine warfare using. The letter contained a proposal that Mexico enter the war on the side of the Germans, with the provision that after the victory, Mexico would acquire Texas, Arizona, and New Mexico. The British Foreign Minister (Balfour) turned the letter over to the American Ambassador in London, who in turn passed it on to the White House, which confirmed the authenticity of the letter [by checking] the [original] ciphered letter and correlating it with the code. Consequently, America entered the war against Germany.

Both Roosevelt and Churchill escaped death because of a German translator's ignorance. He was deciphering an enciphered message in Spanish. Both Roosevelt and Churchill had agreed to meet in Casablanca in 1943.  Spanish spies in Washington learned of the news, and they sent this in an enciphered message to Hitler. The German translator received it for deciphering, and he read the name as two words: (Casa), which means (house), and (Blanca), which means (white). So he translated the message

PECFOIA00042059

UK/BM-104 TRANSLATION

that Churchill and Roosevelt were going to meet in the White House.
German aircraft were not able to penetrate American air space, and
both Churchill and Roosevelt escaped.

Types of Ciphers and Codes: 1. Enciphering with coordinates. 2.
Enciphering with symbols and words. 3. Enciphering books,
newspapers, and magazines.
Secret writing must have two important elements without which it
is not a true cipher. They are:
The First Element: It must have a general system on which the sender
and receivers agree, and it is normally a fixed [system].
The Second Element: There must be a special key which changes from
time to time. The cipher key may be composed of a number or group
of numbers. It could also be composed of a word, an expression, or
a sentence according to what was agreed upon among the
correspondents. This key is used to decode the cipher, and is what
dictates the steps required to encipher any secret letter. There
are a few other elements which secret writing must have, though less
important than the two previously mentioned elements.
The message must be short, sharply delineated, and understandable.
The key must be changed periodically, so that the enemy does not
obtain it and [thereby be able to] read all the messages.

Types of Ciphers and Codes and How to Use Them:
The Numeric Method: There are 28 letters in the Arabic language;
they are found in this verse:
((ABJD ?W; HUI KLMN S"FX QR:T COZ VYG))

PECFOIA00042060

UK/BM-105 TRANSLATION

Each letter is replaced by a number, and it is not necessary for
the numbers to be sequential. That is, we can we separate one number
from the following one. Example: A=1, B=6, J=20 etc.
The important thing is that the other side (the receiver) be aware
of that. It is also possible to change the verse with another one.

((ABJD ?W; HUI KLMN S"FX QR:T COZ VYG))

| | | | | | | |
|---|---|---|---|---|---|---|
| A=1 | B=2 | J=3 | D=4 | ?=5 | W=10 | ;=15 |
| H=20 | U=25 | I=30 | K=40 | L=50 | M=60 | N=75 |
| S=80 | "=90 | F=100 | X=200 | Q=300 | R=400 | |
| | | | | | | :=500 |
| T=600 | C=700 | O=800 | Z=900 | V=1000 | Y=1500 | |
| | | | | | | F=2000 [sic] |

Example: QAM ALAOW? BQTL REIS ALJM?WRI? [The brothers killed the
President of the Republic.]

| | | | | | |
|---|---|---|---|---|---|
| QAM | Q=300 | A=1 | M=60 | | |
| ALAOW? | A=1 | L=50 | A=1 | O=800 | W=10 | ?=5 |
| BQTL | B=2 | Q=500 | T=600 | L=50 | |
| REIS | R=400 | A=1 | I=30 | S=80 | |
| ALJM?WRI? | A=1 | L=50 | J=3 | M=60 | ?=5 | W=10 |
| R=700 | I=30 | ?=5 | | | |

530400105603501803014005060030025108001501601300

UK/BM-106 TRANSLATION

Another Numeric Method: There is another method by which we can
encipher using digits as follows: We leave out the numbers (8, 9,
0) from the numbers used in the cipher.

A=1   B=2   T=3   C=4   J=5   H=6   O=7
D=11  Z=12  R=13  ;=14  S=15  :=16  X=17
V=21  U=22  Y=23  "=24  G=25  F=26  Q=27
K=31  L=32  M=33  N=34  ?=35  W=36  I=37

Notice that this cipher could be used over the telephone or radio,
but it wouldn't be good for letters because they could be discovered
too easily.

Important Note: Some may ask, how can a brother (the receiver) know
what the sender wants, when he sends a letter with nothing but numbers
placed next to each other. Like in the previous example: QAM ALAOW?
BQTL REIS ALJM?WRI? [The brothers killed the President of the
Republic.]

530400105603501803014005060030025108001501601300

We say that it is possible, as we mentioned in the second method
to eliminate some numbers and use them as separators, between
numbers.

Example: We eliminate the numbers like (8, 9, 0) from them, and we
choose the number 5, for example

PECFOIA00042062

UK/BM-107 TRANSLATION

An example of the second method: QAM ALAOW? BQTL W;IR ALDAOLI? [The
brothers killed the Minister of the Interior.]


```
QAM        Q=27 A=1  M=33
ALAOW?     A=1  L=32 O=7  W=36 ?=35
BQTL       B=2  Q=27 C=3 [sic] L=32
W;IR       W=36 ;=14 I=37 R=13
DAOLI?     A=1  L=32 D=11 A=1  O=7
           L=32 I=37 ?=35
```

3537327111321133714363232723536732133127

When we put the number ((0)) to separate between the letters, it
would be as follows:
370320701011032010130370140360320302702035036070320103301027
                                                            035


To complicate the cipher somewhat, we would put the numbers (9, 8,
0) as separators in one method.

The method of symbols and numbers: We separate the letters of the
alphabet into a number of groups, and each group is composed of a
number of digits.

Example: It is possible to make six groups, and so each group will
be composed of five numbers, except for the last group, which would
have only four [sic] numbers.

PECFOIA00042063

UK/BM-108 TRANSLATION

| Sixth Group | Fifth Group | Fourth Group | Third Group | Second Group | First Group |
|---|---|---|---|---|---|
| I W ?<br>3 2 1 | N M L K Q<br>5 4 3 2 1 | F G " Y U<br>5 4 3 2 1 | V X : S ;<br>5 4 3 2 1 | R Z D O H<br>5 4 3 2 1 | J C T B A<br>5 4 3 2 1 |

Then we give every group a symbol.

| Sixth Group | Fifth Group | Fourth Group | Third Group | Second Group | First Group |
|---|---|---|---|---|---|
| _ | _ | _ | _ | □ | ○ |

Then after that, every group has a specific symbol, and every letter in the group has a specific number, so the cipher will be as follows:

| _ | _ | _ | _ | □ | ○ |
|---|---|---|---|---|---|
| I W ?<br>3 2 1 | N M L K Q<br>5 4 3 2 1 | F G " Y U<br>5 4 3 2 1 | V X : S ;<br>5 4 3 2 1 | R Z D O H<br>5 4 3 2 1 | J C T B A<br>5 4 3 2 1 |

Example: Form the following sentence by means of this cipher:

AL?JWM ALSA"? ALSAB"? XBAHA [The attack will be at seven in the morning.]

AL?JWM    1 ○ 3 _ 1 _ 5 ○ 2 _ 4 _

ALSA"?    1 ○ 3 _ 2 _ 1 ○ 3 _ 1 _

ALSAB"?   1 ○ 3 _ 2 _ 1 ○ 2 ○ 3 _ 1 _

XBAHA     4 _ 2 ○ 1 ○ 1 □ 1 ○

The message would be formed as follows: 1 ○ 3 _ 1 _ 5 ○ 2 _ 4 _ 1 ○ 3 _ 2 _ 1 ○ 3 _ 1 _ 1 ○ 3 _ 2 _ 1 ○ 2 ○ 3 _ 1 _ 4 _ 2 ○ 1 ○ 1 □ 1 ○.

In order not to mix up the letters when decoding the cipher, it is possible to choose a symbol other than

UK/BM-109 TRANSLATION

the symbols present. It is possible to choose the symbol (for example) ⊙ a circle with a dot in it, to separate one word from another.

Another method for symbols and numbers: For this, we use seven circles, and each circle contains four letters, as follows:







(6)

| K | Q |
|---|---|
| M | L |

(5)

| " | Y |
|---|---|
| F | G |

(4)

| X | : |
|---|---|
| U | V |

(3)

| R | Z |
|---|---|
| S | ; |

(2)

| H | J |
|---|---|
| D | O |

(1)

| B | A |
|---|---|
| C | T |

(7)

| ? | N |
|---|---|
| I | W |

Example: AQTL ?ZA ALUAGWT [Kill this devil.]

AQTL [See original for symbols.]

?ZA [See original for symbols.]

ALUAGWT [See original for symbols.]

In order for one to know the context of the message, it would be sent to (the receiver) as follows:

[See the original Arabic text for the symbols.]

It is possible to separate between each word and the one that follows it by placing a specific symbol between each word (other than a symbol already present.)

PECFOIA00042065

UK/BM-110 TRANSLATION

3- The Letter Method: There are 28 letters in the Arabic language.
We eliminate (3) letters from the (28) letters, and (by way of
example) the letters we eliminate are (C-G-Z), and so we have a chart
with (5) groups containing (25) letters as follows:

| M | " | : | O | A |
|---|---|---|---|---|
| N | F | X | D | B |
| ? | Q | V | R | T |
| W | K | U | ; | J |
| I | L | Y | S | H |

Note: the Arrows found to the right of the chart indicate that we
must take the last horizontal letter. [See original for arrows.]

Example: If we had a word composed of a number of letters like (KAN),
when enciphering, the first letter (K) would be (WL). That is, for
this letter (K), when enciphering, there would be (two letters),
one horizontal letter and the other would be the vertical. The
horizontal would be the (W), and the vertical would be the (L), and
the rest of the letters of the word (KAN) would be done the same
way.
If the last letter of the schedule were needed, like (H), then in
this case, we would encipher the (H) as follows: (IA). If it were
the letter (N), we would encipher it as follows: (BI) and so forth.

Example: AQTL ?ZA ALUAGWT [Kill this devil.]

AQTL A=MH Q=?L T=?H L=I"
?ZA  ?=TI Z=Not found on the chart so we [exchange] the letter (D)
for it, and when

UK/BM-111 TRANSLATION

the cipher is broken, the true letter is understood from the meaning
of the word, and so it would be thus: Z=NS A=M[H]

ALUAGWT   A=MH L=I" U=WY A=MH G=IS also not found in the chart, so
we deal with it as if it is an("), and when the cipher is broken,
put it in its original form (G) G=ML W=JI T=?H.
The enciphered sentence would be as follows:
MH?L?HI"TINSMHMHI"WYMHLJI?H.
We must use one of the three letters that were cancelled (C-G-Z)
to separate between each word from the [following] one.
Note: It would be incorrect to use this chart the same way as the
previous one, because it is [too easy] for an enemy to figure out
the context of the message and its cipher. Therefore, we make a
specific key for this chart, which no one knows except for the
(sender) and the (receiver).

An Example of the Key: The sender and receiver may agree that the
key to the cipher (the table) [be] a word or a name: ABW ALFRJ (for
example), and so the cipher table would be as follows:

| `` | S | T | R | A |
|----|---|---|---|---|
| Q | : | H | J | B |
| K | V | O | M | W |
| N | U | D | X | L |
| ? | Y | ; | I | F |

Note: We took [something] away from the word [ABW ALFRJ] ABW LFRJ.
We removed the Alef [A] found in ALFRJ, [therefore] the word was:
ABW LFRJ, and after writing it in the cipher key (ABW ALFRJ), we
write the 25 letters of the alphabet that we know, noticing that
we have removed the letters which were written in the key (ABW ALFRJ)
[sic] as in the previous table.

UK/BM-112 TRANSLATION

Example: AQTL ?ZA ALUAGWU [Kill this devil.]

Solution: AQTL A="F Q=B? T=B? T="Z L=NF
?ZA  ?=F" Z=We treat it as if it is a D=N;    A="F
ALUAGWT   A="F L=NF A="F G=We treat it as if it is a "=?A
W=KF T="Z

Therefore the cipher comes out as follows:
"FB?";NFF"N;"F"FNFNY"F?AKF";

Then we need to insert one of the three letters (C-G-Z) between each
enciphered word, so that the letters don't get mixed up with each
other. Consequently, as an exampe we choose the letter (Z), and then
the cipher (the enciphered letter would be as follows:)
"FB?";NFZF"N;"FZ"FNF"F?AKF";Z
There will not be any mistake when the (receiver) begins decoding
the cipher, because he knows that for each actual letter, there are
two enciphered letters. [He also knows] that between each word and
the one which follows it there is one of the three letters (Z-C-G).

Important Note: 1- It is possible to write the secret word (the key
to the table) either horizontally or vertically.
[2-] It is possible when enciphering using the previous table to
choose one of the following methods:
     A-The table could use a descending-descending system [two
arrows down].
     B- The table could use an ascending-ascending system[two arrows
up].

PECFOIA00042068

UK/BM-113 TRANSLATION

C: The table could use a descending-ascending system and the opposite
[an arrow up and another arrow down].

However, both sides must be aware of this (the sender-the receiver).

-If it happens that any numbers appear in the message while we are
using a letter cipher, then we begin, for example, by writing the
numbers (1-2-3.....) with letters (WAHD-ACNIN-CLAC?)
[One-two-three.......]

Note that we do not write ACNIN or CLAC? because we have eliminated
the letter ( C ) from the table.

To complicate the cipher we scramble the letters and [make] them
uncomplicated in the table.

To [also] complicate the cipher, we can exchange the letter with
the one above it, and while decoding it, the receiver takes the letter
that is below it. On the other hand, the letter below it can be written
and when decoding it, the letter above is taken.

The coordinates method: In order to devise a cipher with this method,
we make a table in which every letter in the alphabet corresponds
to a number in the vertical column and a letter in the horizontal
row, and in the table we write the (25) letters as follows:

| 5 | 4 | 3 | 2 | 1 | |
|---|---|---|---|---|---|
| M | `` | : | O | A | A |
| N | F | X | D | B | H |
| ? | Q | V | R | T | M |
| W | K | U | ; | J | W |
| I | L | Y | S | H | D |

Note that we have eliminated the three letters (C-Z-G).

 Observation: This cipher (enciphered table) is very easy for any
average person to break or solve; therefore it must be made more
complicated.

PECFOIA00042069

UK/BM-114 TRANSLATION

How to complicate it: 1- Scramble the (25) letters of the alphabet in the table without any sequence.

2- Leave some squares in the table blank for subterfuge or for any contingency.

3- Instead of writing the coordinates of the desired letter, we write the coordinates for the letter above it, and when the receiver breaks it, he takes the lower letter. It is also possible to write the lower letter, and when breaking take the letter above.

Enciphering using coordinates is as follows:

| 96 | 70 | 34 | 32 | 20 | 9 | |
|----|----|----|----|----|----|----|
|   | N |   | H | K |   | K |
| ? | L | J |   | O | W | R |
|   | T |   | Q |   | D | M |
| I | B |   | A | R |   | ; |
| Y |   | " | ; | X |   | ? |
|   | F |   | : |   | S | D |
| M |   | V |   | U |   | I |

The key of the cipher is KRM ;?DI [Karem Zouhdi] (May God release him).

Example: AST:?D AHD ALAOW? MN :D? ALT"ZIB [One of the martyrs died due to the severe torture.]

Solution: AST:?D     A=M32       S=M9        T=R70       :=?32
                     ?=M96       D=R9
          AHD        A=M32       H=D32       D=R9
          ALAOW?     A=M32       L=K70       A=M32       O=K20
                     W=D9        ?=M96
          MN         M=D96       N=D70

109

PECFOIA00042070

UK/BM-115 TRANSLATION

```
:D?          :=?32      D=R9        ?M96
ALT"ZIB     A=M32      L=K70      T=R70      "=;34
            Z=We substitute with a D=R9    T=R70
```

Observe that when we began enciphering the sentence (AST:?D AHD ALAOW? THT ALT"ZIB) [One of the brothers died under torture], we took the letter from above (we didn't use the actual letter), and the brother who receives it must take the letter from beneath while deciphering letter).

Likewise there is in the word (ALT"ZIB) the letter (Z), and it was one of the letters we dropped (Z-C-G). Therefore, we took in its place a similar letter, the (D), and the receiver would know that from the meaning of the word.

There are also letters which did not have any [others] above or below, like the (K-H-N-?-W). Therefore, we apply the same steps which were followed. We look for the letter which is above it, so for example, with the letter (K), the letter (U) is considered higher than it. With the letter (W), the letter S is considered higher than it, and so forth.

**UK/BM-116 TRANSLATION**

LESSON FOURTEEN

KIDNAPING AND ASSASSINATIONS

USING

RIFLES AND PISTOLS

PECFOIA00042072

UK/BM-117 TRANSLATION

Introduction to Pistols:*
The pistol was invented in the fifteenth century AD, and it is now
merely in the most recent of its phases of development.
At the beginning, pistols were made by hand in various sizes. They
were fired using a gunpowder fuse which ignited the gunpowder charge,
thrusting the bullet forward through the barrel.
The pistol underwent long phases of development until one called
"the revolver" was produced. The credit for making it popular goes
to Samuel Colt, but it would be a mistake to consider him the inventor
of this pistol, because he was not an expert in weapons. Rather,
he was very wealthy and he expended his wealth to satisfy his desire
to acquire weapons. He produced the first revolver in 1835. It was
made by hand, and then by machines in large quantities.
Innovations [continued] developing until the automatic pistol
designed by an Austrian appeared in 1883 AD. Thirteen years later
in 1896 another pistol came on the scene called the "Mauzer," which
is still in use to this day.
A larger number of pistols have appeared, and there are still
continuous developments and innovations. Pistol manufacturers
prefer the automatic pistol over the revolver, which has largely
fallen into disuse.
The Characteristics and Shortcomings of the Revolver and Automatic
Pistol:
1- Characteristics of the Automatic-action Pistol:
We would call a pistol an automatic when there is more than one
mechanical movement taking place. When the pistol is fired, it
returns the moving components to the rear, expels the empty
cartridge, and loads a new round in its firing chamber. This continues
until the magazine is empty.
It is likewise possible to call a pistol a semi-automatic, according
to the type of firing when it fires one round at a time.
Its characteristics are:
1- The magazine holds a number of rounds (from 8-16).


[*] Review the memorandum, "All About Handguns", in detail.

UK/BM-118 TRANSLATION

2- The spare bullets for this pistol are in the reserve magazine.
3- It only takes a short time to load it.
4- It can be concealed easily because of its small size.
5- Its projectile has great acceleration, which makes it more accurate.

2. Shortcomings of the Automatic Pistol:
1- The necessity of using both hands when loading.
2- In case of an unexpected malfunction, like a round being jammed, both hands must be used to correct it because of its complicated mechanism.
3- It requires a safety device to ensure that accidents are avoided.
4- It is not suitable for firing from the holster because of its mechanical action, since after it is fired, the components that are pushed forward and expel the bullet through the barrel, return to the rear, and as they return, the empty cartridge is expelled, then the components move forward carrying a new round. The holster is small and doesn't allow the components to return to the rear, and could block the way of the empty cartridge, whereby the action malfunctions.
5- It can't use any bullets other than those specified for it, because other bullets could have a large charge of gunpowder. Therefore, upon firing, the greater thrust of gas would push the components to the rear with greater force than they can bear, and so perhaps after firing once or twice, the pistol could break in two.

Characteristics of the Revolver:
1- The shooter doesn't need a lot of motion to cock it, since it is sufficient to press the hammer, and the chamber revolves to load and cock the pistol.
2- A malfunction, like a jammed bullet, does not prevent one from continuing to fire.
3- The revolver rarely malfunctions.
4- It doesn't need a special safety device, and even if it did have one, it wouldn't hinder the action of the hammer.
5- It is preferable for assassinations because the empty shells are kept inside, making it difficult

## UK/BM-119 TRANSLATION

for investigators to determine the location from which the pistol
was fired. It also makes it difficult to determine the type of pistol
used.

Shortcomings of the Revolver:
1- Most models are large and bulky, especially older ones.
2- It takes a relatively long time to load it.
3- It leaks and loses some gas between the chamber and barrel when
it fires, which slows the bullet down and causes it to fall short.
4- The velocity of the bullet from a revolver is slower than that
of an automatic.
5- The cylinder does not hold many rounds, since it can only hold
five or six bullets.

Holding the Pistol with Both Hands or with One Hand:
Many ask: Should the pistol be held with both hands or with one hand?
The answer is that the type of firing determines whether to hold
the pistol with one hand or both.
Therefore, if you are in a defensive situation where an adversary
appears by surprise, pull your gun from the holster and fire at him
right away one-handed without aiming.
Conversely, if you are attacking or ambushing an adversary, you
should hold the pistol with both hands, because:
1- Holding the pistol with both hands decreases the recoil.
2- Holding the pistol with both hands: The strong dominant hand pushes
the pistol forward and the other pulls to the rear with the same
force, thus making a firm grip on it.
3- Using both hands prevents them from trembling or shaking and thus
the pistol also.
4- Hold the pistol with both hands to be steady and firm,  especially
when firing several shots, so you won't be forced to adjust your
grip on the pistol.


How to Correctly Hold an Automatic Pistol
1- Your right thumb that grips the pistol should be


## UK/BM-120 TRANSLATION

above the locking device and not beneath it, and it should be on
the left side of the pistol, so that it doesn't push the locking

device inside the groove of the upper part and cause the mechanical movement to malfunction.

2- The fleshy part between the thumb and index finger of the right hand holding the pistol should be behind and beneath the [moving] parts, so as not to disturb them with your hand when moving; the pistol should be centered vertically in the palm of the hand.

3- The index finger should be around the trigger, and the rest should be on the pistol grip.

4- The left thumb should be centered on the right thumb, and both of them should be centered on the locking device, neither [too] tight or [too] loose but with a medium [grip]. The other fingers of the left hand should be on the grip over the fingers of the right hand and intertwined with them to control the grip on the pistol.

5- Don't leave any space between your hand and the pistol, but control your grip on it. It should not be part of you, so don't grip it too hard, because that will affect the nerves and muscles which could cause the hand to waiver and make the shot miss.

See the drawing below:

[Picture of a pistol with the caption:]
The locking device, located on the lower part

PECFOIA00042076

UK/BM-121 TRANSLATION

The mechanical action could malfunction while firing, as shown in the drawing, because the thumb is too close to the lower locking device. Therefore, perhaps because of a [grip] that's too firm, the thumb presses the locking device on the lower part of the pistol inside the groove of the upper part, causing the mechanical action to malfunction while firing.

UK/BM-122 TRANSLATION

Another Way to Hold the Pistol with Both Hands
1- The right thumb gripping the pistol should be slightly above the
magazine holder.
2- The left thumb should be centered over the right thumb, and we
follow the remaining four steps in the first method.
3- We follow the previous steps in the first method.


Observe the following drawing


[Drawing with caption saying:]
Holding the pistol with both hands// Notice that the right thumb
is slightly above the magazine holder, and the left thumb is over
it. Holding the pistol and firing it with the right hand.

PECFOIA00042078

UK/BM-123 TRANSLATION

A Third Way to Hold a Pistol with Both Hands:
We follow all the steps of the second method, but the left index
finger is on the trigger guard.

Observe the following drawing

[Drawing with the caption:]
Gripping the automatic pistol with both hands
Notice that the left index finger is resting on the trigger guard

A Fourth Method of Holding an Automatic Pistol with Both Hands
We follow all the steps of holding a pistol with the right hand (any
of the previous methods), but the left hand is [placed] under the
butt of the gun for balance.

Observe the following drawing

PECFOIA00042079

UK/BM-124 TRANSLATION

[Drawing with the following caption:]
Notice how the left hand is placed under the butt
of the pistol for balance


A Method to Hold an Automatic Pistol with One Hand
1- We follow the previously mentioned steps whereby the right thumb
is slightly above the magazine holder, and if we were to use the
second method, it would be a good grip.
2- The fleshy part of the hand between the thumb and the index finger
should be behind and below the [moving] parts to

UK/BM-125 TRANSLATION

avoid disturbing them with your hand while moving.
3- The index finger is inside the trigger [guard] or over it with
the rest on the pistol grip.

Observe the following drawing


[Drawing with the following caption:]
Gripping the automatic pistol with one hand
Notice the placement of the right thumb
(The right thumb is slightly above the magazine holder)

PECFOIA00042081

UK/BM-126 TRANSLATION

The Proper Way to Hold a Revolver
1-The right thumb and the other three fingers except for the index finger should be holding the grip around the bottom (butt of the pistol) firmly and evenly to ensure that the pistol doesn't move while firing. The index finger should be on the trigger or outside [the guard].
2- The second grip should be with the same method used to hold the automatic pistol. However, there is a slight difference; the right and left thumbs are firmly set one above the other.
Important Note:
Some people place the left thumb over the right hand to push the hammer to the rear with it.
This method is only used with the revolver because it is assembled with parts that move to the rear. It's impossible to use this method with an automatic pistol because it's too hard on the shooter's hand since the parts the automatic pistol move across the barrel to the rear after firing and discharging the shell, and during [this action], they could cut off the brother's finger or severely injure it.


Observe the following drawings
of revolvers

UK/BM-127 TRANSLATION

[Drawing of a revolver with the following caption:]
The second method must be the same as that used to hold an automatic
pistol, but there is a slight difference; it is that
the two thumbs are held firmly next to one another.

[Drawing of a revolver with the following caption:]
Notice that the thumb and three other fingers hold the grip around
the butt firmly and evenly to avoid moving the pistol
when firing continuously.
The index finger must be on the trigger from the first shot.

PECFOIA00042083

UK/BM-128 TRANSLATION

[Drawing of a revolver with the following caption:]
Some put the left thumb over the right hand to pull the hammer to
the rear.
This method should not be used with an automatic pistol, but it is
fine for the revolver because it isn't assembled with [moving] parts.


[Drawing of a revolver with the following caption:]
We are not able to use this method with an automatic pistol because
it is dangerous for the thumb where the assembly of [moving] parts
are released. With this motion there is an [opposite reaction] and
the thumb could be cut off.

UK/BM-129 TRANSLATION

Introduction to Rifles:*
The rifle developed significantly during World War II, when combatants used bolt action rifles. A few years after the war, the Soviets began producing a famous automatic rifle called the Kalashnikov, which uses 7.62 mm rounds. Then the Americans produced a rifle called the "Armalite", which uses a 5.6 mm round, while the British produced the "Infield" rifle. Italy produced the "Beretta", and Germany produced the "Hechler and Koch" rifle. Belgium produced the "SIG" rifle, and Spain produced the "Cetme". All of these were 7.62 caliber rifles.

Developments and innovations continue to be made in the production of lightweight small rifles.

The Kalashnikov is still the best and most famous rifle used in the field since World War II. It was designed by Mikhail Kalashnikov, who was born in 1920 in Siberia. He entered the Soviet armed forces in 1939 and was seriously wounded, for which he received the Red Star Medal.

The design of the first Kalashnikov, the AK47, was influenced by a German rifle which he [Kalashnikov] came across while he was in the hospital. He was also influenced by a Soviet automatic weapon, the "BBS" machine gun.

Kalashnikov developed and improved upon his rifle and presented it to the Inspection Commission of the Defense Ministry in Moscow, which recommended using this 7.62 mm rifle.

In 1935 a modification was made to the design of the first rifle, the "AK47", and the automatic "AK10" rifle was produced according to design modification. The production of the Kalashnikov spread to the arsenals of several former Warsaw Pact countries. The number of pieces produced or used is estimated at ten to twenty million. The Kalashnikov is still competitive with the American M-16 which, was designed in 1964 and was brought into service in the mid sixties. 124

[*]Review the Kalashnikov lesson in detail.

PECFOIA00042085

UK/BM-130 TRANSLATION

Principles and Rules of Aiming

Most aiming mistakes are due to physical stress or nerves, which cause the hand to tremble and shake. It could be caused by putting excessive pressure on the trigger and by pulling the trigger rather than squeezing it, causing the pistol's muzzle to swerve from the target.

Therefore, the following considerations are necessary when aiming and shooting:

1- Control yourself while squeezing the trigger so as to not shake the pistol.

2- Squeeze the trigger without too much force, and don't pull the trigger because this will cause the pistol's muzzle to dip down.

3- Don't let the sound of the round discharging or the explosion affect you, and don't focus on anticipating the sound of the explosion because this will cause unconscious trembling in your hand and the pistol.

4- The body should be normal, not tense, and the joints relaxed; not too tight, and not too loose.

5- When firing, Let the crosspiece of your sight drop to the top of the bead and the front sight to the center of the target; that is, there must be four [objects]: the right eye, the center of the sight housing, the bead on the front sight, and the center of the target must be lined up and fire the pistol at the center of the target. This applies when you are close to the target and gravity does not affect the bullet. With rifles and when not at short range, fire low [sic] and at the center of the target.

6- Close the left eye while firing if you are firing with the right hand, and vice versa [with the left].

7- Don't take too long while aiming so your nerves don't shake.

Important Notes:

1. If the round hits above the target, this means that you are holding the pistol grip too firmly.

2. If the round hits to the right of the target, this means that you are gripping the pistol too tightly, which results in pulling the pistol to the right because it is pressing against the other grip from nervousness.

PECFOIA00042086

UK/BM-131 TRANSLATION

3- If the round hits left of the target the opposite is true.
4- "   "   "   "    below the target; it the result of nervousness
when trying to fire and aim [at the target].

Critical Parts of the Body
The shooter must know the lethal parts of the body or [where to]
seriously wound, in order to fire at these spots on the person he
wants to assassinate. They are:
1- The circle comprising the two eyes, nose, and mouth is a lethal
area, and the shooter should not aim above, to the left, or to the
right of this area lest the round glance off.
2- The part of the neck where the veins and arteries come together.
3- The heart, and this is the lethal part.
4- The stomach      5- The liver      6- The kidneys
7- The spinal column

UK/BM-132 TRANSLATION

Examples of Types of Assassinations:

Elementary Operations: Crossing the Street:
1- The target is on his way to work via public transportation.
2- The moment he crosses the street to get to the bus stop or to the main thoroughfare, the assassins, "two people" riding a motorcycle, open fire on the target and get away quickly in the opposite direction of the traffic.

An Actual Example of an Assassination when the Target is Crossing the Street
This operation took place on 3/22/1948 AD in Egypt. Al-Khazander, a puppet judge who viewed the English presence in Egypt as legal, was the person assassinated. Al-Khazander had been issuing severe sentences against personnel in the covert branch of the Muslim Brotherhood [Al-Akhwan Al-Muslimin] who were involved in bombing operations. The "Al-Khazander Assassination" operation [occurred] during the Christmas bombings.
1- The choice fell to both Hassan Abdel Hafez and Mahmoud Saeid to assassinate Al-Khazander. They were from the covert branch of the Al-Akhwan Al-Muslimin, which at that time was headed by Abdel Rahman Al-Sandi.
2- Al-Khazander was surveyed for a period days, and it was learned that he went to the court at Bab Al-Khalaq in Cairo and returned to Helwan via public transportation. They went ahead to the railroad station in Helwan, [and took] the train from Hulwan to Bab Al-Khalaq and then other public transportation.
3- They made the plan as follows:

UK/BM-133 TRANSLATION

The assassins, Abdul Hafez and Mahmoud Saeid, were waiting for
Al-Khazander when he was leaving his house, and Hassan assassinated
him with a pistol while Mahmoud was standing guard and protecting
him with a pistol and percussion bombs as he got away. They escaped
to the home of Abdul Rahman Al-Sandi, the chief of the organization.
After Al-Khazander left his house, walking resolutely, Hassan Abdul
Hafez approached him and fired several rounds which did not hit
Al-Khazander. When Mahmoud Saeid saw that, he left his place,
approached Al-Khazander, seized him, threw him to the ground, and
emptied several rounds into him.  He and his companion left [the
victim] and departed.
Hassan Abdul Hafez and Mahmoud Saeid were caught because of several
mistakes.

The Errors which Hassan and Mahmoud Committed were as follows:
1- There was no car or motorcycle with which to flee after executing
the operation.
2- They did not anticipate the possibility of a chase after the
operation. They didn't notice that the operation was carried out
near the Helwan Police Department.
3- They had no training with the pistol, as evidenced by Hassan's
inability to kill Al-Khazander in spite of his proximity to him.
4- The agreement to meet after executing the operation at the home
of the chief of the Covert Branch of the Brotherhood was a fatal
error.
5- After police cars began pursuing them, the brothers fled to the
mountain [called] "Al-Muqattam" Mountain, which was not suitable
for evading [pursuit].

PECFOIA00042089

UK/BM-134 TRANSLATION

The Second Operation: Blocking the way of the Target's Car
1- The target goes to work in his own automobile, which comes to
get him in the morning and brings him back after work is over. A
driver operates the car and the target's bodyguard sits beside the
driver.
2- The group of assassins, composed of three or four people, wait
for the target's car. The waiting place should allow the assassins'
car freedom of movement at any time.
3- The assassins' car departs upon sighting the target's car and
proceeds slowly until it comes to a spot which would allow it to
block the way in front of the target's car. It then immediately stops,
blocking the target's car.
4- At the instant the assassins' car stops, the personnel in charge
of killing or kidnaping the target get out, kill the bodyguard and
the driver, and then execute their mission.
5- This operation requires the utmost speed within a short time to
avoid any one pursuing the assassins' car or seeing any of the
brothers.

Observations:
1- It is best that one of the brothers participating in the
assassination or kidnaping fire at the automobile's tires so that
it can not evade or run away.
2- Most of the brothers participating in the operation should be
very skilled drivers to avoid problems if the driver is wounded or
killed.

An Actual Example of an Assassination by Blocking the Target's Path:
Members of the Egyptian Revolution Organization* decided to
assassinate a high-ranking Israeli living in Cairo.

*The Egyptian Revolution Organization: An Organization, which
followed Nasser ([and which he] Jamal Abdel Nasser deified), executed
its first assassination in 1984 and the last in 1987. It undertook
four assassinations of Jews or Americans in Cairo, and Egyptian
Security as well as Israeli and American intelligence were not able
to....
[TN: The rest of this page is cut off.]

UK/BM-135 TRANSLATION

2- Surveillance of the target was carried out for a period of time. The exits and entrances to the theater of operations were studied. The time was set to execute the operation at eight am 8/20/85, when the Israeli target would leave for work at the Israeli embassy in Cairo.

3- A car was purchased for use in the operation. Someone's identification was purchased indirectly, the photo was removed, and that of one of the organization's members was put [in its place.]

4- The organization members participating in the operation (there were four of them) rode in a car belonging to one of them. They put their weapons in the car (they had hidden their weapons in tennis racket covers.) Before arriving at the theater of operations, they left that car and got into the operations vehicle, which was close to the site of the operation.

5- After riding in the car, it became apparent the car was not in good running order, and had leaked a lot of oil, so they decided to delay the operation.

6- While they were returning in the car in poor condition, they saw a man from the Israeli Mosad, and the operation leader decided to kill him. The Israeli Mosad man was riding in a car with two Israeli women with him.

7- The Assassins' car drove behind the Israeli target's car, which noticed the surveillance in the rear view mirror, but the driver of the assassins' car was able to choke off the Mosad man's car and he wasn't able to escape. They blocked his way and forced him over by the curb.

8. One of the four personnel got out of the car and emptied the magazine of his American rifle in the direction of the Mosad man. The second one got out on the other side and emptied his bullets, and the third did likewise. After executing the operation, they fled to the other car, and left the operations car on the street.

9. After a period of time, the police force came and found the car with traces of blood.

[It was not] known that the crime was committed by the organization until one of its members (the brother of the organization's leader) turned himself in to the American Embassy and disclosed all the secrets of the operation which the Egyptian Revolution Organization undertook.

UK/BM-136 TRANSLATION

Positive [Aspects]
1- The assassins killed an Israeli person they found on the way back.
2- The purchase of a car just for the operation and a counterfeit identification.
3- Concealing the weapons in tennis racket covers.
4- Choosing a good method to stop the Israeli Mosad man's car.

Negative [Aspects]
1- Failure to inspect the car prepared for the operation with sufficient time before the execution.
2- Undertaking the operation even though the car was malfunctioning, which could have broken down and failed to run after executing the operation.
3- Failure to remove the traces of blood found on the car.

The Third Operation: The Entrance to a Building:
1- The Assassins' car is parked in a location near to the target's building.
2- When the target gets out of the car or exits from the building, the assassins open fire upon him, the bodyguard, and the driver who is opening the car door for him.
3- Run away immediately or ride the car or motorcycle which is prepared for an immediate get away.

An Actual Example of an Assassination at the Entrance to a Building (Assassination Attempt on the Former Minister of the Interior, Hassan Abu Basha):
1- A group from the Islamic organization called "[Those who have] escaped the Fire" composed of

UK/BM-137 TRANSLATION

three people waited for the previous Minister of the Interior, Hassan
Abu Basha's car in a location near the entrance to the building.
When Abu Basha arrived, and as soon as he got out of the car, two
of the brothers opened fire on him over the cabin of their vehicle
(pick-up).
3- Abu Basha threw himself between his car and another car parked
nearby as soon as they opened fire. As a result of this incident,
the minister was paralyzed in half [of his body].
4- The brothers fled after the incident took place, and they took
their car in the opposite direction of the flow of traffic.

Important Observations:
When the brothers went to the location near Abu Basha, they hadn't
gone to kill him but to do reconnaissance (gather information on
him).
1- One of the brothers was bearded while doing the reconnaissance.
2- The brothers were armed while gathering information about the
minister.
3- There was no established plan for the assassination.

The Fourth Operation: While Going To or From Work:
1- The target is going to work in his own car, and he has a driver
and a bodyguard.
2- The assassins lie in wait for the target in a certain place while
he is going to or from work.
3- When the assassins see the target's car approaching, they take
their places.
4- The car's tires, the bodyguard, driver, and target are hit.

An Actual Example of an Assassination While the Target is Going to
Work: (The Assassination of Rif'at El-Mahgoub))

PECFOIA00042093

UK/BM-138 TRANSLATION

1- The brothers began surveillance of all the Interior Minister – Abdul Halim Mousa's movements, from his departing his house until entering the ministry. The surveillance lasted several weeks.

2- Friday morning was set for the execution of the operation where the minister heads to work.

3- Exactly at ten in the morning the brothers were fully prepared. An observer was going to give a signal to the brothers when the minister's car departed from his house.

4- When the convoy reached the specified location of the operation (the operations stage), bullets were sprayed from all directions on the private car in front of him and on the escort vehicle.

5- The brothers approached the car after firing at the tires to confirm that the minister was dead, The brothers did not find the Minister of the Interior, but they did find Rif'at El-Mahgoub, Head of the People's Assembly, dead inside the car. [TN: Similar to our Speaker of the House].

6- This was an startling situation. The two convoys (the Interior Minister's convoy and that of the Head of the People's Assembly) were separated by only about seven minutes. After about seven minutes the Minister of the Interior arrived at the location of the incident.

7- The brothers who were participating in the operation (four brothers to execute the assassination and two to drive the motorcade) had only two motorcycles (three people to each motorcycle), and after executing the operation, one of the two motorcycles fled and the other broke down, and after a moment they left that motorcycle behind.

8- When the motorcycle broke down, one of the brothers fled on foot, carrying his weapon in the opposite direction of the cars. He stopped a taxi and threatened the driver with his weapon, and then rode with him. During the drive, a police officer (a general in the police force) stopped the car, supposing that the armed man was just a thief. He opened the door to arrest him, but the brother put the rifle to his chest and emptied a burst of rounds into it and the officer fell to the ground like a slain bull. It came to light afterwards, that this officer was one of the criminals who used to torture the brothers in some neighborhoods of Cairo.

PECFOIA00042094

UK/BM-140 TRANSLATION

Introduction:
Explosives are believed to be the safest weapon for the Mujahideen
[TN: Mujahideen does not refer to a specific group but rather is
a generic term for holy warriors.] [Using explosives] allows them
to get away from enemy personnel and to avoid being arrested. An
assassination using explosives doesn't leave any evidence or traces
at the operation site. In addition, explosives strike the enemy with
sheer terror and fright.

Defining Explosives:
They consist of chemical compounds or mixtures capable of being
converted into large quantities of hot gas in a very short period
of time. It is affected by a specific external agent that produces
increasing pressure, resulting in a chain reaction.


Explosive Chain [Reactions]
A series of initial explosions starting with a small amount of highly
sensitive explosives and ends with a large charge composed of
basically stable explosives.
It is composed of explosions arranged to bring about a large yield.
The simplest explosive chain [reaction] has two stages whereas other
explosions could require four stages or more. Any break in the chain
prevents the material which follows it from exploding.

The Usual Series
The series starts with a small spark and ends with a sizeable
explosion.
1- The Spark                          2- Combustible material

3- A small amount of secondary material  4- Basic charge

UK/BM-141 TRANSLATION

<u>Methods of Detonation:</u>
This means pyrotechnics or electronic devices used for detonation.
They are divided into means of generating - means of transferring
- means of stabilizing

<u>A- Means of Generating</u>

Divided into:

<u>1- Combustible Means</u>
<u>2- Mechanical Means</u>

<u>B- Means of Transferring</u>
Types of fuses-

<u>First the Slow Fuse: (The Safety Fuse)</u>
It consists of cotton or linen threads woven together and coated
with an insulating layer of pitch or plastic, and has capsules of
black gunpowder inside.
The threads help to circulate the wave of combustion. The pitch or
plastic holds the fuse together and prevents it from absorbing
moisture.

<u>Characteristics:</u>
1- Ignites with sparks or flames.
2- Ignites quickly, at about one centimeter per second.
3- Ignites under water.
4- Cutting it is a way to stop combustion.

UK/BM-142 TRANSLATION

How to Prepare for the Explosion:
1- Cut an appropriate length of fuse and check that there is no moisture.
2- Cut the appropriate length of fuse for the distance that would be sufficiently safe.
3- Cut one end of the fuse, which will be used for ignition, [at a 45 degree angle. The other end of the fuse, which is placed inside the blasting cap, should be at a 90-degree angle.
4- Put the fuse inside the blasting cap carefully and cautiously, and then put moderate pressure on the opening of the blasting cap.
5- Put the head of a match on the gunpowder at the end of the fuse cut at 45 degrees so that the head of the match touches the gunpowder, then ignite it by rubbing the flint on the pack with the match. It is possible that the fire will send its flame to the black gunpowder and the fuse will begin burning. In this case, cut the fuse on both ends at a 90-degree angle.

Observation:
White fuses are used in coal mines. Green fuses are used in the military, and they have more safety [features]. Black and orange [fuses] are for general civilian use.

Second, The Fast Fuse
It is the same as the slow fuse except for the fineness of the gunpowder and the speed at which it ignites, which goes up to 90 centimeters a second. Its use is limited to ambushes and traps.
Important Warning:
Before using any type of fuse, take part of it and test it to check that it is free of moisture, also [check] the ignition speed because if you were to use a fast fuse supposing that it is

UK/BM-143 TRANSLATION

a slow one, then the burning will reach the blasting cap and the charge will explode before you leave the location.

Second, The Detonating Cord                          (Cortex Cord)
It consists of a flexible cord that contains highly explosive material covered with a layer of plastic to insulate it from moisture.  It is distinguished from delayed fuses because it contains a very white substance, PETAN, though it could have another substance added to it, which would change its color to gray.

Characteristics:
1- Speed of explosion varyies between five and seven kilometers a second.
2- It could explode with the force of 15 kilograms, or the round of a weapon.
3- [Can be] used underwater for not more than 15 hours.
4- It is used to explode several charges at the same time.
5- It is affected by moisture, the sun, electric shocks, and mechanical jolts.
6- It is used as an explosive belt to fell trees as well as  cement and iron pillars.
7- It is in the shape of a coil varying in length from 100 to 200 meters.
8- It can be substituted for a large number of fuses.
9- It is used as an open cord to clear the way in a mine field and to increase the width by doubling the number of detonating cords which form the cord.

UK/BM-144 TRANSLATION

Blasting Caps
Consist of a metal capsule [made] of copper or aluminum containing
a small amount of catalyst and other stimuli. Care and caution must
be used while handling because it is very sensitive to external
factors (bumping, shaking, friction).

Composition of a Normal Blasting Cap
It consists of an extended pipe, one end which contains sensitive
explosive material, which is the basic substance. Its charge is also
pressure-sensitive. The third charge is combustible.

Length of the cap is 5 cm        Diameter of the cap is 7 cm

There is an example of the largest normal blasting cap. The normal
blasting cap should only be exploded with a slow fuse.

[Drawing of a blasting cap with the captions: slow fuse (to the right)
Chlorate and sugar 10% & Lead Nitrate 30% (beneath).]

Composition of the Electrical Blasting Cap-
It has the same composition as the normal blasting cap, with the
addition of a hot wire and connecting wire. The opening of the extended
pipe is insulated with rubber.

[Drawing with the captions: hot wire (above), active substance (to
the left), and (from right to left beneath:) Electrical wire,
stabilizing column, wires, rubber, combustible charge, & catalyst.

UK/BM-145 TRANSLATION

Precautions that must be taken with Blasting Caps:
1- Do not store blasting caps with explosive materials, and don't expose them to the heat of the sun.
2- Don't test a blasting cap with an O'meter, Alpha meter or other electrical devices which have batteries lest it explode (this pertains to electrical blasting caps.)

Connecting and Connectors

First: Connecting one Slow Fuse with Another:
1- Cut one end of the fuse at a 45-degree angle.
2- Place the two sides next to each other so that the black powder is in contact with both of the fuses together.
3- Connect the two sides with a strong tape or chord.
4- The head of a match or something similar can be placed between the two ends of the fuse before the connector. The two of them must touch the match stick, which increases the flames burning between them (ensuring the transmission of the flame from one fuse to another.)

Second: Connecting a Slow Fuse with Another Blasting Cap (Explosive):
1- A detonating cord can't explode without a blasting cap, so there is no benefit from connecting a slow fuse directly; it should have a blasting cap placed between them to transfer the spark of the slow fuse to its cap so that the detonating cord will ignite.
2- When the slow fuse ignites, the resulting spark reaches the cap and it explodes and ignites the fuse.

UK/BM-146 TRANSLATION

Third: Connecting the Detonating Cord with the End of the Cap:
The two detonating cords can be connected to one of the following:

1- Place the two cords one above the other [overlapping] by 15 cm,
and tie them with strong tape or cord.

[Drawing with the following captions: Blasting cap fuse (to the
right), blasting cap fuse (to the left), and tape (beneath).

2- With a straight knot.      [Drawing (no caption)]

3- A Tree Leaf [Knot]:      [Drawing]
We connect this way when exploding two charges at the same time,
starting from the main branch of the explosive cord, or to ensure
the charge explodes using two detonating cords.

4- The Letter P Connector:      [Drawing]
This connector is used when the direction of the explosive wave in
the main branch is not known.

PECFOIA00042101

UK/BM-147 TRANSLATION

5- Letter Y Connector:              [Drawing]
This method is also used when the direction of the explosive wave
in the main branch is not known.

6- Broken Chord Connector:          [Drawing]
It is used when the time needed to prepare the charges is limited.
 Connect it with an explosive chord. Except for the problem of
moisture, "Petan" causes a break in the fuse; it is not recommended
to use this material for a period of more than 24 hours because of
slackening of the two fuses, and they become separated.

7- Letter U Connector:              [Drawing]
It is the safest because the explosive wave transfers from the main
line to the parallel branch in both directions.

PECFOIA00042102

UK/BM-148 TRANSLATION

Booby Traps:
These consist of creative, innovative methods aimed at planting
anti-personnel and anti-vehicle explosive charges, and the enemy
is blown up as a result of normal movement without paying attention
to what is around him.  Booby traps are considered one of the best
ways to execute an assassination operation against enemy personnel
because we have gotten a long distance away from the site of the
incident without leaving any evidence or trace enabling the enemy
to know who were the perpetrators.
However, a brother should not be allowed the opportunity to work
with setting booby traps until after he has mastered the use of
explosives and has successfully worked in the electrical and
mechanical fields, because the first mistake a brother makes could
be his last mistake.
One of the most important considerations in placing a booby trap
is to make the right choice of the appropriate switch that the enemy
would not notice [and avoid his detecting] and removal of the charge.
Any sign of our work or presence in the area where the booby trap
was placed must be removed, because any tools, pieces of electrical
wire, tape etc. would put the enemy on the alert, and  the plan and
operation would fail.

Switches for traps and explosive charge housings are categorized
as follows:
1- Electrical  2- Chemical    3- Mechanical  4- Friction

Electrical Switches:
They can be divided into four groups:
A- For manual use: Pull - push - loosen - raise - drop.
B- Delayed (timed): Alarm clock - Temperature - Closed circuit
(pressure placed on the insulator until it burns and contact is made.)

PECFOIA00042103

UK/BM-149 TRANSLATION

C- Modifying Natural Circumstances:
Temperature - Smoke or Sensitive Gas - Sensitive Metal.
D- With the Influence of Waves: FM waves - Radio - Infrared Rays
-ultraviolet - or Radar Waves.

[Drawing with the following captions:]
Switch (above), Charge with blasting cap (to the right), Opening
to be closed after the operation is over (beneath), and Battery (to
the left).

The entire success of the switch [depends on] intelligence,
innovation, and judgment.

The Appropriate Switch

The electric circuit is considered the best because it is timely,
but its only flaw is a leaky battery.

We will now touch on various simple types of booby traps to make
it easy for the brother to comprehend; we have not written any new
ideas in order to help invent other more preferable methods.

1- The charge goes off when the door opens after the target has pulled
the insulation from between the contact points, and the electrical
circuit is broken.  If we want to kill the target, we put [the booby
trap] over the door; if we want to cut off his legs or bring about
permanent injuries to various parts of the body, we put it in the
vicinity of the door.

[Drawing (on the left) with captions:]
Nine V Battery (upper right), insulation (upper left), the explosive
charge (on the door), The personnel use a line fixed the wall, and
it can make the charge explode as soon as soon as the prominent famous
person is under it (to the left.)


[Drawing on the right (with captions:]
When the door is opened, the insulation is separated and the circuit
is broken (middle left), attached insulation (lower left), the
explosive charge (beneath).

PECFOIA00042104

UK/BM-150 TRANSLATION

2- Igniting / closing the circuit:
When the electric switch is pushed, the circuit is connected and
the charge explodes.

[Drawing and captions:]
Electric switch (upper left), charge without a fuse (bottom right),
and battery (bottom left).


3- Booby-trapping a recorder and television:
The idea is based on closing the circuit to [cause] the explosion
when the equipment is turned on. A battery is used when setting the
trap for a radio or recorder that works on batteries or by a power
cord to the radio or television switch.

4- Booby-Trapping a Car:
Close the electrical circuit and cause the explosion when the ignition
key is turned to start the car. It is possible to use the car battery
when setting this type of trap. Explosives placed in locations inside
the car, in the back or front, cause the explosion to be centered
inside the car.

[Drawing with captions:]
Ignition key (above)
Charge with detonator and explosives (beneath).

PECFOIA00042105

UK/BM-151 TRANSLATION

5- Trap using an Alarm Clock:
[Drawing with captions:]
Explosive charge (upper right), battery (upper left), flexible rubber
wire (middle right), small [hour] hand (upper middle left), and the
big [minute] hand (lower middle right).
According to the drawing, the charge will explode at 3:30, when
the small hand is on three and the big is on six. There must not
be any insulation between the two hands. It is advisable to use a
flexible rubber wire in front of the number three in case the big
hand goes past it more than one time per hour.

6- Time Bomb Using an Alarm Clock:
[Drawing (with captions):]
Charge without a fuse (above) and battery (upper left).
The explosion takes place when the time is reached, the alarm goes
off, and the two electric wires make contact.

7- It is also possible to booby trap a car by connecting two wires
from the battery. One of the blasting cap wires makes contact with
the wire connected to the battery, and the other wire connects to
the line and is also connected to the fan. The wire connected to
the battery does the same thing. When the ignition key is turned,
the blade rotates, and the two sides connect, closing the circuit.

8- There are very many things one could use in a very simple way
to set a trap, like: shoes, bed etc.

UK/BM-152 TRANSLATION

<u>Examples of Assassination Operations Using Explosives:</u>
1- Blowing up a building or motorcade using a car bomb, whereby the driver of the car loaded with explosives blows up his [illegible-possibly car].

<u>An Actual Example:</u>
Some of the brothers in Egypt tried to blow up the motorcade of the former Minister of the Interior's vehicle (Z I B ) by putting 200 kilograms of TNT in a pick-up truck. When the minister's car was seen, the brother approached in his car and blew up the car. However, it didn't cause an explosion in the car, and it was confirmed afterward that the explosives didn't go off because no catalyst was placed with the large quantity of explosives. The explosives ignited but they did not explode.

2- Throwing one or more bombs into a group of enemy personnel or into the target's car:

<u>An Actual Example:</u>
Personnel from the Covert Branch of the Muslim Brotherhood threw some bombs into [some] stores and bars on the evening of January 7, 1947 at 11:00 pm.

3- Blowing up a location or car with a time bomb.

Some Palestinians were able to place a time bomb inside an aircraft's radio, and after the aircraft took off it blew up in the air.

It is also possible to explode a time bomb using the timer from a washing machine or any other device (a fan, etc.); at a specified time, the two wires make contact and the charge explodes.

UK/BM-153 TRANSLATION

LESSON SIXTEEN

ASSASSINATIONS

USING

POISONS

AND

COLD STEEL

PECFOIA00042108

UK/BM-154 TRANSLATION

<u>Assassinations Using Cold Steel:</u>
<u>A- Assassinating with a knife:</u> When undertaking any assassination using a knife, the enemy must be struck in one of these lethal spots:
<u>From the Front:</u>    1- Anywhere in the rib cage.
                    2- Both or one eye.
                    3- The pelvis (under target's navel)
                    4- The area directly above the genitals.
<u>From Behind:</u>     1- The axon (back of the head).
                    2- The end of the spinal column directly above the person's buttocks.
<u>B- Assassination with a Blunt Object:</u> A blow with a club must be in lethal areas.
From the front:
1- The two eyes.
2- Where the veins and arteries converge in the neck.
3- Top of the stomach, with the end of the stick.
4- Above the genitals, with the end of the club.
5- The area of the tongue.
6- Choke the neck with the stick, like in a hanging.
<u>From the rear:</u> 1- The area of the left ear.
2- The back of the head (axon).
[TN: Blunt object, stick, and club were all the same word in Arabic; different choices were made to show range of meaning.]
<u>Assassination with a Rope:</u> 1- Choking (Neck area). There is no other area besides the neck.
<u>Assassination using Hands:</u> 1- Choking. 2- Poking the fingers into one or both eyes and gouging them.

PECFOIA00042109

UK/BM-155 TRANSLATION

3- Grab the testicles by the hand and twist and squeeze.
4- Grab the rib cage with both hands and squeeze.

Assassinations with Poison: We will limit [the discussion] to poisons
that the holy warrior can prepare and use without endangering his
health.
First- Herbal Poisons: A- Castor Beans
The substance Ricin, an extract from Castor Beans, is considered
one of the most deadly poisons. .035 milligrams is enough to kill
someone by inhaling or by injecting in a vein. However, though
considered less poisonous if taken through the digestive system,
chewing some Castor Beans could be fatal. It is a simple operation
to extract Ricin, and Castor Beans themselves can be obtained from
nurseries throughout the country.
Symptoms: Need to vomit - diarrhea - unawareness of surroundings
- the skin turns blue, leading to failure of blood circulation [sic]
and finally ... death.
B- Precatory Beans
The herbal poison Abrin, extracted from Precatory Beans, is very
similar to Ricin. The seeds of this plant are red and black and are
used in prayer beads [TN: like a Rosary]. Prepare a very dark ink
or refine some normal ink to

UK/BM-156 TRANSLATION

D/M/_____/S/_____/0/
Dimothyl Sulfoxide
[Can be] found with horse breeders or veterinarians, and we can
substitute Nitrobenzene or "cream" [PH]. The poison is mixed with
this substance, and when the enemy touches the poison, he will die
slowly within 15 minutes to an hour.

Nitrobenzene poison = external poison [by touching]


RICIN            One of these poisons is

ABIN             mixed with Nitrobenzene or

RCIN             DMSO or the "Cream".
Frog poison

PECFOIA00042111

UK/BM-157 TRANSLATION

be as fine as possible while keeping it strong enough to penetrate
the shell of Precatory Beans. Put on a pair of leather gloves and
very carefully bore about twelve holes in each of the prayer beads.
After completing that, spray the prayer beads with DMSO (Dimehtyl
Sulfoxide). The Abrin will kill your victim slowly, but relentlessly.

<u>Extracting Abrin and Ricin</u>

In order to facilitate removing the shells of these seeds, soak 3.2
ounces (an ounce = 31.1 milligrams) of castor-oil plant seeds in
about 10 ounces of water, adding two teaspoons of 1yo [sic, maybe
meant lye] or an alkaline (a substance extracted from soap powder).
You need to submerge the seeds in the water, so cover them with clean
gravel or use marble. Let them soak for an hour, then take out the
seeds, clean them, and let the shells dry. They can be easily removed
after that.

Put the shelled seeds in a mixture four times their weight of acetone,
until they completely harden. Then put them in a covered glass
container, and leave them for 72 hours. After that, transfer them
to another container through a coffee filter. Put on surgical gloves
and a mask, and squeeze out as much of the acetone as possible. Then
add fresh acetone and repeat

PECFOIA00042112

UK/BM-158 TRANSLATION

the procedure of leaving them for 72 hours and straining them through a coffee filter two more times. The final result will be pure Eysein [PH] or Abrin.

### C- The Water Hemlock Plant

A lethal dose is 3.2 grams. It has a palatable taste, and is very similar to another plant, parsnip.

Symptoms: Nervous spasms within 15 to 60 minutes, including severe locking and clenching of the jaw to the extent that the tongue could be cut off.

### D- The Tanj Oil Tree

Second- Semi-alkaline substances: They are highly solvent in alcohol.

### A- Tobacco

There is enough nicotine in three cigarettes to kill a person. Sixty to 70 milligrams of pure nicotine will kill a person within an hour if eaten.

### B- Potato Sprout

The potato sprout (both rotten and green) contains Solanine.

### How to Extract Poisonous Alkaline

Chop up the leaves finely. It is preferable to make a mixture, and then put it in a drip coffee maker, through which the boiling water can penetrate the coffee gradually.

UK/BM-159 TRANSLATION

Fill a metal pot with about 1/3 rubbing (isopropy[l]), alcohol mixed with Isopropyl. Let it strain and percolate for an hour. During the first half hour, add alcohol as needed, and during the second half hour, let it boil until you have two ounces left in the container. These [two] ounces or [could be] less are alcohol mixed with poison alkaline. Put this amount on a plate, and let the alcohol evaporate. The remainder on the plate will be very pure poison. There is another method which is not as good, but it doesn't require the drip coffee maker. It is simply heating the minced and mixed plants with the alcohol [we had] before over a low flame. Its symptoms will appear in 160 days.

<u>Poisoning from Eating Spoiled Food</u>

Since .000028 grams will kill a person, this poison is absolutely lethal. After consumption, the symptoms appear in 12 to 36 hours. They include dizziness, headaches, constipation, difficulty swallowing and speaking, fluids coming from the nose and mouth, and lack of muscle coordination. It results in death from respiratory failure. If it is received in the blood stream, death is very swift and almost without symptoms.

<u>How to Prepare Spoiled Food:</u>

Fill a pot with corn and green beans. Put in a small piece of meat and about two spoonfuls of fresh excrement. Pour the water into

UK/BM-160 TRANSLATION

into the pot until there is surface tension at the lip of the pot.
Cover the pot tightly. If you do that correctly, there will be no
air trapped in the pot. Leave the pot in a dark, moderately warm
room for 15 days. At the end of that period, you will notice a substance
on the edge of the pot and a small amount of rottenness. These are
known bacteria colonies, which secrete their external poison as a
result of the process of bacterial digestion. You can make three
or four pots at the same time.
During the time of the destroyer, Jamal Abdul Nasser, someone who
was being severely tortured in prison (he had no connection with
Islam), ate some feces after losing sanity from the severity of the
torture. A few hours after he ate the feces, he was found dead.

PECFOIA00042115

**UK/BM-161 TRANSLATION**

SEVENTEENTH LESSON

INTERROGATION AND INVESTIGATION

PECFOIA00042116

UK/BM-162 TRANSLATION

Fundamental Differences Between Interrogation and Questioning: Many people confuse the nature of the interrogation with that of questioning, and confuse what should be mentioned in the interrogation with that of the investigation.

Interrogation: Consists of a psychological warfare and intellectual combat between the intelligence agent and the suspect through questions and answers related to one or more topics.  The interrogation uses all kinds of physical and psychological techniques to break the will of the suspect and lead him to a total collapse.  The agency that conducts the interrogation is the government's questioning apparatus that belongs to the Ministry of Interior Affairs.  The officers of that apparatus graduate from the police academy.  In our country, that apparatus has no values or code of ethics.  It does not hesitate to use all kinds of torture and bodily and emotional harm to obtain evidence that could incriminate the suspect.

Questioning: Questioning is similar to interrogation in that they are both forms of psychological warfare and intellectual combat. The questioning, however, is conducted by the prosecution [office of district attorney], which is under the judicial branch.  That authority is (apparently) independent from the government (executive branch) and from the people's parliament (legislative branch).  The prosecution officials graduate from law school and use the technique of confrontation and repeated questioning, but without torture.

The brother should take the following measures:

PECFOIA00042117

UK/BM-163 TRANSLATION

1.  Under pressure of torture in the custody of the questioning apparatus, the brother may reveal some secrets.  However, in the custody of the prosecution, the interrogation does not use physical force, but may use psychological coercion (threats and harsh words).

2.  In publicized cases, the questioning apparatus is careful not to allow the brother to talk in the district attorney's office.  Coordination takes place between the questioning apparatus and the prosecution office.  Torture of the brother takes place once again in the questioning apparatus [center] to force him to confess in the prosecution center.  That may be repeated more than once, until the brother confesses or they give up.  The important thing to remember is that whatever the brother says in the prosecution center will be recorded against him and will be the basis for his judgement.

3.  Every word that the brother utters in the prosecution center makes a negative impact on him, on his colleagues, and later, on the judgement and major decisions.


When taken to the prosecution office, a brother should do the following:

a.  He should, prior to questioning and whether or not he has injuries, ask the prosecutor or his representative to be seen by the medical examiner.

q.  He should, when the questioning begins, ask that evidence of his torture be entered in the report proceedings.

r.  He should, prior to the start of the questioning, ask that an attorney be present with him during the questioning process.  He should mention the attorney by name.

PECFOIA00042118

UK/BM-164 TRANSLATION

b.   He should ask for food.

s.   He should deny all information [accusations] about him
     by the prosecution representative.  He should claim that
     the interrogation apparatus has fabricated those
     accusations and should deny his connection to anything
     obtained against him.

t.   The brother may have to confess under pressure of torture
     in the interrogation center.  Once in the prosecution
     center, however, he should say that he was tortured, deny
     all his prior confessions, and ask that the interrogation
     be repeated.

Interrogation Techniques:  A number of techniques are used to
interrogate the brothers.  The exact techniques used may be different
from one brother to another depending on the brother's status in
the group and on current events.  Interrogation is limited to the
following types:

A.   Summoning:

1.   This is the simplest type of interrogation.  It can happen
     to anyone under normal circumstances.  In this type, the
     interrogation apparatus summons a brother by letter or
     messenger to appear.

4.   This happens when the brother does not respond to them
     [the interrogation apparatus], unless the command sees
     otherwise.

5.   If the command approves his appearing, the brother should
     be careful not to give the enemy any [vital] information.
      He should agree with the command on the line of answers
     to be followed during the interrogation and should answer
     questions wisely.

6.   Immediately upon his return, the brother should relate
     to the command all that happened to him in the interrogation
     process.

UK/BM-165 TRANSLATION

2.   The [interrogated] brother should memorize the appearance

of the interrogation building, its interior, and the appearance of the officers. The interrogation is a major opportunity for the [Islamic] group as long as the brother is tactful, bright, and observant. When summoned, usually the brother is not blindfolded or tortured.

B.    <u>Interrogation Surrounding Publicized Arrests</u>:

1.    The brother may be arrested as a result of public incidents, such as the murder of an important personality, military overthrow [of the government], or the escape of Islamic leaders from prison.

7.    In these cases, the interrogation would be more severe. As long as there is no connection between the brother and the incident, the questions would remain general: Where were you during the incident? Who do you think executed it? Whom of the Jihad brothers do you know?

8.    The degree of torture varies according to the importance of the brother and the suspicion that he is connected with the incidents.

<u>Steps of Interrogation</u>:

1.    The brother is arrested while walking in the street or at home. He is transported to a waiting room. After a while, he is searched and interrogated without being blindfolded (depends on the importance of the matter). He is then placed in a cell in the interrogation center, in a holding cell in the police station, or in a common prison.

2.    The brother is kept for a few days without interrogation. Then he is interrogated by a number of persons in an interrogation room. The room is ordinary, containing one or more desks, some chairs, and some torture devices, as needed.

UK/BM-166 TRANSLATION

3.    In the beginning, the brother may not be treated harshly, but

rather kindly.  He may be offered a chair with a cup of tea or a drink.  Then he would be asked to recall information that is useful to the interrogators.  If the brother refuses to offer any information and denies that he knows anything, he is then treated harshly.  He and his family may be cursed, he may be forced into submission by following orders such as: face the wall, don't talk, don't raise your voice.  All of that is to frighten the brother.  The brother should refuse to supply any information and deny his knowledge of the subject in question.  Further, the brother should disobey the interrogator's orders as much as he can by raising his voice, cursing the interrogator back, and refusing to face the wall.  The interrogator would resort to beating the brother in order to force him to obey.  Thus, that attempt would fail.

4.    Within about a day, another session would be held with the brother.  Usually, in this session the brother would be blindfolded, beaten, and tortured.  He would be made to believe that his role in the incidents has been learned and that it is better if he talks.  The cursing and torturing would intensify, depending on what the brother reveals.  The brother should not disclose any information, no matter how insignificant he might think it is, in order not to open a door that cannot be closed until he incriminates himself or exposes his Organization.  The interrogator cannot obtain what he wants and extract any information unless the brother talks.  The brother may think that by giving a little information he can avoid harm and torture.

UK/BM-167 TRANSLATION

However, the opposite is true.  The torture and harm would intensify to obtain additional information, and that cycle would repeat.  Thus, the brother should be patient, resistant, silent, and prayerful to Allah, especially if the security apparatus knows little about him.

5.    In prison cells, do not talk to anyone you did not previously know.  Some [prisoners] may be [enemy] agents or may have different orientations.

6.    In cases like these, and as long as the brother indicates no connection to the incidents, the interrogation takes place in the interrogation center only, not in the prosecution center.  In this interrogation session, it is important to remember the basic rule: Even a little disclosure of information would increase your amount of torture and result in additional information for the questioning apparatus.

Investigating Specific Matters Connected to the Brother:

1.    The brother may be captured in a distant location through informants, or in a location connected to the incident (apartment, the actual incident location).  At that time, the brother may possess items related to the incident (weapons, documents, blood stains, ...).  The  brother may also be captured while crossing the border.

7.    The brother will be placed in a holding room, then stripped of his possessions (watch, money, Koran, ...), blindfolded, and handcuffed.  The questioning begins, in a friendly manner, by writing reports about him (name, address, education, residence, employment,

PECFOIA00042122

UK/BM-168 TRANSLATION

family, ...).  In this session, the questioning official tries to break the resistance of the brother by informing him that confession is better for him and that steadfastness is impossible because he cannot deny anything.  He adds that painful torture will be used if he does not talk.  He lures the brother by saying that if he confesses he will be immediately released and given money, educational scholarships, etc.

In the first session, the brother would be studied through his statements and manner of dealing with the interrogator.  Then a plan is devised for dealing with the brother.

2.    If the earlier, friendly approach fails and the brother does not cooperate with the interrogator, another session is held using torture in order to control the brother through fright and orders (sit down, don't sit down, face the wall, don't talk, don't raise your voice, curses and insults).  The brother should not weaken, but should try to disobey the interrogator's orders or take his time in executing them.  If the interrogators find that the torture technique is successful, they would intensify it.  However, if they find that the brother is dodging them, they would resort to psychological torture techniques.

8.    Some interrogators may try to confuse the brother, distort his reasoning, and tangle his thoughts by throwing many questions at him at the same time and not allowing him the chance to answer them. If the brother delays his answers, he would be struck.  During that torture [session], the brother is given a chance to speak, even tell a lie, in return for halting the torture.  He is given a sheet of paper and asked to write whatever he wants in return for his

PECFOIA00042123

UK/BM-169 TRANSLATION

release, for not prosecuting him, etc.  They start
deceiving the brother by saying that his refusal to talk
or write means that he is afraid of revealing dangerous
secrets he possesses.

3.    During the interrogation, or while the brother is in the
holding room, he may be made to listen to another brother's
cries from a nearby cell.  This is done in order to break
the brother's resistance.  They may even resort to having
the brother hear some of his brothers' confessions and
bringing papers and documents that prove his involvement
in the incident.

9.    In all prior situations the brother has three options:

a.    Patience, steadfastness, and silence about any
information whatsoever.  That is very difficult
except for those who take refuge in Allah.

u.    Executing the security plan that was agreed upon prior
to execution of the operation and not deviating from
it.

v.    In case others deviate from the security plan, confirm
the information given without adding to it.

w.    If the brother is the first subject in the
interrogation, he should adhere steadfastly to the
security plan in order to avoid trouble for the
brothers that will follow.

x.    The worse case - Allah forbid - is when the brother
breaks downs totally and tells all he knows, which
is due to a poor choice in the brother.  Thus, it
is important to test  individuals prior to such work
in order to ensure their steadfastness and minimize
the likelihood of their breaking down.  Testing may
done by accusing him of being an enemy agent and lying
about the reported information, in the event he is
supplying detailed information.

y.    Important information should not be discussed with
the brothers, as they might reveal it during the
interrogation.

PECFOIA00042124

UK/BM-170 TRANSLATION

Torture Methods: Secret agents use two methods of torture:

A. Physical torture.          B. Psychological torture

A.    Method of Physical Torture:
      1.    Blindfolding and stripping of clothes.
      10.   Hanging by the hands.
      11.   Hanging by the feet [upside down].
      12.   Beating with sticks and electrical wires.
      13.   Whipping and beating with sticks and twisted rubber belts.
      14.   Forcing the brother to stand naked for long periods of time.
      15.   Pouring cold water on the brother's head.
      16.   Putting out lighted cigarettes on the brother's skin.
      17.   Shocking with an electrical current.
      18.   Kicking and punching.
      19.   Attacking the brother with vicious dogs.
      20.   Making the brother sit on a stake.
      21.   Throwing in a septic tank.
      22.   Pulling out the nails and hair.
      23.   Dragging.
      24.   Tying the hands and feet from behind.
      25.   Utilizing sharp objects, such as a pocketknife or piece of glass.
      26.   Burning with fire.
      27.   Sleeping on a bare marble floor without a cover and flooding the cell with sewer water.
      28.   Standing on toes and against a wall pressing with the fingers for long hours.  The brother may be denied sleep, food, drink, and medicine.
      29.   Beating on cuts and sore parts of the body.
      30.   Giving the brother a lot of water or very watery fruits, such as watermelon, after denying him

PECFOIA00042125

UK/BM-171 TRANSLATION

food and drink.  After the brother drinks or eats
the fruit, his hands and penis will be tied so the
brother will not be able to urinate.
31. Placing drugs and narcotics in the brother's food to weaken
his will power.
32. Placing the brother in solitary confinement where the cells
are made of a special kind of cement that gets extremely
hot in the summer and cold in winter.
33. Hitting the brother's genitals with a stick or squeezing
them by hand.
34. Dragging the brother over barb wires and fragments of glass
and metal.


B.  <u>Methods of Psychological Torture</u>:

1. Isolating the brother socially, cutting him off from public
life, placing him in solitary confinement, and denying
him news and information in order to make him feel lonely.
35. Forbidding calling him by name, giving the brother a
number, and calling him by that number in order to defeat
his morale.
36. Threatening to summon his sister, mother, wife, or daughter
and rape her.
37. Threatening to rape the brother himself.
38. Threatening to confiscate his possessions and to have him
fired from his employment.
39. Threatening to cause a permanent physical disability or
life imprisonment.
40. Offer the brother certain enticements (apartment, car,
passport, scholarship, etc.).
41. Using harsh treatment, insults, and curses to defeat his
morale.

UK/BM-172 TRANSLATION

    42.    Controlling everything the brother does, even in private,
           whether he is awake or asleep, to convince him that they
           are in charge.  They would force him to bow his head and
           look down while talking with the guards.

Further, let no one think that the aforementioned techniques are
fabrications of our imagination, or that we copied them from spy
stories.  On the contrary, these are factual incidents in the prisons
of Egypt, Syria, Jordan, Saudi Arabia, and all other Arab countries.
 Those who follow daily events and read the newspapers and journals
would be amazed to learn that:

    security personnel totally undressed veiled women in public.
     The security personnel arrested a brother's mother, a brother's
    sister, and a brother's wife and raped them.

    the wife of brother Saffout AbdulGhani - may Allah have him
    released - had a miscarriage when the government's dogs (i.e.
    cronies) beat and tortured her in front of her husband.

    the security personnel captured brother Hassan Al-Gharbawi's
    mother, who is older than 60 years, and hanged her by her feet
    [upside down].  The security personnel shaved the head of the
    wife of a brother who participated in the murder of Rif'at
    Al-Mahjoub [Egypt's former parliament speaker].

The stories are numerous and there is intense torture while Muslims
are in deep sleep.

O young men waging a holy war for the sake of Allah, there is still
hope in you.  Your country awaits you, your brothers await you, your
wives wait you, the Muslim hostages await you.

UK/BM-173 TRANSLATION

Advice Taken from the book "Mothakkarat Fida'i Asir[8]" [Memoirs of a Captured Commando]:  Concerning interrogation and questioning, paraphrased.

1.  While being taken to the interrogation and torture areas, one should concentrate heavily on the route and try to memorize any signs in order to benefit operations and plan development.

2.  In the beginning of the interrogation, a security officer (interrogator) would come to you with fatherly advice, deceitful phrases, and "crocodile tears" so you might confess and tell them everything.

3.  It is necessary to secretly discard any document related to the work or anything else considered criminal evidence against you.  Better, do not carry any documents concerning  the work.

4.  From the first moment in captivity, the brother should proudly take a firm and opposing position against the enemy and not obey the orders.  The more firm and opposing the reaction, the more beneficial it is.  These reactions will not lead to harsher treatment.  Do not give the enemy an opportunity or an opening.

5.  During the torture process, pretend that the pain is severe by bending over and crying loudly.

6.  As the torture intensifies, its end nears.

7.  Between torture sessions, the officers bargain with the brother and entice him with ending the torture if he  supplies them with any information.

---

[8]  This book is the memoirs of an Iranian Communist.  All brothers should read it.

PECFOIA00042128

UK/BM-174 TRANSLATION

8.    During the torture session, the counseling preacher may become
      a vicious beast.

9.    The one who gives one piece of information to avoid the lashes
      of whips is deluding himself because the torture would
      intensify.

10.   It is necessary that each brother plan for his interrogation
      and discuss it with his commander.  He may be captured one day.

11.   When I talk while under torture, I do not mention unknown dates
      and places to the security personnel, but well known ones.

12.   When I mention dates or names, it is important to memorize them
      because they will ask about them again to know if I was truthful.

13.   Pretending to be naive and ignorant during the questioning may
      lead to diverging from the plan, because all factors are against
      the brother: The place, the people, the situation.  That leads
      to some or all the outcomes desired by the enemy.  That is,
      it is important to remain psychologically and mentally calm
      and to maintain alertness and foresight.

14.   Detailing events during the questioning, whether verbally or
      in writing, directly increases the crime.  That person's
      situation is just like someone who falls in a swamp [quick sand]:
      the more he tries to save himself, the deeper he sinks.

15.   The less information supplied during the torture, the lighter
      the judgement will be.

16.   A devastating mistake that results in harsh judgement is that
      of a brother revealing information to others in his cell

UK/BM-175 TRANSLATION

not revealed during the torture.  This is especially true when the
interrogation is still going on, his fate has not been determined,
and the case has not been closed.

17.  Relating experiences should not take place prior to the
     judgement, but after it.

18.  The interrogators may resort to planting suspicion and mistrust
     among the brothers.  They may pretend that they have a friendly
     relationship with one of the brothers.  It is necessary to think
     well of one another.

19.  Do not accept humiliation and disgrace.  Disobey orders and
     oppose them.

20.  It is important to coordinate with your brothers before
     executing any operation (security plan).

21.  The security personnel may leave you for long periods of time
     without asking you any questions in order to break your will
     and determination.

22.  During the interrogation, say only the things that you agreed
     upon with your commander.  Do not be concerned about other
     brothers.

UK/BM-176 TO UK/BM-180 TRANSLATION
**Lesson Eighteen**

PRISONS AND DETENTION CENTERS

IF AN INDICTMENT IS ISSUED AND THE TRIAL BEGINS, THE BROTHER HAS
TO PAY ATTENTION TO THE FOLLOWING:

1. At the beginning of the trial, once more the brothers must insist
   on proving that torture was inflicted on them by State Security
   [investigators] before the judge.
2. Complain [to the court] of mistreatment while in prison.
3. Make arrangements for the brother's defense with the attorney,
   whether he was retained by the brother's family or court-appointed.
4. The brother has to do his best to know the names of the state
   security officers, who participated in his torture and mention
   their names to the judge. [These names may be obtained from brothers
   who had to deal with those officers in previous cases.]
5. Some brothers may tell and may be lured by the state security
   investigators to testify against the brothers [i.e. affirmation
   witness], either by not keeping them together in the same prison
   during the trials, or by letting them talk to the media.  In this
   case, they have to be treated gently, and should be offered good
   advice, good treatment, and pray that God may guide them.
6. During the trial, the court has to be notified of any mistreatment
   of the brothers inside the prison.
7. It is possible to resort to a hunger strike, but it is a tactic
   that can either succeed or fail.
8. Take advantage of visits to communicate with brothers outside
   prison and exchange information that may be helpful to them in
   their work outside prison [according to what occurred during the
   investigations].  The importance of mastering the art of hiding
   messages is self evident here.
- When the brothers are transported from and to the prison [on their
  way to the court] they should shout Islamic slogans out loud from
  inside the prison cars to impress upon the people and their family
  the need to support Islam.
- Inside the prison, the brother should not accept any work that
  may belittle or demean him or his brothers, such as the cleaning
  of the prison bathrooms or hallways.
- The brothers should create an Islamic program for themselves inside
  the prison, as well as recreational and educational ones, etc.
- The brother in prison should be a role model in selflessness.
  Brothers should also pay attention to each others needs and should
  help each other and unite vis a vis the prison officers.
- The brothers must take advantage of their presence in prison for
  obeying and worshiping [God] and memorizing the Qora'an, etc.
  This is in addition to all guidelines and procedures that were
  contained in the lesson on interrogation and investigation.
  Lastly, each of us has to understand that we don't achieve victory

against our enemies through these actions and security procedures.
Rather, victory is achieved by obeying Almighty and Glorious God
and because of their many sins.  Every brother has to be careful
so as not to commit sins and everyone of us has to do his best
in obeying Almighty God, Who said in his Holy Book: "We will,
without doubt, help Our messengers and those who believe (both)
in this world's life and the one Day when the Witnesses will stand
forth."
May God guide us.

[Dedication]

To this pure Muslim youth, the believer, the mujahid (fighter) for
God's sake, I present this modest effort as a contribution from me
to pave the way that will lead to Almighty God and to establish a
caliphate along the lines of the prophet.

The prophet, peace be upon him, said according to what was related
by Imam Ahmed: "Let the prophecy that God wants be in you, yet God
may remove it if He so wills, and then there will be a Caliphate
according to the prophet's path [instruction], if God so wills it.
He will also remove that [the Caliphate] if He so wills, and you
will have a disobedient king if God so wills it.  Once again, if
God so wills, He will remove him [the disobedient king], and you
will have an oppressive king. [Finally], if God so wills, He will
remove him [the oppressive king], and you will have a Caliphate
according to the prophet's path [instruction].  He then became
silent."

THE IMPORTANCE OF TEAM WORK:

1. Team work is the only translation of God's command, as well as
   that of the prophet, to unite and not to disunite.  Almighty God
   says, "And hold fast, all together, by the Rope which Allah
   (stretches out for you), and be not divided among yourselves."
   In "Sahih Muslim," it was reported by Abu Horairah, may Allah
   look kindly upon him, that the prophet, may Allah's peace and
   greetings be upon him, said: "Allah approves three [things] for
   you and disapproves three [things]: He approves that you worship
   him, that you do not disbelieve in Him, and that you hold fast,
   all together, by the Rope which Allah, and be not divided among
   yourselves.  He disapproves of three: gossip, asking too much [for
   help], and squandering money."

2. Abandoning "team work" for individual and haphazard work means
   disobeying that orders of God and the prophet and falling victim
   to disunity.

3. Team work is conducive to cooperation in righteousness and piety.

4. Upholding religion, which God has ordered us by His saying, "Uphold
   religion," will necessarily require an all out confrontation

against all our enemies, who want to recreate darkness.  In addition, it is imperative to stand against darkness in all arenas: the media, education, [religious] guidance, and counseling, as well as others.  This will make it necessary for us to move on numerous fields so as to enable the Islamic movement to confront ignorance and achieve victory against it in the battle to uphold religion.  All these vital goals can not be adequately achieved without organized team work.  Therefore, team work becomes a necessity, in accordance with the fundamental rule, "Duty cannot be accomplished without it, and it is a requirement."  This way, team work is achieved through mustering and organizing the ranks, while putting the Amir (the Prince) before them, and the right man in the right place, making plans for action, organizing work, and obtaining facets of power . . . . . .