# EXHIBIT 219
## REDACTED FOR PUBLIC FILING



CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

KFM000461

Page 2

**AT&T**

## TO REPLACE LOST OR STOLEN AT&T CARDS CALL 1-800-CALL-ATT

### AT&T CALL TYPE AND RATING INFORMATION

**CALL TYPE**

- CCO - Operator Handled Card Calls
- CCP - Calling Card Person Call
- CCS - Calling Card Station Call
- CEL - Cellular Calls
- DDC - Direct Dialed Call
- DFR - Direct Dialed Call - Per Minute Or Flat Rate Applied
- INT - Interrupt Request
- OBP - Operator Handled Person Call Billed To Third Number Or Special Billing Number
- OBS - Operator Handled Station Call Billed To Third Number Or Special Billing Number
- OCP - Operator Handled Person Collect Call
- OCS - Operator Handled Station Collect Call
- ODR - Operator Handled Station Call-Dial Rate Applied
- OHP - Operator Handled Person Call
- OHS - Operator Handled Station Call
- VER - Verification Request

**RATE PERIOD**

- DAY - Day
- DAYSA - Daytime Savings Time
- DISAB - Disabled Person Discount Rate Applied
- DISC - Discount
- ECON - Economy
- EVE - Evening
- MFLAT - Per Minute Or Flat Rate
- MULTI - Multi-rated (More Than One Rate Period Applies)
- MXSPC - Mexico Special Rate
- NT/WK - Night/Weekend
- OPEAK - Off Peak (Evening & Night/Weekend Or Discount & Economy)
- PEAK - Peak (Day or Standard)
- SPECL - Special Additional Discount Rate Applied
- STAND - Standard

Note: An Operator Service Charge will apply when the Customer has the capability of dialing the called number, but elects to have the Operator dial the called number.

(&) - Call displayed more than once to identify separate rate periods.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

KFM000462



| Account Number | Bill Date | Payment Due Date | | |
|---|---|---|---|---|
| ▮▮▮ 9 001 | DEC 13, 1999 | JAN 13, 2000 | AT&T | Page 3<br>ISLAMIC FOUNDATION<br>11004 WASHINGTON BLVD<br>CULVER CITY CA 90232-3901<br>REF # ▮▮▮ 1250 |

## &T Business Service
### Summary of Charges

| EXPLANATION | AMOUNT |
|---|---|
| **USAGE CHARGES** | |
| LONG DISTANCE SERVICE | $188.30 |
| SUBTOTAL | $188.30 |
| **REGULATORY FEES** | |
| LONG DISTANCE SERVICE | |
| Universal Connectivity Charge | |
| Federal | |
| Interstate/International | $13.49 |
| Carrier Line Charge | |
| Federal | |
| 5 Multi Line(s) At $3.50 | 17.50 |
| SUBTOTAL | $30.99 |
| **TAXES** | |
| LONG DISTANCE SERVICE | |
| Federal Tax | $6.58 |
| Local Tax | 24.13 |
| CALIFORNIA HIGH COST FUND | 0.05 |
| 9-1-1 SURCHARGE | 0.01 |
| SUBTOTAL | $30.77 |
| **TOTAL CURRENT CHARGES** | **$250.06** |

### Summary of Coded Calls
**ACCOUNT CODES**

| PRIMARY CODE/ DESCRIPTION | SECONDARY CODE/ DESCRIPTION | CALLS | DURATION (hh:mm:ss) | AMOUNT* |
|---|---|---|---|---|
| 1003 | | 30 | 2:56:25 | $115.12 |
| CODE SUBTOTAL | | 30 | 2:56:25 | $115.12 |
| 1004 | | 2 | 9:04 | $0.81 |
| CODE SUBTOTAL | | 2 | 9:04 | $0.81 |
| 1006 | | 9 | 18:57 | $3.75 |
| CODE SUBTOTAL | | 9 | 18:57 | $3.75 |
| 1007 | | 3 | 13:55 | $9.54 |
| CODE SUBTOTAL | | 3 | 13:55 | $9.54 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

KFM000463



CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

KFM000464



CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

KFM000465



CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

KFM000466



| Account Number | Bill Date | Payment Due Date | | | |
|---|---|---|---|---|---|
| ▓▓▓ 001 | DEC 13, 1999 | JAN 13, 2000 | AT&T | ISLAMIC FOUNDATION  11004 WASHINGTON BLVD  CULVER CITY CA 90232-3901 | Page 7 |
| Subaccount: ▓▓▓ 001 | | | | REF ▓▓▓1250 | |

**AT&T Business Service**
**Call Detail**

LONG DISTANCE SERVICE
BILLED NUMBER: ▓▓▓1260

| ITEM | DATE | TIME (hh:mm:ss) | PLACE | AREA CODE/ NUMBER | DURATION (hh:mm:ss) | CALL TYPE | RATE PERIOD | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | 11/15/99 | 12:24:01P | TO PLEASATGRV UT | ▓▓▓1571 | 1:37 | DDC | MFLAT | 0.15 |
| 2 | 11/15/99 | 12:28:13P | TO BAKERSFLD CA | ▓▓▓6734 | 1:49 | DDC | MFLAT | 0.16 |
| 3 | 11/22/99 | 3:41:21P | TO RANCHOBNRD CA | ▓▓▓7504 | 1:28 | DDC | MFLAT | 0.13 |
| 4 | 11/22/99 | 3:43:12P | TO RANCHOBNRD CA | ▓▓▓7504 | 0:48 | DDC | MFLAT | 0.07 |
| 5 | 11/28/99 | 9:06:26A | TO BRONX NY | ▓▓▓1957 | 1:13 | DDC | MFLAT | 0.11 |
| 6 | 12/06/99 | 1:36:39P | TO SALT LAKE UT | ▓▓▓3343 | 1:29 | DDC | MFLAT | 0.13 |
| 7 | 12/08/99 | 12:47:15P | TO WESTFIELD MA | ▓▓▓1521 | 2:12 | DDC | MFLAT | 0.20 |
| 8 | 11/15/99 | 12:14:46P | TO ALGERIA | AE 2132691439 | 0:49 | DDC | PEAK | 0.47 |
| 9 | 11/15/99 | 12:22:03P | TO ALGERIA | AE 2132691439 | 1:40 | DDC | PEAK | 0.97 |
| 10 | 11/15/99 | 1:24:18P | TO ALGERIA | AE 2132691439 | 1:48 | DDC | PEAK | 1.04 |
| 11 | 11/24/99 | 2:54:10P | TO SAUDI ARAB | SR 96614881066 | 1:37 | DDC | PEAK | 1.24 |
| 12 | 11/26/99 | 3:39:13P | TO SAUDI ARAB | SR 96614803836 | 0:45 | DDC | PEAK | 0.58 |
| 13 | 12/02/99 | 11:10:22A | TO SAUDI ARAB | SR 96614720762 | 2:39 | DDC | PEAK | 2.04 |
| 14 | 12/02/99 | 11:24:12A | TO TURKEY | TU 902163583919 | 2:58 | DDC | PEAK | 1.54 |
| 15 | 12/02/99 | 11:43:19A | TO TURKEY | TU 902163583919 | 4:05 | DDC | PEAK | 2.12 |
| 16 | 12/03/99 | 2:00:08P | TO GHANA | GH 23321229631 | 0:41 | DDC | PEAK | 0.39 |
| 17 | 12/03/99 | 2:02:32P | TO GHANA | GH 23321229631 | 1:10 | DDC | PEAK | 0.67 |

SUBTOTAL FOR ▓▓▓-1260    $12.01

TOTAL FOR LONG DISTANCE SERVICE    $188.30

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.    KFM000467



CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

KFM000468