# EXHIBIT 220



# Certification of Translation

**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

February 20, 2024

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

**KSA0000007596**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

Amr Abualy
Project Manager
Linguistic Systems

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001



File no.: 7

Subject: General Correspondence for the Office of HRH the Ambassador

Vol: 2

Opened: 1/1/1420 AH [04/17/1999 AD]

Closed: *20/11/1420 AH* [01/23/2003 AD]

**CONFIDENTIAL:**
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

KSA0000007596

<b>In the name of God, the Most Merciful, and the Most Compassionate</b>

Kingdom of Saudi Arabia
Ministry of Islamic Affairs,
Endowments, Dawah and Guidance



Number: *3/4/293/1525*
Date: *12/8/1419 AH*
[10/01/1998 AD]
Attachments: 1

<b>Very Urgent</b>

**His Eminence, Director of the Dawah office in America,**

**May God's peace, mercy, and blessings be upon you.**

**I ask God to grant you support and success.**

I refer to your two letters, no. 354 dated 21/07/1419 AH [11/10/1998 AD] and no. 375 dated 29/07/1419 AH [11/18/1998 AD], which include a request to delegate imams to lead prayers at a number of mosques and Islamic centers during the holy month of Ramadan 1419 AH [Ramadan 1419 AH began on 12/19/1998 and ended on 1/17/1999 AD].

I would like to inform you that the brothers named in the attached list have been nominated to perform the aforementioned task. You will be notified of their arrival dates once their departing flights are confirmed, God willing.

I would also like to inform you that the Agency has received two other requests, one is from Dr. Saeed Al Zahrani, the Director of Cultural Affairs at the Saudi club in Boston, and the other is from the Islamic Center in Little Rock, Arkansas. Please provide me with the contact information for these two centers by text message as soon as possible.

I ask God to reward us all.

   May God's peace, mercy, and blessings be upon you.

<b>Assistant Undersecretary for Islamic Affairs</b><br/>
[Signature] <i>12/8[</i>/1419 AH] [10/01/1998 AD]<br/>
<b>Tawfik bin Abdulaziz Al Sudairi</b>

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000007597



CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000007596





الرقم: ك/خ/ك/
التاريخ: ٨٨/٨/١٤١٩هـ
المرفقات:

عاجل جداً

فضيلة مدير مكتب الدعوة في أمريكا     حفظه الله

السلام عليكم ورحمة الله وبركاته .. أما بعد:

فنسأل الله لكم العون والتوفيق .

وأشير إلى خطابيكم ذي الرقم ٣٥٤ المؤرخ في ١٤١٩/٧/٢١هـ وذي الرقم ٣٧٥ المؤرخ في ١٤١٩/٧/٢٩هـ المتضمنين طلب إيفاد من يؤم المصلين في عدد من المساجد والمراكز الإسلامية في شهر رمضان المبارك من هذا العام ١٤١٩هـ .

أفيدكم أنه قد تم ترشيح الأخوة الموضحة أسماؤهم في البيان المرافق لأداء المهمة المشار إليها وسيتم إشعاركم بموعد قدومهم بعد تأكيد حجز الرحلات التي سيغادرون عليها إن شاء الله .

كما أفيدكم أن الوكالة تلقت طلبين آخرين ، أحدهما من د. سعيد الزهراني مدير الشؤون الثقافية في النادي السعودي في بوسطن ، وموضوعه طلب المركز الإسلامي في نيوإنجلاند والثاني من المركز الإسلامي في لتل روك بأركنساس ، وآمل تزويدي بخط سير الوصول إلى هذين المركزين وبعث ذلك في رسالة هاتفية عاجلة

سائلين الله للجميع الأجر والمثوبة .

والسلام عليكم ورحمة الله وبركاته ،،،

الوكيل المساعد للشؤون الإسلامية

توفيق بن عبدالعزيز السديري





الرقم: ك/خ/ك/
التاريخ: ٨٨/٨/١٤١٩هـ
المرفقات:

عاجل جداً

فضيلة مدير مكتب الدعوة في أمريكا     حفظه الله

السلام عليكم ورحمة الله وبركاته .. أما بعد:

فنسأل الله لكم العون والتوفيق .

وأشير إلى خطابيكم ذي الرقم ٣٥٤ المؤرخ في ١٤١٩/٧/٢١هـ وذي الرقم ٣٧٥ المؤرخ في ١٤١٩/٧/٢٩هـ المتضمنين طلب إيفاد من يؤم المصلين في عدد من المساجد والمراكز الإسلامية في شهر رمضان المبارك من هذا العام ١٤١٩هـ .

أفيدكم أنه قد تم ترشيح الأخوة الموضحة أسماؤهم في البيان المرافق لأداء المهمة المشار إليها وسيتم إشعاركم بموعد قدومهم بعد تأكيد حجز الرحلات التي سيغادرون عليها إن شاء الله .

كما أفيدكم أن الوكالة تلقت طلبين آخرين ، أحدهما من د. سعيد الزهراني مدير الشؤون الثقافية في النادي السعودي في بوسطن ، وموضوعه طلب المركز الإسلامي في نيوإنجلاند والثاني من المركز الإسلامي في لتل روك بأركنساس ، وآمل تزويدي بخط سير الوصول إلى هذين المركزين وبعث ذلك في رسالة هاتفية عاجلة

سائلين الله للجميع الأجر والمثوبة .

والسلام عليكم ورحمة الله وبركاته ،،،

الوكيل المساعد للشؤون الإسلامية

توفيق بن عبدالعزيز السديري

**CONFIDENTIAL:**
**This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570,**
**United States District Court for the Southern District of New York.**

KSA0000007597