# EXHIBIT 221



Certification of Translation

COUNTY OF SUFFOLK
COMMONWEALTH OF MASSACHUSETTS

February 20, 2024

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

**KSA0000007884**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

Amr Abualy
Project Manager
Linguistic Systems

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001



UNOFFICIAL
LETTERS AND
TRANSACTIONS
4
SEALED
EMPIRE

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

In the name of God, the Most Merciful, the Most Compassionate

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments,
Dawah and Guidance
Dawah Office in America

P.O. Box U McLean, VA 22101, USA • Tel: (202) 342-3700 • Fax: (202) 944-3192
E-mail: ifta@resa.org • www.al-islam.com

**His Excellency the Embassy's Chief of Protocol Department**

**May God's peace, mercy, and blessings be upon you,**

I wish to inform your Excellency that Sheikh Adel bin Mohammed Al Sadhan has completed the English Language program to which he had been recently dedicating his time. Because he has assumed his work duties at the office, please direct the competent persons regarding re-registering him and his wife, Arlette bint Abdullah Abu-Khaled Al Hashimi, with the US State Department.

**Thank you, your Excellency for your help in advance.**

**May God's peace, mercy, and blessings be upon you,**

[Handwritten:] *To be respectfully denied.*

**Director of the Dawah Office in America**

[Signature]

**Khaled bin Ibrahim Al Suwailam**

[Handwritten:] *Your Highness,*

*The abovementioned individual Was employed at the Dawah Office at the Embassy and was registered with the US State Department. He then decided to study English in Missouri. His name was duly removed from the list because diplomatic employees must reside in the vicinity of Washington. After the recent events, the abovementioned individual decided to end his studies and resume his work at the Islamic Dawah Office, and has requested to be re-registered. This will cause the Department [of State] to be suspicious, particularly because his name was removed just seven months ago, approximately. Please be informed and issue your instructions in this regard.*

*Best regards,* *259*

Date: *24/7/1422 AH* [10/11/2001 AD] Attachments: *Fahd's documents*

**CONFIDENTIAL:**
**This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.**



CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

Kingdom of Saudi Arabia
IFTA Office
Washington, D.C.

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
مكتب الدعوة بأمريكا

P.O. Box U McLean, VA 22101, USA • Tel: (202) 342-3700 • Fax: (202) 944-3192
E-mail: ifta@resa.org • www.al-islam.com

سعادة رئيس قسم المراسم بالسفارة وفقه الله

السلام عليكم ورحمة الله وبركاته ........ أما بعد :

وأود إفادة سعادتكم أن الشيخ عادل بن محمد السدحان قد أنهى برنامج اللغة الإنجليزية الذي فرغ من أجله خلال الفترة الماضية ، وحيث باشر مهام عمله بالمكتب لذا آمل توجيه المختصين حيال إعادة تسجيله وزوجته أرليت بنت عبدالله أبوخالد الهاشمي لدى وزارة الخارجية الأمريكية .

شاكراً لسعادتكم كريم تجاوبكم سلفاً

والسلام عليكم ورحمة الله وبركاته ،،،

مدير مكتب الدعوة في أمريكا

خالد بن إبراهيم السويلم

سعادة سيدي

المذكور كان يعمل بمكتب الدعوة بالسفارة وكان مسجلاً لدى الخارجية الأمريكية ثم قرر أن يدرس اللغة في ولاية ميزوري وتم إلغاء اسمه من القائمة حسب النظام لأن الموظف الدبلوماسي يجب أن يكون ساكناً في منطقة واشنطن وبعد الأحداث الأخيرة قرر المذكور ترك الدراسة والعودة للعمل بمكتب الدعوة وطلب إعادة تسجيله وهذا سوف يثير تشكك الوزارة وتساؤلاتها خصوصاً وأنه قد تم إلغاء اسمه قبل حوالي ١٧ شهر فقط. أرجو إحالة وتعميد [illegible] سعادتكم حفظكم الله.

الرقم: ٢٥٩ التاريخ: ٢٤/ ٧/ ١٤٢٢ المشفوعات: [illegible]



CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.