# EXHIBIT 224



## Certification of Translation

### COUNTY OF SUFFOLK
### COMMONWEALTH OF MASSACHUSETTS

November 8, 2023

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

**Letter-from-Bin-Laden**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

_____
Amr Abualy
Project Manager
Linguistic Systems

Linguistic Systems, Inc.

260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

In the name of God, the Merciful, the Compassionate

| The Committee for Advice and Reform London Office | 1-2 | Statement No. 7 |
|---|---|---|

### Urgent Message to Security Officials

We were plagued and our nights were made sleepless by this grievous misfortune and evil crime, as the Saudi regime threw into the depths of prison a group of the best of the Ummah's jihadist scholars and active proselytizers, as part of its rabid campaign to strike at the Islamic awakening and its scholarly and popular symbols. It is truly disgraceful and unfortunate that it employed a group of Muslims from our oppressed people and turned them into a big stick with which to strike every voice of truth and extinguish every true word proclaimed by the leaders of the Ummah, the scholars and the proselytizers. This compels us, in accordance with the Shariah, to reveal the truth to those Muslims who have become unaware supporters of the oppressors, so perhaps they will repent for the past and avoid what is to come and God willing, they will do this.

Our Muslim brothers in the security apparatus, may God guide you all to what pleases Him and prevent you from disobeying Him. Know that you were trained to defend the interests of your people and protect their rights. You are their representatives in this great matter, as their vigilant guards intent on preserving their religion and the lives and property of their members. Your rulers today want to take this, your great and honorable position, away from you and reduce you to a low and submissive rank that is unacceptable to those who God supported with Islam and honored with servitude to Him. They want to turn you into slaves as if they had purchased your freedom with their money. They want to make you into spears with which to pierce the chests of the scholars, and barricades with which to stop the spread of the Islamic da'wah. As such, you are destroying the edifice of your religion, and you are piercing yourselves, your brothers, and your cousins, and indeed your scholars and the best of you.

What sin have these righteous scholars committed?! Did they embezzle the nation's money and distribute it to their families?! Or usurp tribal land and grant it to their relatives?! Or monopolize trade of every kind among themselves and shut everyone else out?! Or build palaces with your blood and money, and dwell in them on the best plots of land in your country?! Or squander the country's money and resources on their desires until the dangers of need and poverty knocked upon the doors, and the services in all of their facilities declined?! Or waged war upon God, filling the land of the Peninsula with usurious banks? Or have the scholars spread corruption in the houses of the Two [Holy] Mosques and ruined the world and the religion?! Have they made the people's money permissible to them and subjugated them until they began thinking that they owned the land, the money, and the people and whenever they perform a tenth of their obligations, do they accompany them with claims of generosity and harm and call them donations and noble deeds?! Have they planned for the army to remain weak, disrespected it and its abilities, then insulted it by seeking the help of the enemies to protect their thrones?! Have they enslaved the media, [transforming it] into mouthpieces of hypocrisy, deception, and dishonesty, only interested in glorifying and praising using false claims?! These scholars you are being ordered to attack and arrest in order to prevent them from communicating the religion of God are the ones who denounced all of these violations and offences and demanded that all of God's law be enforced. They called for the rescuing of the country from political, military, economic, security, and health etc. decline, as in the memorandum of advice.

Awaken, our brothers, and do not allow the charlatans of Al Saud to drive you to God's wrath and punishment where you would dwell in the shame of this world and the torment of the hereafter. The Book of God bears witness to the punishment of those who stand by the tyrant, helping him until the command of God arrives, at which time He will seize the tyrant and his soldiers, falsity will

perish, and truth and its adherents will emerge victorious. Perhaps you remember what God did with the pharaoh and how He took him and his soldiers "*for Pharaoh and Haman and (all) their hosts were men of sin.*" [al-Qasas: 8]. *"So We seized him and his hosts, and We flung them into the sea: Now behold what was the end of those who did wrong!"* [al-Qasas: 40]. Or are you satisfied that the infidels and the people of depravity and debauchery are honored and powerful, while our scholars are shackled in dark prisons. It is a great wrong to slander the scholars, for they are the heirs of the prophets. So, what about those who transgress against them, or help in this? Where do you stand with regards to his, may prayers and peace be upon him, warning: "*All things of a Muslim are inviolable for his brother in faith: his blood, his wealth and his honor.*" *Narrated by Muslim.* Let none of you commit such aggression and say, "I am a servant of the one in charge." By God, this is a terribly dangerous thing to say for the one who says it. It contradicts the testimony of monotheism. You are servants of God; you are not servants of the Saudi regime. God's command is greater than the command of your rulers. This you confirm with the statement of "God is Greatest," with which you begin your prayers. You are servants of God, obedient to Him, and compliant with His commands if you recite *"Thee do we worship, and Thine aid we seek."* [al-Fatiha: 5].

Our brothers, O sons of our people, O those possessed of dignity and honor, O those who do not turn their faces to anyone but God, the scholars, the proselytizers, the reformers, and their followers only see you as brothers, the beloved of the people, the faithful soldiers of the Ummah, devoted to the religion of Islam, and the protectors of the rights of Muslims. The belief of the deluded tyrannical Saudi regime that you are its servants and slaves will be disappointed. Let the Ummah see that you are slaves of God alone. Let the people know that you are their beloved, their guards, and their supporters. Let the scholars and proselytizers rejoice that you have promised God to travel the road to heaven, that you will not sell your religion and your life in the hereafter for the world of others, and that you are intent on the following:

1. The offender shall repent, desiring the forgiveness of God who said, *"Unless he repents, believes, and works righteous deeds, for Allah will change the evil of such persons into good, and Allah is Oft-Forgiving, Most Merciful.*" [al-Furqan: 70].

2. To not obey the tyrants when they command you to commit aggression against the scholars and your Muslim people because this is prevention from the path of God, waging war on the religion of God, and a great disobedience of the words of [the Prophet], may prayers and peace be upon him: *"One is not to be obeyed when it involves disobedience to the God." Agreed upon.*

3. To urge the rest of your brothers working with you to not respond to the commands of the tyrants, in accordance with the words of [the Prophet], may prayers and peace be upon him: *"By Him in Whose Hand my life is, you either enjoin good and forbid evil, or Allah will certainly soon send His punishment to you. Then you will make supplication and it will not be accepted." [Classed as] Hasan, narrated by al-Tirmidhi.*

4. To not delay in helping your Muslim people and relieving them of tyranny, in accordance with the words of [the Prophet], may prayers and peace be upon him: *"The Muslim is the brother of the Muslim. He does not oppress him, disappoint him, or betray him." Agreed upon.*

5. To wash your hands of all of the crimes of the regime and not incline toward them. As the Almighty said, *"And incline not to those who do wrong, or the Fire will seize you." [Hud: 113].*

Finally, we, in (the Committee for Advice and Reform), call on all security officials to do penance for arrests of shaykhs that they have carried out and strive to release them. We call on all members of our Muslim people to not rest until they see the scholars leave the prisons of the tyrants. *"Help ye one another in righteousness and piety, but help ye not one another in sin and rancor."* [al-Ma'idah: 2].

Dated: 11/4/1415 AH                    On their behalf: Osama bin Muhammad bin Laden
Corresponding to 09/16/1994 AD                    [Signature]

[TN: This page is a duplicate of page 21]

[TN: This page is a duplicate of page 22]

In the name of God, the Merciful, the Compassionate

| The Committee for Advice and Reform | 1-2 | Statement No. |
| London Office | | 8 |

### Important Cable to Our Brothers in the Armed Forces

Brothers in Islam and guardians of the religion and the faith,

O successors of those ancestors who bore the light of guidance and spread it among humanity. O grandchildren of Saad bin Abi-Waqqas, al-Muthanna bin Haritha al-Shaybani, and al-Qa'qa' bin 'Amr al-Tamimi, and the best companions who waged jihad with them. O men whom the Ummah has preserved for a foul day and to fill a gap.

O defenders by which the Ummah - God willing – shall ward off the treachery of those attacking honor and the religion: Behold, as you have clearly seen how the Saudi regime bares its teeth and reveals its hypocrisy and toadying. Its hostility to Islam, the da'wah, and proselytizers, which was covered up, has been exposed by putting the best scholars of the Ummah into the depths of prison and subjecting them to terrible humiliation. Its raging campaign continues to devour fertile and barren lands in an attempt to prevent the birth of the [Islamic] awakening, to dry up its springs and set it back years. By God, it is indeed a great conspiracy which the regime is undertaking, demonstrating its loyalty to the enemies of Islam and the Muslims. There is no refuge for it in the horizon of suffering. But there is hope in God and you, that someone will come from amongst you to protect us in our affliction. Someone who, God willing, is certainly coming. So, be this hope for it.

The failings of this regime have been exposed, its treachery was made plain, and its enmity of the religion and the Ummah has been revealed:

* Is this not the regime that imported women of the Christian armies to defend it, placing the army in the highest degree of shame, disgrace, and frustration?

* Is this not the regime that opened up the country in all its length and breadth so that it was filled with American army bases, approaching which is out of the question for any officer no matter how high his rank, in contradiction of the command issued by the Messenger, may prayers and peace be upon him, to his Ummah from his death bed, when he said: "*Expel the polytheists from Arabia." Narrated by al-Bukhari.*

* Is this not the regime that the pride of Islam and the chivalry of the Arabs could not shake, even when it made the Muslim army participate as a cover for the American army's occupation of Somalia?!!

* Is this not the regime that made use of the capabilities of the army and the country to help the gangs of communists who resisted God and His messenger in Yemen, ignoring the fatwa of the true scholars and disregarding the advice of the commanders of the army? God Almighty says, "*Thou wilt not find any people who believe in Allah and the Last Day, loving those who resist Allah and His Messenger."* [al-Mujadilah: 22].

* Is this not the regime that has relentlessly striven and continues to strive to keep the army weak? One look and a quick comparison between the Peninsula and the Zionist entity usurping Palestine will show this clearly:

- The area of the Peninsula is more than four times bigger than that of occupied Palestine, which requires a big army to defend this vast plot [of land], but we find that the Peninsula's army is not even a tenth of the size of the army of the Zionist entity, with

Telephone: 00441716242462          Fax: 00441713289651          Address: BM BOX 7666, London, WCIN 3XX, U.K.

| The Committee for Advice and Reform | 2-2 | Statement No. |
|---|---|---|
| London Office | | 8 |

a huge difference in the level of armament.

- This is at a time during which the army's budget in the Kingdom has reached substantial numbers, which the armies of the region as a whole have not attained. Where does this money go?! Perhaps the answer will become clear when we realize that the income of Prince Sultan, the minister of defense, from the commissions on arms sales reached five billion dollars in one year at a time during which the regime stopped allowances and reimbursements for members of the armed forces due to the sharp economic downturn to be experienced by the people, without any impact to the allowances of the ruling family elders.

- Let us then ask the regime: What preparations have been made to defend Tabuk and Khaybar from the ambitions of the Jews as proclaimed and written on the doors of the Knesset and stamped on their new coinage? Why are the people being prevented from training to prepare for the coming danger?

* And finally, is this not the regime that disdained and ignored the feelings of the people and the armed forces by arresting their truthful scholars and intellectual leaders, with all vileness, impudence, and offense towards these feelings, revealing its hostility and warring against God, His messenger, and the righteous believers?

The Messenger of God, may prayers and peace be upon him, said: "the Almighty God said: *Whoever takes My friend as an enemy, has declared war on Me." Narrated by al-Bukhari.*

It is therefore clear to anyone with two eyes that the regime has lost its legitimacy because of its allegiance and support of the enemies of the religion and its transgression against the feelings of the Muslims at a time when experts on the conditions of nations and the facts of history agreed is near its end and collapse. Tomorrow the regime will fall. It is just a matter of time.

O men whom the Ummah awaits to defend the cradle of Islam so that the infidels do not soil it, and whose sons expect them to support the truth in Palestine and liberate the path of the faithful Messenger of God, may prayers and peace be upon him, from the hands of the criminal Jews.

O zealous followers of the religion of our Prophet Muhammad, may prayers and peace be upon him. O those who crowd together, shoulder to shoulder, in the first ranks in worship of your mighty God and adherence to the practice of His noble Messenger, may prayers and peace be upon him.

O formidable men, we remind you, *"For teaching benefits the Believers."* [al-Dhariyat: 55]. You are the guardians of the faith, the religion, and land of the Muslims. We pray that God will protect you. We believe that you are above being used by the regime to subjugate and kill your scholars, your fathers, your sons, and your brothers. God Almighty has said, *"If a man kills a believer intentionally, his recompense is Hell, to abide therein (For ever): And the wrath and the curse of Allah are upon him, and a dreadful penalty is prepared for him,"* [al-Nisa': 93] and he, may prayers and peace be upon him said, *"The extinction of the whole world is less significant before Allah than killing a Muslim man." Sahih al-Jami'* [TN: A collection of Hadith by al-Albani].

The rightly guided caliphate promised by the Messenger of God, may prayers and peace be upon him, is certainly coming after the biting and tyrannical king, and so be among those who pave the way.

*"As to those who turn (for friendship) to Allah, His Messenger, and the (fellowship of) believers,- it is the fellowship of Allah that must certainly triumph."* [al-Ma'idah: 56].

Dated: 14/04/1415 AH                                          On their behalf: Osama bin Muhammad bin Laden

Corresponding to:  09/19/1994 AD                                          [Signature]

| Telephone: 00441716242462 | Fax: 00441713289651 | Address: BM BOX 7666, London, WCIN 3XX, U.K. |

[TN: This page is a duplicate of page 25]

[TN: This page is a duplicate of page 26]

In the name of God, the Merciful, the Compassionate

| The Committee for Advice and Reform | Do Not Accept the Demeaning of Your Religion | Statement No. |
|---|---|---|
| London Office | | 9 |

O Muslim youth in the cradle of Islam, the time of diligence and action has come. The time of listlessness and relaxation has gone. Give this matter the importance it deserves and pledge yourselves to resolve and trust in God Almighty. Behold the regime that has committed nullifiers of the word of monotheism, as it stumbles. It embarked on its greatest blunder, and committed a fatal historical error when it incited its soldiers and helpers to confront the da'wah and the proselytizers, becoming like one who seeks his death with his injustice. By God, it is the beginning of the stage of victory and empowerment. For it is the way of God Almighty, if He wants to reveal His religion as the Shaykh of Islam Ibn Taymiyya, God rest his soul, said (Volume 28/57): "It is the practice of God if He wants to make His religion victorious, He appoints someone to oppose it. He then manifests the truth with His words and hurls the truth upon the falsehood, beheading it, and thereupon it perishes."

O glorious sons of the Peninsula: The conflict between truth and falsehood has intensified. The way of God Almighty does not lag behind. It is inevitable that the truth will triumph, and falsehood will perish, God willing. We have only to reflect upon God's ways in change, and empowerment. The most important of these ways is that of testing and scrutiny.

This test, whose outward aspect is severity, is in reality a blessing, because through it the truth teller is distinguished from the liar, and the wicked from the good. God Almighty said, *"Alif Lam Mim. Do men think that They will be left alone on saying, "We believe," and that they will not Be tested? We did test those Before them, and God will Certainly know those who are True from those who are false."* [al-Ankabut: 1-3]. It is therefore the unavoidable way of God, through which those before us have been tested. Imam al-Shafi'i was asked, "Is it better for a man to have power or to be tested?" He said, "He has power until he is tested." If this is the case, there is no choice but to be patient. Be steadfast. Be steadfast. For what is victory but the patience of an hour, after which comes empowerment, God willing. Behold how the infidels are patient with their falsehood. What we need is patience for the truth in which we believe.

The battle taking place between the lackey regime on one hand, and the people and the scholars on the other, is not an ephemeral or inconsequential mistake. Rather, it is part of a great plan being implemented by the regime for its masters, to uproot Islam from the depths of this people. It will not allow the bearer of truth and guidance to destroy its falsehood, no matter who the bearer of truth may be. Do not accept the demeaning of your religion for the sake of this world and a debased life, for it is the way of God to test whoever seeks heaven. So, adhere to God's command and publicly proclaim the truth. Wage jihad with your tongues in announcing the falsity of the regime until all people understand the truth of the way of your religion, that it is the truth, and he who is without it is a dying falsehood.

The second of these ways is the practice of victory and empowerment. We must know that victory and empowerment are ways created by God, through which, and none other, victory comes, and empowerment arrives. God informed us of these evident ways in His Book. His Messenger, may prayers and peace be upon him, stated it most comprehensively. These ways do not excuse those who do not enter houses through their doors.

O Muslim people, exploding with anger at the Al Saud rulers and burning to support the Ummah's captive noble scholars, may God bless your anger for the sake of the truth. Pour this anger into channels of the ways of empowerment until they bear fruit, even if it is sometime later. Endure the ways of victory as you endured the ways of testing, for both are for the sake of the goal that you seek. The people of the truth will not retreat from their religion. They will not stand idly by in the face of these actions that are hostile toward Islam. The cheapest things they offer are their lives. Tomorrow is near for the one who awaits it.

**O Muslim people:**

1. Renew your pure intention for the Almighty God. Promise the Almighty God, and pledge among yourselves to support the religion and the truth, to persevere in this, and to continue to give, be generous, and sacrifice. *"By no means shall ye attain righteousness unless ye give (freely) of that which ye love."* [Al 'Imran: 92].

2. [It is] necessary to be disciplined and to refrain from individual behaviors and outbursts which harm the interests of the group.

3. Reveal the reality of the struggle with the regime to everyone you know, and that the reality of the struggle revolves around the requirements of 'There is no god but Allah,' as we indicated in our statement no. 2. This is the duty of proselytizers to reveal the truth. So, take action and uncover the reality of the corruption of the regime, its opposition to Islamic law, and its violations against the words of monotheism "There is no god but Allah."

4. Continue your efforts to demand the release of the arrested shaykhs and return them to their pulpits but be aware that this is not the goal in and of itself. Let us continue on our path, God willing, while taking into account the comprehensiveness of Islam, until the word of God is supreme.

*"And Allah hath full power and control over His affairs; but most among mankind know it not."* [Yusuf: 21].

Dated: 11/04/1415 AH                                        On their behalf: Osama bin Muhammad bin Laden
Corresponding to: 09/11/1994 AD                                        [Signature]

| Telephone: 00441716242462 | Fax: 00441713289651 | Address: BM BOX 7666, London, WCIN 3XX, U.K. |
|---|---|---|

[TN: This page is a duplicate of page 29]

In the name of God, the Merciful, the Compassionate

| The Committee for Advice and Reform London Office | 1-2 | Statement No. 10 |
|---|---|---|

### The Supreme Council for Harm!!

Praise be to God, and prayers and peace be upon the Messenger of God.

After the Saudi regime conducted a rabid campaign over the last few weeks aimed at striking and distorting the da'wah, and arresting and imprisoning proselytizers and shaykhs; after the failure of the regime to attain its desire for large scale support from senior scholars who stood by the shaykhs; after the rejection of the drift behind the regime, and its confirmation of the 'Saudization' of everything in the country, even the Islam of its people, its consideration of all of this being the personal property of the ruling family to do with as it pleases, and its diligent deceit of the people and confusing of the Ummah, for all of these things, the Saudi regime recently formed a council of harm called the Supreme Council for Islamic Affairs to publicly pretend to be keen on spreading the da'wah and guarding the faith.

What is strange here is not the regime acting in this fashion to deceive God and those who believe. These are familiar and well-known methods employed by tyrannical regimes at all times to polish their image, marred by much plotting against Islam and conspiring against its proselytizers.

What is intriguing is that the method used to produce this farce does not fool anyone! The council members, the duties it was assigned, and the timing and the circumstances of its formation, all prove the extent of the confusion that governs the actions of the regime in its overt war against Islam and its true proselytizers. Its hatred of Islam has blinded it to the extent that it is not able to fool even the smallest number of the people. If it must conspire against Islam and harm its proselytizers, there are more clever and sophisticated ways than this overt way and coarse method.

The way this council was created leaves no room for doubt about the intention behind it and the purpose of its establishment. Indeed, the presence of Prince Sultan, the regime's minister of defense, and Prince Nayif, its minister of interior and the prince of its henchmen at the head of this council, really proclaims its true mission, which is the destruction of true Islam and its da'wah, and the preparation and support of the religion of the king. The black history of the two men is filled with malice for Islam and hatred of its proselytizers and shaykhs that leave no room for doubt of this fact. How can a rational person aware of the truth believe that this gang that is corrupting the earth and waging war on God and His Messenger believe that they were brought to serve Islam and Muslims?

Has the current ordeal of Islam and its proselytizers in the Peninsula not transpired through these men and at their hands? How can a foe be an arbiter, a criminal a judge, and a lion a shepherd?

The shepherd of the flock guards them from the wolf.     So, what if their shepherds are wolves?!

In addition, the unlimited duties and powers of the council allow it to hold in its grip all the strings and collect in it all that can be used in service of Islam and the call to it, proving the determination of the regime to be arrogant without repeating the previous release of some of

| The Committee for Advice and Reform | 2-2 | Statement No. |
|---|---|---|
| London Office | | 10 |

the methods from its grip to be benefited from by the da'wah and utilized by proselytizers in the service of Islam and the Muslims.

Knowing this, it is easy for us to explain what among the powers of this council goes beyond the committee of five and the grand mufti of the kingdom, with the most important of their powers and prerogatives stolen and added to the powers of the new council of harm.

On the other hand, the regime's undertaking to form this council in this way in light of the current crisis, confirms its determination to proceed in the line of escalation and the path of aggravation as well as its inability to respond to the reconciliation efforts undertaken by Shaykh 'Abd-al-'Aziz bin Baz and some of the other shaykhs that were rejected by the regime. Among the desires of the regime was for this council to cut off any attempt at reconciliation of this kind. The plundering by this council of harm of the most important of Shaykh 'Abd-al-'Aziz bin Baz's powers was punishment for his reform efforts and his position on the imprisoned shaykhs as he continuously praised the shaykhs and urged them to be patient, confirming that that which was inflicted upon them by the regime is the kind of affliction that must befall messengers and those who follow them.

We, in the Committee for Advice and Reform, are not surprised by the behavior of this regime, which is obdurate in its scheming against Islam and tireless in its malice against its proselytizers.

But it is strange that this regime continues to find among the people of knowledge those who guard its back and hold its fate at bay despite the overt war it is conducting against Islam and its proselytizers. The regime openly expressed its hostile intentions with complete clarity and eloquence. The organizations and councils of harm it establishes from time to time are but proof of the regime's determination to push the country to a destiny of unknown consequences through its persistence in hamstringing the she-camel of the da'wah at the hands of the naughty Al Saud, like the princes Sultan and Nayif. [TN: A reference to Quranic verse: "*Then they ham-strung the she-camel, and insolently defied the order of their Lord.*" al-Araf: 77]. Are the true successors aware of the truth and do they perceive the danger of the situation so that they may perform their duty to work for this religion, indifferent to the amount of sacrifice and the kind of trials to which they will be subjected in order to confirm the truth of their adherence to this religion and the purity of their devotion to God? Or will licenses and excuses immobilize them, afflicting them with strife that does not solely befall those who do wrong?

As long as some of the people of knowledge who pledged to God to make it clear and not conceal it remain hesitant to carry out this duty, it is not strange that Prince Sultan and his ilk have been assigned to oversee Islamic affairs [TN: The word 'oversee' is also used for tending or shepherding sheep and goats].

If he who tends sheep in a land full of lions sleeps, the lion will take over tending them.

In conclusion, we affirm that the religion of God is victorious and its da'wah progressing, no matter who heeds it and who opposes it. "*If ye turn back (from the Path), He will substitute in your stead another people; then they would not be like you!*" [Muhammad: 38].

Dated:  10/05/1415 AH                         On their behalf: Osama bin Muhammad bin Laden

Corresponding to: 10/15/1994 AD                              [Signature]

| Telephone: 00441716242462 | Fax: 00441713289651 | Address: BM BOX 7666, London, WCIN 3XX, U.K. |
|---|---|---|

[TN: This page is a duplicate of page 31]

[TN: This page is a duplicate of page 32]

In the name of God, the Merciful, the Compassionate

| The Committee for Advice and Reform<br>London Office | 1-4 | Statement No.<br>11 |
|---|---|---|

### An Open letter to Shaykh Ibn Baz
### on the Invalidity of His Fatwa on Peace with the Jews

Noble Shaykh 'Abd-al-'Aziz bin Baz, may God preserve him.

Peace and God's mercy and blessings be upon you. We praise God who sent down the Book of clear verses and raised those who bring knowledge, took their oath to proclaim the truth and make it clear, and warned them against compromising or concealing it. Prayers and peace be upon our master Muhammad who said: *"The best of jihad is a just word spoken to an unjust ruler." (A sound hadith narrated by Imam Ahmad, al-Tabarani, Ibn Majah, and al-Bayhaqi).*

The great status and honorable position given to the people of knowledge by God is well-known to you.

It is no wonder that the scholars are the heirs of the prophets, from whom they inherited this religion which they protect from the distortion of the malicious, the plagiarism of the liars, the interpretation of the ignorant, and the dilution of the wasteful oppressors. They represent the good example and ideal model for the Ummah of providing victory for truth and preferring it over what people have created.

The true scholars of the ancestors of this Ummah and their successors carried out this mission in the best manner. The position of Sa'id bin Jubayr in the face of the tyranny of al-Hajjaj in proclaiming the truth, Imam Ahmad bin Hanbal in challenging the tyranny of the regime and the ruler and his patience regarding the discord [TN: resulting from the theological dispute] over the creation of the Quran, and Ibn Taymiyya in enduring and doing well in prison as a victory for the sunnah, are but examples of carrying out the duty of supporting the truth and its people carried out by these learned imams in support of the truth and zealousness for the religion. May God rest all of their souls.

Noble shaykh: In stating the aforementioned, we wanted to remind you of your duty toward the religion and toward the Ummah, and to alert you to your great responsibility, for remembrance benefits believers. We want to remind you [of the above] at this the time during which the liar struts about, the false and misguided revel, the truth is buried alive, proselytizers are imprisoned, and reformers are silenced. It is even stranger that not only did this occur with your knowledge and silence, but it passed on the backs of your fatwas and stances. We remind you, noble shaykh, of some of the fatwas and positions to which you do not pay attention, even though they might lead the Ummah astray for seventy years, in order for you perceive with us even a part of the danger of this matter and its bad consequences.

Here are some examples for you:

1. No one can be unaware of the extent to which tremendous corruption has spread, including all aspects of life, so that various abominations that are no longer unknown to anyone have spread everywhere. The memorandum of advice presented by the elite scholars and the proselytizers of reform provided details of this. The most dangerous issue they revealed was the attribution of partners to God, represented in legislation and the introduction of man-made laws that make forbidden things permissible, among their most abominable of which is the practice of usury, which has spread throughout the land through state institutions and their usurious banks whose towers crowd out the minarets of the two holy mosques, and the length and breadth of the country swarms with them.

It is an absolute given that the usurious organizations and laws under which these banks and institutions conduct business are legitimized by the ruling regime and authorized by it. Still, all we have heard from you is that usury is [Islamically] forbidden and not permitted!! You do not care about the confusion of the people that results from the content of your words, by not making a distinction between the ruling on those who merely deal with usury and the ruling on those who legitimize and legalize usury.

The distinction between the two is very clear. He who deals with usury is committing one of the greatest of sins. As for he who legitimizes it, he is an apostate infidel who thereby departs from the religion, because he makes himself an equal to God and a partner with Him in allowing and disallowing. We go into further detail in a future study that will soon be published, God willing.

Despite the war proclaimed by God and His messenger against the one who deals in usury without putting an end to it: *"If ye do it not, Take notice of war from Allah and His Messenger,"* [al-Baqarah: 279] we continue to hear your expressions of praise and commendation for this regime which is not satisfied with the mere addiction to dealing in usury, but has legitimized, legalized, and permitted it. He, may prayers and peace be upon him, said: *"Usury has seventy-three categories, the least one in sin is as that of a man who marries (has sexual relations with) his mother," Authentic,* narrated by al-Hakim.

| The Committee for Advice and Reform | 2-4 | Statement No. |
|---|---|---|
| London Office | | 11 |

Ibn 'Abbas, may God be pleased with them, said, *"Whoever kept dealing with Riba [usury] and did not refrain from it, then the Muslim leader should require him to repent. If he still did not refrain from Riba, the Muslim leader should cut off his head.'"* A.H. [TN: Notation denoting end of quote] (*Narrated by bin Jarir, in his chain of transmission on the authority of Ibn 'Abbas*). This applies to whoever deals in usury, so can you imagine someone who makes usury permissible and legitimate?!!

The economic and political crises in which the country is embroiled, and the crimes of various sorts that are incredibly widespread are but a punishment from God and part of the war He has declared upon those who will not end their dealing in usury and similar evil deeds, and the destruction He has ruled against usury. *"Allah will deprive usury of all blessing, but will give increase for deeds of charity"* [al-Baqarah: 276].

2. When the king hung the cross upon his chest and appeared with it before the world, happy and pleased, you interpreted his action and justified it despite its atrocity, even though this action is clearly infidelity. Satisfaction and an informed choice were evident from the condition of the one who did this.

3. When the invading Crusader and Jewish alliance forces, in collusion with the regime, decided during the Gulf War to occupy the country in the name of liberating Kuwait, you rationalized this with an abusive fatwa which justified this abominable action that insulted the honor of the Ummah, sullied its dignity, and defiled its holy places, on the grounds of seeking the assistance of the infidel in case of necessity, disregarding the restrictions on this assistance and the religious controls on necessity.

4. When the ruling Saudi regime aided and supported the chiefs of the communist socialist apostasy in Yemen against the Muslim Yemeni people in the recent war, you kept silent. When these communists suffered setbacks, you issued, based on the instruction of this regime, a word of advice!! [This advice] summoned everyone to reconcile and shake hands, since they are Muslims!! [This advice] deluded people into thinking that the communists are Muslims whose blood must be spared. Since when were the communists Muslims? Are you not the ones who had previously issued a fatwa on their apostasy and the necessity of fighting them in Afghanistan? Or is there a difference between Yemeni communists and Afghani communists? Are the concepts of the faith and the precepts of monotheism lost and confused to this extent?

The ruling regime continues to harbor these imams of infidelity in different cities of the country, and we have not heard your disapproval. He, may prayers and peace be upon him, said *"God curse him who protects an innovator!"* narrated by Muslim.

5. When the regime decided to oppress Shaykh Salman al-'Awdah and Shaykh Safar al-Hawali, who proclaimed the truth and endured harm for the sake of God, it obtained a fatwa from you allowing all of the oppression and abuse that was and shall be inflicted upon the two shaykhs and their companions among the Ummah's proselytizers, shaykhs, and youth, may God release them and save them from the oppression of the oppressors.

* * *

These are some examples that were not meant to be comprehensive, but that needed to be mentioned, as we are reviewing your latest fatwa about that which is slanderously called peace with the Jews, which was a tragedy for Muslims since you responded to the political wish of the regime when it decided to present what it had previously harbored regarding entering into this surrendering farce with the Jews. Therefore, you issued a fatwa allowing conditional and unconditional peace with the enemy. The prime minister of the Zionist enemy and its parliament could only applaud and praise it. The Saudi regime subsequently announced its intention for further normalization with the enemy.

It is as if you were not content to open up the Land of the Two Holy Mosques to the Jewish and Crusader occupation forces. So, you added a third holy site, by legitimizing the surrender documents being signed by the treacherous and cowardly Arab tyrants with the Jews.

These are big, dangerous words and a general calamity in that they deceive people and mislead the Ummah in a number of ways, including:

1. The current Jewish enemy is not an enemy dwelling in its original country warred on from the outside so that peace with it is permitted. Instead, it is an enemy that is desecrating honor and usurping sacred Muslim land blessed by God and watered with the pure blood of the companions. It is a hostile enemy, that is corrupting the religion and the world, to which apply the words of Shaykh al-Islam Ibn Taymiyya, may God rest his soul, *"The hostile enemy who corrupts the religion and the world must, second only to faith, be repelled. There are no conditions. Rather he must be repelled however possible. Our companion scholars and others have stipulated this."* A.H. *(Jurisprudential Choices, pp. 309-310).*

The religious duty toward Palestine and our oppressed Palestinian siblings among *"those who are (really) weak and oppressed - men, women, and children - who have no means*

| The Committee for Advice and Reform | 3-4 | Statement No. |
|---|---|---|
| London Office | | 11 |

*in their power, nor (a guide-post) to their way,"* [al-Nisa': 98] is jihad for the sake of God, and urging the Ummah to it until Palestine is completely liberated and returns to Muslim control.

Palestine does not need such fatwas that forsake jihad and incline toward worldly life, these fatwas that acknowledge and legitimate the enemy's occupation of the holiest of Muslim holy sites, after the two holy shrines, and forcefully support the efforts of the enemy to strike the Islamic efforts anxious for the liberation of Palestine through jihad, which were confirmed to be the only effective ways to confront the enemy and guarantee the liberation of the land, God willing, through the operations of the stone [throwing] heroes and the Muslim youth of jihad in Palestine.

Here we remind you of your previous fatwas in this regard, when you were asked about the way to liberate Palestine, you said, *"I think that it is not possible to solve this issue except by considering it an Islamic issue, and by Muslims standing shoulder to shoulder to rescue it. The jihad against the Jews is an Islamic jihad until the land is returned to its people, and until these Jewish deviants return to their country."* A.H. *(The Collection of Fatwas of Shaykh 'Abd-al-'Aziz bin Baz, 1/281).*

2.     Assuming that this Jewish enemy is an enemy with whom reconciliation is permissible and the conditions have been met, should the false, alleged peace being made by the tyrannical, defeatist Arab governments and regimes with the Jews be considered a permissible peace with the enemy?

Everyone is aware that this is not the case. This alleged peace which broken down rulers and tyrants have stumbled into with the Jews is nothing but a grand betrayal represented by the signing of the documents of surrender, the surrender of Jerusalem and all of Palestine by these governments to the Jews, and the recognition of their perpetual control over them.

3.     These apostate rulers who wage war on God and His messenger have neither legitimacy, nor sovereignty over the Muslims. They do not look toward the interests of the Ummah. However, you, with these fatwas of yours, give legitimacy to these secular regimes and recognize their sovereignty over the Muslims. This contrasts with your well-known past declarations of their infidelity. The elite scholars and proselytizers have made this clear in their previous appeals to you to refrain from this fatwa. We will attach a copy of this appeal to remind and alert you.

This fatwa of yours has deceived people with its disgraceful summary and misleading generalization. It is not suitable as a fatwa ruling on a just peace, let alone this false peace with the Jews which is a great betrayal of Islam and Muslims, that would not be recognized by an ordinary Muslim, let alone a scholar like yourself who is supposed to be zealous regarding the religion and the Ummah.

The duty for those who tackle fatwas on the Ummah's great and serious matters, is to be knowledgeable about them in all of their dimensions, including the possible resulting harm and danger. This knowledge is an indispensable part of the conditions for a mufti. Imam Ibn-al-Qayyim – may God rest his soul – said: *"The mufti or judge is not able to issue a fatwa or verdict without understanding two things: One is understanding and having a good grasp of reality: he should have a good understanding of what is happening, on the basis of circumstantial evidence and other signs, so that he has a full understanding of it.  The second is understanding what is required in the light of these circumstances, which means understanding the ruling of Allah that He issued in His book or on the lips of His Messenger, may prayers and peace be upon him, concerning this reality, then he should apply the one to the other." A.H. (Information for Those Who Write, 1/87).*

If these conditions are necessary for a fatwa in general, it is certainly so for a fatwa related to jihad, reconciliation, and the like. Imam Ibn Taymiyya – may God rest his soul – said: *"What must be considered in matters of jihad is the opinion of the people of the true religion who have experience with what the people of this world are like, rather than those who mostly look at the outward appearance of religion. Neither their opinion nor the opinion of religious people who have no experience in this world should be considered." A. H. (Jurisprudential Choices, p. 311).*

If the previous fatwas were issued by someone other than you, it would be said that whoever issued them intended the falsehood they contained and its consequent impacts and dangers. But when they were issued by you, the cause of their defect had to have been other reasons unrelated to deficiencies in your Shariah knowledge, but rather a lack of awareness of the true nature of the situation and the consequences of such fatwas, thereby meaning that the fatwas did not meet the conditions and thus should not have been issued. This would then require the mufti to void the fatwa or transfer it to specialists with both the knowledge of ruling on the basis of Shariah and of the facts of the situation. It has been shown that Imam Ahmad bin Hanbal did not proceed with many questions and Imam Malik, when he was asked about recitations, referred to Imam Nafi', may God rest all of their souls.

Noble shaykh: Our great concern for the condition of the Ummah and scholars like you is that which compelled us to remind you. We consider you and those like you

| The Committee for Advice and Reform | 4-4 | Statement No. |
|---|---|---|
| London Office | | 11 |

to be above being exploited by the ruling regime so detestably, being thrown in the face of every proselytizer and reformer, and your fatwas and positions silencing every word of truth and true da'wah, just as occurred when you responded to the "memorandum of advice," the "Committee for the Defense of Legitimate Rights," and others.

Noble shaykh: You have advanced in years, and you were previously skilled in the service of Islam. Fear God and keep your distance from these tyrants and oppressors who have proclaimed war on God and His Messenger. Be with those who are true. You have good role models in the ancestors of the Ummah and their righteous successors. Among the most prominent characteristics of the true scholars was keeping distant from the rulers. Imam Abu-Hanifah - may God rest his soul - and others fled from working with the rulers of their age despite their great probity in religion when compared with the rulers of today, whose religious corruption and evil condition is no secret. In our time, when the learned Shaykh 'Abdullah bin Hamid - may God rest his soul - perceived the gravity of the path along which the ruling Saudi government was proceeding, and the danger and harm associated with it for anyone who participated or became involved in it, he chose to escape with his religion and resigned from the presidency of the supreme court. Imam al-Khattabi - may God rest his soul – said, warning against engaging with these rulers, "I wish I knew who would engage with them today and not confirm their lies, who would speak of justice if he attended their gatherings, and who would give advice and which of them would act upon the advice." *(Book of Seclusion)*. And as accurately narrated: "*And he who goes to a ruler will be led astray.*" So beware, noble shaykh, of inclining toward these people in word or deed, "*And incline not to those who do wrong, or the Fire will seize you; and ye have no protectors other than Allah, nor shall ye be helped.*" [Hud: 113].

To those who could not speak out and proclaim the truth, there is no less than to refrain from speaking out about the untruth. He, may prayers and peace be upon him, said, *"Whoever believes in Allah and the Last Day should talk what is good or keep quiet." (Narrated by al-Bukhari).*

Finally, we hope that you do not find in yourself any of these words and consider them an outcome of the etiquette of advice and the secrets and non-publicity it requires. It is a serious and very important matter, for which silence is not allowed nor is disregard permitted.

The aforementioned is known to the people of knowledge. The elite scholars and proselytizers of the Ummah have previously made you aware of this when they presented to you with numerous appeals in this regard. This includes their appeal to you some time ago to refrain from issuing a fatwa permitting this alleged surrendering peace with the Jews, pointing out that it does not fulfill the conditions required under Islamic law. They warned of the consequent numerous religious and worldly dangers. Among the signatories of this appeal were the esteemed shaykhs: 'Abdullah bin 'Abd-al-Rahman bin Jabreen, 'Abdullah bin Hasan al-Qa'ud, Hamud bin 'Abdullah al-Tuwayjiri, may God rest his soul, Hammud bin 'Abdullah al-Shu'aybi, 'Abd-al-Rahman bin Nasir al-Barrak, Salman al-'Awdah, Ibrahim bin Salih al-Khudayri, 'Abd-al-Wahhab al-Nasir al-Turayri, Ibrahim bin Muhammad al-Dubian, 'Abdullah bin Hammud al-Tuwayjiri, 'Abdullah al-Jalali, 'A'id al-Qarni, and many others - may God protect them all. You will find the text of their appeal with this letter, God willing.

In the recent Yemen war, when you said the aforementioned, twenty-five scholars issued a fatwa opposing it, explaining the accurate Shariah [position] in this matter. Among these esteemed scholars were: 'Abdullah bin Sulayman al-Mas'ari, Hammud bin 'Abdullah al-Shu'aybi, 'Abdullah al-Jalali, Salman al-'Awdah, Dr. Safar al-Hawali, Dr. Nasir al-'Umar, Yahya bin 'Abd-al-'Aziz al-Yahya, Dr. 'Abdullah bin Hammud al-Tuwayjiri, and many others - may God protect them all.

In conclusion, we ask God, the Blessed, the Most High, to show us the truth as truth, and grant us the ability to follow it, to show us falsehood as falsehood, and grant us the ability to avoid it, and to establish guidance for this Ummah by which people who submit to Him may be honored and the people who disobey Him may be debased, in which good would be enjoined and evil would be forbidden, which would be ruled with justice, in which truth would be proclaimed, over which the rippling flag of jihad would be raised high so that the Ummah may regain its honor and dignity, and the flag of monotheism would again be raised over all stolen Muslim lands, beginning with Palestine and reaching Andalusia and others lands of Islam lost due to the treachery of rulers and the failure of the Muslims.

We also ask God Almighty to empower our best over our affairs and ward off our worst. We ask Him for straightforwardness in speech, accuracy in deed, success in what He loves and what pleases Him in this life, and a good end in death. He is the Arbiter of this and is able to bring it to pass.  Our final supplication is praise be to God, Lord of all creation.

Dated: 27/07/1415 AH                                          On their behalf: Osama bin Muhammad bin Laden
Corresponding to 12/29/1994 AD                                                          [Signature]

[TN: This page is a duplicate of page 35]

[TN: This page is a duplicate of page 36]

[TN: This page is a duplicate of page 37]

[TN: This page is a duplicate of page 38]

In the name of God, the Merciful, the Compassionate

| The Committee for Advice and Reform<br>London Office | 1-4 | Statement No.<br>12 |
| --- | --- | --- |

**The Second Letter**

**To Shaykh 'Abd-al-'Aziz bin Baz**

Praise be God, who revealed the Book to lead the people from darkness into the light, with the permission of their God, to the path of the Exalted in might, the Praiseworthy. Prayers and peace be upon he who left us on the path of brightness, whose night is like its day, from which no one will deviate but he who is doomed.

To Shaykh 'Abd-al-'Aziz bin Baz, peace and God's mercy and blessings be upon you.

We, in the Committee for Advice and Reform, have directed an open letter to you in our statement no. 11, reminding you of God and your religious obligation toward the Ummah and religion. We also called your attention to a variety of fatwas and positions issued by you, which have inflicted serious harm on the Ummah and the scholars and proselytizers working for Islam.

With the latest of these fatwas, you horrified Muslims in general, and especially the mujahidin and the vulnerable men, women, and children of Palestine by religiously legitimizing the political treason of the Arab leaders who have betrayed God and His messenger. You considered the actions of these leaders including the signing of documents of surrender that provide for the handing over of Palestine to the Jews and recognizing their eternal sovereignty over it, as permissible reconciliation with the enemy.

Since this fatwa was that dangerous, and the voices of the scholars rose in denunciation of it both locally and abroad - and our previous statement was of that nature – the Ummah expected you to take a stand in fairness to the issue and to redress it after the truth had prevailed and various evidence had indicated the invalidity of this fatwa and the misrepresentation and confusion of its contents.

In addition, everyone was surprised, not because you confirmed your previous fatwas according to what was published in the "al-Muslimun" [TN: The Muslims] Newspaper on 19 Shaaban 1415 AH, corresponding to 20 January 1995 [AD], issue no. 520, but also by the additions and explanations of your understanding of the so-called peace with the Jews included in this confirmation. These explanations contained matters that the Jews and their agents did not dream would be issued by you when they praised and applauded your previous fatwa.

In this letter, we would like to briefly and concisely draw your attention to some issues not covered in the previous statement and some matters triggered by your confirming second fatwa, because the invalidity of these fatwas mentioned by us in our previous statement and the content of the letters and fatwas of the people of knowledge locally and abroad, eliminates the need to expand the matter and give details, for which there is no room in such a statement.

Accordingly, we will summarize as follows:

1. The purpose of the evidence you indicated in your first and second fatwas is to prove the permissibility of a truce     with the enemy based upon the availability of necessary conditions.

The people of knowledge illustrated that what is currently going on with regard to Palestine is not a truce according to Shariah, because the cornerstones and conditions have not been formed, except for those stated by the enemy. The second party to the agreement is a group of apostate secular Arab leaders and the site of the agreement is the land of Palestine, where the Prophet ascended to heaven, which is Muslim land. The agreement's language provides for the permanent ownership of this land by the Jews, thereby permanently calling off the obligation of jihad.

Since there is unanimous agreement on the invalidity of the apostate's rule, and on the invalidity of any agreement that provides for the ownership of any inch of Muslims'

| The Committee for Advice and Reform | 2-4 | Statement No. |
| London Office | | 12 |

land by the enemy, the so-called "peace" is thus unanimously considered invalid at its core.

What is strange and surprising is your description of the president of the so-called "Palestinian National Authority" and his secularist group as being "the guardian of the Muslims in Palestine," and therefore the contracts he executes and the treaties he adheres to with the enemy must be honored, even though it is well-known from the fatwas of the people of knowledge that secularism amounts to infidelity that leads to departing from the religion, and you were among those who issued such fatwas on many occasions.

Those individuals never did conceal their clear and flagrant secular ideology, whether in their statements, actions, or charters, so how can this be in line with their description as "the guardian of Muslims in Palestine"?!

2. The claim upon which the fatwa is based of the weakness of the Muslims and their inability to fight the Jews is also invalid. On the one hand, subject experts did not issue it and those who are not knowledgeable in these matters do not have the right to arbitrate, even if they correct.

And on the other hand, it is invalid because it is incorrect. Who among the experts, who are the reference for the assessment of such matters, told you that more than a billion Muslims who own the largest wealth in the world with its most important strategic locations, are unable to confront five million Jews in Palestine?!

Today, the Muslims' ailment is not military weakness or financial poverty, but rather the rulers' betrayal, the regimes' failures, the weakness of the people of the truth, the acceptance of the situation by the sultan's scholars, and their reliance on the oppressors among evil leaders and sultans of corruption.

The Islamic nation does not have a shortage of money or manpower. Its problem does not lie in the lack of equipment. It did not win its historic wars based on that; but it is missing scholars such as Ibn Taymiyya and leaders such as Salah al-Din, may God rest their souls, so that the righteousness of the ruler, the sincerity of the faith, the strength of the spears, and the guidance of the Quran may come together, at which point twelve thousand of them will not be defeated by a few. *"And it was due from Us to aid those who believed."* [al-Rum: 47].

The heroic operations conducted by the unarmed Muslim children and youth of Palestine and the fear they created and harm they inflicted on the ranks of the enemy confirmed this truth. What if the entire Ummah moved in that direction and traveled this path?

3. Your statement regarding the permissibility of diplomatic exchange and economic cooperation based on reconciliation with the Jews is in contradiction with your declaration that the Jewish ownership of Palestine is a "temporary ownership," because customarily and according to international law, a diplomatic exchange under which a "peace" operation, which is their reference, is concluded, is considered to be mutual acknowledgement forbidding any party from intervening in the other party's affairs in any way that could undermine the absolute and permanent sovereignty of its territories.

In their quest to breach the Islamic Ummah and plunder its resources, the Jews never dreamed of more than the religious justification you have provided them for opening the Islamic markets and capitals to their embassies, espionage centers, the launching of their corruption and ideologies, their goods, and their products. This is a necessary step for paving the way for the establishment of the greater nation of Israel, extending from the Nile to the Euphrates and through large portions of the Arabian Peninsula.

4. Your statement that according to this so-called peace, the Jews' ownership of Palestine is a "temporary ownership," contradicts facts and reality because the texts of all of these agreements and treaties, including the Camp David Accords with Egypt, the Gaza-Jericho Accords with the Liberation Organization, and the Wadi 'Araba Accord with Jordan, indicate that it is permanent ownership. The most ambitious of these agreements are those that demand the return of what was occupied in Palestine during the 1967 War in return for Arab relinquishment of what was occupied during the 1948 War. This is what they mean by "land for peace." Let us assume that the Jews give up what was occupied in 1967, which is unlikely because they

| The Committee for Advice and Reform | 3-4 | Statement No. |
|---|---|---|
| London Office | | 12 |

insist that Jerusalem, which was occupied in 1967, is their eternal capital. Under what authority can they recognize the land that was occupied in 1948, despite unanimity regarding the invalidity of any agreement by which the Muslims relinquish even an inch of the land to the enemy?

If you want to confirm this, all you would need is to review all of these accords, then you will know what you are talking about. They clearly admit the permanent sovereignty of the Jewish enemy over what was occupied of Palestine in 1948. Without such admission, the Jews would not have land and would therefore have no country with which to have a truce, reconcile, and have diplomatic and commercial exchanges, and other matters that you said were permissible, because it is a given that all of the land of the so-called Israel was either occupied in 1948 or 1967. It does not possess any additional land. So then how could it be stated that their land ownership is temporary even though all parties describe what is going on as "comprehensive and permanent peace"?!

The Ummah in general, and Palestinian people specifically, were expecting you to fulfil your religious duties by instigating jihad and mobilizing for it, urging the people to it, and supporting those mobilized by providing individuals and groups.

They did not expect such a fatwa from you, that criminalizes the mujahidin for liberating Jerusalem and Palestine. Yes, criminalizes them, because with their jihadist operations against the Jews, they breach the Gaza-Jericho Accords signed by "the guardian of Muslims in Palestine," as you claimed. Breaching an accord signed by the guardian of Muslims is prohibited!!

With this fatwa you discourage and frustrate those who provided their fathers, sons, brothers, and husbands as martyrs for the sake of God in order to liberate Jerusalem and Palestine, because according to this fatwa, these individuals died as disobeyers since they breached an accord signed by "the guardian of Muslims in Palestine." That is the meaning of your words and the stipulation of your fatwa. Do you mean what you are saying?! Or are you saying about God what you do not know?!

If you happen not to know, that is a calamity.     However, if you knew, it is an even greater calamity.

5. What is frightening and disconcerting is not merely your issuance of this fatwa, but rather the methodology based upon which these fatwas were issued, the key characteristics of which are:

a. It is based on the principle of aligning with bad leaders in their political whims and approving their behavior.

b. For this sake, evidence is abused, and texts are twisted in order to obey these whims.

c. If such texts cannot help in the presented situation, the ruling is obscured in a way that allows the leaders to reach their goals.

d. It is based on ignorance of the reality that is the focus of the governance, and a fatwa that is based on the lack of knowledge is impermissible.

e. Since it is based on the ever-changing desires of the rulers, it is characterized by much contradiction and opposition.

In our previous letter, we stated examples that prove the veracity of these words.

The obvious invalidity and corruption in this methodology is clear, because it is based on whims and favoritism in the issuance of fatwas, which is, as Ibn al-Qayyim, may God rest his soul, said: "*Impermissible by the unanimity of the Ummah such as related by judge Abu-al-Walid al-Baji about some of the people of his time who appointed themselves to the issuance of fatwas and said: "I owe my friend if his government or fatwa collapses, that I issue a version of a fatwa that serves him."*

*There is no dispute among those relied upon for consensus that this is not permissible . . . This is the worst debauchery and the worst sin. God is Whom we seek for assistance." (Information for Those Who Write 4/211].*

If this is the ruling on a mufti who seeks to choose the statements that agree with him, those that were said before him, what is the ruling on one that desires to create statements and fatwas in opposition of the consensus of the predecessors and successors?!

| The Committee for Advice and Reform | 4-4 | Statement No. |
|---|---|---|
| London Office | | 12 |

We emphasize that the aforementioned critique is not intended for itself, but to indicate mistakes to be avoided. This is the approach of the people of knowledge. Imam al-Nawawi says that he himself committed to, *"stating the preponderance of what is likely, the weakness of what is weak, the falsehood of what is false, and the faulting of its author even if among the powerful. I mean to warn against being deceived by this." (Al-Majmu' Sharh al-Muthab 1/5).* Thus, we are warning the Ummah of the danger of such false fatwas that do not meet the requirements and we ask it to refer to the fatwas by those who combined religious knowledge with review of the facts and those who were not concerned by the blame of the blamers in proclaiming the truth and thus the regime became fed up with them and hid them in prisons, threw them behind bars, expelled them from their jobs, and prevented them from speaking.

We repeat our call to you, O shaykh, to leave the trench of those rulers who used you in service of their whims, shielded themselves with you against all proselytizers, and threw you in the face of every reformer. We are making you fear that which God frightened His best creation and His final messenger with the Almighty's words: *"And their purpose was to tempt thee away from that which We had revealed unto thee, to substitute in our name something quite different; (in that case), behold! they would certainly have made thee (their) friend! And had We not given thee strength, thou wouldst nearly have inclined to them a little. In that case We should have made thee taste an equal portion (of punishment) in this life, and an equal portion in death: and moreover thou wouldst have found none to help thee against Us!"* [al-Isra': 73-75]. If this threat was from God Almighty to His best creation so that he does not incline, even a little, what about those who inclined a lot and were thus afflicted by this inclination?

We also remind you of the condition of those about whom God said, *"Let them bear, on the Day of Judgment, their own burdens in full, and also (something) of the burdens of those without knowledge, whom they misled. Alas, how grievous the burdens they will bear!"* [al-Nahl: 25].

Despite the seriousness of this issue, it is comforting that the Ummah has begun to move away from these fatwas that you issued, as shown by the voices of condemnation and rejection that rose against this fatwa locally and abroad. In exchange, it placed its trust in those worthy of it among the truthful scholars and proselytizers in prison, the suffering of whom at the hands of the ruling regime was contributed to by these fatwas for speaking out and proclaiming the truth such as Shaykh Salman al-'Awdah, Shaykh Safar al-Hawali, and their brethren, may God release them.

This disregard of your fatwas, even though it decreases the danger of people being misled by them, does not excuse you from the grave responsibility that has been put upon you to speak, illustrate, and proclaim the truth and not to silence it.

O shaykh, in concluding this letter we tell you: If you cannot bear the consequences of speaking and proclaiming the truth and supporting its people against those leaders, then [you can do] no less than to relinquish your official positions with this regime that has contaminated you and leave those leaders who declared war against God, so that you will not suffer what they will suffer. Follow the path to survival as determined by the Prophet, may prayers and peace be upon him, when he said to he who inquired about it: *"Control your tongue, keep to your house, and weep over your sins." (Narrated by al-Tirmidhi, "Sahih al-Jami' al-Saghir")*

Finally, we ask the God the Supreme, the Exalted, by His divine names, and His highest qualities, to reward this Ummah with Godly, truthful scholars, guiding and rightly guided imams, and patient mujahidin seeking reward, until the return of the best Ummah delivered to the people enjoining good, forbidding evil, and believing in God. We ask Him to guide us to truth in speech, righteousness in action, and guide us to the right path, direct our steps, and make us all successful in what He loves and pleases Him. We ask Him for a good end for ourselves and for you. He is the Arbiter of this and is able to bring it to pass.

Our final supplication is praise be to God, Lord of all creation.

Dated: 28/08/1415 AH                                    On their behalf: Osama bin Muhammad bin Laden
Corresponding to: 01/29/1995 AD                                    [Signature]

[TN: This page is a duplicate of page 43]

[TN: This page is a duplicate of page 44]

[TN: This page is a duplicate of page 45]

[TN: This page is a duplicate of page 46]

In the name of God, the Merciful, the Compassionate

| The Committee for Advice and Reform | 1-2 | Statement No. |
|---|---|---|
| London Office | | **13** |

### Prince Salman and Alms in Ramadan!!

Praise be to God, Lord of all creation, who said: "*And follow not the bidding of those who are extravagant,- Who make mischief in the land, and mend not (their ways)*" [al-Shu'ara': 151-152] and prayers and peace be upon the master of the messengers, Muhammad bin Abdullah, and upon his family, and all of his companions. The ruling Saudi regime was used to embezzling from the nation, besieging its resources, and laying its hands on its potentials and capabilities in order to prevent them from serving Islam and allowing Muslims to benefit from them. In implementation of this policy, the regime seized the Ummah's personal liberties and religious rights. The regime silenced the people of knowledge, muzzled the proselytizers, and punished with imprisonment, expulsion, and other means those who decided to exercise their right and fulfill their duty of speaking the truth and defending the Ummah's religious rights against the regime's injustice.

In addition to this political and ideological blockade against the Ummah, the regime also exercised an economic and financial blockade that is no less harsh or arrogant than its predecessor. Part of this blockade was the regime's dissolution of charitable organizations that used to deliver donations from this nation's philanthropists to the many needy people inside and outside [the country]. It replaced them with organizations and committees belonging to royal family members, particularly Prince Salman, as though to tell the nation that it is not even capable of distributing the alms of its personal funds. In order to grant them religious and popular legitimacy, he described them as popular, and had a fatwa issued by the mufti of the regime, Shaykh bin Baz, describing them as legitimate and urging donations to them. It is no secret that the presence of those like Salman in these committees strips them of any popular attribute. In addition, bin Baz's fatwa does not give them any religious legitimacy because of his reputation for issuing fatwas favoring the ruling regime, some examples of which we have provided in our previous responses to their fatwas on the permissibility of reconciliation with the Jews.

This is what we would like to clarify:

First: It is no secret that Prince Salman was never known to be keen on doing good or interested in the affairs of Muslims. On the contrary, his history is darkened with malice for Islam and warring against its people.

Second: The general precedents set by the Saudi regime in controlling donations are terrible. It used popular donations for the Afghan mujahidin as a means to pressure them to achieve Western and specifically American policies. Many of them were used for personal purposes. Large amounts of the money donated by the people of the Peninsula to Bosnia were paid to large German missionary committees for distribution there!!

The Saudi regime's spending outlets are known, the most notable of which is the support of the communists and Crusaders against the Muslims, such as occurred with the Yemeni communists, the Afghani communist Dostum, the Lebanese Kataeb Party, and others.

Third: The motivation behind this action is not to encourage charitable works, as the regime claimed. Indeed, the motivation behind this action is a number of matters, including the following:

| The Committee for Advice and Reform | 2-2 | Statement No. |
| London Office | | 13 |

1. Preventing these funds from being delivered to entities that would employ them in service of Islam and the Muslims, in implementation of the principle of "*Spend nothing on those who are with Allah's Messenger, to the end that they may disperse (and quit Medina)*." [al-Munafiqun: 7]. This explains the timing of the regime's latest campaign regarding this issue and the US president's decision to freeze the assets of Islamic individuals and groups that oppose the so-called "peace" plan in the Middle East. These actions are a part of the joint policy of both countries to deplete the sources of the Islamic awakening and the sources of support for Islam, the Muslims, and the mujahidin in Palestine and elsewhere. We would like to draw our brothers' attention to the danger of depositing their monies into US banks because they could be frozen, based on any such excuse.

2. The regime's attempt to improve its reputation before the Ummah, after it was blackened by the scandals that revealed its conspiring against Islam and the affairs of Muslims and its support and aid of their enemies, such as when it provided the Algerian regime with two billion dollars to dispatch Islam and the Muslims there, and such as when it decided to pay four billion dollars to the Russian communist regime for its assistance in oppressing the Muslim people there, as is now the case in Chechnya. It is no secret that supporting the infidels against the Muslims is one of the nullifiers of Islam agreed upon by the people of knowledge.

Fourth: Based on what was stated, we, in the Committee for Advice and Reform, during this blessed month, the month of spending and giving for the sake of God, wish to draw the attention of all philanthropists and charitable persons to the danger of donating any funds or zakat to these harmful organizations, committees, and foundations used to fight against God and His messenger. We ask that they be delivered directly to their beneficiaries locally and abroad or given to those who would deliver them among the people of religion and honesty so that the conscience is clear and that [the funds] reaching their legitimate beneficiaries is assured, without the meddling of the Al Saud influential abusers. God says, "*Allah doth command you to render back your Trusts to those to whom they are due*." [al-Nisa': 58]. It is no secret that these rulers are certainly not to whom they are due. There are honest entities that deliver these funds to their beneficiaries, such as charitable organizations in Qatar, Kuwait, Jordan, Yemen, Sudan, and elsewhere. In order to secure the process of transferring into the accounts of these organizations, we draw your attention to the importance of transferring from outside the Peninsula, away from the pursuit of the regime's spies.

In conclusion, we would like to remind the Muslims of the benefit of giving for the sake of God in general, and during this month in particular, as the Messenger of God, may prayers and peace be upon him, was the most generous during [this month], like the rain bearing wind.

We ask God to accept our fasting, our prayers, our giving, and all of our deeds and those of all Muslims in this month and others. He is the Arbiter of this and capable of bringing it to pass. Our last supplication is praise be to God, Lord of all creation.

Dated: 13/09/1415 AH                              On their behalf: Osama bin Muhammad bin Laden

Corresponding to: 02/12/1995 AD                              [Signature]

| Telephone: 00441716242462 | Fax: 00441713289651 | Address: BM BOX 7666, London, WCIN 3XX, U.K. |

[TN: This page is a duplicate of page 51]

[TN: This page is a duplicate of page 52]

In the name of God, the Merciful, the Compassionate

| The Committee for Advice and Reform | 1-2 | Statement No. |
|---|---|---|
| London Office | | 14 |

### Saudi Arabia Continues its War Against Islam and Its Scholars

Praise be to God, the Guardian of the believers, and the Destroyer of the mighty. Peace be upon the most noble Messenger, our master Muhammad, the best of those harmed in the sake of God and were patient, and waged jihad for His sake and were victorious.

On the occasion of the blessed 'Id al-Fitr, the ruling Saudi regime detained a new group of scholars, proselytizers, and reformists following blind raids on houses and mosques.

Among those sinfully detained were Shaykh Muhammad bin Sa'id al-Qahtani, Dr. Sa'id bin Zu'ayr, and Dr. Bishr al-Bishr.

These arrests, even though they have become commonplace in light of the current Al Saud governing regime, in truth have deeper and more comprehensive implications. They confirm that these aggressive actions carried out by the regime against scholars and proselytizers now and then are but a new chapter of the open war waged by this regime against Islam and all those bearing its da'wah and calling for its implementation and empowerment, in implementation of the role assigned to it by the international infidel countries that work hard to eliminate Islam and its proselytizers. These new arrests explain the arrests of shaykhs such as Shaykh Safar al-Hawali and Shaykh Salman bin Fahd al-'Awdah, and the Ummah's scholars, proselytizers, and youth accompanying them. It became evident that the sins shared by these and those is their faith in God, proclamation of the truth, declaration of the da'wah, enjoining good, and forbidding evil. They called for applying God's laws in all facets of life and disavowed the regime's empowerment of man-made laws, with which it permitted what is forbidden and forbade what is permitted. They called for reforming the media and cleansing it of its widespread depravity. They also called for the respect of people's religious rights as well as administrative reforms. They warned against the frightening fate that has befallen the nation's economy, caused by the usurious debts that have broken the country's back and the wastefulness carried out by some of the powerful members of the ruling family. They uncovered the miserable condition of the social programs and called for their repair. In addition, they noted the poor conditions of the nation's army and its incapacity, and called for its correction and improvement. They noted the bad state of the judiciary and courts and indicated the suspension of many Shariah rules in exchange for man-made laws.

They warned against the approach taken by the nation in its foreign policy, which adopted the policy of supporting the infidels against the Muslims as happened when the Saudi governing regime supported the apostate and infidel regime in Algeria and the communist rebels in Yemen against the Muslims in these countries.

These demands were included in the memorandum of advice and others, which led to the imprisonment, detention, dismissal, and expulsion from work of the advisors and those who called for it. *"And they ill-treated them for no other reason than that they believed in Allah, Exalted in Power, Worthy of all Praise!"* [al-Buruj: 8].

The Saudi regime is motivated to detain these shaykhs today and those yesterday by a number of motives, which are:

1. Its extreme personal hostility against Islam and the Muslims and its keenness to empty the Islamic da'wah arena of these types of shaykhs, thinking that doing so will facilitate its mission of eliminating the blessed Islamic da'wah that is starting to pay off, God willing.

2. Its keenness to implement the plan of the infidel countries to destroy the Islamic da'wah and fight those who call to God. Thus, the detention of the shaykhs, Shaykh Salman and Shaykh Safar and their companions, followed the visit of the US delegation that visited the country at the time with the intent to clear the air ahead of realizing "peace" with the Jewish enemy.

The arrests of these shaykhs today comes after the North Atlantic Treaty Organization's call on the countries of the region to cooperate in order to eliminate the fundamentalist danger that threatens the interests of the treaty countries and their endeavors to expand their dominance over the region by empowering the Jewish nation and the other Western nations through projects (peace, development, the new Middle East, etc.).

However, with these actions, the Saudi regime is providing a free service for the da'wah and the proselytizers. Its actions showed that the target and objective behind these detentions and transgressions is Islam and those who care about it, and call for it, no matter who they are.

With these actions it also made the argument and waylaid those who thought highly of it at some point and showed that their good opinion is misplaced.

| The Committee for Advice and Reform | 2-2 | Statement No. |
|---|---|---|
| London Office | | 14 |

In addition, these detentions will cause the base of discontent and opposition of the regime to expand, as happened following the previous arrests of the shaykhs. People dared to proclaim the truth, broke the barrier of fear, and destroyed the integrity of the regime. Glory be to He who included this regime's destruction in His plan!

We, in the Committee for Advice and Reform, by providing the news of these shaykhs' detentions and showing the true motivations behind them, confirm the following:

1. After the regime based the argument on its flagrant hostility toward Islam, and after it disappointed those who thought highly of it, it confirmed what we have been calling for regarding the need to support these scholars, proselytizers, and reformers and rally around their da'wah, in implementation of the Almighty God's command: *"O ye who believe! Fear Allah and be with those who are true (in word and deed)."* [al-Tawbah: 119]. We confirm that the responsibility for delivering and proclaiming the truth, working to empower this religion, supporting its people, and opposing and exposing its enemies is everyone's responsibility and duty, the forsaking of which is not religiously permissible no matter how great the adversity or severe the affliction.

Even though this obligation is everyone's responsibility, it is mainly for those in positions of power and influence among scholars, knowledge seekers, merchants, tribal leaders, the youth, and others.

2. We also warn the Ummah of the evil of those who arbitrarily give false testimonies and issue political propaganda from platforms and channels and issue ready-made fatwas on behalf of the regime in order to protect its reputation, which has been set ablaze before the Ummah for its many plots and conspiracies against Islam and its people, warring against God, and the revelation of its hostility.

We warn these people of the severe consequences of their actions. The Prophet, may prayers and peace be upon him, when asked about the biggest of the major sins, listed some in a reclining position then sat up and said: "And I warn you against giving forged statement. And I warn you against giving forged statement." He kept repeating it until his companions said they wished he would stop. As for praying for the oppressors, Sufyan al-Thawri, may God rest his soul, said, "Whoever prays for the continuance of an oppressor prefers to disobey God, the Blessed and the Most High." As for favoritism in fatwas, Ibn al-Qayyim, may God rest his soul, after listing examples, said: "There is no dispute among whom we rely on for consensus that this is not permissible . . . This is the worst debauchery and the worst sin. God is Whom we seek for assistance."

We warn against the patchwork partial solutions called for by this group of people and those affiliated with it and meeting the regime half-way, as this approach constitutes a clear danger to the da'wah. God warned His messenger about this, by saying: *"Their desire is that thou shouldst be pliant: so would they be pliant."* [al-Qalam: 9].

3. We challenge the regime to give the detained shaykhs fair trials and provide evidence for its false and slanderous accusations against them, so that it might acquit itself and convict them in front of the Ummah if it can. As long as it does not do that, it condemns itself and acquits them of any accusations.

4. To those shaykhs detained in the prisons of the tyrants, we address their faithful, honest stances with deep respect and reverence. We say to them: The arrogance of the regime was destroyed because of your belief, and its methods of temptation failed before the dignity of your faith. It witnessed the sincerity of your da'wah through the lies of its misleading media. Be patient and endure. May God protect you and make you steadfast. The Ummah supports you; it will not disappoint you or hand you over. *"So lose not heart, nor fall into despair: For ye must gain mastery if ye are true in Faith,"* [Al 'Imran: 139], *"How many of the prophets fought (in Allah's way), and with them (fought) Large bands of godly men? But they never lost heart if they met with disaster in Allah's way, nor did they weaken (in will) nor give in. And Allah Loves those who are firm and steadfast."* [Al 'Imran: 146].

This period is a period of affliction and differentiation between ranks and separation of approaches. The end will be the empowerment of those whose worthiness is proven through afflictions, by fulfilling God's promise to His faithful worshippers at their hands: *"Allah has promised, to those among you who believe and work righteous deeds, that He will, of a surety, grant them in the land, inheritance (of power), as He granted it to those before them; that He will establish in authority their religion – the one which He has chosen for them; and that He will change (their state), after the fear in which they (lived), to one of security and peace: 'They will worship Me (alone) and not associate aught with Me.'"* [al-Nur: 55].

Prior to achieving that, there has to be strong belief, hard work, deep patience, and complete faith: *"And We appointed, from among them, leaders, giving guidance under Our command, so long as they persevered with patience and continued to have faith in Our Signs."* [al-Sajdah: 24]. *"And Allah hath full power and control over His affairs; but most among mankind know it not."* [Yusuf: 21].

Dated: 10/08/1415 AH                                             On their behalf: Osama bin Muhammad bin Laden

Corresponding to: 03/09/1995 AD                                             [Signature]

[TN: This page is a duplicate of page 55]

[TN: This page is a duplicate of page 56]

In the name of God, the Merciful, the Compassionate

| The Committee for Advice and Reform | 1-5 | Statement No. |
|---|---|---|
| London Office | | 15 |

## Scholars are the Heirs of the Prophets

Praise be to God, Lord of all creation, and prayers and peace be upon the most noble of prophets and messengers, our Master Muhammad, and upon his family and all of his companions.

Scholars are the heirs of the prophets and the defenders of the religion, those who reject the distortion of the malevolent, the impersonation of the invalidators, and the interpretation of the ignorant. They play a substantial role in the Ummah.

Due to the status and rank of scholars in Islam, the importance of their role, and the greatness of their assigned mission, in awareness of the danger of not distinguishing in this regard between the scholars stationed at this religion's fronts, without concern for the blame of the blamer, and those who are attributed to knowledge who exchange the verses of God for a small price, the need to distinguish between the two groups, in working to clarify the religious ruling on the limits of obeying, following, and glorifying scholars, to clarify the religious approach to addressing their errors and mistakes, and in seeking to repair the relationship between some of the scholars and the masses working for Islam, we decided to approach this subject as follows:

**First: The status of scholars in Islam**

It is known that religious knowledge is the inheritance of the prophecy and scholars who bear it are the heirs of the prophets. For this reason, they deserve the credit attributed to them by God and His Messenger. God elevated them to great levels above others. The Almighty said, *"Allah will rise up, to (suitable) ranks (and degrees), those of you who believe and who have been granted (mystic) Knowledge."* [al-Mujadilah: 11]. He made their witness of His oneness third in line, after Himself and His angels, saying: *"There is no god but He: That is the witness of Allah, His angels, and those endued with knowledge, standing firm on justice. There is no god but He, the Exalted in Power, the Wise."* [Al 'Imran: 18]. He rejected equating them with others, saying: *"Say: 'Are those equal, those who know and those who do not know?'"* [al-Zumar: 9]. The Messenger, may prayers and peace be upon him, praised them by describing them [as follows]: *"The superiority of the learned man over the devout is like that of the moon, on the night when it is full, over the rest of the stars. The learned are the heirs of the Prophets, and the Prophets leave neither dinar nor dirham, leaving only knowledge, and he who takes it takes an abundant portion."* [Narrated by Abu-Dawud, al-Tirmidhi, and al-Daraqutni]. And he, may prayers and peace be upon him, said: *"The superiority of the learned over the devout worshipper is like my superiority over the most inferior amongst you (in good deeds)." [Narrated by al-Tirmidhi].* This position given by God and His messenger to the scholars, was acknowledged by the nation's ancestors. Al-Awza'i, may God rest his soul, said: "Our people are people of knowledge, and everyone else is nothing." Sufyan al-Thawri, may God rest his soul, said: "If a jurist was at the top of a mountain, he would be the group."

This great status of scholars in Islam is derived from the greatness of their role and the importance of the responsibility assigned to them in accordance with their covenant with God to declare the truth and their inheritance from the prophecy. For this reason, undermining or belittling them is dangerous because it challenges the knowledge they carry and the truth to which they call, which is the inheritance of the prophecy and challenging it is challenging Islam itself. Challenging the scholars is also the beginning of destroying their credibility and creating a targeted legitimate leadership void in the Ummah and the consequential issuance of the ignorant, their sovereignty over the Ummah, and issuing unfounded fatwas to the people, thereby misleading them.

This is the reason the people of knowledge have issued stark warnings about challenging scholars. Ibn 'Asakir said, "Know that the flesh of scholars is like a poison, and the way of Allah regarding insulting their detractors is well known, and whoever speaks out against the scholars with defamation, God will afflict him before his death with the death of the heart."

Yes, this is the position of the people of knowledge and their status. Those are some of the consequences of undermining them. Who are these people of knowledge?

**Second: The difference between the scholars of truth and the scholars of falsehood**

All texts that discuss scholars, their credit, status, and position, while warning against undermining them, mean the category of active scholars who carry the burden of the inheritance of the prophecy and fulfill the covenant with God to profess, declare, and proclaim the truth and not to silence it. Scholars in the religious sense, as Imam al-Shafi'i said, "are the active scholars."

As much as God has raised their status, He has lowered the status of the scholars of falsehood who exchange the verses of God for a small price. The Quran told us of them what contains a lesson *"for any that has a heart and understanding or who gives ear and earnestly witnesses (the truth)."* [Qaf: 37]. He provided in Surat al-'Araf [TN: Quranic chapter] an example of those: a scholar to whom God provided His verses and taught His greatest name, as is said by the interpreters, but did not uphold right of the knowledge and instead preferred the [material] world, followed his own whims, and indulged in his own desires. Instead of leading his people on the right paths, he led them to the paths of evil and thus deserved the description assigned to him by God at the end of the [following] verses:

| The Committee for Advice and Reform | 2-5 | Statement No. |
|---|---|---|
| London Office | | 15 |

*"Relate to them the story of the man to whom We sent Our signs, but he passed them by: so Satan followed him up, and he went astray. If it had been Our will, We should have elevated him with Our signs; but he inclined to the earth, and followed his own vain desires. His similitude is that of a dog: if you attack him, he lolls out his tongue, or if you leave him alone, he (still) lolls out his tongue. That is the similitude of those who reject Our signs; So relate the story; perchance they may reflect."* [al-A'raf: 175-176]. Regardless of the name of that person, who was said to be Bal'am bin Ba'awra', the verse, according to al-Qurtubi says, "is addressed to those who learn the Quran and do not act upon it; no one should be deceived by their work or their knowledge." God provided another example of Jewish scholars who did not work according to the knowledge they carried, describing them as: *"The similitude of those who were charged with the (obligations of the) Mosaic Law, but who subsequently failed in those (obligations), is that of a donkey which carries huge tomes (but understands them not). Evil is the similitude of people who falsify the Signs of Allah: and Allah guides not people who do wrong.* "[al-Jumu'ah: 5]. Regarding those scholars of the people of the Book who used their knowledge for worldly matters, He said: *"Then woe to those who write the Book with their own hands, and then say: "This is from Allah," to traffic with it for miserable price!- Woe to them for what their hands do write, and for the gain they make thereby."* [al-Baqarah: 79]. He also said: *"There are indeed many among the priests and anchorites, who in Falsehood devour the substance of men and hinder (them) from the way of Allah."* [al-Tawbah: 34]. The hindering from the way of God by evil scholars is carried out in two ways:

1. By not acting upon their knowledge, which is an active hinderance of people from the truth because the public looks up to scholars, who in their eyes, represent a good example and perfect role model.

2. Their distortion of God's verses and exchanging them for a small price is a scholarly hindrance through the distortion of the words and the interpretations of the rulings to follow their passions, compile licenses, and hold the religion of God, the Blessed, the Most High, in light esteem.

In addition to God's description of the danger of this group of evil scholars to the religion of God, the Blessed, the Most High, various historical eras confirm and support this truth. We do not need to dig into distant history. The recent past and the witnessing present contain living proof that suffices, including:

First example: When the deceased Jamal 'Abd-al-Nasir adopted communism and forced it on his people with the might of iron and fire, instead of Al-Azhar [TN: A prestigious Islamic Studies University in Egypt] and its scholars, known for their historical stances in support of Islam and in its defense, standing up to this tyrant and his ideology that deviates from Islam, the Al-Azhar mosque's shaykh at the time promoted this destructive ideology and called for it in the name of Islam through its daily broadcast program "Communism and Life." As a result, he misled the morality of many Muslims. There is no might or power except in God!!

Second example: When the same tyrant decided to execute a select group of Egypt's best men and proselytizers at the time (1954), 'Abd-al-Qadir 'Awdah and his brethren, he obtained a fatwa from Al-Azhar for this, which arrived ready, saying: "These infidels' repentance will not be accepted!" The tyrant Abd-al-Nasir brought this mufti after Shaykh Muhammad Khidr Husayn refused to issue this fatwa for him, which is but an example of the fatwas issued today within the Peninsula, sometimes targeting and exposing the imams and scholars of the da'wah such as Shaykh Salman, Shaykh Safar, and others.

Positions such as these by this group of these bad scholars have encouraged the falsehood of the people of falsehood, disappointed the people of the truth, challenged the religion of God, diluted the faith of monotheism, loyalty, and disavowal, and worked to spread the ideology of misguidance, degeneration of infidelity, and the doctrines of atheism all for a cheap price of a few dirhams for which they sold their lives and hereafter for the lives of others. There is no might or power except in God!

Ali bin Abi-Talib, may God be pleased with him, was right when he said, "Two men, a reckless scholar and an ignorant hermit, broke my back."

The corruption of religion stems from two types of people: scholars and rulers. Ibn al-Mubarak, may God rest his soul, said,

What corrupted the religion, except kings           and wicked priests and anchorites?

The corruption of rulers is caused by corruption of scholars. The corruption of scholars is caused by worldly desires and the love of money and prestige. Abu-Hamid al-Ghazali described the state of scholars of his time, after discussing the positions of the ancestral scholars, their sacrifices for the sake of the truth, and their disregard for the punishment of the rulers, as: "However nowadays, greed has kept scholars quiet, and they remain silent. If they speak, their words do not help them, so they are unsuccessful. If they were truthful and intent on the right of knowledge, they would succeed. The corruption of the citizens is caused by the corruption of the kings. The corruption of the kings [is caused] by the corruption of the scholars. And the corruption of scholars is through seizing the love of money and prestige. Whoever is seized by the love of this world will not be able to reckon with average people, let alone kings and elders. In any event, God is He whose help is sought." A.H. *(The Revival of the Religious Sciences, volume 7/92).*

The previously stated texts and quotes clearly show that standing up firmly to this category of bad scholars to uncover their falsehood, reveal their misguidance, and expose their plots, is a priority in working for and defending Islam, and seeking to empower it. The stance of Islam's scholars against the scholars of

| The Committee for Advice and Reform | 3-5 | Statement No. |
|---|---|---|
| London Office | | 15 |

heresies, misguidance, and whims, and debating them and responding to them are but examples of this duty. Some of the famous stances of this kind are those of Imam Ahmad against the Mutazilites [TN: Political or religious neutralists], the stances of "Ibn Taymiyya" against wayward groups, and the position of the shaykh of Al-Azhar Shaykh al-Khidr Husayn, may God rest his soul, against the principles of secular communism and Egyptian tyrants of his time.

The response to this category of bad scholars is a separate issue from addressing mistakes made by true scholars because bad scholars are worse than the enemies of the religion and do not fall under the religious definition of the people of knowledge who enjoin good and forbid evil; those who, for the sake of the truth, do not fear an unjust ruler or an apostate leader. To avoid confusion, this differentiation between the two groups is necessary prior to beginning the discussion of laws and the limits of obedience, following, and glorifying scholars in Islam.

**Third:  The limits of obeying and glorifying scholars in Islam**

There is no doubt that following scholars in that which they base on the truth and in the good to which they call is a duty for Muslims. The Blessed, the Most High says: *"O ye who believe! Obey Allah, and obey the Messenger, and those charged with authority among you."* [al-Nisa': 59]. Earlier we clarified that obeying God and His messenger means obeying scholars because they are the heirs of the prophets. Obeying figures of authority also includes obeying scholars, because the interpreters interpreted figures of authority as scholars or scholars and princes. The Blessed, the Most High, says: *"If ye realize this not, ask of those who possess the Message."* [al-Anbiya': 7].

There is much written about this issue. What we have mentioned will suffice to build upon the limits of obeying and following scholars. Many people are wrong in thinking that obedience of scholars should be blind and limitless. This is a profound mistake because scholars are not infallible. They can make mistakes and avoid the right [choice], as Imam Malik said, "Everyone's statement can be taken or rejected except for the companion of this grave," meaning the Messenger, may prayers and peace be upon him. The scholars may be forgiven for making mistakes after searching for the truth, but people are not forgiven for their complete imitation without searching for the truth. Thus, Ibn Mas'ud said, "None of you should imitate another man's religion: if he believes, he believes, and if he disbelieves, he disbelieves. There is no example in evil." Imam Ahmad said, "It is due to a man's lack of knowledge that men imitate his religion."

To limit this blind imitation of a scholar, religious laws warn against over-glorifying scholars. The Quran says that, among the reasons for the infidelity of the people of the Book, was their exaggerated glorification of scholars so much so that they dictated what is permissible and what is forbidden based on their statements, in derogation of God. The Almighty said: *"They take their priests and their anchorites to be Their lords."* [al-Tawbah: 31]. This taking, as interpreted by the words of Adi as narrated by al-Tirmidhi, Ahmad, and others, was in the form of their obedience in permitting the forbidden and forbidding the permissible. The scholars of the Muslims warned against falling into what people of the Book did when they classified and fabricated such matters. Among those who classified this subject was Shaykh Muhammad bin 'Abd-al-Wahhab, may God rest his soul, in Kitab al-Tawhid [TN: Book of Monotheism], where he said, "The chapter on those who obeyed the scholars and the princes in prohibiting what God permitted or permitting what He forbade have taken them as lords." A.H.

Obeying and following scholars is tied to their level of commitment to the truth and its defense. The more they move away from and avoid the truth, the more they are to be disavowed and the more hostility should be shown toward them. That is the true religious scale proven by the texts and reported by the actions of the Ummah's righteous ancestors. Absolute loyalty to them in what they are, whether right or wrong, is in violation of the belief whose most trustworthy handle of faith is to love and hate for the sake of God.

Since scholars are not infallible and make mistakes, the adoption of a religious method to illustrate these mistakes was necessary, which is the subject of our fourth example.

**Fourth: The religious method of illustrating the mistakes of scholars**

The reasons for mistakes by scholars differ, as do the consequences of these mistakes. Consequently, there is a specific manner of response and method of illustration appropriate for these mistakes. If the mistake is in a partial issue, where evidence does not exist, or is hidden, or there is a conflict of evidence, and the truth was investigated, then the appropriate method is to gently and kindly draw attention to the truth without insulting and bashing.

If the mistake is about the unmistakable [aspects of] the religion, the certainties of the Shariah, and the issues based on evidence, and to which evidence bears witness, then harshness toward the transgressor and severity in words are required to repel from his words and warn against them. He, may prayers and peace be upon him, said to Abi-Dhar, when the latter insulted Bilal by mentioning his mother: *"You are a person who has remnants of the 'Days of Ignorance' in you." (Narrated by al-Bukhari)*. He also said to the group that issued a fatwa for their friend, to perform ablutions when he should have performed sand ablutions and he died: *"They killed him, may Allah kill them! Could they not ask when they did not know? The cure for ignorance is inquiry." (Narrated by Abu-Dawud, Ibn Majah, and Ibn Hanbal)*. Abu-Bakr said to Umar, may God be pleased with them, "Mighty in pre-Islamic times, low in

| The Committee for Advice and Reform | 4-5 | Statement No. |
|---|---|---|
| London Office | | 15 |

Islam." Ibn Abbas said to those who contradict his words about the Messenger, may prayers and peace be upon him, objecting to the actions of Abu-Bakr and Umar "Stones are about to come down on you from heaven. I tell you the Prophet, may prayers and peace be upon him, said, and you say: Abu-Bakr and Umar said?" *(Narrated by Imam Ahmad in his musnad [TN: Collection of hadith]).*

This is still the practice of the people of knowledge, to respond strongly to the violator and be harsh in such matters. Reports of this are many, including what was reported on Imam Ahmad, may God rest his soul, who refused to return the greeting of Imam Yahya bin Mu'in, may God rest his soul, when he visited him on his deathbed because Imam Yahya bin Mu'in, under pressure from the Abbasids, twisted some things said by the Mutazilites, and when Imam Yahya gave the words of Ammar on being coerced to utter blasphemy as evidence, Imam Ahmad did not accept it. After leaving him, he said "He gave evidence based on Ammar's words!" They also include what was reported about Ibn Taymiyya – with his moderation and fairness with those who opposed him – of strong responses to them if the conflict was regarding such issues. He said that he who thinks that Tatars fight like rebels, not like infidels, has "made an ugly mistake and has gone far astray."

Ibn al-Jazri, may God rest his soul, commented on Imam Abi-Shama's statement regarding the lack of Tawatur [TN: Mass transmission of Quranic reading traditions] of the seven readings, saying: "Look, O brother, at this fallen speech uttered without contemplation, that is contradictory and irrelevant to these simple words. I asked our imam, the adherent of God Almighty, Aba-Muhammad bin Muhammad bin Muhammad al-Jamali and he said: "This book must be removed from existence (the book of Abi-Shama) ... I said: We bear witness to God that we do not mean to overturn the Imam Abi-Shama, for the horse may stumble and we are ignorant of its fate, but the truth is more worthy of being followed. However, we mean to alert against this slip so that those who have no knowledge of people's sayings and no knowledge of the conditions of the imams may be warned." A.H. (*from the book Munjid al-Muqri'in wa Murshid al-Talibin, p. 62).*

Imam Nawawi said that his approach in "al-Majmu'" involves excessive faulting of the utterer of weak and false speech, "even if among the powerful. I mean to warn against being deceived by him."

These are extensive reports of accurate Hadith and statements by the companions and scholars, which clearly show the legitimacy of severity in dealing with the violators of such matters, whoever they may be. The truth is more worthy of being followed and the slip of the scholar is unrelated to the truth. Al-Shatibi, may God rest his soul, said, "The slip of a scholar should not be approved by an authority or imitated because it is based on a violation of Shariah. This is why it is considered a slip. Otherwise, if it was considered reliable, it would not have been classified as such and the mistake would not have been attributed to its author." A.H. *(al-Muafaqat by al-Shatibi, pp. 170-171).*

Leniency in addressing mistakes and slips could be required in some instances, just as harshness is required in others. Widom is the use of the appropriate approach at the right time. Everything has its place.

The previous texts have shown the legitimacy of responding harshly and strongly to one who violates in these circumstances after investigating what is right and searching for the truth. It prioritizes the legitimacy of such an approach toward those who did not seek the truth, but intentionally avoided it and violated it on purpose after it became and was made clear to them, and they used their knowledge and work to serve the rulers who warred against God and revealed hostility toward Him. If the Messenger, may prayers and peace be upon him, said about those who issued a fatwa to their friend to perform ablutions based on ignorance and he died: "They killed them, may Allah kill them," what could be said about those who issue fatwas that result in the killing of thousands and indeed the loss of the entire Ummah? What should the response to them be when they make the Land of the Two Holy Mosques, Jerusalem, and Palestine permissible to the enemies of God, the Blessed, the Most High? What are the appropriate words about them when they approve of the rule of the apostates who align themselves with the Jews to fight the mujahidin in Palestine and elsewhere?! Indeed, what should be said about them as they colluded with bad rulers to bury the truth and stand up to those who declare the truth and call to it, among those we consider true scholars, proselytizers, and reformers, and participated in the suffering of those imprisoned, detained, besieged, and restricted?!

Those with such stances and fatwas, who agreed to be used as shields by the oppressive regimes, to defend their corrupt positions, and insisted on standing shoulder to shoulder with them in the same trench, and others should not be dismayed if something were to happen to them as part of what is required by the religious duty to reveal the illegitimacy of these regimes and work to lift their oppression from the people.

The supposition by some that the ruling regimes took advantage of them and confused them to obtain these fatwas and positions from them will not help them. This supposition, if correct, does not change the dangerous implications and great corruption resulting from these fatwas and positions, which means that the religious law requiring their removal would stand. The ultimate goal is for God to forgive their mistakes. They must be denied, and that is assuming they are well thought of, which does not apply to many of those who purposefully insisted on their positions and fatwas after being shown the truth and presented with arguments, and [after] the evidence against them was made clear. Even if it was acknowledged that they were fooled, this is evidence of their loss of one of the conditions for issuing fatwas, which is awareness of reality. Issuing fatwas while lacking that condition is not permissible according to Shariah and must be denied to them.

| The Committee for Advice and Reform | 5-5 | Statement No. |
|---|---|---|
| London Office | | 15 |

The stances of this category of scholars and their fatwas, with which they have disappointed the truth and supported the wrong, and betrayed the trust of knowledge and the inheritance of the prophecy, which pushed the majority of people of truth to withdraw their trust and lose hope in them. it was one of the main reasons for the tension between those who are categorized as scholars on the one hand, and those working for Islam on the other.

The path to solving this issue is the subject of the following paragraph.

**Fifth: The correct way to resolve this issue**

To overcome the current adversarial phase between those [groups], the following issues must be taken into consideration. Most of these issues were warned of by the honorable shaykh Dr. Nasser al-Umar, may God release him and his brethren, in his letter "The flesh of the scholars is poisonous," where he illustrated the scholars' responsibilities and summarized them as follows, with some other minor additions and modifications. These responsibilities are:

1. A scholar must be a role model in knowledge and action. God, the Blessed, the Most High, says: *"Do ye enjoin right conduct on the people, and forget (To practice it) yourselves, and yet ye study the Scripture? Will ye not understand?"* [al-Baqarah: 44] and *"O ye who believe! Why say ye that which ye do not? Grievously odious is it in the sight of Allah that ye say that which ye do not."* [al-Saff: 2-3].

2. That the scholar verifies the fatwa and fulfills its conditions. If he is asked to issue a fatwa on an issue, he needs to contemplate, slow down, and understand the objective of the person requesting the fatwa, along with its consequences. He could then issue the fatwa after all conditions of Shariah jurisprudence and the jurisprudence of reality have been met.

3. That the scholar must be aware of the [possible] enticement, exploitation, and deception, especially by rulers who declare war and animosity against God.

4. He must have courage in the truth and disregard the blame of the blamers. Courage in truth is key in identifying the honest scholar who is a good role model for others. He needs to tell the wrongdoer that he is wrong, regardless of who he might be. The stances of the ancestral scholars are good role models for the scholars today, such as the stances of Sa'id bin al-Musayyib, Imam Malik, Imam Ahmad, al-'Iz bin Abd-al-Salam, Ibn Taymiyya, and others, may God rest all of their souls.

5. Staying away from suspicious situations, especially the doors of the rulers warned against by the Prophet, may prayers and peace be upon him, his companions, and the Ummah's righteous ancestors and successors. In warning against the rulers, he, may prayers and peace be upon him, said: *"He who attaches himself to a ruler will be led astray, and the nearer a man comes to a ruler the farther he goes from God."* (Narrated by Ahmad in al-Musnad, and Ahmad Shakir said the chain of transmission is correct). Hudhayfa, may God be pleased with him, said: *"If you see a scholar at the door of the ruler, accuse his religion for they do not take from their world something without taking twice as much from their faith."*

If scholars do that, then they deserve to be glorified, appreciated, and honored as clarified at the beginning of this statement. The Messenger, may prayers and peace be upon him, said: *"He is not one of us who does not honor our elders, shows mercy to younger ones, and gives our scholar his dues."* (Narrated by Ahmad and al-Hakim).

With this, scholars shall assume their well-deserved position in guiding the Ummah and leading it to the right path.

Finally, we would like to praise the courageous, honest stances for the truth taken by the scholars we consider honest, though we do not endorse any person to God, such as Shaykh Salman al-'Awdah, Shaykh Safar al-Hawali, and other scholars working inside and outside of the Peninsula. Those stances have elevated the truth and the Ummah and sullied the pride of oppression. They proved that the strength of the truth and faith destroys all methods of temptation and enticement, defeats the tool of brutality, and breaks the spear of tyranny and aggression. We ask God to relieve their distress, grant us and them patience, and make us and them steadfast. *"How many of the prophets fought (in Allah's way), and with them (fought) Large bands of godly men? but they never lost heart if they met with disaster in Allah's way, nor did they weaken (in will) nor give in. And Allah Loves those who are firm and steadfast. All that they said was: "Our Lord! Forgive us our sins and anything We may have done that transgressed our duty: Establish our feet firmly and help us against those that resist Faith." And Allah gave them a reward in this world, and the excellent reward of the Hereafter. For Allah Loveth those who do good."* [Al 'Imran: 146-148]. *"Our Lord! pour out on us patience and constancy, and take our souls unto thee as Muslims (who bow to thy will)!"* [al-A'raf: 126].

Our final supplication is praise be to God, Lord of all creation.

Dated: 05/12/1415 AH                                        On their behalf: Osama bin Muhammad bin Laden

Corresponding to: 05/06/1995 AD                                                        [Signature]

[TN: This page is a duplicate of page 59]

[TN: This page is a duplicate of page 60]

[TN: This page is a duplicate of page 61]

[TN: This page is a duplicate of page 62]

[TN: This page is a duplicate of page 63]

In the name of God, the Merciful, the Compassionate

| The Committee for Advice and Reform | Prince Sultan and the Airline | Statement No. |
|---|---|---|
| London Office | Commissions | 16 |

Praise be to God and prayers and peace upon the most noble of prophets and messengers. Our differences with the ruling Saudi regime surpass important incidental matters such as the economic collapse, administrative corruption, oppression of the people, and confiscation of their legitimate rights to more important, greater, and deeper [matters] related to the basics of the requirements and necessities of monotheism and the words (There is no god but Allah, and Muhammad is the Messenger of God), which were deviated from by the Saudi regime and thus it completely lost its legitimacy. However, on our path of reform, we are faced with the requirement of bringing the dangers [of such matters] to the attention of the people, such as the economic problems that directly affect people's lives. It is for this reason that this statement has been released.

The collapse of the Saudi economy has become apparent and cannot be concealed except by someone arrogant. Finance and business experts locally and abroad have agreed on this fact. Business circles realize more than anyone else that the situation looks like it will lead to the bankruptcy of the largest economic establishments and the oldest business families. The media campaign carried out by this regime to deny this fact is of no value! The reality of this collapse is now impacting the people and affecting the basic necessities of their daily life, such as food, medicine, gas, electricity, fuel, education, and the remaining necessities of their lives.

This level of extreme economic collapse (assuming that it happens) of one of the richest countries in the world did not occur for no reason. In fact, it occurred as a result of the accumulation of a number of factors, each of which is sufficient to destroy the economy of the most powerful and wealthiest countries. One of these factors is the accumulation of and dealing with usurious debt. God decreed that this would cause the annihilation of the economy of those committing it. *"Allah will deprive usury of all blessing, but will give increase for deeds of charity."* [al-Baqarah: 276]. Also among them is the plundering of the economy and the Ummah's public wealth by the executors from the ruling royal family. After they had repeatedly plundered the state budgets and robbed its tremendous reserves, they then mortgaged its oil and wealth with usurious debts that they also plundered. Here they are today - going to the extreme in their greed - coming up with a new method to plunder what is left in the pockets of the people who are already suffering from high prices and a high cost of living. This method is the selling of state establishments to the citizens in the name of (privatization). One of the regime's latest measures in this regard is its announced intention to sell the Saudi Airlines to the private sector. The regime's objective from this measure is abundantly clear in the following:

First: It intends to get new money from the hands of the people after the bankruptcy of the state treasury.

Second: It wants to get rid of the losses and debts that the airlines had previously assumed, in addition to 7.5 billion dollars that will be added to the debt in order to purchase a new fleet of American-made aircrafts for the airline, despite the fact that the airline does not need to renew its fleet with this large number of aircrafts (60 aircraft), in addition to the fact that this amount is not the actual cost of the deal.

The French presented an offer that contained sufficient and acceptable specifications at a much lower price. However, the commissions of the King and the executor princes, particularly Prince Sultan, are the reason behind this outrageous increase in the cost. In addition, they are very keen on pleasing the Americans by purchasing this deal as it will provide twenty thousand jobs, thus rescuing and employing the American aircraft factories for five years. At the same time, our unemployment has been rampant among college graduates and youth for the past 10 years.

The state of bankruptcy that the Saudi Airlines and other state establishments are now in was the inevitable result of the practices of a handful of the killer politicians from the executors of the ruling family who control these public establishments. How long will these deceitful people continue to plunder the nation's wealth and force future generations to bear these debts in order to lavishly spend the nation's public wealth to satisfy their personal desires and fancies?

These establishments (the Saudi airlines and others) are considered economically and commercially dead. In order to confirm this fact, it is sufficient to remind [the public] that the state and its princes owe billions of riyals to [these establishments], which have accumulated over the past several years, and there is no hope of collecting them or stopping them in the future under this regime. We do not know who will bear the cost of the Saudi Airlines aircraft that are being used by the princes, after the private sector purchases them. Who will fulfill the government air travel vouchers?

The financial loss in purchasing the stocks of these establishments is abundantly clear, not to mention the consequences resulting from assisting these rulers in unjustly plundering more of the Muslims' wealth.

Therefore, we - as an offer of advice - warn everyone of the danger of entering into any deal of this sort with the regime, because the components of loss are clear. We advise our brothers who are working for such establishments to be conservative in their spending and to look for another honorable source of income because many of them will be subject to losing their jobs after the privatization of such establishments, in response to and submission by the government to the orders and instructions of the International Monetary Fund that are imposed on all countries experiencing economic collapse.

In closing, we pray to God to govern us by our best, protect us from our worst, and guide us to the righteous path.

Dated: 13/02/1416 AH, corresponding to 07/11/1995 AD          On their behalf: Osama bin Muhammad bin Laden
[Signature]

| Telephone: 00441716242462 | Fax: 00441713289651 | Address: BM BOX 7666, London, WC1N 3XX, U.K. |
|---|---|---|

[TN: This page is a duplicate of page 69]

In the name of God, the Merciful, the Compassionate

| The Committee for Advice and Reform | 1-10 | Statement No. |
|---|---|---|
| London Office | | 17 |

**An Open Letter to King Fahd**

**On the Occasion of the Recent Cabinet Reshuffle**

Praise be to God, and prayers and peace upon the Messenger of God, his family, companions, and those guided by him.

To the king of Najd and Hijaz, Fahd bin 'Abd-al-'Aziz. Peace be upon he who is guided. We send to you this open letter void of royal formalities and majestic titles, to tell you some of what may be stated about the atrocities you and those around you have perpetrated against God and His religion, against the rights of His worshipers and His country, and against the sanctity of His holy lands and Ummah. The clarity of the truth of what we write to you and the contents of this letter compels us to hope that it will pierce the blinders that you have surrounded yourself with, thus blocking you from listening to the truth, in addition to the barriers preventing it from reaching you.

**O King**: The reason for this letter is the deception perpetrated by you and the influential princes against the people and your efforts to manipulate their minds and absorb their wrath against you and their resentment of your rule through the marginal and deceptive reforms you implement, that may be categorized as temporary painkillers for people's ire and transient sedatives for their resentment. This includes your establishment of the Advisory Council which the Ummah had long awaited, which was disappointing as [the Council] was stillborn. In addition, the latest marginal cabinet reshuffle you implemented, which did not address the disease or the root of the affliction which is you, your ministers of defense and interior, the Amir of Riyadh, and all those of your ilk.

The occasion for writing this important letter will not drive us away from the essence of our differences with you and the root of the conflict with your reign. This essence and this root are not what might rush to your mind regarding the oppression of the people and the deprivation of their rights, especially the scholars, proselytizers, reformists, merchants, and tribal sheikhs, that you promoted during your reign, and to which empowered your successor. Neither is it what you exposed the nation to in general, in the form of insulting its dignity, desecrating its holy sites, plundering its resources, and looting its wealth. Nor is it the bribes and commissions prevalent during your reign and the widespread favoritism and moral and administrative corruption. Nor is it the astounding economic collapse to which you have led the country, to the point of bankruptcy. We shall touch on some of these important issues later, after we first present the essence and the basis of our differences with you, which is your regime's lack of adherence to the requirements and necessities of There is no god but Allah, which are the foundations of monotheism, distinguishing between infidelity and faith. All of these matters result from the lack of adherence by you and your regime to the principles of monotheism and its necessities and since we shall, God willing, soon issue a study addressing the aspects of this nonadherence in more detail, we will limit ourselves in this brief message to explaining two facets of this nonadherence, and they are:

**First: Your rule in accordance with other than what God revealed and your legitimization thereof**

The texts of Quran, the Sunnah, and the statements of the nation's scholars support each other regarding the fact that whoever permits himself or others to follow a secular or man-made law in violation of God's Law, is an infidel and an apostate.

God, the Blessed, the Exalted, says, *"Hast thou not turned Thy vision to those who declare that they believe in the revelations that have come to thee and to those before thee? Their (real) wish is to resort together for judgment (in their disputes) to the Evil One, though they were ordered to reject him. But Satan's wish is to lead them astray far away (from the right)."* [al-Nisa': 60]. Shaykh 'Abd-al-Rahman bin Hasan Al al-Shaykh, may God rest his soul, says in interpreting this verse: "Whoever seeks an arbitrator other than God and His Messenger has abandoned that which was revealed unto and desired by Muhammad, may prayers and peace be upon him, and made a partner for God in obedience and disagreed with that which was revealed unto God's Messenger, may prayers and peace be upon him, regarding what God the Almighty commanded by saying: *"And this (He commands): Judge thou between them by what Allah hath revealed, and follow not their vain desires, but beware of them lest they beguile thee from any of that (teaching) which Allah hath sent down to thee,"* [al-Ma'idah: 49] and *"But no, by the Lord, they can have no (real) Faith until they make thee judge in all disputes between them, and find in their souls no resistance against Thy decisions, but accept them with the fullest conviction."* [al-Nisa': 65] Whoever disobeys the command of God and His Messenger, may prayers and peace be upon him, by passing judgment among the people in accordance with other than that which is revealed by God or demanded such in keeping with his desires and wishes has thus removed the yoke of Islam and faith from his neck, even if he alleges his belief. God Almighty has denounced those who sought this and refuted their pretense of faith based on the content of God's words *"those who declare,"* which negates their faith if they declare. It is frequently said to those who make claims in which they lie by violating their content and acting to the contrary. This proves His words: *"though they were ordered to reject him"* [al-Nisa': 60], because to reject evil is the cornerstone of monotheism as mentioned in the al-Baqarah verse. If this cornerstone is absent, it is not monotheistic. Monotheism is the foundation of faith, based upon which all deeds are successful, and without which are corrupted. This is also evident in the Almighty's words: *"Whoever rejects evil and believes in Allah hath grasped the most trustworthy hand-hold."* [al-Baqarah: 256] To refer to evil is to believe in it. *(From the book of Glorious Conquest, Interpretation of the Book of Monotheism, pp. 392-393).*

Shaykh Muhammad bin Ibrahim Al al-Shaykh, may God rest his soul, says in interpreting this verse, "God has negated faith of the hypocrites seeking to refer to contrary to that which was revealed unto the Messenger of God, may peace and prayers be upon him, as the Almighty says: *"Hast thou not turned thy vision to those who declare that they believe in the revelations that have come to thee and to those before thee?"*

| The Committee for Advice and Reform | 2-10 | Statement No. |
|---|---|---|
| London Office | | 17 |

*Their real wish is to resort together for judgment (in their disputes) to the Evil One, though they were ordered to reject him. But Satan's wish is to lead them astray far away (from the Right)."* [al-Nisa': 60]. The Almighty's word: *"declare"* is a denial of the faith they allege. Resorting for judgement to other than what the Prophet, may peace and prayers be upon him, said cannot coexist with faith in the heart of a worshiper because one negates the other. [The words] 'Evil One' are derived from tyranny which is crossing the line. Anyone who rules based upon other than that which the Prophet, may peace and prayers be upon him, said, or resorted for judgement to other than which the Prophet, may peace and prayers be upon him, said, has ruled with the Evil One and has resorted to his judgement. A.H. *(From the letter on Applying the Laws by Shaykh Muhammad bin Ibrahim Al al-Shaykh).*

God Almighty says, *"Do they then seek after a judgment of (the days of) Ignorance? But who, for a people whose faith is assured, can give better judgment than Allah?"* [al-Ma'idah: 50] In interpreting this verse, Ibn Kathir says, "God Almighty denies upon those who digress from His solid rule that encompasses all that which is good, prohibits all that which is evil, and returned to those opinions and vain desires and the conventions created by men without any reliance on God's law, just like the people of the time before Islam were ruling with delusions and ignorance which they set forth with their opinions and whims and as the Tatars ruled based on the royal policies taken from their King Genghis Khan who established for them al-Yasiq, laws Genghis Khan took from various laws including Judaism, Christianity, Islam, and others. This included many rules set forth by his whims and thus followed and preferred by his descendants over judgment by God's Book and the Sunnah of His Messenger, may prayers and peace be upon him. He who does this is an infidel who must be fought until he returns to the rule of God and His Messenger, so that only He judges minor and major matters." A.H.

Is this al-Yasiq but a progressive example of the man-made laws that you, your regime, and those of its ilk rule by today?!

Abiding by and resorting for judgement to man-made laws is doubtlessly the worshipping by those who do that of the maker of these laws and is enslavement by the lawmaker of those who follow and obey him in his legislations in derogation of God.

This meaning was illustrated by the Messenger of God, may prayers and peace be upon him, to 'Uday bin Hatam in a Hadith [TN: prophetic tradition] that was narrated by al-Tirmidhi and others and classed as Hasan. 'Uday bin Hatam, may God be pleased with him, who was a Christian, heard the Prophet, may prayers and peace be upon him, reading this verse, *"They take their priests and their anchorites to be their lords in derogation of Allah, and (they take as their Lord) Christ, the son of Mary."* [al-Tawbah: 31]. He said, "O messenger of God, we do not worship them." [The Prophet], may prayers and peace be upon him said, "Do not they prohibit what God has permitted and then you prohibit it? And do not they allow what He prohibited and then you allow it?" He said: "Yes." [The Prophet] said, "That is their worship."

'Uday bin Hatam, may God be pleased with him, thought that worshiping was merely limited to offering religious rites such as prayers and the like. Since Christians do not pray to their priests and anchorites, he thought they did not take them as their lords. But the Messenger of God, may peace and prayers be upon him, eliminated his confusion and made it clear to him that obeying them in prohibition and permission is contrary to Shariah. They have made them lords unto themselves in derogation of God. This meaning of worship which the Messenger, may prayers and peace be upon him, made clear to 'Uday bin Hatam, may God be pleased with him, is that which the Ummah has unanimously agreed upon and was frequently reported by scholarly leaders whose sayings we shall briefly mention next: Ibn Hazm reports on the Almighty's words: *"They take their priests and their anchorites to be their lords in derogation of Allah,"* [al-Tawbah: 31] "Since Jews and Christians prohibit what their priests and anchorites prohibit and allow what they allow, then it is true lordship and true worship they have professed. God the Almighty called this work taking lords in derogation of Allah and worship. This is, undisputedly, polytheism in derogation of God." *(al-Fisal 3/66).*

The Shaykh of Islam Ibn Taymiyya, may God rest his soul, said after he mentioned the abovementioned statement by 'Uday bin Hatam: "… And so said Abu-al-Bukhtari: They did not pray for them and had they ordered them to worship them in derogation of God, they would not obey them. However, they did order them, and they prohibited the permissible and allowed the forbidden. They obeyed them and that was lordship …. " The Prophet, may prayers and peace be upon him, made it clear that their worship [of priests and anchorites] was in allowing the forbidden and forbidding the permissible. It is not that they prayed to them, fasted for them, and called upon them in derogation of God, as this is the worship of men. And God stated that [such worship] is polytheism when He said, *"There is no God but He, praise and glory to Him: (Far is He) from having the partners they associate (with Him)."* [al-Tawbah: 31] *(Formal Legal Opinions: 7/67).*

Shaykh Muhammad bin 'Abd-al-Wahab, may God rest his soul, in classifying the abovementioned statement by 'Uday bin Hatam, said "He who obeys the scholars and the princes in disallowing what God has permitted or allowing what He has rendered impermissible, has made them unto lords." A.H. *(From a note in the Book of Monotheism, p. 146).*

The Shaykh of Islam, Ibn Taymiyya, may God rest his soul, says, "By necessity, it is known about the religion of Islam and based on the unanimity of all Muslims, that whosoever allows himself to profess a religion other than that of Islam and to follow the Shariah other than that of Muhammad's, may prayers and peace be upon him, is an infidel." A.H. *(From the Formal Legal Opinions, volume 12/524).*

[Ibn Taymiyya,] may God rest his soul, says, "Islam consist of submission to God alone. Therefore, he who submits to Allah and to others is an idolater. He who does not submit to Him is arrogant in his worship, and the idolater and the arrogant in his worship are infidels. Submission to Him alone consists of worshiping only Him and obedience to none other but He." *(Formal Legal Opinions, 3/91).*

The former Mufti [TN: official deliverer of Islamic legal opinion] of the Kingdom, Shaykh Muhammad bin Ibrahim Al al-Shaykh, may God rest his soul, says, "The gravest manifest blasphemy is the assigning of the accursed law the status of that which was revealed by the Faithful Spirit to the heart of Muhammad, may prayers and peace be upon him, to become a warning in clear Arabic language to be ruled in accordance with between all of creation and referred to whenever people are in dispute."

In a letter addressed to the Amir of Riyadh at that time in regard to the man-made laws to which he referred in the chamber of commerce in Riyadh, explaining that it is blasphemy leading to departure from the religion, he said: "Considering some of the laws in passing judgment even in the least is doubtlessly dissatisfaction with the judgment of God and His Messenger. Associating the judgment of God and His messenger with insufficiency and not doing enough to resolve disputes and reunite rights with their owners, while attributing perfection to the rule of law and its sufficiency

| The Committee for Advice and Reform<br>London Office | 3-10 | Statement No.<br>17 |
|---|---|---|

for the people in solving their problems, is blasphemy and a departure from religion. The issue is extremely important and is not one of the independent theological judgments."

"To resort to judgement with God's law alone above all others is the closest to worshiping God alone above anyone else. The content of the two testaments is that God is He who is worshipped alone without any partners and that His messenger is the only one to be followed in accordance with that which was revealed unto him. Swords of jihad were drawn from their sheaths for this sole purpose and to resort to it in action, exclusion, and judgement when controversy arises." *(From the Formal Legal Opinions of al-Shaykh 12/251).*

Scholar Shaykh Muhammad al-Amin al-Shanqiti says in [his book] Adwa al-Bayan "Resorting for judgement to the regime that rules contrary to the laws of the Creator of the heavens and earth in the souls of the society, its wealth, its honor, and its lineage is considered blasphemy against the Creator of the heavens and earth and a rebellion against the heavenly system placed by He who created all creatures. The Almighty knows best about their welfare, and thus there cannot be another legislator with Him of a higher status, "What! Have they partners (in godhead) who have established for them some religion without the permission of Allah." [al-Shura: 21]. "Say, see you what things Allah hath sent down to you for sustenance? Let you hold forbidden somethings thereof and (somethings) lawful. Say, hath Allah indeed permitted you, or do ye invent (things) to attribute to Allah." [Yunus: 59] *(Adwa al-Bayan 4/84).*

In his comments on the Book of Monotheism, Shaykh Muhammad Hamid al-Fiqqi, may God rest his soul, says in regard to he who resorts to man-made laws: "He is doubtlessly an apostate infidel if he insists on them and does not resort to judgement in accordance with what God has revealed. Whatever name he calls himself will not be of any help to him, nor will any appearance of deeds such as prayer, fasting, pilgrimage, and such." A.H. *(From the Glorious Conquest, the interpretation of the Book of Monotheism, footnote: 3/396).*

Shaykh Ahmad Muhammad Shakir, may God rest his soul, says in regard to the resorting to the judgement of man-made laws, "This action is the shunning of God's law and a desire to move away from His religion and a preference of the man-made laws of the infidels over the rule of God, the Almighty. This is blasphemy about which none of the people of the Qiblah [TN: The direction to which Muslims pray] would disagree regarding the accusation of infidelity of the person who states or advocates for it." *(From Umdat ut-Tafseer 4/157).*

These are true pieces of evidence from the revelation and clear excerpts from scholars on resolving conflict, that pierce differences, silence controversy, and mute arrogance. Lest it get too lengthy, we shall not continue further with more of this proof and excerpts. This issue constitutes a major topic in the entire Holy Quran. However, we believe what we presented is sufficient "for any that has a heart and understanding or who gives ear and earnestly witnesses (the truth)." [Qaf: 37]

What remains is to remind you of the practices you and your regime are following in resorting to these blasphemous laws and voiding the rightful laws of God.

An ordinary individual, let alone a scrutinizing researcher, will have no difficulty in proving that you and your regime are legislating and empowering man-made laws and obligating people to abide by their rulings. A quick look at the regulations of commercial courts and the laws that legislate and permit usurious transactions in banks and elsewhere, the Labor and Workmen Law, the law of the Saudi Arabian army, and other infidel laws confirms the extent of expansion and influence that the empowering of these infidel laws has achieved in this country.

The memorandum of advice mentioned the existence of dozens of legal entities that adjudicate between the people by the man-made laws with which you spoil the nation and its worshipers [of God] domestically, not to mention that which rules the country in its foreign relations from among those laws, such as the example of your commitment to resort to the judgement of a dispute settlement body between the Gulf Cooperation Council countries. This body to which the disputing state Council members, headed by the host nation Saudi Arabia, resort for arbitration is, without a doubt, a blasphemous, man-made legal body. In Article 9 of its statute, it illustrated the basis of its laws and regulations, saying: "The Council issues its recommendations and formal legal opinions in accordance with:

1. The rules of the [Gulf] Cooperation Council statute.     2. International laws.     3. International conventions.

4. The principles of the Islamic Shariah, provided that it submits its reports concerning the issues being addressed to the supreme council to implement any measure that it sees fit." **What mockery is this of the religion of God, and what contempt of His Shariah!?**

Is it not enough infidelity and delusion that you placed God's heavenly Shariah and His Quranic rulings at the bottom of the list for the sources of your rules and laws, prioritizing the secular concepts of humans, the customs and the conventions of ignorant nations, and the rules of the unbelievers' legal systems so that they are at the mercy of your supreme council in relying upon what it sees fit of their contents!?

O Custodian of the Two Holy Mosques, what would the defenders of the religion, the guardians of the creed, and the proselytizers of monotheism say about resorting to such bodies, and courts for arbitration!?

The answer is as clear as sunlight at noon. It rejects all kinds of hesitation, stuttering, prevarications, or flattery as we have indicated earlier. It is flagrant infidelity and an act of apostasy as proven by the Book, the Sunnah, and the unanimity of the Ummah.

The following are some of the formal legal opinions of distinguished scholars that clearly explain the existence of these laws on one hand and their religious validity on the other.

Shaykh Muhammad bin Ibrahim, may God rest his soul, says about the laws of the commercial courts in a message sent to the Amir of Riyadh at the time: "We have laid our hands on a copy entitled 'The System of Commercial Courts in the Kingdom of Saudi Arabia.' We studied nearly half of it and have found it contains a system of man-made, not Shariah, laws. Adopting some of these laws as the basis of judgement, even in the least, is without any doubt dissatisfaction with God's judgement and that of His Messenger ... and belief in this is infidelity and departure

| The Committee for Advice and Reform | 4-10 | Statement No. |
|---|---|---|
| London Office | | 17 |

from religion." A.H. *(From the of al-Shaykh, 12/251).*

In a letter to the Chief Justice of the Supreme Court in Riyadh regarding the (Labor and Workmen Law) which is applied by the Labor and Workmen Office, and the duties of the legitimate courts toward it, may God rest his soul, says: "From Muhammad bin Ibrahim to the Honorable Chief Justice of the Supreme Court in Riyadh. Peace and God's mercy and blessings be upon you. We have reviewed your letter concerning the transactions that are sent by the Labor and Workmen Office which must be applied in times such as these if submitted to the court for adjudication and conclusion. The court must review it because it is the core of its work. However, if the transaction was submitted to carry out a directive from the Labor Office and then returned to it for completion in accordance with the instructions and regulations for which God has sent no authority, the court is not permitted to heed such a directive. Such action would be considered not only approval on the part of the court but also assistance in resorting to judgement based on other than what God has revealed." A.H. Chief Justice 23/10/1379 AH [TN: 20/04/1960 AD] *(From the Fatwas al-Shaykh, 12/251).*

On the same topic (Labor and Workmen Law), the distinguished scholar 'Abdullah bin Hamid, the chief Justice, may God rest his soul, wrote his well-known letter explaining that resorting to the laws of this system for judgement is infidelity and removal from the religion. These were some of the formal legal opinions that prove the existence of these laws on the one hand and illustrate their religious validity on the other. It is needless to proceed further. The issue is plain and clear.

**It is well-known that there is a clear-cut difference between the one who commits a grave sin such as accepting usury while knowing that it is forbidden and the one who enacts laws that allow these grave sins. He who deals with usury, for example, while admitting that it is prohibited, is committing a sin that is one of the gravest of offenses, may God forbid. However, the one who enacts and establishes laws that permit usury is an apostate infidel.**

**It is needless to alert people's attention to the towers of usurious banks that compete with the minarets of the two holy mosques and apply your man-made laws.**

The words of God, the Blessed and Almighty, *"But no, by the Lord, they can have no (real) Faith until they make thee judge in all disputes between them, and find in their souls no resistance against Thy decisions, but accept them with the fullest conviction"* [al-Nisa': 65] are a judgement by the Almighty to negate the faith of those who do not submit and abide by His law. The Almighty confirmed this judgement with various tools of assurance, foremost among which is swearing by the Almighty's name. This verse, along with the preceding explanation by the Prophet, may prayers and peace be upon him, to Uday bin Hatam in the verse: *"They take their priests and their anchorites to be their lords in derogation of Allah,"* [al-Tawbah:31], invalidates any doubt and eliminates anything to which a transgressor may cling.

**Second: Allegiance to the infidels and hostility toward Muslims**

There is no attribute of the foreign policy of your regime that is more prominent than tying it to the interests of Western and Crusader nations and the tyrannical regimes of the Islamic countries. He who seeks to prove this truth does not require a lot of effort. The extent of this connection is known to all. Your regime, which proudly brags about protecting the creed and serving the two holy mosques, is the one which announced the payment of four billion dollars in aid to the former Soviet Union which has not yet cleansed its hands smeared with the blood of the Muslim people in Afghanistan in 1991 AD. Your regime, the guardian of the tolerant religion, is the one that previously paid thousands of millions of dollars to the Syrian Nusayri regime in 1982 AD as its reward for the slaughter of tens of thousands of Muslims in the city of Hama. It supported the Christian Maronites from the Lebanese Kataeb [Social Democratic] Party against the Muslims there. Your (rightly guided!) regime was the one that paid billions of dollars to the tyrannical regime that is crushing Islam and Muslims in Algeria, and the same regime which supported the Christian rebels in South Sudan with money and arms.

Despite all of these great sins and crimes perpetrated against the creed and the Nation, your regime was able, to a certain extent, to deceive some of the people and delude them about these facts. However, God refused not to disclose the truth about you in the recent events in Yemen that tore away the final mask with which you camouflaged yourself and led the people astray as a result. Your political and military support for the Yemeni Communists turned out to be the mortal blow that broke your political backbone and the razor that shaved away your Islamic credibility. The events in Yemen trapped you in a terrible contradiction. It showed that your support for the Afghan mujahidin was not for the sake of Islam but for the protection of Western interests being threatened by any Soviet gains in the battle there. Otherwise, the Afghan Communist is no different than the Yemeni Communist and Yemeni Muslim is also no different than the Afghan Muslim. How then do we explain your support for Muslims against the communists in Afghanistan, and your support of the communists in Yemen against the Muslims?

This contradiction can only be understood by those who are aware that your policies are dictated to you from abroad by the Western Christian nations with whose interests you have associated your fate. Therefore, the motive for your occasional support of some of the Islamic causes is not, as we explained earlier, the love of the Islamic causes and the support of their people. The actual motive is the protection of the interests of the infidel western countries which may coincide with these Islamic causes as has happened in Afghanistan.

The proof of this is that you stood against the Islamic causes that conflicted with Western interests. You supported those interests at the expense of the causes of the Muslim people. You stood against the interests of the Muslim Somali people in support of the American policy, and for this you squandered the nation's usurped funds

| The Committee for Advice and Reform | 5-10 | Statement No. |
|---|---|---|
| London Office | | 17 |

and its coerced people. Long before that crisis and long after it, here is the Palestinian cause, the mother of Islamic causes. You have blessed the process of normalization, submission, and squandering in which it is being propelled. You continued the show of imposed peace and submission there. You volunteered to pay a large part of the cost of the process despite the economic hardship that the nation is undergoing. You donated one hundred million dollars to Yasir Arafat's secular authority which was brought in to exercise oppression against the Muslim Palestinian people that the Jewish occupation authorities have so far failed to accomplish and fight its jihadist movements, especially the Islamic Resistance Movement (Hamas). His hostile stance towards you during the Gulf War and his obvious support of Saddam Hussein did not prevent you from supporting Arafat's authority and welcoming him in Riyadh. You accepted that insult for the sake of the American sponsor of the alleged peace process.

It is no wonder that even if you were not personally convinced of the so-called peace process, you cannot but acquiesce to the orders of your American guardian. Was it not the American President Clinton who, on a visit to the country, refused to visit you in Riyadh and insisted that you submissively and humiliatingly go to meet him in the American bases in Hafar al-Batin?! With that kind of behavior, the American president wanted to two things: First, to emphasize that his visit was primarily for his forces stationed in those bases. Second: to teach you a lesson in humiliation and debasement so that you are aware that he is your true guardian even within your alleged kingdom which, in reality, is nothing but an American protectorate governed by American law.

There is no doubt or dispute among the scholars that having infidels as allies and supporting them against Muslims is a certain nullifier of Islam. It was mentioned by the Shaykh of Islam Ibn Taymiyya and Shaykh Muhammad bin 'Abd-al-Wahab as one of the ten nullifiers of Islam. God, the Blessed and Almighty, says: *"O ye who believe! Take not the Jews and the Christians for your friends and protectors: They are but friends and protectors to each other. And he amongst you that turns to them (for friendship) is of them. Verily Allah guideth not a people unjust."* [al-Ma'idah: 51]. The Almighty says: *"Thou wilt not find any people who believe in Allah and the Last Day, loving those who resist Allah and His messenger, even though they were their fathers or sons, or their brothers, or their kindred."* [al-Mujadilah: 22]. The Almighty has made taking the infidels as allies, rather than the believers, in order to be honored by them, a characteristic of the hypocrites. The Almighty says: *"To the Hypocrites give the glad tidings that there is for them (but) a grievous penalty;- Yea, to those who take for friends unbelievers rather than believers: Is it honor they seek among them? Nay,- All honor is with Allah."* [al-Nisa': 138-139].

To take infidels as allies, as scholars have indicated, is to honor and praise them, support and cooperate with them against the believers, and to associate with them and not to publicly denounce them. This is apostasy, and whosoever commits it must be subject to the rulings on apostates, as shown by the Book, the Sunnah, and nation's scholar role models. Well done to he who said:

| Those who take the infidels as allies are like them, | and will be doubtlessly labeled infidels by people of intellect, |
|---|---|
| Any admirer, collaborator, or supporter, | who publicly shows willingness to collaborate, |
| Is without a doubt a partner to them in unbelief, | and that is the word of he who knows truth from falsehood. |

O King, what would the people of the pure creed and unadulterated monotheism say regarding your godless actions? With what would those who defend you falsely argue? *"Ah! These are the sort of men on whose behalf ye may contend in this world; but who will contend will Allah on their behalf on the Day of Judgment, or who will carry their affairs through?"* [al-Nisa': 109].

Now that it has been made clear that your government has deviated from the principles of Monotheism and its tolerant religion of which you always boast, claiming to be its protector, let us very subjectively evaluate your accomplishments from a worldly perspective after we have thus far unmasked your true identity according to the Shariah perspective.

We shall discuss this with you in the following points:

**First: The Economic Situation**

You are certainly aware that the nation sits on a lake of oil that constitutes one fourth of the world's reserve of this material whose importance is obvious. You also realize that the country produces one third of the OPEC output. You also know as well as we do that the nation's average daily income during recent years reached one hundred million dollars per day from oil revenues in addition to the monetary reserves estimated at one hundred and forty billion dollars at the beginning of your reign. That is, more than the reserves of the United States, Britain, and France combined at that time.

Given the previous economic data and the relatively small population, the nation was on the verge of experiencing an economic phenomenon contrary to the sound economic perception of some people who thought that the day on which the nation's economy collapses, thus making our country one of the most indebted worldwide, would not come.

However, your suicidal policies have disappointed the hopes of those and many others. Barely a decade after the commencement of your reign, the tides turned, and everything changed. The nation's debt reached 80% of its total income. The citizen was transformed from one with the highest monetary reserves to one of the most indebted in the world.

The collapsing economic situation has thrown its entire weight on the lives of the citizens and residents, who have been overburdened with taxes and levies, and sales taxes. The cost of water, electricity, and food emptied their pockets as their prices have skyrocketed in an unprecedented manner.

| The Committee for Advice and Reform | 6-10 | Statement No. |
|---|---|---|
| London Office | | 17 |

The catastrophe did not leave the status of education untouched. Schools suffer from severe classroom over crowdedness, leading to the suffering of the students, teachers, and parents. A dire situation was made worse by the failure of the ministry to maintain the current classes, let alone its inability to build new ones.

The condition of the nation's hospitals is no better than that of the schools. The government failed to provide even the maintenance of the hospitals, many wings of which have been transformed into something akin to human slaughterhouses due to the lack of the necessary medicines, treatment, and medical care, let alone the inability of the ministry to have new hospitals built. Even worse is the growing number of the unemployed among the ranks of the youth and the graduates with university degrees. The number of the unemployed, who are tired of trying to find employment opportunities, has risen to one hundred fifty thousand. Their number increases every year, and the labor market is constantly shrinking before their eyes because of the current economic crisis that is growing worse and worse.

As this crisis intensifies and the situation gets worse, you and your government unabashedly call on the people to conserve energy consumption and other matters while your behavior was the worst example for the citizens, encouraging them to be more extravagant and wasteful. How can you call upon the people to conserve energy, when everybody sees how your magnificent palaces are illuminated and air-conditioned all day and night?!

How would anyone accept your call to conserve spending, while everybody can see how your palaces and houses have filled the land and horizons and can hear about your accounts stuffed with the nation's wealth both locally and abroad?!

The volume of your spending of the nation's public funds on those palaces and houses inside and outside the country is astounding and scary. It is estimated to be thousands of millions of dollars. Talking about all that would take a long time and the speaker would not know where to start. Should he start with the City of Jeddah and the magnificent artificial isles upon which you have erected the most splendid palaces on the largest areas of the coast? Or should he begin with Riyadh where the building of palaces on the earth's surface was not sufficient, so you had to build underneath? Or should he start with your mansions in Mina, Taif, al-Huda, al-Shafa, Mecca, Medina, and all other cities of the Kingdom? Or should he ignore all of this and begin with the palaces in the other Western capitals and resorts? The castles into most of which you have not entered and most probably will not enter for the remainder of your life.

If these statements came from other sources, you might think you would be able to deny them, but you know who is addressing you and that they are the most knowledgeable about these facts that are no longer hidden in public let alone in private. *"And none, (O man!) Can tell thee (the Truth) like the One Who is acquainted with all things."* [Faatir: 14].

Your passion and that of those who surround you for building palaces, amassing treasures, and competing about such among yourselves was a major reason behind directing much of your efforts and time toward achieving that goal. Competition has torn your internal relationships asunder after the material gains you and those who surround you experienced aroused the resentment and wrath of some of you. The words of [the Prophet,] may prayers and peace be upon him, therefore apply to you: *"Wretched is the servant of the Dinar; Wretched is the servant of the Dirham; Wretched is the servant of velvet. If he is given anything, he is satisfied, but if not, he is unsatisfied, He is wretched and will be thrown (into Hell) on his face and if he is pricked by a thorn, may he not find anyone to pull it for him."* (Narrated by al-Bukhari).

This wastefulness and spending of the nation's public wealth, your concern for personal interests, and your competition about such were among the most prominent reasons that led the country into the pit of bankruptcy that it has reached under your (rightly guided!) policy. *"Verily spendthrifts are brothers of the Evil Ones."* [al-Isra': 27].

The current economic crisis and whatever risks it warns us of, and the impacts it would result in were not without introductions and causes. It was the outcome of a number of fatal actions and policies implemented by you and the powerful among your ruling family.

Some of the most significant of these causes, in addition to what we have alluded to including the extravagance and wastefulness that you practice, are:

**1. Your role in the decline of oil prices:**

Since the eighties, oil prices have been plummeting. However, the impact of this decline on the nation's economy was not publicly evident until the nineties when you always resorted to the nation's financial reserve to cover the continued budget deficit, in an unwise policy that has depleted the nation's financial reserve and failed to offer any solution to the crisis that is growing worse on a daily basis.

As a reminder, you know that your absolute subordination to the policies of the Western nations and their directives to you to support your former friend Saddam Hussein with twenty-five billion dollars and increase production to lower the prices in order to harm Iran during its war with him, had an enormous role in the decline of oil prices to their current level which serves [the interests of] the Western consumers. Despite the fact that the West is careful enough not to slaughter the Saudi chicken that lays black gold for them, they are even more cautious that the price tag on this egg remains at the lowest level possible.

**2. Lack of serious action to find other sources of income:**

It is well known that oil as a source of revenue is always subject to depletion and price fluctuation. Although the nation is well prepared to develop other sources of income which are available and in abundance, your regime has failed to develop those sources and the country continues to depend almost entirely on only oil revenues.

**3. Out of control spending on the Allied Forces during the Gulf War:**

| The Committee for Advice and Reform | 7-10 | Statement No. |
|---|---|---|
| London Office | | 17 |

Even though our nation was experiencing financial hardship during the Gulf War and despite the fact that the annihilation of the Muslim Iraqi army and people of Iraq was the objective of the Western countries before others, the coalition nations identified an opportunity to blackmail you and exploit your fear and cowardice. It insisted that you pay the war bill almost in its entirety, so that you spent nearly sixty billion dollars on that war. Thirty billion was pocketed by the Americans and about half of that amount went to the rest of the allies. The remainder was spent on commissions, deals, and local bribes.

The war costs did not stop there, but your loyalty to the allied nations pushed you to strike other deals as a reward for them after the war. These deals cost an inconceivable price of nearly forty billion dollars for military and civilian deals with the Americans alone. In addition to, as a courtesy to the British Prime Minister John Major, a contract to purchase the British Tornado aircrafts even though our nation's army lacked the human capacity to use these aircrafts in addition to their inadequacy as was proven during the Gulf War and as was also attested to by the army's technical committee. We shall discuss this issue in more detail later on.

And instead of establishing an effective policy to avoid the situation and remedy the collapsed economic state, you and your regime implemented suicidal economic policies that made things even worse. These policies included:

**1. The depletion of the nation's financial balance abroad:**

Earlier, we mentioned that the nation's available assets abroad were estimated at one hundred and forty billion dollars when your reign began. Its annual income at that time was estimated at ninety-seven billion dollars. You can imagine with us the degree of foolishness in spending if you recall that this reserve was depleted in its entirety a mere seven years from that date.

**2. Usurious borrowing from local and international banks:**

Despite the fervent warnings and warring against God involved in the handling of usury, *"If ye do it not, take notice of war from Allah and His messenger,"* [al-Baqarah: 279] and despite what reality has proven about the system of usurious loans provided by banks that make the poor even poorer day after day, you and your regime have drowned the nation in a sea of debts. Nothing on the horizon indicates the possibility of eliminating even just their usurious interests when the nation is incapable of simply paying off those usurious interests. As an example of the volume of those debts, in 1411 AH, corresponding to 1991 AD, alone, you resorted to borrowing tens of billions of dollars from the local and international banks. By the year 1414 AH, corresponding to 1994 AD, these debts with their compounded usurious interests became due, and the state was unable to honor its commitments to their issuers, which means that simply paying the usurious interests would continue to encumber the nation's budget, let alone the paying off of the principal. Thus, you have left the future of the country and the future of the coming generations mortgaged in the grip of international organizations whose control is not limited solely to the economy of the indebted nations but also extends to the control of the political decisions of these nations.

This is in addition to two hundred billion riyals in debts owed by the government to more than three thousand merchants and contractors, the payment of which it continues to stall.

With these actions, you have broken all records in the squandering and wasting of public funds. You have thus surpassed your predecessors and your successors. Congratulations to you on such a feat! And this is not unlike you because people of your ilk do not care about the future of their country and people as much as they care about fulfilling their personal lusts and current whims. While continuing these actions, you missed the terrifying fate that befell the Shah of Iran, Marcos of the Philippines, Ceausescu of Romania, and others who suck the blood of their people, indifferent to the fate of their nations.

Truly, the country is experiencing the most critical economic crises it has encountered up until this point. The first crisis was in the year 1384/1385 AH, corresponding to 1964/1965 AD, because of the chaotic reign of King Saud which led to his deposition. The second occurred in 1406 AH, corresponding to 1986 AD, because of the sudden collapse in oil prices.

If the first crisis was resolved by deposing King Saud and his entourage and the second was survived by the nation by resorting to the enormous financial reserve at the time, then the current crisis, in light of the complete depletion of the nation's financial balance on the one hand and the loss of its credibility locally and abroad on the other, does not look promising for the foreseeable future.

Your failure to deal with the crisis at a time when the nation enjoyed a reserve estimated at one hundred and forty billion dollars and was debt free, was the most convincing evidence of your failure to address it after depleting that reserve and drowning the nation in a choppy sea of usurious debts. The poet said: If one cannot manage a situation when things are in one's favor,          One cannot do better when the situation is out of control.

It is no longer useful for your media machine to continue misleading and deceiving the people, deluding them into thinking that the crisis is about to end. The lies of your media outlets and their deception will no longer deceive the nation because it has reached a level of awareness at which these flagrant lies can no longer be believed.

| The Committee for Advice and Reform | 8-10 | Statement No. |
|---|---|---|
| London Office | | 17 |

In squandering the nation's finances by being such a spendthrift and then lying to [the nation], you have merged all the attributes of a person judged by God in His words, *"Truly Allah guides not one who transgresses and lies!"* [Ghafir: 28]. This [judgment] is for an ordinary person. But if it is a King, then God's punishment of a lying king is much harsher than that of others as was reported in the Sahih [TN: Prophetic Tradition] narrated by Muslim: *"There are three (types of) people whom Allah will neither speak to on the Day of Resurrection nor will He purify them (i.e., from their sins), nor will look upon them; and they will have a painful chastisement. These are: An old man who commits fornication; a king who is a great liar and a poor man who is proud."*

In light of the aforementioned constants, it appears that the solution that ended the crisis of King Saud, deposing him from reign, is the best recommended radical solution.

Otherwise, the patchwork solutions ahead of you are bitter and cruel on one hand, and unbeneficial and ineffective on the other. Are you going to resort, for example, to devaluing the riyal? This measure may give you a brief break. However, such a step has political repercussions which would prove to be riskier than its economic repercussions. Are you going to risk your ambitious position of aspiring to become the leader of the Cooperation Council and devalue the riyal against the currencies of the other nations? Your political ambition and your love of leadership will be an obstacle for that, especially since leading these nations is all that is left of your broad leading dream, which was shattered because you failed to achieve any significant status in the Arab and Islamic world for which the nation once spoke and led during the reign of King Faisal.

Or do you want to raise the taxes and the levies on the citizens and residents by raising more funds for the treasury of the bankrupt nation? This step may no doubt succeed in supplying a measure of liquidity. Nevertheless, its political aftermath might hinder you from moving forward with it to the end because the citizen may out of necessity be silent about your squandering of the nation's public wealth, but he will not be silent while seeing all the taxes and levies being taken from his hard-won wages being spent on the pleasures and desires of the reckless and influential among the ruling family.

There is another solution before you, which is to sell all of the nation's organizations to the private sector. Even though you have taken some steps in this regard, there are many roadblocks in your path and on our part, we appreciate that. The embarrassment and the insult that would befall you for selling these organizations which you consider as your private home furnishings, and what selling this furniture publicly announces about the level of your bankruptcy, are issues that are assessed and considered by those who know your keenness on splendor, ostentation, arrogance, and pride. Your problem is that these partial solutions, with their bitterness and harshness, are the better of two evils to you. This is because radical solutions mean first and foremost the elimination of the causes of the crisis, the first of these causes is your continued rule. It is a difficult formula, that your remaining [in power], will be your undoing, and your continuation will be your destruction.

**Second: The Military Situation**

You probably agree with us that the army has for many decades taken up one third of the national budget. Meanwhile, a nuclear power state like France spends only 4% of its budget on its army. You may agree with us as well that the Saudi army, despite the astronomical figures spent on it, is in fact but a pile of stacked weapons and equipment lacking the manpower to use. It is no surprise then to know that what was spent on the army was not spent to strengthen and prepare it but was spent to provide a source of income for the influential princes and to become a compensation pump for those who provide protection for your throne and your Western masters with whom many deals were signed as a humiliation and subordination tax. For example, the purchase of seventy F15 aircraft from America, in support of George Bush's election campaign after the Gulf War. Likewise, the deals for the Saudi Airlines fleet of aircrafts and the expansion of telephone [system] to console Clinton whose feelings were hurt because of your support of his opponent George Bush, in addition to the purchase of 48 Tornado aircrafts from Great Britain for the same reasons.

And if we understand the motives behind these deals, we will realize the secret of the disgraceful performance of the Minister of Defense during the Gulf War.

Throughout the war, the Air Force, with five hundred fighter jets under its command, was not able to perform any memorable feats except for the downing of two Iraqi aircrafts which lacked any air cover.

As for the navy, which commands thirty battleships, twenty of which with rocket launchers, failed to launch a single round during the entire length of the war. Ground forces did not fare better than its predecessors. To put one armored brigade into action, the country was forced to bring in the necessary technical teams from Pakistan.

**That is how hundreds of billions of dollars spent on this army were in vain.**

One cannot help but wonder with utter amazement when one lets figures speak about the expenditures of the Ministry of Defense, ruled by the oldest minister of defense in the world, Prince Sultan, who has managed it for thirty-three years as if he is still asking for more time to prove his competence after the humiliating defeat that he suffered and what the events of the Gulf War have revealed.

In order for us to consider an aspect of the baffling picture of the expenditures of this ministry, it would be enough to know that the citizen in the Arabian Peninsula shouldered more of the spending for the army than a citizen in ten other countries, which are: the United States of America, Germany, Italy, Egypt, Romania, Poland,

| The Committee for Advice and Reform | 9-10 | Statement No. |
|---|---|---|
| London Office | | 17 |

*Spain, Ecuador, Uruguay, and Ireland. In 1992 AD, a citizen in the Peninsula spent more than a citizen in these ten nations combined, noting that among them are nuclear nations and members of the North Atlantic Treaty Organization. Another aspect of this baffling picture becomes clear if we realize that one member of the armed forces of the Arabian Peninsula cost more than what was spent on a member of the military in nine countries combined, and they are: the United States of America, Germany, Belgium, Argentina, China, Iran, the Zionist enemy, South Korea, and Tanzania.*

*Then, do we not have the right to ask you O King where all of this money went? Do not worry about answering. If the percentage of transactions and bribes that you and the influential princes receive, headed by the Minister of Defense Sultan, with the weapons companies and the contracts for the construction of cities and military bases were known, we would not bother ourselves to ask about the fate of the remaining amounts that were spent. It is no longer a secret that you and the gang of influential princes take between 40-60% of the value of each deal.*

*The greater portion of the remaining funds is spent on building bases and providing equipment whose colossal volume and high quality are not commensurate with the number and efficiency of the army. This indicates that they were not constructed for this army, but to be used by the American and Western forces currently stationed in many of them. Speaking of these forces, do we not have the right to question the objective of allowing them to remain on the land of the Two Holy Mosques with their staggering numbers and equipment? Does Iraq still pose a real danger to your throne after the destruction of its forces and the starvation of its Muslim people? All facts prove otherwise and emphasize that the danger these forces are stationed here to deter is not an imaginary peril from a starved and destroyed Iraq but, as the experts indicate, a local Islamic danger based on the blessed and escalating Islamic awakening being experienced by the nation in all of the military and civilian sectors. Be that as it may, there is no justification for leaving the nation's army in this state of incapacitation and neglect whereas it was supposed to safeguard the land of the Muslims and defend their causes in addition to protecting the holy lands. It is not reasonable to keep one's silence regarding the transformation of the nation into an American protectorate to be defiled by the soldiers of the Cross whom their soiled feet in order to protect your crumbling throne and preserve the oilfields in the Kingdom.*

*In light of the present reality, O King, is it not the right of the nation to wonder about who bears the shaking of security and the causing of disturbance? Is it the regime that delivered the country into the state of chronic military debilitation in order to justify bringing the Jewish and Christian forces to defile the holy lands? Or is it the proselytizer who calls for the preparation of the nation and arming it so that it may undertake the honor of defending its religion, holy sites, land, and dignity?!*

*The truth is that the blame in this regard falls on you and your minister of defense and not the members of the army and the guards, many of whom are known to be righteous, chivalrous, and brave but they have nothing to do with it. Your fear of any possible reform work by them pushed you to marginalize many of their officers and soldiers and plant spies among their ranks. Your fear of any possible coordinated act among the various factions of the armed forces (land, sea, and air) to carry out any reform action against you was the reason behind not allowing them to coordinate or even become adequately acquainted with one another, despite the need to coordinate for any successful military action. The price you paid for the preservation of your throne and doing away with the illusions of fear that haunt you is what has befallen the nation and its citizens of dishonor, ignominy, destruction, and collapse because of the Gulf War.*

**Summary and Conclusions:**

*Based on the aforementioned, it was proven to us, O King, that your regime has committed the nullifiers of Islam which invalidates it before God. The devastating failure and the heinous corruption proven against it are, to the people, enough reasons to overthrow it. By legislating the man-made blasphemous laws and obligating people to seek judgment by them, and by pledging its allegiance and support to the infidels against the Muslims, it has committed the nullifiers of Islam that require rising against it and removing it.*

*Based on its devastating corruption and terrible failure in the areas of defense, economy, and others, it has demonstrated its lack of qualification to be in charge of running the country even if it was not in its present condition of nullifying Islam and apostacy. O King, you have combined [in the regime] in charge of the people all of the attributes of evil: infidelity and poverty.*

***Based on the abovementioned, it is evident that: the dispute of the nation, headed by its scholars, proselytizers, reformers, merchants, and the tribal elders, with your regime is neither an accidental difference nor a transient conflict. It is an embedded struggle between two methodologies and a profound conflict between two creeds; A conflict between the comprehensive divine approach which submits to God in all matters, the methodology of:*** *"Say: 'Truly, my prayer and my service of sacrifice, my life and my death, are (all) for Allah, the Cherisher of the Worlds: No partner hath He: this am I commanded, and I am the first of those who bow to His will.'"* [al-An'am: 162-163]**, the methodology of 'there is no god but Allah and Muhammad is His messenger,' with all of its connotations and requirements, and the blatant secular method, the methodology of,** *"Then is it only a part of the Book that ye believe in, and do ye reject the rest?"* [al-Baqarah: 85] **[and] the methodology of** *"Fain would they deceive Allah and those who believe, but they only believe themselves, and realize (it) not."* [al-Baqarah: 9].

*According to abovementioned, the actions of the nation, led by its scholars, reformers, merchants, and tribal elders, against your regime are absolutely not categorized as the prohibited rising against rulers, because as we have explained your regime has lost its legitimacy, and as stated by scholars, that which is invalid according to Shariah, is considered unviable.*

[TN: This page is a duplicate of page 71]

[TN: This page is a duplicate of page 72]

[TN: This page is a duplicate of page 73]

[TN: This page is a duplicate of page 74]

[TN: This page is a duplicate of page 75]

[TN: This page is a duplicate of page 76]

[TN: This page is a duplicate of page 77]

[TN: This page is a duplicate of page 78]

[TN: This page is a duplicate of page 79]

| The Committee for Advice and Reform | 10-10 | Statement No. |
| --- | --- | --- |
| London Office | | 17 |

If a ruler reneges, he must be risen against as unanimously proclaimed by our nation. However, this does not mean that any conduct of this sort is necessarily correct. Each phase of change has its own components, methods, and objectives.

Identification of this cannot be achieved by rash personal effort or an individual provocative decision. It has to be accomplished by the nation's leadership of honest scholars, proselytizers, and reformers whose competence and qualifications to confront such grand undertakings were proven through hardships and misfortunes.

Certainly, some of the matters in the forefront of the duties of the present phase include disclosing and publicly declaring the truth, explaining the meanings and principles of 'There is no god but Allah,' and the consequences of deviating from them, so that the nation can have an insight into its religion and be aware of its affairs.

Regardless of all this, we believe, O King, that it is to your personal advantage and that of your family and those who surround you as you are getting older, have gotten sick, and are surrounded by internal and external crises, that you safeguard the nation, the country, and the people against more suffering, hardship, crises, and disturbances, and submit your resignation so that you can relax and allow others to relax, allowing the nation to exercise its rights through influential people in choosing those who will rescue it from the bottomless pit into which you have led it as there is no longer hope you will improve your situation now that you are old. A long time ago, a poet said:

**And if the old man is foolish, there will be no dream after him.          Indeed, the young man dreams after the foolishness.**

In this regard, perhaps you remember how King Saud was deposed for significantly less than your current level of corruption. At the time, you were in the forefront of those who sought his dethronement, and you did well then. If only you would do the same today, but not just by personally abdicating. All of your ministers and court members who had a role in the current situation must be dismissed. Just as it was your misdeed that gave them control over the people and nation's interests. Try to have the advantage of relieving them from your evil and theirs, especially your failure of a defense minister who foiled any matter assigned to him whether political or administrative. He imploded the border matter with the State of Qatar and was on the brink of a ferocious war with Yemen, in addition to his miserable failure to manage the Ministry of Defense and Aviation, and the airlines which went bankrupt at his hands.

Patchwork cabinet reshuffling at this stage, that would result in ministers who are linked to the corrupt orbit inherent in the basis and head of the ruling regime around which they revolve without influence, would be futile. Even if we assume they have good intentions and would seek to bring about reform, their margin of power is limited and your absolute power over them would not permit them the opportunity for any reform. A shadow cannot be straight when the rod is crooked.

These demands for abdication and dismissal are not impossible demands. They are the same demands you and your brothers previously sought and enacted against the dethroned King Saud.

Now, before we end the letter, we ask you to deeply contemplate and check yourself thoroughly in light of these facts, before pride makes you refuse and decide to punish all who try to get this letter into your hands and aggravate your temperament, as you have done with the countless advice memorandums and petitions that were submitted to you. The most famous of which was the memorandum of advice given to you, loaded with the important reform demands that described the illness and prescribed the cure with the precision of a scientist, the zeal of a proselytizer, and the compassion of an adviser in all politeness and dignity. But all you did was ignore the counseling and disregard the advisers, and you even decided to punish the best of the nation's scholars, proselytizers, and reformers who submitted [the memorandum] to you. You sent your cavalry, and your men from the custodians of your ruling regime and its thugs, cronies, royal bodies, and entourage of the deceived and the admirers. You issued fatwas full of falsehoods and accusations against the elite of the nation's people and the very best of its scholars stationed patiently and steadfastly behind the iron bars of your prison cells. We ask God to release them from their captivity, facilitate matters for them, and grant us and them steadfastness on the path of His call and the empowerment of His religion. *"Until there is no more tumult or oppression, and there prevail justice and faith in Allah altogether and everywhere."* [al-Anfal: 39]. We ask Him to help us be loyal to our pledge to Him of vengeance for His religion and avenging His worshipers in general, and specifically those who encounter various types of torture and oppression at the hands of the executioners of your jails.

Our last supplication is praise be to God, the Lord of All Creation.

Dated: 05/03/1416 AH                                                     On their behalf: Osama bin Muhammad bin Laden

Corresponding to: 08/03/1995 AD                                                              [Signature]

[TN: This page is a duplicate of page 89]

In the name of God, the Merciful, the Compassionate

| The Committee for Advice and Reform | 1-2 | Statement No. |
|---|---|---|
| London Office | | 18 |

### The Bosnia Tragedy and the Deception of the Custodian of the Two Holy Mosques!!

Praise be to God and prayers and peace be upon the Messenger of God and those that were rightly guided by his guidance.

It is no longer a secret that the ruling Saudi regime persistently sought to surround all of the abilities and capabilities of the Ummah by besieging them. It was not satisfied with its unjust policies of intellectually and politically restraining the Ummah; it also sought to impose financial economic control. Some of the aspects of which resulted in the closure of charitable organizations and outlets that delivered the contributions of the philanthropists from this country to their legitimate recipients. The only alternatives were associations and organizations supervised by the leading authoritarian members of the ruling family, such as the princes Sultan and Salman. With these actions and others, it revealed the scheme by which it would monopolize the contributions of charitable people in such a way that it prevents Islam and the Muslims from benefiting from them so that it might use them the same way it used the money of the Afghan mujahidin. Those donations were used as a way to pressure the mujahidin and influence their policies in a way that would benefit the interests of the West. Indeed, they were also used for the private interests of some of the princes.

Despite the well-known scandals of the regime in financial matters in general, and the donated funds in particular, it still tries to grasp every opportunity and take advantage of every occasion to repeat what it had previously done, ignoring the level of public awareness reached by the Ummah. King Fahd, after being surrounded by internal and external crises some of which exposed him after the revelation of his animosity towards Islam and the Muslims through his hindrance of God's Shariah, ruling in accordance with man-made laws, loyalty to the infidels, and animosity toward the Muslims, especially the reformist scholars and proselytizers amongst them, in addition to the rising prices, increased taxes and duties, the spread of unemployment, and collapse of the nation's economy after it drowned in a rough sea of usurious debts, pulling the nation into a real tragedy that continues to escalate, here he is attempting to escape from the internal facts by drawing attention away from himself to the outside [of the country], through triggering the nation's sentiments by using Bosnia and Herzegovina and collecting contributions for its people.

Our comments regarding this incident are summarized as follows:

Firstly: From our previous statements, particularly statement no. 17, it is clear to us that this regime has deviated from Islam and committed apostasy. It has disappointed its key causes, especially the Palestinian cause, which is the mother of Islamic causes. These facts are sufficient to refute any ranting call by the regime on behalf of its aspiration to serve and achieve victory for the Bosnia and Herzegovina cause. How can this regime bring victory to Islam when it deviates from it? Or for victory to be brought to the Muslims by those who conspire against their causes and support their enemies that they permitted to plunder the Land of the Two Holy Mosques and turn it a theater for them?

We have not yet forgotten the contributions that were collected on behalf of the Palestinian cause, which in the end were given to the usurper Jews as a token of friendship and a friendly gift. Is the Bosnian cause going to be more important to this regime than the Palestinian cause? How are we going to believe the regime when it claims to be keen on supporting Islam and the Muslims in Bosnia, when the best of the nation's scholars and proselytizers, and the elite of its youth remain in the dungeons of the prisons of this regime? God says in a sacred hadith: "*I will declare war against him who shows hostility to a pious worshipper of Mine.*" *(Narrated by al-Bukhari).*

Secondly: The regime's record on the Bosnia cause is a black record, full of deceit and disappointments as shown by its following positions:

1. The Saudi regime hosted a broad Islamic conference to specifically discuss the Bosnian cause three years ago in Jeddah. After empty heroic speeches, the conference delegates gave the United Nations a last chance to save the situation in Bosnia. Otherwise, the Islamic world, led by the ruling Saudi regime (the conference organizer), would intervene. In spite of this, the United Nations persisted in its plan for the destruction of Bosnia and Herzegovina. The decisions of that conference were placed on the shelves of forgetfulness because they were only for local consumption. The Muslims of Bosnia were left to their own frightful fate and surrendered to the Serbian monster to be devoured in front of the eyes and ears of the world, forbidden from the legitimate right of defending themselves according to the decisions of the United Nations!!

2. When the citizens of the country tried to respond to the disaster of their Bosnian brethren, the regime proceeded to put roadblocks in front of them in several ways, including:

a. Preventing the travel of many independent leadership personalities that had the influence and power to purchase arms for the mujahidin there in Bosnia. This was in response to the pressure from the Western nations that did not want arms to reach the Muslims in Bosnia. As for those who slipped from the clutches of the regime and joined their brethren in Bosnia in the defense of their religion and themselves, they were immediately detained upon their return.

b. Among these actions was the regime's delivery of some of the contributions collected for the Bosnian people to Crusader organizations for distribution,          as a best-case scenario, to be shared the Croatians, Serbians, and Muslims. In other words, between the victim and the butcher.

Such activities and others reveal to those who have eyes that can see that the regime's propaganda for the support the Muslims in Bosnia is nothing more than crocodile tears and media deception with which the regime seeks to raise the value of its political stock that is in decline due to all of the crises surrounding it

---

Telephone: 00441716242462    Fax: 00441713289651    Address: BM BOX 7666, London, WCIN 3XX, U.K.

| The Committee for Advice and Reform | 2-2 | Statement No. |
| London Office | | 18 |

internally and externally. However, it should rejoice in what harms it, as the citizens are no longer fooled by such obvious ploys. How can they entrust the contributions for the Muslims abroad to a regime that has betrayed their trust with the money of the nation locally?

The previous betrayals of the regime and its treachery against the Ummah have caused it to lose all credibility in this matter. This is part of the immediate punishment of this practice in this world. As for the hereafter, [the Prophet], may prayers and peace be upon him said: *"Everyone who breaks a covenant will have a flag by his buttocks on the Day of Resurrection." (Narrated by Muslim).*

And in another narration, *"On the day of resurrection every perfidious one will have a standard which will be raised for him according to the amount of his perfidy, and no one is more perfidious than the ruler of a community."*

As for the Bosnians, they know who their real supporters are among the people of the Peninsula. They are the best of the youth who have slipped away from the grasp of the ruling regime, and who mixed their blood with theirs. They are the philanthropists who delivered the money directly to them or placed the money in safe hands that delivered it to them. Royal regimes and coercive governments have disappointed the Bosnians, and their hope remains in the Islamic people, after God.

More than these measly handouts invalidated by the regime with pain and harm, Bosnia is in need of men and arms and of breaking the unjust siege imposed upon it by the Crusader nations through the United Nations. It is dishonorable and shameful for those who rant about protecting Islam and defending its people, with the Saudi ruling regime at the forefront, that nations from far away spearhead this task at a time when they confirmed the necessity of respecting international legal decisions!! In addition, the lifting by Christian Croatia of the siege of the Muslim pocket of Bihać, which was under siege for three years (under the protection of the United Nations!!), also represents a black spot of shame on the forehead of the rulers of the Islamic world, especially the Custodian of the Two Holy Mosques!! With that action, Croatia, regardless of its goals, demonstrated that anyone who wants to accomplish anything and possesses the power can do it, but there is no true will.

The Bosnian cause, with all of its bitterness, contained great lessons, including:

1. It exposed the ruling regimes of Muslim countries, revealing that they are mere tools in the hands of the great Crusader forces and that they do not represent their people who took the initiative to support the Muslims of Bosnia.

2. The human rights and justice slogans raised by the West are nothing but dead slogans when it comes to the Muslims.

3. The United Nations is nothing but a tool to implement the Crusaders' plans to kill the causes of the Islamic Ummah and its people.

4. Complying with the decisions of the United Nations is active participation in conspiring against Muslim causes.

We are not in need of any additional statements on what the Saudi regime has committed against the causes of Islam and the Muslims in general, and its disappointment of the cause of Bosnia and Herzegovina in particular. Based on the aforementioned, while we urge all Muslims to contribute generously in support of their brethren in Palestine, Bosnia and Herzegovina, and elsewhere, we draw their attention to the danger of providing those contributions through the ruling regime and its organizations. Instead, we call on them to deliver them directly to the people or through the safe hands of trustworthy individuals, committees, and organizations, such as the charitable organizations in Qatar, Kuwait, Sudan, Yemen, and Jordan while ensuring that the transfers take place outside [Saudi Arabia] to avoid the pursuit of the Custodian of the Two Holy Mosques and his spies, so that the conscience is clear and the money reaches those who deserve it and does not fall into the hands of the fools among the members of the Saud family, who were prohibited by God from being in control of their private wealth and the wealth of the Muslims. The Almighty said, *"To those weak of understanding make not over your property, which Allah hath made a means of support for you."* [al-Nisa': 5]. And since these contributions are a trust, and God says: *"Allah doth command you to render back your Trusts to those to whom they are due"* [al-Nisa': 58]. The Saudi regime is definitely not to whom they are due and if it was, its accounts in the West would not have swelled with the embezzled money of the nation, the king's portion of which is estimated at USD 40,000,000,000 (forty billion dollars), an amount that, if it were to be returned to the nation, would be enough to satisfy the needs of the poor in the Arabian Peninsula, Bosnia, and all the other Islamic causes.

We would like to remind our brethren, the mosque preachers, of the danger of being swept away behind and being deceived by the previous plans of the regime and supporting it in depleting more of the wealth of Muslims, which will not be spent on their legitimate causes. We urge them not to be held captive by the media directives of the regime, which cause the country to lose balance in dealing with its different causes both internally and externally. We remind you that Hadith has illustrated that he who assists an oppressor in his oppression, empowered [the oppressor] over him. And that anyone who wishes a tyrant to stay in power, enjoys disobeying God on this earth.

Finally, we beseech God to drive away the suffering of this nation, remove its worries and sadness, empower the best over it, and do away with its worst, such as King Fahd and the oppressors among his family.  He is the Arbiter of this and is able to bring it to pass. Our final supplication is praise be to God, Lord of all creation.

Dated: 15/03/1416 AH                                             On their behalf: Osama bin Muhammad bin Laden

Corresponding to: 08/11/1995 AD                                             [Signature]

[TN: This page is a duplicate of page 91]

[TN: This page is a duplicate of page 92]

In the name of God, the Merciful, the Compassionate

| The Committee for Advice and Reform London Office | 1-2 | Statement No. 19 |
|---|---|---|

### The Saudi Regime and the Repeated Tragedies of the Pilgrims

Praise be to God, Lord of all creation. Prayers and peace upon the most noble of prophets and messengers, our Prophet Muhammad, and upon all of his companions and followers.

It has become familiar and customary that every year the pilgrims to the sacred house of God are subjected to catastrophes and tragedies that claim hundreds and thousands of those pilgrims who are injured or killed. There is no might or power except in God.

Thus, a huge fire erupted on Tuesday, the eighth of Dhu al-Hijjah of this year, in the camps of the pilgrims. It engulfed seventy thousand tents, leaving behind more than two thousand dead and wounded, according to the confession of the Saudi regime. The final count could be a lot higher.

With that, a renewed picture of the seasonal tragedy of each pilgrimage comes to mind and the images of terror it carries as represented by the scattered dead and wounded sometimes at the Mina camps, sometimes at Jamarat, and other times at al-Mu'aysim tunnel or other locations in the holy city [TN: Mecca].

If we look into the direct causes of these events, we will find either the limited space in public accommodations for the pilgrims, which leads from collisions and congestion to being trampled and run over, which has happened several times at al-Jamarat, or the lack of security procedures or the poor handling of events, as was the case in the pilgrimage of the year 1407 AH [TN: July-August 1987 AD] and later at al-Mu'aysim tunnel, or the overall negligence of the security of the pilgrims and the failure to take the necessary precautions for their safety. This negligence is the cause of many of the repetitive fires in the tents of the pilgrims.

Another cause is the increasing number of pilgrims. However, this cause can be mitigated by taking the necessary precautions and eliminating the other causes. Large gatherings take place around the world, with millions of people gathered. Some of these are officially sponsored by governments, such as sporting events and the like. Others are sponsored by informal advocacy groups that do not have one tenth of one tenth of the capabilities of the Saudi government, and yet we never see or hear about accidents similar to the catastrophes and tragedies that take place almost every year during the pilgrimage.

These are the most important direct causes for the incidents and the tragedies that occur seasonally with the pilgrimage. These reasons point to one basic primary cause which has plagued the nation of Islam in general, and especially the Land of the Two Holy Mosques, which is the control of the rulers and princes of the Saud family over this holy land, their despotism over matters, and their disregard of the feelings of more than one billion Muslims in the five continents who face the holy house of God and His peaceful city with their hearts and their faces five times a day.

If we look at all the previously mentioned causes, we will find that eliminating them is the presumed responsibility of this regime that rules the land and whose princes monopolize for themselves the responsibility for all of its affairs, whether small or large, and especially the pilgrimage affairs.

Sufficiently equipping, maintaining, and preparing the facilities in an appropriate manner at the appropriate level for the needs of the pilgrims is the presumed responsibility of the rulers of this land that has enormous resources and massive budgets, by the grace of God.

There is no intercession for those who built the facilities and offered the various services that are accompanied by reminders of generosity, injury, hypocrisy, and reputation. Experiences and events have proven that these facilities and services do not meet the required and sufficient standards. The amount of money spent on them does not compare to what the princes and the rulers of the Saud family spend on palaces, pleasures, and appetites locally and abroad, in addition to the wealth and riches of this country stolen and looted by America and its allies, the weekly rate of which exceeds what the pilgrimage facilities collectively need for the entire year.

Taking the required security precautions and dealing appropriately with these incidents is part of the presumed responsibility of those who are still filling the world with their boasting about their accomplishments and their security capabilities.

Eliminating the negligence which was the cause of several of the fires in the pilgrims' camps is also part of that responsibility. The fires could have been avoided and their impact minimized through a number of solutions offered by the people of opinion and advice to these rulers, but they threw them against the wall.

The problem is not in the ability to find solutions that will spare the guests of the Merciful and the pilgrims to His ancient house these tragedies and catastrophes to which they are subjected every year. Nor is it the application of those simple, easy solutions, as the solutions were presented to the ruling regime a long time ago. The amount of money necessary for their implementation is nothing worth mentioning compared to the money spent on intelligence agents and spies who pursue and bother the pilgrims and work to empty the pilgrimage of its substance and meaning. Can anyone believe that this regime, that is crowding the pilgrims at the holy sites and elsewhere with all of its palaces and houses, spending

| Telephone: 00441716242462 | Fax: 00441713289651 | Address: BM BOX 7666, London, WCIN 3XX, U.K. |
|---|---|---|

| The Committee for Advice and Reform | 2-2 | Statement No. |
|---|---|---|
| London Office | | 19 |

several billions in doing so, is unable to provide appropriate lodging for the pilgrims, to spare them the danger of the repetitive fires and provide them with safety so that they can perform their pilgrimage?!

The truth is that providing the necessities of sufficient comfort and peace for the pilgrims does not present a problem. The problem is in the Saudi regime that wants to monopolize each of these matters for its princes, without tasking itself with complying with the simplest basics of this responsibility. Can anyone imagine, accept, or fathom any religion, ideology, system, or law, in which these tragedies are repeated every year without the negligent party being questioned, tried, expelled, or removed?!

It is through the playing with the minds of the Muslims and the numbing of their feelings that these tragedies continue, and those responsible for them continue without any questioning or taking sufficient actions to stop such repetitions. [They are] stupidly satisfied with offering cold condolences to the families and governments of the victims among the guests of the Merciful. All of this is negligence and disregard for the lives of thousands of souls among the guests of the Merciful and the pilgrims of His house occurs at a time when the Saudi regime is paying unusual attention to the lives of the enemies of the nation among the Jews and the Christians. Here it is, after the killing of sixty occupying Jews in Palestine, hastening to the Sharm al-Shaykh Conference to offer its condolences to a band of occupying Zionists in Palestine, show solidarity, and endorse the decisions of the conference that condemn jihad and the mujahidin. Here it is, making a big deal about the killing of a handful of infidel American military personnel. To satisfy the Americans, it offered the heads of a group of pure youth who are zealous about their belief, their country, and their nation. It also put thousands in prison and removed high ranking military leaders who were accused of not doing enough to protect the occupying Americans. It took eighty-one precautionary steps to prevent the repetition of such incidents. The American government acknowledged that in cooperation with the Saudi regime, seventy-nine of those steps were implemented!

Since when are the souls of a handful of defiled Jews and conquering Americans more precious than the souls of the thousands of guests of the Merciful and pilgrims of His ancient house? Those pilgrims who came from everywhere and every direction, bearing the suffering of travel and paying the high costs, in addition to enduring all kinds of insults including degradation, discrimination, bias, and annoyance that the Saudi regime imposes on them. They bear all of this for the sake of performing this duty, this great pillar of the pillars of Islam. Then, they find themselves fuel for a fire caused by the negligence and disregard of this regime for the lives of thousands of victims, in addition to its indifference to the feelings of multiples of that number of widows, orphans, bereaved, and solitary [figures] who were joyfully awaiting the return of their family members from the trip of a lifetime, and instead, received motionless bodies in a big international funeral. And that was only if they were lucky enough to receive the bodies and the Saudi regime did not steal the bodies and use them as autopsy materials as has often happened. The regime keeps the bodies of some of the pilgrims who die during the pilgrimage incidents when it does not find anyone to claim their bodies and these bodies become materials for experimentation and application by professors and students at medical universities and there is no might or power except in God.

At this time, we offer our deep condolences to the nation of Islam in general, and to the families and relatives of the victims in particular. We confirm these peoples' right to ask for just compensation proportionate to the enormity of the crime and the horrors of the harm to which they were exposed. We confirm the innocence of the countrymen of the behavior of the regime that is a stranger to our religion, our customs, and our good character.

We place the blame for these repetitive and renewed tragedies during almost every pilgrimage season on the regime, even though as we and the people of knowledge have illustrated, it has lost its legitimacy. The provision of security for the guests of the Merciful and the cost of what is needed for their comfort and safety is the presumed responsibility of this regime, as it is its security and financial responsibility.  However, maybe its excuse for neglecting its security responsibility is that it is busy chasing the proselytizers, the scholars, and those who are working for Islam, and fighting them and locking them up by the thousands in their prisons on the one hand and protecting the occupying American forces and their bases that have become exposed to the resentment of the Muslims after having occupied their holy sites, stolen their wealth, looted their riches, and conspired against them in the Land of the Two Holy Mosques and elsewhere on the other.

Perhaps its excuse for neglecting its financial responsibility is that it exhausted its budget by spending on the communists in Yemen, the Christians in the South Sudan, and the tyrants in Egypt, Algeria, and elsewhere.

And what's to stop it? The Messenger, may prayers and peace be upon him said: *"One of the admonitions of the previous Prophets which has been conveyed to people is that if you have no modesty, you can do whatever you like."*

Dated: 08/12/1417 AH

Corresponding to: 04/16/1996 [TN: Last digit appears to be handwritten] AD

[TN: This statement is not signed]

| Telephone: 00441716242462 | Fax: 00441713289651 | Address: BM BOX 7666, London, WCIN 3XX, U.K. |

[TN: This page is a duplicate of page 95]

[TN: This page is a duplicate of page 96]

In the name of God, the Merciful, the Compassionate

| The Committee for Advice and Reform London Office | 1-2 | Statement No. 20 |
|---|---|---|

Praise be to God and prayers and peace be upon the Messenger of God and upon his family, companions, and those who were enlightened by his guidance.

The Saudi regime has been diligently fighting Islam and its people, and it proceeded to distort and pursue the truthful religious scholars and the faithful proselytizers. It was brilliant in doing so because of its deep-rooted hate and deep animosity towards Islam by virtue of its imported foreign experience in this field, which enabled it to benefit from the experiences of the allied tyrannical regimes.

The latest accomplishment of this regime in this respect was that it defiled the sanctity and the status of a group of Islamic religious scholars and guests of the Merciful from the Muslim nation of Pakistan. They were arrested during their stay in the country to perform the rituals of Hajj and Umrah [TN: An Islamic pilgrimage which can be performed at any time of year, unlike the Hajj, which has specific dates].

Their charge, for which they were exposed to harassment, pursuit, and arrest by the Saudi intelligence, was that some of them related a fatwa issued by committees and organizations of religious scholars in Pakistan and elsewhere, regarding the need to expel the Americans and the Crusaders from the Land of the Two Holy Mosques. They did so in order to be faithful to the covenant that God accepted from the religious scholars, pledging that they would declare the truth to the people and not keep it secret. This is the truth that [the Prophet], may prayers and peace be upon him, illustrated in regard to this cause by saying: *"Expel the polytheists from Arabia."*

Even though these fatwas, signed by some of these religious scholars, did not mention anything negative about the Saudi regime, despite being primarily responsible for this Crusader occupation of the Land of the Two Holy Mosques the likes of which had not been witnessed before or after Islam, this did not intercede for them.

The Saudi regime's arrest of those scholars, who came to perform the rituals of the pilgrimage and the Umrah in the holy land of God and during His holy month, confirms that this regime, in seeking to fight the word of truth and those who declare it, those who call to God, and those who work for Islam, is no longer satisfied with the oppressive and coercive actions it is taking against the citizens of the nation under its rule. It now seeks to expand these actions against all who proclaim the truth among the scholars of Islam and its proselytizers wherever they may be.

In order to do so, it does not refrain from using the meanest methods and most vile ways. It is not deterred by religion or prevented by ethics. It had already villainously and dastardly terminated the contracts of a select group of professors and doctors from the universities of the country and ordered their immediate deportation after it failed to buy their consciences and their loyalties. There was no intercession for them after spending their lives in service to the nation and spreading knowledge within it.

Here it is today, continuing to take advantage of its control over the Land of the Two Holy Mosques, making it a police trap for anyone who issues a legitimate fatwa, proclaims the truth that does not suit its whim or its mood, or annoys its American masters occupying the Land of the Two Holy Mosques.

This regime, with its lowly exploitation of its control over the Land of the Two Holy Mosques, and all of the resulting harm it has inflicted on the Muslims, confirms an important truth, which is that this struggle between it and Islam and the Muslims goes beyond the narrow borders of the Land of the Two Holy Mosques, to include the entire nation of Islam. In addition to the fact that every Muslim on the face of the earth must wholeheartedly face this land five times in his prayers, every Muslim is also religiously required to personally go to it himself to perform the pilgrimage obligation which is the fifth pillar of Islam.

Since this country is linked to these two pillars of the religion, there is no way that a nation of more than one and a quarter billion people can remain silent about the occupation it is experiencing, the tyranny practiced within it, and the insults, humiliation, disregard, and neglect suffered within it by the guests of the Merciful. If this regime offers the guests of the Merciful as fuel to the fires of neglect during the pilgrimage of nearly every year and leads the best of those who remain to the prisons and dungeons, only because they issued a fatwa in fulfillment of God's command to declare the truth, and the Ummah has not moved against this situation and these actions, when will it move?

The Saudi regime, by moving to arrest those religious scholars today, reminds the Ummah of what it had previously done when it arrested the best of the nation, its religious scholars, and its sons like Shaykh Safar al-Hawali, Shaykh Salman al-'Awdah, and their brethren, who are stationed at the fronts of the truth, and who are steadfast in the tyrants'

| Telephone: 00441716242462 | Fax: 00441713289651 | Address: BM BOX 7666, London, WCIN 3XX, U.K. |
|---|---|---|

| The Committee for Advice and Reform | 2-2 | Statement No. |
|---|---|---|
| London Office | | 20 |

prisons. Those are the lofty mountains whose solidity in the truth has shattered all manner of enticement, temptation, incentivizing, and terrorizing. Those are the heroes that revived the nation's faith from death, stirred the sense of honor, and resurrected the spirit of refusal and resistance of falsehood. We beseech God to make us and them steadfast to the truth and to release everyone.

If the Saudi regime thinks that with these actions it can hide the word of truth from the nation, or acquire the status of its people, it is deluded. Words and supplications do not earn credibility with the people like the credibility of those who are harmed for its sake and water its tree with their sweat and blood.

Nothing sets the leaders of the nation apart as much as trials, tribulations, prisons, and detention camps. The regime, with its sinful actions against the religious scholars, is working to spread and deepen the Islamic view that they are proclaiming. It is working on presenting them as mature leaders for the nation and graduates of the school of Yusuf, may peace be upon him.

While we know that the Saudi regime accepts responsibility for these crimes that it commits against Islam and its scholars, we still cannot excuse some of the groups from responsibility, particularly the scholars and people of influence and status who could support the victims of injustice with a statement of truth about them. Helping a Muslim is his right from another Muslim. [The Prophet], may prayers and peace be upon him, said: *"A Muslim is a brother of (another) Muslim, he neither wrongs him nor does hand him over to one who does him wrong." (al-Jami' al-Saghir collection of Hadith). "A Muslim is a brother to a Muslim. He should neither deceive him nor lie to him, nor leave him without assistance." (al-Jami' al-Saghir collection of Hadith).* The severe threat to he who deserts a Muslim in a place where his respect may be violated and where his honor may be aspersed is no secret.

[The Prophet], may prayers and peace be upon him, says: *"No (Muslim) man will desert a man who is a Muslim in a place where his respect may be violated and his honor aspersed without Allah deserting him in a place here he wishes his help; and no (Muslim) man who will help a Muslim in a place where his honor may be aspersed and his respect violated without Allah helping him in a place where he wishes his help." (al-Jami' al-Saghir collection of Hadith).*

It is the same for the police force. They can do a lot to support their scholars and shaykhs and lift the oppression from them. If they cannot accomplish the entire duty, they should at least stop themselves from being the hand of violence used by the Saudi regime to oppress, fight, and antagonize the worshippers of God, about whom God says in a sacred hadith: *"'I will declare war against him who shows hostility to a pious worshipper of Mine." (Narrated by al-Bukhari).*

We remind them of the strong threat to those who annoy the believers, both men and women. The Almighty said: *"And those who annoy believing men and women undeservedly, bear (on themselves) a calumny and a glaring sin."* [al-Ahzab: 58].

This protest does not replace the obligation to obey the ruler, because the Saudi regime is not a legitimate ruler due to the nullifiers of Islam that it has committed such as ruling contrary to what God has revealed, fighting Islam and its people, and [its] loyalty to the infidels and their countries. We have detailed all of this and mentioned its evidence from the Book, the Sunnah, and the words of the religious scholars of the nation in our previous statements, specifically statement number seventeen.

Even if we suppose the legitimacy of this regime, the consensus is that there is no obedience to a creature in disobedience of the Creator as [the Prophet], may prayers and peace be upon him, said in the hadith narrated by Ahmad and al-Hakim in *Sahih al-Jami'*.

The Muslims in Pakistan in general, and particularly the religious scholars among them, must undertake their religious duty to this cause by providing assistance to the oppressed and deterring the oppressors, working to not repeat these crimes against the religious scholars of the Ummah who are the heirs of the prophets, may peace be upon them.

This is what we wanted to state on this occasion. *"But Allah tells (you) the Truth, and He shows the (right) Way."* [al-Ahzab: 4].

[TN: This statement is not signed or dated.]

[TN: This page is a duplicate of page 99]

[TN: This page is a duplicate of page 100]

هيئة النصيحة والإصلاح
مكتب - لندن                    ٢-٢                    البيــــان رقـــــم
(٧)

الباطلُ وانتصر الحقُ واهله او تذكرون ما فعل الله بفرعون وكيف اخذه وجنوده ﴿ ان فرعون وهامان وجنودهما كانوا خاطئين ﴾، ﴿ فاخذناه وجنوده فنبذناهم في اليم فانظر كيف كان عاقبة الظالمين ﴾،او ترضؤن ان يكون الكفار واهل الفسق والفجور معززين مكرمين ويكبل علماؤنا في ظلمات السجون. انه يحرم حرمة عظيمة الوقوع في غيبة العلماء فهم ورثة الانبياء فكيف بمن اعتدى عليهم او اعان على ذلك واين انتم من تحذيره ﷺ ( كل المسلم على المسلم حرام دمه وماله وعرضه ) رواه مسلم. فلا يقدمن احدكم على مثل هذا الاعتداء ويقول انا عبد مأمور، تلك والله كلمة عظيمة الخطر على قائلها تتنافى مع شهادة التوحيد فانتم عباد لله ولستم عبادا للحكم السعودي. وامر الله اكبر من امر حكامكم وهذا إقراركم بقولكم (الله اكبر) التي تبدأون بها صلواتكم وانتم عباد الله الطائعون له والممتثلون لاوامره اذ تتلون ﴿ إياك نعبد وإياك نستعين ﴾.

اخواننا يا ابناء شعبنا يا اهل النخوة والعزة يا من لم يحن جبهته الا لله، ان العلماء والدعاة والمصلحين واتباعهم لا يرونكم الا اخوة واحبابا للشعب وجنودا اوفياء للامة وغيورين على دين الاسلام وحماة لحقوق المسلمين وسيخيب ظن النظام السعودي الجائر والواهم بانكم خدامه وعبيده ولتشهد الامة انكم عباد الله وحده، وليعرف الشعب انكم احبابه وحراسه وانصاره، وليستبشر العلماء والدعاة بانكم قد عاهدتم الله ان تسلكوا طريق الجنة ولن تبيعوا دينكم وأخرتكم بدنيا غيركم وانكم عازمون على الاتي:

١- ان يتوب المسيء طمعا في مغفرة الله القائل ﴿ إلا من تاب وآمن وعمل عملاً صالحاً فأولئك يبدلُ اللهُ سيئاتهم حسنات وكان الله غفوراً رحيماً ﴾.

٢- أن لا تطيعوا الظالمين إذا أمروكم بالاعتداء على العلماء وشعبكم المسلم؛ لان هذا صد عن سبيل الله ومحاربة لدين الله ومعصية عظيمة لقوله ﷺ ( لا طاعة لاحد في معصية الله .. ) متفق عليه.

٣- ان تحثوا بقية اخوانكم العاملين معكم على عدم الاستجابة لاوامر الظالمين لقوله ﷺ ( والذي نفسي بيده لتأمرن بالمعروف ولتنهون عن المنكر او ليوشكن الله ان يبعث عليكم عقابا ثم تدعونه فلا يستجاب لكم ) حسن رواه الترمذي.

٤- ان لا تتأخروا عن نصرة شعبكم المسلم ورفع الظلم عنه وذلك لقوله ﷺ ( المسلم أخو المسلم لا يظلمه ولا يخذله ولايسلمه..) متفق عليه .

٥- ان تتبرؤا من كل جرائم النظام وان لا تركنوا اليه، كما قال تعالى ﴿ ولا تركنوا الى الذين ظلموا فتمسكم النار ..﴾.

وأخيراً، فإننا في (هيئة النصيحة والإصلاح) ندعو جميع رجال الامن ان يكفروا عما تسببوا فيه من اعتقال الشيوخ ويسعوا جاهدين لاطلاق سراحهم ونهيب بجميع افراد شعبنا المسلم ان لا يهدأ لهم بال حتى يروا العلماء قد خرجوا من سجون الظالمين ﴿ وتعاونوا على البر والتقوى ولا تعاونوا على الاثم والعدوان ﴾.

عنهم/ اسامة بن محمد بن لادن

التاريخ : ١٤١٥/٤/١١ هـ
الموافق : ١٩٩٤/٩/١٦ م

BM BOX 7666, LONDON, WC1N 3XX, U.K.: العنوان 00441713289651 فاكس : 00441716242462 هاتف :

بسم الله الرحمن الرحيم

| هيئة النصيحة والإصلاح | ٢-١ | البيان رقم (٧) |
| --- | --- | --- |
| مكتب لندن | | |

## رسالة عاجلة الى رجل الامن

انه قضّ مضاجعنا وأرّق ليلنا ذاك المصاب الاليم والجرم الاثيم اذ اودع النظام السعودي كوكبة من خيار الامة من علمائها المجاهدين ودعاتها العاملين في غيابات السجون، ضمن حملته المسعورة لضرب الصحوة الاسلامية ورموزها العلمية والشعبية. وانه لمن المخجل والمؤسف حقا انه استخدم نفرا من المسلمين من شعبنا المظلوم وجعلهم عصاة غليظة يضرب بها كل صوت حق ويخمد بها كل كلمة صدق نادى بها رواد الامة من العلماء والدعاة . مما اوجب علينا شرعا تبيان الحق لاولئك المسلمين الذين صاروا اعوانا للظالمين وهم لا يشعرون، فلعلهم يتوبون عما مضى ويكفون عما ياتي وهم باذن الله لذلك فاعلون .

اخواننا المسلمين في جهاز الامن وفقكم الله جميعا لما يرضيه وجنبكم معاصيه، اعلموا انكم قد أُعددتم للدفاع عن مصالح شعبكم ورعاية حقوقه وانكم وكلاء عنه في هذا الامر العظيم فانتم حُرّاسه الساهرون والعاكفون على صيانة دينه وازواج افراده وممتلكاته هذه هي مكانتكم المشرفة العظيمة التي يريد حكامكم اليوم ان ينزعوها منكم ويردّوكم الى مرتبة رخيصة ذليلة لا يرضاها من اعزه الله بالاسلام واكرمه بالعبودية له ، يريدون ان يحولوكم الى عبيد كانهم اشتروكُم بحُرّ مالهم، يريدون ان يجعلوكم رماحا يطعنون بها صدور العلماء ومتاريس يوقفون بها انتشار الدعوة الاسلامية وانتم بهذا انما تهدمون صرح دينكم وتطعنون انفسكم واخوانكم وابناء عمومتكم بل علماءكم وخياركم.

فاي ذنب اقترفه هؤلاء العلماء الابرار ؟!.. هل اختلسوا اموال الدولة ووزعوها على اسرهم ؟!.. ام اغتصبوا اراضي القبائل ومنحوها لاقربائهم ؟!.. ام احتكروا التجارة بكل اصنافها بينهم واوصدوها بوجه غيرهم ؟!.. ام بنوا القصور من دمائكم واموالكم وسكنوها في خير بقاع الارض من بلادكم ؟!.. ام بددوا الاموال وخيرات البلاد على شهواتهم حتى اصبحت مخاطر الحاجة والفقر تَدُقّ الابواب وتَدُثّت الخدمات في جميع مرافق الحياة ؟!.. ام حاربوا الله فملأوا ارض الجزيرة ببنوك الربا ام هل نشر العلماء الفساد في ديار الحرمين واضاعوا الدنيا والدين ؟!.. ام استحلوا اموال الشعب واستعبدوه حتى امسوا ظانّين انهم يملكون الارض والمال والرقاب وكلما ادّوا معشار ما عليهم من الواجبات شفعوه بالمن والاذى واسمَوّه هبات ومكرُمات ؟!.. ام خططوا لبقاء الجيش ضعيفا واستخفوا به وبقدراته ثم اهانوه بالاستنجاد بالاعداء حماية لعروشهم ؟!.. ام سخروا اجهزة الاعلام لتكون ابواق نفاق وخداع وتضليل لا همّ لها سوى التمجيد والاشادة بالدعاوى الكاذبة ان اولئك العلماء الذين تؤمرون بضربهم واعتقالهم لتصدوهم عن تبليغ دين الله، هم الذين انكروا جميع تلك المخالفات والموبقات، وطالبوا بتحكيم شرع الله كله ودعَوا الى انقاذ البلاد من التدهورالسياسيي والعسكري والاقتصادي والامني والصحي .الخ. .كما في مذكرة النصيحة.

افيقوا ياأخواننا ولا تدعوا الدجالين من آل سعود يسوقونكم الى غضب الله وعقابه فتبوأوا بخزي الدنيا وعذاب الآخرة وهذا كتاب الله شاهد على عاقبة من وقف مع الظالم ينصره حتى اتى امر الله فاخذ الظالم وجنوده فزهق

هيئة النصيحة والإصلاح
مكتب ـ لندن

البيان رقم
(٧)

٢-٢

الباطلُ وانتصر الحقُّ واهله اوَ تذكرون ما فعل الله بفرعون وكيف اخذه وجنوده ﴿ ان فرعون وهامان وجنودهما كانوا خاطئين ﴾، ﴿ فاخذناه وجنوده فنبذناهم في اليم فانظر كيف كان عاقبة الظالمين ﴾. او ترضَوْن ان يكون الكفار واهل الفسق والفجور معززين مكرمين ويكبل علماؤنا في ظلمات السجون. انه يحرم حرمة عظيمة الوقوع في غيبة العلماء فهم ورثة الانبياء فكيف بمن اعتدى عليهم او اعان على ذلك واين انتم من تحذيره ﷺ ( كل المسلم على المسلم حرام دمه وماله وعرضه ) رواه مسلم. فلا يقدمن احدكم على مثل هذا الاعتداء ويقول انا عبد مأمور، تلك والله كلمة عظيمة الخطر على قائلها تتنافى مع شهادة التوحيد فانتم عباد لله ولستم عبادا للحكم السعودي. وأمر الله اكبر من امر حكامكم وهذا إقراركم بقولكم (الله اكبر) التي تبدأون بها صلواتكم وانتم عباد الله الطائعون له والممتثلون لاوامره اذ تتلون ﴿ إياك نعبدُ وإياك نستعين ﴾.

اخواننا ياابناء شعبنا ياأهل النخوة والعزة يا من لم يحن جبهته الا لله، ان العلماء والدعاة والمصلحين واتباعهم لا يرونكم الا اخوة واحبابا للشعب وجنودا اوفياء للامة وغيورين على دين الاسلام وحماة لحقوق المسلمين وسيخيب ظن النظام السعودي الجائر والواهم بانكم خدامه وعبيده ولتشهد الامة انكم عباد الله وحده، وليعرف الشعب انكم احبابه وحراسه وانصاره، وليستبشر العلماء والدعاة بانكم قد عاهدتم الله ان تسلكوا طريق الجنة ولن تبيعوا دينكم وآخرتكم بدنيا غيركم وانكم عازمون على الآتي:

١– ان يتوب المسيء طمعا في مغفرة الله القائل ﴿ إلا من تاب وآمن وعمل عملاً صالحاً فأولئك يبدلُ اللهُ سيئاتهم حسنات وكان الله غفورا رحيماً ﴾.

٢– أن لا تطيعوا الظالمين إذا أمروكم بالاعتداء على العلماء وشعبكم المسلم؛ لان هذا صد عن سبيل الله ومحاربة لدين الله ومعصية عظيمة لقوله ﷺ ( لا طاعة لاحد في معصية الله .. ) متفق عليه.

٣– ان تحثوا بقية اخوانكم العاملين معكم على عدم الاستجابة لاوامر الظالمين لقوله ﷺ ( والذي نفسي بيده لتأمرن بالمعروف ولتنهون عن المنكر او ليوشكن الله ان يبعث عليكم عقابا ثم تدعونه فلا يستجاب لكم ) حسن رواه الترمذي.

٤– ان لا تتأخروا عن نصرة شعبكم المسلم ورفع الظلم عنه وذلك لقوله ﷺ ( المسلم أخو المسلم لا يظلمه ولا يخذله ولايسلمه..) متفق عليه.

٥– ان تتبرؤا من كل جرائم النظام وان لا تركنوا اليه، كما قال تعالى ﴿ ولا تركنوا الى الذين ظلموا فتمسكم النار ... ﴾.

وأخيراً، فإننا في (هيئة النصيحة والإصلاح) ندعو جميع رجال الامن ان يكفروا عما تسببوا فيه من اعتقال الشيوخ ويسعون جاهدين لاطلاق سراحهم ونهيب بجميع افراد شعبنا المسلم ان لا يهدأ لهم بال حتى يروا العلماء قد خرجوا من سجون الظالمين ﴿ وتعاونوا على البر والتقوى ولا تعاونوا على الاثم والعدوان ﴾.

عنهم/ اسامة بن محمد بن لادن

التاريخ : ١٤١٥/٤/١١ هـ
الموافق : ١٩٩٤/٩/١٦ م

BM BOX 7666, LONDON, WC1N 3XX, U.K. العنوان : 00441713289651 فاكس : 00441716242462 هاتف :

بِسْمِ اللهِ الرَّحْمٰنِ الرَّحِيمِ

| البيـــــان رقـــــم (٨) | ١-٢ | هيئة النصيحة والإصلاح مكتب - لنجن |
|---|---|---|

## برقية هامة إلى إخواننا في القوات المسلحة

اخوة الاسلام وحراس الدين والعقيدة ..

ياخلف أولئك السلف الذين حملوا نور الهداية ونشروه على العالمين، يا أحفاد سعد بن أبي وقاص والمثنى بن حارثة الشيباني والقعقاع بن عمرو التميمي ومن جاهد معهم من الصحابة الأخيار، يا رجالا تدخرهم الأمة ليوم كريهة وسداد ثغر.

ياحماة تدرأ بهم الأمة – بإذن الله – غدر الصائلين على العرض والدين : ها قد رأيتم جهارا كيف كشّر النظام السعودي عن أنيابه، وأبان عن نفاقه وعمالته، وانفضح ما كان مستترا من عدائه للإسلام والدعوة والدعاة فأودع خيرة علماء الأمة غياهب السجون وأهانهم شر إهانة، ومازالت حملته مستعرة تأكل الأخضر واليابس محاولا اجهاض الصحوة وتجفيف منابعها والعودة بها إلى الوراء سنين، وإنها والله لمؤامرة كبرى يتولى كبرها النظام، إظهارا لولائه لأعداء الإسلام والمسلمين ولا معتصم لها في أفق المعاناة .. ولكن الأمل بالله ثم بكم أن يخرج من بين أظهركم معتصم مُحنتنا الذي لا ريب قادم بإذن الله، فكونوا لها ذلك الأمل.

لقد انكشفت عورة هذا النظام وبان خداعه وظهر عدائه للدين والأمة :

★ أليس هو النظام الذي استجلب نساء جيوش النصارى للدفاع عنه واضعاً الجيش في أقصى درجات الذلة والمهانة والاحباط.

★ أليس هو النظام الذي فتح البلاد بطولها وعرضها فامتلأت بقواعد جيوش أمريكا التي هيهات أن يقترب منها أحد من ضباط الجيش مهما علت رتبته مخالفاً بذلك للوصية التي أوصى بها الرسول ﷺ امته وهو على فراش الموت حيث قال : ( أخرجوا المشركين من جزيرة العرب ) رواه البخاري.

★ أليس هو النظام الذي لم تهزه نخوة الإسلام ولا مروءة العرب عندما جعل الجيش المسلم مشاركاً كغطاء لاحتلال جيش امريكا للصومال !؟!.

★ أليس هو النظام الذي سخّر امكانات الجيش والبلاد لنصرة شراذم الشيوعيين المحادّين لله ورسوله في اليمن متجاهلاً فتوى العلماء الصادقين ومعرضاً عن مشورة قادة الجيش والله تعالى يقول : ﴿ لاتجدُ قوماً يؤمنون بالله واليوم الآخر يوادّون من حادّ الله ورسوله ﴾ .

★ أليس هو النظام الذي سعى حثيثا ومازال لإبقاء الجيش ضعيفا فنظرة واحدة ومقارنة عابرة بين الجزيرة والكيان الصهيوني الغاصب لفلسطين تنبئك عن ذلك أوضح نبأ :

– فمساحة الجزيرة أكبر من مساحة فلسطين المحتلة بأكثر من أربعين ضعفا وهذا يتطلب جيشاً كبيراً للدفاع عن هذه الرقعة الشاسعة ولكننا نجد أن عدد جيش الجزيرة لا يصل إلى عُشر جيش الكيان الصهيوني مع

هيئة النصيحة والإصلاح
مكتب - لندن

البيـــان رقـــم
(٨)

٢-٢

الفرق الهائل في مستوى التسليح.

– هذا في الوقت الذي تصل فيه ميزانية الجيش في المملكة إلى أرقام هائلة لا تصل إليها جيوش المنطقة قاطبة، فأين تذهب هذه الأموال ؟! لعل الجواب يتضح عندمـا نعلم أن دخل ( الأمير سلطان ) وزير الدفاع من عمولات صفقات السلاح قد بلغ في سنة واحدة خمسة مليارات دولار في الوقت الذي يوقف فيه النظام مخصصات وبدلات أفراد القوات المسلحة بسبب التدهور الاقتصادي الحاد الذي سيذوق وباله أبناء الشعب دون المساس بمخصصات كبار الأسرة الحاكمة.

– فلنسـأل النظام اذاً : مـاذا أعد للدفـاع عن تبوك وخيبر أمـام أطمـاع اليهود المعلنة والمكتوبة على أبواب (الكنيست) والمطبوعة على عملتهم الجديدة ؟ ولماذا يمانع تدريب الشعب للاستعداد للخطر القادم ؟.

★ وأخيرا هو النظام الذي احتقر وتجاهل مشاعر الشعب والقوات المسلحة باعتقال علمائه الصادقين وقادته المفكرين بكل لؤم ووقاحة وإهانة لتلك المشاعر، كاشفاً عن عدائه وحربه لله ورسوله وصالح المؤمنين، قال رسول الله ﷺ : قال الله تعالى﴿ من عادى لى ولياً فقد بارزنى بالمحاربة ﴾ رواه البخاري.

فـقد بان إذن واتضح لكل ذي عينين أن النظام قد سقطت شرعيته بسبب موالاته ونصرته لأعداء الدين واعتدائه على مشاعر المسلمين، في الوقت الذي أجمع على قرب نهايته وانهياره الخبراء بأحـوال الأمم وحقائق التاريخ، فغدا سقوط النظام مسألة وقت فحسب.

أيها الرجال الذين تنتظرهم الأمة للدفاع عن مهبط الوحي لئلا يدنسه الكفرة، ويرقبهم أبناؤها لنصرة الحق في فلسطين وتحرير مسرى رسول الله الأمين ﷺ من أيدي اليهود المجرمين.

أيها الغيارى على دين نبينا محمد ﷺ، يا من تتزاحم مناكبكم في الصفوف الأولى عبادة لربكم العظيم واتباعا لسنة رسوله الكريم ﷺ.

أيها الرجال الأفذاذ : نذكركم ﴿ فإن الذكرى تنفع المؤمنين ﴾ أنكم حماة العقيدة والدين وبلاد المسلمين ونعيذكم بالله ونربأ بكم أن يدفع بكم النظام لقهر وقتل علمائكم وآبائكم وإخوانكم وأبنائكم، وقد قال الله تعالى ﴿ ومن يقتل مؤمنا متعمدا فجزاؤه جهنم خالداً فيها وغضب الله عليه ولعنه وأعد له عذاباً عظيماً ﴾ وقوله ﷺ ( لزوال الدنيا أهون على الله من قتل رجل مسلم ) صحيح الجامع.

إن وعد رسول الله ﷺ بالخلافة الراشدة بعد الملك العضوض والجبري قادم لا محالة فكونوا من الممهدين لها.

﴿ ومن يتولَّ الله ورسوله والذين آمنوا فإن حزب الله هُمُ الغالبون ﴾

عنهم/ اسامة بن محمد بن لادن

التاريخ : ١٤١٥/٤/١٤ هـ
الموافق : ١٩٩٤/٩/١٩ م

هاتف : 00441716242462     فاكس : 00441713289651     العنوان :.BM BOX 7666, LONDON, WC1N 3XX, U.K

بسم الله الرحمن الرحيم

| هيئة النصيحة والإصلاح | ٢-١ | البيـــان رقـــم (٨) |
| مكتب - لندن | | |

## برقية هامة إلى إخواننا في القوات المسلحة

اخوة الاسلام وحراس الدين والعقيدة ..

ياخلف أولئك السلف الذين حملوا نور الهداية ونشروه على العالمين، يا أحفـاد سعد بن أبي وقاص والمثنى بن حارثة الشيباني والقعقاع بن  عمرو التميمي ومن جاهد معهم من الصحابة الأخيار، يا رجالا تدخرهم الأمة ليوم كريهة وسداد ثغر.

ياحماة تدرأ بهم الأمة - بإذن الله - غدر الصائلين على العرض والدين : ها قد رأيتم جهارا كيف كشّرَ النظام السعودي عن أنيابه، وأبان عن نفاقه وعمالته، وانفضح ما كان مستترا من عدائه للإسلام والدعوة والدعاة فأودع خيرة علماء الأمة غياهب السجون وأهانهم شر إهانة، ومازالت حملته مستعرة تأكل الأخضر واليابس محاولا اجهاض الصحوة وتجفيف منابعها والعودة بها إلى الوراء سنين، وإنها والله لمؤامرة كبرى يتولى كبرها النظام، إظهارا لولائه لأعداء الإسلام والمسلمين ولا معتصم لها في أفق المعاناة .. ولكن الأمل بالله ثم بكم أن يخرج من بين أظهركم معتصمٌ مُحنتنا الذي لا ريب قادم بإذن الله، فكونوا لها ذلك الأمل.

لقد انكشفت عورة هذا النظام  وبان خداعه وظهر عدائه للدين والأمة :

★ أليس هو النظام الذي استجلب نساء جيوش النصارى للدفاع عنه واضعاً الجيش في أقصى درجات الذلة والمهانة والاحباط.

★ أليس هو النظام الذي فتح البلاد بطولها وعرضها فامتلأت بقواعد جيوش أمريكا التي هيهات أن يقترب منها أحد من ضباط الجيش مهما علت رتبته مخالفاً بذلك للوصية التي أوصى بها الرسول ﷺ امته وهو على فراش الموت حيث قال : ( أخرجوا المشركين من جزيرة العرب ) رواه البخاري.

★ أليس هو النظام الذي لم تهزه نخوة الإسلام  ولا مروءة العرب عندما جعل الجيش المسلم مشاركاً كغطاء لاحتلال جيش امريكا .

للصومال ؟!!!.

★ أليس هو النظام الذي سخَّر امكانات الجيش والبلاد لنصرة شرائم الشيوعيين المحادّين لله ورسوله في اليمن متجاهلاً فتوى العلماء   الصادقين ومعرضاً عن مشورة قادة الجيش والله تعالى يقول : ﴿ لاتَجِدُ قوماً يؤمنون بالله واليوم الآخر يوادّون من حادّ الله ورسوله ﴾ .

★ أليس هو النظام الذي سعى حثيثا لإبقاء الجيش ضعيفا فنظرة واحدة ومقارنة عابرة بين الجزيرة والكيان الصهيوني الغاصب لفلسطين تنبئك عن ذلك أوضح نبأ :

– فمساحة الجزيرة أكبر من مساحة فلسطين المحتلة بأكثر من أربعين ضعفا وهذا يتطلب جيشاً كبيراً للدفاع عن هذه الرقعة الشاسعة ولكننا نجد أن عدد جيش الجزيرة لا يصل إلى عُشرِ جيش الكيان الصهيوني مع

هاتف : 162-0044171624  فاكس : 00441713289651 العنوان : BM BOX 7666, LONDON, WC1N 3XX, U.K.

الفرق الهائل في مستوى التسليح.

– هذا في الوقت الذي تصل فيه ميزانية الجيش في المملكة إلى أرقام هائلة لا تصل إليها جيوش المنطقة قاطبة،
فأين تذهب هذه الأموال ؟! لعل الجواب يتضح عندما نعلم أن دخل ( الأمير سلطان ) وزير الدفاع من
عمولات صفقات السلاح قد بلغ في سنة واحدة خمسة مليارات دولار في الوقت الذي يوقف فيه النظام
مخصصات وبدلات أفراد القوات المسلحة بسبب التدهور الاقتصادي الحاد الذي سينوخ وباله أبناء الشعب
دون المساس بمخصصات كبار الأسرة الحاكمة.

– فلنسأل النظام اذاً : ماذا أعد للدفاع عن تبوك وخيبر أمام أطماع اليهود المعلنة والمكتوبة على أبواب
(الكنيست) والمطبوعة على عملتهم الجديدة ؟ ولماذا يمانع النظام الشعب للاستعداد للخطر القادم ؟.

★ وأخيرا أليس هو النظام الذي احتقر وتجاهل مشاعر الشعب والقوات المسلحة باعتقال علمائه الصادقين
وقادته المفكرين بكل لؤم ووقاحة وإهانة لتلك المشاعر، كاشفاً عن عدائه وحربه لله ورسوله وصالح المؤمنين،
قال رسول الله ﷺ  : قال الله تعالى﴿ من عادى لى ولياً فقد بارزنى بالمحاربة ﴾ رواه البخاري.

– فقد بان إذن واتضح لكل ذي عينين أن النظام قد سقطت شرعيته بسبب موالاته ونصرته لأعداء الدين
واعتدائه على مشاعر المسلمين، في الوقت الذي أجمع على قرب نهايته وانهياره الخبراء بأحوال الأمم
وحقائق التاريخ، فغدا سقوط النظام مسألة وقت فحسب.

أيها الرجال الذين تنتظرهم الأمة للدفاع عن مهبط الوحي لئلا يدنسه الكفرة، ويرقبهم أبناؤها لنصرة الحق في
فلسطين وتحرير مسرى  رسول الله الأمين ﷺ من أيدي اليهود المجرمين.

أيها الغيارى على دين  نبينا محمد ﷺ، يا من تتزاحم مناكبكم في الصفوف الأولى عبادة لربكم العظيم واتباعا
لسنة رسوله الكريم ﷺ.

أيها الرجال الأفذاذ : نذكركم ﴿ فإن الذكرى تنفع المؤمنين ﴾ أنكم حماة العقيدة والدين وبلاد المسلمين ونعيذكم
بالله ونربأ بكم أن يدفع بكم النظام لقهر وقتل. علمائكم وآبائكم وإخوانكم وأبنائكم، وقد قال الله تعالى ﴿ ومن يقتل
مؤمنا متعمدا فجزاؤه جهنم خالداً فيها وغضب الله عليه ولعنه وأعد له عذاباً عظيماً ﴾ وقوله ﷺ ( لزوال الدنيا أهون
على الله من قتل رجل مسلم ) صحيح الجامع.

إن وعد رسول الله ﷺ بالخلافة الراشدة بعد الملك العضوض والجبري قادم لا محالة فكونوا من الممهدين لها.

﴿ ومن يتولَّ الله ورسوله والذين آمنوا فإن حزب الله هُمُ الغالبون ﴾

عنهم/ أسامة بن محمد بن لادن

محمد

التاريخ : ١٤١٥/٤/١٤ هـ
الموافق : ١٩٩٤/٩/١٩ م

BM BOX 7666, LONDON, WC1N 3XX, U.K.: العنوان   00441713289651 : فاكس   00441716242462 : هاتف

بسم الله الرحمن الرحيم

| البيان رقم (٩) | لا تعطوا الدنية في دينكم !! | هيئة النصيحة والإصلاح |
|---|---|---|
| | | مكتب لندن |

ياشباب الاسلام في مهبط الوحي، ها قد حل زمان الجد والعمل، وارتحل زمن الفتور والتراخي، فخذوا للأمر أهبته، وتعاهدوا أنفسكم بالعزيمة والتوكل على الله تعالى، فها هو النظام الذي ارتكب نواقض كلمة التوحيد يتخبط، وقد أقدم على حماقته العظمى وارتكب خطأه التاريخي القاتل حين دفع بجنده وأعوانه في مواجهة الدعوة والدعاة، فغدا كالساعي لحتفه بظلمه، وإنها بداية رحلة النصر والتمكين، فهي سنة الله تعالى إذا أراد إظهار دينه كما قال شيخ الإسلام ابن تيمية رحمه الله (ج ٢٨/٥٧) : (ومن سنة الله أنه إذا أراد إظهار دينه أقام من يعارضه فيحق الحق بكلماته ويقذف بالحق على الباطل فيدمغه فاذا هو زاهق).

فيا أبناء الجزيرة الأماجد : ها قد احتدم الصراع بين الحق والباطل، وسنة الله تعالى لاتتخلف، فسينتصر الحق ويزهق الباطل لامحالة بإذن الله، وما علينا إلا أن نتدبر سنن الله في التغيير والتمكين، ومن أهم هذه السنن سنة الابتلاء والتمحيص.

وهذا الابتلاء الذي ظاهره الشدة هو في حقيقته نعمة؛ لأنه يظهر من خلاله الصادق من الكاذب، والطيب من الطيب، قال الله عز وجل ﴿ أَلَمْ أَحْسِبَ النَّاسُ أَنْ يُتْرَكُوا أَنْ يَقُولُوا آمَنَّا وَهُمْ لَا يُفْتَنُونَ وَلَقَدْ فَتَنَّا الَّذِينَ مِنْ قَبْلِهِمْ فَلَيَعْلَمَنَّ اللَّهُ الَّذِينَ صَدَقُوا وَلَيَعْلَمَنَّ الْكَاذِبِينَ ﴾. ربي إذاً سنة الله التي لامحيد، عنها وقد ابتُلي بها مَن قبلنا، وسُئِل الإمام الشافعي أخيرُ للمرء أن يُمَكَّن أو يُبْتَلى؟ قال لا يُمَكَّن حتى يُبتَلى، فإن كان الأمر كذلك فلا محيص إذاً عن الصبر، فالثبات الثبات فما النصر إلا صبر ساعة يحل من بعده التمكين بإذن الله، وها هم الكفار يصبرون على باطلهم، فما أحوجنا للصبر على الحق الذي به ندين.

إن المعركة القائمة بين النظام العميل من جهة، والشعب والعلماء من جهة أخرى، ليست خطأً عابراً غير محسوب، بل هو جزء من مخطط كبير ينفذه النظام لأسياده لاستئصال جذور الإسلام في أعماق هذا الشعب، فهو لن يسمح لحامل الحق والهدى أن يزهق باطله ولو كان حامل الحق من كان، فلا تُعطوا الدنية في دينكم لأجل دنيا، ويعيش رخيص فهي سنة الله في ابتلاء من سلب الجنة، فالتزموا بأمر الله، واجهروا بالحق واصدعوا به، وجاهدوا باللسان في بيان بطلان النظام حتى يفهم كل الناس حقيقة منهج دينكم وأنه الحق وأنما ما دونه هو الباطل الزاهق.

وثاني هذه السنن هي سنة النصر والتمكين ولابد أن نعلم أن للنصر والتمكين سنن وضعها الله بها يأتي النصر، فعلى طريقها يحل التمكين وليس عن غيرها، وقد علمنا الله هذه السنن في كتابه واضحةً جلية، وبينها رسوله ﷺ أشمل بيان، فالسنن لاتحابي أحداً لم يأت البيوت من أبوابها.

فيا أيها الشعب المسلم المتفجر غضباً على حكام آل سعود، والمحترق نصرةً لعلماء الأمة الأسارى، بارك الله في غضبكم للحق، ألا فصبروا هذه الغضبة في قنوات سنن التمكين حتى تؤتي أكلها ولو بعد حين، واصبروا على سنن النصر كمسيركم على سنن الابتلاء فكلاهما بسبيل الهدف الذي تنشدوه، وأن أهل الحق لن يتراجعوا عن دينهم، ولن يقفوا مكتوفي الأيدي أمام هذه التصرفات المادية للإسلام، وأن أرخص مايقدموه أرواحهم، وأن غداً لناظره قريب.

أيها الشعب المسلم :

١- جددوا نيتكم خالصاً لله عز وجل، وعاهدوا الله تعالى وتعاهدوا بينكم على نصرة الدين والحق والصبر على ذلك وتواصوا فيما بينكم على البذل والعطاء والتضحية. ﴿ لَنْ تَنَالُوا الْبِرَّ حَتَّى تُنْفِقُوا مِمَّا تُحِبُّونَ ﴾.

٢- ضرورة الانضباط وترك التصرفات والانفعالات الفردية التي تضر بمصالح المجموعة.

٢- بينوا حقيقة الصراع مع النظام لكل من تعرفون، وأن حقيقة الصراع يُمحور حول مقتضيات لا إله إلا الله -كما قد أشرنا في بياننا رقم (٢)- فإن ذلك واجب الدعاة لإظهار الحق، فتحركوا بذلك واكتشفوا حقيقة فساد النظام ومخالفته للشرع وارتكابه لنواقض كلمة التوحيد لا إله إلا الله.

٤- استمروا في سعيكم بمطالبتكم بالإفراج عن الشيوخ المعتقلين وإعادتهم إلى منابرهم، ولكن لنعلم أن هذا ليس غاية بذاته، ولنمضي في مسيرتنا بإذن الله آخذين بشمولية الإسلام حتى تكون كلمة الله هي العليا.

﴿ وَاللَّهُ غَالِبٌ عَلَى أَمْرِهِ وَلَكِنَّ أَكْثَرَ النَّاسِ لَا يَعْلَمُونَ ﴾

عنهم/ أسامة بن محمد بن لادن

التاريخ: ١١/٤/١٤١٥ هـ
الموافق: ١٦/٩/١٩٩٤ م

B.M BOX. 7666. LONDON, WC1N 3XX, U.K.  العنوان : 00441713289651 فاكس : 00441716242-162 هاتف :

بسم الله الرحمن الرحيم

| البيـان رقــم<br>(٩) | لا تعطوا الدنية في دينكم !! | هيئة النصيحة والإصلاح<br>مكتب - لندن |
|---|---|---|

ياشباب الإسلام في مهبط الوحي، ما قد حل زمان الجد والعمل، وارتحل زمن الفتور والتراخي، فخذوا للأمر أهبته، وتعاهدوا أنفسكم بالعزيمة والتوكل على الله تعالى، فها هو النظام الذي ارتكب نواقض كلمة التوحيد يتخبط، وقد أقدم على حماقته العظمى وارتكب خطأه التاريخي القاتل حين دفع بجنده وأعوانه في مواجهة الدعوة والدعاة، فغدا كالساعي لحتفه بظلمه، وإنها بداية رحلة النصر والتمكين، فهي سنة الله تعالى إذا أراد إظهار دينه كما قال شيخ الإسلام ابن تيمية رحمه الله (جـ ٢٨/٥٧) : **(ومن سنة الله أنه إذا اراد إظهار دينة أقام من يعارضه فيحق الحق بكلماته ويقذف بالحق على الباطل فيدمغه فاذا هو زاهق).**

فيا أبناء الجزيرة الأماجد : ما قد احتدم الصراع بين الحق والباطل، وسنة الله تعالى لاتتخلف، فسينتصر الحق ويزهق الباطل لامحالة بإذن الله، وما علينا إلا أن نتدبر سنن الله في التغيير والتمكين، ومن أهم هذه السنن سنة الابتلاء والتمحيص.

وهذا الابتلاء الذي ظاهره الشدة هي في حقيقة نعمة؛ لأنه يظهر من خلاله الصادق من الكاذب، والخبيث من الطيب، قال الله عز وجل ﴿ أَلَم أَحسِب الناس أَن يُتركوا أَن يَقولوا آمَنا وهم لا يُفتنون ولقد فتنا الذين من قبلهم فليعلمن الله الذين صدقوا وليعلمن الكاذبين ﴾. فهي إذاً سنة الله التي لامحيد، عنها وقد ابتُلِي بها مَنْ قبلنا، وسَألَ الإمام الشافعي أخيرُ المرء أن يُمكّن أو يُبتلَى؟ قال لن يُمكّن حتى يُبتلَى، فإن كان الأمر كذلك فلا محيص إذاً عن الصبر، فالثبات الثبات فما النصر إلا صبر ساعة يحل من بعده التمكين بإذن الله، وما هم الكفار يصبرون على باطلهم، فما أحوجنا للصبر على الحق الذي به ندين.

إن المعركة القائمة بين النظام العميل من جهة، والشعب والعلماء من جهة أخرى، ليست خطأ عابراً غير محسوب، بل هو جزء من مخطط كبير ينفذه النظام لأسياده لاستئصال جذور الإسلام في أعماق هذا الشعب. فهو لن يسمح لحامل الحق والهدى أن يزهق باطله ولو كان حامل الحق من كان، فلا تُعطوا الدنية في دينكم لأجل دنيا وعيش رخيص فهي سنة الله في ابتلاء من طلب الجنة، فالتزموا بأمر الله، واجهروا بالحق واصدعوا به، وجاهدوا باللسان في بيان بطلان النظام حتى يفهم الناس حقيقة منهج دينكم وأنه الحق وأنما من دونه هو الباطل الزاهق.

وثاني هذه السنن هي سنة النصر والتمكين ولابد أن نعلم أن النصر والتمكين سنن وضعها الله بها يأتي النصر، وعلى طريقها يحل التمكين وليس عن غيرها، وقد علمنا الله هذه السنن في كتابه واضحة جلية، وبينها رسوله ﷺ أشمل بيان، فالسنن لاتحابي أحداً لم يأت البيوت من أبوابها.

فيا أيها الشعب المسلم المتفجر غضباً على حكام آل سعود، والمحترق نصرة لعلماء الأمة الأسارى، بارك الله في غضبكم للحق، ألا فصبوا هذه الغضبة في قنوات سنن التمكين حتى تؤتي أكلها ولو بعد حين، واصبروا على سنن النصر كصبركم على سنن الابتلاء فكلاهما بسبيل الهدف الذي تنشدوه، وأن أهل الحق لن يتراجعوا عن دينهم، وإن يقفوا مكتوفي الأيدي أمام هذه التصرفات المعادية للإسلام، وأن أرخص مايقدمونه أرواحهم، وإن غداً لناظره قريب.

أيها الشعب المسلم :

١ – جددوا نيتكم خالصة لله عز وجل، وعاهدوا الله تعالى وتعاهدوا بينكم على نصرة الدين والحق والصبر على ذلك وتواصوا فيما بينكم على البذل والعطاء والتضحية، ﴿ لن تنالوا البر حتى تنفقوا مما تحبون ﴾.

٢ – ضرورة الانضباط وترك التصرفات والانفعالات الفردية التي تضر بمصالح المجموعة.

٣ – بينوا حقيقة الصراع مع النظام لكل من تعرفون، وأن حقيقة الصراع يتمحور حول مقتضيات لا إله إلا الله –كما قد أشرنا في بياننا رقم (٢)– فإن ذلك واجب الدعاة لإظهار الحق، فتحركوا بذلك واكتشفوا حقيقة فساد النظام ومخالفته للشرع وارتكابه لنواقض كلمة التوحيد لا إله إلا الله.

٤ – استمروا في سعيكم بمطالبتكم بالإفراج عن الشيوخ المعتقلين وإعادتهم إلى منابرهم، ولكن لنعلم أن هذا ليس غاية بذاته، ولنمضي في مسيرتنا بإذن الله آخذين بشمولية الإسلام حتى تكون كلمة الله هي العليا.

﴿ والله غالبٌ على أمره ولكن أكثر الناس لا يعلمون ﴾

عنهم/ أسامة بن محمد بن لادن

التاريخ : ١٤١٥/٤/١١ هـ

الموافق : ١٩٩٤/٩/١٦ م

BM BOX 7666, LONDON, WC1N 3XX, U.K.: العنوان    ٠٠٤٤١٧١٣٢٨٩٦٥١ : فاكس    ٠٠٤٤١٧١٦٢٤٢٤٦٢ : هاتف

بسم الله الرحمن الرحيم

# المجلس الأعلى للضرار!!

الحمد لله والصلاة والسلام على رسول الله وبعد ...

فبعد قيام النظام السعودي خلال الأسابيع الماضية بحملة مسعورة استهدفت ضرب وتشويه الدعوة، واعتقال وسجن الدعاة والمشائخ، وبعد أن فشل النظام في الحصول على مبتغاه من تأييد كثير من كبار العلماء ممن وقف مع المشائخ، ورفض الانجرار وراء النظام، وتأكيداً منه على «سَعْوَدة» كل ما في هذه البلاد حتى إسلام أهلها واعتباره كل ذلك ملكاً خاصاً للأسرة الحاكمة تتصرف فيه كما تريد، وإمعاناً منه في التدليس على الناس والتلبيس على الأمة، من أجل ذلك كله قام النظام السعودي مؤخراً بتشكيل مجلس ضرار يُسمى بالمجلس الأعلى للشؤون الإسلامية ليتظاهر أمام الناس بحرصه على نشر الدعوة وحماية العقيدة.

والأمر المستغرب هنا ليس هو إقدام النظام على تصرف من هذا القبيل يخادع به الله والذين آمنوا، فهذه أساليب مألوفة معروفة تقوم بها الأنظمة الطاغوتية في كل آن لتلميع وجوهها المسودة من كثرة الكيد للإسلام والتآمر على دعاته.

لكن المثير هو الطريقة المستخدمة في إخراج هذه المسرحية الهزيلة التي لا تنطلي على أحد؛ فأعضاء المجلس، ومهامه الموكلة إليه، وتوقيت وملابسات تشكيله، كلها أمور تدل على مدى الارتباك الذي يحكم تصرفات النظام في حربه المكشوفة ضد الاسلام ودعاته الحقيقيين، حيث أعماه حقده على الإسلام حتى عن إتقان ألاعيبه هذه إلى الحد الأدنى الذي يمكن له به أن يلبس على بعض الناس على الأقل، فإذا كان لا بد من الكيد للاسلام ومضارة دعاته فهنالك طرق أكثر ذكاءً وحنكة من هذه الطريقة المكشوفة والأسلوب الفج.

إن طبيعة تكوين هذا المجلس لا تدع مجالاً للشك في المقصود من ورائه والهدف من إنشائه، فوجود الأمير سلطان وزير دفاع النظام والأمير نايف وزير داخليته وأمير زبانيته على رأس هذا المجلس ينبيء عن مهمته الحقيقية الموكلة له فعلاً، وهي القضاء على الاسلام الحقيقي ودعوته وتدعيم دين الملك وتهيئته، فتاريخ الرجلين الأسود المليء بالمكر بالاسلام والحقد على الدعاة والمشائخ لا يدع مجالاً للشك في هذه الحقيقة، وإلا فكيف يصدق عاقل مدرك للحقيقة أن هذا الرهط المفسد في الأرض من المحاربين لله ورسوله جيء بهم لخدمة الاسلام والمسلمين؟

وهل محنة الاسلام ودعاته في الجزيرة حالياً جاءت إلا عن طريق هؤلاء وعلى أيديهم؟ فكيف يكون الخصم حكماً والجاني قاضياً والسبع راعياً؟

وراعي الشاة يحمى الذئب عنها              فكيف إذا الرعاة لها ذئابٌ ؟!

كما أن مهام المجلس وصلاحياته غير المحدودة التي جعلته يمسك في يده كل الخيوط ويجمع فيها كل ما يمكن أن يستغل في خدمة الاسلام والدعوة إليه تدل على عزم النظام على الخيلولة دون تكرار ما حصل في السابق من

| هيئة النصيحة والإصلاح | ٢-٢ | البيــان رقـــم |
|---|---|---|
| مكتب - لندن | | (١٠) |

إفلات بعض هذه الوسائل من يده حيث استفادت منها الدعوة واستغلها الدعاة في خدمة الاسلام والمسلمين.

وإذا علمنا ذلك سهل علينا أن نفسر ما في صلاحيات هذا المجلس من تجاوز للجنة الخماسيه ومفتي عام المملكة، حيث سُلبت أهم صلاحياتهم واختصاصاتهم وضُمّت إلى صلاحيات مجلس الضرار الجديد.

ومن جهة أخرى فإن إقدام النظام على تشكيل هذا المجلس على هذا النحو في ظل الأزمة الحالية يؤكد إصراره على السير في خط التصعيد وطريق التأزيم وعدم استعداده للاستجابة إلى مساعي المصالحة التي كان سعى فيها الشيخ عبدالعزيز بن باز وبعض المشائخ ورفضـها النظام، فالنظام أراد من هذا المجلس من بين مـا أراد قطع الطريق على أية مـحاولة صلح من هذا القبيل، وكان في سلب المجلس الضراري هذا لأهم صلاحيات الشيخ عبدالعزيز بن باز عقاباً له على تلك المساعي الإصلاحية وعلى موقفه من المشائخ السجناء حيث ظل يُثني عليهم دائماً ويحثـهم على الصبر مؤكداً أن مـا أصـابهم من قبل النظام هـو من جنس الابتلاءات التي لا بد أن تصيب الرسل ومن سار على طريقهم.

ونحن في (هيئة النصيحة والإصلاح) لا نستغرب صدور هذا التصرف من هذا النظام الذي مرد على المكر بالاسلام ودأب على الكيد لدعاته.

ولكن المستغرب هو أن يظل هذا النظام يجد من بين أهل العلم من يحمي ظهره، ويرفع قدره، رغم ما يقوم به من حرب مكشوفة ضد الإسلام ودعاته؛ فقد أفصح هذا النظام عن نواياه العدوانية بكل صراحة وفصاحة، وما هيئات ومجالس الضرار التي ينشئها بين الحين والآخر إلا دليل على عزم النظام على الدفع بالبلاد إلى مصير مجهول العواقب من خلال إصراره على عقر ناقة الدعوة على أيدي أشقياء آل سعود من أمثال الأميرين سلطان ونايف، فهل يعي المخلفون الحقيقة ويدركون خطورة الموقف ليقومـوا بواجبـهم في العمل لهذا الدين غير مبالين بكم التضحيات ونوع الابتلاءات التي سيتعرضون لها ليثبتوا حقاً صدق انتمائهم لهذا الدين وإخلاص توجههم لله؟ أم أن الرخص والاعذار ستقعد بهم فتصيبهم الفتنة التي لا تصيب الذين ظلموا خاصة؟

إنه ما دام بعض أهل العلم الذين أخذ الله عليهم ميثاق بيانه وعدم كتمه مترددين في القيام بهذا الواجب فغير مستغرب أن يُكلف الأمير سلطان وأمثاله برعاية الشئون الإسلامية،

فمن رعى غنماً بأرض مأسدة       ونام عنها تولى رعيها الأسد

وفي الختام نؤكد أن دين الله منصور ودعوته ماضية، استجاب من استجاب أو أعرض من أعرض ﴿ وإن تتولوا يستبدل قوماً غيركم ثم لا يكونوا أمثالكم ﴾.

التاريخ : ١٠/٥/١٤١٥ هـ
الموافق : ١٥/١٠/١٩٩٤ م

عنهم / اسامة بن محمد بن لادن

بسم الله الرحمن الرحيم

| البيــان رقــم (١٠) | ٢-١ | هيئة النصيحة والإصلاح مكتب - لندن |

# المجلس الأعلى للضرار!!

الحمد لله والصلاة والسلام على رسول الله وبعد ...

فبعد قيام النظام السعودي خلال الأسابيع الماضية بحملة مسعورة استهدفت ضرب وتشويه الدعوة، واعتقال وسجن الدعاة والمشايخ، وبعد أن فشل النظام في الحصول على مبتغاه من تأييد كثير من كبار العلماء ممن وقف مع المشايخ، ورفض الانجرار وراء النظام، وتأكيداً منه على «سَعْوَدة» كل ما في هذه البلاد حتى إسلام أهلها واعتباره كل ذلك ملكاً خاصاً للأسرة الحاكمة تتصرف فيه كما تريد، وإمعاناً منه في التدليس على الناس والتلبيس على الأمة من أجل ذلك كله قام النظام السعودي مؤخراً بتشكيل مجلس ضرار يُسمى بالمجلس الأعلى للشؤون الإسلامية ليتظاهر أمام الناس بحرصه على نشر الدعوة وحماية العقيدة.

والأمر المستغرب هنا ليس هو إقدام النظام على تصرف من هذا القبيل يخادع به الله والذين آمنوا، فهذه أساليب مألوفة معروفة تقوم بها الأنظمة الطاغوتية في كل آن لتلميع وجوهها المسودة من كثرة الكيد للإسلام والتآمر على دعاته.

لكن المثير هو الطريقة المستخدمة في إخراج هذه المسرحية الهزيلة التي لا تنطلي على أحد؛ فأعضاء المجلس، ومهامه الموكلة إليه، وتوقيت وملابسات تشكيله، كلها أمور تدل على مدى الارتباك الذي يحكم تصرفات النظام في حربه المكشوفة ضد الاسلام ودعاته الحقيقيين، حيث أعماه حقده على الإسلام حتى عن إتقان ألاعيبه هذه إلى الحد الأدنى الذي يمكن له به أن يلبس على بعض الناس على الأقل، فإذا كان لا بد من الكيد للاسلام ومضارة دعاته فهنالك طرق أكثر ذكاءً وحنكة من هذه الطريقة المكشوفة والأسلوب الفج.

إن طبيعة تكوين هذا المجلس لا تدع مجالاً للشك في المقصود من ورائه والهدف من إنشائه، فوجود الأمير سلطان وزير دفاع النظام والأمير نايف وزير داخليته وأمير زبانيته على رأس هذا المجلس ينبيء عن مهمته الحقيقية الموكلة له فعلاً، وهي القضاء على الاسلام الحقيقي ودعوته وتدعيم دين الملك وتهيئته، فتاريخ الرجلين الأسود المليء بالمكر بالاسلام والحقد على الدعاة والمشايخ لا يدع مجالاً للشك في هذه الحقيقة، وإلا فكيف يصدق عاقل مدرك للحقيقة أن هذا الرهط المفسد في الأرض من المحاربين لله ورسوله جيء بهم لخدمة الاسلام والمسلمين؟

وهل محنة الاسلام ودعاته في الجزيرة حالياً جاءت إلا عن طريق هؤلاء وعلى أيديهم؟ فكيف يكون الخصم حكماً والجاني قاضياً والسبع راعياً؟

وراعي الشاة يحمى الذئب عنها        فكيف إذا الرعاة لها ذئابُ؟!

كما أن مهام المجلس وصلاحياته غير المحدودة التي جعلته يمسك في يده كل الخيوط ويجمع فيها كل ما يمكن أن يستغل في خدمة الاسلام والدعوة إليه تدل على عزم النظام على الحيلولة دون تكرار ما حصل في السابق من

هيئة النصيحة والإصلاح
مكتب - لندن

٢-٢

البيان رقم
(١٠)

إفلات بعض هذه الوسائل من يده حيث استفادت منها الدعوة واستغلها الدعاة في خدمة الاسلام والمسلمين.

وإذا علمنا ذلك سهل علينا أن نفسر ما في صلاحيات هذا المجلس من تجاوز للجنة الخماسيه ومفتي عام المملكة، حيث سلبت أهم صلاحياتهم واختصاصاتهم وضمت إلى صلاحيات مجلس الضرار الجديد.

ومن جهة أخرى فإن إقدام النظام على تشكيل هذا المجلس على هذا النحو في ظل الأزمة الحالية يؤكد إصراره على السير في خط التصعيد وطريق التأزيم وعدم استعداده للاستجابة إلى مساعي المصالحة التي كان سعى فيها الشيخ عبدالعزيز بن باز وبعض المشايخ ورفضها النظام، فالنظام أراد من هذا المجلس من بين ما أراد قطع الطريق على أية محاولة صلح من هذا القبيل، وكان في سلب المجلس الضراري هذا لأهم صلاحيات الشيخ عبدالعزيز بن باز عقاباً له على تلك المساعي الإصلاحية وعلى موقفه من المشائخ السجناء حيث ظل يثني عليهم دائماً ويحثهم على الصبر مؤكداً أن ما أصابهم من قبل النظام هو من جنس الابتلاءات التي لا بد أن تصيب الرسل ومن سار على طريقهم.

ونحن في (هيئة النصيحة والإصلاح) لا نستغرب صدور هذا التصرف من هذا النظام الذي مرد على المكر بالاسلام ودأب على الكيد لدعاته.

ولكن المستغرب هو أن يظل هذا النظام يجد من بين أهل العلم من يحمي ظهره، ويرفع قدره، رغم ما يقوم به من حرب مكشوفة ضد الإسلام ودعاته؛ فقد أفصح هذا النظام عن نواياه العدوانية بكل صراحة وفصاحة، وما هيئات ومجالس الضرار التي ينشئها بين الحين والآخر إلا دليل على عزم النظام على الدفع بالبلاد إلى مصير مجهول العواقب من خلال إصراره على عقر ناقة الدعوة على أيدي أشقياء آل سعود من أمثال الأميرين سلطان ونايف، فهل يعي المخلفون الحقيقة ويدركون خطورة الموقف ليقوموا بواجبهم في العمل لهذا الدين غير مبالين بكم التضحيات ونوع الابتلاءات التي سيتعرضون لها ليثبتوا حقاً صدق انتمائهم لهذا الدين وإخلاص توجههم لله؟ أم أن الرخص والاعذار ستقعد بهم فتصيبهم الفتنة التي لا تصيب الذين ظلموا خاصة؟

إنه ما دام بعض أهل العلم الذين أخذ الله عليهم ميثاق بيانه وعدم كتمه مترددين في القيام بهذا الواجب فغير مستغرب أن يكلف الأمير سلطان وأمثاله برعاية الشئون الإسلامية،

فمن رعى غنماً بأرض مأسدة     ونام عنها تولى رعيها الأسد

وفي الختام نؤكد أن دين الله منصور ودعوته ماضية، استجاب من استجاب أو أعرض من أعرض ﴿ وإن تتولوا يستبدل قوماً غيركم ثم لا يكونوا أمثالكم ﴾.

التاريخ : ١٠/٥/١٤١٥ هـ
الموافق : ١٥/١٠/١٩٩٤ م

عنهم / اسامة بن محمد بن لادن

BM BOX 7666, LONDON, WC1N 3XX, U.K.: العنوان   00441713289651 : فاكس   00441716242462 : هاتف

بسم الله الرحمن الرحيم

| البيــــان رقـــــم (١١) | ١-٤ | هيئة النصيحة والإصلاح
مكتــب ـ لنـدن |

## رسالة مفتوحة إلى الشيخ ابن باز
## ببطلان فتواه بالصلح مع اليهود

فضيلة الشيخ عبدالعزيز بن باز  –حفظه الله–

السلام عليكم ورحمة الله وبركاته، نحمد إليكم الله الذي أنزل الكتاب آيات بينات، ورفع الذين أوتوا العلم درجات، وأخذ عليهم ميثاقاً بالصدع بالحق وبيانه، وحذرهم من المداهنة فيه وكتمانه، والصلاة والسلام على سيدنا محمد القائل ( أفضل الجهاد كلمة حق عند سلطان جائر ) حديث صحيح أخرجه الإمام أحمد والطبراني وابن ماجة والبيهقي.

وبعد، فإن من المعلوم لديكم ما حبا الله به أهل العلم من منزلة عظيمة، وأعطاهم من مكانة كريمة.

ولا غرو في ذلك، فالعلماء هم ورثة الأنبياء، وورثوا عنهم هذا الدين، ينفون عنه تحريف الغالين، وانتحال المبطلين، وتأويل الجاهلين، وتمييز الظالمين المسرفين، ويمثلون القدوة الحسنة والأسوة المثلى للأمة في النهوض بأعباء الانتصار للحق وإيثاره على ما عند الخلق.

وقد قام العلماء الصادقون من سلف هذه الأمة وخلفها خير قيام بهذه المهمات، وما وقوف سعيد بن جبير في وجه طغيان الحجاج صادعاً بالحق، وتحدي الإمام أحمد بن حنبل لجبروت الحكم والسلطان وصبره في فتنة خلق القرآن، وتحمل ابن تيمية وحسن بلائه في السجن انتصاراً للسنة، إلا نماذج من القيام بواجب نصرة الحق وأهله، قام بها هؤلاء الأئمة الأعلام انتصاراً للحق وغيرة على الدين، رحمهم الله جميعاً.

فضيلة الشيخ : لقد أردنا من ذكر ما سبق تذكيركم بواجبكم تجاه الدين، وتجاه الأمة، وتنبيهكم إلى مسؤوليتكم العظيمة، فإن الذكرى تنفع المؤمنين... أردنا تذكيركم في هذا الوقت الذي انتفش فيه الباطل، وعربد المبطلون المضلون، وئيد الحق، وسُجِن الدعاة، وأُسكِت المصلحون، والأغرب أن ذلك لم يتم بعلم منكم وسكوت فقط، بل مُرِّر على ظهر فتاواكم ومواقفكم، ونحن سنذكركم –فضيلة الشيخ– ببعض هذه الفتاوى والمواقف التي قد لا تلقون لها بالاً، مع أنها قد تهوي بها الأمة سبعين خريفاً في الضلال كي تدركوا معنا ولو جانباً من خطورة هذا الأمر والآثار السيئة المترتبة عليه.

وإليكم بعض الأمثلة :

١- إن مما لا يخفى على أحد المدى الذي وصل إليه انتشار الفساد العارم والذي شمل كافة نواحي الحياة حيث فشت المنكرات المختلفة التي لم تعد تخفى على أحد، كما فصلت ذلك مذكرة النصيحة التي تقدم بها نخبة من العلماء ودعاة الإصلاح، وكان من أخطر ما بينوا هو الشرك بالله المتمثل في التشريع وسن القوانين الوضعية التي تستبيح المحرمات والتي من أشنعها التعامل بالربا المتفشي في البلاد، وذلك من خلال مؤسسات الدولة وبنوكها الربوية التي تزاحم أبراجها مآذن الحرمين وتعج بها البلاد طولها وعرضها.

ومما هو معلوم بالضرورة أن الأنظمة والقوانين الربوية التي تتعامل بها هذه البنوك والمؤسسات مشرَّعة من قبل النظام الحاكم ومصدق عليها منه، ومع ذلك لم نسمع منكم إلا أن تعاطي الربا حرام لا يجوز!!، غير مكترثين بما في كلامكم هذا من التلبيس على الناس، بعدم التفريق بين حكم من يتعاطى الربا فقط وحكم من يشرع الربا ويقننه.

مع أن الفرق بينهما واضح كبير، فمتعاطي الربا مرتكب لموبقة من أكبر الموبقات، أما مشرع الربا ومقننه فهو مرتدٌ كافرٌ كفراً مخرجاً من الملة بعمله هذا، لأنه جعل من نفسه نداً لله وشريكاً له في التحليل والتحريم. –وهذا ما فصلناه في بحث مستقل سيُنشر قريباً إن شاء الله–.

ومع أن متعاطي الربا غير المنتهي عنه قد أعلن اللهُ ورسولُهُ عليه الحرب ﴿ فإن لم تفعلوا فأذنوا بحرب من الله ورسوله ﴾، فما زلنا نسمع منكم عبارات الثناء والإطراء لهذا النظام الذي لم يكتف بالإدمان على تعاطي الربا فقط، بل شرعه وقننه وأباحه، وقد قال صلى الله عليه وسلم : ( الربا ثلاثة وسبعون باباً أيسرها مثل أن ينكح الرجل أمه )  صحيح رواه الحاكم.

هاتف : 00441716242462   فاكس : 00441713289651   العنوان : BM BOX 7666, LONDON, WC1N 3XX, U.K.

| البَيَـــان رقــم (١١) | ٢-٤ | هيئة النصيحة والإصلاح مكتب - لندن |
|---|---|---|

وقد قال ابن عباس –رضي الله عنهما– «فمن كان مقيماً على الربا لا ينزع عنه، فحقٌّ على إمام المسلمين أن يستتيبه، فإن نزع وإلا ضرب عنقه» أ.هـ [رواه ابن جرير بسنده عن ابن عباس]. هذا فيمن يتعاطى الربا، فما بالكم بمن يحلل ويشرع الربا!!؟

إن ما تتخبط فيه البلاد من أزمات اقتصادية وسياسية وما انتشر فيها من الجرائم بشتى أنواعها وبشكل مذهل ما هو إلا عقوبة من الله وجزء من الحرب التي أعلنها سبحانه على من لم ينته عن تعاطي الربا ونحوه من المنكرات والمحق الذي حكم به على الربا ﴿ يمحق الله الربا ويربي الصدقات ﴾.

٢- وحينما علق الملك الصليب على صدره، وظهر به أمام العالم فرحاً مسروراً، تأولتم فعلَهُ وسوغتموه مع شناعته وفظاعته رغم وضوح أن هذا الفعلَ كفر، والظاهر من حال فاعله الرضاُ والاختيار عن علم.

٣- ولما قررت قواتُ التحالف الصليبيةُ واليهوديةُ الغازيةُ في حرب الخليج –بتواطؤ مع النظام– احتلال البلاد باسم تحرير الكويت سوغتم ذلك بفتوىً متعسفة بررت بها هذا العمل الشنيع الذي أهان عزة الأمة ولطخ كرامتها، ودنس مقدساتها، معتبرة ذلك من باب الاستعانة بالكافر عند الضرورة، مهملة قيود هذه الاستعانة، وضوابط الضرورة المعتبرة شرعاً.

٤- ولما قام النظام السعودي الحاكم بمساعدة ودعم رؤوس الردة الاشتراكية الشيوعية في اليمن ضد الشعب اليمني المسلم في الحرب الأخيرة التزمتم الصمت،ثم لما دارت الدائرة على هؤلاء الشيوعيين، أصدرتم –وبإيعاز من هذا النظام– (نصيحة!) تدعو الجميع إلى التصالح والتصافح باعتبارهم مسلمين!! موهمةً الناس أن الشيوعيين مسلمون يجب حقنُ دمائهم. فمتى كان الشيوعيون مسلمين؟ ألستم أنتم الذين أفتيتم سابقاً بردتهم ووجوب قتالهم في أفغانستان ؟ أم أن هناك فرقاً بين الشيوعيين اليمنيين والشيوعيين الأفغان؟ فهل ضاعت مفاهيم العقيدة وضوابط التوحيد واختلطت إلى هذا الحد؟.

وما زال النظام الحاكم يؤوي أئمة الكفر هؤلاء في مختلف مدن البلاد، ولم نسمع لكم نكيراً، وقد قال ﷺ ( لعن الله من آوى محدثاً ) [رواه مسلم].

٥- وحينما قرر النظام البطش بالشيخ سلمان العودة والشيخ سفر الحوالي– اللذين صدعا بالحق وتحملا في الله الأذى– استثمرتم منكم فتوى سوغ بها كل ما تعرض ويتعرض له الشيخان ومن معهما من دعاة ومشائخ وشباب الأمة من البطش والتنكيل، فك الله أسرهم ورفع عنهم ظلم الظالمين.

* * *

هذه بعضُ الأمثلة التي لم نقصد منها الحصر، ولكن اقتضى المقام ذكرَها ونحن بين يدي فتواكم الأخيرة بشأن ما يسمى بهتاناً بالسلام مع اليهود والتي كانت فاجعة للمسلمين، حيث استجبتم للرغبة السياسية للنظام لما قرر إظهار ما كان يضمره من قبل من الدخول في هذه المهزلة الاستسلامية مع اليهود، فأصدرتم فتوى تبيح السلام مطلقاً ومقيداً مع العدو، فما كان من رئيس وزراء العدو الصهيوني وبرلمانه إلا أن صفقوا لها وأشادوا بها، كما أعلن النظام السعودي عقبها عن نيته في تنفيذ المزيد من التطبيع مع العدو.

وكأنكم لم تكتفوا بإباحة بلاد الحرمين الشريفين لقوات الاحتلال اليهودية والصليبية، حتى أدخلتم ثالث الحرمين في المعصية بإضفائكم الصبغة الشرعية على صكوك الاستسلام التي يوقعها الخونة والجبناء من طواغيت العرب مع اليهود.

إن هذا الكلامَ خطير كبير، وطامة عامة لما فيه من التدليس على الناس والتلبيس على الأمة من عدة جوانب منها :

(١) أن العدو اليهودي الحالي ليس عدواً مستقراً في بلاده الأصلية محارباً من الخارج حتى يجوز معه الصلح، بل هو عدوٌ منتهك للعرض مغتصبٌ للأرض الإسلامية المقدسة التي بارك الله فيها ورواها الصحابة بدمائهم الزكية، فهو عدوٌ صائلٌ مفسدٌ للدين والدنيا، وعليه ينطبق كلام شيخ الإسلام ابن تيمية رحمه الله «والعدو الصائل الذي يفسد الدين والدنيـا لا شيء أوجب بعد الإيمان من دفعه. فلا يُشترط له شرط بل يُدفع بحسب الإمكان، وقد نص على ذلك العلماء أصحابنا وغيرهم» أ. هـ [الاختيارات الفقهية ص٢٠٩،٢١٠-٢١١].

أن الواجب الشرعي تجاه فلسطين وإخواننا الفلسطينيين من المستضعفين من الرجال والنساء والولدان الذين لايستطيعون

حيلة ولايهتدون سبيلاً هوالجهاد في سبيل الله وتحريض الأمة عليه حتى تتحررفلسطين عن آخرها وتعود إلى السيادة الإسلامية.

وفلسطين في غنى عن مثل هذه الفتاوى المخذلة عن الجهاد والمخلدة إلى الأرض، هذه الفتاوى التي تُقرُّ احتلال العدو لأقدس مقدسات المسلمين بعد الحرمين الشريفين، وتُضفي الصبغة الشرعية عليه، وتدعم بكل قوة مساعي العدو لضرب الجهود الإسلامية الملتهفة لتحرير فلسطين عن طريق الجهاد الذي أكد –من خلال عمليات أبطال الحجارة وشباب الجهاد المسلم في فلسطين– أنه السبيل الوحيد الناجم في مواجهة العدو والكفيل بتحرير الأرض ان شاء الله.

ونذكركم هنا بفتاواكم السابقة في هذا الشأن، لما سئلتم عن السبيل لتحرير فلسطين، فقلتم : «إني أرى أنه لا يمكن الوصول إلى حل لتلك القضية إلا باعتبار القضية إسلامية، وبالتكاتف بين المسلمين لإنقاذها، وجهاد اليهود جهاداً إسلامياً حتى تعود الأرض إلى أهلها، وحتى يعود شُذاذ اليهود إلى بلادهم» أ.هـ [مجموعة فتاوى الشيخ عبدالعزيز بن باز/١ ٢٨١].

(٢) هب أن هذا العدو اليهودي عدو يجوز معه الصلح وتوفرت فيه الشروط، فهل ما تقوم به الأنظمة والحكومات الطاغوتية العربية الإنهزامية مع اليهود من سلام كاذب مزعوم يعتبر سلاماً تجوز إقامته مع العدو؟

الكل يدرك أنه ليس كذلك، فهذا السلام المزعوم الذي يتهافت فيه المتهافتون الآن من الحكام والطواغيت مع اليهود ما هو إلا خيانة كبرى تتمثل في توقيع صكوك استسلام وتسليم للقدس وفلسطين كلها من قبل هذه الحكومات لليهود، والاعتراف بسيادتهم عليها إلى الأبد.

(٣) ان هؤلاء الحكام المرتدين المحاربين لله ورسوله لا شرعية لهم، ولا ولاية لهم على المسلمين، وليس لهم النظر في مصالح الأمة، ولكنكم بفتواكم هذه تعطون الشرعية لهذه الأنظمة العلمانية وتعترفون بولايتها على المسلمين، وهذا ما يتناقض مع ما عرف عنكم من تكفيرها في السابق، وقد بيّن لكم ذلك نخبة من العلماء والدعاة في مناشدتهم إياكم سابقاً بالامتناع عن هذه الفتوى، وسنرفق لكم صورة من تلك المناشدة تذكيراً لكم وتنبيهاً.

إن فتواكم هذه كانت تلبيساً على الناس لما فيها من إجمال مُخل وتعميم مضل، فهي لا تصلح فتوى في حكم سلام منصف، فضلاً عن هذا السلام المزيف مع اليهود الذي هو خيانة عُظمى للإسلام والمسلمين، لا يقرها مسلمٌ عادي فضلاً عن عالم متكلم يُفترض فيه ما يُفترض من الغيرة على الملة والأمة.

إن الواجب فيمن يتصدى للفتوى في قضايا الأمة الخطيرة الكبيرة، أن يكون على علم بأبعادها وما قد يترتب عليها من أضرار وأخطار، لأن العلم بذلك من شروط المفتي التي لا غنى له عنها. يقول الإمام ابن القيم –رحمه الله– «ولا يتمكن المفتي ولا الحاكم من الفتوى والحكم بالحق إلا بنوعين من الفهم، أحدهما فهم الواقع والفقه فيه واستنباط علم حقيقة ما وقع بالقرائن والأمارات والعلامات حتى يحيط بها علماً، والنوع الثاني فهم الواجب في الواقع وهو فهم حكم الله الذي حكم به في كتابه أو على لسان رسوله ﷺ في هذا الواقع، ثم يطبق أحدهما على الآخر» أ.هـ [إعلام الموقعين ٨٧/١].

وإذا كانت هذه الشروط لازمة للفتوى بصورة عامة، فإنها تتأكد في الفتوى فيما يتعلق بالجهاد والصلح ونحوه. يقول الإمام ابن تيمية –رحمه الله– «والواجب أن يعتبر في أمور الجهاد برأي أهل الدين الصحيح الذين لهم خبرة بما عليه أهل الدنيا، دون الذين يغلب عليهم النظر في ظاهر الدين، فـلا يؤخذ برأيهم، ولا برأي أهل الدين الذين لا خبرة لهم في الدنيا» أ.هـ [الاختيارات الفقهية من: ٢١١].

إن الفتاوى السابقة لو صدرت عن غيركم لقيل بتعمد صاحبها ما تتضمنه من الباطل، ويترتب عليها من آثار وأخطار، ولكنها لما صدرت منكم تعيّن أن يكون سبب الخلل فيها غير ذلك من الأسباب التي لا ترجع إلى نقص علمكم الشرعي، ولكن لعدم إدراك حقيقة الواقع، وما يترتب على مثل هذه الفتاوى من آثار، مما يجعل الفتوى حينئذ غير مستوفاة الشروط ومن ثم لايصح إطلاقها، مما يحتم على المفتي عندئذ أن يتوقف عن الفتوى أو يحيلها إلى المختصين الجامعين بين العلم بالحكم الشرعي والعلم بحقيقة الواقع.. وقد ثبت أن الإمام أحمد بن حنبل كان يتوقف في كثير من المسائل وقد كان الإمام مالك إذا سئل عن القراءات أحال إلى الإمام نافع رحمهم الله جميعاً.

فضيلة الشيخ : إن إشفاقنا البالغ على حال الأمة والعلماء من أمثالكم هو الذي دفعنا لتذكيركم، فإننا نربأ بكم وبأمثالكم عن

أن يستغلكم النظام الحاكم هذا الاستغلال الفظيع ويرمي بكم في وجه كل داعية ومصلح، ويُسكت بفتاواكم ومواقفكم كل كلمة حق ودعوة صدق، كما حدث عند ردكم على "مذكرة النصيحة" و"لجنة الدفاع عن الحقوق الشرعية"، وغيرها.

فضيلة الشيخ : لقد تقدمت بكم السن، وقد كانت لكم أياد بيضاء في خدمة الإسلام سابقاً، فاتقوا الله وابتعدوا عن هؤلاء الطواغيت والظلمة الذين أعلنوا الحرب على الله ورسوله، وكونوا مع الصادقين.. وإن لكم في سلف الأمة وخلفها الصالح أسوة حسنة فقد كان من أبرز سمات العلماء الصادقين الابتعاد عن السلاطين، فقد فر الإمام أبوحنيفة –رحمه الله- وغيره من العمل مع حكام عصره على رغم استقامتهم الكبيرة على الدين إلا ما قورنوا مع حكام اليوم الذين لا يخفى ما هم عليه من فساد الدين وسوء الحال، وفي زماننا هذا، حينما أدرك العلامة الشيخ عبدالله بن حميد –رحمه الله- خطورة المسار الذي يمضي فيه النظام السعودي الحاكم وما يترتب عليه من خطر وضرر لمن يشاركه أو يختلط به أثر القرار بدينه واستقال من رئاسة مجلس القضاء الأعلى، وقد قال الإمام الخطابي –رحمه الله- في التحذير من الدخول على هؤلاء الحكام «ليت شعري من الذي يدخل عليهم اليوم فلا يصدقهم على كذبهم ومن الذي يتكلم بالعدل إذا شهد مجالسهم ومن الذي ينصح ومن الذي ينتصح منهم؟" أ.هـ [كتاب العزلة].. وقد صح في الحديث ﴿ من أتى أبواب السلطان افتتن ﴾، فاحذروا فضيلة الشيخ الركون إلى هؤلاء بقول أو عمل ﴿ ولا تركنوا إلى الذين ظلموا فتمسكم النار وما لكم من دون الله من أولياء ثم لا تُنصرون ﴾.

إن من لم يستطع الجهر بالحق والصدع به فلا أقل من أن يمتنع عن الجهر بغير الحق، قال ﷺ : ( ومن كان يؤمن بالله واليوم الآخر فليقل خيراً أو ليصمت ) [رواه البخاري].

وأخيراً نرجو أن لا تجدوا في أنفسكم من هذا الكلام وتعتبروه خارجاً عن آداب النصح وما تقتضيه من إسرار وعدم إشهار، فالأمر جللٌ خطيرٌ ومهمٌ كبير لا يسوغ عنه السكوت، ولا يجوز عنه التغاضي.

وما ذكرناه معلومٌ لدى أهل العلم، وقد سبقنا إلى تنبيهكم عليه نخبة من علماء ودعاة الأمة، حيث تقدموا لكم بمناشدات عدة في هذا الصدد منها مناشدتهم إياكم قبل مدة بالامتناع عن الفتوى بجواز هذا السلام الإستسلامي المزعوم مع اليهود، مبينين عدم استيفائه للشروط اللازمة شرعاً، محذرين من المخاطر الجمة الدينية والدنيوية المترتبة عليه، ومن الموقعين على تلك المناشدة الشيخ الأفاضل : عبدالله بن عبدالرحمن بن جبرين، عبدالله بن حسن القعود ، حمود بن عبدالله التويجري –رحمه الله-، حمود بن عبدالله الشعيبي، عبدالرحمن بن ناصر البراك، سلمان العودة، إبراهيم بن صالح الخضيري، عبدالوهاب الناصر الطريري، إبراهيم بن محمد الدبيان، عبدالله بن حمود التويجري، عبدالله الجلالي، عائض القرني، وغيرهم كثير –حفظهم الله جميعاً-، وستجدون نص مناشدتهم مع هذه الرسالة إن شاء الله.

وفي حرب اليمن الأخيرة، لما صدر منكم الكلام المُشار إليه سابقاً، أصدر خمسة وعشرون عالماً فتوى معارضة له مبينة الصواب الشرعي في المسألة، ومن هؤلاء العلماء الأفاضل : عبدالله بن سليمان المسعري، حمود بن عبدالله الشعيبي، عبدالله الجلالي، سلمان العودة، د. سفر الحوالي، د. ناصر العمر، يحيى بن عبدالعزيز اليحيى، د. عبدالله بن حمود التويجري، وغيرهم كثير –حفظهم الله جميعاً-.

وفي الختام نسأل الله تبارك وتعالى أن يرينا الحق حقاً ويرزقنا اتباعه ويرينا الباطل باطلاً ويرزقنا اجتنابه، وأن يبرم لهذه الأمة أمر رشد يعز فيه أهل طاعته ويُذل فيه أهل معصيته ويؤمر فيه بالمعروف ويُنهى فيه عن المنكر ويُحكم فيه بالعدل ويُصدي فيه بالحق، وتعلو به راية الجهاد خفاقة، لتستعيد الأمة عزتها وكرامتها، وتُرفع راية التوحيد من جديد فوق كل أرض إسلامية سليبة، ابتداءً بفلسطين ووصولاً إلى الأندلس وغيرها من بلاد الإسلام الضائعة بسبب خيانات الحكام، وتخاذل المسلمين.

كما نسأله تعالى أن يولي أمورنا خيارنا ويصرف عنا شرارنا، ونسأله السداد في القول والصواب في العمل والتوفيق لما يحب ويرضاه في الحياة وحسن الختام عند الممات، إنه ولي ذلك والقادر عليه، وآخر دعوانا أن الحمد لله رب العالمين.

عنهم / أسامة بن محمد بن لادن

التاريخ : ١٤١٥/٧/٢٧ هـ
الموافق : ١٩٩٤/١٢/٢٩ م

BM BOX 7666, LONDON, WCIN 3XX, U.K. العنوان : 00441713289651 فاكس : 00441716242462 هاتف :

بسم الله الرحمن الرحيم

| البيان رقم (١١) | ١-٤ | هيئة النصيحة والإصلاح مكتب ـ لندن |
|---|---|---|

## رسالة مفتوحة إلى الشيخ ابن باز
### ببطلان فتواه بالصلح مع اليهود

فضيلة الشيخ عبدالعزيز بن باز   -حفظه الله-

السلام عليكم ورحمة الله وبركاته، نحمد إليكم الله الذي أنزل الكتاب آيات بينات، ورفع الذين أوتوا العلم درجات، وأخذ عليهم ميثاقاً بالصدع بالحق وبيانه، وحذرهم من المداهنة فيه وكتمانه، والصلاة والسلام على سيدنا محمد القائل ( أفضل الجهاد كلمة حق عند سلطان جائر ) [حديث صحيح أخرجه الإمام أحمد والطبراني وابن ماجة والبيهقي].

وبعد، فإن من المعلوم لديكم ما حبا الله به أهل العلم من منزلة عظيمة، وأعطاهم من مكانة كريمة.

ولا غرو في ذلك، فالعلماء هم ورثة الأنبياء، ورثوا عنهم هذا الدين، ينفون عنه تحريف الغالين، وانتحال المبطلين، وتأويل الجاهلين، وتميع الظالمين المسرفين، ويمثلون القدوة الحسنة والأسوة المثلى للأمة في النهوض بأعباء الانتصار للحق وإيثاره على ما عند الخلق.

وقد قام العلماء الصادقون من سلف هذه الأمة وخلفها خير قيام بهذه المهمات، وما وقوف سعيد بن جبير في وجه طغيان الحجاج صادعاً بالحق، وتحدي الإمام أحمد بن حنبل لجبروت الحكم والسلطان وصبره في فتنة خلق القرآن، وتحمل ابن تيمية وحسن بلائه في السجن انتصاراً للسنة، إلا نماذج من القيام بواجب نصرة الحق وأهله، قام بها هؤلاء الأئمة الأعلام انتصاراً للحق وغيرة على الدين، رحمهم الله جميعاً.

فضيلة الشيخ : لقد أردنا من ذكر ما سبق تذكيركم بواجبكم تجاه الدين، وتجاه الأمة، وتنبيهكم إلى مسؤوليتكم العظيمة، فإن الذكرى تنفع المؤمنين... أردنا تذكيركم في هذا الوقت الذي انتقش فيه الباطل، وعربد المبطلون المضلون، ووئد الحق، وسجن الدعاة، وأسكت المصلحون. والأغرب أن ذلك لم يتم بعلم منكم وسكوت فقط، بل مُرِدَ على ظهر فتاواكم ومواقفكم، ونحن سنذكركم -فضيلة الشيخ- ببعض هذه الفتاوى والمواقف التي قد لا تلقون لها بالاً، مع أنها قد تهوي بها الأمة سبعين خريفاً في الضلال كي تدركوا معنا ولو جانباً من خطورة هذا الأمر والآثار السيئة المترتبة عليه.

وإليكم بعض الأمثلة :

١- إن مما لا يخفى على أحد المدى الذي وصل إليه انتشار الفساد العارم والذي شمل كافة نواحي الحياة حيث فشت المنكرات المختلفة التي لم تعد تخفى على أحد، كما فصلت ذلك مذكرة النصيحة التي تقدم بها نخبة من العلماء ودعاة الإصلاح، وكان من أخطر ما بينوا هو الشرك بالله المتمثل في التشريع وسن القوانين الوضعية التي تستبيح المحرمات والتي من أشنعها التعامل بالربا المتفشي في البلاد، وذلك من خلال مؤسسات الدولة ويتوكها الربوية التي تزاحم أبراجها مآذن الحرمين وتعج بها البلاد طولها وعرضها.

ومما هو معلوم بالضرورة أن الأنظمة والقوانين الربوية التي تتعامل بها هذه البنوك والمؤسسات مشرعة من قبل النظام الحاكم ومصدق عليها منه، ومع ذلك لم نسمع منكم إلا أن تعاطي الربا حرام لا يجوز!!، غير مكترثين بما في كلامكم هذا من التلبيس على الناس، بعدم التفريق بين حكم من يتعاطى الربا فقط وحكم من يشرع الربا ويقننه.

مع أن الفرق بينهما واضح كبير، فمتعاطي الربا مرتكب لموبقة من أكبر الموبقات، أما مشرع الربا ومقننه فهو مرتد كافر كفراً مخرجاً من الملة بعمله هذا، لأنه جعل من نفسه نداً لله وشريكاً له في التحليل والتحريم. -وهذا ما فصلناه في بحث مستقل سينشر قريباً إن شاء الله-.

ومع أن متعاطي الربا غير المنتهي عنه قد أعلن اللهُ ورسولُه عليه الحرب ﴿ فإن لم تفعلوا فأذنوا بحرب من الله ورسوله ﴾، فما زلنا نسمع منكم عبارات الثناء والإطراء لهذا النظام الذي لم يكتف بالإدمان على تعاطي الربا فقط، بل شرعه وقننه وأباحه، وقد قال صلى الله عليه وسلم: ( الربا ثلاثة وسبعون باباً أيسرها مثل أن ينكح الرجل أمه ) [صحيح رواه الحاكم].

BM BOX 7666, LONDON, WC1N 3XX, U.K. :العنوان   00441713289651 :فاكس   00441716242462 :هاتف

| هيئة النصيحة والإصلاح |  | البيان رقم |
|---|---|---|
| مكتب - لندن | ٢-٤ | (١١) |

وقد قال ابن عباس -رضى الله عنهما- «فمن كان مقيماً على الربا لا ينزع عنه، فحقٌّ على إمام المسلمين أن يستتيبه، فإن نزع وإلا ضرب عنقه» أ.هـ [رواه ابن جرير بسنده عن ابن عباس]. هذا فيمن يتعاطى الربا، فما بالكم بمن يحلل ويشرع الربا!!!

إن ما تتخبط فيه البلاد من أزمات اقتصادية وسياسية وما انتشر فيها من الجرائم بشتى أنواعها وبشكل مذهل ما هو إلا عقوبة من الله وجزء من الحرب التي أعلنها سبحانه على من لم ينته عن تعاطي الربا ونحوه من المنكرات والمحق الذي حكم به على الربا ﴿يمحق الله الربا ويربي الصدقات﴾.

٢- وحينما علق الملك الصليبي على صدره، وظهر به أمام العالم فَرِحاً مسروراً، تأولتم فعلَهُ وسوغتموه مع شناعته وفظاعته رغم وضوح أن هذا الفعلَ كفرٌ، والظاهر من حال فاعله الرضا والاختيار عن علم.

٣- ولما قررت قوات التحالف الصليبية واليهودية الغازية -بتواطؤ مع النظام- احتلال البلاد باسم تحرير الكويت سوغتم ذلك بفتوىً متعسفة بررت هذا العمل الشنيع الذي أهان عزة الأمة ولطخ كرامتها، ودنس مقدساتها، معتبرة ذلك من باب الاستعانة بالكافر عند الضرورة، مهملة قيود هذه الاستعانة، وضوابط الضرورة المعتبرة شرعاً.

٤- ولما قام النظام السعودي الحاكم بمساعدة ودعم رؤوس الردة الاشتراكية الشيوعية في اليمن ضد الشعب اليمني المسلم في الحرب الأخيرة التزمتم الصمت،ثم لما دارت الدائرة على هؤلاء الشيوعيين، أصدرتم -وبإيعازٍ من هذا النظام- (نصيحة!!) تدعو الجميع إلى التصالح والتصافي باعتبارهم مسلمين!! مهمةً الناسُ أن الشيوعيين مسلمون يجب حقنُ دمائهم. فمتى كان الشيوعيون مسلمين؟ ألستم أنتم الذين أفتيتم سابقاً بردتهم ووجوب قتالهم في أفغانستان؟ أم أن هناك فرقاً بين الشيوعيين اليمنيين والشيوعيين الأفغان؟ فهل ضاعت مفاهيم العقيدة وضوابط التوحيد واختلطت إلى هذا الحد؟.

وما زال النظام الحاكم يؤوي أئمة الكفر هؤلاء في مختلف مدن البلاد، ولم نسمع لكم نكيراً، وقد قال ﷺ ( لعن الله من آوى محدثاً ) [رواه مسلم].

٥- وحينما قرر النظام البطش بالشيخ سلمان العودة والشيخ سفر الحوالي- اللذين صدعا بالحق وتحملا في الله الأذى- استُصدِرَ منكم فتوى سوغَ بها كل ما تعرض ويتعرض له الشيخان ومن معهما من دعاة ومشائخ وشباب الأمة من البطش والتنكيل، فك الله أسرهم ورفع عنهم ظلم الظالمين.

* * *

هذه بعضُ الأمثلة التي لم نقصد منها الحصر، ولكن اقتضى المقام ذكرَها ونحن بين يدي فتواكم الأخيرة بشأن ما يسمى بُهتاناً بالسلام مع اليهود والتي كانت فاجعة للمسلمين، حيث استجبتم للرغبة السياسية للنظام لما قرر إظهار ما كان يضمره من قبل من الدخول في هذه المهزلة الاستسلامية مع اليهود، فأصدرتم فتوى تبيح السلام مطلقاً ومقيداً مع العدو، فما كان من رئيس وزراء العدو الصهيوني وبرلمانه إلا أن صفقوا لها وأشادوا بها، كما أعلن النظام السعودي عقبها عن نيته في تنفيذ المزيد من التطبيع مع العدو.

وكأنكم لم تكتفوا بإباحة بلاد الحرمين الشريفين لقوات الاحتلال اليهودية والصليبية، حتى أدخلتم ثالث الحرمين في المصيبة بإضفائكم الصبغة الشرعية على صكوك الاستسلام التي يوقعها الخونة والجبناء من طواغيت العرب مع اليهود.

إن هذا الكلام خطير كبير، وطامة عامة لما فيه من التدليس على الناس والتلبيس على الأمة من عدة جوانب منها :

(١) ان العدو اليهودي الحالي ليس عدواً مستقراً في بلاده الأصلية محارباً من الخارج حتى يجوز معه الصلح، بل هو عدوٌ منتهكٌ لعرض مغتصبٌ للأرض الإسلامية المقدسة التي بارك الله فيها ورواها الصحابة بدمائهم الزكية، فهو عدوٌ صائلٌ مفسدٌ للدين والدنيا، وعليه ينطبق كلام شيخ الإسلام ابن تيمية رحمه الله «والعدو الصائل الذي يفسد الدين والدنيا لا شيء أوجب بعد الإيمان من دفعه. فلا يُشترط له شرط بل يُدفع بحسب الإمكان، وقد نص على ذلك العلماء، أصحابنا وغيرهم» أ.هـ [الاختيارات الفقهية ص٢٠٩-٢١٠].

ان الواجب الشرعي تجاه فلسطين واخواننا الفلسطينيين من المستضعفين من الرجال والنساء والولدان الذين لا يستطيعون

٣-٤

حيلة ولا يهتدون سبيلاً هو الجهاد في سبيل الله وتحريض الأمة عليه حتى تتحرر فلسطين عن أخرها وتعود إلى السيادة الإسلامية.

وفلسطين في غنى عن مثل هذه الفتاوى المخذلة عن الجهاد والمخلدة إلى الأرض، هذه الفتاوى التي تُقِرُّ احتلال العدو لأقدس مقدسات المسلمين بعد الحرمين الشريفين، وتُضفي الصبغة الشرعية عليه، وتدعم بكل قوة مساعي العدو لضرب الجهود الإسلامية المتلهفة لتحرير فلسطين عن طريق الجهاد الذي أكد -من خلال عمليات أبطال الحجارة وشباب الجهاد المسلم في فلسطين- أنه السبيل الوحيد الناجح في مواجهة العدو والكفيل بتحرير الأرض إن شاء الله.

ونذكركم هنا بفتاواكم السابقة في هذا الشأن، لما سئلتم عن السبيل لتحرير فلسطين، فقلتم : «إني أرى أنه لا يمكن الوصول إلى حل لتلك القضية إلا باعتبار القضية إسلامية، وبالتكاتف بين المسلمين لإنقاذها، وجهاد اليهود جهاداً إسلامياً حتى تعود الأرض إلى أهلها، وحتى يعود شذاذ اليهود إلى بلادهم» أ.هـ [مجموعة فتاوى الشيخ عبد العزيز بن باز ٢٨١/١].

(٢) هب أن هذا العدو اليهودي عدو يجوز معه الصلح وتوفرت فيه الشروط، فهل ما تقوم به الأنظمة والحكومات الطاغوتية العربية الانهزامية مع اليهود من سلام كاذب مزعوم يعتبر سلاماً تجوز إقامته مع العدو؟

الكل يدرك أنه ليس كذلك، فهذا السلام المزعوم الذي يتهافت فيه المتهافتون الآن من الحكام والطواغيت مع اليهود ما هو إلا خيانة كبرى تتمثل في توقيع صكوك استسلام وتسليم للقدس وفلسطين كلها من قبل هذه الحكومات لليهود، والاعتراف بسيادتهم عليها إلى الأبد.

(٣) إن هؤلاء الحكام المرتدين المحاربين لله ورسوله لا شرعية لهم، ولا ولاية لهم على المسلمين، وليس لهم النظر في مصالح الأمة، ولكنكم بفتاواكم هذه تعطلون الشرعية لهذه الأنظمة العلمانية وتعترفون بولايتها على المسلمين، وهذا ما يتناقض مع ما عرف عنكم من تكفيرها في السابق، وقد بيّن لكم ذلك نخبة من العلماء والدعاة في مناشدتهم إياكم سابقاً بالامتناع عن هذه الفتوى، وسنرفق لكم صورة من تلك المناشدة تذكيراً لكم وتنبيهاً.

إن فتواكم هذه كانت تلبيساً على الناس لما فيها من إجمال مُخِل وتعميم مُضلِل، فهي لا تصلح فتوى في حكم سلام منصف، فضلاً عن هذا السلام المزيف مع اليهود الذي هو خيانة عُظمى للإسلام والمسلمين، لا يقرها مسلم عادي فضلاً عن عالم مثكم يُفترض فيه ما يُفترض من الغيرة على الملة والأمة.

إن الواجب فيمن يتصدى للفتوى في قضايا الأمة الخطيرة الكبيرة، أن يكون على علم بأبعادها وما قد يترتب عليها من أضرار وأخطار، لأن العلم بذلك من شروط المفتي التي لا غنى له عنها. يقول الإمام ابن القيم -رحمه الله- «ولا يتمكن المفتي ولا الحاكم من الفتوى والحكم بالحق إلا بنوعين من الفهم، أحدهما فهم الواقع والفقه فيه واستنباط علم حقيقة ما وقع بالقرائن والأمارات والعلامات حتى يحيط بها علماً، والنوع الثاني فهم الواجب في الواقع وهو فهم حكم الله الذي حكم به في كتابه أو على لسان رسوله ﷺ في هذا الواقع، ثم يطبق أحدهما على الآخر» أ.هـ [إعلام الموقعين ٨٧/١].

وإذا كانت هذه الشروط لازمة للفتوى بصورة عامة، فإنها تتأكد في الفتوى فيما يتعلق بالجهاد والصلح ونحوه. يقول الإمام ابن تيمية -رحمه الله- «والواجب أن يُعتبر في أمور الجهاد برأي أهل الدين الصحيح الذين لهم خبرة بما عليه أهل الدنيا، دون الذين يغلب عليهم النظر في ظاهر الدين، فلا يُؤخذ برأيهم، ولا برأي أهل الدين الذين لا خبرة لهم في الدنيا» أ.هـ [الاختيارات الفقهية من: ٣١١].

إن الفتاوى السابقة لو صدرت عن غيركم لقيل بتعمد صاحبها ما تتضمنه من الباطل، ويترتب عليها من آثار وأخطار، ولكنها لما صدرت منكم تعين أن يكون سبب الخلل فيها غير ذلك من الأسباب التي لا ترجع إلى نقص علمكم الشرعي، ولكن لعدم إدراك حقيقة الواقع، وما يترتب على مثل هذه الفتاوى من آثار، مما يجعل الفتوى حينئذٍ غير مستوفاة الشروط ومن ثم لا يصح إطلاقها، مما يحتم على المفتي عندئذ أن يتوقف عن الفتوى أو يحيلها إلى المختصين الجامعين بين العلم بالحكم الشرعي والعلم بحقيقة الواقع.. وقد ثبت أن الإمام أحمد بن حنبل كان يتوقف في كثير من المسائل وقد كان الإمام مالك إذا سئل عن القراءات أحال إلى الإمام نافع رحمهم الله جميعاً.

فضيلة الشيخ : إن إشفاقنا البالغ على حال الأمة والعلماء من أمثالكم هو الذي دفعنا لتذكيركم، فإننا نربأ بكم وبأمثالكم عن

BM BOX 7666, LONDON, WC1N 3XX, U.K.: العنوان    00441713289651 : فاكس    00441716242462 : هاتف

أن يستغلكم النظام الحاكم هذا الاستغلال الفظيع ويرمي بكم في وجه كل داعية ومصلح، ويُسكت بفتاواكم ومواقفكم كل كلمة حق ودعوة صدق، كما حدث عند ردكم على «مذكرة النصيحة» و«لجنة الدفاع عن الحقوق الشرعية»، وغيرها.

فضيلة الشيخ : لقد تقدمت بكم السن، وقد كانت لكم أياد بيضاء في خدمة الإسلام سابقاً، فاتقوا الله وابتعدوا عن هؤلاء الطواغيت والظلمة الذين أعلنوا الحرب على الله ورسوله، وكونوا مع الصادقين. وإن لكم في سلف الأمة وخلفها الصالح أسوة حسنة فقد كان من أبرز سمات العلماء الصادقين الابتعاد عن السلاطين، فقد فر الإمام أبوحنيفة -رحمه الله- وغيره من العمل مع حكام عصره على رغم استقامتهم الكبيرة على الدين إذا ما قورنوا مع حكام اليوم الذين لا يخفى ما هم عليه من فساد الدين وسوء الحال، وفي زماننا هذا، حينما أدرك العلامة الشيخ عبدالله بن حميد -رحمه الله- خطورة المسار الذي يمضى فيه النظام السعودي الحاكم وما يترتب عليه من خطر وضرر لمن يشاركه أو يختلط به أثر الفرار بدينه واستقال من رئاسة مجلس القضاء الأعلى. وقد قال الإمام الخطابي -رحمه الله- في التحذير من الدخول على هؤلاء الحكام «ليت شعرى من الذي يدخل عليهم اليوم فلا يصدقهم على كذبهم ومن الذي يتكلم بالعدل إذا شهد مجالسهم ومن الذي ينتصح منهم» أ.هـ [كتاب العزلة].. وقد صح في الحديث ﴿ من أتى أبواب السلطان افتتن ﴾، فاحذروا فضيلة الشيخ الزكون إلى هؤلاء بقول أو عمل ﴿ ولا تركنوا إلى الذين ظلموا فتمسكم النار وما لكم من دون الله من أولياء ثم لا تُنصرون ﴾.

إن من لم يستطع الجهر بالحق والصدع به فلا أقل من أن يمتنع عن الجهر بغير الحق، قال ﷺ : ﴿ ومن كان يؤمن بالله واليوم الآخر فليقل خيراً أو ليصمت ﴾ [رواه البخاري].

وأخيراً نرجو أن لا تجدوا في أنفسكم من هذا الكلام وتعتبروه خارجاً عن آداب النصح وما تقتضيه من إسرار وعدم إشهار، فالأمر جللٌ خطيرٌ ومهمٌ كبيرٌ لا يسوغ عنه السكوت، ولا يجوز عنه التغاضي.

وما ذكرناه معلومٌ لدى أهل العلم، وقد سبقنا إلى تنبيهكم عليه نخبة من علماء ودعاة الأمة، حيث تقدموا لكم بمناشدات عدة في هذا الصدد منها مناشدتهم إياكم قبل مدة بالامتناع عن الفتوى بجواز هذا السلام الإستسلامي المزعوم مع اليهود، مبينين عدم استيفائه للشروط اللازمة شرعاً، محذرين من المخاطر الجمة الدينية والدنيوية المترتبة عليه، ومن الموقعين على تلك المناشدة الشيوخ الأفاضل : عبدالله بن عبدالرحمن بن جبرين، عبدالله بن حسن القعود ، حمود بن عبدالله التويجري -رحمه الله-، حمود بن عبدالله الشعيبي، عبدالرحمن بن ناصر البراك، سلمان العودة، إبراهيم بن صالح الخضيري، عبدالوهاب الناصر الطريري، إبراهيم بن محمد الدبيان، عبدالله بن حمود التويجري، عبدالله الجلالي، عائض القرني، وغيرهم كثير -حفظهم الله جميعاً-، وستجدون نص مناشدتهم مع هذه الرسالة إن شاء الله.

وفي حرب اليمن الأخيرة، لما صدر منكم الكلام المُشار إليه سابقاً، أصدر خمسة وعشرون عالماً فتوى معارضة له مبينة الصواب الشرعي في المسألة، ومن هؤلاء العلماء الأفاضل : عبدالله بن سليمان المسعري، حمود بن عبدالله الشعيبي، عبدالله الجلالي، سلمان العودة، د. سفر الحوالي، د. ناصر العمر، يحيى بن عبدالعزيز اليحيى، د. عبدالله بن حمود التويجري، وغيرهم كثير -حفظهم الله جميعاً-.

وفي الختام نسأل الله تبارك وتعالى أن يرينا الحق حقاً ويرزقنا اتباعه ويرينا الباطل باطلاً ويرزقنا اجتنابه، وأن يبرم لهذه الأمة أمر رشد يعز فيه أهل طاعته ويذلّ فيه أهل معصيته ويؤمر فيه بالمعروف ويُنهى فيه عن المنكر ويُحكم فيه بالعدل ويُصدع فيه بالحق، وتعلو به راية الجهاد خفاقة، لتستعيد الأمةُ عزتها وكرامتها، وتُرفع راية التوحيد من جديد فوق كل أرض إسلامية سليبة، ابتداءً بفلسطين ووصولاً إلى الأندلس وغيرها من بلاد الإسلام الضائعة بسبب خيانات الحكام، وتخاذل المسلمين.

كما نسأله تعالى أن يولي أمورنا خيارنا ويصرف عنا شرارنا، ونسأله السداد في القول والصواب في العمل والتوفيق لما يحبه ويرضاه في الحياة وحسن الختام عند الممات، إنه ولي ذلك والقادر عليه، وآخر دعوانا أن الحمد لله رب العالمين.

عنهم / أسامة بن محمد بن لادن

التاريخ : ١٤١٥/٧/٢٧ هـ

الموافق : ١٩٩٤/١٢/٢٩ م

بسم الله الرحمن الرحيم

| هيئة النصيحة والإصلاح | ١-٤ | البيـــــان رقـــــم |
|---|---|---|
| مكتب ـ لندن | | (١٢) |

# الرسالة الثانية

## إلى الشيخ عبد العزيز بن باز

الحمد لله الذي أنزل الكتاب لإخراج الناس من الظلمات إلى النور بإذن ربهم إلى صراط العزيز الحميد، والصلاة والسلام على من تركنا على المحجة البيضاء ليلها كنهارها لايزيغ عنها إلا هالك.

إلى الشيخ عبد العزيز بن باز، السلام عليكم ورحمة الله وبركاته، وبعد :

فقد سبق لنا في (هيئة النصيحة والإصلاح) أن وجهنا لكم رسالة مفتوحة في بياننا رقم (١١) وذكرناكم فيها بالله، وبواجبكم الشرعي تجاه الملة والأمة، ونبهناكم فيها على مجموعة من الفتاوى والمواقف الصادرة منكم، والتي ألحقت بالأمة والعاملين للإسلام من العلماء والدعاة أضراراً جسيمة عظيمة.

وكان من اخر تلك الفتاوى مافجعتم به المسلمين عموماً والمجاهدين والمستضعفين من الرجال والنساء والولدان من أهل فلسطين خصوصاً، من إضفاء الصبغة الشرعية الدينية على الخيانات السياسية لحكام العرب الذين خانوا الله ورسوله، حيث اعتبرتم مايقوم به هؤلاء من توقيع صكوك استسلامية تقضي بتسليم فلسطين إلى اليهود والاعتراف بسيادتهم الأبدية عليها من قبيل الصلح الجائز مع العدو.

ولما كانت الفتوى بهذه الدرجة من الخطورة، وكانت أصوات أهل العلم المستنكرة لها قد تعالت في الداخل والخارج – وكان بياننا السابق من هذا القبيل – كانت الأمة تتوقع منكم موقفا ينصف القضية وترجعون به إلى الصواب، بعد أن حمحص الحق، وشهدت الأدلة المختلفة على بطلان تلك الفتوى وماتضمنته من خلط وتلبيس.

غير ان الجميع فوجئ، لا لأنكم أكدتم فتواكم السابقة بما نشرته الجريدة المدعوة «المسلمون» بتاريخ ١٩ شعبان ١٤١٥هـ الموافق ٢٠ يناير ١٩٩٥ في عددها « ٥٢٠ » فقط، بل لماتضمنه هذا التأكيد أيضاً من إضافات وتفسيرات لمفهومكم لما يسمى بالسلام مع اليهود، حيث تضمنت تلك التفسيرات أموراً لم يكن اليهود وعملاؤهم يحلمون بصدورها منكم لما أشادوا بالفتوى السابقة وصفقوا له.

ونحن في هذه الرسالة نود أن ننبه على بعض الأمور التي لم يتسع لها البيان السابق، وبعض الأمور التي أثارتها فتواكم المؤكدة الثانية، وذلك بشيء من الإيجاز والإجمال ، لأن ماذكرناه في بياننا السابق ، وما بينته رسائل وفتاوى أهل العلم في الداخل والخارج من بطلان هذه الفتاوى يغني عن التطويل والتفصيل في الموضوع بما لايتسع له مثل هذا البيان.

وعليه فإننا سنوجز كلامنا فيما يلي :

**أولا:** إن كل ماستقموه من أدلة في الفتوى الأولى والثانية غاية أمره أن يدل على جواز الهدنة مع العدو عند توفر الشروط اللازمة.

وقد بيّن أهل العلم أن ما يجري بشأن فلسطين الآن ليس من الصلح المعتبر شرعاً في شيء، لأنه لم يتوفر فيه من الأركان والشروط إلا ما كان من قبَل العدو، فطرف العقد الثاني هو زمرة من العلمانيين المرتدين من حكام العرب، ومحل العقد هو أرض فلسطين ومسرى الرسول صلى الله عليه وسلم التي هي أرض إسلامية، وصيغة العقد قاضية بتمليك هذه الأرض لليهود تمليكاً أبدياً ، وتلغي فريضة الجهاد بشكل دائم.

ولما كان الإجماع منعقداً على بطلان ولاية المرتد، ومنعقد كذلك على بطلان أي عقد يقضي بتمليك أي شبر من أرض

المسلمين للعدو، علم بذلك أن هذا المسمى «سلاماً» باطل بطل أساسه بالإجماع.

ومما يثير العجب والاستغراب هنا هو وصفهم لرئيس مايسمى «السلطة الوطنية الفلسطينية». وشرذمته العلمانية بأنهم «ولي أمر المسلمين في فلسطين»، وبالتالي يجب الالتزام بما يعقده من عقود ويلتزم به من معاهدات مع العدو، مع أنه من المعلوم من فتاوى أهل العلم أن العلمانية كفر مخرج من الملة، وأنتم ممن أفتى بذلك مراراً وتكراراً.

وهؤلاء لم يخفوا في يوم من الأيام منهجهم العلماني الفاضح الواضح في أقوالهم وأفعالهم ومواثيقهم، فكيف يستقيم مع هذا وصفهم بأنهم «ولي أمر المسلمين في فلسطين»؟!.

**ثانياً:** إن مابنيت عليه هذه الفتوى من دعوى ضعف المسلمين وعجزهم عن قتال اليهود باطل هو الآخر، باطل من جهة كونه لم يصدر من قبل أهل النظر والاختصاص، ومن ليس أهلاً للنظر في مثل هذه الأمور لا يجوز له الحكم بناء على نظره ولو أصاب الصواب.

وهو باطل أيضاً من جهة كونه لم يصادف الصواب هنا، فَمَن من أهل الخبرة والاختصاص –الذين هم المرجع في تقدير مثل هذه الأمور– قال لكم إن أكثر من مليار مسلم يملكون أكبر ثروة في العالم وأهم المواقع الاستراتيجية فيه ، عاجزون عن مواجهة خمسة ملايين يهودي في فلسطين ؟!

إن علة المسلمين اليوم ليست في الضعف العسكري، ولا في الفقر المادي، وإنما علتهم خيانات الحكام، وتخاذل الأنظمة، وضعف أهل الحق، وإقرار علماء السلطان لهذا الوضع، وركونهم إلى الذين ظلموا من حكام السوء وسلاطين الفساد.

إن الأمة الإسلامية اليوم لا ينقصها المال ولا الرجال، وليست مشكلتها في نقص العدة ولا العتاد، فهي لم تكسب معاركها التاريخية اعتماداً على ذلك، وإنما ينقصها علماء من أمثال ابن تيمية وحكام من جنس صلاح الدين –رحمهم الله– حتى يجتمع صلاح السلطان وصدق الإيمان وبأس السنان وهدي القرآن، وعندئذ لن تغلب منهم اثنا عشر ألف من قلة، ﴿ وكان حقاً علينا نصر المؤمنين ﴾.

وقد أكدت العمليات البطولية التي يقوم بها العزّل من أطفال وشباب فلسطين المسلمين، وما أثارته من الرعب وألحقته من أضرار في صفوف العدو صدق هذه الحقيقة، فكيف لو توجهت الأمة كلها هذا التوجه وسلكت هذا المسلك؟

**ثالثاً:** إن ماذكرتموه مما يترتب على الصلح مع اليهود من جواز التبادل الدبلوماسي والتعاون الاقتصادي يتناقض مع ماذكرتموه من أن تمليك اليهود لفلسطين «تمليك مؤقت»، لأن التبادل الدبلوماسي بمقتضى العرف والقانون الدولي الذي تجري في ظله عملية «السلام» والذي هو مرجع هؤلاء، يعتبر اعترافاً متبادلاً يمنع أي طرف من التدخل في شؤون الطرف الآخر على أي وجه يمكن أن يخل بسيادته المطلقة والدائمة على أراضيه.

إن اليهود لم يكونوا يحلمون –في سعيهم إلى اختراق الأمة الإسلامية، ونهب ثرواتها– بأكثر مما قدمتم لهم من تسويغ «شرعي» لفتح العواصم والأسواق الإسلامية أمام سفاراتهم ومراكز تجسسهم وبث فسادهم وأفكارهم وأمام بضائعهم ومنتجاتهم فهذه خطوة لازمة للتمهيد إلى إقامة دولة إسرائيل الكبرى من النيل إلى الفرات مروراً بأجزاء كبيرة من جزيرة العرب.

**رابعاً:** ماقلتموه من أن تمليك فلسطين لليهود بمقتضى هذا السلام المزعوم هو «تمليك مؤقت» مناف للحقيقة والواقع؛ لأن نصوص كل الاتفاقيات والمعاهدات تنص على أنه تمليك أبدي بما في ذلك اتفاقية كامب ديفد مع مصر، واتفاق غزة أريحا مع منظمة التحرير، واتفاقية وادي عربة مع الأردن، وأكثر هذه الاتفاقيات طموحاً تلك التي تطالب باسترجاع ماأحتل من فلسطين في حرب ١٩٦٧ مقابل التنازل عن ما احتل في حرب ١٩٤٨ وهذا هو مايعنونه بقولهم «الأرض مقابل السلام»، ولنفترض أن اليهود تنازلوا عما احتل سنة ١٩٦٧ –وهذا في غاية الاستبعاد؛ لأنهم

هيئة النصيحة والإصلاح
مكتب - لندن

٣-٤

البيـــان رقــــم
(١٢)

مصرون على أن القدس عاصمتهم الأبدية وهي مما احتل سنة ١٩٦٧– فبأي شرع يجوز إقرارهم على ما احتل من الأرض سنة ١٩٤٨ مع أن الإجماع منعقد على بطلان أي عقد يتنازل بموجبه المسلمون ولو عن شبر من الأرض ليتملكه العدو؟.

وإذا أردتم التأكد فما عليكم إلا مراجعة تلك الاتفاقيات، حتى لا تقولوا بغير علم ، فهي صريحة في الاعتراف بسيادة العدو اليهودي الأبدية على ما احتل من فلسطين سنة ١٩٤٨، لأنه بدون الاعتراف بذلك لن تكون لليهود أرض وبالتالي لن تكون لهم دولة يعقد معها الصلح والهدنة ويجوز معها التبادل الدبلوماسي والتجاري وغيرها من الأمور التي تقولون بجوازها معهم، لأنه من المعلوم أن كل أرض ما يسمى بإسرائيل إما مما احتل في ١٩٤٨ أو ١٩٦٧، وليست لها أرض زائدة على ذلك، فكيف يقال مع كل هذا إن تمليكهم لتلك الأرض مؤقت مع أن جميع الأطراف يصفون ما يجري بأنه «سلام دائم وشامل» ؟!.

إن الأمة عموماً وأهالي فلسطين خصوصاً كانوا ينتظرون منكم القيام بواجبكم الشرعي تحريضاً على الجهاد واستنهاضاً لهمم له وحثاً للناس عليه وتأييداً ودعماً للناهضين بأعبائه من الأفراد والجماعات.

وما كانوا يتوقعون منكم مثل هذه الفتوى التي تؤثم المجاهدين لتحرير الأقصى وفلسطين، نعم تؤثمهم، لأنهم بعملياتهم الجهادية ضد اليهود يخرقون اتفاق غزة وأريحا الذي وقعه «ولي أمر المسلمين في فلسطين» كما زعمتم، وخرق اتفاق وقعه ولي أمر المسلمين لا يجوز!!.

وبهذه الفتوى تثبطون وتصيبون بالإحباط أولئك الذين قدموا الآباء والأبناء والإخوان والأزواج شهداء في سبيل الله لتحرير القدس وفلسطين، لأنهم بمقتضى هذه الفتوى يكونون ماتوا على معصية لأنهم خرقوا اتفاقاً عقده «ولي أمر المسلمين في فلسطين»، هذا معنى كلامكم ومقتضى فتواكم، فهل تعون ما تقولون ؟! أم تقولون على الله ما لا تعلمون؟!.

فإن كنت لا تدري فتلك مصيبة        وإن كنت تدري فالمصيبة أعظم

**خامساً**: إن ما يبعث على الخوف والقلق ليس مجرد صدور هذه الفتوى منكم، ولكن الأدهى أن هذه الفتوى صدرت بمقتضى منهج متبع من قبلكم في إصدار مثل هذه الفتاوى، أهم ما يميزه :

١– أنه ينطلق من مبدأ مجاراة حكام السوء في أهوائهم السياسية، وموافقتهم على تصرفاتهم.

٢– وفي سبيل ذلك يتعسف الأدلة ويلوي أعناق النصوص لتستجيب لتلك الرغبات.

٣– وإذا لم تسعف النصوص القابلة لذلك في الواقعة المعروضة أُبهِمَ الحكم بصورة يتوصل بها الحكام لمرادهم.

٤– أنه قائم على الجهل بالواقع الذي هو مناط الحكم ولا تجوز الفتوى على جهل به.

٥– ولأنه مبنٍ على رغبات الحكام المتقلبة فقد اتسم بكثير من التناقض والتعارض.

وقد أوردنا في رسالتنا السابقة من الأمثلة ما يشهد بصدق هذا الكلام.

ولا يخفى ما في هذا المنهج من البطلان الظاهر والفساد الجلي لأنه قائم على التشهي والمحاباة في إصدار الفتاوى وهذا –كما يقول ابن القيم رحمه الله– «حرامٌ باتفاق الأمة، وهذا مثل ما حكى القاضي أبو الوليد الباجي عن بعض أهل زمانه ممن نصب نفسه للفتوى أنه كان يقول إن الذي لصديقي عليّ إذا وقعت له حكومة أو فتوى أن أفتيه بالرواية التي توافقه.

وهذا مما لا خلاف بين من يعتد بهم في الإجماع أنه لا يجوز... وهذا من أفسق الفسوق وأكبر الكبائر، والله المستعان» [إعلام الموقعين ٢١١/٤].

هذا حكم المفتي الذي يتشهى باختيار الأقوال التي توافقه، وقد قيل بها قبله، فما حكم من يتشهى بإنشاء أقوال وفتاوى مخالفة لإجماع السلف والخلف؟!.

هاتف : 00441716242462    فاكس : 00441713289651    العنوان : BM BOX 7666, LONDON, WC1N 3XX, U.K.

هذا ونؤكد أن ما ذكرناه من النقد ليس مقصوداً لذاته، وإنما المقصود منه هو بيان الخطأ ليُجْتَنَب، وهذا هو منهج أهل العلم، يقول الإمام النووي عن نفسه إنه التزم «بيان رجحان ما كان راجحاً وتضعيف ما كان ضعيفا، وتزييف ما كان زائفاً، والمبالغة في تغليط قائله ولو كان من الأكابر، وإنما أقصد بذلك التحذير من الاغترار به» (المجموع شرح المهذب ٦/١). ولذا فإننا ننبه الأمة إلى خطورة مثل هذه الفتاوى الباطلة وغير مستوفية الشروط، وندعوهم إلى الرجوع في الفتوى إلى أولئك الذين جمعوا بين العلم الشرعي والاطلاع على الواقع، ولم تأخذهم في الله والصدع بالحق لومة لائم، فضاق بهم النظام ذرعاً فواراهم في السجون، ورماهم خلف القضبان، وفصلهم من أعمالهم، ومنعهم حق الكلام.

كما نكرر دعوتنا لكم أيها الشيخ للخروج من خندق هؤلاء الحكام الذين سخروكم لخدمة أهوائهم وتترسوا بكم ضد كل داعية، ورموا بكم في وجه كل مصلح، ونخوفكم بما خُوِّفَ الله به أفضل خلقه وخاتم رسله بقوله تعالى: ﴿ وإن كادوا ليفتنونك عن الذي أوحينا إليك لتفتري علينا غيره، وإذاً لاتخذوك خليلاً، ولولا أن ثبتناك لقد كدت تركن إليهم شيئا قليلا، إذاً لأذقناك ضعف الحياة وضعف الممات ثم لا تجد لك علينا نصيراً ﴾، فإذا كان هذا التهديد من الله تعالى لأفضل خلقه حتى لا يركن ولو شيئا قليلاً، فكيف بمن ركن ركوناً كثيراً، وأصابه ما أصابه من فتنتهم بسبب هذا الركون؟.

كما نعظكم بحال أولئك الذين قال الله فيهم إنهم ﴿ يحملون أوزارهم كاملة يوم القيامة ومن أوزار الذين يضلونهم بغير علم ألا ساء ما يزرون ﴾.

إلا أن مما يهون من هذا الأمر –رغم عظمته– أن الأمة بدأت تتصرف عن مثل هذه الفتاوى الصادرة منكم، كما دلت على ذلك أصوات الاستنكار والرفض التي ارتفعت ضد هذه الفتوى في الداخل والخارج. وفي المقابل وضعت ثقتها فيمن هو أهل لها من العلماء والدعاة الصادقين حبساء السجون والقضبان، الذين ساهموا مثل هذه الفتاوى فيما يعانونه على أيدي النظام الحاكم في سبيل جهرهم بالحق وصدعهم به، من أمثال الشيخ سلمان العودة و الشيخ سفر الحوالي وإخوانهم – فرج الله عنهم.

إلا أن هذا الإعراض عن فتاواكم –وإن كان يقلل من خطر ضلال الناس بها– إلا أن ذلك لايعفيكم من المسؤولية الجسيمة الملقاة على عاتقكم في الجهر بالحق وبيانه والصدع به وعدم كتمانه.

أيها الشيخ في ختام هذه الرسالة نقول لكم : إذا أنتم لم تستطيعوا أن تتحملوا تبعات الجهر بالحق والصدع به، ومناصرة أهله ضد هؤلاء الحكام، فلا أقل من أن تتنحوا عن المناصب الرسمية التي لوثكم بها هذا النظام، وتهجروا أبواب هؤلاء السلاطين الذين بارزوا الله بالحرب، حتى لا يصيبكم ما يصيبهم، والتزموا طريق النجاة الذي حدده صلى الله عليه وسلم للسائل عنه بقوله : (أملك عليك لسانك، وليسعك بيتك، وابك على خطيئتك) (رواه الترمذي صحيح الجامع الصغير).

وأخيراً نسأل الله العلي القدير بأسمائه الحسنى وصفاته العلى أن يقيض لهذه الأمة علماء ربانيين صادقين، وأئمة هداة مهديين، ومجاهدين صابرين محتسبين، حتى تعود خير أمة أخرجت للناس تأمر بالمعروف وتنهى عن المنكر وتؤمن بالله، ونسأله أن يلهمنا الصواب في القول، والسداد في العمل، ويهدينا طريق الرشاد، ويسدد خطانا ويوفقنا جميعاً لما يحبه ويرضاه، ونسأله حسن الختام لنا ولكم ، إنه ولي ذلك والقادر عليه.

وآخر دعوانا أن الحمد لله رب العالمين

عنهم / أسامة بن محمد بن لادن

التاريخ : ١٤١٥/٨/٢٨هـ
الموافق : ١٩٩٥/١/٢٩م

بسم الله الرحمن الرحيم

| هيئة النصيحة والإصلاح | ١-٤ | البيـــان رقــــم |
|---|---|---|
| مكتب ـ لندن | | (١٢) |

## الرسالة الثانية

## إلى الشيخ عبد العزيز بن باز

الحمد لله الذي أنزل الكتاب لإخراج الناس من الظلمات إلى النور بإذن ربهم إلى صراط العزيز الحميد، والصلاة والسلام على من تركنا على المحجة البيضاء ليلها كنهارها لايزيغ عنها إلا هالك.

إلى الشيخ عبد العزيز بن باز، السلام عليكم ورحمة الله وبركاته، وبعد :

فقد سبق لنا في (هيئة النصيحة والإصلاح) أن وجهنا لكم رسالة مفتوحة في بياننا رقم (١١) وذكرناكم فيها بالله، وبواجبكم الشرعي تجاه الملة والأمة، ونبهناكم فيها على مجموعة من الفتاوى والمواقف الصادرة منكم، والتي ألحقت بالأمة والعاملين للإسلام من العلماء والدعاة أضراراً جسيمة عظيمة.

وكان من آخر تلك الفتاوى مافجعتم به المسلمين عموماً والمجاهدين والمستضعفين من الرجال والنساء والولدان من أهل فلسطين خصوصاً، من إضفاء الصبغة الشرعية الدينية على الخيانات السياسية لحكام العرب الذين خانوا الله ورسوله، حيث اعتبرتم مايقوم به هؤلاء من توقيع صكوك استسلامية تقضي بتسليم فلسطين إلى اليهود والاعتراف بسيادتهم الأبدية عليها من قبيل الصلح الجائز مع العدو.

ولما كانت الفتوى بهذه الدرجة من الخطورة، وكانت أصوات أهل العلم المستنكرة لها قد تعالت، في الداخل والخارج –وكان بياننا السابق من هذا القبيل– كانت الأمة تتوقع منكم موقفاً ينصف القضية وترجعون به إلى الصواب، بعد أن حمصحص الحق، وشهدت الأدلة المختلفة على بطلان تلك الفتوى ومتضمنته من خلط وتلبيس.

غير أن الجميع فوجئ، لا لأنكم أكدتم فتواكم السابقة بما نشرته الجريدة المدعوة «المسلمون» بتاريخ ١٩ شعبان ١٤١٥هـ الموافق ٢٠ يناير ١٩٩٥م في عددها « ٥٢٠٠ » فقط، بل لماتضمنه هذا التأكيد أيضاً من إضافات وتفسيرات لمفهومكم لما يسمى بالسلام مع اليهود، حيث تضمنت تلك التفسيرات أموراً لم يكن اليهود وعملاؤهم يحلمون بصدورها منكم لما أشادوا بالفتوى السابقة وصفقوا له.

ونحن في هذه الرسالة نود أن ننبه على بعض الأمور التي لم يتسع لها البيان السابق، وبعض الأمور التي أثارتها فتواكم المؤكدة الثانية، وذلك بشيء من الإيجاز والإجمال، لأن ماذكرناه في بياننا السابق ، وما بينته رسائل وفتاوى أهل العلم في الداخل والخارج من بطلان هذه الفتاوى يغني عن التطويل والتفصيل في الموضوع بما لايتسع له مثل هذا البيان.

وعليه فإننا سنوجز كلامنا فيما يلي :

**أولاً:** إن كل ماسقتموه من أدلة في الفتوى الأولى والثانية غاية أمره أن يدل على جواز الهدنة مع العدو عند توفر الشروط اللازمة.

وقد بيّن أهل العلم، أن ما يجري بشأن فلسطين الآن ليس من الصلح المعتبر شرعاً في شيء، لأنه لم يتوفر فيه من الأركان والشروط إلا ما كان من قبَل العدو، نظرف العقد الثاني هم زمرة من العلمانيين المرتدين من حكام العرب، ومحل العقد هو أرض فلسطين ومسرى الرسول أُصْلِي اللهُ عليه وسلم التي هي أرض إسلامية، وصيغة العقد قاضية بتمليك هذه الأرض لليهود تمليكاً أبدياً ، وتلغي فريضة الجهاد بشكل دائم.

ولما كان الإجماع منعقداً على بطلان ولاية المرتد، ومنعقد كذلك على بطلان أي عقد يقضي بتمليك أي شبر من أرض

المسلمين للعدو، علم بذلك أن هذا المسمى «سلاماً» باطل من أساسه بالإجماع.

ومما يثير العجب والاستغراب هنا هو وصفكم لرئيس مايسمى «السلطة الوطنية الفلسطينية» وشرذمته العلمانية بأنهم «ولي أمر المسلمين في فلسطين»، وبالتالي يجب الالتزام بما يعقده من عقود ويلتزم به من معاهدات مع العدو، مع أنه من المعلوم من فتاوى أهل العلم أن العلمانية كفر مخرج من الملة، وأنتم ممن أفتى بذلك مراراً وتكراراً.

وهؤلاء لم يخفوا في يوم من الأيام منهجهم العلماني الفاضح الواضح في أقوالهم وأفعالهم ومواثيقهم، فكيف يستقيم مع هذا وصفكم بأنهم «ولي أمر المسلمين في فلسطين»؟!.

**ثانياً:** إن مابنيت عليه هذه الفتوى من دعوى ضعف المسلمين وعجزهم عن قتال اليهود باطل هو الآخر، باطل من جهة كونه لم يصدر من قبل أهل النظر والاختصاص، ومن ليس أهلاً للنظر في مثل هذه الأمور لا يجوز له الحكم بناء على نظره ولو أصاب الصواب.

وهو باطل أيضاً من جهة كونه لم يصادف الصواب هنا، فمّن من أهل الخبرة والاختصاص -الذين هم المرجع في تقدير مثل هذه الأمور- قال لكم إن أكثر من مليار مسلم يملكون أكبر ثروة في العالم وأهم المواقع الاستراتيجية فيه ، عاجزون عن مواجهة خمسة ملايين يهودي في فلسطين ؟!

إن علة المسلمين اليوم ليست في الضعف العسكري، ولا في الفقر المادي، وإنما علتهم خيانات الحكام، وتخاذل الأنظمة، وضعف أهل الحق، وإقرار علماء السلطان لهذا الوضع، وركونهم إلى الذين ظلموا من حكام السوء وسلاطين الفساد.

إن الأمة الاسلامية اليوم لا ينقصها المال ولا الرجال، وليست مشكلتها في نقص العدة ولا العتاد، فهي لم تكسب معاركها التاريخية اعتماداً على ذلك، وإنما ينقصها علماء من أمثال ابن تيمية وحكام من جنس صلاح الدين -رحمهم الله- حتى يجتمع صلاح السلطان وصدق الإيمان وبأس السنان وهدي القرآن، وعندئذ لن تغلب منهم اثنا عشر ألف من قلة، ﴿ وكان حقاً علينا نصر المؤمنين ﴾.

وقد أكدت العمليات البطولية التي يقوم بها العزّل من أطفال وشباب فلسطين المسلمين، وما أثارته من الرعب وألحقته من أضرار في صفوف العدو صدق هذه الحقيقة، فكيف لو توجهت الأمة كلها هذا التوجه وسلكت هذا المسلك؟.

**ثالثاً:** إن ماذكرتموه مما يترتب على الصلح مع اليهود من جواز التبادل الدبلوماسي والتعاون الاقتصادي يتناقض مع ماذكرتموه من أن تمليك اليهود لفلسطين «تمليك مؤقت»، لأن التبادل الدبلوماسي بمقتضى العرف والقانون الدولي الذي يجري في ظله عملية «السلام»، والذي هو مرجع هؤلاء، يعتبر اعترافاً متبادلاً يمنع أي طرف من التدخل في شؤون الطرف الآخر على أي وجه يمكن أن يخل بسيادته المطلقة والدائمة على أراضيه.

إن اليهود لم يكونوا يحلمون -في سعيهم إلى اختراق الأمة الإسلامية، ونهب ثرواتها- بأكثر مما قدمته لهم من تسويغ «شرعي» لفتح العواصم والأسواق الإسلامية أمام سفاراتهم ومراكز تجسسهم وبث فسادهم وأفكارهم وأمام بضاعتهم ومنتجاتهم فهذه خطوة لازمة للتمهيد إلى إقامة دولة إسرائيل الكبرى من النيل إلى الفرات مروراً بأجزاء كبيرة من جزيرة العرب.

**رابعاً:** ماقاتموه من أن تمليك فلسطين لليهود بمقتضى هذا السلام المزعوم هو «تمليك مؤقت» مناف للحقيقة والواقع؛ لأن نصوص كل الاتفاقيات والمعاهدات تنص على أنه تمليك أبدي بما في ذلك اتفاقية كامب ديفد مع مصر، واتفاق غزة أريحا مع منظمة التحرير، واتفاقية وادي عربة مع الأردن، وأكثر هذه الاتفاقيات طموحاً تلك التي تطالب باسترجاع مااحتل من فلسطين في حرب ١٩٦٧ مقابل التنازل من العرب عن ما احتل في حرب ١٩٤٨ وهذا هو مايعنونه بقولهم «الأرض مقابل السلام»، ولنفترض أن اليهود تنازلوا عما احتل سنة ١٩٦٧ -وهذا في غاية الاستبعاد؛ لأنهم

مصرون على أن القدس غاصبتهم الأبدية وهي مما احتل سنة ١٩٦٧- فبأي شرع يجوز إقرارهم على ما احتل من الأرض سنة ١٩٤٨ مع أن الإجماع منعقد على بطلان أي عقد يتنازل بموجبه المسلمون ولو عن شبر من الأرض ليتملكه العدو؟

وإذا أردتم التأكد فما عليكم إلا مراجعة تلك الاتفاقيات، حتى لا تقولوا بغير علم ؛ فهي صريحة في الاعتراف بسيادة العدو اليهودي الأبدية على ما احتل من فلسطين سنة ١٩٤٨، لأنه بدون الاعتراف بذلك لن تكون لليهود أرض وبالتالي لن تكون لهم دولة يعقد معها الصلح والهدنة ويجوز معها التبادل الدبلوماسي والتجاري وغيرها من الأمور التي تقولون بجوازها معهم، لأنه من المعلوم أن كل ارض مايسمى بإسرائيل إما مما احتل في ١٩٤٨ أو ١٩٦٧، وليست لها أرض زائدة على ذلك، فكيف يقال مع كل هذا إن تمليكهم لتلك الأرض مؤقت مع أن جميع الأطراف يصفون ما يجري بأنه «سلام دائم وشامل» !؟.

إن الأمة عموماً وأهالي فلسطين خصوصاً كانوا ينتظرون منكم القيام بواجبكم الشرعي تحريضاً على الجهاد واستنهاضاً للهمم به وحثاً للناس عليه، وتأييداً ودعماً للناهضين بأعبائه من الأفراد والجماعات.

وما كانوا يتوقعون منكم مثل هذه الفتوى التي تؤثم المجاهدين لتحرير الأقصى وفلسطين، نعم تؤثمهم، لأنهم بعملياتهم الجهادية ضد اليهود يخرقون اتفاق غزة وأريحا الذي وقعه «ولي أمر المسلمين في فلسطين» كما زعمتم، وخرق اتفاق وقعه ولي أمر المسلمين لا يجوز!!.

وبهذه الفتوى تثبطون وتصيبون بالإحباط أولئك الذين قدموا الآباء والأبناء والاخوان والأزواج شهداء في سبيل الله لتحرير القدس وفلسطين، لأنهم بمقتضى هذه الفتوى يكونون ماتوا على معصية لأنهم خرقوا اتفاقاً عقده «ولي أمر المسلمين في فلسطين»، هذا معنى كلامكم ومقتضى فتواكم، فهل تعون ماتقولون ؟! أم تقولون على الله مالاتعلمون؟!.

فإن كنت لا تدري فتلك مصيبة        وإن كنت تدري فالمصيبة أعظم

**خامساً:** إن ما يبعث على الخوف والقلق ليس مجرد صدور هذه الفتوى منكم، ولكن الأدهى أن هذه الفتوى صدرت بمقتضى منهج متبع من قبلكم في اصدار مثل هذه الفتاوى، أهم مايميزه :

١- أنه ينطلق من مبدإ مجاراة حكام السوء في أهوائهم السياسية، وموافقتهم على تصرفاتهم.

٢- وفي سبيل ذلك يتعسف الأدلة ويلوي أعناق النصوص لتستجيب لتلك الرغبات.

٣- وإذا لم تسعف النصوص القابلة لذلك في الواقعة المعروضة أبهم الحكم بصورة يتوصل بها الحكام لمرادهم.

٤- أنه قائم على الجهل بالواقع الذي هو مناط الحكم ولا تجوز الفتوى على جهل به.

٥- ولأنه مبني على رغبات الحكام المتقلبة فقد اتسم بكثير من التناقض والتعارض.

وقد أوردنا في رسالتنا السابقة من الأمثلة ما يشهد بصدق هذا الكلام.

ولا يخفى مافي هذا المنهج من البطلان الظاهر والفساد الجلي لأنه قائم على التشهي والمحاباة في إصدار الفتاوى وهذا -كما يقول ابن القيم رحمه الله- «حرام باتفاق الأمة، وهذا مثل ماحكى القاضي أبو الوليد الباجي عن بعض أهل زمانه ممن نصب نفسه للفتوى أنه كان يقرر أن الذي لصديقي علي إذا وقعت له حكومة أو فتوى أن أفتيه بالرواية التي توافقه.

وهذا مما لا خلاف بين من يعتد بهم في الإجماع أنه لايجوز... وهذا من أفسق الفسوق وأكبر الكبائر، والله المستعان» [أعلام الموقعين ١/٢٦١].

هذا حكم المفتي الذي يتشهى باختيار الأقوال التي توافقه، وقد قيل بها قبله، فما حكم من يتشهى بإنشاء أقوال وفتاوى مخالفة لإجماع السلف والخلف؟!.

هذا ونؤكد أن ما ذكرناه من النقد ليس مقصوداً لذاته، وإنما المقصود منه هو بيان الخطأ ليُجتنب، وهذا هو منهج أهل العلم، يقول الإمام النووي عن نفسه إنه التزم «بيان رجحان ما كان راجحاً وتضعيف ما كان ضعيفاً، وتزييف ما كان زائفاً، والمبالغة في تغليط قائله ولو كان من الأكابر، وإنما أقصد بذلك التحذير من الاغترار به» [المجموع شرح المهذب ٥٠/١]. وإذا شئنا نبه الأمة إلى خطورة مثل هذه الفتاوى الباطلة وغير مستوفية الشروط، وندعوهم إلى الرجوع في الفتوى إلى أولئك الذين جمعوا بين العلم الشرعي والاطلاع على الواقع، من تأخذهم في الله والصدع بالحق لومة لائم، فضاق بهم النظام ذرعاً فوارهم في السجون، ورمامهم خلف القضبان، وفصلهم من أعمالهم، ومنعهم حق الكلام.

كما نكرر دعوتنا لكم أيها الشيخ للخروج من خندق هؤلاء الحكام الذين سخروكم لخدمة أهوائهم وتترسوا بكم ضد كل داعية، ورموا بكم في وجه كل مصلح، ونخوفكم بما خَوَّفَ الله به أفضل خلقه وخاتم رسله بقوله تعالى : ﴿ وَإِن كَادُوا لَيَفْتِنُونَكَ عَنِ الَّذِي أَوْحَيْنَا إِلَيْكَ لِتَفْتَرِيَ عَلَيْنَا غَيْرَهُ، وَإِذًا لَّاتَّخَذُوكَ خَلِيلًا، وَلَوْلَا أَن ثَبَّتْنَاكَ لَقَدْ كِدتَّ تَرْكَنُ إِلَيْهِمْ شَيْئًا قَلِيلًا، إِذًا لَّأَذَقْنَاكَ ضِعْفَ الْحَيَاةِ وَضِعْفَ الْمَمَاتِ ثُمَّ لَا تَجِدُ لَكَ عَلَيْنَا نَصِيرًا ﴾، فإذا كان هذا التهديد من الله تعالى لأفضل خلقه حتى لا يركن ولو شيئا قليلاً، فكيف بمن ركن ركوناً كثيراً، وأصابه ما أصابه من فتنتهم بسبب هذا الركون؟.

كما نعظكم بحال أولئك الذين قال الله فيهم إنهم ﴿ يَحْمِلُونَ أَوْزَارَهُمْ كَامِلَةً يَوْمَ الْقِيَامَةِ وَمِنْ أَوْزَارِ الَّذِينَ يُضِلُّونَهُم بِغَيْرِ عِلْمٍ أَلَا سَاءَ مَا يَزِرُونَ ﴾.

إلا أن مما يهون من هذا الأمر -رغم عظمته- أن الأمة بدأت تتصرف عن مثل هذه الفتاوى الصادرة منكم، كما دلت على ذلك أصوات الاستنكار والرفض التي ارتفعت ضد هذه الفتوى في الداخل والخارج، وفي المقابل وضعت ثقتها فيمن هو أهل لها من العلما، والدعاة الصادقين حبساء السجون والقضبان، الذين ساهمت مثل هذه الفتاوى فيما يعانونه على أيدي النظام الحاكم في سبيل جهرهم بالحق وصدعهم به، من أمثال الشيخ سلمان العودة و الشيخ سفر الحوالي وإخوانهم - فرج الله عنهم.

إلا أن هذا الإعراض عن فتاواكم -وإن كان يقلل من خطر ضلال الناس بها- إلا أن ذلك لايعفيكم من المسؤولية الجسيمة الملقاة على عاتقكم في الجهر بالحق وبيانه والصدع به وعدم كتمانه.

أيها الشيخ في ختام هذه الرسالة نقول لكم : إذا أنتم لم تستطيعوا أن تتحملوا تبعات الجهر بالحق والصدع به، ومناصرة أهله ضد هؤلاء الحكام، فلا أقل من أن تتنحوا عن المناصب الرسمية التي لوثكم بها هذا النظام، وتهجروا أبواب هؤلاء السلاطين الذين بارزوا الله بالحرب، حتى لا يصيبكم مايصيبهم، والتزموا طريق النجاة الذي حدده رسول الله صلى الله عليه وسلم للسائل عنه بقوله : (املك عليك لسانك، وليسعك بيتك، وابك على خطيئتك) [رواه الترمذي تصحيح الجامع الصغير].

وأخيراً نسأل الله العلي القدير بأسمائه الحسنى وصفاته العلى أن يقيض لهذه الأمة علماء ربانيين صادقين، وأئمة هداة مهديين، ومجاهدين صابرين محتسبين، حتى تعود خير أمة أخرجت للناس تأمر بالمعروف وتنهى عن المنكر وتؤمن بالله. ونسأله أن يلهمنا الصواب في القول، والسداد في العمل، ويهدينا طريق الرشاد، ويسدد خطابنا ويوفقنا جميعاً لما يحبه ويرضاه، ونسأله حسن الختام لنا ولكم ، إنه ولي ذلك والقادر عليه.

وآخر دعوانا أن الحمد لله رب العالمين

**عنهم / أسامة بن محمد بن لادن**



التاريخ : ١٤١٥/٨/٢٨ هـ
الموافق : ١٩٩٥/١/٢٩ م

هاتف : 00441716242-162 فاكس : 00441713289651 العنوان : .BM BOX 7666, LONDON, WC1N 3XX, U.K

بسم الله الرحمن الرحيم

| هيئة النصيحة والإصلاح | ١-٢ | البيـــــان رقـــــم |
|---|---|---|
| مكتب ـ لندن | | (١٣) |

## الأمير سلمان والصدقات في رمضان!!

الحمد لله رب العالمين، القائل ﴿ ولا تطيعوا أمر المسرفين الذين يفسدون في الأرض ولا يصلحون ﴾ والصلاة والسلام على سيد المرسلين محمد بن عبدالله وعلى آله وصحبه أجمعين.. وبعد، فقد مرد النظام السعودي الحاكم على ابتزاز الأمة ومحاصرة طاقاتها، ووضع يده على إمكاناتها ومقدراتها، حتى لا تُوظف لخدمة الإسلام، ولا ينتفع بها المسلمون. وتطبيقاً لهذه السياسة، صادَرَ النظام حريات الأمة الشخصية، وحقوقها الشرعية، فأسكت أصوات أهل العلم، وكمم أفواه الدعاة، وعاقب بالسجن والفصل وغير ذلك كل من سولت له نفسه أن يمارس حقه ويؤدي واجبه في إبلاغ كلمة الحق، والدفاع عن حقوق الأمة الشرعية أمام جور النظام.

وبالإضافة إلى هذا الحجر السياسي والفكري على الأمة، يمارس النظام حجراً مادياً اقتصادياً آخر لا يقل قسوة وصلفاً عن سابقه، إحدى صور هذا الحجر هي ما قام به النظام من حل للجمعيات والمبرات الخيرية التي كانت توصل تبرعات المحسنين من أهل هذه البلاد إلى مستحقيها من المحتاجين الكُثر في الداخل والخارج، وجعل البديل عنها جمعيات وهيئات تابعة لأفراد العائلة المالكة وبالذات الأمير سلمان وكأنه يقول للأمة بذلك إنها ليست أهلا حتى لتوزيع صدقات أموالها الخاصة.. ولإعطائها المصداقية الشعبية والشرعية، وصفها بأنها شعبية، واستصدر لها فتوى من مفتي النظام الشيخ ابن باز تصفها بأنها شرعية وتحث على التبرع لها.. ولا يخفى أن وجود أمثال سلمان على هذه الهيئات ينفي عنها أية صفة شعبية، كما أن فتوى ابن باز لا تعطيها أية شرعية، لما عُرف عنه من فتاوى محاباة للنظام الحاكم، بيّنا بعضها في ردودنا السابقة على فتواه بجواز الصلح مع اليهود.

وما نريد إيضاحه هنا هو :

**أولاً:** أنه لا يخفى أن الأمير سلمان لم يُعرف عنه في يومٍ من الأيام أي حرص على الخير أو اهتمام بقضايا المسلمين، بل إن تاريخه مسود بالكيد للإسلام ومحاربة أهله.

**ثانيا :** أن سوابق النظام السعودي عموماً في السيطرة على التبرعات غاية في السوء، حيث اتخذ التبرعات الشعبية للمجاهدين الأفغان وسيلة للضغط عليهم تحقيقاً لسياسات الغربية والأمريكية بالذات، واستخدم كثير منها استخدامات شخصية، كما دُفعت مبالغ مالية كبيرة من تبرعات أهل الجزيرة للبوسنة إلى هيئات تنصيرية ألمانية لتوزيعها هناك!!.

إن مصارف إنفاق النظام السعودي معروفة ومن أبرزها دعم الشيوعيين والصليبيين ضد المسلمين، كما حصل مع الشيوعيين اليمنيين، ودوستم الشيوعي الأفغاني، وحزب الكتائب اللبناني وغيرهم.

**ثالثا:** أن الدافع وراء هذا الإجراء ليس العمل على تشجيع الأعمال الخيرية- كما زعم النظام- بل إن الدافع وراء هذا الإجراء عدة أمور منها :

هاتف : 00441716242462   فاكس : 00441713289651   العنوان :BM BOX 7666, LONDON, WC1N 3XX, U.K.

هيئة النصيحة والإصلاح                          ٢-٢                    البيــــــان رقـــــم
مكتب ــ لندن                                                              (١٣)

١ـ منع وصول تلك الأموال إلى الجهات التي ستوظفها لخدمة الإسلام والمسلمين، وذلك تحقيقاً لمبدإ ﴿ لا تنفقوا على من عند رسول الله حتى ينفضوا ﴾، وهذا ما يفسر تزامن حملة النظام الأخيرة بهذا الصدد وقرار الرئيس الأمريكي بتجميد أرصدة الأفراد والجماعات الإسلامية التي تعارض ما يسمى بعملية «السلام» في الشرق الأوسط، فكل هذه الإجراءات تدخل في السياسة المشتركة بين البلدين والقاضية بتجفيف منابع الصحوة الإسلامية، ومصادر دعم الإسلام والمسلمين، والمجاهدين في فلسطين وغيرها. وهنا ننبه إخواننا إلى خطورة إيداع أموالهم في البنوك الأمريكية: لأنها بذلك تتعرض لخطورة تجميدها بأية حجة من هذا القبيل.

٢ـ محاولة النظام تبييض وجهه أمام الأمة بعد أن سودته الفضائح التي كشفت تآمره على الإسلام وقضايا المسلمين، ومناصرته ومؤازرته لأعدائهم، كما حصل عندما دعّم نظام الحكم الجزائري بملياري دولار ليجهز على الإسلام والمسلمين هنالك، وكما حصل عندما قرر دفع أربعة مليارات دولار للنظام الشيوعي الروسي ليستعين بها على قمع الشعوب المسلمة هنالك، كما هو حاصل الآن مع الشيشان ولا يخفى أن ذلك مناصرة للكفار على المسلمين وهي ناقضٌ من نواقض الإسلام المتفق عليها بين أهل العلم.

رابعا: وبناءً على ما سبق فإننا في (هيئة النصيحة والإصلاح)، وفي هذا الشهر المبارك شهر الإنفاق والبذل في سبيل الله ننبه جميع المحسنين والمتصدقين إلى خطورة تقديم أية أموال أو زكوات إلى هذه المؤسسات والهيئات والجمعيات الضرارية التي تستخدمها لمحاربة الله ورسوله، وندعوهم إلى تسليمها لمستحقيها مباشرة في الداخل والخارج، أو تسليمها لمن يوصلها لهم من أهل الدين والأمانة، وذلك حتى تبرأ الذمة ويُطمأنُ إلى وصولها لمستحقيها الشرعيين، دون أن يعبث بها العابثون من متنفذي آل سعود، فالله يقول ﴿ إن الله يأمركم أن تؤدوا الأمانات إلى أهلها ﴾، ولا يخفى أن هؤلاء الحكام ليسوا من أهلها قطعاً.. وهنالك جهات أمينة توصل هذه الأموال إلى مستحقيها، كالجمعيات الخيرية في قطر والكويت والأردن واليمن والسودان، وغيرها.. ولتأمين عملية التحويل إلى حسابات هذه الجمعيات، ننبه إلى أهمية التحويل من خارج الجزيرة بعيداً عن ملاحقة جواسيس النظام.

وفي الختام نذكّر المسلمين بفضل الإنفاق في سبيل الله عموماً وفي هذا الشهر خصوصاً، حيث كان رسول الله ﷺ أجود ما يكون فيه، كالريح المرسلة.

والله نسأل أن يتقبل الصيام والقيام والإنفاق وجميع الأعمال منا ومن المسلمين جميعاً في هذا الشهر وفي غيره إنه ولي ذلك والقادر عليه.. وآخر دعوانا أن الحمد لله رب العالمين.

عنهم/ أسامة بن محمد بن لادن

التاريخ : ١٤١٥/٩/١٣هـ
الموافق : ١٩٩٥/٢/١٢م

BM BOX 7666, LONDON, WC1N 3XX, U.K.: العنوان    00441713289651 : فاكس    هاتف : 00441716242462

بسم الله الرحمن الرحيم

| هيئة النصيحة والإصلاح | ١-٢ | البيـــان رقـــم (١٣) |
| مكتب - لندن | | |

## الأمير سلمان والصدقات في رمضان!!

الحمد لله رب العالمين، القائل ﴿ ولا تطيعوا أمر المسرفين الذين يفسدون في الأرض ولا يصلحون ﴾ والصلاة والسلام على سيد المرسلين محمد بن عبدالله وعلى آله وصحبه أجمعين.. وبعد، فقد مرد النظام السعودي الحاكم على ابتزاز الأمة ومحاصرة طاقاتها؛ ووضع يده على إمكاناتها ومقدراتها، حتى لا تُوظف لخدمة الإسلام، ولا ينتفع بها المسلمون، وتطبيقاً لهذه السياسة، صادَرَ النظام حريات الأمة الشخصية، وحقوقها الشرعية، فأسكت أصوات أهل العلم، وكمم أفواه الدعاة، وعاقب بالسجن والفصل وغير ذلك كل من سولت له نفسه أن يمارس حقه ويؤدي واجبه في إبلاغ كلمة الحق، والدفاع عن حقوق الأمة الشرعية أمام جور النظام.

وبالإضافة إلى هذا الحجر السياسي والفكري على الأمة، يمارس النظام حجراً مادياً اقتصادياً آخر لا يقل قسوة وصلفاً عن سابقه، إحدى صور هذا الحجر هي ما قام به النظام من حل للجمعيات والمبرات الخيرية التي كانت توصل تبرعات المحسنين من أهل هذه البلاد إلى مستحقيها من المحتاجين الكُثُر في الداخل والخارج، وجعل البديل عنها جمعيات وهيئات تابعة لأفراد العائلة المالكة وبالذات الأمير سلمان وكأنه يقول للأمة بذلك إنها ليست أهلا حتى لتوزيع صدقات أموالها الخاصة.. ولإعطائها المصداقية الشعبية والشرعية، وصفها بأنها شعبية، واستصدر لها فتوى من مفتي النظام الشيخ ابن باز تصفها بأنها شرعية وتحث على التبرع لها .. ولا يخفى أن وجود أمثال سلمان على هذه الهيئات ينفي عنها أية صفة شعبية، كما أن فتوى ابن باز لا تعطيها أية شرعية، لما عُرِفَ عنه من فتاوى محابية للنظام الحاكم، بيَّنّا بعضها في ردودنا السابقة على فتواه بجواز الصلح مع اليهود.

وما نريد إيضاحه هنا هو :

**أولا:** أنه لا يخفى أن الأمير سلمان لم يُعرف عنه في يوم من الأيام أي حرص على الخير أو اهتمام بقضايا المسلمين، بل إن تاريخه مسود بالكيد للإسلام ومحاربة أهله.

**ثانيا:** أن سوابق النظام السعودي عموماً في السيطرة على التبرعات غاية في السوء، حيث اتخذ التبرعات الشعبية للمجاهدين الأفغان وسيلة للضغط عليهم تحقيقاً للسياسات الغربية والأمريكية بالذات، واستخدم كثير منها استخدامات شخصية، كما دُفعت مبالغ مالية كبيرة من تبرعات أهل الجزيرة للبوسنة إلى هيئات تنصيرية ألمانية لتوزيعها هناك!!.

إن مصارف إنفاق النظام السعودي معروفة ومن أبرزها دعم الشيوعيين والصليبيين ضد المسلمين، كما حصل مع الشيوعيين اليمنيين، ودوستم الشيوعي الأفغاني، وحزب الكتائب اللبناني وغيرهم.

**ثالثا:** أن الدافع وراء هذا الإجراء ليس العمل على تشجيع الأعمال الخيرية- كما زعم النظام- بل إن الدافع وراء هذا الإجراء عدة أمور منها :

| هيئة النصيحة والإصلاح | ٢-٢ | البيـــان رقـــم |
|---|---|---|
| مكتب ــ لندن | | (١٣) |

١- منع وصول تلك الأموال إلى الجهات التي ستوظفها لخدمة الإسلام والمسلمين، وذلك تحقيقاً لمبدأ ﴿ لا تنفقوا على من عند رسول الله حتى ينفضوا ﴾، وهذا ما يفسر تزامن حملة النظام الأخيرة بهذا الصدد وقرار الرئيس الأمريكي بتجميد أرصدة الأفراد والجماعات الإسلامية التي تعارض ما يسمى بعملية «السلام» في الشرق الأوسط، فكل هذه الإجراءات تدخل في السياسة المشتركة بين البلدين والقاضية بتجفيف منابع الصحوة الإسلامية، ومصادر دعم الإسلام والمسلمين، والمجاهدين في فلسطين وغـيـرها، وهنا ننبـه إخواننا إلى خطورة إيداع أمـوالهم في البنوك الأمريكية؛ لأنها بذلك تتعرض لخطورة تجميدها بأية حجة من هذا القبيل.

٢- محاولة النظام تبييض وجهه أمام الأمة بعد أن سودته الفضائح التي كشفت تآمره على الإسلام وقضايا المسلمين، ومناصرته ومؤازرته لأعدائهم، كمـا حصل عندما دعّمَ نظام الحكم الجزائري بملياري دولار ليجهز على الإسلام والمسلمين هنالك، وكما حصل عندما قرر دفع أربعة مليارات دولار للنظام الشيوعي الروسي ليستعين بها على قمع الشعوب المسلمة هنالك، كما هو حاصل الآن مع الشيشان ولا يخفى أن ذلك مناصرة للكفار على المسلمين وهي ناقضٌ من نواقض الإسلام المتفق عليها بين أهل العلم.

رابعاً: وبناءً على ما سبق فإننا في (هيئة النصيحة والإصلاح)، وفي هذا الشهر المبارك شهر الإنفاق والبذل في سبيل الله ننبه جميع المحسنين والمتصدقين إلى خطورة تقديم أية أموال أو زكوات إلى هذه المؤسسات والهيئات والجمعيات الضرارية التي تستخدمها لمحاربة الله ورسوله، وندعوهم إلى تسليمها لمستحقيها مباشرة في الداخل والخارج، أو تسليمهـا لمن يوصلها لهم من أهل الدين والأمانة، وذلك حتى تبـرأ الذمة ويُطمـأنْ إلى وصولها لمستحقيها الشرعيين، دون أن يعبث بها العابثون من متنفذي آل سعود، فالله يقول ﴿ إن الله يأمركم أن تؤدوا الأمانات إلى أهلها ﴾، ولا يخفى أن هؤلاء الحكام ليسوا من أهلها قطعاً.. وهنالك جهات أمينة توصل هذه الأموال إلى مستحقيها، كالجمعيات الخيرية في قطر والكويت والأردن واليمن والسودان، وغيرها.. ولتأمين عملية التحويل إلى حسابات هذه الجمعيات، ننبه إلى أهمية التحويل من خارج الجزيرة بعيداً عن ملاحقة جواسيس النظام.

وفي الختام نذكِّر المسلمين بفضل الإنفاق في سبيل الله عموماً وفي هذا الشهر خصوصاً، حيث كان رسول الله ﷺ أجود ما يكون فيه، كالريح المرسلة.

والله نسأل أن يتقبل الصيام والقيام والإنفاق وجميع الأعمال منا ومن المسلمين جميعاً في هذا الشهر وفي غيره إنه ولي ذلك والقادر عليه.. وآخر دعوانا أن الحمد لله رب العالمين.

عنهم / أسامة بن محمد بن لادن

التاريخ : ١٤١٥/٩/١٣هـ
الموافق : ١٩٩٥/٢/١٢م

BM BOX 7666, LONDON, WC1N 3XX, U.K. العنوان : 00441713289651 فاكس : 00441716242462 هاتف :

بسم الله الرحمن الرحيم

| هيئة النصيحة والإصلاح | ٢-١ | البيــــان رقــــم |
|---|---|---|
| مكتب - لندن | | (١٤) |

## السعودية تواصل محاربتها للإسلام وعلمائه

الحمد لله ولي المؤمنين، وقاصم الجبارين، والصلاة والسلام على أشرف المرسلين سيدنا محمد أفضل من أوذي في الله فصبر، وجاهد فيه وانتصر.

وبعد.. فقد أقدم النظام السعودي الحاكم بمناسبة عيد الفطر المبارك على اعتقال مجموعة جديدة من العلماء والدعاة والمصلحين إثر مداهمات عمياء شملت البيوت والمساجد.

وكان من بين من طالتهم يد الاعتقال الآثمة: الشيخ محمد بن سعيد القحطاني، والدكتور سعيد بن زعير، والدكتور بشر البشر.

وهذه الاعتقالات وإن كانت أمراً أصبح عادياً في ظل نظام حكم آل سعود الحالي، إلا أنها في الحقيقة ذات دلالات أعمق وأشمل؛ فهي تؤكد أن هذه الأعمال العدائية التي يقوم بها النظام ضد العلماء والدعاة بين حين وآخر ما هي إلا فصل متجدد من الحرب المكشوفة التي يخوضها هذا النظام ضد الإسلام وكل من يحمل دعوته وينادي بتحكيمه ويدعو لتمكينه، تنفيذاً لدوره المرسوم له من قبل دول الكفر العالمية التي تعمل جاهدة للقضاء على الإسلام ودعاته، فهذه الاعتقالات الجديدة تفسر اعتقال المشايخ من قبل الشيخ سفر الحوالي والشيخ سلمان بن فهد العودة ومن معهم من علماء ودعاة وشباب الأمة، وتبين أن الذنب المشترك بين هؤلاء وأولئك هو إيمانهم بالله، وصدعهم بالحق وجهرهم بالدعوة وأمرهم بالمعروف ونهيهم عن المنكر، حيث دعوا إلى تحكيم شرع الله في كل مجالات الحياة وأنكروا تحكيم النظام للقوانين الوضعية التي أحلّ بها الحرام وحرّم بها الحلال، ودعوا إلى إصلاح الإعلام وتطهيره مما يشيع فيه من الفساد، ونادوا باحترام حقوق العباد الشرعية، وإصلاح الوضع الإداري، وحذروا من المصير المخيف الذي وقع فيه اقتصاد البلاد بفعل الديون الربوية التي قصمت ظهر الدولة والتنذير الذي يمارسه بعض المتنفذين من أفراد الأسرة الحاكمة. وكشفوا عن حالة المرافق الاجتماعية المزرية ودعوا إلى إصلاحها، وأبانوا واقع جيش البلاد وما يعيشه من عجز ودعوا إلى تداركه وإصلاح حاله، وبينوا الوضع السيء الذي يعيشه القضاء والمحاكم وأوضحوا ما فيها من تعطيل لكثير من الأحكام الشرعية واستبدالها بالقوانين الوضعية.

وحذروا من النهج الذي تنتهجه الدولة في سياستها الخارجية حيث اعتمدت سياسة مناصرة الكفار ضد المسلمين، كما حصل عندما دعم نظام الحكم السعودي نظام الردة والكفر في الجزائر والمتمردين الشيوعيين في اليمن ضد المسلمين في تلك البلدان.

هذه المطالب تضمنتها **مذكرة النصيحة** وغيرها، فكان جزاء الناصحين والمنادين بها هو السجن والاعتقال والفصل والطرد من العمل ﴿ وما نقموا منهم إلا أن يؤمنوا بالله العزيز الحميد﴾.

إن النظام السعودي مدفوع لاعتقال هؤلاء المشايخ اليوم وأولئك بالأمس بعدة دوافع هي :

١- عداؤه الشخصي الشديد للإسلام والمسلمين، وحرصه على تفريغ ساحة الدعوة الإسلامية من أمثال هؤلاء المشايخ، ظناً منه أن ذلك سيسهل مهمته في القضاء على الدعوة الإسلامية المباركة التي بدأت تؤتي أكلها بإذن ربها.

٢- حرصه على تنفيذ مخطط الدول الكفرية بالقضاء على الدعوة الإسلامية ومحاربة الدعاة إلى الله، فاعتقال المشايخ الشيخ سلمان والشيخ سفر ومن معهما كان بعد زيارة الوفد الأمريكي الذي زار البلاد وقتها لتنقية الأجواء أمام تحقيق (السلام) مع العدو اليهودي.

واعتقال هؤلاء المشايخ اليوم يأتي بعد دعوة حلف شمال الأطلسي لدول المنطقة من أجل التعاون للقضاء على الخطر الأصولي الذي يهدد مصالح دول الحلف ومساعيها لبسط هيمنتها على المنطقة من خلال التمكين للدولة اليهودية والدول الغربية الأخرى عبر مشاريع (السلام، التنمية، الشرق الأوسط الجديد... إلخ).

ومع ذلك فإن النظام السعودي بهذا العمل يقدم خدمة مجانية للدعوة والدعاة، فقد بين بعمله هذا أن المقصود والهدف من وراء هذه الاعتقالات والاعتداءات هو الإسلام ومن يحمل همه ويدعو بدعوته بغض النظر عن شخصه.

كما أنه بهذا العمل أقام الحجة وقطع الطريق على أولئك الذين أحسنوا به الظن في مرحلة من المراحل، وبيّن أن حسن ظنهم به في غير محله.

هيئة النصيحة والإصلاح
مكتب - لندن

البيان رقم
(١٤)

٢-٢

وبهذه الاعتقالات أيضاً ستتسع قاعدة السخط والمعارضة ضد النظام، كما حصل بعد اعتقال المشايخ من قبل، حيث تجرأ الناس على الجهر بالحق، وكسروا حاجز الخوف، وحطموا هيبة النظام، وسبحان من جعل تدمير هذا النظام في تدبيره!.

ونحن في (هيئة النصيحة والإصلاح) إذ نورد خبر اعتقال هؤلاء المشايخ مع بيان الدوافع الحقيقية له نؤكد على ما يلي :

١- أنه بعد أن أقام النظام الحجة على عدائه الصارخ للإسلام، وبعد أن خيّب آمال من أحسنوا به الظن، يتأكد ما دعونا إليه من قبل من ضرورة ووجوب مناصرة هؤلاء العلماء والدعاة والمصلحين والالتفاف حول دعوتهم، تنفيذاً لأمر الله تبارك وتعالى ﴿ ياأيها الذين آمنوا اتقوا الله وكونوا مع الصادقين﴾، ونؤكد أن المسئولية عن إبلاغ الحق والصدع به والعمل على التمكين لهذا الدين ومناصرة أهله، ومعاداة وفضح أعدائه مسئولية الجميع وواجب الكل الذي لا يسعه شرعاً التخلي عنه مهما بلغت المحن واشتدت الابتلاءات.

وهذا الواجب وإن كان واجب الجميع، إلا أنه يتأكد في حق أصحاب النفوذ والتأثير من العلماء وطلاب العلم والتجار وشيوخ القبائل والشباب وغيرهم.

٢- كما نحذر الأمة من شر أولئك الذين يكيلون شهادات الزور جزافاً ويمارسون الدعايات السياسية على المنابر وفي القنوت ويصدرون الفتاوى الجاهزة لصالح النظام ليحسّنوا بذلك وجهه الذي احترق أمام الأمة بكثرة مكائده ومؤامراته ضد الإسلام وأهله ومبارزته لله بالحرب ومكاشفته له بالعداء.

ونحذر هؤلاء من الوعيد الشديد المترتب على أعمالهم هذه، فإن الرسول ﷺ لمّا سُئل عن أكبر الكبائر وذكر بعضها وكان متكئاً جلس وقال: ﴿ ألا وقـول الـزور ألا وقـول الـزور﴾ ولا زال يرددها حتى قال الصحابة ليته سكت. ومن الدعاء للظالمين قال سفيان الثوري -رحمه الله- «ومن دعا لظالم بالبقاء فقد أحب أن يُعصى الله تبارك وتعالى». والمحاباة في الفتاوى يقول عنها ابن القيم رحمه الله بعد أن ذكر لها أمثلة «وهذا مما لا خلاف بين من يعتد بهم في الإجماع أنه لا يجوز... وهذا من أفسق الفسوق وأكبر الكبائر والله المستعان».

ونحذر مما تدعو له هذه الفئة من الناس ومن على شاكلتها من حلول جزئية ترقيعية والتقاء مع النظام في منتصف الطريق، فهذا المسلك مما لا يخفى خطره على الدعوة، وقد حذر الله منه رسوله ﷺ بقوله ﴿ ودوا لو تدهن فيدهنون﴾.

٣- كما نتحدى النظام أن يقدم المشايخ المعتقلين إلى محاكمة عادلة يثبت فيها ما يدعيه ضدهم من دعاوى بهتانية باطلة، حتى يبرئ نفسه ويدينهم أمام الأمة إن استطاع ذلك، وما دام لم يفعل ذلك، فإنه يكون قد أدان نفسه وبرأهم من حيث أراد إدانتهم.

٤- وإلى المشايخ المرابطين بسجون الطاغوت، إلى مواقفهم الإيمانية الصادقة نتوجه بكل إكبار وإجلال، ونقول لهم: لقد تحطمت على صخرة إيمانكم كبرياء النظام، وفشلت أمام عزة إسلامكم وسائله في الإغراء والإغواء، وشهد صدق دعوتكم بكذب وسائل إعلامه المضللة، فاصبروا وصابروا، والله يعصمكم ويثبتكم، والأمة من ورائكم، لن تخذلكم وإن تسلمكم، ﴿ ولا تهنوا ولا تحزنوا وأنتم الأعلون إن كنتم مؤمنين ﴾، ﴿ وكأين من نبي قاتل معه ربيون كثير فما وهنوا لما أصابهم في سبيل الله وما ضعفوا وما استكانوا والله يحب الصابرين﴾.

إن هذه المرحلة هي مرحلة الابتلاء والتمايز بين الصفوف، والمفاصلة بين المناهج، ونهاية المطاف ستكون بتمكين من تثبت ابتلاءاتهم جدارتهم بتحقيق وعد الله لعباده المؤمنين على أيديهم ﴿ وعد الله الذين آمنوا منكم وعملوا الصالحات ليستخلفنهم في الأرض كما استخلف الذين من قبلهم وليمكنن لهم دينهم الذي ارتضى لهم وليبدلنهم من بعد خوفهم أمناً يعبدونني لا يشركون بي شيئاً﴾.

وقبل ذلك لا بد من إيمان راسخ وعمل دؤوب، وصبر عميق ويقين كامل﴿ وجعلناهم أئمة يهدون بأمرنا لما صبروا وكانوا بآياتنا يوقنون ﴾، ﴿ والله غالبٌ على أمره ولكن أكثر الناس لا يعلمون﴾.

عنهم/ أسامة بن محمد بن لادن

التاريخ : ٨/ ١٠/ ١٤١٥هـ
الموافق : ٩/ ٣/ ١٩٩٥م

BM BOX 7666, LONDON, WC1N 3XX, U.K. :العنوان    00441713289651 : فاكس    00441716242462 : هاتف

بسم الله الرحمن الرحيم

| هيئة النصيحة والإصلاح | ١–٢ | البيــــان رقـــم |
|---|---|---|
| مكتب ـ لندن | | (١٤) |

## السعودية تواصل محاربتها للإسلام وعلمائه

الحمد لله ولي المؤمنين، وقاصم الجبارين، والصلاة والسلام على أشرف المرسلين سيدنا محمد أفضل من أوذي في الله فصبر، وجاهد فيه وانتصر،

وبعد.. فقد أقدم النظام السعودي الحاكم بمناسبة عيد الفطر المبارك على اعتقال مجموعة جديدة من العلماء والدعاة والمصلحين إثر مداهمات عمياء شملت البيوت والمساجد.

وكان من بين من طالهم يد الاعتقال الآثمة: الشيخ محمد بن سعيد القحطاني، والدكتور سعيد بن زعير، والدكتور بشر البشر.

وهذه الاعتقالات وإن كانت أمراً أصبح عادياً في ظل نظام حكم آل سعود الحالي، إلا أنها في الحقيقة ذات دلالات أعمق وأشمل؛ فهي تؤكد أن هذه الأعمال العدائية التي يقوم بها النظام ضد العلماء والدعاة بين حين وآخر ما هي إلا فصل متجدد من الحرب المكشوفة التي يخوضها هذا النظام ضد الإسلام وكل من يحمل دعوته وينادي بتحكيمه ويدعو لتمكينه، تنفيذاً لدوره المرسوم له من قبل دول الكفر العالمية التي تعمل جاهدة للقضاء على الإسلام ودعاته. فهذه الاعتقالات الجديدة تفسر اعتقال المشايخ من قبل الشيخ سفر الحوالي والشيخ سلمان بن فهد العودة ومن معهم من علماء ودعاة وشباب الأمة، وتبين أن الذنب المشترك بين هؤلاء وأولئك هو إيمانهم بالله، وصدعهم بالحق وجهرهم بالدعوة وأمرهم بالمعروف ونهيهم عن المنكر، حيث دعوا إلى تحكيم شرع الله في كل مجالات الحياة وأنكروا تحكيم النظام للقوانين الوضعية التي أحلَّ بها الحرام وحرَّم بها الحلال، ودعوا إلى إصلاح الإعلام وتطهيره مما يشيع فيه من الفساد، ونادوا باحترام حقوق العباد الشرعية، وإصلاح الوضع الإداري، وحذروا من المصير المخيف الذي وقع فيه اقتصاد البلاد بفعل الديون الربوية التي قصمت ظهر الدولة والتبذير الذي يمارسه بعض المتنفذين من أفراد الأسرة الحاكمة، وكشفوا عن حالة المرافق الاجتماعية المزرية ودعوا إلى إصلاحها، وأبانوا واقع جيش البلاد وما يعيشه من عجز ودعوا إلى تداركه وإصلاح حاله، وبينوا الوضع السيء الذي يعيشه القضاء والمحاكم وأوضحوا ما فيها من تعطيل لكثير من الأحكام الشرعية واستبدالها بالقوانين الوضعية.

وحذروا من النهج الذي تنتهجه الدولة في سياستها الخارجية حيث اعتمدت سياسة مناصرة الكفار ضد المسلمين، كما حصل عندما دعم نظام الحكم السعودي نظام الردة والكفر في الجزائر والمتمردين الشيوعيين في اليمن ضد المسلمين في تلك البلدان.

هذه المطالب تضمنتها مذكرة **النصيحة** وغيرها، فكان جزاء الناصحين والمنادين بها هو السجن والاعتقال والفصل والطرد من العمل ﴿ وما نقموا منهم إلا أن يؤمنوا بالله العزيز الحميد﴾.

إن النظام السعودي مدفوعٌ لاعتقال هؤلاء المشايخ اليوم وأولئك بالأمس بعدة دوافع هي :

١ـ عداؤه الشخصي الشديد للإسلام والمسلمين، وحرصه على تفريغ ساحة الدعوة الإسلامية من أمثال هؤلاء المشايخ، ظناً منه أن ذلك سيسهل مهمته في القضاء على الدعوة الإسلامية المباركة التي بدأت تؤتي أكلها بإذن ربها.

٢ـ حرصه على تنفيذ مخطط الدول الكفرية بالقضاء على الدعوة الإسلامية ومحاربة الدعاة إلى الله، فاعتقال المشايخ الشيخ سلمان والشيخ سفر ومن معهما كان بعد زيارة الوفد الأمريكي الذي زار البلاد وقتها لتنقية الأجواء أمام تحقيق (السلام) مع العدو اليهودي.

واعتقال هؤلاء المشايخ اليوم يأتي بعد دعوة حلف شمال الأطلسي لدول المنطقة من أجل التعاون للقضاء على الخطر الأصولي الذي يهدد مصالح دول الحلف ومساعيها لبسط هيمنتها على المنطقة من خلال التمكين للدولة اليهودية والدول الغربية الأخرى عبر مشاريع (السلام، التنمية، الشرق الأوسط الجديد... إلخ).

ومع ذلك فإن النظام السعودي بهذا العمل يقدم خدمة مجانية للدعوة والدعاة، فقد بين بعمله هذا أن المقصود والهدف من وراء هذه الاعتقالات والاعتداءات هو الإسلام ومن يحمل همه ويدعو بدعوته بغض النظر عن شخصه.

كما أنه بهذا العمل أقام الحجة وقطع الطريق على أولئك الذين أحسنوا به الظن في مرحلة من المراحل، وبيّن أن حسن ظنهم به في غير محله.

BM BOX 7666, LONDON, WC1N 3XX, U.K. :العنوان   00441713289651 : فاكس   00441716242462  :هاتف

البيان رقم
(١٤)

٢-٢

هيئة النصيحة والإصلاح
مكتب - لندن

وبهذه الاعتقالات أيضاً ستتسع قاعدة السخط والمعارضة ضد النظام، كما حصل بعد اعتقال المشايخ من قبل، حيث تجرأ الناس على الجهر بالحق، وكسروا حاجز الخوف، وحطموا هيبة النظام، وسبحان من جعل تدمير هذا النظام في تدبيره.

ونحن في (هيئة النصيحة والإصلاح) إذ نورد خبر اعتقال هؤلاء المشايخ مع بيان الدوافع الحقيقية له نؤكد على ما يلي :

١- أنه بعد أن أقام النظام الحجة على عدائه الصارخ للإسلام، وبعد أن خيَّب آمال من أحسنوا به الظن، يتأكد ما دعونا إليه من قبل من ضرورة ووجوب مناصرة هؤلاء العلماء والدعاة والمصلحين والالتفاف حول دعوتهم، تنفيذاً لأمر الله تبارك وتعالى ﴿ ياأيها الذين آمنوا اتقوا الله وكونوا مع الصادقين﴾، ونؤكد أن المسئولية عن إبلاغ الحق والصدع به والعمل على التمكين لهذا الدين ومناصرة أهله، ومعاداة وفضح أعدائه مسئولية الجميع وواجب الكل الذي لا يسعه شرعاً التخلي عنه مهما بلغت المحن واشتدت الابتلاءات.

وهذا الواجب وإن كان واجب الجميع، إلا أنه يتأكد في حق أصحاب النفوذ والتأثير من العلماء وطلاب العلم والتجار وشيوخ القبائل والشباب وغيرهم.

٢- كما نحذر الأمة من شر أولئك الذين يكيلون شهادات الزور جزافاً ويمارسون الدعايات السياسية على المنابر وفي القنوت ويصدرون الفتاوى الجاهزة لصالح النظام ليحسنوا بذلك وجهه الذي احترق أمام الأمة بكثرة مكائده ومؤامراته ضد الإسلام وأهله ومبارزته لله بالحرب ومكاشفته له بالعداء.

ونحذر هؤلاء من الوعيد الشديد المترتب على أعمالهم هذه، فإن الرسول ﷺ لما سُئل عن أكبر الكبائر وذكر بعضها وكان متكئاً جلس وقال (ألا وقول الزور إلا وقول الزور) ولا زال يرددها حتى قال الصحابة ليته سكت، وعن الدعاء للظالمين قال سفيان الثوري -رحمه الله- «من دعا لظالم بالبقاء فقد أحب أن يُعصى الله تبارك وتعالى»، والحماية في الفتاوى يقول عنها ابن القيم رحمه الله بعد أن ذكر لها أمثلة «وهذا مما لا خلاف بين من يعتد بهم في الإجماع أنه لا يجوز... وهذا من أفسق الفسوق وأكبر الكبائر والله المستعان».

ونحذر مما تدعو له هذه الفئة من الناس ومن على شاكلتها من حلول جزئية ترقيعية والتقاء مع النظام في منتصف الطريق، فهذا المسلك مما لا يخفى خطره على الدعوة، وقد حذر الله منه رسوله ﷺ بقوله ﴿ ودوا لو تدهن فيدهنون﴾.

٣- كما نتحدى النظام أن يقدم المشايخ المعتقلين إلى محاكمة عادلة يثبت فيها ما يدعيه ضدهم من دعاوى بهتانية باطلة، حتى يبرئ نفسه ويدينهم أمام الأمة إن استطاع، وما دام لم يفعل ذلك، فإنه يكون قد أدان نفسه وبرأهم من حيث أراد إدانتهم.

٤- وإلى المشايخ المرابطين بسجون الطاغوت، إلى مواقفهم الإيمانية الصادقة نتوجه بكل إكبار وإجلال، ونقول لهم: لقد حطمتم على صخرة إيمانكم كبرياء النظام، وفشلت أمام عزة إسلامكم وسائله في الإغراء والإغواء، وشهد صدق دعوتكم بكذب وسائل إعلامه المضللة، فاصبروا وصابروا، والله يعضمكم ويثبتكم، والأمة من ورائكم، لن تخذلكم وإن تسلمكم، ﴿ ولا تهنوا ولا تحزنوا وأنتم الأعلون إن كنتم مؤمنين ﴾، ﴿ وكأين من نبي قاتل معه ربيون كثير فما وهنوا لما أصابهم في سبيل الله وما ضعفوا وما استكانوا والله يحب الصابرين﴾.

إن هذه المرحلة هي مرحلة الابتلاء والتمايز بين الصفوف، والمفاصلة بين المناهج، ونهاية المطاف ستكون بتمكين من تثبت الابتلاءات جدارتهم بتحقيق وعد الله لعباده المؤمنين على أيديهم ﴿ وعد الله الذين آمنوا منكم وعملوا الصالحات ليستخلفنهم في الأرض كما استخلف الذين من قبلهم وليمكنن لهم دينهم الذي ارتضى لهم وليبدلنهم من بعد خوفهم أمناً يعبدونني لا يشركون بي شيئاً﴾.

وقبل ذلك لا بد من إيمان راسخ وعمل دؤوب، وصبر عميق ويقين كامل﴿ وجعلناهم أئمة يهدون بأمرنا لما صبروا وكانوا بآياتنا يوقنون ﴾، ﴿ والله غالبٌ على أمره ولكن أكثر الناس لا يعلمون﴾.

عنهم/ أسامة بن محمد بن لادن

التاريخ : ١٤١٥/١٠/٨هـ

الموافق : ٩/ ٣ /١٩٩٥م

BM BOX 7666, LONDON, WC1N 3XX, U.K.: العنوان    00441713289651 : فاكس    هاتف : 00441716242462

بسم الله الرحمن الرحيم

<table>
<tr><td>هيئة النصيحة والإصلاح</td><td>١-٥</td><td>البيان رقم</td></tr>
<tr><td>مكتب - لندن</td><td></td><td>(١٥)</td></tr>
</table>

## العلماء ورثة الأنبياء

الحمد لله رب العالمين، والصلاة والسلام على أشرف الأنبياء والمرسلين سيدنا محمد وعلى آله وأصحابه أجمعين.

وبعد.. فإن العلماء هم ورثة الأنبياء، وحماة الدين، الذين ينفون عنه تحريف الغالين وانتحال المبطلين وتأويل الجاهلين، وشأنهم شأن عظيم، ودورهم في الأمة دور كبير.

ونظراً لمكانة ومنزلة العلماء في الإسلام، وأهمية الدور وعظم المهمة المكلفين بها، ووعياً بخطورة الخلط في هذا المقام بين العلماء العاملين المرابطين على ثغور هذا الدين ممن لا تأخذهم في الله لومة لائم، وبين المنتسبين إلى العلم من الذين يشترون بآيات الله ثمناً قليلاً، وضرورة التفريق بين الطائفتين، وعملاً على توضيح الحكم الشرعي في حدود طاعة واتباع وتعظيم العلماء، وتبياناً للأسلوب الشرعي في بيان أخطائهم وزلاتهم، وسعياً لإصلاح العلاقة بين بعض العلماء وجموع العاملين للإسلام، ارتأينا تناول هذا الموضوع على النحو التالي :

### أولا: مكانة العلماء في الإسلام

إن مما هو معلوم أن العلم الشرعي هو ميراث النبوة، وأن حملته العلماء هم ورثة الأنبياء، وبذلك نالوا ما نالوا من الفضل الذي وصفهم به الله ورسوله، فقد رفعهم الله درجات عظيمة على من سواهم، قال تعالى ﴿ يرفع الله الذين آمنوا منكم والذين أوتوا العلم درجات ﴾ وثنَّى بشهادتهم بعد شهادته هو وملائكته على وحدانيته فقال﴿ شهد الله أنه لا إله إلا هو والملائكة وأولوا العلم قائماً بالقسط لا إله إلا هو العزيز الحكيم ﴾، ونفى أن يستووا مع غيرهم، فقال ﴿ قل هل يستوي الذين يعلمون والذين لا يعلمون ﴾ وأثنى عليهم الرسول ﷺ فقال في وصفهم ( فضل العالم على العابد كفضل القمر على سائر الكواكب ليلة البدر، العلماء هم ورثة الأنبياء، إن الأنبياء لم يورثوا ديناراً ولا درهماً، إنما ورثوا العلم فمن أخذ به فقد أخذ بحظ وافر ) [رواه أبوداود والترمذي]وقال ﷺ ( فضل العالم على العابد كفضلي على أدناكم ) [رواه الترمذي]وهذه المكانة التي أعطاها الله ورسوله للعلماء عرفها سلف الأمة أيضا، قال الأوزاعي رحمه الله «الناس عندنا أهل العلم ومن سواهم فلا شيء» وقال سفيان الثوري رحمه الله «لو أن فقيهاً على رأس جبل لكان هو الجماعة».

وهذه المنزلة العظيمة للعلماء نابعة من عظم الدور وأهمية المسؤولية الملقاة على كاهلهم بمقتضى ميثاق بيان الحق الذي أخذه الله عليهم وميراث النبوة الذي ورثوه، ومن هنا تأتي خطورة النيل منهم والتنقيص من قدرهم؛ لما في ذلك من الطعن في العلم الذي يحملونه، والحق الذي يدعون إليه الذي هو ميراث النبوة والطعن فيه طعن في الإسلام ذاته. كما أن الطعن في العلماء مقدمة لتحطيم مصداقيتهم، ولفراغ الأمة من القيادات الشرعية الموجهة، وما سيترتب على ذلك من تصدر الجهّال، وسيادتهم في الأمة؛ وإفتائهم الناس بغير علم وضلالهم وإضلالهم بذلك.

ولهذا حذر أهل العلم من الطعن في العلماء شديد التحذير، قال ابن عساكر «واعلم أن لحوم العلماء مسمومة، وأن أحوال الله في هتك منتقصيهم معلومة، وأن من تكلم فيهم باللب، أصابه الله قبل موته بموت القلب».

نعم.. تلك هي مكانة أهل العلم، ومنزلتهم، وذلك بعض من آثار النيل منهم وتنقيصهم، فمن هم أهل العلم هؤلاء؟

### ثانيا: الفرق بين علماء الحق وعلماء الباطل

كل النصوص التي تتحدث عن العلماء وفضلهم، ومكانتهم ومنزلتهم، وتحذر من النيل منهم، تقصد فئة العلماء العاملين الناهضين بأعباء ميراث النبوة، الموفين بمقتضى الميثاق الذي أخذه الله عليهم بالجهر بالحق وبيانه، والصدع به وعدم كتمانه، فالعلماء بالمعنى الشرعي كما قال الإمام الشافعي «هم العلماء العاملون».

وبقدر ما رفع اللهُ من شأن هؤلاء حطاً وخفض من منزلة غيرهم من علماء السوء، الذين يشترون بآيات الله ثمناً قليلاً، وقصّ علينا في القرآن من شأن هؤلاء ما فيه عبرة لمن كان له قلب أو ألقى السمع وهو شهيد، فذكر في سورة الأعراف مثالاً لهؤلاء هو ذلك العالم الذي آتاه اللهُ آياته وعلمه اسمه الأعظم –كما يقول المفسرون– لكنه لم يقم بحق العلم، بل أخلد إلى الأرض وأتبع هواه وانغمس في شهواته، وبدلاً من أن يُرشّد قومه إلى سبل الخير دلهم على سبل الشر، فاستحقه ما وصفه الله به في نهاية الآيات

﴿ واتل عليهم نبأ الذي آتيناه آياتنا فانسلخ منها فأتبعه الشيطان فكان من الغاوين، ولو شئنا لرفعناه بها ولكنه أخلد إلى الأرض واتبع هواه، فمثله كمثل الكلب إن تحمل عليه يلهث أو تتركه يلهث، ذلك مثل القوم الذين كذبوا بآياتنا، فاقصص القصص لعلهم يتفكرون ﴾، وبغض النظر عن اسم هذا الرجل الذي قيل أنه بلعام بن باعوراء، فإن الآية كما يقول القرطبي «عامة في كل من تعلم القرآن ولم يعمل به، وأن لا يغتر أحد بعلمه ولا بعمله»، وضرب الله مثالاً آخر بعلماء اليهود الذين لم يعملوا بمقتضى العلم الذي حُملوه، فقال في شأنهم ﴿ مثل الذين حملوا التوراة ثم لم يحملوها كمثل الحمار يحمل أسفاراً بئس مثل القوم الذين كذبوا بآيات الله والله لا يهدي القوم الظالمين ﴾، وقال في شأن علماء أهل الكتاب الذين استخدموا علمهم لأغراض دنيوية ﴿ فويل للذين يكتبون الكتاب بأيديهم ثم يقولون هذا من عند الله ليشتروا به ثمناً قليلاً فويل لهم مما كتبت أيديهم وويل لهم مما يكسبون ﴾، وقال فيهم أيضاً ﴿ إن كثيراً من الأحبار والرهبان ليأكلون أموال الناس بالباطل ويصدون عن سبيل الله ﴾، وصد علماء السوء عن سبيل الله يكون بأحد أمرين :

١ـ عدم عملهم بعلمهم، وهذا صدٌ عملي للناس عن الحق؛ لأن العامة يقتدون بالعلماء الذين يمثلون بالنسبة لهم القدوة الحسنة والأسوة المثلى.

٢ـ تحريفهم لآيات الله واشترائهم بها ثمناً قليلاً، وهذا صدٌ علمي بتحريف الكلم عن مواضعه، وتأويل الأحكام اتباعاً للهوى، وتجميع الرخص، والمداهنة في دين الله تبارك وتعالى.

ومع ما قصه اللهُ من خطورة شأن هذه الفئة من علماء السوء على دين الله تبارك وتعالى، فإن مختلف العصور التاريخية تؤكد وتعضد هذه الحقيقة، ولسنا بحاجة للتنقيب في أسفار التاريخ البعيدة، ففي الماضي القريب والحاضر المشاهد أمثلة حية تُغني عن ذلك، ومنها :

المثال الأول : عندما تبنى الهالك جمال عبدالناصر الملة الاشتراكية، وألزم الناس بها بقوة الحديد والنار، وبدلاً من أن يقف الأزهر وعلماؤه -المعروفة مواقفهم التاريخية لنصرة الإسلام والدفاع عنه- في وجه هذا الطاغية وملته الخارجة عن الإسلام، قام شيخ الجامع الأزهر في ذلك الوقت بالترويج لهذا المذهب الهدام، والدعاية له باسم الإسلام من خلال برنامجه الإذاعي اليومي (الاشتراكية والحياة)  فُضلَ بسبب ذلك خلقٌ كثير من المسلمين ولا حول ولا قوة إلا بالله!!.

المثال الثاني : وعندما قرر نفس الطاغية إعدام نخبة من خيرة رجال ودعاة مصر في ذلك الوقت (١٩٥٤) وهم عبدالقادر عودة وإخوانه، استصدر فتوى من الأزهر بذلك، فجاءته جاهزة تقول: إن هؤلاء كفار لا تقبل توبتهم، وقد جاء الطاغية عبدالناصر بهذا المفتي بعد أن رفض الشيخ محمد خضر حسين أن يفتيه بتلك الفتوى التي ما هي إلا مثالٌ لفتاوى تصدر اليوم داخل الجزيرة تعرّض وتصرّح أحياناً بأئمة الدعوة وعلمائها من أمثال الشيخ سلمان والشيخ سفر... وغيرهم.

إن مثل هذه المواقف من هذه الفئة من علماء السوء هي التي شجعت أهل الباطل على باطلهم، وخذلت أهل الحق عن حقهم، وطعنت في دين الله وميعت عقيدة التوحيد والولاء والبراء، وعملت على انتشار مذاهب الضلال ونحل الكفر وعقائد الإلحاد، كل ذلك مقابل ثمن بخس دراهم معدودة باعوا بها هؤلاء دنياهم وآخرتهم بدنيا غيرهم، ولا حول ولا قوة إلا بالله!.

لقد صدق علي بن أبي طالب رضي الله عنه عندما قال «قصم ظهري رجلان: عالم متهتك، وجاهل متنسك».

إن فساد الدين أساسه فساد فئتين من الناس: هم العلماء والحكام، كما قال ابن المبارك رحمه الله:

وهل أفسد الدين إلا الملوك            وأحبارُ سوءٍ ورهبانُها

وفساد الحكام سببه فساد العلماء، وفساد العلماء سببه الإخلاد إلى الأرض وحب المال والجاه، يقول أبو حامد الغزالي واصفاً حال علماء عصره بعد أن ذكر من مواقف علماء السلف وتضحيتهم في سبيل الحق وعدم اكتراثهم ببأس السلاطين «وأما الآن فقد قيدت الأطماعُ ألسن العلماء فسكتوا وإن تكلموا لم تساعد مقاصدهم أقوالهم أحوالهم، فلم ينجحوا ولو صدقوا وقصدوا حق العلم لأفلحوا، فساد الرعايا بفساد الملوك وفساد الملوك بفساد العلماء، وفساد العلماء باستيلاء حب المال والجاه، ومن استولى عليه حب الدنيا فلم يقدر على الحسبة على الأراذل، فكيف على الملوك والأكابر، والله المستعان على كل حال» أ.هـ [إحياء علوم الدين ج٩٢/٧].

إن ما سبق من النصوص والنقول يبين بكل جلاء أن الوقوف لهذه الفئة من علماء السوء بالمرصاد؛ لكشف باطلها وتعرية ضلالها وفضح مخططاتها، يأتي في مقدمة أولويات العمل للإسلام والدفاع عنه والسعي في التمكين له، وما وقوف علماء الإسلام ضد علماء

البدع والضلال والأهواء ومناظرتهم لهم وردهم عليهم إلا أمثلة للقيام بهذا الواجب، ومن المواقف المشهورة في هذا المقام مواقف الإمام أحمد ضد المعتزلة ومواقف ابن تيمية من الفرق الضالة، وموقف الشيخ الخضر حسين شيخ الأزهر -رحمه الله- ضد مبادئ الاشتراكية العلمانية وطغاة مصر في عهده.

إن الرد على هذه الفئة من علماء السوء باب مستقل عن الرد على أخطاء العلماء الحقيقيين؛ لأن علماء السوء من جنس أعداء الدين، وليسوا داخلين في مسمى أهل العلم بالمعنى الشرعي الآمرين بالمعروف والناهين عن المنكر الذين لا يهابون في الحق سلطاناً جائراً ولا حاكماً كافراً، وهذا التفريق بين الفئتين ضروري قبل أن ندخل في فقرة أحكام وحدود طاعة واتباع وتعظيم العلماء في الإسلام، وذلك حتى لا يحصل اللبس أو الخلط.

**ثالثاً: حدود طاعة العلماء وتعظيمهم في الإسلام**

لا شك أن اتباع العلماء فيما يبينون من حق ويدعون إليه من خير واجب على المسلمين، يقول تبارك وتعالى ﴿ يا أيها الذين آمنوا أطيعوا الله وأطيعوا الرسول وأولي الأمر منكم ﴾ وقد سبق أن بينّا أن طاعة الله ورسوله تقتضي طاعة العلماء؛ لأنهم ورثة الأنبياء، وطاعة أولي الأمر يدخل فيها طاعة العلماء أيضاً؛ لأن المفسرين فسروا أولي الأمر بأنهم العلماء أو العلماء والأمراء، وقال تبارك وتعالى﴿ فاسألوا أهل الذكر إن كنتم لا تعلمون ﴾.

والنصوص في هذا الباب كثيرة نكتفي بذكر ما ذكرناه منها لنبني عليه حدود الطاعة والاتباع للعلماء، وذلك أن كثيراً من الناس يخطيء، فيظن أن طاعة العلماء مطلقة عمياء لا حدود لها، وهذا خطأ فاحش؛ لأن العلماء ليسوا معصومين فهم عرضة للخطأ ومجانبة الصواب، كما قال الإمام مالك «كل كلام يؤخذ منه ويُرد إلا كلام صاحب هذا القبر» يعني الرسول ﷺ، والعلماء وإن كانوا معذورين فيما يصدر منهم من أخطاء بعد تحريهم للصواب، فإن الناس غير معذورين في تقليدهم المطلق دون تحر للصواب، ولهذا قال ابن مسعود «ألا يقلدن أحدكم دينه رجلاً إن آمن آمن وإن كفر كفر فإنه لا أسوة في الشر»، وقال الإمام أحمد «من قلة علم الرجل أن يقلد دينه الرجال».

ولقطع الطريق على التقليد الأعمى للعالم حذر الشرع من التعظيم الزائد للعلماء، فقص في القرآن أن من أسباب كفر أهل الكتاب مبالغتهم في تعظيم علمائهم حتى أصبحوا يصدرون عن أقوالهم في التحليل والتحريم من دون الله، قال تعالى ﴿ اتخذوا أحبارهم ورهبانهم أرباباً من دون الله ﴾ وهذا الاتخاذ كما فسره حديث عدي الذي رواه الترمذي وأحمد وغيرهما، كان بطاعتهم إياهم في تحليل الحرام وتحريم الحلال، وقد حذر علماء المسلمين من الوقوع فيما وقع فيه أهل الكتاب، فصنفوا في ذلك وألفوا، وممن بوّب على هذا الموضوع الشيخ محمد بن عبدالوهاب رحمه الله في كتاب التوحيد حيث قال «باب: من أطاع العلماء والأمراء في تحريم ما أحل الله أو تحليل ما حرم فقد اتخذهم أرباباً» أ.هـ.

إن طاعة العلماء واتّباعهم مربوطة بقدر التزامهم بالحق ودفاعهم عنه، وبقدر ميلهم عن الحق ومجانبتهم إياه يكون البراء منهم والعداوة لهم، فذلك هو الميزان الشرعي الصحيح الذي دلت عليه النصوص وتواتر به عمل سلف الأمة الصالح، والولاء المطلق لهم فيما هم عليه من الحق والباطل هو إخلال بمقتضى الإيمان الذي أوثق عراه الحب في الله والبغض فيه.

ولما كان العلماء ليسوا معصومين وتصدر منهم الأخطاء، كان لا بد من بيان الأسلوب الشرعي في بيان تلك الأخطاء وهو موضوع الفقرة الرابعة.

**رابعاً: الأسلوب الشرعي في بيان أخطاء العلماء**

تختلف أسباب أخطاء العلماء كما تتفاوت آثار هذه الأخطاء، وتبعاً لذلك تتحدد طريقة الرد وأسلوب البيان المناسبين لتلك الأخطاء، فإذا كان الخطأ في مسألة جزئية غاب فيها الدليل أو خفي أو تعارضت الأدلة وتُحزي فيها الصواب يكون المناسب التنبيه إلى الصواب برفق ولطف دون تشنيع ولا تقريع.

وإذا كان الخطأ في جليات الدين وقطعيات الشريعة والمسائل التي في حكمها مما انتصبت عليه الأدلة وشهدت له البراهين، فإن الشدة على المخالف والقسوة في القول هي مطلوبة؛ للتنفير من قوله والتحذير منه، فقد قال ﷺ لأبي ذر لما عيّر بلالاً بأمه ( إنك امرؤ فيك جاهلية ) [رواه البخاري] وقال للرهط الذين أفتوا صاحبهم بالاغتسال وحكمه التيمم فمات ( قتلوه قتلهم الله، ألا سألوا إذ لم يعلموا، إنما شفاء العي السؤال ) [رواه أبو داود وابن ماجة وابن حنبل]. وقال أبوبكر لعمر رضي الله عنهما «أجبار في الجاهلية خوار في

الإسلام»، وقال ابن عباس لمن خالفوا حديثه عن رسول الله ﷺ محتجين بفعل أبي بكر وعمر «يوشك أن تنزل عليكم حجارة من السماء، أقول قال رسول الله ﷺ وتقولون قال أبوبكر وعمر». [رواه الإمام أحمد في مسنده].

ولم يزل هذا دأب أهل العلم يشتدون في الرد على المخالف ويقسون في مثل هذه الأمور، والنقول في ذلك كثيرة، منها ما نُقل من أن الإمام أحمد رحمه الله رفض أن يرد السلام على الإمام يحيى بن معين رحمه الله لما جاء يزوره في مرض موته؛ بسبب قول الإمام يحيى بن معين ببعض قول المعتزلة تحت إكراه العباسيين متأولاً، ولما استدل له يحيى بحديث عمار في الإكراه على كلمة الكفر، ما قَبِل منه الإمام أحمد ذلك وقال بعد أن خرج من عنده «يستدل بحديث عمار»، ومنها ما نُقل عن ابن تيمية ـ مع اعتداله وإنصافه لمخالفيه ـ من ردود شديدة عليهم إذا كان الخلاف في مثل هذه الأمور، فقد قال فيمن يرى أن التتار يقاتلون قتال البغاة لا قتال الكفار إنه «قد أخطأ خطأ قبيحاً وضل ضلالاً بعيداً».

وقال ابن الجزري رحمه الله معلقاً على قول الأمام أبي شامة بعدم تواتر القراءات السبع «أنظر يا أخي إلى هذا الكلام الساقط الذي خرج من غير تأمل، المتناقض في غير موضع في هذه الكلمات اليسيرة، أوقفت عليه شيخنا الإمام ولي الله أبا محمد بن محمد بن محمد الجمالي فقال يُبعد من هذا الكتاب (كتاب أبي شامة) ... قلت: ونحن نشهد الله أنّا لا نريد إسقاط الإمام أبي شامة إذ الجواد قد يعثر ولا نجهل قدره بل الحق أحق أن يُتبع ولكن نقصد التنبيه على هذه الزلة المزلة ليحذر منها من لا معرفة له بأقوال الناس ولا اطلاع له على أحوال الأئمة». أ.هـ [من كتاب منجد المقرئين ومرشد الطالبين ص٦٦].

ويقول الإمام النووي إن منهجه في "المجموع" يقتضي المبالغة في تغليط صاحب القول الضعيف والزائف «ولو كان من الأكابر وإنما أقصد بذلك التحذير من الاغترار به».

هذه نقولٌ مستفيضة من الأحاديث الصحيحة وأقوال الصحابة والعلماء تبين مشروعية الشدة على المخالفين في هذه الأمور كائناً من كان فالحق أحق أن يُتبع وزلة العالم ليست من الحق في شيء، يقول الشاطبي رحمه الله «إن زلة العالم لا يصح اعتمادها من جهة ولا الأخذ بها تقليداً له وذلك لأنها موضوعة على المخالفة للشرع ولذلك عُدّت زلةً وإلا لو كانت معتداً بها لم يُجعل لها هذه الرتبة ولا نُسبّ إلى صاحبها الزل فيها. أ.هـ [الموافقات للشاطبي من٧١-١٧١].

والرفق في بيان الخطأ والزلة قد يكون مطلوباً في حالات كما أن الشدة مطلوبة في حالات أخرى، والحكمة هي استعمال الأسلوب المناسب في الحال المناسبة ولكل مقام مقال.

إن النصوص السابقة قد دلت على مشروعية الرد بشدة وقوة على المخالف في مثل تلك المواضيع بعد تحريه للصواب وبحثه عن الحق، وهي تدل من باب أولى على مشروعية ذلك في حق أولئك الذين لم يتحروا الصواب بل جانبوه عن عمد وخالفوه عن قصد بعد أن تبين وبُيّن لهم، وسخّروا علمهم وعملهم لخدمة السلاطين الذين بارزوا الله بالحرب وكاشفوه بالعداء؛ فإذا كان الرسول ﷺ قد قال في حق أولئك الذين أفتوا صاحبهم بالاغتسال عن جهل فمات ( قَتلوه قَتلهم الله ) فماذا ينبغي أن يُقال في حق من يفتون فتاوى يترتب عليها قتل الألوف، بل ضياع أمة بأجمعها؟ وبماذا يُردُّ عليهم وهم يبيحون بلاد الحرمين والقدس وفلسطين لأعداء الله تبارك وتعالى؟ وما القول المناسب في حقهم وهم يقرون ولاية المرتدين الذين يتحالفون مع اليهود لحرب المجاهدين في فلسطين وغيرها؟! بل ماذا ينبغي أن يُقال في حقهم وقد تواطئوا مع حكام السوء على وأد كلمة الحق والوقوف في وجه من جهر بها ودعا إليها ممن نحسبهم من العلماء الصادقين والدعاة والمصلحين، وساهموا فيما يعانيه هؤلاء من سجن واعتقال ومحاصرة وتضييق؟!.

إن أصحاب هذه المواقف والفتاوى ممن رضوا بأن تترس بهم الأنظمة الظالمة، وتدافع بهم عن أوضاعها الفاسدة، وأصروا على الوقوف معها في خندق واحد، ليس لهم ولا لغيرهم أن يُجدُّوا في أنفسهم إذا أصابهم جزءً مما يقتضيه الواجب الشرعي من تعرية باطل تلك الأنظمة والعمل على رفع ظلمها عن العباد.

ولا ينفع هؤلاء ما قد يفترضه بعضُ الناس من أن الأنظمة الحاكمة هي التي استغفلتهم وليست عليهم؛ حتى تستصدر منهم تلك الفتاوى والمواقف، فإن هذا الافتراض ـ لو صح ـ لا يغير من الآثار الخطيرة والمفاسد الكبيرة المترتبة على تلك الفتاوى والمواقف، مما يعني بقاء الحكم الشرعي بالعمل على إزالتها، وغاية ما في الأمر أن يكون هؤلاء معذورين في أخطائهم عند الله، مع وجوب الإنكار عليهم، وهذا على افتراض حسن الظن بهم، وهو ما لا يسوغ في حق كثير ممن مردوا على مواقفهم وفتاواهم تلك عن عمد وقصد بعد بيان الحق لهم، وقيام الصحة عليهم، واتضاح الدليل ضدهم، وحتى لو سُلم أنهم استُغفلوا فهذا دليل على فقدهم أحد شروط الإفتاء، وهو العلم بالواقع، وإقدامهم على الإفتاء مع فقدهم هذا الشرط، لا يجوز شرعاً، ويجب إنكاره عليهم.

إن مواقف هذه الفئة من العلماء وفتاواهم التي خذلوا بها الحق ونصروا الباطل وخانوا أمانة العلم وميراث النبوة هي التي دفعت كثيراً من أهل الحق إلى سحب الثقة منهم، وقطع الأمل فيهم، وكان ذلك من أهم أسباب سوء العلاقة بين كثير ممن يصنفون في خانة العلماء من جهة، وكثير من العاملين للإسلام من جهة أخرى.

والسبيلُ لحل هذه المشكلة هو موضوع الفقرة التالية.

**خامساً: الطريق الصحيح لإصلاح هذا الوضع**

لتجاوز مرحلة الخصام القائمة بين هؤلاء لا بد من مراعاة الأمور التالية، وهي أمور نبّه على معظمها فضيلة الشيخ الدكتور ناصر العمر –فرج الله عنه وعن إخوانه– في رسالته "لحوم العلماء مسمومة" حيث بيّن واجب العلماء وملخصه فيما يلي، مع إضافات وتعديلات طفيفة أخرى ، وبعض التعديل وهذه الواجبات هي :

١- أن يكون العالم قدوة في علمه وعمله، والله تبارك وتعالى يقول ﴿ أتأمرون الناس بالبر وتنسون أنفسكم وأنتم تتلون الكتاب أفلا تعقلون ﴾ ويقول ﴿ يا أيها الذين آمنوا لم تقولون ما لا تفعلون كبر مقتاً عند الله أن تقولوا ما لا تفعلون ﴾.

٢- أن يتثبت العالم في الفتوى ويكمل شروطها، فإذا طُلِبَت منه فتوى في موضوع ما، فعليه التأمل والتأني ومعرفة قصد المستفتي والآثار المترتبة على تلك الفتوى، ثم يفتي بعد توفر شروط الفتوى من فقه الشرع وفقه الواقع.

٣- أن يحذر العالم من الاستدراج والاستغلال والتدليس عليه خاصة من قبل حكام الظلم وسلاطين الفساد الذي بارزوا الله بالحرب والعدوان.

٤- أن يكون جريئاً في الحق لا تأخذه في الله لومة لائم، فالجرأة في الحق من أهم ما يميز العالم الصادق الذي هو القدوة الحسنة والأسوة المثلى لغيره، فعليه أن يقول: المسيء أساءت كائناً من كان، وللعلماء اليوم في مواقف علماء السلف قدوة حسنة يُحتذى بها، كمواقف سعيد بن المسيب والإمام مالك والإمام أحمد والعز بن عبدالسلام وابن تيمية وغيرهم رحمهم الله جميعاً

٥- الابتعاد عن مواقف الريب وخاصة أبواب السلاطين التي حذر منها النبي ﷺ وأصحابه وسلف الأمة وخلفها الصالح، فقد قال ﷺ في التحذير من السلاطين ( ومن أتى أبواب السلاطين افتتن، وما ازداد عبدٌ من السلطان قرباً إلا ازداد من الله بعداً ) [رواه أحمد في المسند وقال أحمد شاكر إسناده صحيح]. وقال حذيفة رضي الله عنه «إذا رأيتم العالم بباب السلطان فاتهموا دينه، فإنهم لا يأخذون من دنياهم شيئاً إلا أخذوا من دينهم ضعفيه».

وإذا قام العلماء بذلك وجب في حقهم من التعظيم والتقدير والاحترام لازم ما بيناه في بداية هذا البيان، فالرسول ﷺ يقول (ليس منّا من لم يجل كبيرنا ويرحم صغيرنا ويعرف لعالمنا حقه) [رواه أحمد والحاكم].

وبذلك يتبوأ العلماء مكانتهم اللائقة بهم في توجيه الأمة وقيادتها إلى سبل الخير ومسالك الرشاد.

وفي الختام لا يسعنا إلا أن نشيد بتلك المواقف الصادقة الشجاعة في الحق التي وقفها نخبة من العلماء الذين نحسبهم صادقين ولا نزكيهم على الله، من أمثال الشيخ سلمان العودة، والشيخ سفر الحوالي... وغيرهم من العلماء العاملين داخل الجزيرة وخارجها، تلك المواقف التي رفعت جبين الحق عالياً ورأس الأمة شامخاً ومرغت كبرياء الظلم، وأثبتت أن على صخرة الحق وصلابة الإيمان تتفتت كل وسائل الإغراء والإغواء وتنهزم آلة البطش وتتكسر حربة الطغيان والعدوان فنسأل الله أن يفرّج كربهم ويفرغ علينا وعليهم صبراً ويثبت أقدامنا وأقدامهم ﴿ وكأين من نبي قاتل معه ربيون كثير فما وهنوا لما أصابهم في سبيل الله وما ضعفوا وما استكانوا والله يحب الصابرين. وما كان قولهم إلا أن قالوا ربنا اغفر لنا ذنوبنا وإسرافنا في أمرنا وثبت أقدامنا وانصرنا على القوم الكافرين، فآتاهم الله ثواب الدنيا وحسن ثواب الآخرة والله يحب المحسنين ﴾﴿ ربنا أفرغ علينا صبراً وتوفنا مسلمين﴾.

وآخر دعوانا أن الحمد لله رب العالمين.

عنهم/ أسامة بن محمد بن لادن

التاريخ : ٥/١٢/١٤١٥هـ
الموافق : ٦/ ٥/ ١٩٩٥م

BM BOX 7666, LONDON, WC1N 3XX, U.K.: العنوان   00441713289651 : فاكس   00441716242462 : هاتف

بسم الله الرحمن الرحيم

## العلماء ورثة الأنبياء

الحمد لله رب العالمين، والصلاة والسلام على أشرف الأنبياء والمرسلين سيدنا محمد وعلى آله وأصحابه أجمعين.

وبعد.. فإن العلماء هم ورثة الأنبياء، وحماة الدين، الذين ينفون عنه تحريف الغالين وانتحال المبطلين وتأويل الجاهلين، وشأنهم شأنٌ عظيم، ودورهم في الأمة دورٌ كبير.

ونظراً لمكانة ومنزلة العلماء في الإسلام، وأهمية الدور وعظم المهمة المكلفين بها، ووعياً بخطورة الخلط في هذا المقام بين العلماء العاملين المرابطين على ثغور هذا الدين ممن لا تأخذهم في الله لومة لائم، وبين المنتسبين إلى العلم من الذين يشترون بآيات الله ثمناً قليلاً، وضرورة التفريق بين الطائفتين، وعملاً على توضيح الحكم الشرعي في حدود طاعة واتباع وتعظيم العلماء، وتبياناً للأسلوب الشرعي في بيان أخطائهم وزلاتهم، وسعياً لإصلاح العلاقة بين بعض العلماء وجموع العاملين للإسلام، ارتأينا تناول هذا الموضوع على النحو التالي :

**أولاً: مكانة العلماء في الإسلام**

إن مما هو معلوم أن العلم الشرعي هو ميراث النبوة، وأن حملة العلماء هم ورثة الأنبياء، وبذلك نالوا ما نالوا من الفضل الذي وصفهم به الله ورسوله، فقد رفعهم الله درجات عظيمة على من سواهم، قال تعالى ﴿ يرفع الله الذين آمنوا منكم والذين أوتوا العلم درجات ﴾ وثنّى بشهادتهم بعد شهادته على وحدانيته فقال﴿ شهد الله أنه لا إله إلا هو والملائكة وأولوا العلم قائماً بالقسط لا إله إلا هو العزيز الحكيم ﴾، ونفى أن يستووا مع غيرهم، فقال ﴿ قل هل يستوي الذين يعلمون والذين لا يعلمون ﴾ وأثنى عليهم الرسول ﷺ فقال في وصفهم ﴿ فضل العالم على العابد كفضل القمر على سائر الكواكب ليلة البدر، العلماء، هم ورثة الأنبياء، إن الأنبياء لم يورثوا ديناراً ولا درهماً، إنما ورثوا العلم فمن أخذ به فقد أخذ بحظٍ وافر ﴾ [رواه ابوداود والترمذي والدارقطني] وقال ﷺ ﴿ فضل العالم على العابد كفضلي على أدناكم ﴾ [رواه الترمذي] وهذه المكانة التي أعطاها الله ورسوله للعلماء عرفها سلف الأمة لهم، قال الأوزاعي رحمه الله «الناس عندنا أهل العلم ومن سواهم فلا شيء»، وقال سفيان الثوري رحمه الله «لو أن فقيهاً على رأس جبل لكان هو الجماعة».

وهذه المنزلة العظيمة للعلماء في الإسلام نابعة من عِظم الدور وأهمية المسؤولية الملقاة على كاهلهم بمقتضى ميثاق بيان الحق الذي أخذه الله عليهم وميراث النبوة الذي ورثوه، ومن هنا تأتي خطورة النيل منهم والتنقيص من قدرهم؛ لما في ذلك من الطعن في العلم الذي يحملونه، والحق الذي يدعون إليه الذي هو ميراث النبوة والطعن فيه طعن في الإسلام ذاته. كما أن الطعن في العلماء مقدمة لتحطيم مصداقيتهم، وإفراغ الأمة من القيادات الشرعية الموجهة، وما سيترتب على ذلك من تصدر الجهال، وسيادتهم في الأمة؛ وإفتائهم الناس بغير علم وضلالهم وإضلالهم بذلك.

ولهذا حذر أهل العلم من الطعن في العلماء شديد التحذير، قال ابن عساكر «واعلم أن لحوم العلماء مسمومة، وأن أحوال الله في هتك منتقصيهم معلومة، وأن من تكلم فيهم بالثلب، أصابه الله قبل موته بموت القلب».

نعم.. تلك هي مكانة أهل العلم، ومنزلتهم، وذلك بعض من آثار النيل منهم وتنقيصهم، فمن هـم أهل العلم هؤلاء؟

**ثانيا: الفرق بين علماء الحق وعلماء الباطل**

كل النصوص التي تتحدث عن العلماء وفضلهم، ومكانتهم ومنزلتهم، وتحذر من النيل منهم، تقصد فئة العلماء العاملين الناهضين بأعباء ميراث النبوة، المؤمنين بمقتضى الميثاق الذي أخذه الله عليهم بالجهر بالحق وبيانه، والصدع به وعدم كتمانه، فالعلماء بالمعنى الشرعي كما قال الإمام الشافعي «هم العلماء العاملون».

وبقدر ما رفع اللهُ من شأن هؤلاء حطَّ وخفض من منزلة غيرهم من علماء السوء الذين يشترون بآيات الله ثمناً قليلاً، وقصّ علينا في القرآن من شأن هؤلاء ما فيه عبرة لمن كان له قلبٌ أو ألقى السمع وهو شهيد، فذكر في سورة الأعراف مثالاً لهؤلاء هو ذلك العالِم الذي آتاه اللهُ آياته وعلمه اسمه الأعظم –كما يقول المفسرون– لكنه لم يقم بحق ِ العلم، بل أخلد إلى الأرض واتبع هواه وانغمس في شهواته، وبدلاً من أن يُرشِد قومه إلى سبل الخيْر دلهم على سبل الشر، فاستحق ما وصفه الله به في نهاية الآيات

البدع والضلال والأهواء ومناظرتهم لهم وردهم عليهم إلا أمثلة للقيام بهذا الواجب، ومن المواقف المشهورة في هذا المقام مواقف الإمام أحمد ضد المعتزلة ومواقف ابن تيمية من الفرق الضالة، وموقف الشيخ الخضر حسين شيخ الأزهر –رحمه الله– ضد مبادىء الاشتراكية العلمانية وطغاة مصر في عهده.

إن الرد على هذه الفئة من علماء السوء بابٌ مستقلٌ عن الرد على أخطاء العلماء الحقيقيين؛ لأن علماء السوء من جنس أعداء الدين، وليسوا داخلين في مسمى أهل العلم بالمعنى الشرعي الآمرين بالمعروف والناهين عن المنكر الذين لا يهابون في الحق سلطاناً جائراً ولا حاكماً كافراً، وهذا التفريق بين الفئتين ضروري قبل أن ندخل في فقرة أحكام وحدود طاعة واتباع وتعظيم العلماء في الإسلام، وذلك حتى لا يحصل اللبس أو الخلط.

**ثالثاً: حدود طاعة العلماء وتعظيمهم في الإسلام:**

لا شك أن اتباع العلماء فيما يبينون من حق ويدعون إليه من خير واجب على المسلمين، يقول تبارك وتعالى ﴿ يا أيها الذين آمنوا أطيعوا الله وأطيعوا الرسول وأولي الأمر منكم ﴾ وقد سبق أن بينّا أن طاعة الله ورسوله تقتضي طاعة العلماء؛ لأنهم ورثة الأنبياء، وطاعة أولي الأمر يدخل فيها طاعة العلماء أيضاً؛ لأن المفسرين فسروا أولي الأمر بأنهم العلماء أو العلماء والأمراء، وقال تبارك وتعالى ﴿ فاسألوا أهل الذكر إن كنتم لا تعلمون ﴾.

والنصوص في هذا الباب كثيرة نكتفي بذكر ما ذكرناه منها لنبني عليه حدود الطاعة والاتباع للعلماء، وذلك أن كثيراً من الناس يخطىء، فيظن أن طاعة العلماء مطلقة عمياء لا حدود لها، وهذا خطأٌ فاحش؛ لأن العلماء ليسوا معصومين فهم عرضة للخطإ ومجانبة الصواب، كما قال الإمام مالك «كل كلام يؤخذ منه ويُرد إلا كلام صاحب هذا القبر» يعني الرسول ﷺ، والعلماء وإن كانوا معذورين فيما يصدر منهم من أخطاء بعد تحريهم الصواب، فإن الناس غير معذورين في تقليدهم المطلق دون تحرٍ للصواب، ولهذا قال ابن مسعود «ألا لا يقلدن أحدكم دينه رجلاً إن آمن آمن وإن كفر كفر فإنه لا أسوة في الشر»، وقال الإمام أحمد «من قلة علم الرجل أن يقلد دينه الرجال».

ولقطع الطريق على التقليد الأعمى للعالم حذّر الشرع من التعظيم الزائد للعلماء، فقص في القرآن أن من أسباب كفر أهل الكتاب مبالغتهم في تعظيم علمائهم حتى أصبحوا يصدرون عن أقوالهم في التحليل والتحريم من دون الله، قال تعالى ﴿ اتخذوا أحبارهم ورهبانهم أرباباً من دون الله ﴾ وهذا الاتخاذ كما فسره حديث عدي الذي رواه الترمذي وأحمد وغيرهما، كان بطاعتهم إياهم في تحليل الحرام وتحريم الحلال، وقد حذر علماء المسلمين من الوقوع فيما وقع فيه أهل الكتاب، فصنفوا في ذلك وألفوا، وممن بوّب على هذا الموضوع الشيخ محمد بن عبدالوهاب رحمه الله في كتاب التوحيد حيث قال «باب من أطاع العلماء والأمراء في تحريم ما أحل الله أو تحليلٍ ما حرم فقد اتخذهم أرباباً» أ.هـ.

إن طاعة العلماء واتّباعهم مربوطة بقدر التزامهم بالحق ودفاعهم عنه، وبقدر ميلهم عن الحق ومجانبتهم إياه يكون البراء منهم والعداوة لهم، فذلك هو الميزان الشرعي الصحيح الذي دلت عليه النصوص وتواتر به عمل سلف الأمة الصالح، والولاء المطلق لهم فيما هم عليه من الحق والباطل هو إخلال بمقتضى الإيمان الذي أوثق عراه الحب في الله والبغض فيه.

ولما كان العلماء ليسوا معصومين وتصدر منهم الأخطاء، كان لا بد من بيان الأسلوب الشرعي في بيان تلك الأخطاء وهو موضوع الفقرة الرابعة.

**رابعاً: الأسلوب الشرعي في بيان أخطاء العلماء:**

تختلف أسباب أخطاء العلماء كما تتفاوت آثار هذه الأخطاء، وتبعاً لذلك تتحدد طريقة الرد وأسلوب البيان المناسبين لتلك الأخطاء، فإذا كان الخطأ في مسألة جزئية غاب فيها الدليل أو خفي أو تعارضت الأدلة وتُحُرِّي فيها الصواب يكون المناسب التنبيه إلى الصواب برفقٍ ولطف دون تشنيع ولا تقريع.

وإذا كان الخطأ في جليات الدين وقطعيات الشريعة والمسائل التي في حكمها مما انتصبت عليه الأدلة وشهدت له البراهين، فإن الشدة على المخالف والقسوة في القول له مطلوبة؛ للتنفير من قوله والتحذير منه، فقد قال ﷺ لأبي ذر لما عيّر بلالاً بأمه ( إنك امرؤ فيك جاهلية ) [رواه البخاري] وقال للرهط الذين أفتوا صاحبهم بالاغتسال وحكمه التيمم فمات ( قتلوه قتلهم الله، ألا سألوا إذ لم يعلموا، إنما شفاء العِي السؤال ) [رواه أبو داود وابن ماجة وابن حنبل]. وقال أبوبكر لعمر رضي الله عنهما «أجبارٌ في الجاهلية خوّار في الإسلام».

BM BOX 7666, LONDON, WCIN 3XX, U.K.:العنوان    00441713289651 : فاكس    هاتف : 00441716242462

| هيئة النصيحة والإصلاح | | البيـــــان رقـــم |
|---|---|---|
| مكتب ـ لندن | ٤-٥ | (١٥) |

الإسلام»، وقال ابن عباس لمن خالفوا حديثه عن رسول الله ﷺ محتجين بفعل أبي بكر وعمر «يوشك أن تنزل عليكم حجارة من السماء، أقول قال رسول الله ﷺ وتقولون قال أبوبكر وعمر». [رواه الإمام أحمد في مسنده].

ولم يزل هذا دأب أهل العلم يشتدون في الرد على المخالف ويقسون في مثل هذه الأمور، والنقول في ذلك كثيرة، منها ما نُقل من أن الإمام أحمد رحمه الله رفض أن يرد السلام على الإمام يحيى بن معين رحمه الله لما جاء يزوره في مرض موته؛ بسبب قول الإمام يحيى بن معين ببعض قول المعتزلة متأولاً، ولما استدل له يحيى بحديث عمار في الإكراه على كلمة الكفر، ما قبل منه الإمام أحمد ذلك وقال بعد أن خرج «من عنده «يستدل بحديث عمارا»، ومنها ما نُقل عن ابن تيمية –مع اعتداله وإنصافه لمخالفيه– من ردود شديدة عليهم إذا كان الخلاف في مثل هذه الأمور، فقد قال فيمن يرى أن التتار يقاتلون البغاة لا قتال الكفار إنه «قد أخطأ خطأً قبيحاً وضل ضلالاً بعيداً».

وقال ابن الجزري رحمه الله معلقاً على قول الإمام أبي شامة بعدم تواتر القراءات السبع «انظر يا أخي إلى هذا الكلام الساقط الذي خرج من غير تأمل، المتناقض في غير موضع في هذه الكلمات اليسيرة، أوقفت عليه شيخنا الإمام ولي الله أبا محمد بن محمد بن محمد الجمالي فقال ينبغي أن يُعدم هذا الكتاب (كتاب أبي شامة)... قلتُ: ونحن نشهد الله أنّا لا نريد إسقاط الإمام أبي شامة إذ الجواد قد يعثر ولا نجهل قدره بل الحق أحق أن يُتبع وإنما قصدنا التنبيه على هذه الزلة المزلة ليحذر منها من لا معرفة له بأقوال الناس ولا اطلاع له على أحوال الأئمة». أ. هـ [نقلاً عن كتاب منجد المقرئين ومرشد الطالبين ص٦٦].

ويقول الإمام النووي إن منهجه في "المجموع" يقتضي المبالغة في تغليظ صاحب القول الضعيف والزائف «ولو كان من الأكابر وإنما أقصد بذلك التحذير من الاغترار به».

هذه نقولٌ مستفيضة من الأحاديث الصحيحة وأقوال الصحابة والعلماء تبين مشروعية الشدة على المخالفين في هذه الأمور كائناً من كان فالحق أحق أن يُتّبع وزلة العالم ليست من الحق في شيء، يقول الشاطبي رحمه الله «إن زلة العالم لا يصح اعتمادها من جهة ولا الأخذ بها تقليداً له وذلك لأنها موضوعة على المخالفة للشرع ولذلك عُدّت زلّةً وإلا لو كانت معتداً بها لم يُجعل لها هذه الرتبة ولا نُسبَ إلى صاحبها الزلل فيها». أ. هـ [الموافقات للشاطبي ص١٧٠-١٧١].

والرفق في بيان الخطأ والزلة قد يكون مطلوباً في حالات كما أن الشدة مطلوبة في حالات أخرى، والحكمة هي استعمال الأسلوب المناسب في الحال المناسبة ولكل مقام مقال.

إن النصوص السابقة قد دلت على مشروعية الرد بشدة وقوة على المخالف في مثل تلك المواضيع بعد تحرية للصواب ويبحثه عن الحق، وهي تدل من باب أولى على مشروعية ذلك في حق أولئك الذين لم يتحروا الصواب بل جانبوه عن عمد وخالفوه عن قصد بعد أن تبين وبيّن لهم، وسخّروا علمهم وعملهم لخدمة السلاطين الذين بارزوا الله بالحرب وكاشفوه بالعداء، فإذا كان الرسول ﷺ قد قال في حق أولئك الذين أفتوا صاحبهم بالاغتسال عن جهل فمات ( قتلوه قتلهم الله ) فماذا ينبغي أن يُقال في حق من يفتون فتاوى يترتب عليها قتل الألوف، بل ضياع أمة بأجمعها؟ وبماذا يُردُ عليهم وهم يبيحون بلاد الحرمين والقدس وفلسطين لأعداء الله تبارك وتعالى؟ وما القول المناسب في حقهم وهم يقرون بولاية المرتدين الذين يتحالفون مع اليهود لحرب المجاهدين في فلسطين وغيرها؟! بل ماذا ينبغي أن يُقال في حقهم وقد تواطأوا مع حكام السوء على وأد كلمة الحق والوقوف في وجه من جهر بها ودعا إليها ممن نحسبهم من العلماء الصادقين والدعاة والمصلحين، وساهموا فيما يعانيه هؤلاء من سجن واعتقال ومحاصرة وتضييق؟!.

إن أصحاب هذه المواقف والفتاوى وممن رضوا بأن نتترس بهم الأنظمة الظالمة، وتدافع بهم عن أوضاعها الفاسدة، وأصروا على الوقوف معها في خندق واحد، ليس لهم ولا لغيرهم أن يجدوا في أنفسهم إذا أصابهم جزءٌ مما يقتضيه الواجبُ الشرعي من تعرية باطل تلك الأنظمة والعمل على رفع ظلمها عن العباد.

ولا ينفع هؤلاء ما قد يفترضه بعضُ الناس من أن الأنظمة الحاكمة هي التي استغفلتهم وليست عليهم؛ حتى تستصدر منهم تلك الفتاوى والمواقف، فإن هذا الافتراضَ –لو صح– لا يغير من الآثار الخطيرة والمفاسد الكبيرة المترتبة على تلك الفتاوى والمواقف، مما يعني بقاء الحكم الشرعي بالعمل على إزالتها، وغاية ما في الأمر أن يكون هؤلاء معذورين في أخطائهم عند الله، مع وجوب الإنكار عليهم، وهذا على افتراض حسن الظن بهم، وهو ما لا يسوغ في حق كثير ممن مردوا على مواقفهم وفتواهم تلك عن عمد وقصد بعد بيان الحق لهم، وهو العلم بالواقع، وإقدامهم على الإفتاء مع فقدهم هذا الشرط، فإن هذا بدليل على فقدهم أحد شروط الإفتاء، وهو العلم بالواقع، وإقدامهم على الإفتاء مع فقدهم هذا الشرط، لا يجوز شرعاً، ويجب إنكاره عليهم.

إن مواقف هذه الفئة من العلماء وفتاواهم التي خذلوا بها الحق ونصروا الباطل وخانوا أمانة العلم وميراث النبوة هي التي دفعت كثيراً من أهل الحق إلى سحب الثقة منهم، وقطع الأمل فيهم، وكان ذلك من أهم أسباب سوء العلاقة بين كثير ممن يصنفون في خانة العلماء من جهة، وكثير من العاملين للإسلام من جهة أخرى.

والسبيلُ لحل هذه المشكلة هو موضوع الفقرة التالية.

**خامساً : الطريق الصحيح لإصلاح هذا الوضع**

لتجاوز مرحلة الخصام القائمة بين هؤلاء لا بد من مراعاة الأمور التالية، وهي أمور نبه على معظمها فضيلة الشيخ الدكتور ناصر العمر -فرج الله عنه وعن إخوانه- في رسالته "لجوم العلماء مسمومة" حيث بيّن واجب العلماء وملخصه فيما يلي، مع إضافات وتعديلات طفيفة أخرى ، ويبعض التعديل وهذه الواجبات هي :

١ـ أن يكون العالم قدوة في علمه وعمله، والله تبارك وتعالى يقول ﴿ أتأمرون الناس بالبر وتنسون أنفسكم وأنتم تتلون الكتاب أفلا تعقلون ﴾ ويقول ﴿ يا أيها الذين آمنوا لم تقولون ما لا تفعلون كبر مقتاً عند الله أن تقولوا ما لا تفعلون ﴾.

٢ـ أن يتثبت العالم في الفتوى ويكمل شروطها، فإذا طُلِبَت منه فتوى في موضوع ما، فعليه التأمل والتأني ومعرفة قصد المستفتي والآثار المترتبة على تلك الفتوى، ثم يفتي بعد توفر شروط الفتوى من فقه الشرع وفقه الواقع.

٣ـ أن يحذر العالم من الاستدراج والاستغلال والتدليس عليه خاصة من قبل حكام الظلم وسلاطين الفساد الذي بارزوا الله بالحرب والعدوان.

٤ـ أن يكون جريئاً في الحق لا تأخذه في الله لومة لائم، فالجرأة في الحق من أهم ما يميز العالم الصادق الذي هو القدوة الحسنة والأسوة المثلى لغيره، فعليه أن يقول للمسيء أسأت كائناً من كان، وللعلماء اليوم في مواقف علماء السلف قدوة حسنة يُحتدى بها، كمواقف سعيد بن المسيب والإمام مالك والإمام أحمد والعز بن عبدالسلام وابن تيمية وغيرهم رحمهم الله جميعاً.

٥ـ الابتعاد عن مواقف الريب وخاصة أبواب السلاطين التي حذر منها النبي ﷺ وأصحابه وسلف الأمة وخلفها الصالح، فقد قال ﷺ في التحذير من السلاطين ( من أتى أبواب السلاطين افتتن، وما ازداد عبدٌ من السلطان قرباً إلا ازداد من الله بعداً ) [رواه أحمد في المسند وقال أحمد شاكر إسناده صحيح]. وقال حذيفة رضي الله عنه «إذا رأيتم العالم بباب السلطان فاتهموا دينه، فإنهم لا يأخذون من دنياهم شيئاً إلا أخذوا من دينهم ضعفيه».

وإذا قام العلماء بذلك وجب في حقهم من التعظيم والتقدير والاحترام لازم ما بيّناه في بداية هذا البيان، فالرسول ﷺ يقول (ليس منّا من لم يجل كبيرنا ويرحم صغيرنا ويعرف لعالمنا حقه). [رواه أحمد والحاكم].

وبذلك يتبوأ العلماء مكانتهم اللائقة بهم في توجيه الأمة وقيادتها إلى سبيل الخير ومسالك الرشاد.

وفي الختام لا يسعنا إلا أن نشيد بتلك المواقف الصادقة الشجاعة في الحق التي وقفها نخبة من العلماء الذين نحسبهم صادقين ولا نزكيهم على الله، من أمثال الشيخ سلمان العودة، والشيخ سفر الحوالي... وغيرهم من العلماء العاملين داخل الجزيرة وخارجها، تلك المواقف التي رفعت جبين الحق عالياً ورأس الأمة شامخاً ومرغت كبرياء الظلم، وأثبتت أن على صخرة الحق وصلابة الإيمان تتفتت كل وسائل الإغراء والإغواء وتتهزم آلة البطش وتتكسر حربة الطغيان والعدوان فنسأل الله أن يفرّج كربهم ويفرغ علينا وعليهم صبراً ويثبت أقدامنا وأقدامهم ﴿ وكأين من نبي قاتل معه ربيون كثير فما وهنوا لما أصابهم في سبيل الله وما ضعفوا وما استكانوا والله يحب الصابرين. وما كان قولهم إلا أن قالوا ربنا اغفر لنا ذنوبنا وإسرافنا في أمرنا وثبت أقدامنا وانصرنا على القوم الكافرين، فآتاهم الله ثواب الدنيا وحسين ثواب الآخرة والله يحب المحسنين ﴾ ﴿ ربنا أفرغ علينا صبراً وتوفنا مسلمين ﴾.

وآخر دعوانا أن الحمد لله رب العالمين

عنهم/ اسامة بن محمد بن لادن

[توقيع]

التاريخ : ٥/١٢/١٤١٥هـ
الموافق : ٦٠/ ٥/١٩٩٥م

BM BOX 7666, LONDON, WC1N 3XX, U.K.   العنوان : 00441713289651 فاكس :   هاتف : 00441716242462

بسم الله الرحمن الرحيم

| هيئة النصيحة والإصلاح | الأمير سلطان وعمولات الطيران | البيـــان رقـــــم |
|---|---|---|
| مكتب لندن | | (١٦) |

الحمد لله والصلاة والسلام على أشرف الأنبياء والمرسلين، وبعد.. فإن خلافاتنا مع النظام السعودي الحاكم تتجاوز الأمور الهامة العارضة، كالانهيار الاقتصادي والفساد الإداري وظلم الناس، ومصادرة حقوقهم الشرعية، إلى ما هو أهم وأعمق من ذلك وأكبر، فهي تتعلق بأمور أساسية من مقتضيات التوحيد وكلمة ( لا إله إلا الله مصدر رسول الله ) ولوازمها التي خرج عنها النظام السعودي، فنقف بذلك مشروعية من أساسها.. إلا أننا أثناء طريق الإصلاح تعترضنا أمور نرى لزاماً علينا تنبيه الناس إلى مخاطرها، ومن هذه الأمور، المشاكل الاقتصادية الماسّة لحياة الناس بصورة مباشرة. وفي هذا السبيل يأتي هذا البيان.

إن انهيار الاقتصاد السعودي قد أصبح من الأمور الجلية التي لا يماري فيها إلا مكابر بعد أن أجمع أصحاب الاختصاص والمال والأعمال في الداخل والخارج على ذلك، والوسط التجاري يدرك أكثر من غيره ما ينذر به الوضع من إفلاس لكبرى المؤسسات الاقتصادية وأعرق الأسر التجارية. وأما ما يقوم به النظام من حملة إعلامية لنفي هذه الحقيقة فليس له أي قيمة؛ لأن حقيقة هذا الانهيار أصبحت تمس "الناس" وتؤثر في معيشتهم كالغذاء والدواء والنار والكهرباء والوقود والتعليم وباقي متطلبات حياتهم العامة.

وهذا المستوى من الانهيار الفظيع لاقتصاد إحدى أغنى دول العالم –افتراضاً– لم يأت من دون مقدمات، بل جاء نتيجة تراكم مجموعة من العوامل أتي يكفي كل واحد منها للقضاء على اقتصاديات أعظم الدول وأكثرها ثراءً، ومن بين تلك العوامل تراكم وتعاطي الديون الربوية التي حكم الله على اقتصاد مرتكبيها بالمحق ﴿ يَمْحَقُ اللهُ الرِّبا وَيُرْبِي الصَّدَقَاتِ ﴾، ومن بينها كذلك ما يرتكبه المتنفذون من أفراد الأسرة الحاكمة من النهب والسلب لاقتصاد ومال الأمة العام، فبعد أن نهبوا ميزانيات الدولة المتتالية وسطوا على احتياطاتها ذات الأرقام الفلكية، ثم رهنوا بترولها وثرواتها بديون ربوية نهبوها هي الأخرى هاهم اليوم – وإمعاناً منهم في الجشع والطمع– يأتون بأسلوب جديد لنهب ما تبقى في جيوب الناس المخنوقين بغلاء الأسعار وارتفاع تكاليف المعيشة والإقامة والسكن.. وهذا الأسلوب هو بيع مؤسسات الدولة إلى المواطنين باسم (الخصخصة أو التخصيص). ومن آخر إجراءات النظام في هذا الصدد ما أعلن عنه من عزمه بيع الخطوط السعودية للقطاع الخاص، وهدف النظام من هذا الإجراء واضح جلي فهو:

**أولاً:** يريد أن يحصل على أموال جديدة من أيدي الشعب بعد أن أفلست خزينة الدولة.

**ثانياً:** كما يريد أن يتخلص من الخسائر والديون التي تحملتها الخطوط من قبل، زيادة على سبعة مليارات ونصف مليار دولار ستضاف للديون للحصول على أسطول جديد من الطائرات الأمريكية لهذه الخطوط، بالرغم من أن هذه الخطوط لا تحتاج في تجديد أسطولها إلى هذا الكم الهائل من الطائرات (60 طائرة). فضلاً عن أن هذا المبلغ ليس هو الثمن الحقيقي للصفقة.

فالفرنسيون عرضوا مواصفات كافية ومؤدية للغرض بأقل من هذا المبلغ بكثير، ولكن عمولات الملك والأمراء المتنفذين وبالذات الأمير سلطان هي التي ترفع الأسعار هذا الارتفاع الجنوني، يضاف إلى ذلك حرصهم على إرضاء الأمريكان بشراء هذه الصفقة إذ أنها توفر عشرين ألف وظيفة وتشغّل مصانع الطيران الأمريكية وتنفذها لمدة خمس سنوات، في الوقت الذي تتفشى فيه البطالة عندنا في أوساط الخريجين والشباب منذ عشر سنين.

إنّ ما وصلت إليه الخطوط السعودية وغيرها من مؤسسات الدولة من إفلاس كان نتيجة حتمية لممارسات حفنة القلة السياسيين من متنفذي الأسرة الحاكمة الذين يسيطرون على هذه المؤسسات العامة، فإلى متى سيظل هؤلاء المتآلون يستنزفون أموال الأمة ويحملون أجيالها القادمة لهذه الديون من أجل الصرف على شهواتهم ونزواتهم الشخصية من مال الأمة العام.

إن هذه المؤسسات (الخطوط السعودية وغيرها) تعتبر مؤسسات ميتة اقتصادياً وتجارياً، ولتأكيد هذه الحقيقة يكفي أن نذكّر بأن ديونها على الدولة والأمراء تقدر بمليارات الريالات المتراكمة منذ عدة سنوات ولا أمل في استخلاصها أو توقفها في المستقبل في ظل هذا النظام، فلا ندري من سيتحمل تكاليف الطائرات التي يستخدمها الأمراء من طائرات الخطوط السعودية بعد أن يشتريها القطاع الخاص؟! أو من سيسدد أوامر الأركان الحكومية؟!

إن الخسارة المادية واضحة جلية في شراء أسهم مثل هذه المؤسسات، زد على ذلك الآثار المترتبة على إعانة هؤلاء الحكام على نهب مزيد من أموال المسلمين بغير حق.

ولذا، فإننا –من باب النصح– ننبه الجميع إلى خطورة الدخول في أية صفقة مع النظام من هذا القبيل لأن مقومات الخسارة واضحة، ونصح إخواننا العاملين في مثل هذه المؤسسات بالاقتصاد في الإنفاق والبحث عن مصدر ورزق شريف آخر؛ لأن كثيراً منهم سيكون عرضة للتسريح من العمل بعد تخصيص أمثال هذه المؤسسات استجابة وخضوعاً من الدولة لأوامر وتعليمات صندوق النقد الدولي التي تُفرض على أكل الدول ذات الاقتصاد المنهار.

وفي الختام نسأل الله أن يولي علينا خيارنا ويصرف عنّا شرارنا ويهدينا إلى الحق.

عنهم/ أسامة بن محمد بن لادن

التاريخ : ١٤١٦/٢/١٣هـ   الموافق : ١٩٩٥/٧/١١م

العنوان: BM BOX 7666, LONDON, WC 1 3XX, U.K.   فاكس: 00441713289651   هاتف: 00441716242462

بسم الله الرحمن الرحيم

| البيــان رقــم (١٦) | الأمير سلطان وعمولات الطيران | هيئة النصيحة والإصلاح مكتب - لندن |
|---|---|---|

الحمد لله والصلاة والسلام على أشرف الأنبياء والمرسلين، وبعد.. فإن خلافاتنا مع النظام السعودي الحاكم تتجاوز الأمور الهامة العارضة، كالانهيار الاقتصادي والفساد الإداري وظلم الناس، ومصادرة حقوقهم الشرعية، إلى ماهو أهم وأعمق من ذلك وأكبر، فهي تتعلق بأمور أساسية من مقتضيات التوحيد وكلمة ( لا إله إلا الله محمد رسول الله ) ولوازمها التي خرج عنها النظام السعودي، فنقف بذلك مشروعيته من أساسها.. إلا أننا أثناء طريق الإصلاح تعترضنا أمورٌ نرى لزاماً علينا تنبيه الناس إلى مخاطرها، ومن هذه الأمور، المشاكل الاقتصادية الماسّة لحياة الناس بصورة مباشرة، وفي هذا السبيل يأتي هذا البيان.

إن انهيار الاقتصاد السعودي قد أصبح من الأمور الجلية التي لا يماري فيها إلا مكابر بعد أن أجمع أصحاب الاختصاص والمال والأعمال في الداخل والخارج على ذلك، والوسط التجاري يدرك أكثر من غيره ما ينذر به الوضع من إفلاس لكبرى المؤسسات الاقتصادية وأعرق الأسر التجارية. وأما مايقوم به النظام من حملة إعلامية لنفي هذه الحقيقة فليس له أي قيمة؛ لأن حقيقة هذا الانهيار أصبحت تمس الناس وتؤثر في معيشتهم كالغذاء والدواء والغاز والكهرباء والوقود والتعليم وباقي متطلبات حياتهم العامة.

وهذا المستوى من الانهيار الفظيع لاقتصاد إحدى أغنى دول العالم –افتراضاً– لم يأت من دون مقدمات، بل جاء نتيجة تراكم مجموعة من العوامل التي يكفي كل واحد منها للقضاء على اقتصاديات أعظم الدول وأكثرها ثراءً، ومن بين تلك العوامل تراكم وتعاطي الديون الربوية التي حكم الله على اقتصاد مرتكبيها بالمحق ﴿ يمحق الله الربا ويربي الصدقات ﴾. ومن بينها كذلك ما يرتكبه المتنفذون من أفراد الأسرة الحاكمة من النهب والسلب لاقتصاد ومال الأمة العام، فبعد أن نهبوا ميزانيات الدولة المتتالية وسطو على احتياطاتها ذات الأرقام الفلكية، ثم رهنوا بترولها وثرواتها بديون ربوية نهبوها هي الأخرى هامهم اليوم – وإمعاناً منهم في الجشع والطمع– يأتون بأسلوب جديد لنهب ما تبقى في جيوب الناس المخنوقين بغلاء الأسعار وارتفاع تكاليف المعيشة والإقامة والسكن.. وهذا الأسلوب هو بيع مؤسسات الدولة إلى المواطنين باسم (الخصخصة أو التخصيص)، ومن آخر إجراءات النظام في هذا الصدد ما أعلن عنه من عزمه بيع الخطوط السعودية للقطاع الخاص. وهدف النظام من هذا الإجراء واضح جلي فهو:

أولاً: يريد أن يحصل على أموال جديدة من أيدي الشعب بعد أن أفلست خزينة الدولة.

ثانياً: كما يريد أن يتخلص من الخسائر والديون التي تحملتها الخطوط من قبل، زيادة على سبعة مليارات ونصف مليار دولار ستضاف للديون للحصول على أسطول جديد من الطائرات الأمريكية لهذه الخطوط. بالرغم من أن هذه الخطوط لا تحتاج في تجديد أسطولها إلى هذا الكم الهائل من الطائرات (٦٠ طائرة). فضلاً عن أن هذا المبلغ ليس هو الثمن الحقيقي للصفقة.

فالفرنسيون عرضوا مواصفات كافية ومؤدية للغرض بأقل من هذا المبلغ بكثير، ولكن عمولات الملك والأمراء المتنفذين وبالذات الأمير سلطان هي التي ترفع الأسعار هذا الارتفاع الجنوني، يضاف إلى ذلك حرصهم على إرضاء الأمريكان بشراء هذه الصفقة إذ أنها توفر عشرين ألف وظيفة وتشغّل مصانع الطيران الأمريكية وتنقذها لمدة خمس سنوات، هذا في الوقت الذي تتفشى فيه البطالة عندنا في أوساط الخريجين والشباب منذ عشر سنين.

إنّ ما وصلت إليه الخطوط السعودية وغيرها من مؤسسات الدولة من إفلاس كان نتيجة حتمية لممارسات حفنة القتلة السياسيين من متنفذي الأسرة الحاكمة الذين يسيطرون على هذه المؤسسات العامة. فإلى متى سيظل هؤلاء المحتالون يستنزفون أموال الأمة ويحملون أجيالها القادمة بهذه الديون القادمة من أجل الصرف على شهواتهم ونزواتهم الشخصية من مال الأمة العام.

إن هذه المؤسسات (الخطوط السعودية وغيرها) تعتبر مؤسسات ميتة اقتصادياً وتجارياً، ولتأكيد هذه الحقيقة يكفي أن نذكّر بأن ديونها على الدولة والأمراء تقدر بمليارات الريالات المتراكمة منذ عدة سنوات ولا أمل في استخلاصها أو توقفها في المستقبل في ظل هذا النظام، فلا ندري من سيتحمل تكاليف الطائرات التي يستخدمها الأمراء من طائرات الخطوط السعودية بعد أن يشتريها القطاع الخاص؟! أو من سيسدد أوامر الإركاب الحكومية؟!

إن الخسارة المادية واضحة جلية في شراء أسهم مثل هذه المؤسسات، زد على ذلك الآثار المترتبة على إعانة هؤلاء الحكام على نهب مزيد من أموال المسلمين بغير حق.

ولذا فإننا –من باب النصيح– ننبه الجميع إلى خطورة الدخول في أية صفقة مع النظام من هذا القبيل لأن مقومات الخسارة واضحة، وننصح إخواننا العاملين في مثل هذه المؤسسات بالاقتصاد في الإنفاق والبحث عن مصدر رزق شريف آخر؛ لأن كثيراً منهم سيكون عرضة للتسريح من العمل بعد تخصيص أمثال هذه المؤسسات استجابة وخضوعاً من الدولة لأوامر وتعليمات صندوق النقد الدولي التي تُفرض على كل الدول ذات الاقتصاد المنهار.

وفي الختام نسأل الله أن يولي علينا خيارنا ويصرف عنّا شرارنا ويهدينا إلى الحق.

عنهم/ أسامة بن محمد بن لادن

التاريخ : ١٤١٦/٢/١٢هـ      الموافق : ١١/ ٧/١٩٩٥م

هاتف : 00441716242462   فاكس : 00441713289651   العنوان : BM BOX 7666, LONDON, WC 1 3XX, U.K.

بسم الله الرحمن الرحيم

## رسالة مفتوحة إلى الملك فهد
### بمناسبة التعديل الوزاري الأخير

الحمد لله والصلاة والسلام على رسول الله وعلى آله وصحبه ومن اهتدى بهداه.

إلى ملك نجد والحجاز فهد بن عبدالعزيز، السلام على من اتبع الهدى، وبعد: فهذه رسالة مفتوحة نبعث بها إليك بعيداً عن المجاملات الملكية وألقاب التفخيم، وهي مصارحة لك ببعض ما يمكن التصريح به مما ارتكبته أنت ومن حولك من أمور عظام في حق الله ودينه، وحق عباده وبلاده، وحق حرمه وأمته، فإن وضوح ما سنكتبه لك من حق، وجلاء ما في هذه الرسالة من الصواب، يدفعنا إلى الأمل بأن تخترق ما أحطت به نفسك من حجب عن سماع الحق، وجدر دون وصوله إليك.

أيها الملك: مناسبة هذه الرسالة هي ما تقوم به أنت والأمراء المتنفذون من خداع للناس ومحاولة للعب على عقولهم وامتصاص لغضبهم عليكم ونقمتهم على حكمكم بما تقومون به من (إصلاحات) هامشية خادعة تدخل في باب المسكنات المؤقتة لغضب الناس والمهدئات الآنية لنقمتهم، ومن ذلك ما قمتم به من تأسيس مجلس الشورى الذي انتظرته الأمة طويلاً وخيّب آمالها بعد أن ولد ميتاً، وماقمتم به أخيراً من تعديل وزاري هامشي لم يمسّ رأس الداء وأساس البلاء الذي هو أنت ووزير دفاعك وداخليتك وأمير الرياض ومن على شاكلتكم.

ومناسبة هذه الرسالة المهمة التي تدفعنا إلى تخطي جوهر الخلاف معك، وأساس الصراع مع حكمك، وهذا الجوهر والأساس ليس هو ما يتبادر إلى ذهنك مما عملت على إشاعته في عهدك ومكّنت له من بعدك من ظلم للعباد وهضم لحقوقهم، وخاصة العلماء منهم والدعاة والمصلحين والتجار وشيوخ القبائل، ولا هو ما عرّضت له الأمة عامة من إهانة لكرامتها وتدنيس لمقدساتها وسلب لخيراتها ونهب لثرواتها، ولا هو أيضاً ما شاع في عهدك من الرشاوى والعمولات، وانتشار من المحسوبية والفساد الإداري والأخلاقي، ولا هو كذلك ما قدت إليه البلاد من انهيار اقتصادي مذهل وصل بها إلى درجة الإفلاس، فهذه الأمور المهمة سنعرض لبعضها لاحقاً بعد أن نعرض أولا لجوهر الخلاف معك وأساسه، الذي هو خروج نظام حكمك عن مقتضيات لا إله إلا الله ولوازمها التي هي أساس التوحيد الفارق بين الكفر والإيمان؛ لأن كل تلك الأمور ناجمة عن خروجك ونظام حكمك عن مقتضيات التوحيد ولوازمه. وبما أننا سنصدر -إن شاء الله- قريباً بحثاً يتناول أوجه هذا الخروج بشكل أكثر تفصيلاً، فإننا سنقتصر في هذه الرسالة الموجزة على بيان وجهين من وجوه هذا الخروج، وهما:

### أولاً: حكمك بغير ما أنزل الله وتشريعك له

لقد تواترت نصوص القرآن والسنة وأقوال علماء الأمة على أن كل من سوّغ لنفسه أو لغيره اتباع تشريع وضعي أو قانون بشري مخالف لحكم الله، فهو كافرٌ خارجٌ عن الملة.

يقول الله تبارك وتعالى ﴿ أَلَمْ تَرَ إِلَى الَّذِينَ يَزْعُمُونَ أَنَّهُمْ آمَنُوا بِمَا أُنزِلَ إِلَيْكَ وَمَا أُنزِلَ مِن قَبْلِكَ يُرِيدُونَ أَن يَتَحَاكَمُوا إِلَى الطَّاغُوتِ وَقَدْ أُمِرُوا أَن يَكْفُرُوا بِهِ وَيُرِيدُ الشَّيْطَانُ أَن يُضِلَّهُمْ ضَلَالًا بَعِيدًا ﴾ يقول الشيخ عبدالرحمن بن حسن آل الشيخ رحمه الله في تفسير هذه الآية «من دعا إلى تحكيم غير الله ورسوله فقد ترك ما جاء به الرسول ﷺ ورغب عنه وجهل لله شريكاً في الطاعة وخالف مأجاء به رسول الله ﷺ فيما أمره الله تعالى به في ﷺ ﴿ وَأَن احكم بينهم بما أنزل الله ولا تتبع أهواءهم واحذرهم أن يفتنوك عن بعض ما أنزل الله إليك ﴾ وقوله تعالى ﴿ فَلَا وَرَبِّكَ لَا يُؤْمِنُونَ حَتَّى يُحَكِّمُوكَ فِيمَا شَجَرَ بَيْنَهُمْ ثُمَّ لَا يَجِدُوا فِي أَنفُسِهِمْ حَرَجًا مِّمَّا قَضَيْتَ وَيُسَلِّمُوا تَسْلِيمًا ﴾ فمن خالف ما أمر الله به ورسوله ﷺ بأن حَكّم بين الناس بغير ما أنزل الله أو طلب ذلك اتباعاً لما يهواه ويريده فقد خلع ربقة الاسلام والإيمان من عنقه وإن زعم أنه »ﺀﻣﻦ فإن الله تعالى أنكر على من أراد ذلك وكذبهم في زعمهم الإيمان لما في ضمن قوله ﴿ يزعمون ﴾ من نفي إيمانهم فإن يزعمون إنما يُقال غالباً أين ادعى دعوى هو فيها كاذب لمخالفته لموجبها وعمله بما ينافيها، يحقق هذا قوله ﴿ وَقَدْ أُمِرُوا أَن يَكْفُرُوا بِهِ ﴾ لأن الكفر بالطاغوت ركن التوحيد، كما في آية البقرة، فإذا لم يحصل هذا الركن لم يكن موحداً، والتوحيد هو أساس الإيمان الذي يصلح به جميع الأعمال وتفسد بعدمه كما أن ذلك بين في قوله تعالى ﴿ فَمَن يَكْفُرْ بِالطَّاغُوتِ وَيُؤْمِن بِاللَّهِ فَقَدِ اسْتَمْسَكَ بِالْعُرْوَةِ الْوُثْقَى ﴾ وذلك أن التحاكم إلى الطاغوت إيمان به » [من كتاب فتح المجيد شرح كتاب التوحيد ص: ٢٩٢-٢٩٣].

ويقول الشيخ محمد بن ابراهيم آل الشيخ رحمه الله في تفسير هذه الآية : «وقد نفى الله الإيمان عمن أراد التحاكم إلى غير ما جاء به الرسول ﷺ من المنافقين كما قال تعالى ﴿ أَلَمْ تَرَ إِلَى الَّذِينَ يَزْعُمُونَ أَنَّهُمْ آمَنُوا بِمَا أُنزِلَ إِلَيْكَ وَمَا أُنزِلَ مِن قَبْلِكَ

يريدون أن يـحاكموا إلى الطاغوت وقد أُمروا أن يكفروا به ويريد الشيطان أن يضلهم ضلالاً بعيداً ﴾ فإن قوله عز وجل ﴿ يزعمون ﴾ تكذيب لهم فدما ادعوه من الإيمان فإنه لا يجتمع التحاكم إلى غير ما جاء به النبي ﷺ مع الإيمان في قلب عبد أصلاً بل أحدهما ينافي الآخر، والطاغوت مشتق من الطغيان وهو مجاوزة الحد نزل هو حكم بغير ما جاء به النبي ﷺ أو حاكم إلى غير ما جاء به النبي ﷺ فقد حكم بالطاغوت وحاكم إليه» ا.هـ. [من رسالة تحكيم القوانين للشيخ محمد بن إبراهيم آل الشيخ].

ويقول الله عز وجل ﴿ أفحكم الجاهلية يبغون ومن أحسن من الله حكماً لقوم يوقنون ﴾ يقول ابن كثير في تفسير هذه الآية «ينكر الله تعالى على من خرج عن حكم الله المحكم المشتمل على كل خير، الناهي عن كل شر، وعدَلَ إلى ما سواه من الآراء والأهواء والإصطلاحات التي وضعها الرجال بلا مستند من شريعة الله، كما كان أهل الجاهلية يحكمون به من الضلالات والجهالات مما يضعونها بآرائهم وأهوائهم، وكما يحكم به التتار من السياسات الملكية المأخوذة عن ملكهم جنكيزخان الذي وضع لهم الياسق، وهو عبارة عن أحكام قد اقتبسها من شرائع شتى من اليهودية والنصرانية والملة الإسلامية وغيرها، وفيها كثير من الأحكام أخذها من مجرد هواه، فصارت في بنيه شرعاً متبعاً يقدمونها على الحكم بكتاب الله وسنة رسوله ﷺ، فمن فعل ذلك فهو كافر يجب قتاله حتى يرجع إلى حكم الله ورسوله، فلا يحكم سواه في قليل ولا كثير» ا.هـ.

وهل الياسق هذا إلا مثالٌ متقدمٌ للقوانين الوضعية التي تحكُمُها أنت ونظام حكمك ومن على شاكلته من الأنظمة اليوم؟!

إن تحكيم القوانين الوضعية والتحاكم إليها هو بلا شك عبادة ممن يفعل ذلك لواضع هذه القوانين، واستعبادٌ من مشرعيها لمن يتبعونه ويطيعونه في تشريعاته تلك من دون الله.

وهذا المعنى بيَّنه رسول الله ﷺ لعدي بن حاتم في الحديث الذي أخرجه الترمذي وغيره وحسّنه أن عدي ابن حاتم رضي الله عنه -وكان نصرانياً- سمع النبي ﷺ وهو يقرأ هذه الآية ﴿ اتخذوا أحبارهم ورهبانهم أرباباً من دون الله والمسيح ابن مريم ﴾ فقال يا رسول الله إنّا لسنا نعبدهم، فقال ﷺ: أليس يحرمون ما أحل الله فتحرمونه، ويحلون ما حرم فتحلونه؟؟، قال: بلى، قال: فتلك عبادتهم.

إن عدي بن حاتم رضي الله عنه كان يظن أن العبادة مقتصرة على تقديم الشعائر التعبدية كالصلاة ونحوها، ولما كان النصارى لا يصلّون لأحبارهم ورهبانهم ظن أنهم لم يتخذوهم أرباباً، لكن رسول الله ﷺ أزال عنه هذا اللبس وبين أن أهم بطاعتهم إياهم في التحليل والتحريم على وجه مخالف للشرع، قد اتخذوهم أرباباً من دون الله... وهذا المعنى للعبادة الذي بيَّنه الرسول ﷺ لعدي ﷺ حاتم رضي الله ﴾، هو الذي أجمعت عليه الأمة وتواتر عن العلماء الأئمة الذين سنذكر بعض أقوالهم فيما يلي باختصار : يقول ابن حزم عند قوله تعالى ﴿ اتخذوا أحبارهم ورهبانهم أرباباً من دون الله ﴾ «لما كان اليهود والنصارى يحرّمون ما حرَّم أحبارهم ورهبانهم ويحلّون ما أحلوا كانت هذه ربوبية صحيحة وعبادة صحيحة قد دانوا بها، وسمى الله تعالى هذا العمل اتخاذ أرباب من دون الله وعبادة، وهذا هو الشرك من دون الله بلا خلاف» [النمط ١٦١/٦].

وقال شيخ الإسلام ابن تيمية رحمه الله بعد أن أورد حديث عدي بن حاتم السابق «... وكذلك قال أبو البختري إنهم لم يصلّوا لهم ولو أمروهم أن يعبدوهم من دون الله ما أطاعوهم ولكن أمروهم فجعلوا الحلال حراما والحرام حلالا فأطاعوهم فكانت تلك الربوبية... فقد بيَّن النبي ﷺ أن عبادتهم إياهم كانت في تحليل الحرام وتحريم الحلال ثم أنهم صلوا لهم وصاموا لهم ودعوهم من دون الله، فهذه عبادة الرجال، وقد ذكر الله أن ذلك شرك بقوله ﴿ لا إله إلا هو سبحانه عما يشركون ﴾» [التوبة ٣١/٩].

ويقول الشيخ محمد بن عبد الوهاب رحمه الله مبوباً فوق حديث عدي السابق «من أطاع العلماء والأمراء في تحريم ما أحل الله أو تحليل ما حرم فقد اتخذهم أرباباً» أ.هـ. [من حاشية كتاب التوحيد ص١٤٦].

ويقول شيخ الإسلام ابن تيمية رحمه الله «ومعلوم بالاضطرار من دين الإسلام، وباتفاق جميع المسلمين أن من سوّغ اتباع غير دين الإسلام واتباع شريعة غير شريعة محمد ﷺ فهو كافر» أ.هـ. [ابن تيمية ج١/٥٢٤].

ويقول رحمه الله «فالإسلام يتضمن الاستسلام لله وحده، فمن استسلم له ولغيره كان مشركاً، ومن لم يستسلم له كان مستكبراً عن عبادته والمشرك به والمستكبر عن عبادته كافر، والاستسلام له وحده يتضمن عبادته وحده وطاعته دونه» [التتارية ٩١/٢].

ويقول الشيخ محمد بن إبراهيم مفتي المملكة سابقاً رحمه الله «إن من الكفر الأكبر المستبين تنزيل القانون اللعين منزلة ما نزل به الروح الأمين على قلب محمد ﷺ ليكون من المنذرين بلسان عربي مبين في الحكم به بين العالمين والرد إليه عند تنازع المتنازعين».

ويقول في رسالة وجهها إلى أمير الرياض في وقته بشأن القوانين الوضعية التي يُتحاكم إليها في الغرفة التجارية بالرياض وبيان أنها كفر، ناقل عن الله «واعتبار شيء من القوانين للحكم بها ولو في أقل القليل لا شك أنه عدم رضا بحكم الله ورسوله ونسبة حكم الله ورسوله إلى النقص وعدم القيام بالكفاية في حل النزاع وإيصال الحقوق إلى أربابها وحكم القوانين إلى الكمال وكفاية

الناس في حل مشاكلهم، واعتقاد هذا كفر ناقل عن الملة والأمر مهم كبير وليس من الأمور الإجتهادية».

«وتحكيم شرع الله وحده دون كل ما سواه شقيق عبادة الله وحده دون ما سواه، إذ مضمون الشهادتين أن الله هو المعبود وحده لا شريك،ك وأن يكون رسوله هو المتبع المحكَّم ما جاء به فقط، ولا جُرّدت سيوف الجهاد إلا من أجل ذُلك والقيام به فعلاً وتركاً وتحكيماً عند النزاع» [عن فتاوى الشيخ ٢٥١/١٢].

ويقول العلامة الشيخ محمد الأمين الشنقيطي في [أضواء البيان] «تحكيم النظام المخالف لتشريع خالق السموات والأرض في أنفس المجتمع وأموالهم وأعراضهم وأنسابهم كفر بخالق السموات والأرض وتمرد على نظام السماء الذي وضعه من خلق الخلائق كلها وهو أعلم بمصالحها سبحانه وتعالى أن يكون معه مشرع آخر علواً كبيراً ﴿ أم لهم شركاء شرعُوا لهم من الدين ما لم يأذن به الله ﴾ ﴿ قل أرأيتم ما أنزل الله لكم من رزق فجعلتم منه حراماً وحلالاً، قل آلله أذن لكم أم على الله تفترون ﴾[الإسرا، البيان ٨٤/٤].

ويقول الشيخ محمد حامد الفقي رحمه الله في تعليقاته على كتاب التوحيد، في شأن مُحكِّم القوانين الوضعية، «فهو بلا شك كافرٌ مرتدٌ إذا أصرّ عليها ولم يرجع إلى الحكم بما أنزل الله، ولا ينفعه أي اسم تسمى به ولا أي عمل من ظواهر أعمال الصلاة والصيام والحج ونحوها» أ.هـ. [من فتح المجيد شرح كتاب التوحيد هامش ٣٨٦/٢].

ويقول الشيخ أحمد محمد شاكر رحمه الله في تحكيم القوانين الوضعية «فهذا الفعل إعراضٌ عن حكم الله ورغبة عن،رين، ورئينارٌ لأحكام أهل الكفر على حكم الله سبحانه، وهذا كفرٌ لا يشك أحد من أهل القبلة على اختلافهم في تكفير القائل به والداعي إليه» أ.هـ [من عمدة التفسير ١٥٧/٤].

هذه أدلة من الوحي صحيحة ونُقُولٌ عن العلماء صريحة في محل النزا تقطع الخلاف وتُسكت الجدل وتُخرس المكابرة، ولولا مخافة التطويل لاسترسلنا في هذه الأدلة والنقول، فهذا الموضوع يشكل الموضوع الرئيسي في القرآن الكريم كله، ولكن نظن أن فيما ذكرنا كفاية لمن كان له قلبٌ أو ألقى السمع وهو شهيد.

بقي أن نذكِّرك بما تمارسه أنت ونظام حكمك من تحكيم لهذه القوانين الكفرية وتعطيل لأحكام الله الشرعية.

إن الإنسان العادي –فضلاً عن الباحث المدقق- لا يجد عناءً في إثبات أنك ونظام حكمك مشرِّعون ومُحكِّمون للقوانين الوضعية وملزمون الناس بالتحاكم إليها، فنظرة خاطفة على لوائح المحاكم التجارية والقوانين التي تشرع وتبيح المعاملات الربوية في البنوك وغيرها، وقانون العمل والعمال وقانون الجيش العربي السعودي، وغير ذلك من القوانين الكفرية التي تؤكد المدى الذي وصل إليه تحكيم هذه القوانين الكفرية من التوسع والنفوذ داخل البلاد.

وقد ذكرت مذكرة النصيحة وجود عشرات الهيئات القانونية التي تحكم بين الناس بالقوانين الوضعية التي تُسوّسُون بها البلاد والعباد في الداخل، ناهيك عما يحكم البلاد في علاقاتها الخارجية من تلك القوانين التي نأخذ مثالا لها التزامكم بالتحاكم إلى هيئة تسوية المنازعات بين دول مجلس التعاون الخليجي، فهذه الهيئة التي تتحاكم إليها الدول المتنازعة الأعضاء في المجلس وفي مقدمتها دولة المقر (السعودية) هيئة قانونية كفرية وضعية بما لا يدع مجالاً للشك، فقد نصّت مبينة مصادر أحكامها وقوانينها في المادة التاسعة من نظامها الأساسي قائلةً «تصدر الهيئة توصياتها وفتاويها وفقاً لـ :

١- أحكام النظام الأساسي لمجلس التعاون.   ٢- والقانون الدولي.   ٣- والعرف الدولي.

٤- ومبادىء الشريعة الإسلامية، على أن ترفع تقاريرها بشأن الحالة المطروحة عليها إلى المجلس الأعلى لاتخاذ ما يراه مناسباً». أي استهزا هذا بدين الله، وأي احتقار لشريعته؟!

أما اكتفينم من الكفر والضلال بأن جعلتم شريعة الله السماوية وأحكامه القرآنية في آخر قائمة مصادر أحكامكم وقوانينكم مقدماً عليها دخالة أفكار البشر الوضعية وعادات وأعراف الأمم الجاهلية وأحكام النظم القانونية الكفرية حتى جعلتموها تحت رحمة مجلسكم الأعلى ليتخذ منها ما يراه مناسباً لهواه؟!

ماذا يقول حماة الدين وحراس العقيدة ودعاة التوحيد في التحاكم إلى مثل هذه الهيئات والمحاكم يا خادم الحرمين؟!

إن الإجابة واضحة وضوح الشمس في رابعة النهار لا تقبل التلكؤ ولا التلعثم ولا المراوغة ولا المداهنة، كما بينا فيما سبق، إنه كفرٌ بواحٌ مخرجٌ من الملة بدليل الكتاب والسنة وإجماع الأمة.

وهذه بعض فتاوى العلماء الأعلام، تبيّن وجود هذه القوانين من جهة وحكمها الشرعي من جهة أخرى.

يقول الشيخ محمد بن إبراهيم رحمه الله عن قوانين المحاكم التجارية في رسالة وجهها إلى أمير الرياض في وقت «وقد انتهى إلينا نسخة عنوانها نظام المحكمة التجارية بالملكة العربية السعودية ودرسنا قريباً نصفها ما فيها نظاماً وضعياً قانونياً لا شرعية ...واعتبار شيء من القوانين للحكم بها ولو في أقل القليل به أنه عدم رضا بحكم الله ورسوله...واعتقاد هذا كفرٌ ناقلٌ

هيئة النصيحة والإصلاح | البيـــان رقـــم | ٤-١٠
مكتب لندن | (١٧)

عن الملا ء أ هـ (من فتاوى الشيخ ٢٥١/١٢).

ويقول رحمه الله في رسالة «وجهها إلى رئيس المحكمة العليا بالرياض في شأن قانون (نظام العمل والعمال) الذي يحكّمه مكتب العمل والعمال وما يجب على الحكّام الشرعيين تجاهه «من محمد بن إبرهيم إلى ـ ضرة فضيلة رئيس المحكمة العليا بالرياض، السلام عليكم ورحمة الله وبركاته وبعد، فقد اطلعنا على خطابكم حول المعاملات التي ترد من مكتب العمل والعمال، والذي يتعين اتباعه في مثل هذا أن ما أحيل للمحكمة للبت فيه وإنهائه فعلى المحكمة النظر فيه لأنه من صميم عملها أما إن ما أحيلت المعاملة لإنفاذ توجيه من مكتب العمل ثم تُعاد إليه لينهيها بموجب تعليمات ونظم ما أنزل الله بها من سلطان فلا يسوغ للمحكمة الالتفات في مثل هذا التوجيه لأن ذلك يعد من المحكمة موافقة على التحاكم بغير ما أنزل الله» أ.هـ رئيس القضاء ٢٣/ ١٠/ ١٣٧٩ هـ (من فتاوى الشيخ ٢٥١/١٢).

وفي نفس الموضوع (نظام العمل والعمال) كتب الشيخ العلامة عبد الله بن حميد رئيس القضاء رحمه الله رسالته المعروفة في بيان أن الاحتكام إلى قوانين هذا النظام كفرٌ مخرجٌ عن الملة. هذه بعض الفتاوى التي تثبت وجود هذه القوانين من جهة وتبين الحكم الشرعي لها من جهة أخرى ولا ندعي للاستطراد فالأمر واضحٌ جلي.

**ومما هو معروف أن هنالك فرقاً جلياً بين من يرتكب كبائر من قبيل أكل الربا مع اعتقاده بحرمتها، وبين من يشرّع قوانين تبيح تعاطي هذه الكبائر، فالذي يتعاطى الربا مثلاً وهو مقر بحرمته مرتكبٌ لكبيرة من أكبر الكبائر والعياذ بالله، لكن الذي يشرّع ويقنّن القوانين التي تبيح الربا فهو كافر مرتد.**

**ولسنا بحاجة الى تنبيه الناس الى ابراج البنوك الربوية التي تزاحم مآذن الحرمين الشريفين، وتعمل بقوانينكم الوضعية.**

إن قول الله تبارك وتعالى ﴿ فلا وربك لا يؤمنون حتى يحكموك فيما شجر بينهم ثم لا يجدوا في أنفسهم حرجاً مما قضيت ويسلموا تسليماً ﴾ حكمٌ منه تعالى بنفي الإيمان عمن لم يحكّم شرعه مستسلماً منقاداً، وقد أكّد سبحانه هذا الحكم بأدوات التأكيد المختلفة وفي مقدمتها القسم بنفسه سبحانه وتعالى، وهذه الآية مع ما سبق من بيان النبي ﷺ لعدي بن حاتم في آية ﴿ اتخذوا أحبارهم ورهبانهم أرباباً من دون الله ﴾ تدحض أية شبهة وتقطع أي متعلق يمكن أن يتشبث به المخالف.

**الوجه الثاني : موالاة الكفار ومعاداة المسلمين**

ليست هنالك سمة للسياسة الخارجية في نظام حكمكم أبرز من ربطكم إياها بمصالح الدول الغربية والصليبية والأنظمة الطاغوتية في البلاد الإسلامية، ومتانة هذه العلاقة لا يحتاج إلى كثير عناء، فالقاصي قبل الداني يعرف مدى هذا الارتباط، فنظام حكمكم الذي يتبجح بحماية العقيدة وخدمة الحرمين هو الذي أعلن عن دفع أربعة مليارات من الدولارات مساعدة للاتحاد السوفييتي السابق الذي لم يغسل بعد يديه الملطخة بدماء الشعب المسلم في أفغانستان، وذلك سنة ١٩٩١م، ونظام حكمكم حارس العقيدة السمحة هو الذي دفع قبل ذلك آلاف الملايين من الدولارات للنظام النصيري السوري سنة ١٩٨٢م مكافأة له على ذبح عشرات الآلاف من المسلمين في مدينة حماة، وهو الذي كان يدعم المؤارنة النصارى من حزب الكتائب اللبناني ضد المسلمين هناك، ونظام حكمكم (الرشيد!) هو الذي دفع مليارات الدولارات للنظام الطاغوتي الذي يطحن الإسلام والمسلمين في الجزائر، ونفس النظام هو الذي يدعم بالمال والسلاح المتمردين النصارى في جنوب السودان.

ومع كل هذه العظائم الجمّة والجرائم في حق الملة والأمة، فإن نظام حكمكم أفلح إلى حين في مخادعة بعض الناس وتضليلهم عن هذه الحقائق. إلا أن الله أبى إلا أن يكشف حقيقتكم بأحداث اليمن الأخيرة التي مزقت آخر الأقنعة التي كنتم تتموهون بها وتضللون الناس من ورائها، فقد كان دعمكم السياسي والعسكري للشيوعيين اليمنيين القاصمة التي قصمت ظهركم سياسياً، والحالة التي حلقت مصداقيتكم إسلامياً.. إن أحداث اليمن أوقعتكم في تناقض فظيع، أظهر أن دعمكم للمجاهدين الأفغان لم يكن حباً في الإسلام، ولكن حماية للمصالح الغربية التي كان يهددها كسب الروس للمعركة هناك، وإلا فإن الشيوعي الأفغاني لا يختلف عن الشيوعي اليمني، والمسلم اليمني لا يختلف عن المسلم الأفغاني أيضاً، فكيف نفسر دعمكم للمسلمين ضد الشيوعيين في أفغانستان، ودعمكم للشيوعيين ضد المسلمين في اليمن؟!.

هذا التناقض لا يمكن أن يفهمه إلا من علم أن سياستكم مملاة عليكم من قبل الدول الغربية الصليبية التي ربطتم مصيركم بمصالحها، ولذا فما تقومون به أحياناً من دعم لبعض القضايا الإسلامية ليس دافعه -كما بيّنا- حب القضايا الإسلامية ومناصرة أهلها، بل دافعه الحقيقي هو حماية مصالح الدول الغربية الكافرة التي قد تلتقي مع تلك القضايا الإسلامية، كما حصل في أفغانستان.

والدليل على ذلك أن القضايا الإسلامية التي تتعارض مع المصالح الغربية، وقفتم فيها لدعم تلك المصالح على حساب أصحاب القضايا المسلمين، فهذا ـ ـ حرب الصومال المسلم قد وقفتم ضد مصالحه مع السياسة الأمريكية ويدلتم في ذلك مال الأمة المنصوب

---

هاتف : 00441716242162   فاكس : 00441713289651   العنوان : BM BOX 7666, LONDON, WC1N 3XX, U.K.

| البيان رقم (١٧) | هيئة النصيحة والإصلاح |
|---|---|
| ٥-١٠ | مكتب لندن |

ورجالها المكرمين، وقبل ذلك وبعده ها هي قضية فلسطين أم القضايا الإسلامية، قد باركتم مسيرة التطبيع والتركيع والتضييع التي تُسِير فيها ومضيتم في مسلسل السلام والاستسلام المفروض فيها، وتطوعتم بدفع جزء كبير من تكاليف العملية رغم الضائقة الاقتصادية التي تمر بها البلاد، حيث تبرعتم بمائة مليون دولار لسلطة ياسر عرفات العلمانية التي جيء بها لتمارس ما عجزت عن تحقيقه سلطات الأحتلال اليهودي من قمع ضد الشعب الفلسطيني المسلم، ومحاربة لحركات الجهادية وفي مقدمتها حركة المقاومة الإسلامية (حماس). وإنم يمنعكم من دعم سلطة عرفات واستقباله في الرياض موقف العدائي منكم إبان حرب الخليج ودعمه الواضح لصدام حسين، فقد بلغتم منه تلك الإهانة مراعاة لخاطر الراعي الأمريكي لمسيرة السلام المزعوم.

ولا غرو في ذلك، فحتى لو لم تكن على قناعة شخصية بعملية السلام المزعوم، فليس أمامك إلا الاستجابة للأوامر ولي أمرك الأمريكي، وأليس الرئيس الأمريكي كلينتون هو الذي لمّا زار البلاد رفض أن يزورك في الرياض، وأصر على أن تأتيه صاغراً ذليلاً في القواعد الأمريكية في حفر الباطن؟! الرئيس الأمريكي بتصرفه هذا أراد أمرين، أولهما: أن يؤكد أنّ زيارته أساساً هي للقوات المرابطة في تلك القواعد، وثانيهما: أن يلقنك درساً في الذلة والمهانة حتى تعلم أنه ولي أمرك حقيقةً حتى داخل مملكتك المزعومة التي ليست في الحقيقة أكثر من محمية أمريكية يسري عليها القانون الأمريكي.

إن مما لا شك فيه ولا نزاع بين العلماء أن موالاة الكفار ومناصرتهم ضد المسلمين تعتبر ناقضاً قطعياً من نواقض الإسلام، وقد ذكرها شيخ الإسلام ابن تيمية والشيخ محمد بن عبدالوهاب في نواقض الإسلام العشرة، والله تبارك وتعالى يقول ﴿ يا أيها الذين آمنوا لا تتخذوا اليهود والنصارى أولياء بعضهم أولياء بعض ومن يتولهم منكم فإنه منهم إن الله لا يهدي القوم الظالمين ﴾ وقال تعالى ﴿ لا تجد قوماً يؤمنون بالله واليوم الآخر يوادون من حاد الله ورسوله ولو كانوا آباءهم أو أبناءهم أو إخوانهم أو عشيرتهم ﴾ وقد جعل تعالى اتخاذ الكافرين أولياء من دون المؤمنين ابتغاء العزة عندهم ، من خمائص المنافقين ، قال تعالى ﴿ بشر المنافقين بأن لهم عذاباً أليماً الذين يتخذون الكافرين أولياء من دون المؤمنين أيبتغون عندهم العزة فإن العزة لله جميعاً ﴾.

وموالاة الكفار كما قال أهل العلم هي إكرامهم والثناء عليهم والنصرة والمعاونة لهم على المؤمنين والمعاشرة وعدم البراءة منهم ظاهراً، فهذه ردّة من فعلها يجب أن تجرى عليه أحكام المرتدين، كما يدل على ذلك الكتاب والسنة وأقوال علماء الأمة المقتدى بهم، ولله در القائل :

| ولا شك في تكفيره عند من عقـل | ومـن يتـولّ الكــافرين فمثلهـم |
|---|---|
| ويظهر جهراً للوفّى على العمـل | وكــل مطـب أو معين وناصــر |
| وذا قول من يدري الصواب من الزلل | فهم مثلهم في الكفر من غير ريبة |

فماذا يقول أهل العقيدة النقية والتوحيد الخالص أيها الملك في أفعالكم الكفرية هذه؟ وبماذا يجادل الذين يدافعون عنكم بالباطل؟ ﴿ ها أنتم هزلاء، جادلتم عنهم في الحياة الدنيا فمن يجادل الله عنهم يوم القيامة أم من يكون عليهم وكيلاً ﴾.

والآن وبعد أن تبين خروج نظام حكمك عن مقتضيات كلمة التوحيد وعقيدته السمحة التي تتشدق دائماً بدعوى حمايتها، تعال لنقوّم بكل موضوعية إنجازاتك في المجال الدنيوي بعد أن كشفنا حقيقتكم بالميزان الشرعي.

وسنناقش معك ذلك في النقاط التالية :

## أولاً: الوضع الاقتصادي

لا شك أنك تدرك معنا أن البلاد ترقد على بحيرة من النفط تمثل ربع احتياطي العالم من هذه المادة التي لا تخفى أهميتها، وتدرك معنا أيضاً أن البلاد تنتج ثلث إنتاج منظمة الأوبك، وتدرك معنا كذلك أن متوسط الدخل اليومي للبلاد خلال الأعوام الماضية كان يساوي مائة مليون دولار يومياً من عائدات النفط، فضلاً عن احتياطي مالي كان يقدر مع بداية توليك الحكم بمائة وأربعين مليار دولار، أي أكثر من احتياطي الولايات المتحدة وبريطانيا وفرنسا مجتمعة في ذلك الوقت.

لقد كادت البلاد في ظل المعطيات الاقتصادية السابقة وقلة عدد السكان نسبياً أن تشكل ظاهرة اقتصادية مناقضة للحس الاقتصادي السليم عند بعض من ظلنوا أنه لن يأتي اليوم الذي ينهار فيه اقتصاد البلاد لتصبح من أكثر الدول مديونية في العالم.

لكن سياساتك الانتحارية خيبت آمال هؤلاء وغيرهم، فلم يكد يمضي عقد من الزمان على توليك الحكم، حتى انقلبت كل الموازين وتبدل كل شيء، فأصبحت البلاد مدينة بما يناهز ثمانين بالمائة من مجمل دخلها، وتحوّل المواطن من صاحب أكبر احتياط مالي إلى أحد أكثر المواطنين ديناً في العالم.

وألقى الوضع الاقتصادي المنهار بكل ثقله على حياة المواطنين والمقيمين الذين أثقلت كواهلهم الضرائب والمكوس وخنق جيوبهم غلاء الماء والكهرباء والغذاء، حيث ارتفعت أسعار هذه المواد بشكل جنوني لم يسبق له مثيل.

BM BOX 7666, LONDON, WC1N 3XX, U.K.: العنوان    00441713289651 : فاكس    00441716242462 : هاتف

ولم يكن وضع التعليم بمنأى عن الكارثة، حيث تعاني المدارس من اكتظاظ كبير في الفصول يعاني من نتيجته الطلاب والأساتذة وأولياء الأمور، وزاد من سوء الوضع عجز الوزارة عن صيانة الفصول الموجودة بالفعل، فضلاً عن عجزها عن بناء فصول جديدة.

وليس وضع المستشفيات بأحسن من وضع المدارس، حيث عجزت الدولة حتى عن صيانة المستشفيات التي تحول كثيرٌ من أجنحتها إلى ما يشبه مسالخ بشرية في ظل عدم توفر الدواء والعلاج والعناية الطبية المطلوبة، ناهيك عن عجز الوزارة عن بناء مستشفيات يجيد. ومما زاد وضع البلاد سوءاً على سوء هو تفشي البطالة بين صفوف الشباب والخريجين من أصحاب الشهادات الجامعية، حيث يزداد عدد العاطلين من هؤلاء ممن أعياهم توفير فرصة عمل بمائة وخمسين ألف يزداد عددهم كل عام وستتقلص سوق العمل وتتكمش أمامهم على الدوام بفعل الأزمة الاقتصادية الحالية التي تزداد سوءاً على سوء.

ومع اشتداد هذه الأزمة وتفاقم الأوضاع سوءاً، لا تستحيي أنت ونظام حكمك ان تدعوا الناس إلى الاقتصاد في الاستهلاك في الطاقة وغيرها في الوقت الذي كان سلوككم أسوأ قدوة للمواطنين تشجعهم على مزيد من البذخ والتبذير، فكيف تدعون الناس إلى الاقتصاد في الطاقة، والكل يرى قصوركم الساحرة منارة مكيفة بالليل والنهار؟!.

وكيف تُقبِل منكم دعوة إلى الاقتصاد في الإنفاق، والكل يرى قصوركم ودوركم التي ملأت البلاد والآفاق، ويسمع عن حساباتكم المتخمة بأموال الأمة في الداخل والخارج؟!.

إن حجم إنفاقكم من مال الأمة على تلك القصور والدور داخل البلاد وخارجها، حجمٌ مذهل ومخيف، فهو يُقدّر بآلاف الملايين من الدولارات، والحديث عنه يطول، والمتحدث عنه لا يدري من أين يبدأ، أيبدأ من مدينة جدة والجزر الصناعية الساحرة التي أقمت عليها هنالك أفخم القصور على أوسع الأراضي على الساحل؟ أم يبدأ بالرياض التي لم تكتف ببناء القصور على ظهر أرضها حتى بنيت تحتها؟ أم يبدأ بقصورك في منى والطائف والهدا والشفا ومكة المكرمة والمدينة المنورة وبقية مدن البلاد؟ أم يترك كل هذا ويبدأ بقصورك في بقية العواصم والمنتجعات الغربية؟ تلك القصور التي لم تدخل كثيراً منها فيما مضى من عمرك، ولن تدخلها على غالب الظن فيما تبقى منه.

لو كان هذا الكلام من غيرنا لظننت أنه يمكن أن تكذّبه، ولكنك تعرف محدثيك، وأنهم من أدرى الناس بهذه الحقائق التي لم تعد تخفى على العامة، فضلاً عن الخاصة ﴿ ولا ينبؤك مثل خبير ﴾.

لقد كان ولعك ومن حولك ببناء القصور وكنز المال والتنافس بينكم في ذلك سبباً رئيسياً وراء انصراف كثير من جهدكم ووقتكم في هذا السبيل، حيث مزق التنافس بينكم علاقاتكم الداخلية بعد أن أثار حفيظة بعضكم وهيج غضبه مما استأثرت به أنت والمقربون إليك من الامتيازات المادية، فمصداق فيكم قوله ﷺ ١ تعس عبد الدينار تعس عبد الدرهم تعس عبد القطيفة تعس عبد الخميلة، إن أعطي رضي وإن لم يعط سخط، تعس وانتكس وإذا شيك فلا انتقش ١ (رواه البخاري).

إن هذا الإسراف والإنفاق من بأموال الأمة العام واهتمامكم بمصالحكم الشخصية وتفاخركم في ذلك كان أحد أبرز الأسباب التي قادت البلاد إلى هاوية الإفلاس التي وصلت إليها في ظل سياساتكم (الرشيدة). ﴿ إن المبذرين كانوا إخوان الشياطين ﴾.

إن الأزمة الاقتصادية الحالية وما تنذر به من أخطار ويترتب عليها من آثار، لم تأت بدون مقدمات وأسباب بل كانت محصلة جملة من التصرفات والسياسات القائلة التي ارتكبتها أنت والمتنفذون من عائلتكم الحاكمة.

ومن أهم هذه الأسباب، فضلاً عما أشرنا إليه من البذخ والإسراف الذي تمارسونه هو :

**١- دوركم في تدهور أسعار النفط :**

لقد بدأت أسعار النفط في التدهور منذ عقد الثمانينات، غير أن آثار هذا التدهور لم تظهر بشكل علني على اقتصاد البلاد إلا في عقد التسعينيات، حيث كنتم دائماً تلجأون إلى احتياطي البلاد المالي لتغطية عجز الميزانية المستمر في سياسة حمقاء استنزفت احتياط البلاد المالي ولم تقدم أي حل للأزمة التي تتفاقم يوماً بعد يوم.

وللتذكير فإنك تعلم أن التبعية المطلقة من قبلكم لسياسات الدول الغربية وتوجيهاتهم لكم بدعم صديقكم السابق صدام حسين بخمسة وعشرين مليار دولار وزيادة الإنتاج لتخفيض الأسعار، لإلحاق الضرر بإيران أثناء حربها معه، كان لها دور كبير في تدهور أسعار النفط إلى المستوى الحالي الذي يخدم المستهلكين الغربيين، ومع أن الغرب حريص على عدم قتل الدجاجة السعودية التي تبيض لهم الذهب الأسود، فإنهم مأشد حرصاً على أن يبقى سعر هذا البيض متدنياً إلى أدنى حد ممكن.

**٢- عدم العمل الجاد على إيجاد مصادر دخل أخرى :**

مع أنه من المعلوم أن النفط مصدر معرض للنضوب وتقلب الأسعار دائماً، ومع أن البلاد مؤهلة لتطوير مصادر دخل أخرى كثيرة ومتوفرة، إلا أن نظامكم فشل في تطوير تلك المصادر، وظلت البلاد معتمدة بشكل شبه كلي على عائدات النفط فقد.

**٣- الإنفاق الجنوني على قوات الحلفاء في حرب الخليج :**

رغم الضائقة المالية التي كانت تمر بها البلاد أثناء حرب الخليج ورغم أن تدمير قوات وشعب العراق المسلم كان هدفاً للدول الغربية قبل غيرها، إلا أن دول التحالف وجدت الفرصة سانحة لابتزازكم واستغلال مشاعر خوفكم وجبنكم، فأصرّت على أن تسددوا فاتورة الحرب بشكل شبه كامل، حيث صرفتم على تلك الحرب حوالي ستين مليار دولار ذهب منها حوالي ثلاثين ملياراً في الجيب الأمريكي وحوالي نصف ذلك المبلغ إلى بقية الحلفاء، وصُرف الباقي في عمولات وصفقات ورشاوى مُحاباة.

ولم تقف تكاليف الحرب عند هذا الحد فقط، بل دفعكم ولاءكم لدول الحلفاء إلى عقد صفقات أخرى كانت مكافأة لها بعد الحرب، حيث كلفت هذه الصفقات حوالي أربعين مليار دولار ثمناً وهمياً لصفقات عسكرية ومدنية مع الأمريكان لوحدهم، فضلاً عن عقد شراء طائرات التورنيدو البريطانية الذي جاء مجاملة لرئيس وزراء بريطانيا جون ميجور دون أن تكون هناك طاقة بشرية في جيش البلاد لاستخدام هذه الطائرات، كما ثبت أثناء حرب الخليج، فضلاً عن عدم كفاءتها، كما شهدت بذلك اللجنة الفنية في الجيش، وسنفصل هذا الموضوع لاحقاً.

وبدلاً من وضع سياسة ناجعة لتلافي الموقف وتدارك الوضع الاقتصادي المنهار، اتخذت ونظام حكمك سياسات اقتصادية انتحارية زادت الطين بلة، ومن هذه السياسات :

١- القضاء على رصيد الدولة المالي في الخارج :

سبق أن ذكرنا أن أرصدة الدولة في الخارج كانت تقدر بمائة وأربعين مليار دولار مع بداية توليك للحكم، وكان دخلها السنوي في ذلك الوقت يقدّر بسيطة :بتسعين مليار دولار. ولك أن تتصور معنا درجة السفه في الإنفاق إذا تذكرت أن هذا الاحتياط قد قضي عليه تماماً بعد سبع سنوات فقط من ذلك التاريخ.

٢- الاقتراض الربوي من البنوك المحلية والعالمية :

رغم ما في تعاطي الربا من الوعيد الشديد، ومبارزة الله بالحرب ﴿ فإن لم تفعلوا فأذنوا بحرب من الله ورسوله ﴾ ورغم ما أثبته الواقع من أن نظام القروض الربوية التي تقدمها البنوك لا تزيد الفقير إلا فقراً يوماً بعد يوم، رغم كل ذلك فإنك ونظام حكمك أغرقتم البلاد في بحر من الديون التي ليس في الأفق مؤشر على إمكانية التخلص حتى من فوائدها الربوية في ظل عجز الدولة عن تسديد مجرد تلك الفوائد الربوية، وكمثال في حجم تلك الديون، ففي سنة١٤١١هـ الموافق ١٩٩١م لوحدها التجأتم إلى اقتراض عشرات مليارات الدولارات من البنوك المحلية والعالمية، وقد حلت هذه الديون بفوائدها الربوية المركبة سنة ١٤١٤هـ الموافق ١٩٩٤م دون أن تتمكن الدولة من الوفاء بالتزاماتها مما يعني أن تسديد مجرد الفوائد الربوية سيبقى يثقل كاهل ميزانية الدولة، ناهيك عن تسديد أصل الدين، وتركتم بذلك مستقبل البلاد ومستقبل أجيالها القادمة مرهوناً بأيدي المؤسسات الدولية التي لا تقف سيطرتها على المجال الاقتصادي للبلدان المدينة فقط، بل تتعداه إلى السيطرة على القرار السياسي لهذه البلدان.

هذا فضلاً عن مائتي مليار ريال ديونٌ لأكثر من ثلاثة آلاف تاجر ومقاول على الحكومة لإزالات تماطلهم في تسديدها.

لقد حطمتم بتصرفاتكم تلك كل الأرقام القياسية في التبذير والإسراف من المال العام ففقتم بذلك من قبلكم وفتّم من بعدكم، فهنيئاً لكم على ذلك! وهذا غير مستغرب منكم، فأمثالكم لا يهمهم مستقبل بلادهم وشعريهم بقدر ما تهمهم تلبية شهواتهم الذاتية ونزواتهم الآنية، لقد غاب عنكم وأنتم تمارسون هذه التصرفات المصير المرعب الذي صبار إليه شاه إيران وماركوس الفلبين وتشاوشيسكو رومانيا وغيرهم من مصاصي دماء شعوبهم غير المكترثين بمصير بلادهم.

إن البلاد حقيقة تمّر بأخطر أزماتها الاقتصادية التي مرت بها حتى الآن، فقد كانت الأزمة الأولى سنة ١٣٨٥/٨٤هـ ١٩٦٥/٦٤م بسبب فوضوية إدارة الملك سعود التي انتهت بعزله، وكانت الثانية سنة ١٤٠٦هـ الموافق ١٩٨٦م بسبب الانهيار المفاجئ في أسعار النفط.

وإذا كانت الأزمة الأولى قد حلّت بعزل الملك سعود وحاشيته، والثانية قد تجاوزتها البلاد بلجوئها إلى احتياطها المالي الضخم أنذاك، فإن الأزمة الحالية وفي ضوء القضاء التام على رصيد الدولة المالي من جهة، وفقدها مصداقيتها المالية في الداخل والخارج من جهة أخرى، تبدو غير مبشّرة بالانفراج في المستقبل المنظور.

لقد كان عجزك عن معالجة الأزمة في الوقت الذي كانت البلاد تملك احتياطياً يُقدّر بمائة وأربعين مليار دولار، وليس عليها أية ديون، أقوى دليل على فشلك في معالجتها بعد القضاء على ذلك الاحتياطي وغرق البلاد في بحر متلاطم من الديون الربوية، قال الشاعر :

فمن خانه التدبير والأمر طائلٌ          فلن يحسن التدبير والأمر جامعُ

ولم يعد يجدي هنا ما تقوم به وسائل إعلامك من تضليل للناس وتلبيس عليهم، وإيهامهم بأن الأزمة أوشكت على الانفراج، فكذبُ هذه الوسائل الإعلامية وخداعها لم يعد ينطلي على الأمة التي وصل بها الوعي مرحلةً لم تعد تصدق معها مثل هذه الأكاذيب المفضوحة.

هاتف : 00441716242462    فاكس : 00441713289651    العنوان : BM BOX 7666, LONDON, WC1N 3XX, U.K.

| هيئة النصيحة والإصلاح | البيـــان رقــــــم | ٨-١٠ |
|---|---|---|
| مكتب - لندن | (١٧) | |

إنك بإهدارك لأموال الأمة، وإسرافك في تبذيرها، وكذلك عليها بعد ذلك، قد جمعت بين الخصال التي حكم الله على صاحبها بقوله :

﴿ إن الله لا يهدي من هو مسرف كذاب ﴾، هذا إذا كان إنساناً عادياً، أما إذا كان ملكاً، فالملك الكذاب أشد عقوبة عند الله من غيره من الناس، كما ورد في الحديث الصحيح الذي رواه مسلم وجاء فيه ١ ثلاثة لايكلمهم الله يوم القيامة ولا يزكيهم ولا ينظر إليهم ولهم عذاب أليم، شيخ زان، وملك كذاب، وعائل مستكبر ١.

وفي ضوء المعطيات الواقعية السابقة يبدو الحل الذي انتهت به أزمة الملك سعود، وهو خلعه من الملك أفضل الحلول الجذرية المطروحة.

وقيل ذلك تبقى الحلول الترقيعية أمامكم مريرة وقاسية من جهة، وغير ناجعة ولا فعالة من جهة أخرى، فهل ستعمدون إلى تخفيض الريال، مثلاً؟ قد يرجح عليكم هذا الإجراء مؤقت، غير أن هذه الخطوة لها آثار سياسية أخطر من آثارها الاقتصادية، فهل س ــ ترفون بمكانتكم الطامحة إلى زعامة دول مجلس التعاون وتخفضون الريال مقابل عملات الدول الأخرى؟! طموحكم السياسي وحبكم للزعامة يمنعكم من ذلك، خاصة أن زعامة هذه الدول هي ما تبقى لديكم من حلم زعامي عريض تبدد بعدم تحققكم أية مكانة معتبرة في العالم العربي والإسلامي الذي كانت البلاد يوماً من الأيام تتحدث باسمه وتتولى زعامته في عهد الملك فيصل. أم هل ستزيدون من الضرائب والمكوس على المواطنين والمقيمين بتوفير مزيد من المال لخزانة الدولة المفلسة؟! قد تنجح هذه الخطوة بتوفير قدر من السيولة لا شك، لكن ذيولها السياسية قد تدمنكم من المضي فيها إلى النهاية؛ لأن المواطن قد يسكت مضطراً عن تبذير مال الأمة العام من قبلكم، ولكنه لن يسكت وهو يرى الضرائب والمكوس التي جبيت من عرق جبينه تصرف في لذات وشهوات المستهترين والمتنفذين من الأسرة الحاكمة.

يبقى أمامك حل آخر وهو بيع مؤسسات الدولة للقطاع الخاص، ومع أنكم قطعتم خطوات في هذا المجال، إلا أن هناك صعوبات تعترضكم ونحن نقدرها من جهتنا، فالإحراج والإهانة التي تلحقكم ببيع هذه المؤسسات التي تعتبرونها من أثاث بيتكم الخاص، وما يؤذن به بيع هذا الأثاث علانية من مستوى إفلاسكم هي أمور مقدرة ومعتبرة من قبل من يعرفون حرصكم على الأبهة والظهور والاستكبار والغرور. إن مشكلتكم أن هذه الحلول الجزئية مع مرارتها وقساوتها هي أحلى الأمرين بالنسبة لكم؛ لأن الحلول الجذرية تعني أول ما تعني القضاء على أسباب الأزمة وعلى رأس هذه الأسباب وجودكم في الحكم، **فالمعادلة الصعبة أن يكون بقاؤك سبب فنائكم واستمرارك سبب انتهائك.**

**ثانياً: الوضع العسكري:**

لعلك تتفق معنا أن جيش البلاد ظل لعقود من الزمن يستحوذ على ثلث ميزانية الدولة، في حين أن دولة نووية مثل فرنسا تنفق على جيشها ٤٪ فقط من ميزانيتها، وتتفق معنا كذلك أن هذا الجيش رغم الأرقام الفلكية التي صُرفت عليه ما هو في الحقيقة إلا أكوام من السلاح والعتاد الذي ليست له طاقة بشرية تستخدمه، ولا غرو في ذلك، فما صُرف على هذا الجيش لم يُصرف لتقويته وإعداده، بل صُرف ليشكل مصدر رزق للأمراء المتنفذين، وليكون مضخة تعويضات لحماة عرشكم وأوليائكم الغربيين الذين عقدت كثير من الصفقات آداءً لضريبة الذل والتبعية لهم، وكمثال على ذلك شراء سبعين طائرة من نوع إف-١٥ من أمريكا دعماً لجورج بوش في حملته الانتخابية بعد حرب الخليج، وكذلك جاءت صفقات أسطول طائرات الخطوط الجوية السعودية وصفقات توسعة الهاتف جبرا لخاطر كلينتون الذي انكسر بدعمكم لمنافسه جورج بوش ، وكذلك شراء ٤٨ طائرة تورنيدو من بريطانيا لنفس الأسباب.

وإذا أدركنا ما وراء هذه الصفقات، أدركنا سر أداء وزير الدفاع المخزي أثناء حرب الخليج.

إن سلاح الجو الذي يملك خمسمائة طائرة مقاتلة لم يسجل طوال هذه الحرب أي عمل يذكر باستثناء إسقاط طائرتين عراقيتين ليس لهما أي غطاء جوي.

أما البحرية التي تمتلك ثلاثين بارجة منها عشرين قاذفة صواريخ، فلم تطلق أية طلقة طوال مدة الحرب، ولم يكن سلاح البر بأحسن حالاً من سابقيه، فلكي يجهز لواء مدرعات واحد، أضطرت البلاد أن تحضر الفرق التقنية اللازمة من الباكستانيين.

وهكذا ذهبت مئات المليارات من الدولارات التي صُرفت على هذا الجيش أدراج الرياح.

إن الإنسان ليُصاب بالذهول والدهشة عندما يترك المجال للأرقام تتحدث عن إنفاقات وزارة الدفاع التي يجلس على عرشها أقدم وزير دفاع في العالم الأمير سلطان الذي يتولاها منذ اثنين وثلاثين عاماً وكأنه لا زال يطالب بإتاحة الفرصة له لإثبات كفاءته بعد الفشل الذريع الذي مُني به وكشفته أحداث حرب الخليج.

ولكي نتصور جانباً من الصورة المذهلة لإنفاقات هذه الوزارة، يكفي أن نعرف أن المواطن في الجزيرة العربية يتحمل من الإنفاق على الجيش أكثر مما تحمله المواطن في عشر دول أخرى هي: الولايات المتحدة الأمريكية، ألمانيا، إيطاليا، مصر، رومانيا، بولندا،

| هيئة النصيحة والإصلاح | البيان رقم | ٩-١٠ |
|---|---|---|
| مكتب · لندن | (١٧) | |

إسبانيا، الإكوادور، الأورجواي، وأيرلندا، فقد صرف المواطن في الجزيرة سنة ١٩٩٢م أكثر مما صرف المواطن في هذه الدول العشر مجتمعة، مع العلم أن من بينها دولاً نووية وأعضاء في حلف شمال الأطلسي، ويتضح جانب آخر من هذه الصورة المذهلة عندما نعلم أن الفرد في القوات المسلحة في الجزيرة العربية أُنفق عليه أكثر مما أُنفق على الفرد العسكري في تسع دول مجتمعة هي: الولايات المتحدة الأمريكية، ألمانيا، بلجيكا، الأرجنتين، الصين، إيران، العدو الصهيوني، كوريا الجنوبية، وتنزانيا.

أليس من حقنا هنا أيها الملك أن نسألك أين ذهبت كل هذه المبالغ؟ لا عليك في عدم الإجابة، فإذا عُلمت نسبة العمولات والرشاوى التي تَحصل عليها وأمراءً المتنفذين وعلى رأسهم وزير الدفاع سلطان مع شركات الأسلحة ومقاولات بناء المدن والقواعد العسكرية، فلن نتعب أنفسنا في السؤال عن مصير باقي المبالغ المصروفة، فلم يعد خافياً أنكم وتلك الشرذمة من الأمراء المتنفذين تستولون من كل صفقة على نسبة ما بين ٤٠-٦٠٪ من قيمتها.

وبالنسبة الكبرى من الأموال المتبقية تُصرف في بناء قواعد وتجهيزات لا يتناسب حجمها الضخم وتجهيزاتها العالية مع عدد وكفاءة جيش البلاد، الشيء الذي ينبؤ أنها بُنيت لا لهذا الجيش، ولكن لتستخدم من قبل القوات الأمريكية والغربية التي ترابط في كثير منها الآن. وعلى ذِكر هذه القوات، ألا يحق لنا أن نتساءل عن الهدف من إبقائها إلى الآن بعددها وعتادها المذهلين على أرض الحرمين؟ هل ما زال العراق بعد تدمير قواته وتجويع شعبه المسلم يشكل خطراً فعلياً على عرشكم؟ كل الحقائق تشهد بغير ذلك وتؤكد أن الخطر الذي ترابط هذه القوات من أجل دفعه ليس خطراً وهمياً من عراق مدمر جائع بل هو الخطر الإسلامي في الداخل كما يقول الخبراء، بناءً على ما تعيشه البلاد من صحوة إسلامية مباركة ومتصاعدة في جميع القطاعات المدنية والعسكرية. ومهما يكن فليس هناك أي مسوغ لإبقاء جيش البلاد في حالة العجز والقصور التي يعيشها، في حين يُفترض فيه حماية بلاد المسلمين والدفاع عن قضاياهم فضلاً عن حماية البلاد المقدسة، فمن غير المعقول السكوت عن تحويل البلاد إلى محمية أمريكية يدنسها جنود الصليب بأقدامهم النجسة حماية لعرشكم المتداعي وحفاظاً على منابع النفط في المملكة.

وفي ضوء الواقع الحالي أيها الملك، أليس من حق الأمة أن تتساءل عن الذي يتحمل عن زعزعة الأمن وإثارة الاضطراب؟ أهو النظام الذي أسلم البلاد لحالة العجز العسكري المزمن ليسوغ استجلاب القوات الصليبية واليهودية لتدنس الأماكن المقدسة؟ أم هو الداعية الذي يدعو لإعداد الأمة وتجهيزها لتتولى بنفسها شرف حماية دينها والدفاع عن مقدساتها والذب عن أرضها وعرضها؟!.

والحق أن اللوم في هذا المجال كله يقع عليك أنت ووزير دفاعك دون أفراد الجيش والحرس الذين يشهد لكثير منهم بالصلاح والشهامة والشجاعة ولكن ليس لهم من الأمر شيء، فقد كان خوفكم من أي عمل إصلاحي يحتمل أن يقوموا به دافعاً لكم إلى تهميش كثير من ضباطهم وجنودهم، وزرع الجواسيس بين صفوفهم، وكان خوفكم من أي تنسيق محتمل بين الأسلحة المختلفة (البرية والبحرية والجوية) للقيام بأي عمل إصلاحي ضدكم سبباً وراء منعكم أي تنسيق أو حتى تعارف كاف بينهم، مع ضرورة التنسيق لأي عمل عسكري ناجح، فكان ثمنُ محافظتكم على عرشكم ودفعكم لأوهام الخوف التي تلاحقكم هو ما لحق البلاد والعباد من عار وشنار ودمار وانهيار بسبب حرب الخليج.

**الخلاصة والاستنتاجات :**

لقد ثبت لنا مما سبق أيها الملك، أن نظامكم قد ارتكب من نواقض الإسلام ما يبطل ولايته عند الله، وثبت عليه من الفشل الذريع والفساد الشنيع ما يوجب عزله عند الناس، فهو بتشريعه القوانين الوضعية الكفرية وإلزامه الناس بالتحاكم إليها، وبموالاته ومناصرته الكفار ضد المسلمين قد ارتكب من نواقض الإسلام ما يوجب عزله والقيام عليه.

وبفساده الذريع وفشله الشنيع في مجالات الدفاع والاقتصاد وغيرها، أثبت عملياً عدم أهليته لأن يتولى تسيير أمور البلاد حتى ولو لم يكن على ما هو عليه من انتقاض الإسلام والردة عن الدين. لقد جمعت أيها الملك على الناس أعظم ما يُستعاذ منه من الشر وهو الكفر والآثر.

ومن جملة ما سبق يتضح: أن خلاف الأمة التي يتقدمها العلماء والدعاة والمصلحون والتجار وشيوخ القبائل مع نظام حكمكم ليس خلافاً عارضاً ولإنزاعاً عابراً، بل هو صراع متأصل بين منهجين ونزاع عميق بين عقيدتين، صراع بين المنهج الرباني المتكامل الذي أنتم الأمر لله في جميع شأنه منهج ﴿ قل إن صلاتي، ونسكي ومحياي ومماتي لله رب العالمين لا شريك له وبذلك أُمرت وأنا أول المسلمين ﴾، منهج لا إله إلا الله محمد رسول الله بكل دلالاتها ومقتضياتها، وبين المنهج العلماني الصارخ، منهج ﴿ أفتؤمنون ببعض الكتاب وتكفرون ببعض ﴾ منهج ﴿ الذين يخادعون الله والذين آمنوا وما يخدعون إلا أنفسهم وما يشعرون ﴾

وبناء على ما تقدم، فإن ما تقوم به الأمة وفي مصدارتها العلماء والمصلحون والتجار وشيوخ القبائل ضد نظام حكمكم أن يدخل قطعاً في باب الخروج المحظور على الحكام؛ لأن نظام حكمكم فاقد للمشروعية كما بينا والمعدوم شرعاً حساً كما تقرر، كالمعدوم حساً، أعلم

العنوان : BM BOX 7666, LONDON, WC1N 3XX, U.K.  فاكس : 00441713289651   هاتف : 00441716242462

بسم الله الرحمن الرحيم

| البيــــان رقـــم<br>(١٧) | ١ - ١٠ | هيئة النصيحة والإصلاح<br>مكتب - لندن |
|---|---|---|

## رسالة مفتوحة إلى الملك فهد
## بمناسبة التعديل الوزاري الأخير

الحمد لله والصلاة والسلام على رسول الله وعلى آله وصحبه ومن اهتدى بهداه.

إلى ملك نجد والحجاز فهد بن عبدالعزيز، السلام على من اتبع الهدى، وبعد، فهذه رسالة مفتوحة نبعث بها إليك بعيداً عن المجاملات الملكية وألقاب التفخيم، وهي مصارحة لك ببعض ما يمكن التصريح به مما ارتكبته أنت ومن حولك من أمور عظام في حق الله ودينه، وحق عباده وبلاده، وحق حرمه وأمته، فإن وضوح ما سنكتبه لك من حق، وجلاء ما في هذه الرسالة من الصواب، يدفعنا إلى الأمل بأن تخترق ما أحطت به نفسك من حجب عن سماع الحق، وجدر دون وصوله إليك.

**أيها الملك:** مناسبة هذه الرسالة هي ما تقوم به أنت والأمراء المتنفذون من خداع الناس ومحاولة اللعب على عقولهم وامتصاص لغضبهم ونقمتهم على حكمكم بما تقومون به من (إصلاحات) هامشية خادعة تدخل في باب المسكنات المؤقتة لغضب الناس والمهددات الآنية لنقمتهم، ومن ذلك ما قمتم به من تأسيس مجلس الشورى الذي انتظرته الأمة طويلا وخيب آمالها بعد أن ولد ميتا، وماقمتم به أخيرا من تعديل وزاري هامشي لم يمس رأس الداء وأساس البلاء الذي هو أنت ووزير دفاعك وداخليتك  وأمير الرياض ومن على شاكلتكم.

ومناسبة هذه الرسالة المهمة لن تدفعنا إلى تخطي جوهر الخلاف معك، وأساس الصراع مع حكمك، وهذا الجوهر والأساس ليس هو ما يتبادر إلى ذهنك مما عملت على إشاعته في عهدك ومكنت له من بعدك من ظلم العباد وهضم لحقوقهم، وخاصة العلماء منهم والدعاة والمصلحين والتجار وشيوخ القبائل، ولا هو ما عرضت له الأمة عامة من إهانة لكرامتها وتدنيس لمقدساتها وسلب لخيراتها ونهب لثرواتها، ولا هو أيضاً ما شاع في عهدك من الرشاوى والعمولات، وانتشر من المحسوبية والفساد الإداري والأخلاقي، ولا هو كذلك ما قدت إليه البلاد من انهيار اقتصادي مذهل وصل بها إلى درجة الإفلاس، فهذه الأمور المهمة سنعرض لبعضها لاحقاً بعد أن نعرض أولا لجوهر الخلاف معك وأساسه، الذي هو خروج نظام حكمك عن مقتضيات لا إله إلا الله ولوازمها التي هي أساس التوحيد الفارق بين الكفر والإيمان؛ لأن كل تلك الأمور ناجمة عن خروجك ونظام حكمك عن مقتضيات التوحيد ولوازمه وبما أننا سنصدر –إن شاء الله– قريباً بحثاً يتناول أوجه هذا الخروج بشكل أكثر تفصيلاً، فإننا سنقتصر في هذه الرسالة الموجزة على بيان وجهين من وجوه هذا الخروج، وهما:

## أولا: حكمك بغير ما أنزل الله وتشريعك له

لقد تواترت نصوص القرآن والسنة وأقوال علماء الأمة على أن كل من سوغ لنفسه أو لغيره اتباع تشريع وضعي أو قانون بشري مخالف لحكم الله، فهو كافر خارج عن الملة.

يقول الله تبارك وتعالى ﴿ ألم تر إلى الذين يزعمون أنهم آمنوا بما أنزل إليك وما أنزل من قبلك يريدون أن يتحاكموا إلى الطاغوت وقد أمروا أن يكفروا به ويريد الشيطان أن يضلهم ضلالاً بعيداً ﴾ يقول الشيخ عبدالرحمن بن حسن آل الشيخ رحمه الله في تفسير هذه الآية «من دعا إلى تحكيم غير الله ورسوله فقد ترك ما جاء به الرسول ﷺ ورغب عنه وجعل لله شريكاً في الطاعة وخالف ماجاء به رسول الله ﷺ فيما أمره الله تعالى به في قوله ﴿ وأن احكم بينهم بما أنزل الله ولا تتبع أهواءهم واحذرهم أن يفتنوك عن بعض ما أنزل الله إليك ﴾ وقوله تعالى ﴿ فلا وربك لا يؤمنون حتى يحكموك فيما شجر بينهم ثم لا يجدوا في أنفسهم حرجاً مما قضيت ويسلموا تسليماً ﴾ فمن خالف ما أمر الله به ورسوله ﷺ بأن حكّم بين الناس بغير ما أنزل الله أو طلب ذلك اتباعاً لما يهواه ويريده فقد خلع ربقة الاسلام والإيمان من عنقه وإن زعم أنه مؤمن فإن الله تعالى أنكر على من ادعى ذلك وكذبهم في زعميهم الإيمان لما في ضمن قوله ﴿ يزعمون ﴾ من نفي إيمانهم فإن نفي إيمانهم إنما يقال غالباً لمن ادعى دعوى هو فيها كاذب لمخالفة لموجبها وعمله بما ينافيها، يحقق هذا قوله﴿ وقد أمروا أن يكفروا به ﴾ لأن الكفر بالطاغوت ركن التوحيد، كما في آية البقرة، فإذا لم يحصل هذا الركن لم يكن مؤمناً، والتوحيد هو أساس الإيمان الذي تصلح به جميع الأعمال وتفسد بعدمه كما أن ذلك بين في قوله تعالى ﴿ فمن يكفر بالطاغوت ويؤمن بالله فقد استمسك بالعروة الوثقى ﴾ وذلك أن التحاكم إلى الطاغوت إيمان به [من كتاب فتح المجيد شرح كتاب التوحيد ص: ٣٩٢-٣٩٣].

ويقول الشيخ محمد بن إبراهيم آل الشيخ رحمه الله في تفسير هذه الآية : «وقد نفى الله الإيمان عمن أراد التحاكم إلى غير ما جاء به الرسول ﷺ من المنافقين كما قال تعالى ﴿ ألم تر إلى الذين يزعمون أنهم آمنوا بما أنزل إليك وما أنزل من قبلك

يريدون أن يتحاكموا إلى الطاغوت وقد أُمروا أن يكفروا به ويريد الشيطان أن يضلهم ضلالاً بعيداً » فإن قوله عز وجل ﴿ يزعمون ﴾ تكذيب لهم فيما ادعوه من الإيمان فإنه لما لم يجتمع التحاكم إلى غير ما جاء به النبي ﷺ مع الإيمان في قلب عبد أصلاً بل أحدهما ينافي الآخر، والطاغوت مشتق من الطغيان وهو مجاوزة الحد فكل من حكم بغير ما جاء به النبي ﷺ أو حاكم إلى غير ما جاء به النبي ﷺ فقد حكم بالطاغوت وحاكم إليه» أ.هـ. [من رسالة تحكيم القوانين للشيخ محمد بن إبراهيم آل الشيخ].

ويقول الله عز وجل ﴿ أفحكم الجاهلية يبغون ومن أحسن من الله حكماً لقوم يوقنون ﴾ يقول ابن كثير في تفسير هذه الآية «بنكر الله تعالى على من خرج عن حكم الله المحكم المشتمل على كل خير، الناهي عن كل شر، وعدَلَ إلى ما سواه من الآراء والأهواء والإصطلاحات التي يضعها الرجال بلا مستند من شريعة الله، كما كان أهل الجاهلية يحكمون به من الضلالات والجهالات مما يضعونها بآرائهم وأهوائهم، وكما يحكم به التتار من السياسات الملكية المأخوذة عن ملكهم جنكيزخان الذي وضع لهم الياسق، وهو عبارة عن أحكام قد اقتبسها من شرائع شتى من اليهودية والنصرانية والملة الإسلامية وغيرها، وفيها كثير من الأحكام أخذها من مجرد هواه، فصارت في بنيه شرعاً متبعاً يقدمونها على الحكم بكتاب الله وسنة رسوله ﷺ، فمن فعل ذلك فهو كافر يجب قتاله حتى يرجع إلى حكم الله ورسوله، فلا يحكم سواه في قليل ولا كثير» أ.هـ.

وهل الياسق هذا إلا مثالٌ متقدمٌ للقوانين الوضعية التي تحكّمُها أنت ونظام حكمك ومن على شاكلتك من الأنظمة اليوم؟! إن تحكيم القوانين الوضعية والتحاكم إليها هو بلا شك عبادة ممن يفعل ذلك لواضع هذه القوانين، واستعباد من مشرّعها لمن يتبعونه ويطيعونه في تشريعاته تلك من دون الله.

وهذا المعنى بيّنه رسول الله ﷺ لعدي بن حاتم في الحديث الذي أخرجه الترمذي وحسّنه وغيره أن عدي بن حاتم رضي الله عنه –وكان نصرانياً– سمع النبي ﷺ وهو يقرأ هذه الآية ﴿ اتخذوا أحبارهم ورهبانهم أرباباً من دون الله والمسيح ابن مريم ﴾ فقال يا رسول الله إنّا لسنا نعبدهم، فقال ﷺ: أليس يحرمون ما أحل الله فتحرمونه، ويحلون ما حرم فتحلونه؟!، قال: بلى؛ قال: فتلك عبادتهم.

إن عدي بن حاتم رضي الله عنه كان يظن أن العبادة مقتصرة على تقديم الشعائر التعبدية كالصلاة ونحوها، ولما كان النصارى لا يصلّون لأحبارهم ورهبانهم ظن أنهم لم يتخذوهم أرباباً، لكن رسول الله ﷺ أزال عنه هذا اللبس وبين له أنهم بطاعتهم إياهم في التحليل والتحريم على وجه مخالف للشرع، قد اتخذوهم أرباباً من دون الله.. وهذا المعنى للعبادة الذي بيّنه الرسول ﷺ لعدي بن حاتم رضي الله عنه هو الذي أجمعت عليه الأمة وتواتر عن العلماء الأئمة الذين سنذكر بعض أقوالهم فيما يلي باختصار : يقول ابن حزم عن قوله تعالى﴿ اتخذوا أحبارهم ورهبانهم أرباباً من دون الله ﴾ فلما كان اليهود والنصارى يحرّمون ما حرّم أحبارهم ورهبانهم ويحلّون ما أحلوا كانت هذه ربوبية صحيحة وعبادة صحيحة قد دانوا بها ،وسمى الله تعالى هذا العمل اتخاذ أرباباً من دون الله وعبادة ،وهذا هو الشرك من دون الله بلا خلاف» [الفصل٢/٦٦].

وقال شيخ الإسلام ابن تيمية رحمه الله بعد أن أوْرد حديث عدي بن حاتم السابق « ... وكذلك قال أبوالبختري قال أنهم لم يصلّوا لهم ولو أمروهم أن يعبدوهم من دون الله ما أطاعوهم ولكن أمروهم فجعلوا الحلال حراما والحرام حلالا فأطاعوهم فكانت تلك الربوبية... فقد بيّن النبي ﷺ أن عبادتهم إياهم كانت في تحليل الحرام وتحريم الحلال لا أنهم صلّوا لهم وصاموا لهم ودعوهم من دون الله، فهذه عبادة الرجال، وقد ذكر الله أن ذلك شرك بقوله﴿ لا إله إلا هو سبحانه عمّا يشركون ﴾ [الفتاوى٧/٦٧].

ويقول الشيخ محمد بن عبدالوهاب رحمه الله مبوباً فوق حديث عدي السابق «من أطاع العلماء والأمراء في تحريم ما أحل الله أو تحليل ما حرم فقد اتخذهم أرباباً» أ.هـ. [عن حاشيةكتاب التوحيد ص١٤٦].

ويقول شيخ الإسلام ابن تيمية رحمه الله «ومعلوم بالاضطرار من دين الإسلام، وباتفاق جميع المسلمين أن من سوّغ اتباع غير دين الإسلام واتباع شريعة غير شريعة محمد ﷺ فهو كافر» أ.هـ. [عن الفتاوى ج١٢/٥٢٤].

ويقول رحمه الله «فالإسلام يتضمن الاستسلام لله وحده، فمن استسلم له ولغيره كان مشركاً، ومن لم يستسلم له كان مستكبراً عن عبادته والمشرك به والمستكبر عن عبادته كافر، والإستسلام له وحده يتضمن عبادته وحده وطاعته دونه». [الفتاوى٩١/٢].

ويقول الشيخ محمد بن إبراهيم آل الشيخ مفتي المملكة سابقاً رحمه الله «إن من الكفر الأكبر المستبين تنزيل القانون اللعين منزلة ما نزل به الروح الأمين على قلب محمد ﷺ ليكون من المنذرين بلسان عربي مبين في الحكم به بين العالمين والرد إليه عند تنازع المتنازعين».

ويقول في رسالة وجهها إلى أمير الرياض في وقته بشأن القوانين الوضعية التي يُتحاكم إليها في الغرفة التجارية بالرياض وبيان أنها كفر ناقل من الملة «واعتبار شيء من القوانين للحكم بها ولو في أقل القليل لا شك أنه عدم رضا بحكم الله ورسوله ونسبة حكم الله ورسوله إلى النقص وعدم القيام بالكفاية في حل النزاع وإيصال الحقوق إلى أربابها وحكم القوانين إلى الكمال وكفاية

الناس في حل مشاكلهم، واعتقاد هذا كفر ناقل عن الملة والأمر كبير مهم وليس من الأمور الإجتهادية».

«وتحكيم شرع الله وحده دون كل ما سواه شقيق عبادة الله وحده دون ما سواه، إذ مضمون الشهادتين أن الله هو المعبود وحده لا شريك له وأن يكون رسوله هو المتبع المحكَّم ما جاء به فقط، ولا جُردت سيوف الجهاد إلا من أجل ذلك والقيام به فعلاً وتركاً وتحكيماً عند النزاع» [عن فتاوى الشيخ ٢٦١/١٢].

ويقول العلامة الشيخ محمد الأمين الشنقيطي في [أضواء البيان] «تحكيم النظام المخالف لتشريع خالق السموات والأرض في أنفس المجتمع وأموالهم وأعراضهم وأنسابهم كفر بخالق السموات والأرض وتمرد على نظام السماء الذي وضعه من خلق الخلائق كلها وهو أعلم بمصالحها سبحانه وتعالى أن يكون معه مشرع آخر علواً كبيراً ﴿ أم لهم شركاء شرعوا لهم من الدين ما لم يأذن به الله ﴾ ﴿ قل أرأيتم ما أنزل الله لكم من رزق فجعلتم منه حراماً وحلالاً، قل أَالله أذن لكم أم على الله تفترون ﴾» [الأضواء، البيان ٨٤/٤].

ويقول الشيخ محمد حامد الفقي رحمه الله في تعليقاته على كتاب التوحيد، في شأن مُحَكِّم القوانين الوضعية، «فهو بلا شك كافرٌ مرتدٌ إذا أصر عليها ولم يرجع إلى الحكم بما أنزل الله، ولا ينفعه أي اسم تسمى به ولا أي عمل من ظواهر أعمال الصلاة والصيام والحج ونحوها» أ.هـ. [من فتح المجيد شرح كتاب التوحيد هامش: ٢٩٦/٢].

ويقول الشيخ أحمد محمد شاكر رحمه الله في تحكيم القوانين الوضعية «فهذا الفعل إعراضٌ عن حكم الله ورغبة عن دينه وإيثارٌ لأحكام أهل الكفر على حكم الله سبحانه، وهذا كفرٌ لا يشك أحد من أهل القبلة على اختلافهم في تكفير القائل به والداعي إليه» أ.هـ. [من عمدة التفسير ١٥٧/٤].

هذه أدلة من الوحي صحيحة ونُقُولٌ عن العلماء صريحة في محل النزاع تقطع الخلاف وتُسكت الجدل وتُخرس المكابرة، ولولا مخافة التطويل لاسترسلنا في هذه الأدلة والنقول، فهذا الموضوع يشكل الموضوع الرئيسي في القرآن الكريم كله، ولكن نظن أن فيما ذكرنا كفاية لمن كان له قلب أو ألقى السمع وهو شهيد.

بقي أن نذكِّرك بما تمارسه أنت ونظام حكمك من تحكيم لهذه القوانين الكفرية وتعطيل لأحكام الله الشرعية.

إن الإنسان العادي -فضلاً عن الباحث المدقق- لا يجد عناءً في إثبات أنك ونظام حكمك مشرِّعون ومُحَكِّمون للقوانين الوضعية وملزمون الناس بالتحاكم إليها، فنظرة خاطفة على لوائح المحاكم التجارية والقوانين التي تشرع وتبيح المعاملات الربوية في البنوك وغيرها، وقانون العمل والعمال وقانون الجيش العربي السعودي، وغير ذلك من القوانين الكفرية التي تؤكد المدى الذي وصل إليه تحكيم هذه القوانين الكفرية من التوسع والنفوذ داخل البلاد.

وقد ذكرت مذكرة النصيحة وجود عشرات الهيئات القانونية التي تحكم بين الناس بالقوانين الوضعية التي تَسُوسُون بها البلاد والعباد في الداخل، ناهيك عما يحكم البلاد في علاقاتها الخارجية من تلك القوانين التي نأخذ مثالا لها التزامكم بالتحاكم إلى هيئة تسوية المنازعات بين دول مجلس التعاون الخليجي، فهذه الهيئة التي تتحاكم إليها الدول المتنازعة الأعضاء في المجلس وفي مقدمتها دولة المقر (السعودية) هيئة قانونية كفرية وضعية بما لا يدع مجالاً للشك، فقد نصّت مبينةً مصادر أحكامها وقوانينها في المادة التاسعة من نظامها الأساسي قائلة «تصدر الهيئة توصياتها وفتاويها وفقاً لـ:

١. أحكام النظام الأساسي لمجلس التعاون.      ٢. والقانون الدولي.      ٣. والعرف الدولي.

٤. ومباديء الشريعة الإسلامية، على أن ترفع تقاريرها بشأن الحالة المطروحة عليها إلى المجلس الأعلى لاتخاذ ما يراه مناسباً».

أي استهزاء هذا بدين الله، وأي احتقار لشريعته؟!

أما اكتفيتم من الكفر والضلال بأن جعلتم شريعة الله السماوية وأحكامه القرآنية في آخر قائمة مصادر أحكامكم وقوانينكم مقدماً عليها حثالة أفكار البشر الوضعية وعادات وأعراف الأمم الجاهلية وأحكام النظم القانونية الكفرية حتى رحمة مجلسكم الأعلى ليتخذ منها ما يراه مناسباً لهواه؟!

ماذا يقول حماة الدين وحراس العقيدة ودعاة التوحيد من التحاكم إلى مثل هذه الهيئات والمحاكم يا خادم الحرمين؟!

إن الإجابة واضحة وضوح الشمس في رابعة النهار لا تقبل التكذيب ولا التلعثم ولا المراوغة ولا المداهنة، كما بينّا فيما سبق، إنه كفر بواحٌ مخرجٌ من الملة بدليل الكتاب والسنة وإجماع الأمة.

وهذه بعض فتاوى العلماء الأعلام، تبيّن وجود هذه القوانين من جهة وحكمها الشرعي من جهة أخرى.

يقول الشيخ محمد بن إبراهيم رحمه الله عن قوانين المحاكم التجارية في رسالة وجهها إلى أمير الرياض في وقت: «وقد انتهى إلينا نسخة عنوانها نظام المحكمة التجارية بالمملكة العربية السعودية ودرسنا قريباً نصفه ما فيها نظاماً وضعية قانونية لا شرعية...واعتبار شيء من القوانين للحكم بها ولو في أقل القليل لا شك أنه عدم رضا بحكم الله ورسوله...واعتقاد هذا كفرٌ ناقلٌ

BM BOX 7666, LONDON, WC1N 3XX, U.K. :العنوان   00441713289651 :فاكس   00441716242462 :هاتف

هيئة النصيحة والإصلاح
مكتب ـ لندن

| البيـان رقـم (١٧) | ٤—١٠ |

عن الملة» أ.هـ. [من فتاوى الشيخ ٢٥١/١٢].

ويقول رحمه الله في رسالة وجهها إلى رئيس المحكمة العليا بالرياض في شأن قانون (نظام العمل والعمال) الذي يحكّمه مكتب العمل والعمال وما يجب على المحاكم الشرعية تجاهه «من محمد بن إبراهيم إلى حضرة فضيلة رئيس المحكمة العليا بالرياض، السلام عليكم ورحمة الله وبركاته وبعد، فقد اطلعنا على خطابكم حول المعاملات التي ترد من مكتب العمل والعمال، والذي يتعين اتباعه في مثل هذا أن ما أُحيل للمحكمة للبت فيه وإنهائه فعلى المحكمة النظر فيه لأنه من صميم عملها أما إذا أُحيلت المعاملة لإنفاذ توجيه من مكتب العمل ثم تُعاد إليه لينهيها بموجب تعليمات ونظم ما أنزل الله بها من سلطان فلا يسوغ للمحكمة الالتفات لمثل هذا التوجيه لأن ذلك يعد من المحكمة موافقة على التحاكم بغير ما أنزل الله» أ.هـ. رئيس القضاء ٢٣/١٠/١٣٧٩هـ [من فتاوى الشيخ ٢٥١/١٢].

وفي نفس الموضوع (نظام العمل والعمال) كتب الشيخ العلامة عبد الله بن حميد رئيس القضاء رحمه الله رسالته المعروفة في بيان أن التحاكم إلى قوانين هذا النظام كفرٌ مخرجٌ عن الملة. هذه بعض الفتاوى التي تثبت وجود هذه القوانين من جهة وتبين الحكم الشرعي لها من جهة أخرى ولا داعي للاستطراد فالأمر واضحٌ جليٌ.

**ومما هو معروف أن هناك فرقاً جلياً بين من يرتكب كبائر من قبيل أكل الربا مع اعتقاده بحرمتها، وبين من يشرّع قوانين تبيح تعاطي هذه الكبائر، فالذي يتعاطى الربا مثلاًوهو مقر بحرمته مرتكبٌ لكبيرة من أكبر الكبائر والعياذ بالله، لكن الذي يشرّع ويوقن القوانين التي تبيح الربا فهو كافرٌ مرتد.**

**ولسنا بحاجة إلى تنبيه الناس إلى ابراج البنوك الربوية التي تزاحم مآذن الحرمين الشريفين، وتعمل بقوانينكم الوضعية.**

إن قول الله تبارك وتعالى ﴿ فَلَا وَرَبِّكَ لَا يُؤْمِنُونَ حَتَّى يُحَكِّمُوكَ فِيمَا شَجَرَ بَيْنَهُمْ ثُمَّ لَا يَجِدُوا فِي أَنْفُسِهِمْ حَرَجاً مِمَّا قَضَيْتَ وَيُسَلِّمُوا تَسْلِيماً ﴾ حكمٌ منه تعالى بنفي الإيمان عمن لم يحكّم شرعه مستسلماً منقاداً، وقد أكد سبحانه هذا الحكم بأدوات التأكيد المختلفة وفي مقدمتها القسم بنفسه سبحانه وتعالى، وهذه الآية مع ما سبق من بيان النبي ﷺ لعدي بن حاتم في آية ﴿ اتَّخَذُوا أَحْبَارَهُمْ وَرُهْبَانَهُمْ أَرْبَاباً مِنْ دُونِ اللَّهِ ﴾ تدحض أية شبهة وتقطع أي متعلق يمكن أن يتشبث به المخالف.

**الوجه الثاني: موالاة الكفار ومعاداة المسلمين**

ليست هناك سمة للسياسة الخارجية في نظام حكمكم أبرز من ربطكم إياها بمصالح الدول الغربية والصليبية والأنظمة الطاغوتية في البلاد الإسلامية، ومُثبت هذه الحقيقة لا يحتاج إلى كثير عناء، فالقاصي قبل الداني يعرف مدى هذا الارتباط، فنظام حكمكم الذي يتبجح بحماية العقيدة وخدمة الحرمين هو الذي أعلن عن دفع أربعة مليارات من الدولارات مساعدة للاتحاد السوفييتي السابق الذي لم يغسل بعد يديه من اللطخة بدماء الشعب المسلم في أفغانستان، وذلك سنة ١٩٩١م، ونظام حكمكم حارس العقيدة السمحة هو الذي دفع قبل ذلك آلاف الملايين من الدولارات للنظام النصيري السوري سنة ١٩٨٢م مكافأة له على ذبح عشرات الآلاف من المسلمين في مدينة حماة، وهو الذي كان يدعم المُوارنة النصارى من حزب الكتائب اللبناني ضد المسلمين هناك، ونظام حكمكم (الرشيد!) هو الذي دفع مليارات الدولارات للنظام الطاغوتي الذي يطحن الإسلام والمسلمين في الجزائر، ونفس النظام هو الذي دعم بالمال والسلاح المتمردين النصارى في جنوب السودان.

ومع كل هذه العظائم الجمّة والجرائم في حق الله والأمة، فإن نظام حكمكم أفلح إلى حين في مخادعة بعض الناس وتضليلهم عن هذه الحقائق. إلا أن الله أبى إلا أن يكشف حقيقتكم بأحداث اليمن الأخيرة التي مزقت آخر الأقنعة التي كنتم تتسوهون بها وتضللون الناس من ورائها، فقد كان دعمكم السياسي والعسكري للشيوعيين اليمنيين القاصمة التي قصمت ظهركم سياسياً، والحالقة التي حلقت مصداقيتكم إسلامياً.. إن أحداث اليمن أوقعتكم في تناقض فظيع، أظهر أن دعمكم للمجاهدين الأفغان ليس حباً في الإسلام، ولكن حماية للمصالح الغربية التي كان يهددها كسب الروس للمعركة هناك، وإلا فإن الشيوعي الأفغاني لا يختلف عن الشيوعي اليمني، والمسلم اليمني لا يختلف عن المسلم الأفغاني أيضاً، فكيف نفسر دعمكم للمسلمين ضد الشيوعيين في أفغانستان، ودعمكم للشيوعيين ضد المسلمين في اليمن؟!.

هذا التناقض لا يمكن أن يفهمه إلا من علم أن سياستكم مملاة عليكم من الخارج من قبل الدول الغربية الصليبية التي ربطتم مصيركم بمصالحها، ولذا فما تقومون به أحياناً من دعم لبعض القضايا الإسلامية ليس دافعه –كما بيّنا– حب القضايا الإسلامية ومناصرة أهلها، بل دافعه الحقيقي هو حماية مصالح الدول الغربية الكافرة التي قد تلتقي مع تلك القضايا الإسلامية، كما حصل في أفغانستان.

والدليل على ذلك أن القضايا الإسلامية التي تتعارض مع المصالح الغربية، وقفتم فيها لدعم تلك المصالح على حساب أصحاب القضايا المسلمين، فهذا الشعب الصومال المسلم قد وقفتم ضد مصالحه مع السياسة الأمريكية وبذلتم في ذلك مال الأمة المغصوب

هيئة النصيحة والإصلاح
مكتب - لندن

٥-١٠

البيان رقم
(١٧)

ورجالها المكرمين، وقبل ذلك ويعده ها هي قضية فلسطين أم القضايا الإسلامية، قد باركتم مسيرة التطبيع والتركيع والتضييع التي تُسيِّر فيها ومضيتم في مسلسل السلام والاستسلام المفروض فيها، وتطوعتم بدفع جزء كبير من تكاليف العملية رغم الضائقة الاقتصادية التي تمر بها البلاد، حيث تبرعتم بمائة مليون دولار لسلطة ياسر عرفات العلمانية التي جيء بها لتمارس ما عجزت عن تحقيقه سلطات الاحتلال اليهودي من قمع ضد الشعب الفلسطيني المسلم، ومحاربة لحركاته الجهادية وفي مقدمتها حركة المقاومة الإسلامية (حماس). ولم يمنعكم من دعم سلطة عرفات واستقباله في الرياض موقفه العدائي منكم إبان حرب الخليج ودعمه الواضح لصدام حسين، فقد بلعتم منه تلك الإهانة مراعاة لخاطر الراعي الأمريكي لمسيرة السلام المزعوم.

ولا غرو في ذلك، فحتى لو لم تكن على قناعة شخصية بعملية السلام المزعوم، فليس أمامك إلا الاستجابة لأوامر ولي أمرك الأمريكي، أوليس الرئيس الأمريكي كلينتون هو الذي لمّا زار البلاد رفض أن يزورك في الرياض، وأصر على أن تأتيه صاغراً ذليلاً في القواعد الأمريكية في حفر الباطن؟! الرئيس الأمريكي بتصرفه ذلك أراد أمرين، أولهما: أن يؤكد أنَّ زيارته أساساً هي لقواته المرابطة في تلك القواعد، وثانيهما: أن يلقنك درساً في الذلة والمهانة حتى تعلم أنه ولي أمرك حقيقةً حتى داخل مملكتك المزعومة التي ليست. في الحقيقة أكثر من محمية أمريكية يسري عليها القانون الأمريكي.

إن مما لا شك فيه ولا نزاع بين العلماء أن موالاة الكفار ومناصرتهم ضد المسلمين تعتبر ناقضاً قطعياً من نواقض الإسلام، وقد ذكرها شيخ الإسلام ابن تيمية والشيخ محمد بن عبدالوهاب في نواقض الإسلام العشرة، والله تبارك وتعالى يقول ﴿ يا أيها الذين آمنوا لا تتخذوا اليهود والنصارى أولياء بعضهم أولياء بعض ومن يتولهم منكم فإنه منهم إن الله لا يهدي القوم الظالمين ﴾ وقال تعالى ﴿ لا تجد قوماً يؤمنون بالله واليوم الآخر يوادون من حاد الله ورسوله ولو كانوا آباءهم أو أبناءهم أو إخوانهم أو عشيرتهم ﴾ وقد جعل تعالى اتخاذ الكافرين أولياء من دون المؤمنين ابتغاء للعزة عندهم ، من خصائص المنافقين ، قال تعالى ﴿ بشر المنافقين بأن لهم عذاباً أليماً الذين يتخذون الكافرين أولياء من دون المؤمنين أيبتغون عندهم العزة فإن العزة لله جميعاً ﴾.

وموالاة الكفار كما قال أهل العلم هي إكرامهم والثناء عليهم والنصرة والمعاونة لهم على المؤمنين والمعاشرة وعدم البراءة منهم ظاهراً، فهذه ردّة من فعلها يجب أن تجرى عليه أحكام المرتدين، كما يدل على ذلك الكتاب والسنة وأقوال علماء الأمة المقتدى بهم، وله در القائل:

| | |
|---|---|
| ومـن يتـول الكـافـرين فمثلـهـم | ولا شك في تكفيره عند مـن عـقـل |
| وكـل محـب أو معين وناصـر | ويظهر جهراً للوفـاق على العمـل |
| فهم مثلهم في الكفر من غير ريبة | وذا قول من يدري الصواب من الزلل |

فماذا يقول أهل العقيدة النقية والتوحيد الخالص أيها الملك في أفعالكم الكفرية هذه؟ وبماذا يجادل الذين يدافعون عنكم بالباطل؟ ﴿ ها أنتم هؤلاء جادلتم عنهم في الحياة الدنيا فمن يجادل الله عنهم يوم القيامة أم من يكون عليهم وكيلاً ﴾.

والآن وبعد أن تبين خروج نظام حكمك عن مقتضيات كلمة التوحيد وعقيدته السمحة التي تتشدق دائماً بدعوى حمايتها، تعال لنقوّم بكل موضوعية إنجازاتك في المجال الدنيوي بعد أن كشفناك حقيقتكم بالميزان الشرعي. وسنناقش معك ذلك في النقاط التالية :

**أولاً الوضع الاقتصادي**

لا شك أنك تدرك معنا أن البلاد ترقد على بحيرة من النفط تمثل ربع احتياطي العالم من هذه المادة التي لا تخفى أهميتها، وتدرك معنا أيضاً أن البلاد تنتج ثلث إنتاج منظمة الأوبك، وتدرك معنا كذلك أن متوسط الدخل اليومي للبلاد خلال الأعوام الماضية كان يساوي مائة مليون دولار يومياً من عائدات النفط، فضلاً عن احتياطي مالي كان يقدر مع بداية توليك الحكم بمائة وأربعين مليار دولار، أي أكثر من احتياطي الولايات المتحدة وبريطانيا وفرنسا مجتمعة في ذلك الوقت.

لقد كادت البلاد في ظل المعطيات الاقتصادية السابقة وقلة عدد السكان نسبياً أن تشكل ظاهرة اقتصادية مناقضة للحس الاقتصادي السليم عند بعض من ظنوا أنه لن يأتي اليوم الذي ينهار فيه اقتصاد البلاد لتصبح من أكثر الدول مديونية في العالم.

لكن سياساتك الانتحارية خيّبت آمال هؤلاء وغيرهم، فلم يكد يمضي عقد من الزمان على توليك الحكم، حتى انقلبت كل الموازين وتبدل كل شيء، فأصبحت البلاد مدينة بما يناهز ثمانين بالمائة من مجمل دخلها، وتحوّل المواطن من صاحب أكبر احتياط مالي إلى أحد أكثر المواطنين ديناً في العالم.

وألقى الوضع الاقتصادي المنهار بكل ثقله على حياة المواطنين والمقيمين الذين أثقلت كواهلهم الضرائب والمكوس وخنق جيوبهم غلاء الماء والكهرباء والغذاء، حيث ارتفعت أسعار هذه المواد بشكل جنوني لم يسبق له مثيل.

ولم يكن وضع التعليم بمنأى عن الكارثة، حيث تعاني المدارس من اكتظاظ كبير في الفصول يعاني من نتيجته الطلاب والأساتذة وأولياء الأمور، وزاد من سوء الوضع عجز الوزارة عن صيانة الفصول الموجودة بالفعل، فضلاً عن عجزها عن بناء فصول جديدة.

وليس وضع المستشفيات بأحسن من وضع المدارس، حيث عجزت الدولة حتى عن صيانة المستشفيات التي تحوّل كثيرٌ من أجنحتها إلى ما يشبه مسالخ بشرية في ظل عدم توفر الدواء والعلاج والعناية الطبية المطلوبة، ناهيك عن عجز هذه الوزارة عن بناء مستشفيات جديدة. ومما زاد وضع البلاد سوءاً على سوء هو تفشي البطالة بين صفوف الشباب والخريجين من أصحاب الشهادات الجامعية، حيث يُقدّر عدد العاطلين من هؤلاء ممن أعيّاهم توفير فرصة عمل بمائة وخمسين ألف يزداد عددهم كل عام وستتقلص سوق العمل وتتكدس أمامهم على الدوام في ظل الأزمة الاقتصادية الحالية التي تزداد سوءاً على سوء.

ومع اشتداد هذه الأزمة وتفاقم الأوضاع سوءاً، لا تستحيي أنت ونظامك حكمك أن تدعوا الناس إلى الاقتصاد في الاستهلاك في الطاقة وغيرها في الوقت الذي كان سلوككم أسوأ قدوة للمواطنين تشجعهم على مزيد من البذخ والتبذير، فكيف تدعون الناس إلى الاقتصاد في الطاقة، والكل يرى قصوركم الساحرة منارة مكيفة بالليل والنهار؟!.

وكيف تقبل منكم دعوة إلى الاقتصاد في الإنفاق، والكل يرى قصوركم ودوركم التي ملأت البلاد والآفاق، ويسمع عن حساباتكم المتخمة بأموال الأمة في الداخل والخارج؟!.

إن حجم إنفاقكم من مال الأمة العام على تلك القصور والدور داخل البلاد وخارجها، حجمٌ مذهل ومخيف، فهو يُقدّر بآلاف الملايين من الدولارات، والحديث عنه يطول، والمتحدث عنه لا يدري من أين يبدأ، أبيدأ من مدينة جدة والجزر الصناعية الساحرة التي أقمت عليها هناك أفخم القصور على أوسع الأراضي على الساحل؟ أم يبدأ بالرياض التي لم تكتف ببناء القصور على ظهر أرضها حتى بنيت تحتها؟ أم يبدأ بقصورك في منى والطائف والهدا والشفا ومكة المكرمة والمدينة المنورة وبقية مدن البلاد؟ أم يترك كل هذا ويبدأ بقصورك في بقية العواصم والمنتجعات الغربية؟ تلك القصور التي لم تدخل كثيراً منها فيما مضى من عمرك، **ولن تدخلها على غالب الظن فيما تبقى منه**،

لو كان هذا الكلام من غيرنا لظننت أنه يمكن أن تكذّبه، ولكنك تعرف محدثيك، وأنهم من أدرى الناس بهذه الحقائق التي لم تعد تخفى على العامة، فضلاً عن الخاصة ﴿ وَلَا يُنَبِّئُكَ مِثْلُ خَبِيرٍ ﴾.

لقد كان ولعك ومن حولك ببناء القصور وكنز المال والتنافس بينكم في ذلك سبباً رئيسياً وراء انصراف كثير من جهدكم ووقتكم في هذا السبيل، حيث مزق التنافس بينكم علاقاتكم الداخلية بعد أن أثار حفيظة بعضكم وهيج غضبه مما استأثرت به أنت والمقربون إليك من الامتيازات المادية، فصدق فيكم قوله ﷺ ( تعس عبد الدينار تعس عبد الدرهم تعس عبد القطيفة تعس عبد الخميلة، إن أعطي رضي وإن لم يعط سخط، تعس وانتكس وإذا شيك فلا انتقش ) رواه البخاري.

إن هذا الإسراف والإنفاق من مال الأمة العام واهتمامكم بمصالحكم الشخصية وتنافسكم في ذلك كان أحد أبرز الأسباب التي قادت البلاد إلى هاوية الإفلاس التي وصلت إليها في ظل سياستكم (الرشيدة!). ﴿ إِنَّ الْمُبَذِّرِينَ كَانُوا إِخْوَانَ الشَّيَاطِينِ ﴾.

إن الأزمة الاقتصادية الحالية وما تنذر به من أخطار ويترتب عليها من آثار، لم تأت بدون مقدمات وأسباب بل كانت محصلة جملة من التصرفات والسياسات القاتلة التي ارتكبتها أنت والمتنفذون من عائلتك الحاكمة.

ومن أهم هذه الأسباب، فضلاً عما أشرنا إليه من البذخ والإسراف الذي تمارسونه هي :

**١- دوركم في تدهور أسعار النفط:**

لقد بدأت أسعار النفط في التدهور منذ عقد الثمانينات، غير أن آثار هذا التدهور لم تظهر بشكل علني على اقتصاد البلاد إلا في عقد التسعينات، حيث كنتم دائماً تلجأون إلى احتياطي البلاد المالي لتغطية عجز الميزانية المستمر في سياسة حمقاء استنزفت احتياط البلاد المالي ولم تقدم أي حل للأزمة التي تتفاقم يوماً بعد يوم.

وللتذكير فإنك تعلم أن التبعية المطلقة من قبلكم لسياسات الدول الغربية وتوجيهاتهم لكم بدعم صديقكم السابق صدام حسين بخمسة وعشرين مليار دولار وبزيادة الإنتاج لتخفيض الأسعار، لإلحاق الضرر بإيران أثناء حربها معه، كان لها دور كبير في تدهور أسعار النفط إلى المستوى الحالي الذي يخدم المستهلكين الغربيين، ومع أن الغرب حريص على عدم قتل الدجاجة السعودية التي تبيض لهم الذهب الأسود، فإنهم أشد حرصاً على أن يبقى سعر هذا البيض متدنياً إلى أدنى حد ممكن.

**٢- عدم العمل الجاد على إيجاد مصادر دخل أخرى:**

مع أنه من المعلوم أن النفط مصدر معرض للنضوب وتقلب الأسعار دائماً، ومع أن البلاد مؤهلة لتطوير مصادر دخل أخرى كثيرة ومتوفرة، إلا أن نظامكم فشل في تطوير تلك المصادر، وظلت البلاد معتمدة بشكل شبه كلي على عائدات النفط فقط.

**٣- الإنفاق الجنوني على قوات الحلفاء في حرب الخليج:**

رغم الضائقة المالية التي كانت تمر بها البلاد أثناء حرب الخليج ورغم أن تدمير قوات وشعب العراق المسلم كان هدفاً للدول الغربية قبل غيرها، إلا أن دول التحالف وجدت الفرصة سانحة لابتزازكم واستغلال مشاعر خوفكم وجبنكم، فأصرّت على أن تسددوا فاتورة الحرب بشكل شبه كامل، حيث صرفتم على تلك الحرب حوالي ستين مليار دولار ذهب منها حوالي ثلاثين ملياراً في الجيب الأمريكي وحوالي نصف ذلك المبلغ إلى بقية الحلفاء، وصُرف الباقي في عمولات وصفقات ورشاوى محلية.

ولم تقف تكاليف الحرب عند هذا الحد فقط، بل دفعكم ولاؤكم للدول الحلفاء إلى عقد صفقات أخرى كانت مكافأة لها بعد الحرب، حيث كلفت هذه الصفقات حوالي أربعين مليار دولار ثمناً وهمياً لصفقات عسكرية ومدنية مع الأمريكان لوحدهم، فضلاً عن عقد شراء طائرات التورنيدو البريطانية الذي جاء مجاملة لرئيس وزراء بريطانيا جون ميجور دون أن تكون هناك طاقة بشرية في جيش البلاد لاستخدام هذه الطائرات، كما ثبت أثناء حرب الخليج، فضلاً عن عدم كفاءتها، كما شهدت بذلك اللجنة الفنية في الجيش، وسنفصل هذا الموضوع لاحقاً.

وبدلاً من وضع سياسة ناجعة لتلافي الموقف وتدارك الوضع الاقتصادي المنهار، اتخذت ونظام حكمك سياسات اقتصادية انتحارية زادت الطين بلة، ومن هذه السياسات :

**١– القضاء على رصيد الدولة المالي في الخارج :**

سبق أن ذكرنا أن أرصدة الدولة في الخارج كانت تقدر بمائة وأربعين مليار دولار مع بداية توليك للحكم، وكان دخلها السنوي في ذلك الوقت يقدر بسبعة وتسعين مليار دولار. ولك أن تتصور معنا درجة السفه في الإنفاق إذا تذكرت أن هذا الاحتياط قد قضي عليه تماماً بعد سبع سنوات فقط من ذلك التاريخ.

**٢– الاقتراض الربوي من البنوك المحلية والعالمية :**

رغم ما في تعاطي الربا من الوعيد الشديد ومبارزة الله بالحرب ﴿ فإن لم تفعلوا فأذنوا بحرب من الله ورسوله ﴾ ورغم ما أثبته الواقع من أن نظام القروض الربوية التي تقدمها البنوك لا تزيد الفقير إلا فقراً يوماً بعد يوم، رغم كل ذلك فإنك ونظام حكمك أغرقتم البلاد في بحر من الديون التي ليس في الأفق مؤشر على إمكانية التخلص حتى من فوائدها الربوية في ظل عجز الدولة عن تسديد مجرد تلك الفوائد الربوية، وكمثال على حجم تلك الديون، ففي سنة١٤١١هـ الموافق ١٩٩١م لوحدها اتجأتم إلى اقتراض عشرات مليارات الدولارات من البنوك المحلية والعالمية، وقد حلت هذه الديون بفوائدها الربوية المركبة سنة ١٤١٤هـ الموافق ١٩٩٤م دون أن تتمكن الدولة من الوفاء بالتزاماتها لأصحابها مما يعني أن تسديد مجرد الفوائد الربوية سيبقى يثقل كاهل ميزانية الدولة، ناهيك عن تسديد أصل الدين، وتركتم بذلك مستقبل البلاد ومستقبل أجيالها القادمة مرهوناً بأيدي المؤسسات الدولية التي لا تقف سيطرتها على المجال الاقتصادي للبلدان المدينة فقط، بل تتعداه إلى السيطرة على القرار السياسي لهذه البلدان.

هذا فضلاً عن مائتي مليار ريال ديون لأكثر من ثلاثة آلاف تاجر ومقاول على الحكومة لازالت تماطلهم في تسديدها.

لقد حطمتم بتصرفاتكم تلك كل الأرقام القياسية في التبذير والإسراف من المال العام فنقفتم بذلك من قبلكم وفتم من بعدكم، فهنيئاً لكم على ذلك؛ و هذا غير مستغرب منكم، فأمثالكم لا يهمهم مستقبل بلادهم وشعوبهم بقدر ما تهمهم طلبة شهواتهم الذاتية ونزواتهم الآنية. لقد غاب عنكم وأنتم تمارسون هذه التصرفات المصير المرعب الذي صار إليه شاه إيران وماركوس الفلبين وتشاوشيسكو رومانيا وغيرهم من مصاصي دماء شعوبهم غير المكترثين بمصير بلادهم.

إن البلاد حقيقة تمر بأخطر أزماتها الاقتصادية التي مرت بها حتى الآن، فقد كانت الأزمة الأولى سنة ١٣٨٥/٨٤هـ ١٩٦٥/٦٤م بسبب فوضوية إدارة الملك سعود التي انتهت بعزله، وكانت الثانية سنة ١٤٠٦هـ الموافق ١٩٨٦م بسبب الانهيار المفاجئ في أسعار النفط..

وإذا كانت الأزمة الأولى قد حلّت بعزل الملك سعود وحاشيته، والثانية قد تجاوزتها البلاد بلجوئها إلى احتياطها المالي الضخم آنذاك، فإن الأزمة الحالية وفي ضوء القضاء التام على رصيد الدولة المالي من جهة، وفقدها مصداقيتها المالية في الداخل والخارج من جهة أخرى، تبدو غير مبشرة بالانفراج في المستقبل المنظور.

لقد كان عجزك عن معالجة الأزمة في الوقت الذي كانت البلاد تملك احتياطياً يُقدّر بمائة وأربعين مليار دولار، وليس عليها أية ديون، أقوى دليل على فشلك في معالجتها بعد القضاء على ذلك الاحتياطي وغرق البلاد في بحر متلاطم من الديون الربوية، قال الشاعر :              فمن خانه التدبير والأمر طائعٌ          فلن يحسن التدبير والأمر جامح

ولم يعد يجدي هنا ما تقوم به وسائل إعلامك من تضليل للناس وتلبيس عليهم، وإيهامهم بأن الأزمة أوشكت على الانفراج، فكذبُ هذه الرسائل الإعلامية وخداعها لم يعد ينطلي على الأمة التي وصل بها الوعي مرحلةً لم تعد تصدق معها مثل هذه الأكاذيب المفضوحة.

هاتف : ٠٠٤٤١٧١٦٢٤٢٤٦٢    فاكس : ٠٠٤٤١٧١٣٢٨٩٦٥١    العنوان :BM BOX 7666, LONDON, WC1N 3XX, U.K.

إنك بإهدارك لأموال الأمة، وإسرافك في تبذيرها، وكذبك عليها بعد ذلك، قد جمعت بين الخصال التي حكم الله على صاحبها بقوله : ﴿ إن الله لا يهدي من هو مسرف كذاب ﴾، هذا إذا كان إنساناً عادياً، أما إذا كان ملكاً، فالملك الكذاب أشد عقوبة عند الله من غيره من الناس، كما ورد في الحديث الصحيح الذي رواه مسلم وجاء فيه ( ثلاثة لايكلمهم الله يوم القيامة ولا يزكيهم ولا ينظر إليهم ولهم عذاب أليم، شيخ زان، وملك كذاب، وعائل مستكبر ).

وفي ضوء المعطيات الواقعية السابقة يبدو الحل الذي انتهت به أزمة الملك سعود، وهو خلعه من الملك أفضل الحلول الجذرية المطروحة.

وقبل ذلك تبقى الحلول الترقيعية أمامكم مريرة وقاسية من جهة، وغير ناجعة ولا فعالة من جهة أخرى، فهل ستعمدون إلى تخفيض الريال مثلاً؟ قد يرجح عليكم هذا الإجراء بانفراج مؤقت، غير أن هذه الخطوة لها آثار سياسية أخطر من آثارها الاقتصادية، فهل ستجازفون بمكانتكم الطامحة إلى زعامة دول مجلس التعاون وتخفضون الريال مقابل عملات الدول الأخرى؟! طموحكم السياسي وحبكم للزعامة يمنعكم من ذلك، خاصة أن زعامة هذه الدول هي ما تبقى لديكم من حلم زعامي عريض تبدد بعدم تحقيقكم أية مكانة معتبرة في العالم العربي والإسلامي الذي كان البلاد يوماً من الأيام تتحدث باسمه وتتولى زعامته في عهد الملك فيصل.    أم هل ستزيدون من الضرائب والمكوس على المواطنين والمقيمين بتوفير مزيد من المال لخزانة الدولة المفلسة؟! قد تنجح هذه الخطوة بتوفير قدر من السيولة لا شك، لكن ذيولها السياسية قد تمنعكم من المضي فيها إلى النهاية؛ لأن المواطن قد يسكت مضطراً عن تبذير مال الأمة العام من قبلكم، ولكنه لن يسكت وهو يرى الضرائب والمكوس التي جبيت من عرق جبينه تُصرف في لذات وقهوات المستهترين والمتنفذين من الأسرة الحاكمة.

يبقى أمامك حل آخر وهو بيع مؤسسات الدولة للقطاع الخاص، ومع أنكم قطعتم خطوات في هذا المجال، إلا أن هناك صعوبات تعترضكم ونحن نقدرها من جهتنا، فالإحراج والإهانة التي تلحقكم ببيع هذه المؤسسات التي تعتبرونها من أثاث بيتكم الخاص، وما يؤذن به بيع هذا الأثاث علانية من مستوى إفلاسكم هي أمور مقدرة ومعتبرة من قبل من يعرفون حرصكم على الأبهة والظهور والاستكبار والغرور.  إن مشكلتكم أن هذه الحلول الجزئية مع مرارتها وقساوتها هي أحلى الأمرين بالنسبة لكم؛ لأن الحلول الجذرية تعني أول ما تعني القضاء على أسباب الأزمة وعلى رأس هذه الأسباب وجودكم في الحكم، فالمعادلة الصعبة أن يكون بقاؤك سبب فنائكم واستمرارك سبب انتهائك.

**ثانيا : الوضع العسكري**

لعلك تتفق معنا أن جيش البلاد ظل لعقود من الزمن يستحوذ على ثلث ميزانية الدولة، في حين أن دولة نووية مثل فرنسا تنفق على جيشها ٤٪ فقط من ميزانيتها، وتتفق معنا كذلك أن هذا الجيش رغم الأرقام الفلكية التي صُرفت عليه ما هو في الحقيقة إلا أكوام من السلاح والعتاد الذي ليس له طاقة بشرية تستخدمه، ولا غرو في ذلك، فما صُرف على هذا الجيش لم يُصرف لتقويته وإعداده، بل صُرف ليشكل مصدر رزق للأمراء المتنفذين، وليكون مضخة تعويضات لحماة عرشكم وأوليائكم الغربيين الذين عقدت كثير من الصفقات أداءً لضريبة الذل والتبعية لهم، وكمثال على ذلك شراء سبعين طائرة من نوع إف١٥ من أمريكا دعماً لجورج بوش في حملته الانتخابية بعد حرب الخليج، وكذلك جاءت صفقات أساطيل طائرات الخطوط الجوية السعودية وصفقات توسعة الهاتف جبراً لخاطر كلنتون الذي أنكسر بدعمكم لمنافسه جورج بوش ، وكذلك شراء ٤٨ طائرة تورنيدو من بريطانيا لنفس الأسباب.

وإذا أدركنا ما وراء هذه الصفقات، أدركنا سر أداء وزير الدفاع المخزي أثناء حرب الخليج.

إن سلاح الجو الذي يملك خمسمائة طائرة مقاتلة لم يسجل طوال هذه الحرب أي عمل يذكر باستثناء إسقاط طائرتين عراقيتين ليس لهما أي غطاء جوي.

أما البحرية التي تمثلك ثلاثين بارجة منها عشرين قاذفة صواريخ، فلم تطلق أية طلقة طوال مدة الحرب، ولم يكن سلاح البر بأحسن حالاً من سابقيه، فلكي يجهز لواء مدرعات واحد، أُضطرت البلاد أن تحضر الفرق التقنية اللازمة من الباكستانيين.

**وهكذا ذهبت مئات المليارات من الدولارات التي صُرفت على هذا الجيش أدراج الرياح.**

إن الإنسان ليُصاب بالذهول والدهشة عندما يترك المجال للأرقام تتحدث عن إنفاقات وزارة الدفاع التي يجلس على عرشها أقدم وزير دفاع في العالم الأمير سلطان الذي يتولاها منذ اثنين وثلاثين عاماً وكأنه لا زال يطالب بإتاحة الفرصة له لإثبات كفاءته بعد الفشل الذريع الذي مُني به وكشفته أحداث حرب الخليج.

ولكي نتصور جانباً من الصورة المذهلة لإنفاقات هذه الوزارة، يكفي أن نعرف أن المواطن في الجزيرة العربية تحمل من الإنفاق على الجيش أكثر مما تحمله المواطن في عشر دول أخرى هي: الولايات المتحدة الأمريكية، ألمانيا، إيطاليا، مصر، رومانيا، بولندا،

إسبانيا، الإكوادور، الأوروجواي، وأيرلندا، فقد صرف المواطن في الجزيرة سنة ١٩٩٢م أكثر مما صرف المواطن في هذه الدول العشر مجتمعة، مع العلم أن من بينها دولاً نووية وأعضاء في حلف شمال الأطلسي، ويتضح جانب آخر من هذه الصورة المذهلة عندما نعلم أن الفرد في القوات المسلحة في الجزيرة العربية أُنفق عليه أكثر مما أُنفق على الفرد العسكري في تسع دول مجتمعة هي: الولايات المتحدة الأمريكية، ألمانيا، بلجيكا، الأرجنتين، الصين، إيران، العدو الصهيوني، كوريا الجنوبية، وتنزانيا.

أليس من حقنا أيها الملك أن نسألك أين ذهبت كل هذه المبالغ؟ إن عليك في عدم الإجابة، فإذا عُلمت نسبة العمولات والرشاوى التي تُحصل عليها والأمراء المتنفذين وعلى رأسهم وزير الدفاع سلطان مع شركات الأسلحة ومقاولات بناء المدن والقواعد العسكرية، فلن نتعب أنفسنا في السؤال عن مصير باقي المبالغ المصروفة، فلم يعد خافياً أنكم وتلك الشرذمة من الأمراء المتنفذين تستولون من كل صفقة على نسبة ما بين ٤٠-٦٠٪ من قيمتها.

والنسبة الكبرى من الأموال المتبقية تُصرف في بناء قواعد وتجهيزات لا يتناسب حجمها الضخم وتجهيزاتها العالية مع عدد وكفاءة جيش البلاد، الشيء الذي يبين أنها بُنيت لا لهذا الجيش، ولكن لتستخدم من قبل القوات الأمريكية والغربية التي ترابط في كثير منها الآن. وعلى ذكر هذه القوات، ألا يحق لنا أن نتساءل عن الهدف من إبقائها إلى الآن بعددها وعتادها المذهلين على أرض الحرمين؟ هل ما زال العراق بعد تدمير قواته وتجويع شعبه المسلم يشكل خطراً فعلياً على عرشكم؟ كل الحقائق تشهد بغير ذلك وتؤكد أن الخطر الذي يرابط هذه القوات من أجل دفعه ليس خطراً وهمياً من عراق مدمر جائع بل هو الخطر الإسلامي في الداخل كما يقول الخبراء، بناءً على ما تعيشه البلاد من صحوة إسلامية مباركة ومتصاعدة في جميع القطاعات المدنية والعسكرية. ومهما يكن هناك أي مسوّغ لإبقاء جيش البلاد في حالة العجز والقصور التي يعيشها، في حين يُفترض فيه حماية بلاد المسلمين والدفاع عن قضاياهم فضلاً عن حماية البلاد المقدسة، فمن غير المعقول السكوت عن تحويل البلاد إلى محمية أمريكية يدنسها جنود الصليب بأقدامهم النجسة حماية لعرشكم المتداعي وحفاظاً على منابع النفط في المملكة.

وفي ضوء الواقع الحالي أيها الملك، أليس من حق الأمة أن تتساءل عن الذي يتحمل عن زعزعة الأمن وإثارة الاضطراب؟ أهو النظام الذي أسلم البلاد لحالة العجز العسكري المزمن ليسوغ استجلاب القوات الصليبية واليهودية لتدنس الأماكن المقدسة؟ أم هو الداعية الذي يدعو لإعداد الأمة وتجييشها لتتولى بنفسها شرف حماية دينها والدفاع عن مقدساتها والذب عن أرضها وعرضها؟!.

والحق أن اللوم في هذا المجال كله يقع عليك أنت ووزير دفاعك دون أفراد الجيش.والحرس الذين يُشهد لكثير منهم بالصلاح والشهامة والشجاعة ولكن ليس لهم من الأمر شيء، فقد كان خوفكم من أي عمل إصلاحي يحتمل أن يقوموا به دافعاً لكم إلى تهميش كثير من ضباطهم وجنودهم، وزرع الجواسيس بين صفوفهم، وكان خوفكم من أي تنسيق محتمل بين الأسلحة المختلفة (البرية والبحرية والجوية) للقيام بأي عمل إصلاحي ضدكم سبباً وراء منعكم أي تنسيق أو حتى تعارف كاف بينهم، مع ضرورة التنسيق لأي عمل عسكري ناجح، فكان ثمنُ محافظتكم على عرشكم ودفعكم لأوهام الخوف التي تلاحقكم هو ما لحق البلاد والعباد من عار وشنار ودمار وانهيار بسبب حرب الخليج.

## الخلاصة والاستنتاجات:

لقد ثبت لنا مما سبق أيها الملك، أن نظامكم قد ارتكب من نواقض الإسلام ما يبطل ولايته عند الله، وثبت عليه من الفشل الذريع والفساد الشنيع ما يوجب عزله عند الناس، فهو بتشريعه القوانين الوضعية الكفرية وإلزامه الناس بالتحاكم إليها، وبموالاته ومناصرته للكفار ضد المسلمين قد ارتكب من نواقض الإسلام ما يوجب عزله والقيام عليه.

وبفساده الذريع وفشله الشنيع في مجالات الدفاع والاقتصاد وغيرها، أثبت عملياً عدم أهليته لأن يتولى تسيير أمور البلاد حتى ولو لم يكن على ما هو عليه من انتقاض الإسلام والردة عن الدين، لقد جمعت أيها الملك على الناس أعظم ما يُستعاذ منه من الشر وهو الكفر والفقر.

ومن جملة ما سبق يتضح: أن خلاف الأمة التي يتقدمها العلماء والدعاة والمصلحون والتجار وشيوخ القبائل مع نظام حكمكم ليس خلافاً عارضاً ولا نزاعاً عابراً، بل هو صراع متأصل بين منهجين ونزاع عميق بين عقيدتين، صراع بين المنهج الرباني المتكامل الذي أسلم الأمر لله في جميع شئون منهج ﴿ قل إن صلاتي ونسكي ومحياي ومماتي لله رب العالمين لا شريك له وبذلك أُمرت وأنا أول المسلمين ﴾، منهج لا إله إلا الله محمد رسول الله بكل دلالاتها ومقتضياتها، وبين المنهج العلماني الصارخ، منهج ﴿ أفتؤمنون ببعض الكتاب وتكفرون ببعض ﴾ منهج ﴿ الذين يخادعون الله والذين آمنوا وما يخدعون إلا أنفسهم وما يشعرون ﴾.

وبناء على ما تقدم، فإن ما تقوم به الأمة وفي مصدارتها العلماء والمصلحون والتجار وشيوخ القبائل ضد نظام حكمكم لن يدخل قطعاً في باب الخروج المحظور على الحكام؛ لأن نظام حكمكم فاقد للمشروعية كما بينا والمعدوم شرعاً كالمعدوم حساً، كما قرر أهل

| هيئة النصيحة والإصلاح | ١.–١. | البيـــان رقــم |
|---|---|---|
| مكتب ـ لندن | | (١٧) |

العلم، والحاكم إذا ارتد وجب الخروج عليه بإجماع الأمة. لكن هذا أيضاً لا يعني أن كل تصرف من هذا القبيل يكون صواباً بالضرورة، فلكل مرحلة من مراحل التغيير مقومات عملها ووسائله وأهدافه.

وتحديد ذلك لا يمكن أن يتم باجتهاد شخصي متعجل، أو قرار فردي مستفّز، بل يتم من قبل قيادات الأمة من العلماء الصادقين والدعاة والمصلحين الذين أثبتت المحن والابتلاءات جدارتهم وأهليتهم للتصدر لمثل هذه الأمور العظام.

ولا شك أنه في مقدمة واجبات المرحلة الحالية الصدع بالحق والجهر به وبيان معاني ومقتضيات لاإله إلا الله ومايترتب على الخروج عنها حتى تكون الأمة على بصيرة من دينها ووعي من أمرها.

وبعيداً عن هذا وذاك، فإننا نرى أيها الملك أن من مصلحتك الشخصية ومن مصلحة عائلتك ومن حولك، وقد تقدمت بك السن ودب إليك المرض وحاصرتك الأزمات الداخلية والخارجية، أن تجنب الأمة والبلاد والعباد، مزيداً من العناء والشقاء والأزمات والاضطرابات، وأن تقدم استقالتك فتريح وتستريح وتترك الأمة تمارس حقها بواسطة أهل الحل والعقد في اختيار من ينقذها من هذه الهاوية التي قدتها إليها، بعد أن انقطع الأمل في أن تصلح من حالك بعد أن تقدمت بك السن وشخت، فقديماً قال الشاعر :

قان سفاهة الشيخ لا حلم بعده          وإن الفتى بعد السفاهة يحلم

ولعلك تتذكر في هذا المقام أن الملك سعود عُزل في ما هو دون ما أنت عليه من الفساد بعشرات المرات، وقد كنتَ وقتها في صدارة من سعوا في عزله، وحسناً فعلت يومها، وليتك اليوم تفعل، ولا تقتصر في ذلك على مجرد الاستقالة الشخصية، فلا بد من إقالة كل من كان له دور من وزرائك وحاشيتك فيما آلت إليه الحال، فكما تحملت سيئة تسليطهم على رقاب العباد ومصالح البلاد، فحاول أن تكون لك مزيّة تخليصها من شرّك وشرهم، وخاصة وزير دفاعك الفاشل الذي لم يتول أمراً وأتى به بخير، سواء كان أمرا سياسياً أو إداريا، فقد فجّر ملف الحدود مع دولة قطر، وكاد أن يشعلها حرباً ضروساً مع اليمن، هذا زيادة على فشله في إدارة وزارة الدفاع والطيران والخطوط الجوية التي أفلست على يديه.

وغير مجدية في هذا المقام التعديلات الوزارية الترقيعية التي تأتي في النهاية بوزراء مربوطين بفلك الفساد الكامن في أساس ورأس النظام الحاكم ويدورون حوله لايملكون من الأمر شيئاً، إذ في افتراض حسن نيتهم وسعيهم في الإصلاح، فإن هامش صلاحياتهم المحدود، وسلطتك المطلقة فوقهم لا تتيح لهم فرصة أي إصلاح، فلايستقيم الظل والعود أعوج.

وهذه المطالب بالاستقالة والإقالة ليست مطالب تعجيزية، فهي نفس ما دعوت إليه وقمت به وإخوانك بشأن الملك المخلوع سعود في السابق.

وقبل أن نضع القلم نطلبُ منك أن تفكر ملياً وتراجع نفسك كثيراً أمام هذه الحقائق قبل آن تأخذك العزة بالرفض وتتخذ قرارك بمعاقبة كل من سعى في إيصال هذه الرسالة إليك، وعكر مزاجك بها، كما فعلت مع كثير من عرائض ومذكرات النصح التي رُفعت إليك، والتي كان من أشهرها مذكرة النصيحة التي جاءت حافلة بأهم المطالب الإصلاحية مبينة الداء واصفة الدواء بدقة العالم وحرارة الداعية وإشفاق الناصح في أدب جم ووقار عظيم، ولم يكن منك إلا أن تجاهلت النصح وتغافلت عن الناصحين بل وقررت عقاب صفوة الأمة من العلماء والدعاة والمصلحين الذين رفعوها إليك، وأجبت عليهم بخيلك ورجلك من سدنة نظام حكمك وزبانيته وهيئاته السلطانية وحاشيته من المخدوعين والمتمالئين، فاستصدرت الفتاوى التي ترمي بكل إفك وتقذف بكل بهتان تلك النخبة من أبناء الأمة والصفوة من علمائها التي لا زالت مرابطة بكل صبر وثبات في زنازين سجونك ووراء قضبانها الحديدية، نسأل الله أن يفك أسرهم ويسهل أمرهم ويثبتنا وإياهم على طريق دعوة وسبيل التمكين لدينه ﴿ حتى لا تكون فتنة ويكون الدين كله لله ﴾، ونسأله أن يعيننا على الوفاء بما عاهدنا عليه من الثأر لدينه والانتقام لأوليائه عامة وللذين يتعرضون لأنواع التعذيب والبطش على أيدي جلادي سجونكم خاصة.

وآخر دعوانا أن الحمد لله رب العالمين

عنهم/ اسامة بن محمد بن لادن

التاريخ : ١٤١٦/٣/٥هـ
الموافق : ٣/ ١٩٩٥/٨م

BM BOX 7666, LONDON, WC1N 3XX, U.K. : العنوان    00441713289651 : فاكس    00441716242462 : هاتف

هيئة النصيحة والإصلاح                          ١٠.–١٠.                    البيـــان رقـــم (١٧)
مكتب - لندن

العلم، والحاكم إذا ارتد وجب الخروج عليه بإجماع الأمة. لكن هذا أيضاً لا يعني أن كل تصرف من هذا القبيل يكون صواباً بالضرورة، فلكل مرحلة من مراحل التغيير مقومات عملها ووسائله وأهدافه.

وتحديد ذلك لا يمكن أن يتم باجتهاد شخصي متعجل، أو قرار فردي مستقل، بل يتم من قبل قيادات الأمة من العلماء الصادقين والدعاة والمصلحين الذين أثبتت المحن والابتلاءات جدارتهم وأهليتهم للتصدر لمثل هذه الأمور العظام.

ولا شك أنه في مقدمة واجبات المرحلة الحالية الصدع بالحق والجهر به وبيان معاني ومقتضيات لإله إلا الله وما يترتب على الخروج عنها حتى تكون الأمة على بصيرة من دينها ووعي من أمرها.

وبعيداً عن هذا وذاك، فإننا نرى أيها الملك أن من مصلحتك الشخصية ومن مصلحة عائلتك ومن حولك، وقد تقدمت بك السن ودب إليك المرض وحاصرتك الأزمات الداخلية والخارجية، أن تجنب الأمة والبلاد والعباد، مزيداً من العناء والشقاء والأزمات والاضطرابات. وأن تقدم استقالتك فتريح وتستريح وتترك الأمة تمارس حقها بواسطة أهل الحل والعقد في اختيار من ينقذها من هذه الهاوية التي قدتها إليها، بعد أن انقطع الأمل في أن تصلح من حالك بعد أن تقدمت بك السن وشخت، فقديماً قال الشاعر :

فإن سفاه الشيخ لا حلم بعده          وإن الفتى بعد السفاهة يحلم

ولعلك تتذكر في هذا المقام أن الملك سعود عزل في ما هو دون ما أنت عليه من الفساد بعشرات المرات، وقد كنت وقتها في صدارة من سعوا في عزله، وحسناً فعلت يومها، وليتك اليوم تفعل، ولا تقتصر في ذلك على مجرد الاستقالة الشخصية، فلا بد من إقالة كل من كان له دور من وزرائك وحاشيتك فيما آلت إليه الحال، فكما تحملت سيئة تسليطهم على رقاب العباد ومصالح البلاد، حاول أن تكون لك مزية تخليصها من شرك وشرهم، وخاصة وزير دفاعك الفاشل الذي لم يقول أمراً، وأتى منه بخير، سواء كان أمراً سياسياً أو إدارياً، فقد فجر ملف الحدود مع دولة قطر، وكاد أن يشعلها حرباً ضروساً مع اليمن، هذا زيادة على فشله في إدارة وزارة الدفاع والطيران، والخطوط الجوية التي أفلست على يديه.

وغير مجدية في هذا المقام التعديلات الوزارية الترقيعية التي تأتي في النهاية بوزراء مربوطين بفلك الفساد الكامن في أساس ورأس النظام الحاكم ويدورون حوله لايملكون من الأمر شيئاً، إذ على افتراض حسن نيتهم وسعيهم في الإصلاح، فإن هامش صلاحياتهم المحدود، وسلطتك المطلقة فوقهم لا تتيح لهم فرصة أي إصلاح، فلايستقيم الظل والعود أعوج.

وهذه المطالب بالاستقالة والإقالة ليست مطالب تعجيزية، فهي نفس ما دعوت إليه وقمت به وإخوانك بشأن الملك المخلوع سعود في السابق.

وقبل أن نضع القلم نطلب منك أن تفكر ملياً وتراجع نفسك كثيراً أمام هذه الحقائق قبل أن تأخذك العزة بالرفض وتتخذ قرارك بمعاقبة كل من سعى في إيصال هذه الرسالة إليك، وعكر مزاجك بها، كما فعلت مع كثير من عرائض ومذكرات النصح التي رفعت إليك، والتي كان من أشهرها مذكرة النصيحة التي جاءك حافلة بأهم المطالب الإصلاحية مبينة الداء واصفة الدواء بدقة العالم وحرارة الداعية وإشفاق الناصح في أدب جم ووقار عظيم، ولم يكن منك إلا أن تجاهلت النصح وتغافلت عن الناصحين بل وقررت عقاب صفوة الأمة من العلماء والدعاة والمصلحين الذين رفعوها إليك، وأجأت عليهم بخيلك ورجلك من سدنة نظام حكمك وزبانيته وهيئاته السلطانية وحاشيته من المخدوعين والمتسلقين، فاستصدرت الفتاوى التي ترمي بكل إفك وتقذف بكل بهتان تلك النخبة من أبناء الأمة والصفوة من علمائها التي لا زالت مرابطة بكل صبر وثبات في زنازين سجونك وراء قضبانها الحديدية. نسأل الله أن يفك أسرهم ويسيل أمرهم ويثبتنا وإياهم على طريق دعوة وسبيل التمكين لدينه ﴿ حتى لا تكون فتنة ويكون الدين كله لله ﴾، ونسأله أن يعيننا على الوفاء بما عاهدناه عليه من الثأر لدينه والانتقام لأوليائه عامة وللذين يتعرضون لأنواع التعذيب والبطش على أيدي جلادي سجونكم خاصة.

وآخر دعوانا أن الحمد لله رب العالمين.

عنهم/ أسامة بن محمد بن لادن

التاريخ : ٥/٣/١٤١٦هـ
الموافق : ٣/ ٨/١٩٩٥م

بسم الله الرحمن الرحيم

| البيــان رقـــم (١٨) | ١ | ٢-١ | هيئة النصيحة والإصلاح |
|---|---|---|---|
| | | | مكتب لندن |

## مأساة البوسنة وخداع خادم الحرمين !!

الحمد لله والصلاة والسلام على رسول الله ومن اهتدى بهداه.

وبعد... فإنه لم يعد خافياً ما دأب عليه النظام السعودي الحاكم من السعي لمحاصرة كل طاقات وإمكانيات الأمة، ووضع يد الحجر عليها، ولم يكتف في سياساته الظالمة هذه بممارسته الحجر الفكري والسياسي على الأمة، بل سعى أيضاً لممارسة حجر مادي اقتصادي تجلت بعض جوانبه في إغلاق بعض الجمعيات والمبرات الخيرية التي كانت توصل تبرعات المحسنين والخيّرين من أهل هذه البلاد إلى مستحقيها الشرعيين، وجعَّل البديل الوحيد عنها هيئات وجمعيات يشرف عليها كبار المتسلطين من أفراد الأسرة الحاكمة كالأميرين سلطان وسلمان، فكشف بممارساته تلك وغيرها مخطط القاضي باحتكاره لتبرعات أهل الخير حتى لاينتفع بها الإسلام والمسلمون، وحتى يوظفها على الطريقة التي وظف بها أموال المجاهدين الأفغان، حيث أستخدمت تلك التبرعات وسيلة للضغط على المجاهدين، وتُوجيه سياساتهم بما يتلاءم ومصالح الغرب، بل واستخدمت لأغراض خاصة من قبل بعض الأمراء.

ومع أن فضائح النظام في الأمور المالية عموماً وأموال التبرعات خصوصاً أصبحت من الأمور المعروفة عند العامة فضلاً عن الخاصة، فإنه لازال يحاول انتهاز كل فرصة، واغتنام كل مناسبة لتكرار ما حصل منه في السابق متجاهلاً مستوى الوعي الذي وصلت إليه الأمة، فالملك فهد وبعد أن حاصرته الأزمات الداخلية والخارجية المتمثل بعضها في افتضاح أمره بعد أن انكشف عداؤه للإسلام والمسلمين من خلال تعطيله لشريعة الله وحكمه بالقوانين الوضعية، وولائه للكفار ومعاداته للمسلمين خاصة العلماء والدعاة المصلحين منهم، وفي غلاء الأسعار، وزيادة المكوس والضرائب، وانتشار البطالة، وفي انهيار اقتصاد البلاد بعد أن غرقته في بحر متلاطم من الديون الربوية، وأوقعها في مأساة حقيقية تزداد باستمرار، ها هو يهرب من هذا الواقع الداخلي ليصرف الأنظار عنه إلى الخارج بدغدغة عواطف الأمة من خلال رفعه قميص دعم البوسنة والهرسك وجمع التبرعات لأهلها.

وتعليقنا على هذا الحدث نُجمله فيما يلي :

(أولاً) : لقد تمدد معنا في بياناتنا السابقة، وبالذات البيان رقم (١٧) ما وصل إليه هذا النظام من الخروج من الإسلام والردة عنه وخذلان قضاياه الكبرى، وعلى رأسها قضية فلسطين أم القضايا الإسلامية. وتلك الحقائق تكفي لدحض أية دعوى يتشدق بها النظام من قبيل حرصه على خدمة ونصرة قضية البوسنة والهرسك، فكيف ينصر الإسلام من هو خارج عنه؟! أو ينصر المسلمين من يسعى في التآمر على قضاياهم ومناصرة أعدائهم الذين مكَّنهم من جعل بلاد الحرمين نهباً ومسرحاً لهم؟!

إننا لم ننس بعد ما جُمع من التبرعات باسم قضية فلسطين التي سُلِّمت في النهاية عربون صداقة وهدية ود للمغتصبين اليهود!! فهل ستكون قضية البوسنة أكثر أهمية عند هذا النظام من قضية فلسطين؟. بل وكيف نصدق دعوى النظام الحرص على مناصرة الإسلام والمسلمين في البوسنة في الوقت الذي يقبع فيه خيرة علماء ودعاة الأمة وصفوة شبابها في أقبية سجون هذا النظام؟!. يقول الله في الحديث القدسي ( من عادى لي ولياً فقد آذنته بالحرب ) (رواه البخاري).

(ثانياً) : أن سجل النظام الخاص بقضية البوسنة سجل أسود مليء بالخداع والخذلان كما هو بيّنٌ من مواقفه التالية : \(

١- لقد استضاف النظام مؤتمراً إسلامياً عريضاً خصص لمناقشة قضية البوسنة قبل ثلاث سنوات في جدة، وبعد خطب عنترية جوفاء أمهل المؤتمرون الأمم المتحدة الفرصة الأخيرة لإنقاذ الوضع في البوسنة، وإلاّ فإن العالم الإسلامي -وفي مقدمته نظام الحكم السعودي- منظم المؤتمر- سيتدخل.. ومع أن الأمم المتحدة تمادت في مخططها القاضي بتدمير البوسنة والهرسك، فإن قرارات ذلك المؤتمر أودعت رفوف النسيان، لأنها إنما كانت للاستهلاك المحلي فقط، وترك مسلمو البوسنة لمصيرهم المروّع وأسلموا للوحش الصربي ليفترسهم أمام أنظار وأسماع العالم، ممنوعون من حق الدفاع الشرعي عن أنفسهم تطبيقاً لقرارات الأمم المتحدة!!.

٢- ولما تجاوب أهل البلاد مع نكبة إخوانهم في البوسنة، بادر النظام إلى قطع الطريق عليهم بعدة إجراءات منها :

(أ) : منع سفر كثير من الشخصيات القيادية المستقلة ذات التأثير والنفوذ في شراء السلاح للمجاهدين هناك إلى البوسنة وذلك استجابة لضغوط الدول الغربية التي لاتريد وصول السلاح إلى المسلمين في البوسنة.. وأما الذين أفلتوا من قبضة النظام وشاركوا إخوانهم في الدفاع عن دينهم وأنفسهم تم إلقاء القبض على بعضهم فور عودتهم.

(ب) : ومن هذه الإجراءات ما قام به النظام من تسليم جزء من التبرعات التي جُمعت لأهالي البوسنة إلى منظمات صليبية .. نوزيعها في أحسن الأحوال مشاركة بين الكرواب والصرب والمسلمين، أي بين الضحية والجزار.

إن هذه الممارسات وغيرها تكشف لكل ذي نظر وبصر أن ما يقوم به النظام من الدعاية لمناصرة مسلمي البوسنة ليس أكثر من ذرف لدموع التماسيح، ومخادعات إعلامية يريد النظام أن يرفع بها من قيمة أسهمه السياسية المنهارة بفعل ما حاصره من أزمات

داخلية وخارجية، ولكن ليبشر بما يسوءه، فأهل البلاد لم تعد تنطلي عليهم مثل هذه الألاعيب المكشوفة، فكيف يأتمنون على تبرعات المسلمين في الخارج من خانهم في ما أتمنوه عليه من مال الأمة في الداخل؟.

إن خيانات النظام السابقة، وغدره بالأمة أفقدته أية مصداقية في هذا المجال، وهذا جزء من عاجل عقاب هذه الخصال في الدنيا. أمّا في الآخرة فقد قال صلى الله عليه وسلم : ( لكل غادر لواءٌ عند إسته يوم القيامة ) (رباه مسلم).

وفي لفظ ( لكل غادر لواءٌ يوم القيامة يرفع له بقدر غدرته ألا ولا غادر أعظم غدرًا من أمير عامة )..

أمّا أهل البوسنة فهم يعرفون مناصريهم الحقيقيين من أهل الجزيرة، وأنهم أولئك الشباب الأخيار، الذين أفلتوا من قبضة النظام الحاكم، ومزجوا دماءهم بدمائهم، وأولئك الخيّرون والمحسنون الذين أوصلوا إليهم الأموال مباشرة أو سلّموها لأيد أمينة أوصلتها إليهم. لقد خاب ظن البوسنيين في الأنظمة السلطانية، والحكومات القسرية، وبقي أملها بعد الله في الشعوب الإسلامية.

إن البوسنة بحاجة قبل هذه الصدقات الهزيلة التي أبطلها النظام بالمن والأذى إلى الرجال والسلاح، وإلى كسر الحصار الظالم الذي فرضته عليها الدول الصليبية من خلال الأمم المتحدة.. ومن الخزي والعار أن يتشدقون بحماية الإسلام والدفاع عن أهله -وفي مقدمتهم النظام السعودي الحاكم- أن تتصدر دولٌ في أقاصي الدنيا للقيام بهذه المهمة في الوقت الذي كان أولئك يؤكدون على ضرورة احترام قرارات الشرعية الدولية!!. كما أن قيام كرواتيا النصرانية بفك الحصار عن جيب بيهاتش المسلم المحاصر منذ ثلاث سنوات (تحت حماية الأمم المتحدة!!) يمثل هو الآخر بقعة عار سوداء في جبين حكّام العالم الإسلامي وفي مقدمتهم خادم الحرمين الشريفين!! فكرواتيا بعملها ذلك -وبغض النظر عن أهدافها- أثبتت عمليًا أن من يريد أن يعمل ويملك القوة يستطيع تنفيذه، ولكن ليست هناك عزيمة صادقة.

إن قضية البوسنة على مرارتها قد احتوت على دروس عظيمة منها :

١- أنها عرّت الأنظمة الحاكمة في بلدان الإسلام وكشفت أنها مجرد أدوات تنفيذية بيد القوى الصليبية الكبرى، وأنها لا تمثل شعوبها التي بادرت بنصرة المسلمين في البوسنة.

٢- أن ما يرفعه الغرب من شعارات حقوق الإنسان، والعدالة، ماهي إلاّ شعارات ميتة عندما يتعلق الأمر بالمسلمين.

٣- أن الأمم المتحدة ماهي إلاّ أداة لتمرير مخططات الدول الصليبية لقتل قضايا الأمة الإسلامية وأهلها.

٤- أن الالتزام بقرارات الأمم المتحدة هو مشاركة عملية في التآمر على قضايا المسلمين.

ولسنا في حاجة إلى بيان مزيد مما قام به النظام السعودي ضد قضايا الإسلام والمسلمين عمومًا، ولمقام به من خذلان لقضية البوسنة والهرسك خصوصًا. وبناءً على ماسبق فإننا في الوقت الذي نحث فيه المسلمين جميعاً على التبرع بسخاء لدعم إخوانهم في فلسطين والبوسنة والهرسك وغيرها، فإننا ننبههم إلى خطورة تقديم تلك التبرعات عن طريق النظام الحاكم وهيئاته، وندعوهم بدلاً من ذلك إلى تسليمها لأهلها مباشرة أو عن طريق الأيدي الأمينة من الأفراد أو الهيئات والجمعيات الموثوق بها كالجمعيات الخيرية في قطر والكويت والسودان واليمن والأردن، مع مراعاة أن يكون التحويل من الخارج بعيدًا عن ملاحقة خادم الحرمين الشريفين؛ وجواسيسة، وذلك حتى تبرأ الذمة ويتأكد من وصول الأموال إلى مستحقيها، وعدم وقوعها في أيدي السفهاء من آل سعود، الذين نهى الله عن تسليطهم على أموالهم الخامسة فضلاً عن تسليطهم على أموال المسلمين، قال تعالى ﴿ و لا تؤتوا السفهاء أموالكم التي جعل الله لكم قيامًا ﴾ ولأن هذه التبرعات أمانة والله يقول ﴿ إن الله يأمركم أن تؤدوا الأمانات إلى أهلها ﴾ والنظام السعودي الحاكم قطعًا ليس من أهلها، ولو كان من أهلها لما انْتُخِم حساباته في الغرب بأموال الأمة المختلسة والتي تقدر حصة الملك منها بأربعين مليار دولار ( ٤٠,٠٠٠,٠٠٠,٠٠٠ دولار) وهو مبلغ لو أعيد إلى الأمة لكفى لسد حاجة فقراء أهل الجزيرة العربية والبوسنة وجميع القضايا الإسلامية الأخرى.

كما نذكر إخواننا خطباء المساجد بخطورة الانجرار وراء مخططات النظام السابقة والانخداع بها وإعانته على استنزاف مزيد من أموال المسلمين التي ستصرف في غير مصارفها الشرعية، وندعوهم إلى أن لا يكونوا أسرى التوجيهات الإعلامية للنظام التي تفقد الأمة التوازن في التعامل مع قضاياها المختلفة في الداخل والخارج. ونذكركم بما جاء في الأثر من أن من أعان ظالماً على ظلمه سلطه الله عليه، وأن من دعا لظالم بالبقاء فقد أحب أن يُعصى الله في الأرض.

وفي الختام نسأل الله أن يُفرج كرب هذه الأمة، ويزيل همّها وغمّها، ويولي أمورها خيارها، ويصرف عنها شرارها من أمثال الملك فهد والمتسلطين من أسرته إنه ولي ذلك والقادر عليه، وآخر دعوانا أن الحمد لله رب العالمين.

عنهم/ أسامة بن محمد بن لادن

التاريخ : ١٥/٣/١٤١٦هـ

الموافق : ١١/٨/١٩٩٥م

هاتف : 00441716242162  فاكس : 00441713289651  العنوان : BM BOX 7666, LONDON, WC1N 3XX, U.K.

بسم الله الرحمن الرحيم

## مأساة البوسنة وخداع خادم الحرمين !!

الحمد لله والصلاة والسلام على رسول الله ومن اهتدى بهداه.

وبعد.. فإنه لم يعد خافياً ماذأب عليه النظام السعودي الحاكم من السعي لمحاصرة كل طاقات وإمكانيات الأمة، ووضع يد الحجْر عليها، ولم يكتف في سياساته الظالمة هذه بممارسته الحجْر الفكري والسياسي على الأمة، بل سعى أيضاً لممارسة حجر مادي اقتصادي تجلت بعض جوانبه في إغلاق بعض الجمعيات والمبرات الخيرية التي كانت توصل تبرعات المحسنين والخيّرين من أهل هذه البلاد إلى مستحقيها الشرعيين، وجُعِل البديل الوحيد عنها هيئات وجمعيات يشرف عليها كبار المتسلطين من أفراد الأسرة الحاكمة كالأميرين سلطان وسلمان، فكشف بممارساته تلك وغيرها مخطط القاضي باحتكاره لتبرعات أهل الخير حتى لاينتفع بها الإسلام والمسلمون، وحتى يوظفها على الطريقة التي وظف بها أموال المجاهدين الأفغان، حيث أستخدمت تلك التبرعات وسيلة للضغط على المجاهدين، وتوجيه سياساتهم بما يتلاءم ومصالح الغرب، بل واستخدمت لأغراض خاصة من قبل بعض الأمراء.

ومع أن فضائح النظام في الأمور المالية عموماً وأموال التبرعات خصوصاً أصبحت من الأمور المعروفة عند العامة فضلاً عن الخاصة، فإنه لازال يحاول انتهاز كل فرصة، واغتنام كل مناسبة لتكرار ماحصل منه في السابق متجاهلاً مستوى الوعي الذي وصلت إليه الأمة، فالملك فهد وبعد أن حاصرته الأزمات الداخلية والخارجية المتمثل بعضها في افتضاح أمره وبعد أن انكشف عداؤه للإسلام والمسلمين من خلال تعطيله شريعة الله وحكمه بالقوانين الوضعية، وولائه للكفار ومعاداته للمسلمين خاصة العلماء والدعاة المصلحين منهم، وفي غلاء الأسعار، وزيادة المكوس والضرائب، وانتشار البطالة، وفي انهيار اقتصاد البلاد بعد أن غرقت في بحر متلاطم من الديون الربوية، وأوقعها في مأساة حقيقية تزداد باستمرار، ها هو يهرب من هذا الواقع الداخلي ليصرف الأنظار عنه إلى الخارج بدغدغة عواطف الأمة من خلال رفعه لقميص دعم البوسنة والهرسك وجمع التبرعات لأهلها.

وتعليقنا على هذا الحدث نجمله فيما يلي :

(أولاً: لقد تمهّد معنا في بياناتنا السابقة، وبالذات البيان رقم (١٧) ما وصل إليه هذا النظام من الخروج من الإسلام والردة عنه وخذلان قضاياه الكبرى، وعلى رأسها قضية فلسطين أم القضايا الإسلامية. وتلك الحقائق تكفي لدحض أية دعوى يتشدق بها النظام من قبيل حرصه على خدمة ونصرة قضية البوسنة والهرسك، فكيف ينصر الإسلام من هو خارج عنه؟! أو ينصر المسلمين من يسعى في التآمر على قضاياهم ومناصرة أعدائهم الذين مكّنهم من جعل بلاد الحرمين نهباً ومسرحاً لهم؟!

إننا لم ننس بعد ماجُمع من التبرعات باسم قضية فلسطين التي سُلّمت في النهاية عربون صداقة وهدية ودٍّ للمغتصبين اليهود!! فهل ستكون قضية البوسنة أكثر أهمية عند هذا النظام من قضية فلسطين؟. بل وكيف نصدق دعوى النظام الحرص على مناصرة الإسلام والمسلمين في البوسنة في الوقت الذي يقبع فيه خيرة علماء ودعاة الأمة وصفوة شبابها في أقبية سجون هذا النظام؟!. يقول الله في الحديث القدسي ( من عادى لي ولياً فقد آذنته بالحرب ). (رواه البخاري).

ثانياً : أن سجل النظام الخاص بقضية البوسنة سجل أسود ملىء بالخداع والخذلان كما هو بيّنٌ من مواقفه التالية :

١- لقد استضاف النظام مؤتمراً إسلامياً عريضاً خصص لمناقشة قضية البوسنة قبل ثلاث سنوات في جدة، وبعد خطب عنترية جوفاء أمهل المؤتمرون الأمم المتحدة الفرصة الأخيرة لإنقاذ الوضع في البوسنة، وإلاّ فإن العالم الإسلامي -وفي مقدمته نظام الحكم السعودي منظّم المؤتمر- سيتدخل، ومع أن الأمم المتحدة تمادت في مخططها القاضي بتدمير البوسنة والهرسك، فإن قرارات ذلك المؤتمر أودعت رفوف النسيان، لأنها إنما كانت للاستهلاك المحلي فقط، وترك مسلمو البوسنة لمصيرهم المروّع وأُسلموا للوحش الصربي ليفترسهم أمام أنظار وأسماع العالم، ممنوعين من حق الدفاع الشرعي عن أنفسهم تطبيقاً لقرارات الأمم المتحدة!!.

٢- ولما تجاوب أهل البلاد مع نكبة إخوانهم في البوسنة، بادر النظام إلى قطع الطريق عليهم بعدة إجراءات منها :

(أ) منع سفر كثير من الشخصيات القيادية المستقلة ذات التأثير والنفوذ في شراء السلاح للمجاهدين هناك إلى البوسنة وذلك استجابة لضغوط الدول الغربية التي لاتريد وصول السلاح إلى المسلمين في البوسنة. وأما الذين أفلتوا من قبضة النظام وشاركوا إخوانهم في البوسنة في الدفاع عن دينهم وأنفسهم تم إلقاء القبض على بعضهم فور عودتهم.

(ب) ومن هذه الإجراءات ماقام به النظام من تسليم جزء من التبرعات التي جُمعت لأهالي البوسنة إلى منظمات صليبية ستوزعها في أحسن الأحوال مشاركة بين الكروات والصرب والمسلمين، أي بين الضحية والجزار.

إن هذه الممارسات وغيرها تكشف لكل ذي نظر وبصر أن مايقوم به النظام من الدعاية لمناصرة مسلمي البوسنة ليس أكثر من ذرٍّ للدموع التماسيح، ومخادعات إعلامية، ومخادعات إعلامية يريد النظام أن يرفع بها من قيمة أسهمه السياسية المنهارة بفعل ما يحاصره من أزمات

| البيان رقم (١٨) | ٢-٢ | هيئة النصيحة والإصلاح مكتب لندن |
|---|---|---|

داخلية وخارجية. ولكن ليبشر بما يسوءه، فأهل البلاد لم تعد تنطلي عليهم مثل هذه الالاعيب المكشوفة، فكيف يأتمنون على تبرعات للمسلمين في الخارج من خانهم في ما أتمنوه عليه من مال الامة في الداخل؟.

إن خيانات النظام السابقة، وغدره بالأمة أفقدته أية مصداقية في هذا المجال، وهذا جزء من عاجل عقاب هذه الخصال في الدنيا، أمّا في الآخرة فقد قال صلى الله عليه وسلم : ( لكل غادر لواءٌ عند إسته يوم القيامة ) (رواه مسلم).

وفي لفظ ( لكل غادر لواءٌ يوم القيامة يرفع له بقدر غدرته ألا ولا غادر أعظم غدراً من أمير عامة ).

أمّا أهل البوسنة فهم يعرفون مناصريهم الحقيقيين من أهل الجزيرة، وأنهم أولئك الشباب الأخيار الذين أفلتوا من قبضة النظام الحاكم، ومزجوا دماءهم بدمائهم، وأولئك الخيّرون والمحسنون الذين أوصلوا إليهم الأموال مباشرة أو سلّموها لأيدٍ أمينة أوصلتها إليهم. لقد خاب ظن البوسنيين في الأنظمة السلطانية، والحكومات القسرية، وبقي أملها بعد الله في الشعوب الإسلامية.

إن البوسنة بحاجة قبل هذه الصدقات الهزيلة التي أبطلها النظام بالمن والأذى إلى الرجال والسلاح، وإلى كسر الحصار الظالم الذي فرضته عليها الدول الصليبية من خلال الأمم المتحدة.. ومن الخزي والعار لمن يتشدقون بحماية الإسلام والدفاع عن أهله –وفي مقدمتهم النظام السعودي الحاكم– أن تتصدر دولٌ في أقاصي الدنيا للقيام بهذه المهمة في الوقت الذي كان أولئك يؤكدون على ضرورة احترام قرارات الشرعية الدولية!!. كما أن قيام كرواتيا النصرانية بفك الحصار عن.جيب بيهاتش المسلم المحاصر منذ ثلاث سنوات (تحت حماية أمم المتحدة!!) يمثل هو الآخر بقعة عار سوداء في جبين حكام العالم الاسلامي **وفي مقدمتهم خادم الحرمين الشريفين!!** فكرواتيا بحملها ذلك –وبغض النظر عن أهدافها – أثبتت عملياً أن من يريد أن يعمل ويملك القوة يستطيع تنفيذه، ولكن ليست هناك عزيمة صادقة.

إن قضية البوسنة على مرارتها قد احتوت على دروس عظيمة منها :

١– أنها عرّت الأنظمة الحاكمة في بلدان الإسلام وكشفت أنها مجرد أدوات تنفيذية بيد القوى الصليبية الكبرى، وأنها لاتمثل شعوبها التي بادرت بمناصرة المسلمين في البوسنة.

٢– أن ما يرفعه الغرب من شعارات حقوق الإنسان والعدالة، ماهي إلّا شعارات ميتة عندما يتعلق الأمر بالمسلمين.

٣– أن الامم المتحدة ماهي إلّا أداة لتمرير مخططات الدول الصليبية لقتل قضايا الأمة الاسلامية وأهلها.

٤– أن الالتزام بقرارات الأمم المتحدة هو مشاركة عملية في التآمر على قضايا المسلمين.

ولسنا في حاجة إلى بيان مزيد مما قام به النظام السعودي ضد قضايا الإسلام والمسلمين عموماً، وماقام به من خذلان لقضية البوسنة والهرسك خصوصاً. وبناءً على ماسبق فاننا في الوقت الذي نحث فيه المسلمين جميعاً على التبرع بسخاء لدعم إخوانهم في فلسطين والبوسنة والهرسك وغيرها، فإننا ننبههم إلى خطورة تقديم تلك التبرعات عن طريق النظام الحاكم وهيئاته، وندعوهم بدلاً من ذلك إلى تسليمها لأهلها مباشرة أو عن طريق الأيدي الأمينة من الأفراد أو الهيئات والجمعيات الموثوق بها كالجمعيات الخيرية في قطر.والكويت والسودان واليمن والاردن، مع مراعاة أن يكون التحويل من الخارج بعيداً عن ملاحقة خادم الحرمين الشريفين! وجواسيسه، وذلك حتى تبرأ الأمة ويتأكد من وصول الأموال إلى مستحقيها، وعدم وقوعها في أيدي السفهاء من آل سعود الذين نهى الله عن تسليطهم على أموالهم الخاصة فضلاً عن تسليطهم على أموال المسلمين، قال تعالى ﴿ و لا تؤتوا السفهاء أموالكم التي جعل الله لكم قياماً ﴾ ولأن هذه التبرعات أمانة والله يقول ﴿إن الله يأمركم أن تؤدوا الأمانات إلى أهلها ﴾ والنظام السعودي الحاكم قطعاً ليس من أهلها، ولو كان من أهلها لما أتُخِمَ حساباته في الغرب بأموال الأمة المختلسة والتي تقدر حصة الملك منها بأربعين مليار دولار (٤٠،٠٠٠،٠٠٠،٠٠٠ دولار) وهو مبلغ لو أعيد إلى الأمة لكفى لسد حاجة.فقراء أهل الجزيرة العربية والبوسنة وجميع القضايا الإسلامية الأخرى.

كما نذكر إخواننا خطباء المساجد بخطورة الانحراف وراء مخططات النظام السابقة والانخداع بها وإعانته على استنزاف مزيد من أموال المسلمين التي ستصرف في غير مصارفها الشرعية، وندعوهم إلى أن لّا يكونوا أسرى التوجيهات الاعلامية للنظام التي تفقد الأمة التوازن في التعامل مع قضاياها المختلفة في الداخل والخارج، ونذكرهم بما جاء في الأثر من أن من أعان ظالماً على ظلمه سلطه الله عليه، وأن من دعا لظالم بالبقاء فقد أحب أن يُعصى الله في الأرض.

وفي الختام نسأل الله أن يفرج كرب هذه الأمة، ويزيل همّها وغمّها، ويولي أمورها خيارها، ويصرف.عنها شرارها من أمثال الملك فهد والمتسلطين من أسرته إنه ولي ذلك والقادر عليه، وآخر دعوانا أن الحمد لله رب العالمين.

عنهم/ اسامة بن محمد بن لادن

التاريخ : ١٥/٣/١٤١٦هـ
الموافق : ١١/ ٨/ ١٩٩٥م

BM BOX 7666, LONDON, WC1N 3XX, U.K. العنوان : 00441713289651 فاكس : 00441716242462 هاتف :

بسم الله الرحمن الرحيم

| هيئة النصيحة والإصلاح | البيان رقم | ٢-١ |
|---|---|---|
| مكتب - لندن | (١٩) | |

## النظام السعودي ومآسي الحجاج المتكررة

الحمد لله رب العالمين، والصلاة والسلام على أشرف الأنبياء والمرسلين نبينا محمد وعلى آله وأصحابه والتابعين أجمعين، وبعد : فقد أصبح من المألوف المعروف، والعادة المعتادة، في كل سنة ما يتعرض له حجاج بيت الله الحرام من مصائب ومآس، تحصد الآلاف والمئات من هؤلاء الحجاج بين قتيل وجريح، ولا حول ولا قوة إلا بالله.

وهكذا، وكالعادة شب حريق فظيع يوم الثلاثاء ثامن ذي الحجة من هذه السنة في مخيمات هؤلاء الحجاج وأتى على سبعين ألف خيمة، مخلفاً أكثر من ألفين من القتلى والجرحى حسب اعتراف النظام السعودي، وقد تكون الحصيلة فوق ذلك بكثير.

وبذلك عادت الى الأذهان الصورة المتجددة للمأساة الموسمية مع كل حج، وما تحمله معها من صور الرعب المتمثل في تناثر القتلى والجرحى في مخيمات منى تارة، وعند الجمرات تارة أخرى، وفي نفق المعيصم أو غيره من بلد الله الحرام تارات أخر؟

ونحن إذا نظرنا الى الأسباب المباشرة الى هذه الأحداث، سنجدها إما ضيق في المرافق العامة الحجاج مما يؤدي تحت الصدام والزحام الى الدهس والدعس، كما حصل في الجمرات عدة مرات، وإما تقصير في الإجراءات الأمنية أو سوء تعامل مع الأحداث كما حدث في حج سنة ١٤٠٧هـ وفي نفق المعيصم بعد ذلك، وإما إهمال عام في أمن الحجاج وأخذ الاحتياطات اللازمة لسلامتهم، وهذا الإهمال هو سبب حدوث كثير من الحرائق المتكررة في مخيمات الحجاج.

وهنالك سبب آخر هو ازدياد عدد الحجاج، لكن هذا السبب يمكن تلافي آثاره باتخاذ الاحتياطات اللازمة بشأنه، والقضاء على الأسباب الأخرى لأن العالم كله تحدث فيه تجمعات بشرية مليونية بعضها ترعاه حكومات رسمية كالتجمعات الرياضية وغيرها، وبعضها ترعاه جماعات دعوية غير رسمية لا تمتلك عشر معشار ما تملكه الحكومة السعودية من الإمكانات، ومع ذلك لم نر ولم نسمع حصول أي حوادث من قبيل ما يحصل كل سنة تقريبا في الحج من كوارث وفواجع.

تلك هي أهم الأسباب المباشرة للأحداث والمآسي التي تتجدد موسميا مع الحج، وهذه الأسباب ترجع الى سبب رئيسي وأساسي هو ما ابتليت به الأمة الإسلامية عموما، وبلاد الحرمين خصوصا من سيطرة حكام وأمراء آل سعود على هذه البلاد المقدسة، واستبدادهم بالأمور، وعدم مبالاتهم بمشاعر أكثر من مليار مسلم في القارات الخمسة، يتوجهون بقلوبهم ووجوههم خمس مرات في كل يوم الى بت الله الحرام وبلده الأمين.

فنحن إذا ما نظرنا الى الأسباب السابقة فإننا نجد أن القضاء عليها هو مسؤولية مفترضة في هذا النظام الذي يحكم هذه البلاد ويحتكر أمراؤه لأنفسهم المسؤولية عن كل صغيرة وكبيرة من شؤونها عموما وشؤون الحج خصوصا.

إن تجهيز المرافق اللازمة وصيانتها وإعدادها بالشكل الكافي والمستوى الملائم لاحتياجات الحجاج هو مسؤولية مفترضة في حكام هذه البلاد ذات الموارد الضخمة والميزانيات الكبيرة بفضل الله.

ولا يشفع لهؤلاء ما قاموا به من بناء المرافق وتقديم الخدمات العديدة التي يصاحبها ما يصاحبها من المن والأذى والرياء والسمعة، لأن هذه المرافق والخدمات أثبتت التجربة والأحداث أنها ليست على المستوى المطلوب والكافي، والأموال التي أنفقت عليها لا تساوي نسبة تذكر من الأموال التي ينفقها الأمراء والحكام من آل سعود على القصور والذات واللذات والشهوات في الداخل والخارج، فضلاً عما تسلبه أمريكا وتنهبه وحلفاؤها من ثروات وخيرات هذه البلاد، الذي يتجاوز معدله الأسبوعي كل ما تحتاجه مرافق الحج مجتمعة خلال سنة كاملة.

واتخاذ الاحتياطات الأمنية اللازمة والتعامل المناسب مع الأحداث هو من ضمن هذه المسؤولية المفترضة في هؤلاء الذين ما زالوا يملأون الدنيا تفاخرا بإنجازاتهم وقدراتهم الأمنية.

والقضاء على الإهمال الذي هو سبب كثير من الحرائق في مخيمات الحجاج داخل أيضا في د٠٠ المسؤولية، فقد كان من الممكن تجنب هذه الحرائق والتخفيف من آثارها مع الأخذ بعدة حلول تقدم بها أهل الرأي، والنصح الى هؤلاء الحكام الذين رموا بها عرض الحائط.

إن المشكلة ليست في إمكانية إيجاد حلول تجنب ضيوف الرحمن وحجاج بيته العتيق هذه المآسي والمصائب التي يتعرضون لها كل سنة، ولا في إمكانية تطبيق تلك الحلول السهلة الميسورة، فالحلول مقدمة للنظام الحاكم من زمن بعيد، وما يحتاجه تنفيذها من أموال لا يساوي نسبة تذكر من الأموال المصروفة على رجال المخابرات والتجسس الذين يلاحقون الحجاج ويضايقونهم، ويعملون على تفريغ الحج من مضمونه ومحتواه، فهل يصدق أحد أن هذا النظام الذي يزاحم بدوره وقصوره الحجاج في المشاعر وغيرها، ويصرف

على ذلك المليارات ذات العدد، يعجز عن توفير سكن مناسب للحجاج يجنبهم مخاطر الحرائق المتكررة، ويوفر لهم الأمان حتى يتمكنوا من أداء حجهم !؟.

الحق أن توفير مستلزمات راحة واطمئنان الحجاج بشكل كاف، لا يمثل مشكلة، فالمشكلة هي في النظام السعودي الذي يريد ان يحتكر لأمرائه المسئولية عن كل أمر من هذه الأمور دون أن يكلف نفسه الالتزام بأبسط قواعد هذه المسئولية، فكيف يتصور أو يقبل أو يعقل في أي دين أو شرع أو أي نظام وقانون أن تتكرر كل هذه المآسي كل سنة دون أن يساءل أو يحاكم أو يفصل أو يعزل من كان تقصيره سببا في ذلك !؟.

إن من التلاعب بعقول المسلمين وتخدير مشاعرهم أن تستمر هذه المآسي، ويستمر المسئولون عنها في المسئولية، دون أدنى مساءلة، أو اتخاذ أية إجراءات كافية لمنع تكرارها، والاكتفاء – في بلادة – بتقديم التعازي الباردة لأسر ونزول الضحايا ـ من ضيوف الرحمن، كل هذا الإهمال وعدم المبالاة بأرواح الآلاف من ضيوف الرحمن وحجاج بيته، يتم في الوقت الذي يبدي فيه النظام السعودي اهتماماً غير عادي بأرواح أعداء الأمة من اليهود والنصارى، فها هو من أجل مقتل ستين يهودياً محتلاً في فلسطين يهرع إلى مؤتمر شرم الشيخ ليقدم التعازي لعصابة صهيون المحتلة في فلسطين، ويبدي تضامنه معها، ويصادق على مقررات المؤتمر التي تُجرّم الجهاد والمجاهدين، وها هو يقيم الدنيا ولا يقعدها من أجل مقتل حفنة كفار من العسكريين الأمريكيين، وقدّم – إرضاءً للأمريكان– رؤوس مجموعة من الشباب الأطهار الغيورين على عقيدتهم وبلدهم وأمتهم، وزج بالآلاف في السجون وعزّل قادة عسكريين كباراً اتهموا بالتقصير في حماية المحتلين الأمريكيين، واتخذت إحدى وثمانين خطوة احتياطية لمنع تكرار مثل تلك الأحداث، واعترفت الحكومة الأمريكية أنه بالتعاون مع النظام السعودي نفذت تسعة وسبعين خطوة من تلك الخطوات!.

فمتى أصبحت أرواح حفنة من الأنجاس اليهود والنزاة الأمريكيين أغلى من أرواح الآلاف من ضيوف الرحمن وحجاج بيته العتيق؟! هؤلاء، الحجاج الذين جاءوا من كل حدب وصوب متجشمين عناء السفر، ومتكلفين باهظ التكاليف، ومتحملين مع ذلك كل أنواع الإهانات من الإذلال والتفرقة والتمييز والمضايقات التي يسومها بها النظام السعودي، يتحملون كل ذلك في سبيل أداء هذه الفريضة وهذا الركن العظيم من أركان الإسلام، ثم يجدون أنفسهم بعد ذلك وقوداً لمحرقة إهمال وعدم مبالاة هذا النظام بأرواح هذه الآلاف المؤلفة من الضحايا، وعدم اكتراثه بمشاعر أضعاف عددهم من الأرامل واليتامى والثكالى والأيامى، ممن كانوا ينتظرون بفرح غامر عودة ذويهم من رحلة العمر، فإذا بهم يستلمونهم جثثاً هامدة في مأتم عالمي كبير، هذا إذا كانوا محظوظين واستلموا تلك الجثث، ولم يسط عليها النظام السعودي ويحولها إلى مادة للتشريح، كما حصل في مرات كثيرة، حيث يحفظ هذا النظام جثث بعض الحجاج الذين يموتون في أحداث الحج، ولا يجدون من يطالب بجثثهم، وجعل هذه الجثث مادة يجرب فيها ويطبق أساتذة وطلاب كليات الطب، ولاحول ولا قوة إلا بالله.

إننا في الوقت الذي نقدم فيه خالص العزاء للأمة الإسلامية عموماً، وأسر وذوي الضحايا خصوصاً، ونؤكد حق هؤلاء في المطالبة بتعويضات عادلة تناسبُ فداحة الجرم وفظاعة الأضرار التي تعرضوا لها، فإننا نؤكد براءة أهل البلاد من التصرفات التي يقوم بها النظام، والغريبة على ديننا وعاداتنا وأخلاقنا الحميدة.

ونُحمّل النظام –مع أنه فاقدُ الشرعية كما بيّنا وبيّنَ أهلُ العلم– المسئولية عن هذه المآسي المتكررة المتجددة مع كل موسم حج تقريبا، فتوفير الأمن لضيوف الرحمن، وما تتطلبه راحتهم وسلامتهم من تكاليف مادية، كل ذلك مسئولية مفترضة في هذا النظام، فهي مسئوليته الأمنية ومسئوليته المادية، ولكن لعل عذره في تضييع مسؤوليته الأمنية هو انشغاله بملاحقة الدعاة والعلماء، والعاملين للإسلام ومحاربتهم، والزّج بالآلاف منهم في السجون من جهة، وحماية القوات الأمريكية المحتلة وقواعدها التي تتعرضٌ لنقمة المسلمين، بعد أن احتلت مقدساتهم ونهبت خيراتهم وسلبت ثرواتهم وتآمرت ضدهم، في بلاد الحرمين وغيرها من جهة أخرى.

ولعل عذره في تضييع واجباته المادية هو إنهاك ميزانيته بالصرف على الشيوعيين في اليمن والنصارى في جنوب السودان، والطواغيت في مصر والجزائر وغيرها.

وما يمنعه من ذلك والرسول ﷺ يقول : ( إن مما أدرك الناس من كلام النبوة الأولى إذا لم تستح فاصنع ما شئت ).

التاريخ : ٨/١٢/ ١٤١٧هـ

الموافق : ١٦/٤/ ١٩٩٧م

بسم الله الرحمن الرحيم

| هيئة النصيحة والإصلاح | ١-٢ | البيـــــان رقــــم |
|---|---|---|
| مكتـب ـ لندن | | (١٩) |

## النظام السعودي ومآسي الحجاج المتكررة

الحمد لله رب العالمين، والصلاة والسلام على أشرف الانبياء والمرسلين نبينا محمد وعلى آله وأصحابه والتابعين أجمعين، وبعد :

فقد أصبح من المألوف المعروف، والعادة المعتادة، في كل سنة ما يتعرض له حجاج بيت الله الحرام من مصائب ومآس، تحصد الآلاف والمئات من هؤلاء الحجاج بين قتيل وجريح، ولا حول ولا قوة إلا بالله.

وهكذا، وكالعادة شب حريق فظيع يوم الثلاثاء ثامن ذي الحجة من هذه السنة في مخيمات هؤلاء الحجاج وأتى على سبعين ألف خيمة، مخلفاً أكثر من ألفين من القتلى والجرحى حسب اعتراف النظام السعودي، وقد تكون الحصيلة فوق ذلك بكثير.

وبذلك عادت الى الاذهان الصورة المتجددة للمأساة الموسمية مع كل حج، وما تحمله معها من صور الرعب المتمثل في تناثر القتلى والجرحى في مخيمات منى تارة، وعند الجمرات تارة أخرى، وفي نفق المعيصم أو غيره من بلد الله الحرام تارات أخرى؟.

ونحن إذا نظرنا الى الأسباب المباشرة الى هذه الاحداث، سنجدها إما ضيق في المرافق العامة للحجاج مما يؤدي الى الصدام والزحام الى الدهس والدعُس، كما حصل في الجمرات عدة مرات، وإما تقصير في الاجراءات الأمنية أو سوء تعامل مع الأحداث كما حدث في حج سنة ١٤٠٧هـ وفي نفق المعيصم بعد ذلك، وإما إهمال عام في أمن الحجاج وأخذ الاحتياطات اللازمة لسلامتهم، وهذا الاهمال هو سبب حدوث كثير من الحرائق المتكررة في مخيمات الحجاج.

وهناك سبب آخر هو ازدياد عدد الحجاج، لكن هذا السبب يمكن تلافي آثاره باتخاذ الاحتياطات اللازمة بشأنه، والقضاء على الاسباب الاخرى لأن العالم كله تحدث فيه تجمعات بشرية مليونية بعضها ترعاه حكومات رسمية كالتجمعات الرياضية وغيرها، وبعضها ترعاه جماعات دعوية غير رسمية لا تمتلك عشر معشار ما تملكه الحكومة السعودية.من الإمكانات، ومع ذلك لم نر ولم نسمع حصولِ أي حوادث من قبيل ما يحصل كل سنة تقريبا في الحج من كوارث وفواجع.

تلك هي أهم الأسباب المباشرة للأحداث والمآسي التي تتجدد موسميا مع الحج، وهذه الاسباب ترجع الى سبب رئيسي وأساسي هو ما ابتليت به الأمة الاسلامية عموماً، وبلاد الحرمين خصوصا من سيطرة حكام وأمراء آل سعود على هذه البلاد المقدسة، واستبدادهم بالأمور، وعدم مبالاتهم بمشاعر أكثر من مليار مسلم في القارات الخمسة، يتوجهون بقلوبهم ووجوههم خمس مرات في كل يوم الى بيت الله الحرام وبلده الأمين.

فنحن إذا ما نظرنا الى الاسباب السابقة فإننا نجد أن القضاء عليها هو مسؤولية مفترضة في هذا النظام الذي يحكم هذه البلاد ويحتكر أمراؤه لأنفسهم المسؤولية عن كل صغيرة وكبيرة من شؤونها عموما وشؤون الحج خصوصاً.

إن تجهيز المرافق اللازمة وصيانتها وإعدادها بالشكل الكافي والمستوى الملائم لاحتياجات الحجاج هو مسؤولية مفترضة في حكام هذه البلاد ذات الموارد الضخمة والميزانيات الكبيرة بفضل الله.

ولا يشفع لهؤلاء ما قاموا به من بناء المرافق وتقديم الخدمات العديدة التي يصاحبها ما يصاحبها من المن والأذى والرياء والسمعة، لأن هذه المرافق والخدمات أثبتت التجربة والأحداث أنها ليست على المستوى المطلوب والكافي، والأموال التي انفقت عليها لا تساوي نسبة تذكر من الأموال التي ينفقها الامراء والحكام من آل سعود على القصور واللذات والشهوات في الداخل والخارج، فضلاً عما تسلبه وتنهبه أمريكا وحلفاؤها من ثروات وخيرات هذه البلاد، الذي يتجاوز معدله الأسبوعي كل ما تحتاجه مرافق الحج مجتمعة خلال سنة كاملة.

واتخاذ الاحتياطات الامنية اللازمة والتعامل المناسب مع الأحداث هو من ضمن هذه المسؤولية المفترضة في هؤلاء الذين ما زالوا يملؤون الدنيا تفاخرا بانجازاتهم وقدراتهم الامنية.

والقضاء على الإهمال الذي هو سبب كثير من الحرائق في مخيمات الحجاج داخل أيضا في هذه المسؤولية، فقد كان من الممكن تجنب هذه الحرائق والتخفيف من آثارها بعدة حلول تقدم بها أهل الرأي والنصح الى هؤلاء الحكام الذين رموا بها عرض الحائط.

إن المشكلة ليست في إمكانية إيجاد حلول تجنب ضيوف الرحمن وحجاج بيته العتيق هذه المآسي والمصائب التي يتعرضون لها كل سنة، ولا في إمكانية تطبيق تلك الحلول السهلة الميسورة، فالحلول مقدمة للنظام الحاكم من زمن بعيد، وما يحتاجه تنفيذها من أموال لا يساوي نسبة تذكر من الأموال المصروفة على رجال المخابرات والتجسس الذين يلاحقون الحجاج ويضايقونهم، ويعملون على تفريغ الحج من مضمونه ومحتواه، فهل يصدق أحدٌ أن هذا النظام الذي يزاحم بدوره وقصوره الحجاج في المشاعر وغيرها، ويصرف

على ذلك المليارات ذات العدد، يعجز عن توفير سكن مناسب للحجاج يجنبهم مخاطر العرائق المتكررة، ويوفر لهم الأمان حتى يتمكنوا من أداء حجهم ؟!.

الحق أن توفير مستلزمات راحة واطمئنان الحجاج بشكل كافٍ، لا يمثل مشكلة، فالمشكلة هي في النظام السعودي الذي يريد أن يحتكر لأمرائه المسئولية عن كل أمر من هذه الأمور دون أن يكلف نفسه الالتزام بأبسط قواعد هذه المسئولية، فكيف يتصور أو يقبل أو يعقل في أي دين أو شرع أو أي نظام وقانون أن تتكرر كل هذه المآسي كل سنة دون أن يساءل أو يحاكم أو يفصل أو يعزل من كان تقصيره سببا في ذلك ؟!.

إن من التلاعب بعقول المسلمين وتخدير مشاعرهم أن تستمر هذه المآسي، ويستمر المسئولون عنها في المسئولية، دون أدنى مساءلة، أو اتخاذ أية إجراءات كافية لمنع تكرارها، والاكتفاء ــ في بلادنا ــ بتقديم التعازي الباردة لأسر ودول الضحايا من ضيوف الرحمن، كل هذا الإهمال وعدم المبالاة بأرواح الآلاف من ضيوف الرحمن وحجاج بيته، يتم في الوقت الذي يبدي فيه النظام السعودي اهتماماً غير عادي بأرواح أعداء الأمة من اليهود والنصارى، فها هو من أجل مقتل ستين يهودياً محتلاً في فلسطين يهرع إلى مؤتمر شرم الشيخ ليقدم التعازي لعصابة صهيون المحتلة في فلسطين، ويبدي تضامنه معها، ويصادق على مقررات المؤتمر التي تُجرّمُ الجهاد والمجاهدين، وها هو يقيم الدنيا ولا يقعدها من أجل مقتل حفنة كفار من العسكريين الأمريكيين، وقَدّمَ ــ إرضاءً للأمريكان ــ رؤوس مجموعة من الشباب الأطهار الغيورين على عقيدتهم وبلدهم وأمتهم، وزج بالآلاف في السجون وعُزّلَ قادة عسكريين كباراً اتُهموا بالتقصير في حماية المحتلين الأمريكيين، واتخذت إحدى وثمانون خطوة احتياطية لمنع تكرار مثل تلك الأحداث، واعترفت الحكومة الأمريكية أنه بالتعاون مع النظام السعودي نفذت تسعة وسبعين خطوة من تلك الخطوات!.

فمتى أصبحت أرواح حفنة من الأنجاس اليهود والغزاة الأمريكيين أغلى من أرواح الآلاف من ضيوف الرحمن وحجاج بيته العتيق؟! هؤلاء الحجاج الذين جاءوا من كل حدب وصوب متجشمين عناء السفر، ومتكلفين باهظ التكاليف، ومتحملين مع ذلك كل أنواع الإهانات وعدم المبالاة من الإذلال والتفرقة والتمييز والمضايقات التي يسومهم بها النظام السعودي، يتحملون كل ذلك في سبيل أداء هذه الفريضة وهذا الركن العظيم من أركان الإسلام، ثم يجدون أنفسهم بعد ذلك وقوداً لمحرقة إهمال وعدم مبالاة هذا النظام بأرواح هذه الآلاف المؤلفة من الضحايا، وعدم اكتراثه بمشاعر أضعاف عددهم من الأرامل واليتامى والثكالى والأيامى، ممن كانوا ينتظرون بفرح غامر عودة ذويهم من رحلة العمر، فإذا بهم يستلمونهم جثثاً هامدة في مأتم عالمي كبير، هذا إذا كانوا محظوظين واستلموا تلك الجثث، ولم يسطُ عليها النظام السعودي ويحولها إلى مادة للتشريح، كما حصل في مرات كثيرة، حيث يحفظ هذا النظام جثث بعض الحجاج الذين يموتون في أحداث الحج، ولا يجدون من يطالب بجثثهم، وجعل هذه الجثث مادة يجرب فيها ويطبق أساتذة وطلاب كليات الطب، ولاحول ولا قوة إلا بالله.

إننا في الوقت الذي نقدم فيه خالص العزاء للأمة الاسلامية عموماً، وأسر وذوي الضحايا خصوصاً، ونؤكد حقَّ هؤلاء في المطالبة بتعويضات عادلة تناسبُ فداحة الجرم وفظاعة الأضرار التي تعرضوا لها، فإننا نؤكد براءة أهل البلاد من التصرفات التي يقوم بها النظام، والغريبة على ديننا وعاداتنا وأخلاقنا الحميدة.

ونُحمّلُ النظام ــ مع أنه فاقدُ الشرعية كما بيّنّا وبيّنَ أهلُ العلم ــ المسؤولية عن هذه المآسي المتكررة المتجددة مع كل موسم حج تقريباً، فتوفير الأمن لضيوف الرحمن، وما تتطلبه راحتهم وسلامتهم من تكاليف مادية، كل ذلك مسؤولية مفترضة في هذا النظام، فهي مسؤوليته الأمنية ومسؤوليته المادية، ولكن لعل عذره في تضييع مسؤوليته الأمنية هو انشغاله بملاحقة الدعاة والعلماء، والعاملين للإسلام ومحاربتهم، والزج بالآلاف منهم في السجون من جهة، وحماية القوات الأمريكية المحتلة وقواعدها التي تتعرض لنقمة المسلمين، بعد أن احتلت مقدساتهم ونهبت خيراتهم وسلبت ثرواتهم وتمارد ضدهم، في بلاد الحرمين وغيرها من جهة أخرى.

ولعل عذره في تضييع واجباته المادية هو إنهاك ميزانيته بالصرف على الشيوعيين في اليمن والنصارى في جنوب السودان، والطواغيت في مصر والجزائر وغيرها.

وما يمنعه من ذلك والرسول ﷺ يقول : ( إن مما أدرك الناس من كلام النبوة الأولى إذا لم تستح فاصنع ما شئت ).

التاريخ : ٨/١٢/ ١٤١٧هـ
الموافق : ١٦/٤/١٩٩٧ م

BM BOX 7666, LONDON, WC1N 3XX, U.K. : العنوان   00441713289651 فاكس :   00441716242462 هاتف :

بسم الله الرحمن الرحيم

| البيان رقم (٢٠) | ١-٢ | هيئة النصيحة والإصلاح مكتب ـ لندن |
|---|---|---|

الحمد لله، والصلاة والسلام على رسول الله، وعلى آله وصحبه ومن اهتدى بهداه.

أما بعد، فقد دأب النظام السعودي على الإمعان في محاربة الإسلام وأهله، ويدرج على تشويه وملاحقة العلماء الصادقين والدعاة المخلصين، وبرع في ذلك بفضل حقده المتجذر، وعدائه المتعمد للإسلام، وبفضل ما استورده من خبرة أجنبية في هذا المجال مكّنته من الاستفادة من خبرات الأنظمة الطاغوتية الخليفة.

ومن آخر ما أقدم عليه هذا النظام في هذا الصدد هو ما قام به من انتهاك حرمة ومكانة مجموعة من علماء الإسلام وضيوف الرحمن من دولة باكستان المسلمة، حيث تم اعتقالهم اثناء تواجدهم بالبلاد لأداء مناسك الحج والعمرة.

والتهمة الموجهة لهؤلاء والتي تعرضوا بسببها لمضايقة وملاحقة واعتقال الأمن السعودي، هي أن بعضهم أفتى بما أفتت به هيئات وجماعات من العلماء في باكستان وغيرها، من وجوب إخراج الأمريكيين والصليبيين من بلاد الحرمين، وقاموا بذلك وفاء منهم بالميثاق الذي أخذه الله على أهل العلم ببيان الحق للناس وعدم كتمانه، هذا الحق الذي بينه صلى الله عليه وسلم في هذه القضية بقوله: (أخرجوا المشركين من جزيرة العرب).

ومع أن هذه الفتاوى التي وقع عليها بعض هؤلاء العلماء لم تتعرض لذكر النظام السعودي بسوء -رغم أنه هو المسئول الأول عن هذا الاحتلال الصليبي لبلاد الحرمين الذي لم تشهد المنطقة له مثيلاً في جاهلية ولا إسلام- فإن ذلك لم يشفع لهم عنده.

إن إقدام النظام السعودي على اعتقال هؤلاء العلماء الذين جاءوا لأداء مناسك الحج والعمرة في بلد الله الحرام وشهره الحرام يؤكد أن هذا النظام في سعيه لمحاربة كلمة الحق والقائلين بها، والدعاة الى الله والعاملين للإسلام لم يعد مكتفياً بما يمارسه ضد أهل البلاد الواقعة تحت حكمه من إجراءات قمعية وقسرية، بل أصبح يسعى لتعميم تلك الاجراءات على كل من يصدع بالحق من علماء الاسلام ودعاته حيثما كانوا.

وفي سبيل ذلك لا يتورع عن استخدام أنذل الوسائل وأرذل الطرق، لا يردعه دين ولا يمنعه خلق، فقد سبق له أن أقدم في خسة ودناءة على إنهاء عقود مجموعة من خيرة الأساتذة والدكاترة من جامعات البلاد، وأمر بترحيلهم فوراً، بعد أن فشل في شراء ذممهم وولائهم، ولم يشفع لهم عنده ما انفقوا من زهرة أعمارهم في خدمة البلاد ونشر العلم فيها.

وهاهو اليوم يستغل تسلطه على بلاد الحرمين، ليجعل منها مصيدة بوليسية لكل من يفتي بفتوى شرعية أو يصدع بكلمة حق تخالف هواه ومزاجه، أو تزعج أسياده الامريكيين المحتلين لبلاد الحرمين.

إن هذا النظام باستغلاله الدنيء هذا لسيطرته على بلاد الحرمين، وما ألحق بالمسلمين من أضرار بسبب ذلك، يؤكد حقيقة مهمة هي أن بعد الصراع بين وبين الإسلام والمسلمين يتجاوز الحدود الضيقة لبلاد الحرمين، ليشمل الامة المسلمة جمعاء، فهذه البلاد فضلا عن كون كل مسلم على وجه الأرض يجب عليه أن يتوجه إليها بقلبه وقالبه كل يوم خمسة مرات في صلاته، فإن كل مسلم يجب عليه شرعاً الذهاب إليها بنفسه وحسه لأداء فريضة الحج التي هي ركن الإسلام الخامس.

ولذلك فإن هذه البلاد التي يتعلق بها هاذان الركنان من أركان هذا الدين، لايمكن لأمة يتجاوز عددها مليار وربع المليار نسمة أن تبقى صامتة تجاه ما تتعرض له من احتلال، ويمارس فيها من طغيان، ويتعرض له ضيوف الرحمن فيها من إهانات وإذلال، وعدم مبالات وإهمال، فاذا كان ضيوف الرحمن يقدمهم هذا النظام وقوداً لمحرقة الإهمال في الحج كل سنة تقريبا، ويسوق خيرة من تبقى منهم الى السجون والزنازين، لأنهم أفتوا بما أمرهم الله به من بيان الحق، ولم تتحرك الأمة ضد هذا الوضع وهذه الإجراءات، فمتى ستتحرك؟.

إن النظام السعودي بإقدامه على اعتقال هؤلاء العلماء اليوم يعيد الى أذهان الأمة ما أقدم عليه بالأمس من اعتقال صفوة الأمة وخيرة علمائها وأبنائها كالشيخ سفر الحوالي، والشيخ سلمان العودة، وإخوانهم من المرابطين على ثغور الحق، الصامدين في سجون

هاتف : 00441716242462    فاكس : 00441713289651    العنوان : BM BOX 7666, LONDON, WC1N 3XX, U.K.

الطغيان، تلك الأطواد الشامخة التي تحطمت على صلابتها في الحق كل أساليب الإغراء والإغواء والترغيب والترهيب، أولئك الأبطال الذين أحيوا في الأمة موات الإيمان، وأثاروا كوامن العزة، وبعثوا روح الرفض ومقاومة الباطل، نسأل الله أن يثبتنا وإياهم على الحق، وأن يفرج عن الجميع.

إن النظام السعودي إن كان يظن أنه بهذه الإجراءات يستطيع أن يحجب كلمة الحق عن الأمة، أو ينال من مكانة أصحابها فهو واهم واهم ... فإن الكلمات والدعوات لا تكسب مصداقية عند الناس مثل مصداقيتها حين يؤذى أصحابها في سبيلها ويسقوا شجرتها بدمائهم وعرقهم.

وقيادات الأمة لا يفرزها شيء مثل ما تفرزها الابتلاءات والمحن، والسجون والمعتقلات، فالنظام بإجراءاته الآثمة ضد العلماء يعمل على نشر وتعميق الفكرة الاسلامية التي ينادون بها، ويعمل على إبرازهم قيادات ناضجة للأمة متخرجين من مدرسة يوسف عليه السلام.

إننا في الوقت الذي نعلم أن النظام السعودي يتحمل المسئولية عن هذه الجرائم التي يقوم بها ضد الإسلام وعلمائه، إلا أننا لا نستطيع أن نعفي بعض الفئات من المسئولية، وخاصة العلماء وأصحاب النفوذ والجاه القادرين على نصرة هؤلاء المظلومين ببيان ما هم عليه من الحق، الدفاع عنهم. فنصرة المسلم حق له على أخيه المسلم، فكما قال صلى الله عليه وسلم : ( المسلم أخو المسلم لا يظلمه ولا يسلمه ) [صحيح الجامع الصغير]. ( والمسلم أخو المسلم لا يخونه ولا يكذبه ولا يخذله ) [صحيح الجامع الصغير] ، ولا يخفى على هؤلاء الوعيد الشديد في حق من خذل مسلماً في موضع ينتقص فيه منه وتنتهك حرمته.

يقول صلى الله عليه وسلم : ( ما من امرئ يخذل امرءاً مسلماً في موضع ينتقص فيه من عرضه، وينتهك فيه من حرمته، إلا خذله الله تعالى في موطن يحب فيه نصرته، وما من أحد ينصر مسلماً في موطن ينتقص فيه من عرضه وينتهك فيه من حرمته إلا نصره الله في موطن يحب فيه نصرته ) [صحيح الجامع الصغير].

وكذلك رجال الأمن، فإنهم يستطيعون أن يفعلوا الكثير لنصرة علمائهم ومشايخهم، ورفع الظلم عنهم، وإن لم يستطيعوا القيام بكل الواجب، فلا أقل من أن يمتنعوا عن أن يكونوا يد البطش التي يبطش بها النظام السعودي ويحارب ويعادي أولياء الله الذين قال الله فيهم في الحديث القدسي : ( من عادى لي ولياً فقد آذنته بالحرب ) [رواه البخاري].

ونذكرهم بالوعيد الشديد في حق من يؤذون المؤمنين والمؤمنات، قال تعالى ﴿ والذين يؤذون المؤمنين والمؤمنات بغيـر ما اكتسبوا فقد احتملوا بهتاناً وإثماً مبيناً ﴾.

ولا يغني هنا الاحتجـاج بوجوب طاعة ولي الأمر، لأن النظام السعودي ليس ولي أمر شرعاً، لما ارتكبه من نواقض الإسلام، كالحكم بغير ما أنزل الله، ومحاربة الإسلام وأهله، وموالاة الكفر ودوله، وقد فصلنا ذلك وذكرنا أدلته من الكتاب والسنة وأقوال علماء الأمة في بياناتنا السابقة وخاصة البيان السابع عشر.

وعلى افتراض شرعية هذا النظام فإن من المجمع عليه أنه لا طاعة لمخلوق في معصية الخالق كما قال صلى الله عليه وسلم في الحديث الذي رواه أحمد والحاكم وهو في صحيح الجامع.

كما أن على المسلمين في باكستان عموماً والعلماء منهم خصوصاً أن يقوموا بالواجب الشرعي حيال هذه القضية، نصرة للمظلومين، وردعاً للظالمين، وعملاً على عدم تكرار مثل هذه الجرائم ضد علماء الأمة الذين هم ورثة الأنبياء عليهم السلام.

هذا ما أردنا بيانه بهذه المناسبة ، والله يقول الحق وهو يهدي السبيل

<br>

بسم الله الرحمن الرحيم

| هيئة النصيحة والإصلاح | البيـــان رقـــم | ١ - ٢ |
|---|---|---|
| مكتب - لندن | (٢٠) | |

الحمد لله، والصلاة والسلام على رسول الله، وعلى آله وصحبه ومن اهتدى بهداه.

أما بعد، فقد دأب النظام السعودي على الإمعان في محاربة الاسلام وأهله، وبدرج على تشويه وملاحقة العلماء الصادقين والدعاة المخلصين، وبرع في ذلك بفضل حقده المتجذر، وعدائه المتعمق للإسلام، وبفضل ماستورده من خبرة أجنبية في هذا المجال مكّنته من الاستفادة من خبرات الانظمة الطاغوتية الخليفة.

ومن آخر ما أقدم عليه هذا النظام في هذا الصدد هو ما قام به من انتهاك حرمة ومكانة مجموعة من علماء الإسلام وضيوف الرحمن من درة باكستان المسلمة، حيث تم اعتقالهم اثناء تواجدهم بالبلاد لأداء مناسك الحج والعمرة.

والتهمة الموجهة لهؤلاء والتي تعرضوا بسببها لمضايقة وملاحقة واعتقال الأمن السعودي، هي أن بعضهم أفتى بما أفتت به هيئات وجماعات من العلماء في باكستان وغيرها، من وجوب إخراج الأمريكيين والصليبيين من بلاد الحرمين، وقاموا بذلك وفاء منهم بالميثاق الذي أخذه الله على أهل العلم ببيان الحق للناس وعدم كتمانه، هذا الحق الذي بينه صلى الله عليه وسلم في هذه القضية بقوله: (أخرجوا المشركين من جزيرة العرب).

ومع أن هذه الفتاوى التي وقع عليها بعض هؤلاء العلماء لم تتعرض لذكر النظام السعودي بسوء –رغم أنه هو المسئول الاول عن هذا الاحتلال الصليبي لبلاد الحرمين الذي لم تشهد المنطقة له مثيلاً في جاهلية ولا إسلام– فإن ذلك لم يشفع لهم عنده.

إن إقدام النظام السعودي على اعتقال هؤلاء العلماء الذين جاءوا لأداء مناسك الحج والعمرة في بلد الله الحرام وشهره الحرام يؤكد أن هذا النظام في سعيه لمحاربة كلمة الحق والقائلين بها، والدعاة الى الله والعاملين للإسلام لم يعد مكتفياً بما يمارسه ضد أهل البلاد الواقعة تحت حكمه من إجراءات قمعية وقسرية، بل أصبح يسعى لتعميم تلك الاجراءات على كل من يصدع بالحق من علماء الاسلام ودعاته حيثما كانوا.

وفي سبيل ذلك لا يتورع عن استخدام أنذل الوسائل وأرذل الطرق، لا يردعه دين ولا يمنعه خلق، فقد سبق له أن أقدم في خسة ودناءة على إنهاء عقود مجموعة من خيرة الأساتذة والدكاترة من جامعات البلاد، وأمر بترحيلهم فوراً، بعد أن فشل في شراء ذممهم وولائهم، ولم يشفع لهم عنده ما أنفقوا من زهرة أعمارهم في خدمة البلاد ونشر العلم فيها.

ومأمارهم اليوم يستغل تسلطه على بلاد الحرمين، ليجعل منها مصيدة بوليسية لكل من يفتي بفتوى شرعية أو يصدع بكلمة حق تخالف هواه ومزاجه، أو تزعج أسياده الامريكيين المحتلين لبلاد الحرمين.

إن هذا النظام باستخلائه الدنيء هذا سيطرته على بلاد الحرمين، وما ألحق بالمسلمين من أضرار بسبب ذلك، يؤكد حقيقة مهمة هي أن بعد الصراع بينه وبين الإسلام والمسلمين يتجاوز الحدود الضيقة لبلاد الحرمين، ليشمل الامة المسلمة جمعاء، فهذه البلاد فضلا عن كون كل مسلم على وجه الأرض يجب عليه أن يتوجها إليها بقلبه وقالبه كل يوم خمسة مرات في صلاته، فإن كل مسلم يجب عليه شرعاً الذهاب إليها بنفسه وحسه لأداء فريضة الحج التي هي ركن الإسلام الخامس.

ولذلك فإن هذه البلاد التي يتعلق بها بأذان الركنان من أركان هذا الدين، لايمكن لأمة يتجاوز عددها ملياراً وربع الملبار نسمة أن تبقى ضامتة تجاه ما تتعرض له من احتلال، ويمارس فيها من طغيان، ويتعرض له ضيوف الرحمن فيها من إهانات وإذلال، وعدم مبالات وإهمال، فإذا كان ضيوف الرحمن يقدمهم هذا النظام وقوداً لمحرقة الإهمال في الحج كل سنة تقريبا، ويسوق خيرة من تبقى منهم الى السجون والزنازين، لإنهم أفتوا بما أمرهم الله به من بيان الحق، ولم تتحرك الأمة ضد هذا الوضع وهذه الإجراءات، فمتى ستتحرك؟.

إن النظام السعودي بإقدامه على اعتقال هؤلاء العلماء اليوم يعيد الى أذهان الأمة ما أقدم عليه بالأمس من اعتقال صفوة الأمة وخيرة علمائها وأبنائها كالشيخ سفر الحوالي، والشيخ سلمان العودة، وإخوانهم من المرابطين على ثغور الحق، الصامدين في سجون

هاتف: 00441716242462   فاكس: 00441713289651   العنوان: BM BOX 7666, LONDON, WC1N 3XX, U.K.;

٢-٢

هيئة النصيحة والإصلاح
مكتب - لندن

الطغيان، تلك الأطواد الشامخة التي تحطمت على صلابتها في الحق كل أساليب الإغراء والإغواء والترغيب والترهيب، أولئك الأبطال الذين أحيوا في الأمة موات الإيمان، وأثاروا كوامن العزة، وبعثوا روح الرفض ومقاومة الباطل، نسأل الله أن يثبتنا وإياهم على الحق، وأن يفرج عن الجميع.

إن النظام السعودي إن كان يظن أنه بهذه الإجراءات يستطيع أن يحجب كلمة الحق عن الأمة، أو ينال من مكانة أصحابها فهو واهم وأهم .. فإن الكلمات والدعوات لا تكسب مصداقية عند الناس مثل مصداقيتها حين يؤذى أصحابها في سبيلها ويسوقوا شجرتها بدمائهم وعرقهم.

وقيادات الأمة لا يفرزها شيء مثل ما تفرزها الابتلاءات والمحن، والسجون والمعتقلات، فالنظام بإجراءاته الآثمة ضد العلماء يعمل على نشر وتعميق الفكرة الاسلامية التي ينادون بها، ويعمل على إبرازهم قيادات ناضجة للأمة متدرجين من مدرسة يوسف عليه السلام.

إننا في الوقت الذي نؤكد أن النظام السعودي يتحمل المسئولية عن هذه الجرائم التي يقوم بها ضد الإسلام وعلمائه، إلا أننا لا نستطيع أن نعفي بعض الفئات من المسئولية، وخاصة العلماء وأصحاب النفوذ والجاه القادرين على نصرة هؤلاء المظلومين ببيان ما هم عليه من الحق، الدفاع عنهم، فنصرة المسلم حق له على أخيه المسلم، فكما قال صلى الله عليه وسلم : ( المسلم أخو المسلم لا يظلمه ولا يسلمه ) [صحيح الجامع الصغير]، ( والمسلم أخو المسلم لا يخونه ولا يكذبه ولا يخذله ) [صحيح الجامع الصغير]، ولا يخفى على هؤلاء الوعيد الشديد في حق من خذل مسلمًا في موضع ينتقص فيه منه وتنتهك حرمته.

يقول صلى الله عليه وسلم : ( ما من امرئ يخذل امرءا مسلمًا في موضع ينتقص فيه من عرضه، وينتهك فيه من حرمته، إلا خذله الله تعالى في موطن يحب فيه نصرته، وما من أحد ينصر مسلمًا في موطن ينتقص فيه من عرضه وينتهك فيه من حرمته إلا نصره الله في موطن يحب فيه نصرته ) [صحيح الجامع الصغير].

وكذلك رجال الأمن، فإنهم يستطيعون أن يفعلوا الكثير لنصرة علمائهم ومشايخهم، ورفع الظلم عنهم، وإن لم يستطيعوا القيام بكل الواجب، فلا أقل من أن يمتنعوا عن أن يكونوا يد البطش التي يبطش بها النظام السعودي ويحارب ويعادي أولياء الله الذين قال الله فيهم في الحديث القدسي : ( من عادى لي وليًا فقد آذنته بالحرب ) [رواه البخاري].

ونذكرهم بالوعيد الشديد في حق من يؤذون المؤمنين والمؤمنات، قال تعالى ﴿ والذين يؤذون المؤمنين والمؤمنات بغير ماكتسبوا فقد احتملوا بهتانا وإثمًا مبينًا ﴾.

ولا يغني هنا الاحتجاج بوجوب طاعة ولي الأمر، لأن النظام السعودي ليس ولي أمر شرعًا، لما ارتكبه من نواقض الإسلام، كالحكم بغير ما أنزل الله، ومحاربة الإسلام وأهله، وموالاة الكفر ودوله، وقد فصلنا ذلك وذكرنا أدلته من الكتاب والسنة وأقوال علماء الأمة في بياناتنا السابقة، وخاصة البيان السابع عشر.

وعلى افتراض شرعية هذا النظام فإن من المجمع عليه أنه لا طاعة لمخلوق في معصية الخالق كما قال صلى الله عليه وسلم في الحديث الذي رواه أحمد والحاكم وهو في صحيح الجامع.

كما أن عني المسلمين في بـ?ستان عمومًا والعلماء منهم خصوصًا أن يقوموا بالواجب الشرعي حيال هذه القضية، نصرة المظلومين، وردعًا للظالمين، وعملًا على عدم تكرار مثل هذه الجرائم ضد علماء الأمة الذين هم ورثة الأنبياء عليهم السلام.

هذا ما أردنا بيانه بهذه المناسبة ، والله يقول الحق وهو يهدي السبيل