# EXHIBIT 230
# REDACTED FOR PUBLIC FILING

D916

| EXHIBIT REF.NO. | PRODUCED BY: |
|---|---|
| PSS/115 | DS Street |

**DESCRIPTION:**

Financial papers

**WHERE FOUND:**

Garage
34, Dymoke St.

- This document contains connections to Saudi Arabia for buying the masque for $More than $500,000
- mentioned of SAAD AL Habib who put the money for the masque
- Phone Numbers
- letters

2/12/94

Plaese replay as soon as Posible

Dear Brother SAAD AL Habib

I send you my regard, I got your message but it seems that your mobile is out of order. The mosque is doing well and was in the top in the month of Ramadan and we had two visitors from The Saudi Islamic Affairs

② Mateb Al Sahdan   Telep ▮ 4059   N2940
③ Adel Al Sadhan   Telep ▮ -2849   N3569

الرد عاجل لمحمد

2/12/99

أخي العزيز / سعد الحبيب المحترم
السلام عليكم ورحمة الله وبركاته:
أطيب التحيات والتبريكات نزفها لكم
من جامعة ديفو. لقد سمعت رنا أنك على
الخير، وحاولت الرد والاتصال وباستمرار
ولكن ما أدري هل لينتقال خارج الخدمة
أم ماذا. أنت دائماً على بالي وأرجو
أن تعطيني أرقام أخرى أستطيع الحصول
عليك فيها. الجميع هنا بخير وعافية. المسجد
هنا يعد الثالث بين المساجد من حيث الانضباط
والدروس الأسبوعية. والأول بلا مشاكل.
وقد حصل على المرتبة الأولى بلا شك في شهر
رمضان المبارك. وقد زارنا أخوين من وزارة
الشؤون الإسلامية.. وكانت فائدتهم مسجدنا
وكنت أنسق مع المسئولين عنهم. وأسماؤهم
منصب السديري. هاتف - 4059 ▇▇
عادل السدحان. هاتف - 28 49 ▇▇
أريدك أن تتصل فيهم وتأخذ الفرص من
الخاز. فيه كلام كثير عندي بس الورقة
ما تتحمل. الأمير عمر همان ممكن ينقل صورة واضحة
أيضاً. الأمور تسير على ما يرام وبس يعظكم.

أخوكم
عمر بسم أحمد البدوي