# EXHIBIT 231

| EXHIBIT REF.NO. | PRODUCED BY: |
|---|---|
| PSS/14  1x  Box 9 ③ | DS STREET |

**DESCRIPTION:**

PHOTOGRAPH + CERTIFICATES

**WHERE FOUND:**



# MANA

We creat an amazing life

This certificate recognizes that

## Omar A. Al-Bayoumi

has completed unleash the power within

Dr. Soliman El Ali,
CEO

Date completed: April 10, 1999