# EXHIBIT 232

# The George Washington University

## School of Business and Public Management

certifies that

# Omar Ahmed Al-Bayoumi

is awarded the

# Master's Certificate in Project Management



March 3, 2000
Washington, D.C.

*Susan M. Phillips*

Dean, School of Business
and Public Management

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000000726