# EXHIBIT 234

In anticipation of the perceived imminent threat, and fulfilling the great responsibility laid upon the shoulders of each individual, which is to say the word of truth he/she owes to Allah and to advise the believers during this unstable and volatile crisis, the "IslamToday.net" website prepared a statement aimed at strengthening the cohesion of the home front, in preparation for the challenges facing the nation. The statement was signed by a group of scholars known for their knowledge and their good deeds, far from the independent opinions which would pave the way for the aggression of the enemy and would give the enemy a pretext for achieving its goals. Everything that would destabilize the community and cause disruption among its members, is but a precious gift bestowed upon an enemy who does not respect the ties of kinship or covenant when it comes to Muslims.

May Allah be our witness, we are diligent in seeking the truth, advising this nation in each and every word we included in this statement. We ask Almighty Allah to make our words beneficial, and to make them purely for his sake.

## Home Front Vs. Challenges Nowadays
### (Religious Perspective)

Praised be Allah who has perfected the religion for us, has completed his favor unto us, and has chosen Islam for us as a religion. May Allah bless the best of all prophets, his family, his companions, and everyone who has followed their footsteps gracefully until the day of judgement, and may Allah grant them all great peace.
Moreover,
Nowadays, the nation is faced with an alliance devoted to aggression and injustice, led by the government of the United States of America, supported by the most vehement enemies of mankind in hostility, the Jews and crusaders, conducting their wrongful aggression through selective standards and irrefutable arguments, such as; combating terrorism and dismantling weapons of mass destruction. Muslims live the ordeal of such assault in Palestine, Afghanistan and Iraq. In addition to the horrendous actions in Chechnya, Kashmir, Sudan, and other countries.
This injustice, led by arrogant and tyrant powers, coupling their aggression with injustice, requires all Muslims to unite and mobilize to confront such aggression. Scholars, advisors, and the insightful must summon one another to direct people and urge them to seek the soundest method of defense, a method upon which opinions converge and the nation unites.

April 9, 2021
Exhibit
Abdullah al-Jaithen
0584

> "May Allah be our witness, we are diligent in seeking the truth, advising this nation in each and every word we included in this statement."

The reason behind this statement is the war waged against all parts of the nation, the perceived imminent threat, and fulfilling the great responsibility laid upon the shoulders of each inidividual to say the truth he/she owes to Allah, and in advising the believers during this unstable and volatile crisis. May Allah be our witness, we are diligent in seeking the truth, advising this nation in each and every word we included in this statement. We ask Almighty Allah to make our words beneficial, and to make them purely for his sake.

Therefore, we affirm the following:

**First:** Jihad is the highest honor in Islam, lasting until the day of judgement. There will always be a group of people from Mohammad's nation who shall be triumphant along the path of truth; they shall not be harmed by those who have abandoned them, until they die while still on the mission. Upholding such honor is a prescribed duty upon the nation, as long as it can undertake this duty. "Go forth, light-armed and heavy-armed, and strive with your wealth and your lives in the way of Allah." The reasons for, and the requirements of, Jihad must be fulfilled, and considered by scholars who are firmly rooted in knowledge, far from the independent opinions which would pave the way for the aggression of the enemy, and would give the enemy a pretext to achieve its goals, for everything that would destabilize the community and cause disruption among its groups, is but a precious gift, bestowed upon an enemy who does not respect the ties of kinship or covenant when it comes to Muslims.

**Second:** We call upon governments, especially those in the region, to forcefully reject the unjust American interference under any pretence whatsoever; to accentuate that for any individual or government to cooperate with the American government in its aggression, whether directly or indirectly, is an act recognized as a major sin; and to necessarily take a united cohesive stand, so the American administration would not have any chance to exploit contradictions and disputes.

> "There must be a united cohesive stand, so the American administration would not have any chance to exploit contradictions and disputes."

All of this, while adhering to the holy scripture and the path of the prophet (PBUH), and while maintaining partisanship with believers, disavowing disbelief, and avoiding the path of infidels, pursuant to the command of Almighty Allah: "O ye who believe! Choose not My enemy and your enemy for allies. Do ye give them friendship when they do not believe in that truth which hath come unto you." [Al-Momtahena [60]:1]

**Third:** The necessity for all Muslims to enjoin righteousness and piety; to hold fast to the covenant of Allah; and set aside disunity and disputes, which leads to empowering those lurking in the dark for our nation, and gives the authority to such lurkers to control the fate of people and wealth of

our nation. If consensus is lost and disunity spreads among Muslims, this is a harbinger for major strife. Undoubtedly, the intention to unite in enjoining righteousness and piety requires some virtues, among such are; patience; abandoning haste; avoiding opining to all classes of the nation, by words or deeds that would move the enemy into the lands of the nation, and would give rise to those who await treason from some of its citizens.

> "
> Undoubtedly, the intention to unite in enjoining righteousness and piety requires some virtues, among such are; patience, and abandoning haste.
> "

This would be a justification for the enemy to gain more influence and to further its aggression. AlEzz bin AbdulSalam said in his book Qawaid Al-Ahkam (95) ("Rules of Regulations"): "Any fight with infidels that does not defeat the enemy should be abandoned, because endangering lives is only for the higher interest of honoring the religion and for defeating infidels. If the above is not possible, then such fight must be abandoned, since it would be a waste of lives, satisfaction for infidels, and humiliation for the people of Islam. Hence, such matter would be a pure affliction devoid of anything good."

Therefore, public mobilization should not be for anything that does not fulfill the religious provisions justifying such act. Religious provisions are those derived from Islamic jurisprudence knowledge, religious scholarship, diligence, capability, and the necessity dictated by the best interest. If it is forbidden for commons to opine on a calamaty unless such a person is properly knowledgeable, then such rule should be applied to this situation. Consequently, whoever knows that he/she is not properly knowledgeable should avoid competing with scholars, especially in general matters, and particularily labeling people in regards to faith and religion, by categorizing people as believers, infidels, hypocrates, apostates, or sinners. Accusing others of disbelief is such a slippery slope, and the prophet (PBUH) said, according to the two Sheikhs, in the narration of ibn Omar, may Allah be pleased with them: "If anyone says to his [Muslim] brother, 'You infidel!', one of them must deserve the name. Either the man is as he said, or the claim will return back to him." The hadith indicates the prohibition of accusing each other of disbelief, even to those who are suspected of being infidels, for this reason there was no excuse for such action in the hadith. Then how about those who accuse good and righteous people, Imams, and scholars over a disagreement!

i.e. As long as there is the mere possibility that the person may not be an infidel, it is not permissible for any Muslim to accuse such person of this, because such accusation shall return back to the accuser. Moreover, in an agreed-upon hadith, in the narration of AbiSaeed, regarding the story of the one who said: Be fair oh Mohammad... Omar said: Give me permission to decapitate him. The prophet (PBUH) replied: "He may be a Muslim who prays." This was the habit of the prophet (PBUH), the habit of his four caliphs, all of his companions, and the habit of all who fairly followed in their footsteps. It was also the habit of those who succeeded them, such as the four Imams and their prominent companions. Back in those times, you would not see people being accused of disbelief and no one was preoccupied with this issue. Although, disbelief, hypocrisy and polytheism existed at the time, people used to give the benefit of the doubt to those Muslims who may be suspected of such behavior. "They are those whom Allah had guided, therefore follow their guidance." [Al-Anaam [6]:90]

> "As long as there is the mere possibility that the person may not be an infidel, it is not permissible for any Muslim to accuse such person of this, because such accusation shall return back to the accuser."

Additionally, the calls for lawful bloodshedding, and justifying public deadly targeting, would be a place where all reason is abandoned, and people are led astray. Much of these opinions that occur during times of adversity usually occur through some interpretation which some people think is a proper opinion that is easy on the layman's ears. Shaykh ul-Islam, Ibn Taymiyyah, may Allah have mercy on his soul, has mentioned the evil and adversity resulting from such interpretation, saying that it was used to shed the blood of some believers and some of those protected by them. Some of such atrocities were brought upon some great virtuous people, who were prominent in our nation.

It was properly reported that the prophet (PBUH) said: "Faith prevented assassination. A believer should not assassinate." The hadith was produced by Abu Dawud. It is a fact all Muslim scholars have agreed upon, that disbelief does not necessarily require allowing bloodshed in all cases. On the contrary, lives are saved through covenant, safety, Jizyah [protection fee], reconciliation, and so on. Moreover, it is established by Sunni Imams that condemning someone to death does not necessarily require to actually execute that person when public interest dictates otherwise. Such as when the prophet (PBUH) did not carry through the execution of Abdullah bin Ubay to protect the benefit of Muslims, so people would not say that Mohammad is executing his companions.

> "Times of adversity usually occur through some interpretation which some people think is a proper opinion that is easy on the layman's ears."

Even though we know that such matters are among the clear and obvious matters for knowledgeable scholars, we must reiterate this issue, repeat the advice, warn and inform, because of the course of events, concept confusion, and the instability of the status quo, this is to preserve the inviolability of the nation and its status. Lest a foot shall slip after being firmly planted and Muslims shall taste evil from other Muslims having power over them, not to mention the power of their enemy over them, an enemy who would seize the opportunity to incite Muslims against each other.

**Fourth:** We owe Allah to prohibit forbidden bloodshed under any interpretation. Hence, we emphasize to all Muslims in this country and to whomever enters this country that spreading strife and bloodshed using interpretation is prohibited. Let all know that it is a criminal act for Muslims to be dragged into unbearable confrontations and for the fields of war to be widened, so that safe Muslim lands would become fields of war. Such might have been the target of luring some Muslim countries by America and its allies, so it would become a pretext for more interference and for dividing the region. Thus, we must

> "Remind governments, especially those in the region, of the sanctity of the sons of Islam, particularly those who have, at some point, offered their blood and lives to defend the nation against aggression."

consider consequences and the impact of actions taken, and balance between interests and afflictions. As Shaykh ul-Islam, Ibn Taymiyyah, may Allah have mercy on his soul, once said: "The wise is not one who can tell the difference between good and evil; the wise is one who can tell the better of two goods, and the worse of two evils, knows that Sharia [Islamic law] is based on achieving and improving gains, and obstructing and lessening afflictions. Otherwise, this who does not balance between taking an action and not taking any action, may start neglecting some duties and committing some taboo behaviors, while finding it a sign of piousness." (Fatwa Collection 20/54, 10/514). AlEzz bin AbdulSalam said in his book Qawaid Al-Ahkam (8) ("Rules of Regulations"): "Gains and afflictions of life are known by related necessities, experience, tradition, and considered assumptions. This who wants to recognize gains and afflictions should consider and examine the matter, and then give a judgment accordingly. Except for matters of pure worshiping affairs."

Let it be known that achieving peace is one of the most prominent purposes of prophets. Allah says about prophet Abraham: "And when Abraham said O my Lord! Make this city peaceful and secure and keep me and my sons away from worshipping idols." [Abraham [14]:35], which is clear proof that a stable and secure community is the best environment for spreading and strengthening the call for monotheism.

**Fifth:** We also remind governments, especially those in the region, of the sanctity of the sons of Islam, particularly those who have, at some point, offered their blood and lives to defend the nation against aggression. Therefore, they are not supposed to be targeted for imprisonment, pursuit, torture and harm; or even worse, enabling the enemies of Allah to harm them in anyway whatsoever.

These men have not offered to sacrifice themselves for any reason other than defending and protecting the nation. Thus, their status must be preserved and recognized, their rights honored, and they should not be targeted for any harm, whether physical or moral. This is the duty that should be performed towards every Muslim, let alone the people of diligence, struggle, and those who seek rewards from Allah alone.

**Sixth:** While we are warning ardent young men against rushing into accusations of disbelief; and neglecting the most important matter for Muslims, which is Islam and inviolability; and while we are advising them to be careful not to indulge in all of the above, we are also stressing it for governments, not to nurture an environment for such ideologies to spread, by celebrating evil acts, protecting



> Governments should not nurture an environment for such ideologies to spread, by celebrating evil acts and protecting prohibited acts.

prohibited acts and spreading the reasons for deviance. The spread of evil acts is a radical trend that would create an adverse radical trend, while the community needs to be protected against the manifestation of extremism, dissoluteness, and depravity.

**Seventh:** We also reach out to scholars and believers to advise people for the sake of Allah, his prophet, and his holy scripture, as well as Muslim Imams and Muslim commoners; we ask them to follow in the footsteps of prophets by delivering the message clearly preceded by a declaration of Allah's oneness over people, and to learn about the real situation of the nation and to look ahead. Some young people of the nation may lack awareness, and may suffer delayed intellectual and doctrinal maturity, and we understand that such issue developed due to Islamic scholars not reaching out to those young people. Hence,

young people must be welcomed, be treated with kindness, be guided and advised gently, and be handled with patience when they show eagerness due to their enthusiasm and diligence.

**Eighth:** We invite governments to open the door to a gentle Islamic dialogue, devoid of security concerns, and according to such dialogue, issues may be discussed and processed with brotherly Islamic spirit. Every person who asks a question or raises an issue should not be considered tendentious or prejudiced, we ask that people should not be harmed for mere opinions, as pressure may add fuel to the fire, and burn the bridges of reconciliation and rectification. A person with a cause will not let it go when imprisoned or

harassed. By holding a dialogue and correcting inference, truth shall be discovered, and the strength or weakness of claims shall be realized. This is the rational Islamic approach which we adopt and for which we call.

At the end of this letter, I would like to remind the nation, especially prominent persons, to make judgements using Islamic law, and to prepare through knowledge, hard work, and power. Evil and aggression must be fought with knowledge, proper statements, and hard work. May Allah send his peace and blessings upon prophet Mohammad, his family, and his companions.

SIGNATORIES

Sheikh: Dr. Ibrahim bin Abdullah Al-Dowaish
    Professor of Hadith at School of Education, City of AlRass

Sheikh: Dr. Ibrahim bin Abdullah Al-Lahim
    Professor of Hadith, Imam University

Dr. Ahmad bin Saad bin Hamdan Al-Ghamdi
    Professor of Aqeedah, Postgraduate Studies, Umm AlQura University

Sheikh: Dr. AlSharif Hatem bin Aref Al-Ouni
    Professor of Hadith, Umm Al-Qura University

Sheikh: Dr. Hasan bin Saleh Al-Hameed
    Professor of Tafseer, Imam University, formerly

Sheikh: Dr. AlSharif Hamzah bin Hussein Al-Faar
    Professor of Osool, Umm Al-Qura University

Sheikh: Dr. Khalid bin Saad Al-Khashlan
    Professor of Fiqh, School of Sharia, Riyadh

Sheikh: Dr. Khalid bin Ali Al-Msheqah
    Professor of Fiqh, Imam University

Sheikh: Dr. Saoud bin Abdullah Al-Fnesan
    Head of Sharia School, Riyadh, formerly

Sheikh: Dr. Saad bin Naser Al-Ghamdi
    Professor of Aqeedah, King Khalid University

Sheikh: Dr. Saad bin Naser Al-Ghannam
    Imam and preacher, formerly

Sheikh: Dr. Safar bin AbdulRahman Al-Hawali
    Head of Aqeedah Department, Umm Al-Qura University, formerly

Sheikh: Dr. Salman bin Fahd Al-Ouda
    Moderator, IslamToday.net

Sheikh: Dr. Saleh bin Mohammad Al-Sultan
    Professor of Fiqh, Imam University

Sheikh: Dr. Abdullah bin Ibrahim Al-Traiki
    Professor of Islamic Culture, Imam University

Sheikh: Dr. Abdullah bin Hammoud Al-Twejri
    Head of Sunnah Department, Imam University, formerly

Sheikh: Dr. Abdullah bin Abdullah Al-Zayed
    Dean of the Islamic University, formerly

Sheikh: Dr. Abdullah bin Ali Al-Jaithen
    Professor of Hadith, Imam University, formerly

Sheikh: Dr. Abdullah bin Mohammad Al-Ghnaiman
    Head of Postgraduate Studies Department, the Islamic University, formerly

Sheikh: Dr. Abdullah bin Wakeel Al-Sheikh
    Professor of Hadith, Imam University

Sheikh: Dr. AbdulRahman bin Zaid Al-Znaidy
    Professor of Islamic Culture, Imam University

Sheikh: Dr. AbdulRahman bin Alloush Al-Madkhaly
    Professor of Hadith, School of Education, Jizan

Sheikh: Dr. AbdulAziz bin Ibrahim Al-Shahwan
    Professor of Aqeedah, Imam University

Sheikh: Dr. AbdulWahab bin Naser Al-Trairy
    Research Moderator, IslamToday.net

Sheikh: Dr. AbdulMohsen bin AbdulRahman Al-Qadi
    Professor at Research Institute

Sheikh: Dr. Ali bin Hasan Osairy
    Professor of Aqeedah, King Khalid University

Sheikh: Dr. Ali bin Saad Al-Dwaihy
    Head of Sharia School, AlAhsa

Sheikh: Dr. Ali bin Abdullah Al-Jumaah
    Head of Sunnah Department, Imam University, AlQassim Campus

Sheikh: Dr. Awad bin Mohammad Al-Qarni
    Professor of Ossol Al-Fiqh, Imam University, formerly

Sheikh: Dr. Omar bin Abdullah Al-Moqbel
    Professor of Hadith, Imam Muhammad ibn Saud Islamic University
Sheikh: Dr. Mohammad bin Saeed Al-Qahtani
    Professor of Aqeedah, Umm Al-Qura University, formerly

Sheikh: Mohammad bin Saleh Al-Dhaim
    Judge at Al-Laith Court

Sheikh: Dr. Mohammad bin Abdullah AlKhudair
    Professor of Hadith, Imam University

Sheikh: Dr. Mahdy bin Rashad Al-Hikamy
    Professor of Hadith, King Khalid University

Sheikh: Dr. Walid bin Othman Al-Rashoudi
    Professor of Islamic Studies, School of Education, Riyadh

| | |
|---|---|
| ما بعد العراق | البشير للأخبار |
| بيانات | محاور إعلامية |
| الفتاوى | مقالات |
| هاتف الفتاوى | قلم المشرف |
| الاستشارات | بيت الأسرة |
| نتائج المسابقة الكبرى | المسلمون حول العالم |
| نشرة الإسلام اليوم | ثقافة ونقد وإبداع |
| البث الحي | الملتقى الإداري |
| منتدى الإسلام اليوم | بحوث ودراسات |
| المرتل الإلكتروني | طب وصحة |
| استطلاع للرأي | صوتيات |
| | دروس علمية |
| | إلى الإسلام |

نشر الدين الإسلامي في الغرب مسؤولية مشتركة يتحملها بنسبة كبرى
- العلماء والدعاة
- الجهات الحكومية الرسمية
- الأفراد العاديون

صوّت
انظر النتائج
الاستطلاعات السابقة

القائمة البريدية
- اشتراك
- الغاء اشتراك

أرسل

## الجبهة الداخلية أمام التحديات المعاصرة
### ( رؤية شرعية )

الحمد لله الذي أكمل لنا الدين، وأتم علينا النعمة ، ورضي لنا الإسلام ديناً ، وصلى الله على سيد المرسلين وآله وصحبه ومن تبعهم بإحسان إلى يوم الدين وسلم تسليماً كثيراً .
أما بعد :

فإن الأمة اليوم تواجه تحالفاً على العدوان والبغي تقوده حكومة الولايات المتحدة الأمريكية، ويظاهرها فيه أشد الناس عداوة من اليهود والصليبيين، وتمارس عدوانها الظالم بمعايير انتقائية، وحجج داحضة، كمكافحة الإرهاب، ونزع أسلحة الدمار الشامل، ويعيش المسلمون محنة هذا الاعتداء في فلسطين والأفغان والعراق إضافة إلى مصائبهم الأخرى في الشيشان وكشمير والسودان وغيرها.

إن هذا البغي الذي تقوده قوى متكبرة، طاغية بقوتها، باغية بعدوانها يوجب على المسلمين جميعاً التحالف ضد هذا العدوان والاستنفار لمواجهته. وأن يتنادى أهل العلم والرأي والبصيرة لتوجيه الناس وتحريضهم على أقوم السبل للمدافعة التي تأتلف عليها الآراء وتجتمع بها الكلمة.

شعوراً بالخطر المحدق، وقياماً بالمسؤولية الكبيرة على كل فرد منا في أن يقول حقاً يدين الله به، وينصح لعباده في مثل هذه الأزمة المضطربة المتقلبة، فقد قام "موقع الإسلام اليوم" بإعداد بيان هدفه تعزيز تماسك الجبهة الداخلية استعداداً لمواجهة التحديات التي تتعرض لها الأمة، وقد وقع عليها جمع من أهل العلم المعروفين بعلمهم وسابقتهم في الخير، بعيداً عن الاجتهادات الخاصة التي قد تمهد للعدو عدوانه، وتعطيه الذريعة لتحقيق مآربه، فإن كل ما يزعزع المجتمع ويحدث الخلل في الصف هو هدية ثمينة تقدم إلى عدو لا يرقب في المسلمين إلاً ولا ذمة.

ويعلم الله أننا مجتهدون في تحري الحق، ناصحون لهذه الأمة في كل كلمة قلناها في هذا البيان، ونسأله ـجل وعزـ أن ينفع بها، وأن يجعلها خالصة لوجهه الكريم.

إن الحامل على كتابة هذه الأحرف وتسطيرها ما نراه من الحرب على فئات الأمة كلها، والإحساس بالخطر المحدق، واستشعار المسؤولية الكبيرة على كل فرد منا في أن يقول حقاً يدين الله به، وينصح لعباده في مثل هذه الأزمة المضطربة المتقلبة، ويعلم الله أننا مجتهدون في تحري الحق، ناصحون لهذه الأمة في كل كلمة قلناها في هذا البيان، ونسأله ـجل وعزـ أن ينفع بها، وأن يجعلها خالصة لوجهه الكريم.

ولذا فإننا نؤكد على ما يلي:

☐ أولاً: أن الجهاد هو ذروة سنام الإسلام، ماضٍ إلى قيام الساعة، ولا تزال طائفة من أمة محمد ـصلى الله عليه وسلم- ظاهرين على الحق لا يضرهم من خذلهم حتى يأتي أمر الله وهم على ذلك، وأن إقامته واجبة على الأمة ما استطاعت إلى ذلك سبيلاً "انفروا خفافاً وثقالاً وجاهدوا بأموالكم وأنفسكم في سبيل الله"، على أنه لا بد من استيفاء أسبابه وتحقيق شروطه، وأن يتم النظر فيه من قبل أهل الرسوخ في العلم، بعيداً عن الاجتهادات الخاصة التي قد تمهد للعدو عدوانه، وتعطيه الذريعة لتحقيق مآربه، فإن كل ما يزعزع المجتمع ويحدث الخلل في الصف هو هدية ثمينة تقدم إلى عدو لا يرقب في المسلمين إلاً ولا ذمة.

☐ ثانياً: ندعو الحكومات بعامة وحكومات المنطقة بخاصة إلى رفض التدخل الأمريكي الغاشم تحت أي غطاء كان، وبكل قوة، والتأكيد على أن من أكبر الكبائر على الأفراد والحكومات التعاون مع الحكومة الأمريكية في عدوانها بطريقة مباشرة أو غير مباشرة، وأنه لا بد من موقف موحد متماسك حتى لا تتاح للإدارة الأمريكية الفرصة للعب على التناقضات والمنازعات،

مع التمسك بالكتاب وهدي الرسول ـصلى الله عليه وسلم- وموالاة المؤمنين والبراءة من الكفر ومجانبة سَنَن الكفار عملاً بقوله ـعز وجل-:"يَا أَيُّهَا الَّذِينَ آمَنُوا لا تَتَّخِذُوا عَدُوِّي وَعَدُوَّكُمْ أَوْلِيَاءَ تُلْقُونَ إِلَيْهِمْ بِالْمَوَدَّةِ وَقَدْ كَفَرُوا بِمَا جَاءَكُمْ مِنَ الْحَقِّ"[الممتحنة:1]

☐ ثالثاً: لزوم التواصي بين سائر المسلمين بالبر والتقوى والتمسك بحبل الله والبعد عن التفرق والاختلاف الذي يقع به تمكين المتربصين بالأمة وتسليطهم على شعوبها وخيراتها ، فإنه إذا انفك حبل الاجتماع وشاع الافتراق بين المسلمين فهذا نذير فتنة عامة. ولا شك أن قصد الاجتماع على البر والتقوى يوجب مقامات من أهمها الصبر وترك العجلة ، وتجنب الافتيات على خاصة الأمة وعامتها بقول أو فعل يحرك عدوها إلى ميادينها العامة، ويسلط عليها من ينتظر من بعض أبنائها صناعة



المسوّغ لمزيد من بسط نفوذه وتعديه، وقد ذكر العز بن عبد السلام في قواعد الأحكام (95):"أن أي قتال للكفار لا يتحقق به نكاية بالعدو فإنه يجب تركه؛ لأن المخاطرة بالنفوس إنما جازت لما فيها من مصلحة إعزاز الدين، والنكاية بالمشركين، فإذا لم يحصل ذلك وجب ترك القتال لما فيه من فوات النفوس وشفاء صدور الكفار وإرغام أهل الإسلام، وبذا صار مفسدة محضة ليس في طيها مصلحة".

ولذا فإن القيام العام لا يحق إلا لمن اجتمعت فيه الأحكام الشرعية المسوّغة لذلك من العلم والإمامة في الدين والاجتهاد والقدرة وتعيّن المصلحة واقتضائها، وإذا كان متحققاً تحريم القول في مسألة من النوازل إلا لمن تحقق له الاجتهاد المناسب لها فهذا الباب أولى، ولذا فإن على من علم من حاله عدم التمكن من هذا الباب أن يبتعد عن الافتيات على أهل العلم ولا سيما في المسائل العامة، وأخص ذلك القول في أسماء الإيمان والدين، من الحكم بالإسلام أو الكفر أو النفاق أو الردة أو الفسق فإن التكفير مزلق خطير، وقد قال ـصلى الله عليه وسلم- فيما رواه الشيخان عن ابن عمر ـرضي الله عنهما-:"أيما امرئ قال لأخيه يا كافر؛ فقد باء بها أحدهما، إن كان كما قال وإلا رجعت عليه". والحديث يدل على منع إطلاق التكفير، حتى لمن يشتبه حاله أنه كذلك، ولهذا لم يعذره في الحديث، فكيف بمن يكفّر الأخيار والصالحين والأئمة والعلماء لمجرد المخالفة!!

والمعنى: ما دام ثمت مجرد احتمال ألا يكون الموصوف كافراً؛ فلا يحل لمسلم أن يطلق عليه هذا؛ لأنه يرجع عليه، وفي المتفق عليه ـأيضاً- عن أبي سعيد، في قصة الذي قال: اعدل يا محمد... فقال عمر: إئذن لي فأضرب عنقه؟ فقال النبي ـصلى الله عليه وسلم-:"لعله أن يكون يصلي". وهذه سيرته ـصلى الله عليه وسلم-، وسيرة خلفائه الأربعة، وأصحابه جميعاً، وسير تابعيهم بإحسان، ومن بعدهم كالأئمة الأربعة وكبار أصحابهم، فلا ترى فيها ملاحقة للناس بالتكفير، ولا اشتغالاً بها، مع وجود الكفر والشرك والنفاق في زمانهم، بل كانوا يتأولون لمن وقع في شيء من ذلك من أهل الإسلام ما وسعهم التأويل "أُولَئِكَ الَّذِينَ هَدَى اللَّهُ فَبِهُدَاهُمُ اقْتَدِهْ" [الأنعام:90].

هذا فضلاً عن القول في حل الدماء، فضلاً عن تسويغ الفتك العام، فهذا مقام ضلت فيه أفهام، وزلت أقدام، ولا سيما أن كثيراً مما يقع منه زمن الفتنة يقع بنوع من التأويل الذي يظنه بعض الناس اجتهاداً مناسباً لإذن الشارع، وقد ذكر شيخ الإسلام ابن تيمية رحمه الله ما حصل بمثل هذا التأويل من الشر والفتن وأنه سفك به دماء قوم من المؤمنين وأهل العهد، وقدر من ذلك وقع لقوم من الفضلاء الكبار من صدر هذه الأمة. وصح عن رسول الله ـصلى الله عليه وسلم- أنه قال:"الإيمان قيد الفتك، لا يفتك مؤمن" أخرجه أبو داود، ومعلوم عند سائر فقهاء المسلمين أن الكفر لا يوجب هدر الدم في كل الأحوال بل يعصم الدم بالعهد والأمان والجزية والصلح وغير ذلك، بل من المقرر عند أئمة السنة أن حل الدم لا يوجب لزوم سفكه إذا اقتضت المصلحة العامة عدم ذلك كما ترك الرسول صلى الله عليه وسلم قتل عبد الله بن أبي لمصلحة عامة المسلمين حتى لا يتحدث الناس أن محمداً يقتل أصحابه.

> ما دام ثمت مجرد احتمال ألا يكون الموصوف كافراً؛ فلا يحل لمسلم أن يطلق عليه هذا؛ لأنه يرجع عليه

ونحن وإن كنا نعلم أن هذا كله من الأمور الواضحة الجلية عند أهل العلم، إلا أن مجريات الأحداث، وتداخل الأفكار، واضطراب الحال يوجب تأكيد هذا الأمر وتكرار النصح، والتحذير والبلاغ حفظاً لعصمة الأمة وشأنها، ولئلا تنزل قدم بعد ثبوتها ويذوق أهل الإسلام السوء من تسلط بعضهم على بعض فضلاً عن تسلط عدوهم عليهم، واغتنامه الفرصة بتحريض المسلم على أخيه.

> إن كثيراً مما يقع زمن الفتنة يقع بنوع من التأويل الذي يظنه بعض الناس اجتهاداً مناسباً لإذن الشارع

رابعاً: مما ندين الله به تحريم سفك الدماء المحرمة تحت أي تأويل فنؤكد على كافة المسلمين من أهل هذا البلد أو من دخله أنه يحرم نشر الفتنة وسفك الدم بالتأويل، وأن يعلم أن من الجناية على المسلمين جرهم إلى مواجهات ليسوا مؤهلين لتحملها، وتوسيع رقعة الحرب بحيث تصبح بلاد المسلمين الآمنة ميداناً لها، وأن هذا ربما كان هدفاً تستدرج إليه أمريكا وحلفاؤها البعض حتى يصبح ذريعة لتدخل أكبر وتقسيم للمنطقة، ولذا فلا بد من تدبر عواقب الأمور ونتائج الأعمال وآثارها، والموازنة بين المصالح والمفاسد كما قال شيخ الإسلام ابن تيمية ـرحمه الله-:"ليس العاقل الذي يعلم الخير من الشر، وإنما العاقل الذي يعلم خير الخيرين وشر الشرين، ويعلم أن الشريعة مبناها على تحصيل المصالح وتكميلها، وتعطيل المفاسد وتقليلها، وإلا فمن لم يوازن ما في الفعل والترك فقد يدع واجبات ويفعل محرمات ويرى ذلك من الورع" (مجموع الفتاوى 20/54 ، 10/514). وذكر العز بن عبدالسلام في قواعد الأحكام (8):"أن مصالح الدنيا ومفاسدها تعرف بالضرورة والتجربة والعادة والظن المعتبر، وأن من أراد أن يعرف المصلحة والمفسدة فليعرض ذلك على عقله ثم يبني عليه الحكم، ولا يخرج عن ذلك إلا ما كان من باب التعبد المحض".

> نذكر الحكومات وخاصة دول المنطقة بحرمة أبناء الإسلام وخاصة من جادوا بدمائهم وأرواحهم في مدافعة العدوان على الأمة في يوم من الأيام

وليعلم أن تحقيق الأمن من أخص مقاصد المرسلين وفي قول الله عن الخليل : ( وَإِذْ قَالَ إِبْرَاهِيمُ رَبِّ اجْعَلْ هَذَا الْبَلَدَ آمِنًا وَاجْنُبْنِي وَبَنِيَّ أَنْ نَعْبُدَ الْأَصْنَامَ ) [إبراهيم:35] دليل ظاهر على أن المجتمع المستقر الآمن هو الميدان الفاضل لانتشار دعوة التوحيد ورسوخها.

خامساً: كما نذكر الحكومات وخاصة دول المنطقة بحرمة أبناء الإسلام وخاصة من جادوا بدمائهم وأرواحهم في مدافعة العدوان على الأمة في يوم من الأيام. ولذا فلا يصح أن يكونوا مستهدفين بالسجن والمطاردة أو التعذيب والإيذاء وأعظم من ذلك تمكين أعداء الله من أن يطالوهم بأي نوع من أنواع الأذى.
إن هؤلاء الشباب ما جادوا بأنفسهم ودمائهم إلا اجتهاداً في الذود عن الأمة والدفع عنها ولذا فلابد أن تحفظ لهم مكانتهم وتعرف لهم سابقتهم وتصان حقوقهم وألا يستهدفوا بأي نوع من أنواع الأذى الحسي أو المعنوي، وهذا هو الواجب تجاه كل مسلم فضلاً عن أهل الاجتهاد والمجاهدة والاحتساب.

سادساً: في الوقت الذي نحذر الشباب الغيورين من الاندفاع في قضايا التكفير، وتجاوز الأصل في

حال المسلمين وهو الإسلام والعصمة، والحذر من التساهل في ذلك فإننا نؤكد في الوقت ذاته على الحكومات ألا تكون سبباً في تكوين المناخ المناسب لنمو هذه الأفكار وذلك بإعلان المنكرات، وحماية المحرمات، وإشاعة أسباب الانحراف، فإن إشاعة المنكر تطرف يدفع إلى تطرف مضاد، والمجتمع بحاجة إلى حمايته من مظاهر الغلو ومن مظاهر التسيب والانحلال.

> على الحكومات ألا تكون سبباً في تكوين المناخ المناسب لنمو هذه الأفكار وذلك بإعلان المنكرات، وحماية المحرمات

سابعاً: والكلام موصول للذين أوتوا العلم والإيمان أن يبذلوا النصح لله ولرسوله ولكتابه ولأئمة المسلمين وعامتهم، وأن يقتفوا آثار المرسلين بالبلاغ المبين المسبوق بالشهادة على العالمين، ومعرفة واقع الأمة واستشراف مستقبلها، ونحن ندرك أن ما يقع فيه فئام من شباب الأمة من نقص في الوعي وتأخر في النضوج الفكري والفقهي فلبعض العلماء إسهام في ذلك بعدم تواصلهم معهم، ولذا فلا

بد من استقبال الشباب وخفض الجناح لهم، والرفق في توجيههم ونصحهم، والصبر على ما يبدر منهم مما دافعه الغيرة والاجتهاد. إننا

ثامناً: ندعو الحكومات إلى فتح باب الحوار العلمي الهادئ، المعزول عن المخاوف الأمنية، والذي بموجبه يمكن طرح الموضوعات ومعالجتها بالروح الشرعية الأخوية، وليس كل من يطرح تساؤلاً، أو يثير إشكالاً مغرضاً أو صاحب هوى، وندعو إلى عدم أخذ الناس بمجرد الرأي المحض، فإن الضغط قد يزيد النار اشتعالاً، ويقطع طريق الإصلاح والتدارك، وصاحب القناعة لا يزول عن قناعته بالسجن أو التضييق، ولكن بالمحاورة وتصحيح الاستدلال تنكشف الحقائق، ويتبين قوة القول أو ضعفه، وهذا هو المنهج العلمي الشرعي الذي نتبناه وندعو إليه.

وفي ختم هذه الرسالة نذكر الأمة ولاسيما خاصتها بتحكيم الشريعة والإعداد بالعلم والعمل والقوة، وأن الشر والعدوان لابد لدفعه من الجهاد بالعلم والقول والعمل وصلى الله على نبينا محمد وآله وصحبه وسلم.

| | |
|---|---|
| الشيخ: د. إبراهيم بن عبد الله الدويش | أستاذ الحديث بكلية المعلمين بالرس. |
| الشيخ: د. إبراهيم بن عبد الله اللاحم | أستاذ الحديث بجامعة الإمام. |
| أ.د. أحمد بن سعد حمدان الغامدي | أستاذ العقيدة بالدراسات العليا بجامعة أم القرى. |
| الشيخ: د. الشريف حاتم بن عارف العوني | أستاذ الحديث بجامعة أم القرى. |
| الشيخ: د. حسن بن صالح الحميد | أستاذ التفسير بجامعة الإمام سابقا. |
| الشيخ: د. الشريف حمزة بن حسين الفعر | أستاذ الأصول بجامعة أم القرى. |
| الشيخ: د. خالد بن سعد الخشلان | أستاذ الفقه بكلية الشريعة بالرياض. |
| الشيخ: د. خالد بن علي المشيقح | أستاذ الفقه بجامعة الإمام. |
| الشيخ: أ.د. سعود بن عبد الله الفنيسان | عميد كلية الشريعة بالرياض سابقاً. |
| الشيخ: د. سعيد بن ناصر الغامدي | أستاذ العقيدة بجامعة الملك خالد. |
| الشيخ: سعد بن ناصر الغنام | إمام وخطيب سابق. |
| الشيخ: د. سفر بن عبد الرحمن الحوالي | رئيس قسم العقيدة بجامعة أم القرى سابقاً. |

| | | |
|---|---|---|
| ☐ | الشيخ: سلمان بن فهد العودة | المشرف العام على موقع الإسلام اليوم. |
| ☐ | الشيخ: أ.د. صالح بن محمد السلطان | أستاذ الفقه بجامعة الإمام. |
| ☐ | الشيخ: أ.د. عبد الله بن إبراهيم الطريقي | أستاذ الثقافة الإسلامية بجامعة الإمام. |
| ☐ | الشيخ: د. عبد الله بن حمود التويجري | رئيس قسم السنة بجامعة الإمام سابقاً. |
| ☐ | الشيخ: أ.د. عبد الله بن عبدالله الزايد | مدير الجامعة الإسلامية سابقاً. |
| ☐ | الشيخ: د. عبدالله بن علي الجعيثن | أستاذ الحديث في جامعة الإمام سابقاً. |
| ☐ | الشيخ: أ.د. عبدالله بن محمد الغنيمان | رئيس قسم الدراسات العليا بالجامعة الإسلامية سابقا. |
| ☐ | الشيخ: د. عبد الله بن وكيل الشيخ | أستاذ الحديث بجامعة الإمام. |
| ☐ | الشيخ: أ. د. عبد الرحمن بن زيد الزنيدي | أستاذ الثقافة الإسلامية بجامعة الإمام. |
| ☐ | الشيخ: د. عبد الرحمن بن علوش المدخلي | أستاذ الحديث بكلية المعلمين بجيزان. |
| ☐ | الشيخ: أ. د. عبد العزيز بن إبراهيم الشهوان | أستاذ العقيدة بجامعة الإمام. |
| ☐ | الشيخ: د. عبد الوهاب بن ناصر الطريري | المشرف العلمي على موقع الإسلام اليوم. |
| ☐ | الشيخ: عبدالمحسن بن عبدالرحمن القاضي | أستاذ في المعهد العلمي. |
| ☐ | الشيخ: د. علي بن حسن عسيري | أستاذ العقيدة بجامعة الملك خالد. |
| ☐ | الشيخ: د. علي بن سعد الضويحي | عميد كلية الشريعة بالأحساء. |
| ☐ | الشيخ: أ.د. علي بن عبد الله الجمعة | رئيس قسم السنة بجامعة الإمام فرع القصيم. |
| ☐ | الشيخ: د. عوض بن محمد القرني | أستاذ أصول الفقه بجامعة الإمام سابقاً. |
| ☐ | الشيخ: عمر بن عبدالله المقبل | أستاذ الحديث بجامعة الإمام محمد بن سعود . |
| ☐ | الشيخ : د. محمد بن سعيد القحطاني | أستاذ العقيدة بجامعة أم القرى سابقاً. |
| ☐ | الشيخ: محمد بن صالح الدحيم | القاضي بمحكمة الليث. |
| ☐ | الشيخ: د. محمد بن عبدالله الخضير | أستاذ الحديث بجامعة الإمام . |
| ☐ | الشيخ: د. مهدي بن رشاد الحكمي | أستاذ الحديث بجامعة الملك خالد. |
| ☐ | الشيخ: د. وليد بن عثمان الرشودي | أستاذ الدراسات الإسلامية بكلية المعلمين بالرياض. |

www.Islamtoday.net - All rights reserved © 2001-2003    موقع الإسلام اليوم - جميع- الحقوق محفوظة © 2001-2003



**GLOBAL LINK LANGUAGE SERVICES, INC**
**YOUR LINK TO THE WORLD**
71 Commercial Street, #218
Boston, MA 02109
(617) 451-6655 Telephone
(617) 451-6644 Facsimile
www.languagetranslate.com
info@languagetranslate.com

**CERTIFICATION**

Date: May 31, 2019

We hereby certify and confirm that the attached documents are a true and accurate **English translation** of the **Arabic documents** presented to us, and have been translated to the best of our professional ability.

MWLIIRO 22497
5 KSA-Numbers
Islam Today web article
KSA 6903

Sincerely,

Anthony Federico
Global Link Language Services, Inc.

Notary Public

My commission expires on: 02/28/20