# EXHIBIT 235
## PART 2 OF 2



"MAD DOGS AND ENGLISHMEN..."



After the invasion of Afghanistan in 2001, I took one of my pictures to a meeting of Artists Against the War. It was decided to produce it as a postcard.

A large format print was made of the image, which I attached to a placard and carried together with the cards on the first anti-war demonstration of 2002. The response was a real surprise, with demonstrators queueing to buy the card. The success spurred me on to do another card called "Mad Dogs and Englishmen..."

On the next anti-war demo, other members of the artists' group helped me sell the cards. That morning I had left home with 1,500 cards. By the time the huge demonstration passed, they were all gone and we had raised £500 for the group. And so the process was repeated for each demonstration. As the struggle to stop the war in Iraq unfolded, so I produced new images.

The most memorable moment for me came at the end of one of the demonstrations. While walking back to my car, "Mad Dogs" held aloft, I passed through a group of young Muslims who had finished marching and were waiting to board their coach home. Some started pointing out the picture to their friends and laughing. Then spontaneously, they all broke into applause. Now that's connecting with your audience!

Leon Kuhn





**GEORGE W BUSH**
aka "Dubya"
President of the United States
"This is still a dangerous world. It's a world of madmen and uncertainty, and potential mental losses."



**TONY BLAIR**
aka "Bomber Blair"
British prime minister
"It's worse than you think. I really do believe in it"
—on the neo-liberal project of New Labour.



**DANIEL P BURNHAM**
CEO Raytheon
Raytheon is a leading US arms dealer. 80% of US arms sales to the developing world go to non-democratic regimes.



**ARIEL SHARON**
Prime minister of Israel
"His name is synonymous with butchery, with bloated corpses and disembowelled women and dead babies, with rape and pillage and murder"
—journalist Robert Fisk on Sharon.



REGIME CHANGE BEGINS AT HOME



**RILEY BECHTEL**
CEO Bechtel
Bechtel US federal election campaign contributions—$1,297,465 (59% Republican, 41% Democrat). Bechtel won a $680million construction contract in post-war Iraq.



**RUPERT MURDOCH**
CEO News Corp
"The greatest thing to come out of this for the world economy, if you could just put it that way, would be $20 a barrel for oil. That's bigger than any tax cut in any country."
—Murdoch on the spoils of war.



**CLARE SHORT**
Former international development secretary
"I will not uphold a breach of international law or this undermining of the UN, and I will resign from government."
"Actually, no, I won't."
"OK, yes, I will."



**DONALD RUMSFELD**
US Secretary of Defense
"It has nothing to do with oil, literally nothing to do with oil."
But then again…
"In wartime, truth is so precious that she should always be attended by a bodyguard of lies"
(quoting Churchill).









YOUR COUNTRY NEEDS YOU

## Letter To Mr Blair, 10 November 2004

Dear Mr Blair,

We present ourselves here today to pay our respects and remember the courageous soldiers who have made the ultimate sacrifice in the service of their country in Iraq. Also to voice our support to the brave personnel currently involved in operations in Iraq who are dedicated to doing their duty. We feel that the most effective way of showing our support is to influence a prompt, safe return with the dignity and respect they so rightly deserve.

When enlisting, service men and women sign an "Oath of Allegiance" to Her Majesty's Government. All these people ask in return is that their government act in an honourable, truthful and responsible manner and only deploy troops into the theatre of war to risk their lives when absolutely necessary when all avenues of diplomacy have been exhausted. To deploy these troops based on deceit of WMD is totally morally unacceptable. The blame lies firmly at your doorstep. This was a contrived war, a war of option not necessity.

Where is the accountability, Mr Blair, for the 74 British servicemen killed, several injured and over 100,000 innocent Iraqi victims, men, women and children dead? Where is the apology you said you can give? You have not said sorry to one single family.

How, Mr Blair, can you walk through all this human carnage with impunity? We now form part of a campaign with the support of many MPs dedicated to bringing you to account. We will not go away! The possibilities and feasibility of "impeachment" are currently being explored.

The document "A Case to Answer" has been presented to you with 28 specific questions, and in your arrogance you have not afforded the common courtesy of a response or acknowledgement.

As Iraq contains the second largest oil reserves in the world and could not fulfil its oil production potential due to crippling sanctions it was viewed as an easy target for Western interests to plunder its mineral wealth. It would appear multi-million dollar contracts were already being negotiated before the war to extract oil and rebuild infrastructure.

Please remember, Mr Blair: no capability of a 45-minute deployment of WMD, no stockpiles of WMD, no WMD programmes, no links with Al Qaida and no links with 9/11. Without the above how could Iraq form part of the so-called "axis of evil"? What therefore was Iraq's crime to warrant an illegal invasion without United Nations support? If you are so keen on enforcing democracy, Mr Blair, why do you not enforce it on strong countries capable of "biting back", not one that has been weakened by years of sanctions?

You have now changed the rhetoric for your remit for war from WMD to regime change. Kofi Annan, UN secretary-general, states that this is illegal. Thus you are forcing our troops to engage in an illegal conflict against Iraq that you and Mr Bush presumed to be a soft target. The resulting chaos and atrocities are now played out for all to see daily on our television screens. The world is now undeniably a more dangerous place.

Stop the war, bring the troops home and hand responsibility over to the United Nations. At least Kofi Annan still retains some integrity and has a proven unbiased diplomatic record.



Why, Mr Blair, as the deceased are being repatriated do you find it necessary to continue this unhealthy liaison with Mr Bush? Is it to receive a pat on the back for moving the Black Watch into the Triangle of Death so as to be seen to have supported Mr Bush's re-election campaign?

On a closing note, Geoff Hoon addressed the House and stated the risks moving the Black Watch were acceptable. Yet within days we have five killed and several seriously injured. How is this justifiable?

Well, Mr Blair, you have been true to your word on one point. You are getting some of the Black Watch home for Christmas — tragically injured, maimed and others in body bags.

Morally unacceptable conduct of a British prime minister in the 21st century!

From Military Families Against the War
Rose Gentle
Reg Keys
Caroline Harrison
Selma Zappala
Dante Zappala
Christine Robinson
Leslie Robinson
Theresa Evans
Robbie Buckland
James Buchanan



Welcome to history.
If Tony Blair tells Britain to go to war,

don't go
don't go to work
don't go to school
don't go to the movies
don't go to college
don't go to your regiment
don't go to your ship
don't go to your air base

go into the streets
take over the streets
and bring Britain to a full stop

don't go
don't go to war

*Adrian Mitchell, read at Hyde Park, February 15 2003. Latest collection* **The Shadow Knows: Poems 2000-2004** *(Bloodaxe Books, 2004).*

That was the February when we could see that the reason why was not the reason why. The terrible man had been at his most terrible when they had been helping him. They said he was terrible because he took no notice when the world voted against him. So they took no notice when the world voted against them. This isn't terrible they said. Then they did terrible things and took his country. This isn't terrible, they said. Waves and waves of us knew this before it happened; we had filled streets and parks and squares all over the world. Our coalition. They rang the newsmen. Ignore it to death they said. But we walked on, and we walked on, strangers were friends.

When they do these things, the numbers are un-counted, they flush out, mop up, but no numbers. It was worth it, they say. Believe us, it was worth it. And because they're clever, they always know it was worth it without doing the counting.

*Mike Rosen, from* **In The Colonie** *(Penguin, 2005).*










Case 1:03-md-01570-GBD-SN    Document 10191-66    Filed 07/31/24    Page 11 of 13



I started thinking about designing a protest poster when it was obvious that Bush was getting ready to attack Iraq and it looked as though Blair was secretly planning to take this country in too. I was so dismayed at the prospect that it galvanised me into protesting in the only effective way I could – as an artist. Posters are only as good as their subjects – here was a disaster that at that point looked as if it might be averted. Danger and outrage make good prods.

I think that the best protest posters are the ones that people design for themselves, because individually they have a wonderful energy and conviction about them. But passion isn't always enough. I'd just seen in the paper a photograph of a demonstration with thousands of people carrying placards and banners. While the whole scene had a marvellous vitality about it, it also looked a muddle, and many of the slogans were too small to read. I felt that if the Stop the War Coalition were going to print a lot of their own posters, it would be worth making them as powerful as possible. My first design was extremely simple – a big NO, the two letters filling the whole space. I stuck a lot of reduced copies of it all over the press photo of the march so that it made a sea of NOs that you could read half a mile off, and sent it to John Rees at the Stop the War Coalition. That's probably what persuaded the Coalition to use it – it's certainly what the historic 15 February march looked like.

After that I designed all the Coalition's posters announcing future demonstrations and other events, as well as the placards that people carried on the marches. "Bliar" was the next simplest of these. After I'd had the idea of simply transposing the "a" and the "i", I kept the design pinned up on my studio wall for months until an occasion for using it cropped up. The announcement posters often used only the three big numbers giving the date of the event – 19.3 for instance – in the numerical shorthand we'd all grown accustomed to since 9/11. To give them more force, all the designs also used splashes of blood. These were made with watercolour dropped onto handmade paper from about six feet high. It took a lot of splashes to get a good one. This consistent use of type and blood has sometimes been called a brand, but I don't have much truck with branding – these were simply a succession of designs created one by one as they were needed, which was often at the last minute.

There's a certain contrast between these quite aggressive poster designs and the watercolours and prints of landscapes and buildings that some people know better. But I've always been interested in ideas as well as appearances, and I haven't found these two ways of working to be mutually exclusive. I've always enjoyed working in different media: wood engravings for the Eleanor Cross mural in the tube at Charing Cross, watercolour for **David Gentleman's Britain** and my other books about places. Designing stamps had taught me about concentration and simplicity. The many posters I'd designed for the National Trust taught me about combining type and images, some of them drawn, others photographed, the type sometimes distorted photographically. That was 30 years ago – it would be digitally done now. I'd also used some of these techniques 18 years ago in **A Special Relationship** (Faber, 1987), a book of quite savage satirical images about Britain's involvement with the United States. Some of the graphic techniques I used 18 years ago have dated in the interval but the ideas, and the underlying situation, haven't.

**David Gentleman** (pictured right with Lindsey German and George Galloway)

On Halloween cast a spell on Bush and Blair
DON'T ATTACK IRAQ
DAY OF ACTION
THURSDAY 31 OCTOBER
Protest during the day
● at work ● at college
Protest in the evening
Outside parliament
5.30pm, Parliament Square
(Westminster tube)
Stop the War Coalition
www.stopwar.org.uk ● 020 7053 2155/6

DEMONSTRATE SAT 28 SEPTEMBER
DON'T ATTACK IRAQ
Stop the War Coalition
www.stopwar.org.uk ● 020 7053 2155/6
ASSEMBLE 12.30PM
EMBANKMENT, LONDON
MARCH TO HYDE PARK
●CALLED BY STOP THE WAR COALITION AND MUSLIM ASSOCIATION OF BRITAIN ●SUPPORTED BY CND
FREEDOM FOR PALESTINE

DAILY Mirror
TOON GLOOM
I NOT EXONERATE SADDAM HUSSEIN FROM BLAME. I WILL MOBILISE OUR TROOPS AND JETS TO Q8 AND THE PERSIAN GULF. I WILL BP REPARED FOR TOTAL WAR. THE MESSAGE IS AMOCO MING TO KICK YOUR ASS, SADDAM
NOW CAN YOU GUESS WHY GEORGE W. BUSH IS HELLBENT ON A WAR AGAINST IRAQ?

DAILY Mirror
NO WAR
FOR HIS SAKE..
MARCH
WORLD AGAINST THE WAR: SEE PAGES 2,3,4,5,6 & 7

SIGN THIS PAGE AND SEND IT BACK TO US
DAILY Mirror
You are NOT powerless
You DO have a voice
NO WAR
Mr Blair, I hereby register my opposition to any war with Iraq not justified by unequivocal UN evidence

INSIDE: A HISTORIC 12-PAGE PICTURE SOUVENIR OF OUR GREATEST-EVER PROTEST MARCH
DAILY Mirror
NO WAR
BRITAIN TELLS BLAIR:
YOU'RE ON YOUR OWN

DAILY Mirror
EXCLUSIVE
STILL not got the message Mr Blair?
ZOE
Dad pleads: Save your marriage for Woody
NO WAR
THE FA CUP
6-0

DAILY Mirror
20p
WE ASKED BLAIR TO PROVE THE CASE FOR AN ATTACK ON IRAQ..DID HE SUCCEED?
NO
PRIME MINISTER
OUR VERDICT ON THE DOSSIER: PAGES 4 TO 11

DAILY Mirror
WAR LATEST
STILL ANTI-WAR?
YES, BLOODY RIGHT WE ARE

DAILY Mirror
Dead British troops paraded on Iraqi TV. 14 civilians killed in Baghdad market and Bush whoops it up. War?
HE LOVES IT

DAILY Mirror
BASRA 2003
HELL ON EARTH





















