# EXHIBIT 240



S E C R E T / / NOFORN / / 20331030

**DEPARTMENT OF DEFENSE**
HEADQUARTERS, JOINT TASK FORCE GUANTANAMO
U.S. NAVAL STATION, GUANTANAMO BAY, CUBA
APO AE 09360

JTF-GTMO-CDR                                                    30 October 2008

MEMORANDUM FOR Commander, United States Southern Command, 3511 NW 91st Avenue, Miami, FL 33172

SUBJECT: Recommendation for Continued Detention Under DoD Control (CD) for Guantanamo Detainee, ISN US9ID-010019DP (S)

## JTF-GTMO Detainee Assessment

1. **(S) Personal Information:**

   

   - JDIMS/NDRC Reference Name: Riduan Isomuddin
   - Current/True Name and Aliases: Riduan Bin Isomuddin, Encep Nurjaman, Hambali al-Malaysi, Mizi, Azman, Alejandro Davidson Gonzalez, Hendrawan, Kahar, Muzabkar, Halim Osmann, Samsuri, Daniel Suarez Naveira
   - Place of Birth: Cianjur, Indonesia (ID)
   - Date of Birth: 4 April 1964
   - Citizenship: Indonesia
   - Internment Serial Number (ISN): US9ID-010019DP

2. **(U//FOUO) Health:** Detainee is in good health.

3. **(U) JTF-GTMO Assessment:**

   a. **(S) Recommendation:** JTF-GTMO recommends this detainee for Continued Detention Under DoD Control (CD). JTF-GTMO previously recommended detainee for CD on 8 December 2006.

   b. **(S//NF) Executive Summary:** *If released without rehabilitation, close supervision, and means to successfully reintegrate into his society as a law abiding citizen, it is assessed detainee would probably seek out prior associates and reengage in hostilities and extremist support activities. Since transfer to JTF-GTMO, detainee has appeared to be cooperative during interviews but may also have been withholding information and employing counter interrogation techniques.* Detainee is a member of al-Qaida and a senior member of Jemaah

**CLASSIFIED BY:** MULTIPLE SOURCES
**REASON:** E.O. 12958, AS AMENDED, SECTION 1.4(C)
**DECLASSIFY ON:** 20331030

S E C R E T / / NOFORN / / 20331030

S E C R E T / / NOFORN / / 20331030

JTF-GTMO-CDR
SUBJECT:  Recommendation for Continued Detention Under DoD Control (CD) for
Guantanamo Detainee, ISN US9ID-010019DP (S)

Islamiyah (JI). [1]  Detainee had associations with senior members of al-Qaida, facilitated al-Qaida operations, and is assessed to be responsible for multiple bombings in Southeast Asia, including the Bali bombings of 12 October 2002 that killed over 200 people.  Detainee has acted as an operational planner in multiple terrorist attacks.  Detainee has facilitated money, personnel, and supplies to al-Qaida and JI terrorist operations.  Detainee's life and personal actions reflect his commitment to the most extreme Islamic ideology.  JTF-GTMO has determined this detainee to be:

- A **HIGH** risk, as he is likely to pose a threat to the US, its interests, and allies
- A **HIGH** threat from a detention perspective
- Of **HIGH** intelligence value

c.  (S//NF)  **Summary of Changes:**  The following outlines changes to detainee's assessment since the last JTF-GTMO recommendation.  (Changes in this assessment will be annotated by ➤ next to the footnote.)

- Added the following aliases for detainee: Azman, Samsuri, Kahar, Muzabkar, Daniel Suarez Naveira,[2] Alejandro Davidson Gonzalez, Hendrawan, and Halim Osmann[3]
- Included further information on detainee's actions as an operational planner, financier and facilitator of extremists and their activities
- Added information concerning detainee's associates

4.  (U)  **Detainee's Account of Events:**

**The following section is based, unless otherwise indicated, on detainee's own account. These statements are included without consideration of veracity, accuracy, or reliability.**

a.  (S//NF)  **Prior History:**  Detainee grew up in Cianjur, West Java, ID.  Detainee graduated from the Allanah Islamic School in Cianjur.  In 1985, he moved to Malaysia (MY) to look for employment and married a local woman.[4]

---

[1] Analyst Note:  JI is a National Intelligence Priority Framework (NIPF) Counterterrorism (CT) Priority 2 target. Priority 2 targets are defined as issues, opportunities, or threats that rise to, or are expected to rise to, the level of interest of the Combatant Commanders or DNI EXCOM Principals, not already identified as Priority 1.  This includes terrorist groups, especially those with state support, countries that sponsor terrorism, or countries that have state organizations involved in terrorism that have *demonstrated both intention and capability* to attack US persons or interests.
[2] CIR 316-06562-03, Analyst Note: Variations of Daniel Suarez Naveira include Daniel Garva Naveira and Daniel Guera Naveira
[3] IIR 4 201 3636 07
[4] IIR 4 201 2987 06

2

S E C R E T / / NOFORN / / 20331030

S E C R E T / / NOFORN / / 20331030

JTF-GTMO-CDR
SUBJECT: Recommendation for Continued Detention Under DoD Control (CD) for
Guantanamo Detainee, ISN US9ID-010019DP (S)

**b. (S//NF) Recruitment and Travel:** Detainee was recruited at his mosque in Malaysia,
by Abdullah Sungkar.[5] Detainee attended Islamic study sessions and lectures with Abdullah
Sungkar and his organization for approximately six months. Detainee used the term
"brainwashed" to describe how the lectures, devoted to the need for complete commitment to
Islam, affected him and convinced him to commit himself to jihad. At the end of this study
period, the group leader selected him for training in Afghanistan (AF).[6] Detainee left
Malaysia in late 1986 and traveled to Peshawar, Pakistan (PK). From Peshawar, detainee
traveled to the Sada Camp in Afghanistan for training. Detainee remained in Afghanistan
and Pakistan for approximately one and a half years, training and fighting. Detainee returned
to Malaysia in 1988.[7]

**c. (S//NF) Training and Activities:** After returning from Afghanistan, detainee traveled
around Southeast Asia promoting militant extremism. Throughout the 1990s, detainee
developed relationships between JI and other Islamic groups. In mid-1991, detainee traveled
from Malaysia to the Philippines (RP) as an Islamic missionary. During this trip he visited
the Moro Islamic Liberation Front's (MILF) Abu Bakr camp.[8] In mid-1997, detainee was
sent by JI's leadership to meet with the Rohingyan Solidarity Organization (RSO)[9] members
in Bangladesh (BG), to discuss RSO activities and command issues. In late 1997, detainee
once again traveled to the Philippines to meet with members of the MILF; the purpose of the
visit was to review the Abu Bakr camp. The following year, JI training was initiated at the
Abu Bakr camp. During 1998, detainee was appointed as the leader of JI's regional group,
which encompassed Malaysia and Singapore (SP). In mid-1998 detainee traveled again, this
time to Thailand (TH) to meet with individuals associated with Jamaat Salafi. The purpose
of this visit was to introduce JI to Jamaat Salafi. In early 1999, detainee traveled to
Kandahar, AF, and met with Khalid Shaykh Muhammad, ISN US9KU-010024DP (KU-
10024), to discuss the relationship between JI and al-Qaida, as well as the establishment of
training for JI members in Afghanistan. In mid-1999, detainee met again with the leadership
of Jamaat Salafi, this time to discuss militant activities in Thailand. In September 1999,
detainee went to Ambon, ID, to collect information for JI's leadership on the Christian-
Muslim conflict in Ambon, and where the JI later sent operatives. In early 2000, detainee
again traveled to Kandahar. He visited JI members from his regional group who were

---

[5] Analyst Note: Abdullah Sungkar was the co-founder, along with Abu Bakr Bashir, of JI.
[6] TD-314/42901-05
[7] TD-314/41216-05
[8] Analyst Note: The MILF is a National Intelligence Priorities Framework (NIPF) Counterterrorism (CT) Priority 3
target. Priority 3 targets are defined as issues, opportunities, or threats that other senior policymakers and
intelligence collection (IC) managers believe must receive attention from the IC that are not already identified as
Priorities 1 or 2.
[9] Analyst Note: Rohingyan Solidarity Organization is a NIPF CT Priority 4 target. Priority 4 targets are defined as
issues, opportunities, or threats the IC believes are important to receive attention and that are not already identified
as Priorities 1 to 3.

3

S E C R E T / / NOFORN / / 20331030

S E C R E T / / NOFORN / / 20331030

JTF-GTMO-CDR
SUBJECT: Recommendation for Continued Detention Under DoD Control (CD) for
Guantanamo Detainee, ISN US9ID-010019DP (S)

training there and also met with Abu Hafs al-Masri aka (Muhammad Atif, deceased). In
December 2000, detainee traveled with Faiz Bafana to Manila, RP. They met with JI
operative, Fathur Rahman al-Ghozi, regarding a planned attack.

(S//NF) Following the 2000 Christmas Eve bombings in Indonesia, detainee became a
fugitive and fled Malaysia with his wife, eventually arriving in Kandahar via Karachi, PK.
During August 2001, detainee and Yazid Sufaat went to Karachi for two to three weeks to
buy laboratory equipment and to visit detainee's brother. They returned to Kandahar after 11
September 2001. In November 2001, detainee and his wife left Kandahar for Karachi. They
stayed at the Abu Ahmad al-Kuwaiti guesthouse for two weeks. In December 2001, detainee
and his wife departed Karachi bound for Thailand, transiting through Sri Lanka (CE). While
in Thailand, detainee met with Jamaat Salafi members. Detainee then traveled to Malaysia,
staying for one or two weeks, and then to Indonesia to obtain new documents. By January
2002, detainee had rejoined his wife in Thailand. In September 2002, detainee traveled to
Cambodia (CB) for four-to-five months to obtain false documents. In February or March
2003, detainee returned to Thailand from Cambodia to rejoin his wife.[10]

5. (U) **Capture Information:**

   a.  (S//NF) Detainee was captured on 14 August 2003 in Thailand, through a joint US-Thai
   operation.[11]

   b.  (S) **Property Held:** None

   c.  (S) **Transferred to JTF-GTMO:** 4 September 2006

   d.  (S//NF) **Reasons for Transfer to JTF-GTMO:** Detainee is designated as a HIGH
   VALUE DETAINEE (HVD) and was specifically transferred to JTF-GTMO to face
   prosecution for terrorist activities against the United States.

6. (S//NF) **Evaluation of Detainee's Account:** Detainee appears to be truthful and
forthcoming in relation to his prior history. Detainee has not attempted to provide a cover story
and is consistent in his timeline. Detainee admits his membership to JI and his relationship to al-
Qaida. However, detainee refuses to divulge all information he has on particular operations and
personnel. Detainee has also justified his terrorist activities and downplays the severity of his
actions.

---

[10] TD-314/41216-05
[11] TD-314/41216-05

4

S E C R E T / / NOFORN / / 20331030

S E C R E T / / NOFORN / / 20331030

JTF-GTMO-CDR
SUBJECT: Recommendation for Continued Detention Under DoD Control (CD) for
Guantanamo Detainee, ISN US9ID-010019DP (S)

## 7. (U) Detainee Threat:

**a. (S) Assessment:** Detainee is assessed to be a **HIGH** risk, as he is likely to pose a threat
to the US, its interests and allies.

**b. (S//NF) Reasons for Continued Detention:** *If released without rehabilitation, close
supervision, and means to successfully reintegrate into his society as a law abiding citizen, it
is assessed detainee would probably seek out prior associates and reengage in hostilities and
extremist support activities. Since transfer to JTF-GTMO, detainee has appeared to be
cooperative during interviews but may also have been withholding information and
employing counter interrogation techniques.* Detainee is a member of al-Qaida and a senior
member of JI. Detainee has been a long-time proponent of violent militant actions and has
facilitated terrorist plots and bombing operations in Indonesia, the Philippines, Singapore,
Malaysia, and Cambodia. Detainee had associations with senior members of al-Qaida and
was involved in al-Qaida's anthrax program. Detainee facilitated the movement of funds and
personnel in support of al-Qaida's terrorist network. Likewise, al-Qaida provided financing
and personnel to detainee to support JI operations.

- (S//NF) Detainee is a member of al-Qaida with direct connections to high-ranking al-
  Qaida members and a senior member of JI.
  - (S//NF) Ammar al-Baluchi, ISN US9PK-010018 (PK-10018), stated he attended
    a meeting at which Usama Bin laden (UBL), detainee, and all senior al-Qaida leaders
    were present.[12]
  - (S//NF) Detainee was responsible for the disbursement of JI's special fund called
    "Infaq Fisabillah" (contributions for the Islamic cause). The money was used to
    sponsor JI members' transport and training in Afghanistan and Mindanao, PR; to
    purchase arms and explosives as well as for other general purposes such as providing
    financial assistance to JI-run madrassa's and paying the rent for JI members' children
    when they went to Karachi for further studies.[13]
  - (S//NF) Walid Muhammad Salih Bin Attash, ISN US9YM-010014DP (YM-
    10014), remarked that he considered it possible that detainee was KU-10024's
    representative in the region, but did not know of an operational relationship between
    the two. YM-10014 added that detainee would have elevated status in the al-Qaida
    organization due to his relationship with KU-10024. Additionally, YM-10014
    reported that there was no one, besides detainee, who KU-10024 would have
    designated to take over operations in Southeast Asia but added that detainee did not
    possess military stature within al-Qaida and was a regional operative.[14]

---

[12] ➤IIR 4 201 1710 08
[13] ➤TD-314/64366-04
[14] ➤TD-314/61313-03, TD-314/56621-03

S E C R E T / / NOFORN / / 20331030

S E C R E T / / NOFORN / / 20331030

JTF-GTMO-CDR
SUBJECT:  Recommendation for Continued Detention Under DoD Control (CD) for
Guantanamo Detainee, ISN US9ID-010019DP (S)

- o  (S//NF) In 1996, KU-10024 invited detainee to Afghanistan to meet with UBL. Detainee spent three or four days with UBL and at the conclusion of their meetings, UBL indicated that al-Qaida and detainee's organization agreed to work together on targets of mutual interest.[15]
- o  (S//NF) KU-10024 stated that as early as 1996, detainee worked for KU-10024 on al-Qaida's media committee.  KU-10024 described detainee as extremely charismatic and popular, and commented that detainee's recruits were loyal and well-prepared.[16] Additionally, in an interview in 2003, KU-10024 stated that detainee was a trusted and respected operative whose main terrorist operation targets were Australia, the US, the United Kingdom and Israel.[17]
- o  (S//NF) KU-10024 explained al-Qaida's relationship with detainee and the JI was determined by need.  At times, KU-10024 identified operatives to travel to Southeast Asia to serve at detainee's disposal, and other times KU-10024 sent operatives to the region for KU-10024's own purposes.  On these occasions, detainee served as a facilitator for the travel and other needs of KU-10024's operatives.[18]
  - ▪  (S//NF) KU-10024 first forged his extremist connection to detainee at the Sada Camp in the late 1980's.[19]
- o  (S//NF) Mohd Farik Bin Amin, ISN US9MY-010021DP (MY-10021), stated detainee arrived in Kandahar in February 2001 and stayed somewhere near the airport as a guest of al-Qaida.  Detainee then established the Philippine guest house for Southeast Asians in Kandahar.[20]
- •  (S//NF) Detainee acted as an operational planner in multiple terrorist sponsored attacks.
  - o  (S//NF) Detainee was wanted for arrest by Indonesian authorities in connection with a series of coordinated bombings of Indonesian churches in Jakarta and eight other cities on December 24, 2000 that killed 18 people and injured many others. According to a JI member, detainee was also involved in the bombing of the residence of the Philippine ambassador to Indonesia on August 1, 2000.  That bombing killed two people and seriously injured the Philippine ambassador.[21]
    - ▪  (S//NF) Detainee was sentenced by a Cambodian court, in absentia, to life imprisonment for planning strikes against the US and British embassies in Phnom Penh, CB.[22]

---

[15] TD-314/17276-03
[16] TD-314/13213-03
[17] YD-314/13002-03
[18] TD-314/17276-03
[19] ➢ IIR 6 849 0491 04
[20] ➢TD-314/28117-04
[21] ➢SECSTATE 163246 27-Aug-2002
[22] IIR 7 102 0081 05

S E C R E T / / NOFORN / / 20331030

S E C R E T / / NOFORN / / 20331030

JTF-GTMO-CDR
SUBJECT: Recommendation for Continued Detention Under DoD Control (CD) for
Guantanamo Detainee, ISN US9ID-010019DP (S)

- ▪ (U//REL to USA, AUS, CAN, GBR) Detainee admitted he was involved in the December 2000 Indonesia church bombings. He justified his actions, because of the injustices being committed towards Muslims in Indonesia.[23]
- ○ (C//NF) In February 2002, detainee and other JI leaders met in Bangkok, Thailand to organize attacks against American interests in the region. The attacks were to be conducted using approximately $86,000 US given to JI from al-Qaida for its operations. The funding was delivered to the JI leadership through detainee. Detainee had a history of operating as a middle-man for al-Qaida and JI.[24]
- ○ (S//NF) Five CDs and a floppy disk were recovered from detainee's and MY-10022's apartments in August 2003. The CDs contained documents and image files of explosives, timers, and circuits as well as bomb-making instructions. Twenty-one files described the characteristics and ingredients of different explosives. Ten documents provided instructions on how to make different types of bombs, and many of these documents described step-by-step procedures, quantities and chemicals for making improvised explosives. Eight documents contained images and instructions associated with timers and circuits. Three files contained images of what appeared to be the Jakarta bombing. Two files, named "Surat Komandan Chechnya Bagi Muslimin.HTM" and "Jihad Unspun – A Clear View on the US War on Terrorism," were web pages saved as files that described opinions on Chechnya and terrorism.[25]
- ○ (S//NF) Nashwan Abd al-Razzaq Abd al-Baqi aka (Abd al-Hadi al-Iraqi), ISN US9IZ-010026DP (IZ-10026), stated he knew that detainee was responsible for the Bali, ID, bombings.[26]
  - ▪ (S//NF) Ali Mukhlas aka (Ali Gufron) stated he met with detainee on multiple occasions to discuss operational planning on how to attack US interests in Southeast Asia. Mukhlas was a JI operative and suspect in the 12 October 2002 bombing in Bali.[27]
  - ▪ (S//NF) KU-10024 sent $50,000 US to detainee because the Bali bombing had been a success. The money was to be used for the next operation and to help the families of the people arrested for the Bali operation.[28]
- ○ (S//NF) In 1999, KU-10024 provided money and instructions to detainee to look at options for attacking the US Embassy in Jakarta through the use of a helicopter.[29]
  - ▪ (S//NF) Detainee stated he and Muhammad Atif discussed the possible use of helicopters to attack the American embassy in Jakarta since it was getting more difficult to get cars near the embassy.[30]

---

[23] ➤IIR 01 3584 07
[24] IIR 2 248 0019 04
[25] ➤TD-314/56974-03
[26] ➤TD-314/10247-07
[27] ➤TD-314/19404-03
[28] ➤IIR 4 201 4369 07
[29] ➤TD-314/39810-03

S E C R E T / / NOFORN / / 20331030

S E C R E T / / NOFORN / / 20331030

JTF-GTMO-CDR
SUBJECT: Recommendation for Continued Detention Under DoD Control (CD) for
Guantanamo Detainee, ISN US9ID-010019DP (S)

- o (S//NF) Detainee tasked MY-10021 to case Israeli El-Al flights out of Don
Muang airport in Bangkok and to purchase a surface-to-air missile. Detainee also
surveyed the Israeli Embassy as a possible target in 2002.[31]
  - ▪ (S//NF) Detainee said he and MY-10021 sought information on how to buy
missiles in Cambodia. They received a brochure from a broker in Phnom Penh in
November 2002 describing a surface-to-air missile made with Russian
technology. ID-10019 also said a system component required to trigger the
missile was unavailable in Cambodia, but was available in Myanmar (formerly
Burma (BM)).[32]
- • (S//NF) Detainee facilitated money, personnel and weapons for multiple terrorist acts
against the US and its allies.
  - o (S//NF) According to senior al-Qaida operative YM-10014, UBL planned to use
Yemenis and Saudis for the Southeast Asian portion of the plot since they could
travel to Malaysia, Thailand, Singapore, Hong Kong, the Philippines, and South
Korea without the documentation required for travel to the US.[33] YM-10014 added
that each of the individuals selected for the operation swore *bayat* (oath of allegiance)
to UBL.[34] Responding to UBL's direction, Zuhail Abdo Anam Said al-Sharabi, ISN
US9YM-000569DP (YM-569), and YM-10014 traveled to Southeast Asia as part of
the pre-planning for the hijacking plot. They gathered information about the security
practices and defensive postures for US air carriers. In February 2000, YM-10014
briefed UBL and KU-10024 on their findings.[35] When YM-569 and YM-10014
arrived in Malaysia, they stayed at the detainee's home.[36]
    - ▪ (S//NF) In 1999, YM-569 and several other al-Qaida members were
designated as suicide operatives in the attacks, which were originally intended to
occur simultaneously with those in the US on 11 September 2001. UBL cancelled
the Southeast Asia part of the operation due to the difficulty in synchronizing the
attacks.[37]
  - o (S//NF) KU-10024 spent a week at an apartment detainee arranged for him in the
Song Gai Long district of Kuala Lumpur, MY. At this apartment, KU-10024 stayed
with 11 September 2001 hijackers Nawaf al-Hazmi and Khalid al-Mihdhar.[38]

---

[30] ➤TD-314/46818-04

[31] ➤TD-314/67029-06, Analyst Note: This facility is now closed and air operations have moved to the new
International Airport.

[32] ➤TD-314/61435-04

[33] ➤TD-314/43244-03, TD-314/23505-04

[34] ➤TD-314/28511-04

[35] ➤TD-314/30453-03, TD-314/44688-03, TD-314/41093-03

[36] ➤IIR 6 034 1394 03, IIR 4 201 2561 04

[37] ➤TD-314/43244-03, TD 314/08809-04, TD-314/23505-04, TD-314/24679-04, 000569 302 6-JUN-2003

[38] ➤TD-314/44880-03

S E C R E T / / NOFORN / / 20331030

S E C R E T / / NOFORN / / 20331030

JTF-GTMO-CDR
SUBJECT:  Recommendation for Continued Detention Under DoD Control (CD) for
Guantanamo Detainee, ISN US9ID-010019DP (S)

- ○  (S//NF)  According to the Indonesia national police chief, General Sutanto, $130,000 US was sent from Pakistan in May 2003 to fund the bombing of the J.W. Marriott hotel and the Australian Embassy.  Detainee sent the money in US Dollars to "Lillie" (Analyst Note:  Lilik is assessed to be Bashir Lap, ISN US9MY-010022DP, (MY-10022[39])) in Bangkok where it was exchanged for Malaysian Ringgit and Australian Dollars.  The money was transferred via KU-10024 in the Middle East to PK-10018 and then to PK-10020 in Pakistan before it reached MY-10022.[40]
- ○  (S//NF) Detainee provided housing for and recruited both MY-10021 and MY-10022 for a martyrdom mission.[41]
  - ▪  (S//NF)  Detainee identified MY-10022 as his lieutenant.[42]
- ○  (S//NF) MY-10022 stated detainee provided financial support to Dr. Azahari bin Husin, a reported bomb making expert.  Detainee expressed desire for the US government, military, and companies to be the targets of an attack.[43]
  - ▪  (S//NF)  Detainee tasked MY-10021 to relay a message to Dr. Azahari bin Husin during a funds transfer, requesting Dr. Azahari continue planning for the operation of the Caltex oil refinery located in the Malacca Straits.  MY-10021 reported back to detainee that Dr. Azahari stated the operation would be very difficult to conduct.  Detainee speculated that Dr. Azahari chose to conduct the Bali nightclub bombing versus the original operations against Caltex, ExxonMobil, and/or the gold mine.[44]
  - ▪  (C//NF)  Detainee gave Dr. Azahari $35,000 US to fund the 5 August 2003 J.W. Marriott hotel bombing in Jakarta.[45]
- ○  (S//NF) In September 2000, detainee tasked JI operative, Fathur Rohman al-Ghozi, to acquire between five to seven tons of explosives for use against western and Israeli targets in Singapore.[46]
- ○  (S//NF) Detainee established the JI/al-Ghuraba cell in Karachi.  The cell was set up to "groom the next generation of JI", but was broken up when Pakistani authorities arrested a number of the members in 2003.  Abdul Rahim ran the cell and continues to maintain contacts in Pakistan and Yemen.  Abdul Rahim also worked as deputy head of the al-Qaida media center in Afghanistan.[47]

---

[39] ➤TD-314/49954-06
[40] ➤FBIS SEP20060210112002
[41] ➤TD-314/67029-06, TD-314/49954-06, IIR 4 201 3624 07
[42] ➤TD-314/48641-05
[43] ➤IIR 4 201 0261 09
[44] ➤TD-314/30468-04, TD-314/52935-05,  Analyst Note: Dr. Azahari Bin Husin, a former professor and Malaysian explosives expert responsible for the 2003 JW Mariott Hotel bombing in Jakarta,  2002 Bali nightclub bombing, the 2004 Australian Embassy bombing in Jakarta, and the 2005 Bali triple bombing, was killed in a police raid on 9 November 2005.
[45] ➤IIR 2 248 0019 04
[46] ➤TD-314/49509-03
[47] ➤D-4J2-2617-012-04

S E C R E T / / NOFORN / / 20331030

S E C R E T / / NOFORN / / 20331030

JTF-GTMO-CDR
SUBJECT: Recommendation for Continued Detention Under DoD Control (CD) for
Guantanamo Detainee, ISN US9ID-010019DP (S)

- ○ (S//NF) Detainee's name is listed as a course instructor in a training manual covering the use of small arms, grenade launchers, and the 120mm mortar.[48]
  ○ (S//NF) KU-10024 stated detainee did not have to start from scratch to recruit for operations. KU-10024 further stated detainee had trained operatives in Malaysia, Indonesia, Singapore and the Philippines, where detainee had supported both the Abu Sayyaf Group (ASG) and the MILF.[49]
- Detainee was involved in the al-Qaida biological weapons program.
  ○ (S//NF) Detainee stated that he originally discussed starting an anthrax program with Muhammad Atif.[51]
  ○ (S//NF) According to KU-10024, detainee told Ayman al-Zawahiri, UBL's second-in-command, that JI member Yazad Sufaat could assist in a biological weapons program.[52]
    - (S//NF) Yazid Sufaat stayed at KU-10024's house. Sufaat told KU-10024 that he was developing anthrax for al-Qaida and was training two students, Abu Bakr al-Filistini and al-Hud al-Sudani.[53]
    - (S//NF) Detainee introduced Yazid Sufaat to Zawahiri in 2001 at the al-Qaida Media Committee House in Kandahar. The purpose of the meeting was for Zawahiri to assess Sufaat's general knowledge of biology and laboratory skills.[54]
    - (S//NF) Detainee stated that by late July or early August 2001, both Muhammad Atif and Ayman al-Zawahiri had met with Sufaat and gave their endorsement to start the program. In late August 2001, detainee, his wife, and Sufaat traveled to Karachi and stayed for two to three weeks. The purpose of the trip was to purchase medical laboratory equipment to equip Sufaat's laboratory.[55]
  ○ (S//NF) MY-10021 admitted discussing the use of chemicals as poisons with detainee.[56]
- (S//NF) Detainee has preached and promoted extremist ideology for many years.
  ○ (S//NF) After UBL issued his *fatwa* (religious edict) in 1998, detainee began to preach to his group on the need to start thinking about supporting militant actions against the US and Israel.[57]

---

[48] TRRS-03-FO-0180

[49] TD-314/13213-03, The ASG is a NIPF CT Priority 2 target. Priority 2 targets are defined issues, opportunities, or threats that rise to, or are expected to rise to, the level of interest of the Combatant Commanders or DNI EXCOM Principals, not already identified as Priority 1. This includes terrorist groups, especially those with state support, countries that sponsor terrorism or countries that have state organizations involved in terrorism that have demonstrated both intention and capability to attack US persons or interests.

[50] ➤IIR 4 201 1165 06

[51] TD-314/49025-04

[52] TD-314/19304-03

[53] TD-314/19304-03

[54] TD-314/49025-04

[55] TD-314/49283-05, TD-314/49281-05

[56] ➤TD-314/43625-05

S E C R E T / / NOFORN / / 20331030

S E C R E T / / NOFORN / / 20331030

JTF-GTMO-CDR
SUBJECT: Recommendation for Continued Detention Under DoD Control (CD) for
Guantanamo Detainee, ISN US9ID-010019DP (S)

- (S//NF) Detainee gave a speech about the establishment of an Islamic state through preaching and armed struggle. Detainee specifically taught that the US was an enemy and should be attacked because of its support for Israel.[58]
- (S//NF) Detainee stated that it was an obligation to study Islam and engage in military training in preparation to fight against the US. He also stated that based on UBL's 1998 *fatwa*, civilians were appropriate targets.[59]
  - (S//NF) While providing religious instruction to a group in Malaysia in early 2000, detainee commented he did not teach jihad or JI's operational agenda to the group, as he felt the group was "not quite ready to learn about terrorist operations."[60]

c. (S//NF) **Detainee's Conduct:** Detainee's overall behavior has been highly compliant. He has had no reports of disciplinary infraction.

8. (U) **Detainee Intelligence Value Assessment:**

a. (S) **Assessment:** Detainee is assessed to be of **HIGH** intelligence value. Due to detainee's HVD status, detainee has yet to be interviewed.

b. (S//NF) **Placement and Access:** Detainee had access to the highest members of the JI and al-Qaida organization. Detainee worked directly with al-Qaida senior operative KU-10024 and held a senior leadership position in the JI. Detainee participated in the planning and preparation phases of terrorist operations and had knowledge of attacks before they occurred.

c. (S//NF) **Intelligence Assessment:** Detainee should have a wide range of intelligence information connected with JI, al-Qaida and other terrorist groups in Southeast Asia. Detainee shows a high degree of knowledge concerning JI and al-Qaida operations and personnel. Detainee should be able to provide general and specific information about the facilitation process of terrorist funding, personnel, supplies and operational planning between al-Qaida and JI.

d. (S//NF) **Areas of Potential Exploitation:**

- JI
- Al-Qaida senior leaders and operatives

---

[57] TD-314/48737-04
[58] IIR 4 201 2173 05
[59] IIR 4 201 4014 06
[60] TD-314/47404-05

11

S E C R E T / / NOFORN / / 20331030

**S E C R E T // NOFORN // 20331030**

JTF-GTMO-CDR
SUBJECT: Recommendation for Continued Detention Under DoD Control (CD) for
Guantanamo Detainee, ISN US9ID-010019DP (S)

- Al-Qaida training, especially the al-Faruq Training Camp and the advanced training program
- Al-Qaida operations, including suicide operations, planning, pre-mission training, and logistics and financial activities in PACOM AOR
- Known or suspected chemical, biological, radiological, nuclear, or explosive (CBRNE) associated terrorists activities within the PACOM AOR.
- Terrorist operations in PACOM AOR
- Capabilities, plans, intentions and current disposition of terrorist groups operating in the PACOM AOR

D. M. THOMAS, JR
Rear Admiral, US Navy
Commanding

---

* Definitions for intelligence terms used in the assessment can be found in the Joint Military Intelligence College October 2001 guide *Intelligence Warning Terminology.*

**S E C R E T // NOFORN // 20331030**