# EXHIBIT 241




S E C R E T // NOFORN // 20311208

**DEPARTMENT OF DEFENSE**
HEADQUARTERS, JOINT TASK FORCE GUANTANAMO
U.S. NAVAL STATION, GUANTANAMO BAY, CUBA
APO AE 09360

JTF-GTMO-CDR

8 December 2006

MEMORANDUM FOR Commander, United States Southern Command, 3511 NW 91st Avenue, Miami, FL 33172

SUBJECT: Combatant Status Review Tribunal Input and Recommendation for Continued Detention Under DoD Control (CD) for Guantanamo Detainee, ISN: US9KU-010024DP (S)

### JTF-GTMO Detainee Assessment

1. (S//NF) **Personal Information:**

    - JDIMS/NDRC Reference Name: <u>Khalid Shaykh Muhammad</u>
    - Aliases and Current/True Name: <u>Mukhtar al-Baluchi, The Brain, Ashraf Refaat Nabith Hen, Khalid Abdul Wadud, Salim Ali, Fahd Bin Abdallah Bin Khalid, Abdul Rahman Abdullah Faqasi al-Ghamdi</u>
    - Place of Birth: <u>Baluchistan, Pakistan (PK)</u>
    - Date of Birth: <u>14 April 1965</u>
    - Citizenship: <u>Pakistan</u>
    - Internment Serial Number (ISN): <u>US9KU-010024DP</u>



2. (U//FOUO) **Health:** Detainee is in good health.

3. (S//NF) **JTF-GTMO Assessment:**

    a. (S) **Recommendation:** JTF-GTMO recommends this detainee for Continued Detention Under DoD Control (CD).

    b. (S//NF) **Executive Summary:** Detainee is assessed to be a senior al-Qaida recruiter, financier, and operational planner for al-Qaida's global terrorist network. Detainee was the mastermind of the 11 September 2001 terrorist attacks on the World Trade Center, the Pentagon, and the hijacking of United Airlines flight 93 that crashed in Pennsylvania.

CLASSIFIED BY: MULTIPLE SOURCES
REASON: E.O. 12958, AS AMENDED, SECTION 1.4(C)
DECLASSIFY ON: 20311208

S E C R E T // NOFORN // 20311208

SECRET // NOFORN // 20311208

JTF-GTMO-CDR
SUBJECT: Combatant Status Review Tribunal Input and Recommendation for Continued Detention Under DoD Control (CD) for Guantanamo Detainee, ISN: US9KU-010024DP (S)

Detainee described himself as the head of al-Qaida's military committee.[1] JTF-GTMO has determined this detainee to be:

- A **HIGH** risk, as he is likely to pose a threat to the US, its interests and allies.
- A **MEDIUM** threat from a detention perspective.
- Of **HIGH** intelligence value.

4. (S//NF) Account of Detainee's Timeline:

**The following section is based on a consolidation of several accounts from various significant individuals in order to assemble a feasible timeline.**

   a. (S//NF) **Prior History:** Detainee is a Pakistani who was raised in Kuwait (KU) during his formative years.[2] Detainee attended an unidentified high school operated by the Kuwaiti government.[3] Detainee wanted to be involved in jihad since the age of 11 or 12.[4] News from local Kuwaiti television channels, local newspapers and magazines distributed by the Muslim Brotherhood in Kuwait influenced detainee to join jihad. In 1982, detainee heard a speech from Abdul Rasool Sayyaf,[5] the leader of the mujahideen in Afghanistan (AF), who preached jihad as a religious war between Muslims and non-Muslims. Shortly thereafter, at the age of 16, detainee joined the Muslim Brotherhood. After joining the Muslim Brotherhood, detainee became more dedicated, read more about religion and taught others about Islam in order to recruit them into the Muslim Brotherhood. After graduation from high school in 1983 and upon the suggestion of his brother Zahid, detainee attended college in the US at Chowan College in Murfreesboro, North Carolina (NC).[6] Detainee would later transfer to North Carolina Agriculture and Technical State University in Greensboro, NC, and received his Bachelor of Science (BS) degree in Mechanical Engineering in 1986.[7] After graduating in 1986, detainee traveled to Peshawar, PK, due to the expiration of detainee's visa.

   b. (S//NF) **Recruitment and Travel:** Detainee subsequently quit his membership in the Muslim Brotherhood because they did not support violent jihad. Detainee traveled to Afghanistan to join the Soviet jihad[8] like his brothers Zahid and Abid.[9]

---

[1] 010024 Profile al-Qaida Kingpin 28-Sep-2006
[2] TD-314/65485-06
[3] TD-314/68635-06
[4] TD-314/65485-06
[5] Analyst Note: Abdul Rasool Sayyaf is the leader of the Afghan Ittihad-I-Islami.
[6] TD-314/68635-06
[7] TD-314/68635-06
[8] TD-314/68635-06

2

SECRET // NOFORN // 20311208

S E C R E T / / NOFORN / / 20311208

JTF-GTMO-CDR
SUBJECT: Combatant Status Review Tribunal Input and Recommendation for Continued Detention Under DoD Control (CD) for Guantanamo Detainee, ISN: US9KU-010024DP (S)

**c. (S//NF) Training and Activities:** Detainee attended the Sada training camp[10] run by Shaykh Abdallah Azzam.[11] At the conclusion of his training in 1987, detainee worked for the magazine "al-Bunyan al-Marsous," produced by Sayyaf's group.[12] In following years, while fighting on the front lines, detainee worked for al-Bunyan as time permitted.[13] In late 1987 through 1988, detainee worked as a hydraulic engineer for a Japanese company named Maruzen, which sent him to Japan to learn company management. A month later, detainee returned to the mountains of Afghanistan where he dug caves and trenches.[14] Detainee also repaired broken hydraulic drills on the front lines of Afghanistan. Four months later, detainee traveled to Pakistan with his brother Abid to teach school.[15] After Abid's death, detainee took over Abid's work at the Peshawar school. To solicit support for the school, in 1991 detainee and his brother-in-law, Abd al-Samad Din Muhammad, visited Sayyaf in Afghanistan. Sayyaf agreed to pledge money, support, and land in support of the school.[16] In 1992, detainee received a Masters degree in Islamic Culture and History through correspondence classes from Punjab University in Pakistan.[17] In 1993, detainee moved his family to Qatar at the suggestion of the former minister of Islamic affairs of Qatar, Shaykh Abdallah Bin Khalid Bin Hamad al-Thani, where he took a position as project engineer with the Qatari Ministry of Electricity and Water. Detainee engaged in extensive international travel during his tenure at the Qatari ministry until early 1996.

**d. (S//NF)** In early 1996, detainee fled to Pakistan to avoid capture by US authorities for his part in the 1993 World Trade Center bombing, for which he has been indicted.[18]

---

[9] TD-314/65485-06
[10] Analyst Note: The Sada training camp was identified in the founding minutes of al-Qaida as an open camp from which the best would be selected to join al-Qaida.
[11] Analyst Note: Deceased Shaykh Abdallah Azzam was Usama Bin Laden's spiritual mentor.
[12] TD-314/68635-06, Analyst Note: Fethi Boucetta, ISN US9AG-000718DP (AG-718) remarked that "al-Bunyan al-Marsous" means "firm structure," and is anti-US and anti-Western; it was also one of the magazines that motivated Algerian medical students to go to jihad. This magazine concentrated its effort on showing graphic pictures of Muslims being oppressed and massacred in Afghanistan, Bosnia, Herzegovina, Republic of Chechnya, and Kashmir. The magazine listed addresses and points of contacts of non-governmental organizations servicing Afghanistan and Pakistan areas. For further information see IIR 6 034 1182 03.
[13] TD-314/69710-06
[14] TD-314/69710-06, Analyst Note: It is likely these caves and trenches were military preparations to support the mujahideen.
[15] TD-314/69710-06, TD-314/53936-06
[16] TD-314/69710-06, Analyst Note: Abd al-Samad Din Muhammad is detainee's cousin and brother-in-law and is detained in Pakistan for his jihadist activities.
[17] TD-314/70058-06, TD-314/65485-06
[18] The 9-11 Commission Report 24-Jul-2003, p. 147; TD-314/69710-06; TD-314/30259-02,

3

SECRET // NOFORN // 20311208

JTF-GTMO-CDR
SUBJECT: Combatant Status Review Tribunal Input and Recommendation for Continued Detention Under DoD Control (CD) for Guantanamo Detainee, ISN: US9KU-010024DP (S)

Detainee attempted to travel to Chechnya to join the mujahideen leader Ibn al-Khattab[19] but was unsuccessful. Detainee returned to Karachi, PK, and then to Afghanistan where he formed a working relationship with Usama Bin Laden (UBL)[20] and actively joined the jihad against the United States.[21] It was during this time that detainee presented his idea to UBL for what became the 11 September 2001 attacks.[22] In 1999, detainee moved to Kandahar, AF,[23] and provided media facilitation and technical assistance to al-Qaida. In late 2000, detainee became head of the al-Qaida Media Committee in Kandahar.[24] On the morning of the 11 September 2001 attacks, detainee escorted Ramzi Bin al-Shibh, ISN US9YM-010013DP (YM-10013), to a home in Karachi, where they were informed that the attacks were on television. With this news they celebrated the success of the mission.[25] From that moment forward, detainee was attempting to evaded capture. He met again with UBL to brace for an anticipated counterattack, and soon began to conceive a plot for an attack against the Heathrow Airport in London, United Kingdom (UK).[26] In December 2001 detainee left Afghanistan, and arranged safe exit from the battlefield for al-Qaida operatives with potential.[27] In December 2002, detainee stated that UBL made a written decree declaring detainee as the al-Qaida Chief of External Operations.[28]

5. (S//NF) **Capture Information:**

---

Analyst Note: Detainee commented that his position allowed him to gain managerial and organizational experience which later facilitated his success in planning the 9/11 attacks.

[19] Analyst Note: Ibn Khattab, born in 1970, was a seasoned commander and experienced tactician in bomb making and rough terrain combat who believed that the Russian states of Dagestan and Chechnya should be united as one nation. He was reportedly aligned with Usama Bin Laden, Chechen Hamil Basayev, and several militant organizations. Press reporting indicated that he was killed by poison on 25 April 2002. For further information see http://www.66mi.army.smil.mil/ace/allsorc/trans/russ-chech/img35.html

[20] The 9-11 Commission Report 24-Jul-2003, p. 149, Analyst Note: Detainee says he met UBL for the first time when the Sayyaf group and UBL's Arab mujahideen group were next to each other along the front line.

[21] TD-314/69710-06

[22] TD-314/36069-03

[23] TD-314/30259-02, TD-314/25433-02, TD-314/69710-06, Analyst Note: From 1996 to 2003, detainee's older brother Zahid supported him. He also received support from "personal" donations from friendly mujahideen who would provide him money. Reporting on the locations where KU-10024 and his family lived has conflicting timelines. Detainee moved around from location to location quite frequently, both with and without his family.

[24] TD-314/69710-06

[25] TD-314/38366-02, Analyst Note: Ramzi Bin al-Shibh is an al-Qaida operative who was originally destined for the 9/11 mission, but because he could not obtain a US visa, became a planner for the operation instead.

[26] TD-314/36069-03

[27] TD-314/36069-03

[28] 010024 Moussaoui Testimony, p. 2, para. 1, http://www.rcfp.org/moussaoui/pdf/DX-0941.pdf

4

SECRET // NOFORN // 20311208

SECRET // NOFORN // 20311208

JTF-GTMO-CDR
SUBJECT: Combatant Status Review Tribunal Input and Recommendation for Continued Detention Under DoD Control (CD) for Guantanamo Detainee, ISN: US9KU-010024DP (S)

    **a. (S//NF)** Pakistani Inter-Services Intelligence Directorate (ISID) captured detainee; Pakistani fundamentalist, Ahmed Abdul Qadoos; al-Qaida's financial manager Mustafa al-Hawsawi;[29] and an unidentified Saudi on 1 March 2003. Detainee was immediately turned over to US custody.[30]

    **b. (S) Property Held:** The following items are not held by JTF-GTMO but were reported as pocket litter belonging to detainee:

- Casio wrist watch, Model F-91W[31]
- Ring[32]

    **c. (S) Transferred to JTF-GTMO:** 4 September 2006

    **d. (S//NF) Reasons for Transfer to JTF-GTMO:** Detainee was transferred to JTF-GTMO to face prosecution for terrorist activities against the United States.

**6. (S//NF) Detainee Threat:**

    **a. (S) Assessment:** Detainee is assessed to be a HIGH risk, as he is likely to pose a threat to the US, its interests and allies.

    **b. (S//NF) Reasons for Continued Detention:** Detainee is a senior operational planner, recruiter and financier for al-Qaida's global terrorist network. Detainee was the mastermind of the 11 September 2001 terrorist attacks on the World Trade Center and the Pentagon. Detainee described himself as the head of al-Qaida's military committee. Detainee has specifically stated he is the enemy of the United States.

- (S//NF) Al-Qaida operations and plans: Detainee is one of al-Qaida's key operational planners linked to a majority of al-Qaida's major international operations.
  - (U) 11 September 2001 hijackings: 2,973 killed, 24 missing and presumed dead.
    - (U) At a meeting in Tora Bora, arranged by deceased al-Qaida military commander Mohammed Atef aka (Abu Hafs al-Masri), detainee presented UBL

---

[29] 010016 Working Group on Arbitrary Detention Request for Response #41
[30] IIR 2 227 0286 03
[31] PAK7-2003-900193.pdf, Analyst Note: The Casio model F-91W watch is linked to al-Qaida and radical Islamic terrorist improvised explosive devices. For further information refer to 000002 MFR 24-APR-2002, Casio Watch Electronic Analysis Report 19-Aug-2004, Casio Watches and Relationship to Detainees 20-Apr-2006.
[32] PAK7-2003-900191.pdf

SECRET // NOFORN // 20311208

SECRET // NOFORN // 20311208

JTF-GTMO-CDR
SUBJECT: Combatant Status Review Tribunal Input and Recommendation for Continued Detention Under DoD Control (CD) for Guantanamo Detainee, ISN: US9KU-010024DP (S)

with his ideas for various terrorist operations, including his rendition of what became the 11 September 2001 hijacker plot. UBL requested detainee to formally join al-Qaida, which detainee stated he declined.[33] In late 1998 or early 1999, UBL gave permission for detainee to proceed with the 11 September 2001 operation.[34] At that time detainee accepted UBL's standing invitation to work directly with al-Qaida.[35]

- (S//NF) Sayf al-Adl remarked that Muhammad Atef arranged four cells to transfer and exchange communication between the leader (Muhammad Atta) of the hijackers and the base command. Detainee was in charge of the second cell in Pakistan.[36]

o (S//NF) 1993 World Trade Center bombing: 6 killed, 1,042 injured. In 1991 or 1992, detainee assisted his nephew Ramzi Yousef with planning an attack in the US on the World Trade Center. In the fall of 1992, detainee and Yousef had numerous telephone conversations discussing the progress of the operation, and for which Yousef sought additional funding. In 3 November 1992, detainee wired $660 USD from Qatar to the bank of Yousef's co-conspirator, Mohammed Salameh.[37] Detainee was indicted for his role in the 1993 World Trade Center Bombing in January 1996.[38]

o (U) 1998 East Africa bombings: 257 killed, 4,085 injured. In late August 1998, a foreign government sent a list of names of individuals who flew into Nairobi before the al-Qaida attack on the US embassy in Nairobi. The CIA reportedly recognized one of the passenger's names as an alias for detainee.[39]

o (S//NF) Detainee's involvement in al-Qaida's chemical and biological development:

- (S//NF) In August 2001, detainee had conversations with Muhammad Atef, and learned that al-Qaida was pursuing the development of anthrax related technologies to use in operations. Abu Harith al-Malaysi aka (Abu Haris) asked detainee in the summer of 2001 to move crates containing biological laboratory equipment from Karachi to Kandahar. This further convinced detainee of an al-

---

[33] The 9-11 Commission Report 24-Jul-2003, p. 149
[34] The 9-11 Commission Report 24-Jul-2003, p. 149
[35] The 9-11 Commission Report 24-Jul-2003, p. 150, 154.
[36] SA-RIY-040721-90007-61707, Analyst Note: This is a reference to communication nodes set in place to relay messages between al-Qaida headquarters and the 9/11 cell members; one in Afghanistan: one in Pakistan, one in Europe and one in the US.
[37] The 9-11 Commission Report 24-Jul-2003, p. 73 and p. 147; Analyst Note: There is no further information on Mohammed Salameh.
[38] The 9-11 Commission Report 24-Jul-2003, p. 73
[39] The 9-11 Commission Report 24-Jul-2003

6

SECRET // NOFORN // 20311208

SECRET // NOFORN // 20311208

JTF-GTMO-CDR
SUBJECT: Combatant Status Review Tribunal Input and Recommendation for Continued Detention Under DoD Control (CD) for Guantanamo Detainee, ISN: US9KU-010024DP (S)

> Qaida effort to produce anthrax.[40] After his discussions with Muhammad Atef, detainee said he assumed the special laboratory near Tarnak Farm was related to anthrax development efforts and the equipment he asked to transfer from Karachi to Kandahar, circa May 2001, was for that laboratory.[41]
> - (S//NF) Detainee was present in CNN videotapes showing al-Qaida's chemical testing on dogs and was reportedly in regular consultations with noted poison and explosives expert Abu Khabab al-Masri.[42]
> - (S//NF) Immediately prior to the fall of Kandahar in late 2001, JI member Yazid Sufaat stayed at detainee's home for six days. Yazid told detainee he was developing anthrax for al-Qaida, and was happy in his work. Yazid was giving biology lessons to two al-Qaida operatives, detained Abu Bakr al-Filistini aka (Samir Hilmi al-Barq) and al-Hud al-Sudani.[43] When detainee queried Yazid about the danger of his research, Yazid indicated there was little to worry about since he (Yazid), Bakr, and al-Hud all had anthrax vaccines. As al-Qaida was leaving Afghanistan, Yazid planned to reinstitute the anthrax program in Pakistan.[44]
>   o (S//NF) Djerba Synagogue bombing in Tunisia: 19 killed, 15 injured. It is assessed that detainee contributed to the 11 April 2002 attack on the Djerba Synagogue in Tunisia. Investigators examining the perpetrator's (Nizar Nawar) cell phone found that Nizar had called a number in Pakistan assigned to detainee just three hours before the attack.[45]
>   o (S//NF) In early September 2002, an undated letter was recovered as a result of a raid in Karachi. Abd al-Rahim Ghulam Rabbani, ISN US9PK-001460DP (PK-1460), an al-Qaida facilitator with close ties to detainee, provided an assessment of the meaning of the letter written by detainee to Hamza al-Zubair (NFI); the letter

---

[40] TD-314/60789-04, TD-314/19304-03, Analyst Note: Abu Hafs al-Masri aka (Muhammad Atef) was killed in coalition air strikes in Afghanistan in November 2001. Abu Harith is an al-Qaida and Jemaah Islamiya facilitator. He is the son of JI religious emir Abu Bakir Bashir. For further information on Abu Harith please refer to DA-DPM report dated 051923Z DEC 05. Detainee assigned both PK-1460 and PK-1461 to move the crates.
[41] TD-314/60789-04
[42] 010024 Arrested in Pakistan
[43] Analyst Note: Detainee's nephew, Ammar al-Baluchi stated that Abu Bakr was working on an anthrax project with detainee. Before his work with detainee, Abu Bakr worked as a medic for the mujahideen brothers in Karachi and added that Abu Bakr knew several al-Qaida members because of the nature of his work. Ammar noted that Abu Bakr was well connected in Karachi and, although this was not his primary role, could be called upon if a brother needed housing assistance. For further information on Abu Bakr al-Filistini please refer to TD-314/43889-05 and TD-314/24678-04. There is no further information on al-Hud al-Sudani.
[44] TD-314/19304-03
[45] TD-314/13122-03

7

SECRET // NOFORN // 20311208

SECRET // NOFORN // 20311208

JTF-GTMO-CDR
SUBJECT: Combatant Status Review Tribunal Input and Recommendation for Continued Detention Under DoD Control (CD) for Guantanamo Detainee, ISN: US9KU-010024DP (S)

appeared to use code words for a possible poison attack. PK-1460 said detainee spoke often of trying to acquire or make poisons and to use them in attacks.[46]

- (S//NF) Daniel Pearl murder: In early 2002, Wall Street Journal reporter Daniel Pearl was abducted and murdered. Interviews with al-Qaida operative Sharif al-Masri declared that Sayf al-Adl, a former al-Qaida military commander, said that Pearl was transferred to detainee's custody; detainee was in charge of all al-Qaida activities in Karachi at this time. Al-Adl counseled detainee, stating that it would not be wise to murder Pearl. Al-Adl recommended that Pearl be returned back to one of the previous groups who held him, or freed. Al-Adl indicated to Sharif al-Masri that both detainee and al-Qaida chief financial officer, Shaykh Said al-Masri, disagreed with al-Adl on this point. Pearl was then taken to the house of al-Qaida's finance chief in Pakistan, Saud Memon, and murdered.[47]

- (S//NF) Richard Reid's failed shoe bomb plot of 22 December 2001: Detainee's nephew and fellow al-Qaida facilitator Ali Abd al-Aziz aka (Ammar al-Baluchi), ISN US9PK-010018DP (PK-10018), stated that the shoe bomber, Richard Reid, was offered to detainee as an operative who was already prepared with the proper travel documents.[48] Detainee stated that he had instructed Reid to shave his beard prior to boarding the airplane and to detonate the bomb inside the airplane bathroom. Detainee added that Reid did not do this because he was irresponsible.[49]

- (S//NF) Detainee had numerous plots and plans for operations targeting the US, its allies, and its interests world-wide.
  - (S//NF) The Bojinka plot: Bojinka called for the simultaneous downing of 12 American airliners over the Pacific Ocean. Ramzi Yousef enlisted several co-conspirators from the 1993 World Trade Center bombing to help with this plot. The plot was funded by Abdullah Azzam and UBL's Afghan jihad services directorate in Pakistan.[50]
  - (U) Detainee planned three other plots in 1994, along with Ramzi Yousef. Detainee planned two separate assassination plots, one against Pope John Paul II and the other against President Clinton, during their respective trips to the Philippines and bombings of US-bound cargo carriers.[51]

---

[46] TD-314/39649-02
[47] TD-314/53636-04, Analyst Note: British national Omar Sheikh is on death row for the kidnapping and killing of American journalist Daniel Pearl in 2001.
[48] TD-314/10891-06
[49] TD-314/63211-04
[50] TD-314/62928-03, The 9-11 Commission Report 24-Jul-2003, p. 73, DIA Special Analysis Evolution of the Transnational Terrorist Threat 19 Nov 2004
[51] DIA Special Analysis Evolution of the Transnational Terrorist Threat 19 Nov 2004

SECRET // NOFORN // 20311208

SECRET // NOFORN // 20311208

JTF-GTMO-CDR
SUBJECT: Combatant Status Review Tribunal Input and Recommendation for Continued Detention Under DoD Control (CD) for Guantanamo Detainee, ISN: US9KU-010024DP (S)

- o (U) During the summer of 2001, detainee approached UBL with proposals for other attacks on targets in Thailand, Singapore, Indonesia and the Maldives.[52]
- o (S//NF) Panama Canal: Detainee claimed he tasked US citizen and al-Qaida operative Jafar al-Tayar aka (Adnan el Shukrijumah) to conduct surveillance on the Panama Canal as part of an eventual plan to detonate one or two explosive-laden ships transiting the waterway.[53] Detainee said Jafar al-Tayar was given a more general tasking in 2001 of spotting and conducting surveillance of potential targets across the US.[54]
- o (S) Remote-controlled firing devices disguised in Sega game cartridges: Detainee discussed remote-controlled firing devices (RCFDS) which were found during raids on Karachi in September 2002. These RCFDS were built inside black Sega videogame cassette cartridges to protect the RCFDS and to make them appear innocuous.[55]
- o (S//NF) Heathrow Airport, London: Detainee provided information on the operatives he chose to participate in the attack on Heathrow Airport in London. There were two primary cells for the attack: the United Kingdom based cell, tasked to obtain pilot training from a commercial flight school in Kenya; and a Saudi Arabia-based cell, tasked to identify martyr candidates to assist in the aviation attack.[56]
- (S//NF) Detainee was a key constituent in the joining of al-Qaida and JI through JI leader, Riduan Bin Isomuddin aka (Hambali), ISN US9ID-010019 (ID-10019), which contributed to the facilitation of planning of al-Qaida operations in Southeast Asia:
    - o (S//NF) In 1996, detainee invited Hambali to Afghanistan to meet with UBL. Hambali spent three or four days with UBL and, at the conclusion of their meetings, UBL indicated that al-Qaida and Hambali's organization, JI, unofficially agreed to work together on targets of mutual interest.[57]
    - o (U) In 1998, JI spiritual leader, Abu Bakr Bashir, formally accepted UBL's offer to ally JI with al-Qaida. Hambali met with detainee in Karachi to arrange for JI members to train at al-Qaida camps in Afghanistan.[58]

---

[52] The 9-11 Commission Report 24-Jul-2003, p. 150 (Ch. 5, Footnote 18)
[53] DIA JITF-CT Analytical Product, 06 June 2003
[54] TD-314/44238-04
[55] TD-314/52106-04, Analyst Note: This information has been confirmed by PK-001460.
[56] TD-314/18750-03, TD-314/35496-03
[57] TD-314/17276-03
[58] The 9-11 Commission Report 24-Jul-2003, p. 151. Ch. 5, Footnote 22, Analyst Note: At this time, al-Qaida started to fund Jemaah Islamiya; Jemaah Islamiya would perform casing activities and locate bomb-making materials while al-Qaida would underwrite operations, provide bomb-making expertise, and deliver suicide operatives.

S E C R E T / / NOFORN / / 20311208

JTF-GTMO-CDR
SUBJECT: Combatant Status Review Tribunal Input and Recommendation for Continued Detention Under DoD Control (CD) for Guantanamo Detainee, ISN: US9KU-010024DP (S)

- ○ (S//NF) In 1999, detainee provided money and instructions to Hambali to look at options for attacking the US Embassy in Jakarta, Indonesia (ID).[59]
- ○ (S//NF) In January or February 2002, detainee said he aided Hambali's exit from Afghanistan by acquiring a legitimate Indonesian passport in which Hambali's photo was substituted.[60]
- ○ (C) Detainee arranged for a courier to deliver funds from al-Qaida to JI leaders in Indonesia to conduct three terrorist bomb attacks: the 2002 Bali bombings; the 2003 Marriott hotel bombing in Jakarta; and, the 2004 attack on the Australian Embassy in Jakarta.[61]
  - ▪ (S//NF) In February 2002, JI leaders met in Bangkok, Thailand (TH), to organize attacks against American interests in the region. The attacks were to be conducted using approximately $86,000 USD given to JI from al-Qaida for its operations, including the 2002 Bali bombing, and the 5 August 2003 J.W. Marriott hotel bombing in Jakarta.[62]
  - ▪ (S//NF) Before May 2003, detainee gave Hambali approximately $130,000 USD to deliver to JI; $100,000 USD was given as a sign of congratulations for the success of the Bali bombings, and the additional $30,000 USD was provided to fund future operations.
- ○ (U) Manila portion of 11 September 2001: Detainee split the 11 September 2001 operation into two parts to have a greater effect. The second operation involved a smaller version of the Bojinka plot: including hijacking US-flagged commercial airlines flying Pacific routes and exploding the aircraft in mid-air rather than flying the aircraft into targets. In spring 2000, UBL cancelled the East Asia portion of the operation.[63]
  - ▪ (S//NF) Detainee instructed 11 September 2001 hijacker Nawaf al-Hazmi and operatives Walid Bin Attash and Zohair Mohammed Said aka (Abu Bara al-Taizi), ISN US9YM-000569DP (YM-569), on Western culture and travel in preparation for operations.[64]
  - ▪ (S//NF) Approximately two months prior to 11 September 2001, detainee took several UBL bodyguards including YM-569; Abd al-Rahman Shalbi Isa Uwaydha, ISN US9SA-000042DP (SA-042); Abd al-Malik Abd al-Wahab, ISN US9YM-000037DP (YM-037); and volunteers Abu Hafs al-Kuwaiti and Abu

---

[59] TD-314/39810-03
[60] TD-314/35496-03
[61] IIR 2 227 0261 06
[62] IIR 2 248 0019 04
[63] 010024 Moussaoui Testimony, page 5, paragraph 7, http://www.rcfp.org/moussaoui/pdf/DX-0941.pdf
[64] The 9-11 Commission Report 24-Jul-2003, p. 157

S E C R E T / / NOFORN / / 20311208

JTF-GTMO-CDR
SUBJECT: Combatant Status Review Tribunal Input and Recommendation for Continued Detention Under DoD Control (CD) for Guantanamo Detainee, ISN: US9KU-010024DP (S)

  Musab al-Hashidi, to Karachi to teach them English and American culture in preparation for the attacks.[65]
  - (S//NF) US and Israeli embassies in Manila: In August 2001, detainee gave operative Mohammad Mansour Jabarah $10,000 USD and sent him to Manila, Philippines (RP), to bomb US and Israeli embassies. Jabarah embarked on his mission one day before the 11 September 2001 attacks. It was to be a joint operation, with al-Qaida supplying the suicide bombers and the funding, and JI purchasing the explosives and making the plans.[66]
- (U) Plots in the US:
  - (S//NF) Detainee stated that as an enemy of the US, he thought about the US policies with which he disagreed and how he could change them. Detainee's plan was to make US citizens suffer, especially economically, which would put pressure on the US government to change its policies. Targeting priorities were determined by initially assessing those that would have the greatest economic impact, and secondly which would awaken people politically.[67]
  - (S//NF) Detainee discussed his involvement in the 11 September 2001 attacks with Abu Zubaydah, ISN US9GZ-010016DP (GZ-10016). When Abu Zubaydah asked whether detainee had any other operations ready, detainee replied that the 11 September 2001 attacks had been his dream and life's work. Detainee noted that because he did not hit the White House during the 11 September 2001 attacks, as intended, that he would somehow try to attack the White House again one day, due to its symbolic value to America.[68]
  - (U) Detainee told his interrogators that al-Qaida had planned to create a "nuclear hell storm" in America.[69]
  - (S//NF) Jewish targets in New York: In early 2001, at UBL's direction, detainee sent al-Qaida operative Issa al-Britani to surveil potential economic and "Jewish" targets in New York City.[70]
  - (S//NF) Tallest building in California: In late 2001, detainee directed a plan for a commercial airplane to be hijacked and flown into the "tallest building in California," using at least two separate shoe bombs to gain access to the cockpit.[71]

---

[65] TD-314/23432-04, TD-314/23505-04, Analyst Note: This was training for the SE Asia portion of the planes plot.
[66] FBIS EUP20030124000492 23-Jan-2003
[67] TD-314/36069-03
[68] TD-314/28434-02
[69] Al-Qaida warning - WorldnetDaily.com 17-Sep-06, *Al-Qaida warns Muslims: Time to get out of U.S. Afghan terror commander hints at big attack on N.Y. and Washington.*
[70] TD-314/44238-04, Analyst Note: This was possibly part of the 9/11 operation.
[71] http://www.in.hanscom.af.smil.mil/dintpro/August_02/DISUM-26Aug02.html (ESC-IN DISUM 26-Aug-2002), TD-314/36069-03

SECRET // NOFORN // 20311208

JTF-GTMO-CDR
SUBJECT: Combatant Status Review Tribunal Input and Recommendation for Continued Detention Under DoD Control (CD) for Guantanamo Detainee, ISN: US9KU-010024DP (S)

- (U) CIA and FBI headquarters and nuclear power plants: Other potential targets detainee considered were CIA and FBI headquarters, nuclear power plants in the US, and the tallest buildings in the state of Washington.[72]
- (S//NF) Hacking into bank computers in US: Detainee deployed Ali Saleh Mohamed Kahlah al-Mari, ISN US9QA-010010DP (QA-10010), to travel to the US as an al-Qaida sleeper agent with the mission to explore possibilities for hacking into main frame computers of US banks.[73]
- (U) Follow-on attacks in the US: Detainee intended for al-Qaida operative Zacarias Moussaoui (in US custody) to participate in a follow-on attack in the US, unrelated to the 11 September 2001 attacks.[74]
- (S) Cargo airplane hijackings: In April 2002, detainee tasked al-Qaida operative Iyman Faris aka (Faris Iyam) aka (Lyman Faris), to provide a complete study on the procedure for entering cargo areas of airports. Detainee planned to hijack cargo planes and simultaneously fly those planes into several airport terminals across the US.[75]
- (S//NF) Brooklyn Bridge: Detainee also tasked Faris to destroy the Brooklyn Bridge by cutting the suspension cables.[76]
- (S//NF) Natural gas explosion in Chicago: In early 2002, Abu Zubaydah sent Binyam Ahmed Mohammed, ISN US9ET-001458DP (ET-1458), and operative Jose Padilla (in US custody) to detainee to discuss future operations in the US.[77] Detainee directed Padilla to travel to Chicago, Illinois, rent an apartment, and initiate a natural gas explosion to cause the building to collapse. Detainee told ET-1458 to join Padilla in Chicago on this mission.[78] Detainee also directed Padilla to study the feasibility of an operation to set fire to a hotel or gas station in the US.[79]
  - (S//NF) Ammar al-Baluchi reported that ET-1458 and Padilla stayed in the Karachi guesthouse for approximately one week, during which time Ammar saw ET1458 and Padilla conversing with detainee. Ammar claimed that even after

---

[72] The 9-11 Commission Report 24-Jul-2003, p. 154
[73] TD-314/16750-03, Analyst Note: Ali Saleh al-Mari was taken into custody on 18 December 2001 and is being held as an enemy combatant in Charleston, South Carolina.
[74] 010024 Moussaoui Testimony, pages 1 and 2, paragraphs 1 and 4 http://www.rcfp.org/moussaoui/pdf/DX-0941.pdf
[75] TRRS-04-12-0518, Analyst Note: Faris was an Ohio-based HAZMAT truck driver who had previously worked with airplane cargo a few years prior.
[76] http://acic.north-inscom.army.smil.mil/Products/ATS/ats_050311a.asp
[77] TD-314/51751-02
[78] TD-314/38760-02, Analyst Note: Padilla was arrested by US authorities as he arrived in Chicago on 8 May 2002.
[79] DIA JITF-CT Analytical Product: US debriefing of senior al-Qaida operative describes planning against bridges and gas stations in the US.

12

SECRET // NOFORN // 20311208

SECRET // NOFORN // 20311208

JTF-GTMO-CDR
SUBJECT: Combatant Status Review Tribunal Input and Recommendation for Continued Detention Under DoD Control (CD) for Guantanamo Detainee, ISN: US9KU-010024DP (S)

      Padilla's arrest and association with a "dirty bomb" plot in the media, he did not discuss the matter with detainee.[80]
- (S//NF) Detainee was designated by UBL as the al-Qaida Chief of External Military Operations. Detainee was also in charge of propaganda and facilitation for the al-Qaida network.
  - (S//NF) Senior al-Qaida operative Abu Zubair al-Haili stated that detainee was in charge of operational planning and execution for operations external to Afghanistan.[81] UBL placed detainee in charge of the al-Qaida Media Committee, as of October 2000.[82]
    - (U) In 1997 and the first half of 1998, detainee admits to traveling frequently between Pakistan and Afghanistan, visiting UBL, and cultivating friendships with his lieutenants, Mohammed Atef and Sayf al-Adl, assisting them with computer and media projects.[83]
    - (S//NF) Ramzi Bin al-Shibh stated that during his second trip to Afghanistan in February 2001, he learned that detainee was responsible for exporting al-Qaida related media from Afghanistan, as part of the al-Qaida media committee. Detainee further told al-Shibh that after al-Qaida left Afghanistan in December 2001, al-Qaida used a new approach and started distributing its messages on al-Jazeera.[84]
  - (S//NF) When Afghanistan fell to coalition forces in December 2001, detainee stated he was put in charge of evacuating the families during the coalition bombardment of Afghanistan.[85] According to Sayf al-Adl, Abu Mohammed requested a meeting. The meeting was held on the Saturday after Muhammad Atef's death, probably 17 November 2001, to select a new Amir, and to make decisions on the evacuation the families. Shaykh Said al-Masri and detainee supported the effort to evacuate the women outside of Afghanistan and took the necessary steps to achieve the objective.[86]

---

[80] TD-314/12265-04, TD-314/05915-03
[81] TD-314/39130-02
[82] 010024 Moussaoui Testimony, pages 1 and 2, paragraphs 1 and 4, http://www.rcfp.org/moussaoui/pdf/DX-0941.pdf
[83] The 9-11 Commission Report 24-Jul-2003, p. 149
[84] TD-314/39777-02
[85] TD-314/35339-03
[86] (FISA) FBI FISA DTG 11-SEP-06, SA-RIY-040721-90007-61707, Analyst Note: Sheikh Sa'id al-Masri is al-Qaida's chief financial officer. According to FBI FISA reporting, al-Masri, who has been located in Pakistan since at least 2002, has taken on some additional responsibilities to his role within in al-Qaida. In addition to his position as the senior financial officer for al-Qaeda, Sheikh Sa'id is acting as the communications conduit to al-Qaeda deputy leader Ayman al-Zawahiri and possibly UBL as well. Sheikh Sa'id has also assumed some

13

SECRET // NOFORN // 20311208

SECRET // NOFORN // 20311208

JTF-GTMO-CDR
SUBJECT: Combatant Status Review Tribunal Input and Recommendation for Continued Detention Under DoD Control (CD) for Guantanamo Detainee, ISN: US9KU-010024DP (S)

- o (S//NF) In early 2002, detainee gave Sayfullah Paracha, ISN US9PK-001094DP (PK-1094), between $500,000 and $600,000 USD for "safekeeping." Detainee stated six months earlier he had asked PK-1094 to research offshore companies to hold al-Qaida's funds.[87]
- (S//NF) Detainee comes from a long line of Islamic extremists.
  - o (S//NF) Detainee's three brothers: Zahid Shaykh Muhammad aka (Abu Hafs), the director of the Kuwaiti Lajnat ul-Dawa[88] organization in Quetta, PK; Abid Shaykh Muhammad; and Aaref Shaykh Muhammad.[89] His older brother Abid supported the anti-Soviet jihad by fighting in Afghanistan, where he was killed. This significantly affected and influenced detainee to support jihad. His other older brother, Zahid, was an active supporter of various humanitarian assistance programs in Afghanistan, and helped establish the Muslim Brotherhood in Kuwait.[90]
  - o (S//NF) Detainee's six cousins: Detained Ramzi Yousef, captured for his role in the 1993 World Trade Center bombing; detained Abd al-Samad; Abd al-Karim aka (Abu Musab al-Baluchi); Abd al-Mun'im aka (Abu Khalid al-Baluchi); Hashim Abd al-Aziz aka (Shabir); and detained Ammar al-Baluchi. Abu Musab and Abu Khalid respectively, handle some of the most sensitive logistic and administrative matters for al-Qaida operatives based in or transiting to Pakistan. Ammar al-Baluchi played a key role as financial facilitator for detainee's operations.[91]

---

facilitation duties, previously carried out by other now-detained or deceased senior al-Qaeda leaders, and provides managerial duties for the senior leadership.

[87] TD-314/41195-04

[88] Analyst Note: Lajnat ul-Dawa is a Tier 3 Terrorist Support Entity (TSE). A Tier 3 TSE has available resources and is in a position to provide financial support to terrorist organizations willing to attack US persons or interests, or provide witting operational support to Tier 3 terrorist groups. Lajnat ul-Dawa al-Islamiya, or Islamic Missionary Commission, is the largest non-government organization (NGO) network for Afghan refugees and run by rich Kuwaitis. Otherwise known as the Islamic Call Committee, LDI was a subsidiary of the Kuwait-based NGO, Social Reform Society. The LDI has been involved in Afghanistan since the early 1980s, and had supported the training camps and extremists there for many years. For further information see TD-314/25433-02.

[89] TD-314/45317-02

[90] TD-314/70274-06

[91] USAREUR Current Threat Report 5-Feb-2003

SECRET // NOFORN // 20311208

SECRET // NOFORN // 20311208

JTF-GTMO-CDR
SUBJECT: Combatant Status Review Tribunal Input and Recommendation for Continued Detention Under DoD Control (CD) for Guantanamo Detainee, ISN: US9KU-010024DP (S)

c. (U//FOUO) **Detainee's Conduct:** Detainee detention threat level is assessed as MEDIUM based on a DoD initial 90-day observation.

*[signed]* for
HARRY B. HARRIS, JR.        B6, US ARMY
Rear Admiral, US Navy        DEPUTY COMMANDER
Commanding