# EXHIBIT 251
## REDACTED FOR PUBLIC FILING

Your Bank of America
Standard Checking Statement

P.O. Box 3530
Rancho Cordova, CA 95741-3530

0863
E0-3

Statement Period:
December 25, 1999 through
January 24, 2000

Account Number: ████3926

OMAR A AL BAYOUMI
6602 BEADNELL WAY #6
SAN DIEGO  CA  92117-5120

At Your Service
Call: 619-667-3220, 24 hours,
7 days a week

Written Inquiries
Bank of America
68th And El Cajon Branch
PO Box 37176
San Francisco, CA 94137-0001
Customer since 1994
Bank of America appreciates your
business and we enjoy serving you.

## Summary of Your Standard Checking Account

| | | | |
|---|---|---|---|
| Beginning Balance on 12/25/99 | $2,144.73 | Number of ATM withdrawals and transfers | 3 |
| Total Deposits | + 69.03 | Number of purchase transactions | 20 |
| Total Checks, Withdrawals, Transfers, Account Fees | - 1,757.32 | Number of 24 Hour Customer Service Calls Self-Service | 0 |
| | | Assisted | 0 |
| Service Charge | - 8.50 | | |
| Ending Balance | $447.94 | | |

### Important Information About Your Account

A monthly service charge was applied to your account because on 01/24 your balance was below the minimum balance of $1,000. You can avoid this charge by meeting the minimum balance requirement for this account or linking other BofA savings or money market plans and meeting the combined minimum balance requirement of $3,000.

### Checks Paid          * Gap in check sequence

| Date Paid | Number | Amount | Date Paid | Number | Amount |
|---|---|---|---|---|---|
| 01/05 | 614 | $ 245.00 | 01/12 | * 618 | 264.00 |
| 01/03 | 615 | 95.67 | 01/13 | * 959 | 412.09 |
| 01/03 | 616 | 88.62 | Total of 5 Checks Paid | | $1,105.38 |

### Account Activity

| Date Posted | Description | Reference Number | Amount |
|---|---|---|---|
| | **Deposits and Credits** | | |
| 12/27 | VERSATEL Purchase Credit on 12/23(Card #205289705), Natural White Direct Inc 8002632290 NY Ref. #74124799358010000012799 | | $39.95 |
| 01/06 | VERSATEL Purchase Credit on 01/04(Card #205289705), Radio Shack 00131425 San Diego CA Ref. #74164070005743370217358 | | 29.08 |
| | Total Deposits and Credits | | $69.03 |

Continued on next page

California                                                                                   Page 1 of 3

CONFIDENTIAL TREATMENT REQUESTED     BANA ALB 0001

OMAR A AL BAYOUMI  
Statement Period: December 25, 1999 through January 24, 2000  
Account Number: ▓▓▓▓▓3926  
01/24/▓▓▓▓▓-13926-101

Account Activity   Continued

| Date Posted | Description | Reference Number | Amount |
|---|---|---|---|
| | **Withdrawals, Transfers and Account Fees** | | |
| 12/27 | VERSATEL Purchase on 12/24 (Card #205289705), T-Shirt Wholesale Mart San Diego CA Ref #24492159359796031358897 | | $15.03 |
| 12/28 | VERSATEL purchase on 12/27 (Card #205289705), Arco Paypoint 019 San Diego CA | 397860 | 16.47 |
| 12/28 | VERSATEL purchase on 12/28 (Card #205289705), Longs Drug Store 004 Sandiego CA | 004686 | 50.54 |
| 12/30 | VERSATEL Purchase on 12/28 (Card #205289705), Starbucks 5220 Gen Pla San Diego CA Ref #24492809363118111153078 | | 4.50 |
| 12/30 | VERSATEL Purchase on 12/28 (Card #205289705), Family Medical Center San Diego CA Ref #24872029363463322130076 | | 10.00 |
| 12/30 | VERSATEL Purchase on 12/28 (Card #205289705), Longs Drug Stores #004 San Diego CA Ref #24492799363433004011652 | | 23.90 |
| 01/03 | VERSATEL purchase on 01/02 (Card #205289705), Arco Paypoint 054 San Diego CA | 467883 | 15.90 |
| 01/03 | VERSATEL Purchase on 12/30 (Card #205289705), Family Medical Center San Diego CA Ref #24872029365463322130033 | | 25.00 |
| 01/03 | Cash withdrawal on 01/03, Versateller ATM #090004 (Card #205289705) | 002277 | 40.00 |
| 01/03 | VERSATEL Purchase on 12/30 (Card #205289705), Longs Drug Stores #004 San Diego CA Ref #24492799365433004011874 | | 41.29 |
| 01/05 | VERSATEL Purchase on 01/03 (Card #205289705), Radio Shack 00131425 San Diego CA Ref #24164070004743370265338 | | 4.83 |
| 01/05 | VERSATEL Purchase on 01/03 (Card #205289705), Radio Shack 00131425 San Diego CA Ref #24164070004743370265320 | | 29.08 |
| 01/10 | VERSATEL Purchase on 01/06 (Card #205289705), Parsian International Mar San Diego CA Ref #24403690007000060060211 | | 29.96 |
| 01/10 | Cash withdrawal on 01/09, Versateller ATM #090004 (Card #205289705) | 004402 | 100.00 |
| 01/11 | VERSATEL Purchase on 01/09 (Card #205289705), Shell No.20467703573 San Diego CA Ref #24299100010053102422016 | | 17.26 |
| 01/11 | VERSATEL Purchase on 01/09 (Card #205289705), Half Moon Motel Culver City CA Ref #24492790010147088010010 | | 47.04 |
| 01/14 | VERSATEL Purchase on 01/14 (Card #205289705), Aol*shop Direct Purch 800-573-9023 VA Ref #24692160014000485166879 | | 14.49 |
| 01/18 | Jcplife   Hos 888-527-3447   Co ID: 3953783737 Omar A Al Bayoumi ID# 82aj9n4064 0100 Ref:121108258235141 | | 12.95 |
| 01/18 | VERSATEL Purchase on 01/15 (Card #205289705), Shell No.20467703573 San Diego CA Ref #24299100016053102702015 | | 17.27 |
| 01/18 | VERSATEL Purchase on 01/14 (Card #205289705), Aol*online Service 0100 800-679-9444 VA Ref #24692160014000492149777 | | 21.95 |
| 01/18 | Cash withdrawal on 01/15, Versateller ATM #174702 (Card #205289705) | 008455 | 40.00 |
| 01/18 | VERSATEL purchase on 01/17 (Card #205289705), Longs Drug Store 004 Sandiego CA | 004462 | 48.48 |
| 01/19 | VERSATEL Purchase on 01/17 (Card #205289705), Mail Boxes Etc San Diego CA Ref #24357170018062001579168 | | 8.73 |
| 01/24 | VERSATEL Purchase on 01/22 (Card #205289705), Shell No.20467703573 San Diego CA Ref #24299100023053102032018 | | 17.27 |
| | **Total Withdrawals, Transfers and Account Fees** | | **$651.94** |

Continued on next page

California

CONFIDENTIAL TREATMENT REQUESTED     BANA ALB 0002

OMAR A AL BAYOUMI                    Statement Period: December 25, 1999          01/24/   -13926-101
                                              through January 24, 2000
                                        Account Number:      926

```
==============================================================================
Account Activity   Continued

Date
Posted   Description                                      Reference Number         Amount

         Service Charge
01/24    Monthly Service Charge                                                    $8.50

==============================================================================
Daily Balance

 Date            Amount     Date            Amount     Date            Amount

 12/27       $ 2,169.65    01/06          1,507.93    01/14           623.09
 12/28         2,102.64    01/10          1,377.97    01/18           482.44
 12/30         2,064.24    01/11          1,313.67    01/19           473.71
 01/03         1,757.76    01/12          1,049.67    01/24           447.94
 01/05         1,478.85    01/13            637.58

==============================================================================
ATM Information

This period, you visited the following ATM locations:

Bank of America's Versateller ATM Network
  #090004 Balboa-Genesee, San Diego, CA
  #174702 805/Balboa, San Diego, CA

==============================================================================
FACTS - FDIC Insured Account Disclosure Information

Please read this carefully for fee changes that are effective March 5, 2000. Insufficient Funds Fee: Beginning with
the 4th day through the 6th day, during the preceding 12-month period on which you have an insufficient funds item,
we will charge you $24 for each item up to a daily maximum charge of $96. The fees that apply to each of these items
on days 1 through 3 ($10 with a daily maximum of $40) and on days 7 or more ($27 with a maximum of $108) are not
changing. Stop Payment Order Fee: This fee changes to $18; it does not apply to a Prima Account. If you have
questions, please call Customer Service.
```

                                              California                          Page 3 of 3

CONFIDENTIAL TREATMENT REQUESTED         BANA ALB 0003