# EXHIBIT 252
## REDACTED FOR PUBLIC FILING

 Your Bank of America  02/22/  3926-101
Standard Checking Statement

```
P.O. Box 3530
Rancho Cordova, CA  95741-3530
                                         0863
                                         E0-2
                                                        Statement Period:
                                                        January 25 through February 22, 2000

                                                        Account Number:        3926

                                                        At Your Service
        OMAR A AL BAYOUMI                                Call: 619-667-3220, 24 hours,
        6333 MT ADA RD APT 152                           7 days a week
        SAN DIEGO   CA   92111-3100
                                                        Written Inquiries
                                                        Bank of America
                                                        68th And El Cajon Branch
                                                        PO Box 37176
                                                        San Francisco, CA  94137-0001


                                                        Customer since 1994
                                                        Bank of America appreciates your
                                                        business and we enjoy serving you.
```

Summary of Your Standard Checking Account

| | | | |
|---|---:|---|---:|
| Beginning Balance on 01/25/00 | $447.94 | Number of ATM withdrawals and transfers | 1 |
| Total Deposits | + 26,743.00 | Number of purchase transactions | 7 |
| Total Checks, Withdrawals, | | Number of 24 Hour Customer Service Calls | |
| Transfers, Account Fees | - 7,780.33 | Self-Service | 2 |
| | | Assisted | 1 |
| Service Charge | - 6.50 | 6 of your Customer Service Calls are free of charge each statement period. | |
| Ending Balance | $19,404.11 | | |

Important Information About Your Account

A monthly service charge was applied to your account because on 01/31 your balance
was below the minimum balance of $1,000. You can avoid this charge by meeting the
minimum balance requirement for this account or linking other BofA savings or money
market plans and meeting the combined minimum balance requirement of $3,000.

Bank of America News

It's never been easier or more convenient to pay your bills - just point and click.
With Online Banking just tell us who, how much and when to pay. You can schedule your
bill payments on a one-time or recurring basis, even transfer funds between accounts
without visiting the bank or ATM. Take a test drive of Online Banking today at
www.bankofamerica.com.

Branch/ATM Deposits

| Number | Date Posted | Amount | Number | Date Posted | Amount |
|---|---|---:|---|---|---:|
| | 01/25 | $ 200.00 | | 02/15 | 10,000.00 |
| | 02/04 | 1,558.00 | | Total of 3 deposits | $11,758.00 |

Checks Paid          * Gap in check sequence

| Date Paid | Number | Amount | Date Paid | Number | Amount |
|---|---|---:|---|---|---:|
| 02/04 | | $ 1,558.00 | 02/14 | * 1000 | 187.00 |
| 01/28 | * 619 | 400.00 | 02/14 | 1001 | 73.00 |
| 02/07 | * 991 | 903.00 | 01/31 | * 1047 | 43.62 |
| 02/09 | 992 | 2,000.00 | 02/08 | 1048 | 200.00 |
| 02/10 | 993 | 200.00 | 02/03 | * 1050 | 1,350.00 |
| 02/17 | 994 | 520.00 | Total of 11 Checks Paid | | $7,434.62 |

Continued on next page

California                                                              Page 1 of 2

CONFIDENTIAL TREATMENT REQUESTED     BANA ALB 0004

OMAR A AL BAYOUMI                    Statement Period: January 25 through February 22, 2000    02/22/[ ] 13926-101
                                     Account Number: [ ]926

```
Account Activity

Date
Posted   Description                                                          Reference Number     Amount

         Deposits and Credits
02/01    Edi Paymnt Samba              Co ID: 9036006252 H.A.Badkuok
         ID# 0000010783 Ref:028000085510733                                                        $10,000.00
02/09    Money Transfer-Calif    Trn: 000209-000726 Sender Ref: 5201100039js
         Src: Fedwire Benf: Omar Ahmed Albayoumi Orig: Mohamed A Aziz
         Alhabib                                                                                    4,985.00

         Total Deposits and Credits                                                                $14,985.00

         Withdrawals, Transfers and Account Fees
01/25    VERSATEL purchase on 01/24 (Card #205289705),                              515980            $46.99
            Albertsons 8 San Diego CA
01/26    VERSATEL Purchase on 01/25 (Card #205289705),                                                100.00
            Ets*toefl Cbt Appointment 609-771-7100 NJ
            Ref #24692160025000739291579
01/31    VERSATEL purchase on 01/29 (Card #205289705),                              534563             30.59
            99 Ranch Market #1 507 San Diego CA
01/31    Cash withdrawal on 01/30, Versateller ATM #090003 (Card #205289705)        008447             60.00
02/01    Insufficient Funds Fee                                                                        10.00
02/07    VERSATEL Purchase on 02/05 (Card #205289705),                                                 16.79
            Shell No.20467703573 San Diego CA
            Ref #24299100037053102652017
02/09    Processing Fee For Money Tfr-CA Trn: 000209-000726                                            10.00
02/14    VERSATEL Purchase on 02/11 (Card #205289705),                                                 17.08
            Texaco Inc 93002410507 San Diego CA
            Ref #24897390044355877200037
02/14    VERSATEL Purchase on 02/14 (Card #205289705),                                                 21.95
            Aol*online Service 0200 800-679-9444 VA
            Ref #24692160045000228679652
02/15    Jcplife     Hos 888-527-3447    Co ID: 3953783737 Omar A Al Bayoumi
         ID# 82aj9n4064 0200 Ref:121108251282196                                                       12.95
02/22    VERSATEL Purchase on 02/11 (Card #205289705),                                                 19.36
            Kabul Mkt Intl Foods San Diego CA
            Ref #24493980049200385600339

         Total Withdrawals, Transfers and Account Fees                                              $345.71

         Service Charge
02/22    Direct Deposit Discount                                                                     -$2.00
02/22    Monthly Service Charge                                                                        8.50

         Total Service Charges                                                                       $6.50


Daily Balance

Date              Amount        Date            Amount         Date            Amount

01/25           $ 600.95        02/03         8,606.74         02/14          9,962.92
01/26             500.95        02/07         7,686.95         02/15         19,949.97
01/28             100.95        02/08         7,486.95         02/17         19,429.97
01/31            - 33.26        02/09        10,461.95         02/22         19,404.11
02/01           9,956.74        02/10        10,261.95


ATM Information

This period, you visited the following ATM locations:

Bank of America's Versateller ATM Network
  #090003 Balboa-Genesee, San Diego, CA
```

California                                                              Page 2 of 2

CONFIDENTIAL TREATMENT REQUESTED    BANA ALB 0005