# EXHIBIT 253
## REDACTED FOR PUBLIC FILING

D886

| EXHIBIT REF.NO. | PRODUCED BY: |
|---|---|
| PSS/42 | DS STREET |

**DESCRIPTION:**

ASSORTED PHOTOGRAPHS



x1  Box 11  ④

**WHERE FOUND:**

SHELF ④   UNIT Ⓔ
ROOM ⑨
34 DYMOKE ST.





