# EXHIBIT 254
## REDACTED FOR PUBLIC FILING

| EXHIBIT REF. NO.<br>**PSS/104**  | PRODUCED BY:<br>**DS STREET** |
|---|---|

**DESCRIPTION:**
**QUANTITY OF PHOTOS.**

**WHERE FOUND:**
**34 DYMOKE STREET, HIGHGATE, BIRMINGHAM.**
**GARAGE.**

**REMARKS:**

(handwritten on sticky note: Box 161  X1  54)

13


14


15



16



17



18







21



22





