# EXHIBIT 255

| | |
|---|---|
| **Incident ID** | 0101020101S17 |
| **Holmes Ref** | X1723 |
| **Other Ref** | |

**Title:** FULL TAPE TRANSCRIPT OF MASTER TAPE DSC/8

*(Include source and any document number if relevant)*

| Receivers instructions (HP action Yes/No) | Receiver |
|---|---|
| | |
| **Document Readers instructions** | **Doc. Reader** |
| | |
| **Indexed as indicated** | **Indexer** |
| | |

| Examined – further action to be taken | OM | SIO |
|---|---|---|
| | | |

**Assessor Priority**

HIGH    MEDIUM    LOW
◉          ◉          ○

**Assessor Comments**
*To include action taken*

**Receivers Priority**

HIGH    MEDIUM    LOW
◉          ◉          ○

**MIR Status**    Received ○    Registered ○    Read ○    Indexed ○    Approved ○    Review ○

Case 1:03-md-01570-GBD-SN    Document 10191-81    Filed 07/31/24    Page 3 of 16

S17  OP EXCHANGE -XV/23  DSC/8A  Book 46.077  Page 1 of 38
INTERVIEW OMAR AL BAYOUMI 23 SEPT 2001 (23/09/2001) 13.42 TO 14.25 HRS \ FULL TAPE TRANSCRIPT OF MASTER TAPE DSC/8

Record of Tape Recorded Interview

Person interviewed: Omar AL-BAYOUMI                    Police Exh. No. DSC/8A

Place of Interview:  Paddington Police Station         Number of Pages: 39

Date of interview: 23/09/2001

Time commenced:  1342                                  Time concluded: 1425

Duration of interview: 43 minutes

Interviewing officers: DC CAMPBELL, DC DEAN

Other persons present: Ms GORDON-LAWRENCE Legal Rep

| Tape counter times | Person speaking | Text |
|---|---|---|
| | CAMPBELL | This is the continuation interview of Mr Omar AL-BAYOUMI. The time by my watch is 1.42 pm. The same persons are still present. For the benefit of the tape can you state your name for me please Omar. |
| 0.26 | AL-BAYOUMI | Omar AL-BAYOUMI. |
| | CAMPBELL | And also can you confirm that whilst the tapes were out of the machine that we did not ask you any questions is that correct? |
| | AL-BAYOUMI | Yeah. |
| 0.39 | CAMPBELL | Just so there's no misunderstanding I'll remind you of the caution again. You do not have to say anything but it may harm your defence if you do not |

Case 1:03-md-01570-GBD-SN   Document 10191-81   Filed 07/31/24   Page 4 of 16

Omar AL-BAYOUMI

13

|  |  | deposit she said it would come by mail you know. And er... I don't know. I told someone oh whilst over there to get the, the deposit from her, so and er... |
|---|---|---|
| 13.57 | DEAN | While you were in that department did you have a land line telephone? |
|  | AL-BAYOUMI | Land load, land what? |
|  | DEAN | A telephone in your flat, in your apartment? |
|  | AL-BAYOUMI | Yeah, yeah I had phone. |
| 14.10 | DEAN | Can you tell me the telephone number of that? |
|  | AL-BAYOUMI | I don't seem to remember it. |
|  | DEAN | Who was your company with? |
|  | AL-BAYOUMI | Company? |
|  | DEAN | Who was the ??? |
|  | AL-BAYOUMI | Pacific Bell. |
|  | DEAN | And do you have any problems with us going through your telephone records? |
| 14.31 | AL-BAYOUMI | No. |
|  | DEAN | Itemised bills? |
|  | AL-BAYOUMI | No. Actually I told my wife to pay everything before she leave. |

14

Omar AL-BAYOUMI

| | | |
|---|---|---|
| 14.43 | DEAN | Whilst I was talking, he was talking about to be a guarantor, you was quite specific, and do you understand specific means? |
| | AL-BAYOUMI | Yeah. |
| 14.57 | DEAN | On pointing out of, he was saying guarantor and you said of 152. Now I just want to clarify for myself what Dave was saying, was asking you had you been a guarantor for any apartment, not just 152. Had you guaranteed, guarantored on any apartment for someone else within where you was living. Do you understand that question? |
| 15.30 | AL-BAYOUMI | Yeah a hundred percent. Yes I, it could happen. Yes. |
| | DEAN | Right. You say it could happen. |
| | AL-BAYOUMI | Yeah. |
| | DEAN | So can we be more precise. It has happened hasn't it, guaranteed. |
| | AL-BAYOUMI | Hmm. |
| | DEAN | You're not, you know there's nothing wrong with that. We must point that out you've done nothing wrong. |
| 15.51 | AL- BAYOUMI | Okay. |

15

Omar AL-BAYOUMI

| | | |
|---|---|---|
| | DEAN | Try and take me back, and I appreciate it's very hard but you are an intelligent person. And first of all tell me at least one person you've guanatored during your time at those apartments? And remember you've done nothing wrong by guarantoring them. So just try and recall a person to start with. |
| 16.333 | AL-BAYOUMI | I'm not sure. If you give me names. |
| | DEAN | Okay. |
| | AL-BAYOUMI | Yeah. |
| | DEAN | We'll try it another way. |
| | AL-BAYOUMI | Yeah. |
| | DEAN | You can remember guarantoring someone? |
| | AL-BAYOUMI | Guarantor someone? |
| | DEAN | Hmm. |
| 16.45 | AL-BAYOUMI | I, I think it happened. |
| | DEAN | It's happened yeah okay. |
| | CAMPBELL | You think it happened or did it happen? |
| | AL-BAYOUMI | Yeah I think it happened. |
| | CAMPBELL | Can we be specific here on our language, it's important. Did it happen? Did you guarantee someone? Yes or no? |

16

Omar AL-BAYOUMI

| | | |
|---|---|---|
| 17.08 | AL-BAYOUMI | I think yes. I think yes. I think you know as I mentioned before I'm trying to help you know. |
| | DEAN | Okay. And we all do help friends. Now you're saying you think yes. |
| | AL-BAYOUMI | You know it's different between friends. Sometimes people you don't know. |
| | DEAN | And it's acquaintances. |
| | AL-BAYOUMI | (Inaudible) for. |
| 17.27 | DEAN | Right. We just need to go on this point and Dave's quite right what he's saying. It may be and it's again no disrespect to yourself, our vocabulary might be slightly different. But we need, you say you think it's happened yes. Now try now and recall when you've done it. I don't want a name at this moment. But can you, did you meet the person you guarantored? |
| 18.04 | AL-BAYOUMI | Did I meet anyone? |
| | DEAN | Did you meet him or her? |
| | AL-BAYOUMI | I met, I met, but I don't know of meeting. |
| | DEAN | No. No. No don't worry about that. What we're here to do is to get to the bottom of a very large enquiry. |
| 18.26 | AL-BAYOUMI | Yeah. |

17

Omar AL-BAYOUMI

| | | |
|---|---|---|
| | DEAN | And how we're doing that we've got to question you. We're not at the moment of accusing you of anything. |
| | AL-BAYOUMI | Yeah. |
| | DEAN | What we're saying and we're trying to find out what has gone on. |
| | AL-BAYOUMI | Yes. |
| | DEAN | Okay. |
| 18.37 | AL-BAYOUMI | Yeah. |
| | DEAN | We're investigating. So the question what I've just ask you is can you remember someone, you're going to say yes and then you stopped. But can you remember the person you guarantored, a person. Which you said yes. So can you describe him to us or her? |
| | AL-BAYOUMI | What he looks like? |
| | DEAN | Yeah. Yeah. |
| 19.18 | AL-BAYOUMI | Yeah I, yeah I remember now the guy but it's not in my, in my (inaudible) but he's I think they came from Mecca yeah. And you know that's why they need I think help to get the apartment or something like that yeah. From Mecca City in Saudi Arabia. |
| 19.49 | DEAN | Yeah. Anything else, keep going. |

18

Omar AL-BAYOUMI

|  |  |  |
|---|---|---|
|  | AL-BAYOUMI | What he looks like ??? but I think he wasn't have beard. He doesn't have beard. Yeah. |
|  | DEAN | And you say them, was there two of them. Three of them? |
| 20.11 | AL-BAYOUMI | The other one he, they came together. |
|  | DEAN | Two? |
|  | AL-BAYOUMI | Two of them. |
|  | DEAN | Right. |
|  | AL-BAYOUMI | Yeah. |
|  | DEAN | And the other guy what does he look like? |
| 20.18 | AL-BAYOUMI | The other one he has you know his teeth is, has you know gap in it. |
|  | DEAN | When you say a gap it must be a big gap? |
|  | AL-BAYOUMI | Yeah a big gap. Or I think one of his teeth is out. |
|  | DEAN | I haven't got perfect teeth, but which tooth are you on about. |
|  | AL-BAYOUMI | In the beginning yeah. |
| 20.39 | DEAN | Okay. So the front. So when was this? |
|  | AL-BAYOUMI | Hmm? |
|  | DEAN | When did this happen? |
| 20.50 | AL-BAYOUMI | I think this is maybe late '99 or 2000. I'm not sure exactly. |
|  | DEAN | Okay. |

Case 1:03-md-01570-GBD-SN    Document 10191-81    Filed 07/31/24    Page 10 of 16

19

Omar AL-BAYOUMI

| | | |
|---|---|---|
| | AL-BAYOUMI | Exactly I'm not sure. |
| 21.04 | DEAN | And just reflect back to that and try and remember them. Yeah just have a couple of seconds thought. Obviously get a picture of them. |
| | AL-BAYOUMI | Hmm hmm. |
| | DEAN | Yeah. How did you meet them? |
| | AL-BAYOUMI | How did they meet? |
| | DEAN | How did you come across them. Was it the mosque or? |
| 21.21 | AL-BAYOUMI | Ah hmm. |
| | DEAN | Is that... okay. Where did you meet them? |
| | AL-BAYOUMI | Were? |
| | DEAN | Where? |
| | AL-BAYOUMI | (Inaudible) once I went to Los Angeles with Osma American guy. Okay he's Muslim also. And .... |
| 21.41 | CAMPBELL | Can I just stop you there. What he's name please? |
| | AL-BAYOUMI | Osma. |
| | CAMPBELL | Os??? |
| | AL-BAYOUMI | Osma. |
| | CAMPBELL | Can you spell that please? |
| 21.48 | AL-BAYOUMI | O.S.M.A. |
| | CAMPBELL | Is that his first name or last name? |

20

Omar AL-BAYOUMI

| | | |
|---|---|---|
| | AL-BAYOUMI | This is er… when he became Muslim he converted his name. His umm… he umm… not er… he's white. |
| | CAMPBELL | Yes. |
| | AL-BAYOUMI | You know American. |
| 22.02 | DEAN | He's white American, name of OSMA. |
| | AL-BAYOUMI | Yeah his name OSMA. |
| | CAMPBELL | And his first name? |
| | AL-BAYOUMI | His first name was OSMA. I don't know the last name. And I don't know his real name. I mean the American name. |
| | CAMPBELL | He's American. |
| | AL-BAYOUMI | Yeah. But he, he, everybody knows him. |
| | DEAN | Okay. |
| | CAMPBELL | In the mosque? |
| | AL-BAYOUMI | In the mosque yeah. |
| | CAMPBELL | And that is the mosque in San Diego the one that before was referred to? |
| 22.25 | AL-BAYOUMI | That's right. |
| | CAMPBELL | So continue please. |
| | DEAN | Yeah you telling about Los Angeles. |
| | AL-BAYOUMI | Yeah. |
| | DEAN | Carry on then. |

Case 1:03-md-01570-GBD-SN    Document 10191-81    Filed 07/31/24    Page 12 of 16

S17 OP EXCHANGE - X1723 - DSC/8A - Book 46.077 - Page 21 of 38
INTERVIEW OMAR AL BAYOUMI 23 SEPT 2001 (23/09/2001) 13.42 TO 14.25 HRS \ FULL TAPE TRANSCRIPT OF MASTER TAPE DSC/8

21

Omar AL-BAYOUMI

| | | |
|---|---|---|
| 22.30 | AL-BAYOUMI | Yeah. We were in Los Angeles and we went to a restaurant to eat. And when we're there I saw some, two people talking the same language, Arabic language, and I get to them and say so where are you from. They said we are from Saudi Arabia. And, actually I forgot their names now. Anyway they er... umm... umm... yeah, they said er... we have been here for about 24 days and we want to go to English school and we don't know how to go there. And then I said I'm in San Diego and not from the city, and we go back to now San Diego, but if you need help or something like that, just call me. I think I give them my phone number. And they went to the mosque and they er... they ask the Imam who's leader, he leads the prayer, where is Omar and they said that he's coming, he usually pray at this mosque. Yeah. |
| 23.53 | DEAN | Okay. So they actually come down to San Diego. |
| | AL-BAYOUMI | Yeah. |
| | DEAN | Yeah and I appreciate it's going back a little bit, and this (inaudible) the, where did you meet them in Los Angeles? |
| | AL-BAYOUMI | In restaurant. |

22

Omar AL-BAYOUMI

| | | |
|---|---|---|
| 24.13 | DEAN | Can you remember if it was the hotel restaurant? |
| | AL-BAYOUMI | No, no, no, not at all. It was a, it is close to the King Fayed Mosque. |
| | DEAN | Okay. |
| | AL-BAYOUMI | Yeah. The, so what do you call it umm… Barbecue (inaudible). |
| | DEAN | Okay. And what had you been up there for? |
| 24.36 | AL-BAYOUMI | Hmm? |
| | DEAN | Why had you been to - I appreciate it's not particularly that far is it San Diego to LA? |
| | AL-BAYOUMI | Two, two hours. Two hours. |
| | DEAN | Yeah. What was your purpose for going up there? |
| | AL-BAYOUMI | I had purpose to for first of all to bring some books to the mosque. |
| 24.54 | DEAN | Oh right. So returned back down there, back down to San Diego? |
| | AL-BAYOUMI | No. After I get the books we went to, tried to go to the King Fayez Mosque to pray there. |
| 25..08 | DEAN | Right. |
| | AL-BAYOUMI | And I think we glanced at the time and we went to eat and we met these people. |
| | DEAN | Right. |
| | AL-BAYOUMI | Two of them. |

23

Omar AL-BAYOUMI

| | | |
|---|---|---|
| | DEAN | So you're saying you're sitting on a different table. |
| | AL-BAYOUMI | No we was sit here at this table and I heard him, er… I heard them at this table. |
| | DEAN | And they were speaking Arabic obviously. |
| 25.29 | AL-BAYOUMI | Yeah. |
| | DEAN | Okay. And what happened? How did you come together? |
| | AL-BAYOUMI | Umm… how did we come together. Yeah. |
| | DEAN | Do you understand that? |
| | AL-BAYOUMI | Yeah, I say you know there's somebody from meeting of er… peace be upon him or something like that language. And er… they introduced themselves. |
| 25.58 | DEAN | Can you recall anything that said names? |
| | AL-BAYOUMI | I'm not sure exactly. I'm not sure. I'm not sure. |
| | DEAN | And then what happened? |
| | AL-BAYOUMI | MAWF, MAWF or something like that. I think. |
| | DEAN | MAWF. How would you spell that. Again if you thought it was that pronunciation, how would you spell it, you yourself? |
| 26.43 | AL-BAYOUMI | I think M.A. |
| | DEAN | M.A. |
| | AL-BAYOUMI | MAWF, no M.A.W.F. I think. MAWF. MAWF. |

S17 OP EXCHANGE - X1723 - DSC/8A - Book 46.077 - Page 24 of 36
INTERVIEW OMAR AL BAYOUMI 23 SEPT 2001 (23/09/2001) 13.42 TO 14.25 HRS \ FULL TAPE TRANSCRIPT OF MASTER TAPE DSC/8

Case 1:03-md-01570-GBD-SN    Document 10191-81    Filed 07/31/24    Page 15 of 16

24

Omar AL-BAYOUMI

| | | |
|---|---|---|
| | DEAN | Okay. So you speak to them and basically you see that type of person as friendly. So you've spoke to them. |
| | AL-BAYOUMI | Hmm hmm. |
| 27.13 | DEAN | In saying having a nice day type of word, and that they've come across. |
| | AL-BAYOUMI | I think er... after three days they came to San Diego. |
| | DEAN | And they came down to San Diego. |
| | AL-BAYOUMI | It's either three days or four days. |
| | DEAN | And - okay we'll jump on a little bit. They come down to the mosque at Elcahon? |
| 27.31 | AL-BAYOUMI | No, not Elcahon. Central mosque, what do they call it, Islamic Centre, San Diego. |
| | DEAN | Right. Is that downtown. |
| | AL-BAYOUMI | No it's near to my house. |
| 27.41 | DEAN | Okay. |
| | AL-BAYOUMI | But Elcahon is far away. |
| | DEAN | And they went into the mosque and asked the, again excuse my ignorance the person in charge if they had seen you? |
| | CAMPBELL | Imam or Imir? |
| | AL-BAYOUMI | Imam. |

25

Omar AL-BAYOUMI

| | | |
|---|---|---|
| | DEAN | Imam. They asked… |
| | AL-BAYOUMI | They asked Imam is Omar, I think it Imam, I'm not sure but I think the Imam himself. |
| | DEAN | Okay. Right. |
| 28.12 | AL-BAYOUMI | Yeah to ask him is Omar. |
| | DEAN | And do you know what, I appreciate you don't know what he says, but do you know roughly what his reply was? |
| | AL-BAYOUMI | Yeah he said, yeah I know him. Because I usually pray at the mosque five times a day. |
| | DEAN | Oh right. And then when did you meet up with these guys. Did they come and find you type of thing. |
| 28.35 | AL-BAYOUMI | Yeah the… no I came late, at that time I came late and I met them and they said we need to get apartment, two of them I think, and we want to open account or something like that. |
| 28.50 | DEAN | What's an account - just like a bank account type of thing? |
| | AL-BAYOUMI | Yeah, yeah. Account you know. |
| | DEAN | Okay. |
| | AL-BAYOUMI | Each person who came near me concern about two things - living and open account. |