# EXHIBIT 256

| | |
|---|---|
| Incident ID | 0101020101S17 |
| Holmes Ref | X1736 |
| Other Ref | |

**Title:** FULL TAPE TRANSCRIPTION OF MASTER TAPE DSC/23

*(Include source and any document number if relevant)*

| Receivers instructions (HP action Yes/No) | Receiver |
|---|---|
| | |
| **Document Readers instructions** | **Doc. Reader** |
| | |
| **Indexed as indicated** | **Indexer** |
| | |
| **Examined – further action to be taken** | **OM** / **SIO** |
| | |

**Assessor Priority**

- ● HIGH
- ● MEDIUM
- ○ LOW

**Assessor Comments**
*To include action taken*

**Receivers Priority**

- ● HIGH
- ● MEDIUM
- ○ LOW

**MIR Status**   Received ○   Registered ○   Read ○   Indexed ○   Approved ○   Review ○

Record of Tape Recorded Interview

Person interviewed: Omar AL BAYOUMI   Police Exh. No. DSC/23A

Place of Interview: Paddington Green Police Station   Number of Pages: 20

Date of interview: 27/9/2001

Time commenced: 1605hrs   Time concluded: 1635 hrs

Duration of interview: 30 minutes

Interviewing officers: DC DEAN, DC CAMPBELL

Other persons present:

| Tape counter times | Person speaking | Text |
|---|---|---|
| | CAMPBELL | This is a continuation interview of Mr Omar AL BAYOUMI. I'm Detective Constable David CAMPBELL attached to the Anti Terrorist Branch. The other police officer present is Ian DEAN and also Omar. Can we confirm whilst the tapes were out of the machine we did not ask you any questions. |
| | BAYOUMI | Yes. |
| | CAMPBELL | Remind you of the caution as I always do – that is you do not have to say anything but it may harm your defence if you do not mention when questioned something which you later rely on in |

Omar AL BAYOUMI 3

| | |
|---|---|
| BAYOUMI | I usually call him any time to (inaudible) |
| CAMPBELL | You said you know (inaudible) where did you phone him at night then, at school. |
| BAYOUMI | Sometimes I was working and I something get call. |
| CAMPBELL | It wasn't to tell Mr Alla ATTAS that these two hijackers had just landed. |
| BAYOUMI | No at all. |
| CAMPBELL | Sure. |
| BAYOUMI | I'm sure. |
| CAMPBELL | If we investigate the phone records. |
| BAYOUMI | Yes. |
| CAMPBELL | If any of those tell us that you were in Los Angeles that day near the airport, will they tell us that, think about it very carefully. |
| BAYOUMI | Yeh I'm carefully. |
| CAMPBELL | You understand. |
| BAYOUMI | I'm sure to your question. |
| CAMPBELL | You understand how phones operate. |
| BAYOUMI | Eh. |
| CAMPBELL | You understand how phones operate, mobile phone. |
| BAYOUMI | Yes. |
| CAMPBELL | The transmitter. |
| CAMPBELL | Yes. |

S17 OP EXCHANGE - X1736 - DSC/23A - Book 46.090 - Page 4 of 20
INTERVIEW OMAR AL BAYOUMI 27 SEPT 2001 (27/09/2001) 16.05 - 16.35 HRS \ FULL TAPE TRANSCRIPTION OF MASTER TAPE DSC/23

Omar AL BAYOUMI 4

| | | |
|---|---|---|
| BAYOUMI | | Yes. |
| BAYOUMI | | I'm sure. |
| CAMPBELL | | And your adamant that you (inaudible) 15th Jan Ok. |
| BAYOUMI | | No. |
| CAMPBELL | | Did you receive a phone call or any other from communicating from someone talking to you that these two men had arrived. |
| BAYOUMI | | No. |
| CAMPBELL | | Did someone tell you to go to Los Angeles in and around the 2nd, sorry 1st of February to meet these men. |
| BAYOUMI | | No. |
| Solicitor | | This is 2001 yeh. |
| DEAN | | 2000. |
| Solicitor | | 2000 Thankyou. |
| CAMPBELL | | Do you know who, sorry Ian would you like to say something. |
| DEAN | | No. |
| CAMPBELL | | The two men that we've been talking about, they were hijackers on flight 77. They were two hijackers. These were, I'm not sure if you had assume that or knew that, through the course of the investigation. |

Omar AL BAYOUMI                                                              5

| | | |
|---|---|---|
| | BAYOUMI | No I didn't know anything about it. |
| | CAMPBELL | No. |
| | CAMPBELL | Well I can tell you that the name they gave, or go by the name of Khalid AL MIDHAR and Nawiff AL HAMZA were two terrorists who were aboard one of the hijacked aircraft, I believe that they were hijackers. |
| | BAYOUMI | No I don't believe this. |
| | CAMPBELL | I believe you had a criminal conspiracy between these men and that conspiracy was that you would give them assistance so that they could commit these terrorist acts. |
| | BAYOUMI | Not true, at all. |
| | CAMPBELL | I believe because of the assistance that you have given them. |
| | BAYOUMI | I didn't give them any assistance. |
| | CAMPBELL | Well Omar, the assistance you have given, you have provided false documentation, false references for two terrorists to get accommodation at the Parkwood apartments. |
| | BAYOUMI | No, I didn't get recommendation or force. |
| | CAMPBELL | Omar please. |
| | BAYOUMI | I'm sure. |

Omar AL BAYOUMI                                                                                     6

CAMPBELL    Please Omar you have admitted in interview that you have put your details down on their application. You've told me that. You've told me that you've done that. You've told me that you have stood as guarantor for these two terrorists.

BAYOUMI     No for guarantor for what.

CAMPBELL    For these apartments.

BAYOUMI     No – They – two guys that come to rent a house Ok – and I'm not sure if I I I help them make guarantor or something like that.

CAMPBELL    Your not sure. But I'm telling you, because I've seen it before.

BAYOUMI     Yes.

CAMPBELL    You've put down your details on that form.

BAYOUMI     Yes.

CAMPBELL    It is as simple as that.

BAYOUMI     Yes.

CAMPBELL    You've done that.

BAYOUMI     Yes I did that.

CAMPBELL    You've also lied on that document because you've shown Mr NOOR as the referee for that document, and you've put down your own phone number as the reference for that point the reason being that if