# EXHIBIT 257

| | |
|---|---|
| Incident ID | 0101020101S17 |
| Holmes Ref | X1733 |
| Other Ref | |

**Title:** FULL TAPE TRANSCRIPTION OF MASTER TAPE DSC/20

*(Include source and any document number if relevant)*

| Receivers instructions (HP action Yes/No) | Receiver |
|---|---|
| | |
| **Document Readers instructions** | **Doc. Reader** |
| | |
| **Indexed as indicated** | **Indexer** |
| | |

| Examined – further action to be taken | OM | SIO |
|---|---|---|
| | | |

**Assessor Priority**

- ● HIGH
- ○ MEDIUM
- ○ LOW

**Assessor Comments**
*To include action taken*

**Receivers Priority**

- ● HIGH
- ○ MEDIUM
- ○ LOW

**MIR Status**   Received ○   Registered ○   Read ○   Indexed ○   Approved ○   Review ○

Record of Tape Recorded Interview

Person interviewed: Omar AL-BAYOUMI        Police Exh. No. DSC/20 A

Place of Interview: Paddington Police Station      Number of Pages: 36

Date of interview: 25/09/2001

Time commenced: 20.25hrs           Time concluded: 21.10hrs

Duration of interview: 45 minutes

Interviewing officers: DC CAMPBELL, DC DEAN

Other persons present: Ms GORDON-LAWRENCE Legal Rep.

| Tape Counter times | Person Speaking | Text |
|---|---|---|
| | DC CAMPBELL | This interview is being tape recorded. I am Detective Constable David CAMPBELL attached to the Anti Terrorist Branch and the other police officer present is.... |
| | DC DEAN | Detective Constable Ian DEAN also attached to the Anti Terrorist Branch. |
| | DC CAMPBELL | And I'm interviewing, for the benefit of the tape can you state your full name for me please. |
| | AL-BAYOUMI | Omar AL-BAYOUMI. |
| | DC CAMPBELL | Also present is your legal representative. Can I also have your name please. |
| | Solicitor | Jackie GORDON-LAWRENCE, authorised representative with Fisher Meredith. I'm now required to explain my role. It is to protect my client's rights. I will continue to advise my client throughout |

S17 OP EXCHANGE - X1733 - DSC/20A - Book 46.087 - Page 24 of 36
INTERVIEW OMAR AL BAYOUMI 25 SEPT 2001 (25/09/2001) 20.25 - 21.10 HRS \ FULL TAPE TRANSCRIPTION OF MASTER TAPE DSC/20

24

Omar AL-BAYOUMI

| | |
|---|---|
| AL-BAYOUMI | I didn't have his last name. |
| DC DEAN | Can you describe him (inaudible) description. |
| AL-BAYOUMI | Yeah, he is, he is not tall guy and skinny. |
| DC DEAN | Umm hmm, colour of his hair. |
| AL-BAYOUMI | Say it again. |
| DC DEAN | Colour of his hair. |
| AL-BAYOUMI | His head, he's white and he has beard. |
| DC DEAN | And how old is he. |
| DC CAMPBELL | What colour hair. |
| AL-BAYOUMI | Like your colour hair. |
| DC DEAN | How old is he. |
| AL-BAYOUMI | I think twenty something, twenty-three or twenty-two or… |
| DC DEAN | Okay |
| AL-BAYOUMI | But you know I, I mentioned that (inaudible) family I think or Doctor (inaudible) himself. (inaudible) of one and I think he's you know |
| DC DEAN | Doctor who. |
| AL-BAYOUMI | Doctor (inaudible) |
| DC DEAN | Can you spell that please |
| AL-BAYOUMI | I, I show you him in the video yesterday, last night, yeah. (inaudible) he fight with his wife sometimes, you know. (inaudible) |
| DC DEAN | Where does he live. |
| AL-BAYOUMI | Who, doctor (inaudible) |

S17 OP EXCHANGE - X1733 - DSC/20A - Book 46.087 - Page 25 of 36
INTERVIEW OMAR AL BAYOUMI 25 SEPT 2001 (25/09/2001) 20.25 - 21.10 HRS \ FULL TAPE TRANSCRIPTION OF MASTER TAPE DSC/20

25

Omar AL-BAYOUMI

| | |
|---|---|
| DC DEAN | No (inaudible) |
| AL-BAYOUMI | I don't know. |
| DC DEAN | Have you ever been to his house |
| AL-BAYOUMI | Pardon |
| DC DEAN | Have you ever been to his house. |
| AL-BAYOUMI | No |
| DC DEAN | Well think back to when you went to Los Angeles with him. |
| AL-BAYOUMI | Er? |
| DC DEAN | When you went to Los Angeles |
| AL-BAYOUMI | Yeah. |
| DC DEAN | Who arranged that trip. |
| AL-BAYOUMI | I arranged the trip. |
| DC DEAN | Okay, why didn't you go on your own. |
| AL-BAYOUMI | Why? |
| DC DEAN | Umm hmm |
| AL-BAYOUMI | At the time I think I, we pray (inaudible) you know (inaudible) it means at night and next day I said, I said if you have time tomorrow can you come with me to the embassy. They said okay. I said can we bring some books and I want to get pictures for myself and here is, you know, (inaudible) taking picture at cost for about 15 dollars, two pictures for about 10 dollars in, for a passport and he said no, let's go there, I know the Los Angeles and I'll show |

S17 OP EXCHANGE x1/93 DSC/26A Book 46.087 Page 26 of 36
INTERVIEW OMAR AL BAYOUMI 25 SEPT 2001 (25/09/2001) 20.25 - 21.10 HRS \ FULL TAPE TRANSCRIPTION OF MASTER TAPE DSC/20

26

Omar AL-BAYOUMI

| | |
|---|---|
| | (inaudible) to take a picture and you know, and I, I just want, that I want one picture. |
| DC DEAN | Right. |
| AL-BAYOUMI | And we, forget the other pictures at home and we went to the store, supermarket I think and we get the fast pictures and we went to the embassy. |
| DC DEAN | Whose car did you go in. |
| AL-BAYOUMI | Eh? |
| DC DEAN | Whose car did you go in. |
| AL-BAYOUMI | My car. |
| DC DEAN | And what time of day did you leave. |
| AL-BAYOUMI | What, what time. |
| DC DEAN | Umm hmm |
| AL-BAYOUMI | Actually we finished from the embassy I think, I'm not sure exactly but before, before maybe three or four or something like that, maybe four, before, before four and we went to the, to, we plan to, he wants to yeah, the reason why he come with me, he want to see also the new King Fahed Mosque in Los Angeles, the (inaudible) and, and we stop over there. I, you know, confused where to go and he said okay, we can postpone it because we have time now, let's go to eat. |
| DC DEAN | And you stopped at a restaurant…. |
| AL-BAYOUMI | Yeah |

S17 OP EXCHANGE 1x1/33 DSC/20A Book 46.037 Page 27 of 38
INTERVIEW OMAR AL BAYOUMI 25 SEPT 2001 (25/09/2001) 20.25 - 21.10 HRS \ FULL TAPE TRANSCRIPTION OF MASTER TAPE DSC/20

27

Omar AL-BAYOUMI

| | |
|---|---|
| DC DEAN | …a kebab place. |
| AL-BAYOUMI | To eat, yeah. |
| DC DEAN | So that was evening time |
| AL-BAYOUMI | Yeah. |
| DC DEAN | When you saw the Middle Eastern chaps, the two guys. |
| AL-BAYOUMI | Yeah |
| DC DEAN | The question was covered, but did they have any luggage with them. |
| AL-BAYOUMI | No, I didn't think, no, I didn't see luggage with them, no. |
| DC DEAN | And you said you actually called them across and you, they actually sat on your table. |
| AL-BAYOUMI | Yeah, I'm trying to pay the, you know, because…. |
| DC DEAN | You paid separately, yes. |
| AL-BAYOUMI | No, yeah, they paid by themselves but first of all we were me and (inaudible) eating and I don't want him to pay, (inaudible) okay, and I went there to pay the cheque for the, what you call it… |
| DC DEAN | The bill. |
| AL-BAYOUMI | Yeah, the bill and I, he was then talking and say hi, hi and (inaudible) from there said that we are new here in this area and we want to study English and this. I said okay and from there… |
| DC DEAN | (inaudible) |