# EXHIBIT 260

| | |
|---|---|
| Incident ID | 0101020101S17 |
| Holmes Ref | X1731 |
| Other Ref | |

**Title:** FULL TAPE TRANSCRIPTION OF MASTER TAPE DSC/18

*(Include source and any document number if relevant)*

| Receivers instructions (HP action Yes/No) | Receiver |
|---|---|
| | |

| Document Readers instructions | Doc. Reader |
|---|---|
| | |

| Indexed as indicated | Indexer |
|---|---|
| | |

| Examined – further action to be taken | OM | SIO |
|---|---|---|
| | | |

**Assessor Priority**

HIGH    MEDIUM    LOW
 ●         ●         ○

**Assessor Comments**
*To include action taken*

**Receivers Priority**

HIGH    MEDIUM    LOW
 ●         ●         ○

MIR Status   Received ○   Registered ○   Read ○   Indexed ○   Approved ○   Review ○

Record of Tape Recorded Interview

Person interviewed: Omar AL-BAYOUMI

Police Exh. No. DSC/18A

Place of Interview: Paddington Police Station

Number of Pages: 35

Date of interview: 25/09/2001

Time commenced: 16.25hrs

Time concluded: 17.10hrs

Duration of interview: 45 minutes

Interviewing officers: DC CAMPBELL, DC DEAN

Other persons present: Ms GORDON-LAWRENCE Legal Rep.

| Tape Counter times | Person Speaking | Text |
|---|---|---|
| | DC CAMPBELL | This interview is being tape-recorded. I am Detective Constable David CAMPBELL attached to the Anti Terrorist Branch at Scotland Yard. Also present is…. |
| | DC DEAN | Detective Constable Ian DEAN also attached to the Anti Terrorist Branch and I'm interviewing, for the benefit of the tape, could you state your full name for me please. |
| | AL-BAYOUMI | Omar AL-BAYOUMI |
| | DC CAMPBELL | And also present is your legal representative. Can I also have your name please. |
| | Solicitor | Jackie GORDON-LAWRENCE, authorised representative with Fisher Meredith. I'm now required to explain my role. It is to protect my clients rights. I will continue to advise my client throughout this interview. I shall intervene if my client asks for or |

S17 OP EXCHANGE - X1731 - DSC/18A - Book 46.085 - Page 12 of 35
INTERVIEW OMAR AL BAYOUMI 25 SEPT 2001 (25/09/2001) 16.25 - 17.10 HRS \ FULL TAPE TRANSCRIPTION OF MASTER TAPE DSC/18

12

Omar AL-BAYOUMI

| | | |
|---|---|---|
| AL-BAYOUMI | | I think for about seven weeks or six weeks, I'm not sure. |
| DC CAMPBELL | | Okay, so as far as you're concerned there was only one other person, sorry, there was only one person who has lived at your apartment. |
| AL-BAYOUMI | | Yeah, yes, exactly, yeah. |
| DC CAMPBELL | | Okay, and we're quite clear about that. |
| AL-BAYOUMI | | Yeah. |
| DC CAMPBELL | | Okay |
| AL-BAYOUMI | | Yeah. |
| Solicitor | | Can I just, sorry…. |
| DC CAMPBELL | | Yes, you may |
| Solicitor | | What they're saying okay, is that no one else came on holiday, stayed for a night or two nights or a week or two weeks, no one else apart from this young man stayed with you at your house, no family, no friends, no one else but you, your wife, your children… |
| AL-BAYOUMI | | Yeah. |
| Solicitor | | …and on this occasion, for this period of time, six weeks or whatever, Eiman (inaudible) |
| AL-BAYOUMI | | Yes. |
| Solicitor | | No one else (inaudible) |
| AL-BAYOUMI | | No one else but maybe visitors you know, from the same city, you know, visit my wife for example while I was here, okay, visit her or me, yes. |

S17 OP EXCHANGE - X1731 - DSC/18A - Book 46.085 - Page 13 of 35
INTERVIEW OMAR AL BAYOUMI 25 SEPT 2001 (25/09/2001) 16.25 - 17.10 HRS \ FULL TAPE TRANSCRIPTION OF MASTER TAPE DSC/18

13

Omar AL-BAYOUMI

| | | |
|---|---|---|
| DC CAMPBELL | | When you say visitor maybe, what do you mean, stayed overnight. |
| AL-BAYOUMI | | Maybe, yeah, stayed overnight, yeah. |
| DC CAMPBELL | | Would that not be unusual within your community, that another man.... |
| AL-BAYOUMI | | No, not man. |
| DC CAMPBELL | | Not man. |
| AL-BAYOUMI | | Not man, no. |
| DC CAMPBELL | | Okay. |
| AL-BAYOUMI | | Not man, yeah. |
| DC CAMPBELL | | So that's exactly what, the point I was making, it would be unusual for another man to stay in your house whilst you were..... |
| AL-BAYOUMI | | No, no, man, no but women yes, maybe, when I was, was here and she was doing it, yes, some, some families visit her and I'm not sure exactly if they stay the night with her or something like that, no. |
| DC CAMPBELL | | Okay |
| AL-BAYOUMI | | Because before she delivered the child she, someone had to (inaudible) the car and she was in the ninth month, you know, and I think, you know, some families stayed with her or something like that, stayed the night or not. |
| DC CAMPBELL | | Okay. |
| AL-BAYOUMI | | But men, no, no way |

Case 1:03-md-01570-GBD-SN    Document 10191-85    Filed 07/31/24    Page 6 of 13

S17 OP EXCHANGE - X1731 - DSC/18A - Book 46.085 - Page 14 of 35
INTERVIEW OMAR AL BAYOUMI 25 SEPT 2001 (25/09/2001) 16.25 - 17.10 HRS \ FULL TAPE TRANSCRIPTION OF MASTER TAPE DSC/18

14

Omar AL-BAYOUMI

| | | |
|---|---|---|
| DC CAMPBELL | | So we're all quite clear about that point, yes. |
| AL-BAYOUMI | | Yes. |
| DC CAMPBELL | | Now let's move on from that point. You mentioned to us about travelling to Los Angeles and we're referring to the time when you said you were going to collect some books for the mosque. |
| AL-BAYOUMI | | Yes. |
| DC CAMPBELL | | Yes, you know the time that I'm referring to. |
| AL-BAYOUMI | | The time, I'm, I remember I talk to my solicitor, not just book to bring, I went to Los Angeles to, first to renew my passport. |
| DC CAMPBELL | | Right. |
| AL-BAYOUMI | | Yeah. |
| DC CAMPBELL | | So that would give us a date that you went to renew your passport. |
| AL-BAYOUMI | | Exactly, yeah, I was in the Consulate over there. |
| DC CAMPBELL | | Right, and was it on this same occasion that you met these two men that you have described to us. |
| AL-BAYOUMI | | Yeah, exactly, yeah, with (inaudible) |
| DC CAMPBELL | | With (inaudible) |
| AL-BAYOUMI | | Yeah, the American guy. |
| DC CAMPBELL | | Do you remember (inaudible) last name. |
| AL-BAYOUMI | | No |
| DC CAMPBELL | | Are you sure. |
| AL-BAYOUMI | | Sorry, no. |

S17 OP EXCHANGE - X1731 - DSC/18A - Book 46.085 - Page 15 of 35
Case 1:03-md-01570-GBD-SN    Document 10191-85    Filed 07/31/24    Page 7 of 13
INTERVIEW OMAR AL BAYOUMI 25 SEPT 2001 (25/09/2001) 16.25 - 17.10 HRS \ FULL TAPE TRANSCRIPTION OF MASTER TAPE DSC/18

15

Omar AL-BAYOUMI

| | | |
|---|---|---|
| DC CAMPBELL | | Is there any way that we can find out his last name. |
| AL-BAYOUMI | | You can, you can find, you know what, as I mentioned before, once he fight with his wife and his wife stayed in the house with Doctor TALIBISHI. |
| DC CAMPBELL | | Umm hmm |
| AL-BAYOUMI | | Okay, and she's stay with him I think.... |
| DC CAMPBELL | | So Doctor TALIBISHI would know who this woman was. |
| AL-BAYOUMI | | I think his family knows who this woman was and they can, you know, I think they know the (inaudible) for example or something like that. |
| DC CAMPBELL | | Is this lady an Arabic lady or is she American. |
| AL-BAYOUMI | | No, American. (inaudible) wife? |
| DC CAMPBELL | | Yes. |
| AL-BAYOUMI | | American. |
| DC CAMPBELL | | And has she converted to Islam. |
| AL-BAYOUMI | | Yeah, she converted to Islam. |
| DC CAMPBELL | | Okay, so she would attend the mosque as well. |
| AL-BAYOUMI | | Yeah, she attend to the mosque, yeah. |
| DC CAMPBELL | | Now how many days did you actually stay in Los Angeles. |
| AL-BAYOUMI | | It was the same day. |
| DC CAMPBELL | | The same day. |
| AL-BAYOUMI | | Yeah. |
| DC CAMPBELL | | And how did you travel. |

S17 OP EXCHANGE X1731 DSC/18A Book 48085 Page 16 of 35
INTERVIEW OMAR AL-BAYOUMI 25 SEPT 2001 (25/09/2001) 16.25 - 17.10 HRS \ FULL TAPE TRANSCRIPTION OF MASTER TAPE DSC/18

16

Omar AL-BAYOUMI

| | | |
|---|---|---|
| | AL-BAYOUMI | By car. |
| | DC CAMPBELL | Was it your car. |
| | AL-BAYOUMI | Yeah, my car. |
| | DC CAMPBELL | So it was just yourself and Aussama that travelled. |
| | AL-BAYOUMI | Umm |
| | DC CAMPBELL | Just yourself and Aussama travelled. |
| | AL-BAYOUMI | (inaudible) yeah. |
| | DC CAMPBELL | Yeah (inaudible) |
| | AL-BAYOUMI | Yeah |
| | DC CAMPBELL | Now tell me about the restaurant that you went to, you mentioned that it was a barbecue restaurant. |
| | AL-BAYOUMI | Yeah. |
| | DC CAMPBELL | Whereabouts was that. |
| | AL-BAYOUMI | I'm not sure exactly the name of the, the street. I think Venice Street, I'm not sure, Venice. |
| | DC CAMPBELL | Did you know, or do you know the name of the restaurant. |
| | AL-BAYOUMI | No |
| | DC CAMPBELL | Can you describe to me what the restaurant looks like. |
| | AL-BAYOUMI | The, the restaurant is not big restaurant or something like that but he has fresh meat in front of you, he cut it and put it on the grill. This is what, I know, attract me to… |
| | DC CAMPBELL | Is it American, Arabic…. |
| | AL-BAYOUMI | Arabic. |

Case 1:03-md-01570-GBD-SN   Document 10191-85   Filed 07/31/24   Page 9 of 13

S17 OP EXCHANGE - X1731 - DSC/18A - Book 46.085 - Page 17 of 35
INTERVIEW OMAR AL BAYOUMI 25 SEPT 2001 (25/09/2001) 16.25 - 17.10 HRS \ FULL TAPE TRANSCRIPTION OF MASTER TAPE DSC/18

17

Omar AL-BAYOUMI

| | | |
|---|---|---|
| DC CAMPBELL | | Arabic? |
| AL-BAYOUMI | | Yeah, Arabic. |
| DC CAMPBELL | | And is it close by somewhere else, somewhere that we could identify. |
| AL-BAYOUMI | | Yeah, it's close to the, actually we went, we tried to went to the King Fiad Mosque over there but I think I get lost all the time, I don't know how to go and we were hungry and then we went to the restaurant to eat. |
| DC CAMPBELL | | And how far is it away from the mosque. |
| AL-BAYOUMI | | Er, maybe five minutes. |
| DC CAMPBELL | | Okay, by car? |
| AL-BAYOUMI | | By car, yeah or less than that, maybe, less than that. But you know, across the road is a lot of restaurants also, you know, I think Indian restaurant or something. |
| DC CAMPBELL | | And these two men that you met in the restaurant, were they speaking English or Arabic. |
| AL-BAYOUMI | | No, they speak Arabic, they don't know how to speak English at that time. |
| DC CAMPBELL | | Who made the introduction. |
| AL-BAYOUMI | | Introduction? |
| DC CAMPBELL | | Yes, who spoke to who first. |
| AL-BAYOUMI | | First of all we were on the table like this and we finished eating, me and Aussama and they had another table, talking in Arabic and I went to the guy |

S17 OP EXCHANGE - X1731 - DSC/18A - Book 46.085 - Page 18 of 35
INTERVIEW OMAR AL BAYOUMI 25 SEPT 2001 (25/09/2001) 16.25 - 17.10 HRS \ FULL TAPE TRANSCRIPTION OF MASTER TAPE DSC/18

18

Omar AL-BAYOUMI

to call him to, to give him the cheque and they were talking in Arabic and say, I said hi, they said hi, I said where are you from, they said we are from Saudi Arabia. I said okay, how long have you been here. They said we have been here for about twenty-six days or something like that.

DC CAMPBELL  Can I just pick up on that point, you say twenty-six days.

AL-BAYOUMI  Yeah, I think twenty-six days they said or twenty-four days in Los Angeles.

DC CAMPBELL  Is that usual for people in Arabic language to say twenty-six days, would they not say three weeks, four weeks. It seems a strange date to, number of days to remember.

AL-BAYOUMI  Umm hmm, no, it's, it's okay.

DC CAMPBELL  Yeah.

AL-BAYOUMI  I think twenty-six days or twenty-eight days, I'm not sure but close to this number.

DC CAMPBELL  And whereabouts were they living.

AL-BAYOUMI  Where were they living. I don't know, I have no, they said we want to study English and other things. I said okay. They said, they came and sit with us, me and (inaudible) and they give their names and (inaudible) with me and then we order I think some (inaudible) I forgot what we order, okay, and I paid for myself and

S17 OP EXCHANGE - X1731 - DSC/18A - Book 46.085 - Page 23 of 35
Case 1:03-md-01570-GBD-SN   Document 10191-85   Filed 07/31/24   Page 11 of 13
INTERVIEW OMAR AL BAYOUMI 25 SEPT 2001 (25/09/2001) 16.25 - 17.10 HRS \ FULL TAPE TRANSCRIPTION OF MASTER TAPE DSC/18

23

Omar AL-BAYOUMI

| | | |
|---|---|---|
| AL-BAYOUMI | No |
| DC CAMPBELL | And you didn't bring them from Los Angeles when you first met them, to San Diego. |
| AL-BAYOUMI | No, no, no, no. |
| DC CAMPBELL | When they arrived at the mosque were you not surprised. |
| AL-BAYOUMI | Of them? |
| DC CAMPBELL | Umm |
| AL-BAYOUMI | No |
| DC CAMPBELL | How far is Los Angeles to San Diego. |
| AL-BAYOUMI | For about two and a half hours. |
| DC CAMPBELL | By car. |
| AL-BAYOUMI | Yeah, by car. |
| DC CAMPBELL | Isn't that a long way for someone to travel if they don't know if they're gonna meet the person. |
| AL-BAYOUMI | No, they didn't, came to, for example, to meet me because you know, San Diego is, has for example, good reputation about the weather. |
| DC CAMPBELL | Umm hmm |
| AL-BAYOUMI | Okay, and everybody, you know, likes to go there. |
| DC CAMPBELL | And Los Angeles hasn't. |
| AL-BAYOUMI | Los Angeles has a little bit pollution. |
| DC CAMPBELL | A little bit? |
| AL-BAYOUMI | Pollution. |
| DC CAMPBELL | Pollution? |

S17 OP EXCHANGE - X1731 - DSC/18A - Book 46-985 - Page 24 of 35
INTERVIEW OMAR AL-BAYOUMI 25 SEPT 2001 (25/09/2001) 16.25 - 17.10 HRS (FULL TAPE TRANSCRIPTION OF MASTER TAPE DSC/18

Case 1:03-md-01570-GBD-SN   Document 10191-85   Filed 07/31/24   Page 12 of 13

24

Omar AL-BAYOUMI

| | | |
|---|---|---|
| AL-BAYOUMI | | Yeah. |
| DC CAMPBELL | | But Los Angeles is a larger city with more places to study. |
| AL-BAYOUMI | | Yeah, yeah, more places to study but the, I think they have idea about, for example, to go there or something like that and they moved to, to San Diego. Not, not because me, I'm there or something like that because you know. |
| DC CAMPBELL | | When did you meet them at the mosque. |
| AL-BAYOUMI | | After prayer but I don't know what prayer, maybe, maybe a (inaudible) prayer or maybe (inaudible) I'm not sure exactly what prayer. |
| DC CAMPBELL | | Did they have their clothes and luggage with them. |
| AL-BAYOUMI | | I can't remember. |
| DC CAMPBELL | | Where were they staying that day. |
| AL-BAYOUMI | | Where did they stay. I'm not sure where did they sleep. |
| DC CAMPBELL | | So it's the first day you've met them in Los Angeles, you're surprised to see them come there but you can't remember where they stayed that night. |
| AL-BAYOUMI | | I'm not sure, yeah. |
| DC CAMPBELL | | Would you not of let them stay at your house or arranged for someone else.... |
| AL-BAYOUMI | | No, they didn't stay at my house. |
| DC CAMPBELL | | Would you not have asked them where they were |

S17 OP EXCHANGE - X1731 - DSC/18A - Book 46.085 - Page 25 of 35
INTERVIEW OMAR AL BAYOUMI 25 SEPT 2001 (25/09/2001) 16.25 - 17.10 HRS \ FULL TAPE TRANSCRIPTION OF MASTER TAPE DSC/18

25

Omar AL-BAYOUMI

|  |  |
|---|---|
|  | staying. |
| AL-BAYOUMI | Say it again. |
| DC CAMPBELL | Would you not of asked them where they were staying. Did you not ask them. |
| AL-BAYOUMI | Did I ask them to what? |
| DC CAMPBELL | Where they were going to stay the night. |
| AL-BAYOUMI | I don't think so, no. I didn't ask them. |
| DC CAMPBELL | Because, so two people that you've met in Los Angeles and you've offered them help…. |
| AL-BAYOUMI | Yeah |
| DC CAMPBELL | …with English and accommodation. |
| AL-BAYOUMI | No, not accommodation. |
| DC CAMPBELL | Not accommodation, English. |
| AL-BAYOUMI | Yeah, just, I mean, you know, because I have experience in, for example, in, because I also study English and the other things, you know, I try to give them the ideas where's, for example to study, for example and you know, and they, I remember now, they went, I think, to the institute for, for free. Free, you know, what you call it, for community college. |
| DC CAMPBELL | Umm hmm |
| AL-BAYOUMI | Yeah, they went there. |
| DC CAMPBELL | What, was that on the day that they arrived or do you mean that once they were in Los Angeles they then went to the college. |