# EXHIBIT 261
## REDACTED FOR PUBLIC FILING

| | |
|---|---|
| Incident ID | 0101020101S17 |
| Holmes Ref | X1735 |
| Other Ref | |

**Title:** FULL TAPE TRANSCRIPTION OF MASTER TAPE DSC/22

*(Include source and any document number if relevant)*

| Receivers instructions (HP action Yes/No) | Receiver |
|---|---|
| | |

| Document Readers instructions | Doc. Reader |
|---|---|
| | |

| Indexed as indicated | Indexer |
|---|---|
| | |

| Examined – further action to be taken | OM | SIO |
|---|---|---|
| | | |

**Assessor Priority**
- ● HIGH
- ● MEDIUM
- ○ LOW

**Assessor Comments**
*To include action taken*

**Receivers Priority**
- ● HIGH
- ● MEDIUM
- ○ LOW

MIR Status   Received ○   Registered ○   Read ○   Indexed ○   Approved ○   Review ○

Record of Tape Recorded Interview

Person interviewed: Omar AL BAYOUMI      Police Exh. No. DSC/22A

Place of Interview: Paddington Green Police Station   Number of Pages: 35

Date of interview: 27/9/2001

Time commenced: 1520      Time concluded: 1605 hrs

Duration of interview: 45 minutes

Interviewing officers: DC DEAN, DC CAMPBELL

Other persons present: Legal representative Jack Gordon LAWRENCE

of Fisher Meridith

| Tape counter times | Person speaking | Text |
|---|---|---|
| | CAMPBELL | This interview is being tape recorded. I'm Detective Constable David CAMPBELL attached to the Anti Terrorist Branch at Scotland Yard. The other police officer is |
| | DEAN | DC4269 Ian DEAN also attached to the Anti Terrorist Branch. |
| | CAMPBELL | Ahmed for the benefit of the tape can you state your full name please. |
| | BAYOUMI | Omar AL BAYOUMI. |
| | CAMPBELL | Also present is your legal representative. Can I also have your name please. |

Omar AL BAYOUMI                                                                 4

|  |  |
|---|---|
|  | the United States of America, you've been arrested for the preparation/instigation of commission of acts of terrorism. Do you understand that. |
| BAYOUMI | I understand that but I don't agree it. |
| CAMPBELL | Well that's what you've been arrested for and the purposes of these interviews to establish your guilt or innocence in connection with these matters. What I want to ask you about it may appear that we are going back over old ground but we need to clarify various points within that we've been working very hard in the period since we last spoken to you we've been in contact with various other agencies about the answers you've given us and we want to clarify various points on that. I've disclosed the nature and lines of question that we are going to be asking you today ok. |
| BAYOUMI | Sure. |
| CAMPBELL | Now you've mentioned to us that you went to Los Angeles and the purpose of that was to visit the Al Fayed mosque in and around the 1st Feb 2000. Is that correct. |
| BAYOUMI | Actually the main purpose was to renew my passport. |

Omar AL BAYOUMI                                                                     5

| | |
|---|---|
| CAMPBELL | Right, yeh. |
| | So you got a new passport on that date. |
| BAYOUMI | I think they send it by mail to me but I fill in the forms and I met the people over there, with Ossama and Ossama has intention to visit the new mosque which is the King Fayed over there, but when we get there, when we get there, when we fill in forms and get the books I get lost and eh, its close to the restaurant where we ate, actually I didn't find, we were hungry at that time. |
| CAMPBELL | Ok. I'm just gonna show you police exhibit PSS/9 the document in front of you. Can you see that document. |
| BAYOUMI | Yes. |
| CAMPBELL | Now on the first page of this document is a photocopy of some correspondence which was taken from your address, and in front of me I can clearly see your photograph with your name Omar AL BAYOUMI. Is that correct, the place of birth on that is dated as |
| BAYOUMI | ■ |
| CAMPBELL | Hajarh, place of birth. |
| BAYOUMI | Hajarh. |

Omar AL BAYOUMI                                                                 6

| | |
|---|---|
| CAMPBELL | Where about is Hajarh. |
| BAYOUMI | A small village in Saudi Arabia close to Mecca right maybe 300 km. |
| CAMPBELL | Ok you are born in Saudi and you are Saudi national and you have a Saudi passport. Is that correct? |
| BAYOUMI | Yeh. |
| CAMPBELL | Do you have any other nationality? |
| BAYOUMI | No. |
| CAMPBELL | No, you sure. |
| BAYOUMI | Yes. |
| CAMPBELL | You are not dual nationality. |
| BAYOUMI | Eh. |
| CAMPBELL | You not dual nationality. |
| BAYOUMI | My daughter has. |
| CAMPBELL | (inaudible) |
| CAMPBELL | Would she be entitled to a Saudi passport as well. |
| BAYOUMI | Yes she has. |
| CAMPBELL | But that's not the case with you, is it true that in fact you are in fact a Yemeni national, that you were. |
| BAYOUMI | No. |
| CAMPBELL | No. |
| BAYOUMI | Absolutely sure. |
| CAMPBELL | Ok. Right. |