# EXHIBIT 266

MFR04019354

## MEMORANDUM FOR THE RECORD

**Event:** Interview of Caysan Bin Don, also known as Usama Dyson and Clayton Morgan

**Date:** 04/20/2004

**Special Access Issues:** Special Agent [      ] FBI participated in the interview

**Interview Participants:** Quinn John Tamm, Jr.; Marco Cordero

**Also Present:** Special Agent [      ] FBI

**Prepared by:** Quinn John Tamm, Jr.

**Team Number:** 1A

9/11 Law Enforcement Privacy

9/11 Personal Privacy

Caysan Bin Don, also known as Usama Dyson and Clayton Morgan, 16736 Blackhawk Street, Granada Hills, CA, 91344-6543, with telephone number [      ] was advised of the identities of the interviewing Commission staff members. Bin Don was familiar with the identity of Special Agent [      ] who has interviewed Bin Don on other occasions. This interview was conducted in a hotel room of the Hyatt Regency Hotel, 711 South Hope Street, Los Angeles, CA. Prior to the interview, Commission staffers took Mr. Bin Don to lunch, at which he had only a beverage. Bin Don said that he had just returned from the Mediterranean Café in Culver City, CA because it was the only reliable *halal* food in the Los Angeles area. Bin Don is a student at the Los Angeles Technical College where he is in a computer repair curriculum.

Bin Don stated that he would like to make the 9-11 Commission, and specifically the Commissioners, aware of certain issues from his perspective as a Muslim, living in the United States. These issues and comments will be reported at the end of this memorandum.

Bin Don was asked if he could recall traveling with Omar al-Bayoumi to Los Angeles from San Diego, CA during January 2000 to visit the King Fahd Mosque (KFM) in Culver City, CA and other business. Bin Don stated that he did remember this trip with al-Bayoumi. Bin Don explained that he was living in San Diego January 2000 and was attending prayer services and other activities at the Islamic Center of San Diego (ICSD) on Balboa Avenue, San Diego. It was at the ICSD that Bin Don met al-Bayoumi, whom described al-Bayoumi as a "student" who had befriended him, when Bin Don was looking for a place to live. Bin Don also described al-Bayoumi as very friendly and a "nice guy" who was always helpful to other "brothers" (male Muslims). Bin Don explained that he had converted to Islam at the Saudi mosque on Massachusetts Avenue in Washington, DC, and thereafter returned to the San Diego area where he had lived as a teenager and young adult. Bin Don had previously lived in Alpine, CA which is in San Diego County, CA.

9/11 Law Enforcement Privacy

INFORMATION CONTAINED
IS UNCLASSIFIED
8-3-07 BY UC 60300/40

1

Because of his conversion, his family stopped supporting him. In the later part of 1999 and early part of 2000, Bin Don was living in an apartment on Beadnell Street in San Diego, near the ICSD. Mr. Bin Don noted that he had stayed temporarily in the ICSD during this period of time.

As for the trip to Los Angeles, al-Bayoumi asked Bin Don either one or two days before the two of them actually traveled to Los Angeles if Bin Don would accompany al-Bayoumi to the Saudi Arabian (Saudi) Consulate. Bin Don told the present interviewers that al-Bayoumi specifically asked for assistance with his (al-Bayoumi's) "I-94." The I-94 is Immigration and Naturalization form that specifies the type of visa and length of time the holder (al-Bayoumi) is allowed to remain in the United States. Bin Don said that the trip to Los Angeles occurred on a "regular workday" and was not on Friday or a weekend. At this time, Bin Don had known al-Bayoumi for about one month.

Bin Don said that al-Bayoumi drove his (al-Bayoumi's) automobile to the consulate in Los Angeles. Before arriving at the consulate, al-Bayoumi stopped at a photographic shop on Sepulveda Boulevard, in Los Angeles to get photographs of him suitable for a passport. Bin Don recalls that al-Bayoumi pulled his vehicle up to a gated entrance to a parking garage that was under the Saudi Consulate. Al-Bayoumi spoke in Arabic on the intercom microphone at the gate and the gate was opened and al-Bayoumi drove into the garage and parked. They parked in a normal parking place and walked towards a reception area. Both Bin Don and al-Bayoumi were dressed in Islamic clothing, i.e. a "thobe." The reception area was accessible from the garage. As they approached this area, three men dressed in western business suits, walked out of the reception area and greeted al-Bayoumi. The conversation was in Arabic and brief. Bin Don stated that he considered this a happenstance meeting and that the three men from the consulate were only being polite to another "brother." Bin Don and al-Bayoumi then entered the reception area. There was no receptionist present and al-Bayoumi used a telephone in the reception area to announce his presence. Bin Don described the reception area as plain, with a few seats, an airport type metal detector and an airport type X-ray machine.

Bin Don said that shortly after the call was placed by al-Bayoumi a mid-eastern male, dressed in a western business suit, with a full beard, "two fists length" came out to the reception room and greeted al-Bayoumi in English. Al-Bayoumi introduced the consular employee to Bin Don, but Bin Don no longer recalls the employee's name. Al-Bayoumi and the employee spoke briefly about al-Bayoumi's interest in obtaining religious materials, including Korans from the consulate. Also mentioned in Bin Don's presence was the fact that al-Bayoumi had not been at the consulate for at least three months. On the drive up to Los Angeles, al-Bayoumi told Bin Don that al-Bayoumi routinely traveled to the consulate to obtain Islamic religious materials.

Bin Don then stated that he "ran in to" the consular employee at a shopping mall in Anaheim, CA within the last six months. Bin Don said that they were both at an Islamic clothing store at the mall. Bin Don described the mall as located on North Brockhurst Street, near the intersection with Interstate 5, in Anaheim.

2

PEC-KSA000381

Bin Don noted that a "Sizzler Restaurant" was located in the mall. Bin Don asked the consulate employee if he was a "consular officer," with the Saudi Consulate. Bin Don told the employee about having been interviewed by FBI agents regarding the January 2000 visit to the consulate with al-Bayoumi. The employee stated that he was not a consular officer, only an "employee." Bin Don was asked if this meant that this individual was possibly not a Saudi national, but some other Arab national who was employed by the Saudi Consulate. Bin Don did not know this individual's employment status other than as it was described to him at the time. The employee was dressed in western clothing at the mall. The two spoke briefly about the negative consequences to al-Bayoumi of his trip to the consulate. Bin Don was asked why he decided to discuss the FBI's interest in the meeting with this individual. Bin Don said that he wanted to "protect this brother from any harm." Bin Don said that he would be willing to look at photographs of Saudi Consulate employees to identify this person.

Bin Don then stated that he was "very concerned" about the poor treatment al-Bayoumi had received, including being arrested in England. At some unspecified time in the past, Bin Don again heard al-Bayoumi's name mentioned in the public media. Bin Don called the Saudi Consulate. He did not speak to anyone, but left a message on an answering machine stating his support for al-Bayoumi. Bin Don did not receive any response from the telephone call. On reflection, Bin Don said that the telephone call may have occurred after Bin Don was interviewed by FBI agents and a [        ] in San Diego. The [        ] told Bin Don (at that time Dyson) that al-Bayoumi was in the United Kingdom.

Bin Don was asked about the rest of the visit to the Saudi Consulate. Bin Don said that al-Bayoumi followed the consulate employee into the offices of the consulate while Bin Don waited in the reception area. After some period of time, al-Bayoumi reappeared carrying a box of Korans and other religious materials. Bin Don said that the religious literature was to be used at the El Cajon, CA mosque. Al-Bayoumi, with the sponsorship of a well-to-do Muslim, was helping to establish that mosque. Bin Don and al-Bayoumi left the consulate by returning to al-Bayoumi's automobile. At Bin Don's suggestion they drove to the KFM in Culver City, which was not far from the Saudi Consulate's location in west Los Angeles. Bin Don explained that they prayed at the *"masjid"* (mosque). After their prayers, al-Bayoumi suggested that they both go to a nearby *halal* restaurant. Al-Bayoumi drove from the KFM to the restaurant, which Bin Don recalls as being located on Venice Boulevard in Culver City. They found a parking place in front of what al-Bayoumi stated was the restaurant. They went inside and determined that this business was not a restaurant but a *halal* meat market. The proprietor of the market told al-Bayoumi that there was a *halal* restaurant a short walk from the market. Al-Bayoumi and Bin Don left the market and walked to the restaurant named the Mediterranean Café. Bin Don noted that they did not have to move the automobile. Bin Don is now very familiar with the Mediterranean Café and, as noted above, patronized the establishment on the day of this interview. Bin Don said that he showed FBI agents both businesses during a previous interview.

```
9/11 Law Enforcement
Sensitive
```

Bin Don and al-Bayoumi ordered their food over a counter, in a fashion similar to a fast food restaurant. They then sat in an "alcove" to wait while their food was prepared. While they were waiting at the table, Nawaf al-Hazmi and Khalid al-Mihdhar walked into the restaurant. They were speaking Arabic and ordering coffee. Al-Bayoumi overheard them. Bin Don said that al-Bayoumi is "very friendly" and immediately addressed the two in Arabic, and invited them to sit with Bin Don and al-Bayoumi. Al-Bayoumi asked al-Hazmi and al-Mihdhar their names and where they were from. They told al-Bayoumi that they were from Saudi Arabia. The conversation was in Arabic, but al-Bayoumi occasionally translated the responses of al-Hazmi and al-Mihdhar into English. Bin Don said that al-Bayoumi offered to buy a meal for the two in the "Islamic tradition." Al-Hazmi told al-Bayoumi and Bin Don that he was from Mecca, which greatly impressed Bin Don at the time. Bin Don noted that he now considers it more prestigious to live in Medina.. Bin Don then diverted the interview to a discussion of Shi'ah Muslim sacrilege at the tomb of the Prophet and "rightly guided caliphs," in Medina. When brought back to the subject at hand, Bin Don said that al-Hazmi and al-Mihdhar told al-Bayoumi that they were living in an apartment "nearby." Al-Hazmi went on to tell al-Bayoumi that they had just arrived in the United States and were studying English. Bin Don said that the exchange was vague to him, since he only spoke limited Arabic. Bin Don recalls at this late date that al-Hazmi and al-Mihdhar told al-Bayoumi they were unhappy in Los Angeles. Al-Bayoumi suggested that the two Saudis come to San Diego, and he and al-Hazmi apparently exchanged telephone numbers. Bin Don was asked if he specifically recalls that al-Hazmi had a telephone, or whether al-Bayoumi only provided his telephone number. Bin Don could not recall the exact sequence. After about thirty minutes al-Hazmi and al-Mihdhar left the restaurant. Bin Don said that they did not have a motor vehicle. He does not recall the direction that they walked after leaving the Mediterranean Café. Bin Don stated emphatically that he had no information from al-Bayoumi in advance that they would meet al-Hazmi and al-Mihdhar at the Mediterranean Café. He further said that the meeting was "purely a coincidence" and that al-Bayoumi's friendly nature was the reason that al-Bayoumi showed an interest in the situation of al-Hazmi and al-Mihdhar. Bin Don and al-Bayoumi then left the restaurant and returned to the KFM for the sunset prayer. Al-Bayoumi did not offer to take al-Hazmi and al-Mihdhar to the mosque, nor did Bin Don see them at the mosque for the sunset prayer. Bin Don and al-Bayoumi left Los Angeles before the evening prayer.

The next time that Bin Don saw either al-Hazmi or al-Mihdhar was at the Parkwood Apartments on Mt. Ada Avenue in San Diego. Bin Don recalls that al-Bayoumi asked him if he wanted to stop by the apartment of al-Hazmi and al-Mihdhar "to see how they were doing." During the visit al-Bayoumi spoke to al-Hazmi and al-Mihdhar and according to a subsequent translation for Bin Don, told the two that he was available to help them get settled in San Diego. Bin Don does not know at this time if either al-Hazmi or al-Mihdhar owned an automobile. This marks the first time Bin Don was aware that al-Hazmi and al-Mihdhar were in San Diego; he does not recall hearing anything about their having taken any trip to San Diego before moving there. After leaving the apartment, al-Bayoumi mentioned to Bin Don that al-Hazmi and al-Mihdhar had visited San Diego previously.

4

Bin Don's next contact with al-Hazmi and al-Mihdhar occurred when al-Bayoumi invited Bin Don over for a party. Upon arriving at al-Bayoumi's residence in the Parkwood Apartments complex, Bin Don was met by al-Bayoumi out front and was told that the party had been moved to what turned out to be al-Hazmi's and al-Mihdhar's apartment. Bin Don understood that the purpose of the party was to welcome al-Hazmi and al-Mihdhar to San Diego. Bin Don described the party attendees as, "many people from the community." Bin Don described the behavior of al-Hazmi and al-Mihdhar as normal and that they both appeared to be at ease. Bin Don videotaped the party at the request of al-Bayoumi, using al-Bayoumi's video camera. Some of the guests at the party did not want to be videotaped and Bin Don assumed that this was for religious reasons. Bin Don said that for most of the party, he remained in the kitchen area. During the party, based on what little conversation Bin Don could understand, al-Hazmi and al-Mihdhar told the others that they were students. Bin Don said that everyone at the party was a "brother" whom he recognized from attending prayer services at the ICSD.

At this point Bin Don was asked to view the videotape of the party and asked to identify anyone he could. Bin Don was able to identify al-Bayoumi, al-Mihdhar, the "sheikh" from the El Cajon mosque, true name unknown, the sheikh from the ICSD, name unknown, al-Bayoumi's teenage son, Emad last name unknown (LNU), Freas LNU, Khalid Abdulrab (from plaque) and two other males only identified as the Syrian and the Saudi. Nawaf al-Hazmi is not videotaped and Bin Don now believes that he (al-Hazmi) asked that he not be videotaped. After the party, Bin Don remembers seeing al-Hazmi and al-Mihdhar at the Friday prayer services at the ICSD. Bin Don does not recall having any other significant interaction with either al-Hazmi or al-Mihdhar. Bin Don left the San Diego area in October 2000 and moved to Yemen with his wife to study the Koran and the *Hadith*. He returned to the United States in February 2001. In May 2004, Bin Don will be moving to [                    ] His telephone number will remain the same.

Bin Don's statement to the 9-11 Commission and the Commissioners which has been paraphrased in part is as follows:

The foreign policy of the United States is inconsistent with the stated principals of the U.S. Constitution. The United States government has a different set of standards for its foreign relations with Muslim countries, than the standard for dealing with Israel. This lack of understanding of the basic unfairness of the United States power over Islamic countries such as Afghanistan and Iraq will ensure that the United States is hated throughout the Muslim world. The attack on New York and Washington on 09/11/2001 was a crime and an affront to Islam. If Osama bin Laden is responsible for the attacks, he should be put to death according to the *Shari'ah* (Islamic law or code). However that must be proven, and most Muslims are not convinced that bin Laden is responsible. Israel is never called to account by the United States for the oppressive policies it employs against the Palestinians. The United States lacks awareness of the views of the Islamic world. Very simply, as long as the United States pursues policies that are inconsistent with the United States' own laws and the United Nations mandates, the United States will find continued opposition in traditional Islamic countries.

9/11 Personal Privacy

PEC-KSA000384

The Taliban in Afghanistan only wanted to create an Islamic state in accordance with the teachings of the Prophet. If Iraq is allowed to become an Islamic state it will not be a threat to the United States. The United States negotiated and signed treaties in the 19th Century with the Ottoman Empire, and the Ottoman Empire was an Islamic Empire. The United States' ignorance of Islam will ensure continued hostility by the brothers (Muslim males).

PEC-KSA000385