# EXHIBIT 269

| | |
|---|---|
| Incident ID | 0101020101S17 |
| Holmes Ref | X1724 |
| Other Ref | |

Title: FULL TAPE TRANSCRIPTION OF MASTER TAPE DSC/9

*(Include source and any document number if relevant)*

| Receivers instructions (HP action Yes/No) | Receiver |
|---|---|
| | |
| **Document Readers instructions** | **Doc. Reader** |
| | |
| **Indexed as indicated** | **Indexer** |
| | |
| **Examined – further action to be taken** | OM | SIO |
| | | |

**Assessor Priority**

- ● HIGH
- ○ MEDIUM
- ○ LOW

**Assessor Comments**
*To include action taken*

**Receivers Priority**

- ● HIGH
- ● MEDIUM
- ○ LOW

**MIR Status**   Received ○   Registered ○   Read ○   Indexed ○   Approved ○   Review ○

S17 OP EXCHANGE - X1724 - DSC/9A - Book 46.078 - Page 1 of 25
INTERVIEW OMAR AL BAYOUMI 23 SEPT 2001 (23/09/2001) 17.55 TO 18.23 HRS \ FULL TAPE TRANSCRIPTION OF MASTER TAPE DSC/9

Case 1:03-md-01570-GBD-SN   Document 10191-88   Filed 07/31/24   Page 3 of 6

Record of Tape Recorded Interview

Person interviewed: Omar AL-BAYOUMI          Police Exh. No. DSC/9A

Place of Interview: Paddington Police Station          Number of Pages: 25

Date of interview: 23/09/2001

Time commenced: 1755          Time concluded: 1823

Duration of interview: 28 minutes

Interviewing officers: DC CAMPBELL, DC DEAN

Other persons present: Ms GORDON-LAWRENCE Legal Rep

| Tape counter times | Person speaking | Text |
|---|---|---|
| | CAMPBELL | This interview is being tape recorded. I'm Detective Constable David CAMPBELL attached to the Anti-Terrorist Branch. And also present is: |
| | DEAN | Detective Constable Ian DEAN also attached to the Anti-Terrorist Branch. |
| | CAMPBELL | We're in the interview room at Paddington Police Station and just to confirm that this interview is subject to audio recording but not to video do you understand that Omar? |
| 0.33 | AL-BAYOUMI | Yeah. |
| | CAMPBELL | This is a further interview. Just for the benefit of the tape could you state your full name and date of birth for me please. |

Omar AL-BAYOUMI

12

| | | |
|---|---|---|
| 14.03 | CAMPBELL | In the mosque that you attended in San Diego, did people there mention the jihad? |
| | AL-BAYOUMI | No. |
| | CAMPBELL | Is it not that sort of mosque? |
| | AL-BAYOUMI | No, not at all. The only, for example the mosque which I supervise in it's not allowed and it means forbidden to talk about for example politics or to create for example part problem or shout it on people or governments of you know Presidents or Kings or something like that. No we don't allow for this attitude to be there. Therefore you know I told them this situation we don't want it otherwise we'll close the mosque. If someone has for example wedding celebration, somebody die or something like that, he most welcome to use the facilities over there. But if you want to talk about politics or something like that, go home and talk about it because we don't this mosque for you know fighting. And also the government of Saudi Arabia yeah I mean the Embassy because I open file over there and the Embassy and the Consulate and they send some sheikhs, I mean some leaders and Commandant for example to lead prayer over there. |

S17 OP EXCHANGE - X1724 - DSC/9A - Book 46.078 - Page 13 of 25
INTERVIEW OMAR AL BAYOUMI 23 SEPT 2001 (23/09/2001) 17.55 TO 18.23 HRS \ FULL TAPE TRANSCRIPTION OF MASTER TAPE DSC/9

Case 1:03-md-01570-GBD-SN   Document 10191-88   Filed 07/31/24   Page 5 of 6

13

Omar AL-BAYOUMI

|  |  |  |
|---|---|---|
|  |  | And they are happy with what's going on. Yeah, they told me that they are happy with what's going on. |
| 16.01 | CAMPBELL | Have these men, I'm talking about Khalid and Nawif - N.A.W.I.F. the two men that we were talking about. |
|  | AL-BAYOUMI | Yeah. |
|  | CAMPBELL | Have they ever stayed at your house? |
|  | AL-BAYOUMI | At my house? |
|  | CAMPBELL | Yes. |
|  | AL-BAYOUMI | No. |
| 16.21 | CAMPBELL | They haven't lived there at all? |
|  | AL-BAYOUMI | No. At my house not at all. |
|  | CAMPBELL | When they left you said they went to another address. When they left… |
|  | DEAN | Elcahon Street. |
| 16.44 | AL-BAYOUMI | When they left Elcahon Street. |
|  | CAMPBELL | No. When they went to Elcahon Street, do you know the address that they were living there? |
|  | AL-BAYOUMI | No, exactly no. But I know the street Elcahon Street. |
| 16.57 | CAMPBELL | Why did they go to live with the doctor? |
|  | AL-BAYOUMI | Why did they go? I don't know I have no idea. |

14

Omar AL-BAYOUMI

|  |  |  |
|---|---|---|
|  | CAMPBELL | Why does this… |
| 17.06 | AL-BAYOUMI | But I know he's offered his help for people, you know to help them out. |
|  | CAMPBELL | Is he a good man? |
|  | AL-BAYOUMI | Yeah he's a good man and he's old man. |
|  | CAMPBELL | Is he religious? |
| 17.18 | AL-BAYOUMI | Yeah he's the first one who, as he told me, he gathered people to pray in San Diego. |
|  | CAMPBELL | Is he involved in radical politics? |
|  | AL-BAYOUMI | I don't think so. He's quiet person and he doesn't, he didn't talk about politics when I, when I was with him and also some you know sheikhs in Ramadan in holy month when they come, they come to his house for example and find him and they didn't talk about politics or other you know, the situation you know at all. |
| 18.04 | CAMPBELL | I mentioned to you in the interview last night if you'd seen any photographs of the people who may have been responsible or may have been victims of the atrocities in America. You told me that you had not seen the photographs. |
|  | AL-BAYOUMI | No. |
|  | CAMPBELL | Is that true? |