# EXHIBIT 270

| | |
|---|---|
| Incident ID | 0101020101S17 |
| Holmes Ref | X1730 |
| Other Ref | |

**Title:** FULL TAPE TRANSCRIPTION OF MASTER TAPE DSC/17

*(Include source and any document number if relevant)*

| Receivers instructions (HP action Yes/No) | Receiver |
|---|---|
| | |
| **Document Readers instructions** | **Doc. Reader** |
| | |
| **Indexed as indicated** | **Indexer** |
| | |

| Examined – further action to be taken | OM | SIO |
|---|---|---|
| | | |

**Assessor Priority**

- ● HIGH
- ● MEDIUM
- ○ LOW

**Assessor Comments**
*To include action taken*

**Receivers Priority**

- ● HIGH
- ● MEDIUM
- ○ LOW

**MIR Status**   Received ○   Registered ○   Read ○   Indexed ○   Approved ○   Review ○

S17 OP EXCHANGE - X1730 - DSC/17A - Book 46.084 - Page 1 of 26
INTERVIEW OMAR AL BAYOUMI 24 SEPT 2001 (24/09/2001) 21.18 - 21.52 HRS \ FULL TAPE TRANSCRIPTION OF MASTER TAPE DSC/17

Case 1:03-md-01570-GBD-SN   Document 10191-89   Filed 07/31/24   Page 3 of 8

Record of Tape Recorded Interview

Person interviewed: Omar AL-BAYOUMI          Police Exh. No. DSC/17 A

Place of Interview: Paddington Police Station     Number of Pages: 26

Date of interview:   24/09/2001

Time commenced:   21.18hrs                     Time concluded: 21.52hrs

Duration of interview: 34 minutes

Interviewing officers:   DC CAMPBELL, DC DEAN

Other persons present: Ms GORDON-LAWRENCE Legal Rep.

| Tape Counter times | Person Speaking | Text |
|---|---|---|
| | DC CAMPBELL | This is the further interview of Mr. Omar AL-BAYOUMI. I'm DC David CAMPBELL and we're in the interview room at Paddington Police Station. The same persons are present. I'll just remind you again that you're still under caution. That is that you do not have to say anything but it may harm your defence if you do not mention when questioned something which you later rely on in court. Anything you do say may be given in evidence. Do you understand the.... |
| | AL-BAYOUMI | Yes |
| | DC CAMPBELL | ... caution, Omar, yes. We were just talking about AL-MIHDHAR and you said he lives in San Diego at the (inaudible) mosque but you don't know his first |

2

Omar AL-BAYOUMI

|  |  |
|---|---|
|  | name. Can you describe this man to me please. |
| AL-BAYOUMI | I think he's Yemeni and work I think in gas station or, yeah, gas station. |
| DC CAMPBELL | How old. |
| AL-BAYOUMI | I'm not sure, maybe twenty-four or something, I'm not sure. |
| DC DEAN | Does he live there permanently. |
| AL-BAYOUMI | Umm? |
| DC DEAN | Does he live there permanently. |
| AL-BAYOUMI | I think when I came to San Diego he was there. |
| DC DEAN | Umm? |
| AL-BAYOUMI | Yeah. |
| DC DEAN | Okay. |
| AL-BAYOUMI | (inaudible) sometimes see him (inaudible) have, you know, what you call it, dinner at the mosque. In Ramadan we serve food for people who fast, you know. He sometimes come along. |
| DC DEAN | That was Hamid AL-MIHDHAR |
| AL-BAYOUMI | Yeah, Hamid AL-MIHDHAR |
| DC CAMPBELL | Okay, have you ever heard of anyone by the name of Khalid AL-MIHDHAR or Khalid AL-MIHDHAR. What is it, it just appears to be a difference in spelling and hyper-nation in the word, we're looking at this |

Omar AL-BAYOUMI

3

|  |  |
|---|---|
|  | name now. |
| AL-BAYOUMI | Umm |
| DC CAMPBELL | Yeah, because obviously from English to Arabic or Arabic to English, sometimes it's, it's in different ways, written down, I'm sure you've probably had it in your own name. |
| AL-BAYOUMI | Umm hmm |
| DC CAMPBELL | Whenever things have been sent to you and it means absolutely nothing. Are you with me. |
| AL-BAYOUMI | Yeah. |
| DC CAMPBELL | Yeah, nothing very similar to your real name. |
| AL-BAYOUMI | Yeah. |
| DC CAMPBELL | So again we're trying to be very clear here. Do you know anyone apart from the, the guy that you already mentioned from Yemen, Mr. AL-MIHDHAR. |
| AL-BAYOUMI | No. |
| DC CAMPBELL | Okay, let's move on then. Sorry? |
| DC DEAN | (inaudible) |
| DC CAMPBELL | Do you know anyone by the name of Khalid (inaudible) |
| AL-BAYOUMI | Khalid. |
| DC CAMPBELL | Yeah. |
| AL-BAYOUMI | Yeah, Khalid ALYAFF, for example. I gave you his |

S17 OP EXCHANGE - X1750 - DSC/17A - Book 46.084 - Page 23 of 26
INTERVIEW OMAR AL BAYOUMI 24 SEPT 2001 (24/09/2001) 21.18 - 21.52 HRS \ FULL TAPE TRANSCRIPTION OF MASTER TAPE DSC/17

Case 1:03-md-01570-GBD-SN   Document 10191-89   Filed 07/31/24   Page 6 of 8

23

Omar AL-BAYOUMI

    home to get some sleep. So we are tired as well. So unless there's anything which you would like to ask of us or anything that you think is important that we need to know about it, or if you've thought over the last couple of days about anything which you think may prove your innocence then I shall continue in the morning.

AL-BAYOUMI     Yeah, (inaudible) first of all when they for example, moved to the other apartment okay, and they, you know, finished the, I think contract maybe, the managers, okay. It means that I don't have involvement in, in, in, in, in, in, in, for example, what you call it......

DC CAMPBELL     Guarantor

AL-BAYOUMI     The guarantor, okay, and they come back again okay, but I don't know who they're (inaudible) asked, I think (inaudible) ask me (inaudible) I, for example, used the car for the people who live next to me or I, you know what, I remember this, it was night but sometimes I, I, I like to go walking to the mosque and sometimes people give me, for example, ride to the house and sometimes you know, the two cars, my car and my wife car parked in the, for example, the

Omar AL-BAYOUMI

24

|  |  |
|---|---|
|  | mosque and I have to drive one and the other one drive car, you know, I'm not sure exactly if someone, for example, drive my car or you know, or I, I drove it by myself or (inaudible) but he (inaudible) in the mosque, if you go to the mosque you will find one high, high camera (inaudible) for example or something like that. This what I want to make it clear. |
| DC CAMPBELL | Okay, and can I clarify with you that these two men did not live with you for some time at your house. |
| AL-BAYOUMI | No. |
| DC CAMPBELL | At all. |
| AL-BAYOUMI | Yeah |
| DC CAMPBELL | Even for one night. |
| AL-BAYOUMI | Even for one night |
| DC CAMPBELL | Can we go on from there. At the other addresses that we have mentioned, the two previous addresses that you lived at, can we confirm that no one else stayed with you at those addresses. |
| AL-BAYOUMI | No one stay with me, no. |
| DC CAMPBELL | Apart from your wife and children obviously. |
| AL-BAYOUMI | Yeah, my wife and my children, yeah. |
| DC CAMPBELL | Okay, the time by my watch is now 9.52 and if you're happy and if there's no representations from your |

S17 OP EXCHANGE - X1730 - DSC/17A - Book 46.084 - Page 25 of 26
INTERVIEW OMAR AL BAYOUMI 24 SEPT 2001 (24/09/2001) 21.18 - 21.52 HRS \ FULL TAPE TRANSCRIPTION OF MASTER TAPE DSC/17

25

Omar AL-BAYOUMI

|  |  |
|---|---|
|  | solicitor.... |
| Solicitor | No, not at this stage. |
| DC CAMPBELL | ...I shall conclude the interview. However, I will say that there are a number of questions which we will be asking you, it will be, it will be necessary for us to further interview you and I hope that you do appreciate that we are working as hard as we can, as fast as we can to establish your truth or your guilt or innocence in this case. So we're not just sitting away from here doing nothing, we're working extremely hard. Okay, and that is the reason why that we only interview you for a short time, then you don't see us again for a long time and then we interview you again, okay, 'cos every time we do this we have to go and check everything you say. |
| AL-BAYOUMI | Yeah. |
| DC CAMPBELL | Yeah, so it takes a long time. |
| AL-BAYOUMI | Okay |
| DC CAMPBELL | Okay, so it is difficult and I hope you can appreciate that. |
| AL-BAYOUMI | Yeah, I appreciate it, yeah. |
| DC CAMPBELL | Alright. |
| AL-BAYOUMI | Yeah. |