# EXHIBIT 274

| EXHIBIT REF.NO. | PRODUCED BY: |
|---|---|
| PSS/57 | JS STREET |

**DESCRIPTION:**

Correspondence

**WHERE FOUND:**

34 Dymoke St.

**ISLAMIC PASSPORT FOUNDATION; I.P.F.**
*National Headquaters*
3853 50th Street Apt 5
San-Diego. Ca. 92105
Tel. 1 (619) 525-8800
**ABDUL HAKEEM MOHAMMED SHAM SUD DEEN**, *Founder*



**David Radford**
Personal Banker

Balboa-Genesee Branch 0900
CA0-143-01-01

**Bank of America**
5851 Balboa Avenue
San Diego, CA 92111
619/654-6720
Customer Service 619/452-8400

**Bank of America**

Recycled Paper

(619) 495-0300 Office
(619) 495-0327 Fax

**MOTIWALA INSURANCE SERVICES**
:Auto - :Life - :Health - :Business
Financial Services:

FAROUK

Independent Brokers/Agents
CA Lic # OA95222

6671 Convoy Court
San Diego, CA 92111

**ELS Language Centers**

**Doug Broadhurst**
International Student Advisor

1200 Third Avenue, Suite 100
San Diego, California 92101 USA
Tel.: (619) 234-0284 • Fax: (619) 232-6760

Ministry of Municipal & Rural Affairs
Department of Information & Public Relations


Off.) 456-9530
Res. :
Fax : 454-9552
Pager : 19422536
Mobile :

Saleh A. Al-Sowaidan
General Manager

جواز كين كريم

P.O. Box : 3219    Riyadh 11482   Kingdom of Saudi Arabia

Home: 7 781 6380
001 305
Days Inn 3 = 5
2899 N. Federal Highway
Boca Raton, Florida 33431
001 407 395-7172
**DAYS INN**
Phone (407) 395-7172
407
LEMONT
Nationwide Reservations
1-800-325-2525

**JAMES STOCKTON**
Deputy Chief, Administrative Services

Employment & Training Administration, United States Dept. of Labor
200 Constitution Ave., N.W.
Washington, D.C. 20210
(202) 219-5468 x101
7695 EXT 127

Ministry of Defence and Aviation
Presidency of Civil Aviation
Airways Engineering

**Abdulrahman A. Batouk**
Communication & Computer Engr.
Automation Engineering Branch

Tel.Off: 671-7717, Ext.: 218; Mobile: 055664381
Fax: 671-9041, E-mail: Batouk@hotmail.com
P.O.Box 15441, Jeddah 21444; Kingdom of Saudi Arabia

137