# EXHIBIT 275

D661

| EXHIBIT REF.NO. | PRODUCED BY: |
|---|---|
| PSS/56 | DS STREET |

**DESCRIPTION:**

IDENTIFICATION CARDS AND FLIGHT DETAILS

**WHERE FOUND:**

SUITCASE
Room 9
34 DYMOKE STREET

**REMARKS**



I.M.K. GRP.
PO BOX 4570
RIYADH, S.A.

**Bank of America**

Adrienne Torres
Personal Banker
Balboa Genesee
Hablo Español

Bank of America
CA0-143-01-01
5851 Balboa Avenue
San Diego, CA 92111

Tel  858.654.6720
     858.452.8400 Customer Svc
Fax  858.654.6732

USA
Official Sponsor     Recycled Paper



ace
ace parking
management, inc.

1800-925-7275

M. Teresa Razo
Tenant Relations Coordinator

645 Ash Street
San Diego, CA 92101-3211
(619) 233-6624 / FAX (619) 233-0741

4680 MacArthur Court, Suite A
Newport Beach, CA 92660-1826
(714) 724-0963 / FAX (714) 724-1165
http://www.aceparking.com



Bank of America
Customer Receipt

$ 17,462.09

All items are credited subject to verification, collection, and conditions of the Rules and Regulations of this Bank and as otherwise provided by law. Payments are accepted when credit is applied to outstanding balances and not upon issuance of this receipt. Transactions received after the Bank's posted cut-off time or Saturday, Sunday, and Bank Holidays, are dated and considered received as of the next business day.

Thank you for banking with Bank of America.

Please retain this receipt until you receive your account statement.

95-14-2005B 4-1999