# EXHIBIT 276

# Avco Overseas Services TEXTRON

Avco Overseas Services/
Subsidiary of Textron Inc.

10801 Kempwood
Two Claymoore Park
Suite One
Houston, Texas 77043
713/895-3400
Tlx: 4620217 AVCO UI
Fax: 713/895-3468

May 4, 1994

San Diego State University
American Language Institute
College of Extended Studies
5814 Hardy Drive
San Diego, CA 92182

ATTN: Ms. Barbara Heckman

As I indicated in our conversation of 2 May, Avco Overseas Services will administer the educational funding for Mr. Omar Al-Bayoumi and will provide a living allowance for he and his family. We have enclosed a check covering tuition and reimbursement for expenses you incurred on behalf of Mr. Al-Bayoumi. The composition of this payment is listed below.

| | |
|---|---:|
| Tuition IEC Fall 1994 | 2,950.00 |
| Tuition IEC Spring 1995 | 1,680.00 |
| DHL Cost | 45.00 |
| Application Fee | 100.00 |
| Total | 4,775.00 |

Should you have any questions or if we can be of assistance with regard to Mr. Al-Bayoumi, please call me at (713) 895-3411.

Sincerely,

AVCO OVERSEAS SERVICES TEXTRON

E. George Dahl
Vice President Finance/Controller

DA002263