# EXHIBIT 277
## FILED UNDER SEAL

# SAN DIEGO STATE UNIVERSITY

American Language Institute
College of Extended Studies

Awards this Certificate of Completion to

## Omar Al-Bayoumi

in recognition of satisfying the requirements for a non-credit English program, including courses in Finance, Contracts, and Accounting.

**Intensive English Communications**

104 General (Intermediate)
AS Oral Communications (Advanced Seminar)
Level of Completion

August 20, 1994 to February 24, 1995
Date

*William P. Locke*
Dean, College of Extended Studies

*William H. Gaskill*
Director, American Language Institute

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

KSA0000001828