# EXHIBIT 279
## REDACTED FOR PUBLIC FILING

**ROYAL EMBASSY OF SAUDI ARABIA**
**CHANCERY ACCOUNT IFTA**

DATE 11/03/97

$ 3,654.76

THREE THOUSAND SIX HUNDRED FIFTY FOUR DOLLARS AND 76/100

270546575 004 0470  VOID AFTER 60 DAYS
PLEASE CASH IMMEDIATELY

MANSOUR AL-SAMAEEL
1 GEFFERSON PKWY
LAKE OSWEGO OR 97035

1, 1418 H

ROYAL EMBASSY OF SAUDI ARABIA
CHANCERY ACCOUNT IFTA

BANDAR BIN SULTAN
Ambassador

---

**ROYAL EMBASSY OF SAUDI ARABIA**
**CHANCERY ACCOUNT IFTA**

No. 005577

DATE 9/25/97

$ 4,246.41

FOUR THOUSAND TWO HUNDRED FORTY SIX DOLLARS AND 41/100

VOID AFTER 60 DAYS
PLEASE CASH IMMEDIATELY

PAY TO THE ORDER OF

FAHAD A.M. AL-SLAIHEM
2041 GALLOWS TREE CT.
VIENNA VA 22182

ROYAL EMBASSY OF SAUDI ARABIA
CHANCERY ACCOUNT IFTA

BANDAR BIN SULTAN
Ambassador

---

**ROYAL EMBASSY OF SAUDI ARABIA**
**CHANCERY ACCOUNT IFTA**

No. 005583

DATE 9/25/97

$ 3,790.28

THREE THOUSAND SEVEN HUNDRED NINETY DOLLARS AND 28/100

VOID AFTER 60 DAYS
PLEASE CASH IMMEDIATELY

PAY TO THE ORDER OF

FAHAD AL-THUMAIRY
3757 KELTON AVE #208
LOS ANGELES CA 90034

ROYAL EMBASSY OF SAUDI ARABIA
CHANCERY ACCOUNT IFTA

BANDAR BIN SULTAN
Ambassador

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

KSA0000005288