# EXHIBIT 281

| | |
|---|---|
| Incident ID | 0101020101S17 |
| Holmes Ref | X1729 |
| Other Ref | |

**Title:** FULL TAPE TRANSCRIPTION OF MASTER TAPE DSC/16

*(Include source and any document number if relevant)*

| Receivers instructions (HP action Yes/No) | Receiver |
|---|---|
| | |

| Document Readers instructions | Doc. Reader |
|---|---|
| | |

| Indexed as indicated | Indexer |
|---|---|
| | |

| Examined – further action to be taken | OM | SIO |
|---|---|---|
| | | |

**Assessor Priority**

HIGH ●    MEDIUM ●    LOW ○

**Assessor Comments**
*To include action taken*

**Receivers Priority**

HIGH ●    MEDIUM ●    LOW ○

MIR Status    Received ○    Registered ○    Read ○    Indexed ○    Approved ○    Review ○

Record of Tape Recorded Interview

Person interviewed: Omar AL-BAYOUMI　　　　　　　　　Police Exh. No. DSC/16A

Place of Interview: Paddington Police Station　　　　　　　Number of Pages: 39

Date of interview:　24/09/2001

Time commenced:　　20.32hrs　　　　　　　　　　　　　Time concluded: 21.18hrs

Duration of interview:　46 minutes

Interviewing officers:　DC CAMPBELL, DC DEAN

Other persons present: Ms GORDON-LAWRENCE Legal Rep.

| Tape Counter times | Person Speaking | Text |
|---|---|---|
| | DC CAMPBELL | This interview is being tape recorded. I'm Detective Constable David CAMPBELL attached to the Anti Terrorist Branch. The other police officer present is.... |
| | DC DEAN | Detective Constable Ian DEAN also attached to the Anti Terrorist Branch. |
| | DC CAMPBELL | And I'm interviewing, for the benefit of the tape can you state your full name for me please. |
| | AL-BAYOUMI | Omar AL-BAYOUMI |
| | DC CAMPBELL | And also present is your legal representative. |
| | Solicitor | Jackie GORDON-LAWRENCE authorised representative for Fisher Meredith. I'm now required to explain my role. It is to protect my clients rights. I |

S17 OP EXCHANGE - X1729 - DSC/16A - Book 46.083 - Page 36 of 39
Case 1:03-md-01570-GBD-SN    Document 10191-96    Filed 07/31/24    Page 4 of 6
INTERVIEW OMAR AL BAYOUMI 24 SEPT 2001 (24/09/2001) 20.32 - 21.18 HRS \ FULL TAPE TRANSCRIPTION OF MASTER TAPE DSC/16

36

Omar AL-BAYOUMI

| | |
|---|---|
| AL-BAYOUMI | (inaudible) |
| DC CAMPBELL | Yeah, do you know anyone by the first name of Majed. |
| AL-BAYOUMI | Yes, there is popular player in Saudi Arabia called Majed ABDUL. |
| DC CAMPBELL | Right, okay. |
| AL-BAYOUMI | And, yeah, I know other person, his name is Majed but I forgot his name exactly, the last name. He was also studying for long time here and in San Diego. He went back to Saudi Arabia a long time ago. |
| DC DEAN | Here and San Diego. |
| DC CAMPBELL | Do you know what he was studying. |
| AL-BAYOUMI | Studying, he was studying English. |
| DC CAMPBELL | And where did you know him from. |
| AL-BAYOUMI | From the mosque. |
| DC CAMPBELL | Okay. |
| DC DEAN | And just one quick question, roughly how old was he? |
| AL-BAYOUMI | Umm? |
| DC DEAN | How old was he. |
| AL-BAYOUMI | Majed. |
| DC DEAN | Umm |
| AL-BAYOUMI | I'm not sure, about maybe twenty, twenty-one, |

S17 OP EXCHANGE - X1729 - DSC/16A - Book 46.083 - Page 37 of 39
INTERVIEW OMAR AL BAYOUMI 24 SEPT 2001 (24/09/2001) 20.32 - 21.18 HRS \ FULL TAPE TRANSCRIPTION OF MASTER TAPE DSC/16

37

Omar AL-BAYOUMI    twenty, twenty-three, twenty-two.

DC DEAN    Okay, the next one.

DC CAMPBELL    It's H A R I HANJOUR, Hari HANJOUR.

AL-BAYOUMI    I've never heard of this name before.

DC CAMPBELL    At all?

AL-BAYOUMI    Yeah.

DC CAMPBELL    Okay, what about Khalid or Halid AL-MIHDAR or Khalif AL-MIHDAR. Have you ever heard of anyone by those names.

AL-BAYOUMI    Here, for example AL-MIHDAR.

DC CAMPBELL    Yes.

AL-BAYOUMI    I know the last name of a guy, his name is MIHDAR.

DC CAMPBELL    AL-MIHDAR?

AL-BAYOUMI    AL-MIHDAR, yeah.

DC CAMPBELL    And who, what's his first name.

AL-BAYOUMI    I'm not sure.

DC CAMPBELL    And who is he.

AL-BAYOUMI    Er?

DC CAMPBELL    Who is he.

AL-BAYOUMI    Who is he?

DC CAMPBELL    Umm hmm

AL-BAYOUMI    He is in San Diego also, met him in the mosque also, in the, in the what do you call it, (inaudible) with you,

S17 OP EXCHANGE - X1729 - DSC/16A - Book 46.083 - Page 38 of 39
INTERVIEW OMAR AL BAYOUMI 24 SEPT 2001 (24/09/2001) 20.32 - 21.18 HRS \ FULL TAPE TRANSCRIPTION OF MASTER TAPE DSC/16

38

Omar AL-BAYOUMI     I will show you the mosque, whatever you call it, Arabac mosque.

DC DEAN     Arabac?

AL-BAYOUMI     (inaudible) mosque.

DC DEAN     Can you spell that please, sorry.

AL-BAYOUMI     I'm not sure exactly but maybe.

Solicitor     (inaudible) telephone list isn't it.

AL-BAYOUMI     (inaudible) mosque, maybe.

DC DEAN     So it's (inaudible)

AL-BAYOUMI     (inaudible) I'm not sure.

DC DEAN     Okay, and how old's he, the one you knew.

AL-BAYOUMI     This guy

DC DEAN     Umm hmm (Buzzer sounds)

DC CAMPBELL     Right, the noise you can hear is the tape machine (inaudible) that there's just two minutes to go. I would like to continue asking you about these people, okay, if we have enough time (inaudible) just after quarter past nine. Are you happy to continue for a short time.

AL-BAYOUMI     Sure.

DC CAMPBELL     Are you sure?

AL-BAYOUMI     Sure.

DC CAMPBELL     What about your prayers.