# EXHIBIT 282

| | |
|---|---|
| Incident ID | 0101020101S17 |
| Holmes Ref | X1732 |
| Other Ref | |

Title: FULL TAPE TRANSCRIPTION OF MASTER TAPE DSC/19

*(Include source and any document number if relevant)*

| Receivers instructions (HP action Yes/No) | Receiver |
|---|---|
| | |

| Document Readers instructions | Doc. Reader |
|---|---|
| | |

| Indexed as indicated | Indexer |
|---|---|
| | |

| Examined – further action to be taken | OM | SIO |
|---|---|---|
| | | |

**Assessor Priority**

**HIGH** **MEDIUM** LOW
● ● ○

**Assessor Comments**
*To include action taken*

**Receivers Priority**

**HIGH** **MEDIUM** LOW
● ● ○

MIR Status    Received ○    Registered ○    Read ○    Indexed ○    Approved ○    Review ○

Record of Tape Recorded Interview

Person interviewed: Omar AL-BAYOUMI                    Police Exh. No. DSC/19

Place of Interview: Paddington Police Station          Number of Pages: 36

Date of interview: 25/09/2001

Time commenced: 17.12hrs                               Time concluded: 17.55hrs

Duration of interview: 43 minutes

Interviewing officers: DC CAMPBELL, DC DEAN

Other persons present: Ms GORDON-LAWRENCE Legal Rep.

| Tape Counter times | Person Speaking | Text |
|---|---|---|
| | DC CAMPBELL | This is the continuation interview of Mr. Omar AL-BAYOUMI. The same people are present. Is that correct, Omar. |
| | AL-BAYOUMI | Yeah |
| | DC CAMPBELL | Would you like to confirm that I didn't ask you any questions whilst the tapes were out of the machine. |
| | AL-BAYOUMI | Yes, yes. |
| | DC CAMPBELL | Okay. I'll remind you again of the caution, that is you do not have to say anything but it may harm your defence if you do not mention when questioned, something which you later rely on in court. Anything you do say may be given in evidence. Do you understand the caution. |
| | AL-BAYOUMI | Sure. |
| | DC CAMPBELL | Good. Just to clarify, are you still fit enough to be |

S17 OP EXCHANGE - X1732 - DSC/19A - Book 46.086 - Page 18 of 36
INTERVIEW OMAR AL BAYOUMI 25 SEPT 2001 (25/09/2001) 17.12 - 17.55 HRS \ FULL TAPE TRANSCRIPTION OF MASTER TAPE DSC/19

18

Omar AL-BAYOUMI

| | |
|---|---|
| DC CAMPBELL | Did you take them there. |
| AL-BAYOUMI | Not me I think, not me. |
| DC CAMPBELL | Who took them there. |
| AL-BAYOUMI | I think they were from the mosque you know, someone give them ride to go there. |
| DC CAMPBELL | Umm hmm |
| AL-BAYOUMI | Yeah, or they maybe take the, took the bus. |
| DC CAMPBELL | Did you take these people and introduce them into the mosque. |
| AL-BAYOUMI | Introduce them, no, because in the mosque, when you go there everybody you know, see you, hi, hi, and you know, introduce themselves, by themselves because I don't know them. |
| DC CAMPBELL | Umm hmm. Did you introduce these people to anyone else. |
| AL-BAYOUMI | What do you mean, exactly. We worked together for example, for example day, you know, in the, in the, in the (inaudible) |
| DC CAMPBELL | Hello, this is Khalid and hello, this is Nawif. |
| AL-BAYOUMI | (inaudible) |
| DC CAMPBELL | Do you remember introducing these people and asking others to help them. |
| AL-BAYOUMI | No, I didn't ask anyone to help them but anyone willing to help, especially in, for example, finding a school or accommodation or finding a car or grocery |

S17 OP EXCHANGE - X1732 - DSC/19A - Book 46.086 - Page 19 of 36
INTERVIEW OMAR AL BAYOUMI 25 SEPT 2001 (25/09/2001) 17.12 - 17.55 HRS \ FULL TAPE TRANSCRIPTION OF MASTER TAPE DSC/19

19

Omar AL-BAYOUMI         stall or something like that.

DC CAMPBELL    You've already got them accommodation, so they don't need accommodation.

AL-BAYOUMI     Yeah.

DC CAMPBELL    I asked you have you introduced these people to anyone else and asked them to help them.

AL-BAYOUMI     No.

DC CAMPBELL    Do you know the name Mohdar ABDULLAH or (inaudible) sorry, I can't pronounce his first name.

Solicitor      Can you spell it.

DC CAMPBELL    M O H D A R.

AL-BAYOUMI     M O H....

DC CAMPBELL    D A R, ABDULLAH, A B D U L L A H

AL-BAYOUMI     (inaudible) what is it.

Solicitor      Do you know that name.

DC CAMPBELL    Do you know that name.

AL-BAYOUMI     Mohdar ABDULLAH, Mohdar, maybe, Mohdar yeah, his name is, he came as I mentioned before, to the, to the mosque you know in Elcahon City for, you know, eating sometimes and especially Ramadan or something like that and people, they wrote their names for example, okay, and for example to sometimes to, they call for prayer or something like that.

DC CAMPBELL    Can you be just quite clear, we're just talking about

S17 OP EXCHANGE - X1732 - DSC/19A - Book 46.086 - Page 20 of 36
INTERVIEW OMAR AL BAYOUMI 25 SEPT 2001 (25/09/2001) 17.12 - 17.55 HRS \ FULL TAPE TRANSCRIPTION OF MASTER TAPE DSC/19

Case 1:03-md-01570-GBD-SN   Document 10191-127   Filed 07/31/24   Page 6 of 8

20

Omar AL-BAYOUMI

|  |  |
|---|---|
|  | this one individual. Do you know this person. |
| AL-BAYOUMI | Mohdar ABDULLAH. |
| DC CAMPBELL | Yes. |
| AL-BAYOUMI | No, but I, I, I have name, Mohdar, but I don't know if he's ABDULLAH or, as I mentioned in the mosque, yeah. |
| DC CAMPBELL | So you know someone by the first name, Mohdar. |
| AL-BAYOUMI | Mohdar, yeah. |
| DC CAMPBELL | Yeah. |
| AL-BAYOUMI | Yeah. |
| DC CAMPBELL | And at what mosque do you say you...... |
| AL-BAYOUMI | Yeah, he visit us in Melina, Melina Mosque which I am charge of it and..... |
| DC CAMPBELL | What area is that mosque in. |
| AL-BAYOUMI | Elcahon City. |
| DC CAMPBELL | Umm hmm |
| AL-BAYOUMI | And people, they have gone up together in holy month to eat for example and he, he usually visit, I prefer to eat there because people bring food from their houses as pot luck, you know. And I want to mention that in the mosque everybody come there and put his name for example, for example some people put their names for example to help one for cleaning and one for doing something, you know, for example the, you know..... |

S17 OP EXCHANGE - X1732 - DSC/19A - Book 46.086 - Page 21 of 36
INTERVIEW OMAR AL BAYOUMI 25 SEPT 2001 (25/09/2001) 17.12 - 17.55 HRS \ FULL TAPE TRANSCRIPTION OF MASTER TAPE DSC/19

21

Omar AL-BAYOUMI

| | | |
|---|---|---|
| DC CAMPBELL | | Let me put this another way, have you know this man whose first name Mohdar, for some time. |
| AL-BAYOUMI | | Mohdar, for some times. |
| DC CAMPBELL | | Yes. The person that you say that you know with that first name. |
| AL-BAYOUMI | | No. |
| DC CAMPBELL | | Have you known him for quite some time. |
| AL-BAYOUMI | | Yeah, in mosque. |
| DC CAMPBELL | | But only in the mosque. |
| AL-BAYOUMI | | Yeah, in the mosque. |
| DC CAMPBELL | | Nothing else. |
| AL-BAYOUMI | | No, nothing else, yeah, in the mosque but you know, we go different mosques. Sometimes in Elcahon City mosque, sometimes I met him for example, in, in, where I live and across the Islamic Centre but this guy, mainly he lived close to (inaudible) which I live close to (inaudible) other one, I, I give you the name yesterday. |
| DC CAMPBELL | | (inaudible) |
| AL-BAYOUMI | | (inaudible) is mosque, it means mosque, Arabic. |
| DC CAMPBELL | | Arabic. |
| AL-BAYOUMI | | Yeah. |
| DC CAMPBELL | | Okay. |
| AL-BAYOUMI | | Yeah. |
| DC CAMPBELL | | Right, you mentioned in the previous interviews that |

S17 OP EXCHANGE - X1732 - DSC/19A - Book 46.086 - Page 22 of 36
INTERVIEW OMAR AL BAYOUMI 25 SEPT 2001 (25/09/2001) 17.12 - 17.55 HRS \ FULL TAPE TRANSCRIPTION OF MASTER TAPE DSC/19

22

Omar AL-BAYOUMI

|  |  |
|---|---|
|  | you didn't have much to do with these two men. |
| AL-BAYOUMI | Yeah. |
| DC CAMPBELL | Why was that. |
| AL-BAYOUMI | Why? |
| DC CAMPBELL | You've just introduced these people, you've got them accommodation. |
| AL-BAYOUMI | Yeah. |
| DC CAMPBELL | But you distanced yourself with them, why. |
| AL-BAYOUMI | Why, because I mentioned, I don't have time to, to you know, go for example, anywhere or you know, again just to study but sometimes when I get home for example, I take my son with me, Imad, (inaudible) for example, for praying and you know, (inaudible) or something like that or you know, yeah. This has happened. |
| DC CAMPBELL | Okay, how did you find your life over in San Diego, where did you get your money from. |
| AL-BAYOUMI | As I mentioned before, there is three stages, you can say that, okay. The first one, I came to study English. |
| DC CAMPBELL | So who paid for your education then. |
| AL-BAYOUMI | Airways Engineering Department. |
| DC CAMPBELL | Of what company. |
| AL-BAYOUMI | This is belong to Civil Aviation, yeah, you know, under it, okay. So Aviation is in charge of 24 airports in Saudi Arabia, building and maintenance and |