# EXHIBIT 283

| | |
|---|---|
| Incident ID | 0101020101S17 |
| Holmes Ref | X1734 |
| Other Ref | |

**Title:** FULL TAPE TRANSCRIPTION OF MASTER TAPE DSC/21

*(Include source and any document number if relevant)*

| Receivers instructions (HP action Yes/No) | Receiver |
|---|---|
| | |

| Document Readers instructions | Doc. Reader |
|---|---|
| | |

| Indexed as indicated | Indexer |
|---|---|
| | |

| Examined – further action to be taken | OM | SIO |
|---|---|---|
| | | |

**Assessor Priority**
HIGH ● MEDIUM ● LOW ○

**Assessor Comments**
*To include action taken*

**Receivers Priority**
HIGH ● MEDIUM ● LOW ○

MIR Status    Received ○    Registered ○    Read ○    Indexed ○    Approved ○    Review ○

Record of Tape Recorded Interview

Person interviewed: Omar AL BAYOUMI

Police Exh. No. DSC/21A

Place of Interview:

Number of Pages: 26

Date of interview: 29/9/2001

Time commenced: 2110

Time concluded: 2150 hrs

Duration of interview: 40 minutes

Interviewing officers: DC DEAN, DC CAMPBELL

Other persons present:

| Tape counter times | Person speaking | Text |
|---|---|---|
| | CAMPBELL | This is a continuation interview of Mr Omar AL BAYOUMI, the time by my watch 9.10pm just to remind you Mr BAYOUMI you still under caution that means, you do not have to say anything but it may harm your defence if you do not mention when questioned, something which you later rely on in court. Anything you do say may be given in evidence. Do you understand the caution. |
| | BAYOUMI | Yes. |
| | CAMPBELL | Ian. |
| | DEAN | Just prior to the interview finishing, erm, the tapes actually stopped before the time stopped and the |

Omar AL BAYOUMI 18

| | |
|---|---|
| CAMPBELL | That is page number 4, page number 5, page number 6. |
| BAYOUMI | I think this one also in the newspaper I have seen. |
| CAMPBELL | Number 12, page number 6, number 7 and finally number 8. |
| BAYOUMI | No. |
| CAMPBELL | Obviously identified yourself. |
| BAYOUMI | Yes. |
| CAMPBELL | Number 21. And this HASHAN. |
| CAMPBELL | Number 22 yes. |
| Solicitor | Can I just ask you a question, on this one here this last page, you said this guy here was unsteady and you had to get who in to pray for him a char. |
| BAYOUMI | A sheikh the leader of the prayer – recite Koran to make him come down yeh. |
| CAMPBELL | Finally I asked you about Mohadar Abdulla, did you introduce these two men that we've been referring to constantly to Mr Abdulla. |
| BAYOUMI | Abdulla, what. |
| CAMPBELL | Mohdar M Abdullah. |
| BAYOUMI | No. |
| CAMPBELL | Sure |

S17 OP EXCHANGE - X1734 - DSC/21A - Book 46.088 - Page 19 of 26
INTERVIEW OMAR AL BAYOUMI 29 SEPT 2001 (29/09/2001) 21.10 - 21.50 HRS \ FULL TAPE TRANSCRIPTION OF MASTER TAPE DSC/21

Omar AL BAYOUMI                                                                19

| | |
|---|---|
| BAYOUMI | Yep sure, maybe for this people who I mention many people knows them in the mosque. |
| CAMPBELL | I put it to you Omar that you brought Khalid and Nawaf to the mosque in Lemon Grove and introduced to and you said for him to look after them and show them assistance. |
| BAYOUMI | I brought them to Lemon Grove. |
| CAMPBELL | Mosque in Lemon Grove, you know the one I'm talking about. |
| BAYOUMI | Yeh I know the mosque in Lemon Grove which belongs to a Dr Abussatar. |
| CAMPBELL | And you told this man to look after these two people Khalid and Nawaff and |
| BAYOUMI | No. |
| CAMPBELL | And help them. |
| BAYOUMI | It's not true. |
| CAMPBELL | So if it not true then someone's lying. |
| BAYOUMI | Yeh. |
| CAMPBELL | That's not you. |
| CAMPBELL | To sum up for tonight, you've not financed these individuals or anyone else to commit acts of terrorism. |
| BAYOUMI | No. |

Omar AL BAYOUMI                                                                                                  20

| | |
|---|---|
| CAMPBELL | You've not assisted providing them with accommodation. |
| BAYOUMI | No. Not at all. |
| CAMPBELL | So they can commit these acts of terrorism. |
| BAYOUMI | No. |
| CAMPBELL | Your saying that you haven't taken these people under your wing and helped them. |
| BAYOUMI | At all. |
| CAMPBELL | You are also saying that you did not introduce these two men to Modah M. Abdullah at the mosque in Lemon Grove. |
| BAYOUMI | No. |
| CAMPBELL | You sure you didn't. |
| BAYOUMI | Yeh, I'm sure. Introduce. |
| BAYOUMI | No I'm sure actually when I left for Saudi Arabia. I think they were at the apartment when I left there. I heard that they went to Dr Abbussatur/Dr Abbussatur opened his house for any guests come from Saudi Arabia, you know I think I mentioned to this. |
| CAMPBELL | Yes you did. |
| CAMPBELL | Did you introduce these men to Ashin AL ATTAS. |