# EXHIBIT 284
## REDACTED FOR PUBLIC FILING

| EXHIBIT REF.NO. | PRODUCED BY: |
|---|---|
| PSS/15 | D S STREET |

**DESCRIPTION:**

ENVELOPE

**WHERE FOUND:**

34 DYMOKE ST.

APR-15-00 SAT 06:3T PM                                            P.01

# GMAT ADDITIONAL SCORE REPORT REQUEST

To avoid delay in having your scores reported, do not send a letter with this form.

See Institution Code List in the *Bulletin* for code numbers and names.
If an institution is not listed, leave the code number boxes blank.

REGISTRATION: 0000000007139537

**PLEASE SEND THE SCORE REPORTS TO:**
CODE — GRADUATE SCHOOLS OF MANAGEMENT

If you entered a FUTURE DATE, your scores will be reported after scores from that test date become available.
If you entered a PREVIOUS DATE, your scores will be processed within three working days.
If you have taken the GMAT more than once, your scores from up to the three most recent administrations will be reported.
If paying by MasterCard, VISA, or American Express, enter your card number and expiration date and fax this form to GMAT at 609-883-4349.

TEST DATE: Month / Year — ETS Use Only

Credit Card Number
Credit Card Expiration Date

The fee is $25 per report.
___ X $25 = $ ___
(No. of Reports)
In Canada, add GST/HST $ ___ (13141 4458 RT)
TOTAL AMOUNT $ ___

You may pay by check, bank draft, money order, MasterCard, VISA, or American Express. Checks, bank drafts, and money orders should be made payable to ETS-GMAT. DO NOT SEND CASH OR STAMPS. A form received without payment will be returned to you. Fees are subject to change without notice.

SOCIAL SECURITY NUMBER
PRINT DATE: 03/22/00
DATE OF BIRTH: __ __ 57

If mailing this form and payment, send to:
GMAT
Educational Testing Service
P.O. Box 6104
Princeton, NJ 08541-6104, USA

OMAR   A   BAYOUMI
511 S MAGNOLIA AVE
EL CAJON       CA 92020

*Previously Requested — Does not require research*

SIGNATURE: By signing this form, I authorize Educational Testing Service to release my GMAT scores, under conditions set forth in the *Bulletin*, to the graduate schools of management designated above.

(Sign) _____

---

# GMAT® SCORE REPORT EXAMINEE COPY
GRADUATE MANAGEMENT ADMISSION TEST®

PRINT DATE: 03/22/00

| NAME LAST | FIRST | M.I. | SEX | DATE OF BIRTH Month/Day/Year | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|
| BAYOUMI | OMAR | A | M | __ __ 57 | 619277676 |

| DATE OF GRADUATION Mo. / Yr. | SELF-REPORTED UNDERGRAD GPA | UNDERGRADUATE MAJOR | CITIZENSHIP COUNTRY |
|---|---|---|---|
| | 3.0 | BUSINESS ED. | SAUDI A |

INTENDED GRADUATE STUDY: FULL TIME
EDUCATIONAL EXPERIENCE: MASTERS

SCORES – SCALED SCORES

| TEST DATE Month | Year | VERBAL SCORE | % BELOW | QUANT. SCORE | % BELOW | TOTAL SCORE | % BELOW | AWA SCORE |
|---|---|---|---|---|---|---|---|---|
| 03 | 00 | 27 | 43 | 36 | 55 | 430 | 50 | 2. |

* "No reportable score" may indicate that all sections of the test were not completed.

Your scores have been sent to the GRADUATE SCHOOLS OF MANAGEMENT listed below.

| CODE | |
|---|---|
| 0360 | UNIV SURREY |
| 0640 | SHEFFIELD HALLAM UNIVERSITY |

*Research University ①*
*Research University ②*

*Research University ① / Research University ② (handwritten note)*