# EXHIBIT 285
## REDACTED FOR PUBLIC FILING





CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

KSA0000006657