# EXHIBIT 287

**Google Maps**  Oklahoma City, Oklahoma to Falls Church, Virginia     Drive 1,334 miles, 19 hr 31 min



Map data ©2024 Google, INEGI     100 mi

**Oklahoma City, Oklahoma**

⚠ This route has tolls.
⚠ Your destination is in a different time zone.

### Get on I-235 S from N Robinson Ave and NW 4th St

5 min (1.0 mi)

1. Head northwest on N Robinson Ave toward W Main St

   0.3 mi

2. Turn right onto NW 4th St

   0.4 mi

3. Turn left onto N Walnut Ave

   377 ft

4. Turn right to merge onto I-235 S

   0.2 mi

### Follow I-40 E and I-81 N to Fairfax Dr in Arlington. Take exit 69 from I-66 E

19 hr 13 min (1,332 mi)

5. Merge onto I-235 S

   0.7 mi

6. Use the left lane to take exit 1A to merge onto I-40 E toward I-35 N/US-62 E/Wichita/Ft Smith

   1.5 mi

| | | |
|---|---|---|
| | 7. Keep left at the fork to continue on I-40 E/US-270 E, follow signs for Ft Smith | |
| | | 6.3 mi |
| | 8. Take exit 159B toward Douglas Blvd | |
| | | 0.3 mi |
| | 9. Keep left and merge onto I-40 E<br>ⓘ Entering Arkansas | |
| | | 324 mi |
| | 10. Keep left to stay on I-40 E, follow signs for Memphis | |
| | | 1.6 mi |
| | 11. Keep right at the fork to stay on I-40 E | |
| | | 125 mi |
| | 12. Keep left at the fork to stay on I-40 E, follow signs for Memphis/Nashville<br>ⓘ Entering Tennessee | |
| | | 7.1 mi |
| | 13. Keep left to stay on I-40 E | |
| | | 10.9 mi |
| | 14. Keep left to stay on I-40 E, follow signs for Nashville | |
| | | 196 mi |
| | 15. Keep left to stay on I-40 E | |
| | | 1.9 mi |
| | 16. Use the right 2 lanes to take exit 208A to merge onto I-40 E/I-65 S toward Huntsville/Knoxville | |
| | | 2.2 mi |
| | 17. Keep left at the fork to continue on I-40 E, follow signs for I-24 E/Knoxville/Chattanooga | |
| | | 1.0 mi |
| | 18. Keep right to stay on I-40 E, follow signs for Knoxville/Chattanooga | |
| | | 2.1 mi |
| | 19. Keep left to stay on I-40 E, follow signs for Interstate 40 E/Knoxville | |
| | | 208 mi |
| | 20. Use the left 2 lanes to take exit 421 for I-81 N toward Bristol | |
| | | 0.7 mi |
| | 21. Continue onto I-81 N<br>ⓘ Entering Virginia | |
| | | 156 mi |
| | 22. Keep left to stay on I-81 N | |
| | | 61.9 mi |
| | 23. Keep left to stay on I-81 N | |
| | | 157 mi |

| | | |
|---|---|---|
| ↱ | 24. | Take exit 300 to merge onto I-66 E toward Front Royal/Washington |

                                                                43.1 mi

| | | |
|---|---|---|
| ⑂ | 25. | Keep left at the fork to continue on 66 Express Outside the Beltway<br>⚠ Toll road |

                                                                21.4 mi

| | | |
|---|---|---|
| ↱ | 26. | Use the right lane to stay on 66 Express Outside the Beltway<br>⚠ Toll road |

                                                                0.2 mi

| | | |
|---|---|---|
| ↱ | 27. | Keep right to stay on 66 Express Outside the Beltway |

                                                                0.3 mi

| | | |
|---|---|---|
| ↑ | 28. | Merge onto I-66 E<br>⚠ Toll road |

                                                                3.3 mi

| | | |
|---|---|---|
| ↱ | 29. | Use the right lane to take exit 69 toward US-29/VA-237/Washington Blvd/Lee Hwy |

                                                                0.1 mi

**Drive to N Washington St in Falls Church**

                                                      3 min (0.7 mi)

| | | |
|---|---|---|
| ↑ | 30. | Use the right lane to merge onto Fairfax Dr |

                                                                282 ft

| | | |
|---|---|---|
| ↱ | 31. | Turn right onto Langston Blvd. |

                                                                453 ft

| | | |
|---|---|---|
| ↑ | 32. | Continue onto N Washington St |

                                                                0.5 mi

**Falls Church**
Virginia