# EXHIBIT 289

| **EXHIBIT REF.NO.** | **PRODUCED BY:** |
|---|---|
| GH/25 | DS Howard |

**DESCRIPTION:**

One (1) x Photo Album

**WHERE FOUND:**

Filing Cabinet L Draw 2

Rm 1118 Aston Business School

10/30





000005