# EXHIBIT 290



**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

February 12, 2024

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached document:

**KSA0000006965**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

Amr Abualy
Project Manager
Linguistic Systems

| | | |
|---|---|---|
| **Kingdom of Saudi Arabia**<br>**Ministry of Islamic Affairs, Endowment,**<br>**Dawah and Guidance**<br>**Office of the Minister** | [Coat of Arms of the Kingdom of Saudi Arabia] | **Internal Referral Memo** |

| |
|---|
| Number: *100022/1* |
| Date: *8/8/1422 AH* [24 October 2001] Issuer: *His Highness the Minister of Foreign Affairs* |
| Subject: *Regarding Sheikh Fahad Al Thumairi, an employee of the Dawah Office in America* |
| Incoming record no.: *1720* |
| Date: *22/8/1422 AH* [07 November 2001] |
| Attachments: |
| Precedent no.:     Date: / /   Recorded under number:     Date: / /   Then referred: |
| Annotated with no.:     Date: / /   Answer received and recorded under no.:     Date: / / |
| ☐ Urgent          ☐ Very Urgent         ☐ Immediate         ☐ Secret            ☐ Top Secret |
| ☐ With regards and appreciation to His Excellency the Deputy Minister, may Allah Protect him |
| ☐ Counsellor                                                         ☐ Undersecretary of the Ministry<br>☐ General Manager of the Office of the Minister    ☐ Counsellor and Supervisor of Administrative and Financial Affairs<br>☐ General Manager of Public Relations<br>☐ Head of the Administrative Communications Department    ☐ Assistant Undersecretary of the Ministry<br>☐ Office of the General Supervisor of the Center    ☐ General Manager<br>☐ Secretariat    ☐ Secretary General<br>☐                                                                    ☐ Manager of<br>                                                                          ☐ |
| **Referrals:**<br>☐ For further information    ☐ For preparation for presentation to HE with opinion    ☐ For approval and implementation in accordance therewith    ☐ For follow-up<br>☐ With lawful approval    ☐ To be postponed at your end until requested    ☐ To take the necessary lawful actions    ☐ FYI<br>☐ Without approval    ☐ To attach basis    ☐ To attach a copy    ☐ Reservation |
| *With regards to His Excellency the Minister: You, may God preserve you, may see fit to issue a directive to ask, through the Mosques and Dawah Agency, the abovementioned person about the background he has about the matter.*<br>[Signature: Dr. Mohammed Al Samih] *11/08/1422 AH* [27 October 2001] |

*11/8* [10/27]                              *To be reviewed by Al-Ammar immediately. Al Thumairi to be asked to write down everything he knows about the reason for the question.*

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
مكتب الوزير

مذكرة إحالة داخلية

الرقم: ١/٥٨٥/خ/ل    التاريخ: ٨/٨/١٤٢٢هـ    الصادر: كعبتي الأخبار عدة
الموضوع: بشأن الأخ/ محمد جعفرى الشيعي يعيش في مكة بلا سكن
رقم قيد الوارد: ١٥/٥/١٥    التاريخ: ٢٩/٨/١٤٢٢هـ    المشفوعات:
السابقة رقم:    وتاريخ /  /    قيدت برقم /  /    وتاريخ /  /    ثم أحيلت
كتب عليها برقم:    وتاريخ /  /    وردت الإجابة وقيدت برقم    وتاريخ /  /

☐ عاجل    ☐ عاجل جداً    ☐ فوري    ☐ سري    ☐ سري للغاية

☐ مع الاحترام والتقدير ... لمعالي نائب الوزير    حفظه الله

☐ المستشار ———————    ☐ وكيل الوزارة ———————
☐ المدير العام لمكتب الوزير    ☐ المستشار والمشرف على الشؤون الإدارية والمالية
☐ المدير العام للعلاقات العامة    ☐ وكيل الوزارة المساعد
☐ مدير إدارة الاتصالات الإدارية    ☐ المدير العام
☐ مكتب المشرف العام على المجمع    ☐ الأمين العام
☐ السكرتارية    ☐ مدير
☐

الإحالات:
☐ للمفاهمة    ☐ لإعداد عرض لمعاليه مع إبداء الرأي    ☐ للاعتماد وتنفيذ موجبه    ☐ للمتابعة
☐ مع الموافقة نظاماً    ☐ توجه لديكم نحو الطلب    ☐ لاتخاذ اللازم نظاماً    ☐ للعلم
☐ مع عدم الموافقة    ☐ إرفاق الأساس    ☐ إرفاق صورة    ☐ تحفظ

[handwritten notes]