# EXHIBIT 292

# Certification of Translation

**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

On this day of October 26, 2018

Aseel Kanakri

of Linguistic Systems, Inc., 260 Franklin Street, Suite 230, Boston, MA 02110 completed the attached translation into English of the file:

KSA0000001230- KSA0000001231.*pdf*

The translation has been made faithfully of her own knowledge by herself and is a true and correct version of the original Arabic text, to the best of her knowledge and belief.

Her qualifications as translator include familiarity with Arabic as a native language and with English as an acquired language, and with said languages as languages of instruction and use for over 14 years, and that she received a Masters Degree in Linguistics and Translation from Yarmouk University, Jordan and that she is employed as a freelance translator with Linguistic Systems, Inc.

Signature: _____

Gabriela Bess

Translation Project Manager

**Linguistic Systems, Inc.**

260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com

Certifications: ISO 9001 • ISO 17100 • ISO 27001

Royal Consulate General of Saudi Arabia

Los Angeles, CA

Sent Cable

| | |
|---|---|
| Cable number: 509/ 97/ 23/ (583) | File Number: |
| Date: 26/ 7/ 1423 Hijri [10/3/2003] | Attachments: |

Dear Mr. Ahmad Abulaziz Qattan
Director of the Office of the Ambassador in Washington DC

In reference to your cable number 501/ 19/ 1668 dated 23/ 7/ 1423 Hijri [9/ 30/ 2002] with the attached letter sent by Mr. Mohamed Suleiman ALmuhana the imam of King Fahd Mosque in Los Angeles to the Ambassador, I want inform you that I have met (separately) with Mr. Mohamed and Mr. Tajuddin Shoaib, the director of King Fahd Mosque in Los Angeles. Mr. Mohamed showed me the letter sent to him last month b Mr. Othman Kaldrum, who is a member of the Board of Trustees of Ibn Taymiah Organization, and upon my request Mr. Tajuddin Shoaib visited me yesterday (Wednesday 25/ 7/ 1423 Hijri [10/ 2/ 2002]) who told me that the decision was taken based on information they received from Mr. Khalid Sharif (Abu Suleiman) who is of Syrian origins and was one of those barred from entering the mosque last year for causing trouble. They complained about it to the minister, who then asked the assistant director of Islamic Affairs Mr. Musaid Aljarrah to travel to Los Angeles and coordinate with the consul general and then to write to his conclusions to his highness the ambassador. Mr. Sharif informed Othman that Mr. Mohamed was the one who wrote the letter of complaint. I asked Shoaib about the time and place of the meeting of the Board of Trustees referenced in the letter given to Almuhana which stated that he would no longer serve as the mosque' imam, and he answered that the decision was made after a phone conversation between Mr. Othman and Dr. Alkhalil. It is important to note here that I did meet with Mr. Othman last year, and he passed on to me some information was clearly untrue, and it appears that he and Dr. Alkhalil

are both working together. It has been reported that they both have mentioned that they want to give the position of imam to someone from another nationality. It's also important to note here that Dr. Alkhalil's story last year about Mr. Althumairi which I wrote about in letter number 509/ 94/ 72/ 603 dated 1/ 8/ 1423 Hijri [10/ 7/ 2002] confirms this. Since the decision made about Mr. Almuhana was entirely based on rumors from one of the people in the community without being verified and because Mr. Almuhana was sent through an official foreign assignment contract by the Ministry of Islamic Affairs, which means that the Board of Trustees of the Ibn Taymiah Organization would have written to the minister of Islamic Affairs or the Consul General in Los Angeles to ask for his insight. We hope you write to the minister of Islamic Affairs to make him aware of this development and to return Mr. Almuhana to his job.

Thank you very much

Consul General
Mr. Mohamed Abulrahaman Alsaloum

Royal Embassy of Saudi Arabia
Washington DC
Sent on: 27/7
Ref number: 2089
File Number: 19

*Royal Consulate General of Saudi Arabia Los Angeles*



برقية صادرة

رقم البرقية: ٥٠٨/٢٣/٩٧/
التاريخ: ٢٦/٧/١٤٢٣هـ
٢٠٠٣/١٠/٣

رقم الملف: ــــــــ
المرفقات: /ــــــــ

سري جداً عاجل

سعادة الأخ السفير/ أحمد عبدالعزيز قطان      حفظه الله
مدير عام مكتب سمو السفير في واشنطن

إشارة لبرقيتكم رقم ٥٠١/١٩/١٦٦٨ و تاريخ ٢٣/٧/١٤٢٣ هـ المرفق بها ما رفعه الشيخ / محمد سليمان المهنا ، إمام مسجد الملك فهد في لوس انجلوس ، لسمو السفير، يحفظه الله ،(فاصلة) افيدكم بأنني اجتمعت بكل من الشيخ محمد و الشيخ تاج الدين شعيب، مدير مسجد الملك فهد في لوس انجلوس ــ كلا على حده ــ حيث اطلعني الشيخ محمد على الخطاب الذي سلمه له الشهر الماضي المهندس عثمان كسدرم ، و هو أحد أعضاء مجلس الامناء في مؤسسة الشيخ ابن تيمية، دون سابق انذار (فاصلة) و بناء على طلبي فقد زارني يوم امس الاربعاء ٢٥/٧/١٤٢٣هـ الشيخ تاج الدين شعيب و الذي ابلغني بأن هذا القرار تم اتخاذه على ضوء ما ابلغه خالد الشريف (ابوسليمان) و هو سوري الأصل، و أحد الذين تم منعهم العام الماضي من دخول المسجد بسبب المشاكل التي أثاروها و رفعوا لسمو السفير شكوى بشأنها حيث تم تكليف مساعد رئيس قسم الشؤون الإسلامية بالسفارة الأستاذ /مساعد الجراح بالسفر الى لوس انجلوس و التنسيق مع القنصل العام و من ثم الرفع لسمو السفير بما يتم بهذا الشأن  حيث ابلغ السيد الشريف المهندس عثمان بأن الشيخ محمد هو من كان وراء كتابة تلك الشكوى. (فاصلة) و قد سألت الشيخ شعيب عن  مكان و زمان اجتماع أعضاء مجلس الأمناء و المشار اليه في الخطاب الذي سلم للشيخ المهنا و

KSA0000001230

CONFIDENTIAL:
This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570,
United States District Court for the Southern District of New York.

04-OCT-2002 23:56 P.03

**Royal Consulate General of Saudi Arabia Los Angeles**




برقية صادرة

الذي تم بموجبه الاستغناء عن خدمات الشيخ محمد حيث اجاب بان القرار قد تم اتخاذه على ضوء اتصال هاتفي جرى بين المهندس عثمان و الدكتور خليل (فاصلة) الجدير بالذكر ان السيد عثمان سبق و ان التقيت به العام الماضي حيث ذكر لي بعض المعلومات التي تفتقر الى المصداقية و يبدو انه و الدكتور خليل على وفاق تام و كثيرا ما يرددون على مسامع بعض المقربين لهم بصدد انهاء أي تواجد سعودي في المسجد و ان النية تتجه الى إسناد الإمامة و الدعوة في المسجد الى جنسيات اخرى ، فلعل المعلومة التي نقلها لي الدكتور خليل الخليل العام الماضي حول الشيخ فهد الثميري و رفعت عنها بموجب برقيتي لسمو السفير رقم ٩/٥٠٠/٧٢/٩٤ و ٢٠٣/٧٢/٩٤ و تاريخ ١ / ٨ / ١٤٢٣ هـ تصب في هذا الاتجاه (فاصلة) و بما ان الاجراء الذي تم بحق الشيخ محمد المهنا جاء بناء على وشاية من احد ابناء الجالية و دون التحقق من صحته من قبل الطرف الآخر و الأهم ، و نظرا لان الشيخ المهنا جاء بناء على ايفاد رسمي من قبل معالي وزير الشئون الاسلامية و كان حرى (بمجلس الأمناء في مؤسسة الشيخ ابن تيمية) ان يرفع لسمو السفير او لمعالي وزير الشئون الإسلامية ، او للقنصل العام في لوس انجلوس بما يراه في هذا الشأن ، فلعل سموه الكريم يرى الرفع لمعالي وزير الشئون الإسلامية لإحاطته بما تم من قبل الدكتور خليل ، مع التوصية بإعادة الشيخ محمد لممارسة المهمة التي قدم من اجلها (فاصلة) ولكم أطيب تحياتي .

القنصل العام

السفير / محمد بن عبدالرحمن السلوم

CONFIDENTIAL:
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, United States District Court for the Southern District of New York.

KSA0000001231

TOTAL P.03