# EXHIBIT 293

## "JIHAD, THE MISUNDERSTOOD WORD"
### Suleman Ahmer (BIF's operations manager)

(Words appear on the screen)
In the name of Allah most gracious, most merciful Meccacentric Da'wah group presents, "Jihad, The Misunderstood Word" by Suleman Ahmer.

**WAMY - Okeechobee Summer Da'wah Camp**
July 26, 1996

"Jihad earnest striving or effort within oneself, in society, or in the world at large for righteousness and against evil, wrongdoing, and oppression" Page 190 "What everyone should know about Islam and Muslims" by Suzanne Haneef.

"Those who believe and emigrate and strive with might and main, in Allah's case, with their goods and their persons have the highest rank in the sight of Allah: They are the people who will achieve salvation."
 Holy Qur'an 9:20.

(Beginning of lecture)

They thought I'm gonna speak a lot so they gave me two (holding 2 microphones). When I was driving here from Orlando I had this lecture in mind about Chechnya and stuff, but after I came here I changed my topic to mesh it with what already is going on. So this is what I have decided to outline in the next hour. I'll talk briefly about what I have understood of the word 'jihad'. It is a word that has been coined a lot in the discussions and the debates. **Again I'm not a scholar, we have a scholar here so he can correct me, but it's just a brief summary of what I have learned about jihad and why it is important, why to have jihad, and then to give you some practical examples of what's going on in the world today. We talk about theories, that jihad is this, jihad is that, but how profoundly or deeply it can impact communities.**

I'll give you a few examples of some experiences I've had. **I've spent some months in Bosnia, and I've spent some time in Chechnya where we have active wars going on, and there are certain things I've come across they're very educational and also very motivational, they'll motivate you. You've been hearing negative things about jihad right, so you should hear something positive also.** I had a teacher once who taught me something very interesting. I remember we were a group of students when I was in high school, or just graduated high school, and we had a small Islamic club. We would try to get lectures and stuff. One day a friend of mine came in and said we were all on the street and he said, "Look, we have thousands of people on the street. **Do you think a few people can make a difference? Do you think we can win over all these people because the ___ is so much and the Kofer is so much and the people who are professing Kofer are professing and putting forth so much effort, they can never beat you."** I mean "you can never beat them."

1

Allah knows for a month, no a few weeks I was in a depression because everything seemed so overwhelming.  There are a few people sitting here, but there are so many Muslims who are not here.  Everybody is ganged up against you.  How do you go to them and explain to them and everybody is against you.  I met another person who explained it so beautifully.

He said, "You know the forces of evil are like darkness.  And Huk, the truth is like light.  The whole darkness of the universe can't put out one candle." You know why, because you look at Kufer and think it's so much.  You know why?  Because it comes by itself.  Just like darkness-do you have to make effort for darkness?  You don't.  It just comes, but the point is if you see darkness it is not because someone brought darkness but because someone didn't bring light."  That is why you have darkness.  And he said once you start to work and start to produce light, the darkness will just run away.  There's a line in the Qur'an it says (Arabic), When Huck will come, the bottle will run away.  It will just go away.

**I want to start this and bring the topic of jihad.  What is jihad? The word comes from the word 'juhad' which means to struggle.  What we have understood of the word jihad is that it is a struggle and an effort to establish Islam in the world.  That is jihad.  There are all these different levels when you want to establish Islam in the world.**  Where do you start first?  Yourself.  That is why Jihad when you fight against evil, when we fight against temptations, we are trying to make jihad and bring jihad into ourselves, our communities, societies, and our world.

I was in a meeting once and somebody said, "Well brother, they say Muslims spread Islam by sword or by force."
We never did that.  That's agreed.
Then this person went ahead and said, "Well, Muslims never initiated a war."
That's not true.  We have to be very true to ourselves and we have to be very objective.  **Yes, Muslims have initiated many wars but why have they initiated those wars?  For example, when we say establish Islam, it means establish Islam in the world, establish a sense of justice, and we establish a system where people can follow Allah, people are not oppressed, and people do not have to bow down to anyone but Allah.  We have to set up such a system.  And if there is somebody that is going to come up and say, "No, we are not going to allow you to set up such systems, we are not going to allow you to allow people to bow down to Allah", what do we do with them?  You have to maybe fight with them.**  And Muslims have initiated wars because of some very valid reasons.  So then somebody will ask you so how come you can sanction war?  How is it possible? The example is this, when we do not set up a system, when we do not up Islam.  What happens in result?  People fail not in this world but they fail in the hereafter and they go to the hell fire.  And we know we don't want to see people fail in the hereafter.

So to give you an example it's something like when you have a fire and there's a building which is on fire.  What happens?  We know that you have a fire engine it is driving and trying to go and put out the fire. But you know what?  The fire engine, the people driving the fire engine have rules.  If a car comes in front of the fire engine and it

2

is going to honk three times, or four times, something like this and the car must move out of the way and if you don't move out of the way, there is instructions that this fire engine should hit your car. It doesn't matter if you should die. It should hit your car, get out of the way and then go and put out the fire.

That is how Muslims (lists names of some) they look at jihad. If someone comes in front of you and says no and the people are burning you have to take him out of the way to go and save these people. Yes, there is no compassion in Islam. What does that mean? That means to Umar for example or somebody else. Every person has a right to choose. If this person is a non-Muslim right, and he has a right to choose. If you go to him and say "Do you want to become a Muslim?" and he says "No, I don't want to be a Muslim" then fine. There's no compulsion. He has a right to live in peace with you no problem, but he does not have a right to tell you that "Yes, I do not want to be a Muslim, also I will not allow you to go to my friend and present Islam to him." He has a right to choose for himself only. He does not have a right to choose for others. If he starts to take that decision we are sorry he has to move just like the fire engine. You explain to him, you honk three times, four times, and he has to move. And also when the Muslims are attacked you have to defend yourselves. What do you do? Do you sit down and say keep hitting me?

When I was flying to Orlando yesterday I was going through details of how Russians are killing the Muslims in Chechnya. What is their crime? Just because they are Muslim, right? They are coming in,they are sealing whole villages and they are bombing them they are not allowing kid, women, men to leave. What is this? If the Chechyns come up and they fight, if the Bosnians come up and they fight you call them terrorists! This is unfair. Under no circumstances are we allowed to just sit down and let them kill us. And if they fight they have a right to fight. So jihad has many forms from individual struggle, to struggle to establish Islam, to a struggle to protect ourselves, this is all jihad. So this is a brief overview, right?

The second thing I want to talk to you about is the importance of jihad. Why is it so important? Because without jihad the evil forces will overwhelm you and that's why has given you so much promises to you, to people who do jihad, to people who struggle. It's not for us as Muslims it's not a matter of choice that yes I want to establish Islam or no I don't want to establish Islam. It doesn't work. It is a responsibility on every one of us, on each one of us a responsibility to make sure Islam is established.

I was in a university in Pakistan and a brother came up to us and said, "I don't understand."
I said, "what?"
He said, "I pray, I fast, I do haj, I do all these things. But I don't engage myself in activities to establish Islam. Why should I? Why do I have to do it? I pray. That's it. I'm taking care of myself."
So there was a brother in the group. He gave a very nice example and tried to explain to him, he said, "You think it's not correct to establish Islam?"
He said, "I know it's good to establish Islam, but why is it necessary for every one of us? If I don't why am I going to be held accountable?"

3

What is the answer? The answer was this. He said, "Look, imagine just think say there is a small village", say Opeechokee. I shouldn't call it a village. The city, so people don't get offended. Say in the city of Opeechokee for example, say there is an epidemic that spreads and people are dying for example and nobody knows what to do. People are dying left and right. It happened right? People say, well it's the 20th century. Brothers, its happening in Japan. They don't know what is the epidemic. So two people come to Opeechokee and say look we have a formula and they approach two physicians in Okeechobee, physician A and physician B, say two people, say Umar and Amen. And say, 'look Dr. Umar, Dr. Amen, this is the medicine- go and give it to the people.' Now what if Umar and Amen, they take medicine they drink it and immediately feel okay. They're feeling so nice and you know what, they were so sick they didn't get to take a shower. They take a shower and get a good rest and then they think so you know, my job and my practice, I have to go there and take care of that. And you know what? I have to go and take care of my car, and everything was unattended since I was sick. They keep getting engaged in all these things. And what's happening is every second they're waiting, people are dying. What would you call these people? You call them criminals. You say what type of people are these? For their own comfort they're allowing people to die. That is wrong. Is it not wrong? By any standards in the world, even by communist standard it is wrong and they will be the first ones to shoot these poor guys if they find out. But the point is, you know what? If a person dies with an illness it's not that big of deal, as compared to a person who dies without iman. If a person dies without iman he goes into hell forever, imagine torture forever?!! Dying without iman. Or if Allah chooses to forgive him on day of judgment at least his life is hell in this world. We know many people who are going to come up to Allah and say you know Allah, we never got the message. So, alas Allah will take care of them whatever, but the point is their life is hell in this world.

And you know what? There was a person who came. His name was Muhammad Bin Abdullah you all know him right? He came and brought the medicine and he gave medicine and he told us, "hey guys, make sure to give it to others", but you know what we did? We took it and many of us don't even want to drink it ourselves. I mean these two guys are better right? At least they drank it and went to sleep. We got involved in our jobs, in our engineering, in our medicine and this and this and this and this and people are dying every second. Do you know how many people are dying every day? Who can take a guess? 475,000 people die every day. This is a figure from 2-3 years ago. It's a world wide problem. And all these people, at least 325-350,000 people are dying without iman. Do you think we are doing nothing wrong? We are not criminals? It's just fine we don't work and don't do jihad? You think on the day of judgment Allah will say, "So you guys", We hope Allah doesn't ask us but Allah has all the right to ask us. "I gave you iman. I gave you the capacity, the (?)netma, the health, the money, the language to speak. I gave you everything and you didn't even go ahead and work for (?)" That is why the importance of jihad is so important. It is not a matter of choice. It is a responsibility that we have to work. It is not a matter of choice it is a responsibility on every man and every woman to work, to establish this theme in this world and I gave you a simple example.

4

The third thing was what is happening in the world. People come to you and say, "Well Muslims are not good", and we hear people talking against Muslims. The way usually that talks start or lectures start are something like, "You know what? We Muslims are so bad" or we Muslims are this, we Muslims are that. It is time that we give attention to the positive things we have and bring about the positive things, right? For example what is your name (He asks someone in the audience). Saadya. For example, Saadya say, does something wrong. If I go to him and say you're doing something wrong and I just jump on him I'm not going to be able to help him. I should go to him and see what positive things he has and try to bring about the positive things, and try to encourage the positive in him. That is how people change, that is how things change.

If you expect bad from somebody he is going to give you bad. And once some of you are going to grow older and take courses and this is something psychologists call 'self-fulfilling prophecy'. Right doctors? What does that mean? If you expect good from somebody he's going to give you good and if you expect bad from somebody he's going to give you bad. Just try it in your life. Pick somebody who you think is bad and expect good from him, think of him as good and he'll give you good. This is a rule and that is why in Islam by having good thought about your Muslim is important and obligatory and having bad thought about your brother may be a big sin like (?)told us in the Qur'an. So you have to expect good from your Muslims and you will get good. They did a little research and took a class of first graders and told teacher these ten kids in the class have very high IQ, they're very intelligent. You know what happened? Two to three years later they did a survey and they found the top 10 kids in the class were those kids. Those kids were not intelligent. They were just a general sample taken from the class. But they became the best, you know why? Because the teachers expected the best from them and they gave them the best. So we have to expect good from this Ummah and the Ummah will give you good. If you start to walk around with negative attitude about Muslims, this person this, that person that, you'll come across people who will tell you everything is finished and there is no hope. It's all over. There's hope for the Ummah, but not for this person. So I went to a meeting in Atlanta, and they spent 20 minutes talking about how Muslims don't know how to make a line. You know brother, I went to India, or Pakistan I went to get a ticket at the rail way station and everybody was jumping up and down and the guy said yes, you are right. For 20 minutes, they were talking about how Muslims don't know how to make a line so I said, "Okay fine, we have some shortcomings but we Muslims know how to fight wars." They said, "What do you mean?" I said, "In Bosnia we were against such big odds and we were winning. In Chechnya we were against odds and we were winning."

We have certain positive things in us shouldn't we talk about that? You must be going to the news. They're saying, "These people that came to Bosnia from other countries are terrorists, they're trained by Iran." I was there for nine months and never met an Iranian. "They are mercenaries." Do you know what that is? It is somebody who is paid to fight. Can you imagine what a wrong use of this word? And they have been talking about these people and who are these people? When the war started in Bosnia, we were there October, five months after the war started, and there were many people there. In the first few weeks of the war people started coming in from all over the Muslim world. They came in from Yemen, Egypt, Algeria, Saudi Arabia, Pakistan, you name it, they came in from Malaysia. They went to the front and started fighting against

5

the Serbs who had attacked the Muslims. You know what? They didn't even ask questions. They just went, took a gun and started fighting. And you know who was really amazed? The Bosnians were really surprised. They saw these people coming in and going to the front and fighting and dying and they said, "Thank you very much. Thanks a lot guys. But tell us, who gave you money to come? Who sent you?"

    They said, "Nobody".

    They said, "Really? Nobody gave you money to come? But why did you come? We thank you and are very appreciative that you are dying for our honor and our lives but WHY? WHY? What made you come?"

    They said, "We are Muslims. We are Muslims and Allah has told us you must make jihad, that if your brother or sister is being killed you should be the first one to die for them."

    They said, "Really?"

Because the Bosnians were well away from Islam at that time they said, "Really?!" They couldn't even say the word 'jihad'. They used to call 'mujahedin', 'muhajedin'. It took them many months to learn the right word. They said if this really, if this is what Islam teaches you, we are fools if we don't practice Islam.

    See, jihad, how it establishes Islam??

    We used to go on these camps. All these little boys and little girls are playing so once I went to this camp and this little boy ran up to me and had this look in his eyes, put his arm on my shoulder and wanted to whisper something in my ear. He took a little paper from his pocket and he took it out very carefully, he didn't want other people to see because we were in Croatia and there were Croatians around. I see it was a little cartoon. And what did the little cartoon have? It had a person in a big turban and a big beard -it was bigger than mine- and he was holding a gun. So I said what's so special that you want to whisper in my ear and he said, "Look at this. This is a mujahedin." And I was struck how much respect he had for this word. You know why? Because he saw it was not on books-not on this book of jihad. He had seen what mujahedin means and there were little boys, Muslims go to these little Croatian boys and told them, the Croatians some of them were also refugees because Serbia was also part with Croatia, so Muslims told them you know when you had war with Serbia, nobody came to fight with you which is true. We had many Croatsukim who are descendants of Croatia, and they came and fought but they never had somebody like Americans or British go. They never had that. And these kids will tell them, "You know when you had the war with Serbia nobody came to your help, but when we had war with Serbia look how many people came." Do you know what happened? The Croatian kids started coming to us and saying can we be Muslims? You know why? Because they are affected. You want success for yourself just because Muslims took care of one of the most important orders of Allah, the whole community is being affected. And because of these people who went there and fought, the Muslims in Bosnia changed. Before you never used to see hijab, now you go to a street and it is not possible to go to a Bosnian street and not find hijab. Because they used to listen to these people. You don't drink? Okay, we'll give you water. You don't do this? No, this is not right. Okay, we won't do that. This is what happens when Jihad comes into our life. People sacrifice. Da'wah is not just talking. It is action and action speaks louder than words. I'll give you an example. There were

6

Bosnian refugees who used to live near our warehouse. And one of the Muslim little girls came and she said, "We have some Croatian people who also need baby milk so can I give it to them too?"

We got very upset and said never ask us this question. Our help is for anybody who needs it. We don't discriminate between Muslims and anyone. So Pamela(?), a girl came, and she said I'd like to have some milk for my sister's kids and they said okay. They gave her a kiosk. She went and took what she wanted and came home and said to me, "Can I have a hijab?" I said, "Yeah, sure." She took one and I thought she's a Croate, a Christian supposively and when she was leaving I said, "Can I ask you this one question?" I asked her how did you learn about the word hijab?

She said, "If I tell you something you promise not to tell anybody? Because I've become a Muslim."
In the middle of this war, Muslims are fighting Christians and a Christian girl becomes a Muslim. I said, "Hmm, you know how to pray?"

She said yes.

I said, "You know how to read fatiyah**?"

She read it to the end. I said, how did this come about? She said, " I came across Muslims and I was so impressed."

It will happen automatically because of our actions. And then a thought will come to your mind: My parents are against me, my teachers are against me, my friends are against me, how am I going to do this? Whenever you are trying to do something, especially establish Islam, you know why? Because when you pray and you do your fasting, the Satan does not like that, but still he can live with that. But when you start to establish Islam, no that's a big problem for Satan. Why? Because when you are doing it for yourself you are just one, but when you start establishing Islam you are making room for thousands of people to get affected. That is why Satan was always against Ambiya? because he used to invite people to Islam. So, you'll have some difficulty but the point is when you do it for Allah's sake the help of Allah will be with you. Whether it is unseen help. I can not tell you. A brother was trying to meet this person so he tried to go his home. But what happened is he was not able to do that. He is sleeping and sees a dream and he sees that this guy has changed his home and he has moved so he went in the morning and said I had a strange dream you moved.

The man said, "Oh my god, how did you know? I was going to move and not tell you my address so you can't come and bug me but now you know you might even know my address." Allah helped you.

Let me give you an example of Chechnya for example. When the war started in Chechnya the Russians they came up and they said we will crush and defeat the Muslims in two hours. And when we went to Chechnya we said why did the Russians say this? Are they dumb, are they fools? You know now it is 19 months of war still going on and the Russian army has still not defeated the Muslims. So why did they say two hours? Because of disparity, the difference between the Russians and Muslims. If you have Russia this big (spreading his hands wide apart), Chechnya is the tip of my little finger. Russia has seven time zones. How many time zones do we have in the United States? 4. With Hawaii 5. Russia has 7 time zones and you know how big Chechnya is? From one point to the other point it is 19miles. What does that mean? Like from Okeechobee to

7

Orlando.  You can literally walk.  See how small Chechnya is and Russia is so big.  You know the population of Russia?  152 million.  What is the population of Chechnya brothers and sisters?  1.2 million.  You know what is the number of soldiers in the Chechyn army?  Not more than 20,000.  What is the number of soldiers in the Russian military?  1.9 million.  The Russian military outnumbers not the Chechyn military, the Chechyn nation by 60%.  Did you know this?  Interesting right?  And you know what?

When I was there I said, "What do you do for air defense?"  I stayed in this Russian village and they called me in the morning at 8:00 and said, "Come out" and I came out and saw helicopters flying.  I said, "What's going on?"  They said, "See, these are Russian helicopters they are going to fly and bomb Chechnya."  I keep watching.  I see one, two, three, four.  Very sad and I started to go back.  And they said, "Wait, just 15 minutes they'll come back.  In fifteen minutes they'll go, they'll bomb and they'll come back."  It is so small it takes a Russian plane 15 minutes to com and come back.  They told me it takes a Russian plane four minutes to go from one end of Chechnya to the other end.  Every inch of our territory is covered.

So, maybe if I was there I'd say I don't want to pick a fight.  A bully is a bully, right?  But what did Chechnya do?  They said no, we are going to go ahead and do it.  We are right and we will do jihad.  The president of Chechnya, the former one who died, the shahid, even though he was not very much practicing, when he took power he took an oath on the Qur'an, an oath, a promise on the Qur'an I will fight to the end but I will not surrender.  Those two hours, changed to two days, two months, it is nineteen months.  They haven't been able to defeat them so I said, "How do you do that?  How do you manage?"  Doesn't that question come to your mind?  Imagine the town of Okeechobee facing the whole American military?  Imagine.  Think.  I said how do you do it?  They said to me, "We saw the help of Allah with our own eyes."  I said, "What did you see?"  They said, for example the capital of Chechnya, the name is Grosni and on the 31st day of December after bombing Grosni, they attacked after bombing it for many weeks.  32,000 Russian troops attacked and they were not more than 10,000.  Not more than 10,000 Muslims.  That is maximum.  Not more than 10,000.  I've seen video clips when I was there.  I've met soldiers who were there.  Everyone thought Grosni was going to fall.  You know, why did they attack the 31st day of December?  They wanted to celebrate the 1st of January with the victory.  Smart, no?  Happy new year, we should have victory.  That one night every tank and armor personal carrier which entered the city was destroyed.  Hundreds of Russians were taken prisoner, and thousands were killed.  The Russian military was defeated and pushed out of the city.  That one night.  And the whole world woke up to Chechnya that night because nobody could imagine how could that happen and I said to them, "How do you do this?".  And they said to me, "We saw the help of Allah with our own eyes.  When we stand up for Allah, the help of Allah will be there."  You don't have to worry.  You just have to take the first step.  And they said we saw the help of Allah with our own eyes and I said how?  And they said three things."

First they said the Russian military they knew the Muslims have something called RPG-we have an air force pilot who will tell us what an RPG is-it's called Rocket Propelled Grenades.  You put it on your shoulder and fire.  So they knew the Muslims have RPG and they brought such tanks and armor personal carriers which have armor that was called RPG resistant so missile can not go through.  They were very relaxed and happy nobody can hit us.  They told me every time you fire, the missile will hit and the

8

tank will explode. That was the first help of Allah. And the second help of Allah was, "We saw we are surprised how peaceful we are. All is breaking loose." They said our people are so peaceful, are so calm. The third thing they said is, "We don't know how we won this battle like this but one thing we know for sure. The angels came down and fought with us." This is what I told you. I didn't meet any Chechnyns who saw any angels. But that is the only logical explanation that they have. Allah doesn't even need his angels to come down and fight. He can even do it without it but is what the belief (is).

So I was giving a presentation at George Mason University. There were some American students sitting in the presentation and the moment I said this, they said, "Oh no not again. Not these stories again." I told them, "You can call them stories but that's the fact. Give me an explanation how so few people can defeat the Russians. Go ahead! How? How can so few people do this?!" And believe me there are many examples. I can go the whole night and do this. The point is that Allah will help. But we have to believe in that.

When we were in Bosnia some people came to us and asked, "Well what do you think is going to happen?" And we said that the Muslims in Bosnia are going to Allah and feel that Allah will help them. And this guy said, "How?!" I said, "Allah will help." He said, "Well, tell me how?" After ten minutes I said, "Listen, you want to know what happens? The angels will come down, take their guns and kill the Serbs, and the Muslims will win." You know what he said? You'll be surprised. He said something to this effect and he said, "You know what? I used to think you were an educated man. I used to think you were a very learned person. Brother, " He said to me, "this used to happen 1400 years ago. Tell me something practical." That gave me the force to think about our own iman. Where are we? Is still there. It will come and we have to believe in that.

I'm going to give you one story and then we will go to the next step…then the conclusion. Until this point we have talked about three things:
1. What is Jihad.
2. Why is it so important? Because we have to establish the deem of Allah and we talked about why is it important that each one of us make jihad and struggle for the deem of Islam.
3. How Allah will help us and how Allah is helping us in such instances.

Three things! Right! Tomorrow we have a questionnaire! We may ask you these questions.

I want to give you one more story and then I'm gonna go forward. Something that happened last Ramadan. It's a long story and I'm cutting it shorter. They put around 250 Muslims soldiers in one village. You have to listen carefully or otherwise you'll miss the whole thing. --Like people who you tell a joke to and they laugh the next day. Don't do that.--Okay. They put these 250 Muslim soldiers in a small village in Russia. They actually tricked them. They told them they were going to let them go. The Muslims said fine. They (Muslims) took their word. They shouldn't have taken that. Anyways, they took their word. They moved and they blocked them in this small village. They said, "Ok guys! That's it. Come out. Surrender!" You don't say that to a Muslim. Right?! They

9

(Muslims) said, "We will not surrender!"  They said, "But look at your …you are on Russian territory.  You are in a small village.  You are totally surrounded.  Just give up!"  They said, "NO, we will fight to that last man..to the last drop of blood but we will not give up."  They talked to them for three days.  Three or four days they talked to them but they refused so they said fine.  They gave them an ultimatum, "By 9:00 AM if you don't come out we will bomb this village."  The Muslims said, "We will not come out".

You want to know what they did?  They brought drag missiles.  Drag missiles are long range missiles.  They are very big and very destructive.  They brought these drag missiles around this village and they bombed it.  For many hours they bombed it. For 5 or 6 hours.  And after five or six hours of completed bombardment and leveled the village they sent in the troops to catch the rest of the Muslims who were alive.  And they told everybody that this is a small problem, we'll take care of it by the evening.  Everything will be just fine.  You know what happened?  By the evening the fighting didn't stop.  There was still fighting coming out of the village.  So they reporter asked, "What happened?"

They said, "Well, we have a few snipers.  A few people sniping in the village and we'll take care of it."  They put flairs all night.  All night they put flairs and they kept fighting.  By the morning the fighting had not stopped.  You wanna know what happened?  This fighting continued.  The next day, the next night, then next day and the next night.  For three days and three nights without a break.  Do you know what without a break means?  It doesn't mean stopping off at a rest area and I can take a sip.  Without a break!  Three days and three nights.  17 times the Russian military attacked.  17 times we defeated them and threw them out.  By the third day 150 Russian troops had died and the commander of that assault died.

   The second day, Royter (sp.?) you know, Royters, the news agency, a Western news agency, interviewed him and said that this was a disgrace for the Russian military, "You surrounded this village and you can't defeat them".

You know what he said?  He said, "Don't blame me, when our troops go in to attack the fire power that comes out of the village is that fire power of a battalion."  You're telling 250 people are here.  The firepower is a battalion firepower coming out.

A battalion is how many? 1,000, 5,000 men?  And the firepower means that they didn't have heavy this.

   This is how Allah helps.

   On the third day, they said, "That's it.  We can't lose our men like this."

They blocked the village and said, "We'll totally, totally desommate it!"

They bombed from the air.  They bombed from the land.  And they put three rings of tanks.  The first ring, the second ring, the third ring just in case someone wants to run away.

   You know what happened that night?  The Muslims went out on foot.  On foot, not by car.  They fought and broke through the first ring, fought and broke through the second ring, fought and broke through the third ring.

   Not only did they take all of their injured and put them on their packs but even the 40 Russian troops as prisoners of war and made it back to Chechnya.

   Allah, Akbar!! This is not stories.  This is the report Royters is giving you.  Not the Muslim news.

When they asked them, "How did you manage?" -Imagine you had an injured person on your back, you have a gun on your hand and your fighting with tanks.  And you've been fighting for the last three days and yourself might be injured, maybe!

They asked the commander, his name was (unclear)..They asked him how did you do this and he said, if they would have asked me (before hand) I would have said I don't know..I am a Chechyn. I am brave.  That you know what he said, "Because Allah helped us. Allah helped us."

So when we stand up for the sake of Allah, Allah will be their for us.  It takes courage.  A Muslim can not be a coward, a chicken, a pussy-cat or whatever word you use.  A Muslim can not be.  It does not work.  Iman and being a coward does not work.  They don't go together, whether we are sisters or brothers.  We have to have courage for the sake of Allah because we know we have Allah behind our back.  We can not be a coward.

We are going to conclude this with a story.  There is a person called Roomy (sp?) he used to write these little stories about animals.  And everyone of these stories had a lesson in it. OK?  So, if you listen carefully you will get the lesson.  These are not true but they have a big lesson in it.

The story is about the lion and the sheep.  How many of you have heard about that?  Have you heard the story about the lion and the sheep?  You have!  OK.  Have any of the sisters have heard about the story?

OK. This is the story.  Once upon a time, there was a lioness, a lady lion and this gave birth to a little lion,a young cub.  The lady lion died leaving her cub all alone.  The cub had no where to go until it saw a flock of sheep.  It joined the flock of sheep.  (If you have seen sheep, they sheep don't care).  The cub begins copying everything the sheep do.  If the sheep drink water, the lion drank water, if the sheep ate grass, the lion ate grass.  Over time, the lion cub grew up and became a "sheep".  The wolves from an area nearby would regularly harass and chase the sheep.  The sheep and lion, not realizing that he was a lion, would always run away.

One day a little fox was watching what was happening and came to the lion and said, "Something is wrong!  I can't believe this.  You are a lion, you are supposed to be the master, the king of the jungle and you're running away from the wolves."

The lion replied, "I am not a lion, I am a sheep."

The fox brought the lion over to the stream and made him look at his reflection in the water.  The lion saw for the first time that he did not look like the rest of the sheep.  He was very confused.

At that moment, the wolves were running and the lion prepared to run but the fox told him not to.  The lion insisted that he had to in fear of the wolves.  The fox told the lion to roar.  The lion roared and the whole jungle shook.  The wolves ran away.  The sheep ran away.  The lion finally realized that he was a lion.  End of story.

By living with people like this whose whole objective is you get up in the morning is money, money, money, and in the afternoon it's money, money, money, and in the evening sleep or money.  In fact, in Chicago I saw a bumper sticker that says, "Off to work I go, I go, I owe, I owe, I owe, I owe." That is their cycle.

By living with such people we start thinking that we are also sheep.  They brother comes and tells us we are lions. Stand up and roar! We tell him, "We are happy as we are.  We eat grass as the sheep eats grass.  We drink water as the sheep drinks water."

11

There is nothing wrong with drinking water or eating grass. For the sheep there's nothing wrong, but for us-big problem. We are supposed to be the masters of this world. We are supposed to be the leaders but we caught in this Coca-Cola, and Pepsi, and TV.

The point is we have to know who we are. It does not suit us to live like sheep or chicken. Allah created us for something very great. And if we do not respect ourselves nobody will respect us. If we respect ourselves and stand up for what we are then that's it. Allah will change the world. Allah has given each and every one of you the power to shake the mountains. You don't believe me, right? Try it. You can shake the world but not unless you think you can. We think we can not. We will just remain as sheep running away when the wolves come.

And how can we do that? By adopting jihad. We can not do it by sitting on our sofas all the time. It's not gonna work. By adopting the struggle of Islam and making it our struggle.

There's a poem they used to teach us. It's been written by someone who knows English, so don't worry, but the message is very nice. The poem is:
Brave men who work (and women)
We have men who work while others sleep
Who dare while others fly
Who build a nation pillars deep
And lift them to the sky.

..want all of us to be good and brave men.
(Arabic)

12