UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: Terrorist Attacks on September 11, 2001[1] | ) ) ) ) ) ) | No. 03 MDL 1570 (GBD) (SN)  **NOTICE OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |

PLEASE TAKE NOTICE that, pursuant to Local Rule 1.4, the undersigned seek leave of the Court to allow Waleed Nassar ("Mr. Nassar") to withdraw as counsel of record for the Muslim World League ("MWL"), the International Islamic Relief Organization ("IIRO"), Dr. Abdullah bin Saleh Al-Obaid, Dr. Adnan Khalil Basha, Dr. Abdullah Omar Naseef, and Dr. Abdullah bin Abdelmohsen Al-Turki (collectively, the "Defendants").

Mr. Nassar was admitted *pro hac vice* to the MDL proceeding (03 MDL 1570) by Memo Endorsement, dated October 29, 2013 (ECF No. 2791). Mr. Nassar is departing Lewis Baach Kaufmann Middlemiss PLLC, and his withdrawal will not affect the posture of the case or the calendar of proceedings. Mr. Nassar is not asserting a retaining or charging lien. All other counsel listed on the docket from the law firm of Lewis Baach Kaufmann Middlemiss PLLC will continue to represent the Defendants in this matter.

A proposed order is attached.

---

[1] *This applies to: Ashton, et al. v. Al Qaeda Islamic Army, et al.*, Case No. 02-cv-6977; *Gladys H. Salvo, et al. v. Al Qaeda Islamic Army, et al.*, Case No. 03-cv-05071; *Federal Insurance Co., et al. v. A1 Qaida, et al.*, Case No. 03-cv-6978; *Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.*, Case No. 03-cv-9849; *O'Neill, Sr., et al. v. Al Baraka et al.*, Case No. 04-cv-1923; *Continental Casualty Co., et al. v. A1 Qaeda et al.*, Case No. 04-cv-05970; *Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, Case No. 04-cv-07065; *Euro Brokers Inc., et al. v. Ai Baraka, et al.*, Case No. 04-cv-07279; *Maher, et al. v. Islamic Emirate of Afghanistan a/k/a The Taliban, et al.*, Case No. 1:23-cv-02845.

Dated: July 31, 2024                        Respectfully submitted,

  /s/ Aisha Bembry
Eric L. Lewis
Aisha E. R. Bembry (admitted *pro hac vice*)
Sumayya Khatib (admitted *pro hac vice*)
Lewis Baach Kaufmann Middlemiss PLLC
1050 K Street, NW, Suite 400
Washington, DC 20001
Telephone: 202-833-8900
Facsimile: 202-466-5738
Email: eric.lewis@lbkmlaw.com
Email: aisha.bembry@lbkmlaw.com
Email: sumayya.khatib@lbkmlaw.com

*Counsel for Defendants Muslim World League, International Islamic Relief Organization, Dr. Abdullah bin Saleh Al Obaid, Dr. Adnan Khalil Basha, Dr. Abdullah Omar Naseef, and Dr. Abdullah bin Abdelmohsen Al Turki*

## CERTIFICATE OF SERVICE

      I hereby certify that, on July 31, 2024, I caused an electronic copy of the foregoing Notice of Motion to Withdraw as Attorney of Record to be served by the Court's Electronic Case Filing (ECF) System or other electronic means upon all parties in this case.

      /s/ Aisha Bembry
      Aisha E. R. Bembry