

Robert K. Kry
MoloLamken LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
T: 202.556.2011
F: 202.556.2001
rkry@mololamken.com
www.mololamken.com

August 1, 2024

The Honorable George B. Daniels
United States District Judge
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Room 1310
New York, NY 10007

BY ECF

    Re:    *In re Terrorist Attacks on September 11, 2001*, No. 1:03-md-1570 (S.D.N.Y.)

Dear Judge Daniels:

    For Your Honor's convenience, please see enclosed a copy of the slide deck that Dallah Avco used at yesterday's hearing on Dallah Avco's renewed dispositive motions.

    Thank you again for your time and consideration of Dallah Avco's submissions.

    Respectfully submitted,

    Robert Kry

cc:    All counsel by ECF