# In re Terrorist Attacks on Sept. 11, 2001

---

## Dallah Avco Renewed Dispositive Motions



# Overview

**Dallah Avco's Obligations under the ANSS Contract**

**Al Bayoumi's Educational Studies**

**Al Salmi's Payments to Al Bayoumi**





# Dallah Avco's Obligations under the ANSS Contract

Ex 10 (KSA0000002070)



Dallah Avco's Obligations under the ANSS Contract

# Recruiting



**PCA** → ① **Manning Chart** → **Dallah Avco** → ② **Job Posting** → **Recruiters**



Ex 10 (KSA0000002316)



4

Dallah Avco's Obligations under the ANSS Contract

# Recruiting



PCA

Dallah Avco

Recruiters

4 Candidates

3 Applicants



Dallah Avco's Obligations under the ANSS Contract

# Recruiting



PCA

Dallah Avco

Recruiters

**5**

## Authorization to Hire





Ex 51 (DA002312)

6

# Recruiting: Direct Hires



4-2-1-2  **Recruitment-Responsibilities_and_Approval:**  The Contractor shall be entirely responsible for all aspects of the recruitment process, subject only to prior Government approval of Contractor-selected candidates, except that the Government may, at its discretion, at any time, direct the Contractor to hire any individual or individuals whom the Government deems suitable for employment under the Contract. The Contractor shall obtain Government

Ex 10 (KSA0000002189)
(Article 4-2-1-2)



# Salary Processing



**Authorization to Hire**



You are authorized to hire
ALEX MENCHION III, for the position of VORTAC TECHNICIAN,
PD# 0804-02, (Level"B"),
Abha Sector



Ex 51 (DA002342)

# Salary Processing



**④**

**③**

**PCA**

**Dallah Avco**

**ANSS Employees**

**Reimbursement Request**

Ex 10 (KSA0000002169)



# Salary Processing





Ex 20 (DA000457)

# Logistics



**Purchase Request**

Ex 57 (DA010695)

**PCA**

**Dallah Avco**

**Ercan**

**Invoice / Goods and Services**

Ex 56 (DA010335)

Dallah Avco's Obligations under the ANSS Contract

# Logistics

**Request for Payment**



Ex 56 (DA010334)

**PCA**

**Dallah Avco**

**Ercan**



12

Dallah Avco's Obligations under the ANSS Contract

# Logistics



**Reimbursement Request**

**PCA**

**5**

**$**

**6**

**Dallah Avco**



**Ercan**





**Omar Al Bayoumi**

# Al Bayoumi's Educational Studies



## Documents Revealed in Discovery





Ex. 86 (PEC-KSA1-000075)



**Aug 1994 – Feb 1995**

**SDSU**

| 1994 | | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|------|---|------|------|------|------|------|------|------|------|

## Documents Known to Dallah Avco



Ex. 49 (DA002262)



Ex. 33 (DA001105)



15

**Documents Revealed in Discovery**



Ex. 82 (PEC-KSA1-000035)



**Feb 1995 – Aug 1995**

| 1994 | | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|------|---|------|------|------|------|------|------|------|------|

SDSU   **ELS**

**Documents Known to Dallah Avco**

NO DOCUMENTS



16

## Documents Revealed in Discovery



**Transcripts**

Ex. 83 (PEC-KSA1-000044)
Ex. 84 (PEC-KSA1-000061)





Ex. 63 (KSA0000000725)

**Nov 1995 – Dec 1997**

|  | SDSU ELS | WCU | USIU |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |

## Documents Known to Dallah Avco



**Al Salmi / Jestinaya Letters**

Ex. 16 (DA000091)

Ex. 13 (DA000044)



17

**Documents Revealed in Discovery**

**Transcript**

Ex. 85 (PEC-KSA1-000067)

# DeVry University
## Keller Graduate School of Management

**1998 – 1999**

| | SDSU | ELS | | WCU | | USIU | | Keller | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1994 | | 1995 | | 1996 | | 1997 | | 1998 | | 1999 | 2000 | 2001 | 2002 |

**Documents Known to Dallah Avco**

**NO DOCUMENTS**



18

**Documents Revealed in Discovery**



**Transcript**

Ex. 70 (KSA0000000907)



Ex. 64 (KSA0000000726)



**May 1999 – Mar 2000**

SDSU  ELS        WCU        USIU            Keller    GWU

| 1994 | | 1995 | | 1996 | 1997 | 1998 | | 1999 | | 2000 | 2001 | 2002 |

**Documents Known to Dallah Avco**

**NO DOCUMENTS**



19

**Documents Revealed in Discovery**



PECs Ex. 229 (KSA0000000903)



Ex. 62 (KSA0000000724)



**October 2000 – June 2002**

| | SDSU | ELS | | WCU | | USIU | | Keller | | GWU | | | Aston | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1994 | | 1995 | | 1996 | | 1997 | | 1998 | | 1999 | | 2000 | 2001 | 2002 |

**Documents Known to Dallah Avco**



**Educational Leave Decree**

Ex. 21 (DA000548)



20



$

# Al Salmi's Payments to Al Bayoumi



# Saudi Civil Service Regulations



**Anqari Exhibit 396**

دليل الاجازات

مادة رقم(28)

وط الاجازات وفترات الغياب التي يستحقها الموظف او يؤذن له فيها.

نظام الخدمة المدنية الصادر بالمرسوم الملكي رقــم 49م في 10 / 7/
تما الواردة في اللائحة التنفيذية لنظام الخدمة المدنية الصادرة بقرار
في 27 / 7 /1397هـ هي المستندات النظامية في منح الاجازات التالية
1
(1)الاجازة العادية.
(2)اجازة العيدين.
(3)اجازة الامتحان الدراسي.
(4)الاجازة الاضطرارية.
(5)الاجازة المرضية.
(6)اجازة المرافقة.
(7)الاجازة الدراسية.
(8)الاجازة الاستثنائية.
(9)اجازة الوضع وعدة الوفاة للموظفات.

ة التنفيذية لنظام الخدمة المدنية واما ورد النص عليها في قرار مجلس
) في 7 / 9 /1391هـ وهي الاجازة الخاصة بالرياضيين.

ثانياً : الاجازة العادية
28 / 1 (1)
خرها ثلاثون يوما عن كل سنة من سنوات الخدمة براتب كامل يصرف
مقدما حسب اخر راتب تقاضاه الموظف.

ثامناً : الاجازة الدراسية
28 / 19
يجوز ان يمنح الموظف اجازة دراسية بدون راتب اذا كان يحمل شهادة الدراسة الثانوية او ما يعادلها
بشرط:

1-ان يكون قد امضى في الخدمة ثلاث سنوات بتقدير جيد على الاقل.

2-ان يكون لموضوع دراسته علاقة بالعمل في الجهة التي يعمل بها.

Eighth: Educational Leave
28/19
An employee may be granted educational leave without pay if he/she holds a high school diploma or its equivalent, provided that:

1- He/she has spent three years in service with a job evaluation of at least "Good."

2- His/her major is relevant to the work of the authority wherein he/she works.



Ex. 91

Al Salmi's Payments to Al Bayoumi

# Logistics Payments through Avco Overseas



**Financial Directive**

**PCA**

**Dallah Avco**

Ex. 50 (DA002267)

**1**

**Tuition Invoice**

**3**

**Avco Overseas**

**2**

SAN DIEGO STATE UNIVERSITY

Ex. 49 (DA002262)

Ex. 49 (DA002263)

Al Salmi's Payments to Al Bayoumi

# Logistics Payments through Avco Overseas



**Request to Pay Tuition Invoice**

Ex. 49 (DA002262)



24

# Logistics Payments through Avco Overseas



**Reimbursement Request**

Ex. 49 (DA002261)

**PCA**

**Dallah Avco**



**Avco Overseas**



25

# Logistics Payments through Ercan



**Financial Directive**

**PCA**

**Dallah Avco**

Ex. 90 at 2

**Ercan**

**Marked up Invoice**

Ex. 56 (DA010335)

**ELS Language Centers**



Al Salmi's Payments to Al Bayoumi

# Logistics Payments through Ercan



Request to Pay
Marked up Invoice

Ex. 56 (DA010334)



Al Salmi's Payments to Al Bayoumi

# Logistics Payments through Ercan





# Al Bayoumi's ANSS Employee Payroll
(June 1995 – Mar 2000)

**June 1995**

**Level G:** Senior Data
Processing Technician



Ex. 27 (DA001016)

**Sept 1998**

**Level G:** PCA/AE
Budget Coordinator



Ex. 19 (DA000098)

| 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|------|------|------|------|------|------|------|------|



Al Salmi's Payments to Al Bayoumi

# Al Bayoumi's ANSS Employee Payroll
(April 2000 – May 2002)

### April 2000
**Level C:** Senior DSS Programmer



Ex. 14 (DA000082)

### Sept 2001
**Level B:** Senior Contracts Specialist



Ex. 24 (DA000602)

### Nov 2001
**PCA pay cut**



Ex. 25 (DA000603)

| 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|------|------|------|------|------|------|------|------|



30

# Al Bayoumi's Salary and Benefits





Ex 20 (DA000457)

# Al Bayoumi's "Other Allowances"





Ex 20 (DA000465)





# What Did Sam Coombs Say?

ANSS Logistics Manager





## Sam Coombs
ANSS Logistics Manager

Q. So is it correct that you had no substantial contacts with Dallah Avco, other than your paycheck, while you were working as logistics manager at Airways Engineering?

A. True.

Q. Did anyone from Dallah Avco direct or supervise your day-to-day work at Airways Engineering?

A. No way. No.

                    *    *    *

Q. And did Al-Salmi direct and supervise your day-to-day work at Airways Engineering?

A. He directed me -- basically he would call me in and talk to me about what he wanted done, and then he'd just turn me loose. I was kind of independent.

But, yes, if something was outside of the norm, I did go clear it with him.

22 June 2021 Dep. Tr. (82:17-83:1; 84:6-15)



35



## Sam Coombs
ANSS Logistics Manager

**Q.** **How many students were a part of this arrangement where the logistics department budget would be used to pay their -- pay for their studies?**

**A.** **It fluctuated between 45 and 50, and some of them are like interns. They would come on board temporarily in Saudi, and then they'd apply for it.**

                    **\*      \*      \***

**Q.** **This was a common practice not only at PCA but at other Saudi businesses, correct?**

**A.** **That's correct.**

22 June 2021 Dep. Tr. (48:6-13; 50:20-23)



36



## Sam Coombs
ANSS Logistics Manager

Q. When you say "everybody said he was in school," who are you referring to as "everybody"?

A. The people talking around the -- inside the -- you know, like when they said, yeah, he's in the States. You know, I'd ask a question, and they'd say, yeah, he's in the States going to school.

Q. Approximately how many people made comments like that to you?

A. Four or five. You know, Alp Karli and Hamad Rashid -- Hamad Al-Rashid. There's several of them that would say things like that to me. So I just quit asking.

22 June 2021 Dep. Tr. (128:15-129:3)



37



## Sam Coombs
ANSS Logistics Manager

**Q.** Mr. Coombs, throughout your time at Airways Engineering, did you understand that Omar Al-Bayoumi was pursuing educational studies in the United States?

**A.** Yes.

**Q.** Did you ever tell Dallah Avco that Al-Bayoumi was doing something other than pursuing educational studies in the United States?

**A.** No.

22 June 2021 Dep. Tr. (150:16-25)



38



**Sam Coombs**
ANSS Logistics Manager

Q. So is it fair to say that the reason you considered the expenses unusual was just that they were -- gave Al-Bayoumi a higher standard of living than the other Saudi students that were being funded through logistics?

A. Yes.

                         *        *        *

Q. At any time did you ever learn that Al-Bayoumi was using his educational funding to plan terrorist attacks or engage in other criminal activity in the United States?

A. No. No.

Q. At any time did you even suspect that Al-Bayoumi was using his educational funding to plan terrorist attacks or engage in other criminal activity in the United States?

A. No.

22 June 2021 Dep. Tr. (130:15-21; 132:11-22)



39



# No Proximate Cause



41

# Dallah Avco's Attenuated Relationship to Al Bayoumi



**Alp Karli approves course of studies**

**Al Salmi arranges vendor payments for tuition**

**Al Salmi corresponds with school**

**PCA arranges and approves secondment**

**Al Salmi arranges ANSS salary**

**Al Salmi arranges other allowances**



**Processed salaries and benefits for 1400 ANSS employees**





**Omar Al Bayoumi**

# Al Bayoumi's Attenuated Relationship to the 9/11 Attacks

**Feb. 1, 2000**
Al Bayoumi meets Hazmi
& Mihdhar at restaurant

**Feb. 4, 2000**
Al Bayoumi helps Hazmi & Mihdhar
with lease & security deposit

**Sept. 11, 2001**
Terrorist Attacks

**Feb. 17, 2000**
Social event at
Hazmi & Mihdhar's apartment





**May 31, 2000**
Hazmi & Mihdhar
move out

| | **2000** | | | | | | | | | | | **2001** | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP |

43

# Al Bayoumi's Single Phone Call to Dallah Avco



**Omar Al Bayoumi**

## January 10, 1999
## 5:06 AM







45