USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:
*Deborah Bodner, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11776 (GBD)(SN)

## ORDER

Upon consideration of Plaintiffs' Motion for Leave to Amend to Correct Errors in the above-captioned action, it is hereby

ORDERED that Plaintiffs' motion is granted, and

ORDERED that the following correction is deemed made to the Complaint, ECF No. 5 (individual docket), as amended:

**As to Plaintiff's Name Correction:**

| | Case Number | Plaintiff's Full Name as Pled in Caption | Plaintiff's Full Name as Amended |
|---|---|---|---|
| 1. | 1:19-cv-11776 | Philomena Ann Karczewski, as the Personal Representative of the Estate of Adianes Oyola, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles Henry Karczewski | Philomena Ann Karczewski, as the Personal Representative of the Estate of Charles Henry Karczewski, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles Henry Karczewski |

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 10122 (MDL docket).

The motion to correct is GRANTED.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: August 5, 2024
       New York, New York

docs-100710725.1