UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/2025
```

In re: Terrorist Attacks on
September 11, 2001[1]

No. 03 MDL 1570 (GBD) (SN)

**ORDER PERMITTING
WITHDRAWAL OF COUNSEL**

Upon consideration of the Motion for Withdrawal of Counsel and pursuant to Local Rule 1.4, it is **ORDERED THAT**:

1. Waleed Nassar ("Mr. Nassar") of the law firm Lewis Baach Kaufmann Middlemiss PLLC be withdrawn as counsel for the Muslim World League ("MWL"), the International Islamic Relief Organization ("IIRO"), Dr. Abdullah bin Saleh Al-Obaid, Dr. Adnan Khalil Basha, Dr. Abdullah Omar Naseef, and Dr. Abdullah bin Abdelmohsen Al-Turki.

2. No further notices, papers, or pleadings shall be served on Mr. Nassar.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: August 5, 2024
       New York, New York

---

[1] *This applies to: Ashton, et al. v. Al Qaeda Islamic Army, et al.*, Case No. 02-cv-6977; *Gladys H. Salvo, et al. v. Al Qaeda Islamic Army, et al.*, Case No. 03-cv-05071; *Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-cv-6978; *Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.*, Case No. 03-cv-9849; *O'Neill, Sr., et al. v. Al Baraka et al.*, Case No. 04-cv-1923; *Continental Casualty Co., et al. v. Al Qaeda et al.*, Case No. 04-cv-05970; *Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, Case No. 04-cv-07065; *Euro Brokers Inc., et al. v. Ai Baraka, et al.*, Case No. 04-cv-07279; *Maher, et al. v. Islamic Emirate of Afghanistan a/k/a The Taliban, et al.*, Case No. 1:23-cv-02845.