UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON            Civil Action No.
SEPTEMBER 11, 2001                    03 MDL 1570

-----------------------------------------------------------x

This document relates to:
    *Burnett, et al. v. Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN)
    *Arias, et al. v. The Islamic Republic of Iran, et al.,* 19-cv-00041(GBD)(SN)

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of parties to name individuals as Plaintiffs in their given names who were previously identified as "DOE" plaintiffs in their prior pleadings, it is hereby:

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above-captioned case.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 10207 in 03-MDL-1570 (GBD)(SN); ECF No. 811 in 15-cv-9903 (GBD)(SN); and ECF No. 183 in 19-cv-41 (GBD)(SN).

**SO ORDERED.**

August ___, 2024                                      _____
New York, New York                                    SARAH NETBURN
                                                                               United States Magistrate Judge