# Ray Robinson Law
## Co. L.P.A.

6100 Oak Tree Blvd., Suite 200
Cleveland, Ohio 44131
216-328-2128 • www.rayrob.com



Sandra M. Kelly'

'Admitted in OH, CA

Judge George B. Daniels
500 Pearl Street, Courtroom 11A
New York, NY 1007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/2024
```

July 29, 2024

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001      ECF Case 03 MDL 1570 (GBD) (SN)

This document relates to:
*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)

### Dae Jin Ryook individually and as Administrator of the Estate of Christina S. Ryook, Deceased, and all survivors of Christina S. Ryook's Motion to Withdraw Pleadings Pleadings

Plaintiff's counsel hereby requests this Court for an Order granting the withdraw of the pleadings listed below. Counsel has just recently taken over this matter from Kreindler & Kreindler LLP, and was not aware that they had previously filed the same Motions and received judgments.

We have sent an email to ecf_error@nysd.uscourts.gov on July 24, 2024 requesting that they mark the filings in error.

Case No. 03-MD-01570:
ECF NO. 10158 – Proposed Order for Default Judgment w/ exhibits A, B-1, and C.   Dated 07/24/2024
ECF No. 10149 – Motion to Seal Documents Exhibits                                Dated: 07/22/2024
ECF No. 10134 – Declaration of Sandra M. Kelly w/exhibits                        Dated: 07/19/2024
ECF No. 10131 – Memorandum of Law in Support of Motion for Default Judgment      Dated: 07/19/2024
ECF No. 10129 – Notice of Motion for Default Judgment                            Dated: 07/19/2024

Case No: 02-cv-6977:
Document No. 2135 – Proposed Order for Default Judgment w/exhibits A, B-1, and C   Dated: 7/24/2024
Document No. 2133 – Motion to Seal Documents w/exhibits                            Dated: 07/22/2024
Document No. 2129 – Declaration of Sandra M. Kelly w/exhibits                      Dated: 07/19/2024
Document No. 2127 – Memorandum of Law in Support of Motion for Default Judgment    Dated: 07/19/2024

1

Judge George B. Daniels
July 29, 2024

Document No. 2125 – Notice of Motion for Default Judgment         Dated: 07/19/2024

Dated: July 29, 2024                                Respectfully submitted,

                                                    Ray Robinson Law Co., LPA

                                                    BY: /s/ Sandra M. Kelly
                                                    Sandra M. Kelly
                                                    6100 Oak Tree Blvd., Suite 200
                                                    Cleveland, Ohio 44131
                                                    Tel: (216) 328-2128
                                                    *Counsel for Plaintiff*

---

The motion is GRANTED. The Clerk of Court is hereby directed to vacate the pleadings listed above.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: August 5, 2024
       New York, New York