UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

IN RE TERRORIST ATTACKS ON                    Civil Action No.
SEPTEMBER 11, 2001                            03 MDL 1570

---------------------------------------------------------x

This document relates to:
   *Burnett, et al. vs. Islamic Republic of Iran, et al.*, Case No. 15-CV-9903 (GBD)(SN)

## MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Federal Rule of Civil Procedure 15(d), Plaintiffs herein move the Court to allow substitution of the parties identified in Exhibit A in the above-referenced action. The individuals being substituted into the case were minors at the time that the case was initially instituted, were identified as such in the initial pleadings, and have since attained the age of majority. They have executed contracts with counsel in their individual capacities and now seek inclusion in the caption of the case in their individual capacities.

Exhibit A identifies each of these former minor Plaintiffs to be substituted in the pleading, including the capacity in which they seek to be substituted, their state of residence, the reference to each Plaintiff in the existing pleading and the text that refers to each, and the identification of the 9/11 Decedent who was the parent of each Plaintiff.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties will be individually entered as Plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office and based on the size of this MDL.

Dated:   August 5, 2024                      Respectfully submitted,

                                             MOTLEY RICE LLC

                                             */s/* John C. Duane
                                             John C. Duane, Esq.
                                             Mount Pleasant, SC 29464
                                             Telephone: (843) 216-9000
                                             Facsimile: (843) 216-9450
                                             jduane@motleyrice.com

                                             Counsel for Plaintiffs

**EXHIBIT A**

| # | Identification of Party to be Substituted | State of Residence | Reference to Plaintiff in ECF No. 53 (15-cv-9903) | Reference to Plaintiff in Pleading | 9/11 Decedent |
|---|---|---|---|---|---|
| 1 | Paul Andrew Acquaviva, Jr., individually as Child of Paul Andrew Acquaviva, Deceased | NJ | Acquaviva, Courtney Lizabeth on behalf of minor child P.A.A. | 1:15-cv-09903, 237, at 1 | Paul Andrew Acquaviva |
| 2 | Patrick J. Dickinson, individually as Child of Lawrence Patrick Dickinson, Deceased | NJ | Dickinson-Pancila, Linda on behalf of minor child P.J.D. | 1:15-cv-09903, 194, at 13 | Lawrence Patrick Dickinson |
| 3 | Parker Douglas Fyfe-Kiernan, individually as Child of Karleton D. Fyfe, Deceased | MA | Fyfe-Kiernan, Haven A. on behalf of minor child P.D.F-K. | 1:15-cv-09903, 242, at 2 | Karleton D. Fyfe |
| 4 | Connor Liam Gavagan, individually as Child of Donald R. Gavagan, Jr., Deceased | NY | Gavagan, Jacqueline S. on behalf of minor child C.L.G. | 1:15-cv-09903, 242, at 4 | Donald R. Gavagan, Jr. |
| 5 | Keith Alexander Glascoe, individually as Child of Keith Alexander Glascoe, Deceased | NY | Squef, Veronica Andrea on behalf of minor child K.A.G. | 1:15-cv-09903, 242, at 9 | Keith Alexander Glascoe |
| 6 | Terri Elizabeth Hatton, individually as Child of Terence Sean Hatton, Deceased | NY | Hatton, Elizabeth Petrone on behalf of minor child T.H. | 1:15-cv-09903, 276, at 6 | Terence Sean Hatton |
| 7 | Olivia Tommi Hynes, individually as Child of Thomas Edward Hynes, Deceased | OH | Hynes, Carolyne Y. on behalf of minor child O.T.H. | 1:15-cv-09903, 259, at 9 | Thomas Edward Hynes |
| 8 | Ryan D. Lee, individually as Child of David S. Lee, Deceased | NY | Lee, Angela F. on behalf of minor child R.D.L. | 1:15-cv-09903, 246, at 7 | David S. Lee |

| | | | | | |
|---|---|---|---|---|---|
| 9 | Patrick Mate Lyons, individually as Child of Patrick John Lyons, Deceased | NY | Lyons-Loeffler, Irene on behalf of minor child P.M.L. | 1:15-cv-09903, 196, at 1 | Patrick John Lyons |
| 10 | Lauren McIntyre, individually as Child of Donald J. McIntyre, Deceased | NY | McIntyre, Jeannine Marie on behalf of minor child L.M. | 1:15-cv-09903, 252, at 10 | Donald J. McIntyre |
| 11 | Meredith James Murphy, individually as Child of James Thomas Murphy, Deceased | NC | Middleton, Mary L. on behalf of minor child M.J.M. | 1:15-cv-09903, 252, at 11 | James Thomas Murphy |
| 12 | Angelica J. Niedermeyer, individually as Child of Alfonse J. Niedermeyer | NJ | Niedermeyer, Nancy Susan on behalf of minor child A.J.N. | 1:15-cv-09903, 239, at 18 | Alfonse J. Niedermeyer |
| 13 | Nicolas Thomas Pecorelli, individually as Child of Thomas Pecorelli, Deceased | MI | Pavloff, Kia Polyxena on behalf of minor child N.T.P. | 1:15-cv-09903, 196, at 19 | Thomas Pecorelli |
| 14 | Joseph Robert Reina, individually as Child of Joseph Reina, Jr., Deceased | NY | Reina, Lisa Ann on behalf of minor child J.R.R. | 1:15-cv-09903, 243, at 13 | Joseph Reina, Jr. |
| 15 | Allison Danielle Roper, individually as Child of Daniel John Lee, Deceased | PA | Lee, Kellie on behalf of minor child A.D.L. | 1:15-cv-09903, 246, at 8 | Daniel John Lee |
| 16 | John Schardt, Jr., individually as Child of John Albert Schardt, Deceased | NY | Schardt, Jeannette DeVito on behalf of minor child J.S. | 1:15-cv-09903, 245, at 3 | John Albert Schardt |
| 17 | Jonathan M. Schott, individually as Child of Frank G. Schott, Jr., Deceased | NY | Schott, Dina Marie on behalf of minor child J.M.S. | 1:15-cv-09903, 245, at 4 | Frank G. Schott, Jr. |
| 18 | Juliette-Craig William Staub, individually as Child of Craig William Staub, Deceased | NJ | Staub, Stacey A. on behalf of minor child J-C.S. | 1:15-cv-09903, 245, at 12 | Craig William Staub |
| 19 | Justin Thomas Strada, individually as Child of Thomas Strada, Deceased | FL | Strada, Terry on behalf of minor child J.T.S. | 1:15-cv-09903, 245, at 14 | Thomas Strada |
| 20 | Charles J. Straine, individually as Child of James J. Straine, Jr., Deceased | NJ | Straine, Patricia A. on behalf of minor child C.J.S. | 1:15-cv-09903, 245, at 15 | James J. Straine, Jr. |

|    | | | | | |
|----|---|---|---|---|---|
| 21 | Brett R. Sutcliffe, individually as Child of Robert E. Sutcliffe, Jr., Deceased | NJ | Sutcliffe, Margaret on behalf of minor child B.R.S. | 1:15-cv-09903, 256, at 13 | Robert E. Sutcliffe, Jr. |
| 22 | Kyle R. Sutcliffe, individually as Child of Robert E. Sutcliffe, Jr., Deceased | NJ | Sutcliffe, Margaret on behalf of minor child K.R.S. | 1:15-cv-09903, 256, at 14 | Robert E. Sutcliffe, Jr. |
| 23 | Rodney Patrick Wotton, individually as Child of Rodney James Wotton, Deceased | NJ | Greene-Wotton, Patricia M. on behalf of minor child R.P.W. | 1:15-cv-09903, 248, at 8 | Rodney James Wotton |
| 24 | Francesca Ariana Liriano, individually as Child of Francisco Alberto Liriano, Deceased | NY | Liriano, Seelochini on behalf of minor child F.L. | 1:15-cv-09903, 251, at 16 | Francisco Alberto Liriano |