UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/2024

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |
|---|---|

This document relates to:

*Estate of John Patrick O'Neill Sr., et al. v. The Republic of Iraq, et al.*, 1:04-cv-01076 (GBD)(SN)
*Estate of John Patrick O'Neill Sr., et al. v. Al Baraka Investment and Development Corporations, et al.*, 1:04-cv-01923 (GBD)(SN)
*Deborah Bodner, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11776 (GBD)(SN)

### MOTION TO SUBSTITUE COUNSEL

**COME NOW,** Catherine McShane, individually as spouse, and as Personal Representative of the Estate of Terence McShane, deceased; Colin McShane, individually as surviving child of Terence McShane, deceased; Sean McShane, individually as surviving child of Terence McShane, deceased; and Aidan McShane, individually as surviving child of Terence McShane, deceased ("the McShane Plaintiffs"), Plaintiffs in *Deborah Bodner, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11776 (GBD)(SN), *Estate of John Patrick O'Neill Sr., et al. v. The Republic of Iraq, et al.*, 1:04-cv-01076 (GBD)(SN) and *Estate of John Patrick O'Neill Sr., et al. v. Al Baraka Investment and Development Corporations, et al.*, 1:04-cv-01923 (GBD)(SN), and file this Motion to Substitute Counsel. As grounds for said Motion, the McShane Plaintiffs state as follows:

1. The McShane Plaintiffs were represented by Anderson Kill P.C., *et al*, (Motley Rice LLC, Kreindler & Kreindler LLC, Law Office of John M. Quin and Brian Ballard, Esq. - "*et al.*"). On February 18, 2024, by emails, the McShane Plaintiffs advised the Anderson Kill P.C. *et al.*, that they desired new counsel.

2. The McShane Plaintiffs thereafter retained John F. Schutty, Esq. of the Law

Office of John F. Schutty, P.C. to represent them in this litigation.

3. The McShane Plaintiffs now ask the Court to substitute John F. Schutty, Esq. as attorney of record as to the McShane Plaintiffs.

4. The McShane Plaintiffs, Anderson Kill P.C., *et al.*, and John F. Schutty, Esq., consent to the substitution of counsel as requested herein (signed Consents are attached to the accompanying Declaration of John F. Schutty, Esq. as part of a Stipulation & Consent Order, *see* Exhibit A).

**WHEREFORE, PREMISES CONSIDERED**, Catherine McShane, individually as spouse, and as Personal Representative of the Estate of Terence McShane, deceased; Colin McShane, individually as surviving child of Terence McShane, deceased; Sean McShane, individually as surviving child of Terence McShane, deceased; and Aidan McShane, individually as surviving child of Terence McShane, deceased, pray that this Honorable Court enter an Order substituting John F. Schutty, Esq. of Law Office of John F. Schutty, P.C. as attorney of record for the McShane Plaintiffs in *Deborah Bodner, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11776 (GBD)(SN), *Estate of John Patrick O'Neill Sr., et al. v. The Republic of Iraq, et al.*, 1:04-cv-01076 (GBD)(SN) and *Estate of John Patrick O'Neill Sr., et al. v. Al Baraka Investment and Development Corporations, et al.*, 1:04-cv-01923 (GBD)(SN).

Dated: New York, New York
July 23, 2024

Respectfully Submitted,

/s/ *John F. Schutty*
John F. Schutty (JS2173)
LAW OFFICE OF JOHN F. SCHUTTY, P.C.

---

The motion to substitute counsel is GRANTED.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: August 5, 2024
New York, New York