USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/6/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

Civil Action No.
03 MDL 1570

---------------------------------------------------------x

This document relates to:
   *Burnett, et al. v. Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN)
   *Arias, et al. v. The Islamic Republic of Iran, et al.*, 19-cv-00041(GBD)(SN)

## ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of parties to name individuals as Plaintiffs in their given names who were previously identified as "DOE" plaintiffs in their prior pleadings, it is hereby:

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit A at ECF No. 10207 are to be substituted into the above-captioned cases.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 10207 in 03-MDL-1570 (GBD)(SN); ECF No. 811 in 15-cv-9903 (GBD)(SN); and ECF No. 183 in 19-cv-41 (GBD)(SN).

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: August 6, 2024
      New York, New York