# EXHIBIT A

# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

*Via ECF*                                                                                       May 2, 2024

The Honorable George B. Daniels           The Honorable Sarah Netburn
U.S. District Judge                       U.S. Magistrate Judge
United States District Court              United States District Court
Southern District of New York             Southern District of New York
Daniel P. Moynihan U.S. Courthouse        Thurgood Marshall United States Courthouse
500 Pearl Street                          40 Foley Square, Room 430
New York, NY 10007                        New York, NY 10007

> Re:  *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570 (GBD)
> (SN) – United States Victims of State Sponsored Terrorism Fund Update

Dear Judge Daniels and Magistrate Judge Netburn:

We write today on behalf of Plaintiffs in the above-captioned case to provide the Court with an update regarding the U.S. Department of Justice-administered United States Victims of State Sponsored Terrorism Fund ("USVSST Fund"). As the Court is aware, judgments obtained against designated state sponsors of terrorism are eligible for submission as claims for limited compensation from the USVSST Fund. The USVSST Fund recently publicized on its website (www.usvsst.com), "[i]f the Special Master determines that sufficient funds are available to authorize a distribution by January 1, 2025, the application deadline for new claimants to be considered for fifth-round payments will be July 1, 2024."

In anticipation of the USVSST Fund's July 1, 2024, deadline for the submission of new applications for inclusion in the next round of distributions from the Fund, and being ever mindful of the Court's schedule and obligations, we write to address any questions or concerns the Court may have regarding judgment submissions made to date and any other judgment motions plaintiffs anticipate bringing prior to July 1, 2024.

We thank the Court for its attention to this matter.

Respectfully submitted,

ANDERSON KILL P.C.

By: /s/ Jerry S. Goldman
JERRY S. GOLDMAN

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

docs-100614913.1

**Anderson Kill P.C.**

The Honorable George B. Daniels
The Honorable Sarah Netburn
May 2, 2024
Page 2

                                         1251 Avenue of the Americas
                                         42nd Floor
                                         New York, NY 10020
                                         Tel.: (212) 278-1000
                                         Email: jgoldman@andersonkill.com

                                         *Attorneys for the Plaintiffs*

                                         MOTLEY RICE LLC

                                         By: <u>/s/ John M. Eubanks</u>
                                         JOHN M. EUBANKS
                                         28 Bridgeside Boulevard
                                         Mount Pleasant, SC 29465
                                         Tel.: (843) 216-9184
                                         Email: jeubanks@motleyrice.com

                                         *Attorneys for the Plaintiffs*

                                         KREINDLER & KREINDLER LLP

                                         By: <u>/s/ Megan Wolfe Benett</u>
                                         MEGAN WOLFE BENETT
                                         485 Lexington Avenue
                                         New York, NY 10017
                                         Tel.: 212-687-8181
                                         Email: mbenett@kreindler.com

                                         *Attorneys for the Plaintiffs*

cc:      All MDL Counsel of Record (via ECF)

docs-100614913.1