UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The Court thanks the parties for its letter alerting it to the open filing period for supplemental economic damages claims under the USVSST fifth round deadline. The Court is aware of all pending motions for default judgment, including those with supplemental economic damages claims, and is working to resolve them. The Court welcomes further updates on USVSST deadlines, including any firm deadline for supplemental economic damages claims.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    August 9, 2024
              New York, New York