UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/2024

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    <u>Accardi et al. v. Islamic Republic of Iran</u>, No. 21-cv-06247

    <u>Alexander et al. v. Islamic Republic of Iran</u>, No. 21-cv-03505

    <u>Betso et al. v. Islamic Republic of Iran</u>, No. 21-cv-01394

    The motions to seal at ECF Nos. 9822, 9823, and 9824 are GRANTED. The Clerk of Court is respectfully directed to terminate those motions in the MDL (03-md-01570), as well as the related motions in the member cases above (ECF No. 69 in <u>Accardi</u>, No. 21-cv-06247; ECF No. 79 in <u>Alexander</u>, No. 21-cv-03505; ECF No. 75 in <u>Betso</u>, No. 21-cv-01394).

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    August 9, 2024
             New York, New York