# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

*Via ECF*                                                                                        August 12, 2024

| | |
|---|---|
| The Honorable George B. Daniels | The Honorable Sarah Netburn |
| U.S. District Judge | U.S. Magistrate Judge |
| United States District Court | United States District Court |
| Southern District of New York | Southern District of New York |
| Daniel P. Moynihan U.S. Courthouse | Thurgood Marshall United States Courthouse |
| 500 Pearl Street | 40 Foley Square, Room 430 |
| New York, NY 10007 | New York, NY 10007 |

>  Re:   *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570 (GBD)
>         (SN) – United States Victims of State Sponsored Terrorism Fund Update

Dear Judge Daniels and Magistrate Judge Netburn:

    We write today on behalf of Plaintiffs in the above-captioned case to provide the Court with an update regarding the U.S. Department of Justice-administered United States Victims of State Sponsored Terrorism Fund ("USVSST Fund"). As the Court is aware, judgments obtained against designated state sponsors of terrorism are eligible for submission as claims for limited compensation from the USVSST Fund. The USVSST Fund recently publicized on its website (www.usvsst.com) that "[t]he USVSST Fund must receive any updates regarding compensatory damage amounts by **September 20, 2024** for consideration in fifth-round payments. This requirement applies to existing eligible claims and claims submitted by the July 1, 2024 deadline[.]"

    In anticipation of the USVSST Fund's September 20, 2024 deadline for the submission of supplemental economic damage amounts for inclusion in the fifth round of distributions from the Fund, and being mindful of the Court's schedule and obligations, we write to address any questions or concerns the Court may have regarding judgment submissions made to date and any other judgment motions Plaintiffs anticipate bringing prior to September 20, 2024. *See* ECF Nos. 10221, 10224.

    We thank the Court for its attention to this matter.

Respectfully submitted,

**Anderson Kill P.C.**

The Honorable George B. Daniels
The Honorable Sarah Netburn
August 12, 2024
Page 2

                                          ANDERSON KILL P.C.

                                          By: /s/ Jerry S. Goldman
                                          JERRY S. GOLDMAN
                                          1251 Avenue of the Americas
                                          42nd Floor
                                          New York, NY 10020
                                          Tel.: (212) 278-1000
                                          Email: jgoldman@andersonkill.com

*Attorneys for the Plaintiffs*

MOTLEY RICE LLC

By: /s/ John M. Eubanks
JOHN M. EUBANKS
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
Tel.: (843) 216-9184
Email: jeubanks@motleyrice.com

*Attorneys for the Plaintiffs*

KREINDLER & KREINDLER LLP

By: /s/ Megan Wolfe Benett
MEGAN WOLFE BENETT
485 Lexington Avenue
New York, NY 10017
Tel.: 212-687-8181
Email: mbenett@kreindler.com

*Attorneys for the Plaintiffs*

SPEISER KRAUSE

By: /s/ Jeanne M. O'Grady
JEANNE M. O'GRADY
800 Westchester Ave, Ste. S-608
Rye Brook, NY 10573
(914) 220-5333
Email: jog@speiserkrause.com

**Anderson Kill P.C.**

The Honorable George B. Daniels
The Honorable Sarah Netburn
August 12, 2024
Page 3

*Attorneys for the Plaintiffs*

BAUMEISTER & SAMUELS, P.C.

By: /s/ Dorothea M. Capone
DOROTHEA M. CAPONE
140 Broadway, 46th Floor
New York, NY 10005
Tel.: 212-363-1200
Email: tcapone@baumeisterlaw.com

*Attorneys for the Plaintiffs*

cc: All MDL Counsel of Record (via ECF)