UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/2024

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:
*Celestine Kone, et al. v. Islamic Republic of Iran*, No. 1:23-cv-05790 (GBD)(SN)

## ORDER

Upon consideration of Plaintiffs' Motion for Leave to Amend to Correct Errors in the above-captioned action, it is hereby

ORDERED that Plaintiffs' motion is granted, and

ORDERED that the following correction is deemed made to the Amended Complaint, ECF No. 10 (individual docket), as amended:

**As to Plaintiff's Name Correction:**

| | Case Number | Plaintiff's Full Name as Pled in Caption | Plaintiff's Full Name as Amended |
|---|---|---|---|
| 1. | 1:23-cv-05790 | Kimmy Chedel, as the Personal Representative of the Estate of Frank Doyle, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Frank Doyle | Kimmie Chedel, as the Personal Representative of the Estate of Frank Doyle, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Frank Doyle |
| 2. | 1:23-cv-05790 | Kimmy Chedel, individually, as surviving spouse of Frank Doyle | Kimmie Chedel, individually, as surviving spouse of Frank Doyle |

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 10230 (MDL docket) and the relevant motion on the member case (*Kone*) docket.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: August 13, 2024
New York, New York