


PO Box 5583
Washington, DC 20016

July 15, 2024

The Honorable George B. Daniels
United States District Court Judge
Daniel P. Moynihan US. Courthouse
500 Pearl Street
New York, N.Y. 10007

The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square Room 430
New York, NY 10007

***In re*: Terrorist Attacks on September 11, 2001, 03-md-1570. Joinder in the New York Times Company's request seeking the timely unsealing of judicial records**

Dear Judge Daniels and Judge Netburn:

*Spytalk*, a national security news website, respectfully submits this letter in support of the recent New York Times motion to unseal redacted material in the lawsuit brought by families of the victims of the 9/11 attacks against the Saudi Government. That request, which has also been made by the plaintiffs in a June 13, 2024 letter, seeks a judicial determination that the still sealed material is of vital public interest and crucial to public acceptance of whatever decision the court ultimately makes regarding whether the Kingdom of Saudi Arabia's summary judgment motion to terminate the case.

Spytalk is one of a number of news organizations that has extensively covered proceedings in this case since its inception. It is hard to imagine a national security

issue that has been more contentious and hotly debated over a longer period of time than the question of whether agents of the Kingdom of Saudi Arabia, a U.S. ally, were complicit in the worst terror attack in American history. We believe access to the sealed material (with appropriate redactions to protect the identity of confidential sources of U.S. intelligence agencies and other genuine national security secrets) is essential to resolving this vitally important debate. If the court prefers, Spytalk, similar to ProPublica, is willing to collaborate with the Times and other news organizations in filing a consolidated motion to intervene and unseal the material.

Thank you for your timely consideration of this matter.

Sincerely,

Jeff Stein
Editor-in-chief
SpyTalk LLC
(202) 812-3034
https://www.spytalk.co/