UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br><br>ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army*, *et al.*, 02-cv-6977 (GBD)(SN) (and member case
   *Burlingame v. Bin Laden, et al.,* 02-cv-7230 (GBD)(SN))
*Ashton et al. v. Kingdom of Saudi Arabia,* 17-cv-02003 (GBD)(SN)

### [PROPOSED] ORDER AWARDING PUNITIVE DAMAGES & PREJUDGMENT INTEREST AND FINAL JUDGMENTS AGAINST THE TALIBAN TO THE *ASHTON-DICKEY* PLAINTIFFS

Upon consideration of the evidence and arguments submitted by the Personal Representatives of the Estates of Joseph D. Dickey, Robert D. Eaton, James J. Kelly, Timothy M. O'Brien, Michael H. Seaman, Robert F. Sliwak, John Wallice, Jr., Farrell Lynch, Ronald Breitweiser, and John Ryan regarding their wrongful death claims (the Plaintiffs named herein are "*Ashton*-Dickey Plaintiffs" in the above-captioned litigation[1]) against the Taliban, together with the entire record in this case, and in addition to the prior partial default judgment awards for compensatory damages for the deaths

---

[1] The "*Ashton-Dickey* Plaintiffs" are the Personal Representatives, widows and children within the following Estates: The Estate of Joseph D. Dickey Jr. (Irene Dickey, spouse, and children: Joseph Dickey III and Elizabeth Dickey); The Estate of Robert D. Eaton (Jacqueline Eaton, spouse); The Estate of James J. Kelly (Joanne Kelly, spouse, and children: Brianne Kelly, Kaitlyn Kelly, Colleen Kelly, and Erin Kelly); The Estate of Timothy M. O'Brien (Lisa O'Brien, spouse, and children: John O'Brien, Madeline O'Brien, and Jacqueline O'Brien); The Estate of Michael H. Seaman (Dara Seaman, spouse, and children: Michaella Seaman, Mary Seaman and Edward Seaman); The Estate of Robert F. Sliwak (Susan Sliwak, spouse, and children: Ryan Sliwak, Kyle Sliwak, and Nicole Sliwak); The Estate of John Wallice Jr. (Allison Wallice, spouse, and children: John Wallice III, Christian Wallice and Patrick Wallice); The Estate of Farrell Lynch (Eileen Lynch, spouse, and children: Anne Lynch, Kathleen Lynch, and Meaghan Lynch); The Estate of Ronald M. Breitweiser (Kristen Breitweiser, spouse, and Caroline Breitweiser, child); The Estate of John J. Ryan (Patricia Ryan, spouse, and children: Colin Ryan, Kristen Ryan, and Laura Ryan).

of the decedents Joseph D. Dickey, Robert D. Eaton, James J. Kelly, Timothy M. O'Brien, Michael H. Seaman, Robert F. Sliwak, John Wallice, Jr., Farrell Lynch, Ronald Breitweiser, and John Ryan, issued by this Court, it is hereby;

**ORDERED** that the prior, partial default judgments entered on behalf of the *Ashton-Dickey* Plaintiffs against the Taliban: widows and children within the following Estates, and the Estates themselves: Estates of Dickey, Eaton, Kelly, O'Brien, Seaman, Silwak, Wallice and Lynch (*see* ECF#8973); Estate of Breitweiser and Ryan (*see* ECF#9858), are hereby supplemented; and it is further

**ORDERED** that punitive damages are hereby awarded to the *Ashton-Dickey* Plaintiffs, as identified within Exhibit A, against Defendant the Taliban, in the amounts described therein, since this Court has previously ruled that the Taliban is subject to punitive damage awards on the compensatory awards issued by the Court to 9/11 wrongful death plaintiffs (*see* ECF#2618 at 1-2 and 2624); and it is further

**ORDERED** that pre-judgment interest is awarded against Defendant the Taliban at the rate of 4.96 percent per annum, compounded annually for the period from September 11, 2001, until the date of the final Judgment for damages; and it is further

**ORDERED** that the *Ashton* Plaintiffs not appearing within Exhibit A, who were not previously awarded compensatory damages or punitive damages, may submit applications in later stages, and they will be approved on the same basis as currently approved for those plaintiffs; and it is further

**ORDERED** that the Clerk of this Court to enter a final Judgment against Defendant the Taliban, certified as final Judgment pursuant to Fed. R. Civ. P. 54(b).

*Furthermore, the Court respectfully directs the Clerk of the Court to terminate the Motion at ECF No. 10057.*

Dated: New York, New York
       August ___, 2024

                                   SO ORDERED:

                                   GEORGE B. DANIELS
                                   UNITED STATES DISTRICT COURT JUDGE