Exhibit A

**List of *Ashton-Dickey* Plaintiffs (Compensatory Awards + Punitive Damages + Pre-Judgment Interest)**

| *Ashton-Dickey* Plaintiffs | Pain & Suffering | Economic | Solatium | Total Compensatory | Punitive Damages | Total Damages | Interest Calculations (Pre-Judgment Interest at the rate of 4.96% from 9/11/2001) |
|---|---|---|---|---|---|---|---|
| Estate of Joseph Dickey, Jr. | $2,000,000 | $16,022,303 | | $18,022,303 | $61,996,722.30 | $80,019.025 | |
| Irene Dickey | | | $12,500,000 | $12,500,000 | $43,000,000 | $55,500,000 | |
| Joseph Dickey III | | | $8,500,000 | $8,500,000 | $29,240,000 | $37,740,000 | |
| Elizabeth Dickey | | | $8,500,000 | $8,500,000 | $29,240,000 | $37,740,000 | |
| Estate of Robert Eaton | $2,000,000 | $20,689,993 | | $22,689,993 | $78.053,575.90 | $100,743,569 | |
| Jacqueline Eaton | | | $12,500,000 | $12,500,000 | $43,000,000 | $55,500,000 | |
| Estate of James Kelly | $2,000,000 | $19,639,410 | | $21,639,410 | $74,439,570.40 | $96,078,980 | |
| Joanne Kelly | | | $12,500,000 | $12,500,000 | $43,000,000 | $55,500,000 | |
| Brianne Kelly | | | $8,500,000 | $8,500,000 | $29,240,000 | $37,740,000 | |
| Kaitlyn Kelly | | | $8,500,000 | $8,500,000 | $29,240,000 | $37,740,000 | |
| Colleen Kelly | | | $8,500,000 | $8,500,000 | $29,240,000 | $37,740,000 | |
| Erin Kelly | | | $8,500,000 | $8,500,000 | $29,240,000 | $37,740,000 | |
| Estate of Timothy O'Brien | $2,000,000 | $94,984,220 | | $96,984,220 | $333,625,717 | $430,609,937 | |
| Lisa O'Brien | | | $12,500,000 | $12,500,000 | $43,000,000 | $55,500,000 | |
| John O'Brien | | | $8,500,000 | $8,500,000 | $29,240,000 | $37,740,000 | |
| Madeline O'Brien | | | $8,500,000 | $8,500,000 | $29,240,000 | $37,740,000 | |
| Jacqueline O'Brien | | | $8,500,000 | $8,500,000 | $29,240,000 | $37,740,000 | |
| Estate of Michael Seaman | $2,000,000 | $15,768,595 | | $17,768,595 | $61,123,966.80 | $78,892,562 | |
| Dara Seaman | | | $12,500,000 | $12,500,000 | $43,000,000 | $55,500,000 | |
| Michaella Seaman | | | $8,500,000 | $8,500,000 | $29,240,000 | $37,740,000 | |
| Mary Seaman | | | $8,500,000 | $8,500,000 | $29,240,000 | $37,740,000 | |
| Edward Seaman | | | $8,500,000 | $8,500,000 | $29,240,000 | $37,740,000 | |
| Estate of Robert Sliwak | $2,000,000 | $3,698,489 | | $5,698,489 | $19,602,802.20 | $25,301,291 | |
| Susan Sliwak | | | $12,500,000 | $12,500,000 | $43,000,000 | $55,500,000 | |
| Ryan Sliwak | | | $8,500,000 | $8,500,000 | $29,240,000 | $37,740,000 | |
| Kyle Sliwak | | | $8,500,000 | $8,500,000 | $29,240,000 | $37,740,000 | |

# Exhibit A

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Kyle Sliwak | | | $8,500,000 | $8,500,000 | $29,240,000 | $37,740,000 | |
| Nicole Sliwak | | | $8,500,000 | $8,500,000 | $29,240,000 | $37,740,000 | |
| Estate of John Wallice, Jr. | $2,000,000 | $16,298,335 | | $18,298,335 | $62,946,272.40 | $81,244,607 | |
| Allison Wallice | | | $12,500,000 | $12,500,000 | $43,000,000 | $55,500,000 | |
| John Wallice III | | | $8,500,000 | $8,500,000 | $29,240,000 | $37,740,000 | |
| Christian Wallice | | | $8,500,000 | $8,500,000 | $29,240,000 | $37,740,000 | |
| Patrick Wallice | | | $8,500,000 | $8,500,000 | $29,240,000 | $37,740,000 | |
| Estate of Farrell Lynch | $2,000,000 | $18,289,614 | | $20,289,614 | $69,796,272.20 | $90,085,886 | |
| Eileen Lynch | | | $12,500,000 | $12,500,000 | $43,000,000 | $55,500,000 | |
| Anne Lynch | | | $8,500,000 | $8,500,000 | $29,240,000 | $37,740,000 | |
| Kathleen Lynch | | | $8,500,000 | $8,500,000 | $29,240,000 | $37,740,000 | |
| Meaghan Lynch | | | $8,500,000 | $8,500,000 | $29,240,000 | $37,740,000 | |
| Estate of Ronald Breitweiser | $2,000,000 | $45,385,507 | | $47,385,507 | $163,006,144 | $210,391,651 | |
| Kristen Breitweiser | | | $12,500,000 | $12,500,000 | $43,000,000 | $55,500,000 | |
| Caroline Breitweiser | | | $8,500,000 | $8,500,000 | $29,240,000 | $37,740,000 | |
| Estate of John Ryan | $2,000,000 | $16,159,990 | | $18,159,990 | $62,470,365.60 | $80,630,356 | |
| Patricia Ryan | | | $12,500,000 | $12,500,000 | $43,000,000 | $55,500,000 | |
| Colin Ryan | | | $8,500,000 | $8,500,000 | $29,240,000 | $37,740,000 | |
| Kristen Ryan | | | $8,500,000 | $8,500,000 | $29,240,000 | $37,740,000 | |
| Laura Ryan | | | $8,500,000 | $8,500,000 | $29,240,000 | $37,740,000 | |