| | Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | | Economic Damages | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble | |
| 1 | Sarah | | Cherry | | Douglas | MacMillan | Cherry | | US | 9/11/2001 | NY | 23cv07283 | 23cv07283, 15 at 1 | | N/A | $2,000,000.00 | N/A | See Exhibit C-3 to Declaration of Jerry S. Goldman, Esq. at page 1. | 6/1/2024 | N/A | $6,067,911.00 | N/A | |
| 2 | Georgette | | Conroy | | Kevin | Francis | Conroy | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3 | | N/A | $2,000,000.00 | N/A | See Exhibit C-3 to Declaration of Jerry S. Goldman, Esq. at page 24. | 11/1/2023 | N/A | $2,756,096.00 | N/A | |
| 3 | Lisa | | DeRienzo | | Michael | | DeRienzo | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3-4 | | N/A | $2,000,000.00 | N/A | See Exhibit C-3 to Declaration of Jerry S. Goldman, Esq. at page 46. | 6/1/2024 | N/A | $2,380,385.00 | N/A | |
| 4 | Kimmie | | Chedel | | Frank | Joseph | Doyle | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 5 | | N/A | $2,000,000.00 | N/A | See Exhibit C-3 to Declaration of Jerry S. Goldman, Esq. at page 69. | 7/1/2024 | N/A | $23,690,154.00 | N/A | Name change was subject of motion to correct errors that was granted at ECF No. 10233 |
| 5 | Maria | Alayo | Aguilar | | Jose | | Espinal | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3 | | N/A | $2,000,000.00 | N/A | N/A | N/A | N/A | N/A | N/A | |
| 6 | Diane | | Inghilterra | | Louis | Steven | Inghilterra | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3 | | N/A | $2,000,000.00 | N/A | See Exhibit C-3 to Declaration of Jerry S. Goldman, Esq. at page 92. | 7/1/2024 | N/A | $4,198,304.00 | N/A | |
| 7 | Andrew | C. | Kelly | | Maurice | Patrick | Kelly | | US | 9/11/2001 | NY | 23cv07283 | 23cv07283, 15 at 1 | | N/A | $2,000,000.00 | N/A | See Exhibit C-3 to Declaration of Jerry S. Goldman, Esq. at page 116. | 7/1/2024 | N/A | $3,269,074.00 | N/A | |
| 8 | Reza | | Mashayekhi | | Darya | | Lin | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 1-2 | 10222 at 3 (motion); 10227 (order granting 10222) | N/A | $2,000,000.00 | N/A | N/A | N/A | N/A | N/A | N/A | |
| 9 | Alana | | McKenzie | | Molly | Lou | McKenzie | | US | 9/11/2001 | VA | 23cv05790 | 23cv05790, 10 at 4 | | N/A | $2,000,000.00 | N/A | N/A | N/A | N/A | N/A | N/A | |
| 10 | Rebecca | | Shum | | See | Wong | Shum | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 4 | | N/A | $2,000,000.00 | N/A | See Exhibit C-3 to Declaration of Jerry S. Goldman, Esq. at page 140. | 6/1/2024 | N/A | $2,693,158.00 | N/A | |