## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013) | Stephen A. Cozen, *Co-Chair* |
| Jodi Westbrook Flowers, *Co-Chair* | Sean Carter, *Co-Chair* |
| Donald A. Migliori, *Co-Chair* | J. Scott Tarbutton, *Liaison Counsel* |
| Robert T. Haefele, *Liaison Counsel* | COZEN O'CONNOR |
| MOTLEY RICE LLC | |

**VIA ECF**

August 14, 2024

The Hon. George B. Daniels, U.S. District Judge  
United States District Court for the S.D.N.Y.  
Daniel P. Moynihan U.S. Courthouse  
500 Pearl Street  
New York, NY 10007

The Hon. Sarah Netburn, U.S. Magistrate Judge  
United States District Court for the S.D.N.Y.  
Thurgood Marshall U.S. Courthouse  
40 Foley Square  
New York, NY 10007

Re: *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Daniels and Judge Netburn:

The Plaintiffs' Executive Committees and *Ashton* Plaintiffs (collectively "Plaintiffs") write to clarify the application of Judge Netburn's August 12, 2024 Order, ECF No. 10228. Judge Netburn's August 12 Order denied Plaintiffs' February 9, 2024 Motion for Reconsideration (ECF No. 9570), and directed the Clerk of the Court "to terminate the motion at ECF No. 9570." ECF No. 10228 at 7.

Plaintiffs' filing at ECF No. 9570, and its accompanying Memorandum of Law (ECF No. 9571), made two separate requests: first, a motion for reconsideration of Judge Netburn's January 26, 2024 Order, which granted in part Defendants' Motion to Strike Evidence (ECF No. 9562); and, second, Plaintiffs' Fed. R. Civ. P. 72 Objections to the January 26 Order before the District Court.

Plaintiffs' understand that Judge Netburn's August 12 Order regarding ECF No. 9570 serves to terminate only the motion for reconsideration, and that Plaintiffs' Rule 72 Objections to the January 26 Order are now pending before the District Court.

For the avoidance of doubt, Plaintiffs preserve their previously-filed objections under Rule 72 to the August 12 Order, ECF Nos. 9570 and 9571, which Plaintiffs understand that the Court will address in due course.

Respectfully submitted,

MOTLEY RICE LLC

By: /s/ Robert T. Haefele  
ROBERT T. HAEFELE  
28 Bridgeside Boulevard  
Mount Pleasant, SC 29465

COZEN O'CONNOR

By: /s/ Sean P. Carter  
SEAN P. CARTER  
One Liberty Place  
1650 Market Street, Suite 2800

The Hon. George B. Daniels, U.S.D.J.
The Hon. Sarah Netburn, U.S.M.J.
August 14, 2024
Page 2

---

| | |
|---|---|
| Tel.: (843) 216-9184 | Philadelphia, Pennsylvania 19103 |
| Email: rhaefele@motleyrice.com | Tel.: (215) 665-2105 |
| | Email: scarter@cozen.com |
| *Liaison Counsel for the Plaintiffs' Executive Committee for Personal Injury and Death Claims on behalf of the Plaintiffs* | *Co-Chair of the Plaintiffs' Executive Committee for Commercial Claims on behalf of Plaintiffs* |

KREINDLER & KREINDLER LLP

By: /s/ Steven R. Pounian
STEVEN R. POUNIAN
485 Lexington Avenue
New York, New York 10017
Tel.: 212-687-8181
Email: spounian@kreindler.com

*Attorneys for Ashton Plaintiffs*

cc:     All Counsel of Record via ECF