# EXHIBIT N

Estate of Diane Pillersdorf

# VCF Documentation



September 11th
Victim Compensation Fund

May 22, 2020

JOSH WEISMER
██████████████
██████████████

Dear JOSH WEISMER:

The September 11th Victim Compensation Fund ("VCF") has reviewed your claim for eligibility. You submitted a claim form on behalf of DIANE PILLERSDORF. Your claim number is VCF0110093.

## The Decision on your Claim

The VCF has determined that the decedent has met the eligibility criteria established in the statute and regulations. Based on the information you submitted and information the VCF has received from the World Trade Center ("WTC") Health Program, the decedent has been found eligible for the following injuries:

- MALIGNANT NEOPLASM OF THE BRAIN - GLIOBLASTOMA

Please note that there are several reasons why an injury that you think should be eligible is not listed above. For non-traumatic injuries, the name of the injury is based on the information provided by the WTC Health Program and there may be different names for the same injury. Additionally, your injury may not be listed if it was only recently certified for treatment by the WTC Health Program.

If in the future the WTC Health Program should notify you that a condition previously found eligible is no longer certified, you must inform the VCF as this may affect your eligibility status and/or the amount of your award.

## What Happens Next

**If the decedent was certified for treatment by the WTC Health Program for a condition not listed above**, you should amend your claim. Please see the VCF website for details on how to amend your claim. The VCF will review the new information and determine if it provides the basis for a revised decision.

**If you believe the decedent had eligible injuries not treated by the WTC Health Program** and you would like the VCF to consider those injuries before calculating the amount of any compensation, you should amend your claim. If you choose to amend your claim, you will need to use the VCF Private Physician process. The Private Physician process is a way for the VCF to gather the required information about the decedent's treatment in order to process your claim. All forms are available on the VCF website under "Forms and Resources." The website also includes detailed information and instructions on the Private Physician process.



September 11th
Victim Compensation Fund

**If the decedent did not have injuries other than those listed above,** you should submit the compensation section of your claim form and the required supporting materials if you have not already done so.  If you have already submitted this information, you do not need to take any action at this time unless you receive a request from the VCF for missing information.  The VCF will calculate the amount of any compensation based on the conditions listed above after all compensation-related documents are submitted.

If you have questions about the information in this letter or the claims process in general, please call our toll-free Helpline at 1-855-885-1555.  Please have your claim number ready when you call: **VCF0110093**.  For the hearing impaired, please call 1-855-885-1558 (TDD).  If you are calling from outside the United States, please call 1-202-514-1100.

Sincerely,

Rupa Bhattacharyya
Special Master
September 11th Victim Compensation Fund

cc: WENDELL TONG



September 11th
Victim Compensation Fund

October 20, 2020

JOSH WEISMER
C/O WENDELL TONG
SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO, PC
120 BROADWAY 18TH FLOOR
NEW YORK NY  10271

**Re: CLAIM NUMBER: VCF0110093**

Dear JOSH WEISMER:

The September 11th Victim Compensation Fund ("VCF") has reviewed your claim for compensation.  Your claim form was determined to be substantially complete on October 01, 2020.  This means your claim was deemed "filed" for purposes of section 405(b)(3) of the Statute on that date.

After reviewing the responses in your claim form, the documents you submitted in support of your claim, and information from third-party entities, the VCF has calculated the amount of your award as ▮▮▮▮▮▮▮▮▮▮  This determination is in accordance with the requirements of the Never Forget the Heroes: James Zadroga, Ray Pfeifer, and Luis Alvarez Permanent Authorization of the September 11th Victim Compensation Fund Act ("VCF Permanent Authorization Act").  The enclosed "Award Detail" includes a detailed explanation of the calculation and a list of the eligible conditions that were considered when calculating your award.

The economic loss award includes lost earnings starting on the date Mrs. Pillersdorf passed away, replacement services loss, and reimbursement for burial expenses.  We did not award lost earnings before Mrs. Pillersdorf's death because we generally do not award such loss when less than a year elapsed between the onset of disability and a victim's passing.

We determined that the loss of Mrs. Pillersdorf's pension benefits, which terminated at her death because benefits were maximized while she was alive and no survivor pension option was selected, is not a loss compensable by the VCF.

We awarded non-economic loss for Mrs. Pillersdorf's pain and suffering, and an additional amount for her wrongful death.  We generally do not include an additional amount based on the surviving spouse if that person passed away before the VCF claim was filed.  In this case, the information shows that Mr. Pillersdorf had passed away in 2017 before the claim filing.

No non-routine legal service expenses are approved for reimbursement for this claim.

As the Personal Representative, you are required to distribute any payment received from the VCF on behalf of the victim to the eligible survivors or other recipients in accordance with the applicable state law or any applicable ruling made by a court of competent jurisdiction or as provided by the Special Master.



September 11th
Victim Compensation Fund

## What Happens Next

The VCF will deem this award to be final and will begin processing the full payment on your claim unless you complete and return the enclosed Compensation Appeal Request Form within **30 days from the date of this letter** as explained below.  If you do not appeal, the Special Master will authorize the payment on your claim within 20 days of the end of the 30-day appeal period.  Once the Special Master has authorized the payment, it may take up to three weeks for the United States Treasury to disburse the money into the bank account designated on the VCF ACH Payment Information Form or other payment authorization document you submitted to the VCF.

- **Appealing the Award**: You may request a hearing before the Special Master or her designee if you believe the amount of your award was erroneously calculated, or if you believe you can demonstrate extraordinary circumstances indicating that the calculation does not adequately address your loss.  **If you choose to appeal, your payment will not be processed until your hearing has been held and a decision has been rendered on your appeal**.

  To appeal the award, you must complete two steps by the required deadlines:

  1. Complete and return the enclosed **Compensation Appeal Request Form** within **30 days from the date of this letter**.  Follow the instructions on the form and upload it to your claim or mail it to the VCF by the required deadline.  If you do not submit your completed Compensation Appeal Request Form within 30 days of the date of this letter, *you will have waived your right to an appeal* and the VCF will begin processing any payment due on your claim.

  2. Complete and submit your **Compensation Appeal Package** (Pre-Hearing Questionnaire, Compensation Explanation of Appeal, and all applicable supporting documents) no later than **60 days from the date of this letter**.  It is important that you carefully review the information enclosed with this letter and follow the instructions if you intend to appeal your award.  Additional instructions on the appeals process can be found on the VCF website under "Frequently Asked Questions" and in the Policies and Procedures available under "Forms and Resources."

  Once your complete Compensation Appeal Package is submitted, the VCF will review the information to confirm you have a valid appeal, and will notify you of the next steps specific to your appeal and the scheduling of your hearing.

- **Notifying the VCF of new Collateral Source Payments**: You must inform the VCF of any new collateral source payments you receive, or become entitled to receive, such as a change to your disability or survivor benefits, as this may change the amount of your award.  If you notify the VCF within 90 days of learning of the new collateral source payment, your award will not be adjusted to reflect the new entitlement or payment.  If you notify the VCF more than 90 days after learning of the new or revised entitlement or payment, the VCF may adjust your award to reflect the new payment as an offset, which may result in a lower award.  If you need to notify the VCF of a new collateral source



September 11th
Victim Compensation Fund

payment, please complete the "Collateral Offset Update Form" found under "Forms and Resources" on the www.vcf.gov website.

Your award was calculated using our published regulations, and I believe it is fair and reasonable under the requirements of the VCF Permanent Authorization Act. As always, I emphasize that no amount of money can alleviate the losses suffered on September 11, 2001.

If you have any questions, please call our toll-free Helpline at 1-855-885-1555. Please have your claim number ready when you call: **VCF0110093**. For the hearing impaired, please call 1-855-885-1558 (TDD). If you are calling from outside the United States, please call 1-202-514-1100.

Sincerely,

Rupa Bhattacharyya
Special Master
September 11th Victim Compensation Fund

cc: JOSH WEISMER



September 11th
Victim Compensation Fund

# Award Detail

Claim Number:    VCF0110093
Decedent Name:    DIANE PILLERSDORF

| PERSONAL INJURY CLAIM (Losses up to Date of Death) | |
|---|---|
| **Lost Earnings and Benefits** | |
| Loss of Earnings including Benefits and Pension | $0.00 |
| Mitigating or Residual Earnings | $0.00 |
| **Total Lost Earnings and Benefits** | $0.00 |
| | |
| **Offsets Applicable to Lost Earnings and Benefits** | |
| Disability Pension | $0.00 |
| Social Security Disability Benefits | $0.00 |
| Workers Compensation Disability Benefits | $0.00 |
| Disability Insurance | $0.00 |
| Other Offsets related to Earnings | $0.00 |
| **Total Offsets Applicable to Lost Earnings** | $0.00 |
| | |
| **Total Lost Earnings and Benefits Awarded** | $0.00 |
| | |
| **Other Economic Losses** | |
| Medical Expense Loss | $0.00 |
| Replacement Services | $0.00 |
| **Total Other Economic Losses** | $0.00 |
| | |
| **Total Economic Loss** | $0.00 |
| | |
| **Total Non-Economic Loss** | ███ |
| | |
| **Subtotal Award for Personal Injury Claim** | ███ |



September 11th
Victim Compensation Fund

| DECEASED CLAIM (Losses from Date of Death) | |
|---|---|
| **Loss of Earnings including Benefits and Pension** | ███████ |
| | |
| **Offsets Applicable to Lost Earnings and Benefits** | |
| Survivor Pension | $0.00 |
| SSA Survivor Benefits | $0.00 |
| Worker's Compensation Death Benefits | $0.00 |
| Other Offsets related to Earnings | $0.00 |
| **Total Offsets Applicable to Loss of Earnings and Benefits** | $0.00 |
| | |
| **Total Lost Earnings and Benefits Awarded** | ███████ |
| | |
| **Other Economic Losses** | |
| Replacement Services | ███████ |
| Burial Costs | ███████ |
| **Total Other Economic Losses** | ███████ |
| | |
| **Total Economic Loss** | ███████ |
| | |
| **Non-Economic Loss** | |
| Non-Economic Loss - Decedent | ███████ |
| Non-Economic Loss - Spouse/Dependent(s) | $0.00 |
| **Total Non-Economic Loss** | ███████ |
| | |
| **Additional Offsets** | |
| Social Security Death Benefits | ███████ |
| Life Insurance | $0.00 |
| Other Offsets | $0.00 |
| **Total Additional Offsets** | ███████ |
| | |
| **Subtotal Award for Deceased Claim** | ███████ |



September 11th
Victim Compensation Fund

| Subtotal of Personal Injury and Deceased Claims | |
|---|---|
| PSOB Offset | $0.00 |
| Prior Lawsuit Settlement Offset | $0.00 |
| **TOTAL AWARD** | |
| | |
| **Factors Underlying Economic Loss Calculation** | |
| Annual Earnings Basis (without benefits) | |
| Percentage of Disability attributed to Eligible Conditions - applicable to Personal Injury losses | |
| Start Date of Loss of Earnings Due to Disability - applicable to Personal Injury losses | |

| Eligible Conditions Considered in Award |
|---|
| Malignant Neoplasm of The Brain - Glioblastoma |

# Family Member Affidavits

Andrew Pillersdorf

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In Re:

TERRORIST ATTACKS ON                           03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

------------------------------------------------------------X      **AFFIDAVITOF**
JILL ACCARDI, et al.,                          **ANDREW H. PILLERSDORF**


                              Plaintiffs,       21-CV-06247 (GBD)(SN)

                     V.

ISLAMIC REPUBLIC OF IRAN,

                              Defendant.
------------------------------------------------------------X

STATE OF NEW YORK        )
                         : SS
COUNTY OF KINGS          )


          ANDREW H. PILLERSDORF, being duly sworn, deposes and says:


     1.    I am a plaintiff in the within action, am over 18 years of age, and reside at
██████████████████████████████████

     2.    I am currently 47 years old, having been born on ████████████

     3.    I am the son of decedent, Diane Pillersdorf, upon whose death my claim is
based, and submit this Affidavit in connection with the present motion for a default
judgment and in support of my solatium claim.

     4.    My mother passed away from brain cancer on May 1, 2012, at the age of 63 years
old. It was medically determined that this illness was causally connected to her exposure to the
toxins resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5.      My mom was a teacher who loved giving back to her students, and was particularly close with her entire family, including me.  Whether it was sharing dinner in the city or going up to her house on the weekend, I spent a lot of time with her and miss her still every day.

6.      My dad ran his own law firm, which was located at 225 Broadway in Manhattan. In the weeks after 9/11, my mom spent considerable time in his office helping him move case files back and forth between his office and their house in Westchester County.  They would come into the city, spend hours in his office and then return to their house.  This back and forth continued for many weeks after 9/11 given his office was displaced for a couple of months.

7.      My mom loved to entertain, and always was put together. In July of 2011, I went with her to the grocery store to help her get ready for her annual July 4th party.  When we went to leave, I noticed that she looked disheveled, which she never did, and when we got to the grocery store, she was incredibly confused as to where to find things, which was odd given she had been shopping there for years.  The next day she was worse, and we took her to the doctor that afternoon. They didn't even let us leave once they diagnosed her with glioblastoma; in fact, they immediately admitted her to the hospital and operated on her the next morning.  After the surgery, the doctors told us that she had about a year to live.  Her mental abilities were impacted overnight – she went from an incredibly active 61-year-old to needing help with almost everything.  Watching the person that she became was heartbreaking in that she knew something was wrong but couldn't completely figure out what.  She went for radiation and chemo, which further weakened her and unfortunately was unsuccessful in doing anything other than giving her perhaps a few more weeks of time.

8.    My mom's illness impacted me greatly – because my dad ran his own business, my sister and I took her to all her appointments, putting aside our own lives to attend to her. Watching her struggle was crushing beyond belief – GBM is a horrible disease, and it robs people of their dignity and capabilities. She passed away when I was just 37 years old, more than 12 years ago, but it still is as raw emotionally as when we first found out she was sick. Not a day goes by that I don't think about her and all that she missed – her mom, who is also my grandmother, is still alive and well at 98 years old – there's no doubt in my mind that if not for this horrible disease, my mom would have had at least another 30 years to spend with her kids, grandkids, and future great grandkids.

ANDREW H. PILLERSDORF

Sworn before me this

26 day of April , 2024

Notary public

**YAFFA R HOLMES**
Notary Public, State of New York
No. 01HO6301215
Qualified in New York County
Commission Expires April 14, 2025

Josh Weismer

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

In Re:

TERRORIST ATTACKS ON                          03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

------------------------------------------------------------ X     **AFFIDAVIT OF**
JILL ACCARDI, et al.,                                              **JOSH WEISMER**


                                    Plaintiffs,        21-CV-06247 (GBD)(SN)


                     V.


ISLAMIC REPUBLIC OF IRAN,


                                    Defendant.
------------------------------------------------------------ X

STATE OF NEW YORK          )
                           : SS
COUNTY OF WESTCHESTER  )


        JOSH WEISMER, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at
████████████████████████████████████.

        2.      I am currently 51 years old, having been born on ███████████████.

        3.      I am the son-in-law of Decedent, Diane Pillersdorf, upon whose death my
claim is based. I submit this Affidavit in support of the present motion for a default
money judgment for the claim made on behalf of my mother-in-law's estate. On
November 14, 2018, I was issued Letters of Administration as Administrator of my
mother-in-law's estate by the Westchester County Surrogate's Court.

        4.      My mother-in-law passed away from brain cancer on May 1, 2012, at the age of
63 years old. It was medically determined that this illness was causally connected to her exposure
to the toxins resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5.      I met my mother-in-law when I was 20 years old, in December of 1991. She treated me with nothing but kindness, respect, and love from the moment I met her. Mother-in-law was an unfair description of my relationship with her – she treated me like I was her own child and was the most generous person I've ever met. My kids adored her – she was always taking their places, doing science projects with them given she was a science teacher, and going way above and beyond any normal level of what most grandparents do with and for their grandkids.

6.      Diane was a giver, and despite the difficulty of going back and forth to the city in the aftermath of 9/11, with the traffic, and what she faced going to right near Ground Zero on a regular basis, it was more important to her that she help my father-in-law continue to run his law practice. She spent a lot of time in his office at 225 Broadway, volunteering to clean up his office due to all the dust and debris that had accumulated because of the attacks.

7.      We noticed Diane's illness because there was "off" in her demeanor – she was always dressed to the nines and with it – when she wasn't one day and had trouble remembering her way around the grocery store, we knew something was wrong. We first thought she had Lyme's disease, or perhaps a stroke, but when the doctors told us it was a glioblastoma we were crushed. After her operation she went from being able to handle all three of my kids on her own (which she often did), to needing to be taken care of herself. I mourned the loss of my family's greatest champion who wanted nothing but the best for all of us, while watching my wife and her brother mourn their mom, and watching my kids lose out on the grandparents to whom they were the closest.

8.      Her illness forever changed my family, and her death still impacts us to this day. Every birthday, holiday, graduation, or other milestone, while happy, is also bittersweet knowing

how much she would have enjoyed spending them with us. My kids have missed out on the unconditional love she provided (as my wife, brother-in-law and I do), and there's a void in all our lives that will never be filled.

JOSH WEISMER

Sworn before me this

15th day of _____, 2023

Notary public

Amine Ould Ibbat
Notary Public, State of New York
No. 01OU6121096
Qualified in Westchester County
Commission Expires January 10, 20__

Stephanie Weismer

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

In Re:

TERRORIST ATTACKS ON                    03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

-------------------------------------------------------------- X    **AFFIDAVIT OF**
JILL ACCARDI, et al.,                               **STEPHANIE WEISMER**


                                    Plaintiffs,       21-CV-06247 (GBD)(SN)


                V.

ISLAMIC REPUBLIC OF IRAN,

                          Defendant.
-------------------------------------------------------------- X
STATE OF NEW YORK              )
                                       : SS
COUNTY OF WESTCHESTER )


         STEPHANIE WEISMER, being duly sworn, deposes and says:

     1.      I am a plaintiff in the within action, am over 18 years of age, and reside at

██████████████████████████████████.

     2.      I am currently 50 years old, having been born on ████████████.

     3.      I am the daughter of Decedent, Diane Pillersdorf, upon whose death my
claim is based, and submit this Affidavit in connection with the present motion for a
default judgment and in support of my solatium claim.

     4.      My mother passed away from brain cancer on May 1, 2012, at the age of 63 years
old. It was medically determined that this illness was causally connected to her exposure to the
toxins resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5.      My mom and I were incredibly close – even as an adult, not a day went by
without me speaking with her, almost always more than once per day. She was incredible
as a mother and grandmother, spending an inordinate amount of time with my kids. She
always wanted to help people and would inconvenience herself if it meant being able to
help others.

6.      After 9/11, my father had to temporarily close his office which was located at 225
Broadway in Downtown Manhattan. My mom volunteered her time to help clean up the dust and
debris from the falling towers. She would be there for several hours a day assisting in those efforts.

7.      July 4th weekend was always a big weekend in my family – my parents hosted a
party that started at lunch and went through dinner into the late evening – they had their friends
and my friends who would spend the entire day there, and 2011 was no different. Except this time,
my mom had trouble figuring out the layout of a grocery store that she had been going to for years.
Immediately we knew that something was wrong, and thought she maybe had a mini stroke. We
took her to the doctor, and they did an MRI and gave us the news – she had a brain tumor and
needed surgery immediately. When the surgery lasted only three hours the next morning, we
initially thought that it was good news, but what we found out was that it was so short because
once they got in there, they realized there was nothing they could do. She aged overnight – from
a vibrant 62-year-old who could take all three of my small kids, to acting as though she were 85
and needed help to do everything. Because of where the tumor was on her brain, she lost a lot of
day-to-day functionality – she couldn't process things the way she did prior to the surgery, and
seemed as though she was in a permanent fog.

8.      Not a day goes by that I don't think about my mom – every family milestone has a
feeling that's bittersweet. It hurts to know that she won't see any of these and wasn't there to watch

my kids grow up. I watch my friends who have great relationships with their moms, and it stings

because I was so close to mine, and the same goes for my kids. Knowing what they missed out on

– namely, unconditional love and support – is difficult to bear.


STEPHANIE WEISMER

Sworn before me this

15th day of _____, 2023

Notary public

**Amine Ould Ibbat**
Notary Public, State of New York
No. 01OU6121096
Qualified in Westchester County,
Commission Expires January 10, 20__