# EXHIBIT E

# Estate of Christopher Bosche

# VCF Documentation



September 11th
Victim Compensation Fund

September 11, 2018

AMY BOSCHE
C/O WENDELL TONG
SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO, PC
120 BROADWAY 18TH FLOOR
NEW YORK NY  10271

Dear AMY BOSCHE:

The September 11th Victim Compensation Fund ("VCF") previously sent you an Eligibility determination letter on September 10, 2018 for the claim you submitted on behalf of CHRISTOPHER BOSCHE. Your claim number is VCF0108828. The letter included a list of condition(s) deemed eligible for compensation. You then amended your claim to add one or more new conditions.

The VCF has considered your amended claim and reviewed the new information you provided. This letter sets forth the revised eligibility determination and supersedes and replaces the previous letter.

## The Decision on your Claim

Based on the information you submitted and information the VCF has received from the World Trade Center ("WTC") Health Program, the decedent has been found eligible for the injuries listed below. *This list includes all injuries for which the decedent has been found eligible.*

- LUNG CANCER (SYNOVIAL SARCOMA; WITH ASSOCIATED NEUTROPENIC FEVER
- MALIG NEOPLASM CNCTV&OTH SOFT TISSUE SITE UNSPEC

Please note that there are several reasons why an injury that you think should be eligible is not listed above. For non-traumatic injuries, the name of the injury is based on the information provided by the WTC Health Program and there may be different names for the same injury. Additionally, your injury may not be listed if it was only recently certified for treatment by the WTC Health Program.

If in the future the WTC Health Program should notify you that a condition previously found eligible is no longer certified, you must inform the VCF as this may affect your eligibility status and/or loss calculation.



September 11th
Victim Compensation Fund

**What Happens Next**

You submitted the Compensation portion of your claim form. The VCF will contact you if additional information is needed in order to calculate your award. **If you believe the new condition(s) changes your compensation claim**, you should amend your claim. For example, if your new condition is the reason the decedent was not able to work, you should provide that information to the VCF by amending your claim. Please see the www.vcf.gov website for additional details on how to amend your claim.

**If the newly eligible condition(s) does not change your compensation claim**, you do not need to take any action at this time.

If you have questions about the information in this letter or the claims process in general, please call our toll-free Helpline at 1-855-885-1555. For the hearing impaired, please call 1-855-885-1558 (TDD). If you are calling from outside the United States, please call 1-202-514-1100.

Sincerely,

Rupa Bhattacharyya
Special Master
September 11th Victim Compensation Fund

cc: AMY BOSCHE





February 20, 2020

AMY BOSCHE

Dear AMY BOSCHE:

The September 11th Victim Compensation Fund ("VCF") has reviewed your claim for compensation. Your claim number is VCF0108828. Your claim form was determined to be substantially complete on January 10, 2020. This means your claim was deemed "filed" for purposes of section 405(b)(3) of the Statute on that date.

After reviewing the responses in your claim form, the documents you submitted in support of your claim, and information from third-party entities, the VCF has calculated the amount of your award as $           . This determination is in accordance with the requirements of the Never Forget the Heroes: James Zadroga, Ray Pfeifer, and Luis Alvarez Permanent Authorization of the September 11th Victim Compensation Fund Act ("VCF Permanent Authorization Act"). The enclosed "Award Detail" includes a detailed explanation of the calculation and a list of the eligible conditions that were considered when calculating your award.

The past lost earnings award was not recalculated given the short period of time that elapsed between the determination by the private insurance company that your husband was disabled as a result of his eligible condition and his death. The calculation in the wrongful death component of the award includes all future earnings losses reasonably attributable to your husband's death.

The VCF is statutorily required to offset life insurance benefits paid to beneficiaries. As shown in the detailed breakdown of the award, the life insurance offsets were only applied to the wrongful death losses and were not applied to the personal injury award. If you believe an error was made or if you have additional information that would change the award calculation, please see the section below for more information on how to amend your claim.

No non-routine legal service expenses are approved for reimbursement for this claim.

As the Personal Representative, you are required to distribute any payment received from the VCF on behalf of the victim to the eligible survivors or other recipients in accordance with the applicable state law or any applicable ruling made by a court of competent jurisdiction or as provided by the Special Master.

**What Happens Next**

The VCF will deem this award to be final and will begin processing the full payment on your claim unless you complete and return the enclosed Compensation Appeal Request Form within **30 days from the date of this letter** as explained below. If you do not appeal, the



Special Master will authorize the payment on your claim within 20 days of the end of the 30-day appeal period. Once the Special Master has authorized the payment, it may take up to three weeks for the United States Treasury to disburse the money into the bank account designated on the VCF ACH Payment Information Form or other payment authorization document you submitted to the VCF.

- **Appealing the Award**: You may request a hearing before the Special Master or her designee if you believe the amount of your award was erroneously calculated, or if you believe you can demonstrate extraordinary circumstances indicating that the calculation does not adequately address your loss. **If you choose to appeal, your payment will not be processed until your hearing has been held and a decision has been rendered on your appeal**.

  To appeal the award, you must complete two steps by the required deadlines:
  1. Complete and return the enclosed **Compensation Appeal Request Form** within **30 days from the date of this letter**. Follow the instructions on the form and upload it to your claim or mail it to the VCF by the required deadline. If you do not submit your completed Compensation Appeal Request Form within 30 days of the date of this letter, *you will have waived your right to an appeal* and the VCF will begin processing any payment due on your claim.
  2. Complete and submit your **Compensation Appeal Package** (Pre-Hearing Questionnaire, Compensation Explanation of Appeal, and all applicable supporting documents) no later than **60 days from the date of this letter**. It is important that you carefully review the information enclosed with this letter and follow the instructions if you intend to appeal your award. Additional instructions on the appeals process can be found on the VCF website under "Frequently Asked Questions" and in the "Policies and Procedures" document.

  Once your complete Compensation Appeal Package is submitted, the VCF will review the information to confirm you have a valid appeal, and will notify you of the next steps specific to your appeal and the scheduling of your hearing.

- **Amending your Claim**: You may amend your claim in the future if your circumstances change and you have new information to provide to the VCF that you believe warrants additional compensation. The VCF website has important information about the specific circumstances when it is appropriate to request an amendment. For more information and examples of such situations, please refer to "Section 5 – Amendments" in the VCF Policies and Procedures document available under "Forms and Resources" on the VCF website. Please review the information carefully when deciding whether to amend your claim. If you submit an amendment, the VCF will review the new information and determine if it provides the basis for a revised decision.

- **Notifying the VCF of new Collateral Source Payments**: You must inform the VCF of any new collateral source payments you receive, or become entitled to receive, such as a change to your disability or survivor benefits, as this may change the amount of your



award.  If you notify the VCF within 90 days of learning of the new collateral source payment, your award will not be adjusted to reflect the new entitlement or payment.  If you notify the VCF more than 90 days after learning of the new or revised entitlement or payment, the VCF may adjust your award to reflect the new payment as an offset, which may result in a lower award.  If you need to notify the VCF of a new collateral source payment, please complete the "Collateral Offset Update Form" found under "Forms and Resources" on the www.vcf.gov website.

Your award was calculated using our published regulations, and I believe it is fair and reasonable under the requirements of the VCF Permanent Authorization Act.  As always, I emphasize that no amount of money can alleviate the losses suffered on September 11, 2001.

If you have any questions, please call our toll-free Helpline at 1-855-885-1555.  For the hearing impaired, please call 1-855-885-1558 (TDD).  If you are calling from outside the United States, please call 1-202-514-1100.

                Sincerely,

                Rupa Bhattacharyya
                Special Master
                September 11th Victim Compensation Fund

cc: WENDELL TONG



# Award Detail

Claim Number: VCF0108828
Decedent Name: CHRISTOPHER BOSCHE

| PERSONAL INJURY CLAIM (Losses up to Date of Death) | |
|---|---|
| **Lost Earnings and Benefits** | |
| Loss of Earnings including Benefits and Pension | $0.00 |
| Mitigating or Residual Earnings | $0.00 |
| **Total Lost Earnings and Benefits** | $0.00 |
| | |
| **Offsets Applicable to Lost Earnings and Benefits** | |
| Disability Pension | $0.00 |
| Social Security Disability Benefits | $0.00 |
| Workers Compensation Disability Benefits | $0.00 |
| Disability Insurance | $0.00 |
| Other Offsets related to Earnings | $0.00 |
| **Total Offsets Applicable to Lost Earnings** | $0.00 |
| | |
| **Total Lost Earnings and Benefits Awarded** | $0.00 |
| | |
| **Other Economic Losses** | |
| Medical Expense Loss | $0.00 |
| Replacement Services | $0.00 |
| **Total Other Economic Losses** | $0.00 |
| | |
| **Total Economic Loss** | $0.00 |
| | |
| **Total Non-Economic Loss** | $▓▓▓ |
| | |
| **Subtotal Award for Personal Injury Claim** | $▓▓▓ |



September 11th
Victim Compensation Fund

| DECEASED CLAIM (Losses from Date of Death) | |
|---|---|
| **Loss of Earnings including Benefits and Pension** | $ ███ |
| | |
| **Offsets Applicable to Lost Earnings and Benefits** | |
| Survivor Pension | $0.00 |
| SSA Survivor Benefits | ($ ███) |
| Worker's Compensation Death Benefits | $0.00 |
| Other Offsets related to Earnings | ($ ███) |
| **Total Offsets Applicable to Loss of Earnings and Benefits** | ($ ███) |
| | |
| **Total Lost Earnings and Benefits Awarded** | $ ███ |
| | |
| **Other Economic Losses** | |
| Replacement Services | $ ███ |
| Burial Costs | $ ███ |
| **Total Other Economic Losses** | $ ███ |
| | |
| **Total Economic Loss** | $ ███ |
| | |
| **Non-Economic Loss** | |
| Non-Economic Loss - Decedent | $ ███ |
| Non-Economic Loss - Spouse/Dependent(s) | $ ███ |
| **Total Non-Economic Loss** | $ ███ |
| | |
| **Additional Offsets** | |
| Social Security Death Benefits | ($ ███) |
| Life Insurance | ($ ███) |
| Other Offsets | $0.00 |
| **Total Additional Offsets** | ($ ███) |
| | |
| **Subtotal Award for Deceased Claim** | $ ███ |



| Subtotal of Personal Injury and Deceased Claims | $ |
|---|---|
| PSOB Offset | $0.00 |
| Prior Lawsuit Settlement Offset | $0.00 |
| Award Paid on Prior Personal Injury Claim | ($▮) |
| **TOTAL AWARD** | $▮ |
| | |
| **Factors Underlying Economic Loss Calculation** | |
| Annual Earnings Basis (without benefits) | $▮ |
| Percentage of Disability attributed to Eligible Conditions - applicable to Personal Injury losses | |
| Start Date of Loss of Earnings Due to Disability - applicable to Personal Injury losses | |

| Eligible Conditions Considered in Award |
|---|
| Lung Cancer (synovial Sarcoma; 171.0 With Associated Neutropenic Fever, 288.00 |
| Malig Neoplasm Cnctv&oth Soft Tissue Site Unspec |

# Family Member Affidavits

# Amy L. Bosche

# Marriage License

### The State of Ohio, Butler County

To Any Person Legally Authorized to Solemnize Marriages in the State of Ohio:

I, the undersigned,

**Randy T. Rogers**

Judge of the Court of Common Pleas, Probate Division within and for the County and State aforesaid, have Licensed, and do hereby License and Authorize

Mr. __Christopher John Bosche__ and

M __Amy Louise Cassidy__

to be joined in Marriage.

In Witness Whereof, I have hereunto subscribed my name and affixed the seal of said Court, at Hamilton, Ohio this __27th__ day of __December__ A.D. 19__96__

**Randy T. Rogers**
Judge

By __Teresa Bayer__
Deputy Clerk

The above marriage was solemnized by me this __28th__ day of __December__ 19__96__ at __St. Mary Church, Oxford,__ Ohio

Signature __[signed]__
Rev. Terrance L. Schneider
Pastor
Title

Witnesses:
__Robert L. King__
__Tim Bosche__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

In Re:

TERRORIST ATTACKS ON                             03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

--------------------------------------------------------- X       **AFFIDAVIT OF AMY L.**
EVELYN BETSO, et al.,                                             **BOSCHE**

                                        Plaintiffs,          21-CV-01394 (GBD)(SN)

        V.

ISLAMIC REPUBLIC OF IRAN,

                            Defendant.
------------------------------------------------------------------X

STATE OF MISSOURI       )
                          : SS
COUNTY OF ST. LOUIS  )

        AMY L. BOSCHE, being duly sworn, deposes and says:

1.    I am a plaintiff in the within action, am over 18 years of age, and reside at ███.

2.    I am currently 48 years old, having been born on ███.

3.    I am the wife of Decedent, Christopher Bosche upon whose death my claims are based. I submit this Affidavit in support of the present motion for a default money judgment for the claim made on behalf of my husband's estate and for my solatium claim. On October 24, 2017, I was issued Letters Testamentary as Executrix of my husband's estate by the St. Louis County Court.

4.    My husband passed away from Synovial Sarcoma on September 12, 2017, at the age of 44. It was medically determined that this illness was causally connected to his exposure to the toxins resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5. I lost my best friend and husband on September 12, 2017. My kids lost their dad. Chris Bosche was a son, brother, husband, father, uncle, cousin, nephew, friend, doctor, firefighter and so much more. I know that every single person that met him was impacted by him, even if it was just a quick conversation. Every day he made me want to be a better person. He was the love of my life, always and forever. I could not have asked for a better person to have spent 23 plus years with. I figured we would grow old together, sit in our rocking chairs, and then drive the nurse's crazy at the old folks' home. I honestly don't know how to put on paper the impact he had on my life, and still does.

6. Chris was raised on St. Louis Blues hockey and a love for dogs. He went to college at Miami University in Oxford, Ohio, where we met. They call that a "Miami Merger". I still get anniversary cards from the University. Chris and I spent afternoons and evenings at the fire department, studying, where I developed my love for medicine. After graduating from Miami, Chris went on to medical school at the University of Missouri, and we got married on December 28, 1996. I went on to become a paramedic, largely because he uncovered my love for EMS.

7. After graduating from medical school, where he was an active member of the Boone County Fire Protection District and Missouri Urban Search and Rescue Team, we moved to Toledo, Ohio for his emergency medicine residency. Although there was not a search and rescue team at the time, Chris became extremely involved in the Ohio Disaster Medical Team. It was during this time that Chris was deployed to the World Trade Center attacks to care for the volunteers and workers who were working feverishly to find bodies.

8. In January of 2002, we welcomed our first child, Jennifer Carol (Jenny B) and our second in August of 2004, Jacob John. Chris's kids were his life. He would take them to Blues games, Cardinals games, and teach them how to ride bicycles and drive a car. With as many accomplishments as Chris had, his family was his world.

9. We would enjoy time at the Lake of the Ozarks at our family's condo, boating, and hanging with friends. He taught our daughter how to drive in his loved Jeep. He taught our son to play hockey. We went on so many adventures in the short years we had together, vacations to the beach, Hawaii, New York City, and even staycations here in St. Louis. When Chris was

not working, he was spending time with me and our kids.

10. Chris taught me to be strong. He taught me to live life to the fullest, enjoy every moment, and reach for my dreams. He used to tell the kids "I am going to give you the football on the one ten-yard line, all you have to do is get to the endzone and not drop it." Even eight years after he has been gone, we live by this mantra.

11. During his years volunteering for the search and rescue team and the disaster medical team, Chris was deployed and helped so many people. Some of these deployments included 9/11, Hurricane Katrina, Hurricane Sandy, and the Joplin, MO tornado. He devoted his career to helping others, including teaching. He was the medical director for a local fire department, Mehlville Fire Protection District, and has an education building named after him there.

12. On September 11, 2001, our country was attacked. Chris immediately jumped to the front of the line to help. He was willing to go with the emergency medical helicopter to help in Pennsylvania and was the first to volunteer to go to ground zero. He got the call a couple of weeks after the attacks to join the disaster medical team and to provide help to the many volunteers and workers at the WTC. He went as a part of the Ohio 1 Disaster Medical Team. He was in NYC for three weeks. After he got home, there was green dust on all his clothes, like nothing I had ever seen. Honestly it looked like something out of a Batman and Joker movie. He coughed for weeks.

13. On December 31, 2014, I took Chris to the emergency department because he had (what we thought at the time) pneumonia. It had been a particularly bad influenza year and we just assumed that's what was going on. Unfortunately, he had an infection around his lungs, and they took him to emergency surgery to remove it. However, it was not infection, but cancer. Originally, they thought he had mesothelioma, but after doing the biopsy, they determined it was a high-grade synovial sarcoma. The next few weeks were a blur, especially telling our kids, who were 12 and 10 at the time. There were oncology appointments, surgery appointments, PET scans, and port-a-cath placements… Between January of 2015 and May of 2015, Chris went through six rounds of chemotherapy and several hospital stays because of the side effects. In June of 2015,

Chris had his entire right lung, part of his diaphragm, and pericardium removed in the hopes of getting "clean margins." Once strong enough, he started 30 days of radiation, which ended ironically on September 11, 2015. We knew that the sarcoma diagnosis would be a roller coaster, but never imagined how bad it would be. In January of 2016, his oncologist became concerned about some markers lighting up and had him follow up with a CT six weeks later. In March of 2016, the cancer was back. Chris was enrolled in clinical trials, but none of them worked. In June of 2016, his breathing symptoms became much worse, and he was admitted to the hospital for emergency chemotherapy. Basically, for the next six months, we were in and out of treatment centers and hospitals, doing everything they could to keep the cancer at bay.

14. In January 2017, Chris's breathing became very labored, and he was rushed to Barnes Jewish hospital for an emergency airway stent placement. With this stent, he was not able to talk freely and had to suction his airway constantly. In June of 2017, the airway stent failed, and he had to have a permanent tracheostomy placed to keep his airway open. After talking to his doctors and surgeons, Chris and I decided to put him in hospice care in July of 2017. During his six weeks on hospice, Chris was bedridden, unable to watch his daughter's dancing and his son's hockey. But he kept fighting, because he didn't want to die in August, which is our son's birthday and mine.

15. On September 12, 2017, Chris, surrounded by his closest friends and family, passed away peacefully in his home. The one thing Chris loved about his life was spending time with his family. During his treatment times, he was sick. He missed things. It destroyed him to miss things.

16. Recently, our son graduated from high school. My daughter graduated in 2020. Both did not have their daddy there to see it. Chris wrote letters to both, more for their future weddings and children. It was wonderful for them to have a piece of their dad there, but he should have been there. He wanted me to give our son a watch for graduation. Jacob is one of the strongest and most stoic kids I have ever met, but he lost it. My daughter is getting married next May, and her daddy won't be there to walk her down the aisle. I have spent the last six years raising my kids the way that Chris would want. I have beat myself up that I "dropped the ball."

His death impacts me every day, even more so as I write this. I miss him every day, always and forever.

AMY L. BOSCHE

Sworn before me this 11th day of Sept, 2023

Notary public

ATIQ UR REHMAN
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: Dec. 19, 2025
Commission # 13875783