# EXHIBIT M

Estate of David Mahmoud

# VCF Documentation

 September 11th
Victim Compensation Fund

May 10, 2017

BESSIE MERCADO


Dear BESSIE MERCADO:

The September 11th Victim Compensation Fund ("VCF") has reviewed your Eligibility Form.
You submitted an Eligibility Form on behalf of DAVID MAHMOUD. Your claim number is
VCF0080372. Your Eligibility Form was determined to be substantially complete on May 09,
2017. As stated in the Regulations and on the claim form, by filing a substantially complete
Eligibility Form, you have waived your right to file or be a party to a September 11th-related
lawsuit on behalf of the decedent and his or her survivors.

## The Decision on your Claim

The VCF has determined that the decedent has met the eligibility criteria established in the
statute and regulations. Based on the information you submitted and information the VCF
has received from the World Trade Center ("WTC") Health Program, the decedent has been
found eligible for the following injuries:

- MALIGNANT NEOPLAMS OF THE NASAL CAVITY

Please note that there are several reasons why an injury that you think should be eligible is not
listed above. For non-traumatic injuries, the name of the injury is based on the information
provided by the WTC Health Program and there may be different names for the same injury.
Additionally, your injury may not be listed if it was only recently certified for treatment by the
WTC Health Program.

If in the future the WTC Health Program should notify you that a condition previously found
eligible is no longer certified, you must inform the VCF as this may affect your eligibility status
and/or the amount of your award.

## What Happens Next

**If the decedent was certified for treatment by the WTC Health Program for a condition not
listed above**, you should amend your claim. Please see the VCF website for details on how to
amend your claim. The VCF will review the new information and determine if it provides the
basis for a revised decision.

**If you believe the decedent had eligible injuries not treated by the WTC Health Program**
and you would like the VCF to consider those injuries before calculating the amount of any
compensation, you should amend your claim. If you choose to amend your claim, you will need
to use the VCF Private Physician process. The Private Physician process is a way for the VCF



September 11th
Victim Compensation Fund

to gather the required information about the decedent's treatment in order to process your claim. All forms are available on the VCF website under "Forms and Resources." The website also includes detailed information and instructions on the Private Physician process.

**If the decedent did not have injuries other than those listed above,** you should submit your Compensation Form and required supporting materials. If you have already submitted your Compensation Form, you do not need to take any action at this time unless you receive a request from the VCF for missing information. The VCF will calculate the amount of any compensation based on the conditions listed above after all compensation-related documents are submitted.

If you have questions about the information in this letter or the claims process in general, please call our toll-free Helpline at 1-855-885-1555. For the hearing impaired, please call 1-855-885-1558 (TDD). If you are calling from outside the United States, please call 1-202-514-1100.

Sincerely,

Rupa Bhattacharyya
Special Master
September 11th Victim Compensation Fund

cc: WENDELL TONG



September 11th
Victim Compensation Fund

March 7, 2018

BESSIE MERCADO


Dear BESSIE MERCADO:

The September 11th Victim Compensation Fund ("VCF") has reviewed your claim for compensation.  Your claim number is VCF0080372.  Your Compensation Form was determined to be substantially complete on February 02, 2018.  This means your claim was deemed "filed" for purposes of section 405(b)(3) of the Statute on that date.

Based on the information you submitted, the VCF has calculated the amount of your eligible loss as $████████  This determination is in accordance with the requirements of the Reauthorized Zadroga Act.  The enclosed "Award Detail" includes a detailed explanation of the calculation and a list of the eligible conditions included in this determination.

No non-routine legal service expenses are approved for reimbursement for this claim.

As the Personal Representative, you are required to distribute any payment received from the VCF on behalf of the victim to the eligible survivors or other recipients in accordance with the applicable state law or any applicable ruling made by a court of competent jurisdiction or as provided by the Special Master.

**What Happens Next**

The VCF will deem this award to be final and will begin processing the payment on your claim unless you complete and return the enclosed Compensation Appeal Request Form within **30 days from the date of this letter** as explained below.  If you do not appeal, the Special Master will authorize the payment on your claim within 20 days of the end of the 30-day appeal period.  Once the Special Master has authorized the payment, it may take up to three weeks for the United States Treasury to disburse the money into the bank account designated on the VCF ACH Payment Information Form or other payment authorization document you submitted to the VCF.

- **Appealing the Award**:  You may request a hearing before the Special Master or her designee if you believe the amount of your award was erroneously calculated or if you believe you can demonstrate extraordinary circumstances indicating that the award does not adequately address your claim.  **If you choose to appeal, your payment will not be processed until your appeal has been decided**.

To request a hearing, you must complete and return the enclosed Compensation Appeal Request Form **and** Pre-Hearing Questionnaire no later than **30 calendar days** from the date of this letter.  The VCF will notify you in writing of your scheduled hearing date and time and will provide additional instructions to prepare for your hearing.  If both forms are



September 11th
Victim Compensation Fund

not submitted with complete information within 30 days, you have waived your right to appeal and we will begin processing your payment.

- **Amending your Claim**: You may amend your claim in the future if your circumstances change and you have new information to provide to the VCF. For example, you may amend if the WTC Health Program certifies additional physical conditions for treatment, if you have information in support of your claim that was not submitted to the VCF when your award was determined and that you believe would affect the amount of your award, or if you have incurred additional economic loss due to an eligible condition. The VCF will review the new information and determine if it provides the basis for a revised decision. Please see the VCF website for additional details on how to amend your claim and the specific circumstances that may be appropriate to request an amendment.

- **Notifying the VCF of new Collateral Source Payments**: You must inform the VCF of any new collateral source payments you receive, or become entitled to receive, such as a change to your disability or survivor benefits, as this may change the amount of your award. If you notify the VCF within 90 days of learning of the new collateral source payment, your award will not be adjusted to reflect the new entitlement or payment. If you notify the VCF more than 90 days after learning of the new or revised entitlement or payment, the VCF may adjust your award to reflect the new payment as an offset, which may result in a lower award. If you need to notify the VCF of a new collateral source payment, please complete the "Collateral Offset Update Form" found under "Forms and Resources" on the www.vcf.gov website.

Your award was calculated using our published regulations, and I believe it is fair and reasonable under the requirements of the Reauthorized Zadroga Act. As always, I emphasize that no amount of money can alleviate the losses suffered on September 11, 2001.

If you have any questions, please call our toll-free Helpline at 1-855-885-1555. For the hearing impaired, please call 1-855-885-1558 (TDD). If you are calling from outside the United States, please call 1-202-514-1100.

Sincerely,

Rupa Bhattacharyya
Special Master
September 11th Victim Compensation Fund


cc: WENDELL TONG



September 11th
Victim Compensation Fund

# Award Detail

Claim Number:     VCF0080372
Decedent Name:    DAVID MAHMOUD

| PERSONAL INJURY CLAIM (Losses up to Date of Death) | |
|---|---|
| **Lost Earnings and Benefits** | |
| Loss of Earnings including Benefits and Pension | $0.00 |
| Mitigating or Residual Earnings | $0.00 |
| **Total Lost Earnings and Benefits** | $0.00 |
| | |
| **Offsets Applicable to Lost Earnings and Benefits** | |
| Disability Pension | $0.00 |
| Social Security Disability Benefits | $0.00 |
| Workers Compensation Disability Benefits | $0.00 |
| Disability Insurance | $0.00 |
| Other Offsets related to Earnings | $0.00 |
| **Total Offsets Applicable to Lost Earnings** | $0.00 |
| | |
| **Total Lost Earnings and Benefits Awarded** | $0.00 |
| | |
| **Other Economic Losses** | |
| Medical Expense Loss | $0.00 |
| Replacement Services | $0.00 |
| **Total Other Economic Losses** | $0.00 |
| | |
| **Total Economic Loss** | $0.00 |
| | |
| **Total Non-Economic Loss** | $ |
| | |
| **Subtotal Award for Personal Injury Claim** | $ |



September 11th
Victim Compensation Fund

| DECEASED CLAIM (Losses from Date of Death) | |
|---|---|
| **Loss of Earnings including Benefits and Pension** | $ ▇▇▇▇ |
| | |
| **Offsets Applicable to Lost Earnings and Benefits** | |
| Survivor Pension | ($ ▇▇▇▇ ) |
| SSA Survivor Benefits | ($ ▇▇▇▇ ) |
| Worker's Compensation Death Benefits | $0.00 |
| Other Offsets related to Earnings | $0.00 |
| **Total Offsets Applicable to Loss of Earnings and Benefits** | ($ ▇▇▇▇ ) |
| | |
| **Total Lost Earnings and Benefits Awarded** | $ ▇▇▇▇ |
| | |
| **Other Economic Losses** | |
| Replacement Services | $ ▇▇▇▇ |
| Burial Costs | $ ▇▇▇▇ |
| **Total Other Economic Losses** | $ ▇▇▇▇ |
| | |
| **Total Economic Loss** | $ ▇▇▇▇ |
| | |
| **Non-Economic Loss** | |
| Non-Economic Loss - Decedent | $ ▇▇▇▇ |
| Non-Economic Loss - Dependent(s) | $ ▇▇▇▇ |
| **Total Non-Economic Loss** | $ ▇▇▇▇ |
| | |
| **Additional Offsets** | |
| Social Security Death Benefits | ($ ▇▇▇▇ ) |
| Life Insurance | ($ ▇▇▇▇ ) |
| Other Offsets | ($ ▇▇▇▇ ) |
| **Total Additional Offsets** | ($ ▇▇▇▇ ) |
| | |
| **Subtotal Award for Deceased Claim** | $ ▇▇▇▇ |



September 11th
Victim Compensation Fund

| Subtotal of Personal Injury and Deceased Claims | $ ▮ |
|---|---|
| PSOB Offset | ($ ▮ ) |
| Prior Lawsuit Settlement Offset | $0.00 |
| Previously Paid Personal Injury Award | $0.00 |
| TOTAL AWARD | $ ▮ |
| | |
| Factors Underlying Economic Loss Calculation | |
| Annual Earnings Basis (without benefits) | $ ▮ |
| Percentage of Disability attributed to Eligible Conditions - applicable to Personal Injury losses | |
| Start Date of Loss of Earnings Due to Disability - applicable to Personal Injury losses | |

| Eligible Conditions Considered in Award |
|---|
| Malignant Neoplams of The Nasal Cavity |

# Family Member Affidavits

Amber Rae Mercado

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

In Re:

TERRORIST ATTACKS ON                          03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

------------------------------------------------------------- X    **AFFIDAVIT OF**
EVELYN BETSO, et al.,                              **AMBER RAE MERCADO**


                                   Plaintiffs,        21-CV-01394 (GBD)(SN)


                    V.

ISLAMIC REPUBLIC OF IRAN,

                              Defendant.
------------------------------------------------------------- X

STATE OF NEW YORK       )
                                         : SS
COUNTY OF SUFFOLK      )


        AMBER RAE MERCADO, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at
████████████████████████████.

        2.      I am currently 26 years old, having been born on ███████████.

        3.      I am the daughter of Decedent, David Mahmoud, upon whose death my
claim is based, and submit this Affidavit in connection with the present motion for a
default judgment and in support of my solatium claim.

        4.      My father passed away from nasal cancer on November 11, 2010, at the age of 49
years old. It was medically determined that this illness was causally connected to his exposure to
the toxins resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5.      The decedent, David Mahmoud, was my father. He was a New York City Police Officer. We had a special relationship as I looked the most like him, and I was a bit of a tomboy. He always wanted a son, so I filled that role a bit. Education was very important to him, and I often think of the times he'd come to tell me to turn off my light but then leave me be because I was reading.

6.      I don't remember much about the actual day of 9/11, although it had such a lasting impact on my life. I know I was in school in kindergarten, and when I came home, my dad was gone. He was gone for a long time at work with the NYPD. As an adult I learned that he spent over a week at Ground Zero.

7.      At the start of my dad's illness, he had severe bloody noses. When it was found to be a rare cancer, his nose had to be removed. This left him with a larger hole in his face as he underwent chemotherapy. Obviously, this severely affected his looks. When he tried to get a prosthetic, they found that the cancer had spread, and he started a more aggressive treatment. The wound would ooze and smelt horrible, like death from the dying flesh. The only thing that hid the gaping hole was a triangular piece of gauze. He was embarrassed to go out and even scared children with his face. We nicknamed him "Jack" since he looked like a twisted jack-o-lantern and lit up his face when leaning it. It was devastating to watch my once strong father become this weak, deformed being. Eventually, his speech became impaired and my eldest sister, who took some sign language courses, taught him the sign for "medicine" so he could ask for more painkillers. I remember him walking with a walker around our house for exercise one day, and then just collapsing. He was so frail as I went to lift him up. Without his nose, my father couldn't taste things anymore. He often complained about how everything just tasted like cardboard. So, in that way, he immediately lost two senses, and then slowly lost more, as his sight was limited as well.

His eyes were always watery.

8.    I don't like to think about this time as it is very painful for me, and I'd rather repress it. I've attended therapy and am still processing the impact of his death and its effect on my life and my view of the world. I'm slow to trust and let people in and I have a fear of losing those I love. My father's hospice room was in our home in our dining room. When he passed, I refused to go in the room, and I avoided it for a long time. Normally, a person learns about death as a child through the loss of a family pet. In my life, that was not the case. I lost my dad first and my dog last. I had more years together with my dog than I did with my father. That feels cruel to me. There are many milestones I missed out on sharing with my father and will continue to miss out on sharing with my dad, due to losing him so young. He missed my 16th birthday, he never taught me how to drive, he couldn't attend either of my graduations, he'll never walk me down the aisle at my wedding, or even give me advice about my partner. He couldn't congratulate me on my first job or tell me he was proud of me for all my accomplishments as an adult. There are many questions I wish I could ask him. I wish he was here to help me with his mother, who is elderly and sick. I often get sad when new things come out that I think I would enjoy and share with him that I know I cannot. I wish he was here to support my aging mother, his high school sweetheart. I get angry at our time that got cut short.

AMBER RAE MERCADO

Sworn before me this

12 day of Sept , 2023

Notary public

BRANDON E CHAVEZ
Notary Public - State of New York
NO. 01CH6429336
Qualified in Suffolk County
My Commission Expires Feb 14, 2026

Ashley Mercado

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

In Re:

TERRORIST ATTACKS ON                          03-MDL-1570  (GBD)(SN)
SEPTEMBER 11, 2001

-------------------------------------------------------------- X    **AFFIDAVIT OF**
EVELYN BETSO, et al.,                                              **ASHLEY E. MERCADO**


                                    Plaintiffs,     21-CV-01394 (GBD)(SN)

                V.

ISLAMIC REPUBLIC OF IRAN,

                             Defendant.
-------------------------------------------------------------- X

STATE OF NEW YORK      )
                       : SS
COUNTY OF SUFFOLK      )


        ASHLEY E. MERCADO, being duly sworn, deposes and says:

        1.    I am a plaintiff in the within action, am over 18 years of age, and reside at
██████████████████████████████████ .

        2.    I am currently 31 years old, having been born on ████████████ .

        3.    I am the daughter of Decedent, David Mahmoud, upon whose death my claim is based, and submit this Affidavit in connection with the present motion for a default judgment and in support of my solatium claim.

        4.    My father passed away from nasal cancer on November 11, 2010, at the age of 49 years old. It was medically determined that this illness was causally connected to his exposure to the toxins resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5.      David Mahmoud was my father, a loving husband, and a dedicated police officer with the New York City Police Department for over 10 years. My dad was an incredible person; he was fun, lively, strong willed, a jokester, and an ultimate family man. There was no doubt that he loved his life, his family, and his job. He worked hard for years to be able to get to where he was in his career and had plans for continued growth in all avenues. Education was always very important to my dad, often saying to us "knowledge is power. I did everything I could to make him proud in this regard, continuing to college and to this day continuing to take classes and learn as much as I can. My dad was hardworking and dedicated, this is something that he taught myself and my sisters as we were growing up. I attribute this and his influence in developing my love of film and television to my own career and successes. I told my dad I wanted to make movies and he supported that fully giving me the confidence to seek out fulfilling this goal.

6.      My dad and I had a very special relationship; I was often the one that helped him around the house with projects and spent a lot of time with him building shared interests together. I enjoyed doing these things with him because I was able to learn from him, spend one on one time with him, and make him proud. My love of home renovations and design came from him. My confidence in my own strength and ability came from the confidence he instilled in me. I recall watching so many homes renovation shows together and eagerly asking to be a part of the renovation and design process of our kitchen renovation and my dad including me by asking my opinion on decisions. My dad also shared his love of Halloween with myself and my sisters. With his birthday being so close to Halloween, this was always a fun time in our house. I will never forget one of the first

the first Halloween's after we moved to Long Island. We were all so excited to decorate and have trick or treaters. We decorated, had creepy music playing and my dad, being the jokester he was, dressed up and spent hours outside waiting to scare trick or treaters as they came by; the only problem being there were no trick or treaters. That love of Halloween has never gone away for me and I treat it as a holiday just to remember and celebrate my dad. My dad was a fun person to be around; I loved spending time with him. I recall when we would go out to the diner or a restaurant to eat, he introduced me to French onion soup. This became "our dish" and he and I would go out, just the two of us especially just to have it. This special dish and memory have stayed with me, and I think of him, the time we spent together and the conversations we had whenever I have it to this day. In memory of my dad, I requested this soup be served especially just for him on my wedding day.

7.      My sisters and I were blessed to have my dad as an example of what a man should be and how he should treat his wife and children. My parents had the most beautiful relationship and that was due in part to the wonderful way that my dad treated my mom. I recall many times witnessing my parents having playful interactions with one another and dancing in the kitchen together. My dad showed me the type of person I would want to be with and the type of relationship I would want for myself. I respected and looked up to my dad; always looking forward to when I could spend time with him. My dad was smart, funny, and tough, but gentle when it came to us, his family. I loved being around my dad, learning from him, talking to him, and laughing with him. I will keep every memory and lesson he shared with me as long as I can. I only wish I could have more.

8.      When 9/11 occurred, I was in 5th grade and my dad had been a New York City police officer for several years. I recall coming home from school and wondering where my parents were. When my mom came home, I asked when my dad would be coming home, and she said she didn't know. This would be the same for several days. When he finally came home, I wanted to run up to him and welcome him as usual, but I couldn't do that until he had changed and cleaned off the dirt and debris. He would remove his clothes at the front entrance and immediately go upstairs to clean off and rest. This would be a recurring practice in the weeks to follow, as he would leave for work for long hours and sometimes days at a time. When 9/11 first occurred, my dad was on duty and promptly stationed at a nearby church in Lower Manhattan. The days after he would continue to be stationed in Lower Manhattan during the cleanup efforts of ground zero.

9.      For many years after 9/11 my dad would experience nose bleeds. I recall this because when I was younger, we would play a game where I would try to boop his nose to win a dollar and this game had stopped when he started having nosebleeds. My dad went on to see an ENT specialist and learned that he had an aggressive form of nasal cancer. After finding this out, he immediately began treatment starting with radiation, followed by amputation and chemotherapy. During his various treatments I saw my fun, loving, jokester dad struggle and weaken. My dad, who loved food, could no longer enjoy meals and eventually was only able to have liquified meals. I recall many mornings blending him oatmeal to the point that he could drink it out of a straw while wincing. He struggled to eat, to sleep, and to live a life full of pain and fear of leaving his family without him. He feared for our future, he feared for his life and this battle he was facing. I saw my dad lose weight, energy, strength, and confidence. My dad was understandably self-conscious and depressed about the removal of his nose. My dad experienced pain every day during his treatment from burning sensitive skin to nausea and all over body pain.

After the amputation they continued treatment with aggressive chemotherapy to try to slow down the spread of the cancer, making him weaker and weaker. The cancer continued to spread through his face and lungs. My dad was in so much pain, and would struggle to communicate, having to hold up his lip to try to form words. My dad fought every step of the way, despite the pain, but ultimately was taken over by the cancer and passed away on 11/11/10.

10.     My dad was diagnosed when I was just 16 years old, right when I was getting ready to transition from high school to college. Unbeknownst to me at the time, I was ending a huge chapter in my life and starting a new one in more ways than one. By the time of my high school graduation my dad had already had his nose amputated. When they removed his nose, I remember thinking if they removed all the cancer then this would all be over soon, but that was not the case. In fact, it made this chapter in our lives even more horrific. It hurt to see him this way, to see him struggle, in pain, and to visibly see him being taken over by cancer. He attended my graduation with a face bandage to cover the hole in his face. He was reluctant to take photos together and interact with others. The day was one of joy and pride, but underlying sadness. When it was time to decide which college I would attend, to go away or stay home, this became one of the hardest decisions of my life. He assured me I should go away to the school I wanted to attend, and he would fight to get better soon. I recall move-in day being emotional not only for reasons of living on my own and saying goodbye to my family but also not knowing what would happen to my dad while I was away.

11.     Throughout the year I went home almost every weekend to see him and help care for him. With every visit coming home to more and more change, not only of my dad's physical appearance, but also my family and home. Our home turned into a medical facility and my mom and older sister his nurses, especially once my parents decided to do hospice at home. It became

difficult to communicate with my dad and understand his speech both from the medication but also from the cancer spreading and affecting his mouth and lips. I will always question my choice to go away to school for the rest of my life, not knowing if it was right to give up what little time, I didn't know we had left, and not being able to be with him in his last moments; rushing to make it home in time and just missing saying goodbye by a few hours.

12.     The devastation and sadness that overcame me when my dad passed was the hardest experience I have had in my life. Since his passing I have felt the exponential feeling of loss in not having the most important man in my life anymore, as well as the fear of losing someone I love so soon in life. My mom was diagnosed with cancer just before my dad passed away and I recall fearing that we would all be reliving this horrific moment in life again, but now with my mom, and this time with the added fear of the financial burden no longer having my dad's income or insurance. I questioned once again if I should continue with school and how I could contribute to taking care of her and the finances.

13.     Not only has this fear and grief remained with me since his passing but also the feeling of so many missed opportunities. I couldn't have my dad attend my college graduation, something I worked hard and sacrificed so much to achieve in the hopes of making him proud. I'm not able to share joy and pride with him when reaching my career goals. These special moments have been and will continue to be bittersweet. Since my dad's passing, I have left the room or turned away to hide my pain and tears during weddings while they have the father daughter dance knowing I would not have that moment with mine. Being the amazing "girl dad" he was, I always knew I not only wanted to have my dad walk me down the aisle and have a dance at the reception, but I also wanted him there to help pick out my wedding dress and decor. Instead, my wedding day included tears of joy but also those of extreme sadness and pain knowing he was not there with me.

This pain continues when I think of the lost experiences that I will never get to experience with my dad. I won't be able to see him experience old age, mine and my sisters' children will never truly know the wonderful fun man that was their grandfather, I won't be able to see my husband form a beautiful relationship with my dad just as my dad did with my mom's parents. I miss talking to my dad every day, doing projects together, spending time together and hearing his advice and guidance. This loss and pain will remain with me forever. I will forever have a piece of me missing and wonder what life could have looked like if he was still with us.

ASHLEY E. MERCADO

Sworn before me this

_____ day of **October**, 2023

Notary public

RICHARD JOSEPH WILMER
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01WI6415974
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES 04/05/2025

Bessie Mercado

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

In Re:

TERRORIST ATTACKS ON                          03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

------------------------------------------------------------- X    **AFFIDAVIT OF**
EVELYN BETSO, et al.,                                              **BESSIE MERCADO**


                              Plaintiffs,      21-CV-01394 (GBD)(SN)

            V.

ISLAMIC REPUBLIC OF IRAN,

                       Defendant.
------------------------------------------------------------- X

STATE OF NEW YORK        )
                         : SS
COUNTY OF SUFFOLK        )


        BESSIE MERCADO, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at
████████████████████████████████████████ .

        2.      I am currently 61 years old, having been born on ███████████ .

        3.      I am the wife of Decedent, David Mahmoud, upon whose death my claims
are based. I submit this Affidavit in support of the present motion for a default money
judgment for the claim made on behalf of my husband's estate and for my solatium
claim.   On April 26, 2011, I was issued Letters Testamentary as Executor of my
husband's estate by the Suffolk County Surrogate's Court.

        4.      My husband passed away from nasal cancer on November 11, 2010, at the age of
49 years old. It was medically determined that this illness was causally connected to his exposure
to the toxins resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5.     David and I were high school sweethearts at the ages of 17 and 18 years old. We both attended Catholic schools, shared the same values, dreams of marriage, and then raising a family together. After a long engagement, we were happily married on 11/1/1986. David was a proud father to our 3 daughters Cynthia, Ashley, and Amber. David dedicated himself to following his career with the NYPD. The day of his graduation from the NYPD, I was 9 months pregnant with our youngest child. We were both so happy because we were completing our family; and David was starting a new career as a police officer. We had a wonderful marriage of 24 years. He passed 10 days after our 24th wedding anniversary. We were each other's best friends.

6.     David was a police officer with the NYPD in the 75th precinct. He was stationed to work at Ground Zero, where he did multiple tours. I remember when he came home, he removed his uniform and clothes at the front door and quickly put them in the wash to remove the dust and debris from being exposed to the rubble at Ground Zero. His death was declared line of duty because the form of cancer he developed was caused by exposure from being at Ground Zero. David was diagnosed with nasal cancer. He underwent radiation to reduce the tumors. He then had surgery to remove his nose. Followed by chemotherapy. However, the cancer spread, and he passed on 11/11/2010.

7.     Decedent's In 2008, David was promoted to detective, and while in training he was diagnosed with nasal cancer. He had to start treatment immediately and was placed on sick leave. David started with radiation followed by surgery to remove his nose. Unfortunately, the cancer continued to spread on his face and his lungs. He underwent chemotherapy and passed away on 11/11/2010. He suffered a great amount of pain as the cancer spread across his face and lungs. David was also depressed from the removal of his nose and from the fears of losing his battle with

cancer. He feared losing all his dreams to raise a family with me and our daughters. David feared

we would not grow old together. We had plans to travel together and support each other in our old

age. David suffered deeply both physically and mentally.

8.      Once David died, our family lost our main source of income and health insurance

benefits. Losing David devastated me beyond words. I couldn't completely mourn my husband

because in October of 2010, I was diagnosed with breast cancer. I had a lumpectomy and underwent

radiation and chemotherapy. I had no choice but to pay Cobra Health Insurance for myself and my

children to cover my treatments, and our daughters' health care. All with the fear of not knowing if

I would survive my battle with cancer and possibly leave our children orphaned. This was very

stressful because I lost my forever partner, my friend, my caretaker, my main financial provider,

and my support system.

BESSIE MERCADO

Sworn before me this

12 day of Sept ,2023

Notary public

BRANDON E CHAVEZ
Notary Public - State of New York
NO. 01CH6429336
Qualified in Suffolk County
My Commission Expires Feb 14, 2026

Cynthia Mercado

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

In Re:

TERRORIST ATTACKS ON                    03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

------------------------------------------------------------------ X      **AFFIDAVIT OF**
EVELYN BETSO, et al.,                    **CYNTHIA D. MERCADO**


                              Plaintiffs,    21-CV-01394 (GBD)(SN)


              V.


ISLAMIC REPUBLIC OF IRAN,


                              Defendant.
------------------------------------------------------------------ X

STATE OF NEW YORK        )
                         : SS
COUNTY OF SUFFOLK        )


       CYNTHIA D. MERCADO, being duly sworn, deposes and says:

       1.     I am a plaintiff in the within action, am over 18 years of age, and reside at

████████████████████████████████████████.

       2.     I am currently 35 years old, having been born on ████████████.

       3.     I am the daughter of Decedent, David Mahmoud, upon whose death my claim

is based, and submit this Affidavit in connection with the present motion for a default

judgment and in support of my solatium claim.

       4.     My father passed away from nasal cancer on November 11, 2010, at the age of 49

years old. It was medically determined that this illness was causally connected to his exposure to

the toxins resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5.      The decedent was my father. He was a police officer for the NYPD. My dad and I would work on our cars together, and he helped me to be independent and to not rely on other people for anything.

6.      My father was employed by the New York Police Department. He was at Ground Zero for over 40 hours after the attacks, assisting with the search and rescue efforts. In doing this, he exposed himself to the toxins in the air around the area and was completely covered in soot and ash. When he came home, he was completely colored grey from all the dust on him. You couldn't even see the color of his hair. He would undress at the door, and put his clothes straight in the wash, and then run to the shower to wash all the dust off. He would repeat this for weeks.

7.      It started with nose bleeds, and then progressed to a deformed bump in his nose. This bump was the cancer that he got due to his exposure to the rubble at Ground Zero. He underwent chemo and radiation therapy; he also had his nose surgically removed which eventually led to his death. After his nose was removed, he rarely went out due to people staring at him. He had a gaping hole in the middle of his face. The chemo and radiation did not help. The cancer continued to grow and eat at his flesh, taking away his upper lip and gums. Some of his teeth fell out due to the lack of tissue in his mouth. His jaw was locked shut and he couldn't talk or eat. I had to teach him signs in sign language so he could communicate with us when he was in pain and needed medicine. He had to have a feeding tube surgically placed in his abdomen since he could not eat. He lost a significant amount of weight, and you could see the outline of his spine and ribs. Before his passing, he had to be heavily medicated due to the immense pain he was in.

8.      My dad never got to see me graduate college, buy my first home. He will never walk me down the aisle when I get married or meet his grandchildren. I can't turn to him for advice or support anymore. I miss my dad every day. My dad was way too young to die when he did. My

time with him was cut short, I have had to watch my mother suffer and grieve him. Seeing her this way breaks my heart. My dad was the love of my mother's life, and he was our rock. I sometimes struggle to remember his laugh; I will never be able to hug my father again.

CYNTHIA D. MERCADO

Sworn before me this

12 day of Sept, 2023

Notary public

BRANDON E CHAVEZ
Notary Public - State of New York
NO. 01CH6429336
Qualified in Suffolk County
My Commission Expires Feb 14, 2026