# EXHIBIT V

# Estate of Robert Runco

# VCF Documentation



September 11th
Victim Compensation Fund

September 5, 2017

LAURA RUNCO
C/O WENDELL TONG
SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO, PC
120 BROADWAY 18TH FLOOR
NEW YORK NY  10271

Dear LAURA RUNCO:

The September 11th Victim Compensation Fund ("VCF") has reviewed your Eligibility Form.
You submitted an Eligibility Form on behalf of ROBERT RUNCO.  Your claim number is
VCF0094462.  Your Eligibility Form was determined to be substantially complete on
September 03, 2017.  As stated in the Regulations and on the claim form, by filing a
substantially complete Eligibility Form, you have waived your right to file or be a party to a
September 11th-related lawsuit on behalf of the decedent and his or her survivors.

**The Decision on your Claim**

The VCF has determined that the decedent has met the eligibility criteria established in the
statute and regulations.  Based on the information you submitted and information the VCF
has received from the World Trade Center ("WTC") Health Program, the decedent has been
found eligible for the following injuries:

- MALIGNANT NEOPLASM - BRONCHUS & LUNG WITH METASTASIS

Please note that there are several reasons why an injury that you think should be eligible is not
listed above.  For non-traumatic injuries, the name of the injury is based on the information
provided by the WTC Health Program and there may be different names for the same injury.
Additionally, your injury may not be listed if it was only recently certified for treatment by the
WTC Health Program.

If in the future the WTC Health Program should notify you that a condition previously found
eligible is no longer certified, you must inform the VCF as this may affect your eligibility status
and/or the amount of your award.

**What Happens Next**

**If the decedent was certified for treatment by the WTC Health Program for a condition not
listed above**, you should amend your claim.  Please see the VCF website for details on how to
amend your claim.  The VCF will review the new information and determine if it provides the
basis for a revised decision.

**If you believe the decedent had eligible injuries not treated by the WTC Health Program**
and you would like the VCF to consider those injuries before calculating the amount of any



September 11th
Victim Compensation Fund

compensation, you should amend your claim.  If you choose to amend your claim, you will need to use the VCF Private Physician process.  The Private Physician process is a way for the VCF to gather the required information about the decedent's treatment in order to process your claim. All forms are available on the VCF website under "Forms and Resources."  The website also includes detailed information and instructions on the Private Physician process.

**If the decedent did not have injuries other than those listed above,** you should submit your Compensation Form and required supporting materials.  If you have already submitted your Compensation Form, you do not need to take any action at this time unless you receive a request from the VCF for missing information.  The VCF will calculate the amount of any compensation based on the conditions listed above after all compensation-related documents are submitted.

If you have questions about the information in this letter or the claims process in general, please call our toll-free Helpline at 1-855-885-1555.  For the hearing impaired, please call 1-855-885-1558 (TDD).  If you are calling from outside the United States, please call 1-202-514-1100.

Sincerely,

Rupa Bhattacharyya
Special Master
September 11th Victim Compensation Fund

cc: LAURA RUNCO





December 20, 2022

LAURA RUNCO

████████████████████████

# Your Award
**Claim VCF0094462**

Dear LAURA RUNCO:

The September 11th Victim Compensation Fund has reviewed your amendment(s) for additional compensation. Based on our review, we have increased your total award to $██████████.

We already paid you $██████████. As a result of the decision on your amendment(s), we will pay you an additional $██████████.

The enclosed "Award Detail" lists the eligible condition(s) that are included in your award and explains how the award was calculated.

## When will I get paid?

Your lawyer will receive your payment by approximately **March 13, 2023.** Once your lawyer receives your payment, they should send your payment to you within thirty days. If you have questions about your payment, please contact your lawyer.

**If you request an appeal hearing,** you will not receive your payment until **after** your hearing has been held and a decision has been made on your appeal.

As the personal representative for the estate of ROBERT RUNCO, you may be required to distribute the payment to other people under state law. The VCF cannot advise you on how to distribute the payment.

## What if I believe there is an error in my award?

If you believe there is an error in your award, you may request an appeal hearing. To request an appeal hearing, follow the instructions on the enclosed Compensation Appeal Request Form. Please pay attention to the specific dates on the form. If you do not submit the completed form by the required date, ***you will lose your right to appeal***.

If you decide not to appeal, we will consider your award to be final once the date for requesting an appeal has passed.



**September 11th
Victim Compensation Fund**

## Do I have to tell the VCF if I receive other payments relating to my VCF-eligible conditions?

Yes. If you receive any other payments relating to your VCF-eligible condition(s) before October 1, 2090, **you must tell us**. Some examples of other payments are lawsuit settlements, workers' compensation benefits, Social Security disability benefits, or long-term disability insurance. ***You are required by law* to tell us about these and all other payments you receive related to your VCF-eligible conditions.**

To tell us about these payments, submit a Collateral Offset Update Form. You can find this form at https://www.vcf.gov/sites/vcf/files/resources/CollateralOffsetUpdateForm.pdf. Your deadline for submitting the form is 90 days after you find out that you will be receiving the payment.

## How much can my lawyer charge me for representing me in my amendment(s)?

By law, your lawyer can charge you up to ten percent of the additional amount you received as a result of your amendment(s). Your lawyer can also charge you for two types of costs, if they incurred them as part of your amendment(s):

(1) The cost of getting copies of medical records, but only if certain requirements are met. The requirements are listed at https://www.vcf.gov/policy/information-individuals-attorneys.

(2) The cost of translating documents into English, but only if certain requirements are met. The requirements are listed at the same website.

The VCF did not approve your lawyer charging you for any other costs.  If payment was made to your lawyer, then your lawyer will subtract their fee and the allowed costs before sending your payment to you.

## What if I have questions?

If you have questions, visit our website or call us:

> **Website** www.vcf.gov
>
> **Toll-free Helpline** 1-855-885-1555
>
> **Hearing impaired** 1-855-885-1558 (TDD)
>
> **Outside the United States** 1-202-514-1100

Please have your claim number ready when you call: VCF0094462.

If you have a lawyer representing you in your VCF claim, your lawyer may also be able to answer your questions.



Sincerely,

August E. Flentje
Special Master
September 11th Victim Compensation Fund

WENDELL TONG can access the electronic copy of this letter uploaded to your online claim.



# Award Detail

Claim Number:     VCF0094462
Decedent Name:    ROBERT RUNCO

| PERSONAL INJURY CLAIM (Losses up to Date of Death) | |
|---|---|
| **Lost Earnings and Benefits** | |
| Loss of Earnings including Benefits and Pension | $0.00 |
| Mitigating or Residual Earnings | $0.00 |
| **Total Lost Earnings and Benefits** | $0.00 |
| | |
| **Offsets Applicable to Lost Earnings and Benefits** | |
| Disability Pension | $0.00 |
| Social Security Disability Benefits | $0.00 |
| Workers Compensation Disability Benefits | $0.00 |
| Disability Insurance | $0.00 |
| Other Offsets related to Earnings | $0.00 |
| **Total Offsets Applicable to Lost Earnings** | $0.00 |
| | |
| **Total Lost Earnings and Benefits Awarded** | $0.00 |
| | |
| **Other Economic Losses** | |
| Medical Expense Loss | $█████ |
| Replacement Services | $0.00 |
| **Total Other Economic Losses** | $█████ |
| | |
| **Total Economic Loss** | $█████ |
| | |
| **Total Non-Economic Loss** | $█████ |
| | |
| **Subtotal Award for Personal Injury Claim** | $█████ |



September 11th
Victim Compensation Fund

| DECEASED CLAIM (Losses from Date of Death) | |
|---|---|
| **Loss of Earnings including Benefits and Pension** | $ ▮▮▮ |
| | |
| **Offsets Applicable to Lost Earnings and Benefits** | |
| Survivor Pension | $0.00 |
| SSA Survivor Benefits | $0.00 |
| Worker's Compensation Death Benefits | $0.00 |
| Other Offsets related to Earnings | $0.00 |
| **Total Offsets Applicable to Loss of Earnings and Benefits** | $0.00 |
| | |
| **Total Lost Earnings and Benefits Awarded** | $ ▮▮▮ |
| | |
| **Other Economic Losses** | |
| Replacement Services | $ ▮▮▮ |
| Burial Costs | $ ▮▮▮ |
| **Total Other Economic Losses** | $ ▮▮▮ |
| | |
| **Total Economic Loss** | $ ▮▮▮ |
| | |
| **Non-Economic Loss** | |
| Non-Economic Loss - Decedent | $ ▮▮▮ |
| Non-Economic Loss - Spouse/Dependent(s) | $ ▮▮▮ |
| **Total Non-Economic Loss** | $ ▮▮▮ |
| | |
| **Additional Offsets** | |
| Social Security Death Benefits | ($ ▮▮▮ ) |
| Life Insurance | ($ ▮▮▮ ) |
| Other Offsets | $0.00 |
| **Total Additional Offsets** | ($ ▮▮▮ ) |
| | |
| **Subtotal Award for Deceased Claim** | $ ▮▮▮ |



September 11th
Victim Compensation Fund

| Subtotal of Personal Injury and Deceased Claims | $██████ |
|---|---|
| PSOB Offset | $0.00 |
| Prior Lawsuit Settlement Offset | $0.00 |
| TOTAL AWARD | $██████ |
| | |
| Factors Underlying Economic Loss Calculation | |
| Annual Earnings Basis (without benefits) | $██████ |
| Percentage of Disability attributed to Eligible Conditions - applicable to Personal Injury losses | |
| Start Date of Loss of Earnings Due to Disability - applicable to Personal Injury losses | |

| Eligible Conditions Considered in Award |
|---|
| Malignant Neoplasm - Bronchus & Lung With Metastasis |

# Family Member Affidavits

Laura Runco

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

In Re:

TERRORIST ATTACKS ON                                03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

-------------------------------------------------------------- X    **AFFIDAVIT OF**
EVELYN BETSO, et al.,                                               **LAURA RUNCO**


                                      Plaintiffs,    21-CV-01394 (GBD)(SN)

                    V.

ISLAMIC REPUBLIC OF IRAN,

                                      Defendant.
-----------------------------------------------------------------X

STATE OF NEW YORK        )
                         : SS
COUNTY OF KINGS          )


        LAURA RUNCO, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at

██████████████████████████████.

        2.      I am currently 65 years old, having been born on ███████████████.

        3.      I am the wife of Decedent, Robert Runco, upon whose death my claims are
based. I submit this Affidavit in support of the present motion for a default money judgment
for the claim made on behalf of my husband's estate and for my solatium claim. On February
11, 2016, I was issued Letters of Administration as Administrator of my husband's estate by
the Kings County Surrogate's Court.

        4.      My husband passed away from lung cancer on December 20, 2014, at the age of
57. It was medically determined that this illness was causally connected to exposure his to the
toxins resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

                                           1

5.     My husband, Robert (Bob) Runco and I were married 27 years at the time of Robert's passing. He was an IT Project Manager for Citigroup for several years before and after September 11th.  Robert was always an early riser and loved to get many chores done early in the morning. Being the son of former restaurant owners, he loved to get to the supermarkets early in the morning to buy everything fresh on a daily basis. He would plan the days meals and his passion would be cooking for his family every day including barbequing year-round. Not only did Robert do all the grocery shopping and cooking but he was extremely handy. He did plumbing, including snaking our sewer drains, electrical work, plastering, sheet rocking, painting, cleaned gutters and all of the general maintenance that a home requires. He did the heavy cleaning for me, washed windows, mowed the lawn, gardened, trimmed bushes, opened and closed the swimming pool seasonally as well as maintaining it. He shoveled our long driveway every time it snowed. He took the garbage pails to the curb twice a week for pick up. He even maintained our cars. Robert majored in finance in school and that made him want to take care of our household finances. He paid the bills, managed our finances and always shopped around for the best insurance policies around. He connected all the technology in our home from computers, TVs, internet, and home security. Being the foodie that my husband was, we enjoyed going out to dinner frequently to try different foods. We socialized with other couples on a regular basis and loved to laugh. We traveled whenever we could and each summer, we rented a cabana at the beach where we made beautiful memories with our daughters playing in the surf and watching amazing sunsets. All this was taken away from us all too soon. His love for us and presence can never be replaced.

6.     The day of the attacks my husband was in a meeting at 111 Wall Street, New York City when the planes hit. He left the building, walked through a cloud of dust and over the Brooklyn Bridge home to Bay Ridge, Brooklyn. At first, we had no contact with each other as cell

2

phones were not working. I was filled with fear. After he crossed the bridge into Brooklyn, he found a pay phone from which he called me to tell me he was okay. I felt a relief in my chest at the time. An unknown driver gave him a lift for part of the way home. When he walked through the door of our home he was visibly covered in white dust. I know he had to have inhaled the toxins in this dust leaving his office building, crossing the Brooklyn Bridge on foot and walking home. He subsequently returned to work even before all the debris and dust was cleared in Downtown Manhattan and continued to work full time for Citigroup as a IT Project Manager until ten days before his death on December 20, 2014.

7.     Sometime in 2010 my husband developed a cough which doctors treated as an allergy after a negative x-ray. He was given inhalers, antihistamines, and steroids but nothing seemed to help. Upon our visit to the pulmonologist, he was given a lung CT scan. On August 29, 2011, the resulting news was not good. The CT scan revealed a large mass in the right lung that seemed to be touching the heart. Right from the start we were told this was a cancerous tumor and major decisions had to be made. Shortly after this news, Bob had his first bronchoscopy of many. All were in agreement that surgery came first since it was too close to the heart. Bob went into the OR at NYU the first week of September. The surgeon sadly told us he tried the entire time to remove the lung, but the tumor had wrapped around and attached itself to Bob's heart and he could not remove it. He was visibly upset and told me chemo and radiation were the next line of treatment but at best Bob only had a 30% chance of survival. Bob agreed to do what was necessary. While trying to recover from this painful unsuccessful surgery he had 33 radiation treatments daily except for weekends. We had to drive from Bay Ridge to NYU on a daily basis all while being sick from the rounds of chemo that were given in cycles that I cannot even remember. Rounds of chemo continued on and off, CT scans and bronchoscopes each saying there were some improvements.

Then a certain chemo would stop working, so onto the next and so forth until there were no more treatments to be had. Each treatment leaving him with lasting affects neuropathy in his hands and feet, no appetite or sense of taste. We lived CT scan to CT scan. He even tried a clinical ~~tried~~ trial at Sloan Kettering that works with your immune system (this destroyed his thyroid). It worked and then failed. Doctors repeatedly did bronchoscopies to cut the growing tumor back in his bronchus. Finally, Dr. Zervos and Dr. Galloway from NYU agreed to try to remove Bob's right lung, a piece of his heart and a piece of his diaphragm. We had major discussions about taking the chance and even said our goodbyes prior to surgery. The surgery took place March 21, 2014, lasted nine hours and was never done before. Doctors were not sure he would survive the surgery, let alone the night, and Bob came through with flying colors. Memorial weekend he was bike riding. Yet pathology showed there were still early signs of cancer that remained in the chest wall. Dr. Zervos said he cauterized everything and didn't think any of those cancer cells would survive. But he was also on cardiopulmonary bypass during surgery and received sixteen units of blood, during surgery. That meant a rogue cancer cell could have traveled somewhere else. Even though recovery was difficult, and Bob had to learn to live with breathing with the one lung, he felt he had another chance. The next step was to eliminate those lingering early cells through more radiation after he healed from surgery, so on May 27, 2014, Bob resumed radiation. Little did we know, this was the beginning of the end. Bob was having difficulty breathing more than he should have with one lung. There were between four and six runs to the emergency room at NYU, of me driving him quickly as I could. I would alert his doctors and the ER would be prepared for him. They all included blood tests, oxygen, CT scans. There were admittances. He was found to have fluid in his remaining lung and was given a couple of weeks of antibiotics. This did not alleviate his breathing difficulty. Finally, a difficult to find diagnosis was made with a bronchoscopy on June 14th, a bronchial

4

fistula, along with pneumonia. (This meant he was in the hospital for what would be his last Father's Day, June 15th). Fluid from the empty cavity, where the removed lung was located, was seeping through a tiny hole in the bronchus into his left lung causing the shortness of breath. To try to correct this they inserted a chest tube to drain the fluid from the empty cavity to be in place for three weeks in hope that the fistula would heal and close. Also, he was on a month of antibiotics. The fluid drained into a box that had to be attached to the tube, drained, and measured regularly. After three weeks, the chest tube was removed. On July 7th, we were back in the ER with shortness of breath again. He was admitted once again, had another bronchoscopy on July 9th, was discharged July 11th with a month of antibiotics. I've lost track of whether they were oral or IV. On July 14th, he had emergency surgery at 11:00 pm to create what is called an Elosser flap. Ribs were removed and an open hole was created in his chest that was filled at first with 18 feet of gauze, in time only six feet. This was in hope that the fluid would be absorbed by the gauze and the bronchial fistula would heal. The gauze had to be changed daily after administering pain medication. July 15th was his last birthday, and it was spent in the surgical ICU. A dressing to suction the wound (a VAC) was placed in the chest opening. Complications set in and on July 17th he was rushed back into the OR to detach the VAC as it caused intense pain and couldn't be removed bedside. By August 4th there were constant complications with high fevers. Blood cultures revealed he had MRSA. He was sent home on August 5th with IV antibiotics again. Upon leaving the hospital our oldest daughter, Christine, an RN, was trained by Bob's surgeon to change the gauze daily, being extra careful and monitoring the wound. She did this every evening that he was at home until his last hospitalization. We sterilized instruments every night. Insurance only covered a nurse coming in twice a week for wound dressing. Once they saw what they were dealing with, they did not know how to proceed. Therefore, Christine took on the responsibility of caring for her father. You could

actually see his heart beating in the pericardium when you looked into the chest cavity. I would do the sterilizations and prep all the supplies. The smell of the blood and eventual infections was constant. The gauze which was soaked with Dakin's solution smelled like bleach. His shirts were always stained with blood from drainage. The bed sheets as well. We learned quickly that this was not going to be easy but took the task head on. Events like aphasia and mini seizures filled our evenings. I learned to shower him, cut his hair, and give him a shave. I truly do not remember many events and exact dates as there are too many to remember. On August 6th Bob presented with a stroke in our living room. He became aphasic, limp, and lost bladder control. He was home less than 24 hours. A brain MRI revealed what looked like leptomeningeal carcinomatosis, lesions on the lining of the brain. The radiologist called me at home at 7:00 am in the morning to tell me she was very sorry for this diagnosis as there is no hope. Again, I was devastated. His neurologist was convinced it was just the MRSA causing issues on the brain lining but wanted to do a series of spinal taps to see if there were cancer cells in the spinal fluid. After the first tap, my husband developed severe headaches. Upon bringing him to a recommended pain management doctor, adding insult to injury, he tripped, lost control, fell and broke his collar bone. Just more pain on top of everything else. All three spinal taps, done at different intervals were negative. Bob was now using a walker and sleeping on a recliner in the living room most nights. He could breathe better in an upright position. I also got a pain management specialist on his team as the pain meds the surgeons were giving were not enough to control the pain. The next few months were torture for my husband and torture for my daughters and myself to watch a strong vibrant man who surfed year-round decline steadily. Shortly thereafter Bob had many hospitalizations as the MRSA was eating at the heart patch and doctors either reattached it or replaced it with new materials. Each episode started with bleeding from the open hole in his chest; and the bronchial fistula was not

healing. Each bleeding episode led to more blood transfusions and typing him was getting more difficult. He was beginning to reject transfusions. Bob's pain and suffering were getting more intense, but his love for his family kept him fighting. I asked if he was getting tired and he said he would die fighting. I do remember one night he was in a stepdown until after having the patch repaired, and he wanted something to eat from the deli. I eagerly went to get him what he wanted. After a couple of bites, he coughed, became aphasic and major bleeding episode occurred. Around October 18th he aspirated on a Cooke and had to be hospitalized as he could not breathe. The night before discharge he told me he wasn't feeling well and to please not leave him. He tried to stand up and lost total control of his legs, he went into a seizure stroke episode that caused doctors to immediately do a brain CT scan. It revealed brain tumors. The lung cancer did spread to his brain, and we received the news when a callous doctor came to the bedside while Bob was trying to eat dinner. The doctor said he was there to discuss the inoperable brain cancer upon which my husband vomited upon hearing this news. The one thing Bob was, was claustrophobic and really could not deal with MRI's. He stressed immensely and had to be heavily sedated to have MRI's taken. I actually had to go into the MRI room with him and rub his leg to soothe him so he could go into the machine. I would stand there for an hour at a time for each MRI. His pain was getting increasingly difficult to manage. After a brain MRI, the gamma knife procedure was suggested to eliminate the brain cancer cells. SO, on October 31st Bob had the Gamma Knife procedure performed. Usually, steroids are prescribed after the procedure to reduce brain swelling but because of the MRSA doctors chose to not give them immediately. Well on November 2nd, while at home, Bob collapsed on the floor and lost use of his legs. Immediately I called the doctor, and he prescribed steroids. At this point he needed a urinal and needed help. I moved furniture around and put an air mattress on the floor. This is where I slept for a while so that I could help him during

the night. Eventually Bob was actually walking without the walker. Until November 12th Bob seemed to be doing very well. On Wednesday evening, November 12th at about 9:30 pm while watching TV Bob called out from the living room saying he didn't feel well. As I approached him, I heard gurgling, like your kitchen drain backing up. His neck swelled immediately, and his eyes rolled back. He was unresponsive when I noticed a huge pool of blood on the floor. Blood was being pumped out of his chest with each beat of his heart. The ambulance took him to Lutheran Medical Center where they could only give him transfusions as they don't have cardiac surgeons. (He had to be given antihistamines prior as not to have a reaction to another transfusion). Not that they would know what to do with the type of surgery he had. It was a difficult night and a lot of red tape to get him transferred to NYU. Lutheran did not want him to die on their watch. Finally, at 3:00 pm Bob was transferred to NYU and immediately brought into the OR. Dr. Zervos warned me that there probably wasn't much more he could do but would try. Once again waiting by the OR doors we would stare at each other knowing that might be the last time. Bob remained hospitalized in hope that they could strengthen him and have the plastic surgery team close the Eloesser Flap. It was apparent that it was a death watch, but I was not accepting it. During this time, it was a constant battle to keep him impatient. Administration wanted me to take him home. Rehab centers would not take him with the Eloesser Flap open. On December 4th, while having lunch, Bob coughed and had a second major bleed while his mom was in the room. He was stabilized but now they were converting his room to hospice as they weren't sure if he would make it through the night. I had both daughters take cabs in and tried to prepare them to say goodbye to their father. Dr. Zervos would not give up on Bob since Bob was fighting with the greatest desire to live. Dr. Zervos removed him from hospice, got the plastic surgery team together and they planned to close the flap. The idea was in closing the flap it would put pressure on the heart to

8

prevent another bleed. Bob once again agreed to proceed. Hoping for the best. The next week was focused on his nutrition. He was very weak and again warned he may not make it through the surgery. Bob's whole team decided to have the surgery on December 11th. It was a twelve-hour surgery. We were explained that in closing the hole there were too many options. The first to take muscle from his back and that would be sufficient. The second was if that was not sufficient, they would have to remove a quadriceps from his right leg and use that to create muscle to close the opening. They would try the first one and only proceed to the second if necessary. The head of the plastics team told me to go home after I walked to those very familiar doors. He said he would call and keep me posted. I remember Bob being so drugged. Michele was in school and couldn't get there fast enough. She called just as he went into the OR to say goodbye to her father. I heard the conversation, and it ripped me apart. How much more could my girls endure and come out of this normal. I came home and Christine and I laid in bed with bated breath for news. It was about 12:30 am when the doctor called and said the first method failed. That blood was not perfusing to the cavity properly. He had to remove the quadriceps and that would take another six hours of surgery. How much more could Bob endure. Staying positive we prayed and didn't sleep for the next six hours. Bob was intubated and removed the tube from his throat while in recovery. It took several tries to get it back it and caused injury to his throat. Watching him on this respirator with his hands tied was torture. His eyes begging me to help him. The tube remained in, and he suffered until Saturday, December 13th, when it was time for the tube to be removed. It was removed and he seemed to be doing well for about six hours. His mom and our daughters were there for the day and then went home. I stayed like usual until very late. It was about 10:00 pm when I noticed he couldn't expel secretions and he could not breathe. A whole team swarmed in and reintubated him. I begged for him to be sedated so they decided to keep him on a propofol drip. Now he was just a

sleeping body, hooked up to machines. I told myself at least he didn't look to be in pain or distress. The following week was a living nightmare. I would be at his bedside until late every night asking the nurse to lower the drip just enough for him to come through so that I could talk to him. I recall asking him if he was tired. He shook his head "no". I asked if he trusted me. He nodded "yes". I asked if he was too tired to go on. He vehemently shook his head "no". I asked if he would tell me. He shook his head "yes". Bob had drains coming out of everywhere. His leg, his back, and the suction canister from the ventilator was full of blood. The Medical ICU team was telling me he had a month at best left and I had to decide whether or not I wanted to put him on a trach as they felt he would not last if he was extubated. Doctors asked when I wanted to extubate him. I asked that it be done December 20th as both my daughters had semester finals. Christine in Grad school and Michele at Pratt. On Saturday, December 20' 2014, they started slowly to wean Bob off the respirator and took him off the drip. He was constantly being suctioned and I still noticed the blood coming out. I was told it was just the irritation from his throat. I remember Bob being impatient and wanting the tube out. Finally, a little after 5:00 pm the tube was removed. We could finally talk but it didn't last long when the secretions were very difficult to cough up. The struggle for air began. Michele and Bob's mom were unable to watch and waited outside the room. All of a sudden Bob's oxygen level dropped and he became hypoxic. The nurse said "Bob what do you want us to do" he adamantly replied "I want to live". Those are the last words I ever heard from his lips. The nurse proceeded to ask him if he wanted to be trached, I did not hear his reply of "let me think about it" I did hear the nurse say "Mr. Runco, you do not have enough time to think about it" as she pulled me to the head of the bed. Bob's eyes were totally bloodshot. He was suffering, struggling, gasping for air. I begged him to tell me if he wanted it. A simple yes or no. Christine adamantly saying "Dad would not want it. Don't do it". His mom in the background telling me to

10

let him go that he suffered enough. Michele sobs burned into my memory. Bob stared at me. He never gave me an answer. The room was full of medical staff. The head nurse saying "Mrs. Runco, Mrs. Runco we have the morphine in our hand. Make it easier for him. Let him go. It's time." But I just heard him say he wanted to live. He promised to tell me when he was tired. Why wasn't he answering me. Did he not hear me. Could he not answer me. As his health care proxy, I refused the trach and had them administer the morphine. It was just a matter of minutes before Bob passed. It was a death filled with struggle and pain. There was nothing peaceful about it. I watched my father pass 19 months before peacefully. This was not the same. No nowhere near. The final words still haunt me. He wanted to live, and I put an end to it. While this is a very long description to read, can you only imagine what it was like to experience. These years were filled with extreme pain and intense emotions.

8.      It's the physical, mental, emotional strains can only be told with ink printed on this paper. But every strain took its toll, left an unforgettable scar. Our future forever changed, dreams unfulfilled. Daughters someday not being walked down the aisle with their father. Their children not having a paternal grandfather. Financial fears on how to continue without having my own career. Countless moments for me dealing with my daughters with boyfriends, car issues, student loans, alone. Learning to hire people to take care of the house issues that Bob would have normally taken care of. Couple friends that disappear because you are no longer a couple at such an early age. These are only some of the secondary losses that most people don't even think about. Now as I'm approaching the age of 65 and my daughters have moved out, I am alone. I am cheated of growing old with my spouse. This emotional pain does not go away. It changes with each passing

year showing a different phase of the loss and loneliness that didn't have to be.

LAURA RUNCO

Sworn before me this

8 th day of Sept 2023

Notary public

AMY LIU
Notary Public - State of New York
No. 01LI6438325
Qualified in Richmond County
My Commission Expires 08/08/2026

12