# EXHIBIT QQ

Estate of Charles Williams

# VCF Documentation



September 11th
Victim Compensation Fund

June 18, 2020

WINSTON LEWIS

████████████
████████████

**Re: CLAIM NUMBER: VCF0126612**

Dear WINSTON LEWIS:

The September 11th Victim Compensation Fund ("VCF") has reviewed your claim for eligibility.  You submitted a claim form on behalf of CHARLES WILLIAMS.

**The Decision on your Claim**

The VCF has determined that the decedent has met the eligibility criteria established in the statute and regulations.  Based on the information you submitted and information the VCF has received from the World Trade Center ("WTC") Health Program, the decedent has been found eligible for the following injuries:

- ACUTE MYELOBLASTIC LEUKEMIA NOT ACHIEVED REMISS
- ASTHMA, UNSPECIFIED, UNSPECIFIED STATUS
- MULTIPLE MYELOMA NOT HAVING ACHIEVED REMISSION
- OTHER CHRONIC BRONCHITIS

Please note that there are several reasons why an injury that you think should be eligible is not listed above.  For non-traumatic injuries, the name of the injury is based on the information provided by the WTC Health Program and there may be different names for the same injury. Additionally, your injury may not be listed if it was only recently certified for treatment by the WTC Health Program.

If in the future the WTC Health Program should notify you that a condition previously found eligible is no longer certified, you must inform the VCF as this may affect your eligibility status and/or the amount of your award.

**What Happens Next**

**If the decedent was certified for treatment by the WTC Health Program for a condition not listed above**, you should amend your claim.  Please see the VCF website for details on how to amend your claim.  The VCF will review the new information and determine if it provides the basis for a revised decision.

**If you believe the decedent had eligible injuries not treated by the WTC Health Program** and you would like the VCF to consider those injuries before calculating the amount of any compensation, you should amend your claim.  If you choose to amend your claim, you will need



September 11th
Victim Compensation Fund

to use the VCF Private Physician process.  The Private Physician process is a way for the VCF to gather the required information about the decedent's treatment in order to process your claim. All forms are available on the VCF website under "Forms and Resources."  The website also includes detailed information and instructions on the Private Physician process.

**If the decedent did not have injuries other than those listed above,** you should submit the compensation section of your claim form and the required supporting materials if you have not already done so.  If you have already submitted this information, you do not need to take any action at this time unless you receive a request from the VCF for missing information.  The VCF will calculate the amount of any compensation based on the conditions listed above after all compensation-related documents are submitted.

If you have questions about the information in this letter or the claims process in general, please call our toll-free Helpline at 1-855-885-1555.  Please have your claim number ready when you call: **VCF0126612**.  For the hearing impaired, please call 1-855-885-1558 (TDD).  If you are calling from outside the United States, please call 1-202-514-1100.


Sincerely,

Rupa Bhattacharyya
Special Master
September 11th Victim Compensation Fund


cc: WENDELL TONG



September 11th
Victim Compensation Fund

February 26, 2021

WINSTON LEWIS
███████████████
███████████████

      **Re: CLAIM NUMBER: VCF0126612**

Dear WINSTON LEWIS:

The September 11th Victim Compensation Fund ("VCF") has reviewed your claim for compensation. Your claim form was determined to be substantially complete on August 19, 2020. This means your claim was deemed "filed" for purposes of section 405(b)(3) of the Statute on that date.

After reviewing the responses in your claim form, the documents you submitted in support of your claim, and information from third-party entities, the VCF has calculated the amount of your award as ███████████ This determination is in accordance with the requirements of the Never Forget the Heroes: James Zadroga, Ray Pfeifer, and Luis Alvarez Permanent Authorization of the September 11th Victim Compensation Fund Act ("VCF Permanent Authorization Act"). The enclosed "Award Detail" includes a detailed explanation of the calculation and a list of the eligible conditions that were considered when calculating your award.

Replacement services are not awarded because your father had no dependent(s) in his household to act as a beneficiary for a replacement services award.

No non-routine legal service expenses are approved for reimbursement for this claim.

As the Personal Representative, you are required to distribute any payment received from the VCF on behalf of the victim to the eligible survivors or other recipients in accordance with the applicable state law or any applicable ruling made by a court of competent jurisdiction or as provided by the Special Master.

**What Happens Next**

The VCF will deem this award to be final and will begin processing the full payment on your claim unless you complete and return the enclosed Compensation Appeal Request Form within **30 days from the date of this letter** as explained below. If you do not appeal, the Special Master will authorize the payment on your claim within 20 days of the end of the 30-day appeal period. Once the Special Master has authorized the payment, it may take up to three weeks for the United States Treasury to disburse the money into the bank account designated on the VCF ACH Payment Information Form or other payment authorization document you submitted to the VCF.

- **Appealing the Award**: You may request a hearing before the Special Master or her



September 11th
Victim Compensation Fund

designee if you believe the amount of your award was erroneously calculated, or if you believe you can demonstrate extraordinary circumstances indicating that the calculation does not adequately address your loss. **If you choose to appeal, your payment will not be processed until your hearing has been held and a decision has been rendered on your appeal**.

To appeal the award, you must complete two steps by the required deadlines:

1. Complete and return the enclosed **Compensation Appeal Request Form** within **30 days from the date of this letter**. Follow the instructions on the form and upload it to your claim or mail it to the VCF by the required deadline. If you do not submit your completed Compensation Appeal Request Form within 30 days of the date of this letter, *you will have waived your right to an appeal* and the VCF will begin processing any payment due on your claim.

2. Complete and submit your **Compensation Appeal Package** (Pre-Hearing Questionnaire, Compensation Explanation of Appeal, and all applicable supporting documents) no later than **60 days from the date of this letter**. It is important that you carefully review the information enclosed with this letter and follow the instructions if you intend to appeal your award. Additional instructions on the appeals process can be found on the VCF website under "Frequently Asked Questions" and in the Policies and Procedures available under "Forms and Resources."

Once your complete Compensation Appeal Package is submitted, the VCF will review the information to confirm you have a valid appeal, and will notify you of the next steps specific to your appeal and the scheduling of your hearing.

- **Notifying the VCF of new Collateral Source Payments**: You must inform the VCF of any new collateral source payments you receive, or become entitled to receive, such as a change to your disability or survivor benefits, as this may change the amount of your award. If you notify the VCF within 90 days of learning of the new collateral source payment, your award will not be adjusted to reflect the new entitlement or payment. If you notify the VCF more than 90 days after learning of the new or revised entitlement or payment, the VCF may adjust your award to reflect the new payment as an offset, which may result in a lower award. If you need to notify the VCF of a new collateral source payment, please complete the "Collateral Offset Update Form" found under "Forms and Resources" on the www.vcf.gov website.

Your award was calculated using our published regulations, and I believe it is fair and reasonable under the requirements of the VCF Permanent Authorization Act. As always, I emphasize that no amount of money can alleviate the losses suffered on September 11, 2001.

If you have any questions, please call our toll-free Helpline at 1-855-885-1555. Please have your claim number ready when you call: **VCF0126612**. For the hearing impaired, please call 1-855-885-1558 (TDD). If you are calling from outside the United States, please call 1-202-514-1100.



September 11th
Victim Compensation Fund

Sincerely,

Rupa Bhattacharyya
Special Master
September 11th Victim Compensation Fund


cc: WENDELL TONG



September 11th
Victim Compensation Fund

## Award Detail

Claim Number:      VCF0126612
Decedent Name:     CHARLES WILLIAMS

| PERSONAL INJURY CLAIM (Losses up to Date of Death) | |
|---|---|
| **Lost Earnings and Benefits** | |
| Loss of Earnings including Benefits and Pension | $0.00 |
| Mitigating or Residual Earnings | $0.00 |
| **Total Lost Earnings and Benefits** | $0.00 |
| | |
| **Offsets Applicable to Lost Earnings and Benefits** | |
| Disability Pension | $0.00 |
| Social Security Disability Benefits | $0.00 |
| Workers Compensation Disability Benefits | $0.00 |
| Disability Insurance | $0.00 |
| Other Offsets related to Earnings | $0.00 |
| **Total Offsets Applicable to Lost Earnings** | $0.00 |
| | |
| **Total Lost Earnings and Benefits Awarded** | $0.00 |
| | |
| **Other Economic Losses** | |
| Medical Expense Loss | $0.00 |
| Replacement Services | $0.00 |
| **Total Other Economic Losses** | $0.00 |
| | |
| **Total Economic Loss** | $0.00 |
| | |
| **Total Non-Economic Loss** | ███████ |
| | |
| **Subtotal Award for Personal Injury Claim** | ███████ |



September 11th
Victim Compensation Fund

| DECEASED CLAIM (Losses from Date of Death) | |
|---|---|
| **Loss of Earnings including Benefits and Pension** | |
| | |
| **Offsets Applicable to Lost Earnings and Benefits** | |
| Survivor Pension | |
| SSA Survivor Benefits | |
| Worker's Compensation Death Benefits | |
| Other Offsets related to Earnings | |
| **Total Offsets Applicable to Loss of Earnings and Benefits** | $0.00 |
| | |
| **Total Lost Earnings and Benefits Awarded** | $0.00 |
| | |
| **Other Economic Losses** | |
| Replacement Services | $0.00 |
| Burial Costs | ███████ |
| **Total Other Economic Losses** | ███████ |
| | |
| **Total Economic Loss** | ███████ |
| | |
| **Non-Economic Loss** | |
| Non-Economic Loss - Decedent | ███████ |
| Non-Economic Loss - Spouse/Dependent(s) | $0.00 |
| **Total Non-Economic Loss** | ███████ |
| | |
| **Additional Offsets** | |
| Social Security Death Benefits | $0.00 |
| Life Insurance | ███████ |
| Other Offsets | ███████ |
| **Total Additional Offsets** | ███████ |
| | |
| **Subtotal Award for Deceased Claim** | ███████ |



September 11th
Victim Compensation Fund

| Subtotal of Personal Injury and Deceased Claims | |
|---|---|
| PSOB Offset | $0.00 |
| Prior Lawsuit Settlement Offset | $0.00 |
| TOTAL AWARD | |

| Factors Underlying Economic Loss Calculation | |
|---|---|
| Annual Earnings Basis (without benefits) | |
| Percentage of Disability attributed to Eligible Conditions - applicable to Personal Injury losses | |
| Start Date of Loss of Earnings Due to Disability - applicable to Personal Injury losses | |

| Eligible Conditions Considered in Award |
|---|
| Acute Myeloblastic Leukemia Not Achieved Remiss |
| Asthma, Unspecified, Unspecified Status |
| Multiple Myeloma Not Having Achieved Remission |
| Other Chronic Bronchitis |

# Family Member Affidavits

Winston Lewis

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X

In Re:

TERRORIST ATTACKS ON                             03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

---------------------------------------------------------------- X    **AFFIDAVIT OF WINSTON**
RAYMOND ALEXANDER, et al.,                         **LEWIS**


                                    Plaintiffs,    21-CV-03505 (GBD)(SN)


                    V.

ISLAMIC REPUBLIC OF IRAN,

                                    Defendant.
---------------------------------------------------------------- X

STATE OF NEW YORK        )
                         : SS
COUNTY OF KINGS          )

        WINSTON LEWIS, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at

████████████████████████████████████████████████

        2.      I am currently 57 years old, having been born on ███████████████

        3.      I am the son of Decedent, Charles Williams upon whose death my claims are
based. I submit this Affidavit in support of the present motion for a default money
judgment for the claim made on behalf of my father's estate and for my solatium claim.
On October 29, 2018, I was issued Letters Testamentary as Executor of my father's
estate by the Kings County Surrogate Court.

        4.      My father passed away from Acute Myelogenous Leukemia on July 10, 2018, at
the age of 71. It was medically determined that this illness was causally connected to his exposure
to the toxins resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5.     My father was an awesome dad. He always made time for my sister and me. Every summer when I was a teenager, I would spend my days in the firehouse and get to cook and eat with the firemen and ride on the truck (my father was the Chauffeur – who drove the truck). My dad taught me how to drive and repair cars. We spent time changing radiators, changing tires, and even learning to change my own oil. He bought me my first car and it was a clunker! It smoked and would break down often. That's how I learned to repair cars! Dad, my sister, and I would go to the casino and bond as adults. He always claimed that he knew the "secret" to winning at slot machines! This of course proved not to be the case, but we made great memories. He was a good storyteller and would share about our family growing up in the South. I learned about my great uncles and aunts who passed before I was born. I miss those stories.

6.     Dad would tell us stories of being a fireman and rescuing people from fires, so we were not surprised that he spent days down at the WTC. Because his firehouse, Ladder 111, lost some of his friends to the attacks, we knew that he would want to be a part of the recovery efforts. We didn't see him for a few days, but he would call and let us know that he was okay.

7.     My father unfortunately would always shield us from anything that he felt would harm us. So, it was not surprising that he did not tell us about his cancer diagnosis until it was too late. We knew something was wrong as he was taking a lot of medications and his doctor's visits were getting frequent. When we finally got to talk to the doctors, it was after he had been given a short while to live. My dad was very active and always running around. In the last months before his death, he would spend most of his days in the house. I took him on a short road trip, and he had to be hospitalized in Georgia (we lived in New York) and then have a family member bring him home. He would not have the energy to do most of the things that he was used to. My father helped everyone, so it was sad to see him needing help from me. Then, it began to dawn on us just how sick he was getting.

8.     Finding out about my dad's illness when he only had a few months (but we did not know that) made losing him a shock. It was a shock because we knew he was ill but did not know the severity until too late! We didn't get to say a proper goodbye, which is something that often makes me very sad. It is hard being the head of my family and not having the wisdom and

experience of my father to guide me. My father was my go-to person for advice. He knew everything! I would ask his input for everything, from buying a new car to relationship advice. It was amazing to me that he always had an answer. He would give me input about my career and even investment advice. Dad was so organized that he had every check he ever wrote in a file cabinet organized by year. My dad had a wealth of knowledge for the family, and he was well rounded. Every time something good or bad happens to me, I miss my dad because I cannot share it with him. My daughter started a new career, and it made me sad that her grandfather cannot see the success that she became. She was his only grandchild and he loved her dearly. I know he would have been so proud of her! I miss him every day, but some days are harder than most.

WINSTON LEWIS

Sworn before me this

**30** day of ~~August~~ 2023

Notary public

EVE MURDAUGH
COMMISSIONER OF DEEDS
City of New York - No. 2 I 4 4 0 9
Qualified in Kings County
Commission Expires 0 1 - 0 9 - 23

Nicole Towolawi

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

In Re:

TERRORIST ATTACKS ON                          03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

------------------------------------------------------------- X    **AFFIDAVIT OF NICOLE**
RAYMOND ALEXANDER, et al.,                     **TOWOLAWI**


                                Plaintiffs,    21-CV-03505 (GBD)(SN)

            V.

ISLAMIC REPUBLIC OF IRAN,

                                Defendant.
------------------------------------------------------------- X

STATE OF NEW YORK          )
                           : SS
COUNTY OF WESTCHESTER  )


         NICOLE TOWOLAWI, being duly sworn, deposes and says:

    1.     I am a plaintiff in the within action, am over 18 years of age, and reside at

███████████████████████████████████████

    2.     I am currently 55 years old, having been born on ████████████

    3.     I am the daughter of Decedent, Charles Williams upon whose death my claim

is based, and submit this Affidavit in connection with the present motion for a default

judgment and in support of my solatium claim.

    4.     My father passed away from Acute Myelogenous Leukemia on July 10, 2018, at

the age of 71. It was medically determined that this illness was causally connected to his exposure

to the toxins resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5.      Daddy taught me all the life lessons that I need to be my best. He taught us to always save and be wise with money; he taught us to always help others; and he taught us to care about the neighborhood. He taught my brother and I to take care of each other no matter what. My dad went to all my activities. He often drove me to school and picked me up. As I became a teenager, I told him I didn't need him to pick me up from high school because he drove an old Volkswagen bug car that made lots of noise, but he would still pick me up. He was big on "not caring what people think." My dad was an amazing firefighter, and we would often go to the firehouse for holidays; they had great parties. One of my favorite memories was my dad driving us to Coney Island, and these guys were standing in front of the car and taking pictures. As a child I thought, "Daddy could beat up all those guys, why is he just sitting here as they take a picture." As an adult I fully understand that my dad was protecting the family. To know my dad would be to have a friend. He was the most encouraging guy. At his funeral, so many people came to tell us how my dad changed their life. From helping them get off drugs, to getting them involved in buying real estate, and to getting city jobs, he empowered many people. When he retired, he would call me at work and say "Nikkie, what are you doing," I'd say, "Working." He would laugh and tell me he's not working but I need to continue working. He had the best sense of humor.

6.      .I remember the day because I was working and we heard about the Twin Towers and that several firefighters were killed. I'll never forget how frantically I called the firehouse. The firefighter picked up and said, "Who are you looking for?" I said, "Charlie Williams." He said, "Charlie is alive," and he hung up. Normally if I called the firehouse, it was jokes, "Charlie, he's taking a nap," or some joke but this time was different. I didn't take it personally because I heard the phone lines ringing. My dad spent time with other firefighters digging through the rubble, searching for the fallen. My dad was employed by the New York Fire Department, Brooklyn. He

was from ladder 111 engine 214. They lost a crew from that firehouse that day and more after.

7.    My dad was an active man; he never stood still. He was always organizing something or another. I first noticed the difference because his life became doctor's visits. His driving became limited. He was unable to get around as easily as before. My entire life of knowing my dad, he was only hospitalized once when a roof caved in. However, the last few years of his life were spent with constant hospitalization, doctors' visits, and home rest. His joints ached, and he was tired. His quality of life drastically changed. We found him a cancer specialist. He had amazing help from the fire department with transportation to and from his visits. My dad was big on family and celebrating holidays and birthdays together. I remember celebrating his 70th birthday in the hospital, something I never imagined we would be doing.

8.    I can't explain the pain of losing the person that was not only a dad but a friend, advisor, mentor, and all-around great guy. I miss my dad so much. People say, "Time heals all wounds," but it's been five years and I still cry. I have a good life and enjoy myself, but I am often sad when I think about how much I can't share with my dad. If I have a new skill or an achievement, I miss his call to tell me, "I am so proud of you." I have a good life, but it's just a bit sadder; I can't explain it. I have lost loved ones before, but losing daddy was just different. I honestly can't explain why, but it's different.

NICOLE TOWOLAWI

Sworn before me this
30TH day of AUGUST, 2023

Bozeat

Notary public

Anthony Bozeat
Notary Public of New York
I.D. 01BO6417066
COMMISSION EXPIRES 05/03/2025