UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

IN RE TERRORIST ATTACKS ON　　　　　　　Civil Action No.
SEPTEMBER 11, 2001　　　　　　　　　　　　03 MDL 1570

---------------------------------------------------------x

This document relates to:
　　*Burnett, et al. vs. Islamic Republic of Iran, et al.*, Case No. 15-CV-9903 (GBD)(SN)

## MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)

　　Pursuant to Federal Rule of Civil Procedure 15(d), Plaintiffs herein move the Court to allow substitution of the parties identified in Exhibit A in the above-referenced action. Plaintiffs were identified as a "DOE" plaintiff at the time that this case was initially instituted, were identified as such in the initial pleadings, and have since consented to being named according to their legal name. Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties will be individually entered as Plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office and based on the size of this MDL.

Dated:　August 15, 2024　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　MOTLEY RICE LLC

　　　　　　　　　　　　　　　　　　　　　*/s/* John C. Duane
　　　　　　　　　　　　　　　　　　　　　John C. Duane, Esq.
　　　　　　　　　　　　　　　　　　　　　Mount Pleasant, SC 29464
　　　　　　　　　　　　　　　　　　　　　Telephone: (843) 216-9000
　　　　　　　　　　　　　　　　　　　　　Facsimile: (843) 216-9450
　　　　　　　　　　　　　　　　　　　　　jduane@motleyrice.com

　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiffs

| | EXHIBIT A | | | | |
|---|---|---|---|---|---|
| # | Identification of Party to be Substituted | Residence at Filing | Reference to plaintiff in original complaint | Paragraph of Complaint Discussing Party | 9/11 Decedent Name |
| 1 | David W. Bernard, Jr., individually as Child of David William Bernard, Deceased | MA | Child DOE AP63 in their own right as the Child of DOE AP63, Deceased | 1:15-cv-09903, 53, at 312 | David William Bernard |
| 2 | Brittany Sage Chevalier, individually as Sibling of Swede Joseph Chevalier, Deceased | NJ | Sibling DOE AP121 in their own right as the Sibling of DOE AP121, Deceased | 1:15-cv-09903, 53, at 1126 | Swede Joseph Chevalier |
| 3 | Elaine Chevalier, individually as Parent of Swede Joseph Chevalier, Deceased | NJ | Parent DOE AP119 as Personal Representative of the Estate of DOE AP119, Deceased and on behalf of all beneficiaries of DOE AP119 | 1:15-cv-09903, 53, at 1125 | Swede Joseph Chevalier |
| 4 | Patrick Joseph Driscoll, individually as Parent of Stephen Patrick Driscoll, Deceased | NY | Parent DOE AP202 in their own right as the Parent of DOE AP202, Deceased | 1:15-cv-09903, 53, at 867 | Stephen Patrick Driscoll |
| 5 | Tylia Furgal, individually as Sibling of Swede Joseph Chevalier, Deceased | NY | Sibling DOE AP120 in their own right as the Sibling of DOE AP120, Deceased | 1:15-cv-09903, 53, at 1127 | Swede Joseph Chevalier |
| 6 | Denise Marie Holmes, individually as Sibling of John Anthony Sherry, Deceased | WA | Sibling DOE AP146 in their own right as the Sibling of DOE AP146, Deceased | 1:15-cv-09903, 53, at 1258 | John Anthony Sherry |
| 7 | Bernadette Marie McHugh, individually as Parent of Denis J. McHugh, III, Deceased | NY | Parent DOE AP72 in their own right as the Parent of DOE AP72, Deceased | 1:15-cv-09903, 53, at 323 | Denis J. McHugh, III |
| 8 | Bernadette Marie McHugh Torres, individually as Sibling of Denis J. McHugh, III, Deceased | NY | Sibling DOE AP70 as Personal Representative of the Estate of DOE AP70, Deceased and on behalf of all beneficiaries of DOE AP70, Deceased | 1:15-cv-09903, 53, at 322 | Denis J. McHugh, III |
| 9 | Ester Santillan, individually as Parent of Maria Theresa Santillan, Deceased | NJ | Parent DOE AP24 in their own right as the Parent of DOE AP24, Deceased | 1:15-cv-09903, 53, at 1943 | Maria Theresa Santillan |

| | | | | | |
|---|---|---|---|---|---|
| 10 | Expedito Santillan, individually as Parent of Maria Theresa Santillan, Deceased | NJ | Parent DOE AP23 as Personal Representative of the Estate of DOE AP23, Deceased and on behalf of all beneficiaries of DOE AP23, Deceased | 1:15-cv-09903, 53, at 1942 | Maria Theresa Santillan |
| 11 | Leigh McHeffey Squillante, individually as Sibling of Keith David McHeffey, Deceased | NJ | Sibling DOE AP124 in their own right as the Sibling of DOE AP124, Deceased | 1:15-cv-09903, 53, at 1133 | Keith David McHeffey |
| 12 | Benjamin C. Wong, individually as Parent of Jennifer Y. Wong, Deceased | NY | Parent DOE AP53 as Personal Representative of the Estate of DOE AP53, Deceased and on behalf of all beneficiaries of DOE AP53, Deceased | 1:15-cv-09903, 53, at 270 | Jennifer Y. Wong |