UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The Court thanks the parties for their letter informing it about the USVSST deadline. See ECF No. 10229. The Court will endeavor to address the pending motions for supplemental economic damages in advance of this new deadline but cannot guarantee that it will reach all such claims before September 20, 2024.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    August 16, 2024
               New York, New York