UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON               Civil Action No.
SEPTEMBER 11, 2001                                03 MDL 1570

------------------------------------------------------------x

This document relates to:
    *Burnett, et al. v. Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN)
    *Arias, et al. v. The Islamic Republic of Iran, et al.,* 19-cv-00041(GBD)(SN)
    *Prior, et al. v. The Islamic Republic of Iran, et al.,* 19-cv-00044(GBD)(SN)

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of parties arising from the death of certain plaintiffs; it is hereby

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above-captioned cases.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 10252 in 03-MDL-1570 (GBD)(SN); ECF No. 821 in 15-cv-9903 (GBD)(SN); ECF No. 186 in 19-cv-41 (GBD)(SN); and ECF No. 167 in 19-cv-44 (GBD)(SN).

**SO ORDERED.**

August ___, 2024　　　　　　　　　　　　　_____
New York, New York　　　　　　　　　　　SARAH NETBURN
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge