USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/20/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON　　　　　Civil Action No.
SEPTEMBER 11, 2001　　　　　　　　　　03 MDL 1570

-------------------------------------------------------------x

This document relates to:
*Burnett, et al. v. Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN)
*Arias, et al. v. The Islamic Republic of Iran, et al.*, 19-cv-00041(GBD)(SN)
*Prior, et al. v. The Islamic Republic of Iran, et al.*, 19-cv-00044(GBD)(SN)

## ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of parties arising from the death of certain plaintiffs; it is hereby

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit A at ECF No. 10252 in 03-MDL-1570 are to be substituted into the above-captioned cases.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 10252 in 03-MDL-1570 (GBD)(SN); ECF No. 821 in 15-cv-9903 (GBD)(SN); ECF No. 186 in 19-cv-41 (GBD)(SN); and ECF No. 167 in 19-cv-44 (GBD)(SN).

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: August 20, 2024
　　　　New York, New York