UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |
| | ECF CASE |

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.,* 02-cv-6977 (GBD)(SN)

*Ashton, et al. v. Kingdom of Saudi Arabia*, 17-cv-02003 (GBD)(SN)

*Schneider, et al. v. al Qaeda Islamic,* 02-cv-7209 (GBD)(SN)

## **NOTICE OF APPEARANCE OF COUNSEL**

To the Clerk of Court and all parties of record:

John F. Schutty of the Law of John F. Schutty, P.C. is admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for the following plaintiffs in the above consolidated action:

NANCY DIMINO, individually, and as Personal Representative of the Estate of STEPHEN DIMINO, Deceased;

SABRINA DIMINO, as surviving Child of STEPHEN DIMINO, Deceased;

Dated:   New York, New York
         August 26, 2024

                                                        Respectfully submitted,

                                                        LAW OFFICE OF JOHN F. SCHUTTY P.C.

                                                        By:   /s/ *John F. Schutty*
                                                        John F. Schutty, Esq. (JS2173)
                                                        445 Park Avenue, Ninth Floor
                                                        New York, New York 10022
                                                        Tel: (646) 345-1441
                                                        *Counsel for the Dimino Plaintiffs*