UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
: 03 MDL 1570 (GBD) (SN)
:
------------------------------------------------------------x

This Document Relates to:

<u>Adler, et al. v. Republic of Sudan</u>, 1:23-cv-07164 (GBD)(SN)
<u>DiNardo, et al. v. Republic of Sudan</u>, 1:23-cv-07328 (GBD)(SN)
<u>Perry, et al. v. Republic of Sudan</u>, 1:23-cv-07391 (GBD)(SN)

**AFFIDAVIT OF SERVICE – Complaint**

# EXHIBIT A

Screenshot from DHL's "Create a Shipment" website

https://mydhl.express.dhl/us/en/shipment.html#/#address-details

[Create a Shipment | DHL Express Shipping Labels | MyDHL+](https://mydhl.express.dhl/us/en/shipment.html#/#address-details)

https://mydhl.express.dhl/us/en/shipment.html#/#address-details

[Screenshot of DHL Express MyDHL+ shipment creation page showing address details form with United States of America as origin country and Sudan as destination country. An "IMPORTANT" notice states: "Some shipping services to and from Sudan are suspended. Port Sudan has resumed shipping services for Documents and Packages with the following maximums: Weight: 60 kg per Piece, 300 kg per Shipment; Dimensions (LxWxH): 100 x 50 x 50 cm per Shipment"]

June 17, 2024 – 10:16 a.m. EST