UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
                                              :
                                              :   03 MDL 1570 (GBD) (SN)
                                              :
-----------------------------------------------------------------------x

**This Document Relates to:**

<u>Adler, et al. v. Republic of Sudan</u>, **1:23-cv-07164 (GBD)(SN)**
<u>DiNardo, et al. v. Republic of Sudan</u>, **1:23-cv-07328 (GBD)(SN)**
<u>Perry, et al. v. Republic of Sudan</u>, **1:23-cv-07391 (GBD)(SN)**

<u>**AFFIDAVIT OF SERVICE – Complaint**</u>

# EXHIBIT C

Fountainville, Pennsylvania, U.S. Postal employee's hand-written statement:

"WARNING: No International Services Available for Destination Entered [SUDAN]."

Warning:

No International Services Available for destination entered.
Sudan

