UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
*In Re* Terrorist Attacks on September 11, 2001 :
: 
: 03 MDL 1570 (GBD) (SN)
:
------------------------------------------------------------------x

This Document Relates to:

<u>Adler, et al. v. Republic of Sudan</u>, 1:23-cv-07164 (GBD)(SN)
<u>DiNardo, et al. v. Republic of Sudan</u>, 1:23-cv-07328 (GBD)(SN)
<u>Perry, et al. v. Republic of Sudan</u>, 1:23-cv-07391 (GBD)(SN)

**AFFIDAVIT OF SERVICE – Complaint**

# EXHIBIT D-2

Printout from FedEx that states:

"FedEx does not operate in the following countries due to aviation security and other legal restriction: **Sudan**."

Google    CAN FEDEX SHIP TO SUDAN

All  Web  News  Images  Shopping  More                                                   Tools

Sponsored

**FedEx**
https://www.fedex.com › international › howto

### FedEx International - How to Ship Internationally
Explore Our Resource Center to Learn About Creating an Overseas Shipment. Duty & Tax Information. Customs Tips & Tools. Rates & Transit Times. Advanced Tracking.

Further, currently, **FedEx does not operate in the following countries due to aviation security and other legal restriction currently: Yemen, Sudan, South Sudan, Somalia.**

**FedEx**
https://www.fedex.com › fedex › downloads › ae...  PDF

### Reminder of Contract Terms | FedEx

About featured snippets  •  Feedback

### People also ask

Can you ship from the US to Sudan?

In which country is FedEx not available?

Does FedEx deliver to Africa?

What countries are FedEx embargoed in?

Feedback

**FedEx**
https://www.fedex.com › faq › what-goods-can-i-send

### What countries or regions are not served by FedEx?
Currently, **FedEx is unable to accept shipments to the following countries** and regions: Myanmar (Burma) Central African Republic Union of the Comoros

**FedEx**
https://www.fedex.com › en-be › shipping › served-cou...

### Served Countries | FedEx Belgium
FedEx Express - Countries/Territories not served ; **Sudan, Not Served** ; Tajikistan, Not Served ; Tokelu Islands, Not Served ; Tuvalu, Not Served.
Missing: ~~CAN~~ | Show results with: CAN

**Quora**
https://www.quora.com › What-countries-does-FedEx-n...

### What countries does FedEx not deliver to?
**FedEx doesn't deliver to** the following countries: Central African Republic - CF Comoros Cuba Equatorial Guinea - GQ Falklands Guinea Bissau ...
3 answers · As of my last knowledge update in September 2021, FedEx provides international s...

**FedEx**
https://www.fedex.com › shipping · Translate this page

### Served Countries | FedEx South Africa