UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
                                                   :
                                                   :    03 MDL 1570 (GBD) (SN)
                                                   :
-------------------------------------------------------------------x

**This Document Relates to:**

*Adler, et al. v. Republic of Sudan,* 1:23-cv-07164 (GBD)(SN)
*DiNardo, et al. v. Republic of Sudan,* 1:23-cv-07328 (GBD)(SN)
*Perry, et al. v. Republic of Sudan,* 1:23-cv-07391 (GBD)(SN)

## AFFIDAVIT OF SERVICE – Complaint

# EXHIBIT E

A FedEx Office computer terminal photograph:

"SUDAN – SD – Service to this country is currently suspended."



&cd=SD

SUDAN - SD

Service to this country is currently suspended

Copyright 2020, FedEx Express. Unpublished. All rights reserved.
FedEx Proprietary and Confidential Information
Express employees for the purpose of performing their job responsibilities and to authorized FedEx E
publication/information without specific written authorization from FedEx Express is strictly prohibited.