UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
                                                                          :
                                                                          :   03 MDL 1570 (GBD) (SN)
                                                                          :
------------------------------------------------------------------------x

This Document Relates to:

*Adler, et al. v. Republic of Sudan*, 1:23-cv-07164 (GBD)(SN)
*DiNardo, et al. v. Republic of Sudan*, 1:23-cv-07328 (GBD)(SN)
*Perry, et al. v. Republic of Sudan*, 1:23-cv-07391 (GBD)(SN)

**AFFIDAVIT OF SERVICE – Complaint**

# EXHIBIT F

U.S. Post Office in Doylestown, Pennsylvania, printout stating:

"The Postal Service is temporarily suspending international mail acceptance for…

Sudan.'

# Service alerts

## International service disruptions

### International Mail Service Suspensions

Updated: May 31, 2024

The Postal Service™ is temporarily suspending international mail acceptance for certain destinations due to impacts related to the COVID-19 pandemic and other unrelated service disruptions. Customers, please refrain from mailing items addressed to the countries listed here, until further notice.

**View the suspensions**

Select one of the entries below to display disruption information for that location or event.

| | | |
|---|---|---|
| Afghanistan 8-20-21 | Israel 10-10-23 | Russia 3-11-22 | Yemen 4-17-20 |
| Belarus 7-12-22 | Laos 11-27-20 | Sudan 5-8-24 | |
| Brazil 5-9-24 | New Caledonia 5-21-24 | Syria 6-11-21 | |
| Central African Republic 2-16-24 | Niue 7-26-23 | Ukraine 3-2-22 | |

### Sudan

7-26-23

Sudan's post advises that due to ongoing conflict in the country it suspended all postal services with other Universal Postal Union member countries effective April 15. The post is working to put in place an alternative office of exchange.

### Related links

Money orders for select countries
Instructions for international shipments to Ireland

Sort by: Name, ascending

---

about.usps.com/newsroom/service-alerts/international/welcome.htm