UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
:
:    03 MDL 1570 (GBD) (SN)
:
-----------------------------------------------------------------------x

This Document Relates to:

*Adler, et al. v. Republic of Sudan*, 1:23-cv-07164 (GBD)(SN)
*DiNardo, et al. v. Republic of Sudan*, 1:23-cv-07328 (GBD)(SN)
*Perry, et al. v. Republic of Sudan*, 1:23-cv-07391 (GBD)(SN)

**AFFIDAVIT OF SERVICE – Complaint**

# EXHIBIT G

Written statement by the manager of a DHL Shipping Center:

"DHL is unable to ship to Sudan right now."

# PARCEL PLACE

4387 W Swamp Rd Doylestown PA 18902
Tel: 215-345-4930  Fax: 215-348-9616
Email: **parcelplace4387@outlook.com**  Web: doylestownshipping.com

DHL is unable to ship to Sudan right now.

Jon Burn
Parcel Place

6/26/24