UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

IN RE TERRORIST ATTACKS ON                    Civil Action No.
SEPTEMBER 11, 2001                                     03 MDL 1570

---------------------------------------------------------x

This document relates to:
   *Burnett, et al. vs. Islamic Republic of Iran, et al.*, Case No. 15-CV-9903 (GBD)(SN)

### MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Federal Rule of Civil Procedure 15(d), Plaintiffs herein move the Court to allow substitution of the parties as identified in Exhibit A in the above-referenced action. The individual being substituted into the case is the Personal Representative of an individual killed as a result of the terrorist attacks on September 11, 2001.

Exhibit A identifies the individual to be substituted in the pleading and the capacity in which they seek to be substituted, the existing pleadings that refer to the plaintiff, and the name of the 9/11 decedent related to the family member.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties will be individually entered as Plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office and based on the size of this MDL.

Dated:   August 29, 2024                              Respectfully submitted,

                                                              MOTLEY RICE LLC

                                                              */s/* John C. Duane
                                                              John C. Duane, Esq.
                                                              Mount Pleasant, SC 29464
                                                              Telephone: (843) 216-9000
                                                              Facsimile: (843) 216-9450
                                                              jduane@motleyrice.com

                                                              Counsel for Plaintiffs

| | | EXHIBIT A | | |
|---|---|---|---|---|
| # | 9/11 Decedent Name | Substituted Personal Representative | Prior Identification of Plaintiff | Case Information |
| 1 | Margaret Mary Conner | Corrine Elizabeth Bounty as Personal Representative of the Estate of Margaret Mary Conner, Deceased | Michael A. Conner, as Personal Representative of the Estate of Margaret Mary Conner, Deceased and on behalf of all beneficiaries of Margaret Mary Conner | 1:15-cv-09903, 53, at 2740 |