UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON                    Civil Action No.
SEPTEMBER 11, 2001                                     03 MDL 1570

-----------------------------------------------------------x

This document relates to:
  *Burnett, et al. v. Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN)

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion to permit the substitution of parties arising from the death of certain plaintiffs; it is hereby

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above-captioned cases.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 10270 in 03-MDL-1570 (GBD)(SN) and ECF No. 827 in 15-cv-9903 (GBD)(SN).

**SO ORDERED.**

                                                                                   _____
August ___, 2024                                            SARAH NETBURN
New York, New York                                       United States Magistrate Judge