UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |
|---|---|

This document relates to:
*Horace Morris, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05321 (GBD)(SN)
*Marinella Hemenway, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12277 (GBD)(SN)

### [PROPOSED] ORDER OF PARTIAL FINAL DAMAGES JUDGMENTS ON BEHALF OF THE PLAINTIFFS IDENTIFIED IN EXHIBIT B

Upon consideration of the default judgment motion cover sheet attached as Exhibit A as required by the Court's September 22, 2023 Order at ECF No. 9355 and the other evidence and arguments submitted by Plaintiffs identified in Exhibit B to this Order ("Moving Plaintiffs") through their Motion for Partial Final Damages Judgments against Defendant Islamic Republic of Iran ("Iran") in the above-captioned matters, who are each an estate of an individual who was killed in the terrorist attacks on September 11, 2001, as specifically identified in the attached Exhibit B, and upon consideration of the default liability judgment entered against Iran as described in attached Exhibit A; together with the entire record in this case, it is hereby:

**ORDERED** that partial final damages judgments are entered against Iran on behalf of the Moving Plaintiffs in the above-captioned matters, as identified in the attached Exhibit B, who are each the estate of a victim of the terrorist attacks on September 11, 2001, as indicated in the attached Exhibit B; and it is further

**ORDERED** that Moving Plaintiffs identified in the expert reports submitted with the Declaration of Jerry S. Goldman, Esq. ("Goldman Declaration") are awarded economic damages as set forth in the attached Exhibit B and as supported by the expert reports and analyses tendered in conjunction with the Goldman Declaration; and it is further

1

**ORDERED** that Moving Plaintiffs identified in Exhibit B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment, in the amount of $_____; and it is further

**ORDERED** that Moving Plaintiffs identified in Exhibit B may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is further

**ORDERED** that the remaining Plaintiffs in the above-captioned matters not appearing in Exhibit B may submit in later stages applications for damages awards (to the extent such awards have not previously been ordered), and to the extent such plaintiffs are similarly situated to those appearing in Exhibit B, the applications will be approved consistent with those approved herein for the Moving Plaintiffs appearing in Exhibit B.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 10278.

                                                       **SO ORDERED:**

_____
GEORGE B. DANIELS
United States District Judge

Dated:   New York, New York
          _____, 2024