Ex. B

| | Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | | Economic Damages | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble |
| 1 | Kathleen | | Mathesen | | William | A. | Mathesen | | US | 9/11/2001 | NY | 18cv12277 | 18cv12277, 1 at 5 | 7539 at 5; 7565 (granting 7539) | N/A | N/A | N/A | See Exhibit B-3 to Declaration of Jerry S. Goldman, Esq. at page 1. | 9/1/24 | N/A | $8,276,694.00 | N/A |
| 2 | Maureen | | Pugliese | | Robert | D. | Pugliese | | US | 9/11/2001 | NY | 18cv05321 | 18cv05321, 6 at 11 | | N/A | N/A | N/A | See Exhibit B-3 to Declaration of Jerry S. Goldman, Esq. at page 25. | 9/1/24 | N/A | $1,400,763.00 | N/A |