UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) |
|---|---|

This document relates to:
*Gladys Lopez, et al. v. Islamic Republic of Iran*, No. 1:23-cv-08305 (GBD)(SN)

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     :
                      : ss.
COUNTY OF NEW YORK    :

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

    Jerry S. Goldman, Esq., an attorney at law duly admitted before the Courts of the State of New York, being duly sworn, hereby deposes and says that:

    1.    Plaintiffs' Summons, Complaint, and Notice of Suit, and translations of each, filed in the above-captioned matter, were served upon defendant Islamic Republic of Iran.

    2.    Service was effectuated upon the Iranian Ministry of Foreign Affairs as transmitted by the Foreign Interests Section of the Embassy of Switzerland in Tehran on June 18, 2024, in accordance with the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608, *et seq*. True and correct copies of the Return of Service and supporting U.S. Department of State documents, provided in a cover letter from Jared Hess to the Clerk of the Court, dated June 12, 2024, are attached hereto as Exhibit A.

    3.    A copy of the Clerk of the Court's transmittal to the State Department, pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. § 1608, *et seq.*, made at my request and after payment of the requisite fees as set forth in the Clerk's Certificate of Mailing, ECF No. 21 (individual case docket), dated February 1, 2024, is attached hereto as Exhibit B.

docs-100716332.1

4. Receipt of transmittal by the State Department was acknowledged by the Clerk of the Court on the docket on August 28, 2024. See attached Exhibit C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained herein is true and correct.

Dated: September 3, 2024

_____
Jerry S. Goldman, Esq.

Sworn on before me this 3rd
day of September, 2024.

_____
Notary Public

> Gabrielle C. Lese
> NOTARY PUBLIC, STATE OF NEW YORK
> Registration No. 02LE0008201
> Qualified in WESTCHESTER County
> Commission Expires 05/18/2027

2

docs-100716332.1