# EXHIBIT C

**Greene, Alexander**

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Wednesday, August 28, 2024 5:15 PM |
| **To:** | CourtMail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:23-cv-08305-GBD Lopez et al v. Islamic Republic of Iran Clerk Certificate of Mailing Received |

**EXTERNAL SENDER**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 8/28/2024 at 5:14 PM EDT and filed on 8/20/2024

**Case Name:** Lopez et al v. Islamic Republic of Iran
**Case Number:** 1:23-cv-08305-GBD
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**CLERK CERTIFICATE OF MAILING RECEIVED for two copies of the 1) Summons; 2) Amended Complaint dated November 2, 2023; 3) Civil Cover Sheet; 4) Related Case Statement; 5) Notice to Conform to Sudan Consolidated Amended Complaint dated September 28, 2023, and November 3, 2023; 6) Notice to Conform to Sudan Consolidated Amended Complaint or Ashton Sudan Amended Complaint dated September 28, 2023, and November 3, 2023; 7) Notice of suit prepared in accordance with 22 CFR § 93.2 with a copy of 28 U.S.C. &# 167; § 1330, 1391(f), 1441(d), and 1602-1611; 8) Affidavit of Translator mailed to Islamic Republic of Iran by Federal Express tracking # 8161 1184 2823, as per [21] Clerk Certificate of Mailing. RECEIVED ON: 8/20/2024. (ras)**

**1:23-cv-08305-GBD Notice has been electronically mailed to:**

Jerry Stephen Goldman    jgoldman@andersonkill.com, dflynn@andersonkill.com, dfraser@andersonkill.com, erybicki@andersonkill.com

1

Bruce Elliot Strong     bstrong@andersonkill.com, dfraser@andersonkill.com

Alexander Greene     agreene@andersonkill.com, dfraser@andersonkill.com

Jeremy Benjamin Shockett     jshockett@andersonkill.com

**1:23-cv-08305-GBD Notice has been delivered by other means to:**