EXHIBIT A

U.S. National Decedent Estate

| | Personal Representative | | | | 9/11 Decedent | | | | | | Claim Information | | | Pain & Suffering Damages | | | Economic Damages | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble |
| 1 | Lillian | | Baxter | | Jasper | | Baxter | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 2958 | | 5975 at 37 | $ 2,000,000.00 | $ 6,000,000.00 | | 8/20/24 | | $ 7,225,970.00 | $ 21,677,910.00 |
| 2 | Francisca | A. | Wester | | Laurie | Ann | Neira | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 3144 | | 6034, 5808-2, at 6 | $ 2,000,000.00 | $ 6,000,000.00 | | 8/26/24 | | $ 6,787,859.00 | $ 20,363,577.00 |
| 3 | Lisa | T. | Dolan | | Robert | E. | Dolan | Jr. | U.S. | 9/11/01 | VA | 9903 | 1:15-cv-09903, 53, at 3104 | | 9932 at 4 | $ 2,000,000.00 | $ 6,000,000.00 | | 8/23/24 | | $ 11,232,825.00 | $ 33,698,475.00 |
| 4 | Maryann | J. | O'Rourke | | Kevin | M. | O'Rourke | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 1830 | | 5975 at 428 | $ 2,000,000.00 | $ 6,000,000.00 | | 8/28/24 | | $ 9,889,913.00 | $ 29,669,739.00 |
| 5 | Corrine | E. | Bounty | | Margaret | Mary | Conner | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 2740, 10282, at 1 | | 3666 at 3 | $ 2,000,000.00 | $ 6,000,000.00 | | 8/29/24 | | $ 4,711,372.00 | $ 14,134,116.00 |