UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
In Re Terrorist Attacks on September 11, 2001            03 MDL 1570 (GBD)(SN)


-------------------------------------------------------------------------X
This document relates to:

*Ashton et.al. v. Qaeda Islamic Army, et. al.,* 02-cv-6977 (GBD)(SN)
*Schneider, et. al. Islamic Republic of Iran,* 02-cv-7209 (GBD)(SN)

JONATHAN C. REITER, hereby states under the penalties of perjury:

1. I am member of Jonathan C. Reiter Law Firm, PLLC, and the attorney representing the *Schneider* subset of *Ashton* plaintiffs identified on Exhibit B to the proposed order (the "*Schneider*" Plaintiffs), who are the subject of this motion for partial final judgment in the above-captioned litigation. I submit this Declaration in support of this motion for final judgment on behalf of the individual Plaintiffs identified in Exhibit B, and request permission to allow any remaining *Schneider* plaintiffs to move for similar relief in separate stages.

2. The sources of information and the basis for belief in the statements contained herein are my representation of *Schneider* Plaintiffs in connection with the September 11th terror attacks, my firm's files, conversations with family members of the deceased Plaintiffs as well as other court records relating to the multi-district litigation to which the *Schneider* Plaintiffs are parties. Any matter about which I lack personal knowledge are asserted herein upon information and belief.

3. Claims brought on behalf of the decedents listed in Exhibit B were part of the original *Schneider* complaint, styled *Schneider, et al. v. Bin Laden*, et al., filed on September 10, 2002, and bearing civil action number 02-cv-7209, subsequently ordered consolidated into the master complaint bearing the caption *Ashton et al. v. al Qaeda Islamic Army*, et al., 02-cv-6977(GBD)(SN). Since these plaintiffs remain segregated in the consolidated *Ashton* filings

1

under their original civil action number and thus can easily be identified, plaintiffs appearing under the *Schneider* civil action number 02-cv-7209 within the consolidated *Ashton* complaint are being collectively referred to as "*Schneider* plaintiffs."

4. In connection with the filing of claims to the September 11th Victim Compensation Fund on behalf of the decedents listed in Exhibit B, the personal representatives of the decedents' estates obtained information and materials relevant to the calculation of economic loss attributable to their decedents' wrongful deaths as of the time their claims were submitted to the Victim Compensation Fund. That information has been provided to Kristin Kuscma, of Sobel Tinari Economics Group. Ms. Kuscma took the information that was obtained relevant to economic loss and prepared expert reports calculating the present value of the economic damages. Attached to each report is Ms. Kuscma's curriculum vitae. Because of the confidential nature of their contents, Ms. Kuscma's reports of the economic losses suffered as a result of the deaths of the decedents in Exhibit B are being submitted to the Court separately under seal as Exhibit C pursuant to the Court's prior Order granting permission for such filing under seal filing. *See* ECF 7963.

5. The economic loss figures set forth in the table attached as Exhibit B represent the present value (based on the calculations set forth in Exhibit C) of the estimated economic losses suffered as a result of the wrongful deaths of plaintiffs' decedents.

6. We have been retained individually by the personal representatives of the decedents listed in Exhibit B to pursue recovery for the economic and noneconomic losses arising out of the deaths of their loved ones on September 11, 2001. We have verified via written documentation and/or interviews that all of the decedents listed in Exhibit B perished in the September 11 terror attacks and have not recovered for their economic damages previously. We

2

have further confirmed that they do not have any prior judgment or pending motion against the Islamic Republic of Iran before this Court for economic damages arising out of the September 11th attacks.

7. The form of this motion and relief requested herein are intended to comply with the quality control measures discussed in the January 13, 2017 letter from the Plaintiff's Executive Committee (ECF 3433) and the Court's order dated January 24, 2017 (ECF 3435), together with the default judgment motion cover sheet attached as Exhibit A to the proposed order.

8. Previously, in connection with a motion for a final judgment on behalf of other *Ashton* claimants, this Court asked that to expedite issuance of final judgments, they defer decision as to the appropriate quantum of punitive damages and present a proposed order with a rate of prejudgment interest of 4.96 per annum compounded annually. *See* EF 3362, Entered 10/14/2016. The form of the proposed order submitted herewith therefore conforms to the Court's prior orders.

9. Accordingly, I respectfully request that this Court grant the proposed order submitted herewith in favor of the *Schneider* Plaintiffs.

Dated: New York, New York
       August 30, 2024

/s/ Jonathan C. Reiter
Jonathan C. Reiter

3