# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
In Re Terrorist Attacks on September 11, 2001      03 MDL 1570 (GBD)(SN)

-----------------------------------------------------------------------X

This document relates to:

*Ashton et.al. v. Qaeda Islamic Army, et. al.,* 02 cv-6977 (GBD)(SN)
*Schneider, et. al. Islamic Republic of Iran,* 02 cv-7209 (GBD)(SN

    Kristin Kucsma hereby states under the penalties of perjury that:

    1. I am an Economist with a Master's Degree in Economics from Rutgers University and an ABD in Economics from Rutgers University. I have a B.A. in Economics and an English minor from Seton Hall University. I specialize in Applied Microeconomic Theory, American Economic History, Monetary History of the United States, Macroeconomic Theory and Business Cycles and Banking Structure and Regulation. I am a Principal of and Chief Economist of Sobel Tinari Economics Group. My curriculum vitae is annexed hereto as Exhibit A.

    2. I was hired by Jonathan C. Reiter Law Firm, PLLC to update economic loss figures for estates, Ian Schneider, James Connors and Esmerlin Salcedo, individuals killed in the September 11, 2001 terrorist attacks. I have provided those present value figures for economic loss to estates along with an explanation of the materials upon which I relied, followed by updated calculation summaries in every estate.

    3. I am confident to a reasonable degree of economic certainty that the present values of the economic loss figures that I have calculated and provided to Jonathan C. Reiter Law Firm, PLLC are correct.

Dated: August 30 2024
       Livingston, New Jersey

                                                             */s/ K. Kucsma*
                                                             KRISTIN KUCSMA

1