**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:
*Ber Barry Aron, et al. v. Islamic Republic of Iran*, No. 1:20-cv-09376 (GBD) (SN)

### [PROPOSED] ORDER CONFIRMING PRIOR FINAL JUDGMENT AS TO LIABILITY AND PARTIAL FINAL DAMAGES JUDGMENT AGAINST THE ISLAMIC REPUBLIC OF IRAN FOR THE ESTATE OF LUIGI CALVI

Upon consideration of the default judgment motion previously filed at ECF Nos. 9320-9323, and the other evidence and arguments submitted by non-U.S. National Plaintiff the Estate of Luigi Calvi, as identified in Exhibit A, together with the entire record in the case, IT IS HEREBY

**ORDERED** that, the Court intended to, and in fact did, sign a $2,000,000 non-economic damages judgment on behalf of the Estate of Luigi Calvi on June 17, 2024 (which was entered on June 18, 2024) against the Islamic Republic of Iran ("Iran"), at ECF No. 9931;

**ORDERED** that the language in the judgment at ECF No. 9931 at 6 stating judgment "DENIED in part without prejudice as to Plaintiff Christine Brozon, as Personal Representative of the Estate of Luigi Calvi's request for pecuniary damages . . . and GRANTED in part in all other respects" was intended to and did in fact operate to grant the Estate of Luigi Calvi a $2,000,000 damages judgment against Iran on June 17, 2024;

**ORDERED** that, while Exhibit A to ECF No. 9931 inadvertently omitted the Estate of Luigi Calvi, Exhibit A was intended to have included the Estate of Luigi Calvi and a $2,000,000 non-economic damages judgment against Iran, and the language of ECF No. 9931 at 6 is sufficiently clear that the Court awarded a $2,000,000 non-economic damages award to the

-1-

-2-

Estate of Luigi Calvi at that time, without the need for further clarification, and that the Court is

solely entering this Order in an abundance of caution to avoid confusion.

**SO ORDERED:**

_____

SARAH NETBURN
United States Magistrate Judge

Dated:   New York, New York
             _____, 2024

# EXHIBIT A

| | Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | | Economic Damages | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble |
| 1 | Christine | A | Brozon | | Luigi | | Calvi | | Italy | 9/11/2001 | NY | 20cv09376 | 20cv09376, 1 at 2 | | N/A | $2,000,000.00 | N/A | N/A | N/A | N/A | N/A | N/A |