UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X
In Re Terrorist Attacks on September 11, 2001        03 MDL 1570 (GBD)(SN)

---------------------------------------------------------------------------X

This document relates to:

*Ashton et.al. v. Qaeda Islamic Army, et. al.,* 02-cv-6977 (GBD)(SN)
*Schneider, et. al. Islamic Republic of Iran,* 02-cv-7209 (GBD)(SN)
*Ashton, et. Al. v. The Kingdom of Saudi Arabia,* 17-cv-2003 (GBD)(SN)

# [PROPOSED] ORDER OF PARTIAL FINAL DEFAULT JUDGMENT ON BEHALF OF SCHNEIDER PLAINTIFFS IDENTIFED IN EXHIBIT B

Upon consideration of the evidence and arguments submitted by plaintiffs identified in Exhibit B to this Order, plaintiffs in *Schneider*, who are each the estate of victim killed in the terrorist attacks on September 11, 2001 ("*Schneider*" Plaintiffs), and the Judgment by Default for liability only against the Islamic Republic of Iran, August 31, 2015 (ECF 3021), together with the entire record in this case, it is hereby;

**ORDERED**, that service of process was effected upon the Iran Defendants in accordance with 28 U.S.C. §1608(a) for sovereign defendants and 28 U.S.C. §1608(b) for agencies and instrumentalities of sovereign defendants; and it is

**ORDERED** that partial final judgment is entered against the Iran Defendants and on behalf of the Plaintiffs in *Schneider*, as identified in the attached Exhibit B, who are the Personal Representatives of the estates of victims of the terrorist attacks on September 11, 2001, as indicated in Exhibit B, and it is

**ORDERED** that plaintiffs identified in the expert reports furnished as Exhibit C, are awarded economic damages as set forth in Exhibit B and as supported by the expert reports and analyses submitted as Exhibit C to the Reiter Declaration, and it is

**ORDERED** that plaintiffs identified in Exhibit B are awarded pre-judgment interest of 4.96 percent per annum, compounded annually for the period from September 11, 2001 until the date of the judgment in the amount of $_____; and it is

**ORDERED** that Plaintiffs identified in Exhibit B may submit an application for punitive, economic damages or other damages (to the extent that such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue.

Dated: New York, New York
       _____, 2024

                                 **SO ORDERED:**

                                 _____
                                 GEORGE B. DANIELS
                                 United States District Judge