# EXHIBIT B

| | Personal Representative | | | | | 9/11 Decedent | | | |
|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | | First | Middle | Last | Suffix |
| 1 | Cheryl | | Schneider | | | Ian | | Schneider | |
| 2 | Jonathan | | Connors | | | Jonathan | | Connors | |
| 3 | Matilde | | Salcedo | | | Esmerlin | | Salcedo | |

| ent | | | | Claim Information | | |
|---|---|---|---|---|---|---|
| Nationality on 9/11 | Date of Death | 9/11 Site | | Case | Complaint | Amendment & Subsititutions |
| USA | 9/11/2001 | NY | | 02cv7209 | 1 at 2 | |
| USA | 9/11/2001 | NY | | 02cv7209 | 1 at 14 | 54 at 2 |
| USA | 9/11/2001 | NY | | 02cv7209 | 1 at 8 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Pain & Suffering Damages | | |
|---|---|---|
| Prior Award | Amount | Treble |
| 03md1570 at 3208 | $2,000,000 | $6,000,000 |
| 03md1570 at 3208 | $2,000,000 | $6,000,000 |
| 03md1570 at 3208 | $2,000,000.00 | $6,000,000 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Economic Damages | | | |
|---|---|---|---|
| Report | Date of Report | Prior Award | Amount |
| | | | |
| | 8/29/2024 | n/a | $22,675,161 |
| | 8/30/2024 | n/a | $1,869,999 |
| | 9/3/2024 | N/A | $52,860,510 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Treble |
|---|
| |
| $68,025,483 |
| $5,609,997 |
| $158,581,530 |
| |
| |
| |
| |