UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:
IN RE:                                                           :    ORDER
:
TERRORIST ATTACKS ON                          :    03 MDL 1570 (GBD) (SN)
SEPTEMBER 11, 2001                                 :
:
------------------------------------x

This document relates to:

    *Aron, et al. v. Islamic Republic of Iran*, 20-cv-9376 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

    Upon receipt of Plaintiff Christine Brozon, as Personal Representative of the Estate of Luigi Calvi's September 4, 2024 letter (ECF No. 10298[1]), this Court clarifies that Exhibit A to its June 17, 2024 Order (ECF No. 9931) inadvertently omitted Plaintiff's award of pain-and-suffering damages. It is hereby

    **ORDERED** that Plaintiff, as identified in Exhibit A, is awarded compensatory damages for her decedent's pain and suffering in an amount of $2,000,000.00, as set forth therein; and it is

    **ORDERED** that Plaintiff is awarded prejudgment interest of 4.96 percent per annum on the pain and suffering damages award, compounded annually, running from September 11, 2001 until the date of judgment (June 17, 2024).

---

[1] Unless otherwise stated, all ECF citations included herein refer to documents filed on the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on Sept. 11, 2001*, No. 03-md-1570 (GBD) (SN).

The Clerk of Court is directed to enter partial final default judgment for Plaintiff in accordance with Exhibit A.

Dated: September 5, 2024
      New York, New York

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge

# Exhibit A

| # | Plaintiff, as Personal Representative of the Estate of 9/11 Decedent ||||  9/11 Decedent |||||||  Claim Information |||  Pain & Suffering Damages ||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount |
| 1 | Christine |  | Brozon |  | Luigi |  | Calvi |  | Italy | 9/11/2001 | NY | 20cv9376 | 20cv9376, 1 at 2 |  |  | $2,000,000.00 |