# **Exhibit**

| Name of Deceased Plaintiff Member (Last Name, First Name) | Name of Substitute Party (Last Name, First Name) | Capacity of Substitute Party | State of Residency | Named of 9/11 Decedent (Last Name, First Name) | Relationship to 9/11 Decedent | ECF Filing |
|---|---|---|---|---|---|---|
| Bowman, Sr., Shawn E. | Bowman, Carol | Executrix | FL | Bowman, Jr., Shawn E. | Parent | 03-md-1570, ECF 7401<br>02-cv-6977, ECF 1344<br>02-cv-7236, ECF 117<br>17-cv-2003, ECF 1 |
| Carlino, Marie | Seelbach, Heidi | Administratrix | NY | Carlino, Edward | Spouse | 03-md-1570, ECF 7405<br>02-cv-6977, ECF 1345<br>02-cv-7236, ECF 118<br>17-cv-2003, ECF 1 |
| Gallucci, Joseph | Santorelli, Filomena G. | Personal Representative | NJ | Gallucci, Vincenzo | Parent | 03-md-1570, ECF 7409<br>02-cv-6977, ECF 1351<br>02-cv-7236, ECF 120<br>17-cv-2003, ECF 1 |
| Gallucci, Angela | Santorelli, Filomena G. | Executrix | NJ | Gallucci, Vincenzo | Parent | 03-md-1570, ECF 7409<br>02-cv-6977, ECF 1351<br>02-cv-7236, ECF 120<br>17-cv-2003, ECF 1 |
| Lewis, Geraldine | Hebert, Kathryn | Executrix | FL | Lewis, Adam | Parent | 03-md-1570, ECF 7411<br>02-cv-6977, ECF 1353<br>02-cv-7236, ECF 122<br>17-cv-2003, ECF 1 |
| Orsini, Robert | Orsini, Pauline | Executrix | NV | Orsini, Ronald | Sibling | 03-md-1570, ECF 7412<br>02-cv-6977, ECF 1357<br>02-cv-7236, ECF 123<br>17-cv-2003, ECF 1 |
| Sisolak, Paul | McQuade, Charles | Personal Representative | NY | Sisolak, Joseph | Parent | 03-md-1570, ECF 7413<br>02-cv-6977, ECF 1358<br>02-cv-7236, ECF 124<br>17-cv-2003, ECF 1 |