UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――― X

IN RE: TERRORIST ATTACKS ON  :
SEPTEMBER 11, 2001     No. 03-md-1570
    :
―――――――――――――――――――――――――――――― X

**PLEASE TAKE NOTICE** that Maya Gandhi hereby moves to withdraw as counsel for Intervenor The New York Times Company in the above-captioned action. David E. McCraw has appeared as counsel for Intervenor The New York Times Company and will continue to represent The New York Times Company in this case.

Dated: New York, NY
       September 5, 2024

                                    Respectfully submitted,

                                    */s/ Maya Gandhi*
                                    Maya Gandhi
                                    Legal Department
                                    The New York Times Company
                                    620 Eighth Avenue
                                    New York, NY 10018
                                    Phone: (212) 556-1244
                                    Email: maya.gandhi@nytimes.com

                                    *Counsel for The New York Times Company*

SO ORDERED:

_____
The Honorable George B. Daniels
United States District Judge