**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
:
IN RE:                                :    ORDER
:
TERRORIST ATTACKS ON                  :    03 MDL 1570 (GBD) (SN)
SEPTEMBER 11, 2001                    :
:
------------------------------------- x

This document relates to:

    *Burnett, et al. v. The Islamic Republic of Iran, et al.,* 15-cv-9903 (GBD) (SN)

**ORDER GRANTING PARTIAL FINAL DEFAULT JUDGMENT FOR THE *BURNETT* PLAINTIFFS LISTED IN EXHIBITS A AND B**

GEORGE B. DANIELS, United States District Judge:

    The *Burnett* Plaintiffs listed in Exhibits A and B move for entry of partial final default judgment against Defendants the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Central Bank of the Islamic Republic of Iran (collectively, "Defendants"). (ECF Nos. 9985, 10011, 10016, 10288.[1]) Upon consideration of the evidence and arguments set forth in the Declarations of John M. Eubanks, Esq. and the exhibits thereto (ECF Nos. 9987, 10015, 10018, 10290), and in light of the default judgment as to liability against Defendants entered on January 31, 2017 (ECF No. 3443),[2] together with the entire record in this case, it is hereby

    **ORDERED** that service of process in the above-captioned case was properly effectuated upon Defendants (ECF No. 64 in No. 15-cv-9903); and it is

---

[1] Unless otherwise stated, all ECF citations included herein refer to documents filed on the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on Sept. 11, 2001*, No. 03-md-1570 (GBD) (SN).

[2] This Court adjudges Defendants liable to non-U.S. national *Burnett* Plaintiffs under New York law for substantially the same reasons as stated in this Court's March 26, 2024 and June 17, 2024 Orders. (*See* ECF Nos. 9666, 9931.)

**ORDERED** that partial final judgment is entered on behalf of the *Burnett* Plaintiffs identified in Exhibits A and B against the Defendants[3]; and it is

**ORDERED** that the *Burnett* Plaintiffs identified in Exhibit A are awarded economic damages as set forth therein and as supported by the expert reports and analyses tendered in conjunction with the Eubanks Declarations (ECF Nos. 9987, 10015, 10018, 10290)[4]; and it is

**ORDERED** that the *Burnett* Plaintiffs identified in Exhibit A are awarded compensatory damages for decedents' pain and suffering in an amount of $2,000,000.00 per estate, as set forth therein ; and it is

**ORDERED** that the *Burnett* Plaintiffs identified in Exhibit B are awarded solatium damages as set forth therein; and it is

**ORDERED** that the *Burnett* Plaintiffs receiving pain and suffering damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that the *Burnett* Plaintiffs receiving economic damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date indicated in the "Date of Report" column therein; and it is

**ORDERED** that the *Burnett* Plaintiffs identified in Exhibit B are awarded prejudgment interest of 4.96 per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

---

[3] In their moving papers, certain *Burnett* Plaintiffs seek treble damages pursuant to the Anti-Terrorism Act ("ATA"), 18 U.S.C. § 2333. As ATA claims cannot be brought against sovereign defendants, *see* 18 U.S.C. § 2337(2), the *Burnett* Plaintiffs' motions are DENIED as to their requests for treble damages.

[4] This Court was unable to find a motion to substitute naming Francisca A. Wester as the personal representative of the Estate of Laurie Ann Neira in the citations provided by the *Burnett* Plaintiffs in their default judgment motion cover sheet. (ECF No. 10297-1.) Therefore, their motion is DENIED without prejudice as to Ms. Wester's request for partial final default judgment.

3

**ORDERED** that the *Burnett* Plaintiffs identified in the attached Exhibits A and B may submit future applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is

**ORDERED** that the *Burnett* Plaintiffs not appearing on Exhibits A and B may submit in later states applications for damages awards to the extent they have not done so already.

The Clerk of Court is directed to enter partial final default judgment for the *Burnett* Plaintiffs listed in Exhibits A and B. The Clerk of Court is further directed to close the motions at ECF No. 9985, 10011, 10016, 10288 and 10309 in 03-md-1570 and ECF Nos. 763, 770, 775, 832 and 840 in 15-cv-9903.

Dated: September __, 2024
      New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge

# Exhibit A

| # | Personal Representative | | | | 9/11 Decedent | | | | | | Claim Information | | | Pain & Suffering Damages | | Economic Damages | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Report | Date of Report | Prior Award | Amount |
| 1 | Mary | E. | Andrews | | Michael | Rourke | Andrews | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 2898, 9962 | 9962, 10036 | | $ 2,000,000.00 | 9987-3 | 1/29/2024 | | $ 10,653,623.00 |
| 2 | Lenore | C. | Raimondi | | Peter | Frank | Raimondi | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 474 | | | $ 2,000,000.00 | 10015-2 | 1/13/2020 | | $ 10,246,956.00 |
| 3 | Helen | K. | Dawson | | Anthony | Richard | Dawson | | United Kingdom | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 3551 | 4778 | | $ 2,000,000.00 | 10018-2 | 2/29/2024 | | $ 11,777,646.00 |
| 4 | Julia | Ann | Wells | | Vincent | M. | Wells | | United Kingdom | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 3614 | | | $ 2,000,000.00 | | | | |
| 5 | Lillian | | Baxter | | Jasper | | Baxter | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 2958 | | 5975 at 37 | | 10290-2, at 1 | 8/20/2024 | | $ 7,225,970.00 |
| 6 | Lisa | T. | Dolan | | Robert | E. | Dolan | Jr. | U.S. | 9/11/01 | VA | 9903 | 1:15-cv-09903, 53, at 3104 | | 9932 at 4 | | 10290-2, at 69 | 8/23/2024 | | $ 11,232,825.00 |
| 7 | Maryann | J. | O'Rourke | | Kevin | M. | O'Rourke | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 1830 | | 5975 at 428 | | 10290-2, at 143 | 8/28/2024 | | $ 9,889,913.00 |
| 8 | Corrine | E. | Bounty | | Margaret | Mary | Conner | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 2740 | 10282 | 3666 at 3 | | 10290-2, at 36 | 8/29/2024 | | $ 4,711,372.00 |
| 9 | Jessica | Katherine | Kostaris | | Bruce | Henry | Gary | | US | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 3483, 9962 | | | $ 2,000,000.00 | | | | |
| 10 | Barbara | E. | DaMota | | Manuel | John | DaMota | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 2472 | | | $ 2,000,000.00 | | | | |

# Exhibit B

| # | Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | | Claim Information | | | Solatium Damages | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount |
| 1 | Patrice | | Kelleher | | James | T. | Donovan | | US | Jacqueline | | Donovan | | US | 9/11/01 | NY | 15cv9903 | 1:15-cv-09903, 53, at 2488, 9965 | 9965, 10037 | Parent | | | $ 8,500,000.00 |
| 2 | Edward | | Flanders | | Patricia | E. | Flanders | | US | Vincent | D. | Kane | Jr. | US | 9/11/01 | NY | 15cv9903 | 1:15-cv-09903, 53, at 1315, 9965 | 9965, 10037 | Sibling | | | $ 4,250,000.00 |