# EXHIBIT B

| Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | | Economic Damages | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble | |
| 1 Cheryl | | Schneider | | Ian | | Schneider | | USA | 9/11/01 | NY | 02cv7209 | 1 at 2 | | 03md1570 at 3208 | $2,000,000 | $6,000,000 | | 9/3/24 | N/A | $52,860,510.00 | $158,581,530.00 | |
| 2 Jonathan | | Connors | | Jonathan | | Connors | | USA | 9/11/01 | NY | 02cv7209 | 1 at 14 | 54 at 2 | 03md1570 at 3208 | $2,000,000 | $6,000,000 | | 8/29/24 | N/A | $22,675,161.00 | $68,025,483.00 | |
| 3 Matilde | | Salcedo | | Esmerlin | | Salcedo | | USA | 9/11/01 | NY | 02cv7209 | 1 at 8 | | 03md1570 at 3208 | $2,000,000 | $6,000,000 | | 8/30/24 | N/A | $1,869,999.00 | $5,609,997.00 | |