USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/6/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

IN RE: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

No. 03-md-1570

---------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Maya Gandhi hereby moves to withdraw as counsel for Intervenor The New York Times Company in the above-captioned action. David E. McCraw has appeared as counsel for Intervenor The New York Times Company and will continue to represent The New York Times Company in this case.

Dated: New York, NY
       September 5, 2024

Respectfully submitted,

/s/ Maya Gandhi
Maya Gandhi
Legal Department
The New York Times Company
620 Eighth Avenue
New York, NY 10018
Phone: (212) 556-1244
Email: maya.gandhi@nytimes.com

*Counsel for The New York Times Company*

---

The motion to withdraw is GRANTED.
**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: September 6, 2024
       New York, New York