```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

```
-----------------------------------------------------------------X
```

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    <u>Burnett, et al. v. The Islamic Republic of Iran, et al.</u>, 15-cv-9903 (GBD)(SN)

    The plaintiffs listed in Exhibit A move for solatium damages against the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Central Bank of the Islamic Republic of Iran. ECF No. 9878.[1] The personal representatives identified in the Exhibit, however, do not match those listed in the cited complaint. No amendments or substitutions are cited. Accordingly, the Court DENIES the motion without prejudice.

    The Clerk of the Court is respectfully directed to terminate the motions at ECF No. 9878 and in 15-cv-9903 at ECF No. 725.

**SO ORDERED.**

                                                                       SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:    September 6, 2024
                   New York, New York

---

[1] Unless otherwise noted, all ECF numbers refer to the main MDL docket, No. 03-md-01570.

# Exhibit A

**EXHIBIT A**
**SOLATIUM CLAIMS**

| # | Personal Representative ||||  Claimant ||||| 9/11 Decedent ||||||| Claim Information |||| Solatium Damages |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble |
| 1 | Janis / John | | Biermann / Cullinan | | Thomas | Francis | Cullinan | | U.S. | Joan | McConnell | Cullinan | | U.S. | 9/11/01 | NY | 9903 | 1 15-cv-09903, 53, at 3172 | | Spouse | | | $ 12,500,000.00 | $ 37,500,000.00 |
| 2 | James | M. | Selwyn | | Frances | R. | Selwyn | | U.K. | Howard | | Selwyn | | U.S. | 9/11/01 | NY | 9903 | 1 15-cv-09903, 53, at 3488 | | Spouse | | | $ 12,500,000.00 | $ 37,500,000.00 |
| 3 | Helen | K. | Rosenthal | | Avram | | Rosenthal | | U.S. | Joshua | Alan | Rosenthal | | U.S. | 9/11/01 | NY | 9903 | 1 15-cv-09903, 53, at 2650 | | Parent | | | $ 8,500,000.00 | $ 25,500,000.00 |
| 4 | Carol | Ann | Niedermeyer | | Alfonse | | Niedermeyer | | U.S. | Alfonse | J. | Niedermeyer | | U.S. | 9/11/01 | NY | 9903 | 1 15-cv-09903, 53, at 2211 | | Parent | | | $ 8,500,000.00 | $ 25,500,000.00 |