```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/6/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)
*Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD(SN)
*Ashton et al. v. The Kingdom of Saudi Arabia,* 17-cv-2003 (GBD)(SN)

## ORDER

Upon consideration of *Bauer* Plaintiffs' motion to permit the substitution of the Personal Representative for a deceased family member of an individual killed as a result of the terrorist attacks on September 11, 2001; it is hereby

**ORDERED** that the *Bauer* Plaintiffs' motion is granted, and the individuals included on the attached Exhibit are to be substituted into the above captioned cases;

That Counsel for *Bauer* Plaintiffs is directed to enter the substituted Plaintiffs' names, as identified on the attached Exhibit, into the Court's ECF system.

The Clerk of the Court is hereby directed to terminate the motion docketed at MDL ECF No. 10305, and the related motions at 02-cv-6977 (S.D.N.Y.) ECF No. 2151, 02-cv-7236 (S.D.N.Y.) ECF No. 285, and 17-cv-2003 (S.D.N.Y.) ECF No. 338.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: September 6, 2024
       New York, New York

# Exhibit

| Name of Deceased Plaintiff Member (Last Name, First Name) | Name of Substitute Party (Last Name, First Name) | Capacity of Substitute Party | State of Residency | Named of 9/11 Decedent (Last Name, First Name) | Relationship to 9/11 Decedent | ECF Filing |
|---|---|---|---|---|---|---|
| Bowman, Sr., Shawn E. | Bowman, Carol | Executrix | FL | Bowman, Jr., Shawn E. | Parent | 03-md-1570, ECF 7401<br>02-cv-6977, ECF 1344<br>02-cv-7236, ECF 117<br>17-cv-2003, ECF 1 |
| Carlino, Marie | Seelbach, Heidi | Administratrix | NY | Carlino, Edward | Spouse | 03-md-1570, ECF 7405<br>02-cv-6977, ECF 1345<br>02-cv-7236, ECF 118<br>17-cv-2003, ECF 1 |
| Gallucci, Joseph | Santorelli, Filomena G. | Personal Representative | NJ | Gallucci, Vincenzo | Parent | 03-md-1570, ECF 7409<br>02-cv-6977, ECF 1351<br>02-cv-7236, ECF 120<br>17-cv-2003, ECF 1 |
| Gallucci, Angela | Santorelli, Filomena G. | Executrix | NJ | Gallucci, Vincenzo | Parent | 03-md-1570, ECF 7409<br>02-cv-6977, ECF 1351<br>02-cv-7236, ECF 120<br>17-cv-2003, ECF 1 |
| Lewis, Geraldine | Hebert, Kathryn | Executrix | FL | Lewis, Adam | Parent | 03-md-1570, ECF 7411<br>02-cv-6977, ECF 1353<br>02-cv-7236, ECF 122<br>17-cv-2003, ECF 1 |
| Orsini, Robert | Orsini, Pauline | Executrix | NV | Orsini, Ronald | Sibling | 03-md-1570, ECF 7412<br>02-cv-6977, ECF 1357<br>02-cv-7236, ECF 123<br>17-cv-2003, ECF 1 |
| Sisolak, Paul | McQuade, Charles | Personal Representative | NY | Sisolak, Joseph | Parent | 03-md-1570, ECF 7413<br>02-cv-6977, ECF 1358<br>02-cv-7236, ECF 124<br>17-cv-2003, ECF 1 |