# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gladys Lopez, et al.

-v-

Islamic Republic of Iran

**CLERK'S CERTIFICATE OF MAILING**

1:23-cv-08305-GBD

I hereby certify under the penalties of perjury that on the 21st day of December, 2023, I served defendant:

> Minister of Foreign Affairs
> Ministry of Foreign Affairs of the Islamic Republic of Iran
> Iman Khomeini Avenue
> Tehran, Iran
> ATTN: H.E. Hossein Amir-Abdollahian

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

1 copy of the Summons, Amended Complaint dated November 2, 2023, Civil Cover Sheet, Related Case Statement, Notice to Conform to Sudan Consolidated Amended Complaint dated September 28, 2023, and November 3, 2023, Notice to Conform to Sudan Consolidated Amended Complaint or Ashton Sudan Amended Complaint dated September 28, 2023, and November 3, 2023, Notice of suit prepared in accordance with 22 CFR § 93.2 with a copy of 28 U.S.C. §§ 1330, 1391(f), 1441(d), and 1602-1611, Affidavit of Translator and Translations of the above-mentioned documents

by **USPS Registered Mail RH003891425US.**

Dated: New York, New York
        December 21, 2023

                                RUBY J. KRAJICK
                                CLERK OF COURT

                                /s/Rachel Slusher
                                Deputy Clerk