# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Gladys Lopez, et al.<br><br>-v-<br><br>Islamic Republic of Iran | **CLERK'S CERTIFICATE OF MAILING**<br><br>Case No.: 1:23-cv-08305-GBD |
|---|---|

I hereby certify under the penalties of perjury that on the 1st day of February 2024, I served defendant Islamic Republic of Iran at the following address:

    Minister of Foreign Affairs
    Ministry of Foreign Affairs of the Islamic Republic of Iran
    Iman Khomeini Avenue
    Tehran, Iran
    Attn: H.E. Hossein Amir-Abdollahian

By dispatching via Federal Express, Tracking No. 8161 1184 2823, to the Secretary of State, ATTN: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of (in English and Farsi):

    1)    Summons;

    2)    Amended Complaint dated November 2, 2023;

    3)    Civil Cover Sheet;

    4)    Related Case Statement;

    5)    Notice to Conform to Sudan Consolidated Amended Complaint dated September 28, 2023, and November 3, 2023

    6)    Notice to Conform to Sudan Consolidated Amended Complaint or Ashton Sudan Amended Complaint dated September 28, 2023, and November 3, 2023;

    7)    Notice of suit prepared in accordance with 22 CFR § 93.2 with a copy of 28 U.S.C. §§ 1330, 1391(f), 1441(d), and 1602-1611;

    8)    Affidavit of Translator

Dated:  New York, New York
         February 1, 2024

                                        RUBY J. KRAJICK
                                        CLERK OF COURT

                                        /s/Rachel Slusher
                                        Deputy Clerk