# EXHIBIT C

# Michael Theodoridis and Rahma Salie

Learn about Michael Theodoridis and his wife, Rahma Salie, below, and leave a tissue-paper flower at their names on the 9/11 Memorial. Panel N1.







**Michael Theodoridis and his wife, Rahma Salie, on their wedding day. Collection 9/11 Memorial & Museum.**

Michael Theodoridis, known to friends as Micky, grew up in Switzerland and moved to Massachusetts to attend Boston University. Rahma Salie, who grew up in Japan, also immigrated to Massachusetts to attend Wellesley College. Michael converted to Islam before he married Rahma in 1998. On the morning of September 11, 2001, they boarded Flight 11 to attend a wedding in California. The couple was expecting their first child in November 2001.



PHOTO BY JIN S. LEE

# Tissue-Paper Roses Activity

## Activity Instructions

- Choose two circles of colored tissue paper.
- Pinch the center of the circle from the bottom and twist until it forms a cone shape.
- Tape the end of the tissue paper cone to a piece of pipe cleaner to create a rose.

## Think About It

- Why do you think people leave items next to specific names on the parapets?



**Meaningful Adjacencies Exploration**

Learn more



**Activities at Home**

Learn more

---

**LOCATION**

180 Greenwich Street
New York, NY 10007

View on map

reservations@911memorial.org

(212) 312-8800

Contact Us

About

Media Center

**HOURS**

**9/11 Memorial**

Daily, 8 a.m.-8 p.m.

**9/11 Museum**

Weds-Mon & **select Tues**, 9 a.m.-7 p.m.

Get Tickets

Ticketholder Benefits

Museum Store

**LEARN MORE**

Careers

Accessibility

Calendar

Support

**STAY INFORMED**

Join our mailing list to receive the latest updates on news, events, and programming.

Enter your e-mail

---

Financial & Legal Information

[Terms of Use/Privacy Policy](#)    [Accessibility Details](#)

© 2023 National September 11 Memorial & Museum 9/11 MEMORIAL is a registered trademark of the National September 11 Memorial & Museum