UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:
*Cheryl Rivelli, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11878 (GBD)(SN)
*Matthew Rowenhorst, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12387 (GBD)(SN)

### [PROPOSED] ORDER OF FINAL JUDGMENTS AS TO LIABILITY AND FOR PARTIAL FINAL DAMAGES JUDGMENTS AGAINST THE ISLAMIC REPUBLIC OF IRAN FOR THE ESTATES OF MICHAEL THEODORIDIS AND RAHMA SALIE

Upon consideration of the evidence and arguments submitted by the Estates of Michael Theodoridis and Rahma Salie who were killed on Flight 11 on September 11, 2001, and who were non-U.S. Nationals, as specifically identified in Exhibit B,[1] together with the entire record in the case, IT IS HEREBY

**ORDERED** that Iran judgments as to liability are entered for the Estates of Michael Theodoridis and Rahma Salie for their common law claims against the Islamic Republic of Iran ("Iran");[2] and it is further

**ORDERED** that Iran is found to be jointly and severally liable with the Taliban and that the Estates of Michael Theodoridis and Rahma Salie are awarded damages judgments in the

---

[1] Exhibit A is the default judgment motion cover sheet as required by the Court's September 22, 2023 Order at ECF No. 9355.

[2] The Court previously determined that (i) service of process in the above-captioned matters was properly effected upon Iran in accordance with 28 U.S.C. § 1608(a) for sovereign defendants, (ii) the Court has subject-matter jurisdiction over the common law claims of non-U.S. national plaintiffs pursuant to 28 U.S.C. § 1605B, and (iii) that this Court has subject-matter jurisdiction over Iran under the common law for actions arising out of intentional infliction of emotional distress based on the intentional acts of international terrorism perpetrated on September 11, 2001 that intentionally targeted innocent civilians resulting in significant grief sustained by family members of those killed in the attacks. *See* ECF No. 9931 at 7.

same amounts previously awarded by this Court to various similarly situated plaintiffs in *Burnett*, *Havlish*, *Ashton*, *Bauer*, *O'Neill*, and other cases; and it is further

**ORDERED** that the Estates of Michael Theodoridis and Rahma Salie are each awarded intentional infliction of emotional distress (solatium) damages of $12,500,000, as set forth in the attached Exhibit B; and it is further

**ORDERED** that the Estates of Michael Theodoridis and Rahma Salie are awarded prejudgment interest at the rate of 4.96 percent per annum, compounded annually for the period from September 11, 2001 until the date of the judgment for damages, in the amount of $_____; and it is further

**ORDERED** that the Estates of Michael Theodoridis and Rahma Salie may apply for punitive damages, economic damages, and other appropriate damages, at a later date; and it is further

**ORDERED** that all other Plaintiffs in the above-captioned matters not appearing in the attached Exhibit B may submit applications for damages awards in later stages, to the extent such awards have not previously been addressed.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 10326.

                                        **SO ORDERED:**

                                        GEORGE B. DANIELS
                                        United States District Judge

Dated:  New York, New York
          _____, 2024

docs-100718501.1