EXHIBIT A

U.S. National Decedent Estate

| | Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | | Economic Damages | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Report | Date of Report | Prior Award | Amount |
| 1 | Francisca | A. | Wester | | Laurie | Ann | Neira | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 3144 | 10303, at 1, 10322 | 6034, 5808-2, at 6 | $ 2,000,000.00 | | 8/26/24 | | $ 6,787,859.00 |