# EXHIBIT B

Ex. B

| | Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | Claim Information | | | Solatium Damages | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble | Notes |
| 1 | Jordanis | | Theodoridis | | Michael | | Theodoridis | | Switzerland | Rahma | | Salie | | Sri Lanka | 9/11/2001 | NY | 18cv11878 | 18cv11878, 1 at 3 | | Spouse (Deceased) | N/A | N/A | $12,500,000.00 | N/A | |
| 2 | Haleema | | Salie | | Rahma | | Salie | | Sri Lanka | Michael | | Theodoridis | | Switzerland | 9/11/2001 | NY | 18cv12387 | 18cv12387, 1 at 4 | | Spouse (Deceased) | N/A | N/A | $12,500,000.00 | N/A | |