**List of *Dimino* Plaintiffs (Compensatory Awards + Punitive Damages + Pre-Judgment Interest)**

| *Ashton-Dickey* Plaintiff | Pain & Suffering | Economic | Solatium | Total Compensatory | Punitive Damages | Total Damages Before Award of Interest | Interest Calculations (Pre-Judgment Interest at the rate of 4.96% from 9/11/2001) |
|---|---|---|---|---|---|---|---|
| Estate of Stephen Dimino | $2,000,000 | $17,200,000 |  | $19,200,000 | $66,048,000 | $85,248,000 |  |
| Nancy Dimino |  |  | $12,500,000 | $12,500,000 | $43,000,000 | $55,500,000 |  |
| Sabrina Dimino |  |  | $8,500,000 | $8,500,000 | $29,240,000 | $37,740,000 |  |