**List of *Dimino* Plaintiffs (Compensatory Awards + Treble Damages + Pre-Judgment Interest)**

| *Ashton-Dickey* Plaintiff | Pain & Suffering | Economic | Solatium | Total Compensatory | Treble Damages (Total Damages Before Award of Interest) | Interest Calculations (Pre-Judgment Interest at the rate of 4.96% from 9/11/2001) |
|---|---|---|---|---|---|---|
| Estate of Stephen Dimino | $2,000,000 | $17,200,000 | | $19,200,000 | $57,600,000 | |
| Nancy Dimino | | | $12,500,000 | $12,500,000 | $37,500,000 | |
| Sabrina Dimino | | | $8,500,000 | $8,500,000 | $25,500,000 | |