Estates - (description)

| | Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | Economic Damages | | | | Total Damages | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Report | Date of Report | Prior Award | Amount | Compensatory | | |
| 1 | Herman | | Ray | | Denease | | Conley | | US | 9/11/01 | NY | 19cv00012 | 19cv00012, 139 at 13 | | 5985 at 12 | $ 2,000,000 | 10348-1 | 10/1/24 | N/A | $ 6,369,368 | $ 8,369,368 | | Plaintiffs now seek entry of economic damages against Defendant Iran only. |
| 2 | Vito | | Garfi | | Francesco | | Garfi | | US | 9/11/01 | NY | 19cv00012 | 19cv00012, 139 at 19 | | 5985 at 12 | $ 2,000,000 | 10348-1 | 10/1/24 | N/A | $ 21,423,352 | $ 23,423,352 | | Plaintiffs now seek entry of economic damages against Defendant Iran only. |
| 3 | Danielle | | McGuire | | Patrick | | McGuire | | US | 9/11/01 | NY | 19cv00012 | 19cv00012, 139 at 23 | | 5985 at 12 | $ 2,000,000 | 10348-1 | 10/1/24 | N/A | $ 18,643,555 | $ 20,643,555 | | Plaintiffs now seek entry of economic damages against Defendant Iran only. |
| 4 | Elizabeth | | Medaglia-Cordes | | Rocco | | Medaglia | | US | 9/11/01 | NY | 19cv00012 | 19cv00012, 139 at 26 | | 5985 at 12 | $ 2,000,000 | 10348-1 | 10/1/24 | N/A | $ 5,931,022 | $ 7,931,022 | | Plaintiffs now seek entry of economic damages against Defendant Iran only. |