```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MD-01570 (GBD)(SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    The Court has received motions for punitive damages and final judgments against both the Islamic Republic of Iran and the Taliban, including one requesting urgent resolution in advance of the VSST deadline on September 20, 2024. See ECF Nos. 9949, 10057, 10339. The Court has consistently held that decisions on punitive damages be deferred until further order of the Court. See ECF Nos. 3358, 3363, 3383, 3384, 3666. Accordingly, these motions are DENIED without prejudice.

    At the same time, the Court welcomes input from Plaintiffs' Executive Committees ("PECs") on this issue. The PECs are directed to file a letter by September 27, 2024, informing the Court whether: (1) now is the appropriate time for the Court to begin considering motions for punitive damages and/or final judgments; and (2) if so, what information should be before the Court in order for the Court to properly adjudicate such motions. Given the expected volume of such motions, the Court also seeks guidance on how best to administer such motion practice.

    The Clerk of the Court is respectfully directed to terminate the motions at:

- ECF Nos. 9949, 10057, and 10339 in 03-md-01570;
- ECF Nos. 2099, 2116, and 2154 in 02-cv-06977;

- ECF No. 152 in 02-cv-07209; and

- ECF No. 354 in 02-cv-07230.

**SO ORDERED.**

                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:    September 12, 2024
               New York, New York