**WIGGINS CHILDS**
**PANTAZIS FISHER**
**GOLDFARB** PLLC
Advocates & Litigators

A PROFESSIONAL LIMITED LIABILITY COMPANY
2202 18th Street, N.W. · # 110 · WASHINGTON, D.C. 20009-1813

Office Direct Dial: 202-467-4489 · Fax: 205-453-4907
Email: TFleming@wigginschilds.com · Internet: www.wigginschilds.com

TIMOTHY B. FLEMING
OF COUNSEL

September 12, 2024

The Honorable George B. Daniels
U.S. District Judge
United States District Court
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

The Honorable Sarah Netburn
U.S. Magistrate Judge
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re:   Economic Damages Application in
*Ray, et al. v. Islamic Republic of Iran*, 1:19-cv-00012

Dear Judge Daniels and Magistrate Judge Netburn:

In light of the Order entered at ECF 10249 regarding the upcoming deadline of September 20, 2024, for submission of supplemental applications for economic damages to the USVSSTF, the *Ray* Plaintiffs write to inform the Court that an application was submitted yesterday at ECF 10346 through 10349 for compensatory economic damages awards for four (4) 9/11 Decedent Estates.

With appreciation for the Court's workload, we thank the Court for its efforts to rule upon these applications for economic damages that will allow the Estates to participate fully in the upcoming round of the USVSSTF.

Sincerely,

*[signature]*

Timothy Fleming

BIRMINGHAM, AL
DELAND, FL
NASHVILLE, TN
WASHINGTON, D.C.