UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 03 MDL 1570 (GBD)(SN)

Re:    *1:02-cv-06977-GBD-SN, Ashton, et al. v. Al Qaeda Islamic, et al.;*
       *1:02-cv-07230-GBD-SN, Burlingame, et al. v. Bin Laden, et al.*

I hereby certify under the penalties of perjury that on the 16th day of September 2024,
I served defendant:

Islamic Republic of Iran
H.E. Dr. Mohammad Javad Zarif
Foreign Minister of the Ministry of Foreign Affairs
Imam Khomeini Street, Imam Khomeini Square
Tehran, Islamic Republic of Iran

by dispatching via Federal Express, Tracking No. 7785 2716 3059, to The Secretary of State,
(CA/OCS/L) SA-17, 10th Floor, 2201 C Street NW, Washington, DC, 20522, pursuant to the
provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4) two (2) copies of
the Notice of Default Judgment and its certified Farsi translations, which conforms to the
requirements of 22 C.F.R. 93.2; a true and certified copy of the August 31, 2015 default
judgment on liability and the certified Farsi translation thereof; a copy of the August 28, 2024
Partial Final Default Judgment and the moving papers for Plaintiffs' Motion, and the certified
Farsi translations of the Default Judgment and Plaintiff's motion papers; a copy of the Foreign
Sovereign Immunities Act and the certified Farsi translation.

Dated:  September 16, 2024
        New York, New York

DANIEL ORTIZ
ACTING CLERK OF COURT

/s/Rachel Slusher
Deputy Clerk