UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------X

In Re Terrorist Attacks on September 11, 2001          03 MDL 1570 (GBD)(SN)

-------------------------------------------------------------------------------X

This document relates to:

*Ashton et.al. v. Qaeda Islamic Army, et. al.,* 02-cv-6977 (GBD)(SN)
*Schneider, et. al. Islamic Republic of Iran,* 02-cv-7209 (GBD)(SN)
*Ashton, et. al. v. The Kingdom of Saudi Arabia,* 17-cv-2003 (GBD)(SN)

### MOTION TO SUBSTITUTE PARTIES PURSUANT TO
### FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Federal Rules of Civil Procedure 15(d), *Schneider* Plaintiffs herein move the

Court to allow substitution of the parties as identified on the attached Exhibit in the above

referenced actions. Each individual being substituted into the case is the Personal Representative

of an individual killed as a result of the terrorist attacks on September 11, 2001 (a "9/11

decedent").

The Exhibit identified the individuals to be substituted in the pleading, the names of the

substituting party, including the capacity in which they seek to be substituted, state of residency

of the deceased family member, the name of the 9/11 decedent to which the plaintiff is related to,

their relationship to the 9/11 decedent, and the existing pleading that refers to the plaintiff.

Plaintiffs propose that upon endorsement of Plaintiffs' Proposed Order, and to ease the

burden on the Clerk of the Court's Office due to the size of this MDL, that Plaintiffs' Counsel be

allowed to enter the substituted parties individually as Plaintiffs into the Court's ECF system.

Dated: New York, New York
       September 17, 2024

                                        Respectfully submitted,
                                        JONATHAN C. REITER LAW FIRM, PLLC
                                        BY: /s/ Meryl I. Schwartz

Jonathan C. Reiter, Esq.
350 Fifth Avenue, Suite 6400
New York, New York 10118
Tel: (212) 736-0979
Email: jcreiter@jcreiterlaw.com
Attorneys for *Schneider* Plaintiffs