UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

In Re Terrorist Attacks on September 11, 2001    03 MDL 1570 (GBD)(SN)

------------------------------------------------------------------------X

This document relates to:

*Ashton et.al. v. Qaeda Islamic Army, et. al.*, 02-cv-6977 (GBD)(SN)
*Schneider, et. al. Islamic Republic of Iran*, 02-cv-7209 (GBD)(SN)
*Ashton, et. al. v. The Kingdom of Saudi Arabia*, 17-cv-2003 (GBD)(SN)

### [PROPOSED ORDER]

Upon consideration of *Schneider* Plaintiffs' motion to permit the substitution of the Personal Representative for a deceased family of an individual killed as a result of the terrorist attacks on September 11, 2201; it is hereby

**ORDERED**, the *Schneider* Plaintiffs' motion is granted, and the individuals included on the attached Exhibit are to be substituted into the above captioned cases;

That counsel for *Schneider* Plaintiffs is directed to enter the substituted Plaintiff's name, as identified on the attached Exhibit, into the Court's ECF system.

Dated: New York, New York
_____, 2024

SO ORDERED:

_____
SARAH NETBURN
United States District Judge