# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11,2001 | 03 MDL 1570 (GBD) (SN)  ECF Case |

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.,* 02-cv-6977 (GBD)(SN) (and member case
*Burlingame v. Bin Laden, et al.,* 02-cv-7230 (GBD)(SN))
*Ashton, et al. v. Kingdom of Saudi Arabia*, 17-cv-02003 (GBD)(SN)
*Schneider, et al. v. al Qaeda Islamic,* 02-cv-7209 (GBD)(SN)

## [PROPOSED] ORDER FOR COMPENSATORY ECONOMIC
## DAMAGES & PARTIAL FINAL JUDGMENT FOR THE *DIMINO* PLAINTIFFS

WHEREAS, evidence in this matter was submitted by Plaintiffs in filings with the Court

on February 5, 2020, at *Schneider* ECF Doc. No. 44, which was admitted by the Court via an Order

entered on September 23, 2020, *Schneider* ECF Doc. No. 54;

WHEREAS, hearings on the Defendants' liability were previously held on December 15,

2011, in *Havlish, et al v. bin Laden, et al.,* 1:03-cv-09848 (GBD)(SN), and a supplemental

evidence *Hoglan, et al., v. Islamic Republic of Iran, et al.,* 1:11-cv-07550, at which evidence was

presented to the Court, including the evidence previously submitted by Plaintiffs in *Havlish* via

written submissions on May 19, 2011, July 13, 2011, August 19, 2011, and December 15, 2011,

including extensive evidence filed confidentially under seal, and as well as supplemental evidence

submitted by Plaintiffs in a filing on July 10, 2015 in *Hoglan*, all of which was  admitted into

evidence in this case;

WHEREAS, on September 23, 2020, this Court issued an Order of Judgment as to liability

in favor of Plaintiffs against, among others, the Defendant Islamic Republic of Iran, *Schneider*

ECF Doc. No. 54;

WHEREAS, the *Dimino* Plaintiffs have submitted such applications for economic damages and have filed under seal a comprehensive economic loss report by Michael Keane, Professor of Economics at Yale University, supporting the economic loss awards for the above-referenced 9/11 Decedent Estate Plaintiffs attached to the Declaration under Seal of John F. Schutty, Esq. as EXHIBIT A;

It is HEREBY:

ORDERED that the partial final judgment for compensatory economic damages is entered in favor of 9/11 Decedent Plaintiffs Estate of Stephen Dimino and against Defendant the Islamic Republic of Iran as stated both below and on the attached EXHIBIT B, and IT IS FURTHER

ORDERED that such Plaintiffs are awarded economic compensatory damages to 9/11 Decedent Estate Plaintiffs in the amount of $17,200,000, as more specifically set forth below; and, IT IS FURTHER ORDERED that the Defendant Islamic Republic of Iran is liable for the entire JUDGMENT on compensatory economic loss damages; and, IT IS FURTHER  ORDERED that Plaintiffs' may present an application for punitive damages at a future time consistent with further orders of the Court in the multi-district litigation captioned In Re:  Terrorist Attacks on September 11, 2001, 1:03-md-01570 (GBD)(SN) 1570; and, IT IS FURTHER

ORDERED that the compensatory economic damages awarded to the above-referenced 9/11 Decedent Estate Plaintiffs are entered as follows:

(a)      Estate of Stephen Dimino (Compensatory Economic Damages $17,200,000).

*Furthermore, the Court respectfully directs the Clerk of the Court to terminate the Motion at ECF No. ####.*

Dated: New York, New York
            September 17, 2024

                                        SO ORDERED:

                                        _____
                                        GEORGE B. DANIELS
                                        UNITED STATES DISTRICT COURT JUDGE