Estates - (Economic Damages)
Exhibit B

| Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | | Economic Damages | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble | |
| 1 Nancy | | Dimino | | Stephen | | Dimino | | U.S. | 9/11/01 | NY | 02cv7209 | 02cv7209, 1 at 5 | 02cv6977, 11-2 at 5 | 3226 at 11 | $2,000,000 | $ 6,000,000.00 | | 12/14/03 | N/A | $ 17,200,000.00 | $ 51,600,000.00 | |
| 2 | | | | | | | | | | | | | | | | $ - | | | | | $ - | |
| 3 | | | | | | | | | | | | | | | | $ - | | | | | $ - | |
| 4 | | | | | | | | | | | | | | | | $ - | | | | | $ - | |
| 5 | | | | | | | | | | | | | | | | $ - | | | | | $ - | |
| 6 | | | | | | | | | | | | | | | | $ - | | | | | $ - | |
| 7 | | | | | | | | | | | | | | | | $ - | | | | | $ - | |
| 8 | | | | | | | | | | | | | | | | $ - | | | | | $ - | |
| 9 | | | | | | | | | | | | | | | | $ - | | | | | $ - | |