USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/18/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

In Re Terrorist Attacks on September 11, 2001

03 MDL 1570 (GBD)(SN)

-----------------------------------------------------------------X

This document relates to:

*Ashton et.al. v. Qaeda Islamic Army, et. al.*, 02-cv-6977 (GBD)(SN)
*Schneider, et. al. Islamic Republic of Iran*, 02-cv-7209 (GBD)(SN)
*Ashton, et. al. v. The Kingdom of Saudi Arabia*, 17-cv-2003 (GBD)(SN)

### MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Federal Rules of Civil Procedure 15(d), *Schneider* Plaintiffs herein move the Court to allow substitution of the parties as identified on the attached Exhibit in the above referenced actions. Each individual being substituted into the case is the Personal Representative of an individual killed as a result of the terrorist attacks on September 11, 2001 (a "9/11 decedent").

The Exhibit identified the individuals to be substituted in the pleading, the names of the substituting party, including the capacity in which they seek to be substituted, state of residency of the deceased family member, the name of the 9/11 decedent to which the plaintiff is related to, their relationship to the 9/11 decedent, and the existing pleading that refers to the plaintiff.

Plaintiffs propose that upon endorsement of Plaintiffs' Proposed Order, and to ease the burden on the Clerk of the Court's Office due to the size of this MDL, that Plaintiffs' Counsel be allowed to enter the substituted parties individually as Plaintiffs into the Court's ECF system.

Dated: New York, New York
September 17, 2024

Respectfully submitted,
JONATHAN C. REITER LAW FIRM, PLLC
BY: /s/ Meryl I. Schwartz

Jonathan C. Reiter, Esq.
350 Fifth Avenue, Suite 6400
New York, New York 10118
Tel: (212) 736-0979
Email: jcreiter@jcreiterlaw.com
Attorneys for *Schneider* Plaintiffs

---

The motion to substitute is GRANTED. Plaintiffs' counsel is directed to enter the substituted parties into the Court's ECF system. The Clerk of Court is respectfully directed to close the motion at ECF No. 10368 in 03-md-01570 and ECF No. 163 in 02-cv-07209.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: September 18, 2024
      New York, New York

# EXHIBIT A

| Name of Deceased Plaintiff Member | Name of Substitute Party | Capacity of Substitute Party | State of Residency | Name of 9/11 Decedent | Relationship to Decedent | ECF Filing |
|---|---|---|---|---|---|---|
| | | | | | | |
| Connors, Susan | Connors, Jonathan T. | Executor | NY | Connors, Jonathan M. | Son | 02 Cv 7209, ECF 1<br>02 Cv 7209, ECF 54 |
| Connors, Susan, as Executor of Estate of Jonathan M. Connors | Connors, Jonathan T. | Executor | NY | Connors, Jonathan M. | Son | 02 Cv 7209, ECF 1<br>02 Cv 7209, ECF 54 |
| | | | | | | |