# EXHIBIT A

# DEFAULT JUDGEMENT MOTION COVER SHEET

**MDL MOVING PAPERS**

    Motion: ECF No. 10375

    Memorandum of law: ECF No. _____

    Declaration & supporting exhibits: ECF No. 10376

**PLAINTIFFS**

Please describe each set of plaintiffs requesting judgments in this motion.

| Exhibit | Description of Plaintiffs | Cause(s) of Action |
|---|---|---|
| B | United States national estate plaintiff w/o prior economic damages judgments | ATA (18 USC s. 2333); FSIA (28 USC s. 1605A); common law |
| | | |
| | | |
| | | |
| | | |

**DEFENDANTS**

Please list all defendants the plaintiffs are moving against:

    Islamic Republic of Iran

**COMPLIANCE**

    As stated in ECF No. ___10376___ at ¶ _7_, counsel followed the quality control measures outlined in ECF No. 3433 and adopted in ECF No. 3435.

    As stated in ECF No. ___10376___ at ¶ _6_, these plaintiffs have not previously received judgments against these defendants.

    Excel versions of any tables attached to the proposed order were emailed to Netburn_NYSDChambers@nysd.uscourts.gov on 09/18/2024.

**SUBJECT MATTER JURISDICTION**

    ☒ The Court previously addressed subject matter jurisdiction over these claims in ECF No. 3021

    ☐ The Court has not previously addressed subject matter jurisdiction over these claims.

**PERSONAL JURISDICTION**

    ☒ The Court previously addressed personal jurisdiction over these defendants in ECF No. 3021

    ☐ The Court has not addressed personal jurisdiction over these defendants.

**FACTUAL & LEGAL QUESTIONS**

    ☐ This motion requests ☐ new functional equivalence findings; ☐ new personal injury assessments; or ☐ resolution of a new issue: _____

    ☒ This motion does not raise novel factual or legal issues.

**RELEVENT FILINGS**

For each member case, list docket entries for the corresponding filings. Duplicate this page is additional space is needed.

| Member Case & Operative Complaint | Notices of Amendment & Substitutions<br><br>*list entries relevant to moving plaintiffs* | Alternative Service Order<br><br>*complete if applicable* | Affidavit of Service | Certificate of Default | Liability Judgment<br><br>*leave blank if requesting liability judgment* |
|---|---|---|---|---|---|
| 02-cv-6977 (S.D.N.Y.) (GBD) (SN) ECF No. 11 (Consolidated Master Complaint) | 02-cv-6977 (S.D.N.Y)(GBD)(SN) ECF 10374 | | ECF No. 1238 (09/16/2005) | ECF No. 2510 (12/22/2011) | ECF No. 3021 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |