UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**CLERK'S CERTIFICATE OF MAILING**

*Re:   Kim, et al. v. Islamic Republic of Iran, 18-cv-11870 (GBD) (SN);
        Hemenway, et al. v. Islamic Republic of Iran, 18-cv-12277 (GBD) (SN);
        King, et al. v. Islamic Republic of Iran, 22-cv-5193 (GBD) (SN)*

I hereby certify under the penalties of perjury that on the 18th day of September 2024, I served defendant:

>   Islamic Republic of Iran
>   Minister of Foreign Affairs
>   Ministry of Foreign Affairs of the Islamic Republic of Iran
>   Imam Khomeini Avenue
>   Tehran, Iran
>   ATTN: H.E. Ali Bagheri

by dispatching via Federal Express, Tracking No. 8182 8358 0165, to The Secretary of State, (CA/OCS/PRI) SA-29, 4th Floor, 2201 C Street NW, Washington, DC, 20520, Attn: Director of Special Consular Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies in English and Farsi of

1.  Notices of Judgment prepared in accordance with 22 CPR§ 93.2;
2.  Orders of Judgment for Liability, dated September 3, 2019, and November 6, 2023;
3.  Order Granting Partial Final Default Judgment for the Plaintiffs Listed in Exhibit A dated August 29, 2024;
4.  Instructions for Appealing Judgment;
5.  A copy of 28 U.S.C. 1330, 28 U.S.C. 1391, 28. U.S.C. 1441, and the Foreign Sovereign Immunities Act (28 U.S.C. 1602, et seq.); and
6.  Affidavit of translator.

Dated: September 18, 2024
       New York, New York

                                        DANIEL ORTIZ
                                        ACTING CLERK OF COURT

                                        /s/Rachel Slusher
                                        Deputy Clerk