UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**CLERK'S CERTIFICATE OF MAILING**

Re:   *Morris, et al. v. Islamic Republic of Iran, 18-cv-5321 (GBD) (SN);*
*Hemenway, et al. v. Islamic Republic of Iran, 18-cv-12277 (GBD) (SN);*
*Kone, et al. v. Islamic Republic of Iran, 23-cv-5790 (GBD) (SN);*
*Kelly, et al. v. Islamic Republic of Iran, 23-cv-7283 (GBD) (SN)*

I hereby certify under the penalties of perjury that on the 18th day of September 2024, I served defendant:

> Islamic Republic of Iran
> Minister of Foreign Affairs
> Ministry of Foreign Affairs of the Islamic Republic of Iran
> Imam Khomeini Avenue
> Tehran, Iran
> ATTN: H.E. Ali Bagheri

by dispatching via Federal Express, Tracking No. 8182 8358 0040, to The Secretary of State, (CA/OCS/PRI) SA-29, 4th Floor, 2201 C Street NW, Washington, DC, 20520, Attn: Director of Special Consular Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies in English and Farsi of

1. Notices of Judgment prepared in accordance with 22 CPR§ 93.2;
2. Order of Judgment for Liability dated June 21, 2019, September 3, 2019, and September 5, 2024;
3. Order Granting Partial Final Default Judgment for the Plaintiffs in Exhibits A and B dated September 5, 2024;
4. Instructions for Appealing Judgment;
5. A copy of 2 8 U.S.C. 1330, 28 U.S.C. 1391, 28. U.S.C. 1441, and the Foreign Sovereign Immunities 2 Act (28 U.S.C. 1602, et seq.); and
6. Affidavit of translator

Dated: September 18, 2024
New York, New York

DANIEL ORTIZ
ACTING CLERK OF COURT

/s/Rachel Slusher
Deputy Clerk