UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**CLERK'S CERTIFICATE OF MAILING**

*Re:*  *Ashton, et al. v. al Qaeda Islamic Army, et al., 02-cv-6977 (GBD) (SN);*
*Morris, et al. v. Islamic Republic of Iran, 18-cv-5321 (GBD) (SN);*
*Jimenez, et al. v. Islamic Republic of Iran, 18-cv-11875 (GBD) (SN);*
*Aamoth, et al. v. Islamic Republic of Iran, 18-cv-12276 (GBD) (SN;*
*Bernaerts, et al. v. Islamic Republic of Iran, 19-cv-11865 (GBD) (SN);*
*King, et al. v. Islamic Republic of Iran, 22-cv-5193 (GBD) (SN)*

I hereby certify under the penalties of perjury that on the 18th day of September 2024, I served defendant:

> Islamic Republic of Iran
> Minister of Foreign Affairs
> Ministry of Foreign Affairs of the Islamic Republic of Iran
> Imam Khomeini Avenue
> Tehran, Iran
> ATTN: H.E. Ali Bagheri

by dispatching via Federal Express, Tracking No. 8182 8358 0095, to The Secretary of State, (CA/OCS/PRI) SA-29, 4th Floor, 2201 C Street NW, Washington, DC, 20520, Attn: Director of Special Consular Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies in English and Farsi of

1. Notices of Judgment prepared in accordance with 22 CPR§ 93.2;
2. Orders of Judgment for Liability, dated August 31, 2015 and June 17, 2024;
3. Order Granting Partial Final Default Judgment for the Plaintiffs Listed in Exhibits A and B dated September 3, 2024;
4. Instructions for Appealing Judgment;
5. A copy of 2 8 U.S.C. 1330, 28 U.S.C. 1391, 28. U.S.C. 1441, and the Foreign Sovereign Immunities 2 Act (28 U.S.C. 1602, et seq.); and
6. Affidavit of translator.

Dated: September 18, 2024
         New York, New York

> DANIEL ORTIZ
> ACTING CLERK OF COURT
>
> /s/Rachel Slusher
> Deputy Clerk