UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**CLERK'S CERTIFICATE OF MAILING**

*Re:*    *Ashton, et al. v. al Qaeda Islamic Army, et al., 02-cv-6977 (GBD) (SN) (and member case*
*Burlingame, et al. v. Bin Laden, et al., 02-cv-7230 (GBD) (SN));*
*DeRubbio, et al. v. Islamic Republic of Iran, 18-cv-5306 (GBD) (SN);*
*Agyeman, et al. v. Islamic Republic of Iran, 18-cv-5320 (GBD) (SN);*
*Schlissel, et al. v. Islamic Republic of Iran, 18-cv-5331 (GBD) (SN);*
*Jimenez, et al. v. Islamic Republic of Iran, 18-cv-11875 (GBD) (SN);*
*Hemenway, et al. v. Islamic Republic of Iran, 18-cv-12277 (GBD) (SN);*
*BNY Mellon, et al. v. Islamic Republic of Iran, 19-cv-11767 (GBD) (SN);*
*Bodner, et al. v. Islamic Republic of Iran, 19-cv-11776 (GBD) (SN);*
*Bernaerts, et al. v. Islamic Republic of ]ran, 19-cv-11865 (GBD) (SN);*
*Asaro, et al. v. Islamic Republic of Iran, 20-cv-10460 (GBD) (SN);*
*Bianco, et al. v. Islamic Republic of Iran, 20-cv-10902 (GBD) (SN)*

I hereby certify under the penalties of perjury that on the 18th day of September 2024, I served

defendant:

Islamic Republic of Iran
Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic Republic of Iran
Imam Khomeini Avenue
Tehran, Iran
ATTN: H.E. Ali Bagheri

by dispatching via Federal Express, Tracking No. 8182 8358 0176, to The Secretary of State,
(CA/OCS/PRI) SA-29, 4th Floor, 2201 C Street NW, Washington, DC, 20520, Attn: Director of Special
Consular Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C.
§ 1608(a)(4), two (2) copies in English and Farsi of

1. Notices of Judgment prepared in accordance with 22 CPR§ 93.2;
2. Orders of Judgment for Liability, dated August 31, 2015, May 28, 2019, June 21, 2019,
   September 3, 2019, and January 4, 2022;
3. Order Granting Partial Final Default Judgment for the Plaintiffs Listed in Exhibit A dated August
   28, 2024;
4. Instructions for Appealing Judgment;
5. A copy of 28 U.S.C. 1330, 28 U.S.C. 1391, 28. U.S.C. 1441, and the Foreign Sovereign
   Immunities 2 Act (28 U.S.C. 1602, et seq.); and
6. Affidavit of translator

Dated: September 18, 2024
       New York, New York

DANIEL ORTIZ
ACTING CLERK OF COURT

/s/Rachel Slusher
Deputy Clerk