# JONATHAN C. REITER LAW FIRM, PLLC

EMPIRE STATE BUILDING
350 FIFTH AVENUE, SUITE 6400
NEW YORK, NEW YORK 10118
TEL: 212-736-0979
FAX: 212-268-5297
www.jcreiterlaw.com
email: info@jcreiterlaw.com

JONATHAN C. REITER

MERYL I. SCHWARTZ

OF COUNSEL
STEVEN B. EPSTEIN

September 24, 2024

Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10118

Re: In Re Terrorist Attacks on September 11, 2001 – 03 MDL 1570 (GBD)(SN)
*Schneider, et. al. Islamic Republic of Iran,* 02 cv-7209 (member case to *Ashton et.al. v. Qaeda Islamic Army, et. al.,* 02 cv-6977 (GBD)(SN)

Honorable Judge Daniels:

We represent the Connors family in the above referenced action. We submitted a default motion for economic loss (DE 10375) along with a declaration (DE 10375) and Letter submitted under seal to Your Honor (DE 10378) on September 18, 2024. There was an issue with the filing of the Order and on September 19, 2024, we spoke to Tommy in the Orders department, who informed us that the error had been corrected and was sent up to Your Honor for your review. At that time no email was received saying that the order was approved as to form. We contacted Tommy again on September 20, and told him that no such email had been received and he quickly issued such an email saying it was approved as to form.

As Your Honor is aware, there are deadlines to the USVSST, for the filing of applications, along with judgments for families to obtain monies from the USVSST. We respectfully ask that Your Honor approve this motion so that the application to the USVSST will be complete.

Thank you for your courtesy and consideration of this matter.

Respectfully submitted,

Meryl I. Schwartz