# **EXHIBIT A**



United States Department of State

Washington, D.C. 20520

September 11, 2024

Ruby J. Krajick
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: *Parker, et al. v. Republic of the Sudan,* 1:20-cv-10657

Dear Ms. Krajick:

I am writing regarding the Court's request pursuant to 28 U.S.C. Section 1608(a)(4) for transmittal of a Summons, Complaint and Notice of Suit to the Republic of Sudan as a defendant in the above referenced lawsuit.

The documents were delivered in Washington, DC under cover of U.S. Department of State diplomatic note to the Embassy of the Republic of Sudan. The diplomatic note was dated July 16, 2024, and delivered on July 19, 2024. A certified copy of the diplomatic note is enclosed.*

Sincerely,

Jared N. Hess
Attorney Adviser
Office of the Legal Adviser
L/CA/POG/GC

Cc:   Dorothea Capone
      Baumeister & Samuels, P.C.
      140 Broadway, 46th Floor
      New York, NY 10005

---

* Please note that performance by the Department of State of its statutory functions under 28 U.S.C. § 1608 should not be construed as an indication in any way of the United States' position or views on whether plaintiffs have properly complied with all statutory requirements of the FSIA, the status or character of a defendant, whether service was properly effected, or the merits of any claims or defenses. *See* https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/internl-judicial-asst/Service-of-Process/Foreign-Sovereign-Immunities-Act.html.

Case 1:03-md-01570-GBD-SN   Document 10397-1   Filed 09/25/24   Page 3 of 6



**United States Department of State**

*Washington, D.C.  20520*

## CERTIFICATION OF DIPLOMATIC NOTE

I, Elizabeth Gracon, Managing Director of the Directorate of Overseas Citizens Services, in Washington, DC certify that this is a true copy of the United States Department of State diplomatic note dated July 16, 2024, and delivered to the Embassy of the Republic of Sudan in Washington, DC on July 19, 2024.

Elizabeth Gracon, Managing Director
Directorate of Overseas Citizens Services

July 24, 2024

The Department of State refers the Embassy of the Republic of the Sudan to the lawsuit *Parker, et al. v. Republic of the Sudan*, 1:20-cv-10657, which is pending in the U.S. District Court for the Southern District of New York. The Republic of the Sudan is a defendant in this case. The Department transmits a Summons and Complaint herewith. The U.S. District Court for the Southern District of New York has requested service of these documents. This note constitutes transmittal of these documents to the Republic of the Sudan as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S. law, a defendant in a lawsuit must file an answer to the Complaint or some other responsive pleading within 60 days from the date of transmittal of the Complaint. In failing to do so, a defendant risks the possibility of having judgment entered against it without the

DIPLOMATIC NOTE

-2-

opportunity to present arguments or evidence on its behalf. Therefore, the Department requests that the enclosed Summons and Complaint be forwarded to the appropriate authority of the Republic of the Sudan with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the Summons and Complaint, the Department is enclosing a Notice of Suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign states, and certain other court documents that the plaintiff has requested be transmitted.

Under U.S. law, any jurisdictional or other defense, including claims of sovereign immunity, must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. It is the practice of the Department to be available to discuss the requirements of U.S. law with counsel. The U.S. government is not a party to this case and cannot represent other parties in this matter.

Enclosures:

-3-

As stated.

Department of State,

Washington, July 16, 2024