# Exhibit N

FRE 408

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
:
:
In Re Terrorist Attacks on September 11, 2001   :   03 MDL 1570 (GBD)(SN)
:
:
----------------------------------------------------------------x

## DECLARATION OF MIAD MALEKI
## U.S. DEPARTMENT OF TREASURY

I, Miad Maleki, pursuant to 28 U.S.C. § 1746, hereby state and declare as follows:

1. I am currently employed as the Acting Deputy Associate Director of the Office of Global Targeting ("OGT") at the U.S. Department of the Treasury ("Treasury"), Office of Foreign Assets Control ("OFAC"). I have worked with OGT as an OFAC government employee since 2017, as a Sanctions Investigator, Supervisor Sanctions Investigator, and Assistant Director, before assuming my current position. As the Acting Deputy Associate Director, my responsibilities include oversight of all the activities of OGT.

2. Through the exercise of my official duties, I have become familiar with this litigation, *In re Terrorist Attacks on September 11, 2001*. I make the following statements based upon my personal knowledge and information made available to me in my official capacity.

3. Treasury produced the documents Bates numbered TREASURY 00001-121 to the parties in the above-captioned litigation following a declassification review. That declassification review followed a request from parties in this case for certain records.

4. While I was not personally involved in the creation of the records described in paragraph 3, I am personally familiar with Treasury's policies and procedures regarding the creation and

FRE 408

maintenance of documents and its record-keeping practices. The documents described in paragraph 3 are designation packages that were created and maintained as part of the regular activity of Treasury in carrying out its mission to designate persons and entities under various authorities, including E.O. 13224.

5. The purpose of this declaration is to provide a certification of the documents described in paragraph 3, in accordance with Rule 902(11) of the Federal Rules of Evidence.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16 day of September 2024.

*Miad Maleki*
Digitally signed by Miad Maleki
Date: 2024.09.16 17:44:38 -04'00'

_____
Miad Maleki