IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

*In re Terrorist Attacks on September 11, 2001*

03 MDL 1570 (GBD)(SN)
ECF Case

---------------------------------------------------------------x

This document relates to:

*Estate of John Patrick O'Neill Sr., et al.* v. *The Republic of Iraq, et al.*, 1:04-cv-01076 (GBD)(SN)
*Estate of John Patrick O'Neill Sr., et al.* v. *Al Baraka Investment and Development Corporations, et al.*, 1:04-cv-01923(GBD)(SN)

*Gladys Lopez et al.* v. *Islamic Republic of Iran*, No. 1:23-cv-08305 (GBD)(SN)

## ORDER

**AND NOW**, this _____ day of _____, 2024, upon consideration of the Motion to Withdraw and Proceed Pro Se, it is hereby **ORDERED** as follows:

1. Counsel's Motion is **GRANTED** and counsel for Plaintiff Michael Reynolds and Plaintiff Justin Rodriguez are hereby granted leave to withdraw their appearance as counsel.

Within thirty (30) days of the date of this Order, Plaintiff Michael Reynolds and Justin Rodriguez shall file a status report with the Court confirming that they wish to proceed Pro Se or that they have retained new counsel.

BY THE COURT

_____

SARAH NETBURN

United States Magistrate, SDNY

docs-100713853.1