**WHITE & CASE**

October 1, 2024

VIA ECF

The Honorable George B. Daniels
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
T +1 202 626 3600

whitecase.com

***In re Terrorist Attacks on September 11, 2001*, Case No. 1:03-md-01570-GBD-SN (S.D.N.Y.): Request for Oral Argument on Al Rajhi Bank's Renewed Motion to Dismiss**

Dear Judge Daniels:

Pursuant to Rule IV.D of this Court's Individual Rules and Practices, Al Rajhi Bank respectfully requests in-person oral argument on its Renewed Motion to Dismiss and Motion for Summary Judgement for Lack of Personal Jurisdiction, ECF No. 9785, filed on May 7, 2024. The Bank's Renewed Motion became fully briefed on September 30, 2024, when the Bank filed its Reply Memorandum, ECF No. 10403.

Al Rajhi Bank believes that the Court would find oral argument beneficial in resolving this important jurisdictional matter. No oral argument has previously been held on Al Rajhi Bank's Renewed Motion.

Al Rajhi Bank has conferred with counsel for Plaintiffs about this request, and Plaintiffs' counsel conveyed their position as follows: "Plaintiffs agree that argument would be beneficial to the Court."

Respectfully submitted,

/s/ *Christopher M. Curran*

Christopher M. Curran
Nicole Erb

*Counsel for Al Rajhi Bank*

cc:   Counsel of Record (via ECF)