UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks of September 11, 2001 | **CLERK'S CERTIFICATE OF MAILING**<br><br>Case No.: 03 MDL 1570 (GBD)(SN) |

*Re: Bartoli, et al. v. Islamic Republic of Iran, 1:24-cv-04715-GBD*

I hereby certify under the penalties of perjury that on the 2nd day of October, 2024, I served defendant:

Islamic Republic of Iran
Ali Bagheri
Acting Minister of Foreign Affairs
Ministry of Foreign Affairs
Imam Khomeini Street, Imam Khomeini Avenue
Tehran, Iran

By dispatching via USPS Certified Mail 9589 0710 5270 0387 5708 34, to the Secretary of State, Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of (in English and Farsi):

- Complaint as filed;
- Notice of Suit in the English language;
- Summons;
- Affidavits from translator;
- Foreign Sovereign Immunities Act (FSIA), 28 USCS §§ 1602 et seq.

Dated:  New York, New York
         October 2, 2024

DANIEL ORTIZ
ACTING CLERK OF COURT

/s/Rachel Slusher
Deputy Clerk