```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
```

**In re:**

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**

```
-----------------------------------------------------------X
```

03-MD-01570 (GBD)(SN)

**ORDER**

This document relates to:

    Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 04-cv-01076 (GBD)(SN)
    Estate of John Patrick O'Neill, Sr., et al. v. Al Baraka Investment and Development Corporations, et al., No. 23-cv-08305 (GBD)(SN)

**SARAH NETBURN, United States Magistrate Judge:**

    Counsel for plaintiffs Michael Reynolds and Justin Rodriguez have moved to withdraw their appearance and ask the Court to permit Mr. Reynolds and Mr. Rodriguez to proceed *pro se*. ECF No. 10402.[1]

    A party may represent themselves personally rather than by counsel. 28 U.S.C. § 1654. The decision to represent yourself personally, however, does not exempt the party from following the rules of the Court, including the obligation to file a notice of *pro se* appearance. Additionally, because of the volume of filings in this multi-party, multi-district litigation, all parties, regardless of representation, must consent to electronic service.

    Accordingly, the motion to relieve counsel is DENIED without prejudice until (a) Mr. Reynolds and Mr. Rodriguez file a notice of *pro se* appearance on the docket that lists their

---

[1] Unless otherwise noted, all ECF numbers refer to the main MDL docket, No. 03-md-01570.

contact information and consents to electronic service; or (b) Mr. Reynolds and Mr. Rodriguez confirm that they have retained new counsel.

The Court directs Mr. Reynolds and Mr. Rodriguez to the resources this District provides for *pro se* litigants at https://www.nysd.uscourts.gov/prose and directs them to file either a notice of *pro se* appearance as described above or a status report confirming that they have retained new counsel within 30 days.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:   October 7, 2024
         New York, New York