UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

In order for the Court to fairly and effectively adjudicate motions for economic losses, plaintiffs' counsel has largely relied on experts who use a standard methodology to calculate those losses (the "standard methodology"). See, e.g., ECF Nos. 10002-1 (expert report from John E. Beauzile), 10290-2 (expert report from Stan V. Smith).

Although the Court imposes no requirement on the plaintiffs to employ particular experts to calculate economic losses, any expert report that diverges from the standard methodology creates the potential for unwarranted disparities between awards.[1]

Thus, to the extent a plaintiff chooses not to use the standard methodology, their expert must (a) fully explain the proposed methodology, (b) justify diverging from the standard methodology, and (c) set forth final loss calculations under both the proposed methodology and the standard methodology.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    October 7, 2024
               New York, New York

---

[1] Areas of commonality have included, among others, work-life and life expectancies, and income growth rates. Contra ECF No. 10371-1 at 6, 7.