# EXHIBIT B

| # | Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | | Economic Damages | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble | |
| 1 | Lorraine | | Abad | | Edelmiro | | Abad | | US | 9/11/01 | NY | 02cv06977 | 1463 at 31 | | 3226 at 5 | $ 2,000,000.00 | $ 6,000,000.00 | 5537-6 | 1/1/20 | 5881-2 at 2, 5926 | $ 2,889,133.00 | $ 8,667,399.00 | |
| 2 | Sirak | | Betru | | Yeneneh | | Betru | | US | 9/11/01 | VA | 02cv06977 | 8715-1 at 4, 8721 | | 8245 at 4 at 4 | $ 2,000,000.00 | $ 6,000,000.00 | 7979 | 1/1/20 | 8245 at 4 | $ 7,957,672.00 | $ 23,873,016.00 | |
| 3 | Arlene | | Beyer | | Paul | M. | Beyer | | US | 9/11/01 | NY | 02cv06977 | 1463 at 62 | | 3226 at 8 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-5 | 7/1/24 | 10266 at 5 | $ 4,166,944.00 | $ 12,500,832.00 | |
| 4 | David | | Burford | | Christopher | | Burford | | US | 9/11/01 | VA | 02cv06977 | 8715-1 at 5, 8721 | | 8245 at 4 | $ 2,000,000.00 | $ 6,000,000.00 | 7979 | 1/1/18 | 8245 at 4 | $ 1,119,928.00 | $ 3,359,784.00 | |
| 5 | Susan | | Calcagno | | Philip | V. | Calcagno | | US | 9/11/01 | NY | 02cv06977 | 1463 at 32 | | 3226 at 5; 8275-1 at 3, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-14 | 3/1/23 | 10292 at 5 | $ 1,392,669.00 | $ 4,178,007.00 | |
| 6 | Geraldine | | Cefalu | | Jason | | Cefalu | | US | 9/11/01 | NY | 02cv06977 | 1463 at 33 | | 3226 at 5; 8275-1 at 3, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-6 | 7/1/24 | 10266 at 5 | $ 5,228,921.00 | $ 15,686,763.00 | |
| 7 | Regina | | Gans | | Eugene | | Clark | | US | 9/11/01 | NY | 02cv06977 | 1463 at 33 | 8246 at 4, 8251 | 3226 at 5; 8275-1 at 3, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-15 | 3/1/23 | 10292 at 5 | $ 231,154.00 | $ 693,462.00 | |
| 8 | Felicia | | Corbett Jones | | Joseph | | Corbett | | US | 9/11/01 | NY | 02cv06977 | 1463 at 33 | | 3226 at 5; 8275-1 at 3, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-9 | 3/1/23 | 10292 at 5 | $ 4,110,201.00 | $ 12,330,603.00 | Personal Representative is listed as Felicia Corbett in 1463 at 33 |
| 9 | Susan | | Correa | | Ruben | D. | Correa | | US | 9/11/01 | NY | 02cv06977 | 1463 at 62 | | 3226 at 8; 8275-1 at 4, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-4 | 7/1/24 | 10266 at 5 | $ 3,492,642.00 | $ 10,477,926.00 | |
| 10 | Christopher | | Della Pietra | | Joseph | | Della Pietra | | US | 9/11/01 | NY | 02cv06977 | 1463 at 57 | | 3226 at 8; 8275-1 at 4, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-21 | 7/1/24 | 10266 at 5 | $ 4,650,502.00 | $ 13,951,506.00 | |
| 11 | Brooke | | Deming | | Francis | X. | Deming | | US | 9/11/01 | NY | 02cv06977 | 1463 at 35 | | 3226 at 6; 8275-1 at 4, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-16 | 3/1/23 | 10292 at 5 | $ 5,983,851.00 | $ 17,951,553.00 | |
| 12 | Frank | | Distefano | | Douglas | | Distefano | | US | 9/11/01 | NY | 02cv06977 | 1463 at 35 | | 3226 at 6; 8275-1 at 4, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-24 | 7/1/24 | 10266 at 5 | $ 3,018,031.00 | $ 9,054,093.00 | |
| 13 | Perry | | Oretzky | | Mary | Lynn | Edwards Angell | | US | 9/11/01 | NY | 02cv06977 | 1463 at 30 | | 3226 at 5; 8275-1 at 4, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-12 | 4/1/23 | 10292 at 5 | $ 1,998,157.00 | $ 5,994,471.00 | Decedent is listed as Lynn Angell in 1463 at 30 and 3226 at 5 |
| 14 | Kurt | | Foster | | Claudia | | Foster | | US | 9/11/01 | NY | 02cv06977 | 1463 at 8 | | 3226 at 2; 8275-1 at 5, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9941-3 | 7/1/24 | 10292 at 6 | $ 5,072,471.00 | $ 15,217,413.00 | |
| 15 | Jeanine | | Frazier | | Clyde | | Frazier | Jr. | US | 9/11/01 | NY | 02cv06977 | 1463 at 36 | | 3226 at 6; 8275-1 at 5, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-3 | 3/1/23 | 10292 at 5 | $ 1,769,922.00 | $ 5,309,766.00 | |
| 16 | Michelle | | Fredericks | | Andrew | | Fredericks | | US | 9/11/01 | NY | 02cv06977 | 8715-1 at 12, 8721 | | 8245 at 4 | $ 2,000,000.00 | $ 6,000,000.00 | 7979 | 1/1/18 | 8245 at 4 | $ 8,063,072.00 | $ 24,189,216.00 | |
| 17 | Elisabet | | Gardner | | William | A. | Gardner | | US | 9/11/01 | NY | 02cv06977 | 1463 at 57 | | 3226 at 8 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-1 | 7/1/24 | 10266 at 5 | $ 1,889,445.00 | $ 5,668,335.00 | |
| 18 | Jill | A. | Gartenberg Pila | | James | | Gartenberg | | US | 9/11/01 | NY | 02cv06977 | 1463 at 36 | | 8275-1 at 5, 8973; 3226 at 6 | $ 2,000,000.00 | $ 6,000,000.00 | 8850-4 | 11/1/22 | 9159 at 3 | $ 6,985,826.00 | $ 20,957,478.00 | the Personal Representative also appears as Jill Gartenberg in 1463 at 36 |
| 19 | Meg | | Bloom | | Thomas | | Glasser | | US | 9/11/01 | NY | 02cv06977 | 1463 at 10 | | 3226 at 3; 8275-1 at 5, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-17 | 3/1/23 | 10292 at 5 | $ 14,494,168.00 | $ 43,482,504.00 | |
| 20 | Carol | | Haran | | James | | Haran | | US | 9/11/01 | NY | 02cv06977 | 1463 at 37 | | 3226 at 6; 8275-1 at 6, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-11 | 7/1/24 | 10266 at 5 | $ 3,951,307.00 | $ 11,853,921.00 | |
| 21 | Margaret | | Harrell | | Stephen | G. | Harrell | | US | 9/11/01 | NY | 02cv06977 | 8715-1 at 15, 8721 | | 8245 at 4 | $ 2,000,000.00 | $ 6,000,000.00 | 7979 | 1/1/18 | 8245 at 4 | $ 4,691,786.00 | $ 14,075,358.00 | |
| 22 | Delores | | Legree | | Anthony | | Hawkins | | US | 9/11/01 | NY | 02cv06977 | 1463 at 39 | | 3226 at 6 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-8 | 7/1/24 | 10266 at 5 | $ 1,546,715.00 | $ 4,640,145.00 | |
| 23 | Donna | | Hickey | | Brian | C. | Hickey | | US | 9/11/01 | NY | 02cv06977 | 1463 at 62 | | 3226 at 8 | $ 2,000,000.00 | $ 6,000,000.00 | | | | | | |
| 24 | Allison | | Hobbs | | Thomas | A. | Hobbs | | US | 9/11/01 | NY | 02cv06977 | 1463 at 37 | | 3226 at 6; 8275-1 at 6, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-11 | 8/1/23 | 10292 at 5 | $ 3,137,796.00 | $ 9,413,388.00 | |
| 25 | Joy | | Johnston | | William | | Johnston | Jr. | US | 9/11/01 | NY | 02cv06977 | 1463 at 63 | | 3226 at 8; 8275-1 at 6, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-3 | 7/1/24 | 10266 at 5 | $ 1,765,639.00 | $ 5,296,917.00 | Decedent's and Personal Representative's last name is listed as Johnson on 1463 at 63 |
| 26 | Maureen | | Kennedy | | Robert | C. | Kennedy | | US | 9/11/01 | NY | 02cv06977 | 1463 at 58 | | 3226 at 8; 8275-1 at 6, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-4 | 3/1/23 | 10292 at 5 | $ 1,450,312.00 | $ 4,350,936.00 | |
| 27 | Arsen | | Kolpakov | | Irina | | Kolpakova | | US | 9/11/01 | NY | 02cv06977 | 1463 at 50 | | 3226 at 7 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-16 | 7/1/24 | 10266 at 5 | $ 2,184,186.00 | $ 6,552,558.00 | Decedent's last name is listed as Kolpakov on 3226 at 7 |
| 28 | Yun Yu | | Zheng | | Raymond | Kui Fai | Kwok | | US | 9/11/01 | NY | 02cv06977 | 1463 at 55 | | 3226 at 8 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-10 | 7/1/24 | 10266 at 5 | $ 3,655,918.00 | $ 10,967,754.00 | |
| 29 | Kimberly | | LaMantia | | Stephen | | LaMantia | | US | 9/11/01 | NY | 02cv06977 | 1463 at 58 | | 3226 at 8 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-8 | 4/1/23 | 10292 at 5 | $ 9,465,390.00 | $ 28,396,170.00 | |
| 30 | Christy | | Ferer | | Neil | D. | Levin | | US | 9/11/01 | NY | 02cv06977 | 1463 at 61 | | 3226 at 8; 8275-1 at 7, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-7 | 7/1/24 | 10266 at 5 | $ 10,476,126.00 | $ 31,428,378.00 | |
| 31 | Enrica | | Naccarato | | Lorraine | | Lisi | | US | 9/11/01 | NY | 02cv06977 | 1463 at 41 | | 3226 at 8; 8275-1 at 7, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-9 | 7/1/24 | 10266 at 5 | $ 2,427,782.00 | $ 7,283,346.00 | |
| 32 | Yvonne | | Ramirez | | Linda | C. | Mair Grayling | | US | 9/11/01 | NY | 02cv06977 | 1463 at 30 | | 3226 at 5; 8275-1 at 7, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-18 | 7/1/24 | 10266 at 5 | $ 1,562,132.00 | $ 4,686,396.00 | |
| 33 | Otelio | | Maldonado | Jr. | Debora | | Maldonado | | US | 9/11/01 | NY | 02cv06977 | 8715-1 at 21, 8721 | | 8245 at 4 | $ 2,000,000.00 | $ 6,000,000.00 | 7979 | 1/1/18 | 8245 at 4 | $ 1,762,570.00 | $ 5,287,710.00 | |
| 34 | Susan | | McDermott | | Matthew | T. | McDermott | | US | 9/11/01 | NY | 02cv06977 | 1463 at 40 | | 3226 at 6; 8275-1 at 7, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-2 | 7/1/24 | 10266 at 5 | $ 28,132,860.00 | $ 84,398,580.00 | |
| 35 | Richard | A. | Pitino | | William | G. | Minardi | | US | 9/11/01 | NY | 02cv06977 | 1463 at 48 | | 3226 at 7; 8275-1 at 8, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-23 | 7/1/24 | 10266 at 5 | $ 15,829,586.00 | $ 47,488,758.00 | |
| 36 | Diane | | Monahan | | John | G. | Monahan | | US | 9/11/01 | NY | 02cv06977 | 1463 at 40 | | 3226 at 6; 8275-1 at 8, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-17 | 7/1/24 | 10266 at 5 | $ 2,141,695.00 | $ 6,425,085.00 | |
| 37 | Saradha | | Moorthy | | Krishna | | Moorthy | | US | 9/11/01 | NY | 02cv06977 | 1463 at 18 | | 3226 at 4 | $ 2,000,000.00 | $ 6,000,000.00 | | | | | | |
| 38 | Nancy | | Moroney | | Dennis | | Moroney | | US | 9/11/01 | NY | 02cv06977 | 1463 at 41 | | 3226 at 6; 8275-1 at 8, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-14 | 7/1/24 | 10266 at 5 | $ 12,095,705.00 | $ 36,287,115.00 | |

| | Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | | Economic Damages | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble | |
| 39 | Elizabeth | | Murphy | | Charles | A. | Murphy | | US | 9/11/01 | NY | 02cv06977 | 1463 at 41 | | 3226 at 6; 8275-1 at 8, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-22 | 7/1/24 | 10266 at 5 | $ 5,408,230.00 | $ 16,224,690.00 | |
| 40 | Evelyn | | Tepedino | | Jody | Tepedino | Nichilo | | US | 9/11/01 | NY | 02cv06977 | 1463 at 24 | | 8275-1 at 8, 8973; 3226 at 4 | $ 2,000,000.00 | $ 6,000,000.00 | 8850-4 | 2/1/23 | 9159 at 3 | $ 1,523,998.00 | $ 4,571,994.00 | |
| 41 | Jason | | Seymour | | Jacqueline | | Norton | | US | 9/11/01 | NY | 02cv06977 | 1463 at 15 | 8246 at 4, 8251 | 3226 at 3; 8275-1 at 8, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-18 | 3/1/23 | 10292 at 5 | $ 3,657,628.00 | $ 10,972,884.00 | |
| 42 | Jason | | Seymour | | Robert | G. | Norton | | US | 9/11/01 | NY | 02cv06977 | 1463 at 15 | 8246 at 4, 8251 | 3226 at 3; 8275-1 at 8, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-19 | 3/1/23 | 10292 at 5 | $ 519,673.00 | $ 1,559,019.00 | |
| 43 | Barbara | | Lynch | | Robert | W. | O'Shea | | US | 9/11/01 | NY | 02cv06977 | 8715-1 at 20, 8721 | | 8245 at 4 | $ 2,000,000.00 | $ 6,000,000.00 | 7979 | 1/1/18 | 8245 at 4 | $ 10,198,400.00 | $ 30,595,200.00 | |
| 44 | Feliciana | | Umanzor | | Elsy | C. | Osorio | | US | 9/11/01 | NY | 02cv06977 | 1463 at 25 | | 3226 at 4 | $ 2,000,000.00 | $ 6,000,000.00 | 5537-6 | 1/1/18 | 5881-2 at 2, 5926 | $ 3,895,775.00 | $ 11,687,325.00 | |
| 45 | Joanna | | Ostrowski | | James | | Ostrowski | | US | 9/11/01 | NY | 02cv06977 | 1463 at 42 | | 3226 at 6 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-20 | 8/1/23 | 10292 at 5 | $ 3,196,906.00 | $ 9,590,718.00 | |
| 46 | Sampath | | Pakkala | | Deepa | | Pakkala | | US | 9/11/01 | NY | 02cv06977 | 1463 at 59 | | 3226 at 8 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-12 | 7/1/24 | 10266 at 5 | $ 4,916,372.00 | $ 14,749,116.00 | |
| 47 | Donna | | Paolillo | | John | | Paolillo | | US | 9/11/01 | NY | 02cv06977 | 1463 at 19 | | 3226 at 4; 8275-1 at 9, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-20 | 7/1/24 | 10266 at 5 | $ 3,489,218.00 | $ 10,467,654.00 | |
| 48 | Joseph and Mary | | Machcinski (Mary & Joseph (Pfeifer) | | Kevin | | Pfeifer | | US | 9/11/01 | NY | 02cv06977 | 1463 at 54 | 8246 at 4, 8251 | 8275-1 at 9, 8973; 3226 at 8 | $ 2,000,000.00 | $ 6,000,000.00 | 8850-4 | 11/1/22 | 9159 at 3 | $ 1,635,247.00 | $ 4,905,741.00 | Personal Representative, Mary's last name is spelt as Machinski in ECF 8246 and Machinski in ECF 1402 in 02cv06977 |
| 49 | Theresa | | Regan | | Donald | J. | Regan | | US | 9/11/01 | NY | 02cv06977 | 1463 at 54 | | 3226 at 8; 8275-1 at 9, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-13 | 3/1/23 | 10292 at 5 | $ 3,003,752.00 | $ 9,011,256.00 | |
| 50 | Jennifer | | Reilly | | Kevin | O. | Reilly | | US | 9/11/01 | NY | 02cv06977 | 1463 at 63 | | 3226 at 8; 8275-1 at 9, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 10002-1 | 7/1/24 | 10266 at 5 | $ 6,479,294.00 | $ 19,437,882.00 | |
| 51 | Rodney | | Callum | | Michell | L. | Robotham | | US | 9/11/01 | NY | 02cv06977 | 1463 at 28 | | 3226 at 5; 8275-1 at 9, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-21 | 3/1/23 | 10292 at 5 | $ 4,088,242.00 | $ 12,264,726.00 | |
| 52 | Lauren | | Rosenzweig Morton | | Phillip | | Rosenzweig | | US | 9/11/01 | NY | 02cv06977 | 1463 at 52 | | 3226 at 7; 8275-1 at 9, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-6 | 3/1/23 | 10292 at 5 | $ 10,973,377.00 | $ 32,920,131.00 | |
| 53 | Jyothi | J. | Shah | | Jayesh | | Shah | | US | 9/11/01 | NY | 02cv06977 | 1463 at 45 | | 3226 at 7 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-15 | 7/1/24 | 10266 at 5 | $ 6,789,309.00 | $ 20,367,927.00 | |
| 54 | Nancy | | Raeside Shea | | Joseph | P. | Shea | | US | 9/11/01 | NY | 02cv06977 | 1463 at 22 | | 3226 at 4; 8275-1 at 10, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-7 | 3/1/23 | 10292 at 5 | $ 27,717,220.00 | $ 83,151,660.00 | Personal Representative is listed as Nancy Shea in 1463 at 22 |
| 55 | Jason | | Sherman | | Toyena | C. | Skinner | | US | 9/11/01 | NY | 02cv06977 | 8715-1 at 32, 8721 | | 8245 at 4 | $ 2,000,000.00 | $ 6,000,000.00 | 7979 | 1/1/18 | 8245 at 4 | $ 3,471,075.00 | $ 10,413,225.00 | |
| 56 | Dena | | Smagala | | Stanley | S. | Smagala | Jr. | US | 9/11/01 | NY | 02cv06977 | 1463 at 63 | | 3226 at 8; 8275-1 at 10, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-22 | 3/1/23 | 10292 at 5 | $ 4,411,875.00 | $ 13,235,625.00 | |
| 57 | Carmen | | Suarez | | Ramon | | Suarez | | US | 9/11/01 | NY | 02cv06977 | 1463 at 63 | | 8275-1 at 10, 8973; 3226 at 8 | $ 2,000,000.00 | $ 6,000,000.00 | 8850-4 | 2/1/23 | 9159 at 3 | $ 1,635,247.00 | $ 4,905,741.00 | |
| 58 | Suzanne | | Swaine | | John | F. | Swaine | | US | 9/11/01 | NY | 02cv06977 | 1463 at 45 | | 3226 at 7; 8275-1 at 10, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-13 | 7/1/24 | 10266 at 5 | $ 26,657,154.00 | $ 79,971,462.00 | |
| 59 | Jill | | Tarrou | | Michael | C. | Tarrou | | US | 9/11/01 | NY | 02cv06977 | 1463 at 52 | | 3226 at 7 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-23 | 4/1/24 | 10292 at 5 | $ 1,030,247.00 | $ 3,090,741.00 | |
| 60 | Robert | | Spadafora | | James | A. | Trentini | | US | 9/11/01 | NY | 02cv06977 | 1463 at 23 | | 3226 at 4; 8275-1 at 11, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-24 | 3/1/23 | 10292 at 5 | $ 1,200,647.00 | $ 3,601,941.00 | |
| 61 | Robert | | Spadafora | | Mary | | Trentini | | US | 9/11/01 | NY | 02cv06977 | 1463 at 23 | | 3226 at 4; 8275-1 at 11, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-25 | 3/1/23 | 10292 at 5 | $ 829,005.00 | $ 2,487,015.00 | |
| 62 | Mary | | Tselepis | | William | P. | Tselepis | Jr. | US | 9/11/01 | NY | 02cv06977 | 1463 at 45 | | 3226 at 7; 8275-1 at 11, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-10 | 4/1/23 | 10292 at 5 | $ 7,994,971.00 | $ 23,984,913.00 | |
| 63 | Nadadur | S. | Kumar | | Pendyala | | Vamsikrishna | | US | 9/11/01 | NY | 02cv06977 | 1463 at 50 | | 3226 at 7 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-19 | 7/1/24 | 10266 at 5 | $ 6,096,254.00 | $ 18,288,762.00 | |
| 64 | Elizabeth | Anne | Vandevander | | Jon | C. | Vandevander | | US | 9/11/01 | NY | 02cv06977 | 1463 at 31 | | 3226 at 5; 8275-1 at 11, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-26 | 3/1/23 | 10292 at 5 | $ 10,464,313.00 | $ 31,392,939.00 | Personal Representative is listed as Anne Vandevander in 1463 at 31 |
| 65 | Patricia | | Vilardo | | Joseph | | Vilardo | | US | 9/11/01 | NY | 02cv06977 | 1463 at 45 | | 3226 at 7; 8275-1 at 11, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-5 | 3/1/23 | 10292 at 5 | $ 10,603,217.00 | $ 31,809,651.00 | |
| 66 | Paul | | Kiefer | | Brian | | Warner | | US | 9/11/01 | NY | 02cv06977 | 1463 at 38 | | 3226 at 6; 8275-1 at 11, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-27 | 3/1/23 | 10292 at 5 | $ 6,350,298.00 | $ 19,050,894.00 | |
| 67 | Judith | | Weil | | Joanne | F. | Weil | | US | 9/11/01 | NY | 02cv06977 | 1463 at 60 | 8246 at 4, 8251 | 3226 at 8; 8275-1 at 11, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-28 | 3/1/23 | 10292 at 6 | $ 2,398,784.00 | $ 7,196,352.00 | |
| 68 | Laurie | | Weinberg | | Steven | | Weinberg | | US | 9/11/01 | NY | 02cv06977 | 8715-1 at 37, 8721 | | 8245 at 4 | $ 2,000,000.00 | $ 6,000,000.00 | 7979 | 1/1/18 | 8245 at 4 | $ 7,163,597.00 | $ 21,490,791.00 | |
| 69 | Helen | | Zaccoli | | Joseph | | Zaccoli | | US | 9/11/01 | NY | 02cv06977 | 1463 at 61 | | 3226 at 8 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-2 | 2/1/23 | 10292 at 6 | $ 4,097,292.00 | $ 12,291,876.00 | |