1  KIRELL TAYLOR
   CDCR#: T35161
2  KERN VALLEY STATE PRISON
   3000 WEST CECIL AVENUE
3  DELANO, CA 93215



4           UNITED STATES DISTRICT COURT
5      FOR THE SOUTHERN DISTRICT OF NEW YORK

6  IN RE: TERRORIST ATTACKS ON          Case No. 03-MD-01570-
7  SEPTEMBER 11, 2001,                  (GBD)(SN)
   FEDERAL INSURANCE COMPANY, et al.,
8           Plaintiffs,                 NOTICE OF MOTION TO
9      V.                               TAKE JUDICIAL NOTICE
                                        FILED BY AMICUS
10 AL QAEDA ISLAMIC ARMY,               CURIAE.
   OSAMA BIN LADEN,
11 KINGDOM OF SAUDI ARABIA, et al.,     Federal Rules of Evid.,
12          Defendants.                 Rule 201(c)(2),(d)
13

14 TO: The Honorable GEORGE B. DANIELS, U.S. District Court
15 Judge; Honorable SARAH NETBURN, U.S. Magistrate Judge;
16 and attorneys for Plaintiffs.
17     NOW COMES, a "Friend of the Court," Kirell F. Bettis
18 (a.k.a. KIRELL TAYLOR), requesting the honorable judges
19 and all esteemed counsel to (notify the Press and the
20 Family members of the victims of the terrorist attacks)
21 to take notice of the "Order to Show Cause" (2024 Cal.
22 LEXIS 5199) issued by the California Supreme Court on
23 9/11/2024, RE: S284425 - IN RE KIRELL FRANCIS TAYLOR
24 ON HABEAS CORPUS. The proceeding is about the following:
25     Kirell F. Bettis (a.k.a. Dr. Sadeeq Abdul Al-Haqq
26 Kirell) demonstrated he, prior to the 9/11 terrorist
27 attacks, betrayed the trust of defendant Osama Bin

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 10 119947

1  Laden by virtue of "Kirell" having took documented
2  public steps to try to prevent the terrorist
3  attacks while housed in the MENS CENTRAL JAIL in
4  the County of Los Angeles, California.
5      After 23-years the California Supreme Court
6  on 9/11/2024, ordered the Attorney General to show
7  why Kirell is not entitled to the Court Reporter's
8  Transcript dated 9/07/2001, wherein Kirell asked a
9  juror how would it feel "to see in the news and media"
10 during Kirell's trial a "terrorist attack" committed
11 by fake "so-called muslims."
12     For details go to Facebook.com/Kirellbettis,
13 and take notice of the Petition For Writ of Habeas
14 Corpus under Case Number S284425.
15 //

16                          Respectfully Submitted,
17 Date: September 18, 2024   *Kirell F. Bettis-Taylor*
18                          KIRELL F. BETTIS-TAYLOR
19
20                          Amicus Curiae - In Pro Se

2 OF 2

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 10 119947

SUPREME COURT
FILED
SEP 1 1 2024
Jorge Navarrete Clerk

Deputy

S284425

# IN THE SUPREME COURT OF CALIFORNIA

**En Banc**

In re KIRELL FRANCIS TAYLOR on Habeas Corpus.

      The Secretary of the Department of Corrections and Rehabilitation is ordered to show cause, returnable before the Court of Appeal, Second Appellate District, Division Two, why petitioner has not satisfied the requirements for the appointment of counsel pursuant to Penal Code section 1473, subdivision (e) and for the production of discovery pursuant to Penal Code section 745, subdivision (d). The return must be served and filed on or before October 11, 2024.

          GUERRERO
          *Chief Justice*

          CORRIGAN
          *Associate Justice*

          LIU
          *Associate Justice*

          KRUGER
          *Associate Justice*

          GROBAN
          *Associate Justice*

          JENKINS
          *Associate Justice*

          EVANS
          *Associate Justice*

KIRELL TAYLOR, CDCR#: T35161
KERN VALLEY STATE PRISON
3000 WEST CECIL AVENUE
DELANO, CA 93215
C2-229

RECEIVED
SEP 25 2024
CLERK'S OFFICE
SDNY

PRO SE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK 10007
ATTN: OFFICE OF THE CLERK