# EXHIBIT 1

| | |
|---|---|
| **From:** | Frederick Goetz |
| **To:** | Haefele, Robert; Omar Mohammedi, Esq. |
| **Subject:** | RE: Request for M&C availability |
| **Date:** | Tuesday, October 1, 2024 11:18:08 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image008.png |
| | image007.png |

Robert,

I appreciate your giving us a little more information but we are still unclear as to what the issue is with respect to the engagement of Mr. Marks. That said Omar and I are available at either 12:30 p.m. or 5:30 p.m. (EDST) today to speak with you and listen to your concerns. Once we understand your issue and concerns, we would be happy to promptly schedule a meet and confer in an attempt to resolve any dispute.

Frederick J. Goetz
Goetz & Eckland P.A.
Banks Building
615 1st Avenue NE, Suite 425
Minneapolis, MN  55413
612-874-1552
612-709-1460 (mobile)
612-331-2473 (fax)
vCard
www.goetzeckland.com





  **Please consider the environment before printing this email.**

This message may contain confidential and/or privileged communications and is intended only for the addressee. Unauthorized persons are strictly prohibited from reading or disseminating this email.  If you have received this email by mistake, please immediately delete it from your system and notify the sender

**From:** Haefele, Robert <rhaefele@motleyrice.com>
**Sent:** Tuesday, October 1, 2024 10:02 AM
**To:** Frederick Goetz <FGoetz@goetzeckland.com>; Omar T. Mohammedi (omohammedi@otmlaw.com) <omohammedi@otmlaw.com>
**Subject:** RE: Request for M&C availability

Fred – Thanks. We are looking to do this ASAP. I do not think it will take more than a few minutes. The issue concerns the engagement of Jonathan Marks. If we can do this today or tomorrow, that would be best.



**Robert Haefele**
Attorney at Law

28 Bridgeside Blvd., Mt. Pleasant, SC 29464
**o.** 843.216.9184
rhaefele@motleyrice.com

---

**From:** Frederick Goetz <FGoetz@goetzeckland.com>
**Sent:** Tuesday, October 1, 2024 11:00 AM
**To:** Haefele, Robert <rhaefele@motleyrice.com>; Omar T. Mohammedi (omohammedi@otmlaw.com) <omohammedi@otmlaw.com>
**Subject:** RE: Request for M&C availability

CAUTION:EXTERNAL

Thank you Robert. Omar and I will confer and let you know some dates. In order to prepare for the meet and confer, please give us an idea of what the issue is with respect to WAMY expert discovery to which you refer. Thank you and we look forward to speaking with you.

Frederick J. Goetz
Goetz & Eckland P.A.
Banks Building
615 1st Avenue NE, Suite 425
Minneapolis, MN  55413
612-874-1552
612-709-1460 (mobile)
612-331-2473 (fax)
vCard
www.goetzeckland.com





 **Please consider the environment before printing this email.**

This message may contain confidential and/or privileged communications and is intended only for the addressee. Unauthorized persons are strictly prohibited from reading or disseminating this email.  If you have received this email by mistake, please immediately delete it from your system and notify the sender

---

**From:** Haefele, Robert <rhaefele@motleyrice.com>

**Sent:** Tuesday, October 1, 2024 9:57 AM
**To:** Omar T. Mohammedi (omohammedi@otmlaw.com) <omohammedi@otmlaw.com>; Frederick Goetz <FGoetz@goetzeckland.com>
**Subject:** Request for M&C availability

Dear Omar and Fred –

An issue has been brought to our attention regarding WAMY expert discovery. We would like to meet and confer with you. Can you please provide a time today when you might be available to meet via Teams. I will send an invitation once you let me know your availability.

Thanks and regards,



**Robert Haefele**
Attorney at Law

28 Bridgeside Blvd., Mt. Pleasant, SC 29464
**o.** 843.216.9184
rhaefele@motleyrice.com

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.