# EXHIBIT 6

| | |
|---|---|
| **From:** | Haefele, Robert |
| **To:** | Omar Mohammedi, Esq.; FGoetz@goetzeckland.com |
| **Subject:** | RE: In Re: Terrorist Attacks on September 11, 2001, 03 MD 1570 (GBD) (SN) |
| **Date:** | Wednesday, October 9, 2024 5:12:49 PM |
| **Attachments:** | image001.png |
| | image002.png |

Dear Omar and Fred:

Thank you for your email and for sharing the information with Baker Tilly and Mr. Marks. We trust that you also conveyed to them their obligation to preserve any evidence of the alleged wrongdoing, pursuant to our previous discussion.

Given that you have very clearly declined to respond to the allegations contained in the letter, which you now have in your possession, we anticipate bringing the issue to the Court's attention and allowing the Court to address the matter.

To respond to your additional inquiries and implications, I offer the following. As we previously advised, we do not know who authored the letter. To be clear on the issue, considering your suggestion to the contrary, Mr. Carter does not know who the author is and has no reason to believe the author has any relationship to him or to the Cozen O'Connor law firm. I made the redactions to the letter and did so to preserve the process that I anticipate entering to learn what happened. To be clear, however, the three lines redacted are not a signature line to the letter and the redacted text does not inhibit your ability to respond to the allegations in the letter.

Given that our request to the Court will be to afford us the opportunity to engage in discovery to learn what happened, we would encourage you to join our request. It is in all our interest to know what happened.

Regards,



**Robert Haefele**
Attorney at Law

28 Bridgeside Blvd., Mt. Pleasant, SC 29464
**o.** 843.216.9184
rhaefele@motleyrice.com

---

**From:** Omar Mohammedi, Esq. <OMohammedi@otmlaw.com>
**Sent:** Tuesday, October 8, 2024 9:43 PM
**To:** Haefele, Robert <rhaefele@motleyrice.com>; FGoetz@goetzeckland.com
**Subject:** RE: In Re: Terrorist Attacks on September 11, 2001, 03 MD 1570 (GBD) (SN)

CAUTION:EXTERNAL

Dear Robert:

Fred and I received your letter on Friday evening, October 4, 2024. We shared your letter with Baker Tilly and Jonathan Marks. In that letter you attached the allegations' letter but it appears that the name of the person sending it is redacted.

First, the allegations in that letter are unreal and outrageous to say the last. We have no clue

who wrote it and where it is coming from. Second, during our conference call you mentioned that the letter was anonymous. However, the redactions at the bottom of the letter seem to suggest that the letter was not anonymous. Please send us an unredacted copy of the document. We also need to know who redacted the letter and why they did so.

We have no idea of the relationship between the person writing the letter and Sean Carter. Before this matter goes any further, we must know who wrote the document and the provenance of the information they claim to possess. In addition, we would like to know the relationship between the person writing the allegations, Sean Carter and Cozen O'Connor. Unless you are willing to provide the name of the person making the allegations and resend the letter fully unreacted, as well respond to the other requests we make in this email, we will not discuss this matter any further. Thank you.

Best Regards,

---

**From:** Haefele, Robert <rhaefele@motleyrice.com>
**Sent:** Friday, October 4, 2024 6:18 PM
**To:** Omar Mohammedi, Esq. <OMohammedi@otmlaw.com>; FGoetz@goetzeckland.com
**Subject:** RE: In Re: Terrorist Attacks on September 11, 2001, 03 MD 1570 (GBD) (SN)


Dear Omar and Fred,

Please see attached correspondence. Let's plan to speak on Monday after you have had a chance to assess the letter.

Regards,



**Robert Haefele**
**Attorney at Law**

28 Bridgeside Blvd., Mt. Pleasant, SC 29464
**o.** 843.216.9184
rhaefele@motleyrice.com

---

**From:** Pantelis Gallis, Esq. <pgallis@otmlaw.com>
**Sent:** Thursday, October 3, 2024 7:43 PM
**To:** Haefele, Robert <rhaefele@motleyrice.com>
**Cc:** Omar Mohammedi, Esq. <OMohammedi@otmlaw.com>; FGoetz@goetzeckland.com; Mustapha Ndanusa <mndanusa@otmlaw.com>
**Subject:** Re: In Re: Terrorist Attacks on September 11, 2001, 03 MD 1570 (GBD) (SN)

CAUTION:EXTERNAL

Robert,

Please see the attached correspondence relating to WAMY's expert, Jonathan Marks, responding to Plaintiffs' October 2nd letter.

Thank you,
Pantelis Gallis

Pantelis Gallis, Esq.


Law Firm of Omar T. Mohammedi, LLC
233 Broadway, Suite 820
New York, NY 10279
Phone: 212.725.3846
Facsimile: 212.202.7621
www.otmlaw.com
Follow us on Twitter @OTMLAW

   



Omar Mohammedi, Esq.

Adjunct Professor, Fordham Law School


Law Firm of Omar T. Mohammedi, LLC

233 Broadway, Suite 820

New York, NY 10279

Phone: 212.725.3846 Ext. 101

Facsimile: 212.202.7621

www.otmlaw.com

Follow us on Twitter @OTMLAW

   

_____
_____
PLEASE NOTE: The information contained in this message is privileged and confidential and is

intended only for the use of the individual named above and who have been specifically authorized to receive it. If you are not the intended recipient you are hereby notified that any dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, or if any problem occur with transmission please contact sender or call 212.725.3846.

_____

PLEASE NOTE: The information contained in this message is privileged and confidential and is intended only for the use of the individual named above and who have been specifically authorized to receive it. If you are not the intended recipient you are hereby notified that any dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, or if any problem occur with transmission please contact sender or call 212.725.3846.

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.