UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MD-01570 (GBD)(SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    The Court has reviewed the parties' submissions regarding serious allegations of wrongdoing involving an expert witness. See ECF Nos. 10416, 10418. The World Assembly of Muslim Youth and World Assembly of Muslim Youth-U.S. ("WAMY"), its counsel, Baker Tilly, Jonathan Marks, and the Plaintiffs' Executive Committees ("PECs") are directed to preserve any and all evidence related to these allegations.

    The PECs are directed to file an unredacted version of the Letter initially docketed at ECF No. 10416-1 (the "Letter") along with a description of how the Letter was sent and received and any information relevant to identifying its source. The PEC shall further disclose if they have had any subsequent communications (whether written or oral; whether direct or indirect) with the author of the Letter. The PECs may file such supplement by October 21, 2024. The PECs' request for discovery is denied at this time.

WAMY is granted until November 4, 2024, to file any further response to the Letter and its allegations. Such response must include a complete description of any related investigation conducted by Baker Tilly, who participated in such investigation, and the findings, if any.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:   October 11, 2024
         New York, New York

2