# LAW OFFICE OF JOHN F. SCHUTTY, P.C.

445 Park Avenue, Ninth Floor
New York, New York 10022
Telephone: (646) 345-1441  Fax: (917) 591-5980
john@johnschutty.com

October 15, 2024                                                                                     **Via ECF**

Honorable George B. Daniels
United States District Court Judge

      Re:    *In re Terrorist Attacks on September 11, 2001*
               MDL No. 03-MDL-1570 (GBD) (SN)
               *Ashton et al. v. al Qaeda Islamic Army*, *et al.*, 02-cv-6977
               <u>Wrongful Death Judgments Against Defendants-in- Default</u>

Your Honor:

I write in response to the MDL 1570 Plaintiffs' Executive Committees October 11, 2024 letter (ECF MDL #10422), which asks the Court to defer entering final Judgments against the defendants-in-default (after awarding punitive or treble damages). The PEC's letter was filed in response to Your Honor's Order (ECF MDL # 10350) dated September 12, 2024.

I disagree with the PEC's claim that there is just reason to delay the entry of immediate, final Judgments against the defendants-in-default. I will explain why, if I am afforded that opportunity.

I request that I be granted until Friday, October 25, to file the requested response.

Sincerely yours,

*John F. Schutty*