## DEFAULT JUDGMENT MOTION COVER SHEET

**MDL MOVING PAPERS**

 Motion: ECF No. __10424__

 Memorandum of law: ECF No. __10425__

 Declaration & supporting exhibits: ECF No. __10426__

**PLAINTIFFS**
Please describe each set of plaintiffs requesting judgments in this motion.

| Exhibit | Description of Plaintiffs | Cause(s) of Action |
|---|---|---|
| A | Non-U.S. National 9/11 Decedents (NY) | Common Law of New York |
| | | |
| | | |
| | | |
| | | |
| | | |

**DEFENDANTS**
Please list all defendants the plaintiffs are moving against:

 Islamic Republic of Iran, Islamic Revolutionary Guard Corps, Central Bank of the Islamic Republic of Iran

**COMPLIANCE**

 As stated in ECF No. __10426__ at ¶ __2a__, counsel followed the quality control measures outlined in ECF No. 3433 and adopted in ECF No. 3435.

 As stated in ECF No. __10426__ at ¶ __3__, these plaintiffs have not previously received judgments against these defendants.

 Excel versions of any tables attached to the proposed order were emailed to Netburn_NYSDChambers@nysd.uscourts.gov on __10__ / __15__ / __2024__.

**SUBJECT MATTER JURISDICTION**

 ☐ The Court previously addressed subject matter jurisdiction over these claims in ECF No. _____.

 ☒ The Court has not previously addressed subject matter jurisdiction over these claims.

**PERSONAL JURISDICTION**

 ☐ The Court previously addressed personal jurisdiction over these defendants in ECF No. _____.

 ☒ The Court has not addressed personal jurisdiction over these defendants.

**FACTUAL & LEGAL QUESTIONS**

 ☐ This motion requests ☐ new functional equivalence findings; ☐ new personal injury assessments; or ☒ resolution of a new issue: __damages for death claims of non-U.S. nationals__

 ☐ This motion does not raise novel factual or legal issues.

**RELEVANT FILINGS**

For each member case, list docket entries for the corresponding filings. Duplicate this page if additional space is needed.

| Member Case & Operative Complaint | Notices of Amendment & Substitutions  *list entries relevant to moving plaintiffs* | Alternative Service Order  *complete if applicable* | Affidavit of Service | Certificate of Default | Liability Judgment  *leave blank if requesting liability judgment* |
|---|---|---|---|---|---|
| 1:15-cv-09903 (GBD)(SN), 53 | 9962, 10036 | | 11/10/2016, 64 | 12/5/2016, 67 | 1/31/2017, 85 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |