EXHIBIT A
NON-U.S. NATIONAL 9/11 DECEDENTS (NY)

| # | Personal Representative ||||  9/11 Decedent ||||||| Claim Information ||| Pain & Suffering Damages || Economic Damages ||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Report | Date of Report | Prior Award | Amount |
| 1 | Joy, Adrian | | Bennett, Bennett | | Oliver | Duncan | Bennett | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 3570 | 9962, at 4-5, 10036 | | $ 2,000,000.00 | | 1/31/2024 | | $ 10,186,843.00 |
| 2 | Derek | Edward | Bristow | | Paul | Gary | Bristow | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 3328 | 9962, at 14, 10036 | | $ 2,000,000.00 | | 1/29/2024 | | $ 12,798,670.00 |
| 3 | Abigail | Jane | Carter | | Caleb | Arron | Dack | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 103 | 9962, at 6, 10036 | | $ 2,000,000.00 | | 1/9/2020 | | $ 18,343,242.00 |
| 4 | David | | de Vere | | Melanie | Louise | De Vere | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 3552 | 9962, at 7, 10036 | | $ 2,000,000.00 | | | | |
| 5 | Raymond | D. | Duger | | Antoinette | | Duger | | Italy | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 1619 | 9962, at 8, 10036 | | $ 2,000,000.00 | | 1/10/2020 | | $ 7,411,252.00 |
| 6 | Ellen | Ruth | Judd | | Christine | | Egan | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 3573 | 9962, at 9, 10036 | | $ 2,000,000.00 | | | | |
| 7 | Timothy, Glyn | | John, John | | Nicholas | | John | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 3250 | 9962, at 10-11, 10036 | | $ 2,000,000.00 | | | | |
| 8 | Angela, Keith | Elizabeth, John | Rogers, Rogers | | Karlie | Barbara | Rogers | | United Kingdom | 9/11/01 | NY (WTC) | 15cv9903 | 1:15-cv-09903, 53, at 3596 | 9962, at 12-13, 10036 | | $ 2,000,000.00 | | | | |