**EXHIBIT A**

| Plaintiff's Last Name, First Name | Plaintiff's State of Residency at Filing | Plaintiff's Multiple Capacity Allegations | Plaintiff's Relationship to 9/11 Decedent | Plaintiff Citizenship | 9/11 Decedent's Citizenship/Nationality on 9/11/01 | Nature of Claim | Case Information |
|---|---|---|---|---|---|---|---|
| Lynch, Peter John | NJ | Peter John Lynch, Individually as Sibling and as Personal Representative of the Estate of James Francis Lynch, Deceased | Personal Representative | U.S. | U.S. | WD | 1:15-cv-09903, 53, at 2229 |