UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD)(FM) |
|---|---|

This document relates to:

*Thomas E. Burnett, Sr., et al. v. Islamic Republic of Iran,* Case No. 1:15-cv-9903 (GBD)(SN) (S.D.N.Y.)

### [PROPOSED] ORDER ON PLAINTIFFS' NOTICE OF MOTION TO AMEND

Upon consideration of the arguments submitted by Plaintiffs identified in Exhibit A to this Order, it is hereby:

**ORDERED** that Plaintiffs' Amended Complaint is amended to include the capacities of Plaintiffs set forth in Exhibit A; and it is

**ORDERED** that the *Burnett* Plaintiffs comply with the Clerk of Court's instructions as set forth in ECF No. 4295 regarding the addition of these plaintiffs to the *Burnett* action in the Court's ECF and docketing system.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 10431 in 03-MDL-1570 (GBD)(SN) and ECF No. 866 in 15-cv-9903 (GBD)(SN).

**SO ORDERED.**

Dated:    October_____,2024
          New York, New York

SARAH NETBURN
United States Magistrate Judge