## **EXHIBIT**

| **Name as it appears in the Actions** | **Requested Correction to Name** |
|---|---|
| Jacqueline Bauer | Jacqueline M. Seremetis |