UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.,* 02-cv-6977 (GBD)(SN)
*Bauer, et al. v. al Qaeda Islamic Army, et al.,* 02-cv-7236 (GBD)(SN)
*Ashton, et al. v. The Kingdom of Saudi Arabia,* 17-cv-2003 (GBD)(SN)

## ORDER

The *Bauer* Plaintiff's motion to correct the abovementioned dockets is granted. Counsel for the *Bauer* Plaintiff is directed to enter the corrections to the Plaintiff's name, as identified on the attached exhibit, into the Court's ECF system.

The Clerk of the Court is hereby directed to terminate the motion docketed at MDL ECF No. 10434, and the related motions at 02-cv-6977 (S.D.N.Y.) ECF No. 2184, 02-cv-7236 (S.D.N.Y.) ECF No. 289, and 17-cv-2003 (S.D.N.Y.) ECF No. 356.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: October \_\_\_\_, 2024
New York, New York