**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X

In re:

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**

--------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___10/17/2024___

**03-MD-01570 (GBD)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The Plaintiffs' Executive Committees ("PECs") represent that filing an unredacted version of the letter initially docketed at ECF No. 10416-1 (the "Letter") may disclose unwarranted personal identifying information or risk witness intimidation or other improper contact. See ECF No. 10435. Although the Court makes no such finding, in an abundance of caution, the Court authorizes the PECs to file the unredacted Letter *ex parte* and under seal in the first instance. Upon review, the Court may require disclosure to WAMY counsel or others.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    October 17, 2024
           New York, New York