UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**

-----------------------------------------------------------------X

**03-MD-01570 (GBD)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The Court adopts the Plaintiffs' Executive Committees' disclosure proposal. See ECF No. 10442.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED: October 17, 2024
           New York, New York