UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                             :

IN RE:                                        :        ORDER

TERRORIST ATTACKS ON                        :        03 MDL 1570 (GBD) (SN)
SEPTEMBER 11, 2001                             :

------------------------------------- x

This document relates to:

    *Rodriguez, et al. v. Islamic Republic of Iran*, 18-cv-12347 (GBD)(SN)
    *Gaston, et al. v. Islamic Republic of Iran*, 18-cv-12337 (GBD)(SN)

**ORDER GRANTING PARTIAL FINAL DEFAULT JUDGMENT FOR THE
PLAINTIFFS LISTED IN EXHIBITS A, B AND C**

GEORGE B. DANIELS, United States District Judge:

    The Plaintiffs listed in Exhibits A, B and C move for entry of partial final default judgment against Defendant the Islamic Republic of Iran. (ECF Nos. 10061 and 10179.[1]) Upon consideration of the evidence and arguments set forth in the Declarations of Robert Keith Morgan, Esq. and the exhibits thereto (ECF Nos. 10063 and 10181), together with the entire record in this case, it is hereby

    **ORDERED** that service of process in the above-captioned cases was properly effectuated upon the Islamic Republic of Iran in accordance with 28 U.S.C. § 1608(a)(4) (*see* ECF No. 8438 and ECF No. 51 in 18-cv-12337); and it is

    **ORDERED** that the motion for judgment by default against Iran on behalf of Plaintiffs listed in Exhibits A, B and C is **GRANTED** and judgments as to liability are entered in favor of all Plaintiffs listed in Exhibits A, B and C against Iran; and it is

---

[1] Unless otherwise stated, all ECF citations included herein refer to documents filed on the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on Sept. 11, 2001*, No. 03-md-1570 (GBD) (SN).

**ORDERED** that partial final default judgment is entered on behalf of the Plaintiffs identified in Exhibits A, B and C against the Islamic Republic of Iran[2]; and it is

**ORDERED** that the Plaintiffs identified in Exhibit A are awarded compensatory damages for decedents' pain and suffering in an amount of $2,000,000.00 per estate, as set forth therein; and it is

**ORDERED** that the Plaintiffs identified in Exhibits B and C are awarded solatium damages as set forth therein; and it is

**ORDERED** that the Plaintiffs receiving pain and suffering identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that the Plaintiffs receiving solatium damages identified in Exhibits B and C are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that the Plaintiffs identified in Exhibits A, B and C may submit future applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is

**ORDERED** that Plaintiffs not appearing in Exhibits A, B or C may submit in later stages applications for damages awards to the extent they have not done so already.

The Clerk of Court is directed to enter partial final default judgment for the Plaintiffs listed in Exhibits A, B and C. The Clerk of Court is further directed to close the motions at:

---

[2] This Court was unable to find a motion to name Rosa Jimenez as the personal representative of the estate of 9/11 decedent Luis Jimenez Jr. in the citations provided by Plaintiffs in their default judgment motion cover sheet. (ECF No. 10064-2.) Therefore, the motion is DENIED without prejudice as to Ms. Rosa Jimenez's request for partial final default judgment on pain and suffering damages.

- ECF Nos. 10061 and 10179 in 03-md-1570;
- ECF No. 110 in 18-cv-12337; and
- ECF No. 100 in 18-cv-12347;

Dated: October 17, 2024
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

# Exhibit A

Estates

| | Plaintiff | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Amount |
| 1 | Alessandra | | Benedetti | Paul | | Benedetti | | US | 9/11/01 | NY | 18cv12347 | 1 at allegation 4, appendix 1 | | $2,000,000 |
| 2 | Sara | | Lefkowitz | Stephen | | Lefkowitz | | US | 9/11/01 | NY | 18cv12347 | 1 at allegation 57, appendix 1 | | $2,000,000 |
| 3 | John | | Martin | Teresa | | Martin | | US | 9/11/01 | VA | 18cv12347 | 1 at allegation 59, appendix 1 | | $2,000,000 |
| 4 | Neil | | Shatzoff | Kathryn | | Shatzoff | | US | 9/11/01 | NY | 18cv12347 | 1 at allegation 69, appendix 1 | | $2,000,000 |

# Exhibit B

Solatium

| Plaintiff | | | | 9/11 Decedent | | | | | | | Claim Information | | Solatium Damages | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Relationship | Amount |
| Rosa | | Jimenez | US | Luis | | Jimenez | Jr. | US | 9/11/01 | NY | 18cv12347 | 1 at allegation 50, appendix 1 | Parent | $ 8,500,000.00 |
| Alonso | | Salvatierra | US | Luis | | Jimenez | Jr. | US | 9/11/01 | NY | 18cv12347 | 1 at allegation 68, appendix 1 | Sibling | $ 4,250,000.00 |
| John | | Martin | US | Teresa | | Martin | | US | 9/11.01 | VA | 18cv12347 | 1 at allegation 59, appendix 1 | Spouse | $ 12,500,000.00 |

# Exhibit C

Solatium

| Plaintiff | | | | 9/11 Decedent | | | | | | | Claim Information | | | Solatium Damages | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Amount |
| Beatrice | | Gaston | US | Betsy | | Martinez | | US | 9/11/01 | NY | 18cv12337 | 1 at allegation 30, appendix 1 | | Sibling | $ 4,250,000.00 |
| Frances | | Gaston | US | Betsy | | Martinez | | US | 9/11/01 | NY | 18cv12337 | 1 at allegation 31, appendix 1 | 10125 | Sibling | $ 4,250,000.00 |
| Maria | | Gaston | US | Betsy | | Martinez | | US | 9/11/01 | NY | 18cv12337 | 1 at allegation 34, appendix 1 | | Sibling | $ 4,250,000.00 |
| Ariel | | Martinez | US | Betsy | | Martinez | | US | 9/11/01 | NY | 18cv12337 | 1 at allegation 62, appendix 1 | | Child | $ 8,500,000.00 |