| | | | EXHIBIT A | | | | | |
|---|---|---|---|---|---|---|---|---|
| Number | 9/11 Decedent Name | Plaintiff's Name Currently named in Complaint | Plaintiff's Additional Capacity in Amended Caption | Plaintiff's Relationship to 9/11 Decedent | Plaintiff Citizenship | 9/11 Decedent's Citizenship/Nationality on 9/11/01 | Nature of Claim | Reference to Plaintiff in Complaint |
| 1 | Reina Jr., Joseph | Lisa Reina | Lisa Reina, individually as Spouse and as the Personal Representative of the Estate of Joseph Reina, Jr., Deceased | Spouse/Personal Representative | U.S. | U.S. | WD | 1:15-cv-09903, 53, at 510 |
| 2 | Van Laere, Daniel Maurice | Paul Edward Van Laere | Paul Edward Van Laere, individually as Sibling and as the Co-Representative of the Estate of Daniel Maurice Van Laere, Deceased | Sibling/Personal Representative | U.S. | U.S. | WD | 1:15-cv-09903, 53, at 98 |
| 3 | Van Laere, Daniel Maurice | Rita Marie Wiley | Rita Marie Wiley, individually as Sibiling and as the Co-Representative of the Estate of Daniel Maurice Van Laere, Deceased | Sibling/Personal Representative | U.S. | U.S. | WD | 1:15-cv-09903, 53, at 99 |