UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 03 MDL 1570 (GBD)(SN)

Re: *Ashton, et al. v. Al Qaeda Islamic, et al., 02-cv-06977- (GBD)(SN)*

I hereby certify under the penalties of perjury that on the 18th day of October 2024, I served defendant:

Islamic Republic of Iran
H.E. Dr. Mohammad Javad Zarif
Foreign Minister of the Ministry of Foreign Affairs
Imam Khomeini St., Imam Khomeini Sq.
Tehran, Islamic Republic of Iran

by dispatching via Federal Express, Tracking No. 8184 7893 3568, to The Secretary of State, L/CA/POG/GC SA-17, 10th Floor, Washington, DC, 20522-1710, Attn: Director of Special Consular Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of a true and certified Notice of Default Judgment and its certified Farsi translation, which conforms to the requirements of 22 C.F.R. § 93.2 ("Notice"); a true and certified copy of the Ashton August 31, 2015 Default Judgment on Liability and its certified Farsi translation. See Attachment A to the Notice; a true and certified copy of the August 28, 2024 Final Judgment on Behalf of Ashton 29 and Ashton 30 Plaintiffs. See Attachment B to the Notice; a true and certified copy of the moving papers for Plaintiffs' motions filed June 21, 2024 and June 25, 2024, respectively, and the certified Farsi translations thereof. See Attachment B to the Notice; a copy of the Foreign Sovereign Immunities Act and the certified Farsi translation. See Attachment C to the Notice.

Dated: October 18th, 2024
       New York, New York

DANIEL ORTIZ
ACTING CLERK OF COURT

/s/Rachel Slusher
Deputy Clerk