**MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES**
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

**VIA ECF**

October 21, 2024

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

     Re:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

     The Plaintiffs' Executive Committees ("PECs") write pursuant to the Court's direction at ECF No. 10421, as adjusted by ECF Nos. 10445 and 10448, to file the attached Exhibit A, *ex parte* and under seal, as authorized at ECF No. 10445 and 10448. The attached item is the sealed, *ex parte*, unredacted copy of the Letter previously filed with redactions at ECF No. 10416-1.

     In addition, pursuant to the Court's order at ECF No. 10448, adopting the PECs' proposal at ECF No. 10442, we are providing a copy of this correspondence, along with the sealed attachment, to Marcus Asner and Daniel Flaherty, for their use only, with access specifically prohibited to WAMY, its MDL counsel, or Baker Tilly.

     Respectfully submitted,

MOTLEY RICE LLC

By: /s/ Robert T. Haefele
ROBERT T. HAEFELE
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
Tel.: (843) 216-9184
Email: rhaefele@motleyrice.com
*For the Plaintiffs' Exec. Committees*

  cc:   The Honorable George B. Daniels, via ECF – with sealed attachment
        All Counsel of Record, via ECF – without sealed attachment
        Marcus Asner, via email (Marcus.Asner@arnoldporter.com) – with sealed attachment
        Daniel Flaherty, via email (dflahert@gklaw.com) – with sealed attachment