# EXHIBIT A FILED UNDER SEAL AT ECF No. 10455