UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON        Civil Action No.
SEPTEMBER 11, 2001                03 MDL 1570

----------------------------------------------------------x

This document relates to:
    *Burnett, et al. vs. Islamic Republic of Iran, et al.*, Case No. 15-CV-9903 (GBD)(SN)
    *Arias, et al. vs. Islamic Republic of Iran,* Case No. 1:19-cv-00041
    *Prior, et al. vs. Islamic Republic of Iran,* Case No. 1:19-cv-00044

## MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Federal Rule of Civil Procedure 15(d), Plaintiffs herein move the Court to allow substitution of the parties as identified in Exhibit A in the above-referenced action. The individuals being substituted into the case are the Personal Representatives of individuals who were killed as a result of the terrorist attacks on September 11, 2001.

Exhibit A identifies the individual to be substituted in the pleading and the capacity in which they seek to be substituted, the existing pleadings that refer to the plaintiff, and the name of the 9/11 decedent related to the family member or the name of the 9/11 injured party.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties will be individually entered as Plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office and based on the size of this MDL.

Dated:   October 22, 2024                Respectfully submitted,

                                                               MOTLEY RICE LLC

                                                               */s/* John C. Duane
                                                               John C. Duane, Esq.
                                                               Mount Pleasant, SC 29464
                                                               Telephone: (843) 216-9000
                                                               Facsimile: (843) 216-9450
                                                               jduane@motleyrice.com

                                                               Counsel for Plaintiffs