UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON                    Civil Action No.
SEPTEMBER 11, 2001                            03 MDL 1570

----------------------------------------------------------x

This document relates to:
    *Burnett, et al. v. Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN)
    *Arias, et al. vs. Islamic Republic of Iran,* Case No. 1:19-cv-00041
    *Prior, et al. vs. Islamic Republic of Iran,* Case No. 1:19-cv-00044

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of parties arising from the death of certain plaintiffs; it is hereby

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above-captioned cases.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 10457 in 03-MDL-1570 (GBD)(SN); ECF No. 876 in 15-cv-9903 (GBD)(SN); ECF No. 192 in 19-cv-41 (GBD)(SN); and ECF No. 174 in 19-cv-44 (GBD)(SN).

**SO ORDERED.**

October ___, 2024  
New York, New York

                                                  SARAH NETBURN  
                                                  United States Magistrate Judge