UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2024
```

| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD)(FM) |
|---|---|

This document relates to:

*Thomas E. Burnett, Sr., et al. v. Islamic Republic of Iran,* Case No. 1:15-cv-9903 (GBD)(SN) (S.D.N.Y.)

## PLAINTIFFS' NOTICE OF MOTION TO AMEND

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Exhibit A attached hereto, the plaintiffs identified on Exhibit A respectfully move this Court pursuant to Fed. R. Civ. P. 15 and 17 for an Order permitting them to amend the caption of Plaintiffs' Amended Complaint to incorporate the multiple capacities in which the plaintiffs identified on Exhibit A seek to proceed in this action. This motion does not add the claims of any new real parties in interest but rather more appropriately identifies those real parties in interest who are already named in Plaintiffs' Amended Complaint who are proceeding in multiple capacities that may not have previously been clear in the pleadings.

Dated: October 18, 2024

Respectfully submitted,

s/John C. Duane
John C. Duane, Esq. (SC No. 15930)
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Telephone: (843) 216-9000

*Attorney for the Burnett Plaintiffs*

**EXHIBIT A**

| Number | 9/11 Decedent Name | Plaintiff's Name Currently named in Complaint | Plaintiff's Additional Capacity in Amended Caption | Plaintiff's Relationship to 9/11 Decedent | Plaintiff Citizenship | 9/11 Decedent's Citizenship/Nationality on 9/11/01 | Nature of Claim | Reference to Plaintiff in Complaint |
|---|---|---|---|---|---|---|---|---|
| 1 | Reina Jr, Joseph | Lisa Reina | Lisa Reina, individually as Spouse and as the Personal Representative of the Estate of Joseph Reina, Jr, Deceased | Spouse/Personal Representative | US | US | WD | 1:15-cv-09903, 53, at 510 |
| 2 | Van Laere, Daniel Maurice | Paul Edward Van Laere | Paul Edward Van Laere, individually as Sibling and as the Co-Representative of the Estate of Daniel Maurice Van Laere, Deceased | Sibling/Personal Representative | US | US | WD | 1:15-cv-09903, 53, at 98 |
| 3 | Van Laere, Daniel Maurice | Rita Marie Wiley | Rita Marie Wiley, individually as Sibiling and as the Co-Representative of the Estate of Daniel Maurice Van Laere, Deceased | Sibling/Personal Representative | US | US | WD | 1:15-cv-09903, 53, at 99 |

The motion to amend is GRANTED.
**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: October 22, 2024
New York, New York