UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 03 MDL 1570 (GBD)(SN)

Re: *Ashton, et al. v. Al Qaeda Islamic, et al., 02-cv-06977- (GBD)(SN)*

I hereby certify under the penalties of perjury that on the 22nd day of October 2024, I served defendant:

Islamic Republic of Iran
H.E. Dr. Mohammad Javad Zarif
Foreign Minister of the Ministry of Foreign Affairs
Imam Khomeini St., Imam Khomeini Sq.
Tehran, Islamic Republic of Iran

by dispatching via Federal Express, Tracking No. 8184 7893 3579, to The Secretary of State, CA/OSC/L SA-17, 10th Floor, Washington, DC, 20522-1710, Attn: Director of Special Consular Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of a true and certified Notice of Default Judgment and its certified Farsi translation, which conforms to the requirements of 22 C.F.R. § 93.2 ("Notice"); a true and certified copy of the Ashton August 31, 2015 Default Judgment on Liability and its certified Farsi translation. See Attachment A to the Notice; a true and certified copy of the September 3, 2024 Final Judgment on behalf of Ashton 26 and Ashton 28 plaintiffs. See Attachment B to the Notice; a true and certified copy of plaintiffs' moving papers for the Ashton 26 and Ashton 28 motions filed April 10, 2024 and June 19, 2024, respectively, and the certified Farsi translations thereof. See Attachment B to the Notice; and a copy of the Foreign Sovereign Immunities Act and the certified Farsi translation. See Attachment C to the Notice.

Dated:  October 22, 2024
        New York, New York

DANIEL ORTIZ
ACTING CLERK OF COURT

/s/Rachel Slusher
Deputy Clerk