# EXHIBIT A



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :

:

: ORDER AND JUDGMENT

: 03 MDL 1570 (GBD)(FM)

:
------------------------------------------------------------------X

This Document Relates to
Havlish v. bin Laden,
03 Civ. 9848 (GBD) (FM)

In accordance with the Memorandum Decision and Order entered on October 3, 2012, it

is HEREBY:

ORDERED that Final Judgment is entered in favor of all Plaintiffs and against all

Sovereign Defendants and Non-Sovereign Defendants;

ORDERED that Plaintiffs are awarded: (1) economic damages of $394,277,884, as set

forth below; (2) damages for pain and suffering of $2,000,000 per Decedent for a total of

$94,000,000, as set forth below; (3) damages for solatium totaling $874,000,000, as set forth

below; (4) punitive damages of $4,686,235,921, as set forth below; and (5) prejudgment interest

on the amount of $968,000,000 in pain and suffering and solatium damges.

ORDERED that all Defendants are jointly and severally liable for the entire award;

AND IT IS FURTHER ORDERED that the economic damages are awarded to the

Decedents' Estates as follows:

| DECEDENT ESTATE | ECONOMIC LOSS TO EST. | PUNITIVE DAMAGES | TOTAL ECON. DAM. |
|---|---|---|---|
| Estate of Donald J. Havlish, Jr. | $6,711,879 | $23,088,864 | $29,800,743 |
| Estate of Michael A. Bane | $5,960,665 | $20,504,688 | $26,465,353 |
| Estate of Martin Boryczewski | $17,363,416 | $59,730,151 | $77,093,567 |
| Estate of Steven Cafiero | $1,754,202 | $6,034,455 | $7,788,657 |
| Estate of Richard M. Caproni | $3,551,011 | $12,215,478 | $15,766,489 |
| Estate of Peter Chirchirillo | $5,440,587 | $18,715,619 | $24,156,206 |
| Estate of Jeffrey Coale | $5,558,859 | $19,122,475 | $24,681,334 |
| Estate of Daniel M. Coffey | $5,059,077 | $17,403,225 | $22,462,302 |
| Estate of Jason Coffey | $4,006,486 | $13,782,312 | $17,788,798 |
| Estate of Jeffrey Collman | $4,318,172 | $14,854,512 | $19,172,684 |
| Estate of Michael Diehl | $5,584,103 | $19,209,314 | $24,793,417 |
| Estate of Stephen Dorf | $3,242,690 | $11,154,854 | $14,397,544 |
| Estate of Judy Fernandez | $2,852,544 | $9,812,751 | $12,665,295 |
| Estate of Ronald Gamboa | $2,890,981 | $9,944,975 | $12,835,956 |
| Estate of William R. Godshalk | $16,672,472 | $57,353,304 | $74,025,776 |
| Estate of John Grazioso | $7,376,753 | $25,376,030 | $32,752,783 |
| Estate of Liming Gu | $11,883,059 | $40,877,723 | $52,760,782 |
| Estate of James D. Halvorson | $9,464,745 | $32,558,723 | $42,023,468 |
| Estate of Denis Lavelle | $4,039,992 | $13,897,572 | $17,937,564 |
| Estate of Robert Levine | $4,520,876 | $15,551,813 | $20,072,689 |
| Estate of Joseph Lostrangio | $5,777,844 | $19,875,783 | $25,653,627 |
| Estate of Dorthy Mauro | $1,580,579 | $5,437,192 | $7,017,771 |
| Estate of Mary Melendez | $7,531,551 | $25,908,535 | $33,440,086 |
| Estate of Peter T. Milano | $22,153,588 | $76,208,343 | $98,361,931 |
| Estate of Yvette Nichole Moreno | $2,360,239 | $8,119,222 | $10,479,461 |
| Estate of Brian Nunez | $2,499,922 | $8,599,732 | $11,099,654 |
| Estate of Philip Paul Ognibene | $4,435,087 | $15,256,699 | $19,691,786 |
| Estate of Salvatore T. Papasso | $6,289,680 | $21,636,499 | $27,926,179 |
| Estate of John William Perry | $4,924,240 | $16,939,386 | $21,863,626 |
| Estate of Marsha Dianah Ratchford | $6,233,977 | $21,444,881 | $27,678,858 |
| Estate of Joshua Scott Reiss | $7,726,738 | $26,579,979 | $34,306,717 |
| Estate of John M. Rodak | $24,440,747 | $84,076,170 | $108,516,917 |
| Estate of Elvin Romero | $14,783,971 | $50,856,860 | $65,640,831 |
| Estate of Richard Rosenthal | $7,274,204 | $25,023,262 | $32,297,466 |
| Estate of Maria Theresa Santillian | $3,255,002 | $11,197,207 | $14,452,209 |
| Estate of Victor Saracini | $9,593,658 | $33,002,184 | $42,595,842 |
| Estate of Scott Schertzer | $2,792,107 | $9,604,848 | $12,396,955 |
| Estate of Paul K. Sloan | $5,967,696 | $20,528,874 | $26,496,570 |
| Estate of George Eric Smith | $2,609,215 | $8,975,700 | $11,584,915 |
| Estate of Timothy P. Soulas | $86,796,344 | $298,579,423 | $385,375,767 |
| Estate of William R. Steiner | $6,443,814 | $22,166,720 | $28,610,534 |

| | | | |
|---|---|---|---|
| Estate of Andrew Stergiopoulos | $5,716,259 | $19,663,931 | **$25,380,190** |
| Estate of Edward W. Straub | $16,552,703 | $56,941,298 | **$73,494,001** |
| Estate of Jennifer Tino | $2,625,577 | $9,031,985 | **$11,657,562** |
| Estate of Jeanmarie Wallendorf | $1,768,803 | $6,084,682 | **$7,853,485** |
| Estate of Meta Waller | $1,200,501 | $4,129,723 | **$5,330,224** |
| Estate of Timothy Raymond Ward | $2,691,269 | $9,257,965 | **$11,949,234** |
| | **$394,277,884** | **$1,356,315,921** | **$1,750,593,805** |

AND IT IS FURTHER ORDERED that damages for pain and suffering are awarded to the Decedents' Estates as follows:

| DECEDENT ESTATE | PAIN & SUFFERING | PUNITIVE DAMAGES | TOTAL PAIN & SUF. |
|---|---|---|---|
| Estate of Donald J. Havlish, Jr. | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| Estate of Michael A. Bane | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| Estate of Martin Boryczewski | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| Estate of Steven Cafiero | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| Estate of Richard M. Caproni | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| Estate of Peter Chirchirillo | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| Estate of Jeffrey Coale | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| Estate of Daniel M. Coffey | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| Estate of Jason Coffey | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| Estate of Jeffrey Collman | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| Estate of Michael Diehl | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| Estate of Stephen Dorf | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| Estate of Judy Fernandez | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| Estate of Ronald Gamboa | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| Estate of William R. Godshalk | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| Estate of John Grazioso | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| Estate of Liming Gu | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| Estate of James D. Halvorson | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| Estate of Denis Lavelle | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| Estate of Robert Levine | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| Estate of Joseph Lostrangio | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| Estate of Dorthy Mauro | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| Estate of Mary Melendez | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| Estate of Peter T. Milano | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| Estate of Yvette Nichole Moreno | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| Estate of Brian Nunez | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| Estate of Philip Paul Ognibene | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| Estate of Salvatore T. Papasso | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| Estate of John William Perry | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |

| | | | |
|---|---|---|---|
| **Estate of Marsha Dianah Ratchford** | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| **Estate of Joshua Scott Reiss** | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| **Estate of John M. Rodak** | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| **Estate of Elvin Romero** | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| **Estate of Richard Rosenthal** | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| **Estate of Maria Theresa Santillian** | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| **Estate of Victor Saracini** | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| **Estate of Scott Schertzer** | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| **Estate of Paul K. Sloan** | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| **Estate of George Eric Smith** | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| **Estate of Timothy P. Soulas** | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| **Estate of William R. Steiner** | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| **Estate of Andrew Stergiopoulos** | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| **Estate of Edward W. Straub** | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| **Estate of Jennifer Tino** | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| **Estate of Jeanmarie Wallendorf** | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| **Estate of Meta Waller** | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| **Estate of Timothy Raymond Ward** | $2,000,000.00 | $6,880,000.00 | **$8,880,000.00** |
| | **$94,000,000.00** | **$323,360,000.00** | **$417,360,000.00** |

AND IT IS FURTHER ORDERED that damages for solatium are awarded as follows:

| PLAINTIFF | SOLATIUM | PUNITIVE | TOTAL |
|---|---|---|---|
| Fiona Havlish | $12,500,000.00 | $43,000,000.00 | **$55,500,000.00** |
| Donald Havlish, Sr. | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| William Havlish | $4,250,000.00 | $14,620,000.00 | **$18,870,000.00** |
| Susan Conklin | $4,250,000.00 | $14,620,000.00 | **$18,870,000.00** |
| Tara Bane | $12,500,000.00 | $43,000,000.00 | **$55,500,000.00** |
| Donald Bane | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Christina Bane-Hayes | $4,250,000.00 | $14,620,000.00 | **$18,870,000.00** |
| Krystyna Boryczewski | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Estate of Michael Boryczewski | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Julia Boryczewski | $4,250,000.00 | $14,620,000.00 | **$18,870,000.00** |
| Michele Boryczewski | $4,250,000.00 | $14,620,000.00 | **$18,870,000.00** |
| Richard A. Caproni | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Dolores Caproni | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Christopher Caproni | $4,250,000.00 | $14,620,000.00 | **$18,870,000.00** |
| Michael Caproni | $4,250,000.00 | $14,620,000.00 | **$18,870,000.00** |
| Lisa Caproni-Brown | $4,250,000.00 | $14,620,000.00 | **$18,870,000.00** |
| Clara Chirchirillo | $12,500,000.00 | $43,000,000.00 | **$55,500,000.00** |
| Livia Chirchirillo | $4,250,000.00 | $14,620,000.00 | **$18,870,000.00** |
| Catherine Deblieck | $4,250,000.00 | $14,620,000.00 | **$18,870,000.00** |
| William Coale | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |

| | | | |
|---|---:|---:|---:|
| Frances M. Coffey | $21,000,000.00 | $72,240,000.00 | **$93,240,000.00** |
| Daniel D. Coffey, M.D. | $12,750,000.00 | $43,860,000.00 | **$56,610,000.00** |
| Kevin M. Coffey | $12,750,000.00 | $43,860,000.00 | **$56,610,000.00** |
| Dwayne W. Collman | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Brian Collman | $4,250,000.00 | $14,620,000.00 | **$18,870,000.00** |
| Charles Collman | $4,250,000.00 | $14,620,000.00 | **$18,870,000.00** |
| Brenda Sorenson | $4,250,000.00 | $14,620,000.00 | **$18,870,000.00** |
| Loisanne Diehl | $12,500,000.00 | $43,000,000.00 | **$55,500,000.00** |
| Morris Dorf | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Anne Marie Dorf | $4,250,000.00 | $14,620,000.00 | **$18,870,000.00** |
| Joseph Dorf | $4,250,000.00 | $14,620,000.00 | **$18,870,000.00** |
| Michelle Dorf | $4,250,000.00 | $14,620,000.00 | **$18,870,000.00** |
| Robert Dorf | $4,250,000.00 | $14,620,000.00 | **$18,870,000.00** |
| Linda Sammut | $4,250,000.00 | $14,620,000.00 | **$18,870,000.00** |
| Corazon Fernandez | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Grace Parkinson-Godshalk | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Tina Grazioso | $12,500,000.00 | $43,000,000.00 | **$55,500,000.00** |
| Maureen Halvorson | $12,500,000.00 | $43,000,000.00 | **$55,500,000.00** |
| Jin Liu | $12,500,000.00 | $43,000,000.00 | **$55,500,000.00** |
| Alan Gu | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Grace Kneski | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Roni Levine | $12,500,000.00 | $43,000,000.00 | **$55,500,000.00** |
| Teresanne Lostrangio | $12,500,000.00 | $43,000,000.00 | **$55,500,000.00** |
| JoAnne Lovett | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Regina Maria Merwin | $4,250,000.00 | $14,620,000.00 | **$18,870,000.00** |
| Margaret Mauro | $4,250,000.00 | $14,620,000.00 | **$18,870,000.00** |
| Ramon Melendez | $12,500,000.00 | $43,000,000.00 | **$55,500,000.00** |
| Patricia Milano | $12,500,000.00 | $43,000,000.00 | **$55,500,000.00** |
| Ivy Moreno | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Estate of Vincent A. Ognibene | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Marie Ann Paprocki | $4,250,000.00 | $14,620,000.00 | **$18,870,000.00** |
| Patricia J. Perry | $12,500,000.00 | $43,000,000.00 | **$55,500,000.00** |
| Christine Papasso | $12,500,000.00 | $43,000,000.00 | **$55,500,000.00** |
| Rodney Ratchford | $12,500,000.00 | $43,000,000.00 | **$55,500,000.00** |
| Rodney M. Ratchford | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Marshee R. Ratchford | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Benefit of Maranda C. Ratchford | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Joyce Ann Rodak | $12,500,000.00 | $43,000,000.00 | **$55,500,000.00** |
| Chelsea Nicole Rodak | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Benefit of Devon Marie Rodak | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| John Rodak | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Regina Rodak | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Joanne Gori | $4,250,000.00 | $14,620,000.00 | **$18,870,000.00** |

| Name | | | |
|---|---:|---:|---:|
| Diane Romero | $12,500,000.00 | $43,000,000.00 | **$55,500,000.00** |
| Loren Rosenthal | $12,500,000.00 | $43,000,000.00 | **$55,500,000.00** |
| Judith Reiss | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Expedito Santillian | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Ester Santillian | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Ellen Saracini | $12,500,000.00 | $43,000,000.00 | **$55,500,000.00** |
| Guardian of Anne C. Saracini | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Joanne Renzi | $4,250,000.00 | $14,620,000.00 | **$18,870,000.00** |
| Paul Schertzer | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Ronald S. Sloan | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Raymond Doyle Smith | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Katherine Soulas | $12,500,000.00 | $43,000,000.00 | **$55,500,000.00** |
| Russa Steiner | $12,500,000.00 | $43,000,000.00 | **$55,500,000.00** |
| George Stergiopoulos, M.D. | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Angela Stergiopoulos | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Sandra Straub | $12,500,000.00 | $43,000,000.00 | **$55,500,000.00** |
| Joan E. Tino | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Pamela Schiele | $4,250,000.00 | $14,620,000.00 | **$18,870,000.00** |
| Christine Barton (now Pence) | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Doyle Raymond Ward | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Gerald Bingham | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Alice Carpeneto | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Stephen L. Cartledge | $12,500,000.00 | $43,000,000.00 | **$55,500,000.00** |
| Michelle Wright | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Maureen Halvorson | $4,250,000.00 | $14,620,000.00 | **$18,870,000.00** |
| Haomin Jian | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| FuMei Chien | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Huichun Jian | $4,250,000.00 | $14,620,000.00 | **$18,870,000.00** |
| Hui-Chuan Jian | $4,250,000.00 | $14,620,000.00 | **$18,870,000.00** |
| Hui-Chien Chen | $4,250,000.00 | $14,620,000.00 | **$18,870,000.00** |
| Hui-Zon Jian | $4,250,000.00 | $14,620,000.00 | **$18,870,000.00** |
| Michael LoGuidice | $4,250,000.00 | $14,620,000.00 | **$18,870,000.00** |
| Ralph S. Maerz | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Martin Panik | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Estate of Linda Ellen Panik | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Mary Lynn-Anna Panik Stanley | $4,250,000.00 | $14,620,000.00 | **$18,870,000.00** |
| Helen Rosenthal | $4,250,000.00 | $14,620,000.00 | **$18,870,000.00** |
| Alexander Rowe | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Ed Russin | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Gloria Russin | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Barry Russin | $4,250,000.00 | $14,620,000.00 | **$18,870,000.00** |
| Leonard Zeplin | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |
| Leona Zeplin | $8,500,000.00 | $29,240,000.00 | **$37,740,000.00** |

| Joslin Zeplin | $4,250,000.00 | $14,620,000.00 | **$18,870,000.00** |
| --- | --- | --- | --- |
| | **$874,000,000.00** | **$3,006,560,000.00** | **$3,880,560,000.00** |

IT IS FURTHERMORE:

ORDERED that Plaintiffs shall forthwith, consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Order and Judgment, together with the Memorandum Decision and Order entered on October 3, 2012, and the Report and Recommendation to the Honorable George B. Daniels issued on July 30, 2012, to Defendants.

This is a final, appealable order. See Fed.R.App.P.(4)(a).

**SO ORDERED.**

DATE _____

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____