# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**CLERK'S CERTIFICATE OF MAILING**

Re:  *Ashton, et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD) (SN);
*Morris, et al. v. Islamic Republic of Iran*, 18-cv-5321 (GBD) (SN);
*Jimenez, et al. v. Islamic Republic of Iran*, 18-cv-11875 (GBD) (SN);
*Aamoth, et al. v. Islamic Republic of Iran*, 18-cv-12276 (GBD) (SN;
*Bernaerts, et al. v. Islamic Republic of Iran*, 19-cv-11865 (GBD) (SN);
*King, et al. v. Islamic Republic of Iran*, 22-cv-5193 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 18th day of September 2024, I served defendant:

> Islamic Republic of Iran
> Minister of Foreign Affairs
> Ministry of Foreign Affairs of the Islamic Republic of Iran
> Imam Khomeini Avenue
> Tehran, Iran
> ATTN: H.E. Ali Bagheri

by dispatching via Federal Express, Tracking No. 8182 8358 0095, to The Secretary of State, (CA/OCS/PRI) SA-29, 4th Floor, 2201 C Street NW, Washington, DC, 20520, Attn: Director of Special Consular Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies in English and Farsi of

1. Notices of Judgment prepared in accordance with 22 CPR§ 93.2;
2. Orders of Judgment for Liability, dated August 31, 2015 and June 17, 2024;
3. Order Granting Partial Final Default Judgment for the Plaintiffs Listed in Exhibits A and B dated September 3, 2024;
4. Instructions for Appealing Judgment;
5. A copy of 2 8 U.S.C. 1330, 28 U.S.C. 1391, 28. U.S.C. 1441, and the Foreign Sovereign Immunities 2 Act (28 U.S.C. 1602, et seq.); and
6. Affidavit of translator.

Dated: September 18, 2024
New York, New York

                                                                      DANIEL ORTIZ
                                                                       ACTING CLERK OF COURT

                                                                       /s/Rachel Slusher
                                                                       Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**CLERK'S CERTIFICATE OF MAILING**

Re: Ashton, et al. v. al Qaeda Islamic Army, et al., 02-cv-6977 (GBD) (SN) (and member case
Burlingame, et al. v. Bin Laden, et al., 02-cv-7230 (GBD) (SN));
DeRubbio, et al. v. Islamic Republic of Iran, 18-cv-5306 (GBD) (SN);
Agyeman, et al. v. Islamic Republic of Iran, 18-cv-5320 (GBD) (SN);
Schlissel, et al. v. Islamic Republic of Iran, 18-cv-5331 (GBD) (SN);
Jimenez, et al. v. Islamic Republic of Iran, 18-cv-11875 (GBD) (SN);
Hemenway, et al. v. Islamic Republic of Iran, 18-cv-12277 (GBD) (SN);
BNY Mellon, et al. v. Islamic Republic of Iran, 19-cv-11767 (GBD) (SN);
Bodner, et al. v. Islamic Republic of Iran, 19-cv-11776 (GBD) (SN);
Bernaerts, et al. v. Islamic Republic of ]ran, 19-cv-11865 (GBD) (SN);
Asaro, et al. v. Islamic Republic of Iran, 20-cv-10460 (GBD) (SN);
Bianco, et al. v. Islamic Republic of Iran, 20-cv-10902 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 18th day of September 2024, I served defendant:

Islamic Republic of Iran
Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic Republic of Iran
Imam Khomeini Avenue
Tehran, Iran
ATTN: H.E. Ali Bagheri

by dispatching via Federal Express, Tracking No. 8182 8358 0176, to The Secretary of State, (CA/OCS/PRI) SA-29, 4th Floor, 2201 C Street NW, Washington, DC, 20520, Attn: Director of Special Consular Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies in English and Farsi of

1. Notices of Judgment prepared in accordance with 22 CPR§ 93.2;
2. Orders of Judgment for Liability, dated August 31, 2015, May 28, 2019, June 21, 2019, September 3, 2019, and January 4, 2022;
3. Order Granting Partial Final Default Judgment for the Plaintiffs Listed in Exhibit A dated August 28, 2024;
4. Instructions for Appealing Judgment;
5. A copy of 28 U.S.C. 1330, 28 U.S.C. 1391, 28. U.S.C. 1441, and the Foreign Sovereign Immunities 2 Act (28 U.S.C. 1602, et seq.); and
6. Affidavit of translator

Dated: September 18, 2024
New York, New York

DANIEL ORTIZ
ACTING CLERK OF COURT

/s/Rachel Slusher
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**CLERK'S CERTIFICATE OF MAILING**

*Re:   Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-12276 (GBD)(SN);*
*Alexander Jimenez, et al. v. Islamic Republic of Iran, No. 1:18-cv-11875 (GBD)(SN);*
*BNY Mellon, et al. v. Islamic Republic of Iran, No. 1:19-cv-11767 (GBD)(SN);*
*Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD)(SN);*
*Justin Strauss, et al. v. Islamic Republic of Iran, No. 1:22-cv-10823 (GBD)(SN)*

I hereby certify under the penalties of perjury that on the 18th day of September 2024, I served defendant:

> Islamic Republic of Iran
> Minister of Foreign Affairs
> Ministry of Foreign Affairs of the Islamic Republic of Iran
> Imam Khomeini Avenue
> Tehran, Iran
> ATTN: H.E. Ali Bagheri

by dispatching via Federal Express, Tracking No. 8182 8357 9920, to The Secretary of State, (CA/OCS/PRI) SA-29, 4th Floor, 2201 C Street NW, Washington, DC, 20520, Attn: Director of Special Consular Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies in English and Farsi of

1. Notices of Judgment prepared in accordance with 22 CPR§ 93.2;
2. Order of Judgment for Liability dated June 21, 2019, September 3, 2019, and September 5, 2024;
3. Order Granting Partial Final Default Judgment for the Plaintiffs in Exhibits A and B dated September 20, 2024;
4. Instructions for Appealing Judgment;
5. A copy of 2 8 U.S.C. 1330, 28 U.S.C. 1391, 28. U.S.C. 1441, and the Foreign Sovereign Immunities 2 Act (28 U.S.C. 1602, et seq.); and
6. Affidavit of translator.

Dated: September 25, 2024
    New York, New York

                            DANIEL ORTIZ
                            ACTING CLERK OF COURT

                            /s/Rachel Slusher
                            Deputy Clerk