# EXHIBIT C

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   In re:   TERRORIST ATTACKS ON            03 MDL 1570 (GBD)
              SEPTEMBER 11, 2001
 4
     ------------------------------x
 5
     HAVLISH, et al.,                         03 Civ. 9848 (GBD)
 6
                   Plaintiffs,
 7            v.

 8   BIN LADEN, et al.,

 9                Defendants.

10   ------------------------------x

11   JOHN DOES 1 through 7,                   20 Misc. 740 (GBD)

12                Plaintiffs,

13            v.

14   THE TALIBAN, et al.,

15                Defendants.

16   ------------------------------x         Remote Conference

17                                           New York, N.Y.

18                                           February 22, 2022

19                                           9:30 a.m.

20

21   Before:

22

23            HON. SARAH NETBURN,

24
                                             Magistrate Judge
25
```

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

|   |   |
|---|---|
| 1 | APPEARANCES |
| 2 | DO CAMPO & THORNTON, P.A. |
|   |     Attorneys for John Does 1-7 Plaintiffs |
| 3 | BY:  JOHN THORNTON |
|   |       ORLANDO DO CAMPO |
| 4 |       DANIELA JARAMILLO |

```
 1                        APPEARANCES

 2   DO CAMPO & THORNTON, P.A.
          Attorneys for John Does 1-7 Plaintiffs
 3   BY:  JOHN THORNTON
          ORLANDO DO CAMPO
 4        DANIELA JARAMILLO

 5

     JENNER & BLOCK, LLP
 6        Attorneys for Havlish Creditors
     BY:  LEE S. WOLOSKY
 7        DOUGLASS A. MITCHELL

 8        - and -

 9   WIGGINS CHILDS PANTAZIS FISHER GOLDFARB, PLLC
          Attorneys for Havlish Creditors
10   BY:  DENNIS G. PANTAZIS
          TIMOTHY B. FLEMING
11
          - and -
12
     RAMEY & HAILEY
13        Attorneys for Havlish Creditors
     BY:  RICHARD D. HAILEY
14

15   KREINDLER & KREINDLER
          Attorneys for Ashton Plaintiffs
16   BY:  MEGAN WOLFE BENETT
          JAMES P. KREINDLER
17        ANDREW J. MALONEY III

18        - and -

19   SPEISER KRAUSE, P.C.
          Attorneys for Ashton Plaintiffs
20   BY:  JEANNE M. O'GRADY

21        - and -

22   SHER TREMONTE, LLP
          Attorneys for Ashton Plaintiffs
23   BY:  MICHAEL TREMONTE

24        - and -

25
```

APPEARANCES
(continued)

BAUMEISTER & SAMUELS, PC
    Attorneys for Ashton Plaintiffs
BY: THEA CAPONE

MOTLEY RICE LLC
    Attorneys for Burnett Plaintiffs
BY: ROBERT T. HAEFELE
    JODI WESTBROOK FLOWERS
    DONALD MIGLIORI

ANDERSON KILL P.C.
    Attorneys for O'Neill Plaintiffs
BY: JERRY S. GOLDMAN
    BRUCE STRONG

COZEN O'CONNOR
    Attorneys for Federal Insurance Plaintiffs
BY: SEAN P. CARTER
    J. SCOTT TARBUTTON

DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York
BY: JEANNETTE A. VARGAS
    Assistant United States Attorneys

KELLOGG HANSEN TODD FIGEL & FREDERICK PLLC
    Attorneys for Kingdom of Saudi Arabia
BY: GREGORY G. RAPAWY

WHITE & CASE, LLP
    Attorneys for Republic of the Sudan
BY: CHRISTOPHER M. CURRAN
    NICOLE ERB
    CLAIRE A. DeLELLE

Also Present:
Joseph Borson, Department of Justice - Civil Division

1     If the Court is inclined to instruct the parties to
2  meet and confer, as Mr. Carter suggested, I think we would
3  likely be in agreement with that. Alternatively, another
4  procedure that would be consistent with ensuring fairness to
5  all of the 9/11 families would be to address the pending
6  motions for final damages judgments, to schedule briefing on
7  the threshold questions of attachability of the remaining
8  blocked assets under TRIA, and we think at the same time to
9  schedule briefing on the question of the appropriate proceeding
10 for enforcing the judgments. And that, of course, is a
11 potentially very consequential set of issues as to enforcement
12 and, again, it is one with respect to which the interested
13 parties, the full range of interested parties should be heard,
14 and there is clear authority for that, in our view, under the
15 CPLR.
16     THE COURT: Can I interrupt you for a second?
17     MR. TREMONTE: Yes.
18     THE COURT: What is the authority? Your clients, as I
19 understand it, have no judgments against these entities for
20 which you could attach to the funds. So what standing does
21 your client have, do you have to challenge the procedural
22 mechanism by which the Havlish and Doe plaintiffs seek to
23 proceed on their execution? I understand that you might have a
24 right to, whether it is sort of interplead or otherwise join
25 the turnover proceeding, but why do you have a say on how they

1    proceed as a procedural matter?

2              MR. TREMONTE:  Yes, your Honor.

3              So in addition to the interpleader rights, which we
4    agree that we clearly have, we think that we are also
5    interested persons within the meaning of CPLR 5240, and that is
6    a provision that affords the Court very broad powers upon the
7    motion of an interested party or, frankly, on the Court's own
8    initiative within the clear language of the provision to
9    modify, limit, and condition the use of any enforcement
10   procedure.  And so we think at a minimum that provision affords
11   us standing to be heard and to brief the issues in connection
12   with the appropriate procedure, especially in connection with
13   such a unique set of circumstances as this one, where ensuring
14   fairness to the 9/11 families, to all of them, not just a very
15   small minority, is of paramount importance.  So that is the --

16             THE COURT:  Understood.  I don't think it needs to be
17   said, but obviously I also am interested in fairness.  I still
18   don't understand how you would be, under the law, an interested
19   party other than speculatively because your clients have no
20   judgment and some motions have been filed, some motions are
21   anticipated.  Who know when those will actually be addressed.
22   But the interest that you hold at this point is essentially
23   speculative until you have a judgment.  I understand that you
24   have an interest generally because your interest is in
25   providing fairness and equity to all of the 9/11 families, but

M2m2TerC

```
 1  discuss today?
 2          MR. WOLOSKY:  Lee Wolosky.  No, your Honor, for
 3  Havlish.
 4          MR THORNTON:  John Thornton.  No, your Honor, for the
 5  Doe plaintiffs.
 6          THE COURT:  Great.  Thank you.
 7          Ms. Vargas, anything further from the government?
 8          MS. VARGAS:  Not at this time, your Honor.
 9          THE COURT:  Okay.  And anything further from any of
10  the other plaintiffs' counsel who have spoken today?
11          A VOICE:  No, your Honor.
12          A VOICE:  No, your Honor.
13          A VOICE:  No, your Honor.
14          THE COURT:  All right.  Thank you very much.
15  Ms. Vargas, I will look out for your proposed order.  I hope
16  everybody remains healthy and safe.
17          We are adjourned.  Thank you.
18          COUNSEL:  Thank you.
19                             oOo
20
21
22
23
24
25
```

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300