UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:
*Matthew Rowenhorst, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12387 (GBD)(SN)
*Jack Zelmanowitz, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-12381 (GBD)(SN)

**PLAINTIFFS' REMOVAL OF PARTIES AGAINST THE ISLAMIC REPUBLIC OF IRAN AND THE KINGDOM OF SAUDI ARABIA PURSUANT TO CASE MANAGEMENT ORDER #2 AND FEDERAL RULE OF CIVIL PROCEDURE 15(d)**

Pursuant to Case Management Order #2, ¶ 12, ECF No. 247, and Federal Rule of Civil Procedure 15(d), as previously applied at ECF No. 8162, and as previously utilized for docket management, *see, e.g.*, ECF Nos. 3324, 3331, the Plaintiffs listed in the table below are hereby dismissed without prejudice from *Matthew Rowenhorst, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12387 (GBD)(SN) and *Jack Zelmanowitz, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-12381 (GBD)(SN). The Plaintiffs listed in the table below are already parties in *Havlish, et al. v. bin Laden, et al.*, 1:03-cv-09848 (GBD)(SN) or *Hoglan, et al. v. Islamic Republic of Iran, et al.*, 1:11-cv-07550 (GBD)(SN), and *Soulas, et al. v. Kingdom of Saudi Arabia, et al.*, 1:18-cv-11909 (GBD)(SN), as set forth in the table below.

| Plaintiff | 9/11 Decedent | Plaintiff's Relationship to 9/11 Decedent | Anderson Kill Iran Case | Anderson Kill KSA Case | Existing Iran Case | Existing KSA Case |
|---|---|---|---|---|---|---|
| Andrew Soulas | Timothy Soulas | Child | Matthew Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD)(SN) | Jack Zelmanowitz, et al. v. Kingdom of Saudi Arabia, 1:18-cv-12381 (GBD)(SN) | Hoglan, et al. v. Islamic Republic of Iran, et al., 1:11-cv-07550 (GBD)(SN) | Soulas, et al. v. Kingdom of Saudi Arabia, et al., 1:18-cv-11909 (GBD)(SN) |
| Christopher Soulas | Timothy Soulas | Child | Matthew Rowenhorst, et al. v. Islamic Republic of | Jack Zelmanowitz, et al. v. Kingdom of Saudi Arabia, 1:18-cv-12381 (GBD)(SN) | Hoglan, et al. v. Islamic Republic of Iran, et al., | Soulas, et al. v. Kingdom of Saudi Arabia, et al., 1:18-cv- |

docs-100720633.1

| | | | Iran, No. 1:18-cv-12387 (GBD)(SN) | | 1:11-cv-07550 (GBD)(SN) | 11909 (GBD)(SN) |
|---|---|---|---|---|---|---|
| Katherine Soulas | Timothy Soulas | Spouse | Matthew Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD)(SN) | Jack Zelmanowitz, et al. v. Kingdom of Saudi Arabia, 1:18-cv-12381 (GBD)(SN) | Havlish, et al. v. bin Laden, et al., 1:03-cv-09848 (GBD)(SN) | Soulas, et al. v. Kingdom of Saudi Arabia, et al., 1:18-cv-11909 (GBD)(SN) |
| Katherine Soulas | Timothy Soulas | PR | Matthew Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD)(SN) | Jack Zelmanowitz, et al. v. Kingdom of Saudi Arabia, 1:18-cv-12381 (GBD)(SN) | Havlish, et al. v. bin Laden, et al., 1:03-cv-09848 (GBD)(SN) | Soulas, et al. v. Kingdom of Saudi Arabia, et al., 1:18-cv-11909 (GBD)(SN) |
| Matthew Soulas | Timothy Soulas | Child | Matthew Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD)(SN) | Jack Zelmanowitz, et al. v. Kingdom of Saudi Arabia, 1:18-cv-12381 (GBD)(SN) | Hoglan, et al. v. Islamic Republic of Iran, et al., 1:11-cv-07550 (GBD)(SN) | Soulas, et al. v. Kingdom of Saudi Arabia, et al., 1:18-cv-11909 (GBD)(SN) |
| Timothy Soulas, Jr. | Timothy Soulas | Child | Matthew Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD)(SN) | Jack Zelmanowitz, et al. v. Kingdom of Saudi Arabia, 1:18-cv-12381 (GBD)(SN) | Hoglan, et al. v. Islamic Republic of Iran, et al., 1:11-cv-07550 (GBD)(SN) | Soulas, et al. v. Kingdom of Saudi Arabia, et al., 1:18-cv-11909 (GBD)(SN) |
| Daniel Reid Soulas | Timothy Soulas | Child | Matthew Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD)(SN) | Jack Zelmanowitz, et al. v. Kingdom of Saudi Arabia, 1:18-cv-12381 (GBD)(SN) | Hoglan, et al. v. Islamic Republic of Iran, et al., 1:11-cv-07550 (GBD)(SN) | Soulas, et al. v. Kingdom of Saudi Arabia, et al., 1:18-cv-11909 (GBD)(SN) |
| Aaron Straub | Edward Straub | Child | Matthew Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD)(SN) | Jack Zelmanowitz, et al. v. Kingdom of Saudi Arabia, 1:18-cv-12381 (GBD)(SN) | Hoglan, et al. v. Islamic Republic of Iran, et al., 1:11-cv-07550 (GBD)(SN) | Soulas, et al. v. Kingdom of Saudi Arabia, et al., 1:18-cv-11909 (GBD)(SN) |

| | | |
|---|---|---|
| Dated: | New York, New York<br>October 24, 2024 | Respectfully submitted,<br><br>/s/ Jerry S. Goldman<br>ANDERSON KILL P.C.<br>Jerry S. Goldman, Esq.<br>Bruce E. Strong, Esq.<br>Alexander Greene, Esq.<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Tel:  (212) 279-1000<br>Fax: (212) 278-1733<br>Email:  jgoldman@andersonkill.com<br>         bstrong@andersonkill.com<br>         agreene@andersonkill.com<br><br>*Attorneys for Plaintiffs* |

docs-100720633.1