UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 03 MDL 1570 (GBD)(SN)

Re: *Ray, et al. v. Iran, et al., 19-cv-0012- (GBD)(SN)*

I hereby certify under the penalties of perjury that on the 24nd day of October 2024, I served defendant:

Islamic Republic of Iran
H.E. Ali Bagheri, Acting Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic Republic of Iran
Imam Khomeini Avenue, Tehran, Iran

by dispatching via Federal Express, Tracking No. 7793 6056 6552, to The Secretary of State, CA/OSC/PRI SA-29, 4th Floor, Washington, DC, 20520-1710, Attn: Director of Special Consular Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of the cover letter to H.E Ali Bagheri, Acting Minister of Foreign Affairs of Iran; U.S. Dist. Court for the Southern District of N.Y. Clerk's Certificate of Default, dated February 12, 2020 (Ray Docket No. 209); Notice of Default Judgment prepared in accordance with 22 CFR § 93.2; Order of Partial Final Judgment entered on February 19, 2020 (Ray Docket No. 221; MDL Docket No. 5985; Order of Partial Final Judgment entered on September 19, 2024, and docketed September 20, 2024 (Ray Docket No. 332; MDL Docket No. I 0387); Text of The Foreign Sovereign Immunities Act, 28 U.S.C. §1602, et seq.; and, Right to Appeal Notice and Form.

Dated: October 24, 2024
New York, New York

DANIEL ORTIZ
ACTING CLERK OF COURT

/s/Rachel Slusher
Deputy Clerk