UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    :
IN RE:                              :         ORDER
                                    :
TERRORIST ATTACKS ON                :         03 MDL 1570 (GBD) (SN)
SEPTEMBER 11, 2001                  :
                                    :
------------------------------------x

This document relates to:

    *Ashton, et al. v. al Qaeda Islamic Army, et al.*, No. 02-cv-6977 (GBD) (SN)
    *Bauer, et al. v. al Qaeda Islamic Army, et al.*, No. 02-cv-7236 (GBD) (SN)

## ORDER GRANTING PARTIAL FINAL JUDGMENT AGAINST THE TALIBAN FOR THE BAUER II PLAINTIFFS LISTED IN EXHIBITS A, B, AND C

GEORGE B. DANIELS, United States District Judge:

    The Plaintiffs listed in Exhibits A, B, and C move for entry of partial final default judgment against Defendant the Taliban. (ECF No. 9843.[1]) Upon consideration of the evidence and arguments set forth in the Declaration of Dorothea M. Capone, Esq. and the exhibits thereto (ECF No. 9844), and in light of the default judgment as to liability against the Taliban entered on May 12, 2006 (ECF No. 1797) and this Court's order establishing the Taliban's primary and aiding-and-abetting liability in the 9/11 Attacks (ECF No. 8973 (adopting R&R at ECF No. 8540, discussing complaint at ECF No. 1463)), together with the entire record in this case, including *Bauer II* Plaintiffs' prior default judgment awards against Defendant the Islamic Republic of Iran (see Exs. A, B, C, *infra*), it is hereby

    **ORDERED** that service of process in the above-captioned case was properly effectuated upon the Taliban (*see* ECF Nos. 445, 709 and 735); and it is

---

[1] Unless otherwise stated, all ECF citations included herein refer to documents filed on the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on September 11, 2001*, No. 03-md-1570 (GBD) (SN).

**ORDERED** that partial final judgment is entered on behalf of the Plaintiffs identified in the attached Exhibits A, B, and C against the Taliban; and it is

**ORDERED** that the Plaintiffs identified in the attached Exhibit A are awarded pain and suffering and economic damages as set forth therein[2]; and it is

**ORDERED** that the Plaintiffs identified in the attached Exhibits B and C are awarded solatium damages as set forth in Exhibits B and C; and it is

**ORDERED** that Plaintiffs receiving pain and suffering damages identified in the attached Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is further

**ORDERED** that Plaintiffs receiving economic damages identified in the attached Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date as indicated in the "Date of Report" column in Exhibit A until the date of judgment; and it is further

**ORDERED** that Plaintiffs identified in Exhibits B and C are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that the Plaintiffs identified in the attached Exhibit A are awarded treble damages under the Anti-Terrorism Act, 18 U.S.C. § 2333 for the amounts claimed; and it is

**ORDERED** that the Plaintiffs identified in the attached Exhibits A, B and C may submit future applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is

---

[2] This Court amended the economic damages amount awarded to the Estate of David D. Suarez to match the prior award granted against the Islamic Republic of Iran (ECF No. 5775). When trebled, that award ($17,177,054) totals $51,531,162.

**ORDERED** that the Plaintiffs not appearing on Exhibits A, B, or C may submit in later stages applications for damages awards to the extent they have not done so already.

The Clerk of Court is directed to enter partial final default judgment for the Plaintiffs listed in Exhibits A, B and C. The Clerk of Court is further directed to close the motions at ECF No. 9843 in 03-md-1570, ECF No. 2071 in 02-cv-6977, and 272 in 02-cv-7236.

Dated:  October 28, 2024
        New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

# Exhibit A

9/11 Decedents' Estate

Conscious Pain and Suffering and Economic Damages

| | Plaintiff, as Personal Representative of the Estate of 9/11 Decedent | | | 9/11 Decedent | | | | | | Claim Information | | | Pain & Suffering Damages | | | Economic Damages | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | First | Middle | Last | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble |
| 1 | Joan | Z. | Parker | Philip | Lacey | Parker | U.S. | 9/11/01 | NY | 02-6977 | 03md1570, 1463 | 03md1570, 8721, 8715-3 at 5, 6 | 5450 at 4 | $2,000,000.00 | $6,000,000.00 | 5470-2, filed under seal. | 1/8/20 | 5775 at 4 | $9,486,305.00 | $28,458,915.00 |
| 2 | Carol | A. | Suarez | | | | | | | | | | | | | | | | | |
| 3 | Manuel | T. | Suarez | David | Scott | Suarez | U.S. | 9/11/01 | NY | 02-6977 | 03md1570, 1463 | 03md1570, 8721, 8715-3 at 5, 6 | 5450 at 4 | $2,000,000.00 | $6,000,000.00 | 5470-2, filed under seal. | 1/8/20 | 5775 at 4 | $17,177,054.00 | $51,531,162.00 |

# Exhibit B

**Solatium Damages**

| | Plaintiffs | | | 9/11 Decedent | | | | | | Claim Information | | | Solatium Damages | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | First | Middle | Last | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble |
| 1 | Joan | Z. | Parker | Philip | Lacey | Parker | U.S. | 9/11/01 | NY | 02-6977 | 03md1570, 1463 | 03md1570, 8721, 8715-3 at 5, 6 | Spouse | N/A | 5073 at 3 | $12,500,000.00 | $ 37,500,000.00 |
| 2 | Carol | A. | Suarez | David | Scott | Suarez | U.S. | 9/11/01 | NY | 02-6977 | 03md1570, 1463 | 03md1570, 8721, 8715-3 at 5, 6 | Parent | N/A | 5073 at 3 | $ 8,500,000.00 | $ 25,500,000.00 |
| 3 | Manuel | T. | Suarez | David | Scott | Suarez | U.S. | 9/11/01 | NY | 02-6977 | 03md1570, 1463 | 03md1570, 8721, 8715-3 at 5, 6 | Parent | N/A | 5073 at 3 | $ 8,500,000.00 | $ 25,500,000.00 |

# Exhibit C

|   | Plaintiffs | | | | 9/11 Decedent | | | | | | Claim Information | | | Solatium Damages | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   | First | Middle | Last | Nationality on 9/11 | First | Middle | Last | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble |
| 1 | Kristen | M. | Carpenter | U.S. | David | Scott | Suarez | U.S. | 9/11/01 | NY | 02-6977 | 03md1570, 1463 | 03md1570, 8721, 8715-3 at 5, 6 | Sibling | N/A | 5073 at 3 | $ 4,250,000.00 | $ 12,750,000.00 |
| 2 | Stephanie | Z. | Parker | U.S. | Philip | Lacey | Parker | U.S. | 9/11/01 | NY | 02-6977 | 03md1570, 1463 | 03md1570, 8721, 8715-3 at 5, 6 | Child | N/A | 5073 at 3 | $ 8,500,000.00 | $ 25,500,000.00 |
| 3 | Bryan | A. | Suarez | U.S. | David | Scott | Suarez | U.S. | 9/11/01 | NY | 02-6977 | 03md1570, 1463 | 03md1570, 8721, 8715-3 at 5, 6 | Sibling | N/A | 5073 at 3 | $ 4,250,000.00 | $ 12,750,000.00 |