UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/2024
```

**SARAH NETBURN, United States Magistrate Judge:**

The Court has received and considered counsels' views on when and how to proceed to assess punitive damages against defaulting defendants. See ECF Nos. 10422, 10427, 10461, 10465, 10469. The Court declines to set a briefing schedule on this issue at this time.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    October 29, 2024
             New York, New York