EXHIBIT A

| # | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | RELATIONSHIP to 9/11 DECEDENT | CASE NUMBER | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | State of Residency of 9/11 DECEDENT at Death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Margit | | Arias | | Valerie Mills Michaels as Personal Representative of the Estate of Margit | | Arias | | Spouse | 02cv06977 | Adam | Peter | Arias | | NY |
| 2 | Margit as Personal Representative of the Estate of Adam | Peter | Arias | | Valerie Mills Michaels as Personal Representative of the Estate of Adam | Peter | Arias | | Self | 02cv06977 | Adam | Peter | Arias | | NY |
| 3 | Conrod | | Cottoy | Jr. | Paula Hayes Cottoy as Personal Representative of the Estate of Conrod | | Cottoy | Jr. | Child | 02cv06977 | Conrod | | Cottoy | Sr. | NJ |
| 4 | George | | McLaughlin | Sr. | Linda McLaughlin as Personal Representative of the Estate of George | | McLaughlin | Sr. | Parent | 02cv06977 | George | P. | McLaughlin | Jr. | NJ |
| 5 | George McLaughlin, Sr. as Personal Representative of the Estate of Dorothy | | McLaughlin | | Linda McLaughlin as Personal Representative of the Estate of Dorothy | | McLaughlin | | Parent | 02cv06977 | George | P. | McLaughlin | Jr. | NJ |
| 6 | George McLaughlin, Sr. as Personal Representative of the Estate of George | | McLaughlin | Jr. | Linda Mclaughlin as Personal Representative of the Estate of George | | McLaughlin | Jr. | Self | 02cv06977 | George | P. | McLaughlin | Jr. | NJ |