UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2021 | Case No. 03-MD-01570 (GBD)(SN) |

## <u>NOTICE OF APPEARANCE</u>

**PLEASE TAKE NOTICE** that Benjamin C. Wolverton of ARNOLD & PORTER KAYE

SCHOLER LLP hereby appears as counsel for **DEFENDANTS THE WORLD ASSEMBLY**

**OF MUSLIM YOUTH** and **THE WORLD ASSEMBLY OF MUSLIM-YOUTH-U.S.** in the

above-entitled action, and requests that all papers filed through the ECF system be served upon

him by his email at benjamin.wolverton@arnoldporter.com.


Dated: October 31, 2024
       New York, New York


                                    ARNOLD & PORTER KAYE SCHOLER LLP

                                    By:    <u>*/s/ Benjamin C. Wolverton*</u>
                                           Benjamin C. Wolverton
                                           250 West 55th Street
                                           New York, NY 10019
                                           (212) 836-8000
                                           benjamin.wolverton@arnoldporter.com

                                           *Attorneys for Defendants the World*
                                    *Assembly of Muslim Youth and the World*
                                    *Assembly of Muslim Youth-U.S.*