UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re TERRORIST ATTACKS ON
SEPTEMBER 11, 2021

Case No. 03-MD-01570 (GBD)(SN)

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Marcus A. Asner of ARNOLD & PORTER KAYE SCHOLER LLP hereby appears as counsel for **DEFENDANTS THE WORLD ASSEMBLY OF MUSLIM YOUTH** and **THE WORLD ASSEMBLY OF MUSLIM-YOUTH-U.S.** in the above-entitled action, and requests that all papers filed through the ECF system be served upon him by his email at marcus.asner@arnoldporter.com.

Dated: October 31, 2024
       New York, New York

ARNOLD & PORTER KAYE SCHOLER LLP

By:    _/s/ Marcus A. Asner_
       Marcus A. Asner
       250 West 55th Street
       New York, NY 10019
       (212) 836-8000
       marcus.asner@arnoldporter.com

       _Attorneys for Defendants the World_
_Assembly of Muslim Youth and the World_
_Assembly of Muslim Youth-U.S._