# Arnold & Porter

Marcus A. Asner
+1 212.836.7222 Direct
Marcus.Asner@arnoldporter.com

October 31, 2024

**VIA ECF**

The Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
40 Foley Square, Room 219
New York, New York 10007

      Re:    *In Re: Terrorist Attacks on September 11, 2001*, 1:03-md-01570-GBD-SN

Dear Judge Netburn:

      We write respectfully on behalf of Defendants the World Assembly of Muslim Youth and the World Assembly of Muslim Youth-U.S. (collectively, "WAMY") in connection with the Court's Order dated October 11, 2024 granting WAMY until Monday, November 4 to file any additional response to the letter filed at ECF No. 10416-1 (the "Letter"). *See* ECF No. 10421. Pursuant to Section I.G of Your Honor's Individual Practices in Civil Cases, we respectfully request that the Court grant WAMY an extension of time to file its response until Tuesday, November 12.

      As indicated in WAMY's letter dated October 16, 2024 (ECF No. 10439), WAMY has retained our firm to conduct an investigation into the allegations contained in the Letter. In addition, Baker Tilly has retained Daniel Flaherty of Godfrey & Kahn, S.C. to investigate the allegations to the extent they concern Baker Tilly. Although both firms have worked diligently to complete their inquiries by November 4, we still have additional work to do, and believe we need additional time beyond November 4 to complete the remaining steps. We have not previously requested an extension or received an extension of time on this matter. The PECs do not oppose our request, but have asked us to include their response, which is attached hereto as Appendix A.

      We thank the Court for its consideration of this request.

                          Respectfully,

                          */s/ Marcus A. Asner*
                          Marcus A. Asner
                          Benjamin C. Wolverton

Cc:    All counsel of record (via ECF)

Arnold & Porter Kaye Scholer LLP
250 West 55th Street | New York, NY 10019-9710 | www.arnoldporter.com