# APPENDIX A

# Wolverton, Benjamin

| | |
|---|---|
| **From:** | Haefele, Robert <rhaefele@motleyrice.com> |
| **Sent:** | Thursday, October 31, 2024 3:04 PM |
| **To:** | Wolverton, Benjamin |
| **Cc:** | Asner, Marcus A.; Flaherty, Daniel; Blinka, Daniel |
| **Subject:** | RE: In Re: Terrorist Attacks on September 11, 2001 Order (1:03-md-01570-GBD-SN) |

External E-mail

Dear Counsel:

We have received your request to extend the deadline that the Court set in its Oct. 11 order from Nov. 4 to Nov. 11. Although the PECs' view is that the month afforded to investigate the allegations was more than adequate time to respond to the inquiries, we will not oppose your request. However, because Nov. 11 is a holiday, the due date should probably be Nov. 12. Please note that we would be disinclined to grant any additional extensions.

Any communication to the Court regarding an extension should include the PECs statement of position.

Regards,



**Robert Haefele**
Attorney at Law

28 Bridgeside Blvd., Mt. Pleasant, SC 29464
**o.** 843.216.9184
rhaefele@motleyrice.com

---

**From:** Wolverton, Benjamin <Benjamin.Wolverton@arnoldporter.com>
**Sent:** Thursday, October 31, 2024 9:50 AM
**To:** Haefele, Robert <rhaefele@motleyrice.com>
**Cc:** Asner, Marcus A. <Marcus.Asner@arnoldporter.com>; Flaherty, Daniel <dflahert@gklaw.com>; Blinka, Daniel <DBlinka@gklaw.com>
**Subject:** In Re: Terrorist Attacks on September 11, 2001 Order (1:03-md-01570-GBD-SN)

CAUTION:EXTERNAL

Dear Robert,

We write in connection with the above-referenced matter and the Court's Order granting WAMY until Monday, November 4 to file a response to the letter filed at ECF No. 10416-1. *See* ECF No. 10421. We may end up needing additional time to complete our investigation, and so plan to file a request with the Court later today seeking a one week extension until Monday, November 11. Please let us know by 3pm EST today if you consent to our request so that we can indicate your response in our letter to the Court.

Sincerely,

Ben

_____
Benjamin C. Wolverton
Senior Associate | Bio

Arnold & Porter
250 West 55th Street
New York, NY 10019-9710
T: +1 212.836.7971
Benjamin.Wolverton@arnoldporter.com
www.arnoldporter.com | LinkedIn

_____
This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
_____
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.