Ex. B

| # | Personal Representative(s) | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | | Economic Damages | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble | |
| 1 | Rokshana; Nur | | Miah; Miah | | Nurul | Haque | Miah | | Bangladesh | 9/11/2001 | NY | 18cv12277 | 18cv12277, 1 at 6 | 7539, 7565 (granting 7539) | N/A | N/A | N/A | See Exhibit B-3 to Declaration of Jerry S. Goldman, Esq. at page 47. | 11/1/24 | N/A | $2,211,853.00 | N/A | |
| 2 | Shweta | | Khandelwal | | Rajesh | | Khandelwal | | India | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 1 | | N/A | N/A | N/A | See Exhibit B-3 to Declaration of Jerry S. Goldman, Esq. at page 1. | 12/1/24 | N/A | $3,388,467.00 | N/A | |
| 3 | Anne | Lynn | Hayashi | | Stuart | (Soo-Jin) | Lee | | Canada | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 5 | | N/A | N/A | N/A | See Exhibit B-3 to Declaration of Jerry S. Goldman, Esq. at page 24. | 10/1/24 | N/A | $7,251,693.00 | N/A | |