UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 03 MDL 1570 (GBD)(SN)

Re: *Burnett, et al. v. Islamic Republic of Iran, et al., 15-cv-9903- (GBD)(SN)*

I hereby certify under the penalties of perjury that on the 1st day of November 2024, I served defendant:

    Islamic Revolutionary Guard Corps
    Abbas Araghchi
    Minister of Foreign Affairs
    Ministry of Foreign Affairs of the Islamic Republic of Iran
    Imam Khomeini Avenue
    Imam Khomeini Square
    Tehran, Iran

by dispatching via Federal Express, Tracking No.7795 2340 1336, to The Secretary of State, CA/OSC/PRI SA-29, 4th Floor, Washington, DC, 20520-1710, Attn: Director of Special Consular Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of the Notice of Default Judgment prepared in accordance with 28 U.S.C. § 1608 and 22 C.F.R. § 93.2 (in English and Farsi) addressing both judgments in the Burnett case; Order Granting Partial Final Default Judgment, dated September 17, 2024, Document 10373 (in English and Farsi); Order Granting Partial Final Default Judgment, dated September 20, 2024, Document 10388 (in English and Farsi); A copy of 28 U.S.C. 1330, 139l(f), 1441(d), mid 1602 through 1611 (Pub. L. 94-583; 90 Stat. 2891) mid the Foreign Sovereign Immunities Act (28 U.S.C. §§ 1602, et seq.) (in English and Farsi); and Translator's Affidavit (in English only).

Dated: November 1, 2024
       New York, New York

                                        DANIEL ORTIZ
                                      ACTING CLERK OF COURT

                                      /s/Rachel Slusher
                                      Deputy Clerk