UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |
|---|---|

This document relates to:

*Federal Insurance Co., et al. v. al Qaida, et al.*, Case No. 03-CV-06978

## CLERK'S CERTIFICATE OF DEFAULT

I, Daniel Ortiz, Acting Clerk of the United States District Court for the Southern District of New York, do hereby certify that the *Federal Insurance* Plaintiffs commenced this action against defendant the Republic of the Sudan ("Sudan") with the filing of the Consolidated Amended Complaint ("CAC") on November 20, 2020 (ECF No. 6539), and service of the CAC was accepted by Sudan's counsel upon filing; Sudan moved to dismiss the CAC, but said motion was denied by the Honorable George B. Daniels on August 10, 2023 (ECF No. 9278); Sudan appealed the District Court's ruling to the U.S. Court of Appeals for the Second Circuit, but said appeal was dismissed on September 3, 2024, and the Second Circuit issued its Mandate on September 24, 2024 (ECF No. 10394). *See* Declaration of J. Scott Tarbutton in Support of the *Federal Insurance* Plaintiffs' Request for Issuance of Clerk's Certificate of Default, ECF filed on November 4, 2024.

I further certify that the docket entries in the above captioned case indicate that Sudan has not filed an answer or otherwise responded to the CAC within fourteen (14) days of the issuance of the Mandate, as required under Fed. R. Civ. P. 12(a)(4)(A), and the time for Sudan to have done so has now expired. The default of defendant Sudan is hereby noted in favor of the *Federal Insurance* Plaintiffs:

| FEDERAL INSURANCE PLAINTIFFS |
|---|
| Federal Insurance Company |
| Pacific Indemnity Company |
| Chubb Custom Insurance Company |
| Chubb Indemnity Insurance Company |
| Chubb Insurance Company of Canada |
| Chubb Insurance Company of New Jersey |
| Great Northern Insurance Company |
| Vigilant Insurance Company |
| OneBeacon Insurance Company |
| One Beacon America Insurance Company |
| American Employers' Insurance Company |
| The Camden Fire Insurance Association |
| Homeland Insurance Company of New York |
| American Alternative Insurance Corporation |
| Great Lakes Reinsurance U.K. PLC |
| The Princeton Excess and Surplus Lines Insurance Company |
| Hiscox Dedicated Corporation Member, Ltd. |
| Allstate Insurance Company |
| Boston Old Colony Insurance Company |
| Continental Insurance Company |
| Commercial Insurance Company of Newark, NJ |
| CNA Casualty of California |
| Continental Insurance Company of New Jersey |

| |
|---|
| Fidelity and Casualty Company of New York |
| Glens Falls Insurance Company |
| National Ben Franklin Insurance Company of Illinois |
| ACE American Insurance Company |
| ACE Bermuda Insurance Ltd. |
| ACE INA Insurance Company of Canada |
| ACE Insurance SA-NV |
| ACE Property & Casualty Insurance Company |
| ACE Capital V Ltd. for itself and as representative of all subscribing underwriters for ACE Global Markets Syndicate 2488 |
| Atlantic Employers Insurance Company |
| Bankers Standard Insurance Company |
| Indemnity Insurance Company of North America |
| Insurance Company of North America |
| Westchester Fire Insurance Company |
| Westchester Surplus Lines Insurance Company |
| ACE Indemnity Insurance Company |
| Pacific Employers Insurance Company |
| TIG Insurance Company |
| Woburn Insurance Ltd. |
| AXA Corporate Solutions Assurance |
| AXA Corporate Solutions Insurance Company |
| AXA Corporate Solutions Assurance UK Branch |
| AXA Corporate Solutions Assurance (Canada) |

| |
|---|
| AXA RE Asia Pacific Pte. Ltd. |
| AXA RE |
| AXA RE Canadian Branch |
| AXA RE UK Plc. |
| AXA Corporate Solutions Reinsurance Company |
| AXA Art Insurance Corp. |
| SPS Reassurance |
| AXA Re Madeira Branch |
| Compagnie Generale de Reinsurance de Monte Carlo |
| AXA Versicherung AG |
| AXA Cessions |
| AXA Global Risks (UK) Ltd. |

Dated: New York, New York  
_____ \_\_\_, 2024

Daniel Ortiz  
Acting Clerk of Court

By: _____  
      Deputy Clerk