# Exhibit 1

| FEDERAL INSURANCE PLAINTIFFS |
|---|
| Federal Insurance Company |
| Pacific Indemnity Company |
| Chubb Custom Insurance Company |
| Chubb Indemnity Insurance Company |
| Chubb Insurance Company of Canada |
| Chubb Insurance Company of New Jersey |
| Great Northern Insurance Company |
| Vigilant Insurance Company |
| OneBeacon Insurance Company |
| One Beacon America Insurance Company |
| American Employers' Insurance Company |
| The Camden Fire Insurance Association |
| Homeland Insurance Company of New York |
| American Alternative Insurance Corporation |
| Great Lakes Reinsurance U.K. PLC |
| The Princeton Excess and Surplus Lines Insurance Company |
| Hiscox Dedicated Corporation Member, Ltd. |
| Allstate Insurance Company |
| Boston Old Colony Insurance Company |
| Continental Insurance Company |
| Commercial Insurance Company of Newark, NJ |
| CNA Casualty of California |
| Continental Insurance Company of New Jersey |

| |
|---|
| Fidelity and Casualty Company of New York |
| Glens Falls Insurance Company |
| National Ben Franklin Insurance Company of Illinois |
| ACE American Insurance Company |
| ACE Bermuda Insurance Ltd. |
| ACE INA Insurance Company of Canada |
| ACE Insurance SA-NV |
| ACE Property & Casualty Insurance Company |
| ACE Capital V Ltd. for itself and as representative of all subscribing underwriters for ACE Global Markets Syndicate 2488 |
| Atlantic Employers Insurance Company |
| Bankers Standard Insurance Company |
| Indemnity Insurance Company of North America |
| Insurance Company of North America |
| Westchester Fire Insurance Company |
| Westchester Surplus Lines Insurance Company |
| ACE Indemnity Insurance Company |
| Pacific Employers Insurance Company |
| TIG Insurance Company |
| Woburn Insurance Ltd. |
| AXA Corporate Solutions Assurance |
| AXA Corporate Solutions Insurance Company |
| AXA Corporate Solutions Assurance UK Branch |
| AXA Corporate Solutions Assurance (Canada) |

2

| |
|---|
| AXA RE Asia Pacific Pte. Ltd. |
| AXA RE |
| AXA RE Canadian Branch |
| AXA RE UK Plc. |
| AXA Corporate Solutions Reinsurance Company |
| AXA Art Insurance Corp. |
| SPS Reassurance |
| AXA Re Madeira Branch |
| Compagnie Generale de Reinsurance de Monte Carlo |
| AXA Versicherung AG |
| AXA Cessions |
| AXA Global Risks (UK) Ltd. |