# Exhibit 3

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of September, two thousand twenty-four.

Before:     John M. Walker, Jr.,
            Steven J. Menashi,
                 *Circuit Judges*,
            Orelia E. Merchant,
                 *District Judge*. *

_____

In Re: Terrorist Attacks on September 11, 2001          **AMENDED JUDGMENT**

                                                        Docket Nos. 23-1319(L), 23-1251(Con),
                                                        23-1294(Con), 23-1298(Con), 23-1299(Con),
                                                        23-1300(Con), 23-1301(Con), 23-1308(Con),
                                                        23-1318(Con), 23-1342(XAP), 23-7261 (Con),
                                                        23-7243(Con)

_____

The appeal in the above captioned case from an order of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' motion papers.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the appeal is DISMISSED, without prejudice to reinstatement within thirty days following the district court's entry of a final judgment pursuant to 28 U.S.C. § 1291.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

_____
*Judge Orelia E. Merchant, of the United States District Court for the Eastern District of New York, sitting by designation.