# Exhibit 2

**Tarbutton, J. Scott**
___

| | |
|---|---|
| **From:** | Erb, Nicole <nerb@whitecase.com> |
| **Sent:** | Friday, October 11, 2024 5:47 PM |
| **To:** | Carter, Sean; WTC[amaloney@kreindler.com] |
| **Cc:** | zRobert Haefele; Steven R. Pounian; Gavin Simpson; WTC[jgoldman@andersonkill.com]; Tarbutton, J. Scott; Curran, Christopher; DeLelle, Claire; Kownacki, Nicolle; McLaughlin, Celia |
| **Subject:** | RE: Meet and Confer re Sudan |

**\*\*EXTERNAL SENDER\*\***

Hi Sean,

We are still conferring with our client and need more time to conclude those discussions.  Our Sudan team's internal schedules also do not align for a call next week.

We are hoping to come back to you soon with some proposed times.

Best,
Nicole

**Nicole Erb**  |  Partner
T  +1 202 626 3694      M   +1 202 531 3461      E   nerb@whitecase.com
White & Case LLP  |  701 Thirteenth Street, NW | Washington, DC 20005-3807

___

**From:** Carter, Sean <SCarter@cozen.com>
**Sent:** Thursday, October 10, 2024 3:08 PM
**To:** WTC[amaloney@kreindler.com] <amaloney@kreindler.com>; Erb, Nicole <nerb@whitecase.com>
**Cc:** zRobert Haefele <rhaefele@motleyrice.com>; Steven R. Pounian <Spounian@kreindler.com>; Gavin Simpson <Gsimpson@kreindler.com>; WTC[jgoldman@andersonkill.com] <jgoldman@andersonkill.com>; Tarbutton, J. Scott <STarbutton@cozen.com>; Curran, Christopher <ccurran@whitecase.com>; DeLelle, Claire <claire.delelle@whitecase.com>; Kownacki, Nicolle <nkownacki@whitecase.com>; McLaughlin, Celia <cmclaughlin@whitecase.com>
**Subject:** [EXT] Re: Meet and Confer re Sudan

Nicole - Just following up on below.  In response to our separate request to confer about the ARB case, Michael had indicated your team had availability on 10/15.  Could we try to set a time that day for this discussion as well?

Thanks, Sean

___

**From:** Erb, Nicole <nerb@whitecase.com>
**Sent:** Wednesday, September 25, 2024 6:28:07 PM
**To:** WTC[amaloney@kreindler.com] <amaloney@kreindler.com>; Carter, Sean <SCarter@cozen.com>
**Cc:** zRobert Haefele <rhaefele@motleyrice.com>; Steven R. Pounian <Spounian@kreindler.com>; Gavin Simpson <Gsimpson@kreindler.com>; WTC[jgoldman@andersonkill.com] <jgoldman@andersonkill.com>; Tarbutton, J. Scott <STarbutton@cozen.com>; Curran, Christopher <ccurran@whitecase.com>; DeLelle, Claire <claire.delelle@whitecase.com>; Kownacki, Nicolle <nkownacki@whitecase.com>; McLaughlin, Celia <cmclaughlin@whitecase.com>
**Subject:** RE: Meet and Confer re Sudan

**\*\*EXTERNAL SENDER\*\***

1

Sean, Andrew,

We are on the road this week. We are conferring with our client and will revert with a date and time to meet and confer.

Regards,
Nicole

---

**Nicole Erb** | Partner
T  +1 202 626 3694    M  +1 202 531 3461    E  [nerb@whitecase.com](mailto:nerb@whitecase.com)
White & Case LLP | 701 Thirteenth Street, NW | Washington, DC 20005-3807

---

**From:** Andrew J. Maloney <AMaloney@kreindler.com>
**Sent:** Wednesday, September 25, 2024 5:22 PM
**To:** zSean P. Carter <scarter@cozen.com>; Curran, Christopher <ccurran@whitecase.com>; Erb, Nicole <nerb@whitecase.com>; Sequeira, Reuben <rsequeira@whitecase.com>; Mahaffey, Michael <michael.mahaffey@whitecase.com>
**Cc:** zRobert Haefele <rhaefele@motleyrice.com>; Steven R. Pounian <Spounian@kreindler.com>; Gavin Simpson <Gsimpson@kreindler.com>; WTC[jgoldman@andersonkill.com] <jgoldman@andersonkill.com>; zScott Tarbutton <starbutton@cozen.com>
**Subject:** [EXT] RE: Meet and Confer re Sudan

Is there a time confirmed for any meet & confer call tomorrow?

---

**From:** Carter, Sean <SCarter@cozen.com>
**Sent:** Tuesday, September 24, 2024 10:18 AM
**To:** Curran, Christopher <ccurran@whitecase.com>; WTC[nerb@whitecase.com] <nerb@whitecase.com>; Reuben Sequeira (rsequeira@whitecase.com) <rsequeira@whitecase.com>; Mahaffey, Michael <michael.mahaffey@whitecase.com>
**Cc:** zRobert Haefele <rhaefele@motleyrice.com>; Andrew J. Maloney <AMaloney@kreindler.com>; Steven R. Pounian <Spounian@kreindler.com>; Gavin Simpson <Gsimpson@kreindler.com>; WTC[jgoldman@andersonkill.com] <jgoldman@andersonkill.com>; zScott Tarbutton <starbutton@cozen.com>
**Subject:** Meet and Confer re Sudan

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you are expecting the link or attachment from the sender and know the content is safe.

Chris, Nicole, Reuben and Michael – We hope this finds you well. As the CA2 has now issued its mandate, we would like to schedule a meet and confer to discuss a plan for further proceedings as to Sudan. We are generally available on Thursday. Please advise if you can make that work.

Thanks, Sean

**Sean P. Carter**
**Member | Cozen O'Connor**
One Liberty Place, 1650 Market Street Suite 2800 | Philadelphia, PA 19103
P: 215-665-2105 F: 215-701-2105
Email | Bio | LinkedIn | Map | cozen.com

***Notice: This communication, including attachments, may contain information that is confidential and***

**protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.**

==========================================================================
PLEASE NOTE: The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact sender or call (202) 626-3600. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

==========================================================================

**Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.**

==========================================================================
PLEASE NOTE: The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact sender or call (202) 626-3600. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

==========================================================================