| | **EXHIBIT A** | | | |
|---|---|---|---|---|
| **#** | **Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent)** | **Reference to Plaintiff in Current Caption** | **Paragraph of Complaint Discussing Decedent** | **9/11 Decedent Name** |
| 1 | Alison Remy Crowther, as Personal Representative of the Estate of Welles Remy Crowther, Deceased | Jefferson H. Crowther, as Personal Representative of the Estate of Welles Remy Crowther, Deceased and on behalf of all beneficiaries of Welles Remy Crowther | 1:15-cv-09903, 53, at 435 | Welles Remy Crowther |
| 2 | Kara Kasper as Co-Representative of the Estate of Charles Lewis Kasper, Deceased | Laureen Kasper, as Personal Representative of the Estate of Charles Kasper, Deceased and on behalf of all beneficiaries of Charles Kasper | 1:15-cv-09903, 53, at 3441 | Charles Lewis Kasper |
| 3 | Melissa Kasper as Co-Representative of the Estate of Charles Lewis Kasper, Deceased | Laureen Kasper, as Personal Representative of the Estate of Charles Kasper, Deceased and on behalf of all beneficiaries of Charles Kasper | 1:15-cv-09903, 53, at 3441 | Charles Lewis Kasper |
| 4 | Michael Roman Kasper as Co-Representative of the Estate of Charles Lewis Kasper, Deceased | Laureen Kasper, as Personal Representative of the Estate of Charles Kasper, Deceased and on behalf of all beneficiaries of Charles Kasper | 1:15-cv-09903, 53, at 3441 | Charles Lewis Kasper |
| 5 | Kenneth Ronald May, as Personal Representative of the Estate of Renee A. May, Deceased | Ronald F. May, as Personal Representative of the Estate of Renee A. May, Deceased and on behalf of all beneficiaries of Renee A. May | 1:15-cv-09903, 53, at 29 | Renee A. May |
| 6 | Susan M. Brannigan as Co-Representative of the Estate of Edward Mazzella, Jr., Deceased | Catherine Mazella, as Personal Representative of the Estate of Edward Mazzella, Jr., Deceased and on behalf of all beneficiaries of Edward Mazzella, Jr. | 1:15-cv-09903, 53, at 2706 | Edward Mazzella, Jr. |
| 7 | Catherine Mazzella as Co-Representative of the Estate of Edward Mazzella, Jr., Deceased | Catherine Mazella, as Personal Representative of the Estate of Edward Mazzella, Jr., Deceased and on behalf of all beneficiaries of Edward Mazzella, Jr. | 1:15-cv-09903, 53, at 2706 | Edward Mazzella, Jr. |
| 8 | Michael Mazzella as Co-Representative of the Estate of Edward Mazzella, Jr., Deceased | Catherine Mazella, as Personal Representative of the Estate of Edward Mazzella, Jr., Deceased and on behalf of all beneficiaries of Edward Mazzella, Jr. | 1:15-cv-09903, 53, at 2706 | Edward Mazzella, Jr. |
| 9 | Michelle Nieves, as Personal Representative of the Estate of Juan Nieves, Jr., Deceased | Irma Nieves, as Personal Representative of the Estate of Juan Nieves, Jr., Deceased and on behalf of all beneficiaries of Juan Nieves, Jr. | 1:15-cv-09903, 53, at 1717 | Juan Nieves, Jr. |
| 10 | Therese Stark, as Personal Representative of the Estate of Jeffrey Stark, Deceased | Rosemary Ann Stark, as Personal Representative of the Estate of Jeffrey Stark, Deceased and on behalf of all beneficiaries of Jeffrey Stark | 1:15-cv-09903, 53, at 1818 | Jeffrey Stark |
| 11 | Christine Verzosa Trotta, as Personal Representative of the Estate of Hilario Soriano Sumaya, Jr., Deceased | Estrella Sumaya, as Personal Representative of the Estate of Hilario Soriano Sumaya, Jr., Deceased and on behalf of all beneficiaries of Hilario Soriano Sumaya, Jr. | 1:15-cv-09903, 53, at 1238 | Hilario Soriano Sumaya, Jr. |
| 12 | Helen Mary Tierney, as Personal Representative of the Estate of John P. Tierney, Deceased | John Tierney, as Personal Representative of the Estate of John P. Tierney, Deceased and on behalf of all beneficiaries of John P. Tierney | 1:15-cv-09903, 53, at 2264 | John P. Tierney |

| | | | | |
|---|---|---|---|---|
| 13 | Nassima Moulfi Wachtler, as Personal Representative of the Estate of Gregory Kamal Bruno Wachtler, Deceased | Paul W. Wachtler, as Personal Representative of the Estate of Gregory Kamal Bruno Wachtler, Deceased and on behalf of all beneficiaries of Gregory Kamal Bruno Wachtler | 1:15-cv-09903, 53, at 2786 | Gregory Kamal Bruno Wachtler |
| 14 | Sara Winton Coffey, as Personal Representative of the Estate of David Harold Winton, Deceased | Joan W. Winton, as Personal Representative of the Estate of David H. Winton, Deceased and on behalf of all beneficiaries of David H. Winton | 1:15-cv-09903, 53, at 3347 | David Harold Winton |