# EXHIBIT A

Exhibit A to Motion to Add Plaintiffs

| # | Additional Plaintiff First Name | Additional Plaintiff Middle Name | Additional Plaintiff Last Name | Additional Plaintiff Suffix | Name of Personal Representative (for new 9/11 Decedent claims and deceased solatium claimants) | Relationship to 9/11 decedent | Domicile State | Country | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | 9/11 Decedent Suffix |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Malti | | Shah | | Niloy Shah | Parent | TX | United States | Jayesh | Shantilal | Shah | |