UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:

*Continental Casualty Co., et al. v. Al Qaeda, et al.,* Case No. 04 Civ. 5970

## **CLERK'S CERTIFICATE OF DEFAULT**

I, Daniel Ortiz, Acting Clerk of the United States District Court for the Southern District of New York, do hereby certify that the *Continental Casualty* Plaintiffs commenced this action against defendant the Republic of the Sudan ("Sudan") with the filing of the Consolidated Amended Complaint ("CAC") on November 20, 2020 (ECF No. 6539), and service of the CAC was accepted by Sudan's counsel upon filing; Sudan moved to dismiss the CAC, but said motion was denied by the Honorable George B. Daniels on August 10, 2023 (ECF No. 9278); Sudan appealed the District Court's ruling to the U.S. Court of Appeals for the Second Circuit, but said appeal was dismissed on September 3, 2024, and the Second Circuit issued its Mandate on September 24, 2024 (ECF No. 10394). *See* Declaration of Janine A. Balzofiore in Support of the *Continental Casualty* Plaintiffs' Request for Issuance of Clerk's Certificate of Default, ECF filed on November 6, 2024.

I further certify that the docket entries in the above captioned case indicate that Sudan has not filed an answer or otherwise responded to the CAC within fourteen (14) days of the issuance of the Mandate, as required under Fed. R. Civ. P. 12(a)(4)(A), and the time for Sudan to have done so has now expired. The default of defendant Sudan is hereby noted in favor of the *Continental Casualty* Plaintiffs:

| CONTINENTAL CASUALTY PLAINTIFFS |
|---|
| Continental Casualty Company |
| Transcontinental Insurance Company |
| Transportation Insurance Company |
| Valley Forge Insurance Company |
| National Fire Insurance Company of Hartford |
| American Casualty Company of Reading, Pennsylvania |

Dated: New York, New York  
_____ \_\_\_, 2024

Daniel Ortiz  
Acting Clerk of Court

By: _____  
Deputy Clerk