# EXHIBIT 1

| CONTINENTAL CASUALTY PLAINTIFFS |
|---|
| Continental Casualty Company |
| Transcontinental Insurance Company |
| Transportation Insurance Company |
| Valley Forge Insurance Company |
| National Fire Insurance Company of Hartford |
| American Casualty Company of Reading, Pennsylvania |