# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:

*Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, No. 1:04-cv-01076 (GBD)(SN)

*August Bernaerts, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11865 (GBD)(SN)

## NOTICE OF MOTION TO CORRECT PLAINTIFF'S NAME

PLEASE TAKE NOTICE that Plaintiffs in the above-referenced matters, by undersigned counsel and in accordance with Fed. R. Civ. P. 60(a), respectfully request that this Court grant Plaintiffs' Motion to Correct the name of a Plaintiff (both in her individual capacity and as personal representative of an estate of a 9/11 decedent) whose name has changed since the filing of the above-captioned matters. In support of this motion, Plaintiffs submit the Declaration of Jerry S. Goldman, Esq., and a Proposed Order identifying the corrections. The request herein does not affect any substantive claims, or any relief sought. No new claims are asserted, and no additional plaintiffs are being added.

Dated:  November 8, 2024

*/s/ Jerry S. Goldman*
Jerry S. Goldman, Esq.
Bruce E. Strong, Esq.
Alexander Greene, Esq.
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 278-1000
Fax: (212) 278-1733
Email: jgoldman@andersonkill.com
           bstrong@andersonkill.com
           agreene@andersonkill.com

*Attorneys for Plaintiffs*