| # | Personal Representative |  |  |  | 9/11 Decedent |  |  |  | Nationality on 9/11 | Date of Death | 9/11 Site | Claim Information |  |  | Pain & Suffering Damages |  |  | Economic Damages |  |  |  |  | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | First | Middle | Last | Suffix | First | Middle | Last | Suffix |  |  |  | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble |  |
| 1 | Elizabeth |  | Rick |  | Scott | Daniel | Bart |  | United States | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 10 |  | N/A | N/A | N/A | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 1. | 11/1/24 | N/A | $8,025,616.00 | N/A |  |
| 2 | Eve |  | Bucca |  | Ronald | Paul | Bucca |  | United States | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 10 |  | N/A | N/A | N/A | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 24. | 11/1/24 | N/A | $3,134,248.00 | N/A |  |
| 3 | Paulina |  | Cardona |  | Jose | Manuel | Cardona |  | United States | 9/11/2001 | NY | 22cv10823 | 22cv10823, 1 at 2 |  | N/A | N/A | N/A | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 42. | 12/1/24 | N/A | $2,902,310.00 | N/A |  |
| 4 | Kings County |  | Public Administrator |  | Rosemarie | C. | Carlson |  | United States | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 7 | 10482; 10486 (granting 10482) | N/A | $2,000,000.00 | N/A | N/A | N/A | N/A | N/A | N/A |  |
| 5 | Carol | L. | D'Allara |  | John |  | D'Allara |  | United States | 9/11/2001 | NY | 19cv11767 | 19cv11767, 5 at 3 |  | N/A | N/A | N/A | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 66. | 11/1/24 | N/A | $3,848,793.00 | N/A |  |
| 6 | Florence |  | Kneff |  | Matthew |  | Diaz |  | United States | 9/11/2001 | NY | 18cv11837 | 18cv11837, 1 at 7 |  | N/A | N/A | N/A | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 84. | 10/1/24 | N/A | $6,380,315.00 | N/A |  |
| 7 | Maria | Alayo | Aguilar |  | Jose |  | Espinal |  | United States | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3 |  | N/A | N/A | N/A | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 108. | 12/1/24 | N/A | $828,248.00 | N/A |  |
| 8 | Barbara |  | Haskell |  | Thomas | Theodore | Haskell |  | United States | 9/11/2001 | NY | 18cv07306 | 18cv07306, 1 at 1 |  | N/A | N/A | N/A | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 131. | 10/1/24 | N/A | $8,930,087.00 | N/A |  |
| 9 | Michael | R. | Kuo |  | Frederick |  | Kuo | Jr. | United States | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 9 | 8725; 8728 (granting 8725) | N/A | N/A | N/A | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 149. | 11/1/24 | N/A | $2,550,325.00 | N/A |  |
| 10 | Christopher |  | Cuomo |  | Vanessa | Lang | Langer |  | United States | 9/11/2001 | NY | 20cv09387 | 20cv09387, 1 at 2 | 10482; 10486 (granting 10482) | N/A | $2,000,000.00 | N/A | N/A | N/A | N/A | N/A | N/A |  |
| 11 | Angelina |  | Jimenez |  | Elena | Fernanda | Ledesma |  | United States | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 10 |  | N/A | N/A | N/A | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 173. | 11/1/24 | N/A | $2,973,057.00 | N/A |  |
| 12 | Gladys |  | Lopez |  | Luis | Manuel | Lopez |  | United States | 9/11/2001 | NY | 23cv08305 | 23cv08305, 12 at 1 |  | N/A | N/A | N/A | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 197. | 5/1/24 | N/A | $1,126,440.00 | N/A |  |
| 13 | Ali | Mohamed | Malahi |  | Abdu | Ali | Malahi |  | United States | 9/11/2001 | NY | 18cv11875 | 18cv11875, 6 at 4 |  | N/A | N/A | N/A | See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 1. | 10/1/24 | N/A | $1,610,133.00 | N/A |  |
| 14 | Laura |  | Mardovich a/k/a Balemian |  | Edward | J. | Mardovich |  | United States | 9/11/2001 | NY | 18cv11875 | 18cv11875, 6 at 4 |  | N/A | N/A | N/A | See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 24. | 10/1/24 | N/A | $26,113,854.00 | N/A |  |
| 15 | Colleen |  | Golden |  | Richard | J. | Morgan |  | United States | 9/11/2001 | NY | 19cv11865 | 19cv11865, 1 at 3 |  | N/A | N/A | N/A | See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 51. | 12/1/24 | N/A | $2,230,263.00 | N/A |  |
| 16 | John | J. | Buro |  | Laura |  | Ragonese-Snik |  | United States | 9/11/2001 | NY | 18cv12277 | 18cv12277, 1 at 9-10 | 5548; 5641 (granting 5548) | N/A | N/A | N/A | See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 196. | 12/1/24 | N/A | $2,107,150.00 | N/A |  |
| 17 | Minerva |  | Rosario |  | Aida |  | Rosario |  | United States | 9/11/2001 | NY | 20cv10460 | 20cv10460, 1 at 5 |  | N/A | N/A | N/A | See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 74. | 12/1/24 | N/A | $1,276,444.00 | N/A |  |
| 18 | Rita | L. | Ruback |  | Paul | G. | Ruback |  | United States | 9/11/2001 | NY | 18cv11878 | 18cv11878, 1 at 2 |  | N/A | N/A | N/A | See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 97. | 11/1/24 | N/A | $2,441,805.00 | N/A |  |
| 19 | Hillary; Leslie |  | Hans; Ruben |  | Ronald | J. | Ruben |  | United States | 9/11/2001 | NY | 18cv05321 | 18cv05321, 6 at 13 |  | N/A | N/A | N/A | See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 115. | 10/1/24 | N/A | $2,530,848.00 | N/A |  |
| 20 | Cedric |  | Pitt, Sr. |  | Jacquelyn | Patrice | Sanchez |  | United States | 9/11/2001 | NY | 21cv10239 | 21cv10239, 1 at 6-7 |  | N/A | N/A | N/A | See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 138. | 11/1/24 | N/A | $4,181,969.00 | N/A |  |
| 21 | Denise |  | Schrang |  | Gerard | P. | Schrang |  | United States | 9/11/2001 | NY | 18cv11878 | 18cv11878, 1 at 4 |  | N/A | N/A | N/A | See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 162. | 11/1/24 | N/A | $2,900,464.00 | N/A |  |
| 22 | Ann |  | Smith |  | Gary | Francis | Smith |  | United States | 9/11/2001 | VA | 21cv10239 | 21cv10239, 1 at 7 |  | N/A | N/A | N/A | See Exhibit C-3b to Declaration of Jerry S. Goldman, Esq. at page 180. | 11/1/24 | N/A | $2,589,261.00 | N/A |  |
| 23 | Dean |  | Taylor |  | Kip |  | Taylor |  | United States | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 8 | 10502; 10510 (granting 10502) | N/A | N/A | N/A | See Exhibit C-3c to Declaration of Jerry S. Goldman, Esq. at page 1. | 12/1/24 | N/A | $4,218,556.00 | N/A |  |
| 24 | Jennica |  | Perez a/k/a Vera |  | David |  | Vera |  | United States | 9/11/2001 | NY | 18cv12387 | 18cv12387, 1 at 5 |  | N/A | N/A | N/A | See Exhibit C-3c to Declaration of Jerry S. Goldman, Esq. at page 16. | 11/1/24 | N/A | $1,365,460.00 | N/A |  |
| 25 | Anthony |  | Vola |  | Maria | P. | Vola |  | United States | 9/11/2001 | NY | 18cv05331 | 18cv05331, 5 at 10 | 9439; 9443 (granting 9439) | N/A | N/A | N/A | See Exhibit C-3c to Declaration of Jerry S. Goldman, Esq. at page 39. | 12/1/24 | N/A | $518,271.00 | N/A |  |
| 26 | Karin |  | Giansanti |  | Kenneth |  | Zelman |  | United States | 9/11/2001 | NY | 19cv11865 | 19cv11865, 1 at 8 |  | N/A | N/A | N/A | See Exhibit C-3c to Declaration of Jerry S. Goldman, Esq. at page 62. | 10/1/24 | N/A | $4,987,958.00 | N/A | The Personal Representative's name on the Complaint is Karin Charles; a Motion to Correct to change her last name to Giansanti is pending at MDL ECF No. 10518 |