# APPENDIX B

**MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES**
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

**VIA EMAIL**

October 25, 2024

Marcus A. Asner
Arnold & Porter Kay Scholer LLP
250 West 55th Street
New York, NY 10019-9710

   Re: *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Mr. Asner:

  Thank you for your letter of October 23, 2024, indicating that you are investigating the allegations regarding the testimony of Jonathan Marks set forth in the anonymous letter filed in the above-referenced action at ECF No. 10416-1, and emailed to you on October 21, 2024, pursuant to the Court's direction at ECF No. 10448, adopting ECF No. 10442.

  Although we encourage you to continue your own assessment of the transcript and video of Mr. Marks' deposition, we are presently not inclined to share with you the work we have done to review the transcript and video. We anticipate, however, that your own review will afford you the same opportunity that we have had to identify the instances of indicia consistent with the allegations.

  We would add that we are, likewise, continuing to investigate the allegations, and would ask that you provide us with whatever information becomes available to you for us to consider in our assessment of the allegations. For example, to the extent that you have available any of the information identified in Addendum A to Plaintiffs' October 9, 2024 correspondence to the Court (ECF No. 10416, Addendum A), we would ask that you please provide that information to us.

  Regards,

MOTLEY RICE LLC

By: /s/ Robert T. Haefele
ROBERT T. HAEFELE
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
Tel.: (843) 216-9184
Email: rhaefele@motleyrice.com
For the Plaintiffs' Exec. Committees

  cc: Daniel Flaherty, Esq.
     Daniel Blinka, Esq.
     Benjamin Wolverton, Esq.