UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | Civil Action No.<br>03 MDL 1570 |

-----------------------------------------------------------x

This document relates to:
  *Burnett, et al. vs. Islamic Republic of Iran, et al.*, Case No. 15-CV-9903 (GBD)(SN)
  *Arias, et al. v. The Islamic Republic of Iran, et al.,* 19-cv-00041(GBD)(SN)

## MOTION TO SUBSTITUTE PARTIES PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Federal Rule of Civil Procedure 15(d), Plaintiffs herein move the Court to allow substitution of the parties as identified in Exhibits A and B in the above-referenced action. The individuals being substituted into the case in Exhibit A are the Personal Representatives of family members of a 9/11 decedent who have now passed away. The individuals being substituted into the case in Exhibit B are the Personal Representatives of individuals who were killed as a result of the terrorist attacks on September 11, 2001,

Exhibits A and B identify the individual to be substituted in the pleading and the capacity in which they seek to be substituted, the existing pleadings that refer to the plaintiff, and the name of the 9/11 decedent related to the family member.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties will be individually entered as Plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office and based on the size of this MDL.

Dated:   November 12, 2024          Respectfully submitted,

                                    MOTLEY RICE LLC

                                    */s/* John C. Duane
                                    John C. Duane, Esq.
                                    Mount Pleasant, SC 29464
                                    Telephone: (843) 216-9000
                                    Facsimile: (843) 216-9450
                                    jduane@motleyrice.com

                                    Counsel for Plaintiffs