| | | EXHIBIT A | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | Joseph Michael Esposito, as Personal Representative of the Estate of Simone Esposito, Sr., Deceased Parent of Michael Esposito | Simone Esposito, Sr., in their own right as the Parent of Michael Esposito, Deceased | 1:15-cv-09903, 53, at 615 | Michael Esposito |
| 2 | Adele Milanowycz, as Personal Representative of the Estate of Joseph M. Milanowycz, Deceased Parent of Gregory Milanowycz | Joseph M. Milanowycz, as Personal Representative of the Estate of Gregory Milanowycz, Deceased and on behalf of all beneficiaries of Gregory Milanowycz | 1:15-cv-09903, 53, at 2010 | Gregory Milanowycz |
| 3 | Gregory Fumando, as Personal Representative of the Estate of Katherine Fumando, Deceased Spouse of Clement Fumando | Katherine Fumando, as Personal Representative of the Estate of Clement Fumando, Deceased and on behalf of all beneficiaries of Clement Fumando | 1:15-cv-09903, 53, at 942 | Clement Fumando |
| 4 | Jean Faith Neufeld, as Personal Representative of the Estate of Judith M. Glick, Deceased Spouse of Bary H. Glick | Judith M. Glick, as Personal Representative of the Estate of Barry H. Glick, Deceased and on behalf of all beneficiaries of Barry H. Glick | 1:15-cv-09903, 53, at 3204 | Barry H. Glick |
| 5 | Julie A. Field, as Personal Representative of the Estate of Jose Javier Chapa, Deceased Spouse of Rosa Marie Chapa | Chapa, Denise as Personal Representative of the Estate of Chapa, Jose Javier | 1:19-cv-00041, 37, at 2 | Rosa Marie Chapa |
| 6 | Kyle E. Bickford, as Personal Representative of the Estate of Gaye A. Hannon, Deceased Parent of Dana Rey Hannon, Deceased | Gaye Hannon in their own right as the Parent of Dana Rey Hannon, Deceased | 1:15-cv-09903, 53, at 1740 | Dana Rey Hannon |
| 7 | Michael Henry, as Personal Representative of the Estate of Mary Elizabeth Henry, Deceased Sibling of Joseph P. Henry, Deceased | Mary Henry in their own right as the Sibling of Joseph P. Henry, Deceased | 1:15-cv-09903, 53, at 2304 | Joseph P. Henry |
| 8 | Russel F. Cosban-Stewart, as Personal Representative of the Estate of Richard William Stewart, Deceased Parent of Daniel E. Stewart, Deceased | Richard W. Stewart in their own right as the Parent of Daniel E. Stewart, Deceased | 1:15-cv-09903, 53, at 2190 | Daniel E. Stewart |
| 9 | Rachael Celeste Higley, as Personal Representative of the Estate of John Douglas Higley, Deceased Parent of Robert D. Warren Higley, II, Deceased | John Douglas Higley in their own right as the Parent of Robert Dale Warren Higley, II, Deceased | 1:15-cv-09903, 53, at 687 | Robert D. Warren Higley, II |
| 10 | Gloria Jean Ingrassia, as Personal Representative of the Estate of Anthony A. Ingrassia, Deceased Parent of Christopher Noble Ingassia, Deceased | Anthony A. Ingrassia in their own right as the Parent of Christopher Noble Ingrassia, Deceased | 1:15-cv-09903, 53, at 123 | Christopher Noble Ingrassia |
| 11 | Jeanne M. Maurer, as Personal Representative of the Estate of Linda Ann Maurer, Deceased Sibling of Jill Marie Campbell, Deceased | Linda Maurer in their own right as the Sibling of Jill Marie Campbell, Deceased | 1:15-cv-09903, 53, at 318 | Jill Marie Campbell |