| | **EXHIBIT B** | | | |
|---|---|---|---|---|
| **#** | **Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent)** | **Reference to Plaintiff in Current Caption** | **Paragraph of Complaint Discussing Decedent** | **9/11 Decedent Name** |
| 1 | Kenneth R. May, as Personal Representative of the Estate of Renee A. May, Deceased | Ronald F. May, as Personal Representative of the Estate of Renee A. May, Deceased and on behalf of all beneficiaries of Renee A. May | 1:15-cv-09903, 53, at 29 | Renee A. May |
| 2 | Karen B. Richards, as Personal Representative of the Estate of Claude Daniel Richards, Deceased | Jim D. Richards, as Sibling and as Personal Representative of the Estate of Claude Daniel Richards, Deceased and on behalf of all beneficiaries of Claude Daniel Richards, Deceased | 1:15-cv-09903, 53, at 2192, 5942-1, 5, 5973 | Claude Daniel Richards |
| 3 | Christine Trotta, as Personal Representative of the Estate of Hilario Soriano Sumaya, Jr., Deceased | Estrella Sumaya, as Personal Representative of the Estate of Hilario Soriano Sumaya, Jr., Deceased and on behalf of all beneficiaries of Hilario Soriano Sumaya, Jr. | 1:15-cv-09903, 53, at 1238 | Hilario Soriano Sumaya, Jr. |
| 4 | James R. Vaccacio, as Personal Representative of the Estate of John Damien Vaccacio, Deceased | Anne Marie Vaccacio, as Personal Representative of the Estate of John Damien Vaccacio, Deceased and on behalf of all beneficiaries of John Damien Vaccacio | 1:15-cv-09903, 53, at 1962 | John Damien Vaccacio |