UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | Civil Action No.<br>03 MDL 1570 |

------------------------------------------------------------x

This document relates to:
    *Burnett, et al. v. Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN)
    *Arias, et al. v. The Islamic Republic of Iran, et al.,* 19-cv-00041(GBD)(SN)

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of parties arising from the death of certain plaintiffs; it is hereby

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibits A and B are to be substituted into the above-captioned cases.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 10530 in 03-MDL-1570 (GBD)(SN); ECF No. 887 in 15-cv-9903 (GBD)(SN); ECF No. 195 in 19-cv-41 (GBD)(SN).

**SO ORDERED.**

November___, 2024                                       SARAH NETBURN
New York, New York                             United States Magistrate Judge