# EXHIBIT 1

1

2   UNITED STATES DISTRICT COURT

3   SOUTHERN DISTRICT OF NEW YORK

4   Case No. 03-MDL-1570 (GBD) (SN)

5   ------------------------------------x.

6   IN RE: TERRORIST ATTACKS ON

7   SEPTEMBER 11, 2001

8   ------------------------------------x

            April 7, 2021

9           2:25 p.m.

10

11          Videotaped Deposition via Zoom

12  of MATTHEW A. LEVITT, pursuant to Notice,

13  before Jineen Pavesi, a Registered

14  Professional Reporter, Registered Merit

15  Reporter, Certified Realtime Reporter and

16  Notary Public of the State of New York.

17

18

19

20

21

22

23

24

25

Page 2

```
 1
 2   A P P E A R A N C E S :
 3   COZEN O'CONNOR PC
         1650 Market Street, Suite 2800
 4       One Liberty Place
         Philadelphia, Pennsylvania 19103
 5       Attorneys for Plaintiffs
     BY:  J. SCOTT TARBUTTON, ESQ.
 6       scarter@cozen.com
 7
     COZEN O'CONNOR PC
 8   1055 Franklin Avenue
     Garden City, New York 11530-2903
 9       Attorneys for Plaintiffs
     BY:  SEAN CARTER, ESQ.
10       scarter1@cozen.com
11
     ANDERSON KILL P.C.
12   1251 Avenue of the Americas
     New York, New York 10020
13       Attorneys for Plaintiff O'Neill and
         Plaintiffs' Executive Committee
14   BY:  JERRY S. GOLDMAN, ESQ.
         jgoldman@andersonkill.com
15       BRUCE STRONG, ESQ.
         bstrong@andersonkill.com
16
17   MOTLEY RICE, LLC
         28 Bridgeside Boulevard
18   Mount Pleasant, South Carolina 29465
         Attorneys for Plaintiffs in Burnett
19       Case and Plaintiffs' Executive
         Committee for Personal Injury and
20       Death Claims
     BY:  ROBERT T. HAEFELE, ESQ.
21       rhaefele@motleyrice.com
         C. ROSS HEYL, ESQ.
22       rheyl@motleyrice.com
         JODI FLOWERS, ESQ.
23       jflowers@motleyrice.com
24
25
```

Page 4

```
 1
 2   A P P E A R A N C E S (Continued):
 3   JONES DAY
         51 Louisiana Avenue NW
 4   Washington, DC 20001
         Attorneys for Dubai Islamic Bank
 5   BY:  STEVEN T. COTTREAU, ESQ.
         scottreau@jonesday.com
 6       GABRIELLE PRITSKER, ESQ.
         gpritsker@jonesday.com
 7       SAHIL PATEL, ESQ.
         sahilpatel@jonesday.com
 8       ERIC SNYDER, ESQ.
         esnyder@jonesday.com
 9
10   OMAR T. MOHAMMEDI LLC
         233 Broadway, Suite 820
11   New York, New York 10279-0815
         Attorneys for World Assembly of
12       Muslim Youth
     BY:  OMAR T. MOHAMMEDI, ESQ.
13       omohammedi@otmlaw.com
         JOSHUA MORRISON, ESQ.
14       jmorrison@otmlaw.com
15   GOETZ & ECKLAND
         615 First Avenue NE, Suite 425
16   Minneapolis, Minnesota 55413
         Attorneys for WAMY - World Assembly
17       of Muslim Youth
     BY:  FREDERICK GOETZ, ESQ.
18       fgoetz@goetzeckland.com
19   SALERNO & ROTHSTEIN
         221 Schultz Hill Road
20   Pine Plains, New York 12567
         Attorneys for Yassin Kadi
21   BY:  AMY ROTHSTEIN, ESQ.
         amyrothsteinlaw@gmail.com
22       PETER SALERNO, ESQ.
         peter.salerno.law@gmail.com
23
24   ALSO PRESENT:
         KEN WILLIAMSON, The Video Technician
25   MICHAEL TOTH, Veritext Concierge Tech
```

Page 3

```
 1
 2   A P P E A R A N C E S (continued):
 3   KREINDLER & KREINDLER, LLP
         750 Third Avenue
 4   New York, New York 10017
         Attorneys for Plaintiffs' Executive
 5       Committee
     BY:  ANDREW J. MALONEY, III, ESQ.
 6       amaloney@kreindler.com
 7
     LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
 8   1101 New York Avenue NW, Suite 1000
     Washington, DC 20005
 9       Attorneys for Muslim World League and
         International Islamic Relief
10       Organization, Dr. Abdullah Al Turki,
         Dr. Adnan Basha, Dr. Abdullah Al
11       Obaid and Dr. Abdullah Naseef
     BY:  ERIC LEWIS, ESQ.
12       eric.lewis@lbkmlaw.com
         AISHA BEMBRY, ESQ.
13       aisha.bembry@lbkmlaw.com
         KELLYANN McBRIDE, ESQ.
14       kellyann.mcbride@lewisbaach.com
         NOUR SOUBANI, ESQ.
15       nour.soubani@lbkmlaw.com
         SUMAYYA KHATIB, ESQ.
16       sumayya.khatib@lbkmlaw.com
         WALEED NASSAR, ESQ.
17       waleed.nassar@lbkmlaw.com
18
     BERNABEI & KABAT PLLC
19   1400 16th Street NW, Suite 500
     Washington, DC 20009
20       Attorneys for Dr. Abdullah Al Turki,
         Dr. Adnan Basha, Dr. Abdullah Al
21       Obaid and Dr. Abdullah Naseef
     BY:  ALAN KABAT, ESQ.
22       kabat@bernabeipllc.com
23
24
25
```

Page 5

```
 1
 2              S T I P U L A T I O N S
 3
 4       IT IS HEREBY STIPULATED AND AGREED by
 5   and between the Attorneys for the
 6   respective parties hereto that filing and
 7   sealing be and the same are hereby waived.
 8       IT IS FURTHER STIPULATED AND AGREED
 9   that all objections except as to the form
10   of the question, shall be reserved to the
11   time of the trial.
12       IT IS FURTHER STIPULATED AND AGREED
13   that the within examination may be signed
14   and sworn to before any notary public with
15   the same force and effect as though signed
16   and sworn to before this Court.
17
18
19
20
21
22
23
24
25
```

Page 6

1
2          THE VIDEO TECHNICIAN: We are on
3  the record, the time is 2:25 p.m. eastern
4  daylight time on April 7, 2021.
5          Please note your microphones
6  are sensitive and will pick up whispering
7  and private conversations and cellular
8  interference.
9          Please turn off all cell phones
10 or place them away from the microphones as
11 they will interfere with the audio.
12         Audio and video recording will
13 continue to take place unless all parties
14 agree to go off the record.
15         This is media unit 1 of the
16 video recorded deposition of Dr. Matthew
17 A. Levitt in the matter of Terrorist
18 Attacks on September 11, 2001, in the
19 cases filed in the United States District
20 Court, Southern District of New York, Case
21 No. 03 MDL-1570 (GBD) (SN).
22         The deposition is being held
23 via zoom conference.
24         My name is Ken Williamson for
25 the firm Veritext New York, I am the

Page 7

1
2  videographer; the court reporter is Jineen
3  Pavesi, also with Veritext New York; our
4  concierge is Michael Toth with Veritext
5  New York.
6          I am not authorized to
7  administer an oath, I am not related to
8  any party in this action, nor am I
9  financially interested in the outcome.
10         Counsel, please identify
11 yourselves and state your appearances for
12 the record.
13         MR. LEWIS: Good afternoon, my
14 name is Eric Lewis of the law firm of
15 Lewis Baach Kaufmann Middlemiss.
16         Our firm represents the
17 International Islamic Relief Organization
18 and the Muslim World League as well as
19 certain individual defendants who were
20 officers of that league.
21         With me in our conference room
22 at our office are my partners, Waleed
23 Nassar, Aisha Bembry and our colleague
24 Nour Soubani and our director of
25 information technology, Mr. Harrington, is

Page 8

1
2  in the room with us and I suspect may be
3  be coming and going as we try to navigate
4  this technology.
5          I guess I will begin --
6  Mr. Haefele, do you want to enter your
7  appearance on the video record.
8          MR. HAEFELE: Yes, please,
9  Mr. Lewis.
10         My name is Robert Haefele, a
11 lawyer from Motley Rice LLC in Mount
12 Pleasant, South Carolina.
13         My firm represents a number of
14 plaintiffs in the Burnett and other cases
15 and as well as the plaintiffs' executive
16 committees.
17         THE VIDEO TECHNICIAN: Thank
18 you.
19         The rest of counsel that are
20 appearing today will appear on the
21 stenographic record only.
22         At this time will our court
23 reporter please swear in our witness and
24 we may proceed.
25 M A T T H E W  A.  L E V I T T,

Page 9

1
2  having first been duly sworn by a Notary
3  Public of the State of New York, was
4  examined and testified as follows:
5  EXAMINATION BY
6  MR. LEWIS:
7     Q.    Good afternoon, Dr. Levitt.
8          I have asked to premark your
9  report with exhibits and you have also
10 submitted a rebuttal report in this case,
11 is that correct?
12    A.    Correct.
13    Q.    Are you going to be offering
14 any opinions as an expert in this case
15 other than what is contained in your first
16 report and in your rebuttal report?
17    A.    No, if something is asked of me
18 that somehow goes beyond that, I suppose I
19 can answer, but it's not my intention to
20 testify beyond the material that I've
21 provided in those two reports.
22    Q.    Dr. Levitt, how did you prepare
23 for today's deposition?
24    A.    I reviewed these reports, there
25 was a conference call with plaintiffs'

3 (Pages 6 - 9)

Page 187

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 03-MDL-1570 (GBD) (SN)

-----------------------------------x.

IN RE: TERRORIST ATTACKS ON

SEPTEMBER 11, 2001

-----------------------------------x

April 8, 2021

9:10 a.m.


Continued Videotaped Deposition via Zoom of MATTHEW A. LEVITT, pursuant to Adjournment, before Jineen Pavesi, a Registered Professional Reporter, Registered Merit Reporter, Certified Realtime Reporter and Notary Public of the State of New York.

### Page 188

```
 1
 2   A P P E A R A N C E S :
 3   COZEN O'CONNOR PC
       1650 Market Street, Suite 2800
 4     One Liberty Place
       Philadelphia, Pennsylvania 19103
 5        Attorneys for Plaintiffs
       BY: J. SCOTT TARBUTTON, ESQ.
 6          scarter@cozen.com
 7   COZEN O'CONNOR PC
       1055 Franklin Avenue
 8     Garden City, New York 11530-2903
          Attorneys for Plaintiffs
 9     BY:  SEAN CARTER, ESQ.
            scarter1@cozen.com
10
     ANDERSON KILL P.C.
11   1251 Avenue of the Americas
     New York, New York 10020
12      Attorneys for Plaintiff O'Neill and
        Plaintiffs' Executive Committee
13   BY: JERRY S. GOLDMAN, ESQ.
         jgoldman@andersonkill.com
14       BRUCE STRONG, ESQ.
         bstrong@andersonkill.com
15
     MOTLEY RICE, LLC
16   28 Bridgeside Boulevard
     Mount Pleasant, South Carolina 29465
17      Attorneys for Attorneys for
        Plaintiffs in Burnett Case and
18      Plaintiffs' Executive Committee for
        Personal Injury and Death Claims
19      Witness
     BY:  ROBERT T. HAEFELE, ESQ.
20        rhaefele@motleyrice.com
          C. ROSS HEYL, ESQ.
21        rheyl@motleyrice.com
          JODI FLOWERS, ESQ.
22        jflowers@motleyrice.com
23
24
25
```

### Page 189

```
 1
 2   A P P E A R A N C E S (Continued):
 3   KREINDLER & KREINDLER, LLP
       750 Third Avenue
 4     New York, New York 10017
          Attorneys for Plaintiffs' Executive
 5        Committee
       BY:  ANDREW J. MALONEY, III, ESQ.
 6          amaloney@kreindler.com
 7
     LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
 8   1101 New York Avenue NW, Suite 1000
     Washington, DC 20005
 9      Attorneys for Muslim World League and
        International Islamic Relief
10      Organization, Dr. Abdullah Al Turki,
        Dr. Adnan Basha, Dr. Abdullah Al
11      Obaid and Dr. Abdullah Naseef
     BY:  ERIC LEWIS, ESQ.
12        eric.lewis@lbkmlaw.com
          AISHA BEMBRY, ESQ.
13        aisha.bembry@lbkmlaw.com
          KELLYANN McBRIDE, ESQ.
14        kellyann.mcbride@lewisbaach.com
          NOUR SOUBANI, ESQ.
15        nour.soubani@lbkmlaw.com
          SUMAYYA KHATIB, ESQ.
16        sumayya.khatib@lbkmlaw.com
          WALEED NASSAR, ESQ.
17        waleed.nassar@lbkmlaw.com
18   BERNABEI & KABAT PLLC
       1400 16th Street NW, Suite 500
19     Washington, DC 20009
          Attorneys for Dr. Abdullah Al Turki,
20        Dr. Adnan Basha, Dr. Abdullah Al
          Obaid and Dr. Abdullah Naseef
21     BY:  ALAN KABAT, ESQ.
            kabat@bernabeipllc.com
22
23
24
25
```

### Page 190

```
 1
 2   A P P E A R A N C E S (Continued):
     JONES DAY
 3   51 Louisiana Avenue NW
     Washington, DC 20001
 4      Attorneys for Dubai Islamic Bank
     BY:  STEVEN T. COTTREAU, ESQ.
 5        scottreau@jonesday.com
          GABRIELLE PRITSKER, ESQ.
 6        gpritsker@jonesday.com
          SAHIL PATEL, ESQ.
 7        sahilpatel@jonesday.com
          ERIC SNYDER, ESQ.
 8        esnyder@jonesday.com
 9   OMAR T. MOHAMMEDI LLC
       233 Broadway, Suite 820
10   New York, New York 10279-0815
        Attorneys for World Assembly of
11      Muslim Youth
     BY:  OMAR T. MOHAMMEDI, ESQ.
12        omohammedi@otmlaw.com
          JOSHUA MORRISON, ESQ.
13        jmorrison@otmlaw.com
14   GOETZ & ECKLAND
       615 First Avenue NE, Suite 425
15   Minneapolis, Minnesota 55413
        Attorneys for WAMY - World Assembly
16      of Muslim Youth
     BY:  FREDERICK GOETZ, ESQ.
17        fgoetz@goetzeckland.com
18   SALERNO & ROTHSTEIN
       221 Schultz Hill Road
19   Pine Plains, New York 12567
        Attorneys for Yassin Kadi
20   BY:  AMY ROTHSTEIN, ESQ.
          amyrothsteinlaw@gmail.com
21        PETER SALERNO, ESQ.
          peter.salerno.law@gmail.com
22
23   ALSO PRESENT:
24   KEN WILLIAMSON, The Video Technician
25   MICHAEL TOTH, Veritext Concierge Tech
```

### Page 191

```
 1
 2        THE VIDEO TECHNICIAN: We are on
 3   the record.
 4        The time is 9:10 Eastern
 5   Daylight Time on April 8th, 2021.
 6        We are about to begin the --
 7   this is media unit 1 of the video recorded
 8   deposition of Dr. Matthew A. Levitt in the
 9   matter of Terrorist Attacks on September
10   11, 2001, filed in the United States
11   District Court, Southern District of New
12   York, Index No. 03-MDL-1570 (GBD) (SN).
13        This is being held via Zoom
14   conference.
15        My name is Ken Williamson for
16   Veritext New York, I am the videographer;
17   Jineen Pavesi is the court reporter, also
18   with Veritext New York; Michael Toth is
19   our concierge with Veritext New York.
20        Dr. Levitt, please be reminded
21   that you are under oath from yesterday and
22   at this time, counsel, you may proceed.
23   M A T T H E W  A.  L E V I T T,
24   having been previously duly sworn,
25   testified further as follows:
```

2 (Pages 188 - 191)

Page 192

1
2  CONTINUED EXAMINATION
3  BY MR. LEWIS:
4     Q.    Good morning, Dr. Levitt.
5     A.    Good morning, give me one
6  second, I just want to pin you, if I can
7  pin you, there we go, great.
8           Good morning.
9     Q.    And I will pin you.
10          Dr. Levitt, what did you do
11 between the time that we adjourned last
12 night at 6 and this morning with respect
13 to preparing for today's session?
14    A.    Blissfully, nothing.
15    Q.    Doctor, before we begin today,
16 I'm going to make a request.
17          We want to move forward as
18 expeditiously as possible, as I'm sure you
19 do as well.
20          I have a lot to cover, there
21 are a lot of other lawyers in the room
22 that also have things to cover.
23          I'm going to ask you please to
24 answer my questions as concisely as you
25 can; if you don't understand a question,

Page 193

1           LEVITT
2  tell me that you don't understand it.
3           You may well think there is a
4  better question out there, but I'm going
5  to ask my questions and I'm going to ask
6  you to please be as direct and responsive
7  as possible because I don't want to have
8  to cut you off and say that you've gone
9  beyond the question.
10          Is that clear, sir?
11    A.    I'll do my best.
12    Q.    Thank you.
13          Dr. Levitt, yesterday we
14 discussed the legal standard of reason to
15 believe, which is the standard that is
16 applied by the Department of the Treasury
17 in making its listing decisions, do you
18 recall that colloquy?
19    A.    Yes.
20    Q.    And do you recall that you also
21 testified about the process that you
22 followed, the confidential process that
23 you viewed as, and described, as a robust
24 confidential process, do you recall that
25 testimony?

Page 194

1           LEVITT
2     A.    I don't recall referring to
3  anything as a confidential process, but if
4  you're referring to the process that is
5  actually pursued to go about the process
6  of a designation that I described, yes,
7  that's what we discussed yesterday.
8     Q.    That is a confidential
9  interagency process, there are no
10 outsiders there, are there?
11    A.    Confidential is a term of trade
12 in government, so I think I'm hearing it
13 differently maybe than you're intending
14 it.
15          That's not a term, to my
16 knowledge, we used yesterday; I think
17 that's being introduced now.
18          But, correct, it is an
19 interagency process within the government.
20    Q.    And there is discussion of
21 classified information in the context of
22 that process, correct?
23    A.    Correct.
24    Q.    And everyone at the meeting has
25 a security clearance in order to hear that

Page 195

1           LEVITT
2  and discuss that classified information,
3  correct?
4     A.    Correct.
5     Q.    In terms of your description of
6  the process, there are no public sources
7  that can be relied on with respect to what
8  goes on in that process other than your
9  statement as a participant as to how that
10 process works, correct?
11          MR. HAEFELE:  Objection to
12 form.
13    A.    I am not sure I understand the
14 question.
15    Q.    Is there a public document that
16 we can refer to as to how the Department
17 of the Treasury applies its process in
18 reviewing the classified information, in
19 reaching designation decisions, other than
20 what you have stated in your report?
21          MR. HAEFELE:  Objection to
22 form.
23    A.    I don't think that there is a
24 government document.
25          I don't know if other people

3 (Pages 192 - 195)

Page 196

1     LEVITT
2  who have been involved in the process have
3  discussed it the same way I have.
4        The process as we have
5  discussed it is not itself a classified
6  matter, which is why I'm able to discuss
7  it.
8     Q.    You talked yesterday about
9  whether you had reviewed depositions that
10 had been taken in this case of fact
11 witnesses, do you recall that, sir?
12    A.    Yes.
13    Q.    And you said that you had been
14 given certain portions of depositions by
15 counsel, do you recall that?
16    A.    Yes.
17    Q.    Now, you don't refer to those
18 depositions in your report, but you do
19 refer to a portion of one deposition in
20 your rebuttal report.
21        Do you recall that, sir?
22    A.    Not offhand, but I take your
23 word for it.
24    Q.    Did you receive the portions of
25 the deposition that you referred to after

Page 197

1     LEVITT
2  you prepared your initial report?
3     A.    I don't recall the timing.
4     Q.    If I represent to you that in
5  your reliance chart it doesn't reference
6  any fact depositions in this case, would
7  that refresh your recollection as to when
8  you looked at depositions in this case?
9     A.    Probably, yeah.
10    Q.    And so if you had seen them
11 before you prepared your report, it would
12 be in your reliance chart; and if you
13 hadn't seen them, it wouldn't be in the
14 reliance chart, is that fair?
15        MR. HAEFELE:  Objection to
16 form.
17    A.    To the extent that the reliance
18 charts are accurate, yes.
19    Q.    Did you prepare your reliance
20 chart?
21    A.    I believe actually that the
22 lawyers prepared the reliance charts.
23    Q.    Did you review the reliance
24 chart before you submitted your report?
25    A.    I believe so.

Page 198

1     LEVITT
2     Q.    Did you check and make sure
3  that it was complete and comprehensive?
4     A.    I don't remember doing a
5  side-by-side, but --  and I don't remember
6  exactly when it was prepared.
7         Most cases I've testified in
8  have not required reliance supports so I
9  don't particularly prepare one when I
10 write my report, so it is possible that it
11 was prepared afterwards, I don't remember
12 on the timing.
13    Q.    Did you provide information to
14 the lawyers for them to use in compiling
15 the reliance chart?
16    A.    I'm sure.
17    Q.    Did you make any amendments to
18 the reliance chart either to add or
19 subtract information that was in the
20 reliance chart?
21    A.    No.
22    Q.    Dr. Levitt, I am going to move
23 on now to some other topic and I have just
24 a few more questions about methodology.
25        You have emphasized in your

Page 199

1     LEVITT
2  written work the importance of following
3  the money in understanding terrorist
4  finance.
5         Do you recall your writings in
6  this area?
7     A.    Is there a specific writing
8  you're referring to?
9     Q.    Yes, I can give you a reference
10 to an article called Follow the Money:
11 Leveraging Financial Intelligence to
12 Combat Transnational Threats, that you
13 published in 2011, do you recall that
14 article?
15    A.    Yes, that's an article
16 specifically about financial intelligence.
17    Q.    I can show you the article if
18 you'd like, but I would like to just read
19 you a sentence and ask you whether you
20 continue to agree with what you wrote
21 then.
22    A.    If you could show me the
23 article, that would be great.
24    Q.    Okay, if you prefer that, I
25 will show you the article; it is G in your

4 (Pages 196 - 199)

```
                                                    Page 212
 1              LEVITT
 2   that's what it is.
 3              They're useful documents for
 4   research.
 5       Q.     It is relevant to know who
 6   wrote a document, correct?
 7       A.     When you can, yes, it's helpful
 8   to know; there can be other circumstances,
 9   so if a document was found in the
10   Abbottobad complex, that tells you
11   something about the document, and if you
12   don't know ultimately who wrote it, that
13   can still be of some use because of where
14   it was found, but maybe not as useful as
15   if you knew who the actual author was.
16       Q.     Have you used the Harmony
17   database in the course of your work over
18   the years?
19       A.     I have sometimes, yes.
20              MR. LEWIS: I'd like to mark now
21   three documents, which are Exhibit H I
22   believe in our queue and ask for them to
23   be presented, marked as Exhibit 2007, and
24   ask as well that they be put on the screen
25   for Dr. Levitt to review.
```

```
                                                    Page 213
 1              LEVITT
 2              They are Arabic documents with
 3   translations attached.
 4              (Defendants' Exhibit 2007,
 5   Arabic documents with translations
 6   attached, was marked for identification,
 7   as of this date.)
 8       A.     Is this one file put up on the
 9   screen or two different --
10       Q.     These are one exhibit that
11   contain three letters or that contain
12   three Arabic documents with translations
13   and I would like you to review them.
14              I presume you will review the
15   English translations, but you can review
16   them as you like.
17              I just ask you to look at them
18   and then we will discuss them.
19              (Witness perusing document.)
20              MR. HAEFELE: What's the
21   exhibit numbers or number?
22              MR. LEWIS: It is Exhibit 2007.
23              THE TECH CONCIERGE: It should
24   be in the marked exhibits folder now.
25              MR. HAEFELE: I have it, thank
```

```
                                                    Page 214
 1              LEVITT
 2   you.
 3              MR. CARTER: Eric, it's Sean;
 4   are these documents that were subject of
 5   some motion practice initiated by the IIRO
 6   and Muslim World League earlier in the
 7   case?
 8              MR. LEWIS: They are, they are
 9   in the reliance chart and I just want to
10   ask him about whether he has reviewed them
11   and relied on them, yes; so the answer to
12   that is yes.
13              MR. CARTER: Okay, thank you.
14       Q.     Doctor, these are documents
15   which are listed in your reliance chart,
16   it's your Exhibit B, it's Exhibit 2001,
17   page 104, and I can refer you to that.
18              You have your hard copy of your
19   report?
20       A.     I do have a hard copy of my
21   report.
22       Q.     It is on page 12 of your
23   Exhibit B, Matthew Levitt Reliance Chart,
24   and I will direct you --
25       A.     That I don't have in hard copy,
```

```
                                                    Page 215
 1              LEVITT
 2   I just have the actual reports, but I can
 3   pull it up.
 4       Q.     Perhaps it can be pulled up if
 5   it would be useful to you or you can pull
 6   it up yourself, whatever is quicker.
 7       A.     Did you say Exhibit B as in
 8   boy?
 9       Q.     Exhibit B to the Reliance
10   Chart, which is page A 104 in Exhibit
11   2001.
12              MR. HAEFELE: Just to be clear,
13   it is Exhibit B to the report, correct?
14              MR. LEWIS: Exhibit B to the
15   report, it appears at Defendants' Exhibit
16   2001 at page 104.
17       A.     What page number is it on the
18   page of the actual exhibit?
19       Q.     12.
20       A.     Hold on one second, I'm getting
21   there.
22       Q.     I can direct you to where those
23   three documents are.
24       A.     Okay, I am on page 12.
25       Q.     They are the sixth item there,
```

8 (Pages 212 - 215)

Page 216
1         LEVITT
2  July 12, 1999, letter from the main
3  regional office of the IITO, it says, I
4  think that's a typo, the IIRO.
5     A.    Okay, I see that.
6     Q.    And then if we count down 12,
7  March 16, 1999 -- sorry, 13 -- March 20,
8  2000, letter, from general director of
9  MWL's branch office in Pakistan, then we
10 count down three more, the May 13th, 1999,
11 letter from the main regional office of
12 the IIRO in Peshawar.
13    A.    I see that.
14    Q.    Do you remember reviewing these
15 documents in the course of preparing your
16 expert report?
17    A.    Not specifically.
18          I think these are included here
19 because they were among documents that
20 were provided for me for review.
21          In all likelihood I did review
22 them, but I don't specifically recall.
23    Q.    Were they provided to you by
24 counsel?
25    A.    They would have been, yes.

Page 217
1         LEVITT
2     Q.    Do they factor into your
3  opinion?
4     A.    I think it's safe to say yes;
5  that doesn't mean they're included in my
6  report, but they're included in the
7  reliance chart because they are materials
8  that were provided to me as I was drafting
9  my report.
10    Q.    I would like to move on to your
11 report, the substance of your report, and
12 start at page -- I ask you to refer to
13 Exhibit -- I'm sorry, before I move on,
14 my team is telling me that I've been over
15 hasty yet again.
16          Are you aware, sir, that there
17 was litigation with respect to the
18 authenticity and provenance of the
19 documents that we just discussed?
20    A.    No.
21    Q.    Are you aware that an order was
22 entered in this case with respect to those
23 documents?
24    A.    No.
25          MR. LEWIS: I am going to ask

Page 218
1         LEVITT
2  to be marked as 2008 an order of the
3  court, which is Exhibit I in the queue.
4          (Defendants' Exhibit 2008,
5  order entered in this case, was marked for
6  identification, as of this date.)
7     Q.    And ask you whether you have
8  seen this document before; it is a
9  one-and-a-half page document.
10         (Witness perusing document.)
11    A.    Can we go to the second page of
12 the screen, thank you.
13         (Witness perusing document.)
14    A.    Okay.
15    Q.    Have you seen this document
16 before, sir?
17    A.    I see it.
18    Q.    Have you seen it before today?
19    A.    No.
20    Q.    Were you aware of its contents
21 before today?
22    A.    No.
23    Q.    Let's move on to your report,
24 your principal report, which is Exhibit
25 2001, and I'd like to direct your

Page 219
1         LEVITT
2  attention to page 6 of the report, which I
3  think will be page 6 of the exhibit.
4          I would like to direct your
5  attention to the first paragraph under
6  Expert Opinions, under Al Qaeda
7  Background.
8          MR. LEWIS: And please don't
9  mark it in yellow, thank you.
10    A.    I have the hard copy in front
11 of me, so if I'm looking down, that's why.
12    Q.    Okay, whatever is easier for
13 you.
14    A.    We have been doing this all
15 day, I think it might be easier on the
16 eyes, when I can -- the only documents I
17 have are my two reports.
18    Q.    That's fine, and eye contact is
19 not easy virtually, I think we've all
20 learned that in the last year.
21         You say, "Although originally
22 founded to facilitate the movement of the
23 Islamist fighters to Afghanistan as the
24 Afghan Services Bureau, or Makhtab al
25 Khidamat (MEK), Al Qaeda became an

9 (Pages 216 - 219)