# EXHIBIT 2

This Transcript Contains Confidential Material

```
                                                    Page 1

        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK
                  - - -


IN RE: TERRORIST ATTACKS   : 03-MDL-1570
ON SEPTEMBER 11, 2001      : (GBD)(SN)




                    - - -
              APRIL 20, 2021
          THIS TRANSCRIPT CONTAINS
           CONFIDENTIAL MATERIAL
                    - - -



              Remote Videotaped

Deposition, taken via Zoom, of OLIVIER

ROY, commencing at 7:04 a.m., on the

above date, before Amanda

Maslynsky-Miller, Certified Realtime

Reporter and Notary Public in and for the

Commonwealth of Pennsylvania.



                    - - -

         GOLKOW LITIGATION SERVICES
      877.370.3377 ph| 917.591.5672 fax
              deps@golkow.com
```

This Transcript Contains Confidential Material

Page 2

```
 1   APPEARANCES:
 2
 3      KREINDLER & KREINDLER LLP
        BY: ANDREW J. MALONEY III, ESQUIRE
 4      BY: MEGAN WOLFE BENETT, ESQUIRE
        750 Third Avenue
 5      New York, New York 10017
        (212) 687-8181
 6      amaloney@kreindler.com
        mbenett@kreindler.com
 7      Representing the Ashton, et al.,
        Plaintiffs
 8
 9
10
        COZEN O'CONNOR P.C.
11      BY: J. SCOTT TARBUTTON, ESQUIRE
        One Liberty Place
12      1650 Market Street
        Suite 2800
13      Philadelphia, Pennsylvania 19103
        (215) 665-2000
14      starbutton@cozen.com
        Representing the Plaintiffs
15
16
17
        ANDERSON KILL P.C.
18      BY: BRUCE STRONG, ESQUIRE
        1251 Avenue of the Americas
19      New York, New York 10020
        (212) 278-1000
20      bstrong@andersonkill.com
        Representing the Plaintiffs'
21      Steering Committee
22
23
24
```

Page 3

```
 1   APPEARANCES:  (Continued)
 2
 3      MOTLEY RICE LLC
        BY: JOHN M. EUBANKS, ESQUIRE
 4      BY: ROBERT T. HAEFELE, ESQUIRE
        BY: JADE A. HAILESELASSIE, ESQUIRE
 5      BY: JODI WESTBROOK FLOWERS, ESQUIRE
        28 Bridgeside Boulevard
 6      Mount Pleasant, South Carolina 29464
        (843) 216-9000
 7      jeubanks@motleyrice.com
        rhaefele@motleyrice.com
 8      jhaileselassie@motleyrice.com
        jflowers@motleyrice.com
 9      Representing the Plaintiffs' Steering
        Committee and the Burnett Plaintiffs
10
11
12      BAUMEISTER & SAMUELS, PC
        BY: DOROTHEA M. CAPONE, ESQUIRE
13      140 Broadway
        46th Floor
14      New York, New York 10005
        (212) 363-1200
15      tcapone@baumeisterlaw.com
        Representing the Plaintiff,
16      Ashton, et al., Plaintiffs
17
18
19      JONES DAY
        BY: ERIC SNYDER, ESQUIRE
20      BY: GABRIELLE E. PRITSKER, ESQUIRE
        51 Louisiana Avenue, N.W.
21      Washington, D.C. 20001
        (202) 879-3939
22      esnyder@jonesday.com
        gpritsker@jonesday.com
23      Representing the Defendant,
        Dubai Islamic Bank
24
```

Page 4

```
 1   APPEARANCES:  (Continued)
 2
 3      LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
        BY: WALEED NASSAR, ESQUIRE
 4      BY: SUMAYYA KHATIB, ESQUIRE
        BY: AISHA E.R. BEMBRY, ESQUIRE
 5      1101 New York Avenue, N.W.
        Suite 1000
 6      Washington, DC 20005
        (202) 833-8900
 7      waleed.nassar@lbkmlaw.com
        sumayya.khatib@lbkmlaw.com
 8      aisha.bembry@lbkmlaw.com
        Representing the Defendants,
 9      Muslim World League, the
        International Islamic Relief
10      Organization, and
        Drs. Turki, Al-Obaid, Naseef and Basha
11
12
        LAW FIRM OF OMAR T. MOHAMMEDI, LLC
13      BY: STEVE SIEGLER, ESQUIRE
        233 Broadway
14      Suite 820
        New York, New York 10279
15      (212) 725-3846
        ssiegler@otmlaw.com
16      Representing the Defendant,
        WAMY and WAMY International
17
18
        SALERNO & ROTHSTEIN
19      BY: PETER C. SALERNO, ESQUIRE
        BY: AMY ROTHSTEIN, ESQUIRE
20      P.O. Box 456
        Pine Plains, New York 12567
21      (518) 771-3050
        peter.salerno.law@gmail.com
22      amyrothsteinlaw@gmail.com
        Representing the Defendant,
23      Yassin Kadi
24
```

Page 5

```
 1   APPEARANCES:  (Continued)
 2
 3   ALSO PRESENT:
 4
     David Lane, Videographer
 5   Jon Knowles, Trial Technician
 6
     John Fawcett, Staff, Kreindler & Kreindler
 7
 8   Raymond Rivera, IT, Cozen O'Connor
 9
     Richard Cashon, Paralegal, Motley Rice
10
     Nour Soubani, Paralegal, Lewis Baach Kaufmann
11   Middlemiss PLLC
12
...
24
```

This Transcript Contains Confidential Material

```
                                                              Page 6
 1              - - -
 2           I N D E X
 3              - - -
 4   Testimony of: OLIVIER ROY
 5
 6    By Mr. Eubanks              10
 7
                - - -
 8
           E X H I B I T S
 9
                - - -
10
     NO.     DESCRIPTION              PAGE
11
     Roy-587    No Bates
12              Notice of Oral Deposition
                of Olivier Roy          12
13
     Roy-588    No Bates
14              Expert Report of Professor
                Olivier Roy             28
15
     Roy-589    No Bates
16              Expert Report of
                Jonathan Winer         138
17
     Roy-590    FED-PEC0104843-4856
18              CIA Report             167
19   Roy-591    PEC-KSA003501-3519
                Declaration of Ali Ahmad
20              Ali Hamad              174
21   Roy-592    PEC-KSA003646-3650
                U.S. Department of State
22              Diplomatic Cable       182
23   Roy-593    No Bates
                9/11 Commission Report  190
24
```

```
                                                              Page 7
 1              - - -
 2         E X H I B I T S
 3              - - -
 4   NO.     DESCRIPTION              PAGE
 5
     Roy-594    BOS000001-003
 6              List of Names          193
 7   Roy-595    PEC-KSA001453-1454
                WikiLeaks Diplomatic Cable 197
 8
     Roy-596    No Bates
 9              Guardian Article, Who Are
                the New Jihadis?       202
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

```
                                                              Page 8
 1              - - -
 2      DEPOSITION SUPPORT INDEX
 3              - - -
 4
 5   Direction to Witness Not to Answer
 6   Page Line   Page Line   Page Line
 7   None
 8
 9
10   Request for Production of Documents
11   Page Line   Page Line   Page Line
12   None
13
14
15   Stipulations
16   Page Line   Page Line   Page Line
17    9    1
18
19
20   Question Marked
21   Page Line   Page Line   Page Line
22   None
23
24
```

```
                                                              Page 9
 1              - - -
 2           (It is hereby stipulated and
 3   agreed by and among counsel that
 4   sealing, filing and certification
 5   are waived; and that all
 6   objections, except as to the form
 7   of the question, will be reserved
 8   until the time of trial.)
 9              - - -
10           VIDEO TECHNICIAN: We are
11   now on the record. My name is
12   David Lane, videographer for
13   Golkow Litigation Services.
14   Today's date is April 20th, 2021.
15   Our time is 7:04 a.m. Eastern
16   Standard Time.
17           This remote video deposition
18   is being held in the matter of the
19   Terrorist Attacks on September
20   11th, 2011, MDL 1570.
21           The deponent today is Dr.
22   Olivier Roy. All parties to this
23   deposition are appearing remotely
24   and have agreed to the witness
```

This Transcript Contains Confidential Material

## Page 10

1 being sworn in remotely.
2         Due to the nature of remote
3 reporting, please pause briefly
4 before speaking to ensure all
5 parties are heard completely.
6         Counsel will be noted on the
7 stenographic record.  The court
8 reporter today is Amanda Miller
9 and will now swear in the witness.
10             - - -
11         OLIVIER ROY, after having
12 been duly sworn, was examined and
13 testified as follows:
14             - - -
15         VIDEO TECHNICIAN:  Please
16 begin.
17             - - -
18             EXAMINATION
19             - - -
20 BY MR. EUBANKS:
21     Q.  Good morning for us on the
22 East Coast, and I believe it's good
23 afternoon for you in Italy; is that
24 correct, Professor Roy?

## Page 11

1     A.  Yes.
2     Q.  Can you please state your
3 name and the location where you're being
4 deposed today for the record?
5     A.  My name is Olivier Roy.  I
6 am in Florence, Florencia, in Italy.
7     Q.  My name is John Eubanks.  I
8 am one of the attorneys for the
9 plaintiffs in this litigation, with the
10 law firm of Motley Rice.  We're located
11 in South Carolina.
12         And I'm going to be asking
13 you some questions today.  And I don't
14 want you to feel too uncomfortable.  I
15 know that this is not the normal type of
16 proceeding or normal type of conversation
17 that you would normally have.  But at the
18 same time, I want you to be as
19 comfortable as you can be, given the
20 circumstances.
21         MR. EUBANKS:  If I could
22     have Document Number 1 marked as
23     Exhibit-587.
24             - - -

## Page 12

1         (Whereupon, Exhibit Roy-587,
2     No Bates, Notice of Oral
3     Deposition of Olivier Roy, was
4     marked for identification.)
5             - - -
6 BY MR. EUBANKS:
7     Q.  Now, Professor, you're being
8 shown what's being marked as Exhibit-587.
9 This is the notice of oral deposition for
10 Olivier Roy?
11     A.  Yeah.
12     Q.  Have you seen this document
13 before?
14     A.  Yeah, just -- yeah.
15     Q.  Okay.  So you are familiar
16 with it.
17         And this is the document
18 that is -- that has us sitting here today
19 to take your deposition; is that correct?
20     A.  Yes.  Correct.
21     Q.  And before we get started
22 today, I want to go over some of the sort
23 of ground rules for how we'll proceed
24 today.

## Page 13

1         Now, I'm going to be asking
2 you questions.  And if you can simply
3 wait until I am finished asking any
4 question before you begin responding, it
5 will make things easier for Amanda, our
6 court reporter today.
7         In addition, if something I
8 ask does not seem clear to you, if there
9 seems to be two meanings that could be
10 taken for what I'm asking, please don't
11 answer the question; ask me to repeat it
12 or to clarify it.
13         The last thing I want you to
14 do is answer a question that you don't
15 understand or that isn't what I'm asking.
16         If you need me to rephrase
17 it, just please just ask me to rephrase.
18 I have no problem with that.
19         But if you do answer a
20 question, I will presume that you've
21 understood the question as it was asked.
22         Is that clear?
23     A.  Clear.
24     Q.  Okay.  Before you respond to