# EXHIBIT 3

This Transcript Contains Confidential Material

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - -

IN RE: TERRORIST ATTACKS   : 03-MDL-1570
ON SEPTEMBER 11, 2001      : (GBD)(SN)

- - -
APRIL 27, 2021
THIS TRANSCRIPT CONTAINS
CONFIDENTIAL MATERIAL
- - -

Remote Videotaped Deposition, taken via Zoom, of JOHN SIDEL, commencing at 7:02a.m., on the above date, before Amanda Maslynsky-Miller, Certified Realtime Reporter and Notary Public in and for the Commonwealth of Pennsylvania.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph| 917.591.5672 fax
deps@golkow.com

This Transcript Contains Confidential Material

## Page 2

```
 1   APPEARANCES:
 2
 3        KREINDLER & KREINDLER LLP
          BY: ANDREW J. MALONEY III, ESQUIRE
 4        750 Third Avenue
          New York, New York 10017
 5        (212) 687-8181
          amaloney@kreindler.com
 6        Representing the Ashton, et al.,
          Plaintiffs
 7
 8
 9
          COZEN O'CONNOR P.C.
10        BY: SEAN P. CARTER, ESQUIRE
          BY: J. SCOTT TARBUTTON, ESQUIRE
11        One Liberty Place
          1650 Market Street
12        Suite 2800
          Philadelphia, Pennsylvania 19103
13        (215) 665-2000
          scarter1@cozen.com
14        starbutton@cozen.com
          Representing the Plaintiffs
15
16
17
          ANDERSON KILL P.C.
18        BY: BRUCE STRONG, ESQUIRE
          1251 Avenue of the Americas
19        New York, New York 10020
          (212) 278-1000
20        bstrong@andersonkill.com
          Representing the Plaintiffs'
21        Steering Committee
22
23
24
```

## Page 3

```
 1   APPEARANCES: (Continued)
 2
 3
 4        MOTLEY RICE LLC
          BY: ROBERT T. HAEFELE, ESQUIRE
 5        BY: JADE A. HAILESELASSIE, ESQUIRE
          BY: JODI WESTBROOK FLOWERS, ESQUIRE
 6        28 Bridgeside Boulevard
          Mount Pleasant, South Carolina 29464
 7        (843) 216-9000
          rhaefele@motleyrice.com
 8        jhaileselassie@motleyrice.com
          jflowers@motleyrice.com
 9        Representing the Plaintiffs' Steering
          Committee and the Burnett Plaintiffs
10
11
12
13        JONES DAY
          BY: ERIC SNYDER, ESQUIRE
14        BY: STEVEN COTTREAU, ESQUIRE
          BY: ABIGAEL BOSCH, ESQUIRE
15        51 Louisiana Avenue, N.W.
          Washington, D.C. 20001
16        (202) 879-3939
          esnyder@jonesday.com
17        scottreau@jonesday.com
          abosch@jonesday.com
18        Representing the Defendant,
          Dubai Islamic Bank
19
20
21
22
23
24
```

## Page 4

```
 1   APPEARANCES: (Continued)
 2
 3        LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
          BY: WALEED NASSAR, ESQUIRE
 4        BY: AISHA E.R. BEMBRY, ESQUIRE
          BY: SUMAYYA KHATIB, ESQUIRE
 5        1101 New York Avenue, N.W.
          Suite 1000
 6        Washington, DC 20005
          (202) 833-8900
 7        waleed.nassar@lbkmlaw.com
          aisha.bembry@lbkmlaw.com
 8        sumayya.khatib@lbkmlaw.com
          Representing the Defendants,
 9        Muslim World League, the
          International Islamic Relief
10        Organization, and
          Drs. Turki, Al-Obaid, Naseef and Basha
11
12
          LAW FIRM OF OMAR T. MOHAMMEDI, LLC
13        BY: JOSHUA MORRISON, ESQUIRE
          BY: STEVE SEIGLER, ESQUIRE
14        233 Broadway
          Suite 820
15        New York, New York 10279
          (212) 725-3846
16        jmorrison@otmlaw.com
          sseigler@otmlaw.com
17        Representing the Defendant,
          WAMY and WAMY International
18
19   ALSO PRESENT:
20        David Lane, Videographer
          Zac Hone, Trial Technician
21
          Raymond Rivera, IT, Cozen O'Connor
22
          Nour Subani, Paralegal, Lewis Baach Kaufman
23        Middlemiss PLLC
24
```

## Page 5

```
 1                   - - -
 2                 I N D E X
 3                   - - -
 4
      Testimony of:  JOHN SIDEL
 5
 6        By Mr. Carter              9
 7
                     - - -
 8
                 E X H I B I T S
 9
                     - - -
10
11    NO.       DESCRIPTION           PAGE
12    Sidel-597   No Bates
                  Notice of Oral Deposition
13                of John Sidel          12
14    Sidel-598   No Bates
                  Expert Report of Professor
15                John Sidel             15
16    Sidel-599   No Bates
                  Parliament Motion, Saudi
17                Arabia and The School of
                  Oriental and African
18                Studies                36
19    Sidel-600   No Bates
                  Excerpts, 9/11 Commission
20                Report                 53
21    Sidel-601   FED-PEC0237854-7873
                  RAND Corporation Testimony  64
22
      Sidel-602   FED-PEC0202113-2132
23                Department of the Treasury
                  Memorandum             84
24
```

2 (Pages 2 to 5)

This Transcript Contains Confidential Material

Page 6

```
                    - - -
              E X H I B I T S
                    - - -

  NO.      DESCRIPTION           PAGE

  Sidel-603  FED-PEC0173851-3854
             State Department Diplomatic
             Cable              85

  Sidel-604  No Bates
             Seeds of Terror,
             Maria Ressa       92

  Sidel-605  No Bates
             Excerpts, 9/11 Commission
             Report            109

  Sidel-606  No Bates
             Michael Scheuer, Osama bin
             Laden, Excerpts   111

  Sidel-607  No Bates
             9/11 Commission Report  156
  Sidel-608  No Bates
             Sidel Invoices    187
```

Page 7

```
                    - - -
          DEPOSITION SUPPORT INDEX
                    - - -

  Direction to Witness Not to Answer
  Page Line   Page Line   Page Line
  None


  Request for Production of Documents
  Page Line   Page Line   Page Line
  None



  Stipulations
  Page Line   Page Line   Page Line
     8    1


  Question Marked
  Page Line   Page Line   Page Line
  None
```

Page 8

                    - - -
          (It is hereby stipulated and
    agreed by and among counsel that
    sealing, filing and certification
    are waived; and that all
    objections, except as to the form
    of the question, will be reserved
    until the time of trial.)
                    - - -
          VIDEO TECHNICIAN:  We are
    now on the record.  My name is
    David Lane, videographer for
    Golkow Litigation Services.
    Today's date is April 27th, 2021.
    Our time is 7:02 a.m. Eastern
    Standard Time.
          This remote video deposition
    is being held in the matter of
    Terrorist Attacks on September
    11th, 2001.  Our deponent today is
    Professor John Sidel.
          All parties to this
    deposition are appearing remotely
    and have agreed to the witness

Page 9

    being sworn in remotely.
          Due to the nature of remote
    reporting, please pause briefly
    before speaking to ensure all
    parties are heard completely.
          Counsels' appearances will
    be noted on the stenographic
    record.  The court reporter today
    is Amanda Miller and will now
    swear in the witness.
                    - - -
          JOHN SIDEL, after having
    been duly sworn, was examined and
    testified as follows:
                    - - -
          VIDEO TECHNICIAN:  Please
    begin.
                    - - -
               EXAMINATION
                    - - -
    BY MR. CARTER:
          Q.   Good morning.  Or I suppose
    good early afternoon for you, Professor
    Sidel.

This Transcript Contains Confidential Material

Page 10

1  A. Good morning.
2  Q. My name is Sean Carter, I'm
3  one of the lawyers representing
4  plaintiffs in the litigation in federal
5  court in New York arising from the
6  September 11th attacks.
7      The plaintiffs in that
8  litigation are family members who lost
9  loved ones on 9/11, survivors of the
10 attacks, and commercial interests that
11 suffered damages as a result of the
12 attacks.
13     Are you aware of all of
14 that?
15 A. Yes, in broad terms.
16 Q. Our purpose here today is to
17 take your deposition in relation to
18 opinions you've offered as an expert on
19 behalf of some of the defendants.
20     Before we begin, have you
21 ever been deposed in an American court
22 proceeding?
23 A. I gave testimony by
24 telephone in an immigration case in -- I

Page 11

1  think it was San Francisco. And I was
2  sworn in, and it was matters of fact in
3  a -- in terms of background on the
4  Philippines.
5  Q. What year was that?
6  A. It was a couple of years
7  ago, yeah.
8  Q. Just in case the rules in
9  that proceeding were a bit different, I'm
10 going to review some of the sort of basic
11 guardrails for proceeding today.
12     The first is that it's
13 important for you to wait until I finish
14 my question before you begin to answer.
15 And also it's important that I wait for
16 you to complete your answer before
17 beginning my question.
18     Do you understand that?
19 A. Yes.
20 Q. In addition, the court
21 reporter can't take down gestures like
22 nods of the head, so it's important for
23 you to verbalize all of your answers.
24     Do you understand that?

Page 12

1  A. Yes, I do.
2  Q. If at any point you don't
3  understand one of my questions, please
4  simply tell me that.
5      Is that okay?
6  A. Yes.
7  Q. If you need, at any point,
8  to take a break, please just let us know
9  and we can do that, okay?
10 A. Great. Thank you.
11     MR. CARTER: I'd like the
12 court reporter to mark as
13 Exhibit-597 the notice of
14 deposition.
15         - - -
16     (Whereupon, Exhibit
17 Sidel-597, No Bates, Notice of
18 Oral Deposition of John Sidel, was
19 marked for identification.)
20         - - -
21 BY MR. CARTER:
22 Q. Professor Sidel, this is the
23 notice of deposition pursuant to which
24 you're testifying today.

Page 13

1      Do you understand that this
2  is testimony under oath in a formal legal
3  proceeding in the United States?
4  A. I do.
5  Q. And the purpose of your
6  deposition is to discuss opinions you've
7  offered in a report dated July 29, 2020.
8      Do you have that report with
9  you?
10 A. I have it on the desk with
11 me, yes.
12 Q. And as I understand it, you
13 were asked to prepare that report by
14 defendants Muslim World League,
15 International Islamic Relief Organization
16 and officials associated with this
17 organization named Drs. Naseef, Al-Obaid,
18 Al-Turki and Adnan Basha; is that
19 correct?
20 A. Through their lawyers, yes.
21 Q. Before your work on this
22 case, had you had any prior dealings with
23 the Muslim World League?
24 A. No.