# EXHIBIT 4

This Transcript Contains Confidential Material

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS   )  03-MDL-1570 (GBD) (SN)
ON SEPTEMBER 11, 2001      )
                           )

— — —

Tuesday, July 20, 2021

— — —

THIS TRANSCRIPT CONTAINS
CONFIDENTIAL MATERIAL

— — —

    Remote video-recorded deposition of JONATHAN BENTHALL, held at the location of the witness, commencing at 12:03 p.m., on the above date, before Debra A. Dibble, Certified Court Reporter, Registered Diplomate Reporter, Certified Realtime Captioner, Certified Realtime Reporter and Notary Public.

— — —

GOLKOW LITIGATION SERVICES
877.370.DEPS | fax 917.591.5672
deps@golkow.com

This Transcript Contains Confidential Material

Page 2

```
 1   REMOTE APPEARANCES:
 2
         LAW FIRM OF OMAR T. MOHAMMEDI, LLC
 3       BY:  JILL L. MANDELL, ESQUIRE
              jmandell@otmlaw.com
 4       Woolworth Building
           233 Broadway, Suite 820
 5         New York, New York 10279
           (212) 725-3846
 6       Counsel for World Assembly of Muslim Youth
 7
 8       KREINDLER & KREINDLER LLP
         BY:  ANDREW J. MALONEY, III, ESQUIRE
 9            amaloney@kreindler.com
         485 Lexington Avenue, 28th Floor
10       New York, New York 10017
         (212) 687-8181
11       Counsel for Plaintiffs' Executive
         Committee and the Ashton plaintiffs
12
13       COZEN O'CONNOR P.C.
         BY:  SEAN P. CARTER, ESQUIRE
14            scarter1@cozen.com
              J. SCOTT TARBUTTON, ESQUIRE
15            starbutton@cozen.com
         One Liberty Place
16       1650 Market Street
         Philadelphia, Pennsylvania 19103
17       (800) 523-2900
         Counsel for Plaintiffs' Executive
18       Committee and the Federal Insurance
         plaintiffs
19
         ANDERSON KILL
20       BY:  BRUCE STRONG, ESQUIRE
              bstrong.com
21            (Attending telephonically)
         1760 Market Street
22         Suite 600
           Philadelphia, PA 19103
23         (267) 216-2711
         Counsel for Plaintiffs' Executive Committee
24
25
```

Page 3

```
 1   REMOTE APPEARANCES:
 2       BERNABEI & KABAT PLLC
         BY:  ALAN KABAT, ESQUIRE
 3            kabat@bernabeipllc.com
         1400 16th Street NW
 4       Suite 500
         Washington DC 20036
 5       (202) 745-1942
         Counsel for Dr. Abdullah al Turki,
 6       Dr. Abdullah Al Obais, Dr. Abdullah
         Naseef, and Dr. Adnan Basha
 7
 8
 9       MOTLEY RICE LLC
         BY:  ROBERT T. HAEFELE, ESQUIRE
10            rhaefele@motleyrice.com
              JODI FLOWERS, ESQUIRE
11            jflowers@motleyrice.com
         28 Bridgeside Blvd.
12       Mt. Pleasant, South Carolina 29464
         (843) 216-9184
13       Counsel for Plaintiffs' Executive
         Committee and Brunett plaintiffs
14
15
         LEWIS BAACH KAUFMAN MIDDLEMISS PLLC
16       BY:  WALEED NASSAR, ESQUIRE
              waleed.nassar@lbkmlaw.com
17            AISHA E.R. BEMBRY, ESQUIRE
              aisha.bembry@lbkmlaw.com
18       1101 New York Avenue, N.W.
         Suite 1000
19       Washington, D.C. 20005
         (202) 833-8900
20       Counsel for the Muslim World League
         and the International Islamic Relief
21       Organization.
22
23
24
25
```

Page 4

```
 1   REMOTE APPEARANCES:
 2
 3       JONES DAY
         BY:  STEVE COTTREAU, ESQUIRE
 4            scottreau@jonesday.otm
              ERIC SNYDER, ESQUIRE
 5            esnyder@jonesday.com
              ABIGAIL BOSCH, ESQUIRE
 6            abosch@jonesday.com
         51 Louisiana Avenue, N.W.
 7       Washington, D.C. 20001
         (202) 879-3939
 8       Counsel for Dubai Islamic Bank
 9
10       SALERNO & ROTHSTEIN
         BY:  PETER C. SALERNO, ESQUIRE
11            peter.salerno.law@gmail.com
              AMY ROTHSTEIN, ESQUIRE
12            amyrothsteinlaw@gmail.com
         P.O. Box 456
13       Pine Plains, New York 12567
         (518) 771-3050
14       Counsel for Yassin Kadi
15
16       CARTER-RUCK
         BY:  GUY MARTIN, ESQUIRE
17            guy.martin@carter-ruck.com
              HELENA SHIPMAN, ESQUIRE
18            helena.shipman@carter-ruck.com
         The Bureau
19       90 Fetter Lane
         London, England EC4A 1EN
20       +44 (0)20 7358 5005
         Counsel for Yassin Abdullah Kadi
21
22   ALSO PRESENT:
23       JOHN FAWCETT
         KREINDLER & KREINDLER
24
         NOUR SOUBANI, PARALEGAL
25       LEWIS BAACH KAUFMAN MIDDLEMISS PLLC
```

Page 5

```
 1   TRIAL TECHNICIAN:
 2       DIANNE INT-HOUT
         GOLKOW LITIGATION SERVICES
 3
 4   VIDEOGRAPHER:
 5       DEVYN MULHOLLAND
         GOLKOW LITIGATION SERVICES
 6
 7              ---
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

This Transcript Contains Confidential Material

### Page 6

```
 1              INDEX
 2
 3   APPEARANCES                2
 4   PROCEEDINGS                9
 5
 6   EXAMINATION OF JONATHAN BENTHALL:
 7       BY MR. MALONEY         10
 8       BY MR. CARTER          208
 9       BY MR. MALONEY         287
10       BY MR. CARTER          289
11
12   CERTIFICATE                292
13   ERRATA                     294
14   ACKNOWLEDGMENT OF DEPONENT 295
15   LAWYER'S NOTES             296
```

### Page 7

```
 1              DEPOSITION EXHIBITS
 2   NUMBER       DESCRIPTION              PAGE
 3   Exhibit 947  Notice of Oral Deposition of   22
 4                Jonathan Benthall
 5   Exhibit 948  Jonathan Benthall curriculum   23
 6                vitae
 7   Exhibit 949  Jonathan Benthall IIRO and MWL 95
 8                invoices
 9   Exhibit 950  Jonathan Benthall Kadi invoices 100
10   Exhibit 951  Expert report of Jonathan      107
11                Benthall on Behalf of Yassin
12                Abdullah Kadi
13   Exhibit 952  Documents Considered by Expert 121
14   Exhibit 953  E-mail with attached           124
15                Supplemental List of Documents
16                Considered by Jonathan Benthall
17                - Expert Report for Yassin
18                Abdullah Kadi
19   Exhibit 954  Linde v Arab Bank opinion      203
20   Exhibit 955  Expert Report of Jonathan      209
21                Benthall
22   Exhibit 956  Exhibit B, Documents Considered 210
23                by Expert
24   Exhibit 957  The Rise and Decline of Saudi  243
25                Overseas Humanitarian Charities
```

### Page 8

```
 1   Exhibit 958  The Charitable Crescent   259
 2
 3
 4
 5              REFERENCED EXHIBITS
 6   NUMBER                          PAGE
 7   Exhibit 159  ...............    216
 8   Exhibit 853  ...............    255
```

### Page 9

```
 1              ------------
 2              P R O C E E D I N G S
 3              July 20, 2021, 12:03 p.m. BST
 4              ------------
 5       THE VIDEOGRAPHER:  We are now
 6   on the record.  My name is Devyn
 7   Mulholland.  I'm a videographer with
 8   Golkow Litigation Services.  Today's
 9   date is July 20th, 2021.  The time is
10   12:04 p.m.  This remote video
11   deposition is being held in the matter
12   of Terrorist Attacks on September 11,
13   2001, MDL No. 1570.  The deponent is
14   Jonathan Benthall.
15       All parties to this deposition
16   are appearing remotely and have agreed
17   to the witness being sworn in
18   remotely.
19       Due to the nature of remote
20   reporting, please pause briefly before
21   speaking to ensure all parties are
22   heard completely.
23       Counsels' appearances will be
24   noted on the stenographic record.  The
25   court reporter is Debbie Dibble and
```

This Transcript Contains Confidential Material

Page 10

1   will now swear in the witness.
2   ------------
3         JONATHAN BENTHALL,
4   having been duly sworn,
5   testified as follows:
6   ------------
7         EXAMINATION
8   ------------
9   BY MR. MALONEY:
10      Q.   Good afternoon, Mr. Benthall.
11  Morning for us on the East Coast of the U.S.
12           My name is Andrew Maloney.  I'm
13  an attorney with the law firm of Kreindler &
14  Kreindler in New York.
15           And I represent, along with
16  several other attorneys, the plaintiffs in a
17  legal action in the United States,
18  representing the victims of the
19  September 11th attacks and survivors,
20  estates, and also some commercial interests
21  collectively, the plaintiffs' team.
22           You understand that?
23      A.   I do.
24      Q.   If you could keep your voice up
25  a little bit.  I think you're -- it's a

Page 11

1   little bit of a --
2       A.   Can I move this --
3       Q.   Yeah, that would be great.
4   Thank you.
5            And do you understand you have
6   been retained by the Muslim World League
7   to -- who is one of the defendants in that
8   lawsuit?
9       A.   Among others, yes.
10      Q.   I'm sorry?
11      A.   Among others.
12      Q.   And you also have been retained
13  to provide an opinion for the Islamic --
14  International Islamic Relief Organization
15  also known as the IIRO?
16      A.   Correct.
17      Q.   And they're also a defendant in
18  the lawsuit; correct?
19      A.   Yes.
20      Q.   And some of the persons
21  affiliated with those entities, Dr. Naseef,
22  Dr. Al-Obais, Dr. Al-Turki and Basha?  Are
23  you familiar with those gentlemen?
24      A.   I am familiar with the names.
25  I haven't -- I didn't realize I was actually

Page 12

1   being retained on their behalf, but if that's
2   the legal position, then that --
3       Q.   I'm really having trouble
4   hearing you.
5            Is there a way to enhance your
6   microphone?
7            MR. NASSAR:  Give us one
8   second.
9            THE VIDEOGRAPHER:  Counsel, do
10  you want to go off the record?
11      A.   Is that better now?
12      Q.   (BY MR. MALONEY)  It's slightly
13  better.  Perhaps maybe just keep your voice
14  up a little bit.
15      A.   I'll try, yes.
16      Q.   Okay.  Have you ever met any of
17  those gentlemen?
18      A.   Mr. Basha, Dr. Basha, I've met.
19      Q.   And when did you meet him for
20  the first time?
21      A.   I met him first in Istanbul in,
22  I think it was 2005 at a meeting of the
23  Montreux Initiative -- convened by the
24  Montreux Initiative, which was sponsored by
25  the Swiss government foreign office,

Page 13

1   political division 4.
2       Q.   I'm going to ask you a few
3   questions about that Swiss project, but
4   before -- we'll get to that in a few minutes.
5            Have you met Dr. Basha since
6   2005?
7       A.   Yes, I believe I met him in
8   Doha in probably the following year, but very
9   briefly.  I didn't have a long conversation
10  with him.  Doha was part of the same Montreux
11  Initiative meeting in Doha.
12      Q.   And was that the last time you
13  met him?
14      A.   Yes.
15      Q.   Just to be clear, my questions
16  would also encompass phone calls or e-mail or
17  text communications with any of those
18  gentlemen.
19           Have you had any communications
20  with them?
21      A.   Yes, I've had e-mail
22  communications with Dr. Basha in the years
23  following, because I asked -- tried to
24  ascertain more information about IRRO, their
25  activities and operations, and I got on their