# EXHIBIT 6

This Transcript Contains Confidential Material

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2                        -  -  -
 3
 4   IN RE: TERRORIST ATTACKS    : 03-MDL-1570
     ON SEPTEMBER 11, 2001       : (GBD)(SN)
 5
 6
 7
                           -  -  -
 8                     MAY 25, 2021
                  THIS TRANSCRIPT CONTAINS
 9                 CONFIDENTIAL MATERIAL
                           -  -  -
10
11
12            Remote Videotaped
13   Deposition, taken via Zoom, of JACOB
14   VAHID BROWN, commencing at 9:03 a.m.
15   Pacific Time, on the above date, before
16   Amanda Maslynsky-Miller, Certified
17   Realtime Reporter and Notary Public in
18   and for the Commonwealth of Pennsylvania.
19
20                        -  -  -
21           GOLKOW LITIGATION SERVICES
          877.370.3377 ph| 917.591.5672 fax
22               deps@golkow.com
23
24
```

Page 2

```
 1  APPEARANCES:
 2
        KREINDLER & KREINDLER LLP
 3      BY: ANDREW J. MALONEY III, ESQUIRE
        485 Lexington Avenue, 28th Floor
 4      New York, New York 10017
        (212) 687-8181
 5      amaloney@kreindler.com
        Representing the Ashton, et al.,
 6      Plaintiffs
 7
 8
 9      COZEN O'CONNOR P.C.
        BY: SEAN P. CARTER, ESQUIRE
10      One Liberty Place
        1650 Market Street
11      Suite 2800
        Philadelphia, Pennsylvania 19103
12      (215) 665-2000
        scarter1@cozen.com
13      Representing the Plaintiffs
14
15
16      ANDERSON KILL P.C.
        BY: JERRY S. GOLDMAN, ESQUIRE
17      1251 Avenue of the Americas
        New York, New York 10020
18      (212) 278-1000
        jgoldman@andersonkill.com
19      Representing the Plaintiffs'
        Steering Committee
20
21
22
23
24
```

Page 3

```
 1  APPEARANCES:  (Continued)
 2
 3      MOTLEY RICE LLC
        BY: JOHN M. EUBANKS, ESQUIRE
 4      BY: ROBERT T. HAEFELE, ESQUIRE
        BY: JODI WESTBROOK FLOWERS, ESQUIRE
 5      BY: C. ROSS HEYL, ESQUIRE
        28 Bridgeside Boulevard
 6      Mount Pleasant, South Carolina 29464
        (843) 216-9000
 7      jeubanks@motleyrice.com
        rhaefele@motleyrice.com
 8      jflowers@motleyrice.com
        rheyl@motleyrice.com
 9      Representing the Plaintiffs' Steering
        Committee and the Burnett Plaintiffs
10
11
12
        JONES DAY
13      BY: ERIC SNYDER, ESQUIRE
        BY: GABRIELLE PRITSKER, ESQUIRE
14      BY: ABIGAEL BOSCH, ESQUIRE
        51 Louisiana Avenue, N.W.
15      Washington, D.C. 20001
        (202) 879-3939
16      esnyder@jonesday.com
        gpritsker@jonesday.com
17      abosch@jonesday.com
        Representing the Defendant,
18      Dubai Islamic Bank
19
20
21
22
23
24
```

Page 4

```
 1  APPEARANCES: (Continued)
 2
 3      LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
        BY: WALEED NASSAR, ESQUIRE
 4      BY: SUMAYYA KHATIB, ESQUIRE
        BY: AISHA E.R. BEMBRY, ESQUIRE
 5      1101 New York Avenue, N.W.
        Suite 1000
 6      Washington, DC 20005
        (202) 833-8900
 7      waleed.nassar@lbkmlaw.com
        sumayya.khatib@lbkmlaw.com
 8      aisha.bembry@lbkmlaw.com
        Representing the Defendants,
 9      Muslim World League, the
        International Islamic Relief
10      Organization, and
        Drs. Turki, Al-Obaid, Naseef and Basha
11
12
        BERNABEI & KABAT, PLLC
13      BY: ALAN KABAT, ESQUIRE
        1400 16th Street NW
14      Suite 500
        Washington, D.C. 20036
15      (202) 745-1942
        kabat@bernabeipllc.com
16      Representing the Defendants,
        Dr. Abdullah al Turki, Dr. Abdullah
17      Al Obais, Dr. Abdullah Naseef, and
        Dr. Adnan Basha
18
19
20
21
22
23
24
```

Page 5

```
 1  APPEARANCES: (Continued)
 2
 3      LAW FIRM OF OMAR T. MOHAMMEDI, LLC
        BY: OMAR T. MOHAMMEDI, ESQUIRE
 4      233 Broadway
        Suite 820
 5      New York, New York 10279
        (212) 725-3846
 6      omohammedi@otmlaw.com
        Representing the Defendant,
 7      WAMY and WAMY International
 8
        GOETZ & ECKLAND P.A.
 9      BY: FREDERICK J. GOETZ, ESQUIRE
        615 1st Avenue NE
10      Suite 425
        Minneapolis, Minnesota 55413
11      (612) 874-1552
        fgoetz@goetzeckland.com
12      Representing the Defendant,
        WAMY and WAMY International
13
14
        SALERNO & ROTHSTEIN
15      BY: PETER C. SALERNO, ESQUIRE
        BY: AMY ROTHSTEIN, ESQUIRE
16      P.O. Box 456
        Pine Plains, New York 12567
17      (518) 771-3050
        peter.salerno.law@gmail.com
18      amyrothsteinlaw@gmail.com
        Representing the Defendant,
19      Yassin Kadi
20
21  ALSO PRESENT:
22  David Lane, Videographer
    Zac Hone, Trial Technician
23
24
```

Page 6

APPEARANCES: (Continued)

ALSO PRESENT:

John Fawcett, Staff, Kreindler & Kreindler

Richard Cashon, Paralegal, Motley Rice

Nour Soubani, Paralegal, Lewis Baach Kaufmann Middlemiss PLLC

Page 7

I N D E X

Testimony of: JACOB VAHID BROWN

| By Mr. Eubanks | 12, 373 |
| By Mr. Mohammedi | 365 |

E X H I B I T S

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Brown-637 | No Bates Notice of Oral Deposition of Jacob Vahid Brown | 26 |
| Brown-638 | No Bates Expert Report of Jacob Vahid Brown | 30 |
| Brown-639 | No Bates Brown LinkedIn Page | 57 |
| Brown-640 | No Bates Article, Is Vahid Brown an Agent of the State, or Are Portland Anarchists on a Witch Hunt | 76 |
| Brown-641 | No Bates Combating Terrorism Center Harmony Program Website Capture | 109 |

Page 8

E X H I B I T S

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Brown-642 | No Bates Bombers, Bank Accounts, & Bleedout: Al-Qa'ida's Road In and Out of Iraq | 134 |
| Brown-643 | No Bates The Caravan, Hegghammer | 150 |
| Brown-644 | No Bates Al-Qaeda By-Laws Taken From Combating Terrorism Committee Website | 194 |
| Brown-645 | No Bates Deconstructing the Myth About al-Qaeda and Khobar, Hegghammer | 227 |
| Brown-646 | No Bates Overview of The Enemy, Staff Statement Number 15 | 232 |
| Brown-647 | PEC-KSA003501-3519 Declaration of Ali Ahmad Ali Hamad | 259 |
| Brown-648 | FED-PEC0104843-4856 1996 Report | 270 |
| Brown-649 | PECFOIA0017505 3/24/04 Letter | 273 |
| Brown-650 | PECFOIA0017506 Freedom of Information Act Exemptions | 275 |

Page 9

E X H I B I T S

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Brown-651 | No Bates 12/1/03 Letter | 290 |
| Brown-652 | No Bates Digital File From the Court Reporters Office, Southern District of New York | 297 |
| Brown-653 | No Bates The 9/11 Commission Report | 316 |
| Brown-654 | FEC-PEC0203469-3470 9/6/02 Treasury Department Statement | 338 |
| Brown-655 | PEC-KSA002133-2134 6/2/04 Department of Justice Interview | 342 |
| Brown-656 | FED-PEC0212276-2281 Tareekhosama/49/Tareekh Osama.121 Document | 346 |
| Brown-657 | FED-PEC0212164-2167 Tareekh Al Musadat 41 Document | 351 |
| Brown-658 | FED-PEC0213792-3854 8/28/03 Federal Office of Criminal Investigation Report | 360 |

Page 10

```
 1              - - -
 2       DEPOSITION SUPPORT INDEX
 3              - - -
 4
 5  Direction to Witness Not to Answer
 6  Page Line   Page Line   Page Line
 7  None
 8
 9
10  Request for Production of Documents
11  Page Line   Page Line   Page Line
12  None
13
14
15  Stipulations
16  Page Line   Page Line   Page Line
17   11    1
18
19
20  Question Marked
21  Page Line   Page Line   Page Line
22  None
23
24
```

Page 11

```
 1              - - -
 2          (It is hereby stipulated and
 3      agreed by and among counsel that
 4      sealing, filing and certification
 5      are waived; and that all
 6      objections, except as to the form
 7      of the question, will be reserved
 8      until the time of trial.)
 9              - - -
10          VIDEO TECHNICIAN:  We are
11      now on the record.  My name is
12      David Lane, videographer for
13      Golkow Litigation Services.
14      Today's date is May 25th, 2021.
15      Our time is 9:03 a.m. Pacific
16      Time.
17          This remote video deposition
18      is being held in the matter of the
19      Terrorist Attacks on September
20      11th, 2001.  Our deponent today is
21      Vahid Brown.
22          All parties to this
23      deposition are appearing remotely
24      and have agreed to the witness
```

Page 12

```
 1      being sworn in remotely.
 2          Due to the nature of remote
 3      reporting, please pause briefly
 4      before speaking so that all
 5      parties are heard completely.
 6          Our counsel will be noted on
 7      the stenographic record.  Our
 8      court reporter today is Amanda
 9      Miller and will now swear in our
10      witness.
11              - - -
12          VAHID BROWN, after having
13      been duly sworn, was examined and
14      testified as follows:
15              - - -
16          VIDEO TECHNICIAN:  Please
17      begin.
18              - - -
19              EXAMINATION
20              - - -
21  BY MR. EUBANKS:
22      Q.   Good morning.  My name is
23  John Eubanks.  I'm one of the attorneys
24  in this case on behalf of the plaintiffs.
```

Page 13

```
 1  I'm with the law firm of Motley Rice,
 2  located in South Carolina.  So we're
 3  across the -- across the country from
 4  each other right now.
 5          We're going to go through a
 6  procedure today that is probably not
 7  something that you're familiar with.  But
 8  let me just ask a few questions out of
 9  the box, and then I'll kind of get to
10  some of the ground rules.
11          Can you please state your
12  full name for the record?
13      A.   For the record, my full name
14  is Jacob Vahid Brown.
15      Q.   And you're okay with me
16  calling you Mr. Brown through this --
17  through this deposition?
18      A.   I am.
19      Q.   Okay.  Where do you
20  currently reside?
21      A.   I currently reside in
22  Portland, Oregon.
23      Q.   And where do you work
24  currently?
```

Page 14

1  A.  I currently work for
2  Clackamas County, Oregon.
3      Q.  In a deposition like this --
4  so this is very similar to if you were in
5  court and providing testimony, except we
6  don't have the judge here.  So throughout
7  today's proceedings, I will be asking you
8  questions.
9          If you can just wait -- as
10 they said a few minutes ago, if you can
11 just wait until I finish my question
12 before you start answering, it will make
13 things a lot easier for Amanda, our court
14 reporter, as she is taking down
15 everything that is being said by both
16 myself, you, counsel for the defendants,
17 and possibly if any other lawyers pipe up
18 during the course of this proceeding
19 today.
20         It's also important that all
21 of your responses be verbal.  So nods of
22 the head, shakes, they cannot be recorded
23 by the court reporter.  So everything
24 needs to be an actual verbal response and

Page 15

1  something other than an uh-huh or uh-uh,
2  because that does not translate very well
3  into a transcript.
4          If you need to take a break
5  at any time today, please don't hesitate.
6  The only request that I have is that if
7  you need to take a break, if we can just
8  finish the question that is pending at
9  the time, if there is a question pending,
10 and then we move on to the break.
11         I will try not to make this
12 too torturous of an experience, but I
13 can't guarantee anything.
14         Do you have any questions
15 before we get started about, just about
16 the process?
17     A.  I do not.
18     Q.  Okay.  And you understand
19 what I've said about taking breaks,
20 waiting for the questions to be --
21 questions to be asked before answering?
22         One other -- one other point
23 is counsel may, at times, want to object
24 to the questions that I'm posing.  So

Page 16

1  between when I ask the question and when
2  you respond, possibly give a second or
3  two.  Because of the odd nature of
4  everyone being in a different place, it
5  allows him the opportunity to render that
6  objection.
7          To the extent that the
8  objection is not asking you to not answer
9  the question, I will still expect that an
10 answer will be given, assuming that you
11 understand the question.
12         That said, if I ask a
13 question that you don't understand, don't
14 try and answer that question; make me
15 clarify it.  It's very important that our
16 record be clear today.  So if I ask a
17 question and you don't understand what
18 I'm asking, ask me to rephrase it or ask
19 me to try and ask it in a different way.
20 If you don't hear something I say, just
21 have me repeat it.
22         This is -- like I said, this
23 should be a relatively painless process
24 but it could take a while today.  So I

Page 17

1  thank you for your time today.
2          What is your date of birth?
3      A.  My date of birth is May
4  26th, 1977.
5      Q.  And what citizenships do you
6  hold?
7      A.  I'm a citizen of the United
8  States.
9      Q.  And no others?
10     A.  And no others.
11     Q.  Okay.  And this may be a
12 long answer, but what -- do you speak any
13 languages other than English?
14     A.  Yes.  I have advanced
15 reading ability in a number of languages,
16 including Arabic and Persian.  I have
17 used French and German in academic
18 reading purposes.  And I have made use of
19 other languages in the course of
20 research, but not in any colloquial
21 spoken facility, but in -- for purposes
22 of textual research.  I have some
23 speaking ability in Spanish and Chinese,
24 Mandarin Chinese.