# EXHIBIT 7

This Transcript Contains Confidential Material

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2                        -  -  -

 3

 4   IN RE: TERRORIST ATTACKS    : 03-MDL-1570
     ON SEPTEMBER 11, 2001       : (GBD)(SN)
 5

 6

 7
                              -  -  -
 8                        JUNE 2, 2021
                     THIS TRANSCRIPT CONTAINS
 9                    CONFIDENTIAL MATERIAL
                              -  -  -
10

11

12                  Remote Videotaped
13   Deposition, taken via Zoom, of SHERMAN
14   JACKSON, Ph.D., commencing at 9:02 a.m.
15   Pacific Time, on the above date, before
16   Amanda Maslynsky-Miller, Certified
17   Realtime Reporter and Notary Public in
18   and for the Commonwealth of Pennsylvania.
19
20                        -  -  -
21          GOLKOW LITIGATION SERVICES
         877.370.3377 ph| 917.591.5672 fax
22               deps@golkow.com
23

24
```

Page 2

```
 1  APPEARANCES:
 2
       KREINDLER & KREINDLER LLP
 3     BY: ANDREW J. MALONEY III, ESQUIRE
       485 Lexington Avenue, 28th Floor
 4     New York, New York 10017
       (212) 687-8181
 5     amaloney@kreindler.com
       Representing the Ashton, et al.,
 6     Plaintiffs
 7
 8
       ANDERSON KILL P.C.
 9     BY: JERRY S. GOLDMAN, ESQUIRE
       1251 Avenue of the Americas
10     New York, New York 10020
       (212) 278-1000
11     jgoldman@andersonkill.com
       Representing the Plaintiffs'
12     Steering Committee
13
14
       MOTLEY RICE LLC
15     BY: JOHN M. EUBANKS, ESQUIRE
       BY: ROBERT T. HAEFELE, ESQUIRE
16     BY: JADE A. HAILESELASSIE, ESQUIRE
       BY: JODI WESTBROOK FLOWERS, ESQUIRE
17     28 Bridgeside Boulevard
       Mount Pleasant, South Carolina 29464
18     (843) 216-9000
       jeubanks@motleyrice.com
19     rhaefele@motleyrice.com
       jhaileselassie@motleyrice.com
20     jflowers@motleyrice.com
       Representing the Plaintiffs' Steering
21     Committee and the Burnett Plaintiffs
22
23
24
```

Page 3

```
 1  APPEARANCES: (Continued)
 2
 3
 4     JONES DAY
       BY: STEVEN COTTREAU, ESQUIRE
 5     BY: GABRIELLE PRITSKER, ESQUIRE
       51 Louisiana Avenue, N.W.
 6     Washington, D.C. 20001
       (202) 879-3939
 7     scottreau@jonesday.com
       gpritsker@jonesday.com
 8     Representing the Defendant,
       Dubai Islamic Bank
 9
10
11
       LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
12     BY: WALEED NASSAR, ESQUIRE
       BY: SUMAYYA KHATIB, ESQUIRE
13     BY: AISHA E.R. BEMBRY, ESQUIRE
       1101 New York Avenue, N.W.
14     Suite 1000
       Washington, DC 20005
15     (202) 833-8900
       waleed.nassar@lbkmlaw.com
16     sumayya.khatib@lbkmlaw.com
       aisha.bembry@lbkmlaw.com
17     Representing the Defendants,
       Muslim World League, the
18     International Islamic Relief
       Organization, and
19     Drs. Turki, Al-Obaid, Naseef and Basha
20
21
22
23
24
```

Page 4

```
 1  APPEARANCES: (Continued)
 2
 3     SALERNO & ROTHSTEIN
       BY: PETER C. SALERNO, ESQUIRE
 4     P.O. Box 456
       Pine Plains, New York 12567
 5     (518) 771-3050
       peter.salerno.law@gmail.com
 6     Representing the Defendant,
       Yassin Kadi
 7
 8
 9     LAW FIRM OF OMAR T. MOHAMMEDI, LLC
       BY: OMAR T. MOHAMMEDI, ESQUIRE
10     233 Broadway
       Suite 820
11     New York, New York 10279
       (212) 725-3846
12     omohammedi@otmlaw.com
       Representing the Defendant,
13     WAMY and WAMY International
14
15
16     GOETZ & ECKLAND P.A.
       BY: FREDERICK J. GOETZ, ESQUIRE
17     615 1st Avenue NE
       Suite 425
18     Minneapolis, Minnesota 55413
       (612) 874-1552
19     fgoetz@goetzeckland.com
       Representing the Defendant,
20     WAMY and WAMY International
21
22
23
24
```

Page 5

```
 1  APPEARANCES: (Continued)
 2
       ALSO PRESENT:
 3
       David Lane, Videographer
 4     Dianne Int-Hout, Trial Technician
 5
 6     Debra Pagan, Paralegal, Kreindler & Kreindler
 7
       Richard Cashon, Paralegal, Motley Rice
 8
 9
10
...
24
```

Page 6

```
 1                    - - -
 2               I N D E X
 3                    - - -
 4    Testimony of:  SHERMAN JACKSON, Ph.D.
 5
 6      By Mr. Eubanks                 10
 7
                      - - -
 8
              E X H I B I T S
 9
                      - - -
10
11  NO.         DESCRIPTION              PAGE
12  Jackson-662  No Bates
                 Notice of Oral Deposition
13               of Sherman Jackson, Ph.D.   12
14  Jackson-663  No Bates
                 Expert Report of Professor
15               Sherman Jackson, Ph.D.   40
16  Jackson-664  No Bates
                 Expert Report of Evan
17               Francois Kohlmann        80
18  Jackson-665  No Bates
                 Expert Report of
19               Dr. Matthew Levitt       87
20  Jackson-666  No Bates
                 National Commission on
21               Terrorist Attacks Upon the
                 United States, Monograph
22               on Terrorist Financing,
                 Staff Report            105
23
24
```

Page 7

```
 1                    - - -
 2              E X H I B I T S
 3                    - - -
 4   NO.        DESCRIPTION              PAGE
 5
     Jackson-667  No Bates
 6                Domestic Terrorism in the
                  Islamic Legal Tradition,
 7                Sherman Jackson, Ph.D.   134
 8   Jackson-668  ISE-SW 1B10/0000413-0427
                  Government Document     235
 9
     Jackson-669  No Bates
10                Muslims, Islamic Law and
                  Public Policy in the
11                United States,
                  Sherman Jackson, Ph.D.   259
12
13
...
24
```

Page 8

```
 1                  - - -
 2        DEPOSITION SUPPORT INDEX
 3                  - - -
 4
 5   Direction to Witness Not to Answer
 6   Page Line   Page Line    Page Line
 7   None
 8
 9
10   Request for Production of Documents
11   Page Line   Page Line    Page Line
12   None
13
14
15   Stipulations
16   Page Line   Page Line    Page Line
17    9    1
18
19
20   Question Marked
21   Page Line   Page Line    Page Line
22   None
23
24
```

Page 9

```
 1                  - - -
 2           (It is hereby stipulated and
 3     agreed by and among counsel that
 4     sealing, filing and certification
 5     are waived; and that all
 6     objections, except as to the form
 7     of the question, will be reserved
 8     until the time of trial.)
 9                  - - -
10           VIDEO TECHNICIAN:  We are
11     now on the record.  My name is
12     David Lane, videographer for
13     Golkow Litigation Services.
14     Today's date is June 2nd, 2021.
15     Our time is 9:02 a.m. Pacific
16     Time.
17           This remote video deposition
18     is being held in the matter of the
19     Terrorist Attacks on September
20     11th, 2001.  Our deponent today is
21     Dr. Sherman Jackson, Ph.D.
22           All parties to this
23     deposition are appearing remotely
24     and have agreed to the witness
```

Page 10

 1  being sworn in remotely.
 2       Due to the nature of remote
 3  reporting, please pause briefly
 4  before speaking so that all
 5  parties are heard completely.
 6       Our counsel will be noted on
 7  the stenographic record.  The
 8  court reporter today is Amanda
 9  Miller and will now swear in the
10  witness.
11       - - -
12       SHERMAN JACKSON, Ph.D.,
13  after having been duly sworn, was
14  examined and testified as follows:
15       - - -
16       VIDEO TECHNICIAN:  Please
17  begin.
18       - - -
19       EXAMINATION
20       - - -
21  BY MR. EUBANKS:
22       Q.   Good morning, Dr. Jackson.
23  My name is John Eubanks, I am one of the
24  attorneys in this litigation for the

Page 11

 1  plaintiffs.  I'm with the law firm of
 2  Motley Rice, based in Mount Pleasant,
 3  South Carolina.
 4       So together with the other
 5  lawyers participating here today and
 6  others not here today, we represent
 7  plaintiffs in the lawsuit brought by
 8  family members who lost loved ones in the
 9  September 11th terrorist attacks,
10  survivors of those attacks and commercial
11  parties that incurred financial losses as
12  a result of the attack.
13       So are you familiar with the
14  litigation just generally?
15       A.   Generally.
16       Q.   Generally.  Okay.
17       Can you please state your
18  full name for the record?
19       A.   Sherman A. Jackson.
20       Q.   And do you go by any other
21  names?
22       A.   Adbul Hakim.
23       MR. EUBANKS:  And I'm going
24  to go ahead and introduce our

Page 12

 1  first exhibit of the day.
 2       And, Amanda, I've already
 3  forgotten what number you said it
 4  was.  662, I believe?
 5       COURT REPORTER:  Correct.
 6       MR. EUBANKS:  I'm going to
 7  introduce Exhibit-662, which is
 8  the notice of deposition that was
 9  served in this case.
10       - - -
11       (Whereupon, Exhibit
12  Jackson-662, No Bates, Notice of
13  Oral Deposition of Sherman
14  Jackson, Ph.D., was marked for
15  identification.)
16       - - -
17       MR. EUBANKS:  We'll just
18  give it a few minutes to have that
19  brought up.
20  BY MR. EUBANKS:
21       Q.   Now, Dr. Jackson, have you
22  seen this document before?
23       A.   Yes, I have.
24       Q.   And you understand that

Page 13

 1  you're here today as -- pursuant to this
 2  notice of deposition to provide
 3  testimony?
 4       A.   That's my understanding.
 5       Q.   Okay.  And are you prepared
 6  to provide testimony today regarding your
 7  expert opinions in this litigation?
 8       A.   Yes, I am.
 9       Q.   And am I correct that you
10  have been hired by the Muslim World
11  League and the International Islamic
12  Relief Organization to provide expert
13  testimony here today?
14       A.   That's not quite my
15  understanding.
16       I'm assuming -- I was asked
17  to do this by Mr. Waleed Nassar and his
18  firm.  And that was the basis upon which
19  I agreed to provide my expert -- my
20  expert testimony.  But I don't know all
21  of the legal backroom other things that
22  go along with the case.
23       Q.   Sure.  Do you, sitting here
24  today, know what parties in this

This Transcript Contains Confidential Material

Page 14

1 litigation that Mr. Nassar represents?
2     A.   Well, generally speaking,
3 yes.  My understanding from the
4 complaint, however, is that there are
5 many of them.  So I could not recall the
6 entire list.
7         But I have a general sense
8 of it.
9     Q.   So is it your understanding
10 that you're here today on behalf of all
11 of the defendants in this litigation that
12 are still in the case?
13    A.   Well, yes.  In the sense
14 that -- I mean, that's our system.  My
15 testimony has to be one side or the
16 other, and that's who I was asked to
17 testify by.  So, yes, in that sense.
18    Q.   Okay.  Have you ever
19 provided testimony in the form of a
20 deposition previously?
21    A.   As an expert witness?
22    Q.   In any circumstances.
23    A.   Not as an expert witness, as
24 a fact witness.

Page 15

1     Q.   Okay.  What were the
2 circumstances of the case where you --
3     A.   That was --
4     Q.   -- were deposed?
5     A.   -- a case that was brought
6 against --
7         MR. NASSAR:  Just let him
8     finish, just for the stenographic
9     record.
10        THE WITNESS:  I'm sorry.
11        MR. NASSAR:  Let him finish
12    and then answer.
13 BY MR. EUBANKS:
14    Q.   Go ahead.  I think -- I
15 think Amanda probably got the entirety of
16 that question.
17        So what were the
18 circumstances of that other case that you
19 were deposed in?
20    A.   That was a case that was
21 brought against the University of
22 Michigan in which I was named.
23    Q.   In what capacity were you
24 named?  Were you the defendant?

Page 16

1     A.   I was one of the -- one of
2 the defendants.
3     Q.   Okay.  And what were the
4 circumstances of the case that caused you
5 to be named as a defendant?
6     A.   There was -- there was a
7 grant that was brought to the university
8 to be administered for the purpose of
9 exchange programs between the University
10 of Michigan and Al-Azhar University in
11 Cairo, Egypt.  And there were some
12 disagreements as to some of the
13 administrative steps that had been taken,
14 and the person who was the contact,
15 through whom the money was brought to the
16 University of Michigan, felt that she was
17 aggrieved and she filed a suit.
18    Q.   And is that the only other
19 case in which you've given deposition
20 testimony?
21    A.   Yes.
22    Q.   So just to give you a little
23 bit of background on the deposition
24 process, even though you've been through

Page 17

1 it once before, it's always good to get a
2 little primer before we get started.
3         So do you understand that
4 this is a formal question-and-answer-type
5 session that would be the same as if we
6 were in a courtroom, we just don't have a
7 judge with us today?
8     A.   Yes.
9     Q.   Okay.  And have you taken
10 any medications today that might impede
11 your ability to provide honest and
12 truthful testimony?
13    A.   No, I have not.
14    Q.   Do you have any medical
15 conditions or physical impairments or
16 other limitations that might impair your
17 ability to testify truthfully and
18 accurately?
19    A.   No, I do not.  Not to my
20 knowledge.
21    Q.   And one thing for the court
22 reporter's benefit.  So Amanda is the
23 court reporter in this case, and she will
24 be writing down everything that each of