# EXHIBIT 8

Page 1

1
2   UNITED STATES DISTRICT COURT
3   SOUTHERN DISTRICT OF NEW YORK
4   Case No. 03-MDL-1570 (GBD) (SN)
5   ------------------------------------x.
6   IN RE: TERRORIST ATTACKS ON
7   SEPTEMBER 11, 2001
8   ------------------------------------x
9              July 7, 2021
10             9:06 a.m.
11
            Videotaped Deposition via Zoom
12  of JIMMY GURULE, pursuant to Notice,
13  before Jineen Pavesi, a Registered
14  Professional Reporter, Registered Merit
15  Reporter, Certified Realtime Reporter and
16  Notary Public of the State of New York.
17
18
19
20
21
22
23
24
25

Page 2

```
 1
 2  A P P E A R A N C E S :
 3  ANDERSON KILL P.C.
       1251 Avenue of the Americas
 4  New York, New York 10020
       Attorneys for Plaintiff O'Neill and
 5     Plaintiffs' Executive Committee
    BY:  JERRY S. GOLDMAN, ESQ.
 6       jgoldman@andersonkill.com
 7
    MOTLEY RICE, LLC
 8  28 Bridgeside Boulevard
    Mount Pleasant, South Carolina 29465
 9     Attorneys for Attorneys for
       Plaintiffs in Burnett Case and
10     Plaintiffs' Executive Committee for
       Personal Injury and Death Claims
11  BY:  JOHN EUBANKS, ESQ.
         jeubanks@motleyrice.com
12       ROBERT T. HAEFELE, ESQ.
         rhaefele@motleyrice.com
13
    KREINDLER & KREINDLER, LLP
14  750 Third Avenue
    New York, New York 10017
15     Attorneys for Plaintiffs' Executive
       Committee
16  BY:  ANDREW J. MALONEY, III, ESQ.
         amaloney@kreindler.com
17
18  LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
       1101 New York Avenue NW, Suite 1000
19  Washington, DC 20005
       Attorneys for Muslim World League and
20     International Islamic Relief
       Organization, Dr. Abdullah Al Turki,
21     Dr. Adnan Basha, Dr. Abdullah Al
       Obaid and Dr. Abdullah Naseef
22  BY:  AISHA BEMBRY, ESQ.
         aisha.bembry@lbkmlaw.com
23       WALEED NASSAR, ESQ.
         waleed.nassar@lbkmlaw.com
24
25
```

Page 3

```
 1
 2  A P P E A R A N C E S (Continued):
 3  BERNABEI & KABAT PLLC
       1400 16th Street NW, Suite 500
 4  Washington, DC 20009
       Attorneys for Dr. Abdullah Al Turki,
 5     Dr. Adnan Basha, Dr. Abdullah Al
       Obaid and Dr. Abdullah Naseef
 6  BY:  ALAN KABAT, ESQ.
         kabat@bernabeipllc.com
 7
 8  JONES DAY
       51 Louisiana Avenue NW
 9  Washington, DC 20001
       Attorneys for Dubai Islamic Bank
10  BY:  GABRIELLE PRITSKER, ESQ.
         gpritsker@jonesday.com
11       ERIC SNYDER, ESQ.
         esnyder@jonesday.com
12
13  OMAR T. MOHAMMEDI LLC
       233 Broadway, Suite 820
14  New York, New York 10279-0815
       Attorneys for World Assembly of
15     Muslim Youth
    BY:  JILL MANDELL, ESQ.
16       jmandell@otmlaw.com
17
    SALERNO & ROTHSTEIN
18  221 Schultz Hill Road
    Pine Plains, New York 12567
19     Attorneys for Yassin Kadi
    BY:  AMY ROTHSTEIN, ESQ.
20       amyrothsteinlaw@gmail.com
21
22  ALSO PRESENT:
       KEN WILLIAMSON, The Video Technician
23  MICHAEL TOTH, Veritext Concierge Tech
24
25
```

Page 4

 1
 2             S T I P U L A T I O N S
 3
 4        IT IS HEREBY STIPULATED AND AGREED by
 5  and between the Attorneys for the
 6  respective parties hereto that filing and
 7  sealing be and the same are hereby waived.
 8        IT IS FURTHER STIPULATED AND AGREED
 9  that all objections except as to the form
10  of the question, shall be reserved to the
11  time of the trial.
12        IT IS FURTHER STIPULATED AND AGREED
13  that the within examination may be signed
14  and sworn to before any notary public with
15  the same force and effect as though signed
16  and sworn to before this Court.
17
18
19
20
21
22
23
24
25

Page 5

 1
 2        THE VIDEO TECHNICIAN: Good
 3  morning, we're on the record at 9:06 a.m.
 4  on July 7, 2021.
 5        This is media unit 1 of the
 6  video recorded deposition of Professor
 7  Jimmy Gurule taken by counsel for
 8  defendant In re Terrorist Attacks on
 9  September 11, 2021, filed in the U.S.
10  District Court, Southern District of New
11  York, Case No. 03-MDL-1570 (GBD) (SN).
12        This deposition is being held
13  on-line as a zoom video conference with
14  all parties appearing remotely.
15        My name is Thomas Devine from
16  the firm Veritext New York and I am the
17  videographer; the court reporter is Jineen
18  Pavesi, also with Veritext New York.
19        I am not authorized to
20  administer an oath, I am not related to
21  any party in this action, nor am I
22  financially interested in the outcome.
23        Counsel appearing remotely will
24  have their appearances noted on the
25  stenographic record.

2 (Pages 2 - 5)

### Page 6

1
2     MS. BEMBRY: Good morning, my
3 name is Aisha Bembry with the law firm of
4 Lewis Baach Kaufmann Middlemiss and I
5 represent defendants Muslim World League
6 and International Islamic Relief
7 Organization and a number of former
8 secretary generals of those two charities.
9     MR. EUBANKS: My name is John
10 Eubanks, I am representing plaintiffs in
11 the Burnett action, but also on behalf of
12 the Plaintiffs Executive Committees today
13 defending the witness.
14 J I M M Y   G U R U L E,
15 having first been duly sworn by a Notary
16 Public of the State of New York, was
17 examined and testified as follows:
18 EXAMINATION BY
19 MS. BEMBRY:
20   Q.   Good morning again, Professor
21 Gurule, how are you this morning?
22   A.   I'm fine, how are you.
23   Q.   Good, thanks.
24        Can you state your full name
25 for the record, please.

### Page 7

1            GURULE
2   A.   My name is Jimmy, J-I-M-M-Y,
3 Gurule, G-U-R-U-L-E.
4   Q.   And I asked before we got on
5 the record, is it okay if I refer to you
6 as Professor Gurule?
7   A.   Yes.
8   Q.   Okay, thank you.
9        You've been deposed before, is
10 that right?
11  A.   Yes.
12  Q.   So I just want to, since you
13 have been through this before, I just want
14 to go through a few things.
15       As you know, I'll be asking you
16 a number of questions today; I would just
17 ask that before you answer my question,
18 that you just let me finish asking my
19 question, is that okay with you?
20  A.   Certainly.
21  Q.   And likewise, I will try to
22 remember to let you finish your answer
23 before I move on to the next question.
24       And if you don't understand a
25 question I ask, if you could ask me to

### Page 8

1            GURULE
2 clarify or let me know that you don't
3 understand the question, I would
4 appreciate that, is that okay?
5   A.   Yes, I will do that.
6   Q.   So if you answer a question, is
7 it understood that you understood the
8 question that I asked, is that fair to
9 say?
10  A.   Yes.
11  Q.   Okay.
12       Did you take any medication
13 today that would impact your ability to
14 provide truthful testimony here today?
15  A.   No.
16  Q.   And where are you presently
17 located?
18  A.   I'm located in South Bend,
19 Indiana, on the campus of Notre Dame Law
20 School.
21  Q.   Are you in your office?
22  A.   Yes.
23  Q.   Is anyone in your office with
24 you?
25  A.   Yes, Ed Marshall is in the

### Page 9

1            GURULE
2 office, he is one of our IT staff and I
3 had asked him if he would stay in the room
4 just to make sure that there are no
5 technical difficulties.
6        I was particularly concerned
7 about viewing any exhibits and making sure
8 that there were no glitches or problems in
9 being able to do that.
10  Q.   Is he assisting you in any way
11 in terms of the substance of your
12 testimony?
13  A.   Oh, no, not at all.
14  Q.   Do you have a copy of your
15 report in front of you?
16  A.   I do have a copy, yes.
17  Q.   Do you have any other documents
18 there in front of you?
19  A.   There are other documents, not
20 in front of me, no; I have documents on my
21 desk, but not in front of me.
22  Q.   Any other documents that you're
23 planning to use for purposes of your
24 deposition today?
25  A.   No.

3 (Pages 6 - 9)

|                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                     |
|---|---|
| Page 10<br>1      GURULE<br>2   Q.   Just a couple of other ground<br>3   rules that I wanted to mention.<br>4         I do plan to try to take breaks<br>5   every hour and 15, maybe hour and a half.<br>6         If at any time you need a<br>7   break, please feel free to let me know, is<br>8   that okay?<br>9   A.   Yes, thank you.<br>10  Q.   I would just ask that if you do<br>11  want to take a break, if there is a<br>12  question pending, that you answer that<br>13  question before we take the break.<br>14  A.   Of course.<br>15  Q.   And Mr. Eubanks who is here<br>16  defending your deposition may have an<br>17  objection from time to time, you<br>18  understand that?<br>19  A.   Yes.<br>20  Q.   And unless he instructs you not<br>21  to answer, I would ask that you answer the<br>22  question that I asked, is that fair?<br>23  A.   I understand, yes.<br>24  Q.   You are aware, are you not,<br>25  that the 9/11 civil litigation involves a | Page 12<br>1      GURULE<br>2   ago.<br>3   Q.   And I believe that I've seen in<br>4   documents provided by plaintiffs' counsel<br>5   that you prepared either a declaration or<br>6   an affidavit in 2010, is that correct?<br>7   A.   Yes.<br>8   Q.   And was that the purpose of<br>9   that interaction in that first meeting<br>10  that you referred to in 2010?<br>11  A.   Yes.<br>12  Q.   Do you recall in general terms<br>13  the substance of that declaration or<br>14  affidavit?<br>15  A.   No, not exactly, no.<br>16  Q.   Do you recall whether there<br>17  were more than one declaration?<br>18  A.   I think there were two, two<br>19  declarations that I provided in 2010.<br>20  Q.   Other than declarations that<br>21  were provided in 2010 or thereabouts, what<br>22  other involvement have you had in the 9/11<br>23  Multi-District Litigation prior to<br>24  providing the report that you signed and<br>25  authored in February of this year? |
| Page 11<br>1      GURULE<br>2   number of cases that have been<br>3   consolidated for purposes of discovery in<br>4   Multi-District Litigation pending in the<br>5   Southern District of New York, are you<br>6   aware of that?<br>7   A.   Yes.<br>8   Q.   And when did you first become<br>9   involved in the 9/11 Multi-District<br>10  Litigation?<br>11        MR. EUBANKS:  Object to form.<br>12  A.   I believe as early as 2010.<br>13  Q.   Do you remember who contacted<br>14  you back in 2010?<br>15  A.   I am not absolutely sure, I<br>16  believe it was Robert Haefele.<br>17  Q.   And did you have a conversation<br>18  with Mr. Haefele or did you have a meeting<br>19  in that first interaction in 2010?<br>20  A.   It would have been a telephone<br>21  call.<br>22  Q.   And do you remember how long<br>23  the conversation lasted in that first<br>24  call?<br>25  A.   No, I don't, it was a long time | Page 13<br>1      GURULE<br>2   A.   I believe those were the only<br>3   interactions that I had or the only work<br>4   that I've done on the 9/11 case.<br>5         MS. BEMBRY:  I'd like to mark,<br>6   it is document B in our queue, but I would<br>7   like to mark that document as the next<br>8   exhibit, which I believe is 2031.<br>9         (Gurule Exhibit 2031, billing<br>10  statement dated April 2010, was marked for<br>11  identification, as of this date.)<br>12        MS. BEMBRY:  If we can mark<br>13  that and pull it up for Professor Gurule.<br>14        (Pause.)<br>15  Q.   Professor Gurule, if you can<br>16  take a moment and just flip through these<br>17  pages, I believe there are maybe four or<br>18  five pages, and when you're done, just let<br>19  me know and I will begin my questioning.<br>20  A.   What appears on my screen right<br>21  now is a billing statement.<br>22  Q.   Do you recognize -- we'll<br>23  start with the first page -- do you<br>24  recognize this as a billing statement that<br>25  you provided in April of 2010? |

4 (Pages 10 - 13)