# EXHIBIT 13

This Transcript Contains Confidential Material

```
 1               UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF NEW YORK
 2
 3     IN RE: TERRORIST ATTACKS    )  03-MDL-1570 (GBD) (SN)
       ON SEPTEMBER 11, 2001       )
 4                                 )
 5
 6
 7

                            —— —— ——
 8
                      Tuesday, July 13, 2021
 9                        —— —— ——
10              THIS TRANSCRIPT CONTAINS
                   CONFIDENTIAL MATERIAL
11                        —— —— ——
12
13       Remote video-recorded deposition of JONATHAN M.
       WINER, held at the location of the witness,
14     commencing at 10:04 a.m., on the above date, before
       Debra A. Dibble, Certified Court Reporter,
15     Registered Diplomate Reporter, Certified Realtime
       Captioner, Certified Realtime Reporter and Notary
16     Public.
17
                            —— —— ——
18
19
20
21
22
23
                 GOLKOW LITIGATION SERVICES
24            877.370.DEPS | fax 917.591.5672
                     deps@golkow.com
25
```

This Transcript Contains Confidential Material

```
 1   REMOTE APPEARANCES:
 2
          LAW FIRM OF OMAR T. MOHAMMEDI, LLC
 3        BY:  OMAR T. MOHAMMEDI, ESQUIRE
               omohammedi@otmlaw.com
 4             JILL L. MANDELL, ESQUIRE
               jmandell@otmlaw.com
 5        Woolworth Building
          233 Broadway, Suite 820
 6        New York, New York 10279
          (212) 725-3846
 7        Counsel for World Assembly of Muslim Youth
 8
 9        GOETZ & ECKLAND P.A.
          BY:  FREDERICK J. GOETZ, ESQUIRE
10             fgoetz@goetzeckland.com
          Banks Building
11        615 1st Avenue NE, Suite 425
          Minneapolis, Minnesota 55413
12        (612) 874-1552
          Counsel for World Assembly for
13        Muslim Youth
14
          KREINDLER & KREINDLER LLP
15        BY:  ANDREW J. MALONEY, ESQUIRE
               amaloney@kreindler.com
16        485 Lexington Avenue, 28th Floor
          New York, New York 10017
17        (212) 687-8181
          Counsel for Plaintiffs' Executive
18        Committee and the Ashton plaintiffs
19
          COZEN O'CONNOR
20        BY:  SEAN P. CARTER, ESQUIRE
               scarter1@cozen.com
21             J. SCOTT TARBUTTON, ESQUIRE
               starbutton@cozen.com
22        One Liberty Place
          1650 Market Street
23        Philadelphia, Pennsylvania 19103
          (800) 523-2900
24        Counsel for Plaintiffs' Executive
          Committee and the Federal Insurance
25        plaintiffs
```

This Transcript Contains Confidential Material

```
 1
      REMOTE APPEARANCES:
 2
 3          MOTLEY RICE
            BY:   ROBERT HAEFELE, ESQUIRE
 4                rhaefele@motleyrice.com
                  C. ROSS HEYL, ESQUIRE
 5                rheyl@motleyrice.com
                  JOHN M. EUBANKS, ESQUIRE
 6                jeubanks@motleyrice.com
                  JODI FLOWERS, ESQUIRE
 7                jflowers@motleyrice.com
            28 Bridgeside Blvd.
 8          Mt. Pleasant, South Carolina 29464
            (843) 216-9184
 9          Counsel for Plaintiffs' Executive
            Committee and Brunett plaintiffs
10
11          ALFAHAD & PARTNERS
            BY:   ABDULAZIZ AL FAHAD, ESQUIRE
12                alfahad@fahadlaw.com
            Riyadh, Saudi Arabia
13          Counsel for Kingdom of Saudi Arabia
14
            LEWIS BAACH KAUFMAN MIDDLEMISS PLLC
15          BY:   WALEED NASSAR, ESQUIRE
                  waleed.nassar@lbkmlaw.com
16                SUMAYYA KHATIB, ESQUIRE
                  sumayya.khatib@lbkmlaw.com
17                AISHA E.R. BEMBRY, ESQUIRE
                  aisha.bembry@lbkmlaw.com
18                ERIC L. LEWIS, ESQUIRE
                  eric.lewis@lbkmlaw.com
19          1101 New York Avenue, N.W.
            Suite 1000
20          Washington, D.C. 20005
            (202) 833-8900
21          Counsel for the Muslim World League
            and the International Islamic Relief
22          Organization.
23
24
25
```

This Transcript Contains Confidential Material

```
 1
    REMOTE APPEARANCES:
 2
 3       JONES DAY
         BY:  STEVE COTTREAU, ESQUIRE
 4           scottreau@jonesday.com
             ERIC SNYDER, ESQUIRE
 5           esnyder@jonesday.com
             GABRIELLE PRITSKER, ESQUIRE
 6           gpritsker@jonesday.com
             AUDREY A. BECK, ESQUIRE
 7           abeck@jonesday.com
             C. KEVIN MARSHALL, ESQUIRE
 8           kmarshall@jonesday.com (DAY 2
         ONLY)
 9       51 Louisiana Avenue, N.W.
         Washington, D.C. 20001
10       (202) 879-3939
         Counsel for Dubai Islamic Bank
11
12       BERNABEI & KABAT PLLC
         BY:  ALAN KABAT, ESQUIRE
13           kabat@bernabeipllc.com
         1400 16th Street NW
14       Suite 500
         Washington DC 20036
15       (202) 745-1942
         Counsel for Dr. Abdullah al Turki,
16       Dr. Abdullah Al Obais, Dr. Abdullah
         Naseef, and Dr. Adnan Basha
17
18       SALERNO & ROTHSTEIN
         BY:  AMY ROTHSTEIN, ESQUIRE
19           amyrothsteinlaw@gmail.com
         P.O. Box 456
20       Pine Plains, New York 12567
         (518) 771-3050
21       Counsel for Yassin Kadi
22
23
24
25
```

This Transcript Contains Confidential Material

1

    ALSO PRESENT:

2

        RICHARD CASHON, SENIOR PARALEGAL

3       MANAGER, MOTLEY RICE

4

5   TRIAL TECHNICIAN:

6       BRIAN FRONZAGLIA

        GOLKOW LITIGATION SERVICES

7

8   VIDEOGRAPHER:

9       DAVID LANE

        GOLKOW LITIGATION SERVICES

10

                    — — —

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

This Transcript Contains Confidential Material

```
 1                      INDEX

 2

 3    APPEARANCES                              2

 4    PROCEEDINGS                             13

 5

 6    EXAMINATION OF JONATHAN M. WINER:

 7

 8    CERTIFICATE                            339

 9    ERRATA                                 341

10    ACKNOWLEDGMENT OF DEPONENT             342

11    LAWYER'S NOTES                         343

12

13

14

15

16

17

18

19

20

21

22

23

24
```

This Transcript Contains Confidential Material

```
 1                    DEPOSITION EXHIBITS

 2      NUMBER              DESCRIPTION            PAGE

 3      Exhibit 895    Notice of Deposition of      16

 4                     Jonathan M. Winer

 5      Exhibit 896    Expert Report of             19

 6                     Jonathan M. Winer

 7      Exhibit 897    Rebuttal Report of           19

 8                     Jonathan M. Winer

 9      Exhibit 898    Invoices                     24

10      Exhibit 899    Jonathan Winer -             39

11                     Reliance Material Chart

12      Exhibit 900    McDonald and Dickson v       65

13                     TD Bank citation

14      Exhibit 901    Gill v Arab Bank             68

15                     Memorandum and Order

16      Exhibit 902    Cheap Flights to Nigeria     85

17      Exhibit 903    DRAFT transcript of          97

18                     McDonald v TD Bank

19                     hearing

20      Exhibit 904    Jonathan M. Winer resume    101

21      Exhibit 905    Browder lawyer Jonathan     110

22                     Winer files perjured

23                     claims in Hermitage

24                     court case
```

| 1 | Exhibit 906 | Money Laundering Alert | 112 |
|---|---|---|---|
| 2 | Exhibit 907 | The 9/11 Commission | 142 |
| 3 | | Report | |
| 4 | Exhibit 908 | Letters From Bin Laden, | 152 |
| 5 | | Date: 12 April 1994 to 7 | |
| 6 | | May 1998 | |
| 7 | Exhibit 909 | Monograph on Terrorist | 166 |
| 8 | | Financing - Staff Report | |
| 9 | | to the Commission | |
| 10 | Exhibit 910 | Summary of | 192 |
| 11 | | Administrative Review | |
| 12 | | Board Proceedings for | |
| 13 | | ISN 940 | |
| 14 | Exhibit 911 | Declaration of Colonel | 206 |
| 15 | | Lawrence B. Wilkerson | |
| 16 | | (Ret.) | |
| 17 | Exhibit 912 | Terrorism Financing | 208 |
| 18 | | Hearing 2003 video clip | |
| 19 | Exhibit 913 | WAMY International, Inc. | 217 |
| 20 | | 2021 Annual Report | |
| 21 | Exhibit 914 | Minutes of the Seventh | 225 |
| 22 | | Meeting of the | |
| 23 | | Benevolence Committee's | |
| 24 | | Supervisory Council | |

This Transcript Contains Confidential Material

1    Exhibit 915    2-23-1993 letter to Adel      230

2                   Batterjee

3    Exhibit 916    5-11-1993 letter to           231

4                   Salman bin Abdulaziz

5    Exhibit 917    6-14-1996 Minutes of          232

6                   Islamic Benevolence

7                   Committee dissolution

8                   and merging with World

9                   Assembly of Muslim Youth

10   Exhibit 918    8-18-1997 letter to Your      234

11                  Eminence the Secretary

12                  General of the World

13                  Assembly of Islamic

14                  Youth

15   Exhibit 919    United States v. Enaam        240

16                  M. Arnaout Memorandum

17                  Opinion and Order

18   Exhibit 920    UAA v Arnaout                 244

19                  Defendant's Sentencing

20                  Memorandum

21   Exhibit 921    USA v. Arnaout Plea           248

22                  Agreement

23   Exhibit 922    U.S. v. Arnaout 282 F.2d      248

24                  838 (2003)

This Transcript Contains Confidential Material

| 1  | Exhibit 923 | U.S. v. Arnaout 431         | 251 |
| 2  |             | F.Supp.3d 994 (2005)        |     |
| 3  | Exhibit 924 | The Bookseller, Why CUP     | 260 |
| 4  |             | acted responsibly           |     |
| 5  | Exhibit 925 | Letter to Ayman             | 263 |
| 6  |             | Al-Taher, Subj: Notice      |     |
| 7  |             | of Intention to Revoke      |     |
| 8  |             | the World Assembly of       |     |
| 9  |             | Muslim Youth,               |     |
| 10 |             | FED-PEC0218170-218203       |     |
| 11 | Exhibit 926 | Declaration of Mohammed     | 266 |
| 12 |             | Al Khatib                   |     |
| 13 | Exhibit 927 | Declaration of Ibrahim      | 267 |
| 14 |             | Sulayman Abdullah           |     |
| 15 | Exhibit 928 | 4-20-201 fax with           | 268 |
| 16 |             | attachment letter to Dr.    |     |
| 17 |             | Saleh Bin Ibrahim Babaer    |     |
| 18 | Exhibit 929 | 10-21-2019 excerpts from    | 270 |
| 19 |             | the transcript of           |     |
| 20 |             | Ibrahim Abdullah, Ph.D.     |     |
| 21 | Exhibit 930 | World Assembly of Muslim    | 272 |
| 22 |             | Youth T20 Auditor's         |     |
| 23 |             | Report                      |     |
| 24 |             |                             |     |

This Transcript Contains Confidential Material

| | | | |
|---|---|---|---|
| 1 | Exhibit 931 | Statistical Report for | 291 |
| 2 | | Documents by Branch | |
| 3 | | Office | |
| 4 | Exhibit 932 | WAMY's Responses to | 292 |
| 5 | | Plaintiffs' Exhibit 15 | |
| 6 | Exhibit 933 | International Standard | 304 |
| 7 | | on Auditing 580 Written | |
| 8 | | Representations | |
| 9 | Exhibit 934 | World Assembly of Muslim | 315 |
| 10 | | Youth - Pakistan Office, | |
| 11 | | Accounts for the Year | |
| 12 | | Ended 30 Zulhijjah 1422 | |
| 13 | | Hijrah | |
| 14 | Exhibit 935 | Defendants World | |
| 15 | | Assembly of Muslim Youth | |
| 16 | | Saudi Arabia and World | |
| 17 | | Assembly of Muslim Youth | |
| 18 | | International Memorandum | |
| 19 | | of Law in Support of | |
| 20 | | Motion for | |
| 21 | | Reconsideration of | |
| 22 | | Section IV of The | |
| 23 | | Court's Motion to Compel | |
| 24 | | Ruling | |

This Transcript Contains Confidential Material

```
 1    Exhibit 936    In Re: Terrorist Attacks    331

 2                   on September 11, 2001

 3                   Opinion and Order

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

This Transcript Contains Confidential Material

```
 1                  ------------

 2                P R O C E E D I N G S

 3           July 13, 2021, 10:04 a.m. EDT

 4                  ------------.

 5                THE VIDEOGRAPHER:  We are now on the

 6        record.  My name is David Lane.  I'm the

 7        videographer for Golkow Litigation Services.

 8        Today's date is July 13, 2021, and our time is

 9        10:04 a.m. Eastern Standard Time.

10                This remote video deposition is being

11        held in the matter of the terrorist attacks on

12        September 11th, 2001.  Our deponent today is

13        John Winer.  All parties to this deposition

14        are appearing remotely and have agreed to the

15        witness being sworn in remotely.  Due to the

16        nature of remote reporting, please pause

17        briefly before speaking so that all the

18        parties can be heard completely.

19                Our court reporter today is Debbie

20        Dibble, and will now swear in our witness.

21                  ------------

22                JONATHAN M. WINER,

23                having been duly sworn,

24                testified as follows:

25                  EXAMINATION
```

This Transcript Contains Confidential Material

```
 1         Q.    (BY MR. MOHAMMEDI)  good morning,

 2   Mr. Winer.

 3               Can you just tell me your name, full

 4   name?

 5         A.    My full name?

 6         Q.    Can you mention your full name for me?

 7         A.    Yes, my full name is Jonathan Manuel

 8   Winer.

 9         Q.    And what is your age?

10         A.    I'm 67.

11         Q.    And date of birth?

12         A.    June 21st, 1954.

13         Q.    Have you ever been deposed before this

14   deposition before?

15         A.    Yes.

16         Q.    Have you ever testified in court before?

17         A.    Yes.

18         Q.    You understand that you are testifying

19   under penalty of perjury; correct?

20         A.    Yes.

21         Q.    And you know that if you answer any of my

22   questions, it will have to be verbal; correct?

23         A.    I could not hear you.

24         Q.    Any of your answers will have to be

25   verbal.  Yes and no.
```

This Transcript Contains Confidential Material

```
 1        A.    Yes.

 2        Q.    So would you be able to ask me if you

 3   don't understand anything in my questions?

 4        A.    Yes.

 5        Q.    Because if you don't let me know, I

 6   assume you understand the question.  Correct?

 7        A.    Yes.

 8        Q.    Anything about today that makes it a bad

 9   day to testify?

10        A.    No.

11        Q.    Ever been involved in litigation or any

12   court action before as a party?

13        A.    As a party.  Yes.

14        Q.    Can you explain, were you a defendant or

15   were you a plaintiff?

16        A.    I was plaintiff.

17        Q.    What type of case?

18        A.    Divorce.

19        Q.    I really cannot hear you very well, so if

20   you could keep up your voice, that would be great.

21        A.    Divorce.

22        Q.    Have you ever been deposed before as an

23   expert?

24        A.    Yes.

25        Q.    How many times?
```

This Transcript Contains Confidential Material

```
1       A.      I'm not sure.

2       Q.      Approximately.

3       A.      A couple.  Perhaps two, three, four.

4       Q.      And when did that start, do you know?

5               When did you start being -- either

6   testifying in court as an expert, the date.  Do you

7   have any time?

8       A.      It would have been in the 00s, 2002 or

9   '3, roughly.

10      Q.      So since 2002 to today you have testified

11  before the court two or three times?

12      A.      Let me think for a minute, please.

13      Q.      Sure.

14              MR. HAEFELE:  Object to the form.

15      A.      Twice that I can think of before a judge.

16      Q.      (BY MR. MOHAMMEDI)  Twice.  Okay.  Can we

17  enter into exhibit 1 that is your -- that we sent to

18  you?  I'm not sure exactly the number that we want

19  to start from.

20              (Winer Deposition Exhibit 895, Notice

21               of Deposition of Jonathan M. Winer,

22               was marked for identification.)

23      Q.      (BY MR. MOHAMMEDI)  Great.  That's good.

24              Mr. Winer, have you seen this document?

25      A.      I'm not sure.
```

This Transcript Contains Confidential Material

```
 1      Q.   (BY MR. MOHAMMEDI)  Did they submit

 2   reliance material, did they?

 3               John Marks would submit his reliance

 4   material.  Did you --

 5               MR. HAEFELE:  Object to the form.

 6      Q.   (BY MR. MOHAMMEDI)  Did you review the

 7   reliance materials that John Marks submitted in his

 8   report?

 9               MR. HAEFELE:  Objection to form,

10    foundation.

11      A.   I reviewed all the audit material that

12   was made available to me, and my conclusions about

13   that audit material were provided in my rebuttal

14   report.

15      Q.   (BY MR. MOHAMMEDI)  And is that fair to

16   say, based on his statement in his report?

17      A.   I looked at the statements in his report.

18   I looked at the audit material.  I asked if there

19   was any additional audit material, and I expressed

20   my concern that there was a lot of material that was

21   still missing.

22      Q.   Okay.  Which questions relating to the

23   involvement of charities in international terrorism

24   finance in the period leading up to 9/11 attacks

25   were you asked to opine on?
```

This Transcript Contains Confidential Material

1          This is -- as a matter of fact, this is a

2    question you pose at the beginning of each numbered

3    section in your report.

4               MR. HAEFELE:  Objection to form.

5     A.    Speaking generally, and I can't speak

6    with more precision than this, the sections four

7    through 18 reflected the questions that I was asked

8    to provide my opinion on.

9          And I did my best to do that.

10    Q.    (BY MR. MOHAMMEDI)  So do those questions

11    form the scope of you will be giving an opinion.

12    Where does call for your opinion?

13    A.    Yes.

14    Q.    They will discover your opinion.  Okay.

15          Who assigned you the topics?

16    A.    Motley Rice.  Mr. Haefele.

17    Q.    Okay.  Did you write about any topics

18    that were not assigned to you?

19               MR. HAEFELE:  Objection to form.

20          Don't answer that question.  You're getting

21          into communications that are beyond what we've

22          agreed that -- the parties have agreed --

23               MR. MOHAMMEDI:  I'm not asking him to

24          give me information, I'm asking him to say

25          "yes" or "no."  The question is "yes" or "no."

This Transcript Contains Confidential Material

```
 1              MR. HAEFELE:  I'm instructing him not
 2        to answer questions that relate to the
 3        communications that he's had with counsel for
 4        the plaintiffs.
 5              MR. MOHAMMEDI:  Robert, I am not
 6        going into the question of communication, I'm
 7        asking him --
 8              MR. HAEFELE:  You just asked him --
 9              MR. MOHAMMEDI:  If he relied, if he
10        express opinion that were not assigned to him.
11        And the question -- the answer, he just "yes"
12        or "no."
13              MR. HAEFELE:  All right.  So the
14        question, just so we're clear, the question is
15        did you answer any questions that were not
16        posed to you?
17        A.   No.  If that's the question, the answer
18   is no.
19        Q.   (BY MR. MOHAMMEDI)  Okay.  So are all of
20   the opinions you expect to provide in this case set
21   forth in your affirmative and rebuttal reports?
22        A.   Those are the questions that I've been
23   asked and those are the responses I've given, that's
24   correct.
25        Q.   And I think the question is a little
```

This Transcript Contains Confidential Material

```
 1   different.  Are all of the opinions you provide in

 2   this case were set forth in your affirmative report

 3   as well as your rebuttal report?

 4                MR. HAEFELE:  Objection to form.

 5        A.    I reserved the right in both reports to

 6   provide additional responses as appropriate based on

 7   additional information that I learn.  And I

 8   maintained that in, I believe, some formulation of

 9   that in each of the reports.

10        Q.    (BY MR. MOHAMMEDI)  Okay.  I'm talking

11   about your submission of the report.  Those opinions

12   are really the opinions that you express within your

13   report at the time of submission of your report and

14   your rebuttal report; correct?

15                MR. HAEFELE:  Objection to form.

16        A.    Yes.

17        Q.    (BY MR. MOHAMMEDI)  What areas are you

18   testifying as an expert in this case?

19                MR. HAEFELE:  Objection, form.

20        A.    You're asking me to recapitulate the

21   areas that I'm testifying about?

22        Q.    (BY MR. MOHAMMEDI)  Yes.  Yes.

23        A.    Al-Qaeda and its funding needs pre-9/11;

24   Saudi Arabia as a source of funds for al-Qaeda

25   terrorism to 9/11; charities as a source of funds
```

This Transcript Contains Confidential Material

```
 1    very different, as well as a number of statements

 2    and other information.

 3              Charities like the Canada charity are at

 4    minimum at risk of losing, immediately, their

 5    accreditation as a charity if they declare any

 6    purpose that is outside the legitimate purpose of a

 7    charity.  Terrorism is not a legitimate purpose of a

 8    charity anywhere.  And since terrorism is not a

 9    legitimate purpose --

10       Q.    You are --

11       A.    -- charities are not going to be in a

12    position that they're engaged in supporting

13    terrorism.

14       Q.    So you are equating -- you are equating

15    lack of transparency, right, of a charity's record

16    to terrorism; correct?  Is that what you are doing?

17              MR. HAEFELE:  Objection to form.

18       A.    No, that's not correct.

19       Q.    (BY MR. MOHAMMEDI)  That's exactly what

20    you're doing.

21              MR. HAEFELE:  Objection to form,

22       argumentative.

23       Q.    (BY MR. MOHAMMEDI)  Let me ask you

24    another question.  Was TWRA designated?

25       A.    I beg your pardon?
```

This Transcript Contains Confidential Material

```
 1      Q.    Was TWRA designated?

 2      A.    I believe it was out of business by the

 3  time --

 4      Q.    My question, was it designated?

 5            MR. HAEFELE:  Objection to form,

 6       misleading.

 7      A.    TWRA has not been designated by the

 8  United States government or by the UN as providing

 9  terrorist finance.

10            MR. MOHAMMEDI:  Okay.  Can we take

11       five minutes' break, please?

12            THE VIDEOGRAPHER:  We are going to go

13       off the record at 6:40 p.m.

14            (Recess taken, 6:40 p.m. to

15            6:54 p.m. EDT)

16            THE VIDEOGRAPHER:  Back on record at

17       6:54 p.m.

18            MR. HAEFELE:  6:54, David?

19            Before we went off, there was an

20       exchange where the witness got cut off in his

21       answer.  The question was, my question was --

22       quote:  My question, was it designated -- the

23       witness was TWR designated?  I believe it was

24       out of business by that time is the answer.

25       He got cut off again by Mr. Mohammedi when he
```

This Transcript Contains Confidential Material

1          was saying:  My question wasn't designated.

2          And I think that Mr. Winer has indicated --

3               You know, I read the transcript and

4          it's clear that he was cut off.  I think

5          Mr. Winer needs to finish answering that

6          question.

7               MR. MOHAMMEDI:  Just for the record,

8          I was -- my question was if TWRA was

9          designated and I was asking the question.

10              MR. HAEFELE:  And he was answering

11         the question when you cut him off.

12    A.    It was out of business at the time the

13    U.S. was designating charities for terrorist

14    finance, so it could not be designated or would not

15    be designated because it was no longer in operation

16    at that time.  It was the same issue with the Rabita

17    Trust.  Rabita Trust.

18    Q.    (BY MR. MOHAMMEDI)  Is TWRA, can you

19    just -- sorry, strike that.

20          Do you have any facts to show that TWRA

21    gave any material support to 9/11?

22              MR. HAEFELE:  And just so I'm clear,

23         Omar, are you saying TWRI or --

24              MR. MOHAMMEDI:  TWRA.

25              MR. HAEFELE:  The last letter is A.

This Transcript Contains Confidential Material

```
 1                  MR. MOHAMMEDI:  A.

 2        A.    I didn't hear the last part of the

 3   sentence.  Please repeat it.

 4        Q.    (BY MR. MOHAMMEDI)  Does TWRA have any

 5   connection for support to 9/11?  Did it have any

 6   support?

 7                  MR. HAEFELE:  Object to the form.

 8        A.    It depends on how you define 9/11.  If

 9   you're saying did it have any connection to the

10   $500,000 provided for the immediate logistics for

11   9/11, certainly not.

12                  As part of the array of charities that

13   provided military support for combatants, in the

14   name of Islam, in the -- what I call the ABC wars,

15   Afghanistan, Bosnia, Chechnya, it was not limited to

16   that.  The answer is I believe it did provide

17   material support for the training of the Islamic

18   resistance, which was in turn part of what al-Qaeda

19   relied on as part of the chain of events that led to

20   9/11.

21        Q.    (BY MR. MOHAMMEDI)  And you are basing

22   this statement on a Bosnian war where the Bosniaks

23   were subjected to genocide; correct?

24                  MR. HAEFELE:  Objection to the form.

25        A.    The Bosniaks were not the only group that
```

This Transcript Contains Confidential Material

```
 1    your report, and it's Exhibit 899, which I think was

 2    marked yesterday.  But it's also at the end of your

 3    report, page 15.  I want to direct your attention to

 4    an item on page 15 and two items on page 16.

 5              It states in the reliance chart that you

 6    rely on July 12th, 1999 letter from the main

 7    regional office of the IITO -- I assume that's a

 8    typo -- in Peshawar, Pakistan.

 9              And then I direct your attention on

10    page 16 to a March 20, 2000 letter from the general

11    director of the MWL's branch office in Pakistan, and

12    the May 13th, 1999 letter from the main regional

13    office of the IIRO in Pakistan.

14              Sir, are you aware that those three

15    documents were excluded from the case by court order

16    because of questions raised with respect to their

17    provenance and authenticity?

18              MR. HAEFELE:  Objection.  Eric, we've

19         covered this in the previous depositions.

20         We've covered this.  These are not documents

21         that any of our experts are using.

22              MR. LEWIS:  Please don't answer the

23         question.  I'm just trying to establish it was

24         a record.  It's in his list.

25              MR. HAEFELE:  But it's misleading
```

This Transcript Contains Confidential Material

```
 1        because all of the defendants' counsel have

 2        all understood and recognized and we've had

 3        this dialogue, and it's misleading to go down

 4        this path to make a supposition that doesn't

 5        exist.

 6                MR. NASSAR:  Robert, this is Waleed

 7        Nassar.  It's absolutely not misleading.  We

 8        asked for a stipulation on this, you did not

 9        provide it, and so we have to ask every one of

10        your experts, as we told you we would.  It is

11        absolutely not misleading.

12                MR. HAEFELE:  But we've made the

13        representation to you that none of them are

14        relying upon those particular documents.

15                MR. LEWIS:  I've got a document from

16        a witness that says he is.  If he didn't, he

17        can say so.  I don't need your testimony --

18                MR. HAEFELE:  No, you have a document

19        from the witness that basically we put

20        together, like all of your defense experts

21        have had your reliance documents considered

22        list put together by you, that indicates that

23        this is among the documents that we provided

24        that -- the witness, and it is because it was

25        part of another document that the witness
```

This Transcript Contains Confidential Material

```
 1            looked at.

 2                    MR. LEWIS:  Robert, if you want to

 3            testify, we'll have you --

 4                    MR. HAEFELE:  No, I'm not testifying.

 5            This is exactly what we've told you.

 6                    MR. LEWIS:  I'm asking him a

 7            question.

 8                    MR. HAEFELE:  -- that we've had with

 9            your colleagues.  You may not have been in the

10            room, I don't know if you are aware of the

11            conversation or not, but this is the dialogue

12            that we have, that Waleed certainly knows, he

13            understands, I think, that that is the

14            circumstance.

15                    MR. NASSAR:  Robert, I asked you very

16            clearly to provide a stipulation.  You never

17            did, so we have an obligation to ask your --

18            your witnesses whether they relied on three

19            documents that were struck from the case.  If

20            you're representing now, on the record, that

21            he did not rely on that, then I think --

22                    MR. HAEFELE:  I'm representing now he

23            did not rely on that.

24                    MR. NASSAR:  Okay.

25            Q.    (BY MR. LEWIS)  Okay, Mr. Winer, can you
```

This Transcript Contains Confidential Material

```
 1   confirm that, please?

 2       A.    I'm not familiar with any of these three

 3   documents.  My reliance material chart was prepared

 4   by the law firm from the materials that I used, the

 5   materials they provided them, but I don't recollect

 6   seeing any of those three documents.  I don't know

 7   what's in them.  I don't know what they refer to.  I

 8   don't believe they've been given to me.  If they

 9   have been given to me, I have no memory of them.

10            And I don't know what else there is for

11   me to say.

12       Q.    There's nothing else for you to say.

13   That's all I wanted to ask you.

14                 MR. LEWIS:  And now I have completed

15         my questioning, subject to any reexamination

16         that may be based on other questioning.  Thank

17         you, Mr. Winer.

18                 THE WITNESS:  Thank you, Mr. Lewis.

19                 ------------

20                 EXAMINATION

21                 ------------

22   BY MS. PRITSKER:

23       Q.    Are we all set, Mr. Winer?  Hi, it's nice

24   to meet you.  My name is Gabrielle Pritsker, and I'm

25   counsel on behalf of defendant Dubai Islamic Bank.
```