# EXHIBIT 15

# Evan F. Kohlmann
## INTERNATIONAL TERRORISM CONSULTANT

**Invoice for Evan F. Kohlmann:**                                                          1-May-04

| | |
|---|---|
| **Consulting Services (March 2004) -** *Pro-rated for 1 week (3/25-3/31)* **:** | $1,375 |
| **Consulting Services (April 2004):** | $5,500 |
| **Office Expenses and Postage (receipt attached):** | $41.00 |

**Total:**                                                                    **$6,916.00**

*Please remit to:*

**Evan F. Kohlmann**



http://www.globalterroralert.com



PAID
MAY 2 7 2004

# Evan F. Kohlmann
## INTERNATIONAL TERRORISM CONSULTANT

voice for Evan F. Kohlmann:                                                              3-Jun-04

    **Consulting Services (May 2004):**                                          $5,500

    **Total:**                                                                   **$5,500.00**

*ease remit to:*

**Evan F. Kohlmann**



http://www.globalterroralert.com





# Evan F. Kohlmann
## INTERNATIONAL TERRORISM CONSULTANT

Invoice for Evan F. Kohlmann:                                                                    6-Jul-04

**Consulting Services (June 2004):**                           $5,500.00
**Transportation Expenses (Cab fares):**                          $30.00

**Total:**                                                      **$5,530.00**

*Please remit to:*

**Evan F. Kohlmann**



http://www.globalterroralert.com



# Evan F. Kohlmann
## INTERNATIONAL TERRORISM CONSULTANT

Invoice for Evan F. Kohlmann:                                                      5-Aug-04

      **Consulting Services (July 2004):**                              $5,500

      **Total:**                                                      **$5,500.00**

Please remit to:

      **Evan F. Kohlmann**



http://www.globalterroralert.com

PAID
AUG 1 2 2004



**Invoice for Evan F. Kohlmann:**                                                                    5-Sep-04

      **Consulting Services (August 2004):**                                    $5,500

      **Total:**                                                                   **$5,500.00**

*Please remit to:*

     **Evan F. Kohlmann**

http://www.globalterroralert.com

# Evan F. Kohlmann
## INTERNATIONAL TERRORISM CONSULTANT

voice for Evan F. Kohlmann:                                                    5-Oct-04

    **Consulting Services (September 2004):**              $6,500

    **Total:**                                            **$6,500.00**

ease remit to:

**Evan F. Kohlmann**





http://www.globalterroralert.com



# Evan F. Kohlmann
## INTERNATIONAL TERRORISM CONSULTANT

ice for Evan F. Kohlmann:                                              8-Nov-04



**Consulting Services (October 2004):**                    $6,500

**Total:**                                                **$6,500.00**

e remit to:

**Evan F. Kohlmann**



http://www.globalterroralert.com



PAID
NOV 1 0 2004

# Evan F. Kohlmann
## INTERNATIONAL TERRORISM CONSULTANT

oice for Evan F. Kohlmann:                                                      8-Dec-04

     Consulting Services (November 2004):               $6,500

     **Total:**                         **$6,500.00**

ase remit to:

    **Evan F. Kohlmann**



http://www.globalterroralert.com



PAID
DEC 1 6 2004

# Evan F. Kohlmann
## INTERNATIONAL TERRORISM CONSULTANT

ice for Evan F. Kohlmann:                                                                                    10-Jan-05

    Consulting Services (December 2004):                                    $6,500

    **Total:**                                                                                    **$6,500.00**

se remit to:

    **Evan F. Kohlmann**



http://www.globalterroralert.com



# Evan F. Kohlmann
## INTERNATIONAL TERRORISM CONSULTANT

ice for Evan F. Kohlmann:                                              3-Feb-05

**Consulting Services (January 2005):**                    $6,500

**Total:**                                                          **$6,500.00**

*se remit to:*

**Evan F. Kohlmann**



http://www.globalterroralert.com





ice for Evan F. Kohlmann:                                                                     3-Mar-05

    **Consulting Services (February 2005):**                                          $6,500

    **Total:**                                                                    **$6,500.00**

se remit to:

    **Evan F. Kohlmann**                          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                              http://www.globalterroralert.com





# Evan F. Kohlmann
## INTERNATIONAL TERRORISM CONSULTANT

e for Evan F. Kohlmann:                                                                7-Apr-05

**Consulting Services (March 2005):**                          $6,500

**Total:**                                                              **$6,500.00**

*remit to:*

**Evan F. Kohlmann**                    

http://www.globalterroralert.com



PAID
APR 18 2005



**Invoice for Evan F. Kohlmann:**                                                                           2-May-05

      **Consulting Services (April 2005):**                                            $6,500

      **Total:**                                                                 **$6,500.00**

*Please remit to:*

      **Evan F. Kohlmann**

            http://www.globalterroralert.com

      *\*(please note change of address for mailing purposes)\**



**Invoice for Evan F. Kohlmann:**                                                                    2-Jun-05

    **Consulting Services (May 2005):**                                      $6,500

    **Total:**                                                                      **$6,500.00**

*Please remit to:*

    **Evan F. Kohlmann**                    

                                          http://www.globalterroralert.com

      *(please note change of address for mailing purposes)*



# Evan F. Kohlmann

## INTERNATIONAL TERRORISM CONSULTANT

e for Evan F. Kohlmann:                                                          5-Jul-05

**Consulting Services (June 2005):**                   $6,500

**Total:**                                                                   **$6,500.00**

*remit to:*

**Evan F. Kohlmann**

evan@globalterroralert.com
http://www.globalterroralert.com





# Evan F. Kohlmann
## INTERNATIONAL TERRORISM CONSULTANT

ice for Evan F. Kohlmann:                                                      3-Aug-05

    **Consulting Services (July 2005):**                          $6,500

    **Total:**                                                        **$6,500.00**

se remit to:

    **Evan F. Kohlmann**



http://www.globalterroralert.com

AUG 11 2005



# Evan F. Kohlmann
## INTERNATIONAL TERRORISM CONSULTANT

e for Evan F. Kohlmann:                                                    6-Sep-05

    **Consulting Services (August 2005):**                    $6,500

    **Total:**                                              **$6,500.00**

*remit to:*

    **Evan F. Kohlmann**



http://www.globalterroralert.com









**Invoice for Evan F. Kohlmann:**                                                    4-Oct-05

  **Consulting Services (September 2005):**                               $6,500

  **Total:**                                                              **$6,500.00**

*Please remit to:*

  **Evan F. Kohlmann**                           

                                                          http://www.globalterroralert.com



# Invoice for Evan F. Kohlmann:                                                    5-Nov-05

**Consulting Services (October 2005):**                          $6,500

### Total:                                                        **$6,500.00**

*Please remit to:*

**Evan F. Kohlmann**

███████████

██████████████
████████
http://www.globalterroralert.com



# Evan F. Kohlmann

## INTERNATIONAL TERRORISM CONSULTANT

e for Evan F. Kohlmann:                                                                 7-Dec-05

    **Consulting Services (November 2005):**                        $6,500

    **Total:**                                                                  **$6,500.00**

*remit to:*

    **Evan F. Kohlmann**



http://www.globalterroralert.com

DEC 1 4 2005



**Invoice for Evan F. Kohlmann:**                                                                    7-Jan-06

     **Consulting Services (December 2005):**                                    $6,500

     **Total:**                                                                    **$6,500.00**

*Please remit to:*

     **Evan F. Kohlmann**

                      http://www.globalterroralert.com





**Invoice for Evan F. Kohlmann:**                                                                    10-Feb-06

      **Consulting Services (January 2006):**                                    $6,500

      **Total:**                                                    **$6,500.00**

*Please remit to:*

      **Evan F. Kohlmann**

http://www.globalterroralert.com



MAR 1 0 2006

**Invoice for Evan F. Kohlmann:**                                           6-Mar-06

     **Consulting Services (February 2006):**                    $6,500

     **Total:**                                                   **$6,500.00**

*Please remit to:*

     **Evan F. Kohlmann**                    ████████████████
     ████████████████████                ████████████████
     ███████████████            http://www.globalterroralert.com





# Evan F. Kohlmann
## INTERNATIONAL TERRORISM CONSULTANT

**Invoice for Evan F. Kohlmann:**                                                    3-May-06

       **Consulting Services (April 2006):**                          $6,500

       **Total:**                                                   **$6,500.00**

*Please remit to:*

       **Evan F. Kohlmann**
       ███████████████████
       ███████████████

                            █████████████
                            █████████████
                            http://www.globalterroralert.com

P A I D

MAY 1 5 2006



P A I D

JUN - 9 2006

# Evan F. Kohlmann
## INTERNATIONAL TERRORISM CONSULTANT

**Invoice for Evan F. Kohlmann:**                                                                                    7-Jun-06

Consulting Services (May 2006):                                     $6,500

**Total:**                                                                        **$6,500.00**

*Please remit to:*

**Evan F. Kohlmann**
███████████
███████████

███████████
███████████
http://www.globalterroralert.com



# Evan F. Kohlmann
## INTERNATIONAL TERRORISM CONSULTANT

pice for Evan F. Kohlmann:                                                         7-Jul-06

    **Consulting Services (June 2006):**    P A I D    $6,500

    **Total:**    JUL 1 8 2006    **$6,500.00**

se remit to:

**Evan F. Kohlmann**

http://www.globalterroralert.com



RECEIVED
JUL 1 2 2006

# Evan F. Kohlmann
## INTERNATIONAL TERRORISM CONSULTANT

oice for Evan F. Kohlmann:                                                                 10-Jul-06

**Consulting Services (July 2006):**                              $6,500

**Total:**                                                   **$6,500.00**

PAID
AUG 1 5 2006

se remit to:

**Evan F. Kohlmann**

http://www.globalterroralert.com

RECEIVED
AUG 1 5 2006





**Invoice for Evan F. Kohlmann:**                                                          10-Aug-06

    **Consulting Services (August 2006):**                                      $6,500

    **Total:**                                                                  **$6,500.00**

*Please remit to:*

    **Evan F. Kohlmann**

http://www.globalterroralert.com

# Evan F. Kohlmann
## INTERNATIONAL TERRORISM CONSULTANT

oice for Evan F. Kohlmann:                                                          10-Oct-06

    **Consulting Services (September 2006):**                          $6,500

    **Total:**                                                        **$6,500.00**

                                   OCT 1 3 2006

ase remit to:

**Evan F. Kohlmann**
█████████████████                    ████████████████
█████████████████                    ████████████████
                                 http://www.globalterroralert.com



PAID

DEC 1 5 2006

# Evan F. Kohlmann
## INTERNATIONAL TERRORISM CONSULTANT

**Invoice for Evan F. Kohlmann:**                                                    8-Nov-06

        **Consulting Services (October 2006):**                            $6,500

        **Total:**                                                        **$6,500.00**

*Please remit to:*

        **Evan F. Kohlmann**

        http://www.globalterroralert.com



**Invoice for Evan F. Kohlmann:**                                                14-Dec-06

        **Consulting Services (November 2006):**                    $6,500

        **Total:**                   P A I D                  **$6,500.00**

                                 DEC 2 0 2006

*Please remit to:*

        **Evan F. Kohlmann**



http://www.globalterroralert.com

                                   DEC 2 0 2006



# Evan F. Kohlmann

## INTERNATIONAL TERRORISM CONSULTANT

**Invoice for Evan F. Kohlmann:**                                                    14-Jan-06

**Consulting Services (December 2006):**          RECEIVED        $6,500

**Total:**                    FEB 0 6 2007          **$6,500.00**

*Please remit to:*

**Evan F. Kohlmann**

████████████████

█████████████

http://www.globalterroralert.com



# Evan F. Kohlmann
## INTERNATIONAL TERRORISM CONSULTANT

**Invoice for Evan F. Kohlmann:**                                                          18-Feb-07

    **Consulting Services (January 2007):**          P A I D                      $6,500

    **Total:**                                        MAR 0 8 2007              **$6,500.00**

*Please remit to:*

    **Evan F. Kohlmann**

    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

    ▓▓▓▓▓▓▓▓▓▓▓▓      http://www.globalterroralert.com





**Invoice for Evan F. Kohlmann:**                                               24-Jul-07

      **Consulting Services (May 2007):**                                $6,500

      **Total:**                                                    **$6,500.00**

*Please remit to:*

      **Evan F. Kohlmann**                    ████████████████████

      ████████████████      ████████████

                     http://www.globalterroralert.com

PAID
AUG 0 1 2007



**Invoice for Evan F. Kohlmann:**                                                              27-Jul-07

       **Consulting Services (June 2007):**                                        $6,500

       **Total:**                                                                      **$6,500.00**

*Please remit to:*

       **Evan F. Kohlmann**                    ████████████████

       ████████████████                        ██████████████

                               http://www.globalterroralert.com



PAID

AUG 0 1 2007



**Invoice for Evan F. Kohlmann:**                                                    27-Aug-07

      **Consulting Services (July 2007):**                              $6,500

      **Total:**                                 PAID                    **$6,500.00**

                               AUG 2 8 2007

*Please remit to:*

   **Evan F. Kohlmann**            ▉▉▉▉▉▉▉▉

  ▉▉▉▉▉▉▉▉              ▉▉▉▉▉

                 http://www.globalterroralert.com



RECEIVED AUG 2 Y 2007



# Evan F. Kohlmann
## INTERNATIONAL TERRORISM CONSULTANT

**Invoice for Evan F. Kohlmann:**                                                                                        26-Oct-07

     **Consulting Services (September 2007):**                                                  $6,500

     **Total:**                                                        PAID                        **$6,500.00**

OCT 3 1 2007

*Please remit to:*

     **Evan F. Kohlmann**

http://www.globalterroralert.com



# Evan F. Kohlmann
## INTERNATIONAL TERRORISM CONSULTANT

**Invoice for Evan F. Kohlmann:**                                                                16-Nov-07

**Consulting Services (October 2007):**                                        $6,500

**Total:**                                                                        **$6,500.00**

*Please remit to:*

**Evan F. Kohlmann**

http://www.globalterroralert.com



# Evan F. Kohlmann
## INTERNATIONAL TERRORISM CONSULTANT

**Invoice for Evan F. Kohlmann:**

16-Nov-07

**Consulting Services (October 2007):**                                         $6,500

**Total:**                                                                      **$6,500.00**

*Please remit to:*

**Evan F. Kohlmann**



http://www.globalterroralert.com



# Evan F. Kohlmann
## INTERNATIONAL TERRORISM CONSULTANT

**Invoice for Evan F. Kohlmann:**

16-Dec-07

Consulting Services (November 2007):     $6,500

**Total:**     **$6,500.00**

PAID
DEC 20 2007

RECEIVED
DEC 1 9 2007

*Please remit to:*

**Evan F. Kohlmann**

http://www.globalterroralert.com





PAID
MAR 2 4 2008

# Evan F. Kohlmann
## INTERNATIONAL TERRORISM CONSULTANT

**Invoice for Evan F. Kohlmann:**                                                16-Mar-08

      **Consulting Services (December 2007):**                $6,500

      **Total:**                                              **$6,500.00**

*Please remit to:*

     Evan F. Kohlmann



http://www.globalterroralert.com



MAR 2 4 2008

# Evan F. Kohlmann
## INTERNATIONAL TERRORISM CONSULTANT

**Invoice for Evan F. Kohlmann:**                                                        16-Mar-08

    **Consulting Services (January-March 2008):**      **$225 / hour**   12 hours              $2,700

    **Total:**                                                        **$2,700.00**

*Please remit to:*

    **Evan F. Kohlmann**

▮

http://www.globalterroralert.com







**Invoice for Evan F. Kohlmann:**                                                                 5-Jun-08

| | | | |
|---|---|---|---|
| **Consulting Services (April - May 2008):** | **$225 / hour** | 14 hours | $3,150 |
| **Total:** | | | **$3,150.00** |

*Please remit to:*

**Evan F. Kohlmann**



http://www.globalterroralert.com

PAID

JUN 12 2008

RECEIVED

JUN 11 2008



**Invoice for Evan F. Kohlmann (█████████████████):**                                    25-Apr-10

      **Affidavit on Islamic Charities (████████████)**          17 hours          $225/hour          $3,825

      **Total:**                                                                                    **$3,825.00**

*Please remit to:*

    **Evan F. Kohlmann**                    ████████████████
    ████████████████                    ████████████
                                          http://www.flashpoint-intel.com



**Invoice #1 for Evan F. Kohlmann in re:** ████████████████          6-May-13

| | | | |
|---|---|---|---|
| **Hourly Consulting Rate (4/23-4/29/13)** | $225/hour | 56 hours | $12,600.00 |
| | | $6,216.10 | |
| | | $400.00 | |
| | | $91.53 | |
| | | $16.78 | |
| | | $1,318.31 | |
| | | $90.00 | |

**Total:**                                        **$20,732.72**   USD

*Please remit to:*

Evan F. Kohlmann            ████████████████████

████████████████            ████████████████
                            http://www.globalterroralert.com

# Evan F. Kohlmann
## INTERNATIONAL TERRORISM CONSULTANT

**Invoice #1 for Evan F. Kohlmann in re:** ███████████████                                    4-Feb-15

| | | | |
|---|---|---|---|
| Hourly Consulting Rate (12/18/14-2/4/15) | $225/hour | 49 hours | $11,025.00 |
| **Total:** | | | **$11,025.00**  USD |

*Please remit to:*

**Evan F. Kohlmann**
████████████████

████████████████
████████████
http://www.globalterroralert.com



**Invoice #1 for Evan F. Kohlmann in re:** ███████████████████                              4-Feb-15

| **Hourly Consulting Rate (4/23-4/29/13)** | $225/hour | 24 hours | $5,400.00 |
|---|---|---|---|
| | | | $714.20 |
| | | | $200.00 |
| | | | $91.53 |
| | | | $432.96 |
| | | | $623.28 |
| | | | $82.00 |

**Total:**                                                                        **$7,543.97**   USD

*Please remit to:*

**Evan F. Kohlmann**

███████████████               ███████████████

                              http://www.globalterroralert.com

# Evan F. Kohlmann
## INTERNATIONAL TERRORISM CONSULTANT

**Invoice for Evan F. Kohlmann (**█████████████████████████████████**):**                    17-Nov-17



|  | 4 hours | $225/hour | $900.00 |
|---|---|---|---|
|  |  |  | $112.00 |
|  |  |  | $91.00 |
|  | 4 hours | $225/hour | $900.00 |
|  | 28 hours | $225/hour | $6,300.00 |
| **Total:** |  |  | **$8,303.00** |

*Please remit to:*

### Evan F. Kohlmann
██████████████████████

██████████████████
██████████████
http://www.flashpoint-intel.com



**Invoice for Evan F. Kohlmann** ███████████████████████    17-Dec-20



|  | Hours | Hourly Rate | Total |
|---|---|---|---|
|  | 63 | $225 | $14,175.00 |
|  | 7 | $225 | $1,575.00 |
|  | 22 | $225 | $4,950.00 |
| **Total:** |  |  | **$20,700.00** |

*Please remit to:*

**Evan F. Kohlmann**

http://www.flashpoint-intel.com