# EXHIBIT 16

CONNECT WITH:  



Watchdog News You Can Sink Your Teeth Into

HOME   VIDEO ⌄   ABOUT ⌄   PRESS RELEASES   BLOG   ADVERTISE   DONORS ⌄   9/11 ARTICLES
9/11 LITIGATION

Oct 23, 2024 4:53 AM  /  **73 SEEN**  /

# Whistleblower says big accounting firm hid evidence that a Saudi co-defendant helped finance 9/11

![9/11 World Trade Center towers on fire]

An image taken from the building that housed the National Archives office in New York City on September 11, 2001. The original caption reads: "From the roof of 201 Varick Street, just one floor up from NARA's office,

archivist John Celardo captured the moment a hijacked airliner crashed into the second tower." Photo: The National Archives

**By Dan Christensen, FloridaBulldog.org**

As 9/11 victims await a federal judge's decision on whether Saudi Arabia should be dismissed as a defendant in their massive civil action, "serious" allegations have emerged that a global accounting firm covered up evidence that a co-defendant "was involved in financing the 9/11 terrorist attacks."

• • •

An anonymous whistleblower's letter to a plaintiff's lawyer involves a forensic accounting expert for the defense, Jonathan T. Marks, who was retained by the Saudi-based World Assembly of Muslim Youth (WAMY) to review records produced during the litigation related to claims made against WAMY and testify about his findings.

WAMY, whose U.S. chapter in Virginia was founded in 1992 by a nephew of Osama bin Laden, is a Saudi-funded charity that promotes Islamic teachings and encourages Muslims to be more religiously observant, according to the Pew Research Center. It is "widely regarded as promoting the strict Wahhabi brand" of ultra-conservative Islam, the center said in a 2010 report.

An Oct. 9 letter to presiding U.S. Magistrate Sarah Netburn from lawyers for both the 9/11 families and companies with commercial loss claims says the whistleblower "asserts first-hand knowledge that Marks and his employer, the accounting and consulting firm Baker Tilly U.S. LLP,

with WAMY and its counsel, engaged in wrongful conduct during Marks' engagement with WAMY. The conduct, as alleged, distorted the evidentiary record, obstructed expert discovery, and undermined the integrity and purpose of the deposition process (here to elicit the expert's own independent and uninfluenced responses to the questions posed)."

Two days later, Netburn, observing that the allegations are "serious," ordered WAMY, its lawyers at New York's law offices of Omar T. Mohammedi as well as Baker Tilly and Marks to "preserve any and all evidence related to these allegations." WAMY was given until Nov. 4 to file paperwork responding to the letter. She likewise instructed plaintiffs' lawyer to do the same and to provide any information "relevant to identifying its source," but declined to allow the plaintiffs' lawyers to investigate for possible sanctions "at this time."



Forensic accountant Jonathan T. Marks

Baker Tilly has dozens of offices across the U.S. Its lone office in Florida is in Tampa. Marks is today a partner at BSO USA, another huge accounting and advisory firm.

The most stunning allegation contained in the whistleblower's July 2024 letter sent to Sean Carter, a Philadelphia lawyer who represents various companies who suffered damages in the al Qaeda terrorist attacks of Sept.11, 2001, is that Baker Tilly's review "did find very damaging evidence against WAMY."





CITI FIELD
QUEENS, NY

CIRCUS
FUN
TASTIC!

Circus Tickets Now on Sale

Join us at Citi Field in Queens, NY, for 4 weeks of world-class circus entertainment.

Circus Vazquez                                                    Open  >

"BT [Baker Tilly] did not disclose what they really found in its review. BT found things that would draw a conclusion that WAMY was involved in financing the 9/11 terrorist attacks, and with the help of BT and its partner (Jonathan Marks), purposely hide (sic) these facts," the whistleblower's letter states.

## THE DECEPTION BEGINS

What allegedly happened is detailed in the Oct. 9 letter to the magistrate.

The deception apparently began on Aug. 7, 2020 when Marks submitted in his name a rebuttal report for WAMY that "was authored wholly or principally by others and was based on information culled selectively from investigations conducted by others in Marks' name," the letter says. Precisely what was being rebutted is unclear, but presumably testimony from a plaintiffs' expert. The plaintiffs deposed Marks remotely via Zoom on July 22, 2021.





Circus Vazquez                                          Open  >

The gist of the whistleblower's accusations about Marks is that he was coached during his deposition by two Baker Tilly employees who "secretly" attended, took credit for the work of others, helped falsify his time records and presented them to the court to cover it up, then lied about it under oath. The whistleblower also accused WAMY and its lawyers of active involvement in the scheme.

"There was a total of five people in the deposition room, you were told of only three," the whistleblower wrote. "The other two were Steven Goldberg and Andy Guzman, both employees of Baker Tilly. Steven Goldberg was the AML [anti-money laundering] and Terrorism expert in the room to coach Marks thru his answers. This was done because Marks had spent very little time on this case. There was a large whiteboard where both Guzman and Goldberg could write answers on, that Marks would tell during the deposition."

"Baker Tilly used employees with no forensic or very little experience to review the documents, this was noted by the lawyer for WAMY," the whistleblower went on. "The Lawyers from the office of Law Firm of Omar T. Mohammedi, LLC, were in the room andwere part of the coaching, this was witnessed by the Managing Partner of the Philadelphia office who was down the hall from the deposition, and he came to see what the yelling was about during the breaks."



New York attorney Omar T. Mohammedi



Free US - Israel Flag Pin

Wear your US - Israel Pin and Stand for Israel. Request Yours Now!

IFCJ.org                    Learn More ›

The two Baker Tilly employees who coached Marks, Goldberg and Guzman, later "went to senior management at Baker Tilly with these claims, gave them evidence, and wrote a letter and [sent] a whistleblower hotline complaint to BT management," the whistleblower wrote. "Guzman wrote a 10-page letter, whistleblower accusation and sen[t] it to the operating committee,

General Counsel and Chairman. Guzman and Goldberg were never talked to by management. They were told that this would cause great damage to the firm and to stop bringing it up."

The plaintiffs' Oct. 9 letter adds that Baker Tilly "has not reported the wrongdoing to Plaintiffs' counsel or this Court."

The allegedly withheld evidence tying WAMY to financing the 9/11 attacks has yet to come to light.



Circus Tickets Now on Sale

Join us at Citi Field in Queens, NY, for 4 weeks of world-class circus entertainment.

Circus Vazquez     Open >

**Support Florida Bulldog**

If you believe in the value of watchdog journalism please make your tax-deductible contribution today.

We are a 501(c)(3) organization. All donations are tax deductible.



## Join Our Email List

Email

[                    ] *

First Name

[                    ]

Last Name

[                    ]

[ Subscribe ]

---

Search

[                                              ]  [ Search ]

Archives

[ Select Month        ▾ ]



FloridaBulldog.org
4,252 followers

Follow Page                    Share

**FloridaBulldog.org**
3 hours ago

https://www.floridabulldog.org/…/fec-finds-ex-campaign-tre…/

FLORIDABULLDOG.ORG
**FEC finds ex- campaign treas…**
By Dan Christensen, FloridaBulldog.…

Like        Comment        1

---

Florida Bulldog delivers fact-based watchdog reporting as a public service that's essential to a free and democratic society. We are nonprofit, independent, nonpartisan, experienced. No fake news here.

Donate to Florida Bulldog

---

in 9/11, A1 Top Story

9/11    accounting    Andy Guzman    Baker Tilly    BDO    Jonathan T. Marks

Omar Mohammedi    Osama bin Laden    Sarah Netburn    Saudi Arabia

Steven Goldberg    WAMY    whistleblower    World Assembly of Muslim Youth

11/8/24, 1:49 PM
Case 1:03-md-01570-GBD-SN   Document 10533-16   Filed 11/13/24   Page 11 of 12
Whistleblower says big accounting firm hid evidence client helped finance 9-11

# Comments

## Leave a Reply

Your email address will not be published. Required fields are marked *

Comment *

Name *

Email *

Website

Post Comment

## Related Posts

U.S. Supreme Court green lights 9/11 victims lawsuit against Saudi Arabia

July 8, 2014 6:34 am

Judge awaits FBI's Sarasota Saudi documents; Justice Department wants more time

April 18, 2014 12:01 am

9/11 "cover up" could collapse as Saudi Arabia restored to victims' lawsuit, says Bob Graham

December 24, 2013 6:15 am

← Previous: Presidential campaign will end, but Trump v. Clinton goes on and on

## Florida Bulldog

Watchdog news you can sink your teeth into

## Menu

- HOME
- 9/11 ARTICLES
- 9/11 LITIGATION
- ABOUT
- DONATE
- POLICIES
- CONTACT





Designed with WordPress    © 2017-2024. All Rights Reserved | Florida Bulldog.