# EXHIBIT 18

This Transcript Contains Confidential Material

1          UNITED STATES DISTRICT COURT

           SOUTHERN DISTRICT OF NEW YORK

2                   -  -  -

3

4    IN RE: TERRORIST ATTACKS    : 03-MDL-1570

     ON SEPTEMBER 11, 2001       : (GBD)(SN)

5

6

7

                      -  -  -

8                 JULY 1, 2021

            THIS TRANSCRIPT CONTAINS

9            CONFIDENTIAL MATERIAL

                      -  -  -

10

11

12          Remote Videotaped

13   Deposition, taken via Zoom, of MARC

14   SAGEMAN, M.D., Ph.D., commencing at 9:08

15   a.m., on the above date, before Amanda

16   Maslynsky-Miller, Certified Realtime

17   Reporter and Notary Public in and for the

18   Commonwealth of Pennsylvania.

19

20                   -  -  -

21       GOLKOW LITIGATION SERVICES

         877.370.3377 ph| 917.591.5672 fax

22            deps@golkow.com

23

24

This Transcript Contains Confidential Material

```
 1   APPEARANCES:
 2

             KREINDLER & KREINDLER LLP
 3           BY: ANDREW J. MALONEY III, ESQUIRE
             485 Lexington Avenue, 28th Floor
 4           New York, New York 10017
             (212) 687-8181
 5           amaloney@kreindler.com
             Representing the Ashton, et al.,
 6           Plaintiffs
 7

 8
 9           COZEN O'CONNOR P.C.
             BY: J. SCOTT TARBUTTON, ESQUIRE
10           One Liberty Place
             1650 Market Street
11           Suite 2800
             Philadelphia, Pennsylvania 19103
12           (215) 665-2000
             starbutton@cozen.com
13           Representing the Plaintiffs
14

15
16           ANDERSON KILL P.C.
             BY: JERRY S. GOLDMAN, ESQUIRE
17           1251 Avenue of the Americas
             New York, New York 10020
18           (212) 278-1000
             jgoldman@andersonkill.com
19           Representing the Plaintiffs'
             Steering Committee
20
21
22
23
24
```

This Transcript Contains Confidential Material

```
 1    APPEARANCES:  (Continued)
 2
              MOTLEY RICE LLC
 3            BY: ROBERT T. HAEFELE, ESQUIRE
              BY: JODI WESTBROOK FLOWERS, ESQUIRE
 4            BY: C. ROSS HEYL, ESQUIRE
              28 Bridgeside Boulevard
 5            Mount Pleasant, South Carolina 29464
              (843) 216-9000
 6            rhaefele@motleyrice.com
              jflowers@motleyrice.com
 7            rheyl@motleyrice.com
              Representing the Plaintiffs' Steering
 8            Committee and the Burnett Plaintiffs
 9
10
              SPEISER KRAUSE, PC
11            BY: JEANNE M. O'GRADY, ESQUIRE
              800 Westchester Avenue
12            Suite S-608
              Rye Brook, New York 10573
13            (914) 220-5333
              jog@speiserkrause.com
14            Representing the Plaintiff's
              Steering Committee
15
16
17            JONES DAY
              BY: ERIC SNYDER, ESQUIRE
18            BY: STEVEN COTTREAU, ESQUIRE
              BY: GABRIELLE PRITSKER, ESQUIRE
19            BY: ABIGAEL BOSCH, ESQUIRE
              51 Louisiana Avenue, N.W.
20            Washington, D.C. 20001
              (202) 879-3939
21            esnyder@jonesday.com
              scottreau@jonesday.com
22            gpritsker@jonesday.com
              abosch@jonesday.com
23            Representing the Defendant,
              Dubai Islamic Bank
24
```

This Transcript Contains Confidential Material

```
 1   APPEARANCES: (Continued)

 2

 3        LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
          BY: SUMAYYA KHATIB, ESQUIRE
 4        BY: AISHA E.R. BEMBRY, ESQUIRE
          BY: WALEED NASSAR, ESQUIRE
 5        1101 New York Avenue, N.W.
          Suite 1000
 6        Washington, DC 20005
          (202) 833-8900
 7        sumayya.khatib@lbkmlaw.com
          aisha.bembry@lbkmlaw.com
 8        waleed.nassar@lbkmlaw.com
          Representing the Defendants,
 9        Muslim World League, the
          International Islamic Relief
10        Organization, and
          Drs. Turki, Al-Obaid, Naseef and Basha
11

12

13        LAW FIRM OF OMAR T. MOHAMMEDI, LLC
          BY: OMAR T. MOHAMMEDI, ESQUIRE
14        BY: JILL L. MANDELL, ESQUIRE
          233 Broadway
15        Suite 820
          New York, New York 10279
16        (212) 725-3846
          omohammedi@otmlaw.com
17        jmandell@otmlaw.com
          Representing the Defendant,
18        WAMY and WAMY International
19

20        GOETZ & ECKLAND P.A.
          BY: FREDERICK J. GOETZ, ESQUIRE
21        615 1st Avenue NE
          Suite 425
22        Minneapolis, Minnesota 55413
          (612) 874-1552
23        fgoetz@goetzeckland.com
          Representing the Defendant,
24        WAMY and WAMY International
```

This Transcript Contains Confidential Material

```
 1    APPEARANCES: (Continued)

 2

 3


          SALERNO & ROTHSTEIN
 4        BY: PETER C. SALERNO, ESQUIRE
          BY: AMY ROTHSTEIN, ESQUIRE
 5        P.O. Box 456
          Pine Plains, New York 12567
 6        (518) 771-3050
          peter.salerno.law@gmail.com
 7        amyrothsteinlaw@gmail.com
          Representing the Defendant,
 8        Yassin Kadi

 9

10    ALSO PRESENT:

11

      David Lane, Videographer
12    Jon Knowles, Trial Technician

13

      Richard Cashon, Paralegal, Motley Rice
14

15    Nour Soubani, Paralegal Lewis Baach

16

      Michael Hall, Motley Rice
17

18

19

20

21

22

23

24
```

This Transcript Contains Confidential Material

```
 1                    -  -  -
 2                 I N D E X
 3                    -  -  -
 4
    Testimony of:  MARC SAGEMAN, M.D., Ph.D.
 5
        By Mr. Haefele                       12
 6
 7                    -  -  -
 8                 E X H I B I T S
 9                    -  -  -
10
    NO.            DESCRIPTION              PAGE
11
    Sageman-854  No Bates
12               Notice of Oral Deposition of
                 Marc Sageman, M.D., Ph.D.   14
13
    Sageman-855  No Bates
14               Expert Report of Marc
                 Sageman, M.D., Ph.D.        35
15
    Sageman-856  No Bates
16               Curriculum Vitae of Marc
                 Sageman, M.D., Ph.D.        48
17
    Sageman-857  No Bates
18               Cross-Examination of
                 Marc Sageman, M.D., Ph.D.,
19               2002 Trial Trans. Lexis 902 116
20  Sageman-858  No Bates
                 3/4/21 Letter              232
21
    Sageman-859  No Bates
22               Reporter's Transcript,
                 Jury Trial, Day 21         250
23
24
```

This Transcript Contains Confidential Material

```
 1                    -  -  -
 2              E X H I B I T S
 3                    -  -  -
 4
   NO.            DESCRIPTION                PAGE
 5
   Sageman-860    No Bates
 6                Transcript of Proceedings,
                  Volume 5, Pages 572-752   253
 7
   Sageman-861    No Bates
 8                Volume 11A, Transcript
                  of Proceedings            257
 9
   Sageman-862    No Bates
10                Sageman Invoices          291
11 Sageman-863    No Bates
                  HeinOnline, How to Find,
12                Select, and Evaluate a
                  Mental Health Professional
13                for Trial                 314
14 Sageman-864    No Bates
                  HeinOnline, Challenging
15                the Admissibility of
                  Mental Expert Testimony   331
16
   Sageman-865    No Bates
17                The London Bombings,
                  Sageman                   370
18
   Sageman-866    No Bates
19                October 2019 Perspectives
                  on Terrorism, Volume 13,
20                Issue 5                   383
21 Sageman-867    No Bates
                  Book Excerpt, The London
22                Bombings                  386
23 Sageman-868    No Bates
                  Book Excerpt              389
24
```

This Transcript Contains Confidential Material

```
 1                       -  -  -
 2                   E X H I B I T S
 3                       -  -  -
 4
     NO.            DESCRIPTION                PAGE
 5
     Sageman-869    No Bates
 6                  Cambridge University Press
                    Review                       398
 7
     Sageman-870    No Bates
 8                  Jihad Dramatically Transformed?
                    Sageman on Jihad and the
 9                  Internet, David Tucker       403
10   Sageman-871    No Bates
                    Terrorism Research Initiative
11                  Review of Misunderstanding
                    Terrorism by Marc Sageman    416
12
     Sageman-872    No Bates
13                  Council on Foreign Relations
                    Review of Leaderless Jihad:
14                  Terror Networks in the
                    Twenty-First Century by
15                  Marc Sageman                 423
16   Sageman-873    No Bates
                    Comparative Statements       430
17
     Sageman-874    No Bates
18                  Comparative Statements       437
19   Sageman-875    No Bates
                    Inside Higher Ed, Missing
20                  Attribution in Controversial
                    Book                         441
21
     Sageman-876    No Bates
22                  Transcript of Proceedings,
                    Volume 5, Pages 572-752      448
23
24
```

This Transcript Contains Confidential Material

```
 1                     -  -  -

 2              E X H I B I T S

 3                     -  -  -

 4

     NO.             DESCRIPTION                    PAGE
 5

     Sageman-877   No Bates
 6                 Terrorism and Political
                   Violence, Response to
 7                 Marc Sageman's "The
                   Stagnation in Terrorism
 8                 Research"                        456

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

This Transcript Contains Confidential Material

```
 1                        -   -   -

 2              DEPOSITION SUPPORT INDEX

 3                        -   -   -

 4

 5   Direction to Witness Not to Answer

 6   Page  Line     Page  Line      Page  Line

 7   None

 8

 9

10   Request for Production of Documents

11   Page  Line     Page  Line      Page  Line

12   None

13

14

15   Stipulations

16   Page  Line     Page  Line      Page  Line

17   12      1

18

19

20   Question Marked

21   Page  Line     Page  Line      Page  Line

22   None

23

24
```

This Transcript Contains Confidential Material

```
1                    -  -  -
2            (It is hereby stipulated and
3       agreed by and among counsel that
4       sealing, filing and certification
5       are waived; and that all
6       objections, except as to the form
7       of the question, will be reserved
8       until the time of trial.)
9                    -  -  -
10           VIDEO TECHNICIAN:  We are
11      now on the record.  My name is
12      David Lane, videographer for
13      Golkow Litigation Services.
14      Today's date is July 1st, 2021.
15      Our time on the record is 9:08
16      a.m. Eastern Standard Time.
17           This remote video deposition
18      is being held in the matter of the
19      Terrorist Attacks on September
20      11th, 2001.  Our deponent today is
21      Dr. Marc Sageman.
22           All parties to this
23      deposition are appearing remotely
24      and have agreed to the witness
```

This Transcript Contains Confidential Material

1       being sworn in remotely.

2               Due to the nature of remote

3       reporting, please pause briefly

4       before speaking so that all

5       parties are heard completely.

6               Our counsel will be noted on

7       the stenographic record.  Our

8       court reporter today is Amanda

9       Miller, who will now swear in our

10      witness.

11                      -   -   -

12              MARC SAGEMAN, after having

13      been duly sworn, was examined and

14      testified as follows:

15                      -   -   -

16              VIDEO TECHNICIAN:  Please

17      begin.

18                      -   -   -

19              EXAMINATION

20                      -   -   -

21  BY MR. HAEFELE:

22      Q.   Good morning, Dr. Sageman.

23  Just for the record, can you tell us what

24  your full name is, please?

This Transcript Contains Confidential Material

1         A.    It's Marc S. Sageman.

2         Q.    Thank you.

3               And my name -- I think

4    you've already heard, my name is Robert

5    Haefele.  I'm an attorney with the law

6    firm of Motley Rice.  I'm down in South

7    Carolina.  Together I, with a number of

8    other lawyers that are present mostly on

9    the Zoom deposition and elsewhere,

10   represent plaintiffs in litigation

11   pending in the federal court in the

12   Southern District of New York.

13               The case is brought on

14   behalf of family members who lost loved

15   ones in the September 11th attacks and

16   the survivors of those attacks and

17   commercial parties that incurred

18   financial losses as a result of the

19   attacks.

20               I think you understand that,

21   don't you?

22        A.    Yes, I do.

23        Q.    All right.  And I believe

24   that you also know that one of the

This Transcript Contains Confidential Material

1    defendants in the litigation is an entity

2    known as the World Assembly of Muslim

3    Youth, or WAMY, which the 9/11 families

4    and other plaintiffs allege engaged in

5    material support to al-Qaeda leading into

6    the 9/11 attacks.

7            You understand those to be

8    the allegations against WAMY, right?

9        A.    Yes, I do.

10       Q.    Okay.  And you are someone

11   who that defendant, WAMY, the World

12   Assembly of Muslim Youth, has retained as

13   a purported expert to offer your opinions

14   in support of WAMY's defense in

15   litigation; is that right?

16       A.    Yes.

17       Q.    All right.

18            MR. HAEFELE:  And just so

19            that we have it in the deposition

20            record, I'm going to ask that we

21            mark as the next exhibit, which I

22            think in this litigation is

23            Exhibit-854, and that's the notice

24            of deposition of Marc Sageman.

This Transcript Contains Confidential Material

```
 1                    -   -   -
 2              (Whereupon, Exhibit
 3         Sageman-854, No Bates, Notice of
 4         Oral Deposition of Marc Sageman,
 5         M.D., Ph.D., was marked for
 6         identification.)
 7                    -   -   -
 8   BY MR. HAEFELE:
 9         Q.    And are you the person
10   that's identified in that notice?
11         A.    May I stop you here?  I
12   don't really receive the exhibit on the
13   right screen, and I would like to take --
14              MR. HAEFELE:  Sure.  Take a
15         moment and adjust it.  It should
16         be the primary screen that
17         you're -- that you have up.  It
18         should be the -- normally when I'm
19         speaking, I'll be on the screen.
20         And then the tech puts it up on
21         the screen in place of my face,
22         which is probably a nice relief.
23              But you should have it on
24         your main screen.
```

This Transcript Contains Confidential Material

1    June, and they have not paid that.

2         Q.    I'm confident that they

3    will.

4              Do you recall being a

5    defendant in a case in around 1993 by --

6    the plaintiff being someone named Carol

7    Black versus the University of

8    Pennsylvania, and your name was

9    associated as a defendant, too, I think?

10        A.    No, I don't remember.

11        Q.    You don't remember that?

12        A.    No.  In those cases, a lot

13   of patients sue anybody who was on the

14   staff.  And I'm not even sure that I was

15   even, you know, notified.

16        Q.    On your C.V., I don't see a

17   listing or a reference to an entity

18   called Sageman Consulting, LLC.

19              You had an entity that you

20   worked with or through known as Sageman

21   Consulting, LLC, right?

22        A.    Yes, I did.

23        Q.    And why isn't it listed on

24   your C.V. in any manner?

This Transcript Contains Confidential Material

```
1        A.    I think we dissolved it.

2              Look, all the administrative

3   stuff of my practice has always been done

4   by my wife.  And it's easy for me to

5   blame my wife on all of this, but she

6   does all of that.

7              So I'm not -- she kind of

8   looked at the tax benefit, or whatever,

9   of having an LLC or us being -- I don't

10  know.  I'm -- kind of being a physician,

11  I'm an entity and, you know, bill myself

12  for -- whatever.

13             This is something that

14  totally uninterests me, so I don't know

15  anything about that.

16             But, yes, in the past, I did

17  have an LLC.  I was an LLC.

18      Q.    Okay.  Incidentally, does

19  your wife read the transcripts of the

20  testimony that you give?

21      A.    No.  And I will insist she

22  does not.

23      Q.    Because as I understand,

24  this is not the first time you've thrown
```

This Transcript Contains Confidential Material

1    her under the bus, is it?

2                MR. GOETZ:  Objection.

3          Form.

4                THE WITNESS:  I do that on a

5          regular basis.  That's the basis

6          of a good marriage.

7    BY MR. HAEFELE:

8          Q.    So she's used to that now,

9    right?

10         A.    It's the basis of a good

11   marriage, as I said.

12         Q.    Do you know, was Sageman

13   Consulting, LLC, dissolved in or about

14   2005?

15         A.    No, that I don't know.  I

16   can't really -- I wouldn't be able to

17   tell you.  She's the one to ask.

18         Q.    All right.  And did you or

19   Sageman Consulting employ staff, other

20   than you and your wife, or was it just

21   you and your wife?

22         A.    No, I don't know.  Sometimes

23   people came in and -- you know, students

24   doing internships with me.  I don't know

This Transcript Contains Confidential Material

1  whether they were part of it or -- I

2  don't know.  I don't take care of the

3  administrative part of my practice.

4      Q.    Why did the entity get

5  dissolved?

6      A.    I think that it was more

7  advantageous -- is there such a thing as

8  a corporation S?

9      Q.    There is something called an

10  S corporation.

11      A.    An S corporation, sorry.

12          I think there were more

13  advantages for me to be an S corporation,

14  she told me, than being an LLC.  And, you

15  know, I trust my wife.  And I don't even

16  know the difference between them.

17      Q.    Is there something now

18  called Sageman Consulting, Inc. or

19  Company or Corp?

20      A.    I don't think so.  I think

21  I'm just Marc Sageman.

22      Q.    So is there something now

23  called Marc Sageman, Ph.D., M.D.?

24      A.    No, no.  M.D., Ph.D.  Marc

This Transcript Contains Confidential Material

1          Was your work with each of

2     these governments essentially the same

3     kind of work that you were doing but you

4     were doing it with each of the different

5     governments?

6          A.     No.  It depended what they

7     were interested in.  And so they would

8     invite me for a little period of time,

9     and we would discuss the situation there

10    and how to improve it.

11         Q.     And was it related to issues

12    of insider threats to those countries?

13         A.     No.  It was usually

14    terrorism -- terrorism financing.  No.

15    The insider threat was only for the U.S.

16    government.

17         Q.     Okay.

18         A.     Kenya.  Sorry.  Kenya.

19         Q.     I can.

20         A.     Cute.

21         Q.     It depends on what you want

22    me to do.

23              So you started with the CIA

24    in '84, correct?

This Transcript Contains Confidential Material

1        A.      Yes.

2        Q.      And I take it you did some

3    training with the CIA to become -- for

4    the position you took at the CIA?

5        A.      Yes, a case officer.  Yes,

6    for one year.

7        Q.      And that training was, they

8    had a facility called The Farm, I think

9    they call it?

10       A.      Yes.

11       Q.      And that was a year-long

12   training.

13              What sort of training -- if

14   you're allowed to tell me anything about

15   it, what sort of training did they train

16   you to do?

17       A.      There are -- there are two

18   large aspects.  One is paramilitary

19   training for about three, four months.

20   And then a much longer course of five,

21   six months on developing intelligence and

22   handling assets, intelligence assets.

23       Q.      And do they tell you how to,

24   for example, extract information from

This Transcript Contains Confidential Material

```
 1   assets?

 2             MR. GOETZ:  Objection to

 3        form.

 4             THE WITNESS:  Yes.  They do

 5        go over not only the debriefing,

 6        the format of the debrief, but

 7        also how to write it up, yes.

 8   BY MR. HAEFELE:

 9        Q.   Do they tell you how to --

10   as part of getting the information from

11   assets or other folks in the field, is

12   there any element of that that relates to

13   using deception to get information?

14        A.   You could use deception.

15   But usually people are pretty

16   straightforward.

17        Q.   Does the -- as part of your

18   training, do they teach you how to

19   deceive people to get information?

20             MR. GOETZ:  Objection.

21        Form.

22             THE WITNESS:  Again,

23        usually, you don't really get that

24        great information through
```

This Transcript Contains Confidential Material

1    deception.  So people, as I said,

2    are usually pretty

3    straightforward.  And once you

4    have a recruited asset, he

5    actually wholeheartedly cooperates

6    and collaborates with you.

7  BY MR. HAEFELE:

8    Q.   As part of your training,

9  does the CIA tell you how to lie to

10  people to get information?

11    A.   Usually they teach you to

12  try to avoid it.  You just don't talk

13  about what you don't want them to know.

14  So you don't really straightforward lie

15  to them, just avoid the topic in a sense.

16    Q.   And is one of the ways that

17  you do that, for example, when somebody

18  asks you a question, you redirect the

19  answer in a different direction?

20    A.   That could be, yes.

21    Q.   Kind of like what you just

22  did?

23    A.   No.  I answered your

24  question.

This Transcript Contains Confidential Material

1          I don't know if you're

2     satisfied with it, but I think I

3     answered.

4               MR. GOETZ:  Just a heads-up,

5          we have lunch coming in about five

6          minutes.

7               MR. HAEFELE:  All right.

8     BY MR. HAEFELE:

9          Q.    Initially --

10              MR. GOETZ:  Actually, our

11         lunch is here.  So any time you

12         want to take a break.

13              MR. HAEFELE:  Pardon me?

14              MR. GOETZ:  I'm sorry.  I

15         guess our lunch is here.  So any

16         time you want to take a break,

17         it's fine.

18              MR. HAEFELE:  We can break

19         now.

20              THE WITNESS:  Well, good,

21         because I was about to kill you.

22         There are things that I cannot

23         tell you and I would have to kill

24         you before I tell you.

This Transcript Contains Confidential Material

```
1                    MR. HAEFELE:  All right.  We
2         didn't get there.
3                    THE WITNESS:  No.
4                    MR. GOETZ:  How long do you
5         want to take?
6                    MR. HAEFELE:  How long do
7         you need?
8                    MR. GOETZ:  Half hour.
9                    MR. HAEFELE:  We should be
10        able to take a half hour.
11                   MR. GOETZ:  Forty-five
12        minutes my team wants.
13                   MR. HAEFELE:  Okay.
14        Forty-five minutes.  So it is
15        12:26 -- 12:30.  So if we come
16        back ten after 1:00-ish.
17                   MR. GOETZ:  Perfect.
18                   VIDEO TECHNICIAN:  We're
19        going to go off the record.  The
20        time is 12:27 p.m.
21                        -   -   -
22                   (Whereupon, a luncheon
23        recess was taken.)
24                        -   -   -
```

This Transcript Contains Confidential Material

1          I'm sorry.  Is it related to

2     testifying -- well, is most of your

3     current income related to testifying in

4     terrorism-related cases?

5          A.    Most of my income in the

6     last year, year and-a-half, is from my

7     legal work, yes.

8          Q.    And it's legal work in

9     terrorism consulting cases, correct?

10         A.    Yes.

11         Q.    And how long has that been

12    the case?

13         A.    About five years, perhaps.

14         Q.    And what percentage of your

15    income comes from your litigation-related

16    terrorism consulting work?

17         A.    As I said, right now it's

18    most of my income.  It's all -- because

19    I'm retiring, and so I'm closing down

20    everything else.  And that's the last few

21    things lingering.

22         Q.    And what percentage of your

23    annual income from terrorist-related

24    cases versus income from

This Transcript Contains Confidential Material

1    non-terrorism-related cases?

2         A.    In the last two years, about

3    95 percent.

4         Q.    Now, Dr. Sageman, is it true

5    that you have referred to yourself as

6    doing James Bond stuff?

7         A.    Maybe in jest.  I don't

8    recall.

9         Q.    Have you ever referred to

10   yourself as a spymaster during expert

11   testimony?

12        A.    I don't recall as we sit

13   here.  You have to show me.

14        Q.    Okay.

15             MR. HAEFELE:  Can we maybe

16        put up the next exhibit?  What's

17        the next exhibit number?

18             COURT REPORTER:  859.

19             MR. HAEFELE:  Jon, are you

20        there?  Can we put up Number 6A.

21                  -   -   -

22             (Whereupon, Exhibit

23        Sageman-859, No Bates, Reporter's

24        Transcript, Jury Trial, Day 21,

1    was marked for identification.)

2              -   -   -

3  BY MR. HAEFELE:

4        Q.    This is your testimony in

5  the U.S. versus Jumaev case that we

6  referenced a moment ago from April 24,

7  2018.

8              Do you remember testifying

9  there?

10        A.    Yes, I do.

11              MR. HAEFELE:  Can we go to

12        Page 24 of the PDF and look at

13        Lines 11 to 15?

14  BY MR. HAEFELE:

15        Q.    This says, I was a case

16  officer for the Central Intelligence

17  Agency.

18              Question:  What does a case

19  officer mean?

20              Answer:  The case officer, I

21  guess, is you're a spymaster.  You are

22  the one that actually handles the other

23  country's spies, or you handle

24  commanders, insurgency.  You're basically

This Transcript Contains Confidential Material

1    James Bond.

2              Do you remember that

3    testimony?

4         A.    What page is it on?

5         Q.    It's right in front of you

6    on the screen.

7         A.    I'm trying to get the big

8    screen, not the small screen.

9         Q.    Well, all right.  It's on --

10   if you're looking at the PDF, Page 24.

11             MR. HAEFELE:  Jon, you can

12        take away the blowup if that helps

13        him find it.  Maybe he can find it

14        on the big screen by looking at

15        the full page.

16             Page 2075 of the court

17        transcript, but it's on Page 24 of

18        96.

19   BY MR. HAEFELE:

20        Q.    Dr. Sageman, you can see the

21   full page.  So you can see the context in

22   front of you.

23        A.    Yeah, I'm looking at --

24        Q.    And it's simple.

This Transcript Contains Confidential Material

1        The question is, did you

2   refer to yourself as a spy master doing

3   James Bond stuff?

4        A.    Not myself.  I tried to

5   explain what the case officer is.  And if

6   you look at the quote itself, it says,

7   the case officer, I guess, you're a spy

8   master.  You are the one that actually

9   handles the other country's spies and you

10  handle commanders, insurgency.  You're

11  basically James Bond.

12        That was me trying to tell

13  the jury what the case officer is as

14  opposed to intel analyst.  I did not

15  compare myself to James Bond.

16        Q.    All right.

17        MR. HAEFELE:  Can we look at

18        6B, which is -- the next item is

19        your testimony in U.S. versus Adam

20        Shafi, from September 4, 2018,

21        which is only a short period after

22        your April 2018 testimony in

23        Jumaev.

24                - - -

This Transcript Contains Confidential Material

```
 1              (Whereupon, Exhibit
 2         Sageman-860, No Bates, Transcript
 3         of Proceedings, Volume 5, Pages
 4         572-752, was marked for
 5         identification.)
 6              -  -  -
 7  BY MR. HAEFELE:
 8         Q.   And in the Shafi case, if we
 9  look at Page -- PDF Page 91 of the
10  transcript, and looking at Lines 4 to 9.
11              Again, you're telling the
12  jury there that, I was a case officer.
13              And, again, What does that
14  mean?
15              A case officer is your
16  operative.  I've always been a
17  practitioner, whether physician or case
18  officer.  It's really the fellow who
19  handles spies, who runs wars.  It's stuff
20  on James Bond, basically.
21              And is it your testimony,
22  then, that you don't think that somebody
23  who heard you say those things would say
24  that you were comparing yourself, as a
```

This Transcript Contains Confidential Material

1    case officer, as someone who is like

2    James Bond?

3              MR. GOETZ:  Objection to

4         form.  Foundation.

5              THE WITNESS:  You know, I

6         don't know how other people

7         interpret that.  I did not compare

8         myself to James Bond.

9              This is something I'm trying

10        to tell the jury, using references

11        that the jury would understand.

12   BY MR. HAEFELE:

13        Q.   All right.

14        A.   And -- but I do not compare

15   myself very clearly here to either James

16   Bond.  I'm trying to explain to the jury

17   what a case officer does as opposed to

18   somebody who writes or analyzes

19   intelligence behind a desk.

20             I'm a practitioner.  I

21   always was.

22        Q.   All right.  But you're

23   pretty consistently telling the folks

24   that you're testifying to that you were a

This Transcript Contains Confidential Material

1    case officer, and a case officer is

2    somebody who does James Bond stuff,

3    right?

4              MR. GOETZ:  Objection.

5         Form.

6              THE WITNESS:  If you want to

7         interpret it that way, fine.  But

8         that's not what I said.  I tried

9         to show that an operative is what

10        people show in James Bond movies.

11   BY MR. HAEFELE:

12        Q.   You don't drive an Aston

13   Martin, right?

14             MR. GOETZ:  Objection to

15        form.

16   BY MR. HAEFELE:

17        Q.   You never did?

18        A.   I wish I did.  I wish I did.

19        Q.   Yeah.  What do you drink?

20   Martinis?

21             MR. GOETZ:  Objection.

22   BY MR. HAEFELE:

23        Q.   Do you really think that

24   telling people in testimony that you are

This Transcript Contains Confidential Material

1    like James Bond is describing the

2    everyday, average, ordinary work that a

3    CIA case officer does, or is it something

4    that you're -- a different vision of what

5    a CIA case officer does that you're

6    trying to impose on the people listening

7    to you --

8              MR. GOETZ:  Objection.

9         Argumentative.  Repetitive.  Let's

10        move on.

11             MR. HAEFELE:  You need to

12        wait for me to finish my question.

13   BY MR. HAEFELE:

14        Q.   Dr. Sageman, you can answer

15   the question.

16        A.   It's not what I said.

17        Q.   All right.

18             MR. HAEFELE:  Can we put up

19        6C?

20                  -  -  -

21             (Whereupon, Exhibit

22        Sageman-861, No Bates, Volume 11A,

23        Transcript of Proceedings, was

24        marked for identification.)

This Transcript Contains Confidential Material

```
 1                    -  -  -
 2              MR. HAEFELE:  Just, I guess
 3         to be clear for the record, that
 4         the testimony from the Shafi case,
 5         I think it was, is 860.
 6                    -  -  -
 7              (Whereupon, a discussion off
 8         the record occurred.)
 9                    -  -  -
10              MR. HAEFELE:  This is a
11         third case, U.S. versus Jones and
12         Schimenti.
13    BY MR. HAEFELE:
14         Q.    And Exhibit-861, which is on
15    the screen now, it's a case called U.S.
16    versus Jones and Schimenti.
17              Do you remember testifying
18    there?
19         A.    Yes.
20         Q.    And that was in July of
21    2019, which was only a few months after
22    the September 2018 testimony in Shafi,
23    correct?
24         A.    Yes.
```

This Transcript Contains Confidential Material

```
 1              MR. HAEFELE:  And if we can
 2      go to Page 91 of the PDF, Lines 11
 3      through 15.  We aren't on the
 4      right page, that's for sure.  It
 5      should be PDF Page 91 and 11
 6      through 15.
 7              MR. KNOWLES:  This is 91 of
 8      328.  055 of the original.
 9              MR. HAEFELE:  Is the case
10      Jones and Schimenti?  Hang on.
11              MR. KNOWLES:  Yes, sir.
12              MR. HAEFELE:  All right.
13      Hang on.
14              Let's go back to that Page
15      91, 11 to 15.  Wait.  Hang on.
16      That's the page?
17              MR. KNOWLES:  Yes, sir.
18              MR. HAEFELE:  All right.
19      Can we go up to -- I'm not seeing
20      it because Dr. Sageman's face is
21      over top of it.  Not your fault.
22      Mine.
23              All right.  Page 91, Lines 3
24      to 9.
```

This Transcript Contains Confidential Material

1    BY MR. HAEFELE:

2         Q.    And you describe yourself as

3    a case officer, correct?

4               Yes.

5               Now, before becoming a case

6    officer, do you need special training?

7               Answer:  Yes.  I spent a

8    year at The Farm training to be a spy

9    master.  A case officer is a spy master,

10   what people think as spy masters.

11              Is that the way you see

12   yourself?

13        A.    I think that you don't know

14   what the definition of spy master is.

15   Spies are traitors to their own country.

16   Spy master is the person who handles a

17   spy.

18              A spy master is not a

19   traitor to his country.  He's actually a

20   patriotic person who serves his country.

21   That's what spy masters are.  They are

22   not spies.  And they are spy handlers.

23              But people don't really know

24   exactly what spy handler is.

This Transcript Contains Confidential Material

```
1         Q.    Now --
2         A.    Spy master is usually
3    what --
4         Q.    Now --
5         A.    -- how people refer to
6    themselves -- a case officer refer to
7    themselves when they explain what they
8    do, since people don't understand what a
9    case officer is.
10        Q.    But now I'm even more
11   confused.  Because you said you were a
12   case officer, as a spy master, and as a
13   case officer, you described yourself
14   doing James Bond stuff; but James Bond
15   was clearly a spy.  I mean, that's --
16        A.    No, he's a spy handler.
17   He's not a spy.  A spy is a person who
18   betrays his own country.  That's a spy.
19   We put spies in prison.  We don't put
20   case officers who handle spies in prison.
21        Q.    Okay.
22        A.    I'm sorry for your
23   confusion.
24        Q.    You watch James Bond movies
```

This Transcript Contains Confidential Material

1    differently than I do, apparently.

2              Let me ask you directly,

3    then, since it seems to be unclear from

4    the various testimonies where you've

5    talked about a case officer being a spy

6    master and doing James Bond stuff and

7    that you were a case officer, but you're

8    not telling us, according to what you're

9    saying today, that you were a James

10   Bond-like person.

11             Do you believe that you

12   would categorize who you are and what you

13   did as doing James Bond stuff, as a spy

14   master?

15             MR. GOETZ:  Objection.

16        Form.  Scope.  Repetitive.

17        Argumentative.

18             THE WITNESS:  I, when I

19        speak to other people of my

20        profession, say that I'm a case

21        officer, people understand that.

22             Unfortunately, outside the

23        intelligence business, people do

24        not understand what a case officer

This Transcript Contains Confidential Material

```
 1           is.  And so what we do is that we
 2           distinguish between spies, who are
 3           traitors to their own countries,
 4           they betray their own country,
 5           they give secrets to their
 6           handlers, to their spy masters,
 7           who are patriotic members of the
 8           intelligence community serving
 9           their own country.  Spy masters
10           are decorated.  Spies are shunned.
11           It's very different.
12   BY MR. HAEFELE:
13           Q.   On the first page of your
14   report, you state that you have reviewed
15   the complete discovery material produced
16   by all seven sets of plaintiffs, as well
17   as the World Assembly of Muslim Youth
18   that you have -- that you have sent me --
19   and I think you're referring to what Mr.
20   Mohammedi has sent you -- on a hard
21   drive, which total more than hundreds of
22   thousands of pages.
23               And then you say, These
24   documents are too numerous to list.
```

This Transcript Contains Confidential Material

1        MR. HAEFELE:  Maybe we can

2     pull up -- we can pull up the

3     report, and you can find that text

4     there.

5  BY MR. HAEFELE:

6        Q.    You have the report in front

7  of you?

8        A.    I have the report in front

9  of me.

10       Q.    Okay.

11       MR. GOETZ:  We've been going

12    for over an hour and-a-half, so

13    when we get to a good point to

14    take a stretch break, that would

15    be great.

16       MR. HAEFELE:  We'll take a

17    break shortly.  Let me get through

18    this topic here.

19  BY MR. HAEFELE:

20       Q.    The hard drive that was sent

21  to you by Mr. Mohammedi, the lawyer for

22  WAMY, that's who it came from, right?

23       A.    Yes.

24       Q.    And do you still have that

This Transcript Contains Confidential Material

```
 1          assuming that I relied
 2          exclusively, it seems, on Dr.
 3          Noorwali's declaration.  I did
 4          not.  I keep on telling you, I
 5          used other contemporaneous primary
 6          evidence for these.
 7  BY MR. HAEFELE:
 8          Q.    You still didn't answer my
 9  question, though.
10          A.    I was about to.  You just
11  interrupted me.  You just interrupted me,
12  okay.
13          Q.    Sir, you keep deflecting
14  from the answer, which is --
15          A.    No, I'm not.  I'm going to
16  answer your question.
17          Q.    Answer my question and not
18  deflect.  Answer the question that I
19  asked, don't deflect.
20              MR. GOETZ:  Let him answer
21          the question.
22              MR. HAEFELE:  I do want him
23          to answer the question, Fred.  I
24          don't want him to use his CIA
```

This Transcript Contains Confidential Material

```
 1              tactics of deflection on me.

 2                   MR. GOETZ:  You would have

 3              had your answer by now if you

 4              would just let him answer.

 5    BY MR. HAEFELE:

 6         Q.    Answer the question and stop

 7    deflecting, Mr. Sageman.

 8                   MR. GOETZ:  And stop making

 9              pontificating statements, Robert.

10                   MR. MOHAMMEDI:  You're

11              harassing the witness.  You're

12              harassing the witness.  And if

13              you're going to continue this, I'm

14              going to stop this deposition.

15                   MR. HAEFELE:  I want

16              answers --

17                   MR. MOHAMMEDI:  We are going

18              to stop this deposition if you

19              keep harassing the witness.

20    BY MR. HAEFELE:

21         Q.    Dr. Sageman, please answer

22    the question.

23         A.    As I said, the predicate of

24    your question is wrong.  I did not rely
```

This Transcript Contains Confidential Material

1   solely on Dr. Noorwali's deposition.

2           Q.    That wasn't the predicate of
3   my question.

4           A.    Yes, it was.  Yes, it was.
5   That was the first sentence.  Read it
6   again.  Read it again.  I specifically
7   listened to it.

8           Q.    Dr. Sageman, let me ask you
9   this -- I know that you want to think
10  that your psychological background, your
11  psychology, can get into my mind.  But
12  you don't know the predicate to my
13  question.

14          I didn't say -- I never said
15  you relied on only.  The word "only" was
16  not in there.  That's something that
17  you've inserted in there and you're
18  trying to deflect.

19          I have simply asked you when
20  you relied upon it -- and we have
21  established that you did rely on it --
22  when you relied upon it, did you do any
23  investigation, before you relied upon a
24  source, to determine whether that source

This Transcript Contains Confidential Material

1    had a deep dislike for the United States?

2              MR. GOETZ:  Objection.

3         Robert, your statements are

4         completely inappropriate.  Ask him

5         questions, and he'll answer.

6              MR. HAEFELE:  There's a

7         question pending.

8              THE WITNESS:  I keep on

9         always answering saying I

10        partially relied on Dr. Noorwali's

11        two statements.

12             I would have -- when I look

13        at a person's statement, I look at

14        what that person is like at the

15        time of the statement.

16             The statement happened in

17        2019.  This is 2006.  There are a

18        lot of things that happened in 13

19        years.  I don't know if his belief

20        or his feelings towards the United

21        States is similar to what he felt.

22        I mean, there's lot of things

23        happening in 13 years.

24   BY MR. HAEFELE: