# EXHIBIT 19

LAW FIRM OF
**OMAR T. MOHAMMEDI, LLC**

233 BROADWAY, SUITE 820
WOOLWORTH BUILDING
NEW YORK, NY 10279
PHONE (212) 725-3846
FACSIMILE (212) 202-7621
WWW.OTMLAW.COM

OMAR T. MOHAMMEDI, ESQ.
DIRECT DIAL: (212) 725-3846 x102
EMAIL: OMOHAMMEDI@OTMLAW.COM

ADMITTED: NEW YORK, EIGHTH CIRCUIT
SECOND CIRCUIT, ALGERIAN BAR
US COURT ON INTERNATIONAL TRADE

August 9, 2019

### VIA ELECTRONIC MAIL

Robert T. Haefele, Esq.
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
Tel.: (843) 216-9184
Email: rhaefele@motleyrice.com
*For the Plaintiffs' Exec. Committees*

Sean P. Carter, Esq.
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Tel.: (215) 665-2105
Email: scarter@cozen.com
*For the Plaintiffs' Exec. Committees*

Andrew J. Maloney III, Esq.
KREINDLER & KREINDLER LLP
750 Third Avenue
New York, New York 10017
Tel.: 212-687-8181
Email: amaloney@kreindler.com
*For the Plaintiffs' Exec. Committees*

Allan Gerson, Esq.
ALLAN GERSON,
INTERNATIONAL LAW, PLLC
4221 Lenore Lane NW
Washington, D.C. 20008
Tel.: (202) 361-6419
Email: aglaw.image@gmail.com

### In re: Terrorist Attacks on September 11, 2001 03 MDL 1570

Dear Messrs. Haefele, Carter, Maloney, and Gerson:

As you know, we represent the World Assembly of Muslim Youth International and the World Assembly of Muslim Youth Saudi Arabia (collectively hereinafter as "**WAMY**"). We write to address an unethical and highly troubling incident that occurred on Thursday, July 25, 2019, as relayed to us by one of WAMY's Rule 30(b)(6) witnesses, Dr. Abdul Wahab Noorwali.

The day following Dr. Noorwali's deposition, Dr. Noorwali was traveling by train from Toledo to Madrid when Mr. Gerson and Mr. Noorwali sat next to each other. Mr. Gerson explicitly discussed Dr. Noorwali's performance, facts addressed in his testimony and the merit of the case.

LAW FIRM OF
**OMAR T. MOHAMMEDI, LLC**

Mr. Gerson was present during Dr. Noorwali's deposition. He was aware that Dr. Noorwali was a corporate designee, represented by counsel. Mr. Gerson's conduct is a clear violation of the Rules of Professional Responsibility and common sense. We are shocked by this misconduct and are currently weighing our options.

Sincerely,

Omar Mohammedi

/s/ Fredrick Goetz

Frederick J. Goetz, Esq.