UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 03 MDL 1570 (GBD)(SN)

Re:   *Ashton, et al. v. Al Qaeda Islamic, et al., 1:02-cv-06977-GBD-SN;*
      *Schneider, et al. v. Al Qaeda Islamic, et al., 1:02-cv-07209-GBD-SN*

I hereby certify under the penalties of perjury that on the 13th day of November 2024, I served defendant:

> Islamic Republic of Iran
> H.E. Dr. Mohammad Javad Zarif
> Minister of Foreign Affairs
> Foreign Minister of the Ministry of Foreign Affairs
> Imam Khomeini Street, Imam Khomeini Square
> Tehran, Islamic Republic of Iran

by dispatching via Federal Express, Tracking No. 7799 2946 4318, to The Secretary of State, CA/OSC/PRI SA-17, 10th Floor, Washington, DC, 20522, Attn: Director of Special Consular Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of the Notice of Default Judgment and its certified Farsi translation, which conforms to the requirement of 22 C.F.R. § 93.2, and a copy of the September 16, 2024 Partial Final Default Judgment and the moving papers for Plaintiffs' Motion, and the certified Farsi translations of the Default Judgment and Plaintiffs' moving papers.

Dated: November 13, 2024

   New York, New York

                                        DANIEL ORTIZ
                                        ACTING CLERK OF COURT

                                        /s/Rachel Slusher
                                        Deputy Clerk