# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

No. 03-MDL-1570 (GBD) (SN)

**[PROPOSED] ORDER ON DALLAH AVCO'S REQUEST
TO APPROVE REDACTED PUBLIC FILING OF REPLY SUBMISSION**

WHEREAS on August 13, 2024, Dallah Avco and the FBI jointly sought authorization to file public redacted versions of Dallah Avco's reply papers on its renewed dispositive motions;

WHEREAS on November 14, 2024, Dallah Avco and the FBI jointly informed the Court that the FBI was partially withdrawing its redaction request; and

The Court FINDING that the FBI has made an adequate showing to justify the FBI's amended redaction request for the reasons described in the foregoing letters;

It is hereby ORDERED that:

1. Dallah Avco shall file a public redacted version of its reply submission that redacts only the following information: (1) with respect to Dallah Avco Ex. 97, the information that the FBI proposes to redact in the November 14, 2024, joint letter; and (2) with respect to the remaining documents, the information that is required to be redacted by this Court's July 29, 2024, sealing order; and

2. Dallah Avco shall publicly file the August 13, 2024, joint letter, without the attachment.

IT IS SO ORDERED.

Dated: _____    _____
      New York, New York    HON. GEORGE B. DANIELS
                                                        UNITED STATES DISTRICT JUDGE