LAW FIRM OF
**OMAR T. MOHAMMEDI, LLC**

233 BROADWAY, SUITE 820
WOOLWORTH BUILDING
NEW YORK, NY 10279
PHONE (212) 725-3846
FACSIMILE (212) 202-7621
WWW.OTMLAW.COM

OMAR T MOHAMMEDI, ESQ
DIRECT DIAL (212) 725-3846 x101
EMAIL OMOHAMMEDI@OTMLAW.COM

ADMITTED NEW YORK, EIGHTH CIRCUIT
SECOND CIRCUIT,
US COURT ON INTERNATIONAL TRADE

November 15, 2024

**VIA ECF**

The Honorable Sarah Netburn
Magistrate Judge, United States District Court
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 219
New York, NY 10007

**Re**:   *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 GBD-SN
WAMY's Response to PEC's 10/9/24 Inflammatory Letter:

Dear Judge Netburn:

Defendants World Assembly of Muslim Youth and World Assembly of Muslim Youth-International (USA) ("WAMY"), write in response to the recent Plaintiffs' Executive Committees PECs letter filed on November 14, 2024. (ECF 10539). PECs request an extension of time to file a "response." PECs actually seek to file an unsolicited reply, which they are not entitled to. WAMY opposes PECs' request.

The Court's Order of October 11, 2024 (ECF No. 10421) granted WAMY the opportunity to respond to ("PECs") letter application of October 9, 2024. (ECF No. 10416). In that letter PECs presented their views on the video deposition. The Order does not authorize any reply. PECs had approximately three months to prepare anything they felt was necessary to support their request for relief based on the allegations letter. They were also given the opportunity to identify anything in the video deposition that they believed supported the allegations but refused to do so.  (ECF 10529).

WAMY believes the Court has all the information sought in its October 11, 2024 Order; which is sufficient to rule on PECs application. We ask that the matter not be dragged out further. Thank you very much for your consideration in this matter.

Respectfully Submitted,

*/s/ Omar Mohammedi*
_____
Omar Mohammedi

*/s/ Frederick Goetz*
_____
Frederick Goetz