# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

*Via ECF*   November 18, 2024

The Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570; *Audrey Ades, et al. v. Islamic Republic of Iran*, No. 1:18-cv-07306 (GBD)(SN) – Judgment awarded to the Estate of Tamara Ciara Thurman at ECF No. 10277

Dear Judge Daniels:

I write regarding the economic damages judgment awarded to the Estate of Tamara Ciara Thurman against the Islamic Republic of Iran ("Iran") on August 29, 2024. ECF No. 10277, at 5, line 4. The Order states that Ms. Thurman's "Nationality on 9/11" was Italy. *Id*. However, Ms. Thurman was a U.S. national and was not an Italian national, *see* ECF No. 9966-2, at 2, line 1, and this Court previously awarded Ms. Thurman a judgment against Iran as a U.S. national under 28 U.S.C. § 1605A. ECF No. 5876, at 7, line 24.

We respectfully request that the Court issue an amended Order modifying ECF No. 10277, at 5, line 4 to note that Tamara Ciara Thurman was a U.S. national.

I thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Jerry S. Goldman*
Jerry S. Goldman, Esq.
*Attorney for the Plaintiffs*

cc: All MDL Counsel of Record (via ECF)