# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

*Via ECF*                                                                                         November 19, 2024

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

    Re:    <u>In re Terrorist Attacks on September 11, 2001</u>, No. 03-MDL-1570 (GBD)(SN)

Dear Magistrate Judge Netburn:

    We write to update you on the status of our Motion to Withdraw as Counsel for plaintiffs Michael Reynolds and Justin Rodriguez that we filed on September 30, 2024. ECF No. 10402.

    On October 7, 2024, this Court denied our motion without prejudice until Mr. Reynolds and Mr. Rodriguez filed respective Notices of Pro Se Appearances within 30 days of the Order. ECF No. 10410.

    Counsel forwarded the Court's Order and the instructions to Mr. Reynolds and Mr. Rodriguez on October 8, 2024 and advised them that they needed to file these documents by November 6, 2024 to comply with the Court's October 7, 2024 Order. Counsel followed up with a reminder via email on October 31, 2024. As of this writing, the Court's deadline has past and Mr. Reynolds and Mr. Rodriguez have not filed Notices of Pro Se Appearances.

    Counsel will continue to encourage Plaintiffs to file the proper Notices with the Court.

                                                        Respectfully submitted,

                                                       */s/ Jerry Goldman*
                                                       Jerry S. Goldman, Esq.

                                                       *Attorney for the Plaintiffs*

Cc (via ECF): The Honorable George B. Daniels
                 All MDL Counsels of Record