# Exhibit 98

[Handwritten text is indicated in italics]

*Cordially and respectfully*

*To His Excellency the esteemed Director General of Airways Engineering*

*To the attention of Mr. Youssef Salam*

*Attached, please find the University's letter approving continuation of the doctoral studies in the Finance Department. The specialization will be in finance and accounting.*

*Kindly review.*

*May God bless you…*

*Omar bin Ahmed Al-Bayoumi*

[signature]

*M / 8*

KSA0000000904

AFFIDAVIT OF ACCURACY

This is to certify that the following is, to the best of my knowledge and belief, a true and accurate translation into English of the attached document(s) relating to:

**KSA0000000904**

written in Arabic.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the results of these proceedings.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

September 25, 2023

_____   _____
Date                                                  Signature

_____   _____
Stamp, Notary Public                     Signature, Notary Public

WENDY POON
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in Queens County
01PO6356754
MY COMMISSION EXPIRES 04-03-2025

مع التحية و الاحترام
لسعادة مدير عام هندسة المرات الجوية المحترم
عناية الاستاذ / يوسف سلام
مرفوع طيه خطاب جامعه بالواقعه لمواصلة
دراستى للدكتوراه فى قسم المالية وسيكون
التخصص الدقيق فى المالية والمحاسبة
أرجو التكرم بالاطلاع
و لكم جزيل الشكر

عمر بن أحمد البسيوني
٨/٣

KSA0000000904