# Exhibit 100

The Wayback Machine - https://web.archive.org/web/20090513075802/http://www.opm.gov/oca/01tables/GSannual/html/sandiego.htm



# U.S. Office of Personnel Management

## 2001 General Schedule
## Locality Rates of Pay for

### SAN DIEGO, CA*

Effective January 2001

| Grade | \multicolumn{10}{c}{Annual Rates for Steps (in dollars)} |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 |
| GS-1 | 15,855 | 16,384 | 16,911 | 17,436 | 17,964 | 18,275 | 18,794 | 19,319 | 19,340 | 19,834 |
| GS-2 | 17,826 | 18,249 | 18,840 | 19,340 | 19,558 | 20,134 | 20,709 | 21,285 | 21,860 | 22,436 |
| GS-3 | 19,450 | 20,098 | 20,746 | 21,394 | 22,042 | 22,689 | 23,337 | 23,985 | 24,633 | 25,281 |
| GS-4 | 21,835 | 22,563 | 23,291 | 24,018 | 24,746 | 25,474 | 26,202 | 26,930 | 27,658 | 28,386 |
| GS-5 | 24,429 | 25,244 | 26,059 | 26,874 | 27,688 | 28,503 | 29,318 | 30,133 | 30,948 | 31,762 |
| GS-6 | 27,230 | 28,137 | 29,044 | 29,951 | 30,858 | 31,766 | 32,673 | 33,580 | 34,487 | 35,394 |
| GS-7 | 30,260 | 31,268 | 32,277 | 33,285 | 34,293 | 35,302 | 36,310 | 37,319 | 38,327 | 39,336 |
| GS-8 | 33,512 | 34,630 | 35,747 | 36,865 | 37,982 | 39,100 | 40,217 | 41,335 | 42,453 | 43,570 |
| GS-9 | 37,015 | 38,248 | 39,482 | 40,715 | 41,948 | 43,182 | 44,415 | 45,648 | 46,882 | 48,115 |
| GS-10 | 40,763 | 42,122 | 43,481 | 44,840 | 46,199 | 47,558 | 48,917 | 50,277 | 51,636 | 52,995 |
| GS-11 | 44,787 | 46,279 | 47,772 | 49,265 | 50,757 | 52,250 | 53,743 | 55,235 | 56,728 | 58,221 |
| GS-12 | 53,677 | 55,466 | 57,255 | 59,043 | 60,832 | 62,621 | 64,410 | 66,198 | 67,987 | 69,776 |
| GS-13 | 63,831 | 65,959 | 68,087 | 70,215 | 72,344 | 74,472 | 76,600 | 78,728 | 80,857 | 82,985 |
| GS-14 | 75,429 | 77,944 | 80,458 | 82,973 | 85,487 | 88,002 | 90,516 | 93,031 | 95,545 | 98,060 |
| GS-15 | 88,725 | 91,683 | 94,640 | 97,598 | 100,555 | 103,513 | 106,470 | 109,428 | 112,385 | 115,343 |

\* INCORPORATING THE 2.70% GENERAL SCHEDULE INCREASE AND A LOCALITY PAYMENT OF 11.31% FOR THE LOCALITY PAY AREA OF SAN DIEGO, CA (Net Increase: 3.95%)

- To *Salaries and Wages*
- To *Compensation Administration Home Page*

- To [OPM Home Page](#)
- To [Website Index](#)