# Exhibit 102

## Dallah Avco's Objections to Plaintiffs' Exhibits

| PECs Ex. | Description | Bates No./ Transcript Page | Cited at Averment paragraphs | Dallah Avco Objections |
|---|---|---|---|---|
| 2 F | FBI Operation Encore update | EO14040-000222-MDL | 717 | 403, 602, 802 |
| 2 R | FBI interview of ███████, Manufacturers Life | EO14040-001609-MDL | 666 | 402, 403, 602, 802 |
| 2 S | FBI interview of ███████, Alliant Int'l Univ. | EO14040-001761-MDL | 716 | 403, 602, 802 |
| 2 V | FBI document re: Omar Al Bayoumi trace request | EO14040-002548-MDL | 703 | 402, 403, 602, 802 |
| 2 V | FBI document re: Omar Al Bayoumi trace request | EO14040-002563-MDL | 631, 703 | 402, 403, 404, 602, 802 |
| 2 AA | FBI document re: Soliman Al Ali | EO14040-003324-MDL | 661, 666, 675 | 402, 403, 602, 802 |
| 2 CC | FBI document re: Soliman Al Ali | EO14040-003552-MDL | 666 | 402, 403, 602, 802 |
| 5 | Expert Report of Bassem Youssef | None | 660, 665, 696, 712 | 402, 403, 602, 702 |
| 6 | PCA Al Bayoumi secondment extension decree | DA001119 | 1189 | None |
| 9 | Joint Inquiry Report into 9/11 Attacks | BUR-PEC-032169 | 701 | 403, 602, 802 |
| 12 R | Demonstrative re: Bayoumi calls to Ercan and Magdi Hanna | None | 653 | None |
| 12 V | Demonstrative re: Bayoumi calls to PCA | None | 874, 1190 | None |
| 12 AA | Al Bayoumi handwritten address book | MPS738 | 651 | None |
| 12 BB | "Omar's Phone Book" | MPS 688 | 651 | None |
| 35 | FBI interview of ███████████ | FBI007995 | 700 | 402, 403, 602, 802 |
| 36 | Al Bayoumi INS form and letter from Magdi Hanna | None | 657, 700, 707, 708 | None |
| 37 | Al Bayoumi work history | None | 717 | None |
| 38 | Al Bayoumi letter to U.S. International University | Bayoumi Dep. Ex. 683 | 711 | None |
| 66 | Al Salmi letter to PCA re: educational leave | KSA0000000901 | 685, 690 | None |
| 78 | CIA Report: Funding Islamic Extremist Movements | CIA_000720 | 663 | 402, 403, 602, 802 |
| 79 | CIA Report: Usama bin Ladin | CIA_000807 | 663 | 402, 403, 602, 802 |
| 83 | CIA Report: Islamic Banking | CIA-SUB_0020 | 663 | 402, 403, 602, 802 |
| 84 | Excerpt from Joint Inquiry Report (the "28 pages") | None | 701 | 403, 602, 802 |
| 86 | Declaration of Samuel Coombs | None | passim | 402, 403, 602, 802 |
| 87 | Al Salmi directive to Avco Overseas | DA002267 | 629, 631 | None |
| 88 | PCA purchase requisition | DA002268 | 629 | None |
| 90 | Snell Decl. Ex. 2: Al Bayoumi 9/11 Commission interview | None | 681 | 602, 802 |
| 91 | Declaration of Holly Ratchford | None | 698 | 802 |
| 94 | Al Angari Deposition Transcript | 24:18-27:17 | 628 | None |
| 94 | Al Angari Deposition Transcript | 30:9-31:13 | 629 | None |
| 94 | Al Angari Deposition Transcript | 88:20-89:14 | 674 | None |
| 94 | Al Angari Deposition Transcript | 101:24-103:19 | 714 | None |
| 94 | Al Angari Deposition Transcript | 104:15-105:20 | 682 | None |

## Dallah Avco's Objections to Plaintiffs' Exhibits

| PECs Ex. | Description | Bates No./ Transcript Page | Cited at Averment paragraphs | Dallah Avco Objections |
|---|---|---|---|---|
| 94 | Al Angari Deposition Transcript | 114:5-124:25 | 875 | None |
| 94 | Al Angari Deposition Transcript | 145:25-149:10 | 691 | None |
| 94 | Al Angari Deposition Transcript | 149:21- 150:23 | 692 | None |
| 94 | Al Angari Deposition Transcript | 153:15-23 | 692 | None |
| 94 | Al Angari Deposition Transcript | 156:3-23 | 629 | None |
| 94 | Al Angari Deposition Transcript | 162:20-23 | 692 | None |
| 94 | Al Angari Deposition Transcript | 163:19-164:2 | 693 | None |
| 94 | Al Angari Deposition Transcript | 166:21-25 | 630 | None |
| 94 | Al Angari Deposition Transcript | 196:5-11 | 630 | None |
| 94 | Al Angari Deposition Transcript | 238:21-240:16 | 629, 694 | None |
| 94 | Al Angari Deposition Transcript | 245:3-8 | 674 | None |
| 94 | Al Angari Deposition Transcript | 248:1-21 | 630 | None |
| 94 | Al Angari Deposition Transcript | 253:4-254:25 | 630 | None |
| 94 | Al Angari Deposition Transcript | 269:1-270:22 | 674 | None |
| 94 | Al Angari Deposition Transcript | 319:3-320:19 | 630 | None |
| 94 | Al Angari Deposition Transcript | 322:11-323:12 | 630 | None |
| 94 | Al Angari Deposition Transcript | 327:18-329:25 | 630 | None |
| 94 | Al Angari Deposition Transcript | 387:9-388:1 | 674 | None |
| 103 | Ammar Kamel Deposition Transcript | 23:19-25:3 | 702 | None |
| 103 | Ammar Kamel Deposition Transcript | 114:3-14 | 674 | None |
| 103 | Ammar Kamel Deposition Transcript | 171:17-23 | 665 n.1, 669, 714, 715 | None |
| 103 | Ammar Kamel Deposition Transcript | 180:10-182:3 | 680 | None |
| 103 | Ammar Kamel Deposition Transcript | 183:10-23 | 680 | None |
| 103 | Ammar Kamel Deposition Transcript | 196:13-207:23 | 665 n.1, 669, 714, 715 | None |
| 111 | Jaber Khalifa Deposition Transcript | 22:16-25:17 | 662 | None |
| 111 | Jaber Khalifa Deposition Transcript | 30:3-34:14 | 664 | None |
| 111 | Jaber Khalifa Deposition Transcript | 30:14- 34:21 | 670 | None |
| 111 | Jaber Khalifa Deposition Transcript | 39:4-20 | 664 | None |
| 111 | Jaber Khalifa Deposition Transcript | 51:16-52:21 | 664 | None |
| 111 | Jaber Khalifa Deposition Transcript | 55:11-23 | 670 | None |
| 111 | Jaber Khalifa Deposition Transcript | 76:3-21 | 670 | 602 |
| 111 | Jaber Khalifa Deposition Transcript | 76:23-77:5 | 670 | 602 |
| 111 | Jaber Khalifa Deposition Transcript | 89:3-91:23 | 676 | None |

## Dallah Avco's Objections to Plaintiffs' Exhibits

| PECs Ex. | Description | Bates No./ Transcript Page | Cited at Averment paragraphs | Dallah Avco Objections |
|---|---|---|---|---|
| 111 | Jaber Khalifa Deposition Transcript | 90:16-24 | 670 | None |
| 111 | Jaber Khalifa Deposition Transcript | 98:10-99:20 | 676 | 602 |
| 120 | Al Bayoumi Deposition Transcript | 35:4-37:14 | 628 | None |
| 120 | Al Bayoumi Deposition Transcript | 38:15-43:11 | 628 | None |
| 120 | Al Bayoumi Deposition Transcript | 73:7-74:13 | 675, 677 | None |
| 120 | Al Bayoumi Deposition Transcript | 74:14-75:11 | 675, 677 | None |
| 120 | Al Bayoumi Deposition Transcript | 101:13-102:1 | 654 | None |
| 120 | Al Bayoumi Deposition Transcript | 102:21-103:7 | 654 | None |
| 120 | Al Bayoumi Deposition Transcript | 103:15-104:15 | 654 | None |
| 120 | Al Bayoumi Deposition Transcript | 104:16- 105:3 | 654 | None |
| 120 | Al Bayoumi Deposition Transcript | 474:21-475:3 | 681 | None |
| 120 | Al Bayoumi Deposition Transcript | 475:3-476:16 | 681 | None |
| 120 | Al Bayoumi Deposition Transcript | 772:1-7 | 721 | None |
| 120 | Al Bayoumi Deposition Transcript | 804:3-15 | 721 | None |
| 122 | Riaz Khan Deposition Transcript | 51:21-52:6 | 678 | None |
| 122 | Riaz Khan Deposition Transcript | 152:3-154:9 | 678 | None |
| 122 | Riaz Khan Deposition Transcript | 163:7-164:1 | 678 | None |
| 125 | Samuel Coombs Deposition Transcript | 23:7-14 | 700 | None |
| 125 | Samuel Coombs Deposition Transcript | 36:8-37:25 | 672 | 602 |
| 125 | Samuel Coombs Deposition Transcript | 39:21-40:22 | 672 | 402, 403, 602 |
| 125 | Samuel Coombs Deposition Transcript | 45:16-22 | 672 | 402, 403, 602 |
| 125 | Samuel Coombs Deposition Transcript | 48:6-49:4 | 675 | None |
| 125 | Samuel Coombs Deposition Transcript | 58:1-24 | 638 | None |
| 125 | Samuel Coombs Deposition Transcript | 58:25-60:12 | 700 | None |
| 125 | Samuel Coombs Deposition Transcript | 59:12- 60:12 | 639 | None |
| 125 | Samuel Coombs Deposition Transcript | 59:12-21 | 640 | None |
| 125 | Samuel Coombs Deposition Transcript | 59:22-60:12 | 641 | None |
| 125 | Samuel Coombs Deposition Transcript | 67:24-68:10 | 672 | 402, 403 |
| 125 | Samuel Coombs Deposition Transcript | 131:14-20 | 644 | None |
| 125 | Samuel Coombs Deposition Transcript | 139:17-20 | 644 | None |
| 125 | Samuel Coombs Deposition Transcript | 143:7-148:21 | 701 | None |
| 125 | Samuel Coombs Deposition Transcript | 147:13-23 | 645 | None |
| 125 | Samuel Coombs Deposition Transcript | 148:13-21 | 646 | None |

## Dallah Avco's Objections to Plaintiffs' Exhibits

| PECs Ex. | Description | Bates No./ Transcript Page | Cited at Averment paragraphs | Dallah Avco Objections |
|---|---|---|---|---|
| 125 | Samuel Coombs Deposition Transcript | 155:16-157:9 | 675, 677 | 602 |
| 125 | Samuel Coombs Deposition Transcript | 159:17-160:14 | 672 | 402, 403 |
| 125 | Samuel Coombs Deposition Transcript | 168:21-169:6 | 665 n.1 | None |
| 125 | Samuel Coombs Deposition Transcript | 171:11-172:16 | 657 | 602 |
| 125 | Samuel Coombs Deposition Transcript | 171:14-21 | 637 | None |
| 125 | Samuel Coombs Deposition Transcript | 171:22-172:4 | 650 | None |
| 145 | Bank Account Pre-Check Report | KSA0000007506 | 666 | 402, 403 |
| 162 | Declaration of Elizabeth Amundson, GWU | None | 688 | None |
| 180 | Alawi Kamel Deposition Exhibit 127 | None | 665 n.1, 669, 714, 715 | None |
| 181 | Dallah Avco Al Bayoumi secondment request | KSA0000001029 | 668 | Translation |
| 182 | Dallah Avco Al Bayoumi secondment extension request | DA001110 | 680, 701, 1189 | None |
| 195 | Al Bayoumi work history | KSA0000000629 | 627 | None |
| 196 | Al Bayoumi GWU certificates | KSA0000000734 | 688 | None |
| 197 | PCA Al Bayoumi performance review | KSA0000000879 | 704, 705 | None |
| 198 | PCA Al Bayoumi performance review | KSA0000000882 | 704, 705 | None |
| 199 | PCA memo re: Al Bayoumi educational leave request | KSA0000000888 | 691 | None |
| 200 | PCA memo re: Al Bayoumi educational leave request | KSA0000000889 | 691 | None |
| 201 | PCA memo re: Al Bayoumi transfer to AED | KSA000001054 | 628 | None |
| 207 | PCA memo re: Al Bayoumi extraordinary leave | KSA0000004499 | 630 | None |
| 208 | PCA memo re: Al Bayoumi extraordinary leave | KSA0000004500 | 630 | None |
| 209 | PCA memo re: Al Bayoumi extraordinary leave | KSA0000004501 | 630 | None |
| 211 | Saudi Consulate memo re: Al Bayoumi | KSA0000006642 | 658, 708, 722 | 402, 403, 602, 802 |
| 215 | PCA Al Bayoumi secondment extension decree | KSA0000000705 | 875 | None |
| 228 | Al Bayoumi educational leave request | KSA0000000902 | 684, 694 | None |
| 229 | Purported GWU acceptance letter | KSA0000000903 | 686 | 402, 403 |
| 233 | Al Salmi memo re: Al Bayoumi return to service | KSA0000000989 | 683 | None |
| 252 | PCA Al Bayoumi secondment extension decree | KSA0000000710 | 714 | None |
| 253 | Dallah Avco Al Bayoumi secondment extension request | KSA0000001019 | 714 | None |
| 276 | PCA memo re: Al Bayoumi educational leave request | KSA0000004337 | 685 | None |
| 277 | PCA Al Bayoumi secondment extension decree | KSA0000004345 | 667 | None |
| 278 | Ministry letter re: Al Bayoumi secondment extension | KSA0000004346 | 667 | None |
| 279 | Ministry letter re: Al Bayoumi secondment extension | KSA0000004350 | 667 | None |
| 280 | Ministry letter re: Al Bayoumi secondment extension | KSA0000004353 | 667 | None |

## Dallah Avco's Objections to Plaintiffs' Exhibits

| PECs Ex. | Description | Bates No./ Transcript Page | Cited at Averment paragraphs | Dallah Avco Objections |
|---|---|---|---|---|
| 281 | PCA inquiry re: reasons for Al Bayoumi secondment | KSA0000004466 | 715 | None |
| 282 | PCA memo re: Al Bayoumi secondment extension | KSA0000004468 | 714 | None |
| 283 | Al Bayoumi leave request | KSA0000004503 | 630 | None |
| 293 | Saudi Embassy telegram | KSA0000007791 | 675 | 402, 403 |
| 311 | Al Bayoumi INS form | MPS720_6 | 655 | None |
| 319 | FBI Report re: Connections of PENTTBOMB Subjects | PEC-KSA000441 | 675, 701 | 403, 602, 802 |
| 320 | Al Bayoumi educational records | PEC- KSA1-000001-98 | 700, 709-712, 720 | None |
| 340 | Al Bayoumi educational records | None | 708, 713, 716, 722 | None |
| 421 | "Omar's Phone Book" | FBI000345 | 651, 652 | None |
| 424 | Al Salmi response re: reasons for Al Bayoumi secondment | DA000044 | 715 | None |
| 425 | PCA/ANSS Al Bayoumi Authorization to Hire | DA000082 | 695 | None |
| 426 | PCA report re: U.S. Consulate meeting | DA000089 | 702 | 802 |
| 427 | Dalla Avco response re: U.S. Consulate meeting | DA000092 | 674, 702 | None |
| 428 | Al Bayoumi Notice of Employment | DA000099 | 678 | None |
| 429 | Al Bayoumi ANSS timesheets | DA000328 | 675, 677 | None |
| 430 | Al Bayoumi payroll | DA000457 | 696, 699 | None |
| 431 | PCA Al Bayoumi educational leave decree | DA000548 | 693 | None |
| 432 | Wall Street Journal article | DA001002 | 1189 | 403, 602, 802 |
| 433 | PCA/ANSS Al Bayoumi Authorization to Hire | DA001016 | 674 | None |
| 434 | Al Bayoumi Personnel Status Change | DA001054 | 704 | None |
| 435 | Dallah Avco letter re: Al Bayoumi secondment non-renewal | DA001101 | 679, 701, 875 | None |
| 436 | Dallah Avco letter re: Al Bayoumi secondment non-renewal | DA001102 | 679, 701, 875 | None |
| 437 | PCA letter re: Al Bayoumi secondment renewal | DA001104 | 680, 701 | None |
| 438 | PCA memo re: Al Bayoumi secondment | DA001126 | 718 | None |
| 439 | PCA memo re: Al Bayoumi secondment extension | DA001357 | 680, 701, 1189 | None |
| 440 | Al Salmi letter re: Ercan payment | DA010582 | 648 | None |
| 443 | Dallah Avco Al Bayoumi secondment extension request | KSA0000004462 | 715 | None |
| 448 | Ercan Al Bayoumi secondment request | MPS 727_176 | 665 | None |
| 452 | Al Bayoumi visa | KSA0000008001 | 685, 707 | None |
| 469 | FBI interview of Alp Karli | FBI000281 | 667, 717 | 403, 602, 802 |
| 488 | S.D. Cal. Al Bayoumi criminal complaint | FBI001370 | 657, 660, 708 | 402, 403, 404, 802 |
| 504 | Al Bayoumi phone records | FBI001539 | 874 | None |
| 523 | FBI interview of Magdi Hanna | FBI003891 | 659 | 403, 602, 802 |

**CONTAINS MDL AND FBI PROTECTED MATERIAL**          5

## Dallah Avco's Objections to Plaintiffs' Exhibits

| PECs Ex. | Description | Bates No./ Transcript Page | Cited at Averment paragraphs | Dallah Avco Objections |
|---|---|---|---|---|
| 543 | FBI interview of ▮▮▮▮, Realty Executives | FBI007968-REV2021 | 666 | 402, 403, 602, 802 |
| 544 | FBI interview of ▮▮▮▮▮▮▮▮ | FBI007995-REV2021 | 632, 647, 648, 649 | 402, 403, 602, 802 |
| 567 | Calendar and Internet printouts | FBI011777 | 713 | 402, 802 |
| 678 I | Saudi Embassy letter re: Al Bayoumi reference | MPS 82_19 | 719 | None |
| 678 P | Ahmad Al Hamdan letter to Al Bayoumi | MPS 727_145 | 665 | None |
| 678 Q | Al Bayoumi letter to Ahmad Al Hamdan | MPS 727_178 | 665 | None |
| 678 U | Magdi Hanna letter re: Al Bayoumi recommendation | MPS 732_21 | 633, 656 | None |
| 678 X | Puprorted GWU Law School letter re: Al Bayoumi | MPS 732_307 | 689 | 402, 403 |
| 678 Y | Al Bayoumi GWU course materials | MPS732_361-368 | 681 | None |
| 678 Z | Saudi Embassy letter re: Al Bayoumi scholarship | MPS 732_449 | 719 | None |
| 678 AA | GWU Al Bayoumi transcript | MPS732_821 | 681 | None |
| 680 A | GWU Al Bayoumi certificates | KSA0000000734 + | 681 | None |
| 680 B | GWU Al Bayoumi certificates | KSA0000000735 + | 681 | None |
| 680 C | GWU Al Bayoumi diploma and transcript | KSA0000000906 | 681 | None |
| N/A | 9/11 Commission Report | 272 | 712 | 403, 602, 802 |
| N/A | 9/11 Commission Report | 515 n.18 | 675 | 403, 802 |
| N/A | Declaration of Robert Graham (Dkt. 2927-2) | N/A | 665 | 403, 602, 702, 802 |
| N/A | Declaration of Alawi Kamel (Dkt. 1712-2) | N/A | 670 | None |