UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 03 MDL 1570 (GBD)(SN)

Re: *Burnett, et al. v. Islamic Republic of Iran, et al., 15-cv-9903- (GBD)(SN)*

      I hereby certify under the penalties of perjury that on the 21st day of November 2024, I served defendant:

    Abbas Araghchi
    Minister of Foreign Affairs
    Ministry of Foreign Affairs of the Islamic Republic of Iran
    Imam Khomeini Avenue
    Imam Khomeini Square
    Tehran, Iran

by dispatching via Federal Express, Tracking No.770045671077, to The Secretary of State, CA/OSC/PRI SA-29, 4th Floor, Washington, DC, 20520-1710, Attn: Director of Special Consular Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of the Notice of Default Judgment prepared in accordance with 28 U.S.C. § 1608 and 22 C.F.R. § 93.2 (in English and Farsi) addressing both judgments in the Burnett case; Order Granting Partial Final Default Judgment, dated September 20, 2024, Document 10389 (in English and Farsi); entered in the Burnett case; A copy of 28 U.S.C. 1330, 1391(f), 144l(d), and 1602 through 1611 (Pub. L. 94-583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. §§ 1602, et seq.) (in English and Farsi); and Translator's Affidavit (in English only).

Dated: November 21, 2024
       New York, New York

                                                                   DANIEL ORTIZ
                                                                   ACTING CLERK OF COURT

                                                                   /s/Rachel Slusher
                                                                   Deputy Clerk