**MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES**
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

**VIA ECF**

November 22, 2024

The Honorable George B. Daniels
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:   *In Re: Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN)

Dear Judge Daniels:

      I write on behalf of Plaintiffs with claims against defendant Al Rajhi Bank ("ARB") concerning Plaintiffs' sealed filing today at ECF No. 10556. Today's filing is a letter of supplemental authority apprising the Court of the Second Circuit Court of Appeals' recent decision in *Peterson, et al. v. Bank Markazi, et al.*, 2024 U.S. App. LEXIS 28738 (2d Cir. Nov. 13, 2024), in further support of Plaintiffs' Opposition to ARB's Renewed Motion to Dismiss and Motion for Summary Judgment for Lack of Personal Jurisdiction at ECF Nos. 10152-10153. Plaintiffs do not believe the letter itself contains any confidential information that warrants sealing, but have filed under seal in an abundance of caution because the letter references certain filings that are currently sealed under the MDL Protective Order (ECF No. 1900).

      Plaintiffs have completed today's filing using the Court's ECF sealing procedures. A copy of Plaintiffs' sealed letter will be sent today to counsel for ARB. No courtesy copies of this letter or today's sealed filing are being sent to Your Honor's chambers in accordance with the instruction in the current version of Your Honor's Individual Rules and Practices.

Respectfully submitted,

  COZEN O'CONNOR

  By: */s/ Sean P. Carter*
  SEAN P. CARTER
  1650 Market Street, Suite 2800
  Philadelphia, PA 19103
  Tel.: (215) 665-2105
  Email: scarter1@cozen.com

*On Behalf of Plaintiffs With Claims
Against Defendant Al Rajhi Bank*

The Honorable George B. Daniels
November 22, 2024
Page 2

_____

LEGAL\74247393\1