














03:50:34 PM - July 22, 2021



09:05:37 AM - July 22, 2021



03:50:14 PM - July 22, 2021



09:04:53 AM - July 22, 2021
































09:17:59 AM - July 22, 2021



09:20:15 AM - July 22, 2021



09:17:53 AM - July 22, 2021



09:19:39 AM - July 22, 2021



















09:25:00 AM - July 22, 2021



09:26:18 AM - July 22, 2021



09:24:52 AM - July 22, 2021



09:25:15 AM - July 22, 2021








































09:40:17 AM - July 22, 2021



09:40:50 AM - July 22, 2021



09:40:15 AM - July 22, 2021



09:40:43 AM - July 22, 2021




























































10:07:38 AM - July 22, 2021



10:08:06 AM - July 22, 2021



10:07:28 AM - July 22, 2021



10:07:51 AM - July 22, 2021
















10:10:18 AM - July 22, 2021



10:10:23 AM - July 22, 2021



10:10:02 AM - July 22, 2021



10:10:19 AM - July 22, 2021