



























10:27:19 AM - July 22, 2021



10:27:41 AM - July 22, 2021



10:27:06 AM - July 22, 2021



10:27:37 AM - July 22, 2021
































































10:46:06 AM - July 22, 2021



10:46:27 AM - July 22, 2021



10:45:56 AM - July 22, 2021



10:46:20 AM - July 22, 2021











10:48:35 AM - July 22, 2021



10:48:55 AM - July 22, 2021



10:48:23 AM - July 22, 2021



10:48:49 AM - July 22, 2021



10:49:03 AM - July 22, 2021



10:49:10 AM - July 22, 2021



10:48:58 AM - July 22, 2021



10:49:06 AM - July 22, 2021





















10:51:51 AM - July 22, 2021



10:52:02 AM - July 22, 2021



10:50:55 AM - July 22, 2021



10:51:57 AM - July 22, 2021



10:54:05 AM - July 22, 2021



10:54:38 AM - July 22, 2021



10:53:42 AM - July 22, 2021



10:54:31 AM - July 22, 2021











10:56:36 AM - July 22, 2021



10:57:06 AM - July 22, 2021



10:56:21 AM - July 22, 2021



10:57:00 AM - July 22, 2021






































