

















































































11:22:07 AM - July 22, 2021



11:22:20 AM - July 22, 2021



11:22:05 AM - July 22, 2021



11:22:18 AM - July 22, 2021
















































11:32:20 AM - July 22, 2021



11:33:01 AM - July 22, 2021



11:32:16 AM - July 22, 2021



11:32:31 AM - July 22, 2021








































































11:50:21 AM - July 22, 2021



11:52:30 AM - July 22, 2021



11:48:57 AM - July 22, 2021



11:52:02 AM - July 22, 2021












