








































































12:20:20 PM - July 22, 2021



12:21:01 PM - July 22, 2021



12:20:12 PM - July 22, 2021



12:20:43 PM - July 22, 2021





























12:27:04 PM - July 22, 2021



12:28:50 PM - July 22, 2021



12:25:55 PM - July 22, 2021



12:28:27 PM - July 22, 2021
























































12:37:39 PM - July 22, 2021



12:37:58 PM - July 22, 2021



12:37:37 PM - July 22, 2021



12:37:45 PM - July 22, 2021
























12:39:31 PM - July 22, 2021



12:39:47 PM - July 22, 2021



12:39:26 PM - July 22, 2021



12:39:40 PM - July 22, 2021



12:40:10 PM - July 22, 2021



12:40:24 PM - July 22, 2021



12:40:00 PM - July 22, 2021



12:40:21 PM - July 22, 2021




