











































































































































01:04:09 PM - July 22, 2021



01:05:22 PM - July 22, 2021



01:04:08 PM - July 22, 2021



01:05:02 PM - July 22, 2021
















02:00:19 PM - July 22, 2021



02:01:35 PM - July 22, 2021



01:59:48 PM - July 22, 2021



02:00:28 PM - July 22, 2021








02:02:05 PM - July 22, 2021



02:06:38 PM - July 22, 2021



02:01:58 PM - July 22, 2021



02:02:06 PM - July 22, 2021









































