

02:13:14 PM - July 22, 2021



02:13:43 PM - July 22, 2021



02:12:51 PM - July 22, 2021



02:13:39 PM - July 22, 2021








02:16:25 PM - July 22, 2021



02:17:59 PM - July 22, 2021



02:16:10 PM - July 22, 2021



02:17:02 PM - July 22, 2021


















































02:35:20 PM - July 22, 2021



02:36:03 PM - July 22, 2021



02:35:10 PM - July 22, 2021



02:35:21 PM - July 22, 2021
























02:40:12 PM - July 22, 2021



02:40:30 PM - July 22, 2021



02:40:06 PM - July 22, 2021



02:40:20 PM - July 22, 2021





























02:47:20 PM - July 22, 2021



02:50:36 PM - July 22, 2021



02:47:12 PM - July 22, 2021



02:47:31 PM - July 22, 2021





















































04:03:39 PM - July 22, 2021



03:11:34 PM - July 22, 2021



03:01:43 PM - July 22, 2021



03:11:15 PM - July 22, 2021












