








































































































































































































