UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
*IN RE* TERRORIST ATTACKS
 ON SEPTEMBER 11, 2001

03 MDL 1570 (GBD)(SN)

-----------------------------------------------------------------x
**This Document Relates to:**
*Havlish, et al. v. Bin-Laden, et al.,* 1:03-cv-9848 (GBD)(SN)
*Hoglan, et al. v. Iran, et al.,* 1:11-cv-07550 (GBD)(SN)

### ORDER

Having read and considered the *Havlish* and *Hoglan* Plaintiffs' Emergency Letter Motion for Leave to Serve Restraining Notices on Third-Party Garnishee Clearstream Banking, S.A., ECF No. 10558, and good cause having been shown, the Court hereby GRANTS the Motion and ORDERS that the *Havlish* and *Hoglan* Plaintiffs are authorized, by leave of this Court, to serve additional restraining notices on Clearstream Banking S.A. pursuant to N.Y. C.P.L.R. § 5222(c).

SO ORDERED:

Date: 12/2/2024
New York, New York

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE