UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/3/2024

**SARAH NETBURN, United States Magistrate Judge:**

The Court has reviewed the parties' submissions regarding WAMY witness Jonathan Marks. See, e.g., ECF Nos. 10560, 10562. No further submissions shall be filed pending further order of the Court.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    December 3, 2024
              New York, New York