MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

**VIA ECF**

December 4, 2024

The Honorable George B. Daniels
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:   *In Re: Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN)

Dear Judge Daniels:

    We respectfully request under this Court's Standing Order M10-468, as Revised, that the individuals identified in the accompanying proposed electronic devices orders be permitted to bring personal electronic devices (as indicated in the accompanying proposed orders) to (1) a scheduled meeting with the SDNY's audio/visual technicians for Monday, December 9, 2024; and (2) the oral argument scheduled for Tuesday, December 10, 2024. We also respectfully request that the identified individuals be permitted to connect to the Court's Wi-Fi.

    We thank the Court for its attention to this matter.

Respectfully submitted,

  COZEN O'CONNOR

 By: */s/ J. Scott Tarbutton*
  J. SCOTT TARBUTTON
  1650 Market Street, Suite 2800
  Philadelphia, PA 19103
  Tel.: (215) 665-7255
  Email: starbutton@cozen.com

  cc: All MDL Counsel of Record (via ECF)

LEGAL\74432376\1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――x

IN THE MATTER OF AN APPLICATION TO
BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE SOUTHERN
DISTRICT OF NEW YORK FOR USE IN A
PROCEEDING OR TRIAL

―――――――――――――――――――――――――――x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned **In re Terrorist Attacks on September 11, 2001**.

The date(s) for which such authorization is provided is (are) **December 9, 2024.**

| Attorney | Email | Device(s) | Courtroom | WiFi Granted |
|---|---|---|---|---|
| Scott Tarbutton | starbutton@cozen.com | iPhone, Laptop, Battery/Charger | 11A | Yes |

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: _____

_____
United States Judge

LEGAL\74435259\1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

IN THE MATTER OF AN APPLICATION TO
BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE SOUTHERN
DISTRICT OF NEW YORK FOR USE IN A
PROCEEDING OR TRIAL

_____x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned **In re Terrorist Attacks on September 11, 2001**.

The date(s) for which such authorization is provided is (are) **December 10, 2024.**

| Attorney | Email | Device(s) | Courtroom | WiFi Granted |
|---|---|---|---|---|
| Scott Tarbutton | starbutton@cozen.com | iPhone, Laptop, Battery/Charger | 11A | Yes |
| Sean Carter | scarter1@cozen.com | iPhone, Laptop, Battery/Charger, Air Pods | 11A | Yes |
| Robert Sheps | rsheps@shepslaw.com | iPhone, Laptop, Battery/Charger, Air Pods, I-Pad | 11A | Yes |

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: _____

_____
United States Judge

LEGAL\74434261\1