# EXHIBIT C

Japan   EN  JA

#ShippingWithDhl

# CONVENIENT INTERNATIONAL SHIPPING FROM DHL SERVICE POINTS

October 10, 2024  |

Share



Express Easy is a package service that allows you to prepare and send your shipment from any DHL Service Point.

**Notice of the Introduction of Peak Season Surcharge (Demand Surcharge)**

**Termination of DHL Services at Kinko's Stores**

**Please read before visiting DHL Service Point**

- For DHL Express Easy, the dedicated envelope and box must be used and shipper must pay necessary charges.

- Please refer to the <u>DHL Service Guide</u> for information on what items cannot be shipped internationally via Express Easy. Also there are some, while extremely limited, countries and regions where DHL does not provide services. Currently, Russia and Iran are among them. Please contact DHL Customer Service (0120-39-2580) for more information.

- DHL will examine shipment upon receipt and it may be returned to shipper.

- DHL customers who have an account number starting with 5 can drop off shipment at Service Point. Some Service Points not accepting such drop-offs are indicated at store information.

- DHL Service Points, excluding DHL facilities (i.e. DHL Service Center), do not provide return service for any international retailing and collect service paid for by recipients.

- For questions and clarification, please call DHL Customer Service (0120-39-2580).

**ID must be presented at the reception desk**

**Non-document shipment notice**

**DHL Express**
Hi, I'm your Digital Assistant. Talk to me to track packages and more.

**Please pay attention to descriptions in customs invoice**

**Taiwan requires individual recipient registration**



# How to use Express Easy

You can ship in 3 simple steps!



## 1, Bring Your Own: Find a DHL Service Point

On the DHL locator, you can search for DHL EXPRESS EASY handling stores that are conveniently located near your residence or workplace.

**Find a DHL Service Point**

## 2, Prepare for shipping

DHL recommends that you create a Waybill in advance before bringing your shipment to a DHL handling store or DHL Service Center. The advance creation of waybills can be easily done using the DHL Express Mobile app. Simply enter the shipment information into the application and show the reception number or barcode displayed at a DHL handling store or DHL Service Center to have a waybill issued. This eliminates the need to fill out a waybill after the package has been brought in and enables smooth shipping.

The DHL Express Mobile app can be downloaded from the following link



for iPhone



for Google Play

**Create Waybill Now & Check the Rates**

*For shipping packages other than documents, please print out the "Shipment Contents Confirmation", fill in the required information, and bring it with you.

Please note the following:

- For the address, please select the country name first and then enter the zip code.
- When selecting the package type, choose "ENVELOPE1" for documents or "BOX2 to BOX6" for non-document packages. Do not modify the displayed weight. "My Own Package" cannot be selected.
- For documents, select the content details from the provided list. For other packages, please enter specific details such as the material of the item.

\* Please be aware that this service may not function properly due to operating system updates, special device settings, available storage space, communication status or speed, and other factors.

\* "App Store" is a registered trademark of Apple Inc. in the United States and other countries.

\* "Google Play" is a trademark of Google LLC.

\* The use of the application is free of charge, but customers are responsible for any data or packet communication charges incurred when downloading and using the application.

## 3, Bring it in, Pack it & Ship it

Upon presentation of the application number, an waybill will be printed at the point of service. Special packing materials are used for easy shipping.

- After pickup, DHL will inspect your shipment. If it contains items that cannot be ship, we will arrange for the return of the package to the customer.
- If the package you plan to ship exceeds the size limit for Express Easy, please contact DHL Customer Service for assistance.

**Click here for packing types and sizes**

**Apply for a Business Account**

Enjoy exclusive benefits, shipping discounts, and create and track your shipments with ease.

**Open an account**

     Share

## Similar Stories


Ship both documents and packages with...
July 26, 2024


Easy international shipping in Japan wit...
August 6, 2024


International shipping without a DHL...
November 8, 2024

Business and logistics insights to power your SME. If you're looking for ideas, trends or advice to stay ahead of the game, we've got you covered.

**Ready to grow your business?**

Join the Discover community today.

**Categories**

New to DHL
Starter hub
Small Business
E-commerce
B2B
Logistics Advice
News & Insights
Shipping with DHL
Information

**Company**

About DHL Express
Tracking & Contact
Press Center
Sustainability
Legal notice
Terms of use
Privacy

**Follow us**

   






# INTERNATIONAL SHIPPING FAQS

| CUSTOMS | DUTIES, TAXES AND PAYMENTS | RESTRICTIONS |
|---|---|---|
| GENERAL | TRACKING | |

## Customs



What are "Incoterms" (International commercial terms)?

What is the Import One Stop Shop (IOSS)?

What is an EORI number?

What are Tariff codes / HS codes / Commodity codes?

3 golden rules for describing each, and every item in my shipment

What's the difference between a commercial and pro forma invoice?

What do I need to include on the customs paperwork (also known as Proforma or Commercial invoice)?

Which countries require Personal ID (PID) number / Tax ID of your recipient as a mandatory to clear customs?

## Duties, taxes and payments

What are Duties and Taxes? And what is the difference between Duty and Tax?

How to estimate duty costs

How to estimate Import VAT (in-country Tax payment)

What is "DDP" (Delivered Duty Paid) and "DDU/DAP" (Delivered Duty Unpaid/Delivered at Place)?

Understanding your payment invoice - including any additional charges plus any taxes and duties for shipments.

## Restrictions

What items are prohibited and restricted?

**Are there any countries I'm unable to send to?**

The following countries are currently sanctioned:

- Belarus
- Cuba
- Iran
- Korea North
- Russia
- Syria
- Ukraine

What's the maximum weight and size I can send with DHL eCommerce UK?

## General

I am a personal sender who wants to send a parcel today

I want to open a business account with DHL eCommerce UK

Tell me more about DHL eCommerce UK's Business support

Do I need to be VAT registered to send with DHL eCommerce UK?

Do you have any third party vendor (3PVs) integrations?

Do you use any APIs?

I have a pallet to send internationally?

Packaging your parcel for International delivery

What is DHL eCommerce UKs International delivery solution for non-network/heavy items/pallets?

I only want time and day definite International delivery.

# Tracking

I want to track an international parcel



## READY TO TAKE YOUR BUSINESS FURTHER?

You can start accessing excellent International parcel delivery rates, dedicated account managers and best in class technology to manage the dispatch and delivery of your parcels within just 24 hours*.
All we need are a few details about your business. Then one of our dedicated ecommerce advisors will call, to help you start shipping internationally with ease.

Request a Callback