# EXHIBIT D



Sign Up/Log In

# Territories and Countries not served

## FedEx Express - Countries/Territories not served

| Country | Service | Country | Service |
| --- | --- | --- | --- |
| Comoros | Not Served | Central African Republic | Suspended |
| Cuba | Not Served | Equatorial Guinea | Suspended |
| Falkland Islands | Not Served | Guinea-Bissau | Suspended |
| Iran | Not Served | Sierra Leone | Suspended |
| Johnston Island | Not Served | Syria | Suspended |
| Kiribati | Not Served | Yemen Arab Republic | Suspended |
| Korea, North | Not Served | | |
| Mayotte Island | Not Served | | |
| Myanmar | Not Served | | |
| Nauru | Not Served | | |
| Niue | Not Served | | |

| Country | Service | Country | Service |
|---|---|---|---|
| St. Helena | Not Served | | |
| St.Pierre and Miquelon | Not Served | | |
| Sao Tome and Prinicpe | Not Served | | |
| Solomon Islands | Not Served | | |
| Somalia | Not Served | | |
| Sudan | Not Served | | |
| Tajikistan | Not Served | | |
| Tokelu Islands | Not Served | | |
| Tuvalu | Not Served | | |
| Wake Islands | Not Served | | |

| Country | Service | Country | Service |
|---|---|---|---|

12/4/24, 4:35 PM                              What countries or regions are not served by FedEx?

Case 1:03-md-01570-GBD-SN          Document 10573-4         Filed 12/04/24       Page 4 of 8

              Sign Up/Log In  

‹ All help topics

## What goods can I send?

Are there any precautions that should be taken when sending chemicals to the U.S.?

Are there any precautions that should be taken when sending electrical products to the U.S.?

Can FedEx clear Carnet's?

Can I send canned seafood to the U.S.? If so, what preparations are necessary before shipping?

Can I send monetary units?

Can I send personal effects to Australia?

Can I send trading cards with FedEx?

Can I ship e-cigarettes?

Can I ship perishables through FedEx?

Can I ship pharmaceuticals to the U.S.?

Can lighters be shipped by FedEx?

Does FedEx ship alcoholic beverages?

Does FedEx ship hazardous materials?

How do I obtain a prior notice confirmation number from the FDA, which is required when sending food products to the U.S.?

I am considering shipping to Russia as an individual. Is there anything I should pay attention to?

I am considering shipping to Russia for business purposes. Is there anything I need to know?

I want to send food to Canada. What preparations do I need to make?

Is there anything I should be aware of when sending contact lenses addressed to individuals in the U.S.?

Is there anything I should be aware of when shipping gifts to the U.S.?

Please tell me about how to ship lithium batteries.

What am I supposed to prepare when sending food products to the recipient even though they are just passing through the U.S.?

**What countries or regions are not served by FedEx?**

What do I need when sending a passport?

What documents do I need to prepare for shipping clothes, clothing and other textile products to the U.S.?

12/4/24, 4:35 PM
What countries or regions are not served by FedEx?
Case 1:03-md-01570-GBD-SN    Document 10573-4    Filed 12/04/24    Page 5 of 8

What documents do I need to prepare when shipping biotechnology products to the U.S.?

What items are considered high-value shipments?

What items cannot be shipped by FedEx?

What precautions should I take when shipping antibodies, enzymes, nucleic acids, etc. for consumer use from Japan?

What preparations are needed to send food products to Australia?

What preparations are needed to send food products to the U.S.?

What preparations are needed to send processed tuna and bonito products to the U.S.?

What shipping documents and precautions are required for shipping animal cells, antibodies, blood and serum from Japan?

What steps/information are required when shipping goods that fall under the Export trade control order or Special provisions for low value declaration?

Where can I obtain a Dangerous Goods (DG) declaration form for shipping DG?

**Related topics**

Arranging a pickup >

Booking a shipment >

Shipping documents >

Shipping terminology >

Tracking >

What goods can I send? >

# What countries or regions are not served by FedEx?

Currently, FedEx is unable to accept shipments to the following countries and regions:

Myanmar (Burma)
Central African Republic
Union of the Comoros
Cuba
Equatorial Guinea
Falkland Islands
Guinea-Bissau
Iran

Johnston Island
Kiribati
North Korea
Nauru
Niue
Saint Pierre and Miquelon
Sao Tome and Principe Democratic Republic
Sierra Leone
Solomon Islands
Somalia
Saint Helena
Sudan
Syrian Arab Republic
Tajikistan
Tokelau
Turkmenistan
Tuvalu
Wake Island
Yemen

Please note: Services in countries and regions other than those listed above may be suspended suddenly due to local social conditions (political situation, natural disasters, etc.). Please check for the latest information on services and areas served here.

**Related questions**

Unacceptable shipments by FedEx
Service news and alerts

Did this information help you?

YES     NO

## Can't find what you're looking for?

Contact us with one of these options.



### Customer Service

Get in touch with our Customer Service for further enquiries about our services.

**CALL CUSTOMER SUPPORT**

**WRITE TO CUSTOMER SUPPORT**

Message Customer Service on LINE





## Technical Support

Reach our specialist team if you have a technical question about any of our digital shipping tools.

**CALL TECHNICAL SUPPORT**

**WRITE TO TECHNICAL SUPPORT**

© FedEx 1995-2024

12/4/24, 4:35 PM
What countries or regions are not served by FedEx?

Case 1:03-md-01570-GBD-SN   Document 10573-4   Filed 12/04/24   Page 8 of 8

Terms of Use | Privacy Policy