EXHIBIT A

SOLATIUM

| # | Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | | Claim Information | | | Solatium Damages | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Notes |
| 1 | Kara; Melissa; Michael | | Kasper | | Laureen | | Kasper | | U.S. | Charles | Lewis | Kasper | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 3441 | 10252, at 190, 10256 | Spouse | | | $ 12,500,000.00 | |
| 2 | Theodore | S. | Beck | | Susan | | Beck | | U.S. | Lawrence | Ira | Beck | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 880, at 1 | Parent | | | $ 8,500,000.00 | |
| 3 | | | | | Christopher | | Higgins | | U.S. | Timothy | | Higgins | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 3422 | 1:15-cv-09903, 826, at 4 | Child | | | $ 8,500,000.00 | |
| 4 | | | | | Christopher | Marc | Wieman | | U.S. | Mary | Catherine | Wieman | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 880, at 3 | Child | | | $ 8,500,000.00 | |
| 5 | | | | | Caileigh | Ward | Maddison | | U.S. | Simon | | Maddison | | U.K. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 1349 | 1:15-cv-09903, 826, at 5 | Child | | | $ 8,500,000.00 | |
| 6 | | | | | Kyle | Ridge | Maddison | | U.S. | Simon | | Maddison | | U.K. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 1349 | 1:15-cv-09903, 826, at 6 | Child | | | $ 8,500,000.00 | |
| 7 | | | | | Sydney | Marguerite | Maddison | | U.S. | Simon | | Maddison | | U.K. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 1349 | 1:15-cv-09903, 826, at 7 | Child | | | $ 8,500,000.00 | |
| 8 | | | | | Mary | Julia | Wieman | | U.S. | Mary | Catherine | Wieman | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 880, at 4 | Child | | | $ 8,500,000.00 | |
| 9 | | | | | Alison | Wieman | Brondeau | | U.S. | Mary | Catherine | Wieman | | U.S. | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 880, at 2 | Child | | | $ 8,500,000.00 | |
| 10 | | | | | Lisa | Caroline | Miller-Kelly | | U.S. | Robert | Cromwell | Miller, Jr. | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 1747 | 1:15-cv-09903, 826, at 8 | Child | | | $ 8,500,000.00 | |
| 11 | | | | | Susan | Ann | Wallace | | U.S. | Roy | Michael | Wallace | | Chili | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 3580 | | Spouse | | | $ 12,500,000.00 | |
| 12 | | | | | Caroline | Susan | Wallace | | U.S. | Roy | Michael | Wallace | | Chili | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 891, at 3 | Child | | | $ 8,500,000.00 | |
| 13 | | | | | Mallory | Ann | Wallace | | U.S. | Roy | Michael | Wallace | | Chili | 9/11/2001 | NY | 9903 | | 1:15-cv-09903, 891, at 4 | Child | | | $ 8,500,000.00 | |
| 14 | Arvette | D. | Harris | | Robert | E. | Harris | Jr. | U.S. | Aisha | Ann | Harris | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 3346 | 10443-1, at 7, 10454 | Parent | | | $ 8,500,000.00 | |