# Exhibit F



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

May 3, 2024

<u>By Electronic Mail</u>
Sean P. Carter, Esq.
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Scarter1@cozen.com

   Re: *In re Terrorist Attacks of September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Counsel:

   We write in response to your February 26, 2024 letter concerning your November 5, 2021 subpoena to the Federal Bureau of Investigation (the "FBI") relating to Al Rajhi Bank (the "Bank") and the expert report and deposition testimony of Dennis M. Lormel.

   In response to your letter, the FBI undertook supplemental targeted searches to look into whether the agreed-upon narrowing of the scope of the subpoena—to responsive documents in which Sulaiman Al Rajhi ("Sulaiman") or the Bank was indexed as a subject or a main—inadvertently overlooked documents that would have reflected an investigation of the Bank or Sulaiman of the kind that Mr. Lormel describes in his report and deposition. Those searches did not reveal information suggesting that the Bank or Sulaiman (as opposed to, as discussed previously, third parties who had accounts at the Bank) were the focus of an investigation or investigative steps by the FBI during the time period Mr. Lormel described (September 11, 2001-December 31, 2003).

        Sincerely,

        DAMIAN WILLIAMS
        United States Attorney for the
        Southern District of New York

    By: _____
        SARAH S. NORMAND
        JENNIFER JUDE
        Assistant United States Attorneys
        Telephone: 212-637-2709/2663

cc: William N. Clark, Jr., Esq.
  J. Scott Tarbutton, Esq.
  Abby J. Sher, Esq.
  Robert Sheps, Esq.