Exhibit L

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------X
                                            :
                                            :
In Re Terrorist Attacks on September 11, 2001    :    03 MDL 1570 (GBD)(SN)
                                            :
                                            :
-------------------------------------------------------------x
```

## DECLARATION OF MARY C. WILLIAMS
## CENTRAL INTELLIGENCE AGENCY

I, Mary C. Williams, hereby state and declare as follows, pursuant to 28 U.S.C. § 1746:

1.      I am employed by the Central Intelligence Agency ("CIA") as the Litigation Information

Review Officer ("LIRO") for the Information Review and Release Division at the CIA, a

position I have held since November 2023. As the LIRO, I am responsible for ensuring that any

determinations as to the release or withholding of documents or information under my purview

are proper and do not jeopardize the national security of the United States. I am also responsible

for, among other things, the classification review of CIA documents and information that may be

the subject of court proceedings.

2.      Prior to serving as the LIRO, I served as the Acting Information Review Officer ("IRO")

for the Litigation Information Review Office, performing the same duties I presently perform as

the LIRO, but in an acting capacity. Prior to that, I served as the Criminal and Civil Team

("CCT") Lead in the Litigation Information Review Office, where I was responsible for, among

other things, reviewing CIA information that is subject to the Classified Information Procedures

Act ("CIPA") (18 U.S.C. App. 3 §§ 1-16) in connection with criminal proceedings. As CCT

Lead, I was responsible for ensuring that any determinations to release Agency information

under my purview were proper and did not jeopardize the national security. Prior to becoming CCT Lead, I served as an Associate Information Review Officer for 19 months. In that role, I was responsible for conducting second-line reviews of Agency information subject to pending litigation, and making classification and release determinations regarding such information when necessary.

3.      Through the exercise of my official duties, I have become familiar with this litigation, *In re Terrorist Attacks on September 11, 2001*. I make the following statements based upon my personal knowledge and information made available to me in my official capacity. I was not personally involved in the creation of the records described in paragraph 6 of this declaration.

4.      The CIA was served with a subpoena on or about June 6, 2018 (the "2018 subpoena") in the above-captioned matter.

5.      The CIA was served with a subpoena on October 19, 2021 (the "2021 subpoena") in the above-captioned matter.

6.      In response to the 2018 and 2021 subpoenas, the CIA produced to the parties in the above-captioned litigation the following records:

   a. CIA Intelligence Report, Funding Islamic Extremist Movements: The Role of Islamic Financial Institutions (CIA 720-804)

   b. CIA Intelligence Report, Usama Bin Laden: Some Saudi Financial Ties Probably Intact, January 11, 1999 (CIA 807-848)

   c. CIA Intelligence Report, How Bin Ladin Commands a Global Terrorist Network, January 27, 1999 (CIA 2-16)

   d. CIA Intelligence Report, Bin Ladin's Terrorist Operations: Meticulous and Adaptable, November 2, 2000 (CIA 19-36)

e. CIA Directorate of Intelligence Report, 11 September: The Plot and the Plotters, June 1, 2003 (CIA 244-304)

f. CIA Directorate of Intelligence Report, Islamic Banking: A Potential Economic Enabler in the Muslim World, May 21, 2004 (CIA SUB_0020-30)

g. CIA Directorate of Intelligence Report, Taibah: Linking Extremists in the Balkans and the United States, December 12, 2002 (CIA SUB_0031-33)

h. CIA Directorate of Intelligence Report, Saudi-Based Financial Support for Terrorist Organizations, November 14, 2002 (CIA 143-158)

i. CIA Intelligence Report, Islamic Terrorists: Using Nongovernmental Organizations Extensively, April 9, 1999 (CIA 210-236)

j. CIA Directorate of Intelligence Report, Al-Haramain in Africa: Supporting Al-Ittihad Al-Islami and Other Terrorists, March 22, 2002 (CIA 675-679)

k. CIA Directorate of Intelligence Report, Al-Qa'ida Still Well Positioned to Recruit Terrorists, July 1, 2002 (CIA 178-189)

l. CIA Directorate of Intelligence Report, Al Haramain: Support for Extremists and Terrorists, August 28, 2002 (CIA SUB_0007-19)

m. Sketch of a South Asia-Based Terrorist Training and Logistic Network (CIA 58-62)

n. CIA Directorate of Intelligence Report, Usama Bin Ladin: Al-Qa'ida's Financial Facilitators, October 18, 2001 (CIA 500-563)

7. I am personally familiar with the CIA's policies and procedures regarding the creation and maintenance of documents and its record-keeping practices. The purpose of this declaration is to provide a certification of the documents described herein, in accordance with Rule 902(11) of the Federal Rules of Evidence.

8. The CIA's mission is to: (1) collect intelligence through human sources and by other

appropriate means; (2) correlate and evaluate intelligence related to national security and provide appropriate dissemination of such intelligence; (3) provide overall direction for, and coordination of, the collection of national intelligence outside the United States through human sources and, in coordination with other elements of the United States Government, ensure that the most effective use is made of authorized collection resources while taking appropriate account of the risks to the United States and those involved in such collection; and (4) perform such other functions and duties related to intelligence affecting the national security as the President or the Director of National Intelligence may direct. *See* 50 U.S.C. §§ 3036(d)(1)-(4); Executive Order 12333 §§ 1.6-1.7.

9.      The records described in paragraph 6 above were created and maintained as part of the regular activity of the CIA in carrying out its mission to collect, correlate, and evaluate intelligence.

*      *      *

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of April 2024.


Mary C. Williams
Litigation Information Review Officer
Information Review and Release Division
Central Intelligence Agency