# Al Rajhi Bank Ex. D

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN |
| | ORAL ARGUMENT REQUESTED |
| *This document relates to:* | |
| *The Underwriting Members of Lloyd's Syndicate 2, et al. v. Al Rajhi Bank, et al.*, No. 16-cv-7853; *Aguilar, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-09663; *Addesso, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-09937; *Hodges, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-0117; *Aiken, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-00450; *Charter Oak Fire Insurance Co., et al. v. Al Rajhi Bank, et al.*, No. 17-cv-02651; *Abarca, et al., v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-03887; *Arrowood Indemnity Co., et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-03908; *Abedhajajreh v. Kingdom of Saudi Arabia*, No. 17-cv-06123; *Muenchener Rueckversicherungs-Gesellschaft Aktiengesellschaft in Muenchen, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-07914; and *Abbate, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-08617 | |

## AL RAJHI BANK'S CONSOLIDATED OBJECTIONS TO EVIDENCE CITED BY PLAINTIFFS

Pursuant to the Court's April 17, 2023 Order (ECF No. 9026): "[E]ach party may submit, attached to a separately filed attorney declaration, a chart setting forth objections to evidence proffered or cited by an opposing party in its previous filing. Each entry on the chart should state the title of the document, the MDL docket number (and, where relevant, page or paragraph numbers), and the objection (e.g., 'hearsay')." April 17, 2023 Order 4-5. The Court further

ordered that "[n]o legal argument should be included," and the Court "will consider whether additional briefing is warranted." *Id.* at 5. The Court's February 26, 2024 Order (ECF No. 9596) granted the Parties' joint proposal to use the same procedures set forth in the April 17, 2023 Order for "admissibility challenges, including as to expert testimony."

Al Rajhi Bank, pursuant to the Court's Orders, submits the below chart, which, for the convenience of the Court, consolidates (i) the Bank's objections to evidence cited by Plaintiffs in their Averment, and (ii) the Bank's new objections to the evidence cited by Plaintiffs in their Opposition and supporting papers. Specifically, in preparing this consolidated chart of evidentiary objections, Al Rajhi Bank has reincorporated the evidentiary objections the Bank previously submitted with its Renewed Motion to Dismiss (*see* Al Rajhi Bank's Corrected Objections to Plaintiffs' Averment Exhibits (June 6, 2024), ECF No. 9870-1 (ARB Ex. 60)) regarding the evidence cited by Plaintiffs in their Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts Pursuant to Rule 56.1 (May 7, 2024), ECF No. 9764. Al Rajhi Bank has updated those prior objections to reflect instances where Plaintiffs cite their prior evidence in their most recent "previous filing." Apr. 17, 2023 Order 4.

Al Rajhi Bank objects to Plaintiffs' evidence that:

- is hearsay to which no exception applies, under Rule 802 of the Federal Rules of Evidence;

- lacks authentication, under Rule 801 of the Federal Rules of Evidence;

- is an improper summary exhibit, under Rule 1006 of the Federal Rules of Evidence;

- includes witness testimony that is not based on personal knowledge, under Rule 602 of the Federal Rules of Evidence;

- should be excluded for unfair prejudice and confusing the issue, under Rule 403 of

2

the Federal Rules of Evidence; and/or

- is expert opinion offered by a purported expert who is not qualified to offer the opinion, or whose opinion does not reflect a reliable application of the methods used to the facts of the case, under Rule 702 of the Federal Rules of Evidence.

Moreover, all of Plaintiffs' evidence is irrelevant because, as exemplified by the Opposition, none of Plaintiffs' evidence makes it more probable than without the evidence that Al Rajhi Bank "expressly aimed" any "intentional, and allegedly tortious" conduct at the United States, or that Plaintiffs' injuries "arose from" any such conduct. *Fed. Ins. Co.*, 2023 WL 2430381, at *10; Fed. R. Evid. 401.

An objection that Plaintiffs' evidence contains inadmissible hearsay indicates that such evidence contains at least one level of inadmissible hearsay and that it may contain multiple levels of inadmissible hearsay.

To the extent that Al Rajhi Bank does not raise an evidentiary objection to a particular piece of evidence or a portion of any evidence, that is for purposes of its Renewed Motion to Dismiss only, and is not a concession that the evidence or portion of evidence is admissible. The Bank reserves the right to object in further briefing to any evidence or any portion of evidence that Plaintiffs cite.

**AL RAJHI BANK'S CONSOLIDATED OBJECTIONS TO PLAINTIFFS' EVIDENCE**

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| 1 | 9624<br><br>10153-1<br><br>10153-2 | September 27, 2023 Transcript of the Deposition of Abdullah bin Sulaiman Al Rajhi | Pls. Aver. (ECF No. 9624) ¶¶ 20, 28, 40, 41, 43, 44, 45, 47, 206, 207, 319, 324, 396, 399, 402, 405, 406, 407, 408, 409, 412, 415, 416<br><br>Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 5, 46, 49, 110, 124, 136, 142<br><br>Pls. Ex. B (ECF 10153-2) Resp. to ¶ 503, 573 | | |
| 2 | 9624<br><br>10153-1 | Pasley Exhibit 5 – Wikileaks Printout dated September 27, 2004 | Pls. Aver. (ECF No. 9624) ¶¶ 24, 184, 198<br><br>Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 125 | | Pls. Ex. 2:<br><br>- Lacks authentication. *See* Fed. R. Evid. 901.<br><br>- Hearsay to which no exception applies. *See* Fed. R. Evid. 802. |
| 3 | 9624<br><br>10153-1 | May 11, 2023 Transcript of the Deposition of Al Rajhi Bank Rule 30(b)(6) Designee James Galloway | Pls. Aver. (ECF No. 9624) ¶¶ 26, 206, 212<br><br>Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 28 | | |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| 4 | 9624 10153-1 | Expert Report of Jonathan M. Winer, marked as Pasley Exhibit 3 | Pls. Aver. (ECF No. 9624) ¶¶ 27, 36, 40, 46, 48, 49, 50, 51, 52, 63, 64, 65, 66, 67, 68, 70, 71, 74, 75, 107, 112, 113, 115, 116, 126, 127, 129, 138, 141, 143, 144, 146, 147, 158, 159, 161, 164, 179 (fns. 55, 59, 60), 180 (fns. 74, 78), 182, 183, 184, 185, 186, 190, 206, 207, 208, 210, 211, 212, 214, 219, 221, 224, 227, 228, 230, 231, 232, 233, 235, 238, 239, 240, 241, 242, 243, 246, 253, 257, 260, 261, 262, 263, 273, 274, 278, 279, 280, 283, 284, 285, 286, 287, 288, 289, 290, 293, 297, 298, 299, 303, 304, 306, 307, 308, 309, 314, 315, 316, 318, 319, 320, 324, 326, 327, 328, 329, 331, 332, 338, 343, 352, 366, | | Pls. Ex. 4: - Expert is not qualified to offer opinion on Saudi Banking regulations or CIA intelligence gathering. *See* Fed. R. Evid. 702. - Expert's opinion does not reflect a reliable application of the methods used to the facts of the case. *See* Fed. R. Evid. 702. - Should be excluded to the extent expert testimony is used as a conduit for inadmissible hearsay (for example, Kane Aff., NL docs, Golden Chain, CIA documents). *See* Fed. R. Evid. 802. - Should be excluded as needless presentation of cumulative evidence. *See* Fed. R. Evid. 403. - Should be excluded under Rule 403 for unfair prejudice and confusing the issues, *i.e.*, for discussing charity work and routine banking services that have no link to Al Qaeda, discussing attacks and theaters not at issue in this litigation, and for attempting to |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | | 368, 370, 375, 379, 380, 388, 389, 392, 394, 396, 398, 399, 400, 403, 406, 407, 408, 409, 411, 412, 413, 416, 431, 436, 465, 466, 470, 502, 525, 526, 527, 528, 534, 539, 541, 542, 544, 545, 546, 553, 562, 565, 568<br><br>Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 1, 22, 25, 26, 27, 29, 30, 31, 32, 33, 34, 43, 44, 45, 46, 47, 49, 51, 53, 56, 57, 58, 63, 70, 82, 94, 122, 127, 128, 129, 130 | | impute liability through guilt-by-association. *See* Fed. R. Evid. 403. |
| 5 | 9624 | March 7, 2024 Declaration of Jonathan M. Winer | Pls. Aver. (ECF No. 9624) ¶ 27 | | |
| 6 | 9624<br>10153-1 | 1998 Al Rajhi Bank Annual Report | Pls. Aver. (ECF No. 9624) ¶ 29, 33, 35<br><br>Pls. Ex. A (ECF No. 10153-1) Resp. to | | |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | | ¶¶ 13, 102, 103, 104, 105 | | |
| 7 | 9624 10153-1 | 1999 Al Rajhi Bank Annual Report | Pls. Aver. (ECF No. 9624) ¶ 29 Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 13, 102, 103, 104, 105 | | |
| 8 | 9624 | 2000 Al Rajhi Bank Annual Report | Pls. Aver. (ECF No. 9624) ¶¶ 29, 33, 35 | | |
| 9 | 9624 10153-1 | CIA Report, Funding Islamic Extremist Movements: The Role of Islamic Financial Institutions | Pls. Aver. (ECF No. 9624) ¶¶ 33, 40, 42, 132, 135, 153, 276, 278, 541, 543, 559, 561, 567 Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 1, 6, 7, 59, 60, 67, 94, 118, 130, 142, 143 | CIA000720-804 | Pls. Ex. 9: - Inadmissible hearsay, as noted in Resp. to Pls. Aver. § VI (heading). |
| 10 | 9624 10153-1 | CIA Report, Al Rajhi Bank: Conduit for Extremist Finance | Pls. Aver. (ECF No. 9624) ¶¶ 34, 137, 178, 182, 189, 190 Pls. Ex. A (ECF No. 10153-1) Resp. to | CIA- SUB_0001-6 | Pls. Ex. 10: - Inadmissible hearsay, as noted in Resp. to Pls. Aver. § VI (heading). |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | | ¶¶ 1, 4, 5, 6, 7, 47, 59, 60, 94, 118, 130, 142, 143 | | |
| 11 | 9624<br>10153-1 | CIA Report, Islamic Banking: A Potential Economic Enabler in the Muslim World | Pls. Aver. (ECF No. 9624) ¶¶ 34, 137, 185<br><br>Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 7, 118 | CIA- SUB_0020-30 | Pls. Ex. 11:<br><br>- Inadmissible hearsay, as noted in Resp. to Pls. Aver. § VI (heading). |
| 12 | 9624<br>10153-1 | January 12, 2024 Transcript of the Deposition of Jonathan M. Winer | Pls. Aver. (ECF No. 9624) ¶¶ 39, 142<br><br>Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 5, 6, 7, 20, 21, 23, 47, 59, 61, 67, 68, 73, 74, 79, 80, 85, 86, 110, 118 | | Pls. Ex. 12:<br><br>- Should be excluded to the extent expert testimony is used as a conduit for inadmissible hearsay (*see* Fed. R. Evid. 802) and to the extent expert is not qualified to offer opinion (*see* Fed. R. Evid. 702). |
| 13 | 9624 | Abdullah al Rajhi Exhibit 50 – Sulaiman bin Abdulaziz Al Rajhi Charity Foundation Webpage | Pls. Aver. (ECF No. 9624) ¶¶ 40, 41 | | Pls. Ex. 13:<br><br>- Hearsay to which no exception applies. *See* Fed. R. Evid. 802. |
| 14 | 9624 | Abdullah al Rajhi Exhibit 56 – Unsigned Draft Document | Pls. Aver. (ECF No. 9624) ¶¶ 41, 43, 52, 406, 407, 408, 409, 410, 411, 412 | NL 9625 | Pls. Ex. 14:<br><br>- Hearsay to which no exception applies. *See* Fed. R. Evid. 802. |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | | | | - Lacks authentication *See* Fed. R. Evid. 901. |
| 15 | 9624 | August 24, 1999 letter from "Abdullah bin Ibrahim Al-Misfer" to the Executive Director of "Islamic Call at Universities," in Garden Grove, California | Pls. Aver. (ECF No. 9624) ¶¶ 43, 113 | NL 9623 | Pls. Ex. 15: <br> - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. <br> - Lacks authentication. *See* Fed. R. Evid. 901. <br> - Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing charity work that has no link to Al Qaeda. *See* Fed. R. Evid. 403. |
| 16 | 9624 <br> 10153-1 | October 14, 2001 letter from Foundation "General Supervisor" "Abdel Rahman bin Abdullah Al Rajhi" to WAMY Secretary General "Manei bin Hammad Al Juhani" | Pls. Aver. (ECF No. 9624) ¶ 43 <br> Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 68 | WAMYSA 102829 | Pls. Ex. 16: <br> - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. <br> - Lacks authentication. *See* Fed. R. Evid. 901. <br> - Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing charity work that has no link to Al Qaeda. *See* Fed. R. Evid. 403. |
| 17 | 9624 <br> 10153-1 | June 17, 2002 letter from "Abdul Rahman bin Abdullah Alrajhi" to | Pls. Aver. (ECF No. 9624) ¶ 43 | WAMYSA 502115 | Pls. Ex. 17: |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | WAMY Secretary General "Manei bin Hammad Al Juhani" | Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 68 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802.<br><br>- Lacks authentication. *See* Fed. R. Evid. 901.<br><br>- Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing charity work that has no link to Al Qaeda. *See* Fed. R. Evid. 403. |
| 18 | 9624 | Abdullah al Rajhi Exhibit 63 – May 30, 1995 letter from the Assistant Director of IIRO-Tanzania to the Chief of Protocol, Ministry of Foreign Affairs, Dar es Salaam | Pls. Aver. (ECF No. 9624) ¶ 44 | IIRO 315040 | Pls. Ex. 18:<br><br>- Hearsay to which no exception applies. *See* Fed. R. Evid. 802.<br><br>- Lacks authentication. *See* Fed. R. Evid. 901.<br><br>- Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing charity work that has no link to Al Qaeda. *See* Fed. R. Evid. 403. |
| 19 | 9624 | SAAR Foundation Articles of Incorporation | Pls. Aver. (ECF No. 9624) ¶ 45 | PEC-BARZ 13145-13160 | Pls. Ex. 19:<br><br>- Hearsay to which no exception applies. *See* Fed. R. Evid. 802.<br><br>- Lacks authentication. *See* Fed. R. Evid. 901. |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| 20 | 9624 | SAAR Foundation State Corporation Annual Report | Pls. Aver. (ECF No. 9624) ¶ 45 | PEC-BARZ 11521 | Pls. Ex. 20: <br><br> - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. <br><br> - Lacks authentication. *See* Fed. R. Evid. 901. |
| 21 | 9624 | 1987 SAAR Foundation Form 990 | Pls. Aver. (ECF No. 9624) ¶ 45 | NL 693-713 | Pls. Ex. 21: <br><br> - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. <br><br> -Lacks authentication. *See* Fed. R. Evid. 901. |
| 22 | 9624 | SAAR Foundation Annual Reports 1996-2000 | Pls. Aver. (ECF No. 9624) ¶ 45 | PEC-BARZ 13117-13127 | Pls. Ex. 22: <br><br> - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. <br><br> - Lacks authentication. *See* Fed. R. Evid. 901. |
| 23 | 9624 | 2000 SAAR Foundation Form 990 | Pls. Aver. (ECF No. 9624) ¶ 45 | PEC-BARZ 12025-12041 | Pls. Ex. 23: <br><br> - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. <br><br> - Lacks authentication. *See* Fed. R. Evid. 901. |
| 24 | 9624 | Sana-Bell Articles of Incorporation | Pls. Aver. (ECF No. 9624) ¶¶ 46, 395, 554 | SANA-BELL 0000110 | Pls. Ex. 24: <br><br> - Hearsay to which no exception applies. *See* Fed. R. Evid. 902. |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | | | | - Lacks authentication. *See* Fed. R. Evid. 901. |
| 25 | 9624 | SAAR Annual Reports – Abdullah al Rajhi Exhibit 57 | Pls. Aver. (ECF No. 9624) ¶¶ 47, 396 | | Pls. Ex. 25: <br> - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. <br> - Lacks authentication. *See* Fed. R. Evid. 901. |
| 26 | 9624 <br><br> 10153-1 | Lormel Exhibit 9 – Joint FBI-CIA Intelligence Report, "Assessment of Saudi Arabian Support to Terrorism and the Counterintelligence Threat to the United States" | Pls. Aver. (ECF No. 9624) ¶¶ 48, 71, 110, 119, 393, 398, 474 <br><br> Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 55, 62, 71, 136 | EO 14040 3414-3442 | Pls. Ex. 26: <br> - Hearsay to which no exception applies given heavy redactions, lack of sourcing, and hearsay within hearsay. *See* Fed. R. Evid. 802. <br> - Should be excluded under Rule 403 for unfair prejudice for attempting to impute liability through guilt-by-association. *See* Fed. R. Evid. 403. |
| 27 | 9624 | Kane Affidavit | Pls. Aver. (ECF No. 9624) ¶¶ 49, 394, 398, 400, 401 | FED-PEC 1243-1369 | Pls. Ex. 27: <br> - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. |
| 28 | 9624 | John Mintz & Tom Jackman, "Finances Prompted Raids on Muslims," The | Pls. Aver. (ECF No. 9624) ¶ 49 | | Pls. Ex. 28: <br> - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | Washington Post, March 23, 2002 | | | |
| 29 | 9624 10153-1 | Galloway Exhibit 22 – October 18, 1999 letter from "Sulaiman A. Al-Saleh" to ███████. | Pls. Aver. (ECF No. 9624) ¶¶ 50, 249, 405, 408, 409, 412, 415, 416, 418, 419, 420, 421, 422, 424, 426, 473, 552, 560 Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 6, 53, 67, 73, 130, 136 | NL 15578, 15043-15046 | Pls. Ex. 29: - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. - Lack authentication. *See* Fed. R. Evid. 901. |
| 30 | 9624 | October 26, 1999 email from "█████████" to "Abdullah Sulaiman Al Rajhi" ("Abu Sultan") | Pls. Aver. (ECF No. 9624) ¶ 51 | NL 20470 | Pls. Ex. 30: - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. - Lacks authentication. *See* Fed. R. Evid. 901. |
| 31 | 9624 | November 3, 1999 email from "Bsurha" to "█████████" | Pls. Aver. (ECF No. 9624) ¶ 51 | NL 20452 | Pls. Ex. 31: - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. - Lacks authentication. *See* Fed. R. Evid. 901. |
| 32 | 9624 | November 3-4, 1999 email exchanges between | Pls. Aver. (ECF No. 9624) ¶ 51 | NL 20453 | Pls. Ex. 32: |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | "███████" and "Bushra Ahmed" | | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802.<br><br>- Lacks authentication. *See* Fed. R. Evid. 901. |
| 33 | 9624 | November 22, 1999 email from "███████" to "Abdullah S. Al-Rajhi" | Pls. Aver. (ECF No. 9624) ¶ 51 | NL 15048 | Pls. Ex. 33:<br><br>- Hearsay to which no exception applies. *See* Fed. R. Evid. 802.<br><br>- Lacks authentication. *See* Fed. R. Evid. 901. |
| 34 | 9624 | June 22, 2000 email from "███████" to "Abdullah S. Al-Rajhi" | Pls. Aver. (ECF No. 9624) ¶¶ 51, 414 | NL 15551 | Pls. Ex. 34:<br><br>- Hearsay to which no exception applies. *See* Fed. R. Evid. 802.<br><br>- Lacks authentication. *See* Fed. R. Evid. 901. |
| 35 | 9624 | October 31, 2000 email from ███████" to "Abdullah S. Al Rajhi" | Pls. Aver. (ECF No. 9624) ¶¶ 51, 414 | NL 15572 | Pls. Ex. 35:<br><br>- Hearsay to which no exception applies. *See* Fed. R. Evid. 802.<br><br>- Lacks authentication. *See* Fed. R. Evid. 901. |
| 36 | 9624 | November 9, 2000 fax from "███████" to "Abdullah S. Al-Rajhi" ("Abu Sultan") | Pls. Aver. (ECF No. 9624) ¶¶ 51, 414 | NL 15573-15576 | Pls. Ex. 36:<br><br>- Hearsay to which no exception applies. *See* Fed. R. Evid. 802. |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | | | | - Lacks authentication. *See* Fed. R. Evid. 901. |
| 37 | 9624 | February 14, 2001 email from "▮▮▮▮▮▮▮▮▮▮" to "Abdullah Sulaiman al Rajhi" | Pls. Aver. (ECF No. 9624) ¶¶ 51, 414 | NL 15042 | Pls. Ex. 37: - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. - Lacks authentication. *See* Fed. R. Evid. 901. |
| 38 | 9624 10153-1 | Expert Report of Evan F. Kohlmann, marked as Pasley Exhibit 4 | Pls. Aver. (ECF No. 9624) ¶¶ 53, 55, 61, 64, 65, 66, 68, 71, 73, 74, 112, 113, 115, 116, 122, 124, 132, 143, 159, 161, 210, 216, 217, 226, 235, 238, 240, 242, 245, 246, 290, 421, 423, 502, 539, 546, 553, 560, 562, 567, 568, 574 Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 56, 59, 60, 67, 68, 70, 71, 73, 82, 130 | | Pls. Ex. 38: - Expert is not qualified to offer opinion on Saudi Banking regulations, Saudi Culture, Islamic Charities, or designations. *See* Fed. R. Evid. 702. - Expert's opinion does not reflect a reliable application of the methods used to the facts of the case. *See* Fed. R. Evid. 702. - Should be excluded to the extent expert testimony is used as a conduit for hearsay to which no exception applies (*e.g.*, Kane Aff., NL docs, Golden Chain). *See* Fed. R. Evid. 802. |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | | | | - Should be excluded as needless presentation of cumulative evidence. *See* Fed. R. Evid. 403.<br><br>- Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing charity work and routine banking services that have no link to Al Qaeda, discussing attacks and theaters not at issue in this litigation, and for attempting to impute liability through guilt-by-association. *See* Fed. R. Evid. 403. |
| 39 | 9624 | Declaration of Evan F. Kohlmann, Mar. 6, 2024 | Pls. Aver. (ECF No. 9624) ¶ 53 | | |
| 40 | 9624<br><br>10153-1<br><br>10153-2 | Lormel Exhibit 15 – 9/11 Commission Final Report | Pls. Aver. (ECF No. 9624) ¶¶ 53, 54, 56, 58, 59, 60, 61, 65, 66, 67, 139, 140, 158, 224, 438, 461<br><br>Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 1, 96<br><br>Pls. Ex. B (ECF No. 10153-2) Resp. to ¶¶ 265, 459 | | |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| 41 | 9624 | Arnaout Evidentiary Proffer – Dean Exhibit 4 | Pls. Aver. (ECF No. 9624) ¶¶ 59, 122 | | Pls. Ex. 41: <br><br> -Hearsay to which no exception applies. Fed. R. Evid. <br><br> - Lack of personal knowledge. *See* Fed. R. Evid. 602. <br><br> - Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing conduct that is not sufficiently similar to the conduct at issue and not related to the attacks at issue in this litigation. *See* Fed. R. Evid. 403. |
| 42 | 9624 <br><br> 10153-1 | Notes of Interview with Unidentified "Source" | Pls. Aver. (ECF No. 9624) ¶¶ 59, 68, 126 <br><br> Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 1 | PEC-KSA000329-352 | Pls. Ex. 42: <br><br> - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. <br><br> - Lacks authentication. *See* Fed. R. Evid. 901. <br><br> - Lack of personal knowledge. *See* Fed. R. Evid. 602. |
| 43 | 9624 | Dean Exhibit 5 – Islamic International Brigade (IIB), U.N. Designation | Pls. Aver. (ECF No. 9624) ¶ 59 | | Pls. Ex. 43: <br><br> - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | | | | - Lacks authentication. *See* Fed. R. Evid. 901.<br><br>- Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing attacks and organizations that are not at issue in this litigation. *See* Fed. R. Evid. 403. |
| 44 | 9624<br><br>10153-1 | Staff Monograph on Terrorist Financing – Lormel Exhibit 12 | Pls. Aver. (ECF No. 9624) ¶¶ 63, 64, 70, 74, 201<br><br>Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 20, 21, 23 | | |
| 45 | 9624<br><br>10153-1 | CIA Report, Saudi-Based Financial Support for Terrorist Organizations | Pls. Aver. (ECF No. 9624) ¶¶ 64, 66, 104, 123, 127, 129, 135, 174, 221, 246, 540<br><br>Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 1, 44, 56, 71, 94, 130 | CIA 143-158 | Pls. Ex. 45:<br><br>- Inadmissible hearsay, as noted in Resp. to Pls. Aver. Section VI (heading). |
| 46 | 9624<br><br>10153-1 | CIA Report, Identifying Al-Qa'ida's Donors and Fundraisers: A Status Report | Pls. Aver. (ECF No. 9624) ¶¶ 64, 135, 165, 539, 547 | CIA 193-199 | Pls. Ex. 46:<br><br>- Inadmissible hearsay, as noted in Resp. to Pls. Aver. Section VI (heading). |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | | Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 7, 59, 118, 143 | | |
| 47 | 9624 | CIA Report, Spectrum of Al-Qa'ida's Donors | Pls. Aver. (ECF No. 9624) ¶ 64 | CIA 659-667 | Pls. Ex. 47: <br><br>- Inadmissible hearsay, as noted in Resp. to Pls. Aver. Section VI (heading). |
| 48 | 9624 | AHIF Designation – Lormel Exhibit 18 | Pls. Aver. (ECF No. 9624) ¶¶ 71, 73, 75, 205, 235 | | |
| 49 | 9624 | September 6, 2002 Wa'el Jelaidan Designation | Pls. Aver. (ECF No. 9624) ¶¶ 71, 122, 124, 226 | | |
| 50 | 9624 | September 9, 2004 Al Haramain Islamic Foundation branch Designation | Pls. Aver. (ECF No. 9624) ¶¶ 71, 73, 112, 238, 484 | | |
| 51 | 9624 <br><br> 10153-1 | FBI Report, Connections to the Attacks of Sept. 11, 2001 | Pls. Aver. (ECF No. 9624) ¶¶ 72, 106, 474, 477, 480 <br><br> Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 2, 115 | EO14040 3478-3608 Updated | Pls. Ex. 51: <br><br>- Hearsay to which no exception applies given heavy redactions, lack of sourcing, and hearsay within hearsay. *See* Fed. R. Evid. 802. <br><br>- Should be excluded under Rule 403 for unfair prejudice for |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | | | | attempting to impute liability through guilt-by-association. *See* Fed. R. Evid. 403. |
| 52 | 9624 10153-1 | Treasury Memorandum – *Al-Haramayn Islamic Foundation Bosnia-Herzegovina* | Pls. Aver. (ECF No. 9624) ¶¶ 72, 77 Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 48 | TREASURY00009-11 | Pls. Ex. 52: - Hearsay to which no exception applies given heavy redactions, lack of sourcing, and hearsay within hearsay. *See* Fed. R. Evid. 802. - Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing attacks and theatres not at issue in this litigation and for descriptions of charity branches allegedly engaging in extremism with no connection to Al Rajhi Bank. *See* Fed. R. Evid. 403. |
| 53 | 9624 10153-1 | Treasury Memorandum – *Al-Haramain Islamic Foundation, Somalia* | Pls. Aver. (ECF No. 9624) ¶¶ 72, 85 Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 48 | TREASURY00030-36 | Pls. Ex. 53: - Hearsay to which no exception applies given heavy redactions, lack of sourcing, and hearsay within hearsay. *See* Fed. R. Evid. 802. - Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | | | | attacks and theatres not at issue in this litigation and for descriptions of charity branches allegedly engaging in extremism with no connection to Al Rajhi Bank. *See* Fed. R. Evid. 403. |
| 54 | 9624 | CIA Report, How Bin Laden Commands a Global Terrorist Network | Pls. Aver. (ECF No. 9624) ¶¶ 72, 94 | CIA 2-16 | Pls. Ex. 54: <br> - Inadmissible hearsay, as noted in Resp. to Pls. Aver. § VI (heading). |
| 55 | 9624 <br> 10153-1 | CIA Report, Islamic Terrorists: Using Nongovernmental Organizations Extensively | Pls. Aver. (ECF No. 9624) ¶¶ 72, 95, 135, 151 <br> Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 6, 59, 60, 77, 130, 142 | CIA 210-236 | Pls. Ex. 55: <br> - Inadmissible hearsay, as noted in Resp. to Pls. Aver. § VI (heading). |
| 56 | 9624 <br> 10153-1 | March 11, 2002 AHIF branch Designation | Pls. Aver. (ECF No. 9624) ¶ 73 <br> Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 48 | | |
| 57 | 9624 <br> 10153-1 | January 22, 2004 AHIF branch Designation | Pls. Aver. (ECF No. 9624) ¶ 73 | | |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | | Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 53 | | |
| 58 | 9624 | SAMA Guidelines for Prevention of Money Laundering – Pasley Exhibit 8 | Pls. Aver. (ECF No. 9624) ¶¶ 281, 284, 297, 298, 299, 300, 301, 356, 370, 376, 379, 380, 385 | | |
| 59 | 9624 | Abdullah al Rajhi Exhibit 33 | Pls. Aver. (ECF No. 9624) ¶ 319<br><br>Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 46. | ARB 39945-39946 | |
| 60 | 9624 | Abdullah al Rajhi Exhibit 27 – Treasury Designates Al Haramain Islamic Foundation | Pls. Aver. (ECF No. 9624) ¶ 73 | | Pls. Ex. 60:<br><br>- Hearsay to which no exception applies. *See* Fed. R. Evid. 802.<br><br>- Should be excluded under Rule 403 for unfair prejudice and confusing the issues in its description of charities and charity branches allegedly engaged in extremism with no connection to Al Rajhi Bank. *See* Fed. R. Evid. 403. |
| 61 | 9624 | Treasury Memorandum – *Designation of Al-* | Pls. Aver. (ECF No. 9624) ¶ 79 | TREASURY00012-16 | Pls. Ex. 61:<br><br>- Hearsay to which no exception applies given heavy redactions, |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | *Haramain Foundation-Pakistan* | | | lack of sourcing, and hearsay within hearsay. *See* Fed. R. Evid. 802.<br><br>- Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing attacks and theatres not at issue in this litigation and for descriptions of charity branches allegedly engaging in extremism with no connection to Al Rajhi Bank. *See* Fed. R. Evid. 403. |
| 62 | 9624<br><br>10153-1 | Treasury Memorandum – *Designation of Al-Haramain Foundation (AHF) branches in Afghanistan, Albania, Bangladesh, Ethiopia, and The Netherlands, and the AHF's leader Al-Aqil pursuant to the authorities of E.O. 13224* | Pls. Aver. (ECF No. 9624) ¶¶ 82, 108, 111, 235, 239<br><br>Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 43 | TREASURY00017-29 | Pls. Ex. 62:<br><br>- Hearsay to which no exception applies given heavy redactions, lack of sourcing, and hearsay within hearsay. *See* Fed. R. Evid. 802.<br><br>- Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing attacks and theatres not at issue in this litigation and for descriptions of charity branches allegedly engaging in extremism with no connection to Al Rajhi Bank. *See* Fed. R. Evid. 403. |

| EX. NO. | ECF NO. | DESCRIPTION | PARAGRAPH(S) OF PLAINTIFFS' MATERIALS CITING EVIDENCE TO WHICH AL RAJHI BANK OBJECTS | BATES NO. | OBJECTION(S) (TO PORTIONS REFERENCED BY PLAINTIFFS) |
|---|---|---|---|---|---|
| 63 | 9624 | Treasury Memorandum – *Designation of Al-Haramain Foundation (AHF) locations in the United States, the Comoros Islands, and AHF official Soliman Al-Buthe pursuant to the authorities of E.O. 13224* | Pls. Aver. (ECF No. 9624) ¶¶ 86, 110 | TREASURY00037-54 | Pls. Ex. 63:<br><br>- Hearsay to which no exception applies given heavy redactions, lack of sourcing, and hearsay within hearsay. *See* Fed. R. Evid. 802.<br><br>- Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing attacks and theatres not at issue in this litigation and for descriptions of charity branches allegedly engaging in extremism with no connection to Al Rajhi Bank. *See* Fed. R. Evid. 403. |
| 64 | 9624 | Treasury Memorandum – *Additional Designations Pursuant to E.O. 13224: Al-Haramain, Indonesia* | Pls. Aver. (ECF No. 9624) ¶ 87 | TREASURY00087-92 | Pls. Ex. 64:<br><br>- Hearsay to which no exception applies given heavy redactions, lack of sourcing, and hearsay within hearsay. *See* Fed. R. Evid. 802.<br><br>- Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing attacks and theatres not at issue in this litigation and for descriptions of charity branches allegedly |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---------|---------|-------------|-----------------------------------------------------------------------------------|-----------|-----------------------------------------------------|
| | | | | | engaging in extremism with no connection to Al Rajhi Bank. *See* Fed. R. Evid. 403. |
| 65 | 9624 | Treasury Memorandum – *Additional Designations Pursuant to E.O. 13224: Al-Haramayn Kenya and Tanzania* | Pls. Aver. (ECF No. 9624) ¶ 88 | TREASURY00094-101 | Pls. Ex. 65: <br><br> - Hearsay to which no exception applies given heavy redactions, lack of sourcing, and hearsay within hearsay. *See* Fed. R. Evid. 802. <br><br> - Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing attacks and theatres not at issue in this litigation and for descriptions of charity branches allegedly engaging in extremism with no connection to Al Rajhi Bank. *See* Fed. R. Evid. 403. |
| 66 | 9624 <br> 10153-1 | CIA Report, Usama Bin Ladin: Some Saudi Financial Ties Probably Intact | Pls. Aver. (ECF No. 9624) ¶¶ 92, 116, 125, 132, 135, 146, 147, 294, 487 <br><br> Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 1, 6, 7, 67, 71, 77, 118, 130, 142 | CIA 807-848 | Pls. Ex. 66: <br><br> - Inadmissible hearsay, as noted in Resp. to Pls. Aver. § VI (heading). |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced by Plaintiffs) |
|---|---|---|---|---|---|
| 67 | 9624 10153-1 | CIA Report, Al Haramain, in Africa: Supporting Al-Ittihad Al-Islami and Other Terrorists | Pls. Aver. (ECF No. 9624) ¶¶ 96, 109 Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 44 | CIA 675-679 | Pls. Ex. 67: - Inadmissible hearsay, as noted in Resp. to Pls. Aver. § VI (heading). |
| 68 | 9624 10153-1 | CIA Report, Al-Qa'ida Still Well Positioned To Recruit Terrorists | Pls. Aver. (ECF No. 9624) ¶¶ 99, 132 Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 44, 67, 71 | CIA 178-189 | Pls. Ex. 68: - Inadmissible hearsay, as noted in Resp. to Pls. Aver. § VI (heading). |
| 69 | 9624 10153-1 | CIA Report, Al Haramain: Support for Extremists and Terrorists | Pls. Aver. (ECF No. 9624) ¶¶ 100, 109, 137, 169, 339 Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 43, 49 | CIA-SUB_0007-19 | Pls. Ex. 69: - Inadmissible hearsay, as noted in Resp. to Pls. Aver. § VI (heading). |
| 70 | 9624 10153-1 | The KSA and Counterterrorism – Dean Exhibit 7 | Pls. Aver. (ECF No. 9624) ¶ 107 Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 48 | | Pls. Ex. 70: - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. - Should be excluded under Rule 403 for unfair prejudice and confusing the issues in its description of charities and charity branches allegedly engaged in |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | | | | extremism with no mention of Al Rajhi Bank. *See* Fed. R. Evid. 403. |
| 71 | 9624 | Affidavit in Support of Search Warrant, USDC for the District of Oregon, Case 6:05-cr-60008-AA | Pls. Aver. (ECF No. 9624) ¶ 110 | | Pls. Ex. 71: <br> - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. <br> - Should be excluded under Rule 403 for unfair prejudice and confusing the issues for its description of charities and charity branches allegedly engaged in extremism with no connection to Al Rajhi Bank. *See* Fed. R. Evid. 403. |
| 72 | 9624 | David Crawford, "How a Diplomat From Saudi Arabia Spread His Faith," WSJ, September 10, 2003 | Pls. Aver. (ECF No. 9624) ¶¶ 112, 426 | | Pls. Ex. 72: <br> - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. |
| 73 | 9624 | Al Jazirah, The Al Haramain Islamic Foundation Launches a Donation Campaign for the Palestinians, April 8, 2002; Al Minbar, Achievements of the Al-Haramain Islamic Foundation's in Palestine | Pls. Aver. (ECF No. 9624) ¶ 113 | | Pls. Ex. 73: <br> - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| 74 | 9624 | Wikileaks Printout dated February 13, 2007 | Pls. Aver. (ECF No. 9624) ¶ 115 | | Pls. Ex. 74:<br><br>- Lacks authentication. *See* Fed. R. Evid. 901.<br><br>- Hearsay to which no exception applies. *See* Fed. R. Evid. 802. |
| 75 | 9624<br><br>10153-1 | Treasury Memorandum – *Additional Designations Pursuant to E.O. 13224: Dr. Abd Al Hamid Sulaiman Al-Mujil and International Islamic Relief Organization Philippines and Indonesia Branches* | Pls. Aver. (ECF No. 9624) ¶ 115, 117, 118, 240, 242, 246<br><br>Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 60 | TREASURY00102-121 | Pls. Ex. 75:<br><br>- Hearsay to which no exception applies given heavy redactions, lack of sourcing, and hearsay within hearsay. *See* Fed. R. Evid. 802.<br><br>- Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing attacks and theatres not at issue in this litigation and for descriptions of charity branches allegedly engaging in extremism with no connection to Al Rajhi Bank. *See* Fed. R. Evid. 403. |
| 76 | 9624 | Purported United States Department of State Cable printout dated June 2004 | Pls. Aver. (ECF No. 9624) ¶ 116 | PEC-KSA 1464-1466 | Pls. Ex. 76:<br><br>- Hearsay to which no exception applies. *See* Fed. R. Evid. 802.<br><br>- Should be excluded under Rule 403 for unfair prejudice and confusing the issues in its |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | | | | description of charities and charity branches allegedly engaged in extremism with no connection to Al Rajhi Bank. *See* Fed. R. Evid. 403. |
| 77 | 9624 | 1996 Central Intelligence Agency Report | Pls. Aver. (ECF No. 9624) ¶¶ 116, 127 | PEC-KSA000965-978 | Pls. Ex. 77:<br><br>- Hearsay to which no exception applies. *See* Fed. R. Evid. 802.<br><br>- Inadmissible hearsay, as noted in Resp. to Pls. Aver. Section VI (heading).<br><br>- Lacks authentication. *See* Fed. R. Evid. 901.<br><br>- Should be excluded under Rule 403 for unfair prejudice for describing charities and charity branches allegedly engaged in extremism with no connection to Al Rajhi Bank. *See* Fed. R. Evid. 403. |
| 78 | 9624<br>10153-1 | February 21, 2019 Transcript of the Deposition of Adnan Basha | Pls. Aver. (ECF No. 9624) ¶¶ 120, 216, 217, 317<br><br>Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 55, 62 | | Pls. Ex. 78:<br><br>- Hearsay to which no exception applies. *See* Fed. R. Evid. 802.<br><br>- Lack of personal knowledge. *See* Fed. R. Evid. 602.<br><br>- Should be excluded under Rule 403 for unfair prejudice for |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | | | | discussing charity work and routine banking services that have no link to Al Qaeda. *See* Fed. R. Evid. 403. |
| 79 | 9624 10153-1 | Treasury Memorandum – *Additional Designation Pursuant to E.O. 13224* | Pls. Aver. (ECF No. 9624) ¶ 124 Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 60 | TREASURY00001-8 | Pls. Ex. 79: - Hearsay to which no exception applies given heavy redactions, lack of sourcing, and hearsay within hearsay. *See* Fed. R. Evid. 802. - Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing attacks and theatres not at issue in this litigation and for descriptions of charity branches allegedly engaging in extremism with no connection to Al Rajhi Bank. *See* Fed. R. Evid. 403. |
| 80 | 9624 10153-1 | CIA Report, Usama Bin Ladin: Al-Qa'ida's Financial Facilitators | Pls. Aver. (ECF No. 9624) ¶¶ 125, 226 Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 77 | CIA 500-563 | Pls. Ex. 80: - Inadmissible hearsay, as noted in Resp. to Pls. Aver. Section VI (heading). |
| 81 | 9624 | Purported Golden Chain | Pls. Aver. (ECF No. 9624) ¶¶ 126, 131, 226 | FED-PEC 134953-134955 | Pls. Ex. 81: - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| 82 | 9624 | Treasury Memorandum – *Designation Pursuant to E.O. 13224 of Yasin Al-Qadi* | Pls. Aver. (ECF No. 9624) ¶¶ 127, 128, 425 | TREASURY00055-86 | Pls. Ex. 82: <br><br> - Hearsay to which no exception applies given heavy redactions, lack of sourcing, and hearsay within hearsay. *See* Fed. R. Evid. 802. <br><br> - Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing attacks and theatres not at issue in this litigation and for descriptions of charity branches allegedly engaging in extremism with no connection to Al Rajhi Bank. *See* Fed. R. Evid. 403. |
| 83 | 9624 | David Aufhauser Letter, dated November 29, 2001 | Pls. Aver. (ECF No. 9624) ¶ 127 | | Pls. Ex. 83: <br><br> - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. |
| 84 | 9624 | June 2, 2004 Co-operating Witness Interview with unidentified source | Pls. Aver. (ECF No. 9624) ¶¶ 128, 487 | | Pls. Ex. 84: <br><br> - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. <br><br> - Should be excluded under Rule 403 for confusing the issue and unfair prejudice for attempting to impute liability through guilt-by-association. *See* Fed. R. Evid. 403. |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| 85 | 9624 | December 21, 2004 U. S. Department of Treasury Adel Batterjee Designation | Pls. Aver. (ECF No. 9624) ¶¶ 130, 221 | | |
| 86 | 9624 | Federal Register, Volume 86, No. 172, September 9, 2021, Executive Order 14040 | Pls. Aver. (ECF No. 9624) ¶ 133 | | |
| 87 | 9624 | March 29, 2022 email from Sarah Normand | Pls. Aver. (ECF No. 9624) ¶ 134 | | |
| 88 | 9624 | April 1, 2022 Index of Documents Produced Pursuant to Section 2(b)(i) of E.O. 14040 | Pls. Aver. (ECF No. 9624) ¶ 134 | | Pls. Ex. 88: <br><br> - Improper summary exhibit. *See* Fed. R. Evid. 1006. |
| 89 | 9624 <br><br> 10153-1 | CIA Report, Al-Qa'ida in Sudan, 199-96: Old School Ties Lead Down Dangerous Paths | Pls. Aver. (ECF No. 9624) ¶¶ 135, 177 <br><br> Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 1, 7, 118 | CIA 38-52 | Pls. Ex. 89: <br><br> - Inadmissible hearsay, as noted in Resp. to Pls. Aver. § VI (heading). |
| 90 | 9624 | CIA Report, Terrorism Finance: Custodial Interviews Providing Leads Into Al-Qa'ida Financial Network– Winer Exhibit 2 | Pls. Aver. (ECF No. 9624) ¶ 135 | CIA 306-315 | Pls. Ex. 90: <br><br> - Inadmissible hearsay, as noted in Resp. to Pls. Aver. § VI (heading). |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| 91 | 9624<br>10153-1 | CIA Report, Usama Bin Ladin's Finances: Some Estimates of Wealth, Income, and Expenditures | Pls. Aver. (ECF No. 9624) ¶¶ 135, 144<br>Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 1, 6, 130, 142 | CIA 317-338 | Pls. Ex. 91:<br>- Inadmissible hearsay, as noted in Resp. to Pls. Aver. § VI (heading). |
| 92 | 9624 | June 7, 2022 email from Sarah Normand | Pls. Aver. (ECF No. 9624) ¶ 137 | | |
| 93 | 9624 | CIA Report, Talbah: Linking Extremists in the Balkans and the United States | Pls. Aver. (ECF No. 9624) ¶¶ 137, 423 | CIA-SUB 0031-33 | Pls. Ex. 93:<br>- Inadmissible hearsay, as noted in Resp. to Pls. Aver. § VI (heading). |
| 94 | 9624 | Glenn Simpson, "U.S. Tracks Saudi Bank Favored by Extremists," WSJ, July 26, 2007 | Pls. Aver. (ECF No. 9624) ¶ 180 fn. 73 | | Pls. Ex. 94:<br>- Hearsay to which no exception applies. *See* Fed. R. Evid. 802. |
| 95 | 9624 | Pasley Exhibit 6 – Wikileaks Printout dated November 25, 2004 | Pls. Aver. (ECF No. 9624) ¶¶ 184, 199, 200 | | Pls. Ex. 95:<br>- Lacks authentication. *See* Fed. R. Evid. 901.<br>- Hearsay to which no exception applies. *See* Fed. R. Evid. 802. |
| 96 | 9624<br>10153-1 | Terrorism Financing – Origination, Organization, and Prevention, R. Richard Newcomb, July 31, 2003 | Pls. Aver. (ECF No. 9624) ¶¶ 192<br>Pls. Ex. A (ECF No. 10153-1) Resp. to | | Pls. Ex. 96:<br>- Hearsay to which no exception applies. *See* Fed. R. Evid. 802. |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---------|---------|-------------|-----------|-----------|-------------|
| | | | ¶¶ 5, 50, 60, 61, 68, 74, 80, 86 | | |
| 97 | 9624 | Makhtab al Khidamat Designation – U.N. Security Council | Pls. Aver. (ECF No. 9624) ¶ 158 | | |
| 98 | 9624 10153-1 | Al Haramain 94 Accounts – Abdullah al Rajhi Exhibit 31 | Pls. Aver. (ECF No. 9624) ¶¶ 206, 207 Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 5, 49, 110, 124 | | Pls. Ex. 98: - Lacks authentication. *See* Fed. R. Evid. 901. - Improper summary exhibit. *See* Fed. R. Evid. 1006. |
| 99 | 9624 10153-1 | Lormel Exhibit 20 – Undated Al-Haramain letter listing 15 of its accounts | Pls. Aver. (ECF No. 9624) ¶¶ 210, 211, 314, 315 Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 43 | ARB 38816 | |
| 100 | 9624 | September 26, 1994 Letter from Al-Haramain concerning Accounts | Pls. Aver. (ECF No. 9624) ¶¶ 210, 313 | ARB 38534-38535 | |
| 101 | 9624 | AHIF Communications with ARB re Personal and Joint Personal Accounts, Sept. 26, 1998 | Pls. Aver. (ECF No. 9624) ¶¶ 210, 328, 332 | ARB 39000, 38999, 38998 | |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| 102 | 9624 | Abdullah al Rajhi Exhibit 32 – Chart of 287 IIRO accounts at ARB | Pls. Aver. (ECF No. 9624) ¶ 213 | | Pls. Ex. 102: <br><br> - Lacks authentication. *See* Fed. R. Evid. 901. <br><br> - Improper summary exhibit. *See* Fed. R. Evid. 1006. |
| 103 | 9624 | April 1, 2019 Declaration of Omar Mohammedi (03 MD 1570, ECF No. 4465) | Pls. Aver. (ECF No. 9624) ¶ 219 | | Pls. Ex. 103: <br><br> - Inadmissible hearsay to which no exception applies. *See* Fed. R. Evid. 802. <br><br> - Should be excluded under Rule 403 for unfair prejudice for discussing charity work that has no link to Al Qaeda. *See* Fed. R. Evid. 403. |
| 104 | 9624 | Exhibit 19 to the April 1, 2019 Declaration of Omar Mohammedi (03 MD 1570, ECF No. 4465-19) | Pls. Aver. (ECF No. 9624) ¶ 219 | | Pls. Ex. 104: <br><br> - Inadmissible hearsay to which no exception applies. *See* Fed. R. Evid. 802. <br><br> - Should be excluded under Rule 403 for unfair prejudice for discussing charity work that has no link to Al Qaeda. *See* Fed. R. Evid. 403. |
| 105 | 9624 | Letter from WAMY re: accounts at ARB | Pls. Aver. (ECF No. 9624) ¶ 219 | WAMYSA 15516 | Pls. Ex. 105: |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | | | | - Lacks authentication. *See* Fed. R. Evid. 901. |
| | | | | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. |
| | | | | | - Should be excluded under Rule 403 for unfair prejudice for discussing charity work that has no link to Al Qaeda. *See* Fed. R. Evid. 403. |
| 106 | 9624 | April 1, 2019 Declaration of Ibrahem Alshalan (03 MD 1570, ECF No. 4466) | Pls. Aver. (ECF No. 9624) ¶ 220 | | Pls. Ex. 106: |
| | | | | | - Inadmissible hearsay to which no exception applies. *See* Fed. R. Evid. 802. |
| | | | | | - Should be excluded under Rule 403 for unfair prejudice for discussing charity work that has no link to Al Qaeda. *See* Fed. R. Evid. 403. |
| 107 | 9624 | Meeting Notes of Self-Supervisory Committee | Pls. Aver. (ECF No. 9624) ¶ 221 | ARB 39582-39585 | |
| 108 | 9624 | Benevolence International Foundation (BIF) Designation | Pls. Aver. (ECF No. 9624) ¶ 221 | | |
| 109 | 9624 | Wael Hamzah Jelaidan Account Statement | Pls. Aver. (ECF No. 9624) ¶¶ 224, 225 | ARB 974-1019 | |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| 110 | 9624 | Wael Hamzah Jelaidan KYC files | Pls. Aver. (ECF No. 9624) ¶ 224 | ARB 1183-1216 | |
| 111 | 9624 | Wael Hamzah Jelaidan KYC files | Pls. Aver. (ECF No. 9624) ¶ 224 | ARB 1217-1226 | |
| 112 | 9624 | Account Statements Requested by SAMA | Pls. Aver. (ECF No. 9624) ¶ 224 | ARB 14464-14466 | |
| 113 | 9624 10153-2 | Federal Office of Criminal Investigation, Report Concerning the Third World Relief Agency ("TWRA") | Pls. Aver. (ECF No. 9624) ¶¶ 224, 438, 462 Pls. Ex. B (ECF No. 10153-2) Resp. to ¶ 459 | | Pls. Ex. 113: - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. - Should be excluded under Rule 403 for unfair prejudice and confusing the issue for presenting evidence of conduct that is not sufficiently similar to the conduct at issue and discussing transactions outside the relevant period. *See* Fed. R. Evid. 403. |
| 114 | 9624 | Aqil al Aqil Account Statements | Pls. Aver. (ECF No. 9624) ¶¶ 227, 228, 230, 335, 336, 347, 348, 353 | ARB 41454-41463 | |
| 115 | 9624 | Aqil al Aqil Account Statements | Pls. Aver. (ECF No. 9624) ¶¶ 227, 228, 253, 260, 261 | ARB 41464-41501 | |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| 116 | 9624 | Aqil al Aqil Account Statements | Pls. Aver. (ECF No. 9624) ¶ 227 | ARB 41502-41503 | |
| 117 | 9624 | Aqil al Aqil Account Statements | Pls. Aver. (ECF No. 9624) ¶ 227 | ARB 41506-41507 | |
| 118 | 9624 | Plaintiffs' Characterization of IIRO Accounts. | Pls. Aver. (ECF No. 9624) ¶¶ 227, 229, 231, 239, 253 | | Pls. Ex. 118: <br><br> - Lacks authentication. *See* Fed. R. Evid. 901. <br><br> - Improper summary exhibit. *See* Fed. R. Evid. 1006. |
| 119 | 9624 | Al Mujil Account Statements | Pls. Aver. (ECF No. 9624) ¶¶ 241, 342 | ARB 745-787 | |
| 120 | 9624 | Al Mujil Account Statements | Pls. Aver. (ECF No. 9624) ¶ 241 | ARB 788-810 | |
| 121 | 9624 10153-1 | Khalifa ARB Account | Pls. Aver. (ECF No. 9624) ¶¶ 243, 244 <br><br> Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 136 | ARB 1098-1105 | |
| 122 | 9624 10153-1 | Suleiman al Rajhi Charity Foundation Account Transfers to AHIF | Pls. Aver. (ECF No. 9624) ¶ 249 <br><br> Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 5, 6, 53, 105 | ARB 38079-38107 and ARB 39948-39959 | |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| 123 | 9624 | Suleiman al Rajhi Charity Foundation Account Transfers to AHIF | Pls. Aver. (ECF No. 9624) ¶ 249 | ARB 39960 | |
| 124 | 9624 | Suleiman al Rajhi Charity Foundation Account Transfers to AHIF | Pls. Aver. (ECF No. 9624) ¶ 249 | ARB 39961 | |
| 125 | 9624 10153-1 | Suleiman al Rajhi Charity Foundation Account Transfers to AHIF | Pls. Aver. (ECF No. 9624) ¶ 249 Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 5, 105 | ARB 42183-42184 | |
| 126 | 9624 10153-1 | Suleiman al Rajhi Charity Foundation Account Transfers to AHIF | Pls. Aver. (ECF No. 9624) ¶ 249 Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 5, 105 | ARB 42179-42180 | |
| 127 | 9624 10153-1 | Suleiman al Rajhi Charity Foundation Account Transfers to AHIF | Pls. Aver. (ECF No. 9624) ¶ 249 Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 5 | ARB 42181-42182 | |
| 128 | 9624 10153-1 | Purported Checks payable to AHIF | Pls. Aver. (ECF No. 9624) ¶¶ 250, 418 Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 6, 47, 49, 53 | NL 10086, 10088, 10094, 10245 | Pls. Ex. 128: - Lacks authentication. *See* Fed. R. Evid. 901. |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | | | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. |
| 129 | 9624 | "Abdel Rahman Abdullah al Rajhi's" Al Rajhi Bank Account Statement | Pls. Aver. (ECF No. 9624) ¶¶ 253, 256, 258, 572 | ARB 40860-41153 | |
| 130 | 9624 | "Abdel Rahman Abdullah al Rajhi" and "Saleh al Habdan's" Joint Al Rajhi Bank Account Statement | Pls. Aver. (ECF No. 9624) ¶ 253 | ARB 41176-41184 | |
| 131 | 9624 | "Abdel Rahman Abdullah al Rajhi's" Al Rajhi Bank Account Statement | Pls. Aver. (ECF No. 9624) ¶ 253 | ARB 41185-41278 | |
| 132 | 9624 | "Abdel Rahman Abdullah al Rajhi" and "Saleh al Habdan's" Joint Al Rajhi Bank Account Statement | Pls. Aver. (ECF No. 9624) ¶ 253 | ARB 42185-42186 | |
| 133 | 9624 | "Abdel Rahman Abdullah al Rajhi's" Al Rajhi Bank Account Statement | Pls. Aver. (ECF No. 9624) ¶ 253 | ARB 42187-42188 | |
| 134 | 9624 | "Saleh al Habdan's" Al Rajhi Bank Account Statement | Pls. Aver. (ECF No. 9624) ¶¶ 253, 569 | ARB 41668-41720 | |
| 135 | 9624 | "Abdullah al Ibrahim al Misfer's" Al Rajhi Bank Account Statement | Pls. Aver. (ECF No. 9624) ¶ 253 | ARB 41441-41442 | |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| 136 | 9624 | "Abdullah al Ibrahim al Misfer" and "Abdel Rahman al Aqil's" Al Rajhi Bank Account Statement | Pls. Aver. (ECF No. 9624) ¶ 253 | ARB 41279-41283 | |
| 137 | 9624 | FDIC Guidelines, March 30, 1995 | Pls. Aver. (ECF No. 9624) ¶ 433 | | |
| 138 | 9624 10153-1 | ARB transactions using ARB's PTA with Chase Manhattan Bank in February and March of 2005 | Pls. Aver. (ECF No. 9624) ¶ 439 Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 27, 122 | JMPC 001-228 | |
| 139 | 9624 10153-1 | Internal IIRO correspondence regarding funds, Aug. 25, 2001 | Pls. Aver. (ECF No. 9624) ¶¶ 453, 486 Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 2, 65, 109, 115 | IIRO 109118-109119 | Pls. Ex. 139: - Lacks authentication. *See* Fed. R. Evid. 901. - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. |
| 140 | 9624 | Purported Exhibits from Unidentified Proceedings | Pls. Aver. (ECF No. 9624) ¶¶ 400, 401 | | Pls. Ex. 140: - Lacks authentication. *See* Fed. R. Evid. 901. - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. - Should be excluded under Rule 403 for unfair prejudice and confusing the issue for discussing |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---------|---------|-------------|---------------------------------------------------------------------------------------|-----------|-------------------------------------------------------|
| | | | | | routine banking services and attempting to impute guilt-by-association. *See* Fed. R. Evid. 403. |
| 141 | 9624 10153-1 | Purported Payments from "Abdul Rahman Bin Abdullah AlRajhi" | Pls. Aver. (ECF No. 9624) ¶¶ 467, 469, 480 Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 2, 115 | NL 10447, 10455, 10456, 10457, 10458, 10460, 10462, 10463, 10464, 10466, 10467, 10470, 10471, 10472, 10473, 10474, 10475, 10483, 10485, 10491 | Pls. Ex. 141: - Lacks authentication. *See* Fed. R. Evid. 901. |
| 142 | 9624 | $5,000.00 check, dated July 7, 1999, payable to "Khaled Bin Ibrahim A-Swailem" | Pls. Aver. (ECF No. 9624) ¶ 472 | NL 10485 | Pls. Ex. 142: - Lacks authentication. *See* Fed. R. Evid. 901. |
| 143 | 9624 | $726.67 check, dated December 11, 1998, payable to "Khaled I. Al-Sowailem" | Pls. Aver. (ECF No. 9624) ¶ 473 | KSA 1685 | Pls. Ex. 143: - Lacks authentication. *See* Fed. R. Evid. 901. |
| 144 | 9624 | $398.14 check, dated December 14, 1998, payable to "Khaled I. Al-Sowailem" | Pls. Aver. (ECF No. 9624) ¶ 473 | KSA 1687 | Pls. Ex. 144: - Lacks authentication. *See* Fed. R. Evid. 901. |
| 145 | 9624 | October 31, 2000 email from " ▮▮▮▮▮ " | Pls. Aver. (ECF No. 9624) ¶¶ 408, 409, 412, 473 | NL 15572 | Pls. Ex. 145: - Lacks authentication. *See* Fed. R. Evid. 901. |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | | | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. |
| 146 | 9624 | "Outward Payment Order" of $25,000.00 to the "Royal Embassy of Saudi Arabia IFTA #5" | Pls. Aver. (ECF No. 9624) ¶ 473 | NL 10468 | Pls. Ex. 146: <br> - Lacks authentication. *See* Fed. R. Evid. 802. <br> - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. |
| 147 | 9624 | 2012 FBI Summary Report (03 MD 1570, ECF No. 6292-1) | Pls. Aver. (ECF No. 9624) ¶ 475 | | Pls. Ex. 147: <br> - Hearsay to which no exception applies given heavy redactions, lack of sourcing, and hearsay within hearsay. *See* Fed. R. Evid. 802. |
| 148 | 9624 <br> 10153-1 | Buthe Transactions totaling $45,000 | Pls. Aver. (ECF No. 9624) ¶¶ 482, 285 <br> Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 2, 53, 115 | ARB 39154, 39156, 39158, 39160, 39162, 39164 | |
| 149 | 9624 | Transcript of the August 22, 2007 Proceedings in the matter of *USA v. Pirouz Sedaghtay,* Case 6:05-cr-60008-AA | Pls. Aver. (ECF No. 9624) ¶ 485 | | Pls. Ex. 149: <br> - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. <br> - Should be excluded under Rule 403 for confusing the issue and unfair prejudice to the extent Plaintiffs attempt to impute liability |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | | | | through connections with individuals. *See* Fed. R. Evid. 403. |
| 150 | 9624 10153-1 | ARB account statement for Islamic Relief Organization-Health, identifying an August 19, 2001 transaction, 125,500.00 SR debit, "Issuance of bank checks." | Pls. Aver. (ECF No. 9624) ¶ 486 Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 2, 65, 109, 115 | ARB 2477-2572 | |
| 151 | 9624 | IIRO Correspondence re Fatma Al-Zahraa Hospital, Nov. 1, 1994 | Pls. Aver. (ECF No. 9624) ¶ 487 | IIRO 215526-215529 | Pls. Ex. 151: - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. - Lacks authentication. *See* Fed. R. Evid. 901. |
| 152 | 9624 | IIRO Correspondence re Fatma Al-Zahraa Hospital | Pls. Aver. (ECF No. 9624) ¶ 487 | IIRO 126173-126176 | Pls. Ex. 152: - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. - Lacks authentication. *See* Fed. R. Evid. 901. |
| 153 | 9624 | IIRO Correspondence re Fatma Al-Zahraa Hospital, Oct. 16, 2001 | Pls. Aver. (ECF No. 9624) ¶ 487 | IIRO 112761-112762 | Pls. Ex. 153: - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | | | | - Lacks authentication. *See* Fed. R. Evid. 901. |
| 154 | 9624 | IIRO Correspondence re Fatma Al-Zahraa Hospital, June 4, 2001 | Pls. Aver. (ECF No. 9624) ¶ 487 | IIRO 112745-112748 | Pls. Ex. 154: <br> - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. <br> - Lacks authentication. *See* Fed. R. Evid. 901. |
| 155 | 9624 | IIRO Correspondence re Fatma Al-Zahraa Hospital, Apr. 6, 2003 | Pls. Aver. (ECF No. 9624) ¶ 487 | IIRO 59410-59411 | Pls. Ex. 155: <br> - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. <br> - Lacks authentication. *See* Fed. R. Evid. 901. |
| 156 | 9624 | IIRO Correspondence re Fatma Al-Zahraa Hospital, Mar. 31, 2003 | Pls. Aver. (ECF No. 9624) ¶ 487 | IIRO 108937 | Pls. Ex. 156: <br> - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. <br> - Lacks authentication. *See* Fed. R. Evid. 901. |
| 157 | 9624 | IIRO Correspondence re Fatma Al-Zahraa Hospital, July 10, 2003 | Pls. Aver. (ECF No. 9624) ¶ 487 | IIRO 105986 | Pls. Ex. 157: <br> - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. <br> - Lacks authentication. *See* Fed. R. Evid. 901. |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| 158 | 9624 | IIRO 1999-2000 Annual Report, marked as Basha Exhibit 134 | Pls. Aver. (ECF No. 9624) ¶ 487 | | Pls. Ex. 158: <br> - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. <br> - Lacks authentication. *See* Fed. R. Evid. 901. |
| 159 | 9624 <br> 10153-1 | February 8, 2024 Transcript of the Deposition of Aimen Dean | Pls. Aver. (ECF No. 9624) ¶ 488 <br> Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 2, 65, 109, 115 | | |
| 160 | 9624 | FBI Memorandum, Sept. 27, 2001 | Pls. Aver. (ECF No. 9624) ¶¶ 490, 497, 500 | EO 14040-0028572863 | Pls. Ex. 160: <br> - Hearsay to which no exception applies given redactions, lack of sourcing, and hearsay within hearsay. *See* Fed. R. Evid. 802. |
| 161 | 9624 | August 6, 2000 letter re: Towayan's leave of absence | Pls. Aver. (ECF No. 9624) ¶ 491 | ARB 40369 | |
| 162 | 9624 | Towayan Transactions, 1998-2002 | Pls. Aver. (ECF No. 9624) ¶¶ 494, 496 | ARB 42189-42216 | |
| 163 | 9624 | Towayan Transactions, Dec. 31, 2002 | Pls. Aver. (ECF No. 9624) ¶¶ 495, 499 | ARB 42217-42218 | |
| 164 | 9624 | Susan Schmidt, October 2, 2003 | Pls. Aver. (ECF No. 9624) ¶ 503 | | Pls. Ex. 164: |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | | | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802.<br><br>- Should be excluded under Rule 403 for unfair prejudice. *See* Fed. R. Evid. 403. |
| 165 | 9624 | October 21, 2019 Transcript of the Deposition of Ibrahim Abdullah, Ph. D | Pls. Aver. (ECF No. 9624) ¶ 503 | | Pls. Ex. 165:<br><br>- Hearsay to which no exception applies. *See* Fed. R. Evid. 802.<br><br>- Lack of personal knowledge. *See* Fed. R. Evid. 602. |
| 166 | 9624 | Part Four of the Joint Congressional Inquiry Into Intelligence Community Activities Before and After the Terrorist Attacks of September 11, 2001 ("the 28 Pages") | Pls. Aver. (ECF No. 9624) ¶ 505 | | |
| 167 | 9624 | August 3, 2002 Letter from Al Rajhi Bank to SAMA re: Bayoumi Transactions | Pls. Aver. (ECF No. 9624) ¶ 476 | ARB 39329 | |
| 168 | 9624 | Payments made to Bayoumi's Bank of America Account | Pls. Aver. (ECF No. 9624) ¶ 476 | ARB 13761, 13762, 13767 | |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---------|---------|-------------|-----------------------------------------------------------------------------------|-----------|------------------------------------------------------|
| 169 | 9624 | November 11, 2002 Letter from SAMA re Payments made to Bayoumi's Bank of America Account | Pls. Aver. (ECF No. 9624) ¶ 476 | ARB 13754-13755 | |
| 170 | 9624 10153-1 | August 3, 2006 IIRO Branch Designation, marked as Abdullah al Rajhi Exhibit 28 | Pls. Aver. (ECF No. 9624) ¶¶ 73, 117, 240, 242, 246 Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 60 | | Pls. Ex. 170: - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. - Should be excluded under Rule 403 for unfair prejudice and confusing the issues for describing charity branch that has no connection to Al Rajhi Bank and for discussing designations of other terrorist groups and other attacks not at issue in this litigation. *See* Fed. R. Evid. 403. |
| 171 | 9624 10153-1 | January 11, 2024 Transcript of the Deposition of Evan F. Kohlmann | Pls. Aver. (ECF No. 9624) ¶¶ 290, 562 Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 4, 5, 7, 44, 47, 48 9, 50, 56, 59, 60, 61, 68, 74, 80, 86, 118 | | Pls. Ex. 171: - Should be excluded to the extent expert testimony is used as a conduit for inadmissible hearsay (*see* Fed. R. Evid. 802) and to the extent expert is not qualified to offer opinion on sanctions designations or banking regulations. *See* Fed. R. Evid. 702. |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| 172 | 9624 | Internal Al Rajhi Bank Communications re Al-Haramain Personal and Joint Personal Accounts, Oct. 8, 1998 | Pls. Aver. (ECF No. 9624) ¶¶ 328, 332 | ARB 38920 | |
| 173 | 9624 | Internal Al Rajhi Bank Communications re Al-Haramain Personal and Joint Personal Accounts, Sept. 1, 1999 | Pls. Aver. (ECF No. 9624) ¶¶ 328, 332 | ARB 38885 | |
| 174 | 9624 | AHIF Communications with ARB re Personal and Joint Personal Accounts, Sept. 9, 1999 | Pls. Aver. (ECF No. 9624) ¶¶ 328, 332 | ARB 38878 | |
| 175 | 9624 | AHIF Communications with ARB re Personal and Joint Personal Accounts, Oct. 13, 1999 | Pls. Aver. (ECF No. 9624) ¶¶ 328, 332 | ARB 38994 | |
| 176 | 9624 | AHIF Communications with ARB re Personal and Joint Personal Accounts, Nov. 4, 1999 | Pls. Aver. (ECF No. 9624) ¶¶ 328, 332 | ARB 38995 | |
| 177 | 9624 | Internal Al Rajhi Bank Communications re Al-Haramain Personal and Joint Personal Accounts, Nov. 13, 1999 | Pls. Aver. (ECF No. 9624) ¶¶ 328, 332 | ARB 39001 | . |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| 178 | 9624 | Internal Al Rajhi Bank Communications re Al-Haramain Personal and Joint Personal Accounts, Nov. 16, 1999 | Pls. Aver. (ECF No. 9624) ¶¶ 328, 332 | ARB 38996 | |
| 179 | 9624 | Internal Al Rajhi Bank Communications re Al-Haramain Personal and Joint Personal Accounts, Nov. 23, 1999 | Pls. Aver. (ECF No. 9624) ¶¶ 328, 331, 332 | ARB 38978 | |
| 180 | 9624 | AHIF Communications with ARB re Personal and Joint Personal Accounts, Jan. 19, 2000 | Pls. Aver. (ECF No. 9624) ¶¶ 328, 332 | ARB 38979 | |
| 181 | 9624 | AHIF Communications with ARB re Personal and Joint Personal Accounts, Sept. 10, 2000 | Pls. Aver. (ECF No. 9624) ¶¶ 328, 332 | ARB 39077 | |
| 182 | 9624 | AHIF Communications with ARB re Personal and Joint Personal Accounts, Aug. 8, 2001 | Pls. Aver. (ECF No. 9624) ¶¶ 328, 332 | ARB 38486 | |
| 183 | 9624 | March 7, 2024 Declaration of Ben T. Railsback | Pls. Aver. (ECF No. 9624) ¶¶ 359, 360 | | Pls. Ex. 183: <br> - This Declaration should be excluded for the reasons stated in |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | | | | Al Rajhi Bank's Motion to Strike. *See* ECF No. 9772. |
| 184 | 9624 | February 9, 2024 Transcript of the Deposition of Fawzi al Hobayb | Pls. Aver. (ECF No. 9624) ¶¶ 362 | | |
| 185 | 9624 10153-1 | Check payable to WAMY | Pls. Aver. (ECF No. 9624) ¶¶ 419, 560 Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 6, 67 | NL 10068, 10384 | Pls. Ex. 185: - Lacks authentication. *See* Fed. R. Evid. 901. |
| 186 | 9624 10153-1 | Check payable to WAMY | Pls. Aver. (ECF No. 9624) ¶¶ 419, 560 Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 6, 67 | NL 10333 | Pls. Ex. 186: - Lacks authentication. *See* Fed. R. Evid. 901. |
| 187 | 9624 10153-2 | Statements of Account for Soliman Al Bathi | Pls. Aver. (ECF No. 9624) ¶¶ 337, 367, 377 Pls. Ex. B (ECF 10153-2) Resp. to ¶ 567 | ARB 858-959 | |
| 188 | 9624 10153-1 | ARB Branch Manual, 1997 | Pls. Aver. (ECF No. 9624) ¶¶ 303, 304 | ARB 16-734 | |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | | Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 45, 57, 69, 75, 81, 87 | | |
| 189 | 9624 10153-1 | ARB AML Guide, Nov. 1998 | Pls. Aver. (ECF No. 9624) ¶¶ 303, 304, 305, 362, 363, 372, 385 Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 26, 27, | ARB 735-744 | |
| 190 | 9624 | Associated Press article by Richard Cole, May 26, 1997 | Pls. Aver. (ECF No. 9624) ¶¶ 291, 292 | | Pls. Ex. 190: - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. |
| 191 | 9624 | Galloway Exhibit 3 – IIRO Accounts at ARB | None | | Pls. Ex. 191: - Improper summary exhibit. *See* Fed. R. Evid. 1006. |
| 192 | 9624 | U.N. General Assembly Resolution, January 1997 | Pls. Aver. (ECF No. 9624) ¶ 286 | | Pls. Ex. 192: - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. |
| 193 | 9624 | U.N. International Convention for the Suppression of the Financing of Terrorism, United Nations 1999 | Pls. Aver. (ECF No. 9624) ¶ 288 | | |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| 194 | 9624 | Abdullah al Rajhi Exhibit 51 – Payments from bin Abdulaziz Al Rajhi Charity to AHIF | Pls. Aver. (ECF No. 9624) ¶¶ 545, 546 | ARB 39960 | |
| 195 | 9624 | Abdullah al Rajhi Exhibit 52 – Payments from bin Abdulaziz Al Rajhi Charity to AHIF | Pls. Aver. (ECF No. 9624) ¶ 545 | ARB 39961 | |
| 196 | 9624 | Abdullah al Rajhi Exhibit 55 – Checks to AHIF and correspondence with Aqil | Pls. Aver. (ECF No. 9624) ¶¶ 545, 546 | NL 10086, 1088, 10094, 10245 | Pls. Ex. 196: <br> - Lacks authentication. *See* Fed. R. Evid. 901. <br> - Should be excluded under Rule 403 for unfair prejudice and confusing the issues for attempting to impute liability through guilt-by-association with individuals. *See* Fed. R. Evid. 403. |
| 197 | 9624 | Abdullah al Rajhi Exhibit 54 – Aqil account statements | Pls. Aver. (ECF No. 9624) ¶¶ 546 | ARB 41464-41501 | |
| 198 | 9624 | Two-Year Report for Non-Profit Foreign and Domestic Corporations for Sana-Bell | Pls. Aver. (ECF No. 9624) ¶¶ 548, 556 | SANA-BELL 37-38 | Pls. Ex. 198: <br> - Lacks authentication. *See* Fed. R. Evid. 901. <br> - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| 199 | 9624 | Galloway Exhibit 24 – Sulaiman bin Abdulaziz Al Rajhi letters resigning from IIRO | Pls. Aver. (ECF No. 9624) ¶¶ 548, 549, 550, 551 | ARB 39596-39597 | |
| 200 | 9624 | May 30, 1995 letter from the Assistant Director of IIRO-Tanzania Office to the Chief of Protocol, Ministry of Foreign Affairs, Dar es Salaam | Pls. Aver. (ECF No. 9624) ¶ 553 | IIRO 315040 | Pls. Ex. 200: <br><br> - Lacks authentication. *See* Fed. R. Evid. 901. <br><br> - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. <br><br> - Should be excluded under Rule 403 for unfair prejudice for discussing charity work that has no link to Al Qaeda. *See* Fed. R. Evid. 403. |
| 201 | 9624 | Complaint in *USA v. Sohiel Omar Kabir* | Pls. Aver. (ECF No. 9624) ¶ 570 | | Pls. Ex. 201: <br><br> - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. <br><br> - Should be excluded under Rule 403 for unfair prejudice for imputing liability by guilt-by-association through connections with individuals. *See* Fed. R. Evid. 403. |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| 202 | 9624 | Statement purportedly by Abdullah al Jibrin, October 26, 1999 | Pls. Aver. (ECF No. 9624) ¶ 573 | | Pls. Ex. 202: <br><br> - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. <br><br> - Lacks authentication. *See* Fed. R. Evid. 901. |
| 203 | 9624 | Payments of checks to "Abdullah bin Ibrahim al Misfer" | Pls. Aver. (ECF No. 9624) ¶ 263 | NL 10327, 10348, 10349, 10350, 10145, 10423, and 10194 | Pls. Ex. 203: <br><br> - Lacks authentication. *See* Fed. R. Evid. 901. |
| 204 | 9624 | FBI Protected Materials version of Jonathan Winer's Expert Report | Pls. Aver. (ECF No. 9624) ¶ 479 | | Pls. Ex. 204: <br><br> - *See* Objections to Pls. Ex. 4. |
| 205 | 9624 | AT&T Subpoena Response | Pls. Aver. (ECF No. 9624) ¶ 479 | | Pls. Ex. 205: <br><br> - Should be excluded under Rule 403 for unfair prejudice for attempting to impute liability through guilt-by-association. *See* Fed. R. Evid. 403. |
| 206 | 9624 | Purported "telephone directory" | Pls. Aver. (ECF No. 9624) ¶ 479 | NL 18775 | Pls. Ex. 206: <br><br> - Lacks authentication. *See* Fed. R. Evid. 901. |
| 207 | 9624 | Telephone records for Fahad al Thumairy | Pls. Aver. (ECF No. 9624) ¶ 479 | FBI 573-580 | Pls. Ex. 207: <br><br> - Lacks authentication. *See* Fed. R. Evid. 901. |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | | | | - Should be excluded under Rule 403 for unfair prejudice for attempting to impute liability through guilt-by-association. *See* Fed. R. Evid. 403. |
| 208 | 9624 | FBI Protected Materials version of Evan Kohlmann's Expert Report | Pls. Aver. (ECF No. 9624) ¶ 479, 490 | | Pls. Ex. 208: <br> - *See* Objections to Pls. Ex. 38. |
| 209 | 9624 <br><br> 10153-1 | FBI Memorandum, Sept. 27, 2001 (FBI Protected Material) | Pls. Aver. (ECF No. 9624) ¶¶ 490, 498 <br><br> Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 145 | EO14040-002857-2863-MDL | Pls. Ex. 209: <br> - *See* Objections to Pls. Ex. 160. |
| Ex. F | 10153-1 | May 3, 2024 letter from Assistant U.S. Attorneys Sarah S. Normand and Jennifer Jude | Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 2, 41, 108, 119, 120, 143, 144, 145, 146 | | Pls. Ex. F: <br> - Lacks authentication. *See* Fed. R. Evid. 901. Plaintiffs asserted that the FBI "will be providing Plaintiffs with a declaration attesting to the facts" in this letter." Plaintiffs have not submitted such a letter. *See* Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 2 n. 2. <br> - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| Ex. I | 10153-1 | New York State Dept. of Financial Services Press Release, *DFS Fines Habib Bank and its New York Branch $225 Million for Failure to Comply with Laws and Regulations Designed to Combat Money Laundering, Terrorist Financing, and Other Illicit Financial Transactions*, September 7, 2017. | Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 11 | | Pls. Ex. I:<br><br>- Hearsay to which no exception applies. *See* Fed. R. Evid. 802.<br><br>- Should be excluded under Rule 403 for unfair prejudice and confusing the issues for (i) offering evidence of findings concerning the financial controls of *another bank* in October 2014 – March 2015 and (ii) offering evidence of correspondent-banking transactions of Al Rajhi Bank from 2014-17, more than ten years after the relevant period. *See* Fed. R. Evid. 403. |
| Ex. J | 10153-1 | Juan C. Zarate, Treasury's Wars: The Unleashing of a New Era of Financial Warfare (2013) | Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 50 | | Pls. Ex. J:<br><br>- Hearsay to which no exception applies. *See* Fed. R. Evid. 802.<br><br>- Should be excluded under Rule 403 for unfair prejudice and confusing the issues for attempting to impute liability through guilt-by-association. *See* Fed. R. Evid. 403. |
| Ex. K | 10153-4 | Declaration of Mary C. Williams, Central | Pls. Ex. D (ECF No. 10153-4) at 2 n.1 and Resp. to Pls. Ex. 9 | | Pls. Ex. K: |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | Intelligence Agency, (July 18, 2024) | | | Does not establish admissibility of referenced materials because it: <br><br> - Fails to authenticate or establish a business records exception (under Rule 803(6)) to the hearsay rule for the CIA reports listed therein: *first*, Williams is not a proper custodian (Fed. R. Evid. 902(11)); and, *second*, she cannot certify that the documents were made at or near the time by or with information from someone with knowledge (Fed. R. Evid. 803(6)(A), incorporated by reference into Fed. R. Evid. 902(11)). |
| Ex. L | 10153-4 | Declaration of Mary C. Williams, Central Intelligence Agency, (April 19, 2024) | Pls. Ex. D (ECF No. 10153-4) at 2 n.1 and Resp. to Pls. Ex. 9 | | Pls. Ex. L: <br><br> Does not establish admissibility of referenced materials because it: <br><br> - Fails to authenticate or establish a business records exception (under Rule 803(6)) to the hearsay rule for the CIA reports listed therein: *first*, Williams is not a proper custodian (Fed. R. Evid. 902(11)); and, *second*, she cannot certify that the documents were made at or near the |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---------|---------|-------------|-------------------------------------------------------------------------------------|-----------|-------------------------------------------------------|
| | | | | | time by or with information from someone with knowledge (Fed. R. Evid. 803(6)(A), incorporated by reference into Fed. R. Evid. 902(11)). |
| Ex. M | 10153-4 | Declaration of Deborah Crum, Federal Bureau of Investigation (March 21, 2024) | Pls. Ex. D (ECF No. 10153-4) at 2 n.1 and Resp. to Pls. Ex. 9 | | <u>Pls. Ex. M:</u><br><br>- Does not authenticate any exhibits introduced by Plaintiffs, because it purports to authenticate (1) documents based on bates numbers that have never been produced to Al Rajhi Bank and that are not cited by Plaintiffs here, and (2) documents based on exhibit numbers that do not match any exhibits cited by Plaintiffs here.<br><br>- Should be excluded under Rule 403 for confusing the issues. *See* Fed. R. Evid. 403. This declaration appears to relate to a different litigation. |
| Ex. N | | Declaration of Miad Maleki, U.S. Department of Treasury (September 16, 2024) | Plaintiffs filed this declaration on the eve of Al Rajhi Bank's Reply submission, 67 days after their Opposition materials, | | <u>Pls. Ex. N:</u><br><br>Does not establish admissibility of referenced materials because it: |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | | and it is not relied upon in their Opposition materials. *See* Pls. Ex. D (ECF No. 10153-4) at 2 n.1 | | - Fails to authenticate or establish a business records exception (under Rule 803(6)) to the hearsay rule for the Treasury documents listed therein: *first*, Maleki is not a proper custodian (Fed. R. Evid. 902(11)); and, *second*, he cannot certify that the documents were made at or near the time by or with information from someone with knowledge (Fed. R. Evid. 803(6)(A), incorporated by reference into Fed. R. Evid. 902(11)). |
| Ex. O | | Declaration of Lawrence D. Buckley, Jr., Federal Bureau of Investigation (July 29, 2024) | Plaintiffs filed this declaration on the eve of Al Rajhi Bank's Reply submission, 67 days after their Opposition materials, and it is not relied upon in their Opposition materials. *See* Pls. Ex. D (ECF No. 10153-4) at 2 n.1 | | Pls. Ex. O: Does not establish admissibility of referenced materials because it: - Fails to authenticate or establish a business records exception (under Rule 803(6)) to the hearsay rule for the FBI documents listed therein: *first*, Buckley is not a proper custodian (Fed. R. Evid. 902(11)); and, *second*, he cannot certify that the documents were made at or near the time by or with information from someone with knowledge (Fed. R. Evid. 803(6)(A), |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | | | | incorporated by reference into Fed. R. Evid. 902(11)). |
| N/A | 10153-1 | "CDLR Monitor, 1995" | Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 44, 47 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. Should be excluded to the extent Plaintiffs use experts as a conduit for inadmissible hearsay.<br><br>- Should be excluded under Rule 403 for unfair prejudice, confusing the issues, and misleading. *See* Fed. R. Evid. 403. This article does not lend support for Plaintiffs' contention that it was "widely known throughout the Kingdom that Al Haramain supported armed conflict." |
| N/A | 10153-1 | IPS-Inter Press Service, Kenya: *Gov't Shuts Down Five Islamic Relief Agencies*, September 10, 1998 | Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 51, 63 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. Should be excluded to the extent Plaintiffs use experts as a conduit for inadmissible hearsay.<br><br>- Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing branch offices of Al Haramain and IIRO that had no account at Al Rajhi Bank. *See* Fed. R. Evid. 403. |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| N/A | 10153-1 | The U.N. Refugee Agency, *Human Rights Watch World Report 1999 – Kenya*, January 1, 1999 | Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 51, 63 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. Should be excluded to the extent Plaintiffs use experts as a conduit for inadmissible hearsay.<br><br>- Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing branch offices of Al Haramain and IIRO that had no account at Al Rajhi Bank. *See* Fed. R. Evid. 403. |
| N/A | 10153-1 | Associated Press, *Kenya Bans Six Islamic Aid Agencies After U.S. Bombing*, September 9, 1998 | Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 51 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. Should be excluded to the extent Plaintiffs use experts as a conduit for inadmissible hearsay.<br><br>- Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing branch office of Al Haramain that had no account at Al Rajhi Bank. *See* Fed. R. Evid. 403. |
| N/A | 10153-1 | University of Pennsylvania-African Studies Center, *Horn of Africa: The Monthly Review*, 19-10/98 | Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 51, 63 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. Should be excluded to the extent Plaintiffs use experts as a conduit for inadmissible hearsay. |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | | | | - Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing branch offices of Al Haramain and IIRO that had no account at Al Rajhi Bank. *See* Fed. R. Evid. 403. |
| N/A | 10153-1 | New York Times, *Some Charities Suspected of Terrorist Role*, February 19, 2000 | Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 51, 63 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. Should be excluded to the extent Plaintiffs use experts as a conduit for inadmissible hearsay. <br><br> - Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing charities generally, with no mention of Al Haramain or IIRO. *See* Fed. R. Evid. 403. |
| N/A | 10153-1 | The Indian Ocean Newsletter, *Banned Islamic NGOs*, September 12, 1998 | Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 51, 63 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. Should be excluded to the extent Plaintiffs use experts as a conduit for inadmissible hearsay. <br><br> - Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing branch offices of Al Haramain and |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | | | | IIRO that had no account at Al Rajhi Bank. *See* Fed. R. Evid. 403. |
| N/A | 10153-1 | Daily News, *It's More than Just Who Plants the Explosives,* July 31, 1996 | Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 63 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. Should be excluded to the extent Plaintiffs use experts as a conduit for inadmissible hearsay.<br><br>- Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing attacks not at issue in this litigation. *See* Fed. R. Evid. 403. |
| N/A | 10153-1 | The Age, *Filipino Muslims Linked to Holy Warrior's Global Terror,* May 20, 1995 | Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 63 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. Should be excluded to the extent Plaintiffs use experts as a conduit for inadmissible hearsay.<br><br>- Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing attacks and theaters not at issue in this litigation. *See* Fed. R. Evid. 403. |
| N/A | 10153-1 | Frontline, *A Terrorist Plot Unearthed,* March 12, 1999 | Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 63 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. Should be excluded to the extent |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | | | | Plaintiffs use experts as a conduit for inadmissible hearsay. - Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing attacks and theaters not at issue in this litigation. *See* Fed. R. Evid. 403. |
| N/A | 10153-1 | ITAR-TASS, *Russian Troops Find Arab, Bosnian Passports in Chechnya*, February 21, 2000 | Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 63 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. Should be excluded to the extent Plaintiffs use experts as a conduit for inadmissible hearsay. - Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing attacks and theaters not at issue in this litigation. *See* Fed. R. Evid. 403. |
| N/A | 10153-1 | Japan Economic Newswire, *Bin Laden Providing Money, Military Aid to MILF: Report*, February 13, 1999 | Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 63, 76 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. Should be excluded to the extent Plaintiffs use experts as a conduit for inadmissible hearsay. - Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | | | | charity organizations and theaters not at issue in this litigation. *See* Fed. R. Evid. 403. |
| N/A | 10153-1 | Philippine Daily Inquirer, *Front Page: Bin Laden Funds Abu Sayyaf Through Muslim Relief Group,* August 9, 2000 | Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 63, 76 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. Should be excluded to the extent Plaintiffs use experts as a conduit for inadmissible hearsay. <br><br> - Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing branch office of IIRO that had no account at Al Rajhi Bank. *See* Fed. R. Evid. 403. |
| N/A | 10153-1 | Philippine Daily Inquirer, *Front Page: Gemma Linked to Bin Laden Group Funding Sayyaf, MILF,* August 10, 2000 | Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 63, 76 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. Should be excluded to the extent Plaintiffs use experts as a conduit for inadmissible hearsay. <br><br> - Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing theaters not at issue in this litigation. *See* Fed. R. Evid. 403. |
| N/A | 10153-1 | The Times, *Terror by Degree,* October 18, 1997 | Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 63 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. Should be excluded to the extent |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | | | | Plaintiffs use experts as a conduit for inadmissible hearsay. |
| | | | | | - Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing charities generally, with no mention of Al Haramain or IIRO. *See* Fed. R. Evid. 403. |
| N/A | 10153-1 | U.S. News & World Report, *A Helping Hand From Saudi Arabia,* July 8, 1996 | Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 63 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. Should be excluded to the extent Plaintiffs use experts as a conduit for inadmissible hearsay. |
| | | | | | - Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing charity organizations and theaters not at issue in this litigation. *See* Fed. R. Evid. 403. |
| N/A | 10153-1 | The Straits Times, *Osama Gave Funds to Abu Sayyaf: Manila,* August 10, 2000 | Pls. Ex. A (ECF No. 10153-1) Resp. to ¶¶ 63, 76 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. Should be excluded to the extent Plaintiffs use experts as a conduit for inadmissible hearsay. |
| | | | | | - Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing |

| EX. NO. | ECF NO. | DESCRIPTION | PARAGRAPH(S) OF PLAINTIFFS' MATERIALS CITING EVIDENCE TO WHICH AL RAJHI BANK OBJECTS | BATES NO. | OBJECTION(S) (TO PORTIONS REFERENCED BY PLAINTIFFS) |
|---|---|---|---|---|---|
| | | | | | branch office of IIRO that had no account at Al Rajhi Bank. *See* Fed. R. Evid. 403. |
| N/A | 10153-1 | Overseas Immigration News, *Immigration Claims Teacher Linked to Terrorists Alleged Al-Jihad Member: Egyptian Denies Allegations, is Appealing Legal Proceedings,* May 21, 1999 | Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 63 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. Should be excluded to the extent Plaintiffs use experts as a conduit for inadmissible hearsay.<br><br>- Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing individual unrelated to this litigation and branch office of IIRO that had no account at Al Rajhi Bank. *See* Fed. R. Evid. 403. |
| N/A | 10153-1 | The New York Times, *Muslims From Afar Joining "Holy War" in Bosnia,* December 5, 1992 | Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 70 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. Should be excluded to the extent Plaintiffs use experts as a conduit for inadmissible hearsay.<br><br>- Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing theater not at issue in this litigation. *See* Fed. R. Evid. 403. |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| N/A | 10153-1 | Muslim World News, *WAMY Calls for Jihad to Free Kashmir*, June 3, 1991 | Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 70 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. Should be excluded to the extent Plaintiffs use experts as a conduit for inadmissible hearsay.<br><br>- Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing theater not at issue in this litigation. *See* Fed. R. Evid. 403. |
| N/A | 10153-1 | Riyadh Daily, *Kashmiri Leader Thanks WAMY for Help*, December 8, 1995 | Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 70 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. Should be excluded to the extent Plaintiffs use experts as a conduit for inadmissible hearsay.<br><br>- Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing theater not at issue in this litigation. *See* Fed. R. Evid. 403. |
| N/A | 10153-1 | Al Jazeera, *The Chechen Tragedy*, January 15, 2000 | Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 70 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. Should be excluded to the extent Plaintiffs use experts as a conduit for inadmissible hearsay.<br><br>- Should be excluded under Rule 403 for unfair prejudice and |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | | | | confusing the issues for discussing theater not at issue in this litigation. *See* Fed. R. Evid. 403. |
| N/A | 10153-1 | MWL Journal of August-September 1993 | Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 70 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. Should be excluded to the extent Plaintiffs use experts as a conduit for inadmissible hearsay.<br><br>- Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing theaters not at issue in this litigation. *See* Fed. R. Evid. 403. |
| N/A | 10153-1 | MWL Journal of January 1994 | Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 70 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. Should be excluded to the extent Plaintiffs use experts as a conduit for inadmissible hearsay.<br><br>- Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing theaters not at issue in this litigation. *See* Fed. R. Evid. 403. |
| N/A | 10153-1 | MWL Journal of September 1995 | Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 70 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. Should be excluded to the extent |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | | | | Plaintiffs use experts as a conduit for inadmissible hearsay. |
| | | | | | - Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing theaters not at issue in this litigation. *See* Fed. R. Evid. 403. |
| N/A | 10153-1 | MWL Journal of February-March 1990 | Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 70 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. Should be excluded to the extent Plaintiffs use experts as a conduit for inadmissible hearsay. |
| | | | | | - Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing theaters not at issue in this litigation. *See* Fed. R. Evid. 403. |
| N/A | 10153-1 | MWL Journal of September-October 1990 | Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 70 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. Should be excluded to the extent Plaintiffs use experts as a conduit for inadmissible hearsay. |
| | | | | | - Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing theaters not at issue in this litigation. *See* Fed. R. Evid. 403. |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| N/A | 10153-1 | MWL Journal of January-February 1991 | Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 70 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. Should be excluded to the extent Plaintiffs use experts as a conduit for inadmissible hearsay.<br><br>- Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing theaters not at issue in this litigation. *See* Fed. R. Evid. 403. |
| N/A | 10153-1 | MWL Journal of September 1998 | Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 70 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. Should be excluded to the extent Plaintiffs use experts as a conduit for inadmissible hearsay.<br><br>- Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing theaters not at issue in this litigation. *See* Fed. R. Evid. 403. |
| N/A | 10153-1 | Gulf News, *Orphanages in Southern Philippines Under Probe*, October 2, 2001 | Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 76 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. Should be excluded to the extent Plaintiffs use experts as a conduit for inadmissible hearsay.<br><br>- Should be excluded under Rule 403 for unfair prejudice and |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | | | | confusing the issues for discussing branch office of IIRO that had no account at Al Rajhi Bank. *See* Fed. R. Evid. 403. Furthermore, Plaintiffs erroneously say this article was published February 10, 2001, but it was published October 2, 2001, after the 9/11 attacks. |
| N/A | 631-2 | Declaration of Dr. Abdulrahman A. Al-Suwailem | Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 79 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802 |
| N/A | 10153-1 | BBC News, *U.S. Fears Terrorist Attacks in Kosovo,* April 3, 2002 | Pls. Ex. A (ECF No. 10153-1) Resp. to ¶ 82 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. Should be excluded to the extent Plaintiffs use experts as a conduit for inadmissible hearsay.<br><br>- Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing attacks, theaters, and charity organizations not at issue in this litigation. *See* Fed. R. Evid. 403. |
| N/A | 10153-2 | Los Angeles Times, *Young Saudis Eager to Battle Americans*, April 5, 2003 | Pls. Ex. B (ECF No. 10153-2) Resp. to ¶ 265 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802.<br><br>- Should be excluded under Rule 403 for unfair prejudice and confusing the issues for attempting |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | | | | to impute liability through guilt-by-association and discussing individuals not involved in this litigation. *See* Fed. R. Evid. 403. |
| N/A | 10153-2 | Shia News Association, *For 4 More Years, Top Dissident Cleric's Prison Sentence Extended by Saudi Arabia*, August 8, 2019 | Pls. Ex. B (ECF No. 10153-2) Resp. to ¶ 265 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802.  <br><br> - Should be excluded under Rule 403 for unfair prejudice and confusing the issues for attempting to impute liability through guilt-by-association and discuss individuals not involved in this litigation. *See* Fed. R. Evid. 403. |
| N/A | 10153-2 | Washington Post, *U.S. Revokes Visa of Cleric at Saudi Embassy; Monarchy to No Longer Be Islamic Institute's Sponsor*, December 2003 | Pls. Ex. B (ECF No. 10153-2) Resp. to. ¶ 481 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802.  <br><br> - Should be excluded under Rule 403 for unfair prejudice and confusing the issues for attempting to impute liability through guilt-by-association and discussing individuals not involved in this litigation. *See* Fed. R. Evid. 403. |
| N/A | 10153-2 | Lecture Series Video, "The Quran's Rational Arguments," Dr. Jafar Idris and Yassir Farzaga | Pls. Ex. B (ECF No. 10153-2) Resp. to ¶ 481 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802.  <br><br> - Should be excluded under Rule 403 for unfair prejudice and confusing the issues for attempting |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | | | | to impute liability through guilt-by-association and discussing individuals not involved in this litigation. *See* Fed. R. Evid. 403. |
| N/A | 10153-2 | The Lado Group, *Islamic Scholarship in America*, Nicole Ballivan, July 2, 2000 | Pls. Ex. B (ECF No. 10153-2) Resp. to ¶ 481 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802.<br><br>- Should be excluded under Rule 403 for unfair prejudice and confusing the issues for attempting to impute liability through guilt-by-association and discussing individuals not involved in this litigation. *See* Fed. R. Evid. 403. |
| N/A | 10153-2 | Check and Correspondence regarding "Islamic Endowment Organization" | Pls. Ex. B (ECF No. 10153-2) Resp. to. ¶ 503 | NL 0010244 | - Lacks authentication. *See* Fed. R. Evid. 901.<br><br>- Hearsay to which no exception applies. *See* Fed. R. Evid. 802.<br><br>- Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing attacks, theaters, and charity organizations not at issue in this litigation. *See* Fed. R. Evid. 403. |
| N/A | 10153-2 | New York Times, *How Kosovo Was Turned into* | Pls. Ex. B (ECF No. 10153-2) Resp. to. ¶ 503 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | *Fertile Ground for ISIS*, May 21, 2016. | | | - Should be excluded under Rule 403 for unfair prejudice and confusing the issues for discussing attacks, theaters, and charity organizations not at issue in this litigation. *See* Fed. R. Evid. 403. |
| N/A | 10153-2 | "The Suleiman al-Rajhi Charitable Committee" https://www.rf.org.sa/en | Pls. Ex. B (ECF No. 10153-2) Resp. to ¶ 546 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. |
| N/A | 10153-2 | Arab News, *RCCI Forum Pushes for Reviving Endowments*, May 7, 2012 | Pls. Ex. B (ECF No. 10153-2) Resp. to ¶ 546 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802. |
| N/A | 10153-2 | Government's Memorandum in Support of Pretrial Detention, *U.S. v. Sedaghaty* (Aug. 21, 2007) (No. 05-CR-60008-01). | Pls. Ex. B (ECF No. 10153-2) Resp. to ¶¶ 567, n.3, n.5 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802.<br><br>- Should be excluded under Rule 403 for unfair prejudice and confusing the issues for attempting to impute liability through guilt-by-association and discussing individuals not involved in this litigation. *See* Fed. R. Evid. 403. |
| N/A | 10153-2 | Transcript of Proceedings, *U.S. v. Sedaghtay* (Sept. 19, 2007) (No. 05-CR-60008) | Pls. Ex. B (ECF No. 10153-2) Resp. to ¶¶ 503, n.2, n.4 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802.<br><br>- Should be excluded under Rule 403 for unfair prejudice and |

| Ex. No. | ECF No. | Description | Paragraph(s) of Plaintiffs' Materials Citing Evidence to Which Al Rajhi Bank Objects | Bates No. | Objection(s) (To Portions Referenced By Plaintiffs) |
|---|---|---|---|---|---|
| | | | | | confusing the issues for attempting to impute liability through guilt-by-association and discussing individuals not involved in this litigation. *See* Fed. R. Evid. 403. |
| N/A | 10153-2 | "Sheikh Abdullah Al-Jibrin Charitable Foundation," *Sheikh's Biography*, https://ibn-jebreen.com/biography | Pls. Ex. B (ECF No. 10153-2) Resp. to ¶ 572 | | - Hearsay to which no exception applies. *See* Fed. R. Evid. 802.<br><br>- Should be excluded under Rule 403 for unfair prejudice and confusing the issues for attempting to impute guilt-by-association and discuss individuals not involved in this litigation. *See* Fed. R. Evid. 403. |