# Al Rajhi Bank
# Ex. E

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001

Case No. 1:03-md-01570-GBD-SN

ORAL ARGUMENT REQUESTED

This document relates to:

The Underwriting Members of Lloyd's Syndicate 2, et al. v. Al Rajhi Bank, et al., No. 16-cv-7853; Aguilar, et al. v. Kingdom of Saudi Arabia, et al., No. 16-cv-09663; Addesso, et al. v. Kingdom of Saudi Arabia, et al., No. 16-cv-09937; Hodges, et al. v. Kingdom of Saudi Arabia, et al., No. 17-cv-0117; Aiken, et al. v. Kingdom of Saudi Arabia, et al., No. 17-cv-00450; Charter Oak Fire Insurance Co., et al. v. Al Rajhi Bank, et al., No. 17-cv-02651; Abarca, et al., v. Kingdom of Saudi Arabia, et al., No. 17-cv-03887; Arrowood Indemnity Co., et al. v. Kingdom of Saudi Arabia, et al., No. 17-cv-03908; Abedhajajreh v. Kingdom of Saudi Arabia, No. 17-cv-06123; Muenchener Rueckversicherungs-Gesellschaft Aktiengesellschaft in Muenchen, et al. v. Kingdom of Saudi Arabia, et al., No. 17-cv-07914; and Abbate, et al. v. Kingdom of Saudi Arabia, et al., No. 17-cv-08617

**TABLE OF CONTENTS TO Al RAJHI BANK'S RESPONSE TO PLAINTIFFS' AVERMENT OF JURISDICTIONAL FACTS AND EVIDENCE AND/OR <u>STATEMENT OF FACTS PURSUANT TO RULE 56.1</u>**

WHITE & CASE
701 Thirteenth Street, NW
Washington, DC 20005

September 30, 2024

*Counsel for Al Rajhi Bank*

# TABLE OF CONTENTS

| | | |
|---|---|---|
| I. | RESPONSE TO PLAINTIFFS' AVERMENT SECTION I (¶¶ 1-4) | 1 |
| II. | RESPONSE TO PLAINTIFFS' AVERMENT SECTION II (¶¶ 5-11) | 8 |
| III. | RESPONSE TO PLAINTIFFS' AVERMENT SECTION III (¶¶ 12-27) | 19 |
| IV. | RESPONSE TO PLAINTIFFS' AVERMENT SECTION IV (¶¶ 28-52) | 41 |
| V. | RESPONSE TO PLAINTIFFS' AVERMENT SECTION V (¶¶ 53-132) | 73 |
| VI. | RESPONSE TO PLAINTIFFS' AVERMENT SECTION VI (¶¶ 133-187) | 211 |
| VII. | RESPONSE TO PLAINTIFFS' AVERMENT SECTION VII (¶¶ 188-203) | 298 |
| VIII. | RESPONSE TO PLAINTIFFS' AVERMENT SECTION VIII (¶¶ 204-272) | 314 |
| IX. | RESPONSE TO PLAINTIFFS' AVERMENT SECTION IX (¶¶ 273-389) | 418 |
| X. | RESPONSE TO PLAINTIFFS' AVERMENT SECTION X (¶¶ 390-428) | 553 |
| XI. | RESPONSE TO PLAINTIFFS' AVERMENT SECTION XI (¶¶ 429-488) | 602 |
| XII. | RESPONSE TO PLAINTIFFS' AVERMENT SECTION XII (¶¶ 489-508) | 658 |
| XIII. | RESPONSE TO PLAINTIFFS' AVERMENT SECTION XIII (¶¶ 509-534) | 684 |
| XIV. | RESPONSE TO PLAINTIFFS' AVERMENT SECTION XIV (¶¶ 535-576) | 719 |