# Exhibit 1

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence
and/or Statement of Facts as to Defendant Al Rajhi Bank
<u>Pursuant to Rule 56.1</u>

```
 1            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF NEW YORK
 2
    IN RE: TERRORIST ATTACKS ON        )
 3  SEPTEMBER 11, 2001                  )
    _____     )
 4  Underwriting Members of Lloyd's    )
    Syndicate 2, et al., v.            )
 5  Al Rajhi Bank, et al.,             ) 03 MDL 1570
    No. 16-cv-07853                    ) (GBD) (SN)
 6                                     )
    Addesso, et al. v. Kingdom of      ) ECF Case
 7  Saudi Arabia, et al.,              )
    No. 16-cv-09937                    )
 8                                     )
    Aguilar, et al. v. Kingdom of      )
 9  Saudi Arabia, et al.,              )
    No. 16-cv-09663                    )
10                                     )
    Hodges, et al. v. Kingdom of       )
11  Saudi Arabia, et al.,              )
    No. 17-cv-00117                    )
12                                     )
    Aiken, et al. v. Kingdom of        )
13  Saudi Arabia, et al.,              )
    No. 17-cv-00450                    )
14                                     )
    Charter Oak Fire Insurance Co.,    )
15  et al. v. Al Rajhi Bank, et        )
    al., No. 17-cv-02651               )
16                                     )
    Abarca, et al. v. Kingdom of       )
17  Saudi Arabia, et al.,              )
    No. 17-cv-03887                    )
18                                     )
    Arrowood Indemnity Co., et al.     )
19  v. Kingdom of Saudi Arabia, et     )
    al., No. 17-cv-03908               )
20                                     )
    Abedhajajreh, et al. v. Kingdom    )
21  of Saudi Arabia, et al.,           )
    No. 17-cv-06123                    )
22                                     )
    Muenchener                         )
23  Rueckversicherungs-Gesellschaft    )
    Aktiengesellschaft in Muenchen,    )
24  et al. v. Kingdom of Saudi         )
    Arabia, et al.,                    )
25  Case No. 17-cv-07914               )
```

```
 1   Abbate, et al. v. Kingdom of        )
     Saudi Arabia, et al.,               )
 2   No. 17-cv-08617                     )

 3

              WEDNESDAY, SEPTEMBER 27, 2023

 4

        HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
 5              CONFIDENTIALITY REVIEW
 6                   - - -
 7              Remote videotaped deposition of
 8     Abdullah bin Sulaiman Al Rajhi, held at the
 9     location of the witness in Saudi Arabia,
10     commencing at 2:37 p.m. Arabia Standard Time,
11     on the above date, before Carrie A. Campbell,
12     Registered Diplomate Reporter, Certified
13     Realtime Reporter, Illinois, California &
14     Texas Certified Shorthand Reporter, Missouri,
15     Kansas, Louisiana & New Jersey Certified
16     Court Reporter.
17                   - - -
18

              GOLKOW LITIGATION SERVICES
19                 877.370.DEPS
                 deps@golkow.com
20

21

22

23

24

25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1       R E M O T E    A P P E A R A N C E S :

 2

 3
         COZEN O'CONNOR P.C.
 4       BY:  SEAN P. CARTER
                 Scarter1@cozen.com
 5               SCOTT TARBUTTON
                 starbutton@cozen.com
 6       1650 Market Street, Suite 2800
         Philadelphia, Pennsylvania  19103
 7       (215) 665-2000
         Counsel for Lloyd's Syndicate 2 and
 8       Muenchener Plaintiffs

 9

10       MOTLEY RICE LLC
         BY:  ROBERT T. HAEFELE
11               rhaefele@motleyrice.com
         28 Bridgeside Boulevard
12       Mount Pleasant, South Carolina  29464
         (843) 216-9000
13       Counsel for Plaintiffs

14

15       SHEPS LAW GROUP
         BY:  ROBERT C. SHEPS
16               rsheps@shepslaw.com
         25 High Street
17       Huntington, New York  11743
         (631) 249-5600
18       Counsel for Charter Oak Plaintiff

19

20       KELLOGG, HANSEN, TODD, FIGEL &
         FREDERICK PLLC
21       BY:  ANDREW C. SHEN
                 ashen@kellogghansen.com
22       1615 M Street, N.W., Suite 400
         Washington, D.C.  20036
23       (202) 326-7900
         Counsel for the Kingdom of Saudi
24       Arabia

25
```

```
 1      WHITE & CASE LLP
        BY:   CHRISTOPHER M. CURRAN
 2            ccurran@whitecase.com
              ANWAR AKROUK
 3            anwar.akrouk@whitecase.com
              NICOLE ERB
 4            nerb@whitecase.com
              MICHAEL MAHAFFEY
 5            michael.mahaffey@whitecase.com
              REUBEN SEQUEIRA
 6            rsequeira@whitecase.com
        701 Thirteenth Street, NW
 7      Washington, DC  20005-3807
        (202) 626-3600
 8      Counsel for Al Rajhi Bank
 9
10      JONES DAY
        BY:   GABRIELLE E. PRITSKER
11            gpritsker@jonesday.com
              STEVEN T. COTTREAU
12            scottreau@jonesday.com
        51 Louisiana Avenue, N.W.
13      Washington, D.C.  20001-2113
        (202) 879-3939
14      Counsel for Dubai Islamic Bank
15
16      LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
        BY:   SUMAYYA KHATIB
17            sumayya.khatib@lbkmlaw.com
        1101 New York Avenue, NW, Suite 1000
18      Washington, D.C.  20005
        (202) 833-8900
19      Counsel for The Muslim World League,
        the International Islamic Relief
20      Organization
21
22
23
24
25
```

```
 1        THE LAW FIRM OF OMAR T. MOHAMMEDI, LLC
          BY:   OMAR T. MOHAMMEDI
 2              omohammedi@otmlaw.com
                MUSTAPHA NDANUSA
 3              mndanusa@otmlaw.com
                FATEMA ZOHNY
 4              fzohny@otmlaw.com
          233 Broadway, Suite 801
 5        New York, New York  10279
          (212) 725-3846
 6        Counsel for World Assembly of Muslim
          Youth
 7
 8
     ALSO PRESENT:
 9
          RAYMOND RIVERA, staff, Cozen
10        O'Connor
11        THAMER ALHUMUD, General Counsel, Al
          Rajhi Bank
12
          ABDULRAHMAN AL MUSSAED, foreign
13        litigation department, Al Rajhi Bank
14        AHMED HAROON, interpreter
15        MARWAN ABDEL-RAHMAN, interpreter
16        RODINA MIKHAIL, interpreter
17
18   TRIAL TECHNICIAN:
             JON KNOWLES, Precision Trial Services
19
20
     VIDEOGRAPHER:
21        JEFF FLEMING,
          Golkow Litigation Services
22
                          - - -
23
24
25
```

```
 1                        INDEX
 2                                        PAGE
 3     APPEARANCES................................   3
 4    EXAMINATIONS
 5      BY MR. CARTER............................  14
 6      BY MR. CURRAN............................ 343
 7      BY MR. CARTER............................ 356
 8      BY MR. CURRAN............................ 369
 9
10                      EXHIBITS
11    No.     Description                       Page
12    ARB 26   March 11, 2002, Remarks By        68
                Treasury Secretary Paul O'Neill
13              on New U.S.-Saudi Arabia
                Terrorist Financing Designations
14
       ARB 27   June 19, 2008 Treasury           69
15              Designates Al Haramain Islamic
                Foundation
16
       ARB 28   August 3, 2006, Treasury         73
17              Designates Director, Branches of
                Charity Bankrolling Al Qaida
18              Network
19    ARB 29   January 26, 2004 Al Rajhi Bank    83
                letter to SAMA,
20              ARB-00014546
21    ARB 30   January 4, 2003 letter to SAMA,   85
                ARB-00014545
22
       ARB 31   Spreadsheet, AHIF Account       104
23              Statements
24    ARB 32   Spreadsheet of International     113
                Islamic Relief Organization
25              Accounts at Al Rajhi Bank
```

| | | | |
|---|---|---|---|
| 1 | ARB 33 | February 25, 2004 letter to Al-Haramain Islamic Foundation, ARB-00039945 - ARB-00039946 | 132 |
| 2 | | | |
| 3 | ARB 34 | March 13, 2004 letter to Al Rajhi Bank from Ministry of Islamic Affairs, ARB-00039505 | 145 |
| 4 | | | |
| 5 | | | |
| 6 | ARB 35 | March 21, 2004 letter from Ministry of Justice, ARB-00039947 | 147 |
| 7 | | | |
| 8 | ARB 36 | January 29, 1997 letter from Ministry of Islamic Affairs, ARB-00038573 | 150 |
| 9 | | | |
| 10 | ARB 37 | September 26, 1998 letter from Al-Haramain Islamic Foundation to Al Rajhi Bank, ARB-00039000; ARB-00038998 - ARB-00038999 | 153 |
| 11 | | | |
| 12 | | | |
| 13 | ARB 38 | October 17, 1997 letter from Ministry of Islamic Affairs to Riyadh Passports Administration, ARB-00038201 | 159 |
| 14 | | | |
| 15 | ARB 39 | Al Jazeera Arabic news article, ARB-00038772 | 163 |
| 16 | | | |
| 17 | ARB 40 | June 1, 1999 letter from Ministry of Interior, ARB-00038818 | 166 |
| 18 | | | |
| 19 | ARB 41 | June 7, 1999 letter from Prince of Tabuk, ARB-00038699 | 169 |
| 20 | | | |
| 21 | ARB 42 | September 9, 1999 letter from Al-Haramain Islamic Foundation to Al Rajhi Bank, ARB-00038878 | 173 |
| 22 | | | |
| 23 | ARB 43 | October 13, 1999 letter from Al-Haramain Islamic Foundation to Al Rajhi Bank, ARB-00038994 | 184 |
| 24 | | | |
| 25 | | | |

| 1 | ARB 44 | November 13, 1999 letter to Head of Legal Affairs, ARB-00039001 | 188 |
| 2 | | | |
| 3 | ARB 45 | November 16, 1999 letter to Director Al Arbaeen Street Branch, ARB-00038996 | 191 |
| 4 | | | |
| 5 | | | |
| | ARB 46 | September 10, 2000 letter from Al-Haramain Islamic Foundation to Al Rajhi Bank, ARB-00039077 | 193 |
| 6 | | | |
| 7 | | | |
| 8 | ARB 47 | August 8, 2001 letter from Al-Haramain Islamic Foundation letter to Al Rajhi Bank, ARB-00038486 | 194 |
| 9 | | | |
| 10 | | | |
| | ARB 48 | November 25, 2000 letter from Al-Haramain Islamic Foundation to Al Rajhi Bank, ARB-00038892 | 200 |
| 11 | | | |
| 12 | | | |
| 13 | ARB 49 | Bank records of Aqeel Al-Aqil, ARB-00041454 - ARB-00041463 | 209 |
| 14 | | | |
| | ARB 50 | Sulaiman Al-Rajhi Charitable Foundation website printout | 251 |
| 15 | | | |
| 16 | ARB 51 | Transfers from an account Al Rajhi Bank held for the Saar foundation to Al-Haramain Islamic Foundation, ARB-00039960 | 273 |
| 17 | | | |
| 18 | | | |
| 19 | ARB 52 | Extract from Al Rajhi bank records of payments from Sulaiman Al Rajhi charitable foundation to Al-Haramain, ARB-00039961 | 276 |
| 20 | | | |
| 21 | | | |
| 22 | ARB 53 | SAMA fax sent March 7, 2002, subject Banks' SCC, ARB-00014382 - ARB-00014383 | 281 |
| 23 | | | |
| 24 | ARB 54 | Account statement of Aqeel Al-Aqil, ARB-00041464 - ARB-00041501 | 284 |
| 25 | | | |

| 1 | ARB 55 | Listing of checks relating to transfers to Al-Haramain, NL0010086; NL0010088; NL0010094; NL0010245 | 288 |
| 2 | | | |
| 3 | | | |
| | ARB 56 | Letter from ███████ NL0009625 | 291 |
| 4 | | | |
| 5 | ARB 57 | Annual reports for the Saar Foundation, Inc., the US entity, filed in 1994, 1993, 1992 and 1991 | 311 |
| 6 | | | |
| 7 | | | |
| | ARB 58 | E-mail(s), NL0020470 | 324 |
| 8 | | | |
| 9 | ARB 59 | Checks from Al Rajhi Bank, NL0010068; NL0010384 | 325 |
| 10 | | | |
| | ARB 60 | Checks from Al Rajhi Bank, NL0010334 - NL0010336 | 327 |
| 11 | | | |
| 12 | ARB 61 | Check from Al Rajhi Bank, NL0010338 | 327 |
| 13 | | | |
| | ARB 62 | Checks from Al Rajhi Bank, NL0010327; NL0010348 - NL0010350; NL0010145; NL0010423; NL0010194 | 330 |
| 14 | | | |
| 15 | | | |
| 16 | ARB 63 | IIRO letter dated May 30, 1995, IIRO 315040 | 366 |
| 17 | | | |
| 18 | | (Exhibits attached to the deposition.) | |
| 19 | | | |

20   CERTIFICATE................................372
21   ACKNOWLEDGMENT OF DEPONENT.................374
22   ERRATA....................................375
23   LAWYER'S NOTES............................376

24

25

```
 1                VIDEOGRAPHER:  We are now on
 2        the record.  My name is Jeff Fleming.
 3        I'm a videographer for Golkow
 4        Litigation Services.
 5                Today's date is September 27,
 6        2023.  The time in Riyadh, Saudi
 7        Arabia, is 2:37 p.m.
 8                This remote video deposition is
 9        being held in the matter of Terrorist
10        Attacks on September 11, 2001, MDL
11        Number 1570.
12                The deponent is Abdullah al
13        Rajhi.
14                All parties to this deposition
15        have agreed to the witness being sworn
16        in remotely.
17                Due to the nature of remote
18        reporting, please pause briefly before
19        speaking to ensure all parties are
20        heard completely.
21                Counsel please state your
22        appearances after which our court
23        reporter, Carrie Campbell, will swear
24        in the witness.
25                MR. CARTER:  Sean Carter and
```

```
 1          Scott Tarbutton from Cozen O'Connor on

 2          behalf of the plaintiffs.

 3               MR. CURRAN:  Anyone else on the

 4          plaintiff side?

 5               MR. SHEPS:  Robert Sheps from

 6          the Sheps Law Group, plaintiffs.

 7               MR. CURRAN:  Okay.  If that's

 8          all on the plaintiff side, I'll go

 9          next.  This is Christopher Curran of

10          White & Case on behalf of Al Rajhi

11          Bank and the witness.

12               I am accompanied in the room by

13          my colleague Nicole Erb, Reuben

14          Sequeira, Anwar Akrouk, and I have a

15          colleague, Michael Mahaffey, who is

16          appearing virtually.

17               We also have in the room two

18          members of the Al Rajhi Bank legal

19          department, the general counsel,

20          Thamer Alhumud and Abdulrahman Al

21          Mussaed.

22               We also have present in the

23          room a check interpreter by the name

24          of Ahmed Haroon, H-a-r-o-o-n.

25               And I do want to say at the
```

```
 1          outset that I'm confident that this
 2          deposition will elicit confidential
 3          information of Al Rajhi Bank and
 4          perhaps its customers and I,
 5          therefore, provisionally designate the
 6          deposition as confidential in
 7          accordance with the protective order,
 8          certainly for the initial 30 days and
 9          then thereafter.
10               So I'll ask that other defense
11          counsel identify themselves.  And I
12          also do want to confirm that only
13          people who are covered by the
14          protective order are on this video
15          call.  So if anyone is not covered by
16          the protective order, I ask that they
17          identify themselves and then I will
18          ask them not to participate.
19               So --
20               MR. CARTER:  And, Chris, if you
21          can clarify, you're referring to the
22          omnibus protective order, correct?
23               MR. CURRAN:  I am, yes.
24               MR. HAEFELE:  Chris, this is
25          Robert Haefele from Motley Rice.  I
```

Highly Confidential - Subject to Further Confidentiality Review

```
1        didn't unmute myself.  I'm appearing

2        for plaintiffs, but Robert Haefele

3        from Motley Rice is here as well, and

4        I am covered by the omnibus protective

5        order.

6             MR. CURRAN:  Very good.  Thank

7        you very much.

8             All right.  Other defense

9        counsel?

10            MR. SHEN:  This is Andy Shen

11       from Kellogg Hansen for The Kingdom of

12       Saudi Arabia.

13            MS. KHATIB:  Sumayya Khatib

14       from Lewis Baach Kaufmann Middlemiss

15       for MWL and the former charity

16       defendants.

17            MR. COTTREAU:  Good morning.

18       It's Steve Cottreau and Gabby Pritsker

19       from Jones Day for Dubai Islamic bank.

20            MR. MOHAMMEDI:  Good morning.

21       This is Omar Mohammedi from OTM Law on

22       behalf of World Assembly of Muslim

23       Youth.

24            MR. NDANUSA:  Good morning.

25       This is Mustapha Ndanusa from OTM Law
```

1        Firm, also on behalf of World Assembly

2        of Muslim Youth.

3              MR. CURRAN:  Okay.  If there's

4        no one else, I think that takes care

5        of the appearances.  And I take from

6        the silence that no one is not covered

7        by the protective order.

8              So over to you, Mr. Carter.

9              MR. CARTER:  Sure.  Have we

10        sworn in the witness?

11

12        ABDULLAH BIN SULAIMAN AL RAJHI,

13     of lawful age, having been first duly sworn

14     to tell the truth, the whole truth and

15     nothing but the truth, deposes and says on

16     behalf of the Plaintiffs, as follows:

17

18              DIRECT EXAMINATION

19     QUESTIONS BY MR. CARTER:

20        Q.    Good morning, Mr. Al Rajhi.  I

21     should say better, since you're in Riyadh,

22     good afternoon.

23        A.    Yeah.  Well, good morning,

24     Mr. Carter, on your time.

25        Q.    Thank you.

```
 1                    My name is Sean Carter.  I'm an

 2      attorney with the law firm of Cozen O'Connor,

 3      and I represent plaintiffs in this litigation

 4      arising from the September 11th attacks.

 5                    We're here today to take your

 6      testimony relating to issues relevant to that

 7      litigation pursuant to a court order.

 8                    You understand that you are

 9      under oath today?

10           A.     Yes, I do understand.

11           Q.     And you understand that the

12      conduct of this testimony would be the same

13      as though it's proceeding in a court of law

14      before a judge, correct?

15           A.     Yes.

16           Q.     And you also understand that

17      you're required to be truthful in all of your

18      answers and forthcoming and to provide all

19      information available to you that's

20      responsive to my questions?

21                    MR. CURRAN:  Objection.

22           Overbroad.

23                    You may answer.

24                    THE WITNESS:  Yes, I do.

25
```

```
 1    QUESTIONS BY MR. CARTER:

 2         Q.     Mr. Al Rajhi, have you ever

 3    given testimony in a court proceeding before?

 4         A.     No, I didn't.  This is the

 5    first time.

 6         Q.     And have you ever given a

 7    deposition of any kind before?

 8         A.     No, I didn't.

 9         Q.     Just so that we proceed as

10    efficiently as possible, I'm going to lay out

11    a few ground rules for our conversation

12    today.

13              The first is that the court

14    reporter will be taking down your testimony

15    for purposes of creating a transcript of our

16    dialogue.  And it is difficult for her to

17    maintain an accurate transcript if we're

18    talking over one another.  So it is important

19    for you to wait for me to complete my

20    questions before you begin to answer, and I

21    will try to do the same courtesy and wait

22    until you've finished your answer before

23    asking you another question.

24              Is that understandable?

25         A.     Yes, it is understandable.
```

 1        Q.      And the court reporter also

 2   cannot take down any gestures or nods of the

 3   head, so it's necessary for you to be sure to

 4   verbalize all of your answers.

 5              Do you understand that?

 6        A.      Yes.

 7        Q.      And if at any point you need to

 8   take a break, that's absolutely fine.  You

 9   just need to let us know.

10              Okay?

11        A.      Okay.  I understand.

12        Q.      And I understand from the

13   dialogue with counsel that you'll be

14   attempting to testify in English today.

15              Do you regard yourself to be a

16   fluent English speaker?

17        A.      No, I cannot consider myself

18   fluent, but I will do my best to say it in

19   English.

20        Q.      Do you at times carry out

21   business activities in English, whether in

22   writing or verbally, at meetings?

23        A.      Yes, I do sometimes.  Yes.

24        Q.      And do you have any formal

25   English language education?

```
 1           A.     I -- yes, I did some in the

 2    United States and in the UK.

 3           Q.     And where in the United States

 4    did you study English?

 5           A.     It was somewhere in

 6    Philadelphia.

 7           Q.     And where in Philadelphia?

 8           A.     In a Philadelphia university,

 9    Wharton School.  Philadelphia university.

10           Q.     It's a wonderful city, and

11    happens to be where I'm sitting right now.

12           A.     It is.  Okay.

13           Q.     So --

14           A.     I spent -- a spent about four

15    months there.

16           Q.     Okay.  Have you spent any other

17    time studying in the United States besides

18    the four months in Philadelphia?

19           A.     Well, I came many years

20    after -- to Wharton School and did some

21    management courses, two courses, in

22    Philadelphia and with Wharton School.

23           Q.     And that's at the University of

24    Pennsylvania, correct?

25           A.     Yes, it is.
```

```
1            Q.      We'll get into further details
2     of your background in a minute.
3                    Can you tell me, are you
4     currently employed with Al Rajhi Bank?
5            A.      I am now the chairman of the
6     board.
7            Q.      And in your role as chairman of
8     the board of the bank at a very high level,
9     what are -- what are your responsibilities?
10           A.      My responsibility with the
11    board that we supervise the bank's operation,
12    policies, procedures, the total bank
13    operation.
14           Q.      And would you agree that it's
15    the responsibility of the board to advance
16    and protect the interests of the bank?
17           A.      Yes.  Yes, that's also a
18    responsibility.
19           Q.      And aside from your role as
20    chairman of the board, do you hold any
21    positions currently at Al Rajhi Bank?
22           A.      No, I am only the chairman of
23    the board and -- and the board we have the
24    five committees - executive committees, audit
25    committee, risk committee, governance
```

 1    committee, what you call it, nomination

 2    committee.  And I am only chairman of the

 3    board and chairman of the executive

 4    committee.

 5         Q.     And does your role as chairman

 6    of the board and chairman of the executive

 7    committee involve day-to-day work on behalf

 8    of the bank?

 9         A.     No, it's not the day-to-day

10    work.  It's overall regular board.  So it's

11    not day to day.

12         Q.     Are you aware that the present

13    lawsuit involves claims for billions of

14    dollars in property damage and thousands of

15    personal injuries related to the

16    September 11th attacks?

17         A.     Yes, I know this is the case.

18         Q.     And are you also aware that the

19    plaintiffs in this case are suing Al Rajhi

20    Bank for those injuries and have alleged that

21    the bank aided and abetted al-Qaeda and the

22    attacks by, among other things, providing

23    financial services to entities and persons

24    associated with al-Qaeda?

25         A.     Yes, I understand this is their

```
 1   claim.

 2        Q.    And I take it that the bank

 3   views those charges as serious?

 4        A.    Yes, of course we are.  This is

 5   why I'm here today.  We take it very serious.

 6        Q.    Well, in fact, you're here

 7   today because the judge overseeing the case

 8   required you to be here.  The fact is that

 9   the bank objected to your appearance to

10   testify, correct?

11             MR. CURRAN:  Objection as to

12        form.

13             You may answer.

14             THE WITNESS:  Yes, I hear you,

15        but as I said, you know, I know about

16        the case and we are taking it serious.

17   QUESTIONS BY MR. CARTER:

18        Q.    And would you agree that an

19   adverse outcome of this lawsuit against the

20   bank could damage the bank financially?

21        A.    Yes.  I mean, I understand the

22   bank has -- have any allegation to the bank.

23        Q.    And do you also agree that the

24   development of derogatory bank -- derogatory

25   information about the bank's relationships
```

1    with parties involved in supporting al-Qaeda

2    could cause reputational harm to the bank?

3              MR. CURRAN:  Objection as to

4         form.  Lack of foundation.

5              You may answer.

6              THE WITNESS:  So can you ask

7         the question again?

8    QUESTIONS BY MR. CARTER:

9         Q.    Would you -- would you agree

10   that litigation of this nature alleging that

11   the bank was involved in aiding and abetting

12   al-Qaeda has the potential to result in

13   reputational harm to the bank?

14        A.    Yes.  Yes, I do.

15        Q.    And in your role as chairman of

16   the board, you have an interest in protecting

17   the bank's financial condition and its

18   reputation, correct?

19              MR. CURRAN:  Objection as to

20        form.

21              You may answer.

22              THE WITNESS:  Yes.

23   QUESTIONS BY MR. CARTER:

24        Q.    And Mr. Curran noted at the

25   outset of the deposition that he was

1    provisionally designating the transcript of

2    your testimony today as confidential.

3                    Did you hear that exchange?

4         A.      Yes, I hear it.

5         Q.      And are you aware that at least

6    during the discovery phase of the case, the

7    designation of your testimony as confidential

8    means that it would not be available to the

9    public in relation to any court filings?

10                   MR. CURRAN:  Objection as to

11        form.

12                   You may answer.

13                   THE WITNESS:  Yes, I do.

14   QUESTIONS BY MR. CARTER:

15        Q.      And are you aware that Al Rajhi

16   Bank has designated every document it has

17   produced in this litigation as confidential?

18                   MR. CURRAN:  Objection as to

19        form.

20                   You may answer.

21                   THE WITNESS:  Yes.

22   QUESTIONS BY MR. CARTER:

23        Q.      And did the bank do that in

24   part to ensure that that information would

25   not be publicly available?

```
 1              MR. CURRAN:  Objection as to
 2         form.  Instruct the witness not to
 3         answer if it requires disclosing
 4         attorney-client communication.
 5              But you may answer.
 6              THE WITNESS:  Sorry, can you
 7         ask again, please?
 8    QUESTIONS BY MR. CARTER:
 9         Q.    Were you involved at all in the
10    decision to designate all of the documents
11    produced by Al Rajhi Bank in discovery as
12    confidential?
13         A.    No, I was not involved.
14         Q.    And were you informed about
15    that decision by people at Al Rajhi Bank?
16         A.    Yes, I have been informed.
17         Q.    And are you aware that the
18    result of that designation is that at least
19    during the discovery phase, it means that
20    there is no public access to any of the
21    information Al Rajhi Bank has produced?
22         A.    Yes.
23              MR. CURRAN:  Objection.  Lack
24         of foundation.
25              You can challenge those
```

```
 1            designations, Mr. Carter.

 2                 The witness can answer.

 3                 THE WITNESS:  Yes, sir.

 4    QUESTIONS BY MR. CARTER:

 5        Q.     And at least thus far -- the

 6    result means that thus far the public has not

 7    had access to any evidence produced by Al

 8    Rajhi Bank that's been submitted to the

 9    court.

10                 Are you aware of that?

11        A.     Yes, I am aware.

12        Q.     Am I correct that Al Rajhi Bank

13    was founded by, among others, your father,

14    Sulaiman Abdul Aziz Al Rajhi?

15        A.     Yes.  There's three brothers.

16        Q.     I am sorry, could you repeat

17    that, Mr. Al Rajhi?

18        A.     Yes.  He formed it with other

19    his other three brothers.

20        Q.     Which three brothers were

21    involved in forming Al Rajhi Bank with

22    Sulaiman al Rajhi?

23        A.     It was Saleh Abdulaziz Al Rajhi

24    and Abdullah Abdulaziz Al Rajhi and Mohammed

25    Abdulaziz Al Rajhi.
```

```
 1          Q.     And do you know whether those
 2   four brothers were also involved in forming a
 3   foundation to carry out charity work?
 4          A.     No, I didn't recall it, but
 5   could be in early '80s, maybe the '80s.  They
 6   were, you know, doing charity together, but I
 7   don't recall it.
 8          Q.     Are you aware that plaintiffs
 9   in this lawsuit have alleged that your father
10   Sulaiman Abdul Aziz Al Rajhi had a long-time
11   involvement in supporting extremists?
12          A.     I understand this is their
13   allegation.
14          Q.     And as Sulaiman Abdul Aziz Al
15   Rajhi's son, am I correct that you have an
16   interest in defending his reputation?
17               MR. CURRAN:  Objection as to
18          form.
19               You may answer.
20               THE WITNESS:  Yes.  Yes, I have
21          an interest in protecting his
22          reputation in the bank.
23   QUESTIONS BY MR. CARTER:
24          Q.     Just for a minute, can you give
25   me a sketch of your educational background?
```

```
 1          A.     Yes, sure.

 2                 I graduated from King Abdulaziz

 3      University in Jeddah, and my study was in

 4      business administration.  This goes to 1979.

 5                 And so this is the -- and after

 6      that I have done some management training.  I

 7      mentioned before, you know, the two I had in

 8      the Wharton School in Philadelphia, also

 9      there was others, respected schools in UK and

10      Switzerland.

11          Q.     You mentioned a 1979 date for

12      your study at King Abdulaziz University.

13                 Is that the year you graduated?

14          A.     This is the year I graduated,

15      yes.

16          Q.     And do you recall the time

17      frame of your study at Wharton School in

18      Pennsylvania?

19          A.     No, I don't, but this -- I

20      would assume it was -- could be early '90s.

21          Q.     And did you receive any degrees

22      as a result of your studies at Wharton?

23          A.     No, no, it was courses.  I had

24      some certificate courses.  And also, just to

25      make sure that I did not miss some things
```

1    about my education.  Also I had -- actually

2    this was very useful training for me with

3    Citibank in Greece, we had also ten weeks

4    training.  That was early '80s.  It was a --

5         Q.     What was the focus of training

6    at Citibank for those ten weeks?

7         A.     It was banking, all banking.

8    It's about operation, credit, IT.  At that

9    time IT was transforming and was an important

10   subject.  It was a -- tens of weeks, and

11   actually this was one of the best courses I

12   has attended.

13        Q.     And that was in the 1980s?

14        A.     That's what I would expect,

15   yeah.  Maybe '82 or '80 -- yeah, and then --

16   in the early '80s.  I'm not sure about which

17   year was it.

18        Q.     All right.  You mentioned as

19   well some studies in the UK and Switzerland.

20              Do you remember what schools

21   those were at and the time frame?

22        A.     The time frame, no, I don't

23   remember because -- but all before 2000, but

24   I don't remember, you know, which years.

25              And Switzerland was IMD, very

```
 1    respected university, having, you know,

 2    training courses.

 3               I don't now remember the one in

 4    the UK, but, again, it's a -- it's a

 5    respected university there, well-known for

 6    good training programs.

 7        Q.    And what were the -- what was

 8    the focus of the training at IMD in

 9    Switzerland?

10        A.    It was about strategy, you

11    know, business strategy, forming business

12    strategy.  And of course discussing -- it

13    was, you know, a lot of sharing experience

14    with other executive and how -- you know, how

15    their experience and how the different

16    strategy they have formed and the challenge.

17               So it was very useful, you

18    know, to share information about -- about,

19    you know, how you form.  And at that time

20    also for me it was very important, which is

21    help deciding about Al Rajhi Bank, how we set

22    up our strategy and moving, you know, with --

23    with the change in -- the banking industry

24    was changing at that time.

25        Q.    And with regard to the studies
```

```
 1    in the UK, I know you said you don't remember

 2    the institution where you studied, but do you

 3    recall the nature of the coursework?

 4         A.    Yeah, it was, again, about

 5    marketing, different subject, marketing,

 6    convincing, you know, your staff, you know,

 7    it's about people, managing your people,

 8    supervising, you know, your people.  So it's

 9    different -- it's all about management.

10              And again, it's the same thing

11    at the -- it's really you're there for what

12    you've been -- the cases you show they're

13    risky but also you get a lot from sharing

14    your experience with the others about, you

15    know, what they are -- you know, what they

16    are doing and that's also, you know, many

17    cases could be as useful as also what you

18    learn from the cases you go for -- with the

19    professors.

20         Q.    And based on your background in

21    banking, are you familiar with the term

22    "anti-money laundering"?

23         A.    Yes, I'm familiar with it.

24         Q.    And sometimes the acronym AML

25    is used to refer to anti-money laundering.
```

1            Are you familiar with that?

2       A.    Yes.

3       Q.    And are you familiar with the

4   concept of counterterrorism financing?

5       A.    Yes, I am.

6       Q.    And in some cases I've seen the

7   acronym CTF used to refer to counterterrorism

8   financing.

9            Are you familiar with that

10  usage?

11      A.    CTF, in our system, the bank

12  system?

13      Q.    No, I'm asking generally if the

14  acronym CTF is familiar to you as a way to

15  refer to counterterrorism financing?

16      A.    No, not -- not -- not

17  specifically, but -- about this CTF.

18      Q.    Do you have any formal training

19  in anti-money laundering or counterterrorism

20  financing?

21           MR. CURRAN:  Objection.  Vague.

22           You may answer.

23           THE WITNESS:  Yeah, we -- not

24      the training, by going to training

25      school, but we make sure from that

```
 1            time, and even today, that in the
 2            board we bring a third party to
 3            present to the board what the board
 4            should know about the support or
 5            this -- or money laundering.  And so
 6            we did this in training from time to
 7            time.  Most likely, third party comes
 8            in and give a training for the whole
 9            board.
10      QUESTIONS BY MR. CARTER:
11            Q.     And in your work with Al Rajhi
12      Bank, have you ever had any responsibility
13      for the bank's anti-money laundering
14      activities?
15            A.     No, I was -- you know, I was
16      indirectly responsible, but not direct
17      responsibility.
18            Q.     When you say "indirectly
19      responsible," what do you mean?
20            A.     I mean, for example, today and
21      that was -- you know, almost what I recall
22      from all of that time before.  As a general
23      manager when there was a general manager or
24      when I was also CEO of the bank, and even now
25      as I sit on the board, you will have, for
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    example -- maybe it's easier like today I
 2    explain.
 3                Today, you know, we have a
 4    board member of 11 people and, you know, we
 5    have -- actually, when I say 11, four or five
 6    of these board members are independent.
 7    Because, you know, we as a bank, we're not
 8    only following our company law, but also
 9    we under -- we are under two supervision.  As
10    a listed company, we are under Capital Market
11    Authority supervision, and as a bank under
12    the Central Bank's supervision.
13                And then we have -- then we
14    have to make sure that we comply with all
15    these regulatory requirements.
16                So we are -- always have four
17    to five of the board members are independent
18    board members.  And we have number of
19    committees.  I think I mentioned before we
20    have about five committees.  And now under
21    the board, we have the audit committee and
22    that audit committee oversee the -- oversee
23    the governance -- the head of governance,
24    which is a senior executive position in the
25    bank.
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1          Q.      And, Mr. Al Rajhi, what you
 2    just described in terms of the structure of
 3    the bank and its committees and oversight and
 4    the auditing function relates to the current
 5    status of the bank, correct?
 6          A.      Yes, this is -- now, well, no,
 7    this was from the beginning, but now I am the
 8    chairman.  At the time I was not on the
 9    board, so I was -- but -- but this is, you
10    know -- having independent board members and
11    having these committees -- okay, maybe today
12    we have one more committee.  For example, you
13    know, we have, I think, a long time also an
14    interview committee, which, again, it's not
15    required by both regulator, but I think as a
16    bank a good practice because we are --
17    actually from time to time we hire
18    third-party class consultant to help us in
19    making sure that we did the right governance,
20    we do the right analysis.  And I remember on
21    one of -- one of the consultant's
22    recommendation as a business practice, even
23    it's not being required by both regulator to
24    have what you call it governance committee.
25    At this governance committee, it's not the
```

```
 1    usual governance committee you see to the --

 2    but actually this -- it is from the board.

 3    So board member, the board member sitting --

 4    sitting this and their job to make sure that

 5    the company is the doing the compliance.

 6              But going back to your

 7    question, the audit committee and supervising

 8    the governance, it was always the case.

 9         Q.    Okay.  And one additional

10    ground rule for today, Mr. Al Rajhi, that I

11    neglected.  We have a limited amount of time,

12    and so it would be helpful if you try to

13    focus your answers to the particular question

14    I ask, and I appreciate the interest in being

15    helpful where you can, but we want to use our

16    time as efficiently as possible.

17              Is that okay?

18              MR. CURRAN:  Mr. -- no,

19         Mr. Carter, you instructed him to be

20         forthcoming fully.  I remember

21         specifically your instruction to the

22         witness.  He's trying to be

23         cooperative with you.

24              So, please, settle --

25              MR. CARTER:  I acknowledged his
```

```
 1              effort, Chris, to be forthcoming, and
 2              I just asked him to focus a little bit
 3              more closely on the particular
 4              question I had asked.  So --
 5                   THE WITNESS:  No, but,
 6              Mr. Carter, actually, you know, I
 7              wanted -- because you asked me if this
 8              is the case today, I just wanted to
 9              explain, you know, that's -- you know,
10              that was the purpose of --
11     QUESTIONS BY MR. CARTER:
12         Q.     Okay.
13         A.     I thought this was the
14     question.
15         Q.     During the period of 1998
16     through 2002, were you employed with the
17     bank?
18         A.     Yes, I was.
19         Q.     And was there -- were there
20     people at the bank who were responsible for
21     day-to-day compliance with the bank's
22     anti-money laundering obligations?
23         A.     Yes, there was people.  Yes.
24     Sure.
25         Q.     Do you recall how many people
```

1    worked in that function in 1998 to 2002 time

2    period?

3        A.    Oh, no.  This is, oh, what,

4    maybe more than 20 -- no, I don't remember

5    the number today.

6        Q.    And during the -- during the

7    1998 to 2002 time period, what positions did

8    you hold with the bank?

9        A.    I was from -- from '90 -- from

10   '90 -- 1996, I was the general -- I mean, at

11   this period I was the general manager.

12       Q.    And what is the function of the

13   general manager?

14       A.    The general manager was --

15   oversee day to day the operation of the bank,

16   and I used to report to the managing

17   director.  And of course to the board.

18       Q.    Who was the managing director

19   during that time period?

20       A.    At that time my father was the

21   managing director.

22       Q.    And so you were -- you reported

23   directly to your father, Sulaiman bin

24   Abdulaziz Al Rajhi during that period?

25       A.    Yes, right.

```
 1          Q.     And you reported as well to the
 2    board during that time period?
 3          A.     I was also board member, so
 4    attending the board's meetings.
 5          Q.     Did you report to anyone else?
 6          A.     No.
 7          Q.     And as general manager, were
 8    you responsible for the overall oversight of
 9    day-to-day activities of the entire bank?
10          A.     Yes, the board over -- you
11    know, the board is the ultimate -- oversee
12    the whole bank, but in day to day, I was
13    managing the bank.
14          Q.     And --
15          A.     Of course -- sorry.
16          Q.     Sorry.
17                 In that function, did the
18    people who were responsible for the bank's
19    anti-money laundering compliance report to
20    you?
21                 MR. CURRAN:  Objection.  Vague.
22                 You may answer.
23                 THE WITNESS:  So what was the
24          question?
25
```

```
 1    QUESTIONS BY MR. CARTER:

 2         Q.     In that time period, given your

 3    role as general manager, did the people who

 4    were responsible for the bank's anti-money

 5    laundering compliance report to you?

 6         A.     Yes, they could report -- they

 7    have -- again, I can't recall, you know,

 8    exactly how it -- you know, how it worked

 9    year by year, but most likely, they have

10    the -- you know, they report to the audit

11    committee and to me.

12         Q.     And so there was an audit

13    committee in place during the 1998 to 2002

14    time period?

15         A.     Yes, sure.  From the beginning

16    of the bank was always audit committee.

17         Q.     And was the audit committee

18    responsible for the bank's anti-money

19    laundering compliance?

20         A.     Well, the audit committee is

21    responsible for the compliance of the bank

22    and oversee the -- the -- you know, how --

23    they oversee the total compliance.  And by --

24    and also I need to clarify, you know, the

25    audit committee in the bank, we always have
```

1    five -- when I say always, this is what I

2    remember for many, many years, and I cannot

3    confirm, but I think my understanding was

4    always like this.

5              And it has five -- who from the

6    audit committee are board members and the

7    three are independent.  So, again, here

8    based on that, you know, the majority of the

9    audit committee are independent audit

10   committee members.

11        Q.    When did you first join Al

12   Rajhi Bank as an employee?

13        A.    As -- when I graduated.  I

14   mentioned '79 when I graduate, I started

15   working.

16             At that time of course it was

17   not the bank.  It was the family money

18   exchange company before.  So I -- I joined,

19   which is later, you know, became the bank,

20   coming in the bank.

21             So '79 to answer the question.

22        Q.    And when did the family money

23   exchange company transform into the bank?

24        A.    In 19 -- the dates, it was --

25   it was in 1988.

Highly Confidential - Subject to Further Confidentiality Review

```
 1          Q.      And when the bank was first

 2    formed in 1988, was it a publicly listed

 3    entity?

 4          A.      Yes, it was, from the

 5    beginning, yes, from 1988.

 6          Q.      And before that, was it a

 7    family-held entity?

 8          A.      It was -- yes, it was owned by

 9    the four brothers.

10          Q.      And when the bank was formed in

11    1988, were the four brothers the largest

12    shareholders?

13          A.      They were -- no, before --

14    before -- before 1988, the four brothers,

15    they were all on the bank board, on the

16    company board, exchange company board.

17                  And if I'm not mistaken, again,

18    I cannot be specific here because things

19    changed, but -- but two of them -- at least

20    one of them, my father, was also the general

21    manager of -- of the exchange company.

22                  And if I'm not mistaken, one of

23    his other brothers also -- I know he was

24    there, but I cannot say for sure for the

25    whole period, he was also working in the bank
```

1    taking some other responsibility of our

2    construction projects and other things.

3        Q.    Which brother was that?

4        A.    Mohammed.

5        Q.    And what about the two other

6    brothers you mentioned?

7              I think you said Saleh was

8    involved in the formation of the bank.  Did

9    he have any role with the bank after 1988?

10       A.    After 1988, yes, he was -- he

11   was actually the chairman when it was

12   exchange company, and he was the chairman

13   after -- you know, when the company started

14   first.  When the bank -- sorry, when '88 the

15   bank started.  So he was the chairman.

16       Q.    And do you recall how long he

17   continued to be involved with the bank?

18       A.    He was the chairman of the bank

19   until my father became chairman, which is, I

20   think -- I think it was -- I'm not sure.

21   Maybe -- maybe end of '90s.

22             But he was -- he was the

23   chairman until my father became the chairman,

24   which is, I think, maybe -- maybe until the

25   end of '90s maybe or -- early, early 2000.  I

1    can't really remember the date.

2         Q.    And how long did your father

3    serve as chairman of the bank?

4         A.    He chair -- he was the chairman

5    until 2014, which is, I think maybe about --

6    yeah, now, maybe -- maybe now I can be more

7    correct because I know that about 15 years.

8              So I would expect, again, I

9    didn't want to confirm -- the dates anyhow is

10   available on the website of the bank, if I'm

11   not mistaken, at least years before when my

12   father was the chairman.

13             But I think maybe -- maybe '99,

14   '99 he started.  Because he left 2000 -- he

15   left as a chairman 2014, and I know when he

16   left, he served about 15 years.  So it must

17   be -- it must be 1999 started.

18        Q.    And has your father Sulaiman

19   Abdul Aziz Al Rajhi had any role with the

20   bank since stepping away as chairman in 2014?

21        A.    No, he doesn't have any role in

22   the bank.

23        Q.    And from the time you joined

24   the bank in 1979, can you tell me what

25   positions you've held between then and now?

```
 1            A.      Yes.  Yeah, of course I can.
 2                    I started for few -- for some
 3     time working in the branches.  Just work in
 4     the branches.
 5                    And then I've been -- worked in
 6     the finance department as finance -- you
 7     know, in the finance department for some
 8     time.
 9                    Then I became responsible for
10     the whole finance reporting to my father who
11     was at that time the general manager of the
12     bank.
13                    And then I been moved to work
14     and be managing the -- the investment -- I
15     mean, the international corresponding
16     relationship of the bank and the treasury of
17     the bank.  That's the time when they had my
18     training with the -- and actually while --
19     this was position for me when I worked after
20     Citibank training.
21                    And then after there was a
22     position called deputy first manager, which
23     mean working under my father like, you
24     know -- because my father there was -- you
25     know, number of deputies reporting to him.
```

Highly Confidential - Subject to Further Confidentiality Review

1    So the first deputy was, you know, supposed

2    to be more senior from the other deputy until

3    I became the general manager of the bank in

4    '96.

5         Q.    And you served as general

6    manager of the bank from '96 until when?

7         A.    I was from '96, I started, and

8    then 2000 -- I think 2004, after eight years,

9    I became almost -- you know, same position,

10   but this is called the CEO.  There was a

11   new -- so became CEO of the bank.  So this

12   is -- was 2004.

13        Q.    And so the general manager and

14   CEO roles were essentially the same in terms

15   of the functions and responsibilities?

16        A.    Yes.  Yes, you're right.

17        Q.    During the period 1998 to 2002,

18   do you have a rough sense of the number of

19   employees who were working at Al Rajhi Bank?

20        A.    No, I can't remember the number

21   of employees, but there are thousands, but I

22   can't remember.

23        Q.    And during that time period, do

24   you recall approximately how many branches

25   the bank maintained?

```
 1          A.     Yeah, there -- there are more

 2     than 400 branches.

 3          Q.     And do you have a sense during

 4     that time period approximately how many

 5     banking customers the bank had?

 6          A.     No, I don't remember, but the

 7     millions.  Of course today we have -- we have

 8     more than 20 million customers, maybe 21, 22,

 9     today.  I don't have the number at that time,

10     but it's millions.

11          Q.     But during that time, in your

12     role as general manager, you would have had

13     responsibility for overseeing all of those

14     thousands of employees and the 400 branches

15     on a day-to-day basis, ultimate authority?

16          A.     Yes, ultimate authority, you

17     are right.

18          Q.     So it was a senior position,

19     correct?

20          A.     It is, yes.

21          Q.     And you reported only to your

22     father, who was the chairman, and to the

23     board, correct?

24          A.     Yeah, of course.  Again, to my

25     father and the board, because, you know,
```

```
 1    the board -- you know, the board is the

 2    ultimate boss.

 3        Q.      During the 1998 to 2000 time

 4    period, were you familiar with the -- any of

 5    the particular anti-money laundering

 6    protocols that were in place at the bank?

 7                MR. CURRAN:  Mr. Carter, you're

 8        limiting that to '98 to 2000?  I don't

 9        think he said 2002.

10    QUESTIONS BY MR. CARTER:

11        Q.      I'm sorry, I meant to say '98

12    to 2002.

13        A.      Yes, what's the question?  Did

14    we --

15        Q.      Were you familiar at that time

16    with any of the particular requirements of

17    the bank's anti-money laundering protocols?

18        A.      No, not particular for the

19    bank.  It's for the -- and that's only, you

20    know, the new regulation comes and the laws

21    are evolved for the whole industry, for the

22    whole banks, and in many cases the global

23    standards.

24        Q.      Do you recall whether the bank

25    had any written instruments in place in the
```

1    1998 to 2002 time period that set forth its

2    anti-money laundering protocols and

3    requirements?

4         A.    Yes, that is -- there is a

5    policy and the procedures about this.

6         Q.    And we previously deposed a

7    bank employee named James Galloway who was

8    designated to speak on behalf of the bank.

9              Are you aware of that?

10        A.    I am aware you are, yes, you

11   have done this.

12        Q.    And, in fact, I understand that

13   Mr. Galloway spent a few hours speaking with

14   you in advance of his deposition.

15             Is that correct?

16        A.    Yes, this was correct.

17        Q.    During his deposition,

18   Mr. Galloway referenced two written

19   instruments that set forth the bank's

20   anti-money laundering protocols and

21   regulations during that time period.  One was

22   a 1997 manual, branch manual, and the other

23   was a 1990 update to that manual.

24             Are you familiar with those

25   documents?

1    A.    Well, no.  You know, I don't

2  recall the details of it, but I know there's

3  something available.  I didn't recall exactly

4  the dates on these.

5    Q.    And sitting here today, are you

6  familiar with any of the particular

7  requirements of either the 1997 manual or the

8  1998 update?

9    A.    The question, do I -- am

10  familiar with it, or do I know if this exist?

11    Q.    No.  Are you familiar with any

12  of the specific requirements that were set

13  forth in those documents relating to

14  anti-money laundering procedures?

15    A.    No, I would not remember

16  specific requirements at this time, you know,

17  for more than 20 years, but --

18    Q.    But do you know whether -- but

19  do you know whether you're familiar with the

20  specific requirements of those documents

21  during the time that they were the governing

22  documents between 1998 and 2002?

23    A.    Yes.  Yeah.

24    Q.    You believe that you were

25  familiar with the particular requirements of

1    those instruments?

2         A.    Yes.  Yeah, we are -- made sure

3    to keep all the documents for that time.

4         Q.    I'm sorry, Mr. Al Rajhi, I'm

5    not being clear and trying to ask a different

6    question.

7              In your role as general manager

8    between 1998 and 2002, do you recall whether

9    you were yourself familiar with the specific

10   requirements set forth in the 1997 manual and

11   the 1998 update?

12        A.    No specific -- you know, no, I

13   didn't -- I would not remember now what other

14   specific things at that time.

15        Q.    Do you know whether or not you

16   were familiar with the specific requirements

17   during that time?

18        A.    Specific for what?

19        Q.    Do you recall whether you were

20   familiar during the 1998 to 2002 time period

21   with the specific requirements Al Rajhi Bank

22   had in place to ensure anti-money laundering

23   compliance?

24        A.    Yes.  Yes.  I'm familiar that

25   the bank had all these policies and

1    procedures, but if you ask me what are these,

2    I don't recall it.

3         Q.    Okay.  And again, I'm just

4    trying to clarify.  I understand that now you

5    don't recall, but when you were working as

6    general manager in 1998 to 2002, if I had

7    asked you questions about the manual then,

8    would you have been familiar with the

9    specific requirements --

10        A.    Yes.

11        Q.    -- set forth?

12        A.    Yes, I would be familiar with

13   it.

14        Q.    And, again, do the people who

15   are responsible for implementing those

16   procedures report to you?

17        A.    As I said, could be report

18   directly, depends, you know, on what

19   function.

20        Q.    Do you recall whether during

21   that 1998 to 2002 time period you received

22   any regular reports relating to the bank's

23   anti-money laundering activities?

24        A.    Report about that the bank was

25   having any -- any -- any money laundering

1    activity?  Is this the question?

2         Q.     No, I'm asking whether the

3    people who were responsible for implementing

4    the anti-money laundering protocols provided

5    regular reports to you on their conduct and

6    activities as general manager?

7         A.     Yeah.  Yeah.  No, yes, yeah,

8    they do report, not only to me, but also to

9    the audit committee and to the board.

10              So they are -- they are

11   required to, you know, to make report on a

12   regular basis, you know.  Again, based -- you

13   know, for -- for the -- for higher authority

14   actually from me as the general manager,

15   which is the audit committee and then the

16   board.

17        Q.     Do you recall how frequently

18   they were required to provide reports on

19   their activities during that time period?

20        A.     No, I don't remember that time.

21   And also, again, this is -- we're talking

22   about a lot of things evolved and some

23   requirement change, but -- but today, if you

24   ask me now in the last, you know, 10 years,

25   15 years maybe, they update us every board

1    meeting.  Every board meeting we get update.

2              Now, going back to that time, I

3    can't remember, you know, how they do it or

4    how often or what -- or what -- you know,

5    what was the specific things in their

6    reporting.

7         Q.    Do you recall during that 1998

8    to 2002 time period whether you had any

9    regular meetings with the personnel

10   responsible for implementing the bank's

11   anti-money laundering protocols?

12        A.    Yes.  Yeah.  I would -- I

13   would -- we would have a meeting when it is

14   needed.

15        Q.    And what would trigger the need

16   for a meeting during that time period?

17        A.    I don't remember.  I don't

18   know.  It could be -- it could be update on

19   something.  It could be a new policy or, you

20   know -- it's just like -- like managing, of

21   course, you know, compliance was always very

22   important, so if they want to have a meeting

23   where they want to see for something,

24   normally you would -- you know, we will -- we

25   will have time to -- to discuss with them.

```
 1        Q.      And do you recall whether
 2   during that time period the personnel
 3   responsible for the bank's anti-money
 4   laundering protocol implementation provided
 5   yearly reports on their activities?
 6        A.      I don't -- we do now.  I know
 7   we do it for many, many years, but I cannot
 8   recall whether -- I can't confirm whether --
 9   whether this was from the beginning or not.
10             Because, you know, Mr. Carter,
11   it's -- you know, governance requirement over
12   the years has changed a lot.  I mean, not
13   only with our bank or with the Saudi, but to
14   globally.  So maybe something which is now we
15   see it, you know, normal maybe -- maybe at
16   that time was, you know, something -- was
17   not -- but I know that whatever the
18   requirements from our Central Bank, we do it.
19   You know, we do it.  Whatever the
20   requirements from our CMA authority, Capital
21   Marketing Authority, about this, we apply.
22   We always apply, you know, the regulation,
23   and the governance at the time that we are,
24   you know -- that these are available.
25             But training is difficult to
```

1    remember, you know, that one that year was

2    there, was not here, which is -- you asked me

3    a very specific question about specific

4    things in a year.  Many years I cannot, but I

5    can assure, I can confirm, that we are

6    always, you know, making sure that all these

7    requirements are -- are being applied and

8    practiced in the bank.

9         Q.    Mr. Al Rajhi, we've received

10   copies of the 1997 branch manual and the 1998

11   update to that manual.

12             Do you recall whether there

13   were any further developments in Al Rajhi

14   Bank's anti-money laundering protocols

15   between the issuance of the 1998 update and

16   2021?

17        A.    Between '90 and 2001?  Any

18   update?

19        Q.    Any update --

20        A.    No, I can't recall it.  No, I

21   will not recall it now.

22        Q.    And do you recall whether there

23   was -- whether Al Rajhi Bank established any

24   new units during the 1998 to 2001 time period

25   to carry out the anti-money laundering

1    functions?

2         A.    Well, again, I cannot recall

3    that, but if that was required by our Central

4    Bank, we would have done it.  If a new

5    requirement came, we would have done it.

6         Q.    And are you aware of any

7    written instructions or instruments that were

8    created between 1998 and 2001 other than the

9    1997 branch manual and the 1998 update?

10        A.    No, I cannot recall it.

11        Q.    Okay.  As a -- as a general

12   matter, do you recall whether the anti-money

13   laundering protocols in place at the bank

14   during the 1998 to 2002 time period included

15   requirements for onboarding clients?

16        A.    For onboarding of clients, any

17   requirements?  Yes, there would be always

18   requirements.

19        Q.    And would there be requirements

20   during that time period for opening a new

21   account?

22        A.    Yes, I would -- I would -- I

23   will -- as far as I remember, yes, there's

24   always doing -- there is requirements.

25        Q.    And are you familiar with the

```
1    concept of know your customer?

2         A.     Yes, I am familiar.

3         Q.     And do you know whether Al

4    Rajhi Bank's manuals included know your

5    customer protocols during the 1998 to 2002

6    time period?

7         A.     Yes.

8         Q.     They --

9         A.     Yeah.  Yeah, I think -- sorry.

10        Q.     Do you recall whether Al Rajhi

11   Bank had in place protocols for reporting

12   suspicious transactions during the 1998 to

13   2002 time period?

14        A.     Yes.  The bank would report any

15   suspicious transaction we had, and there

16   would be -- there would be procedures for

17   this.

18        Q.     And as far as you can recall,

19   those would be reflected in the 1997 branch

20   manual and the 1998 update, correct?

21             MR. CURRAN:  Objection as to

22        form.

23             You may answer.

24             THE WITNESS:  Is that question,

25        has it been updated during this time
```

1          period or does it apply during this

2          period?

3      QUESTIONS BY MR. CARTER:

4          Q.     I'm just asking whether or not

5      you know whether the bank's onboarding

6      requirements and their customer requirements,

7      suspicious activity reporting requirements

8      were embodied in the 1997 manual and the 1998

9      update?

10         A.     Yes.

11         Q.     And you're not aware of any

12     other documents relating to those issues from

13     the 1998 to 2002 time period?

14              MR. CURRAN:  Objection.

15         Overbroad.

16              You may answer.

17              THE WITNESS:  No, I'm not aware

18         of any other ones.

19     QUESTIONS BY MR. CARTER:

20         Q.     Mr. Galloway testified that

21     during the 1998 to 2002 time period there was

22     a protocol for branch audits.

23              Do you know what he was

24     referring to?

25         A.     No, there is -- there would be

```
 1    always -- I don't know what -- what he's

 2    referring to, but the -- but there's always

 3    will be a branch audit, yes.  There's a

 4    protocol for branch audit.  Part of the audit

 5    work we go on to auditing the branches and

 6    they have a, you know, protocol how they do

 7    that audit.

 8         Q.    And you recall what types of

 9    issues the branch audit looked at during the

10    1998 to 2002 time period?

11         A.    You know, these things does not

12    come to me as a general manager, but of

13    course, you know, normally the way that the

14    audit works, you know, to start -- because

15    this is -- you know, the way it works in many

16    cases is being done by -- led by the audit

17    committee.

18              So it's a start with the audit

19    committee, which is, as I said, you know,

20    five members, three are independent.  Their

21    responsibility first to do what we call a

22    risk assessment, and in many cases they use a

23    third party to help them.

24              And based on the risk

25    assessment, they put audit down and they give
```

```
 1    more forecast in certain areas or in certain

 2    subject based on the risk assessment.

 3              So I wouldn't be surprised

 4    during that time the audit committee, you

 5    know, focusing more because of the -- there

 6    become more importance about money laundry --

 7    having combat money laundry.

 8              But I will not know as a

 9    general manager of the bank or even today at

10    that time, you know, if any change has taken

11    place during that time or not.

12       Q.    Do you know during that time

13    whether the branch audits would have included

14    review of randomly selected accounts at the

15    bank to assess any potential money laundering

16    problems?

17       A.    I would -- I would assume yes,

18    but I cannot -- you know, this is, again --

19    it's more about the audit and the audit

20    committee and the plan approved by the audit

21    committee.

22       Q.    Do you recall during that time

23    period receiving any reports on audits that

24    had identified problems with a particular

25    account?
```

1      A.     No, you know, again, the audit

2   committee, I can't recall now any specific

3   account, but it's -- it's normal, you know,

4   when -- when an audit being made that they

5   find some -- some -- note some observation or

6   something is not being implemented as the

7   policy.  That's not unusual for audit to

8   identify.

9             And normally the way it works

10  with an audit, you know, do this, they --

11  they summarize it and they make the words to

12  the audit committee.  And from the audit

13  committee comes to the board and normally has

14  not only -- you know, has the issue and the

15  correction and the date to be corrected, and

16  they would monitor these things until they

17  are corrected.

18            But I cannot remember, you

19  know, now any specific case here or there.

20      Q.     Mr. Galloway also testified

21  that during the 1998 to 2002 time period,

22  there was also something known as a thematic

23  audit.

24            Do you know what that is?

25      A.     So what was the word?

```
1        Q.     He referred to it as a
2   thematic, thematic audit.
3        A.     No, I don't know what is -- in
4   English, I don't understand thematic audit.
5        Q.     You're aware that discovery in
6   this litigation has focused significantly on
7   the bank's relationships with the Al-Haramain
8   Islamic Foundation and the International
9   Islamic Relief Organization, correct?
10       A.     Yes.
11              MR. CURRAN:  Please answer yes
12       or no.
13              THE WITNESS:  Yes.
14  QUESTIONS BY MR. CARTER:
15       Q.     And are you aware that
16  discovery has also been conducted concerning
17  Al Rajhi Bank's relationships with officials
18  of those organizations, including in the case
19  of Al-Haramain, an individual named Aqeel
20  Al-Aqil and another individual named Soliman
21  Al-Buthe?
22              MR. CURRAN:  Objection.
23              Mr. Carter, you're asking him
24       whether he's aware of these
25       developments in this litigation?
```

```
 1                    MR. CARTER:  Yeah, I'm asking
 2           him if he's aware that the claims
 3           against his bank encompass the bank's
 4           relationships with officials of the
 5           Al-Haramain organization.
 6                    MR. CURRAN:  Okay.  You may
 7           answer that yes or no.
 8                    THE WITNESS:  Yes, I know -- I
 9           know that some allegation about
10           Al-Haramain, yes, and some of their
11           officials.
12      QUESTIONS BY MR. CARTER:
13           Q.    And you're aware as well that
14      there are also allegations concerning the
15      bank's relationship with the International
16      Islamic Relief Organization, correct?
17           A.    Yes.
18           Q.    And in some cases, the
19      International Islamic Relief Organization is
20      referred to as the IIRO.
21                    If I use that abbreviation,
22      will you understand that I'm referring to the
23      International Islamic Relief Organization?
24           A.    Yes.
25           Q.    In the aftermath of the
```

1    September 11th attacks, was there an

2    increased focus on potential terrorism

3    financing risks raised to your attention as

4    general manager of the bank?

5         A.    Well, after -- after

6    September 11, of course there was -- you

7    know, there was a lot of inquiries and

8    information acquired by the Central Bank

9    about charities and individuals and also some

10   cases, you know, more focus on certain

11   things.

12              And so that was, you know --

13   that was, you know, after -- we were -- we

14   were -- you know, these things were -- you

15   know, there's more inquiries coming from the

16   Central Banks.

17        Q.    And during that time period,

18   1998 to 2002, was the Central Bank known as

19   the Saudi Arabian Monetary Authority?

20        A.    Yes, SAMA.

21        Q.    All right.  And so the Saudi

22   Arabian Monetary Authority was referred to as

23   SAMA, correct?

24        A.    Yes.

25        Q.    And as a practical matter, SAMA

1    was the Central Bank of Saudi Arabia?

2           A.     That is the -- now it's called

3    Central Bank.  At that time they call it --

4    so now it's Central Bank, yes.  But it's

5    always -- always Central Bank of Saudi

6    Arabia.

7           Q.     And as the Central Bank, SAMA

8    was the regulatory authority that was

9    responsible for regulating banks in The

10   Kingdom, including Al Rajhi Bank?

11              MR. CURRAN:  Objection to form.

12              You may answer.

13              THE WITNESS:  Yes, it is.

14   QUESTIONS BY MR. CARTER:

15          Q.     And in the -- in the documents

16   that the bank provided to us in discovery, I

17   saw some communications between you and SAMA

18   relating to terrorism financing issues.

19              Do you recall being involved in

20   those issues at the time period?

21              MR. CURRAN:  Objection as to

22       form.

23              You may answer.

24              THE WITNESS:  I don't recall

25       the one you talked specifically, but

```
 1          definitely that time was -- you know,

 2          there's a lot of communication with

 3          the Central Bank about -- as I said,

 4          about everything about potential

 5          terrorist suspicious.

 6    QUESTIONS BY MR. CARTER:

 7          Q.     And during that time period,

 8    there were actions taken by governments to

 9    designate entities that were implicated in

10    providing support to al-Qaeda.

11               Are you familiar with that

12    activity in the post-9/11 time period?

13          A.     Yes.  And what I can tell you

14    that after September 11, you know, we as a

15    bank, and other banks, you know, we -- there

16    was a lot of inquiries coming from SAMA

17    about, as I said before, individual and

18    charities.  And -- and we -- we -- we

19    actually work very hard to come back with and

20    answer all these question on time, you know,

21    very quickly.  And we are actually proud --

22    proud of what we have done in term of putting

23    all the resources and answering and -- you

24    know, answering these questions to SAMA.

25               So this is -- you know, that
```

```
 1    was -- and I -- and we understand later, you

 2    know, this Al-Haramain foundation has been

 3    closed down in Saudi Arabia.

 4               Now, you know, but differently,

 5    you know, before that, you know, all -- you

 6    know, we as a bank work very, very closely

 7    with SAMA and giving all the -- and also at

 8    the same time, we -- you know, we understand

 9    that all this information being given with

10    the Central Bank are shared with the US

11    government, you know, officials.

12               So that was, you know -- I

13    think it was a common effort between the two

14    country, and as I said, we did -- we worked

15    very hard, you know, and really putting all

16    the resource, coming back on time, answering

17    all the question, you know, giving all the

18    individuals and charities needed to do more

19    work to know -- to know more about the

20    information.

21               As I said, I think we did a

22    good job and we are happy that we have

23    participated in -- in this effort for

24    something very important.

25         Q.    If we can mark the document at
```

```
 1    Tab 83, and I think we'll be at ARB 26.
 2              JON KNOWLES:  Sorry,
 3         Exhibit 83?
 4              MR. CARTER:  Yeah, it's at
 5         Tab 83, and we'll be marking it as
 6         Exhibit, I think, ARB 26.
 7              MR. CURRAN:  Just so the
 8         witness knows, the numbering, it's
 9         continuing from the Galloway
10         deposition, correct?
11              MR. CARTER:  Correct.
12              (Al Rajhi Exhibit ARB 26 marked
13         for identification.)
14    QUESTIONS BY MR. CARTER:
15         Q.    Mr. Al Rajhi, this is a press
16    release issued by the United States
17    Department of the Treasury reporting on the
18    designation of the Somalia and
19    Bosnia-Herzegovina offices of Al-Haramain
20    Islamic Foundation.
21              Do you see that?
22         A.    Yes.  This is -- did you say
23    this is about Al-Haramain in Somalia?
24         Q.    Yes.
25         A.    Okay.
```

```
 1              MR. CURRAN:  Mr. Carter, I'm
 2         going to let the witness know.  So
 3         that screen shows part of the
 4         document.  If you need to look at the
 5         document, you can use this screen over
 6         here.
 7              THE WITNESS:  Yeah.  Okay.
 8         So --
 9              MR. CURRAN:  Yeah, you can
10         follow along with Mr. Carter, but I
11         noticed that doesn't cover the whole
12         document.
13              THE WITNESS:  Yeah.  Okay.
14    QUESTIONS BY MR. CARTER:
15         Q.    Mr. Al Rajhi, do you recall in
16    your capacity as general manager of Al Rajhi
17    Bank being notified in 2002 that the United
18    States had designated two branch offices of
19    the Al-Haramain Islamic Foundation for
20    supporting terrorism?
21         A.    Yes, I'm aware about it.
22              (Al Rajhi Exhibit ARB 27 marked
23         for identification.)
24    QUESTIONS BY MR. CARTER:
25         Q.    And if we can mark as the next
```

1    exhibit Number 87.

2            Mr. Al Rajhi, this is another

3    press release issued by the United States

4    Treasury Department in 2008 reporting on the

5    designation of a remaining -- an additional

6    office of Al-Haramain.

7            Do you see that?

8        A.    Yes, I see in the -- treasury

9    designation Al-Haramain Islamic Foundation.

10       Q.    Okay.  And do you see that the

11   statement indicates that between 2002 and

12   2004, the United States had designated 13

13   Al-Haramain Islamic Foundation branches?

14       A.    Between 2002 and '4, the United

15   States designated 13 official branch

16   operating in Afghanistan...

17           So this is -- sorry, this does

18   not say these are Al-Haramain branches,

19   right.  Each of 13 -- if this is the

20   Haramain -- okay.  Yes.

21       Q.    Okay.  And do you recall in

22   your role as general manager receiving

23   notification in that 2002 to 2004 time period

24   that there was a series of additional

25   designations of Al-Haramain branch offices

 1    covering, you know, the additional locations

 2    listed there?

 3              MR. CURRAN:  Objection as to

 4       form.

 5              You may answer.

 6              THE WITNESS:  Yes, so what's

 7       the question?

 8    QUESTIONS BY MR. CARTER:

 9       Q.    Do you recall in your role as

10    general manager receiving notice during the

11    2002 to 2004 time period that there was --

12    that there had been a series of additional

13    designations by the United States of

14    Al-Haramain offices?

15       A.    No, I think when you -- this is

16    from the news, yes, they have designated some

17    Al-Haramain branches and closing branches.

18    So we -- we knew this from the news, yes.  It

19    not come to us like for official information,

20    but we get it from the news.

21       Q.    And the next paragraph down

22    notes that the United States in 2004 had also

23    designated the former head of Al-Haramain

24    Islamic Foundation, Aqeel Abdulaziz Al-Aqil.

25              Do you see that?

```
 1          A.     Yeah, several of these branch

 2    offices have been -- have also been

 3    designated.  We can see it here full?

 4               MR. CURRAN:  Yeah, it's kind

 5          of -- yeah, you can use this screen.

 6          It's cut off on the other one,

 7          Mr. Carter.

 8               THE WITNESS:  So --

 9               MR. CURRAN:  The paragraph

10          beginning "several of these branch

11          offices."

12               THE WITNESS:  Yes.

13    QUESTIONS BY MR. CARTER:

14          Q.     And do you recall receiving

15    notice in that 2004 time period that the

16    United States had designated the head of

17    Al-Haramain, Aqeel Al-Aqil, as well?

18          A.     Yes, I have heard from the news

19    we -- we would have this.

20          Q.     And if we can mark --

21               MR. CURRAN:  Mr. Carter, what

22          did you mark that last exhibit as?

23               MR. CARTER:  It would have been

24          ARB 27.

25               MR. CURRAN:  Yeah, because I
```

```
 1              think it may have been marked 87.

 2         So --

 3                  MR. CARTER:  No, it's at Tab 87

 4         in the exhibit folder.  It is

 5         Exhibit 27.  Yeah.

 6                  And if we can, can we mark as

 7         Exhibit 28 the document at Tab 88?

 8                  JON KNOWLES:  Give me one

 9         second.  80 is not coming up.  One

10         second.

11                  MR. CARTER:  That's not it.

12         Scott can resend it.

13                  JON KNOWLES:  Okay.  Because

14         that's the Exhibit 80 I've got.

15                  MR. CARTER:  It was Exhibit --

16         88.  It was Tab 88.

17                  JON KNOWLES:  Oh, I thought

18         you -- okay.  My bad.  I got that.

19         Okay.

20                  MR. CURRAN:  Is that it,

21         Mr. Carter?

22                  MR. CARTER:  It is.

23                  (Al Rajhi Exhibit ARB 28 marked

24         for identification.)

25
```

```
 1    QUESTIONS BY MR. CARTER:

 2         Q.    And, Mr. Al Rajhi, this is

 3    another Treasury Department press release

 4    concerning designations of two offices of the

 5    IIRO and of the direct -- executive director

 6    of the IIRO Eastern Province branch, an

 7    individual named Abd Al Hamid Sulaiman

 8    Al-Mujil.

 9              Do you see that?

10         A.    Yes, I see it.

11         Q.    And again, do you recall during

12    this 2006 time period receiving information

13    that the United States had designated

14    branches of the IIRO and an official in its

15    Eastern Province branch in Saudi Arabia?

16         A.    No, I -- sorry, can you show me

17    where is this?

18         Q.    Are you referring to the

19    official in the Saudi office?

20         A.    Yes.

21         Q.    In the first paragraph, the

22    last sentence, it says, "Treasury

23    additionally designated Abd Al Hamid Sulaiman

24    Al-Mujil, the executive director of the

25    Eastern Province branch of IIRO in The
```

1    Kingdom of Saudi Arabia."

2              MR. CURRAN:  I pointed to the

3         first paragraph of the text.

4              THE WITNESS:  Okay.  US

5         Treasury designated Abd Al Hamid

6         Sulaiman.  Yeah.  Okay.

7              This is 2006, right?

8    QUESTIONS BY MR. CARTER:

9         Q.    Yeah.

10             And do you recall receiving

11   notice in 2006 that the United States had

12   designated branches of the IIRO and an

13   official from the Eastern Province branch in

14   Saudi Arabia?

15        A.    Okay.

16        Q.    Okay.  Do you recall receiving

17   that information at the time?

18        A.    When you say receiving it, from

19   where I receive it?

20        Q.    Well, I don't know.  I mean, if

21   you -- obviously you've testified that the

22   bank took seriously its obligations following

23   September 11 to address issues related to

24   terrorism financing and was engaged with

25   SAMA.

Highly Confidential - Subject to Further Confidentiality Review

```
 1              As part of that, do you recall
 2    receiving information that two offices of
 3    IIRO had been designated and that an official
 4    of the Eastern Province had been designated?
 5                   MR. CURRAN:  Objection as to
 6          form.
 7                   You may answer.
 8                   THE WITNESS:  Yeah, I don't --
 9          I don't recall, you know,
10          US Department or someone sent this
11          information to us, but we know -- we
12          know about many of the things that you
13          mention from the news.  You know, we
14          follow the news, and we made an
15          action.  We did an act.
16                   We get it -- normally we have
17          it, you know, from -- from -- you
18          know, from the news, especially comes
19          about designation or closing some of
20          the branches.
21    QUESTIONS BY MR. CARTER:
22          Q.    Did Al Rajhi Bank have a
23    mechanism in place at the time to monitor the
24    news for information of this nature?
25          A.    Yeah, if any information in the
```

1   public domain for -- you know, for customers,

2   we are aware about it, we will -- we will use

3   it.  We will collect it.

4        Q.     Did Al Rajhi Bank have any

5   mechanism in place before September 11, 2001,

6   to monitor the news for information

7   implicating its account holders in terrorist

8   activity?

9                MR. CURRAN:  Objection as to

10            form.

11                You may answer.

12                THE WITNESS:  No, I don't think

13            that -- definitely after September 11,

14            the bank became more active in trying

15            to know -- you know, to know about

16            any -- any designation, but I cannot

17            recall what was -- what was before

18            that, you know, how we were doing it.

19   QUESTIONS BY MR. CARTER:

20        Q.     Are you aware that during the

21   1998 to 2002 time period Al Rajhi Bank

22   maintained accounts for Al-Haramain Islamic

23   Foundation?

24        A.     Yes.  Yeah, I know.

25        Q.     And how are you aware of that?

1          A.     I'm aware of that because

2     things I have seen it after, you know.  But

3     I -- you know, because they really can't just

4     open an account like any charity, but

5     different when there was some more inquiries

6     after September 11 from the Central Bank,

7     then I was aware about it and knowing about

8     these accounts.

9          Q.     Were you aware that Al-Haramain

10    maintained accounts at Al Rajhi Bank before

11    September 11, 2001?

12               MR. CURRAN:  Objection as to

13          form.  Ambiguous.

14               You may answer.

15               THE WITNESS:  Yeah, they had an

16          account.

17               Did you ask before or after?  I

18          think they had before --

19    QUESTIONS BY MR. CARTER:

20          Q.     Yes.

21          A.     Yes.

22          Q.     I'm sorry.

23               Were you aware before

24    September 11, 2001, that Al-Haramain had

25    accounts at Al Rajhi Bank?

```
 1        A.      Really, it's difficult to
 2   recall whether I -- but Haramain, yes,
 3   Haramain I would assume at that time, it's
 4   very active, big charity, so I would -- I
 5   would -- yes, I would -- I would know about
 6   that they have an account in Al Rajhi, even
 7   before September 11.
 8        Q.      During his deposition,
 9   Mr. Galloway testified that Al Rajhi Bank
10   maintained 95 accounts for Al-Haramain that
11   were active during the 1998 to 2002 time
12   period.
13              Do you know whether that is
14   accurate?
15        A.      I don't know whether this is
16   number correct or not or accurate, but -- but
17   it's not unusual to have that big number of
18   accounts for a charity.
19        Q.      Do you recall conducting any
20   inquiry after issues were raised about
21   Al-Haramain following the September 11th
22   attacks to determine the scope of Al Rajhi
23   Bank's relationship with Al-Haramain?
24              MR. CURRAN:  Objection.  Vague.
25              You may answer.
```

```
 1              THE WITNESS:  The relationship
 2         is normal relationship.  It's like any
 3         charity.
 4    QUESTIONS BY MR. CARTER:
 5         Q.    At any point after 9/11 did you
 6    ask anyone to pull together information
 7    concerning the accounts that Al Rajhi Bank
 8    maintained for Al-Haramain during the
 9    pre-9/11 time period?
10              MR. CURRAN:  Objection.  Vague.
11              You may answer.
12              THE WITNESS:  You know -- you
13         know, at this -- at this -- first,
14         maybe I want to say things and then
15         serious, but differently after
16         September 11 there was a lot and a lot
17         of inquiries from SAMA about
18         Al-Haramain and maybe other charities
19         and individuals.
20              So we were -- as I said before,
21         we were very cooperative and working
22         very hard and quick turnaround time.
23         We put all of the resources needed to
24         give this information to -- to SAMA
25         when they ask.
```

```
 1              And also at the same time I
 2         remember that when there was some news
 3         that some of their Al-Haramain
 4         branches overseas has been closed
 5         down, that we, as a bank, you know,
 6         we -- we were proactive.  You know,
 7         we -- we have -- we have -- wanted to
 8         go to our authorities and ask, you
 9         know, whether these -- whether
10         anything need to be done about
11         Haramain KSA.
12              Because from what we knew, you
13         know, and the news was -- so we were,
14         you know, proactive -- proactive
15         coming back and saying, you know, we
16         have these things.  Is there any new
17         instruction.  You know, that was, you
18         know, the message -- so that the
19         message, you know, we were trying to
20         come back to -- go back to both to our
21         regulator and also to the -- the
22         government authority who was -- who
23         can -- who they are responsible to
24         give the permission.
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    QUESTIONS BY MR. CARTER:

 2        Q.    And so we --

 3        A.    Sorry.

 4        Q.    No.  Can we --

 5              MR. CURRAN:  You're entitled to

 6        finish your answer if you --

 7              THE WITNESS:  No. I mean, the

 8        message is that we did everything that

 9        we can do, you know, to reach -- and

10        trying to know.  Because it was a

11        difficult time for the bank.  You

12        know, it is -- I cannot -- I cannot do

13        anything about these charity account

14        without getting instruction from my

15        regulator.  You know, I cannot -- you

16        know, it's not up to the bank whether

17        to -- so what we -- what we're able to

18        do is writing letter and asking, you

19        know, saying that, okay, we have these

20        accounts with us, okay, and of course

21        we know about the news.

22              And as I said, you know, we

23        just -- you know, as a bank, as a

24        responsible bank with all this news,

25        we said, you know, this is the -- this
```

```
 1            is what's happening, and our -- what

 2            we said, we know about this.  We said

 3            we have these accounts with

 4            Al-Haramain, and we wanted to check

 5            are you -- should we continue in a

 6            way.  Should we continue, you know, to

 7            as if -- the payments, it's still

 8            there or not.

 9                 (Al Rajhi Exhibit ARB 29 marked

10            for identification.)

11    QUESTIONS BY MR. CARTER:

12        Q.    And if we can, can we mark as

13    the next exhibit the document at Tab 32?  I

14    think we're up to ARB 29.

15                 Okay.  Hold on one second.

16                 Mr. Al Rajhi, you mentioned a

17    moment ago that you were involved in

18    communicating to SAMA in response to media

19    reports about Al-Haramain.

20                 Is that correct?

21        A.    Yes.

22        Q.    And the document we just marked

23    appears to be a letter sent on January 26,

24    2004, to the Saudi Arabian Monetary Authority

25    by you, correct?
```

1      A.     Okay.  Yeah, give me, please,

2    just a minute just to go through it.

3                MR. CURRAN:  Mr. Carter, can

4          you put up the Arabic as well, please?

5                MR. CARTER:  It should be

6          behind it.

7                MR. CURRAN:  Okay.  So on this

8          side here, Mr. Al Rajhi, you can look

9          at the --

10               THE WITNESS:  Okay.  Yeah, this

11         is -- okay.

12               MR. CURRAN:  Okay.  Got it.

13         Thank you.  You can scroll yourself.

14               THE WITNESS:  Yes.

15               Yes.  Yes, this is what I was

16         referring to before, you know, there

17         was the news about closing these

18         offices and wanted to know from SAMA.

19    QUESTIONS BY MR. CARTER:

20         Q.     This is a letter you sent

21    because you're aware that the bank had

22    accounts for Al-Haramain and you -- the bank

23    had seen the reports about additional

24    closures of Al-Haramain offices, correct?

25         A.     Yes, that's correct.

1          Q.       And in the letter you asked

2     whether the bank should continue dealing with

3     Al-Haramain, correct?

4          A.       Right.  Yes.

5          Q.       Do you recall whether you ever

6     received any response from SAMA?

7          A.       No, I didn't recall if I

8     received or not and we...

9          Q.       Okay.  Can we mark --

10         A.       Yeah.  Sorry.  But I know that,

11    you know -- that the Saudi government lost

12    Al-Haramain data.

13         Q.       But again, you don't recall

14    receiving any direct response to this

15    January 2004 letter, correct?

16         A.       No, I didn't --

17              MR. CURRAN:  Objection.  Vague.

18              From SAMA?  Was that the

19         question, Mr. Carter?

20              MR. CARTER:  Correct.

21              THE WITNESS:  Yes, I don't

22         recall whether I received or not.

23              (Al Rajhi Exhibit ARB 30 marked

24         for identification.)

25

Highly Confidential - Subject to Further Confidentiality Review

```
 1    QUESTIONS BY MR. CARTER:

 2         Q.    And if we can mark as the next

 3    exhibit the document at Tab 33.  I believe

 4    this will be ARB 30.

 5         A.    So I can't read it here.

 6               MR. CURRAN:  They control what

 7         exhibits show up.

 8               THE WITNESS:  Oh, in Arabic, I

 9         mean.  Here you see it here, but you

10         cannot see it.  We just --

11               MR. CURRAN:  No, it will come

12         up on this screen.

13               THE WITNESS:  Okay.

14               MR. CURRAN:  And you can scroll

15         to the Arabic below.

16               THE WITNESS:  Okay.

17               MR. CURRAN:  You can go all the

18         way to the bottom if you want.  You

19         can do whatever you want.

20               THE WITNESS:  Yes.

21    QUESTIONS BY MR. CARTER:

22         Q.    And is this also a letter that

23    you authored and sent to SAMA?

24         A.    Yes.

25         Q.    And this letter was sent on
```

```
 1     January --
 2           A.     Yeah, it's prepared -- yes, I
 3     send it to --
 4                  MR. CURRAN:  Can you ask that
 5           question again, Mr. Carter?
 6     QUESTIONS BY MR. CARTER:
 7           Q.     Is this a letter that you sent
 8     to SAMA?
 9           A.     Yes, I did.
10           Q.     And you signed the letter,
11     correct?
12           A.     I signed the letter, yeah.
13     This -- this is my signature, yes.
14           Q.     And this letter was sent by you
15     to SAMA on January 4, 2003?
16           A.     This is what's dated in the
17     top.
18           Q.     And in that letter you identify
19     a number of charitable organizations that had
20     accounts at Al Rajhi Bank, correct?
21           A.     Yes.  Right.
22           Q.     And the list includes six
23     charitable organizations, and they are the
24     Muslim World League, the International
25     Islamic Relief Organization, the World
```

```
 1    Assembly of Muslim Youth, Saudi Joint
 2    Committee for Relief of the Muslims of Bosnia
 3    and Herzegovina and Somalia, the Saudi Joint
 4    Committee for the Relief of Muslims of Kosovo
 5    and Chechnya, and the Al-Haramain Islamic
 6    Foundation.
 7              Correct?
 8       A.    Right.
 9       Q.    And Al Rajhi Bank was
10    maintaining accounts for all of those
11    entities at the time, correct?
12       A.    Yes.
13       Q.    What prompted you to write this
14    letter?
15       A.    Well, I can't specifically
16    recall right now, but must be -- it's
17    either -- I think this should be -- this
18    maybe should be relating to maybe some
19    SAMA -- some SAMA inquiries about -- or some
20    requirements for SAMA.
21              Because, again, after
22    September 11, the -- the SAMA regulators
23    start -- you know, not only asking about
24    information but also new regulation came
25    about charities, how the charity work.  For
```

1    example, you know, you see circular from the

2    Central Bank at the time that you cannot

3    transfer money for these charity outside The

4    Kingdom.  It has to be only in the domestic.

5              Also there was some information

6    about who are -- the authority can -- you

7    know, who are the authority that can give the

8    permission.

9         Q.    Well, what prompted you to

10   include these six organizations in your list,

11   if you recall?

12        A.    It's difficult to remember now.

13   I can't remember now, but this is -- from

14   what I see here -- from what I see here, this

15   is prepared by our legal department at that

16   time, and I have signed it, but I can't

17   remember what's -- you know, what are these.

18        Q.    And based on your understanding

19   of the bank's business at the time, do you

20   believe it would have maintained accounts

21   during that period for additional charities

22   that aren't on this list?

23        A.    Can you ask -- can you ask

24   again, please?

25        Q.    Well, do you believe that this

1    list includes every charity for which

2    Al Rajhi Bank maintained an account at that

3    time?

4         A.    No.  No.  There's many others.

5         Q.    And given that there are many

6    others, do you have any recollection as to

7    why these six ended up being the focus of

8    this letter?

9         A.    No, I don't know.  As I said, I

10   don't recall exactly, but as I said, could

11   be -- the new circular came from the Central

12   Bank, asked for, you know, certain

13   requirements and maybe these ones based on

14   our legal department review, this is like

15   what you call it, maybe vague, you know,

16   approval.

17            So, you know -- so they wanted

18   to have certainty from regulator, you know,

19   whether these approval the bank has in place

20   is in complying with the -- with the -- with

21   the SAMA circular.  That's what I can think

22   of now.

23            Or could be some news about

24   these -- these charities and get it from the

25   news, whatever, and then they wanted to --

```
 1    they wanted to, again, get the confirmation
 2    from Central Bank whether the bank should --
 3    this is -- you know, this is exactly what I
 4    said before, that, you know, when we -- when
 5    we hear about something or some development
 6    coming, we're always proactive.  We want to
 7    make sure that any charity have an account at
 8    Al Rajhi before that its license is valid,
 9    you know, it is, you know, asking whether we
10    can do that.  So I wanted to make sure
11    about -- you know, this is initiated by the
12    bank.  Part of the bank, you know, wanted
13    and, you know -- we are -- you know, we were
14    assuring that we would like -- as ours we are
15    to comply with the -- with the regulator --
16    with the regulation.
17         Q.    Okay.  And in the letter, you
18    specifically asked SAMA for advice as to
19    whether or not Al Rajhi Bank should stop
20    dealing with the mentioned charities,
21    correct?  In the last paragraph?
22         A.    Yes.  Yes.  But --
23         Q.    And so the bank had some
24    concern as to whether or not it was
25    appropriate to continue dealing with those
```

Highly Confidential - Subject to Further Confidentiality Review

1    charities, correct?

2         A.    Well, as I said, it's not --

3    it's a simple action for the bank.  I mean,

4    if the bank has consent, the bank, you know,

5    cannot stop working with a charity unless,

6    you know, you get approval from the Central

7    Bank.  It's not up to the bank.

8              So our job, when we -- when

9    we -- when there is -- as I said, you know,

10   news about any organization or a new

11   regulation came and this regulation, you

12   know, we're not sure whether it apply here or

13   not, our job to go and write to the Central

14   Bank and ask them, you know, this is what we

15   have.  This is our document.  Let us know

16   whether -- what should we do.

17        Q.    So, and the Central Bank is

18   responsible for determining whether or not an

19   entity is prohibited outright, correct?

20        A.    Yes, the Central Bank.  It's --

21   it's who came with the circular saying that

22   if in order to open a charity, one, two,

23   three, four things you have to do.  So it

24   comes -- you know, because he supervises the

25   bank so he's the one communicate to the bank

1    what's needed.  And this is why we're writing

2    the letter to SAMA telling them, you know,

3    what would they think about these charities.

4         Q.    But in terms of who was

5    responsible for implementing anti-money

6    laundering procedures, that would fall to the

7    bank itself, correct?

8         A.    Yes, sure.  You are correct --

9    to SAMA, yes.

10         Q.    And given the concerns raised

11    in this letter, did the bank do anything on

12    its own to investigate the accounts it held

13    for these entities to determine whether or

14    not they reflected possible money laundering

15    or counterterrorism financing risks?

16              MR. CURRAN:  Objection as to

17         form.

18              You may answer.

19              THE WITNESS:  Yeah, I think

20         again -- maybe I'm repeating myself

21         again.

22              You know, when -- when

23         something like this come, we cannot,

24         you know -- what we can do is write --

25         do like this, so that's number one.

```
 1              Number two, yes, the bank has
 2         in place a policy if any suspicious
 3         transaction get reported.  Now, I
 4         cannot tell you, you know, if any
 5         transaction here been reported during
 6         this time or not, but the bank has a
 7         system that when it's a really
 8         suspicious transaction, of these ones
 9         are others, you know, it would be
10         reported to -- you know, to SAMA about
11         these transaction, about these
12         suspicious amount.
13              So that's -- yes, we do, we do
14         that when there's something -- for any
15         suspicious transaction, but the thing
16         I cannot do, I can't just close that
17         account without -- without -- you
18         know, without getting approving, if
19         they have -- if they have the
20         permission.  If they have the
21         permission, it's not up to me to
22         decide to continue or to close the
23         account.
24    QUESTIONS BY MR. CARTER:
25         Q.    Okay.  You do have the capacity
```

```
 1    at that time to have someone conduct an

 2    inquiry to determine whether or not the

 3    accounts for those organizations were opened

 4    properly, correct?

 5         A.    Yes.

 6         Q.    And you did have the capacity

 7    during that time to ask someone to look at

 8    the transaction history for those accounts to

 9    determine whether or not there were

10    accounts -- or transactions that may have

11    been problematic, correct?

12              MR. CURRAN:  Objection as to

13         form.

14              You may answer.

15              THE WITNESS:  Yeah, for -- I

16         would -- okay.  Let me ask this

17         question.  If it was a problematic or

18         a charity, which there's a concern

19         about it, yes, we would have with

20         SAMA, most likely, would have looked

21         at that previous transaction many

22         years ago and go through it, and

23         that's what -- you know, we -- in

24         working with the SAMA about it.

25              So we do that for some -- some
```

```
 1            charities.

 2     QUESTIONS BY MR. CARTER:

 3            Q.    So you mentioned the bank's

 4     desire to be proactive with regard to these

 5     issues.

 6                  Did you instruct anyone to

 7     conduct a review of the accounts for these

 8     entities to determine whether or not the

 9     accounts had been opened properly?

10                  MR. CURRAN:  Objection as to

11            form.

12                  THE WITNESS:  I can't recall if

13            I myself conducted any one, but the

14            board, myself and the audit

15            department, you know, they all do

16            their job and make sure that the right

17            people do the right -- conduct.

18                  Now, I can't remember if the

19            specific one being done or not.  It's

20            difficult to remember.

21     QUESTIONS BY MR. CARTER:

22            Q.    So do you recall whether there

23     was any action undertaken in this 2003 time

24     period to conduct audits of these

25     organizations?
```

```
 1        A.     Audit?

 2               MR. CURRAN:  Objection.  Vague.

 3               You may answer.

 4               THE WITNESS:  I wouldn't be

 5        surprised we have done.  I cannot

 6        confirm it.

 7   QUESTIONS BY MR. CARTER:

 8        Q.     And do you recall whether the

 9   bank directed anyone to review transactions

10   carried out through the accounts to determine

11   whether there were any transactions that

12   raised red flags?

13        A.     Yeah, as I --

14               MR. CURRAN:  Objection.  Vague.

15               You may answer.

16               THE WITNESS:  Yeah, as I said

17        before, yes.  You know, it was

18        actually a very busy time during

19        this -- not only us, but also with the

20        Central -- with the Central Bank.

21               And also we know all of this

22        information is not only from SAMA.

23        It's a common work between the Saudi

24        government and the US government to

25        have all the information in order
```

```
 1          to -- you know, to get -- you know, of

 2          any -- of -- if anyone thinks are

 3          terrorists or any of this being news.

 4               So there was a lot -- a lot of

 5          work being done on this, going back,

 6          SAMA come to the big banks and take a

 7          lot of names, a lot of statements.  It

 8          was very busy time.

 9    QUESTIONS BY MR. CARTER:

10          Q.    Well, aside from the activity

11    that was ongoing with the US or Saudi

12    governments, the bank had an independent

13    obligation to ensure that its accounts

14    weren't used for terrorism financing

15    activities, correct?

16               MR. CURRAN:  Objection as to

17          form.

18               You may answer.

19               THE WITNESS:  Yeah, this is

20          correct.  Again, I'm not saying we are

21          not doing.  I'm just giving an

22          example, you know, but we are doing

23          this.  We hired -- you know, we hired

24          a number of consultants.  I can't

25          remember the name, just to go through
```

```
 1          and check, not check all the -- check
 2          the transactions.
 3                Of course our external auditor
 4          also make his own -- you know,
 5          international, they go and look at it.
 6          So we -- we have a lot of things to --
 7          you know, to make sure that, you know,
 8          there are no misuse of any of these
 9          transactions.
10                And as I said, there is -- you
11          know, any suspicious ones, whether we
12          know about it based on investigation
13          or it's a new one, we report it to the
14          Central Bank.
15    QUESTIONS BY MR. CARTER:
16          Q.    Mr. Al Rajhi, we requested in
17    discovery copies of any audits or reviews of
18    the Al-Haramain or IIRO accounts that were
19    conducted between 2001 and 2004, and we
20    haven't received any.  Our understanding is
21    that they don't exist.
22                Do you have reason to believe
23    that's incorrect?
24                MR. CURRAN:  Objection as to
25          form.  Vague and ambiguous.
```

```
 1                   You may answer.

 2                   THE WITNESS:  Really, you know,

 3           I don't know.  But not necessarily

 4           also the audit for one customer.  You

 5           know, it could be -- it could be, you

 6           know, wide scope, for audit, not only

 7           for -- you know, for one foundation.

 8                   But, again, we're talking about

 9           something, you know, almost 20 years

10           ago.  You know, I can't tell you that,

11           you know, this is being done or not

12           done.

13                   And again, you know, my

14           capacity as a general manager at that

15           time or even at a later time when I

16           was, you know, still called CEO, the

17           audits -- the audit -- the audit

18           committee, they are the -- you know,

19           they are overseeing all these audit to

20           be done to give the comfort for the

21           bank.

22    QUESTIONS BY MR. CARTER:

23           Q.   Okay.  But sitting here today,

24    you're unaware of any audit that was

25    conducted in the 2001 to 2004 time period
```

1    that encompassed any accounts of Al-Haramain

2    or IIRO, correct?

3                MR. CURRAN:  Objection as to

4         form.  Lack of foundation.

5                THE WITNESS:  Yeah, I can't --

6         I can't -- as I said, you know, I

7         can't remember to confirm it.  I

8         cannot give you a clear answer, you

9         know, whether this is being done or

10        not.  I don't recall it.

11   QUESTIONS BY MR. CARTER:

12        Q.    And again, this letter was sent

13   on January 4, 2003, and if we can go back to

14   the document that was marked as ARB 29.

15        A.    Yeah, but -- yeah.  Okay.

16        Q.    Okay now?

17        A.    Yes.

18                MR. CURRAN:  I can't read what

19        this is.  Maybe you can.

20                THE WITNESS:  Yeah.

21                MR. CURRAN:  All right.

22                THE WITNESS:  This is -- okay.

23   QUESTIONS BY MR. CARTER:

24        Q.    And this is the other letter we

25   discussed relating to Al-Haramain, correct?

```
 1         A.     Yes.

 2         Q.     And this was sent on

 3   January 26, 2004, correct?

 4         A.     January 2004.  Yeah.

 5         Q.     And in the first paragraph you

 6   specifically reference your earlier letter

 7   from a year ago in 2003, correct?

 8              MR. CURRAN:  Objection as to

 9         form.

10              THE WITNESS:  This is

11         January 2004, and I -- {speaking in

12         Arabic}.  No, there must be

13         something not -- you know, if you look

14         at -- {speaking in Arabic}.  This is

15         only one -- no, cannot be -- you know,

16         it's so only when you look at the

17         dates here and the Hijri dates --

18         {speaking in Arabic}.

19              MR. CURRAN:  You can say --

20              THE WITNESS:  No, here -- here

21         we have -- this is the first on 24,

22         and then that one -- so there must be

23         only 18 plus 2, 22 days difference.

24         So how can become -- this must be not

25         correct, the Gregorian date.
```

```
 1    QUESTIONS BY MR. CARTER:

 2         Q.    Okay.  So you believe that this

 3    is also a 2003 letter and it's just 22 days

 4    later, correct?

 5         A.    Right.  Yes.  Right.  Yes.

 6         Q.    Okay.

 7         A.    Because if you look at the

 8    Arabic dates, it's only this number of days

 9    difference.

10         Q.    And so 22 days after your

11    January 4, 2003 letter, you wrote to SAMA

12    again asking specifically whether or not the

13    bank should continue to deal with

14    Al-Haramain, correct?

15         A.    Yes.

16               MR. CURRAN:  Objection as to

17         form.

18               You may answer.

19               THE WITNESS:  Yes.

20    QUESTIONS BY MR. CARTER:

21         Q.    And did you -- do you recall

22    whether you received any response to that

23    letter from SAMA?

24         A.    The same thing, I can't

25    remember now whether we receive or not.
```

```
 1              (Al Rajhi Exhibit ARB 31 marked
 2         for identification.)
 3    QUESTIONS BY MR. CARTER:
 4         Q.    And if we can mark as the next
 5    exhibit the spreadsheet at Tab 3.  This is
 6    ARB 31.
 7              Mr. Al Rajhi, this is a
 8    spreadsheet we prepared summarizing the
 9    account statements for Al-Haramain that we
10    received in discovery from the bank, the time
11    periods they were active and the deposits and
12    the withdrawals that flowed through the
13    accounts during the '98 to 2002 time period.
14    And we have a bit of a discrepancy.  We
15    identified 94 accounts, and Mr. Galloway
16    identified 95.
17              And if you look at the second
18    page of this spreadsheet -- I'm sorry, the
19    final page.
20         A.    The final one.
21         Q.    Okay.  Our calculation is that
22    those 94 accounts took in 2,146,119,285
23    riyals during the 1998 to 2002 time period.
24              Do you see that?
25         A.    Yeah, we just -- the name of
```

1    the account, 94 accounts with Al-Haramain

2    found that we have.

3            26 million here -- what is 26

4    million --

5        Q.    The total column at the bottom.

6        A.    Sorry?

7        Q.    There's a total column at the

8    bottom.

9        A.    Yeah, but the total number

10   before only 26,000, right?  And 26 million --

11   and, yeah.

12       Q.    There's several pages preceding

13   it.

14       A.    Okay.  So I see this, yes,

15   total 2.1 billion.  Yes, it says the number.

16       Q.    And do you recall whether at

17   any point as your role as general manager you

18   asked someone to provide you with information

19   concerning the total value of money that was

20   passed through the Al-Haramain accounts?

21           MR. CURRAN:  Objection as to

22       form.

23           You may answer.

24           THE WITNESS:  This is -- this

25       is for how many years, this statement?

```
 1           I mean, this --
 2     QUESTIONS BY MR. CARTER:
 3           Q.     It's five -- it's five years.
 4     It's 1998 to 2002.
 5           A.     Oh, five years or more.  The
 6     '96 to 2004, that's when it is.
 7           Q.     No, it's 1998 to 2002.
 8           A.     Okay.  Four years.  So that's
 9     about 500 million a year, average.  Yeah.
10                MR. CURRAN:  Five years, 1998,
11           beginning of '98 through the end of
12           2002.
13                THE WITNESS:  So about 400
14           million a year in this case if it's
15           five years.
16                So what was the question?
17     QUESTIONS BY MR. CARTER:
18           Q.     I asked whether or not you had
19     ever asked anyone at the bank to provide you
20     with information concerning the total amount
21     of money that had passed through the bank's
22     Al-Haramain accounts?
23           A.     No, I didn't.
24           Q.     And do you have any reason to
25     doubt that over that '98 to 2002 time period,
```

1    the bank took in accounts -- took in deposits

2    for Al-Haramain in excess of 2.1 billion

3    riyals?

4            MR. CURRAN:  Objection as to

5        form.

6            You may answer.

7            THE WITNESS:  You know, it's --

8        it's not my job as the general

9        manager, you know, to go account by

10       account, charity by charity, and see

11       how much being deposited and how much

12       we -- but, again, the bank has --

13       has -- has the proper controls.

14           I mean, looking at the money

15       coming, transaction by transaction --

16       of course based in the system and at

17       that time.  Because we know that

18       system over the years has been evolved

19       and, you know, what -- what system

20       today we have, we believe, is the

21       best, you know, state of art in term

22       of compliance control.  That's our

23       system today.

24           Of course at that time it was

25       not as sophisticated as today.  But at

```
 1            the same time, as a general manager, I
 2            wouldn't know whether Al-Haramain or
 3            any organization or any other charity
 4            or, you know -- but definitely we have
 5            all compliance people.  If they -- if
 6            they have noticed some of these
 7            transaction are not -- are suspicious,
 8            they would have done what they are
 9            expected to do, which is reporting it.
10                 Now, is this amount big or
11            small for a charity very -- at that
12            time before -- before, you know, the
13            started -- you know, before -- when it
14            was very active, respected foundation.
15            So people -- people, you know, in this
16            country, you know, normally like in
17            other country, you know, they -- you
18            know, they -- they want to donate for
19            good reason, and that's -- at that
20            time it was, you know -- it seems to
21            have -- you know, they have done
22            positive.
23                 But of course I wouldn't know
24            myself that how much total money any
25            foundation or any charity has.
```

```
 1    QUESTIONS BY MR. CARTER:
 2         Q.     I understand that as general
 3    manager you wouldn't know the particular
 4    details in realtime about an account.
 5              But given what you've said
 6    about the bank's concerns about Al-Haramain
 7    following 9/11, did you as general manager
 8    ever ask anyone to provide you with
 9    information about the number of accounts and
10    the amount of money that the bank had moved
11    for Al-Haramain?
12              MR. CURRAN:  Objection as to
13         form.
14              THE WITNESS:  What I know is
15         that this information being collected
16         and being provided to the Central
17         Bank, the SAMA.  That's what I know.
18         This is for sure.
19              Now, all these information, all
20         these amount, all these statements
21         went to SAMA at that time to -- you
22         know, because when the suspicious
23         started about -- about Al-Haramain.
24         And we sent it in time.  We ask about
25         any inquiries coming.  We put all the
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1              resource.  You know, any response come
 2              to us, we have a team and, as I said,
 3              you know, we're proud of the way we
 4              were doing things, we were fast, and
 5              we were coming back.  And, you know,
 6              we were happy from our contribution to
 7              help, you know, in understanding, you
 8              know, what's happening in these -- in
 9              these charities.
10       QUESTIONS BY MR. CARTER:
11              Q.     And when you sent your letter
12       in 2003, SAMA would not have directly
13       available to it information concerning the
14       transactions that were carried out through
15       the accounts, correct?
16              A.     In 2003?
17              Q.     Correct.
18              A.     I don't know.  And I would -- I
19       would assume -- again, I can't recall.  You
20       know, we're talking about things more than
21       20 years, you know, and they were not working
22       in each statement or each account.  It's
23       own -- it's most likely there is a contact
24       between the relevant people in Central Bank
25       and the relevant people in the bank.
```

1           But, again, from what I

2    understand today, no information been given

3    before that date.  That's what I would -- you

4    know, how I expect.

5           Q.    But as part of your assessment

6    whether or not the bank should continue to

7    deal with Al-Haramain, do you recall any

8    effort in the 2003 to 2004 time period to

9    conduct any audit of the 2 billion or so

10   riyals that moved into and out of the

11   Al-Haramain accounts of your bank?

12              MR. CURRAN:  Objection.  Lack

13        of foundation.

14              You may answer.

15              THE WITNESS:  Yeah, can you ask

16        again, please?

17              MR. CARTER:  Sure.  Can you

18        read it back?

19              (Court Reporter read back

20        question.)

21              THE WITNESS:  You know, as I --

22        as I said before, I didn't remember

23        whether we had done or not any

24        specific audit for Al-Haramain, but --

25        but as I answered before, we have sent

```
1              all the information needed.  We have

2              done a lot of auditing and checking.

3              Some of these went -- but I can't give

4              a specific answer about whether this

5              has been done or not.

6    QUESTIONS BY MR. CARTER:

7              Q.     And do you recall whether the

8    bank initiated any inquiry to determine

9    whether or not the bank had complied with its

10   own anti-money laundering protocols with

11   regard to the opening and maintenance of the

12   Al-Haramain accounts?

13             MR. CURRAN:  Objection as to

14             form.

15             You may answer.

16             THE WITNESS:  You know, it's

17             the same answer.  With the bank, you

18             know, for their audit department, for

19             their compliance, for the audit

20             committee, for bringing a third party

21             coming and auditing the bank, they

22             would -- they would -- you know, they

23             would do this -- this is a normal

24             practice for the bank, you know, to

25             check whether there are any missing or
```

```
 1          any enrollment need to be done.

 2          Specifically -- yeah, sorry.

 3     QUESTIONS BY MR. CARTER:

 4          Q.    So you don't know whether

 5     that -- any of that kind of work was done

 6     with regard to the Al-Haramain accounts?

 7                MR. CURRAN:  Objection as to

 8          form.  Lack of foundation.

 9                THE WITNESS:  I cannot -- as I

10          said before, I don't recall -- I

11          cannot confirm it.  I cannot say

12          that it happened.  So I'm not -- you

13          know, it's -- yes, I cannot confirm

14          it.

15                (Al Rajhi Exhibit ARB 32 marked

16          for identification.)

17     QUESTIONS BY MR. CARTER:

18          Q.    And if we can, can we mark as

19     the next exhibit the spreadsheet at Tab 2?

20     And this will be ARB --

21                JON KNOWLES:  32.

22     QUESTIONS BY MR. CARTER:

23          Q.    -- 32.

24                MR. CURRAN:  Mr. Carter, at

25          some convenient point soon, we should
```

```
1              consider taking a break.  I think it's
2              been almost two hours.  I think maybe
3              it's been over two hours.
4                     MR. CARTER:  Sure.  Let me just
5              ask a few questions about this, Chris,
6              and then we'll go ahead.  Okay?
7                     MR. CURRAN:  Sure.
8      QUESTIONS BY MR. CARTER:
9              Q.    Okay.  Mr. Al Rajhi, this is a
10     spreadsheet that, again, we prepared
11     summarizing the accounts for which we
12     received statements from ARB relating to the
13     Islamic -- the International Islamic Relief
14     Organization at the time period they were
15     active and the total deposits and withdrawals
16     that flowed through those accounts.
17                    And again, there's a bit of
18     discrepancy.  Based on the review of the
19     discovery, we've identified 287 accounts, and
20     if I recall correctly, Mr. Galloway indicated
21     that the bank had identified 308 accounts.
22     This just covers the 287 that we identified.
23                    And turning to the last page,
24     our review reflects that about 2.974 billion
25     riyals moved in to the 287 IIRO accounts
```

```
1     between 1998 and 2002, and about 2.91 billion

2     moved out of them.

3              Do you see those figures?

4        A.      Yes.  Yes, I see it.

5        Q.      And again, as I asked you about

6     with Al-Haramain, do you recall ever

7     requesting in the aftermath of 9/11 when

8     concerns were raised about certain charities,

9     that someone review the IIRO accounts and

10    provide you information with regard to the

11    number of accounts and the amount of money

12    that moved through them?

13              MR. CURRAN:  Objection as to

14         form.  Lack of foundation.

15              You may answer.

16              THE WITNESS:  This I will -- my

17         answer would be the same as Haramain

18         one.  I wouldn't know as -- you know,

19         about -- about these amounts.  I

20         haven't, you know -- but -- so, you

21         know, I cannot -- it's not expected

22         for -- for the -- for the general

23         manager or the CEO to -- to see that

24         amount and see how much money.  It's a

25         process.  There's a system, process.
```

```
 1                You know, we go and -- first,
 2          you know, these -- all -- you know,
 3          this is one of the organization all of
 4          the information gets sent to the SAMA
 5          from the beginning, you know.  So all
 6          the transaction.  And so I'm sure
 7          that, you know, between our people and
 8          SAMA, you know, they have sent all the
 9          information, all these details are
10          available.
11                Again, if there was any
12          suspicious transaction, could -- but
13          not -- would have been reported, you
14          know, because that transaction is a
15          suspicious transaction.
16                Again, to -- you know, I would
17          expect, again, that our audit
18          committee and our audit department,
19          our compliance people, we would do
20          normal, you know, review and checking
21          about -- because it's -- as I said
22          before, you know, it's not only the
23          bank consider themself like this, but
24          even we bring third party to come and
25          we always applied the best compliance
```

```
 1              standard at the time there.

 2                   Also we -- from time to time,

 3              you know, we have created systems.  We

 4              always invest in our system because --

 5              and making sure that our systems are

 6              capable.  And as we know these things

 7              are evolving, changing, so always we

 8              are -- and again, we are -- and happy

 9              today we believe that our -- you know,

10              our governance is one of the best in

11              compliance.

12         QUESTIONS BY MR. CARTER:

13              Q.    Mr. Al Rajhi, we've asked for

14         Al Rajhi Bank to produce any audit from the

15         1998 to 2004 time period that touched upon

16         any of these IIRO accounts, and we haven't

17         received any.  So it's our understanding that

18         there are no audits related to these accounts

19         that moved about 2.9 billion riyals.

20                   Do you have contrary

21         information to suggest that there was ever an

22         audit touching on any of these accounts?

23                   MR. CURRAN:  Objection as to

24              form.  Lack of foundation and asked

25              and answered.
```

```
 1                 You may answer.
 2                 THE WITNESS:  As, again, I
 3          cannot -- I cannot recall whether
 4          being done or not, number one.
 5                 Number two, all of these -- you
 6          know, all of this information about
 7          this customer is being sent on time,
 8          you know, to SAMA, okay, about -- you
 9          know, and again, if any of these
10          transaction was suspicious, we would
11          have reported these transactions.
12                 Now, is there any audit being
13          done specifically to one customer
14          account, I cannot tell you whether
15          this is being done or not.
16   QUESTIONS BY MR. CARTER:
17          Q.    And to be clear, I wasn't
18   referring to just audits that were focused
19   exclusively, but audits that in any way
20   touched upon these accounts.
21                 Are you aware of the existence
22   of any audit of any of the IIRO accounts?
23                 MR. CURRAN:  Objection.  Vague.
24                 You may answer.
25                 THE WITNESS:  No.  No way to
```

```
 1          remember this after 20 years whether
 2          that, you know, being done or not for
 3          a specific time.  No, I cannot
 4          remember.
 5     QUESTIONS BY MR. CARTER:
 6          Q.    And we've also asked for any
 7     suspicious activity reports relating to any
 8     of the 2.9 billion dollars {sic} in
 9     transactions that were carried out through
10     these accounts, and we've not received any.
11          Do you know whether there were
12     any suspicious activity reports ever filed in
13     relation to these accounts?
14          A.    No --
15          MR. CURRAN:  Objection as to
16          form.
17          You may answer.
18          THE WITNESS:  Yeah, Mr. Carter,
19          you know, the same.  It's really --
20          you know, I'm not in a position now
21          to -- to give you a specific answer
22          for one specific account anything
23          being reported or not.  No, I
24          cannot -- you know, I cannot.  I'm not
25          in the position to know whether it's
```

```
 1          being done or not.

 2     QUESTIONS BY MR. CARTER:

 3          Q.     And again, do you recall after

 4     September 11, 2001, whether you ever asked

 5     anyone at the bank to conduct any kind of

 6     review of the IIRO accounts to determine

 7     whether or not there were any risks or

 8     problems with the way they were opened or

 9     operated?

10               MR. CURRAN:  Objection as to

11          form.

12               You may answer.

13               THE WITNESS:  No.  No.  You

14          know, I know that for this charity,

15          after September 11, all the

16          information being discussed and being

17          given and being provided to SAMA.

18               So if -- whether -- you know,

19          when you give it to Central Bank for

20          it to be reviewed and giving all the

21          information, that's -- you know,

22          whether you call it audit or not

23          audit, but that's -- the job is being

24          done.

25
```

```
 1    QUESTIONS BY MR. CARTER:

 2         Q.    And what --

 3         A.    Yeah, sorry.

 4         Q.    I'm sorry.

 5               What information related to

 6    these accounts do you recall having been

 7    given to SAMA?

 8         A.    What information?  What do you

 9    mean by "what information," Mr. Carter?

10         Q.    You said "all of this

11    information was given to SAMA."

12               What did you mean?

13         A.    Well, I mean the statement of

14    the accounts, you know, of any, you know,

15    more information about for sometimes the

16    statements -- again, I'm not saying this is

17    what happened, but this is, you know -- could

18    be operation things that you send the

19    statements, then they are more interested in

20    one transaction, they want to see the

21    original or the transaction details of that

22    transaction so they have full details about,

23    you know, the beneficiary or about the

24    payment or -- so -- so, you know, I need more

25    details because it started with sending over
```

```
 1   everything about -- and then, of course, you
 2   keep receiving more inquiries and then -- as
 3   I said, you know, as a bank, it was very busy
 4   time and we have relocated big resource in
 5   the bank, and we did very good job in
 6   responding on time.  Because time was
 7   important at that time.  And we -- and we
 8   have been told that we need to get to this
 9   quick and we are reporting in time saying,
10   you know, these are -- any future inquiry or
11   more details inquiry.
12             So I don't know whether you
13   want to call this audit or you want to call
14   it not audit, or if this is enough or
15   something, I cannot.  But I know we have done
16   everything can be done about any of, let us
17   say, charity that there is a suspicious about
18   it.
19        Q.    And I'm just -- again, I'm just
20   trying to clarify, Mr. Al Rajhi.
21             During the 2001 to 2004 time
22   period, do you recall whether all of the
23   transaction information for the IIRO accounts
24   was, in fact, sent to SAMA, or are you just
25   speculating that it may have been?
```

```
 1                    MR. CURRAN:  Objection as to

 2          form.

 3                    But you may answer.

 4                    THE WITNESS:  Yeah, I would say

 5          most likely now after 20 -- because I

 6          know they were interested in charity,

 7          including this one, but if you asked

 8          me now, you know, this I need -- you

 9          know, but I would say most likely that

10          was -- that was the case.

11  QUESTIONS BY MR. CARTER:

12          Q.    Do you recall when that would

13  have occurred?

14          A.    No, I can't recall which, but

15  after September 11.

16          Q.    And what about Al-Haramain?  Do

17  you recall whether the bank sent all of the

18  transaction information related to

19  Al-Haramain to SAMA?

20          A.    I know that, yes, SAMA was

21  interested to know everything about the

22  transaction for the Al-Haramain, and we have

23  sent all information they were asking about.

24          Q.    And when did that happen?

25          A.    After September 11.  I can't
```

1    recall, you know, which month, which years.

2         Q.    And do you recall whether it

3    happened at any point before 2004?

4         A.    Yeah.  Most likely, yes,

5    because, you know, 2000 -- I think by that

6    time already being closed, so -- so -- so I

7    would expect, yes, before 2004.

8         Q.    The two letters we referred to

9    earlier, your January 3rd -- your January 4,

10   2003 and January 26, 2003 letter don't refer

11   to any transaction information that had been

12   provided to SAMA, correct?

13        A.    Which letter are you referring

14   to?

15        Q.    The first is the January 6,

16   2004 letter.

17        A.    Yes.  No, that's --

18        Q.    And January --

19        A.    No, that's -- that's about

20   something else.  Yeah, this is -- this is

21   about, you know, as I said, you know,

22   these -- their branches were under -- being

23   closed overseas and wanted to know whether we

24   continue doing business or not.  So this was

25   not about -- about information, whether

1    information you send or not send.  This is

2    totally different -- different matter, I know

3    it.

4          Q.     In discovery we've sought any

5    communications with SAMA related to these

6    charities through 2004, and we've not seen

7    any communication related to the provision of

8    transaction information to SAMA for

9    Al-Haramain or IIRO.

10               Do you know, in fact, whether

11   or not that information was sent before 2004?

12         A.     As I said, I think, yes.  But,

13   again, you know, these things, normally they

14   don't send a letter.  I didn't even -- I

15   didn't need to see it.  It's the relevant

16   people in SAMA working with the relevant

17   compliance team in the bank, and working in

18   this -- it's not -- it would not be -- it

19   would not be like letter come to me and then

20   of course it's working directly together.

21         Q.     Do you know whether SAMA

22   actually conducted any review of the

23   transaction history for the Al-Haramain

24   accounts?

25         A.     Of course I -- you know, I --

```
 1    SAMA does not discuss with any bank, you
 2    know, what they review, what they have done.
 3    Our job to give them information with the
 4    full details and work closely with them for a
 5    little bit more information and more details
 6    to be given.
 7              And then I know of course we
 8    knew that they have decided to close down
 9    Haramain.  Now, what information and what --
10    this is normally given to the bank
11    information.
12              MR. CARTER:  Okay.  Chris, this
13         is a fine time for a break.  How long
14         do you want to take?
15              MR. CURRAN:  I would like to
16         keep it to just ten minutes, if that's
17         okay.
18              THE WITNESS:  Yeah, for me.
19              MR. CARTER:  That's fine.
20              MR. CURRAN:  Okay.
21              VIDEOGRAPHER:  Off the record.
22         4:49 p.m.
23          (Off the record at 4:49 p.m.)
24              VIDEOGRAPHER:  On the record.
25         5:03 p.m.
```

1    QUESTIONS BY MR. CARTER:

2        Q.    Mr. Al Rajhi, we've spoken a

3    bit about the bank's interaction with SAMA

4    relating to the charities.

5            Do you recall whether SAMA ever

6    raised any concern to the bank about

7    Al-Haramain during the 1998 to September 11,

8    2001 time period?

9        A.    I mean, SAMA, as I said, they

10   were -- after September 11, they were, you

11   know, coming to the banks and asking for all

12   information.

13           So whether this, you call it

14   concern, but definitely there was a concern,

15   and this is why they were -- you know, they

16   wanted to know everything about it.  They

17   want to see every document.  They wanted to

18   check of us.  So SAMA was active.

19       Q.    I'm asking in the period before

20   September 11, 2001, Mr. Al Rajhi.

21           Do you recall whether SAMA ever

22   raised concerns to Al Rajhi Bank about

23   Al-Haramain Islamic Foundation?

24       A.    No.

25           MR. CURRAN:  Starting in 1998.

```
 1                    THE WITNESS:  Yeah.  No, I'm

 2          not -- I don't recall any -- before

 3          September 11, there was any concern

 4          from SAMA.  I think -- I'm not.

 5   QUESTIONS BY MR. CARTER:

 6          Q.    And you've had extensive

 7   dealings over your career with SAMA, correct?

 8          A.    Well, I did like for general

 9   manager for bank.

10          Q.    Do you know whether SAMA was

11   part of the Saudi government?

12          A.    Part of the Saudi government?

13   SAMA is the Central Bank of Saudi Arabia.

14          Q.    Okay.  And given that it's

15   Central Bank, it's your understanding that

16   it's part of the Saudi government?

17                    MR. CURRAN:  Objection as to

18          form.

19                    You may answer.

20                    THE WITNESS:  Well, I'm not --

21          I think, yes, Central Bank, they like

22          to be independent, but they are part

23          of the government.

24   QUESTIONS BY MR. CARTER:

25          Q.    And again, you have no
```

1    recollection of having received yourself any

2    information that SAMA expressed concerns

3    about Al-Haramain at any point prior to

4    2001 -- September 11, 2001, correct?

5              MR. CURRAN:  Objection as to

6         form as to time frame.

7              You may answer.

8              THE WITNESS:  Yeah, I don't

9         recall that I received any concern

10        from SAMA before September 11 about

11        Al-Haramain.

12   QUESTIONS BY MR. CARTER:

13        Q.    And in the aftermath of the

14   September 11 attack, you went to SAMA in

15   writing to request advice as to whether or

16   not the bank should continue to deal with

17   Al-Haramain, correct?

18        A.    Yes.

19        Q.    And do you recall SAMA ever in

20   response to those letters in 2004 raising any

21   objection to the bank continuing to deal with

22   Al-Haramain?

23              MR. CURRAN:  Objection as to

24         form.

25              You may answer.

```
 1                  THE WITNESS:  No, as I said, I
 2          didn't recall if SAMA answered this
 3          letter, but I'm not aware of any
 4          rejection came from SAMA prior to
 5          their closing their branches.
 6    QUESTIONS BY MR. CARTER:
 7          Q.    And you spoke at some length
 8    about the ways that the bank goes about
 9    diligenting its accounts, and I think you
10    referred to suspicious activity reporting and
11    functions of the audit committee, correct?
12          A.    Yes.
13          Q.    And do you agree that the
14    effectiveness of the bank's anti-money
15    laundering protocols depends on the personnel
16    actually adhering to those protocols?
17          A.    Yes, I would say the bank is
18    always doing its best to adhere to the -- to
19    these standards or protocols.
20          Q.    Okay.  And those would include
21    the requirements for onboarding new accounts,
22    opening new accounts, the know your customer
23    rules and the suspicious activity reporting
24    obligations, correct?
25                  You've frozen.  I'm sorry, you
```

 1    froze for a minute there, Mr. Al Rajhi, so I

 2    didn't quite catch your answer.

 3         A.    No, I was saying that, yes, the

 4    bank was always, you know, trying to make

 5    sure that it adhered to all these

 6    requirements.

 7         Q.    And failure to adhere to those

 8    requirements creates a money laundering

 9    vulnerability, correct?

10              MR. CURRAN:  Objection as to

11         form.

12              You may answer.

13              THE WITNESS:  Yeah, everything,

14         including money laundering, yes.

15    QUESTIONS BY MR. CARTER:

16         Q.    And again, do you recall during

17    this time period that you were raising issues

18    with SAMA about Al-Haramain in 2003 and 2004,

19    whether you ever asked anyone to collect any

20    suspicious activity reports that had been

21    filed with regard to Al-Haramain

22    transactions?

23         A.    Yeah, I think I already

24    answered this before.  You know, we were

25    sending, you know, all the information based

Highly Confidential - Subject to Further Confidentiality Review

```
 1     on SAMA request for everything about

 2     Al-Haramain.  So we -- you know, we were

 3     doing this.

 4                  (Al Rajhi Exhibit ARB 33 marked

 5           for identification.)

 6     QUESTIONS BY MR. CARTER:

 7           Q.     If we can mark as the next

 8     exhibit the document at Tab 15.  Which is

 9     going to be Exhibit ARB 33.

10                  Is this a letter that you

11     signed in February of 2004?

12                  MR. CURRAN:  Mr. Carter, wasn't

13           this -- let me ask the question.  Is

14           this exhibit different from a very

15           similar exhibit you used in the

16           Galloway deposition?

17                  MR. CARTER:  Chris, I think the

18           issue is that given the scope of the

19           changes, due to the removal of

20           redactions in documents, we were

21           having trouble figuring out which were

22           identical or not identical and so

23           we're just going to go ahead and mark

24           things sequentially.

25                  MR. CURRAN:  Okay.
```

```
 1                    THE WITNESS:  So this is the

 2          Arabic one here and --

 3                    MR. CURRAN:  Yeah, there's the

 4          Arabic.

 5                    THE WITNESS:  Okay.  Yes.

 6    QUESTIONS BY MR. CARTER:

 7          Q.    And did you, in fact, send this

 8    letter?

 9          A.    Yes, my name and my signature

10    is there.

11          Q.    Do you recall who actually

12    prepared the draft of this letter that you

13    signed?

14          A.    Yeah, I can see here.  This is

15    initialed by our legal department.

16          Q.    And who in the legal department

17    initialed it?

18          A.    From what I can read here, the

19    head of legal department.  His name is Saleh

20    Jabur {phonetic} at that time.

21          Q.    And is he still with the bank?

22          A.    No, he's not.

23          Q.    And this letter is addressed to

24    the Minister of Islamic Affairs, Sheikh Saleh

25    bin Abdul-Aziz bin Mohamed Al ash-Sheikh,
```

1    correct?

2          A.      Yes, it's correct.

3          Q.      And in the letter you also

4    refer to him as the general supervisor of the

5    Al-Haramain Islamic Foundation.

6                  Do you see that?

7          A.      Yes.

8          Q.      Do you recall what information

9    the bank had at the time indicating that he

10   was the general supervisor of the Al-Haramain

11   Islamic Foundation?

12         A.      I think this is, again, being

13   prepared by our legal department because he

14   has this position.  Must be, you know, what I

15   would -- with this letter that be -- this is

16   his -- he has this position, general

17   supervision, Al-Haramain Islamic Foundation.

18         Q.      In this time period when you

19   wrote the letter in 2004, did you know Sheikh

20   Saleh bin Abdul-Aziz bin Mohamed Al

21   ash-Sheikh?

22         A.      No.  Of course I know about

23   him, but -- but so he was the minister,

24   but -- but the question did I know him by

25   this letter personally, no, I didn't know

1    him.

2         Q.    Okay.  Do you recall whether

3    you had ever met him in person prior to this

4    point in time?

5         A.    During this period or after?

6         Q.    Prior.

7         A.    Prior.

8               Prior, no, I -- I didn't

9    recall, you know.  It could be -- maybe in,

10   you know, without noticing and some section

11   or something like this, but I don't remember

12   I met him in person.

13        Q.    Do you know whether your

14   father, Sulaiman Abdul Aziz Al Rajhi knew

15   Minister of Islamic Affairs Sheikh Saleh bin

16   Abdul-Aziz bin Mohamed Al ash-Sheikh during

17   this period?

18        A.    I don't know.

19        Q.    So you don't know whether or

20   not your father had ever met him at any point

21   up to 2004?

22        A.    Up to 2004, yes, I'm not -- I

23   don't know that I had met him or not.

24        Q.    And in the letter you advise

25   Minister Al ash-Sheikh that, "since there is

1    no permit from the competent agencies for the

2    Al-Haramain Islamic Foundation to operate the

3    charity work according to the documents

4    provided by the Al-Haramain Islamic

5    Foundation to the company when opening its

6    accounts, please authorize your competent

7    agency to issue the required permit."

8              Do you see that?

9         A.    Yes.  Yes, I see it.

10        Q.    And do you know what prompted

11   you to write the letter raising that issue?

12        A.    No, I think when I look at the

13   date, 2004, this letter must be, again, a

14   reaction from the bank and proactive from the

15   bank after the closing down of Al-Haramain

16   branches overseas.

17             So this letter must be from our

18   legal department, you know.  And this is the

19   same, as I said, we send also to SAMA at the

20   same time, you know.  So that's -- that's why

21   the letter is being sent.

22        Q.    And according to the

23   information provided by your legal

24   department, the bank did not have any permit

25   for Al-Haramain Islamic Foundation to conduct

1    charity work when it opened the accounts for

2    Al-Haramain, correct?

3              MR. CURRAN:  Objection as to

4         form.  Lack of foundation.

5              You may answer.

6              THE WITNESS:  No, I -- I know

7         that we have -- we have approval, you

8         know, goes back to the beginning of

9         Al-Haramain.  So there was -- there

10        was a permit, permission from -- to

11        have -- to have from the beginning.

12             Now, you are right.  Here there

13        is no permit from the competent

14        agencies for the Al-Haramain Islamic

15        Foundation to operate.  You know, I

16        didn't think this was accurate because

17        the bank had the license but also at

18        the same time SAMA came with the new

19        circulars before this letter, you

20        know, with a new regulation for the

21        charities, including the -- you know,

22        that's who are all involved.

23             That's all I know it's about

24        Al-Haramain, so this letter is being

25        sent, you know, to -- to get, in other

```
 1              words, new -- I would say new -- new
 2              approval or new permit office based on
 3              the news.
 4                   Because, you know, if you have
 5              a charity here and you know there are
 6              branches overseas being closed, then
 7              you ask yourself, you know, without
 8              still I need -- you go -- as part of,
 9              you know, becoming proactive, go back
10              to the same one who gave us and say,
11              okay, you know, do I need -- you know,
12              is this approval still there, but
13              maybe, yes, the words here, it's
14              not -- there's no permit, I think it's
15              not accurate.
16    QUESTIONS BY MR. CARTER:
17         Q.   Okay.  But you agree with me
18    that the letter represents that there was no
19    permit from the competent agencies for
20    Al-Haramain Islamic Foundation to operate the
21    charity work according to the documents
22    provided by the Al-Haramain Islamic
23    Foundation to the company when opening its
24    accounts.
25                   Correct?  It says that?
```

1      A.      Yes.  Yeah.  It said that, yes.

2      Q.      And the reference to the

3  company there is a reference to Al Rajhi

4  Bank, correct?

5      A.      Al-Haramain Islamic Foundation,

6  the -- yes, this is referring to the bank.

7      Q.      Okay.  And the requirement for

8  the bank to have a permit for charitable

9  organizations in order to open an account

10  wasn't a new requirement after 9/11.  It

11  existed prior to 9/11, correct?

12      A.      That -- the requirement was

13  existing before September and the permission

14  was before September 11.

15      Q.      And are you aware that Minister

16  of Islamic Affairs Saleh bin Abdul-Aziz Al

17  ash-Sheikh has testified in this litigation?

18      A.      No, I'm not familiar with this.

19      Q.      And have you ever spoken to him

20  about this litigation?

21      A.      No, I never spoke to him about

22  this litigation.

23      Q.      If we can mark as the next

24  exhibit the transcript at -- actually, I'm

25  sorry, let's not mark this as an exhibit.  It

1    contains confidential information,

2    potentially FBI material.  So -- okay.  I'm

3    sorry.  The exhibit is actually only the

4    excerpted pages from the transcript, so it's

5    fine, we can mark it as an exhibit.

6              MR. CURRAN:  I would like some

7         clarification, Mr. Carter.  Did you

8         say that this may be subject to the

9         FBI protective order?

10             MR. CARTER:  I wasn't entirely

11        sure, but the pages that we are

12        marking are not.

13             MR. CURRAN:  Okay.  Well, we're

14        at your mercy.  We can't confirm that

15        right now, so...

16             JON KNOWLES:  What's the tab

17        number?

18             MR. CURRAN:  I think that was a

19        question for you, Mr. Carter.

20             MR. CARTER:  Yeah, we're just

21        doubly confirming that we don't have

22        any issue with the marking of this.

23             MR. CURRAN:  Okay.  While

24        you're doing that, Mr. Carter, just to

25        be clear, we have people in the room

```
 1          and presumably on the line who are not

 2          signed on to the FBI protective order.

 3                    MR. CARTER:  Yeah, understood.

 4                    MR. CURRAN:  Including the

 5          witness.

 6                    MR. CARTER:  To be safe, we're

 7          going to refrain from marking the

 8          exhibit right now.

 9     QUESTIONS BY MR. CARTER:

10          Q.    But I'm going to represent to

11     you that Minister Al ash-Sheikh was asked

12     whether or not he ever held a position with

13     the Al-Haramain Islamic Foundation, and he

14     testified no, and was asked whether he was

15     ever involved in any activities of the

16     Al-Haramain Islamic Foundation, and testified

17     no.

18                    Is that testimony consistent

19     with your understanding, Mr. Al Rajhi?

20                    MR. CURRAN:  Objection as to

21          form.

22                    You may answer.

23                    THE WITNESS:  No, I have no

24          idea about how or whether he's

25          involved or not, but I know, you know,
```

```
 1          we have received a letter from -- from

 2          him having this title.  So that's

 3          what -- you know, this is why we send

 4          the letter with the title because

 5          letter coming from -- you know, from

 6          him having -- having that -- you know,

 7          the same title we use in our letter we

 8          send it to him.

 9   QUESTIONS BY MR. CARTER:

10          Q.    Okay.  And he also testified

11   during his deposition that Al-Haramain had

12   worked without a permit and was not licensed,

13   and that as a result, it was ultimately shut

14   down because it had been operating without a

15   permit or a license.

16               Is that consistent with your

17   understanding of Al-Haramain's status?

18               MR. CURRAN:  Objection as to

19          form.

20               You may answer.

21               THE WITNESS:  No, you know,

22          Al-Haramain had a license, as I said

23          before.  So it was -- it had a

24          license.  When they opened the account

25          with us, there was a license which as
```

1          I -- which as I refer to before.

2     QUESTIONS BY MR. CARTER:

3          Q.    The minister testified that

4     Al-Haramain was instituting and worked

5     without a license and performed work without

6     governance.

7               Again, did you ever -- is it

8     your understanding that Al-Haramain was

9     operating without a license and governance?

10              MR. CURRAN:  Objection as to

11         form.

12              And to be clear, my objection

13         relates to this summary of a different

14         witness' testimony, but the witness

15         may answer.

16              THE WITNESS:  You know, I --

17         again, I have -- I didn't know nothing

18         about Al-Haramain -- how Al-Haramain

19         operate or they have or they didn't

20         have.  This is I'm not aware of it.

21              You know, again, you know,

22         please, Mr. Carter, we are a bank, you

23         know.  We do our job as a bank in

24         working with Al-Haramain charity as

25         well as many, many other charities.

```
1              And our job is to do their banking

2              facilities, the banking -- we will

3              facilitate their banking work, but we

4              didn't involve or we didn't have

5              enough information about, you know,

6              whether their -- you know, whether

7              their -- you know, how -- their policy

8              inside or their procedures or, you

9              know, who is taking the title other

10             than what -- what the bank document

11             shows, which is -- which is normally

12             part of opening the account for any

13             charity.

14      QUESTIONS BY MR. CARTER:

15             Q.    Well, I'm asking, the minister

16      has obviously offered testimony or has

17      offered testimony, I'll represent to you, in

18      this case, that Al-Haramain operated without

19      a permit and a license, and if that is

20      accurate, it would mean that Al Rajhi Bank

21      was maintaining accounts for an entity that

22      was not licensed to engage in charity work.

23                   And is it your understanding

24      that Al-Haramain was, in fact, licensed?

25             A.    Yes, that's my understanding.
```

```
1                    MR. SHEN:  This is Andy Shen.
2          Objection to form.
3                    (Al Rajhi Exhibit ARB 34 marked
4          for identification.)
5    QUESTIONS BY MR. CARTER:
6          Q.    If we can mark as the next
7    exhibit the document at Tab 99.
8                    Mr. Al Rajhi, this is a letter
9    that Al-Haramain -- or that Al Rajhi Bank
10   produced that appears to be directed to you
11   and from the Minister of Islamic Affairs.
12                   Do you see that?
13         A.    Yes.  Let me just -- I think I
14   have it in Arabic here, just so -- yes.  Yes,
15   I see it.
16         Q.    Okay.  And this is -- this is a
17   letter -- is this a letter responding to your
18   inquiry about the permit for Al-Haramain?
19         A.    Yes, he's -- he's referring to
20   my letter, yes.
21         Q.    And this -- the Minister of
22   Islamic Affairs responds to your letter
23   inquiring as to whether or not Al-Haramain
24   was permitted, correct?
25         A.    You know, I can't recall the --
```

```
 1    the number of the letter, but the meaning,
 2    yes.  Because he's referring to letter 633.
 3    I don't know what was the number of my
 4    letter.  So if it is the same letter, it must
 5    be, yes, they're the same.
 6         Q.    And in this letter the Minister
 7    of Islamic Affairs represents to you that, in
 8    fact, Al-Haramain Islamic Foundation is
 9    authorized to practice charity work?
10         A.    Yes.
11         Q.    And so on receipt of this
12    letter, did you understand the Minister of
13    Islamic Affairs had information available to
14    him confirming that Al-Haramain was licensed
15    to practice charity work?
16         A.    Yeah, and his letter I think
17    was seen and is authorized to -- I mean,
18    that's what the letter says.  Authorized to
19    practice charity work.  It is fine to open an
20    account for it with the company according to
21    the regulation and instruction of the Saudi
22    Arabian -- Saudi Arabian Monetary Authority.
23              So maybe it is -- so, yes,
24    here, he's saying it's -- you know, it's --
25    it's a -- it's authorizing the bank to do.
```

```
 1                    (Al Rajhi Exhibit ARB 35 marked

 2          for identification.)

 3   QUESTIONS BY MR. CARTER:

 4          Q.     Okay.  And if we can mark as

 5   the next exhibit the document at Tab 17.

 6                    And there is also an Arabic

 7   version of this.

 8                    MR. CURRAN:  This is

 9          Exhibit 35?

10                    MR. CARTER:  Yes.

11                    THE WITNESS:  Yeah, here we

12          have it in English.

13                    Yes, this is from the justice

14          ministry.

15   QUESTIONS BY MR. CARTER:

16          Q.     Do you recognize this document?

17          A.     I'm sorry?

18          Q.     Do you recognize this document?

19          A.     Yes.  Yes, I recognize it.

20          Q.     And what is it, as you

21   understand it?

22          A.     This is a letter from the

23   Ministry of Justice talking about the Muslim

24   World League and the World Assembly of Muslim

25   Youth, Al-Haramain Islamic Foundation, the
```

1    International Islamic Relief Organization.

2    You know, he witness for -- as the Minister

3    of Justice.

4              You know, in the top he said

5    that the Minister of Justice of The Kingdom

6    of Saudi Arabia confirm that the following

7    are legally established in Saudi Arabia and

8    are permitted to operate.

9        Q.    And so this is a document from

10    the Minister of Justice confirming that

11    Al-Haramain Islamic Foundation was, in fact,

12    licensed to do charity work, correct?

13        A.    Well, again, you know, we have

14    approval from the beginning from -- because

15    SAMA letter is talking about getting the

16    approval from either Labor Ministry and

17    Social Affairs or from Islamic Ministry.

18              So we have -- you know, we

19    have -- we have these Islamic Ministry of

20    Islamic, you know -- before -- before the

21    noise started coming for Al-Haramain after

22    the closing of branches overseas, we have it

23    even years before.

24        Q.    And, Mr. Al Rajhi, I'm just

25    trying to clear up some confusion in the

```
 1    record because there's testimony indicating
 2    that Al-Haramain Islamic Foundation operated
 3    without a license or a permit, and am I
 4    correct that the bank in 2004 received this
 5    document from the Minister of Justice
 6    indicating that Al-Haramain did, in fact,
 7    have a permit?
 8         A.    Yes, we have -- for
 9    Al-Haramain, this is letter there, but they
10    have letter also came from -- which is more
11    relevant to us.  Yes, so that's confirming,
12    you know, there are -- you know, they are --
13    you know, they are working -- you know, they
14    are established in Saudi as they said that --
15    and they said, you know, here, it's more
16    general statements.  You know, it has to work
17    according to the permit and talking to -- to
18    operate under the laws and regulation.
19              The other one is -- yeah, the
20    other one is more specific.  It's talking
21    about that, you know, we can have an account
22    with them.  And again, the second from SAMA
23    is talking about we should get it from one of
24    the -- you know, from at least two -- from
25    other two organization.
```

1    Q.    Okay.  So you -- in addition to

2  this document from the Minister of Justice,

3  you also had the letter from the Minister of

4  Islamic Affairs indicating that Al-Haramain

5  was, in fact, permitted, correct?

6    A.    Yes, right.

7    Q.    And I mentioned to you or you

8  testified before that your letter to the

9  Minister of Islamic Affairs included

10  reference to him as the general supervisor of

11  Al-Haramain because the bank had some

12  information indicating that he held that

13  role.

14         Correct?

15    A.    Yes, some of -- yes.

16         (Al Rajhi Exhibit ARB 36 marked

17    for identification.)

18  QUESTIONS BY MR. CARTER:

19    Q.    And if we can mark as the next

20  exhibit the document at Tab 10.

21         This is another document

22  Al Rajhi Bank produced in discovery dated

23  January 29, 1997.  It appears to be a letter

24  from then deputy minister of Islamic Affairs

25  Saleh bin Abdul-Aziz bin Mohamed Al

```
 1    ash-Sheikh to the director general of
 2    Al Rajhi Banking.
 3                Was that you at that time
 4    period?
 5          A.    Which year was it?  '97?
 6                Yes -- yeah, '97, I was --
 7    yeah, this is me.
 8          Q.    Okay.  And so this was a
 9    letter deputy -- that then Deputy Minister Al
10    ash-Sheikh sent to you, correct?
11          A.    Yes, sent it to the bank and he
12    put -- he put my -- to the attention and to
13    the bank, yes.
14          Q.    He addressed this to you,
15    correct?
16          A.    Yes, at that time I was the
17    general manager, yes.  But, I mean, it's not
18    personal.  It's being sent to me as the
19    general manager of Al Rajhi Bank.
20          Q.    Okay.  But the -- the way that
21    he has addressed this is to you by title,
22    correct?
23          A.    Yeah.  Yeah, this is my title.
24    I was the general manager of Al Rajhi Bank,
25    so this is -- comes to me, but I just want to
```

1    clarify, came to me as the general manager of

2    Al Rajhi Bank, not to personal -- not to my

3    own name.

4           Q.    Understood.

5                 And in the letter he indicates

6    that it's fine to keep Al-Haramain Islamic

7    Foundation's account ███555/9 at your branch

8    number 166.

9                 Do you see that?

10          A.    Yes.

11          Q.    Do you recall what prompted

12   this letter?

13                MR. CURRAN:  Objection.  Lack

14          of foundation.

15                You may answer.

16                THE WITNESS:  Yeah, this is --

17          it seems the bank wanted to have --

18          you know, we asked that Al-Haramain to

19          bring us something that they can, you

20          know, show the government permission,

21          and we received this letter from

22          Al-Haramain.

23   QUESTIONS BY MR. CARTER:

24          Q.    This refers to a specific

25   account at Al-Haramain.

1              Do you recall whether there was

2     any particular issue or concern with that

3     account?

4          A.    No, I don't recall.

5          Q.    And --

6          A.    Maybe -- maybe this is the main

7     account for them.  I'm not sure.

8          Q.    And do you know how it came to

9     be that the Deputy Minister of Islamic

10    Affairs was the one who wrote to you to

11    confirm it was okay to keep that Al-Haramain

12    account open?

13              MR. CURRAN:  Objection.  Lack

14         of foundation.

15              THE WITNESS:  So the question

16         was why he send this letter or --

17    QUESTIONS BY MR. CARTER:

18         Q.    Yeah, why it came from him.

19         A.    Because he's the deputy

20    minister.

21              (Al Rajhi Exhibit ARB 37 marked

22         for identification.)

23    QUESTIONS BY MR. CARTER:

24         Q.    Okay.  And if we can mark as

25    the next exhibit a document at Tab 9.

1        And, Mr. Al Rajhi, this is,

2    again, another document Al Rajhi Bank

3    produced in discovery dated September 26,

4    1998, again from then Deputy Ministry of

5    Islamic affairs, Al ash-Sheikh, and addressed

6    to the Director General of Al Rajhi Bank &

7    Investment Corp.

8        And again, at this time, that

9    was you, right?

10        A.    Which date do we have?  2000,

11    yes.  Sorry, what's the year we have here?

12        Q.    The year is 1998.

13        A.    '98, yes, this is -- I am the

14    general manager.

15        Q.    Okay.  And so this letter was

16    addressed to you, correct?

17        A.    Yes, this is addressed to me.

18        Q.    Okay.  And in the -- in the

19    signature line for Deputy Minister of Islamic

20    Affairs, Saleh bin Abdul-Aziz bin Mohamed Al

21    ash-Sheikh, he refers to himself as the

22    general supervisor of the Al-Haramain Islamic

23    Foundation.

24        Do you see that?

25        A.    Yes, I see it.

1     Q.     And is it your understanding

2     that he was the general supervisory of

3     Al-Haramain at the time he sent this letter?

4     A.     Well, this is what I -- you

5     know, this is what he put in his letter that

6     he's the general supervisor for Al-Haramain.

7     Q.     And the letter was sent to you

8     on letterhead from the Al-Haramain general

9     supervisor's office, correct?

10    A.     Yes, this letter from

11    Al-Haramain general supervisor.

12    Q.     And the subject matter of the

13    letter is a request to transfer nine accounts

14    into the name of Al-Haramain Islamic

15    Foundation.

16           Do you see that?

17    A.     Yeah, he's told -- he's saying

18    we're transferring the accounts of

19    Al-Haramain attached statements, which are

20    nine accounts in the name of Al-Haramain

21    Islamic Foundation.

22           So, yes.  So he has a number of

23    accounts which is -- which is he wants to

24    transfer it to the name of Al-Haramain.

25    Q.     Okay.  And so he's writing to

1    request that the bank take action with regard

2    to certain accounts for Al-Haramain, correct?

3         A.     Yes.

4         Q.     And in the letter he advises

5    that the signatory authority for the accounts

6    should be limited to persons authorized by

7    Director General Sheikh Aqeel bin Abdulaziz

8    Al-Aqil.

9              Do you see that?

10        A.     Yes.  Yes.

11        Q.     So in this letter, you agree

12   that then Deputy Minister Al ash-Sheikh is

13   representing himself to be the general

14   supervisor of Al-Haramain and providing

15   direction to you concerning activities to be

16   undertaken as to Al-Haramain's banking

17   accounts, correct?

18        A.     Yeah, his letter was -- is

19   saying that we will -- you know, you open

20   these accounts and the directors who can sign

21   this are -- that's what the letters say.

22        Q.     So the letter is saying, I'm

23   the general supervisor of Al-Haramain, and I

24   want you to do some things with regard to

25   these nine accounts, correct?

```
 1          A.      Yes.

 2          Q.      Okay.  And turning to the

 3     attached pages that describe the accounts.

 4     Is it -- is it your understanding that there

 5     were nine accounts that had been opened in

 6     the name of individual persons and then

 7     Al-Haramain was asking them to be transferred

 8     into the name of Al-Haramain?

 9               MR. CURRAN:  Objection as to

10          form.

11               THE WITNESS:  I just see it

12          here.

13               You said -- no, it did not.  It

14          did not say this here, these

15          individual accounts.  This is the

16          Haramain accounts.

17     QUESTIONS BY MR. CARTER:

18          Q.      Okay.  Just -- do you recall

19     whether you were involved in facilitating the

20     request made in this letter?

21          A.      No, most -- these things

22     normally doesn't come to me.  It would be

23     done by the -- by the letter -- the relevant

24     people.

25          Q.      So you were -- you were a bit
```

1    senior, I take it, to be receiving requests

2    to change the names of accounts?

3         A.    Yes, normally changing

4    accounts, this will not come to me.

5         Q.    Why is it that the minister

6    of -- or deputy Minister of Islamic Affairs

7    thought it appropriate to write to you?

8         A.    I don't --

9              MR. CURRAN:  Objection as to

10        form.

11             You may answer.

12             THE WITNESS:  Yeah, I don't

13        know, you know.  Maybe -- maybe

14        because of the title he has he thinks

15        he like to write to me as the general

16        manager, but I don't know.

17             But it's normal, you see

18        sometimes letter -- many letter, you

19        know, being addressed by different

20        customers, this is not to -- what they

21        believe the top man of the

22        organization.  But this doesn't mean

23        that it will be handled by the GM or

24        the chairman of the board.  It will be

25        handled by the right department.  Even

```
1              that has been said.

2                   That's not unusual for

3          customers or -- you know, they do this

4          kind of things.  So maybe they want to

5          get more attention.  Maybe this is --

6          I don't know.  Could be another

7          reason.

8   QUESTIONS BY MR. CARTER:

9          Q.    Okay.  Do you recall when you

10  had any conversations or communications with

11  the deputy minister during this time period

12  indicating that he should write you in

13  relation to Al-Haramain?

14         A.    No.

15         Q.    Activity at the bank?

16         A.    No.

17              (Al Rajhi Exhibit ARB 38 marked

18         for identification.)

19  QUESTIONS BY MR. CARTER:

20         Q.    If we can mark as the next

21  exhibit the document at Tab 4.

22              And this is an October 17, 1997

23  letter also produced by Al Rajhi Bank.  And

24  again, this is a letter from the deputy

25  Minister of Islamic Affairs, Saleh bin
```

```
 1    Abdul-Aziz bin Mohamed Al ash-Sheikh,

 2    correct?

 3         A.     Yeah.  Can I see the Arabic

 4    maybe?

 5         Q.     Sure.

 6         A.     Yeah, sorry, what was the

 7    question?

 8         Q.     Okay.  This is a letter from --

 9    also from Deputy Minister Al ash-Sheikh?

10         A.     Right.

11         Q.     And this one issues on the

12    letterhead of Ministry of Islamic Affairs,

13    correct?

14         A.     The letterhead, yes, it has the

15    Ministry.

16         Q.     And in the signature line, the

17    deputy minister, again, refers to himself as

18    the general manager of the Al-Haramain

19    Islamic Foundation?

20         A.     Yeah, that's what's being put

21    in this letter.

22         Q.     And he additionally says in

23    this letter that Al-Haramain Islamic

24    Foundation is "working under our

25    supervision."
```

1                    Do you see that?

2          A.      Yes.

3          Q.      And when he says "working under

4    our supervision," do you mean -- do you

5    understand him to have meant the supervision

6    of the Ministry of Islamic Affairs?

7          A.      And I think, yes, this is --

8    for me, it looks like it's the supervision of

9    the ministry itself.  I mean, I don't know.

10   I cannot -- I cannot confirm this, but it

11   could be this meaning.  It could be other

12   meaning.  It's not clear, you know, words for

13   me.  I cannot give a definite answer.

14         Q.      As the bank obviously somehow

15   received this letter and as a recipient, do

16   you agree the bank's understanding would have

17   been that Al-Haramain was working under the

18   supervision of the Ministry of Islamic

19   Affairs?

20               MR. SHEN:  Objection to form.

21               THE WITNESS:  Mr. Carter, this

22          letter is not -- is not being sent to

23          the bank.  This is maybe the bank --

24          it's being sent to the passport

25          office.

```
 1    QUESTIONS BY MR. CARTER:

 2         Q.    I see that, and I wanted to ask

 3    you a question about that.

 4               Do you understand how this came

 5    to be in the possession of the bank?

 6         A.    No, I don't -- no, I don't -- I

 7    did -- yeah, this must -- most likely is

 8    being given by Haramain to -- you know, to

 9    the bank.  They wanted the bank to know that

10    they are -- you know, they are -- they have

11    the permission from Ministry of Islamic to

12    operate.  That's -- that's what it come in my

13    mind.

14         Q.    And do you -- is there any way

15    to tell from the document when the bank

16    received this letter?

17         A.    I see the dates in the

18    signature, 18/6 and 16/6.  So that's --

19    according to Hijri, October 1997.

20         Q.    Well, that's when the letter

21    was sent --

22         A.    Yeah.

23         Q.    -- to the director of the

24    Riyadh Passports Administration.

25               Is there any marking on the
```

1    letter that tells you when it came into the

2    possession of Al Rajhi Bank?

3         A.    No, I don't see it.

4         Q.    Do you know whether there was

5    ever any effort by employees at the bank

6    subsequent to September 11, 2001, to request

7    that Al Rajhi Bank provide earlier

8    correspondence documenting its relationship

9    with the Ministry of Islamic Affairs?

10        A.    What do you mean by the

11   documenting the relationship?  I don't

12   understand, please.

13        Q.    Do you know whether anyone went

14   to Al-Haramain after 9/11 from the bank to

15   request that Al-Haramain to provide copies of

16   earlier documents that would show that the

17   bank was operating with a permit and

18   supervised by the Ministry?

19        A.    I'm not aware of anyone of the

20   bank agrees there or not.

21             (Al Rajhi Exhibit ARB 39 marked

22        for identification.)

23   QUESTIONS BY MR. CARTER:

24        Q.    And if we can mark the next

25   exhibit the document at Tab 5.

1               This is another document that I

2     am provided in discovery, and I understand

3     it's an Al Jazeera Arabic news article

4     relating to the employment of Deputy Minister

5     Al ash-Sheikh as general supervisor of

6     Al-Haramain.

7               Do you -- do you know how this

8     article came into the possession of Al Rajhi

9     Bank?

10         A.     I need to look at it.

11               So this is -- what's the date

12    here?

13         Q.     It's a 1997 article.

14         A.     Yes.  Yeah.  Okay.

15         Q.     And you had a chance to look at

16    it?

17         A.     Yes.

18         Q.     And do you agree that the

19    article discusses the assignment of deputy

20    Minister of Islamic Affairs Al ash-Sheikh to

21    supervise Al-Haramain Foundation?

22         A.     Yeah, this is what the article

23    say, that, you know -- that's what the

24    article say.

25         Q.     And --

1          A.     Let me just scroll.  You know,

2     so he talking here, he's the deputy minister.

3     Yeah, then he said, yeah, according to this

4     article, that he said he has been assigned to

5     a supervise Al-Haramain.  That's what --

6          Q.     And again, do you know -- do

7     you know how this article came to be in the

8     possession of Al Rajhi Bank?

9          A.     No, I don't know.  I'm actually

10     surprised -- no, I didn't know how it get to

11     the bank.

12          Q.     Did the bank have any protocol

13     in place during the 1997 time period to

14     collect media articles concerning prominent

15     depositors?

16          A.     Well, I --

17               MR. CURRAN:  Objection as to

18          form.  Lack of foundation.

19               You may answer.

20               THE WITNESS:  Yeah, you know, I

21          think the bank normally, you know,

22          it's a good practice, any -- any news

23          information about customer, then, you

24          know, you -- you keep it to the

25          customer file.  So this must be coming

```
 1        from that.

 2   QUESTIONS BY MR. CARTER:

 3        Q.     This is -- I think you're

 4   correct, that this is likely from the

 5   customer information file.

 6               Is that -- is that your

 7   expectation based on the way the bank

 8   maintains records?

 9        A.     Yes.  Yeah, that's my

10   expectation of it.

11               (Al Rajhi Exhibit ARB 40 marked

12        for identification.)

13   QUESTIONS BY MR. CARTER:

14        Q.     And if we can mark as the next

15   exhibit, the document at Tab 6.

16               And this is a 1999 circular to

17   all government administrations, centers,

18   companies and banks that was produced by

19   Al Rajhi Bank dated June 1, 1999.

20               Do you see that?

21        A.     Yeah.  This is coming from --

22   from Yanbu, governor of Yanbu, yes.

23        Q.     Okay.  This is a letter from

24   the governor of Yanbu, Ibrahim bin Shakhbut

25   al Sultan, correct?
```

1    A.    Yes.

2    Q.    And the letter issued on the

3    letterhead of the Ministry of Interior,

4    correct?

5    A.    Yeah, well, from Medina --

6    Medina, you know, governor of Medina which is

7    Yanbu, a town in Medina.  But it went to

8    Ministry of Interior because all -- all

9    different governors report to the Ministry of

10    Interior.

11         But this is from Yanbu, Yanbu,

12    on behalf -- Yanbu -- it does say.  I don't

13    know for sure, but it's Yanbu is part of the

14    Medina district, so this is from their mayor

15    or whatever you call it.

16    Q.    And this concerns the opening

17    of an Al-Haramain Foundation office in that

18    province, correct?

19    A.    Yes, this is talking about

20    opening a branch in Yanbu city.

21    Q.    And in the letter the governor

22    of the province represents the Foundation is

23    supervised by Deputy Minister of Islamic

24    Foundation, Endowments, Da`Wah and Guidance,

25    His Eminence Sheikh Saleh bin Abdul-Aziz Al

1    ash-Sheikh, correct?

2         A.     Yeah, that's what he said in

3    his letter.

4         Q.     And the governor of Yanbu at

5    this time in June of 1999 closes by asking

6    recipients to please cooperate with the

7    Foundation in everything concerning -- that

8    serves the common good, correct?

9         A.     Yes.

10        Q.     And what, if any, significance

11   would Al Rajhi Bank have ascribed to that

12   request in the 1999 time period?

13        A.     What Al Rajhi did with this

14   letter?

15        Q.     Yeah, what would be the

16   significance of this letter from the bank's

17   perspective?

18        A.     I think -- I think they just --

19   this is opening account for this branch in

20   Yanbu with Al Rajhi bank with that branch, I

21   would assume.  Again, I can't recall, but

22   that's what could be.

23        Q.     Did you know Governor Ibrahim

24   bin Shakhbut al Sultan during this time

25   period?

```
 1        A.      No, I don't know him.

 2               (Al Rajhi Exhibit ARB 41 marked

 3        for identification.)

 4    QUESTIONS BY MR. CARTER:

 5        Q.      And finally on this topic, can

 6    we mark the letter at Tab 8.

 7               Again, this is a letter that

 8    Al Rajhi Bank produced to us dated June 7,

 9    1999, from the Prince of Tabuk, Fahd bin

10    Sultan Abdul Aziz and addressed to His

11    Eminence Sheikh Abdulaziz bin Mohamed Al

12    ash-Sheikh, deputy Minister of Islamic

13    Affairs and General Supervisor of Al-Haramain

14    Islamic Foundation.

15               Do you see that?

16        A.      Sorry, this is a letter from

17    where?  From -- I can't read here in --

18    ministry of -- I can't -- I can't see -- it's

19    a court.  Maybe this is coming from Supreme

20    Court in Tabuk.  And the top there is

21    Ministry, but illegible.  What does that mean

22    by "illegible"?

23               MR. CURRAN:  That means that

24        the translator couldn't figure out

25        what it said.
```

```
 1                  THE WITNESS:  Okay.  Okay.

 2          They could not find.  So they said in

 3          Supreme Court -- I can't read it on

 4          here, but here in English, I can see

 5          Supreme Court in Tabuk.

 6                  And this is being sent to

 7          Abdul-Aziz bin Mohamed Al ash-Sheikh.

 8          So this is what -- we're talking about

 9          different individual here?

10   QUESTIONS BY MR. CARTER:

11          Q.     The author --

12          A.     I --

13          Q.     So it's addressed to the deputy

14   Minister of Islamic Affairs and General

15   Supervisor of Al-Haramain, correct?

16          A.     Yes.  No, I don't know

17   because -- sorry, the name -- the name is not

18   correct.  Abdul-Aziz, not correct.

19          Q.     And it looks like someone

20   potentially left out the Saleh bin

21   Abdul-Aziz, correct?

22          A.     It could be.

23          Q.     Okay.  But again, this is a

24   letter indicating that an official of the

25   Ministry of Islamic Affairs is also the
```

1  general supervisor of Al-Haramain?

2       A.    Yeah, that -- again, here --

3  yeah, that is this title.

4       Q.    And this came from Prince of

5  Tabuk, Fahd bin Sultan Abdul Aziz.

6            Do you know who that is?

7       A.    This is -- no, I can't --

8  Prince of Tabuk.  So this must be -- yeah,

9  this is -- yes.  Well, here it's Prince Fahd

10  bin Sultan Abdul Aziz.  He's Tabuk -- Prince

11  of Tabuk, head of Tabuk affairs.

12       Q.    Okay.  So this came, as you

13  understand it, from the head of the

14  governance in Tabuk, correct?

15       A.    Yeah.  Well, this is what

16  suggests this letter.  You know, this is --

17  if this is accurate -- if it is correct, this

18  is what's written here.

19       Q.    And you -- again, do you have

20  any understanding how this came to be in

21  Al-Haramain's files or when it came to be --

22  or I'm sorry.

23            Do you have any understanding

24  of how this came to be in the bank's files

25  or --

1          A.    No, I don't know.  This is, it
2     seems, you know, a letter sent to the
3     prince -- but I don't know how it came to the
4     file -- came to the bank files.  So it seems,
5     you know, our branches or something they get
6     a copy of this and they want to keep it in
7     the customer file.
8          Q.    But based on all of those
9     documents, do you agree it would have been
10    the understanding of Al Rajhi Bank that the
11    deputy Minister of Islamic Affairs at that
12    time was the general supervisor of
13    Al-Haramain?
14               MR. SHEN:  Objection to form.
15               THE WITNESS:  Yeah, again, I'm
16          not in a position to agree or not
17          agree, but what I can say that all the
18          letter -- you know, the letter came to
19          us, had that title.
20               Now, what does it mean for
21          them, it's not -- I cannot -- I think
22          they should speak to themself.
23               MR. CARTER:  Chris, can we take
24          just maybe a two- to five-minute
25          break?

```
 1                    MR. CURRAN:  Sure.

 2                    MR. CARTER:  Okay.

 3                    VIDEOGRAPHER:  Off the record.

 4          6:04 p.m.

 5           (Off the record at 6:04 p.m.)

 6                    VIDEOGRAPHER:  On the record.

 7          6:12 p.m.

 8                    (Al Rajhi Exhibit ARB 42 marked

 9          for identification.)

10     QUESTIONS BY MR. CARTER:

11          Q.     Mr. Al Rajhi, we've been

12     speaking a bit about the bank's interactions

13     with Al-Haramain Islamic Foundation.

14                    And if we can, I would like to

15     mark as the next exhibit the document at

16     Tab 22.

17          A.     The Arabic.

18                    Yes, I see it here.

19          Q.     Okay.  And again, this is a

20     document produced to us by Al Rajhi Bank, and

21     it appears to be a letter from the Director

22     General of Al-Haramain, Aqeel Al-Aqil,

23     addressed to you.

24                    Is that correct?

25                    MR. CURRAN:  Objection as to
```

```
 1          form.

 2                  You may answer.

 3                  THE WITNESS:  Yes.  Yeah, the

 4          general manager of Al Rajhi Bank,

 5          which is me at that time.

 6   QUESTIONS BY MR. CARTER:

 7          Q.     And the date of this letter is

 8   September 9, 1999, correct?

 9          A.     Yes, that's what I see it in

10   the translation.

11          Q.     And the subject matter of this

12   letter is a request to transfer an account at

13   Al Rajhi Bank into the name of Al-Haramain

14   Islamic Foundation instead of being under the

15   name of the Office Director Sheikh Zayd bin

16   Mohamed al Harithi.

17                  Do you see that?

18          A.     Yes, I see it.

19          Q.     First, do you understand or

20   have any understanding why Al-Haramain

21   Director General Aqeel Al-Aqil addressed this

22   letter to you?

23                  MR. CURRAN:  Objection as to

24          form.

25                  You may answer.
```

```
 1              THE WITNESS:  I think this is
 2         the same one before.  Normally this
 3         doesn't come to my office.  I don't
 4         handle it.  Go to the branch most
 5         likely or will be someone in the head
 6         office send directly to the branches.
 7              And as I maybe said before, you
 8         know, it's not usual for many
 9         customers when they write a letter,
10         you know, they write to the top
11         person, executive, at that
12         organization.
13    QUESTIONS BY MR. CARTER:
14         Q.    I'm sorry, do you think it was
15    common for routine customers --
16         A.    No.  No, I wouldn't say common
17    or routine.  I'm saying it's not unusual to
18    see some customers they do that, but I
19    wouldn't say it's common.
20         Q.    Did you know Aqeel Al-Aqil
21    during this time period, 1998 to 2002?
22         A.    No, I didn't know him.
23         Q.    Do you recall whether you ever
24    had occasion to meet him at any point at the
25    end of 2002?
```

1          A.     No, I didn't.  Even if I see

2     him now, I don't know him, so I don't know

3     even now how he looks.

4          Q.     Do you recall -- do you recall

5     whether your father Sulaiman al Rajhi knew

6     Aqeel Al-Aqil during this time period?

7          A.     Well, let me -- for me as I

8     said, you know, I didn't -- I didn't recall

9     that we say, use this word -- and for my

10    father, I'm not aware if he knows him or not.

11         Q.     And I'm sorry, do you recall

12    whether or not you had any occasion to meet

13    him prior to this time period?

14         A.     I --

15              MR. CURRAN:  Objection as to

16         form.

17              THE WITNESS:  No, I don't

18         recall.

19    QUESTIONS BY MR. CARTER:

20         Q.     But in this case, he does

21    address his letter to you relating to the

22    name change for this account, correct?

23              MR. CURRAN:  Objection as to

24         form.

25              You may answer.

```
 1              THE WITNESS:  Yeah, the letter
 2         here is being sent to me, right.  But,
 3         again, mostly like -- not most likely.
 4         Normally I don't see these kind of
 5         requests.  It doesn't come to my
 6         office, to my attention.
 7    QUESTIONS BY MR. CARTER:
 8         Q.    And if it were addressed to
 9    you, do you know whether or not you would
10    have actually read this letter?
11         A.    No, if it doesn't come to my
12    office.  Because as I said, again, you know,
13    I -- I don't -- I now see the letter, but I
14    don't recall anything about it.
15              But if this letter comes --
16    goes to the branch, for example, the branch
17    would send it to his supervisor and deal with
18    it rather than he send it to me or his
19    supervisor.  He doesn't need to send it to
20    me.  He just deal with it in the right level
21    in the organization.
22              So this doesn't -- this doesn't
23    mean me as the general manager to do anything
24    about it.
25         Q.    At the -- near the bottom of
```

1    the letter, there is a fax masthead.

2            Do you see that?

3        A.    So it was this fax, yeah.  It

4    looks.

5        Q.    And --

6            MR. CURRAN:  Objection as to

7        form.

8            You may answer.

9            THE WITNESS:  So what's the

10       question?

11   QUESTIONS BY MR. CARTER:

12       Q.    Can you move down further on

13   the version up here?

14            Okay.  And can you highlight

15   there what I understand to be a fax

16   transmittal?

17       A.    Yes.

18            MR. CURRAN:  Look at the

19       original Arabic because it's got more

20       than is shown on the translation.

21            THE WITNESS:  Yeah.

22   QUESTIONS BY MR. CARTER:

23       Q.    Do you recognize the fax number

24   that appears at the bottom of this?

25       A.    No, I don't recognize it.

1     Q.     Okay.  And on the basis of this

2     letter -- I'm sorry, there are various cc's

3     on the letter, the Taif Office for follow-up,

4     interior committee, financial affairs and to

5     the office in Emad.

6            Do you see those?

7     A.     Yes, I see it.

8     Q.     Okay.  And are those internal

9     Al Rajhi Bank notations?  Or are those

10    Al-Haramain notations?

11    A.     This, for me, it looks like

12    these could be for different -- for

13    Al-Haramain Foundation, not for the bank.

14    Q.     And on the face of this letter,

15    it indicates that there is an account at the

16    bank under the name of an individual that is

17    being changed to the name of the Foundation.

18           Correct?

19    A.     Yeah, I think from what I read

20    here, they -- you know, the Foundation wanted

21    to transfer account from name of individual

22    to the name of Al-Haramain.

23    Q.     And during this time period,

24    would it have been proper for Al-Haramain to

25    be conducting business through an account

1    held in the name of an individual person?

2              MR. CURRAN:  Objection as to

3         form.  Lack of foundation.

4              You may answer.

5              THE WITNESS:  Yeah, this is --

6         I don't know about it.  This is

7         Al-Haramain, the way they do their

8         things.

9              But -- but, I mean, they have

10        the -- but I think from the bank point

11        of view, this is coming to the bank,

12        you know, the -- the name of the

13        individual and the charity say, we

14        want to change this account from

15        individual account to charity account.

16        So I think the bank, what normally

17        would do will apply its own protocol

18        and controls and get whatever

19        documentation they need.

20             And -- and if -- you know, in

21        order to transfer you, he would have

22        applied his external controls so he

23        needs to be normally, I would assume,

24        checked by maybe the legal department

25        and also some authority to approve it.

```
 1              And, you know -- and in this
 2         case, you know, as you know if I
 3         know -- if someone came to me and said
 4         that, okay, I'll come to the bank
 5         saying, I want to change from --
 6         account from individual to charity, I
 7         think this is -- this is -- means
 8         that, you know, you have more control
 9         under account when it's a charity
10         rather than it's in an individual
11         name.
12    QUESTIONS BY MR. CARTER:
13         Q.    And just as a general matter,
14    though, during this time period based on your
15    understanding of the protocols in place at
16    the bank, would it have been appropriate for
17    Al-Haramain to operate an account that was
18    held in name of one of its individual
19    officials rather than in the name of
20    Al-Haramain itself?
21              MR. CURRAN:  Objection.  Lack
22         of foundation.
23              You may answer.
24              THE WITNESS:  Yeah, again, you
25         know, this is Al-Haramain.  And for
```

```
 1          me, of course, if we knew at that time
 2          they come with that account for
 3          Al-Haramain, we wouldn't accept that
 4          to be opened in the name of the
 5          individual.
 6               So as a bank, you know, we
 7          would -- you know, we would -- we
 8          would not open account for individual
 9          if we know it's not for something.
10               But if he comes to me both to
11          say, I want to change this account now
12          to a charity, this is where, you know,
13          we -- we -- we check it, we --
14          normally the bank would have higher
15          authority approval, and this is --
16          give us more monitoring and control
17          for the activity in this account if it
18          is in the name of the charity than if
19          it is in the name of an individual.
20     QUESTIONS BY MR. CARTER:
21          Q.    And if the bank received notice
22     during this time period that Al-Haramain was
23     operating accounts in the name of individual
24     persons, based on your understanding of the
25     bank's protocols, what should have been done?
```

```
1              MR. CURRAN:  Objection as to

2         form.

3              You may answer.

4              THE WITNESS:  Yeah, you know,

5         the -- you know, the bank, you know,

6         it deals with the request of the

7         customer and deal with it and try to

8         correct it.  That's -- the bank just

9         wants to make sure if this is -- you

10        know, if he knows about it since now

11        this letter came, I would assume --

12        because again, these things I don't

13        see it normally.  This is seen by the

14        legal department, by higher authority,

15        and they would do the right, you know,

16        protocol to do this.

17             But, again, if -- if we know

18        about it, our responsibility or our

19        job to make sure that this is -- you

20        know, we make the change after making

21        sure that all -- you know, all the

22        paper are signed by both the

23        individual, by the charity, by -- and

24        then protecting the customers,

25        protecting the bank and then, you
```

```
1          know, we will -- and then of course we
2          will apply what needed to be apply in
3          controlling the charity or monitoring
4          the charity account.
5               (Al Rajhi Exhibit ARB 43 marked
6          for identification.)
7    QUESTIONS BY MR. CARTER:
8         Q.    If we can mark as the next
9    exhibit the Document Number 20.
10             And this is another letter from
11   Aqeel Al-Aqil addressed to you by title just
12   about a month later on October 13, 1999.
13             Do you see that?
14        A.    So -- yes, yeah.  This is
15   similar to the other one.
16        Q.    Okay.  So this is -- you agree
17   this is another instance where Al-Haramain is
18   asking for an account that's held in the name
19   of individual people to be changed into the
20   name of Al-Haramain, correct?
21        A.    Yes, this is correct.
22        Q.    And again, given that this is
23   the second request of this nature within a
24   month, you know, what in your view should the
25   bank have done in response to these
```

1    communications indicating that Al-Haramain

2    was using accounts in the name of

3    individuals?

4              MR. CURRAN:  Objection as to

5         form.

6              You may answer.

7              THE WITNESS:  You know, again,

8         you know, I don't know about the

9         details of these things.  You know,

10        I'm not familiar with -- with these,

11        but I don't know.  It could be.  I'm

12        not saying this is the case, but it

13        could be the bank, you know, not just

14        some -- some -- if this is coming at

15        the same time.  Some charity or some

16        activities in these accounts and the

17        bank who approached Al-Haramain and

18        said, you know, this need to be

19        corrected.

20             And I'm not saying this is the

21        case because I didn't know about it, I

22        haven't seen it.  But the bank, that's

23        what's their job, you know, if they

24        see an account which is not -- you

25        know, approach the customer and they

```
1          ask him to do -- to correct it and

2          make it in the name of the charity.

3                 And as I said before, you know,

4          we -- we apply the best compliance.

5          We -- we have our own monitoring for

6          the account and find anything

7          suspicious, that actually we report

8          it.

9                 You know, this -- you know, you

10         see -- but at the same time, I'm not

11         in a position, you know, to go and to

12         close charity account without getting

13         approval from SAMA.

14                So that's -- you know, so for

15         me, you know -- you know, when they

16         see these things, I can't talk to the

17         client, I can't ask them to go and

18         change.  Maybe I can't report it in

19         some cases.  Again, I don't know

20         what's happened in this case because

21         I'm not aware of the details, and I

22         just believe myself it could be --

23         now, when I see these two things

24         happening that close to each other, it

25         could be -- it could be -- I'm not
```

```
 1          saying this is the fact.

 2              This is the bank who -- who

 3          approached Al-Haramain that said, you

 4          know, you need -- you need to collect

 5          it and the bank received this letter

 6          as a -- as a response to the bank

 7          request.

 8   QUESTIONS BY MR. CARTER:

 9          Q.     You do agree with me, though,

10   that it would be -- it was improper under the

11   bank's own regulations for Al-Haramain to be

12   operating accounts that were -- using

13   accounts held in the name of individual

14   people to carry out its financial activities?

15              MR. CURRAN:  Objection --

16              THE WITNESS:  Yeah.

17              MR. CURRAN:  -- to the form.

18          Lack of foundation.

19              THE WITNESS:  Yeah, I agree

20          with you, but, again, what can I do as

21          a bank?  It's talking to the client,

22          you know, and trying to fix it and

23          rectify it.  That's what the bank

24          would do.  Because that's what --

25          that's in my hand to do with the
```

```
 1          client.  So -- which is, again, I'm

 2          not sure if the bank did it or not.

 3          As I said, I'm not aware of what did

 4          happen.

 5               If we know about something like

 6          this, then we will -- you know, we

 7          will go on to the -- to the Foundation

 8          to ask them to rectify it.

 9               (Al Rajhi Exhibit ARB 44 marked

10          for identification.)

11   QUESTIONS BY MR. CARTER:

12       Q.    If we can mark as the next

13   exhibit Number 24.  This is another internal

14   letter concerning this account name change

15   request.  Again, it was produced by the bank.

16   It's from the director of Al Arbaeen -- Al

17   Arbaeen Street Branch to the head of legal

18   affairs and dated November 13, 1999.

19               Do you see that?

20       A.    Yes.  So this also confirm what

21   I said, the letter, they send it to my name.

22   It was -- it went to the branch, and the

23   branch acted on that letter even as -- you

24   know, addressed to the general manager and to

25   the legal department asked their -- for their
```

```
1     guidance.
2         Q.    So is your understanding that
3     the request submitted in the letter addressed
4     to you concerning this account ███000/7 was
5     referred to the branch manager, correct?
6              MR. CURRAN:  Well, objection as
7         to form.
8              You may answer.
9              THE WITNESS:  Yeah, I'm just
10         saying that I assume from the name
11         here, I did not check, you know, the
12         account number here, but I assume it's
13         the same one, we have seen it before,
14         the same account.  And that account,
15         what you showed you before, a letter
16         came, you know, from Al-Haramain this
17         to the general manager.  And now I see
18         who has acted on this letter is the
19         branch manager.
20              So my understanding that, you
21         know, this letter was in the branch
22         and the branch, you know, based on
23         this letter, okay, is sent to the head
24         of legal department.
25
```

```
 1    QUESTIONS BY MR. CARTER:

 2         Q.     And by sending the letter, he's

 3    asking for the opinion of the legal

 4    department about the request to change

 5    account ▌000/7 from the name of these

 6    individuals into the --

 7         A.     Right.

 8         Q.     -- name?

 9         A.     Right.

10         Q.     You know, and on the basis of

11    that, do you agree that this name change

12    initiative did not happen at the urging of

13    the bank but instead was initiated by

14    Al-Haramain?

15         A.     Yes, I agree with you.

16         Q.     And in the closing paragraph --

17    the second to last sentence of the letter,

18    the director of the Al Arbaeen Street Branch

19    notes that "the clients are recognized for

20    their charity work and commitment and

21    Al-Haramain Islamic Foundation is a

22    distinguished client to the company's branch

23    number 161 in Riyadh."

24              Do you see that?

25         A.     These clients are recognized
```

1    for their charity and commitment, and that

2    Al-Haramain -- yes, I see it.

3           Q.     Okay.  And he includes that in

4    the concluding section of the letter

5    requesting the legal department's views on

6    whether or not the name change request can be

7    facilitated, correct?

8           A.     Right.

9                  (Al Rajhi Exhibit ARB 45 marked

10          for identification.)

11   QUESTIONS BY MR. CARTER:

12          Q.     And if we can turn to the next

13   exhibit we'll mark at Tab 25.  This is an

14   additional letter relating to this same

15   account dated November 16, 1999, that is

16   written by the head of legal affairs, Soliman

17   bin Mohamed al Rishan on November 18, 1999.

18                 Correct?

19          A.     Just I want to read to -- in

20   that case.

21                 Yes.

22          Q.     Okay.  And the opinion of the

23   head of legal affairs is that under the

24   manual, the normal protocol if the client

25   wants to change the name of an account from a

```
 1    personal account to a legal person's account,

 2    is to close the old account and open a new

 3    account.

 4              Correct?

 5         A.    Yes.

 6         Q.    And so Al-Haramain was seeking

 7    a departure from the bank's normal protocols

 8    in this circumstance, correct?

 9              MR. CURRAN:  Objection as to

10         form.

11              You may answer.

12              THE WITNESS:  So what was the

13         second point?

14    QUESTIONS BY MR. CARTER:

15         Q.    Al-Haramain was requesting a

16    departure from the normal procedure for

17    transferring an account in the name of a

18    person into a legal entity?

19         A.    No, I wouldn't call it a

20    departure, departure from the client.  You

21    know, it's -- you know, some clients, even

22    individuals sometimes, will be -- they want

23    to -- they want to change and keep the same

24    account for whatever reason.

25              So, you know -- so there is
```

1    two problems.  The way I see it, you know,

2    the data -- the way that close and open

3    account, but if the customer wanted to have

4    the same number account, this protocol been

5    explained here by the legal department that

6    could be applied to do that.

7                    (Al Rajhi Exhibit ARB 46 marked

8         for identification.)

9    QUESTIONS BY MR. CARTER:

10        Q.    If we can mark as the next

11   exhibit the document at Tab 28.

12                    And this is another letter from

13   Aqeel Al-Aqil dated September 10, 2000.  This

14   one is directed to the branch director, and

15   it concerns changing four accounts that are

16   held in the name of individual persons to

17   Al-Haramain accounts.

18                    Do you see that?

19                    MR. CURRAN:  Objection as to

20        form.

21                    You may answer.

22                    THE WITNESS:  Yeah, I see --

23        I'm not sure about, but I see -- I

24        don't know about account because

25        almost the same names.

1    QUESTIONS BY MR. CARTER:

2        Q.    The account numbers referenced

3    are different from the account number we've

4    been discussing, correct?

5        A.    Yeah, again, I don't remember

6    that, the number account, but they are the

7    same individuals having maybe more than one

8    account, if this is different account.  So

9    they're having more than one account, and

10   this is also to fix it another account.

11       Q.    So the prior letter concerning

12   the account ▌000/7 involving these

13   individuals, that request is submitted

14   October of 1999.

15           This is nearly a year later and

16   concerns the existence of four other accounts

17   in the name of those individuals and a

18   request to transfer those as well into the

19   name of Al-Haramain.

20           Do you agree?

21       A.    Yes.  Yes, I agree.

22           (Al Rajhi Exhibit ARB 47 marked

23       for identification.)

24   QUESTIONS BY MR. CARTER:

25       Q.    And if we can mark as the next

1    exhibit the document at Number 29.

2              This is another letter produced

3    by the bank dated August 8, 2001, and it

4    involves transferring another account into

5    the name of Al-Haramain Islamic Foundation.

6              Do you see that?

7    A.      Yes, I see it.

8    Q.      And the handwritten note

9    included on this document is directed to the

10   Director of Companies Branches in the Central

11   Region and indicates that our client, Sheikh

12   Aqeel bin Abdul-Aziz Al-Aqil wants to

13   transfer account number █/9666 from his name

14   to be named Al-Haramain.

15             Do you see that?

16   A.      Yes, I see it.

17   Q.      And so this is another request

18   for accounts held in the names of individual

19   people to be transferred to Al-Haramain now

20   in August of 2001, correct?

21   A.      Yes, it is correct.

22   Q.      So over the course of several

23   years, the documents the bank has produced

24   reflected there were numerous occasions in

25   which Al-Haramain represented to the bank

1     that accounts that were held in the name of

2     individuals should be transferred over to the

3     name of Al-Haramain, correct?

4                    MR. CURRAN:  Objection as to

5           form.  Lack of foundation.

6                    You may answer.

7                    THE WITNESS:  Yes.  I agree

8           that this is a number of accounts

9           being transferred to individual names

10          to -- to Al-Haramain.

11                   And again, you know, when

12          it's -- you know, when we know about

13          it, when they come, both, you know,

14          the individuals and the charity, to

15          the bank and then -- and telling the

16          bank, this is -- you know, this is --

17          these accounts are opened

18          individually.  Because we open account

19          individually, we cannot know whether

20          this -- you know, has to do anything

21          with Al-Haramain.

22                   So when he said, okay, now I'm

23          coming and they want to change it, the

24          bank -- the bank, you know -- the

25          responsibility in this case to

```
 1          apply -- it is the protocol if they
 2          want the customer to keep the same
 3          account, you know, asking or getting
 4          the right signature from, you know,
 5          both party.
 6              And again, this is -- you know,
 7          this is another way.  It's not taking
 8          charity names to individual names.
 9          It's taking individual accounts to
10          charity, which means that, you know,
11          there they will have -- be under more
12          control.
13              I agree that it's not the best
14          practice from Al-Haramain to start
15          with these individual names.  If it
16          was from day one, you know, for -- for
17          a charity account, but, again, the
18          bank, when we know about it, I think
19          what the bank did is the right thing
20          in terms of rectifying and correcting
21          these other things, keeping to the
22          individual accounts.
23      QUESTIONS BY MR. CARTER:
24          Q.    Well, do you know whether if
25      after receiving multiple requests of this
```

1    nature the bank ever took action to insist

2    that Al-Haramain close any accounts it was

3    using that were held in the name of

4    individuals and operate solely from accounts

5    in its formal name?

6         A.    I'm not -- I'm not -- I

7    don't -- I'm not aware about this.  I don't

8    know if this is also that the bank -- you

9    know, one individual has seen this.  You

10   know, this is -- if it comes -- if -- because

11   best of us -- coming and change account from

12   name to name, it is not something you see it.

13   It is not something, you know, you see it

14   here -- here we talk about individual to

15   charity.

16              But you will see a lot of

17   customers come to change from one name to a

18   different name, maybe from an individual name

19   to a company name or establishment name.

20              So of this type of request

21   coming, it's not unusual.  Now, there's five,

22   six cases or four cases, I don't know how

23   many cases for Al-Haramain over period of one

24   year to two years, does anyone in the head

25   office notice this is -- and, you know, and

1    for him, it seems, you know -- again, today

2    we have 21 million customer accounts.  Al

3    Rajhi Bank is taking over -- you know, more

4    than 40 percent of the transaction the bank

5    existed.  So really huge bank, big bank, big

6    bank.

7              But again, talking about

8    period, which is systems are not as accurate

9    and as helping as it is today.  So, you

10   know -- you know, what I can say, to the best

11   of my knowledge, the bank dealt with this

12   request not any different from getting it

13   from other customer's request to make a

14   change.

15        Q.    So you view the way that the

16   bank handled these requests from what you can

17   see as being consistent with the way the bank

18   operated generally?

19        A.    And I -- I think from what I

20   see from the legal department, it's -- the

21   bank prefer that, you know, close the

22   account, open an account.  But if a customer

23   said I want to change account from -- let us

24   say if I have an account in my name as

25   individual and I want this account to

1    continue but to be under a new company name

2    and they have formed my new company, from

3    what I can see, you can -- you can -- you can

4    ask -- you can -- you know, you can follow a

5    certain protocol the bank has and the certain

6    documents to be signed by both party and the

7    bank will -- will offer this service.  That's

8    a -- you know, this is 20 years.  I don't

9    know the details of it.  I'm not familiar how

10   it works because it doesn't come to me.  But

11   this is the way I can say when I see -- when

12   I talk about when I see it now.

13            (Al Rajhi Exhibit ARB 48 marked

14        for identification.)

15   QUESTIONS BY MR. CARTER:

16        Q.    And if we can mark as the next

17   exhibit the document at Tab 13.

18            This is, again, another

19   communication from Al-Haramain that was

20   produced by the bank, also from Aqeel

21   Al-Aqil.  This one is dated November 25,

22   2000, and appears to be addressed to you.

23            Is that correct?

24            MR. CURRAN:  Objection as to

25        form.

```
 1                    THE WITNESS:  Let me see it.
 2                    MR. CURRAN:  Withdraw that
 3          objection.  I see it's addressed to
 4          him by name.
 5                    THE WITNESS:  Okay.  Yes, I can
 6          see.
 7     QUESTIONS BY MR. CARTER:
 8          Q.    Okay.  And that's addressed to
 9     you by name, correct?
10          A.    Yes, this letter is in my name.
11          Q.    And, in fact, Aqeel Al-Aqil has
12     addressed this to you as the Honorable
13     Brother Abdullah bin Soliman al Rajhi,
14     correct?
15          A.    Yes, this is what he put in his
16     letter.
17          Q.    Isn't that familiar terminology
18     you're referring to?
19          A.    No.  I think he wanted to --
20     you know, his excellency, honorable brother,
21     I think it's -- you know, it's -- but it
22     doesn't -- no -- wait.  In English, it's not
23     like this.  In Arabic it's -- this is -- this
24     is -- I think it's a -- the translation is
25     not accurate.
```

```
 1          Q.     What do you think the
 2    appropriate translation is?
 3          A.     As I said, you know -- you
 4    know, his excellency, Abdullah is brother,
 5    okay, you know, in Arabic, you know, 'akh,
 6    you know, people address each other with the
 7    word of brother.
 8                 Okay.  So -- so this is -- he
 9    said, you know -- excellency, brother, His
10    Excellency.  I don't know.  I think, yes, no,
11    no.  I think it's just the same, but in
12    Arabic it was used as a normal.  Now here it
13    looks like, you know, recognition, but it
14    is -- so this is -- I think he wanted to send
15    then this very nicely, but again, this letter
16    doesn't come to me.  This is -- goes to
17    the -- normally come to the right department,
18    doesn't come to my office, and they deal with
19    it.
20          Q.     But, again, you know, in this
21    case, you know, he for some reason decided to
22    address it to you, correct?
23          A.     Yeah, he -- yeah, he decided
24    this one to address this one, yes.
25          Q.     And it concerns the opening of
```

1    a new account for Al-Haramain, correct?

2         A.    Right.  Yes.

3         Q.    And then there's handwriting

4    below.  That says, "Very urgent.  Please

5    approve opening the required account.

6    Kindest regards," and it's signed the

7    director of branches division, Dr. Mansour

8    bin Abdullah al Jarbu.

9              Do you see that?

10        A.    Yes.

11        Q.    Okay.  Who was Dr. Mansour bin

12   Abdullah al Jarbu at Al Rajhi Bank in this

13   time period?

14        A.    Well, from whatever -- here,

15   the director of branches division.  So

16   he's -- he's the director of the branches.

17        Q.    So is he in charge of all of

18   the branches?

19        A.    Yes, this would be charge --

20   but also he has a boss to report to, which is

21   deputy general manager.  So he's not -- you

22   know, he doesn't report to me directly.  He

23   report to someone between me and -- I mean,

24   there was -- there would be someone between

25   him -- between him and the -- and the general

```
 1    manager.  There would -- there's another

 2    individual with a title of deputy general

 3    manager.

 4         Q.    Okay.  But in terms of Dr. al

 5    Jarbu's role at this time, he was not the

 6    manager of a single branch; he had a role

 7    directing the branches in general, correct?

 8         A.    Yeah.  He's head office staff

 9    sitting in the head office, and he has

10    supervision for all the branches.

11         Q.    Okay.  And did he report to

12    your deputy?

13         A.    He report to my deputy, yes.

14         Q.    And did his normal day-to-day

15    responsibilities involve opening accounts?

16         A.    No, I'm not aware at that time

17    what exactly is his responsibility, but there

18    will be different people reporting to the

19    deputy general manager, you know.  This must

20    be dealing with a certain -- certain request

21    from the branches come to him.

22         Q.    And do you have any

23    understanding how this particular request

24    ended up being referred to him for action?

25         A.    Well, I think, again, the only
```

1    way I see it is the branch send a letter to

2    him because this is -- he sent it to the

3    branch manager.  So this letter either came

4    from the branch to him or came from someone

5    in the head office, including maybe my office

6    without I see it, you know, they just -- you

7    know, they just sent it to the right -- to

8    the proper -- the proper department to deal

9    with it.  And it came to his desk or the

10   customers are having, you know, approached

11   him directly.

12              So I didn't know how, you

13   know -- I wouldn't know that -- how -- you

14   know, there's thousands of things like this,

15   maybe happens every week and every day.  So

16   it would be difficult for someone to, you

17   know, guess what it could be, but it's

18   normal.  You know, they ask for open an

19   account, it could go to the branch, could

20   come to someone in the head office and then

21   he authorize them to open the account.

22              And also I didn't know -- and

23   sometimes goes to the branch directly.  So I

24   don't know in this case why, you know -- why

25   the head of the branch give this -- you know,

1    he dealt with it.

2           Q.    The text of the letter, as we

3    can see, is addressed to you as Brother

4    Abdullah bin Soliman al Rajhi, and on the

5    face we know that ensuing action was taken by

6    the director of the branches division,

7    Dr. Mansour bin Abdullah al Jarbu, correct?

8           A.    Yes, it is to me, and Jarbu has

9    dealt with it.  Yes.

10          Q.    And he describes the approval

11   for opening the required account is very

12   urgent, correct?

13          A.    For opening account, yes.  I

14   mean, this is -- again, if a customer -- if

15   someone called and want to open the account,

16   he will -- you know, he will move it toward

17   urgent.  You know, customers want the account

18   to be opened.

19               So I -- you know, I -- I didn't

20   think this is, you know -- because of

21   Al-Haramain, how would we do it.  Think --

22   you know, I don't know if we check if other

23   letter came to me he would also see -- any

24   customer want to open an account, you know,

25   you need to open it quickly.

```
 1          Q.     An account opening could be

 2     handled at the branch level, correct?

 3          A.     Exactly right.  This is where

 4     I'm -- you know, I don't know why -- why

 5     this -- now when I look at it again, I don't

 6     know why they had to come because it could go

 7     to the branch directly and open the account.

 8     He doesn't need anyone in the head office to

 9     go and -- so it see -- unless, you know, they

10     went to that branch and that branch, you

11     know, did not accommodate the request, and

12     they had to come to this -- to the head -- I

13     don't know.  But normally they don't need to

14     come to the head office.  They didn't need to

15     send this letter.  You know, this is 2000,

16     you know, so...

17          Q.     We spent some time talking

18     about various requests from Al-Haramain to

19     transfer accounts from the names of

20     individuals to the names of Al-Haramain, and

21     you'll recall that one of those requests

22     concerned an account in the name of Aqeel

23     Al-Aqil?

24          A.     One of the account being

25     transferred, yes, in one of the ones, yes.
```

1      Q.      Yeah.  And Aqeel was involved

2    in some of the other requests as well, you

3    recall?  Making the requests?

4      A.      Making -- this one is asking

5    for opening an account.

6      Q.      Yeah, I'm talking about the

7    earlier ones about -- indicating that there

8    were accounts in the name of individuals that

9    need to be changed into Al-Haramain's name.

10            Do you recall that?

11      A.      Yeah, I recall the letter sent

12    by him to change it from individual to the

13    charity account.

14      Q.      And are you aware that the

15    discovery conducted in the litigation has

16    included discovery concerning accounts that

17    the bank maintained for Aqeel Al-Aqil?

18            MR. CURRAN:  Objection as to

19        form.  Lack of foundation.

20            THE WITNESS:  So -- so what was

21        the question?

22            MR. CURRAN:  He's asking you

23        about the discovery in the litigation.

24            THE WITNESS:  Yes.

25            Yeah, what -- so what's -- I

```
1         don't know.

2    QUESTIONS BY MR. CARTER:

3         Q.    Are you aware that the bank has

4    produced records relating to accounts

5    maintained for Aqeel Al-Aqil?

6         A.    No, I'm not familiar with the

7    details what's been -- which document being

8    sent part of the discovery.

9              (Al Rajhi Exhibit ARB 49 marked

10        for identification.)

11   QUESTIONS BY MR. CARTER:

12        Q.    Okay.  If we can, can we mark

13   as the next exhibit the document at Tab 11.

14             MR. CURRAN:  And here is the

15        Arabic if that helps.

16             THE WITNESS:  Okay.  It's

17        different.  This is --

18             MR. CURRAN:  Mr. Carter, can

19        you confirm that the Arabic here is

20        for this document?

21             THE WITNESS:  He has it on the

22        top.  Okay.  In this --

23             MR. CARTER:  Personally, Chris,

24        I'm incapable of confirming that any

25        Arabic document is anything, so -- but
```

1        we can ask someone else if

2        necessarily.

3              MR. CURRAN:  Do you think --

4        I'll ask the witness.  Is this the

5        same document?

6              THE WITNESS:  No.  Here -- no,

7        I see a different -- a different --

8              MR. CURRAN:  Different account.

9              THE WITNESS:  Yeah, this is

10       Abdul Hamad and this is Aqeel Aqeel.

11             MR. CURRAN:  The witness

12       believes there's a mismatch here,

13       Mr. Carter.

14             THE WITNESS:  The Arabic one,

15       yes.

16             MR. CARTER:  Okay.  We're

17       working through this real quick.  Hang

18       on one second, Chris.

19             Chris, we're going to take a

20       second.  I think the witness is

21       correct that there was some mix-up and

22       the Arabic document attached doesn't

23       correspond to the translation.  And

24       we're going to get that corrected.

25       Just give it one second.

```
 1                    MR. CURRAN:  Sure.

 2                    COURT REPORTER:  Sean, did you

 3          want to go off the record?

 4                    MR. CARTER:  Yeah, I think it

 5          will just take a couple of seconds.

 6                    VIDEOGRAPHER:  Off the record.

 7          6:59 p.m.

 8           (Off the record at 6:59 p.m.)

 9                    VIDEOGRAPHER:  On the record.

10          7:05 p.m.

11     QUESTIONS BY MR. CARTER:

12          Q.    Okay.  Mr. Al Rajhi, I

13     apologize for that brief delay.  As I

14     mentioned, we've received the account

15     statements from the bank for a few accounts

16     associated with Aqeel Al-Aqil, and I've

17     marked the statements for one of those

18     accounts as the next exhibit and ask if you

19     can look and tell me whether you recognize

20     that as a Al Rajhi Bank account statement.

21                    MR. CURRAN:  We're just opening

22          up, I guess, the new Exhibit 49.  Or

23          the new Arabic part of it.

24                    JON KNOWLES:  Yes, sir.

25                    MR. CURRAN:  Okay.
```

```
 1                THE WITNESS:  Yeah, this is --
 2         yes, this is -- this is a bank
 3         statement.
 4    QUESTIONS BY MR. CARTER:
 5         Q.    Okay.  And if I understand
 6    correctly, the second column from the left
 7    reflects the date of the relevant activity?
 8         A.    The -- yes, you have the
 9    date -- two dates.
10         Q.    On the left, I have the Islamic
11    calendar date, and to the right of that I
12    have the Gregorian date?
13         A.    Yes.  Yeah, you're right.
14         Q.    Okay.  So the first entry here
15    corresponds to January 10, 1998?
16         A.    January -- yeah, '98
17    January 10, yes.
18         Q.    Okay.  And this, you agree, is
19    an Al Rajhi account for Aqeel Al-Aqil?
20         A.    Yes, that's how it looks.  Yes.
21         Q.    Okay.  And paging to the end of
22    this exhibit, the final date for which we
23    have activity is April 15, 2002, correct?
24         A.    This is 2015.  No, I have --
25    yeah, 2015, right.  Arabic 2015.
```

1      Q.      No, I think the 15 refers to

2    the day, right?  I think the sequence here is

3    the first two digits in the Gregorian is the

4    year, the second two is the month and the

5    last two is the day.

6      A.      No, because you see it here,

7    the left -- the left one, the day, right?

8            MR. CURRAN:  He's saying next

9        to year.

10           THE WITNESS:  2002.  And then

11       15.  Because the one -- okay.  This is

12       the -- okay.  Yes.

13    QUESTIONS BY MR. CARTER:

14      Q.      Okay.  So were we in agreement

15    that this account statement covers the period

16    January 10, 1998, through April 15, 2002?

17      A.      Yes.  That's in the top saying

18    this.

19      Q.      And so the account was opened

20    and active at least throughout that period,

21    correct?

22      A.      Yes.

23      Q.      Okay.  And am I correct that

24    the three columns to the left, the first --

25    on the furthest left is withdraws, the second

1    column in the middle is deposits, and the

2    column to the right reflects the resulting

3    account balance?

4         A.    Medina --

5              MR. CURRAN:  So I guess it's

6         the left side of the Arabic but it's

7         the right side of the --

8              THE WITNESS:  Yeah.

9              MR. CURRAN:  Yeah.

10             THE WITNESS:  Yeah, one debit,

11        one credit, yes.

12   QUESTIONS BY MR. CARTER:

13        Q.    Okay.  And just going to second

14   page of this 41455, there are a series of

15   cash deposits into this account -

16   440,000-plus riyals, 676,000-plus riyals,

17   1.259 million riyals, 684,000 riyals, 690,000

18   riyals.

19             Do you see all of those?

20        A.    Yes, I see it.

21        Q.    And so just in this section,

22   this reflects very large cash deposits into

23   this account held in the name of Aqeel

24   Al-Aqil, correct?

25        A.    Yes.

```
 1          Q.      And those continue on the next

 2     page?

 3          A.      Yes.  Now --

 4          Q.      And they continue still on the

 5     pages that follow?

 6          A.      Is the date here?  No.  What's

 7     the date here?

 8                  Okay.  This is 2000.  Yeah, I

 9     can see here up to -- yeah, so I can see from

10     2000, after 2000, only the -- so it's almost

11     the account is not active since 2000, right?

12          Q.      Yeah, there is -- there is some

13     credit card deductions after that point,

14     correct?

15          A.      Yes.

16          Q.      And those are carried out

17     through the account, right?

18          A.      What's the --

19          Q.      And there's a cash deposit in

20     February of 2001?

21          A.      February 2001.

22          Q.      So still --

23          A.      1,200 riyal.  A very small

24     amount.

25          Q.      Yeah.
```

```
 1                   So you agree with -- you would
 2      agree that there were some very large cash
 3      deposits into this account between the period
 4      of 1998 and 2000?
 5           A.      '98 and maybe '99, yes.  But
 6      not 2000.
 7           Q.      And that included at one point
 8      a single cash deposit of 1.259 million
 9      riyals?
10           A.      Yes.
11           Q.      And quite a number of other
12      very sizeable.
13                   And based on your account
14      statement, it appears that the total activity
15      in the account throughout this time period
16      involved deposits on the order of 19,848,000
17      riyals and withdrawals on the order of
18      19,790,000 riyals, correct?
19           A.      Yes.
20           Q.      And are you generally, given
21      your work in the banking industry, familiar
22      with the approximate riyal-to-dollar
23      conversion rate during this time period?
24           A.      I believe it is the same rate
25      as today, that the 3 -- $1, 3.175, yeah.
```

```
 1        Q.     3.715?

 2        A.     3.75.

 3        Q.     Oh, 3.75.

 4               So a little under 3 riyals to

 5     the dollar, correct?  Or 4 riyals to the

 6     dollar?

 7        A.     Yeah, under 4, yeah, one

 8     quarter, yes, under four, yes.

 9        Q.     So this account in terms of

10     dollars during this 1998, 1999 or so period,

11     took in something on the order of $5 million

12     in deposits and processed $5 million in

13     withdrawals, right?

14        A.     Yeah, it might be 5 million,

15     yes.  I think -- yes, about 4 million, not 5

16     million.  About 4 million.  I think.  Yeah,

17     divide 920 by 3.75.

18        Q.     You know, when I divided the

19     19,790,501 riyals by 3.75, I get a little

20     north of $5.279 million.

21        A.     Okay.

22        Q.     So a little more than

23     $5 million.

24               And under -- do you know

25     whether under the bank's money laundering
```

1    protocols in place at the time the personnel

2    at the bank responsible for its anti-money

3    laundering practices were obligated to

4    monitor accounts to determine whether or not

5    the transactions were inappropriate for the

6    type of account?

7        A.    Yes, this is -- these

8    statements going back to almost 25 years ago,

9    which is at that time cash transaction was

10   maybe revealed in the system.  It's not like

11   today.  I know when they look at today, it

12   looks like something strange, but at that

13   time it was -- you know, this country was

14   very much cash transaction country.  And, you

15   know, if you -- you know, if you -- it's not

16   big amounts for -- for -- to see an account

17   having that much of money.

18            And also, again, it was

19   manual -- manual -- you know, the system was

20   not -- was not that strong as it is today.

21   And this is why also you can see that in the

22   early years most of these transaction and in

23   the last two years it was -- that could

24   become also from the bank notified the

25   customers or it could be, you know, the

1    customers -- so must -- something has

2    happened that we see that.  I don't know what

3    it could be, because I don't have the details

4    that -- in the last two years, these big

5    transactions aren't there anymore.  So

6    something has been done.

7         Q.    Well, but you don't have any

8    actual knowledge that something was done;

9    you're just speculating based on the

10   activity?

11        A.    Yes.  Yes.  No, definitely, I

12   don't know the details.  I'm not -- what I

13   see, you know, in the first two years was big

14   amount and then in the last two years, the

15   amount became much, much lower.  So I would

16   assume that something has been done.

17        Q.    And when it denotes a cash

18   deposit, that is a deposit of physical money,

19   correct?

20        A.    Cash deposits means cash, yeah.

21   Cash deposits.

22        Q.    Okay.  So physical money,

23   right?

24        A.    Yes, physical money.  Yeah.

25        Q.    Okay.  So if we're looking at,

1    for instance, page 41455 of this account

2    statement, which beginning with the second

3    entry on that page, which is the first cash

4    deposit on this page, through the bottom, it

5    spans a period of May 5th to May 16th.

6            So about 11 or 12 days, right?

7        A.    Sorry, May -- May 5th -- let me

8    just go back.  May 5th?  You say -- which

9    year?

10       Q.    May 5, 1999.

11       A.    I see here generally -- what's

12   the number, please?

13       Q.    I'm sorry, the number of the

14   page?  41455.

15       A.    No.  No.

16            MR. CURRAN:  That was the one

17       above.

18            THE WITNESS:  So that's

19       different -- because here we have the

20       dates.  Where is the date here?  It

21       doesn't show the date.  We don't have.

22       Because there it's showing different

23       dates 4145.

24            Now, 41455 is about the period

25       of January 1, '98 to December 2002.

```
 1              Okay.  And then you have here the

 2              March here, 15 March, right.

 3      QUESTIONS BY MR. CARTER:

 4          Q.    And it's not March.  Let's go

 5      up and talk about the specific transaction

 6      events, and the second event listed there is

 7      a cash deposit of 440,792 riyals on May 5,

 8      1999.

 9              Right?

10          A.    Yes.  Yes.

11          Q.    And the bottom one is May 16,

12      1999, and that's a cash deposit in the amount

13      of 402,576 riyals.

14          A.    Okay.  Yes.

15          Q.    Okay.  And so during this

16      period, you agree with me that this

17      concerns -- we're looking just at a period

18      from May 5, 1999, to May 16, 1999, so 11 or

19      12 days, right?

20          A.    Yes, right.

21          Q.    And during that time, there are

22      ten cash deposits made into Aqeel Al-Aqil's

23      account, right?

24          A.    Right.

25          Q.    And the smallest of those is
```

1    399,000 riyals, right?

2         A.    The smallest is, yes, 399,000.

3         Q.    Okay.  Which is north of

4    $100,000, correct?

5         A.    Right.

6         Q.    Okay.  And the largest is

7    1.259 million riyals, correct?

8         A.    1.25, right.

9         Q.    And that's north of $300,000?

10        A.    Yes, that's correct.

11        Q.    And there are numerous other

12   cash deposits in the 400,000 riyal range and

13   in the 600,000 riyal range, right?

14        A.    Yes, it's right.

15        Q.    And each of the 400,000 cash

16   deposits is over $100,000, and the 600 is

17   somewhere north of $150,000, right?

18        A.    Yes.

19        Q.    And so during this period of

20   just 11 days, Aqeel Al-Aqil deposited in

21   physical cash millions of riyals into his

22   account, right?

23        A.    Yes, that's right.

24        Q.    Based on your understanding of

25   the bank's anti-money laundering protocols at

1    the time, should the deposits by Aqeel into

2    his personal account with this kind of cash

3    have triggered any sort of reporting

4    requirement?

5         A.    Mr. Carter, if this is today, I

6    assure you this will -- you know, will ring,

7    you know, and something will be done about

8    it.  But we're talking about 24 years ago.

9    And at that time, you know, it's -- it's

10   different the amount of cash.  We're talking

11   about '99.  It's -- you know, we are at that

12   time a very much cash transaction society.

13              Actually, if anything, the

14   government, the Central Bank and the banks,

15   including Al Rajhi Bank, we worked very hard

16   based on strategy, you know, the government

17   has to move the society from cash to be more

18   payment.  And today we -- you know, today I

19   think one we are the most advanced -- I

20   wouldn't say most advanced, but very much

21   advanced in terms of, you know, making

22   payments go for -- you know, to get -- to get

23   away from the cash payment.

24              25 years ago -- and again, this

25   is not only, you know, Saudi.  You know,

1    globally it was -- it was -- it was -- maybe

2    here we are more than maybe certain

3    countries, but many of countries in the

4    region, you know, that it was like this, it

5    was cash driven.

6              So I think if you look at the

7    number today and you ask question about

8    something we are in '23 or something happened

9    25 years ago, without, you know, considering

10   the difference in the time, I think this is

11   will not give the right picture.  That's --

12        Q.    That's what --

13        A.    Yeah.

14        Q.    You think --

15        A.    Go ahead.

16        Q.    You think the difference in

17   time explains the value of the transactions

18   or the fact that he was operating in cash?

19              MR. CURRAN:  Objection as to

20        form.

21              THE WITNESS:  No, I think it's

22        operating in the cash more.  Of course

23        the value has a difference, but a

24        small operating -- it's about

25        operating in cash, not about the

```
 1            value.  You know, operate --
 2    QUESTIONS BY MR. CARTER:
 3            Q.     Even in -- sorry.
 4                   Even in a cash society, someone
 5    depositing into their personal account what
 6    looks to be about 6 million riyals in the
 7    course of a handful of days would have been
 8    unusual in 1999, wouldn't it?
 9            A.     Well, you know, I -- you know,
10    we are a bank have million of customers and
11    at that time, '99 was almost manual system
12    and we have hundreds of branches.  Now -- and
13    at that time, again, I agree with you, if you
14    look at it now, you know, it's a big amount.
15    But you can see also see from the same
16    statement how things has changed over the
17    years, you know, just the few years after
18    this one.
19                   So, you know, at that time I
20    can tell you that it's not unusual that much
21    that you see a lot of individuals will be --
22    you know, people used it to -- at that time
23    was to buy and sell some lands in cash just,
24    you know, people cash -- they give cash and
25    go to the -- change the title and deed and
```

1    they give the cash and they go put this in

2    his bank account.  And I have seen, you know,

3    transactions where people have -- at the time

4    they just change buying houses use the cash.

5               So...

6         Q.    Turning to the next page,

7    41456, the fifth entry down is a cash deposit

8    for a little over 443,000 riyals -- I'm

9    sorry, the one above that.  The fourth.  I'm

10   sorry.

11              The fourth one down is cash

12   deposit for a little over 443,000 riyals, and

13   you see in the note field it specifically

14   refers to Al-Haramain Islamic Foundation?

15        A.    Yes.

16        Q.    Okay.  And if we turn to

17   page 41460?

18        A.    Yes.

19        Q.    You see there are a series of

20   deposits into Aqeel's accounts that include a

21   notation "Al-Haramain Islamic Foundation"?

22        A.    Right.

23        Q.    And so this indicates within

24   the own -- the bank's own records that Aqeel

25   was depositing Al-Haramain Islamic fund

1   foundations {sic} into his bank account,

2   right?

3         A.    Is this the same account that

4   the bank received a letter to change it from

5   his name to Al-Haramain name or not?

6         Q.    It is not.  This account was

7   never changed during the '98 to 2002 time

8   period.

9         A.    Well, again, I'm not familiar

10  with the details of this account, but here

11  where we -- it reads this money was deposited

12  for Al-Haramain Islamic Foundation, but,

13  again, I don't know the details of it.

14        Q.    So do you agree, given the

15  amount of cash and the number of cash

16  transactions, along with the fact that a

17  number of them were specifically referenced

18  as Al-Haramain Islamic Foundation monies,

19  that it would have been relatively easy for

20  someone at the bank who is paying attention

21  to this account to realize that this was

22  using -- being used by Aqeel for some other

23  purpose other than his own personal affairs?

24              MR. CURRAN:  Objection as to

25        form.

```
 1                  You may answer.
 2                  THE WITNESS:  So, Mr. Carter,
 3           this -- this cash being brought to the
 4           branch.  Now, when someone -- he put,
 5           you know, cash deposit into
 6           Al-Haramain, I don't know how -- you
 7           know, I don't know how -- how -- you
 8           know, how he came to this.  So it
 9           could be -- I'm not suggesting it's
10           the case because why we would not see
11           it in other and now we see it.
12                  It could be, you know, he's
13           working in Haramain, so this is the --
14           someone in the branch assumed for this
15           transaction Al-Haramain Islamic
16           Foundation.  It could be he himself
17           when he visit, he went to the branch
18           to write this is to move to
19           Al-Haramain.  So I have no idea
20           about -- about why it's there.
21                  Now, again, you know, we have
22           millions of customers, millions of
23           accounts.  This is '99.  No system --
24           if the branch manager visit branch or
25           missed, you know -- you know, missed
```

```
1         this some big transaction or some
2         transaction came to Haramain, it's --
3         you know, at that time -- at that time
4         with the manual system at the bank,
5         you know, could be -- could be -- and
6         again, this is not only -- you know,
7         and now I just want to repeat,
8         especially, you know, easy to look at
9         it -- you know, look at it at what it
10        was at that time.
11             Banks globally, you know,
12        not -- you know, I think coming now
13        and look at the Al Rajhi, one customer
14        25 years and say, why did not this,
15        why no, why in '23 standards, and this
16        is '24.  So you need to see also what
17        was -- you know, what was things and
18        other banks and also other countries.
19             And then in the -- you know, we
20        are in different world today.  Banking
21        is totally different today.  The
22        governance, compliance are different.
23        Cash monitoring today is much, much
24        different than what it used to be
25        before.
```

```
 1                   Systems today can help you a
 2           lot.  You don't rely on, you know --
 3           especially like Al Rajhi Bank, the big
 4           retail branches, you know, we have
 5           today -- as I said, you know, we have
 6           more than 20 million customers and
 7           also we are one of the biggest in
 8           terms of small and big businesses.
 9                   And so, you know, it's very
10           important, you know, to see this
11           within the time it was there.  You
12           know, I agree with you, today look at
13           it, it looks, oh -- it looks
14           something.  But -- and again, and I
15           would assume, if we look at other
16           accounts, we might also have --
17           differently, not other accounts, you
18           know, at that time, most of the
19           customers, most of the businesses,
20           most of the individuals, if you look
21           at their account, cash transaction,
22           cash deposit was much, much more than
23           before.
24                   Actually, at that time, you
25           know, we were expanding and expanding
```

```
 1            and then opening new branches and ATMs

 2            because cash today we're starting to

 3            closing some of our ATMs machine

 4            because, you know, people are moving

 5            more to the plastic cards and more

 6            relying on getting away from the cash.

 7                  So it's good to see it in this

 8            context.

 9      QUESTIONS BY MR. CARTER:

10            Q.    Am I correct that during this

11      time period, 1998, '99 and perhaps 2000, in

12      order to make a physical cash deposit, the

13      person would have to have gone to an Al Rajhi

14      Bank branch, correct?

15            A.    The person will go -- yes and

16      no.  Some customers, big customers, the bank

17      could offer them the same as where they take

18      the cash from them, as I recall.  And I don't

19      have the details, but I know that if big

20      customers, sometimes the bank could go and

21      collect the cash.

22            Q.    So someone at the bank had to

23      interface with the clients for purposes of

24      dealing with this -- these kinds of cash

25      transactions?
```

1      A.     No, I think at that time, you

2   know, what -- what most of the business

3   that -- the customer come himself with the

4   cash, and then he would be in a line waiting

5   for his queue, and then he will deposit the

6   cash and get the deposit slip for the cash he

7   deposited.

8      Q.     And so if we look at those

9   transactions that we discussed earlier from,

10  you know, May 5th of '99, to May 16th, there

11  were sort of two ways those -- that

12  approximate 6 million riyals in cash could

13  have been deposited at Al Rajhi Bank in those

14  11 days during the time period.  Either Aqeel

15  or someone else brought the actual money to

16  the bank and handed it over to a bank

17  employee at the branch.

18             Right?

19      A.     Yes.

20      Q.     Okay.  And there would be a

21  branch manager on a daily basis?

22      A.     Yes.

23      Q.     Okay.  And the only alternative

24  is that someone from the bank would have gone

25  to get the cash from Aqeel and take it back

```
1    to the bank and deposit it?
2              MR. CURRAN:  Objection as to
3         form.
4              You may answer.
5              THE WITNESS:  Yeah, that's --
6         that's -- could be very few customers
7         based on their activity or the
8         bank could have -- again, I don't
9         remember whether this was during this
10        period or not, but it could happen for
11        some customers.
12   QUESTIONS BY MR. CARTER:
13        Q.   We talked some about the
14   current monitoring protocols and the things
15   you can do with electronic systems, and I'm
16   just trying to be clear, that an employee of
17   the bank would necessarily have been aware of
18   all of these cash transactions coming in?
19        A.   Yes.
20              MR. CURRAN:  Objection as to
21         form.
22              You may answer.
23              THE WITNESS:  Yeah, yeah,
24         you're right, but to -- he will see
25         the staff -- tons of customers doing
```

```
 1            the same thing, they were bringing a
 2            lot of cash.  It's not only one
 3            customer.  I don't know which branch
 4            is this one.  Let me just try to read
 5            the branch -- does this show us the
 6            branch here on the statement?
 7                 So this is -- so some of the
 8            branches I can't see the branch name.
 9            Oh, Al Olaya.  Yeah, this is a bigger
10            branch.  This is, actually, not far
11            away from where we're having our
12            meeting here.  It's -- especially at
13            that time in the '99, 2000, it was to
14            be -- still is, but it used to be even
15            more, very important commercial,
16            active area.
17                 So this branch, you know, he
18            will see -- they will see big number
19            of customers who they will come with
20            the cash and they deposit because it
21            is a business area and they have, you
22            know, activities in that branch.
23       QUESTIONS BY MR. CARTER:
24            Q.    Did you believe that that
25       branch encountered a lot of customers in the
```

1    1999 period who in an 11-day period deposited

2    cash in the equivalent of $5 million into

3    their personal account?

4                    MR. CURRAN:  Objection as to

5           form.

6                    THE WITNESS:  Yeah, I don't

7           know, but I'm saying, you know, Al

8           Olaya branch, which is based in the

9           city, bigger branch at that time

10          beginning in 19 -- in 2000.  So it is

11          a bigger branch, so that's what I

12          said.

13   QUESTIONS BY MR. CARTER:

14          Q.    But are you aware whether any

15   of Aqeel Al-Aqil's cash deposits were ever

16   reported as suspicious?

17          A.    I am not aware of any

18   transaction being reported or not.  And any

19   transaction, when there's a suspicious

20   transaction, normally it goes without --

21   without I know about it.  Just go by -- you

22   know, by the -- the -- the right department

23   who supports to look at this and send it

24   without -- comes to -- I didn't see it.

25          Q.    And on the page we looked at

```
 1     previously that indicated Al-Haramain Islamic
 2     Foundation in the notes related to the
 3     deposits 41460 --
 4          A.     This is we're talking July '99,
 5     right?
 6          Q.     Yeah.
 7               During that time period, when
 8     you're working as general manager, do you
 9     know from your work at that time how that
10     Al-Haramain Islamic Foundation notation would
11     come to be included in this data field?
12          A.     Come to -- sorry, not get the
13     question.
14          Q.     Do you know how the reference
15     to Al-Haramain Islamic Foundation would have
16     come to be included in this record of the
17     bank?
18          A.     No, I wouldn't know.
19          Q.     So you don't know whether or
20     not that would have required someone at the
21     branch level to include that notation?
22          A.     Yes, I wouldn't know if someone
23     need -- I think most likely, you know, these
24     are -- most likely the teller staff who do
25     the transaction, he will -- he would will --
```

1    he will explain the transaction.

2              So, you know, and he would put

3    Al-Haramain, again, at this -- and the

4    customer would inform him that, you know, to

5    put this or he linked this transaction

6    something to do with Al-Haramain.

7              But it's normally done by the

8    teller staff in the branch.  In this case

9    that's what they record.

10              MR. CARTER:  Chris, we're going

11         to go shift to a somewhat different

12         topic for -- in a second here.  So,

13         you know, if it's a convenient time

14         for a break, that's fine.

15              MR. CURRAN:  Let me ask the

16         witness.

17              Do you want to take a break or

18         continue?

19              THE WITNESS:  We can continue.

20              MR. CURRAN:  We're okay to

21         continue.

22              MR. CARTER:  Okay.  Okay.  I

23         could use a two-minute bathroom break,

24         so why don't we do that and we'll come

25         right back.

```
 1                    THE WITNESS:  Okay.

 2                    MR. CURRAN:  Okay.

 3                    THE WITNESS:  Good idea.

 4                    VIDEOGRAPHER:  Off the record.

 5          7:40 p.m.

 6           (Off the record at 7:40 p.m.)

 7                    VIDEOGRAPHER:  On the record.

 8          7:47 p.m.

 9     QUESTIONS BY MR. CARTER:

10          Q.    Mr. Al Rajhi, just to close up

11     our discussion of this topic about the Aqeel

12     Al-Aqil account.

13                    I believe you testified earlier

14     in the day that that were protocols at place

15     in Al Rajhi Bank in this 1998, '99 time frame

16     for reporting suspicious transactions; is

17     that correct?

18          A.    That's what I recall.

19          Q.    Okay.  And again, we've looked

20     at this series of transactions in which there

21     were ten deposits into Aqeel's account over

22     the course of 11 or 12 days in physical cash

23     totaling upwards of 6 million riyals,

24     correct?

25          A.    Yes, that's what you showed me
```

1    before.

2          Q.    And if that kind of activity

3    weren't sufficient to trigger a requirement

4    to report a suspicious activity, what would

5    it be during this time period?

6                MR. CURRAN:  Objection.  Lack

7          of foundation.

8                You may answer.

9                THE WITNESS:  You know, I'm not

10          familiar, you know, with these

11          transaction, how it works, what the

12          size of -- of average transaction each

13          branch.  So I would assume, again,

14          that the different branches, different

15          location has different limit of amount

16          shows suspicious transaction.

17                But I know today, this looks

18          these amount is very big money, but at

19          that time, you know, it would --

20          deposit in cash of this size, it's not

21          very much unusual.

22                And again, you know, Al Rajhi

23          Bank is a very, very big branch.  It's

24          400 branches, a big number of staff.

25          Systems at that time, it's not as good

```
 1            as it is today.
 2                 So -- and cash, it was not as
 3            it is cash today.  So it was not -- so
 4            at that time maybe there was some
 5            focus and maybe more than cash because
 6            it was not that -- it's not like it is
 7            today.
 8                 And actually, you know, if
 9            you -- at '90s, many people when they
10            give a charity, they come and bring
11            cash, bank -- you know, they didn't --
12            they didn't -- you know, many people,
13            they didn't -- they didn't have
14            checkbooks.  You know, at that time
15            who have checkbooks, very few people.
16            So people normally will take cash and
17            deposit.
18                 And so this is -- this is
19            different.  Today we're in different
20            world.
21       QUESTIONS BY MR. CARTER:
22            Q.    I understand that, Mr. Al
23       Rajhi.
24                 And if these were a series of
25       deposits of $50 into Mr. Aqeel's personal
```

```
 1    account over ten days, we maybe wouldn't be

 2    talking about this.  But we're talking about

 3    millions of riyals being deposited in cash

 4    over a period of ten days by someone who is

 5    later designated as a terrorist sponsor by

 6    the United States.

 7                And, you know, in that context,

 8    you know, do you believe that the bank

 9    fulfilled its AML obligations in its handling

10    of this Aqeel account?

11                MR. CURRAN:  Objection as to

12         form.  Lack of foundation.

13                You may answer.

14                THE WITNESS:  Yeah, at that

15         time he was not -- he was -- he was

16         not -- there was not an issue with him

17         as an individual.  He was not

18         designated.  He was -- and again, if

19         I'm -- if I'm not mistaken also, he

20         could be a businessman.  He could have

21         his own businesses, which is, you

22         know -- so at that time he was, you

23         know, an average individual.

24                This is why maybe explain that

25         you have seen after -- that his
```

```
1          account, you know, we don't see these

2          kind of transactions.  When the

3          suspicious started, most likely,

4          that's where you have seen -- we

5          didn't see these number of

6          transaction.  Just between '99 and '22

7          or '21, big change in the way this

8          account has been operating.

9     QUESTIONS BY MR. CARTER:

10         Q.    Well, in the time period that

11    we're talking about, the bank did have

12    information available to it that Aqeel was

13    the director of Al-Haramain Foundation,

14    correct?

15         A.    Sorry, what was the question?

16         Q.    The bank did have information

17    available to it indicating that Aqeel was the

18    director of Al-Haramain Foundation?

19         A.    At this time, at '99?

20         Q.    Yes.

21         A.    Yes, at '99, yes, he -- but

22    this account was not -- yeah, but this

23    account was -- his personal account was not a

24    Haramain account.

25         Q.    Correct.
```

 1                And so what the bank knew about

 2   him personally is that his job was the

 3   director of Al-Haramain Islamic Foundation,

 4   right?

 5                MR. CURRAN:  Objection as to

 6        form.  Lack of foundation.

 7                You may answer.

 8                THE WITNESS:  Yes.  Yes.  He is

 9        and the bank of course when it comes

10        to Al-Haramain, that his office is in

11        Al-Haramain.

12   QUESTIONS BY MR. CARTER:

13        Q.    And part of the bank's due

14   diligence in assessing whether or not a

15   transaction being carried out by any

16   individual are suspicious is understanding

17   who that person is and what they do, correct?

18                MR. CURRAN:  Objection as to

19        form.

20                You may answer.

21                THE WITNESS:  Yeah, but at the

22        time the KYC is not like today at all.

23                You know, today if you open an

24        account with a KYC, you will know how

25        much income, how much -- you know, how

```
1           much business he has, what the -- and
2           this is all being put in the system.
3           At that time, no, it doesn't.
4                So if he's a businessman and he
5           opened an account and he -- every time
6           he deals with different individual in
7           the branches because he can't -- he or
8           his representative can take a queue
9           and then he ended in one teller, and
10          that teller take the deposits, and
11          KYC, it's basic.  It hasn't -- the
12          system is basic and he deposit this
13          money in this time, I wouldn't be
14          surprised.  Because asking a branch,
15          maybe -- maybe he did it with maybe
16          different, five, six, seven tellers.
17          Some of our branches at that time they
18          have seven, eight, nine, ten tellers.
19          And it's all manual.  It's all manual.
20               So, again, I think we need --
21          we need -- when we look at this, we
22          need to see how things operate at that
23          time, what are the systems, you know,
24          what are the KYC being that -- you
25          know, it was -- and again, the KYC,
```

1          this is not only Al Rajhi.  This is

2          everywhere.  Globally, it was like

3          this.  It was a basic.

4     QUESTIONS BY MR. CARTER:

5          Q.    Well, if we look at the next

6     page of this, 41456, you'll be concentrating

7     on the roughly 6 million riyals that came

8     into the account over 11 days, it all

9     continues throughout the remainder of May of

10    1999, through May 27th, including --

11         A.    So you're referring to what

12    period?

13         Q.    I'm referring to the period of

14    May 17, 1999, to May 27, 1999.

15              So this is a continuation of

16    the same month we were looking at, and

17    there's another --

18              MR. CURRAN:  Yeah, the witness

19         does not have the document in front of

20         him, as you can see, Mr. Carter.

21              MR. CARTER:  Okay.  It's 41456

22         is the page we're on.

23              MR. CURRAN:  Are you asking for

24         the exhibit to be shown, Mr. Carter?

25              MR. CARTER:  Yeah, sorry.

1    QUESTIONS BY MR. CARTER:

2         Q.    Okay.  So we've talked about

3    the period between May 5 to May 16, and now

4    this section is the period, the same year

5    1999, from May 17 to May 27.

6              And on the prior page -- or I'm

7    sorry, at the top, this period, the account,

8    you know, starts in 6 million riyal range and

9    ends up, as a result of deposits, in the 15

10   million riyal range.

11             So literally within the month

12   of May, your records reflect that the Aqeel

13   Al-Aqil account exploded from a negative

14   balance to 15 million riyals via about 10

15   million riyals in cash deposits and a 5

16   million riyal collection check.

17             And you believe that that kind

18   of activity would have been viewed as normal

19   during the time period we're talking about?

20             MR. CURRAN:  Objection as to

21        form.  Lack of foundation.

22             You may answer.

23             THE WITNESS:  So, Carter, you

24        know, as I said, it's -- you know,

25        it's -- you know, at that time it's

```
 1              not unusual for customer to deposit

 2              this much of money between checks and

 3              cash of 15 million riyal in ten days.

 4              It's not every customers, but many,

 5              many, many customers they have similar

 6              to this behavior of accounts.

 7                   So and, again, we talking about

 8              '99.  So it's not like -- you know,

 9              it's -- as I said, the society was a

10              cash society, and I think we did -- as

11              a financial society, we did a very

12              good job at Al Rajhi contributing a

13              lot to this because of our size and,

14              you know, our customer base.  That

15              today we didn't see these kind of

16              transactions and these cash deposits.

17                   But at that time, yes, you

18              know, businesses, real estate people,

19              people go and buy lands and real

20              estate and they exchange cash, and at

21              the end of the day, they deposit the

22              cash, millions they deposit, in the

23              branch.

24      QUESTIONS BY MR. CARTER:

25              Q.   And isn't it the bank's
```

```
 1    responsibility to understand where the money

 2    came from even during this period?

 3         A.    It is their responsibility, and

 4    the bank definitely reports certain things

 5    when they see -- when they see, you know,

 6    suspicious transactions.

 7              But, again, you know, you're

 8    asking me why these big number of cash is

 9    being deposited in ten days, you know, the

10    bank did not do anything.  I said this is not

11    unusual for a customer and that -- you know,

12    individual customers who deposit these

13    monies, especially when at that time no

14    system, it's all manual, and a bigger branch

15    like this, they come and they visit the

16    counter, and there's a number of tellers.  At

17    this time he visit teller, another time he

18    visit another tellers, and there could be --

19    it could be not picked up.

20              And also at that time I think

21    the whole -- you know, everyone, you know,

22    cash transaction was not as scarce as it is

23    today.  It was -- you know, it was just --

24    and again, a number, in Saudi Arabia, you

25    know, at that time there was not any tax --
```

1    you know, any tax, whatever, whatever, VAT or

2    income tax or even sale tax.  Now -- of

3    course now we have -- you know, we have

4    taxes, we have -- at that time there was not.

5              So even for people for -- you

6    know, at that time that people -- you know,

7    it's not like about -- you know, we were

8    trying to avoid and collect unofficial

9    amounts.

10             So that's -- that was -- and

11   this is -- you know, this kind of customer

12   behaving like this, you would find it in

13   Al Rajhi bank and you'll find it in local

14   banks.  And, again, globally and regionally,

15   you will see these kind of transactions at

16   that time.  Of course today is different.

17        Q.    And again, I'm just trying to

18   understand.  You said there was a requirement

19   in place for bank personnel to report

20   suspicious transactions, and if this series

21   of transactions resulting in deposits of 15

22   million riyals in a personal account in less

23   than a month, 10 million of it being in cash,

24   didn't trigger any suspicious activity report

25   requirement, what would?

```
1              MR. CURRAN:  Objection.  Asked
2         and answered.
3              You may answer.
4              THE WITNESS:  No, I think -- I
5         think I already answered this
6         question.  You know, it's the same
7         thing.  You know, it's -- you know, I
8         actually can't -- I mean, I tried to
9         explain it and tried to take you -- to
10        what it was -- things there, you know,
11        at that time.  Where -- again, we're
12        talking about 24 years ago.
13             And today -- today -- today I
14        assure you, you know, something like
15        this wouldn't -- wouldn't let -- the
16        system would pick it up and will show
17        because, you know, you didn't see
18        these big cash deposits from an
19        individual like what it was 24,
20        25 years ago.
21             Okay.  The systems are -- our
22        KYC data is much, much more details
23        today.  You know, you have -- you have
24        a lot of information, which is before
25        it was just, you know -- you know,
```

```
 1            maybe basic his name and his ID number

 2            and that's it.

 3                 And again, because, you know,

 4            this is not only with us here.  This

 5            is many other places.  So this is --

 6            you know, this kind of transaction you

 7            will not see it today.

 8                 (Al Rajhi Exhibit ARB 50 marked

 9            for identification.)

10    QUESTIONS BY MR. CARTER:

11         Q.    Shifting gears, if we can mark

12    as the next exhibit the document at Tab 101.

13                 Mr. Al Rajhi, this is a page

14    that we retrieved from the Sulaiman Al-Rajhi

15    Charitable Foundation web page.

16                 Have you seen this before?

17         A.    No, I haven't.

18         Q.    Are you familiar with the

19    Sulaiman Al-Rajhi Charitable Foundation?

20         A.    Yes, I'm familiar.

21         Q.    This --

22                 MR. CURRAN:  I'm sorry,

23            Mr. Carter.  Is this document also in

24            Arabic?

25                 THE WITNESS:  No.
```

```
 1              MR. CARTER:  No.  Sorry.  The
 2        web page was in English.
 3              MR. CURRAN:  The web page is in
 4        English -- but the witness can -- fair
 5        enough.
 6    QUESTIONS BY MR. CARTER:
 7        Q.    What is your understanding of
 8    the Sulaiman Al-Rajhi Charitable Foundation?
 9        A.    You want just -- can I just go
10    through this to understand what is written
11    here?
12        Q.    Sure, you can read it.
13        A.    Yes.
14        Q.    And this document indicates
15    that the Sulaiman Al-Rajhi Charitable
16    Foundation was founded but a joint committee
17    between the brothers Saleh, Abdullah and
18    Sulaiman and Mohammed Abdul Aziz Al Rajhi in
19    the year 1983.
20              Do you see that?
21        A.    Yes, I see it.
22        Q.    And are you familiar with the
23    founding of the charitable foundation through
24    a joint committee that's described in that
25    sentence?
```

1          A.     Sorry, joint committee.  So

2    what's the question?

3          Q.     Are you familiar -- are you

4    familiar or aware of the fact that the

5    brothers Saleh, Abdullah, Sulaiman and

6    Mohammed Abdul Aziz Al Rajhi formed a

7    charitable foundation in 1983?

8          A.     No, I think -- I think at that

9    time -- I'm not familiar.  This goes back to

10   almost 40 years ago.  So I'm not -- and a lot

11   of things has changed, you know, during this

12   40 years.

13              But I didn't think there was

14   any charity -- charity -- what you call, a

15   foundation by the name of foundation.  This

16   was -- it's like, you know -- this is what it

17   say, the four brothers and in that time they

18   used together giving -- you know, having this

19   charity office to -- to help and at that time

20   in the beginning.  And of course later my

21   father has -- has his own charity office.  We

22   call it under his foundation being

23   established.

24         Q.     So as I understand what you

25   just said, in this 1983 time period, the

1    brothers form some sort of charity office to

2    engage in philanthropic activities?

3          A.     Yes, I would -- yeah, whether

4    it's office or they just work and then -- I

5    don't know anything.  Was it an office or

6    they just worked together, you know, someone

7    do it in their behalf, I -- I don't know.

8    But, again, it's 40 years ago, I don't know

9    what was -- you know, how it works.

10          Q.     Okay.

11          A.     But I know there was not --

12    there was not foundation -- by a foundation.

13    It was -- you know, it was individual work

14    together they do it.  At least this is what

15    is being written here.

16          Q.     Okay.  And during the -- you

17    mentioned as well that your father Sulaiman

18    Abdul Aziz Al Rajhi had a charity office

19    prior to the existence of the foundation,

20    correct?

21          A.     Yes.

22          Q.     And do you know when his

23    charity office was established?

24          A.     No, I don't know which year

25    it's been established.

```
1          Q.     Do you know whether his charity
2    office was operating in the 1998 to 2002 time
3    period?
4          A.     19 -- charity, you mean charity
5    office in 1988?  Yes.  Yeah, in --
6          Q.     Okay.  I asked about whether or
7    not the Sulaiman Abdul Aziz Al Rajhi
8    charity's office was operating in the 1998 to
9    2002 time period.
10         A.     Yeah, 1998, yes, I would assume
11   is.  Well, let me -- you know, my father and
12   also his brothers, you know, they -- they
13   were poor.  You know, their childhood was
14   very, very difficult childhood.  You know,
15   they went through -- which is they cannot
16   find enough to eat.  They have to move from
17   where they stayed, you know, left their town,
18   you know, because they're poor.
19                So my -- and my father
20   intention was from the beginning, you know,
21   when he had some wealth, for him it was
22   always in his mind, you know, because he
23   survived.  He suffered.  You know, he lived
24   this child -- you know -- you know, the
25   difficult position for his childhood, so he
```

1    wanted to give back.

2                So I know starting from the

3    early days he starting, you know, giving --

4    so, you know, working and then making a

5    charity, it was during -- it was, as I said,

6    from what I read here in the beginning, it

7    was between the four brothers and then has

8    his own charity office, again, and after he

9    had his foundation.

10        Q.    In the 1998 to 2000 period, was

11   your father carrying out his charitable work

12   through his own office?

13        A.    That's -- that's what -- again,

14   I don't have the details, but that's what I

15   think.

16        Q.    And do you know during that

17   time period was he also engaged in any

18   charity work via a joint office with his

19   brothers?

20        A.    During this period '98 to 2002?

21        Q.    Correct.

22        A.    Again, I don't have a date, but

23   most likely not.

24        Q.    So as best as you can recall

25   Sulaiman Abdul Aziz Al Rajhi, your father,

1    during this period was carrying out his

2    charitable activities via his charity office?

3        A.    Yes, that's what I can recall.

4        Q.    And that charity office was not

5    formally established as a foundation until

6    2000 according to this document, correct?

7        A.    Yes.  According to this

8    document, which you just showed me, yes.

9        Q.    And during the 1998 to 2002

10   time period, did your father's charity office

11   have a license to engage in charitable work?

12       A.    No, nothing -- you didn't

13   realize this.  If you are an individual, you

14   want to give from your own money charity, and

15   you have someone or you have your office to

16   do that, you realize this when you are

17   collecting money from other people.  But if

18   you're not -- if you are just paying from

19   your own money, no need for license.

20       Q.    But during that time period,

21   there was no legal entity established as a

22   foundation in the 1998 to 2002 time period,

23   correct?

24              MR. CURRAN:  Objection as to

25       form.  Lack of foundation.

 1                You may answer.

 2                THE WITNESS:  Yeah, I think

 3        from what -- what you have shown now,

 4        they had it in 2000, but '98, he did

 5        not have official foundation.

 6    QUESTIONS BY MR. CARTER:

 7        Q.    Okay.  And so all of those

 8    activities during that time, the charitable

 9    activities, would have been carried out

10    through his charity office?

11        A.    Yes.

12                MR. CURRAN:  I'm sorry, during

13        what period?

14                MR. CARTER:  I'm sorry, the '98

15        to 2000.

16                MR. CURRAN:  Okay.  Again, from

17        what I see now the document, this

18        would suggest the dates, but -- and

19        again, having that license 2000

20        with -- with -- all the activity

21        weren't there, I have no information.

22        I don't have enough details.

23                But, again, you know, as

24        individual, you want to give from your

25        own money as a charity, you know, you

1           can have your charity office or you

2           can do it yourself directly.

3    QUESTIONS BY MR. CARTER:

4        Q.    And have you ever been involved

5    in the activities of your father's charity

6    office when it was in existence?

7              MR. CURRAN:  Objection.  Vague.

8              You may answer.

9              THE WITNESS:  No, I was not in

10        this charity office.

11   QUESTIONS BY MR. CARTER:

12       Q.    Did you ever have any informal

13   involvement in the activities of the charity

14   office?

15       A.    Informal, what do you mean by

16   "informal"?

17       Q.    Did you -- did you ever provide

18   any assistance to facilitate its activities?

19       A.    No.  This charity office, it's

20   a separate office located near to his home

21   and he has some people working for him, so I

22   was not involved.

23       Q.    So physically the office was

24   located near to his home in --

25       A.    Yes.

```
1         Q.     -- in the '98 to 2000 time

2    period?

3         A.     Yes.

4         Q.     And was it located in a

5    facility associated with Al Rajhi Bank?

6         A.     No, it was not.  His office --

7         Q.     And if I'm understanding you

8    correctly, he was operating the charity

9    office from '98 until the formal

10   establishment of the foundation in 2000 and

11   then operating as the foundation after that

12   point in time?

13        A.     Well, this is what the document

14   you have shown me suggests.

15        Q.     You don't have any independent

16   recollection of that?

17        A.     No.  You know, with these -- I

18   know this is -- this is -- it was a charity

19   office, and then he has his own charity

20   office, charity foundation.  So I know this

21   was, but the date -- the exact dates, 2000,

22   2001, this is -- I don't recall the exact

23   dates.

24        Q.     And did the charity office or

25   foundation during the 1998 to 2002 time
```

1    period ever serve as a vehicle for you to

2    conduct charitable activities?

3         A.      No.

4         Q.      You've never contributed any

5    money during that time period to the charity

6    office or the foundation?

7         A.      No, I did not.  It was always

8    my father's money.

9         Q.      And, you know, during the 1998

10   to 2002 time period, did you have any

11   interactions with the personnel at the

12   charity office for the foundation?

13        A.      Yes, I would -- I would --

14   yeah, I would have some -- I would have some

15   contact with them or -- I know them there.

16        Q.      Okay.  And was there any

17   particular reason you would have contact with

18   them, or is it just because they worked for

19   your father?

20        A.      No, no, it could be sometimes

21   that things has to do with my father, you

22   know, charity things, in term of, you know,

23   something about -- you know, it's a -- of

24   course -- I think most likely it would be

25   like -- like things related to my father,

1    some of his charity work.

2        Q.    Were you ever involved in

3    working with your father to identify entities

4    to receive support via his charity office or

5    foundation?

6        A.    Sorry, can you ask again?

7        Q.    Did you ever have any

8    involvement in helping your father identify

9    entities or causes --

10       A.    No.

11       Q.    -- to receive support?

12       A.    No.  I never.

13       Q.    Did you ever assist your father

14   in conducting an evaluation of an entity or

15   cause he was thinking about supporting?

16       A.    Well, yes, I could have some

17   discussion, you know, just -- just, I mean,

18   like, you know, spending more money for

19   education or something like this.  Just

20   general, but -- but it was always arranged by

21   his, you know -- by his -- by the people

22   working for him in the charity office.  And

23   if anything, it was, you know, just

24   unofficial.

25             You know, with my father, not

```
 1    with the staff there, just, you know, it
 2    could be general discussion that, you know,
 3    for example, you know, because he -- he --
 4    he -- he made his own -- part of his charity
 5    he has his own university, which is teaching
 6    medical.  In his old town, the town he
 7    suffered and he left because he could not
 8    find -- he -- he started up a university in
 9    association with the -- with the one -- one
10    very famous medical school in Holland.
11    And -- and today this university is
12    graduating a lot of -- a lot of doctor and
13    majority of them they don't -- they come as a
14    sponsor by -- by the charity.  They don't pay
15    their fees because they can't afford it.
16         Q.    In the -- in the period '99 --
17    1998 until the foundation was formally
18    established in 2000, do you recall the
19    employees -- who the employees were working
20    in the charity office?
21              MR. CURRAN:  Objection.
22         Foundation.
23              You may answer.
24              THE WITNESS:  Yeah, I think --
25         no, no, I don't know all of the
```

1          employees, but I know at least, you

2          know, the two names are familiar with

3          the -- their name to me, are the two

4          in charge of the office.

5     QUESTIONS BY MR. CARTER:

6          Q.     And who are those two?

7          A.     This is Abdul Rahman Al Rajhi,

8     and another one called Saleh Al-Habdan.

9          Q.     Okay.  And am I correct that

10    Abdul Rahman Al Rajhi's full name is Abdul

11    Rahman bin Abdullah Al Rajhi?

12         A.     Yes, you are right.

13         Q.     And he is the son of your

14    father's brother, correct?

15         A.     No.  He -- no, he -- he's

16    not -- he's -- he's not son of any of the

17    four brothers.

18         Q.     Okay.  Is he related to you?

19         A.     Oh, yes.  He is -- he is -- he

20    is married to my half -- half-sister.

21         Q.     And do you recall when he began

22    working in the charity office?

23         A.     Do I recall when?

24         Q.     Yeah.

25         A.     No.  I know many, many years

1    before, but I don't recall when.

2         Q.    And do you recall whether he

3    had a title within the charity office?

4         A.    No, I don't know what will be

5    his title, but he -- he's I think -- he is

6    number one at the time.  I didn't think now

7    for many years -- I think he left now for

8    many years.  I'm not sure again.  But I

9    think -- I think now he's not working there.

10   I think.  I'm not sure.

11        Q.    Do you recall -- do you recall

12   whether he continued to work for the

13   foundation after it was formed in 2000

14   through 2002?

15        A.    No, I don't -- I don't recall

16   whether he -- I think -- I think most likely

17   by 2000 he was working.

18        Q.    And you also mentioned I think

19   Saleh bin Sulaiman Al-Habdan?

20        A.    Yes.

21        Q.    Okay.  And did he have any

22   familial relation to you?

23        A.    What's -- what's the question?

24        Q.    Was he in any way related to

25   you?

```
 1          A.     No.  No, he is not.
 2          Q.     I've seen a reference to him in
 3     a document as the imam of the Al Rajhi
 4     mosque.
 5                 Do you know whether he had a
 6     role serving as the imam at a family mosque?
 7          A.     Yes, he was, and maybe he's
 8     still the imam of the mosque.
 9          Q.     And do you know him personally?
10          A.     I know -- I met him a number of
11     times, yes.
12          Q.     Do you know anything about his
13     background or religious training?
14          A.     No, I don't know much about his
15     background other than he's working in the
16     charity.  I think before he was -- he was a
17     teacher, something like this before he worked
18     for my father.
19          Q.     And do you know anything about
20     the educational background of Abdul Rahman
21     bin Abdullah Al Rajhi?
22          A.     No.  I think he finished -- he
23     graduated, but I don't know what -- what
24     school or from where he graduated.
25          Q.     And you don't know what area he
```

1    focused his studies on?

2         A.    I'm not sure.  I'm not sure.

3    No.

4         Q.    Okay.

5         A.    But, yeah, I think he was -- I

6    think -- I think he was a teacher, again,

7    before he worked for my father.

8         Q.    And do you recall when Saleh

9    bin Sulaiman Al-Habdan first became the imam

10   at the Al Rajhi mosque?

11        A.    Many, many years ago, but I

12   don't recall which year.

13        Q.    Before the 1998 time period

14   we're talking about?

15        A.    Yeah.  Yes.  He would be before

16   '98, '98.

17        Q.    There are references in some of

18   the documents relating to the charity office

19   to an individual named Abdullah bin Ibrahim

20   Al-Misfer.

21              Do you know who that is?

22        A.    No, I don't know.

23        Q.    So you don't recall ever

24   communicating with Abdullah Al-Misfer in any

25   way?

```
 1          A.      I don't recall that I have

 2     communicated with him.

 3          Q.      There -- did you know an

 4     individual named Saleh Al-Hussayen?

 5          A.      Saleh, L?

 6          Q.      Al, S-a-l-e-h, Hussayen?

 7          A.      Like Hussain or Hussayen?

 8          Q.      Hussayen, I think.

 9          A.      Yeah, Saleh Hussayen, yes --

10     yeah, I am familiar with him.  I know him.

11          Q.      Okay.  Who is he, as you

12     understand it?

13          A.      Saleh Hussayen, he -- he's

14     government -- in the minister position.  He

15     worked for Al Rajhi Bank when it's -- when it

16     started '98 in the Sharia committee of

17     Al Rajhi Bank at that time for some time.

18               MR. CURRAN:  Excuse me.  You

19          said -- you said when the bank started

20          in '98.  Did you mean '88?

21               THE WITNESS:  I mean '88.

22               MR. CURRAN:  Okay.

23               THE WITNESS:  Yeah, sorry, I

24          mean '88, 1988, when the bank started.

25
```

```
 1     QUESTIONS BY MR. CARTER:
 2          Q.     So Saleh Al-Hussayen worked in
 3     the Sharia committee at the bank when it
 4     started in 1998?
 5          A.     Yes.
 6          Q.     And based on his role on the
 7     Sharia committee, I understand that he was an
 8     Islamic scholar of some sort?
 9          A.     Well, I don't know the
10     definition -- what do you mean by Islamic
11     scholars?  I think everyone have it
12     different.  But I know -- I know before that
13     he was a senior in the government and also
14     after -- after this, he was handling the two
15     holy mosques for the government.  He was on
16     top of this organization taking care of the
17     two holy mosques in the government.
18               And he's -- he has the
19     reputation of a person who is humble and
20     modest.
21          Q.     And do you know how your father
22     came to know him?
23          A.     No, I don't know.  But -- but
24     he's -- you know, he's a respected
25     individual, but I don't know how -- how he
```

1    first knew him.

2         Q.    And do you know whether your

3    father had a -- a personal relationship with

4    Saleh Al-Hussayen?

5              MR. CURRAN:  Objection.  Vague.

6              You may answer.

7              THE WITNESS:  What do you mean

8         by "personal relationship"?

9    QUESTIONS BY MR. CARTER:

10        Q.    Did -- do you know whether they

11   were friends?

12        A.    No.  Personal, I mean, not --

13   not friends.  I mean, other than he -- he

14   served on the Sharia, and he knows my father,

15   but -- but I cannot call them they are

16   friends.

17        Q.    Do you know whether your father

18   ever consulted with him on religious issues?

19        A.    I don't know.

20        Q.    Do you know whether --

21        A.    It was -- sorry.  Sorry to say

22   this.  When he was on the Sharia board of

23   Al Rajhi Bank, of course his job with other

24   board, Sharia board, is to -- you know, to

25   approve whatever product, whether it's to

1    comply with the Sharia principles or not.

2         Q.    So his role on the Sharia board

3    was to help advise the bank as to whether

4    proposed products complied with Islamic law,

5    correct?

6         A.    Yes, right.

7         Q.    And, you know, besides the role

8    on the Sharia board, do you know whether he

9    had any involvement in serving as an advisor

10   to your father on religious issues?

11        A.    I'm -- I'm not aware about it.

12        Q.    Do you know whether he was ever

13   involved with either the charity office or

14   the foundation?

15        A.    It could be.  I remember my

16   father at the time he made committee for the

17   charity because, you know, when the people

18   who work there, it's like a committee, you

19   know, review these requests.  So it could be

20   he worked on one of these committees for a

21   time.

22        Q.    Okay.  Do you recall when this

23   committee was formed?

24        A.    No.  No.  I didn't -- I don't

25   recall when, but I -- but, you know, imam

```
 1    there is some committee at the time my father

 2    made, as I said, to -- to help him in

 3    reviewing the requests coming from the people

 4    who are working there before -- before it's

 5    approved.

 6         Q.    And do you recall who any of

 7    the other members of that committee were?

 8         A.    No.

 9              MR. CURRAN:  Objection.

10        Foundation.

11              You may answer.

12              THE WITNESS:  I don't recall

13        others.

14   QUESTIONS BY MR. CARTER:

15        Q.    Okay.  Do you recall whether

16   that committee was operating during the 1998

17   to 2002 time period?

18        A.    I don't know.

19        Q.    Do you recall how many people

20   served on the committee?

21        A.    No, I don't know.

22        Q.    And do you recall anything

23   about backgrounds of any of the people who

24   were on the committee?

25        A.    Yes, I didn't have the -- I
```

1    don't recall the details.

2                    (Al Rajhi Exhibit ARB 51 marked

3           for identification.)

4    QUESTIONS BY MR. CARTER:

5           Q.     Okay.  If we can mark as the

6    next exhibit the documents at Tab 93.

7                    Mr. Al Rajhi, this is a

8    printout that Al Rajhi Bank provided to us

9    for transfers from an account Al Rajhi Bank

10   held for the Saar Foundation to Al-Haramain

11   Islamic Foundation or principals such as

12   Aqeel Al-Aqil.

13                   Have you had occasion to see

14   this information before?

15          A.     No.  I'm sorry, I not

16   understand.  What's this?

17          Q.     I understand it to be an

18   extract from the bank's central banking

19   system itemizing transfers from an account

20   held in the name of the Saar Foundation to

21   Al-Haramain Islamic Foundation or at least in

22   one case Aqeel Al-Aqil.

23                   MR. CURRAN:  Yeah.  Mr. Carter,

24          I think you're mistaken.  I don't know

25          the source of your understanding, but

```
 1          our information is that this account

 2          reflects Sulaiman Al Rajhi's

 3          foundation, not Saar.  I'm not

 4          aware --

 5               MR. CARTER:  Okay.  I'm sorry.

 6          Let me -- let me clarify then.

 7     QUESTIONS BY MR. CARTER:

 8          Q.    This is an account for the

 9     Sulaiman Abdul Aziz Al Rajhi Foundation.

10          A.    Yes.

11          Q.    And it reflects transfers from

12     that account to Al-Haramain and Aqeel

13     Al-Aqil.

14          A.    Well, yeah.  This is a

15     statement here, I can see it.

16               MR. CURRAN:  Yeah, you scroll,

17          but it's the same document.

18               THE WITNESS:  Yeah, but here.

19          So I don't see the dates here.  No

20          dates?

21     QUESTIONS BY MR. CARTER:

22          Q.    I believe that the -- and I

23     apologize, I can only look at the English

24     version.  And in my English version, the

25     dates are reflected in the fourth column from
```

1    the left.  It says "ACC date."

2         A.    Yeah.  So this is '98.  All

3    right.  '98, '99, '99, 2000, 2000.  Okay.

4    And here we're talking about?

5         Q.    So during this period of

6    between '98 and 2000, were you aware that

7    your father's charitable foundation was

8    providing support to Al-Haramain Islamic

9    Foundation?

10        A.    Well, this is what I see now,

11   but I'm not familiar with it.

12        Q.    Okay.  And did you have any

13   knowledge that during this time period, and

14   in particular in May of 2000, your father's

15   charitable foundation made a transfer to

16   Aqeel Al-Aqil?

17        A.    No, I am not -- I'm not aware

18   about it.

19        Q.    Do you know whether your father

20   knew Aqeel Al-Aqil?

21        A.    I don't know if he knows him.

22        Q.    And at least a few of these

23   contributions appear to occur in May of 1999,

24   the same time Aqeel was depositing large sums

25   of cash in his account, correct?

1          MR. CURRAN:  Objection.  Lack

2     of foundation.

3          You may answer.

4          THE WITNESS:  I don't know --

5     understand.  I don't know.

6     QUESTIONS BY MR. CARTER:

7     Q.     Do you recall -- again, do you

8     recall at all during this period when you

9     were aware that your father was providing

10    support to Al-Haramain?

11    A.     Well, I think this is what it

12    show, this statement, but I'm not familiar

13    with it, again, and know whether the charity,

14    how much money they give to -- to different

15    charity.  I'm not -- I have no information

16    about it.

17    Q.     Okay.

18    A.     It's -- yeah, to '98 and '99,

19    2000, before -- before Al-Haramain started to

20    having a problem from what I read here.

21          (Al Rajhi Exhibit ARB 52 marked

22     for identification.)

23    QUESTIONS BY MR. CARTER:

24    Q.     Okay.  On that -- on that

25    issue, can we mark as the next exhibit the

1    document at Tab 94?

2              Mr. Al Rajhi, this is, again,

3    an extract that Al Rajhi Bank has produced to

4    us in response to a request for details of

5    contributions from your father's charitable

6    foundation to Al-Haramain.

7              And it reflects contributions

8    between 2000 and as late as August 27, 2002.

9              Do you see that?

10        A.    Yes.

11        Q.    And I think we discussed

12   earlier that the United States government had

13   taken action against Al-Haramain and

14   sanctioned two of its offices in March

15   of 2002.

16              Do you recall that?

17        A.    Yes.

18              MR. CURRAN:  Objection.  Lack

19        of foundation.

20              You may answer.

21              THE WITNESS:  Right.

22   QUESTIONS BY MR. CARTER:

23        Q.    You told me, if I recall

24   correctly, that you -- the bank was

25   monitoring information during that time

```
1    period and received contemporaneous

2    information about the actions taken as to

3    Al-Haramain.

4              Is that -- is that correct?

5              MR. CURRAN:  Objection.  Lack

6         of foundation.

7              You may answer.

8              THE WITNESS:  Yeah, when it was

9         in the news, 2004 -- 2003.

10   QUESTIONS BY MR. CARTER:

11        Q.    Okay.  Just --

12        A.    But, Mr. Carter, this is -- of

13   course this is not from the bank.  These

14   payments are from the charity -- from what I

15   understand from you, this is coming from a

16   charity office of -- not from the bank.

17        Q.    Okay.  It's coming from the

18   charity office of your father via an account

19   at the bank.

20              Do you agree with that?

21        A.    I don't know if it was account,

22   but, yes, an account -- having an account was

23   opened and had been -- never been closed --

24   being closed with its -- when the government

25   closed their office, but it was open during
```

1    2001 and '2.

2            Q.    Okay.  As I'm just --

3            A.    This account -- you know, the

4    bank would receive money from -- you know,

5    from different -- from different people, not

6    only from the charity office.

7            Q.    Again, I just want to make sure

8    we're clear about what this document is.

9                 This is a document reflecting

10   transfers from your father's charitable

11   foundation account at Al Rajhi Bank for the

12   benefit of Al-Haramain.

13                Do we agree about that?

14           A.    Yeah, this is what -- what I

15   understand from you based on -- because I see

16   it only in English in front of me.  This is

17   what it is suggesting, yes.

18           Q.    And the document we have in

19   front of us --

20           A.    And another statement, do we

21   have it in the statement?

22                MR. CURRAN:  Yeah, this is an

23           English-only document, Mr. Carter?

24                THE WITNESS:  And I don't see

25           the statement, the bank statement

Highly Confidential - Subject to Further Confidentiality Review

```
 1           itself.  Right?
 2                   MR. CARTER:  No, there's a --
 3           oh, wait.  Yeah, this is how this
 4           document was produced to us, Chris.
 5                   THE WITNESS:  Okay.
 6                   MR. CURRAN:  Based on the --
 7           how do you know it's the charity
 8           office account?
 9                   MR. CARTER:  Because it was
10           produced in response to those
11           requests.
12                   Yeah, and, I mean, there's also
13           an account number that's designated
14           that corresponds to some statement
15           records and then these transactions
16           are reflected in statement records as
17           well.
18                   But the statements, as you
19           recall, are many pages and this is a
20           concise extract, so it seemed helpful.
21                   MR. CURRAN:  Okay.  So there is
22           a statement in Arabic, but it's not
23           being presented here.
24                   THE WITNESS:  Yes.  Okay.
25
```

1    QUESTIONS BY MR. CARTER:

2         Q.    Okay.  And at least based on

3    the English document we have here, it appears

4    that there were transfers from the -- your

5    father's charity foundation account at the

6    bank for the benefit of Al-Haramain in

7    between June of 2002 and August of 2002,

8    correct?

9         A.    Yes, that's what this document

10   say.

11             (Al Rajhi Exhibit ARB 53 marked

12        for identification.)

13   QUESTIONS BY MR. CARTER:

14        Q.    And just going back, if we can

15   mark as exhibit -- the next exhibit, the

16   document at Tab 30.

17             I understand this to have been

18   a notification from SAMA in March of 2002

19   distributed to several banks, including Al

20   Rajhi, reporting on the freezing of accounts

21   associated with three entities, and two of

22   them are offices of Al-Haramain.

23             Do you see that on the second

24   page?

25             MR. CURRAN:  Objection as to

```
 1          form.  Lack of foundation.
 2                 THE WITNESS:  So the closure
 3          of --
 4                 MR. CURRAN:  We have the Arabic
 5          as well, if you need it.
 6                 THE WITNESS:  So this is -- so
 7          this letter came from where?
 8                 MR. CURRAN:  Can you show the
 9          first page, Mr. Carter?  Or I guess we
10          can scroll to it here.
11                 THE WITNESS:  Yeah.
12                 MR. CARTER:  If you -- if you
13          page to the third page.
14                 THE WITNESS:  Third page.
15                 MR. CARTER:  I think it was
16          produced possibly out of order.  It's
17          a communication from the bank
18          self-supervisory committee chairman to
19          several people, including Saleh M.
20          Jarbu at Al Rajhi Bank.
21                 THE WITNESS:  Yes.
22                 You have stated -- of subject.
23          Three names received from SAMA, we
24          have instruction from SAMA that in
25          addition to account freeze, any
```

```
 1              financial transactions to and from,

 2              name should be immediately blocked on

 3              the report to SAMA.

 4                    This is -- which date was it?

 5              7 March 2002.  Okay.  We see the

 6              names.

 7      QUESTIONS BY MR. CARTER:

 8              Q.     Yeah.  The names on the next

 9      page.

10              A.     Yeah.  This is the branch in

11      Albania.  Okay.  This is the branches of

12      Al-Haramain, yes.

13              Q.     And so we -- there was some

14      confusion earlier about whether or not

15      Al Rajhi Bank had received notification of

16      the actions taken against the two branches of

17      Al-Haramain in 2002, and based on this

18      document, you agree that the bank did receive

19      that information at the time it happened?

20              A.     Whether this suggests that,

21      yes, it came about -- this is not about

22      Al-Haramain Saudi.  This is about overseas

23      branches of Al-Haramain.

24              Q.     Correct.

25                    And you received information
```

1    about the action taken against those branches

2    when it happened in 2002, right?

3         A.    Right.  But, again, this is not

4    Al-Haramain Saudi.

5         Q.    And during this 2002 time

6    period, was your father still working with

7    the bank?

8         A.    Which year?

9         Q.    2002.

10        A.    Yes, he's still working.  He

11    still was the chairman.

12             (Al Rajhi Exhibit ARB 54 marked

13        for identification.)

14   QUESTIONS BY MR. CARTER:

15        Q.    If we can go back, there's a

16   second statement relating to an account in

17   the name of Aqeel Al-Aqil.  It's at Tab 12.

18   If we can mark that.

19             Mr. Al Rajhi, this is an

20   additional account statement for Aqeel

21   Al-Aqil from Al Rajhi Bank, and I would just

22   like to direct your attention to page 41471.

23        A.    41471?  Yes.

24        Q.    And a little more than halfway

25   down the page, it indicates there was 220,000

1    riyal withdrawal from Aqeel's account by

2    Abdul Rahman Abdul Aziz al Rajhi on

3    February 24, 1999.

4            Do you see that?

5        A.    Yes, I see it.

6        Q.    Do you have any understanding

7    as to whether or not Abdul Rahman Abdul Aziz

8    Al Rajhi had some sort of relationship with

9    Aqeel Al-Aqil?

10       A.    I don't know who is Abdul

11   Rahman Abdul Aziz Al Rajhi.

12       Q.    Okay.  Do you think this is

13   likely a reference to Abdulrahman --

14   Abdulrahman bin Abdullah Al Rajhi?

15       A.    No.  This is different name.

16   This is Abdul Rahman Abdul Aziz Al Rajhi,

17   different from Abdul Rahman Abdullah, so I

18   don't know if he's the same person.

19       Q.    Is it possible it's the same

20   person and it's just entered wrong?

21            MR. CURRAN:  Objection as to

22       form.

23            You may answer.

24            THE WITNESS:  Yeah, I don't

25       know because I have my uncle, Hamad

```
 1              Abdulaziz Al Rajhi in Jeddah, he's a
 2              big businessman.  You know, he's a
 3              businessman, so this is what, a debit
 4              or credit?  A withdrawal by checks.
 5              So he --
 6      QUESTIONS BY MR. CARTER:
 7         Q.     A withdrawal.
 8         A.     So this one he debited from
 9      Aqeel and credit to Rahman Al Rajhi, right?
10      That what it suggest?
11         Q.     Yeah.
12         A.     So I don't know if this is the
13      same Abdul Rahman Abdullah al Rajhi but also
14      could be different individual which is in
15      Jeddah-based Rahman, which is my half --
16      half-uncle, and he's a businessman in Jeddah.
17      If this is commercial transaction between two
18      of them or anything else, I don't know.
19                   But, again, I don't know
20      whose -- I don't know which one we're talking
21      about Rahman Abdul Aziz.
22         Q.     And so the other individual
23      with the similar name is your father's
24      half-brother?
25                   MR. CURRAN:  Objection to form.
```

 1                You may answer.

 2                THE WITNESS:  The other one

 3        which is -- which is this Abdul Rahman

 4        Abdul Aziz al Rajhi you mean or --

 5    QUESTIONS BY MR. CARTER:

 6        Q.    Yes.

 7        A.    Yeah, Abdul Rahman Abdul Aziz

 8    al Rajhi, if this is the man, he's a

 9    half-brother for my father.

10        Q.    Okay.

11        A.    But he has nothing to do with

12    my father's business.  You know, he's totally

13    separate, and he's based in Jeddah.

14                But again, you know -- you

15    know, our family is thousands of people, so

16    there's a lot of people that can -- may be

17    the same name with the three letter, so I

18    will not confirm that he is the same person.

19        Q.    Over the course of the

20    statement, there's a quite a number of

21    withdrawals, many of which are just described

22    Abdul Rahman Al Rajhi.  And again, you don't

23    know whether or not the Abdul Rahman Abdullah

24    al Rajhi worked in the charity office had any

25    association with Aqeel Al-Aqil.

1          Do you?

2      A.      No, I don't know.

3              (Al Rajhi Exhibit ARB 55 marked

4      for identification.)

5  QUESTIONS BY MR. CARTER:

6      Q.      Just we can mark as the next

7  exhibit the series of documents at Tab 92.

8              Mr. Al Rajhi, this is just a

9  handful of checks related to the transfers --

10  relating to transfers to Al-Haramain.  And

11  then on the last page, there is a letter

12  dated April 6, 1999, from Abdul Rahman bin

13  Abdullah Al Rajhi.

14              MR. CURRAN:  I think you just

15      have the translator statement on the

16      screen, Mr. Carter.

17              MR. CARTER:  Sorry, the prior

18      page.  I didn't mean the translator.

19      Before the Arabic.  That's the one.

20              THE WITNESS:  This is in

21      Arabic?

22              MR. CURRAN:  Yeah.

23              THE WITNESS:  '99.  Okay.

24  QUESTIONS BY MR. CARTER:

25      Q.      Okay.  And this is a letter

1    from Abdul Rahman bin Abdullah al Rajhi in

2    1999 and the letterhead identifies him and

3    Saleh bin Sulaiman Al-Habdan.

4              I believe you told me that

5    those two people were in charge of your dad's

6    charity office between the 1999 period?

7        A.    Yes.

8              MR. CURRAN:  Objection as to

9        foundation.

10             You may answer.

11             THE WITNESS:  Yes.

12   QUESTIONS BY MR. CARTER:

13       Q.    And this is a letter to Sheikh

14   Aqeel bin Abdul Aziz Al-Aqil enclosing a

15   contribution for Al-Haramain Islamic

16   Foundation.

17             Do you see that?

18       A.    Yes, I see it.

19       Q.    And it references a

20   communication between Aqeel and Abdul Rahman

21   al Rajhi including a telephone call.

22             Do you have any information

23   concerning the nature of any dealings between

24   your father's charity office and Aqeel

25   Al-Aqil during this time period?

1        A.       No, I am not familiar.

2        Q.       You don't have any personal

3   knowledge of the contribution and issues that

4   are discussed in this letter, correct?

5        A.       No, I don't have any knowledge,

6   any personal knowledge, about it.

7        Q.       Do you have any reason to doubt

8   that Abdul Rahman bin Abdullah al Rajhi was

9   in contact with Aqeel Al-Aqil during this

10  time period?

11            MR. CURRAN:  Objection as to

12       form.

13            You may answer.

14            THE WITNESS:  Yeah, from this

15       letter, I think he -- he's -- he's

16       giving him this money to

17       support Kosovo, you know, as he said

18       here.  So this is for supporting for

19       Muslims of Kosovo.  That's what the

20       letter is suggesting.

21  QUESTIONS BY MR. CARTER:

22       Q.       Yeah.  No, I'm just asking

23  whether you have any reason to doubt that the

24  Abdul Rahman bin Abdullah al Rajhi was in

25  contact with Aqeel Al-Aqil during this time

1    period in relation to the work of your

2    father's charity office?

3         A.    Well, I don't know exactly what

4    the -- I don't understand exactly the

5    question, but if you asked me is there any --

6    any contact between Aqeel Al-Aqil and Abdul

7    Rahman Al Rajhi, is this the question?

8         Q.    Sure.

9         A.    Yeah, of course, from this

10   letter there is a contact.  There's a

11   telephone call.  They send him a letter.  So

12   this is -- if this is a correct letter, then

13   there's a contact between the two.

14              (Al Rajhi Exhibit ARB 56 marked

15        for identification.)

16   QUESTIONS BY MR. CARTER:

17        Q.    And if we can mark as the next

18   document the document at tab 73.

19              This is a document we received,

20   Mr. Al Rajhi, from an individual named ███

21   ███.

22              Do you know ██████████

23        A.    Yes, I know him.

24        Q.    How do you know him?

25        A.    I know him when -- you know,

Highly Confidential - Subject to Further Confidentiality Review

```
 1    when Saar being started, some foundation

 2    being started.  So he was official in Saar

 3    Foundation.

 4         Q.    When you say "Saar Foundation,"

 5    are you referring to a Saudi-based entity or

 6    a US-based entity?

 7         A.    No, a US-based entity.

 8         Q.    And did you have any

 9    involvement with the establishment of the

10    US-based Saar Foundation?

11              MR. CURRAN:  Objection.  Vague.

12              You may answer.

13              THE WITNESS:  No, my

14         involvement -- you know, Saar

15         Foundation started maybe early '80s.

16              And the start -- and early

17         '80s, I can't recall, because it was a

18         long time ago.  And so when it

19         started, they had some -- I attended

20         some, few meetings in the beginning,

21         that was, you know, again, in the

22         early '80s, maybe.  But so that was --

23         1990s, early '90s, maybe.  That was

24         the time that I was -- that I was,

25         again -- that was my father, but I was
```

```
 1            there as -- in a few meetings with my
 2            father at that time when he -- when he
 3            just started Saar Foundation.
 4    QUESTIONS BY MR. CARTER:
 5            Q.    So do I understand that your
 6    father started the US Saar Foundation at some
 7    point in the '80s?
 8            A.    I would assume, yes, maybe, the
 9    '80s.  Maybe.  Yeah.  Mid-'80s or before.
10    Yeah, about mid-'80s.
11            Q.    Do you know if your -- do you
12    know what the Saar Foundation was established
13    to do?
14            A.    You know, again, this is the
15    same story I gave you from before, that my
16    father, from the beginning, you know, because
17    of his childhood and the suffer he had, you
18    know, he was always -- you know, in his mind
19    he wanted to have -- to make a foundation and
20    to give some money to the people who -- who
21    they are in need, you know.
22                  And -- and at that time he has
23    some advice from -- you know, from -- you
24    know, I think some -- you know, some maybe
25    advisors that US is well-established in term
```

```
 1     of making a foundation, the law, and, you

 2     know, it's advanced to other countries in

 3     terms of charity and foundation.

 4               So he was being convinced that

 5     to start the foundation in USA.  Especially

 6     at that time in Saudi, you know, there was

 7     not that practical way of making a foundation

 8     that can operate in a practical way.

 9               So that's -- that's -- that's

10     what I remember, you know, when my father

11     started.

12          Q.    So the Saar Foundation was

13     established by your father to carry out

14     charitable endeavors?

15          A.    Started by my father, is this

16     the question?

17          Q.    Yeah.  Started -- your father

18     created the Saar Foundation in the US to

19     carry out charitable activities?

20          A.    Yes.  Yeah, to make an

21     investment and use the proceed of the

22     investment to do charity work.

23          Q.    And do you recall what your

24     father's investment was to create proceeds

25     from the charity work?
```

```
1          A.      No, I'm not involved with it,

2    but I think it was different things, real

3    estate.  I think at the time there was a

4    poetry {phonetic} project, and I think the

5    majority was real estate, if I'm not

6    mistaken.

7          Q.      And was your father the sole

8    contributable -- contributor of the property

9    that was given to generate revenue?

10         A.      Well, I cannot confirm the

11   sole, but he was the major, major

12   contributor, but I can't confirm if he was

13   the sole or not.

14         Q.      And this document that we

15   obtained from ██████ indicates that the

16   donors, the Saar donors, became very

17   concerned being linked to terrorist

18   activities, of course to which they had

19   nothing to do, and a question was asked, why

20   do we want to continue to be in the USA.

21              Do you recall any discussion of

22   that nature surrounding Saar in the 1997,

23   1998 time frame?

24              MR. CURRAN:  Objection to the

25         foundation of this document.
```

1        You may answer.

2        THE WITNESS:  So we are talking

3    about '97 and '98.  Again, you know --

4    you know, I don't recall all the --

5    all the details, but what I know, my

6    father, as I said, I think in the

7    '80s, mid-'80s, decided to have that

8    foundation and -- and then after some

9    time, he get, you know, a little bit

10    disappointed about the performance of

11    Saar.  And he thought, you know, Saar

12    maybe did not have the right principal

13    investment strategy and did not

14    perform well.

15        And then eventually I think

16    he -- he lost confidence in the people

17    who were managing and operating Saar.

18    QUESTIONS BY MR. CARTER:

19        Q.    Well, this document refers to a

20    concern about being linked to terrorist

21    activities.

22        Do you recall any discussions

23    with your father or anyone else during this

24    general time period, 1997, 1998, that

25    included concerns about Saar being linked to

```
1    terrorist activities?

2         A.     Yes.

3                MR. CURRAN:  Objection as to

4         form.

5                You may answer.

6                THE WITNESS:  Yes.  Yes, I do.

7                I think -- I think this is --

8         this is -- was the case, what I

9         just -- and also there was some

10        negative news about Saar Foundation at

11        that time.  I think also this

12        influenced my father's decision to

13        decide not to continue the Saar

14        Foundation in USA.

15               So -- so, yes, the news -- they

16        make the news about Saar there in US.

17        I would expect that had influenced my

18        father's decision.

19   QUESTIONS BY MR. CARTER:

20        Q.     And what was the negative news,

21   as best you can recall?

22        A.     Oh, I don't have, you know, the

23   details, but I think -- I think things about

24   some news that -- about the money being

25   disbursed maybe went to wrong entities, which
```

```
 1    is -- could be suspicious of terrorists or
 2    something like this.
 3         Q.    So as best you can recall, it
 4    concerned some news suggesting the
 5    possibility that the foundation had been used
 6    to channel resources to terrorists, correct?
 7              MR. CURRAN:  Objection.  Lack
 8         of foundation.
 9              You may answer.
10              THE WITNESS:  You know, I
11         will -- I prefer to say it in my words
12         because I'm not sure about -- but I
13         think, you know, my father, or there
14         was -- there was news, negative news,
15         about Saar Foundation.  And this news
16         of -- again, I don't -- I don't know
17         the details because this is -- we're
18         talking about almost 25, 26 years, but
19         it is about, you know, maybe some
20         money being -- being -- being provided
21         by Saar Foundation to an entity which
22         is -- which is -- could be linked to
23         wrongdoing or terrorism or something
24         like this.
25
```

1    QUESTIONS BY MR. CARTER:

2        Q.    The note goes on to indicate

3    that the trustees decided to relocate the

4    operations and steps were taken to create

5    Humana Charitable Trust in 1997 as an Isle of

6    Man trust.

7                Do you know whether or not

8    that's accurate?

9        A.    Yes, I think -- well, as I

10   said, you know, my father had a concern at

11   that time.  It seems also at the same time

12   Saar, people specifically -- I think he

13   wanted to -- he wanted to -- I think he

14   wanted to continue involved with Saar

15   activities, so he came with the suggestion

16   that, you know, having the foundation and

17   this new section.

18                But what I know my father's

19   final decision was -- was, no, he wanted --

20   you know, he wanted -- he didn't want to

21   expose his reputation and his charity, you

22   know, for any potential -- and then he

23   decide -- and then he decided to focus on the

24   charity here, especially when the

25   practicality of managing charities in Saudi

1    was much better than it was.  You know, there

2    was changing in how -- where the charity now

3    can own its investment, can buy and sell

4    without going to the court.

5              And so the decision -- the

6    final decision of my father did not accept

7    the suggestion of going to Isle of Man and

8    instead it gets back to Saudi.

9        Q.    You mentioned that at some

10   point your father lost confidence in the

11   people who were involved with the Saar USA

12   entity.

13             Do you recall who the people

14   you're referring to were?

15       A.    The question, where they are?

16       Q.    No, who they were.

17       A.    Yeah, I think I will call it

18   Saar people, which is, you know -- ▮▮▮▮  was

19   the most active person and maybe the other

20   officers of Saar.  I don't know at that time

21   who was the officers, the other officers.

22       Q.    Was there -- was there an

23   individual named Sulaiman Al-Ali involved

24   with the Saar USA activities?

25       A.    Sulaiman --

```
1          Q.     Sulaiman Al-Ali?

2          A.     Sulaiman Al-Ali?

3                 MR. CURRAN:  Can you spell that

4       last name, Mr. Carter?

5                 MR. CARTER:  A-l-i.

6                 THE WITNESS:  A-l-i.  A-l-a --

7       Ali.  Sulaiman Al-Ali?

8    QUESTIONS BY MR. CARTER:

9          Q.     Yeah, I think.

10         A.     Yeah.  No, I'm not familiar

11      with this name as he's part of Saar.

12         Q.     Are you familiar with him from

13      some other context?

14         A.     No.  I don't know, actually,

15      which individual we're talking about.  I

16      don't recall which it was.

17         Q.     Do you recall whether or not

18      Humana Charitable Trust was, in fact,

19      established?

20         A.     Sorry, what's the question

21      again?

22         Q.     Was action, in fact, taken as

23      referenced here to establish Humana

24      Charitable Trust?

25         A.     On what basis what action has
```

```
 1   been taken?

 2        Q.    Well, here it says steps were

 3   taken to create the Humana Charitable Trust

 4   in 1997.

 5             Do you know if that happened?

 6        A.    Can you show me which -- which

 7   paragraph you're referencing to?

 8             MR. CURRAN:  It's the

 9        highlighted part.

10             THE WITNESS:  Okay.

11             Yeah, so what's the question?

12   QUESTIONS BY MR. CARTER:

13        Q.    Do you know whether steps were,

14   in fact, taken to create Humana Charitable

15   Trust in 1997?

16        A.    You mean without -- 1990 --

17   what else has been created -- in discussion

18   with the Humana being created?

19        Q.    Yeah.

20        A.    I don't know if this is the

21   date, but I know Humana being -- being

22   created instead of Isle of Man.  I don't know

23   which dates.

24        Q.    Okay.  And after Humana was

25   created, did Saar Foundation then make a
```

1    contribution of its assets to Humana?

2         A.    Yes, I don't know if it is all

3    of its assets.  Well, again, you know, it

4    was -- I think -- again, I don't have the

5    details.  You know, but -- but the idea was

6    from Saar team that, you know, Humana will be

7    a charity instead of Isle of man.  And then

8    eventually, I think after this -- after '97,

9    my father made the decision that -- that, you

10   know -- you know, as I said before, he wanted

11   to -- he was -- he was worried about, as I

12   said, the potential risk, you know, other

13   liability, whatever, so he wanted to be under

14   his foundation here in Saudi.

15        Q.    Okay.  This document goes on to

16   refer to, and some of this is crossed out, a

17   visit to the USA in July of 1998, and it

18   refers to Sheikh Sulaiman.

19             Do you recall whether your

20   father visited the United States in July 1998

21   to deal with some of these Saar issues?

22        A.    No, I don't recall it.

23        Q.    And the document goes on to

24   describe that instead of Humana doing all of

25   the legwork for the charity undertakings, it

1    could instead work with an existing committee

2    in Sulaiman's charity office.

3         A.    Can you show me where you are

4    reading?

5         Q.    Well, there's -- there's --

6         A.    Yeah, here.  Yeah.  So the last

7    part --

8         Q.    Yeah.  A suggestion was made

9    then to optimize the grant-making process, we

10   should consider working with the charity

11   office already in existence.

12             And it goes on to say the

13   charity office is managed by Abdul Rahman bin

14   Abdullah al Rajhi, Saleh bin Sulaiman

15   Al-Habdan and Abdullah Al-Misfer.

16             Do you see that?

17        A.    Yes.

18             MR. CURRAN:  I'm going to point

19        to the witness' screen here,

20        Mr. Carter.  So the first part he was

21        reading was up here.

22             MR. CARTER:  Okay.

23             MR. CURRAN:  And then the

24        second part --

25             THE WITNESS:  In July suggested

1          that the trustee to optimize the

2          grant-making process we should

3          consider working with...

4                  MR. CURRAN:  While the witness

5          is reading that, just say again my

6          objection to the foundation of this

7          document, which I don't consider to be

8          a document.  It might be an exhibit,

9          but there's indications that it's not

10         complete.

11                 THE WITNESS:  Okay.

12    QUESTIONS BY MR. CARTER:

13         Q.    Do you recall whether there was

14    a suggestion in this 1998 time frame that the

15    Humana entity that had been established would

16    work with Sulaiman's charity office in Saudi

17    Arabia to streamline the grant requests?

18         A.    No, I don't recall this.  You

19    know, what I know that -- that, you know, the

20    same one is that -- yeah, go to Humana to

21    work and my father wanted -- it seems, you

22    know, from here -- and this is my father.  He

23    wanted the -- the charity to be paid

24    quarterly under his charity in the KSA

25    because -- you know, because he has -- you

1    know, he -- you know, minimize any

2    potential -- or he's worried about the

3    reputation, risk or also at that time maybe

4    the confidence in Saar people in USA is not

5    like when it started.

6              So, you know -- so I think that

7    was also influencing his decision, that he

8    doesn't have -- but -- but, again, I didn't

9    recall the details of this, but what I know

10   that -- that Humana, you know, eventually did

11   not continue and you -- the charity moved

12   to -- to the foundation in KSA.

13        Q.    And again, do you recall

14   whether your father visited the United States

15   in July of 1998?

16        A.    No, I don't recall it.

17        Q.    Do you recall whether you

18   visited the United States in that time frame

19   of 1998?

20        A.    1988?

21        Q.    '98.

22        A.    '98.

23              MR. CURRAN:   '98, which is the

24        date referenced in the second

25        paragraph.

```
 1              THE WITNESS:  Yeah.  1998,
 2         definitely I was not there if my
 3         father was there.  And I know -- I
 4         never met my father -- I never -- I've
 5         never been with my father on the same
 6         trip to the United States.  So --
 7         so -- but I -- I -- '98, I could have
 8         come, you know, in United States, but
 9         different dates by that time.
10    QUESTIONS BY MR. CARTER:
11         Q.    Okay.  The charity office in
12    Saudi Arabia during that 1998 to 2000 time
13    frame was managed by Abdul Rahman bin
14    Abdullah Al Rajhi and Saleh bin Sulaiman
15    Al-Habdan?
16         A.    That's what I recall.
17         Q.    So this -- that statement in
18    the document is correct, as you recall?
19         A.    Well, I -- yeah, as I recall,
20    Abdul Rahman bin Al Rajhi and Saleh
21    Al-Habdan, they were managing the charity
22    office.
23         Q.    And then at the end of this, it
24    talks about checks being processed without
25    showing the contributor's name.  These are
```

1    processed by Al Rajhi Banking & Investment

2    Corporation having its account with Chase

3    Manhattan and other correspondent banks.

4          Do you have any understanding

5    what that statement refers to?

6          A.    The checks are processed

7    without showing their continued -- it still

8    is correct normally when you show the checks,

9    you know -- I mean, I'm not sure, but I

10   believe the checks, when it's being issued,

11   it's not unusual the beneficiary name but not

12   the remitter name or the person who -- that's

13   my understanding, but I'm not sure about it.

14         Q.    Do you recall during this time

15   period your father implementing any procedure

16   that would allow contributions to issue

17   without identifying him as the donor?

18         A.    No, again, I --

19              MR. CURRAN:  Objection.

20              THE WITNESS:  No, I don't know

21        how things are done in the check

22        office, but at the same time, you

23        know -- you know, it's -- when you

24        do -- when you help -- there's -- when

25        you help without showing your name,

1          you are getting better rewards that

2          you are -- than you are showing your

3          name.  So that's -- that could be

4          also -- I know that some people, you

5          know, many people, you know, you see

6          here, they want to help, and they

7          don't to show their names as they're

8          giving the help.

9               And so this is not unusual for

10         someone, but I'm not sure about --

11         about the charity office, they make

12         sure that they show -- or they did

13         show their name.

14    QUESTIONS BY MR. CARTER:

15         Q.    Can we mark as the next exhibit

16    the few pages at Tab 352?

17              MR. CURRAN:  At some point,

18         Mr. Carter, I would like a short

19         break.  It doesn't have to be --

20              MR. CARTER:  Sure.  Let's just

21         take this down and --

22              MR. CURRAN:  No, this is a

23         one-page document.  How long can that

24         take?

25              MR. CARTER:  Unfortunately,

```
 1          it's several pages.  It could take a
 2          few minutes.
 3                  MR. CURRAN:  Okay.  All right.
 4          Is it okay to take a break?
 5                  THE WITNESS:  It's okay.
 6                  MR. CURRAN:  Okay.  All right.
 7          Just say five to seven minutes?
 8                  MR. CARTER:  Sure.
 9                  MR. CURRAN:  Okay.  Thank you.
10                  VIDEOGRAPHER:  Off the record.
11          9:16 a.m. -- p.m.  Sorry.
12           (Off the record at 9:16 p.m.)
13                  VIDEOGRAPHER:  On the record.
14          9:28 a.m. -- p.m., sorry.
15                  MR. CARTER:  And have we
16          already marked the next document as an
17          exhibit, or did we defer doing that?
18                  JON KNOWLES:  Yes, sir.  Well,
19          I mean, you can change it, if you
20          want, I guess.  I mean --
21                  MR. CARTER:  I think it's
22          already marked as an exhibit from the
23          prior deposition, but so I am going to
24          skip it for now and instead can we
25          mark as the next exhibit the handful
```

```
 1              of pages at Tab 79?

 2                   (Al Rajhi Exhibit ARB 57 marked

 3              for identification.)

 4    QUESTIONS BY MR. CARTER:

 5         Q.    Mr. Al Rajhi, we only have

 6    English versions of these documents.  They

 7    are annual reports for the Saar Foundation,

 8    Inc., the US entity filed in 1994, 1993, 1992

 9    and 1991.

10                   And if I can, the first

11    document is the first page of the 1994.  And

12    then turning to the second page, in the

13    principal officers and directors, there's a

14    reference to Abdullah S. Al-Abdulaziz in the

15    first one.  Sorry, above that.

16                   Abdullah S. Abdulaziz?

17         A.    Yes.

18         Q.    Is that you?

19         A.    Yeah, this is me.

20         Q.    Is there some reason that the

21    document filed with the State of Virginia

22    relating to this company didn't identify you

23    in a way that included your surname Al Rajhi?

24                   MR. CURRAN:  Objection.  Lack

25              of foundation.
```

```
 1              You may answer.

 2              THE WITNESS:  Yeah, well,

 3         actually from the beginning of when I

 4         said Saar started, my father was for

 5         himself and for his sons, which is

 6         myself and my brother, when it was in

 7         the beginning, when Saar started he --

 8         he -- you know, there was this concern

 9         about -- about privacy and security.

10              So the name was, you know -- I

11         don't know if this was his idea or

12         this is being suggested by the people

13         there, but I know from the beginning,

14         you know, they -- I think it's more or

15         could be mixed, you know, both, you

16         know, privacy and security that, you

17         know, not have the last name.

18    QUESTIONS BY MR. CARTER:

19         Q.    Okay.  There's some sort of

20    conscious decision made to identify you in a

21    way that didn't include your last name?

22         A.    Yes.

23              MR. CURRAN:  Objection.  Lack

24         of foundation.

25              You may answer.
```

```
 1                    THE WITNESS:  Yeah.  Yes.

 2       QUESTIONS BY MR. CARTER:

 3            Q.     And below you, the next

 4       director listed is Salih Hussvyin in a

 5       somewhat unusual spelling.

 6                   Do you know if that's Saleh

 7       Al-Hussayen who we discussed earlier who had

 8       served at one time on the Al Rajhi Sharia

 9       board?

10                   MR. CURRAN:  Objection.  Lack

11            of foundation.

12                   You can answer.

13                   THE WITNESS:  Yeah, the name --

14            I don't have the names, but it looks

15            like the same name.

16       QUESTIONS BY MR. CARTER:

17            Q.     Do you recall whether he was,

18       in fact, Saleh Al-Hussayen, one of the

19       directors of the US Saar entity in the 1994

20       sort of time frame?

21            A.     Well, I can't confirm it, but

22       it looks like he's the same one, but I cannot

23       confirm it.

24            Q.     Okay.  Turning to the next

25       annual report in this group, is the '93
```

1    report, and again, on the second page of

2    this, the Abdullah S. Abdulaziz reference

3    here is you, correct?

4          A.     Must be, yes, the same.

5          Q.     Okay.  And the Sulaiman A.

6    Al-Saleh identified there, is that your

7    father?

8          A.     Yes.  Again, without the --

9    without the last name.

10         Q.     Okay.  So Sulaiman Saleh refers

11   to your father without identifying his last

12   name?

13         A.     Yeah, this is Sulaiman A.

14   Abdulaziz and Al-Saleh, which is his

15   grandfather name.

16         Q.     In that section, it identifies

17   the address for you as 11919 Safa Court in

18   Herndon, Virginia.

19                Did you ever maintain any

20   residence or office at that address?

21         A.     No.

22         Q.     You were during this time in

23   Saudi Arabia, right?

24         A.     I was in Saudi Arabia, yes.

25         Q.     Okay.  And the same for your

```
1    father, did your father have any residence or

2    office at 11919 Safa Court?

3         A.     No, I don't think so.

4         Q.     So he was in Saudi Arabia at

5    the time, right?

6         A.     Yes, right.

7         Q.     And now, going back to the

8    document that we had previously started to

9    talk about, which is at Tab 52.  There are

10   five pages included in this exhibit that are

11   previously marked as ARB 22.

12              And it's an e-mail in the top

13   page from Abdullah Sulaiman Al Rajhi to a

14   mar-jac.com e-mail address referring to

15   Humana Charitable Trust.

16              Do you see that?

17        A.     Yes, I see it.

18        Q.     And although it says from

19   Abdullah Sulaiman al Rajhi, it's -- the

20   bottom line says it's coming from someone

21   named Bushra Ahmed.

22              Do you see that?

23        A.     Yes.

24        Q.     Do you know who Bushra Ahmed

25   is?
```

 1          A.     Yeah, that was my secretary at

 2     that time.

 3          Q.     He was your secretary at

 4     Al Rajhi Bank?

 5          A.     He was my secretary at Al Rajhi

 6     Bank, yes.

 7          Q.     And did he work for you in any

 8     capacity other than as secretary at Al Rajhi

 9     Bank?

10               MR. CURRAN:  Objection as to

11          form.

12               You may answer.

13               THE WITNESS:  Well, you know,

14          he was my secretary, so he will -- he

15          will -- you know, any -- any letter or

16          e-mail I do from my office, he will

17          handle it.

18     QUESTIONS BY MR. CARTER:

19          Q.     Okay.  And he was an Al Rajhi

20     Bank employee?

21          A.     Yes.

22          Q.     And it's addressed to a

23     ███████  and says, "On your fax machine, you

24     are going to receive a letter dated

25     October 18, '99, dually signed by Sheikh

```
 1    Sulaiman along with a three-page list of
 2    grants, in Arabic."
 3              Do you recall asking your
 4    secretary to transmit a letter to ███████
 5    in this November 1999 time frame including a
 6    list of grants?
 7         A.    No, actually, you know, from
 8    the beginning, it was always ████████  when
 9    he went -- you know, my father doesn't read
10    or speak English, so normally -- and ██████
11    doesn't speak Arabic.  So normally when he
12    wants to communicate things to my father, he
13    will send it to my office for Bushra or, you
14    know, most likely Bushra.  Most of the time
15    he -- he communicate these message to my
16    father under the same thing like when it
17    was -- when it was something need to be
18    communicated in writing.
19         Q.    Okay.  So when ██████████
20    needed to communicate with your father about
21    the work of Humana, his normal course was to
22    reach out to either Bushra or to you at
23    Al Rajhi Bank, correct?
24              MR. CURRAN:  Objection.  Lack
25         of foundation.
```

```
 1                You may answer.
 2                THE WITNESS:  Yeah.  Yeah.
 3          Well, reach out to me.  Not Al Rajhi
 4          Bank, reach to me.  And then -- then
 5          they -- just, you know, for Bushra
 6          to -- you know, to make this -- you
 7          know, to deliver that message to my
 8          father or get that message to my
 9          father or, like in this case, you
10          know, letter is signed by my father
11          and he send it back to ███████.
12    QUESTIONS BY MR. CARTER:
13          Q.    And do you know whether ████████
14    ██████had direct dealings with the personnel
15    in your father's charity office?
16          A.    Most likely not because he
17    doesn't speak Arabic, they didn't speak
18    English, as I understand, but I'm not sure if
19    they have some direct contact.
20          Q.    Okay.  The next page of this is
21    an October 18, 1999 letter to ██████ from
22    Sulaiman A. Al-Saleh.
23                Do you see that?
24          A.    Yes.
25          Q.    And do you recall arranging for
```

1    Bushra Ahmed to send this letter to ████

2    ████

3         A.    Just give me, please, a minute

4    just to go through it.

5              Yes, sorry, what was the

6    question?

7         Q.    Do you recall arranging for

8    Bushra Ahmed to send this document to ████

9    ████

10        A.    When you say "arrange," you

11   mean I asked Bushra to do it or --

12        Q.    Yeah, did you ask Bushra to do

13   it?

14        A.    Not necessarily.  You know,

15   this -- this could be and could be not.

16   Again, you know, talking about 20 -- you

17   know, it could be -- it could be I am aware

18   about it or it could be that ████ send it

19   to, you know, my father.  You know, this, I

20   would assume, is being drafted by -- by

21   someone maybe in Saar or something like this,

22   and then my father has signed it and asked

23   Bushra to send it.

24              So it could be -- you know,

25   this could be done when I am in the office

1   or -- or not.  I can't recall.

2        Q.    Okay.  And the letter, do you

3   recognize this to be a letter signed by your

4   father?

5        A.    Yes.

6        Q.    Okay.  And it indicates that

7   "during my visit in July of 1998, I explained

8   to you and Mr. Jaghlit that a committee has

9   been set up to receive requests from various

10  charities located throughout the world and

11  then to review, investigate and decide if a

12  charitable contribution will be made."

13            Do you understand that to be a

14  reference to your father's charity office?

15       A.    Yes.

16       Q.    And it goes on to say, "As we

17  discussed and agreed during your visit in

18  December 1998, Humana Charitable Trust will

19  join in and pay part of these contributions.

20  Attached is a list of grants made and paid by

21  me to various entities sent for reimbursement

22  for your part of the contribution."

23            Do you recall there being an

24  agreement that Humana Charitable Trust would

25  reimburse Sheikh Sulaiman's charity office

1    for portions of the contributions he made

2    during this time period?

3         A.     Yes.  I recall this was.

4         Q.     And so the list of

5    contributions that he's referring to here are

6    contributions that were made by your father,

7    Sulaiman Abdullah Abdul Aziz Al Rajhi,

8    through his charity office, correct?

9         A.     Yes, this is what the letters

10   say or what's suggesting.

11        Q.     And there is then a three-page

12   list of contributions appended to it.

13             Do you recall seeing this

14   during this time period?

15        A.     No, I don't remember this.

16        Q.     And there are contributions

17   listed to entities in various parts of the

18   world, the Philippines, Kuwait, Indonesia,

19   United States, Colombia.

20             Do you recall during this

21   period your father was involved in making

22   charitable distributions throughout the

23   world?

24        A.     Yeah, my father's charity

25   office was known for many charities around

1    the world that, you know, they write to his

2    charity office to get -- you know, to get

3    some -- for his contributions.  So it was --

4    so it was a lot of requests he receive from

5    different organization, charities around the

6    globe.

7         Q.     And am I correct that these

8    transfers would have been initiated through

9    Al Rajhi Bank?

10        A.     What do you mean by

11   "initiated"?

12        Q.     When your father was making

13   contributions, did he generally transfer the

14   money from an Al Rajhi Bank account?

15        A.     Yeah, normally the charity

16   office, they have an account with Al Rajhi

17   Bank, and they will do it for Al Rajhi Bank.

18        Q.     And just a couple questions

19   about the identities listed here.

20               About two-thirds of the way

21   down the first page, there's a reference to a

22   transfer to Khaled Ibrahim al Suwailem in the

23   Da`wah office in America.

24               Do you know who that is?

25        A.     That is -- no, I don't know

1    him.

2         Q.    Okay.

3         A.    You know, in many cases I would

4    assume my father also doesn't know.  I mean,

5    as I said, the request will come to his

6    charity office, the people there, they will

7    check it, review it, and at the time, as I

8    said before, I don't know if it's during this

9    time or -- there's a committee, and that

10   committee will -- again, I don't know whether

11   their role -- they approve or without they're

12   coming to my father or my father get

13   involved, but I would -- but I don't know

14   really how it's -- you know, but I understand

15   that sometime there's a committee in that

16   office, which is not -- not people working

17   who the -- who their job to approve or not

18   approve.

19        Q.    And --

20        A.    Or to recommend.  I don't know.

21   Sorry.

22        Q.    Fair to say then that there was

23   a professionalized operation established by

24   your father to deal with the charity requests

25   and determine where to send contributions?

```
 1          A.     No, my father, as I said, you
 2   know, he had staff working there in the
 3   charity, but also he wanted to have -- again,
 4   at the time, I'm not aware about it -- where
 5   there's a committee just another level of --
 6   maybe before him.  I would -- you know, I
 7   think this will give him more comfort that
 8   also being reviewed by maybe someone before
 9   the final decision is being made.
10          Q.     Did your father personally pick
11   the people who worked in the charity office
12   and served on the committee?
13          A.     I would expect, yes, but
14   normally he -- he's the one who will decide,
15   you know, which -- whether it be the
16   committee or the people working there.  I
17   mean, the top of mind, but I'm sure he's not
18   involved for other staff working in charity
19   office.
20              (Al Rajhi Exhibit ARB 58 marked
21       for identification.)
22   QUESTIONS BY MR. CARTER:
23          Q.     And if we can, mark as the next
24   exhibit the document at Tab Number 64.  It's
25   an e-mail from ██████████ addressed to
```

```
 1     Abdullah Sulaiman al Rajhi.  And the way it's

 2     addressed is "Dear Abu Sultan."

 3               Is he referring to you when he

 4     uses the Abu Sultan salutation?

 5          A.    Yes, he refers to me.

 6          Q.    So in various places in

 7     communications with ████████ when there's

 8     a reference to Abu Sultan, that's referring

 9     to you?

10          A.    Yeah.

11               MR. CURRAN:  Objection.

12     Overbroad.

13               You may answer.

14               THE WITNESS:  Yes.

15               (Al Rajhi Exhibit ARB 59 marked

16          for identification.)

17     QUESTIONS BY MR. CARTER:

18          Q.    And ██████████ produced a

19     number of checks related to contributions

20     made by your father that were in his custody,

21     and I just want to ask you a few questions

22     about them.

23               The first one is at Tab 53.  If

24     we can mark it next.

25               This is a 1999 check payable to
```

1    Dr. Manei bin Hammad al Johani for 120,000

2    riyals from bin Sulaiman Abdul Aziz al Rajhi.

3              Do you see that?

4         A.    This is -- this is a check to a

5    Dr. Manei bin Hammad al Johani.

6              Yes, I see that copy of the

7    checks, yes.

8         Q.    Okay.  And this is an Al Rajhi

9    Bank check, right?

10        A.    This is the checks with

11   personal account with Al Rajhi Bank.

12        Q.    And this check is payable to

13   Manei bin Hammad al Johani.

14              Do you know who that is or was

15   at the time?

16        A.    No, I don't know him.

17        Q.    Do you know whether or not he

18   was an official at the World Assembly of

19   Muslim Youth?

20        A.    I don't know.

21        Q.    Do you know whether your father

22   had a practice of at times issuing checks to

23   officials of charitable organizations rather

24   than to the charities themselves?

25              MR. CURRAN:  Objection.  Lack

```
 1              of foundation.

 2                     You may answer.

 3                     THE WITNESS:  No, I don't know

 4              if he's doing this.

 5                     (Al Rajhi Exhibit ARB 60 marked

 6              for identification.)

 7     QUESTIONS BY MR. CARTER:

 8         Q.     And if we can go to the checks

 9     at Tab 57.

10                     These are three checks payable

11     to the Muslim World League for The Ten Sheep

12     Project.

13                     Do you have any idea what The

14     Ten Sheep Project was at that time?

15         A.     I think I see now what you

16     covered with the check here.  Tell you what,

17     I don't know -- ten --

18         Q.     The Ten Sheep --

19         A.     Yeah.  No, I don't know what is

20     it.

21                     (Al Rajhi Exhibit ARB 61 marked

22              for identification.)

23     QUESTIONS BY MR. CARTER:

24         Q.     Okay.  And if we can mark the

25     document Tab 58.
```

```
 1                    This is a check payable to an
 2     individual named Mansour bin Nassir Al Rajhi.
 3                    Do you know who that is?
 4          A.       Mansour bin Nassir Al Rajhi, I
 5     would think -- yeah, this is -- could be -- I
 6     can't confirm 100 percent, but could be
 7     someone, you know, Al Rajhi family as --
 8     as -- you know, I'm not talking about the
 9     four brothers.  I'm talking whole family.
10     They have, you know, a kind of, you know, the
11     gathering.  They do it, of course, you know,
12     in different cities in the country where
13     some -- some member of the family are
14     meeting.
15                    You know, they do these kind of
16     meetings here in Riyadh.  They do it in the
17     original town in Naseem.  They do it in
18     Jeddah.  So Mansour is involved in -- if he's
19     the same person, involved in -- in this --
20     you know, this -- you know, association or
21     whatever you call it.
22                    I don't know really what could
23     be the right name, which is just making these
24     family gathering and -- and again, this is
25     before the -- so there's actually -- most
```

1   likely again I can't -- but there must be a

2   kind of different member of the family, they

3   need a kind of endowment for the benefit of

4   the whole family.  And this is what I

5   understand it's -- they help all the member

6   for -- that's endowment to a member of the

7   family when they are in need of help.

8        Q.    There's text here associated

9   with it enclosing the check, which indicates

10  that it is a contribution for folks of the

11  Committee for the Promotion of Virtue and the

12  Prevention of Vice.

13       Do you know whether Mansour bin

14  Nassir Al Rajhi had any role at the committee

15  for the --

16       A.    I just want to read it, please.

17  Just to understand it.

18       Q.    Yeah, sure.

19       A.    Yes.  No, this must be for

20  something different.  This is -- it seems

21  money being given to this individual, you

22  know, as a contribution from Sheikh Sulaiman

23  for -- for this, you know, government entity

24  called Hayta Maroof {phonetic}, which is

25  supposed to make sure that, you know, they

1    apply the order -- the Islamic law.

2                 So sorry, what was the

3    question?

4         Q.    I was just asking whether or

5    not the Al Rajhi referred to in that had any

6    role to your knowledge at the Committee for

7    the Promotion of Virtue and the Prevention of

8    Vice?

9         A.    No, again, I don't understand

10   the question.

11        Q.    The donation is for the benefit

12   of the Committee for the Promotion of Virtue

13   and Prevention of Vice, and it's being given

14   to Mansour bin Nassir Al Rajhi.

15                Do you know if he was in some

16   way affiliated with that committee?

17        A.    No, I don't know if he's

18   affiliated or not.  But this is -- this is

19   government officials, and this is government

20   money, so the money went to them.  So I don't

21   know if he has -- he is involved with it.

22                (Al Rajhi Exhibit ARB 62 marked

23        for identification.)

24   QUESTIONS BY MR. CARTER:

25        Q.    We can mark as the next exhibit

1    the handful of checks at Tab 98.

2            Mr. Al Rajhi, these are all

3    checks issued from your father's account at

4    Al Rajhi payable to Abdullah bin Ibrahim

5    Al-Misfer, and our understanding is that

6    Abdullah bin Ibrahim Al-Misfer worked in your

7    father's charity office at the time these

8    checks were issued.

9            Take a moment and scroll

10   through them, please.

11       A.    Okay.

12       Q.    Okay.  And in the notes on

13   several of these checks there's indication

14   that the funds are for some other party.  The

15   first one indicates that the amount to be

16   sent to the Brother Ahmed Taha.

17           The next says to be handed to

18   propagator Qassim Mohamed from Mali.

19           The other one is for the

20   benefit of propagators in Sierra Leone.

21           Again, do you know whether your

22   father had a practice of issuing checks to

23   individuals in their name for support of

24   other entities?

25       A.    Support what?

1      Q.    Other entities.

2      A.    Other -- I don't know what you

3    mean.

4      Q.    The checks indicate that the

5    ultimate beneficiary of several of these

6    payments are not Abdullah Al-Misfer himself

7    but someone else.

8      A.    Yes.

9      Q.    And do you know in this time

10   period whether your father had a practice of

11   making payments to people in his charity

12   office in their name for them to go

13   distribute the proceeds to a third party?

14          MR. CURRAN:  Objection.

15     Foundation.

16          You may answer.

17          THE WITNESS:  Yeah, no, I don't

18     know if my father knows about this.  I

19     don't know if my father knowing about,

20     you know, this practice or not.

21          You know, because this is what

22     I can see checks being signed by the

23     people managing the charity.  If -- I

24     don't know this Abdullah Al-Misfer,

25     but as you say he's working in the

```
 1            charity, then they are signing for
 2            someone who is working.  And as I
 3            said, you know, he put someone.
 4                 So I don't know if -- if -- you
 5            know, if my father was knowing about
 6            this or not.  I don't know if this
 7            is -- you know, was a practice in
 8            many -- in other things or only in
 9            this one.  I have no idea.
10       QUESTIONS BY MR. CARTER:
11            Q.    Well --
12            A.    Again, going back to, you know,
13       1990 because I looked at the dates.  '99, you
14       know, it was -- it was -- I think the trust
15       was totally different than they were today
16       because you cannot expect that, you know,
17       money will go and you give it and this money
18       will be used for bad causes.  It's always,
19       you know, people have in mind this money goes
20       there and it will -- you know, it will be
21       used for a good purpose.
22                 And definitely there was a lot
23       of trust in an individual at that time, which
24       is, of course, different today.
25            Q.    And just to that point, the
```

```
1    check at 10423 was in the amount of 235,000

2    Saudi riyals, coming from the charity's

3    account at the bank and issuing to Abdullah

4    Ibrahim Al-Misfer who is an employee of the

5    charity.

6              And you agree with me under

7    that circumstance Ibrahim Al-Misfer could

8    have simply cashed this check?

9         A.    You mean for his own personal

10   benefit?

11        Q.    Well, I mean, it's written out

12   to him.  If he came into the bank, would they

13   have honored it and given him the cash?

14        A.    Yeah, if he came to the bank

15   and he's the beneficiary, he would have taken

16   the cash.  But again --

17        Q.    Where it went from there, the

18   bank wouldn't know?

19        A.    Yeah, of course.  If he -- if

20   the -- if there's a check in the name of an

21   individual and they take the cash at that

22   time.  Of course today, you know, you cannot

23   make personal checks to charities.  It's not

24   accepted.  This is stopped.

25              But at that time people would
```

1    have made check -- I think this is in
2    every -- every charity everywhere in the
3    world.  You know, they will make a check to
4    an individual.  And then I don't know -- and
5    also, again, I'm not -- I don't understand
6    why and how, but -- but we know that some
7    country also -- there's a different country
8    there's always, you know, you need to bring
9    money -- you know, because there's no way to
10   transfer the money through banking system.
11              It's more transferring money
12   for, you know -- through either dollars or
13   whatever currency to give it to them because
14   some of these country, there is not even way
15   to transfer money to.  I'm not saying this is
16   the case, but this could be also there.
17        Q.    Actually, I'm going to reserve
18   to a little bit of my remaining time, but I
19   do want to ask you just a few questions
20   before turning it over to counsel.
21              There are documents indicating
22   that you were involved in responding to an
23   inquiry from SAMA relating to transactions
24   involving an individual named Omar
25   Al-Bayoumi.

```
 1                    Do you recall that at all?

 2         A.     No, I don't.

 3         Q.     Do you know who Omar Al-Bayoumi

 4    is?

 5         A.     No, I don't.

 6         Q.     He is known to have provided

 7    support to two of the September 11th

 8    hijackers when they arrived in the United

 9    States.

10                    Were you aware of that?

11                    MR. CURRAN:  Objection.

12         Foundation.

13                    You may answer.

14                    THE WITNESS:  You know, I --

15         really -- the name -- maybe ring --

16         maybe in this case or in -- his name

17         was there, I have seen this name, but

18         I don't recall details of -- of him.

19    QUESTIONS BY MR. CARTER:

20         Q.     And, sir, do you have any idea

21    why Omar Al-Bayoumi would have been

22    contacting the phone number associated with

23    the charity office and then a cell phone

24    associated with Abdullah Al-Misfer during the

25    time period that the hijackers were in the
```

1    United States?

2         A.    No, I do not know.

3         Q.    There is an individual named

4    Towayan Al-Towayan.

5              Do you know who that is?

6         A.    No, I don't.

7         Q.    Or he is -- or he was at one

8    time an employee of Al Rajhi Bank working in

9    the Sharia department.

10             Do you have any understanding

11   of whether Al Rajhi Bank sent him to the

12   United States during the 2000-2001 time

13   period?

14        A.    No, I didn't recall that the

15   bank sent him or sent anyone to United States

16   during that time.

17        Q.    And Towayan Al-Towayan is

18   believed by the FBI to have had contact with

19   Omar Al-Bayoumi and at least one of the

20   hijackers.

21             Did you in your role at

22   Al Rajhi Bank ever receive any inquiry

23   related to that contact?

24             MR. CURRAN:  Objection.  Lack

25        of foundation.

```
 1                 You may answer.
 2                 THE WITNESS:  You know, at that
 3            time there's a lot and a lot of
 4            inquiries were received.  So I can't
 5            now remember, you know, what are the
 6            names, but it could be hundreds of
 7            inquiry and information.  And so -- so
 8            it could be, but I can't recall
 9            whether he was in any of the lists
10            that we --
11       QUESTIONS BY MR. CARTER:
12            Q.    And you're -- do you recall
13       whether there was any inquiry to determine
14       whether Towayan Al-Towayan received unusual
15       financial contributions while he was in the
16       United States from Al Rajhi Bank accounts?
17            A.    No.  No way that Al Rajhi Bank
18       will -- can you say that?  Can you --
19       contributed money to him for what?
20            Q.    Well, he had an account at
21       Al Rajhi Bank.  I'm asking whether or not you
22       recall there was ever any inquiry that you're
23       aware of directed to the bank concerning
24       funds he received through that account during
25       the 2000-2001 time period?
```

1    A.    Ah, funds he received in his

2    account, no, I'm not aware about it.

3    Q.    Were you aware that Saleh

4    Al-Hussayen was in the United States in the

5    days leading up to and through September 11th

6    attacks?

7    A.    No, I am not aware.

8    Q.    Were you aware that he

9    transferred the hotel he was staying in stay

10   in the same hotel room -- hotel as two of the

11   hijackers on the night before the attacks?

12   A.    No, I'm not aware of it.

13   Q.    There is information indicating

14   that Saleh Al-Hussayen was in the United

15   States, at least in part, to visit charities

16   in the Herndon, Virginia area during that

17   trip.

18          Are you aware of that?

19   A.    No, I am not aware, but from

20   what you are saying now and his name was on

21   the list there, but I'm not aware of it.

22   Q.    Do you know whether Saleh

23   Al-Hussayen was in the United States at that

24   time at -- on behalf of your father?

25   A.    He was in United States on

1   behalf of my father?

2        Q.     Yeah.  Do you know whether he

3   was here for -- on behalf of your father

4   and/or your father's request?

5        A.     No.  No.

6        Q.     To investigate charities?

7        A.     No, I didn't -- no, I'm not

8   aware, and I don't think so, but I'm not

9   aware, no.

10       Q.     And do you recall whether he

11  still had any role working with your father

12  during that time period in 2001?

13       A.     I am not aware if -- if he was

14  working at that time with my father.

15            MR. CARTER:  We will reserve

16       the remainder of our time.  Thank you,

17       Mr. Al Rajhi.

18            THE WITNESS:  Thank you,

19       Mr. Carter.

20            MR. CURRAN:  All right.

21       Mr. Al Rajhi, I do have some questions

22       for you.

23            First, however, I would like to

24       inform the court reporter that at

25       least my colleagues thing there might

```
 1              have been a couple of errors.  We

 2              reserve all rights to provide errata.

 3                   But in particular, at 12:13:14,

 4              lines, I think, 253, 24, there's a

 5              concern that there was a "no" answer

 6              that was indicated as a "yes," and

 7              they -- at least on the realtime

 8              transcript.

 9                   And then at 12:19:30, at 259,

10              line 7, there was a concern that the

11              word "you" should be "he."

12                   But, again, we reserve rights

13              to provide errata from ourselves and

14              the witness.

15                   Now, I would like to ask the --

16              the technician to bring up one

17              particular exhibit.  It's been

18              previously marked.  It should be found

19              in our Tab 1, and it's previously been

20              marked as ARB 24.  It bears the Bates

21              number ARB 39593 and others beyond

22              that.

23                   VIDEOGRAPHER:  Mr. Curran, if

24              you could speak a little bit closer to

25              the microphone.  Your audio is just
```

```
 1              little been muffled.  Thank you.
 2                   JON KNOWLES:  Your Exhibit 1.
 3              Where?
 4                   MR. CURRAN:  That's right.
 5              Tab 1.
 6                   JON KNOWLES:  Do you have it in
 7              the marked exhibit -- in the folder,
 8              in your folder under -- logged into
 9              or --
10                   MR. CURRAN:  I believe it's in
11              our folder, Tab 1, it's ARB 24.
12              Previously marked.
13                   JON KNOWLES:  Okay.  I don't --
14              give me a second then.  I don't see
15              it.  Let me log back into your folder.
16              Hold on.
17                   You want to go off the record
18              for a second or you just want to --
19                   MR. CURRAN:  No, I prefer to
20              continue.
21                   JON KNOWLES:  Okay.
22                   MR. CURRAN:  I see it in our
23              folder at Tab 1.
24                   All right.  Mr. Knowles, you
25              tell me, should we take a short break?
```

1          Is that necessary?

2               JON KNOWLES:  Wait.  That's it

3          right there.

4               MR. CURRAN:  That's it.  Thank

5          you very much.

6               JON KNOWLES:  Yes, sir.  I got

7          it.

8               CROSS-EXAMINATION

9     QUESTIONS BY MR. CURRAN:

10         Q.    All right.  So, Mr. Al Rajhi,

11    I'm going to ask you questions about this

12    exhibit.  It's a multipage exhibit.  It

13    begins with the Bates number ARB 39593 and it

14    continues through 39604.  And it's an exhibit

15    that is originally in Arabic and then it has

16    an English translation.  You can refer to

17    either at your pleasure.

18               So my first question is, what

19    is the first page you see here?

20         A.    First page is a letter.  It's

21    sent to Dr. Abdullah al Obaid from -- he's

22    the Secretary of Islamic, I think, World

23    League.  Or I'm not sure about the English

24    word.  Maybe Islamic World League, I saw that

25    one.  It might also what's --

```
1          Q.     Yeah.  So who's the letter
2     from?
3          A.     From my father.
4          Q.     Do you recognize that
5     signature?
6          A.     Yes, I do.
7          Q.     How do you know that that's
8     your father's signature?
9          A.     I know this is his signature.
10         Q.     Yeah, how do you know?  How do
11    you know it's his signature?
12         A.     Because I know his signature.
13    And, you know, signed on top of his name.
14         Q.     You've seen his signature many
15    times over the years?
16         A.     Yeah, I've seen it -- of cor --
17    yeah, I know his signature well.
18         Q.     And in looking at the
19    letterhead, do you recognize the letterhead?
20         A.     Yes.
21         Q.     What is it the letterhead for?
22         A.     This is my father's estate
23    office.
24         Q.     Okay.  And your father has an
25    estate office?
```

1        A.     Yes.  Yeah, he does.

2        Q.     What is that?

3        A.     Estate office, it's a -- it's

4   one of my company offices, my father offices,

5   which is taking care of all of his real

6   estate businesses.

7        Q.     Okay.  Is it a personal office

8   that your father has?

9        A.     Yes, it is a personal.

10        Q.     Is it affiliated with the bank?

11        A.     No, it has nothing to do with

12   the bank.

13        Q.     At the bottom of this

14   stationery, there's a list of addresses and

15   other contact information.

16             Do you see that?

17        A.     Yes, I do.

18        Q.     Do you recognize any of those

19   addresses?

20        A.     No, I don't.

21        Q.     Okay.  Are any of them

22   affiliated with the bank?

23        A.     No, no, they are not.  These

24   aren't even, you know -- have -- if you see

25   in the bottom show what you call it, Chamber

1    of Commerce membership number, the CR number,

2    which are the -- this is different CR.  CR,

3    which is commercial registration for the

4    office.  So this have different phone,

5    different commercial registration, different

6    Chamber of Commerce membership.

7         Q.    And, sir, please take a moment

8    to look at the letter.  I'm going to ask you

9    what your understanding of the letter is.

10        A.    I think my father here he's

11   sending letter referring to -- and he's

12   informing that he's a number of times

13   provided his -- his resignation as a -- as a

14   board member and also from any committee, and

15   he sent number of letters.  The last one was

16   in '98.  And he send a copy of his

17   resignation, and he wanted just to --

18   confirming that, you know, his resignation,

19   which as he sent before.

20        Q.    And, sir, this letter is dated

21   October 4, 1998, correct?

22        A.    Yes.  Yes.

23        Q.    And in this letter, your father

24   is confirming his prior resignation from the

25   board of trustees of IIRO, correct?

```
 1          A.      Right.  Yes.

 2          Q.      And you indicated that this

 3     letter attaches copies of prior resignations

 4     by your father?

 5          A.      Yes, that's what the letter

 6     say.  Yes.

 7          Q.      Okay.  I would like to ask you

 8     to scroll through the attachments and tell me

 9     if those also appear to you, based on your

10     knowledge, to bear your father's signature

11     and bear the stationery of your father's

12     estate office.

13          A.      Yeah, all these are my father

14     signature from the estate office.

15          Q.      Okay.

16          A.      The letterhead, I mean.

17          Q.      Right.

18                  And the last attachment here,

19     which I believe is the first-in-time letter.

20          A.      Yeah, this one.  Yes.

21          Q.      Is dated when?

22          A.      This is -- this is dated Arabic

23     in the letter.  I see in handwrite.  20

24     June 1992.

25          Q.      Okay.  So based on this
```

1    exhibit, it appears that your father first

2    resigned from the board of IIRO in or about

3    June 20, 1992?

4          A.    Yes.

5          Q.    And then thereafter he sent

6    multiple letters to IIRO confirming his

7    resignation?

8          A.    Right.

9          Q.    You see, sir, at the bottom of

10   this exhibit, there are Bates numbers?

11         A.    Yes.

12         Q.    And they bear the ARB Bates

13   number?

14         A.    Yes.

15         Q.    All right.  So that indicates

16   that this document came from the files of

17   Al Rajhi Bank.

18         A.    All right.

19         Q.    Okay.  First, do these letters

20   relate at all to bank business?

21         A.    No.  It's not -- this is from

22   the real estate office.  It has nothing to do

23   with the bank.

24         Q.    Okay.  So do you know why these

25   documents were found and produced from the

```
 1    files of the Al Rajhi Bank?

 2         A.    Yes, I --

 3              MR. CARTER:  Objection.

 4              THE WITNESS:  Yes, this is

 5         because of this case, the first -- you

 6         know, this case, the first time, this

 7         letter came from the estate office for

 8         the -- for this case in the first

 9         time.

10    QUESTIONS BY MR. CURRAN:

11         Q.    Okay.  Do you believe that

12    these letters that you've been shown are

13    authentic and genuine letters signed by your

14    father?

15         A.    Yes, I do believe.

16         Q.    Do you have any indication that

17    they are forgeries or otherwise lacking in

18    genuineness?

19         A.    No, I didn't.

20         Q.    All right.  Please take down

21    that exhibit.

22              So, Mr. Al Rajhi, do you

23    remember where you were on 9/11?

24         A.    Yes, I remember.  I was -- it

25    was about four o'clock.  I was in my office
```

1    here in Riyadh, in the bank.

2         Q.    And what did you think when

3    9/11 happened?

4         A.    Well, you know, first when I

5    heard about the news, I thought it was -- you

6    know, it was -- I was surprised.  I thought

7    it was an accident, the plane hit to the

8    tower.  But of course after the second attack

9    or the second airplane hit the tower, it was

10   very clear that it is a attack, you know;

11   it's not an accident.

12              And of course I was shocked

13   and, you know, sadness, especially when the

14   news started coming and, you know, thousands

15   of people lost their life.  And then, you

16   know -- and they would -- so very, very

17   difficult time in their last moment of life,

18   when -- especially when the -- you know, we

19   all see it, the jumping off of towers.  So it

20   was really very, very difficult time and they

21   lost a lot of their life.

22        Q.    Did you ever discuss 9/11 with

23   your father?

24        A.    Yeah, I -- when I have seen him

25   in person after -- after this attack, I

1    discussed it with him, yes.
2         Q.    And what was his reaction?
3         A.    Well, his reaction, it's -- you
4    know, this is murder.  This is a crime.  And
5    my father, you know, you go -- I mean, he
6    said at that time, and he said it -- I heard
7    it from, you know -- you know, many, many
8    times, and he said this in front of me and
9    many people who he meets when you talk about
10   these kind of, you know, attacks or these
11   terrorists, any terrorist.  You know, he
12   would say, you know -- he always say, and he
13   believe that, you know, if you as an
14   individual kill one innocent person, it's
15   like you are killing the whole humanity.  You
16   know, he said it's killing one -- it's like
17   killing the whole humanity.
18              So he was -- and this is,
19   again, either you will hear it from him, many
20   people hear it from him.  He was always, you
21   know, repeat this message.  And definitely,
22   you know, he seen this as -- as a crime.
23              And of course he doesn't -- he
24   doesn't agree that Osama bin Laden or
25   al-Qaeda, they are representing Islam or

1    acting on behalf of Islam.  He always said

2    this many times.

3        Q.    Have you ever met Osama bin

4    Laden, or did you ever meet him before he

5    died?

6        A.    No, I never met him.

7        Q.    Do you know if your father ever

8    met him?

9        A.    No, I don't think my father

10   have.  Of course I can't -- I can't say for

11   sure, but I'm not aware that my father has

12   seen him or meet him.

13       Q.    Are you an extremist Islam

14   follower?

15       A.    No, I'm not.

16       Q.    Do you support violence or

17   terrorism?

18       A.    No, I don't.

19       Q.    Is your father an extremist or

20   was he at any time?

21       A.    No.

22             MR. CARTER:  Objection.

23             THE WITNESS:  Yeah, my father

24       is a religious person, but he doesn't

25       support radical or extremist belief.

```
 1          But he's -- he -- he's very religion
 2          person, my father.  But you talk to
 3          him, he -- he's not -- he doesn't
 4          support -- he doesn't support these
 5          beliefs.
 6     QUESTIONS BY MR. CURRAN:
 7          Q.     Have you ever intended to
 8     support Osama bin Laden, al-Qaeda or
 9     terrorists, terrorism in any form?
10          A.     No way.  Never.
11                 Actually, you know, in this
12     country we are victim of terrorists.  Of
13     course not the same scale as -- as
14     September 11, but my neighbor, he lost his
15     son in one of the terrorist attack here in
16     Riyadh.  When he was in one of the compound
17     and the terrorist attack one compound and his
18     son was in that compound and he lost his
19     life.
20                 The same thing in Al Rajhi
21     Bank.  One of our staff with his family was
22     living in one of these compound, and that
23     compound was -- another attack, was another
24     terrorist attack, and luckily he did not --
25     they were safe, but of course very, very
```

1    difficult time.  He and his wife and his

2    children, so really -- and -- and -- and

3    Al Rajhi Bank, you know, I think about ten

4    years ago, our Jazira branch, you know, there

5    was an attack on our branch, in our branch,

6    and terrorists -- it was, you know, prior --

7    probably and then being proven behind it is

8    the terrorists.  And unfortunately --

9    unfortunately we lost -- two our staff lost

10   their life in this accident.

11               So, you know -- you know, we

12   are also -- I mean, you know, we have

13   suffered -- and, I mean, again, it's not the

14   same scale, but these terrorist attack also

15   has happened here in this country.

16        Q.     Yeah.

17               To the best of your knowledge,

18   has your father ever supported Osama bin

19   Laden, al-Qaeda or terrorism in any form?

20        A.     No, he never.

21        Q.     How do you know that?

22        A.     Because I know my father.  You

23   know, I -- you know, he always -- I worked

24   with him for decades.  You know, I've seen

25   him all my life.  And I'm not aware of any

1  support he has been giving, you know, for --

2  for someone for -- to do this kind of -- of

3  terrorist or, you know, illegal things.

4       Q.    To the best of your knowledge,

5  was anyone at Al Rajhi Bank ever a supporter

6  of Osama bin Laden, al-Qaeda or terrorism in

7  any form?

8       A.    No.  No one.

9            MR. CARTER:  Objection.

10       Foundation.

11  QUESTIONS BY MR. CURRAN:

12       Q.    And you've worked at the bank

13  for how many years?

14       A.    As I said here, I started

15  from -- since I graduated in 1979.  And I

16  left as an executive 2012, and I was on the

17  board after that for some time, and then I

18  was the chairman.

19       Q.    Okay.  And at the time of 9/11,

20  you were the general manager?

21       A.    I was the general manager, yes.

22       Q.    Which is equivalent to the CEO?

23       A.    Which is equivalent to the CEO,

24  yes.

25       Q.    And you were on the board of

1    directors at that time?

2         A.    At that time I was on the

3    board, yes.

4         Q.    And with all of that

5    supervision of the bank and knowledge of the

6    bank, you're not aware of anyone at the bank

7    who supported Osama bin Laden, al-Qaeda or

8    terrorism in any form?

9         A.    I am not aware of anyone

10   supporting any of these things at any time.

11             MR. CURRAN:  Mr. Carter, that

12        concludes my testimony -- or my

13        examination of the witness.

14             MR. CARTER:  Okay.  I have a

15        brief follow-up in light of that.

16             REDIRECT EXAMINATION

17   QUESTIONS BY MR. CARTER:

18        Q.    Just begin, Mr. Al Rajhi, you

19   were asked some questions about your reaction

20   to the September 11st attacks as well as your

21   father's reaction.

22             Do you recall that questioning

23   from your counsel?

24        A.    Yes.

25        Q.    And we've discussed at some

```
 1    length that in the period after the

 2    September 11th attacks, it came to light that

 3    numerous entities that had accounts at

 4    Al Rajhi Bank were involved in providing

 5    support to al-Qaeda, including Al-Haramain,

 6    correct?

 7         A.    You know --

 8               MR. CURRAN:  Objection as to

 9         form.  Lack of foundation.

10               You may answer.

11               THE WITNESS:  I mean, there is

12         some accusation, but I'm not in a

13         position to say this was the case,

14         but -- but I'm not aware of any -- you

15         know, any of these customer had -- you

16         know, had -- other than, you know, the

17         accusation.

18    QUESTIONS BY MR. CARTER:

19         Q.    Well, are you aware that the

20    Kingdom of Saudi Arabia, the government of

21    Saudi Arabia, has publically stated that

22    Al-Haramain was notoriously tied to Osama bin

23    Laden and al-Qaeda's terrorism?

24         A.    No, I'm aware that Saudi Arabia

25    has closed Al-Haramain, you know, for -- for
```

 1    wrongdoing things.  I did not go into details

 2    about these things.

 3         Q.    Okay.  Given the accusations

 4    about Al-Haramain's involvement in supporting

 5    al-Qaeda and the fact that your bank had 95

 6    accounts for Al-Haramain during this period

 7    and processed over 2 billion riyals in

 8    deposits and withdrawals, and given what you

 9    said about your reaction to 9/11, why didn't

10    you direct the people at the bank to grab up

11    every piece of paper you had about

12    Al-Haramain to see if there was a problem in

13    relation to the accounts that you maintained

14    for Al-Haramain?

15         A.    Mr. Carter, I said before, you

16    know, after September 11, we in the bank, we

17    have send all the information about

18    Al-Haramain to SAMA based on the work.  We

19    have send every account, every transaction,

20    and we received a lot of inquiries, you know,

21    about -- about these transaction.

22              And that we -- we are located,

23    we have put resource, staff, just, you know,

24    to -- to -- their job to work with SAMA, send

25    information.

1           And as I said before, we are

2    really proud of the work we have done because

3    we were responding -- responding very fast

4    and sending all the information.  And we know

5    these information goes to SAMA and also being

6    discussed and shared with the other

7    countries, especially United States, in

8    dealing with the -- and the timing -- to

9    help.

10           So -- so we have done it.  You

11   know, it's not like we did nothing.

12       Q.    Well, I'm supposed to have

13   copies of any communications you had with

14   SAMA about Al-Haramain through 2004, and I

15   don't have a stitch of record indicating you

16   provided account information to SAMA about

17   Al-Haramain during that time period.

18       A.    You know, again, it's --

19           MR. CURRAN:  Objection.

20           THE WITNESS:  The way -- yeah,

21       the way it works, these not letters

22       they send it to us.  These are, you

23       know, the same -- as I said, you know,

24       they -- you know, we receive -- and

25       actually in sometimes, SAMA people

```
 1           come, you know, because of the
 2           importance of the information.  They
 3           come to us here in our head office,
 4           and -- and they sit with our people,
 5           and they collect all of the
 6           information, and they take it also
 7           with them.
 8                So it was also not -- also
 9           teams from SAMA was -- was also in the
10           bank and dealing with all of these
11           information about Al-Haramain and
12           about other charities and other
13           individuals.
14                The bank was always very
15           good -- cooperating and doing.  And
16           not only that, but also for our
17           lawyers go back, you know, to -- to I
18           think 2000 -- not 2000 -- '02 or '3,
19           you know, what the case, they came to
20           us, they asked -- you know, the US
21           government, they wanted some
22           information from our lawyers.  And we
23           made this information available
24           through, of course, SAMA because we
25           have to give to SAMA.  We made it
```

1          available to the US government at that

2          time.

3               So I think it's not fair that

4          you say that we did not do anything or

5          were not cooperating.  We have done

6          everything we can do to help and --

7          and, you know, give whatever

8          information needed to deal with this

9          big, big, you know --

10    QUESTIONS BY MR. CARTER:

11         Q.    Mr. Al Rajhi, I have limited

12    time.  And, again, I'm supposed to have

13    copies of any information relating to

14    engagements with SAMA about Al-Haramain.

15               I'm telling you that I don't

16    have any records indicating that any

17    information was provided to SAMA about

18    Al-Haramain through the 2004 period.

19               So if you have documentation

20    indicating that there was some information

21    provided, I'd ask that you get it to me.

22               MR. CURRAN:  Objection as to

23          form.

24               I don't know if that's a

25          question, but if it is, objection as

```
 1              to form.

 2                   The witness has already

 3              addressed that, Mr. Carter.

 4   QUESTIONS BY MR. CARTER:

 5        Q.      And we will shift very quickly.

 6                   Going back to the series of

 7   letters that Mr. Curran discussed from your

 8   father to officials at the Muslim World

 9   League.

10        A.      Yes.

11        Q.      Okay.  And if you go to the

12   first in that series, the '92 letter, there's

13   a reference to the fact that your father at

14   some point prior to that letter had, in fact,

15   accepted an invitation to be a member of the

16   Constituent Assembly of the IIRO and a member

17   of the Supreme Investment Council.

18                   Is that consistent with your

19   understanding?

20        A.      I need just to go --

21                   MR. CURRAN:  It's up on the

22              screen now.

23                   THE WITNESS:  Here in English.

24   QUESTIONS BY MR. CARTER:

25        Q.      It's the -- it's the letter at
```

1    39603 through 39604.

2         A.    These are the same letter?

3              MR. CURRAN:  Yes, this is

4    Arabic; that's the English.

5              THE WITNESS:  Ah.  Okay.  So

6    what's the question?

7    QUESTIONS BY MR. CARTER:

8         Q.    Okay.  In the second to the

9    last paragraph there, he says that "he

10   acknowledges that he had previously accepted

11   to be a member of the Constituent Assembly of

12   the Islamic Relief Organization based on your

13   valued invitation and to be a member of the

14   Supreme Investment Council."

15             Do you see that?

16        A.    No, I think -- can you please

17   go through it again just to -- can you

18   highlight it or -- yeah, okay.  Here.

19   According --

20        Q.    Above that.  The paragraph

21   above that.

22        A.    Yeah, it is no secret...

23             MR. CURRAN:  The question is

24   was he a member before he resigned.  I

25   think that's the question.

```
 1                    THE WITNESS:  Was he a member

 2        before he resigned?

 3                    MR. CURRAN:  Yeah.

 4                    THE WITNESS:  Before resigned,

 5        he was a member.  Yeah, he --

 6    QUESTIONS BY MR. CARTER:

 7        Q.     So at one time he was a member

 8    of the Constituent Assembly of the IIRO and

 9    of the Supreme Investment Council, correct?

10        A.     Yes, before he resigned.

11        Q.     And if you go to the August 19,

12    1996 letter at 39598, there is a reference

13    there to your father's shares in Sanabel Al

14    Khair Company for Commercial and Industrial

15    Investments.

16                    Do you see that?

17        A.     Yes, I see it.

18        Q.     Do you know what Sanabel Al

19    Khair was?

20        A.     No, I don't.

21        Q.     Was Sanabel Al Khair an

22    investment company to generate revenue for

23    IIRO?

24        A.     I don't know.  I'm not familiar

25    with it.
```

1      Q.      And do you know whether or not

2   your father ever made any contribution to an

3   investment arm that was established to

4   generate revenue for IIRO?

5      A.      I don't know about it.

6      Q.      And do you know whether or not

7   by virtue of having made an investment and

8   being a shareholder he was necessarily

9   included as a member of the Investment

10  Council of the IIRO?

11     A.      I -- no, I don't know.  I'm not

12  familiar in how -- how this -- how it works.

13  It's not close to me.  I'm not familiar with

14  it.

15     Q.      And if we can go to the

16  document at Tab 77 in our group of documents.

17  We'll mark it as the next exhibit.

18             MR. CURRAN:  Is that within the

19        scope of my examination, Mr. Carter?

20             MR. CARTER:  It is.

21             MR. CURRAN:  Okay.

22             MR. CARTER:  I understand your

23        examination to have addressed Mr. Al

24        Rajhi's relationship with the IIRO

25        post-1992.  And this is a --

 1              THE WITNESS:  Yeah.

 2              MR. CARTER:  Sulaiman.

 3              MR. CURRAN:  Okay.

 4              (Al Rajhi Exhibit ARB 63 marked

 5         for identification.)

 6    QUESTIONS BY MR. CARTER:

 7         Q.    And, Mr. Al Rajhi, this is a

 8    document we received from the IIRO in

 9    discovery dated 1995 which refers to a

10    delegation sent by the Director General of

11    the IIRO, and the team going included Ahmad

12    Totonji, Sheikh Saleh Al-Hussayen, Sheikh

13    Abdul Rahman Al Rajhi, Sheikh Saleh Al-Habdan

14    and Abdullah Al-Misfer.

15              Do you see that?

16         A.    Yes, I see it.

17         Q.    And Ahmad Totonji is listed on

18    the documents we looked earlier as a director

19    of the US Saar Foundation?

20         A.    Yes.

21         Q.    And Sheikh Saleh Al-Hussayen,

22    as we recall, was also a director of the US

23    Saar Foundation?

24         A.    Yes.

25         Q.    And Sheikh Abdul Rahman al

1    Rajhi was one of the principals of your

2    father's charity office?

3         A.    Yes.

4         Q.    And Sheikh Saleh Al-Habdan was

5    both the imam of the Al Rajhi mosque and a

6    representative of your father's charity

7    office?

8         A.    Here I'm not sure -- I'm not

9    sure here if they are representing, but here

10   if they're saying for Al Rajhi -- I think

11   this is -- I'll say maybe I listen to your

12   question.  Go ahead, please.

13        Q.    Yeah, Sheikh Saleh Al-Habdan,

14   who is referenced here, was the imam of Al

15   Rajhi mosque and a representative of your

16   father's charity office?

17        A.    Yeah, this is -- this is a

18   letter from -- from IIRO and chief of

19   protocol, and they ask -- they're sending it

20   to government in Dar es Salaam.  So I think

21   he introduced them.  You know, he introduced

22   them with the -- you know, with this title,

23   imam of Al Rajhi mosque.

24              Because Abdul Rahman Al Rajhi,

25   he put him here as a businessman.

1       Q.      Yeah.

2               And Abdullah Al-Misfer, we've

3       already covered, was also a representative of

4       your father's charity office?

5       A.      He said here Medina.  The

6       representative of Medina University.  So

7       here -- here on this letter, they are -- they

8       are referring to him as -- as ex-minister.

9       So they are -- yeah.  This is, again, IIRO

10      letter sent to someone there, which is --

11      which is showing their -- you know, their

12      name and their introduction by, you know --

13      by giving them -- you know, putting

14      different -- different title for each one.

15      Q.      Yeah.

16              So this is a delegation sent by

17      the Director General of the IIRO that

18      included two individuals who were directors

19      of the US Saar Foundation and three

20      individuals who were representatives of your

21      father's charity office, right?

22              MR. CURRAN:  Objection.  Lacks

23          foundation.

24              You may answer.

25              THE WITNESS:  Yes, these two

1          people, they're working for my father,

2          Abdul Rahman Al Rajhi and Saleh

3          Al-Habdan.

4                    MR. CARTER:  That's all I have.

5          Thank you.

6                    RECROSS-EXAMINATION

7     QUESTIONS BY MR. CURRAN:

8          Q.     Well, I have some follow-up to

9     that.  So -- in particular follow-up to

10    Mr. Carter's question or assertion that he

11    did not get a stitch of information produced

12    in discovery.

13                    So, Mr. Al Rajhi, are you

14    familiar with the SSC, the SAMA

15    Self-Supervisory Committee?

16         A.     Yes.

17         Q.     And that was a committee formed

18    under the auspices of SAMA after 9/11?

19         A.     Correct, yes.

20         Q.     And it had representatives of

21    all of the major banks in Saudi Arabia?

22         A.     Including Al Rajhi Bank.

23         Q.     Okay.  And that committee,

24    including the Al Rajhi Bank representative on

25    that committee, coordinated closely with SAMA

1   with respect to post-9/11 investigations,

2   correct?

3       A.    Yes, this is correct.

4       Q.    Okay.  And those were extensive

5   meetings and investigations under the

6   auspices of SAMA, correct?

7       A.    Yes.

8             MR. SHEN:  Form.

9   QUESTIONS BY MR. CURRAN:

10      Q.    So if Al Rajhi Bank in this

11  litigation produced all of its correspondence

12  with SAMA and with respect to the SSC, then

13  Mr. Carter would be wrong saying he didn't

14  have a stitch of information about the bank's

15  post-9/11 cooperation with SAMA?

16      A.    Yes.

17            MR. SHEN:  Objection to form.

18            MR. CURRAN:  No further

19      questions.

20            I would like to thank you the

21      technicians and the videographer and

22      the court reporter and the various

23      interpreters for their cooperation and

24      patience today.  Thank you all very

25      much.  The deposition is concluded.

Highly Confidential - Subject to Further Confidentiality Review

```
1                 MR. CARTER:  Thank you.

2                 JON KNOWLES:  Thank you.

3                 MR. CARTER:  Thank you, Mr. Al

4        Rajhi.

5                 VIDEOGRAPHER:  Off the record.

6          10:42 p.m.

7          (Deposition concluded at 10:42 p.m.)

8                  - - - - - - -

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    CERTIFICATE
 2           I, CARRIE A. CAMPBELL, Registered
     Diplomate Reporter, Certified Realtime
 3   Reporter and Certified Shorthand Reporter, do
     hereby certify that prior to the commencement
 4   of the examination, Abdullah bin Sulaiman Al
     Rajhi, was duly sworn by me to testify to the
 5   truth, the whole truth and nothing but the
     truth.
 6
             I DO FURTHER CERTIFY that the
 7   foregoing is a verbatim transcript of the
     testimony as taken stenographically by and
 8   before me at the time, place and on the date
     hereinbefore set forth, to the best of my
 9   ability.
10           I DO FURTHER CERTIFY that I am
     neither a relative nor employee nor attorney
11   nor counsel of any of the parties to this
     action, and that I am neither a relative nor
12   employee of such attorney or counsel, and
     that I am not financially interested in the
13   action.
14
         _____
16                  ___
         CARRIE A. CAMPBELL,
17       NCRA Registered Diplomate Reporter
         Certified Realtime Reporter
18       California Certified Shorthand
         Reporter #13921
19       Missouri Certified Court Reporter #859
         Illinois Certified Shorthand Reporter
20       #084-004229
         Texas Certified Shorthand Reporter #9328
21       Kansas Certified Court Reporter #1715
         New Jersey Certified Court Reporter
22       #30XI00242600
         Louisiana Certified Court Reporter
23       #2021012
         Notary Public
24       Dated:  September 30, 2023
25
```

```
 1                INSTRUCTIONS TO WITNESS

 2

 3              Please read your deposition over

 4     carefully and make any necessary corrections.

 5     You should state the reason in the

 6     appropriate space on the errata sheet for any

 7     corrections that are made.

 8              After doing so, please sign the

 9     errata sheet and date it.  You are signing

10     same subject to the changes you have noted on

11     the errata sheet, which will be attached to

12     your deposition.

13              It is imperative that you return

14     the original errata sheet to the deposing

15     attorney within thirty (30) days of receipt

16     of the deposition transcript by you.  If you

17     fail to do so, the deposition transcript may

18     be deemed to be accurate and may be used in

19     court.

20

21

22

23

24

25
```

```
 1              ACKNOWLEDGMENT OF DEPONENT

 2

 3

 4          I,_____, do

    hereby certify that I have read the foregoing

 5  pages and that the same is a correct

    transcription of the answers given by me to

 6  the questions therein propounded, except for

    the corrections or changes in form or

 7  substance, if any, noted in the attached

    Errata Sheet.

 8

 9

10

11

12  _____

    Abdullah bin Sulaiman Al Rajhi     DATE

13

14

15  Subscribed and sworn to before me this

16  _____ day of _____, 20 _____.

17  My commission expires: _____

18

19  Notary Public

20

21

22

23

24

25
```

```
  1                    - - - - - - -

                          ERRATA

  2                    - - - - - - -

  3      PAGE    LINE   CHANGE

  4      _____   _____  _____

  5      _____   _____  _____

  6      _____   _____  _____

  7      _____   _____  _____

  8      _____   _____  _____

  9      _____   _____  _____

 10      _____   _____  _____

 11      _____   _____  _____

 12      _____   _____  _____

 13      _____   _____  _____

 14      _____   _____  _____

 15      _____   _____  _____

 16      _____   _____  _____

 17      _____   _____  _____

 18      _____   _____  _____

 19      _____   _____  _____

 20      _____   _____  _____

 21      _____   _____  _____

 22      _____   _____  _____

 23      _____   _____  _____

 24      _____   _____  _____

 25
```

```
 1                   - - - - - - -

                     LAWYER'S NOTES

 2                   - - - - - - -

 3      PAGE   LINE

 4      _____  _____  _____

 5      _____  _____  _____

 6      _____  _____  _____

 7      _____  _____  _____

 8      _____  _____  _____

 9      _____  _____  _____

10      _____  _____  _____

11      _____  _____  _____

12      _____  _____  _____

13      _____  _____  _____

14      _____  _____  _____

15      _____  _____  _____

16      _____  _____  _____

17      _____  _____  _____

18      _____  _____  _____

19      _____  _____  _____

20      _____  _____  _____

21      _____  _____  _____

22      _____  _____  _____

23      _____  _____  _____

24      _____  _____  _____

25
```

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

**ERRATA**

GOLKOW LITIGATION SERVICES
ONE LIBERTY PLACE
1650 MARKET STREET, SUITE 5150
PHILADELPHIA, PA 19103
877-370-3377

NAME OF CASE: *In Re: Terrorist Attacks On September 11, 2001*, No. 03-md-1570 (S.D.N.Y.)
DATE OF DEPOSITION: September 27, 2023
NAME OF DEPONENT: Abdullah bin Sulaiman Al Rajhi

| Page | Line(s) | Change | Reason |
|------|---------|--------|--------|
| 18 | 5 | Replace "somewhere" with "a summer" | Transcription error |
| 18 | 14 | Replace "a" with "I" | Transcription error |
| 19 | 6 | Add ", but I am not an employee of the bank" after "board" | Clarification |
| 19 | 17 | Replace "also a" with "our" | Transcription error |
| 20 | 10 | Replace "regular" with "in the" | Transcription error |
| 21 | 21 | Add "risk the" after "the" | Transcription error |
| 21 | 22 | Replace "have" with "of" | Transcription error |
| 22 | 6 | Replace "So" with "Sorry" | Transcription error |
| 23 | 4 | Replace "hear" with "heard" | Transcription error |
| 24 | 13 | Add "personally" after "involved" | Transcription error |
| 25 | 15 | Replace "There's" with "Himself with his" | Transcription error |
| 25 | 18 | Delete "other" | Transcription error |
| 26 | 5 | Replace "early 80's" with "very early" | Transcription error |
| 27 | 5 | Add "graduate" after "the" | Transcription error |
| 28 | 3 | Add "Glyfada, in" after "Citibank in" | Transcription error |
| 28 | 4 | Add "full" after "a" | Transcription error |
| 28 | 10 | Add ", economics" after "subject" | Transcription error |
| 28 | 10 | Replace "– – tens of" with "ten, ten intensive" | Transcription error |
| 29 | 21 | Replace "help" with "helping" | Transcription error |
| 30 | 8 | Replace "supervising" with "incentivizing" | Transcription error |
| 30 | 11 | Replace "at the --" with "like the other one" and replace "you're there for what" with "you learn from what" | Transcription error |
| 30 | 12 | Replace "show" with "shown" | Transcription error |
| 30 | 13 | Replace "risky" with "at the university" | Transcription error |
| 30 | 11 | Replace "you're there for what" with "you learn from what" | Transcription error |
| 30 | 18 | Replace "for" with "through" | Transcription error |
| 30 | 23 | Add "of course" after "Yes," | Transcription error |
| 31 | 11 | Replace "in" with "you mean" | Transcription error |
| 32 | 4 | Replace "the" with "terrorist" | Transcription error |
| 32 | 5 | Replace "this" with "terrorist" | Transcription error |
| 32 | 21 | Add "--" after "almost" | Transcription error |

**CONFIDENTIAL:** This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|---|---|---|---|
| 32 | 23 | Replace "there" with "I" | Transcription error |
| 33 | 4 | Delete "member" | Clarification |
| 34 | 13 | Delete "an" | Transcription error |
| 34 | 14 | Replace "interview" with "introduced a" | Transcription error |
| 34 | 18 | Add "best-in" after "third-party" | Transcription error |
| 34 | 19 | Replace "did" with "do" | Transcription error |
| 34 | 20 | Replace "analysis" with "policies" | Transcription error |
| 34 | 22 | Replace "business" with "best" | Transcription error |
| 34 | 25 | Replace "At" with "And" | Transcription error |
| 35 | 1 | Replace "to the" with "it in the management" | Transcription error |
| 35 | 3 | Replace "the" with "three" | Transcription error |
| 35 | 4 | Add "governance committee" after "this" | Clarification |
| 37 | 4 | Add "years ago" after "20" | Clarification |
| 37 | 14 | Replace "was" with "is" | Transcription error |
| 40 | 5 | Replace "who" with "two" | Transcription error |
| 40 | 20 | Replace "coming in" with "became a listed company" | Transcription error |
| 42 | 2 | Replace "projects" with "of branches" | Clarification |
| 44 | 3 | Add "go and" after "Just" | Transcription error |
| 44 | 15 | Replace "corresponding" with "correspondent" | Transcription error |
| 44 | 17 | Replace "they" with "I" | Clarification |
| 45 | 11 | Add "organization structure" after "new" | Transcription error |
| 46 | 6 | Replace "remember" with "know the number" and add "in" after "but" | Transcription error |
| 46 | 10 | Add "in" after "it's" | Transcription error |
| 47 | 19 | Replace "and that's only" with "industry, always," | Transcription error |
| 48 | 4 | Replace "that" with "there" | Transcription error |
| 50 | 18 | Add "requirement" after "Specific" | Transcription error |
| 50 | 13 | Replace "didn't" with "don't" | Transcription error |
| 51 | 18 | Add "or indirectly" after "directly" | Transcription error |
| 52 | 11 | Replace "report" with "reports" | Transcription error |
| 52 | 14 | Replace "from" with "above" | Clarification |
| 54 | 6 | Replace "don't" with "do now" | Transcription error |
| 54 | 13 | Add "banks" after "Saudi" and delete "to" | Clarification |
| 54 | 21 | Replace "Marketing" with "Market" | Transcription error |
| 54 | 24 | Add "requirements" after "these" | Transcription error |
| 54 | 25 | Replace "training" with "really" | Transcription error |
| 55 | 16 | Replace "2021" with "2001" | Transcription error |
| 56 | 2 | Replace "Well, again" with "Again" | Transcription error |
| 57 | 15 | Replace "we had" with "during that time" | Transcription error |
| 58 | 6 | Replace "and their" with ", know your" | Transcription error |
| 59 | 4 | Add "internal" after "of the" | Transcription error |
| 59 | 5 | Replace "we go on to" with "they go and do" | Transcription error |
| 59 | 5 | Replace "auditing" with "audit in" | Transcription error |
| 59 | 18 | Replace "it's a" with "it" | Transcription error |
| 59 | 21 | Replace "we" with "they" | Transcription error |

**CONFIDENTIAL:** This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|------|---------|--------|--------|
| 59 | 24 | Replace "the" with "this" | Transcription error |
| 59 | 25 | Replace "down" with "plan" | Transcription error |
| 60 | 1 | Replace "forecast" with "focus" | Transcription error |
| 60 | 5 | Delete "there" | Transcription error |
| 60 | 6 | Replace "become" with "becoming" and replace "importance" with "important" | Transcription error |
| 60 | 6 | Replace "laundry" with "laundering" | Clarification |
| 60 | 7 | Replace "laundry" with "laundering" | Clarification |
| 60 | 9 | Add "or" after "today" | Transcription error |
| 61 | 10 | Replace "with an" with "when" | Transcription error |
| 61 | 11 | Replace "the words" with "reports" | Transcription error |
| 64 | 8 | Replace "acquired" with "inquired" | Transcription error |
| 65 | 5 | Add "playing the role of" after "always -- always" | Transcription error |
| 66 | 5 | Replace "suspicious" with "suspicions" | Clarification |
| 66 | 24 | Add "all" after "answering" | Transcription error |
| 67 | 4 | Replace "differently" with "definitely" | Transcription error |
| 67 | 7 | Add "answers" after "the" | Clarification |
| 67 | 9 | Replace "with" with "to" | Clarification |
| 67 | 18 | Add "," after "needed" | Transcription error |
| 70 | 8 | Replace "—" with "top," | Transcription error |
| 70 | 19 | Replace "the" with "Al" | Transcription error |
| 70 | 20 | Add "branches" after "Haramain" | Clarification |
| 71 | 18 | Add "did" after "It" | Transcription error |
| 76 | 16 | Replace "We" with "But we" | Transcription error |
| 76 | 18 | Add "when it" after "especially" | Transcription error |
| 76 | 19 | Add "about" after "or" | Transcription error |
| 78 | 3 | Replace "can't just" with "just go and" | Transcription error |
| 78 | 5 | Replace "different" with "definitely" | Transcription error |
| 80 | 13 | Replace "at this" with "it is" and replace "at this" with "it is" | Transcription error |
| 80 | 14 | Replace "want to" with "will not" and replace "and then" with "in" | Transcription error |
| 80 | 15 | Replace "serious" with "series" and replace "differently" with "definitely" | Transcription error |
| 80 | 24 | Add "all" after "give" | Transcription error |
| 80 | 25 | Replace "ask" with "been asked" | Transcription error |
| 81 | 7 | Replace "wanted" with "went, you know" | Transcription error |
| 81 | 8 | Delete "go to" | Transcription error |
| 81 | 13 | Add "about" after "was" | Clarification |
| 81 | 13 | Add "outside Saudi" before "-- so" and add "coming" after "were" | Transcription error |
| 81 | 17 | Replace "instruction." with "instruction?" | Transcription error |
| 82 | 9 | Add "out" after "reach" | Transcription error |
| 82 | 25 | Add "reality" after "is the" | Transcription error |
| 83 | 7 | Replace "payments" with "permit still available" | Transcription error |
| 83 | 8 | Replace "." with "?" | Transcription error |

**CONFIDENTIAL:** This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|---|---|---|---|
| 84 | 18 | Add "-- whether we continue this" | Transcription error |
| 85 | 7 | Replace "didn't" with "don't" | Transcription error |
| 85 | 8 | Replace "we" with "when" | Transcription error |
| 85 | 11 | Replace "lost" with "closed" | Transcription error |
| 85 | 12 | Replace "data" with "later" | Transcription error |
| 88 | 15 | Replace "I can't specifically" with "it's difficult to" | Transcription error |
| 88 | 16 | Delete "right" | Transcription error |
| 88 | 22 | Add "the" after "SAMA" | Transcription error |
| 89 | 1 | Replace "see circular" with "receive instruction" | Transcription error |
| 89 | 4 | Add "payment" after "only" | Transcription error |
| 90 | 21 | Replace "circular" with "instruction" | Transcription error |
| 91 | 10 | Replace "can do that" with "could do or not" | Transcription error |
| 91 | 12 | Replace "Part" with "On the part" | Clarification |
| 91 | 14 | Replace "would like -- as ours" with "would -- like, as always --" | Transcription error |
| 91 | 14 | Replace "ours" with "always" | Transcription error |
| 91 | 15 | Replace "with the regulator" with "any regulation" | Transcription error |
| 91 | 22 | Replace "But" with "Right" | Transcription error |
| 92 | 3 | Replace "simple action" with "proaction" | Transcription error |
| 92 | 4 | Add "the work," before "if the bank," and replace "consent" with "concerns" | Transcription error |
| 93 | 8 | Add "according" after "--" | Transcription error |
| 94 | 3 | Replace "get" with "they" | Transcription error |
| 94 | 7 | Replace "it's a really" with "there's any" | Transcription error |
| 94 | 8 | Replace "of" with "for" | Transcription error |
| 94 | 9 | Replace "are" with "or" | Transcription error |
| 94 | 9 | Replace "it would" with "will" | Transcription error |
| 94 | 18 | Replace "approving" with "approval" | Transcription error |
| 95 | 17 | Add "account" after "problematic" | Clarification |
| 95 | 18 | Remove the comma after "charity" | Transcription error |
| 96 | 24 | Add "the accounts of" after "of" | Transcription error |
| 98 | 2 | Replace "anyone thinks are" with "any wrong things or" | Transcription error |
| 98 | 3 | Replace "news" with "used" | Transcription error |
| 98 | 6 | Replace "to the big banks and take" with "from the beginning sending" | Transcription error |
| 99 | 5 | Add "good one," after "international," | Transcription error |
| 101 | 7 | Add "for these specific accounts" after "it" | Clarification |
| 104 | 25 | Replace "we" with "let me" | Transcription error |
| 105 | 2 | Replace "that we have" with "in Riyadh" | Transcription error |
| 105 | 9 | Replace "total" with "two" | Transcription error |
| 105 | 15 | Replace "it says" with "deposits, that's" and add "I see there" after "number" | Transcription error |
| 106 | 6 | Replace "it is" with "-- eight years" | Transcription error |
| 108 | 3 | Add "other" after "any" | Transcription error |
| 108 | 5 | Replace "all" with "our" | Transcription error |
| 108 | 13 | Replace "when" with "accused of any wrongdoing" | Transcription error |

**CONFIDENTIAL**: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|---|---|---|---|
| 108 | 14 | Replace "." with "?" | Transcription error |
| 108 | 16 | Replace "in" with "any" | Transcription error |
| 108 | 20 | Replace "it" with "that charity" | Clarification |
| 108 | 22 | Add "stuff" after "positive" | Transcription error |
| 109 | 17 | Replace "the" with "to" | Transcription error |
| 109 | 22 | Replace "suspicious" with "suspicions" | Transcription error |
| 110 | 5 | Add "to SAMA" after "back" | Clarification |
| 110 | 23 | Add "direct" after "a" | Transcription error |
| 111 | 2 | Replace "no information" with "no.  The information" | Transcription error |
| 112 | 3 | Add "letters" after "these" | Clarification |
| 112 | 3 | Add "from me" after "went" | Transcription error |
| 112 | 4 | Add "specific audit" after "this" | Clarification |
| 113 | 1 | Replace "enrollment" with "improvement" | Transcription error |
| 113 | 2 | Add "for these accounts, I don't remember" after "Specifically" | Clarification |
| 115 | 24 | Replace "amount" with "account" | Transcription error |
| 116 | 12 | Add "have" after "could" and delete "but" | Transcription error |
| 116 | 13 | Delete "not" | Transcription error |
| 116 | 19 | Replace "we" with "they" | Transcription error |
| 116 | 21 | Add "compliance" after "about" | Clarification |
| 116 | 22 | Replace "before, you" with "before.  You" | Transcription Error |
| 116 | 23 | Replace "themself like this" with "it has an excellent compliance standard" | Clarification |
| 116 | 24 | Add "advise us so" after "and" | Clarification |
| 117 | 3 | Replace "have created" with "upgrade our" | Transcription error |
| 117 | 8 | Add "in the top" between "are" and "--" | Transcription error |
| 121 | 14 | Replace "of" with "if" | Transcription error |
| 121 | 18 | Add "the" after "be" and "of" after "operation" and "with SAMA inquiries" after "things" | Clarification |
| 121 | 18 | Add "if" after "then" | Clarification |
| 121 | 24 | Replace "I need" with "any" | Transcription error |
| 121 | 25 | Replace "details because" with "details.  Because" and delete "over" | Transcription error |
| 122 | 4 | Replace "relocated" with "allocated" | Transcription error |
| 122 | 10 | Add "for" before "any" | Clarification |
| 123 | 5 | Add "," after "likely" and "years" after "20" | Clarification |
| 123 | 6 | Replace "in charity" with "about charities" | Transcription error |
| 124 | 5 | Replace "2000" with "2004" | Clarification |
| 125 | 2 | Replace "I" with "you" | Transcription error |
| 125 | 3 | Delete "it" | Transcription error |
| 125 | 20 | Replace "of course" with "it goes --" | Transcription error |
| 126 | 4 | Delete "a" | Transcription error |
| 126 | 5 | Replace "little bit" with "any" | Transcription error |
| 126 | 10 | Replace "given to" with "beyond" | Transcription error |
| 127 | 18 | Add "all" after "check" | Clarification |
| 128 | 4 | Replace "think" with "-- myself" | Transcription error |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|------|---------|--------|--------|
| 128 | 4 | Add "aware" after "not" | Clarification |
| 128 | 8 | Replace "did" with deal | Transcription error |
| 128 | 8 | Replace "for" with "any other" | Transcription error |
| 128 | 9 | Replace "for" with "of a" | Transcription error |
| 130 | 2 | Replace "didn't" with "don't" | Transcription error |
| 133 | 20 | Replace "Jabur {phonetic}" with "Al-Jarbou" | Transcription error |
| 134 | 15 | Replace "that be" with "being there that mean" | Transcription error |
| 134 | 17 | Add "for" after "supervision," | Transcription error |
| 135 | 10 | Replace "and some section" with "in some reception" | Transcription error |
| 135 | 23 | Replace "that I" with "whether he" | Transcription error |
| 137 | 12 | Add "they said" after "Here" | Transcription error |
| 137 | 16 | Replace "didn't" with "don't" and replace "was" with "word is" | Transcription error |
| 137 | 22 | Replace "all involved" with "opened" | Transcription error |
| 137 | 23 | Replace "That's all I know it's" with "Plus, as I said, the noise" | Transcription error |
| 138 | 2 | Replace "office" with "or fresh" | Transcription error |
| 139 | 13 | Add "11" after "September" | Transcription error |
| 143 | 17 | Replace "didn't" with "really" | Transcription error |
| 143 | 20 | Add "governance" after "have" | Clarification |
| 146 | 23 | Replace "maybe it is -- so" with "may the peace be … So | Transcription error |
| 148 | 19 | Add " -- " after "Islamic" | Transcription error |
| 149 | 9 | Replace "they" with "we" | Transcription error |
| 149 | 10 | Add "other" after "have" and add "Ministry" after "from" | Transcription error |
| 149 | 24 | Replace "at least" with "these" | Transcription error |
| 151 | 12 | Replace "attention and to" with "general manager of" | Transcription error |
| 153 | 6 | Add "I don't know." before "Maybe" | Transcription error |
| 154 | 4 | Replace "Ministry" with "Minister" | Transcription error |
| 154 | 10 | Replace "date do" with "the year" | Transcription error |
| 155 | 19 | Add "Islamic Foundation" before "attached" | Transcription error |
| 156 | 20 | Replace "directors" with "director" | Transcription error |
| 156 | 21 | Replace "are --" with "is Aqeel Ibn Aqeel" | Transcription error |
| 156 | 21 | Replace "letters say" with "letter is saying" | Transcription error |
| 157 | 13 | Replace "You" with "No, he" and replace "not. It" with "not. This" | Transcription error |
| 157 | 14 | Replace "did" with "does" and "this here" with "that he had" | Transcription error |
| 157 | 15 | Replace "the" with "Al" | Transcription error |
| 157 | 23 | Replace "done" with "dealt" and replace "letter" with "related" | Transcription error |
| 161 | 8 | Replace "the" with "under" | Transcription error |
| 161 | 23 | Add "in" after "maybe" | Transcription error |
| 162 | 8 | Add "Al" before "by" | Transcription error |
| 162 | 12 | Replace "in" with "to" | Transcription error |
| 162 | 19 | Replace "Hijri" with "here" | Transcription error |
| 163 | 19 | Replace "of" with "if" | Transcription error |

**CONFIDENTIAL:** This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|------|---------|--------|--------|
| 163 | 20 | Replace "agrees" with "employees went" | Transcription error |
| 164 | 23 | Replace "say" with "is saying" | Transcription error |
| 164 | 24 | Replace "say" with "is saying" | Transcription error |
| 165 | 5 | Delete "a" | Transcription error |
| 165 | 24 | Replace "to" with "in" | Transcription error |
| 167 | 7 | Replace "it went to" with "they put" | Transcription error |
| 167 | 11 | Replace "Yanbu, Yanbu" with "Yanbu, from Yanbu" and then add "District" after "Yanbu, from Yanbu" | Transcription error |
| 167 | 12 | Replace "on behalf" with "or" and add "on behalf" after "Yanbu", and replace "it does say" with "or Yanbu let us say" | Transcription error |
| 167 | 13 | Replace "for sure" with "what's the right English word" | Transcription error |
| 169 | 1 | Replace "don't" with "didn't" | Transcription error |
| 170 | 3 | Replace "They" with "And me" | Transcription error |
| 170 | 18 | Add "Here they put" before "Abdul-Aziz" | Transcription error |
| 171 | 3 | Replace "that is" with "he addressed it with" | Transcription error |
| 171 | 11 | Replace "Tabuk affairs" with "the Tabuk governance." | Transcription error |
| 172 | 3 | Replace "prince" with "minister" | Transcription error |
| 174 | 3 | Add "addressed to" after "Yeah," | Transcription error |
| 175 | 2 | Add "as the" after "same" | Clarification |
| 175 | 6 | Replace "send" with "responsible" | Transcription error |
| 175 | 8 | Replace "usual with "unusual" | Transcription error |
| 175 | 11 | Replace "at" with "in" | Transcription error |
| 176 | 9 | Replace "that we" with "let me" | Transcription error |
| 177 | 23 | Replace "mean" with "need" | Transcription error |
| 178 | 3 | Replace "So it" with "Sorry, what" | Transcription error |
| 179 | 12 | Replace "could be" with "copy" | Transcription error |
| 180 | 8 | Add ", how they operate" after "things" | Transcription error |
| 180 | 13 | Replace "say" with "saying" | Transcription error |
| 180 | 22 | Replace "so" with "and also' | Transcription error |
| 181 | 8 | Add "will" after "you" | Transcription error |
| 181 | 9 | Replace "under" with "in this" | Transcription error |
| 182 | 2 | Add "have" after "they" | Transcription error |
| 182 | 3 | Add "purpose" after "Al-Haramain" | Transcription error |
| 183 | 8 | Delete "just" | Transcription error |
| 183 | 9 | Replace "want" with "responsibility" | Transcription error |
| 184 | 2 | Replace "apply" with "applied" | Transcription error |
| 185 | 10 | Add "ultimately" after "these" | Transcription error |
| 186 | 6 | Replace "find" with "if there's" | Transcription error |
| 186 | 15 | Replace "they" with "I" | Transcription error |
| 186 | 16 | Replace "can't" with "can" | Transcription error |
| 186 | 17 | Replace "can't" with "can" | Transcription error |
| 186 | 18 | Replace "can't" with "can" | Transcription error |
| 186 | 22 | Replace "believe myself it" with "repeat myself. It" | Transcription error |
| 186 | 23 | Add "are" after "things" | Transcription error |
| 187 | 1 | Replace "." with "," | Transcription error |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|------|---------|--------|--------|
| 187 | 2 | Replace "This" with "is this" | Transcription error |
| 187 | 3 | Replace "that" with "and then" | Transcription error |
| 187 | 4 | Replace "collect" with "correct" | Transcription error |
| 188 | 3 | Replace "what did" with "it," | Transcription error |
| 188 | 4 | Replace "happen" with "I don't have the details of it" | Transcription error |
| 188 | 5 | Add "Definitely" before "if" | Transcription error |
| 188 | 24 | Add "they'd written" after" "general manager and" | Transcription error |
| 191 | 19 | Replace "in" with "one moment please" | Transcription error |
| 191 | 20 | Delete "that case" | Transcription error |
| 192 | 20 | Replace "departure from the client" with "you know, this term, a departure from required" | Transcription error |
| 193 | 1 | Replace "problems" with "practice" | Transcription error |
| 193 | 2 | Replace "data" with "direct, straight way" | Transcription error |
| 193 | 2 | Replace "the way" with "or the direct way" | Transcription error |
| 193 | 4 | Replace "this" with "there's a" and replace "been" with "being" | Transcription error |
| 193 | 24 | Replace "about" with "if another" | Transcription error |
| 194 | 6 | Replace "that, the" with "the other" | Transcription error |
| 194 | 10 | Replace "another" with "in the other" | Transcription error |
| 196 | 9 | Replace "to" with "from" | Transcription error |
| 196 | 18 | Replace "we open account" with "when they come and open" | Transcription error |
| 196 | 23 | Replace "they" with "I" | Transcription error |
| 197 | 1 | Replace "if" with "for when" | Clarification |
| 197 | 2 | Add "if" after "want --" and add "want" after "customer" | Transcription error |
| 197 | 7 | Replace "another" with "-- it's the other" | Transcription error |
| 197 | 15 | Replace "names. If" with "names if" | Transcription error |
| 197 | 21 | Replace "keeping to the" with "rather than keeping the old" | Transcription error |
| 198 | 11 | Replace "best of use" with "customers" | Transcription error |
| 198 | 12 | Replace "it is not" with "this is" | Transcription error |
| 199 | 3 | Replace "taking over" with "representing" | Transcription error |
| 199 | 4 | Replace "the bank" with "in the banking" | Transcription error |
| 199 | 5 | Replace "existed" with "system" | Transcription error |
| 199 | 5 | Replace "really huge bank, big bank, big bank." With "really huge bank, big bank, retail bank." | Transcription error |
| 199 | 7 | Add "we are" after "But again," | Transcription error |
| 200 | 2 | Replace "they" with "I" | Transcription error |
| 200 | 3 | Add "here" after "see" | Transcription error |
| 201 | 2 | Replace "Withdraw" with "I withdraw" | Transcription error |
| 201 | 6 | Add "it" after "see" | Transcription error |
| 201 | 10 | Replace "letter is" with "addressed" | Transcription error |
| 201 | 18 | Replace "you're" with "to be" and add "to you" after "referring to" | Transcription error |
| 201 | 24 | Add "mistake" after "think it's a" | Transcription error |
| 202 | 5 | Italicize the Arabic word *'akh* | Transcription error |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|------|---------|--------|--------|
| 202 | 10 | Replace "I don't know" with "Ah, no" | Transcription error |
| 202 | 13 | Replace "recognition" with "in English" | Transcription error |
| 202 | 15 | Replace "then this very" with "and address me" | Transcription error |
| 202 | 15 | Replace "this letter" with "these letters" | Transcription error |
| 202 | 17 | Replace "come" with "going" | Transcription error |
| 203 | 8 | Replace "Jarbu" with "Jarbou" | Transcription error |
| 203 | 12 | Replace "Jarbu" with "Jarbou" | Transcription error |
| 203 | 14 | Replace "whatever -- " with "what's -- put" | Transcription error |
| 203 | 19 | Add "in" after "be" | Transcription error |
| 204 | 5 | Replace "Jarbu's" with "Jarbou's" | Transcription error |
| 204 | 21 | Replace "him" with "them" | Transcription error |
| 205 | 10 | Replace "are having" with "Al-Haramain" | Transcription error |
| 205 | 12 | Replace "didn't't" with "really don't" | Transcription error |
| 206 | 7 | Replace "Jarbu" with "Jarbou" | Transcription error |
| 206 | 8 | Replace "Jarbu" with "Jarbou" | Transcription error |
| 206 | 13 | Add "Approval" before "for" | Transcription error |
| 206 | 16 | Replace "move it toward" with "put the word" | Transcription error |
| 206 | 21 | Replace "how would we do it" with "he would put urgent" | Transcription error |
| 206 | 23 | Replace "see" with "say urgent" | Transcription error |
| 210 | 10 | Replace "Hamad" with "Rahman" | Transcription error |
| 211 | 5 | Replace "seconds" with "minutes" | Transcription error |
| 212 | 25 | Replace "Arabic" with "April" | Transcription error |
| 213 | 10 | Replace "then" with "April" | Transcription error |
| 214 | 4 | Replace "Medina" with the Arabic word *"Madin"* in italics | Transcription error |
| 216 | 25 | Replace "3.175" with "3.75" | Transcription error |
| 218 | 10 | Replace "revealed" with "the prevailed" | Transcription error |
| 218 | 22 | Add "was" after "years" and replace "transaction and" with "transaction. And" | Transcription error |
| 218 | 24 | Replace "become" with "be coming" | Clarification |
| 218 | 24 | Add "that" after "bank" | Clarification |
| 219 | 1 | Replace "customers -- so must" with "customers. So it must" | Transcription error |
| 219 | 3 | Replace "details" with "details," | Transcription error |
| 219 | 24 | Add "Bank notes." after "Yeah." | Transcription error |
| 220 | 11 | Replace "generally" with "January" | Transcription error |
| 223 | 10 | Add "a" before "different" | Transcription error |
| 223 | 10 | Replace "the amount of" with "world in terms of" | Transcription error |
| 223 | 17 | Add "driven" after "cash" | Transcription error |
| 223 | 22 | Replace "go for" to "going through" | Transcription error |
| 225 | 10 | Replace "million" with "millions" | Transcription error |
| 225 | 23 | Replace "was to" with "also" and replace "cash just" with "cash. Just" | Transcription error |
| 225 | 24 | Add "only" after "cash" | Transcription error |
| 225 | 24 | Replace "title and deed" with "title deed" | Transcription error |

**CONFIDENTIAL:** This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|------|---------|--------|--------|
| 226 | 1 | Replace "they go put this" with "he go and he deposit" | Transcription error |
| 226 | 4 | Add "or" after "change" and replace "houses use" with "assets using" | Transcription error |
| 227 | 5 | Replace "his" with "Aqeel" | Transcription error |
| 227 | 11 | Replace "where we" with "for me when I read it" and replace "reads" with "means" | Transcription error |
| 228 | 17 | Replace "visit" with "deposit" and replace "went to" with "wanted" | Transcription error |
| 228 | 18 | Replace "to move" with "belong" | Transcription error |
| 228 | 24 | Replace "visit" with ", busy" | Transcription error |
| 229 | 5 | Replace "could be -- could be" with "could be -- could slip" | Transcription error |
| 229 | 8 | Replace "repeat, especially" with "repeat this message" | Transcription error |
| 229 | 14 | Add "you" after "why" | Transcription error |
| 229 | 15 | Replace "no, why" with "you did no -- " | Transcription error |
| 229 | 16 | Replace "'24" with "twenty-four years ago" | Transcription error |
| 229 | 17 | Add "working in Saudi" after "things" | Transcription error |
| 230 | 3 | Add "for a bank" after "especially" and "with" after "Bank," | Clarification |
| 230 | 4 | Replace "branches, you" with "branches. You" | Transcription error |
| 230 | 8 | Replace "big" with "mid" | Transcription error |
| 230 | 17 | Replace "differently" with "definitely" | Transcription error |
| 230 | 17 | Add "of" before "other" | Clarification |
| 231 | 2 | Replace "today' with "was so much used. Today" | Transcription error |
| 231 | 5 | Delete "more" | Transcription error |
| 231 | 6 | Replace "relying on" with "mobile and" | Transcription error |
| 231 | 17 | Replace "same as" with "service" | Transcription error |
| 233 | 7 | Add "balances" after "or" | Transcription error |
| 234 | 7 | Add "in Riyadh" after "is" | Transcription error |
| 234 | 13 | Replace "was" with "used" | Transcription error |
| 234 | 21 | Add "a lot of" after "have" | Transcription error |
| 235 | 9 | Replace "bigger" with "it is big" | Transcription error |
| 235 | 11 | Replace "bigger" with "big" | Transcription error |
| 235 | 23 | Replace "supports" with "is supposed" | Transcription error |
| 236 | 25 | Delete "would" and add "write" after "will" | Transcription error |
| 237 | 3 | Replace "at this -- and" with "either based on" | Transcription error |
| 237 | 4 | Delete "would" | Transcription error |
| 237 | 8 | Replace "In this case" with "At least" | Transcription error |
| 239 | 23 | Replace "branch" with "bank" | Clarification |
| 240 | 3 | Add "risk as" before "it" and delete "cash" | Transcription error |
| 240 | 11 | Replace "bank" with "banknotes" | Clarification |
| 242 | 6 | Replace "'22" with "2000" | Clarification |
| 242 | 7 | Replace "'21" with "2001" | Clarification |
| 243 | 9 | Replace "and" with "in" and replace "bank of course" with "bank's records" | Transcription error |
| 244 | 7 | Replace "can't" with "can" | Transcription error |

**CONFIDENTIAL:** This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|------|---------|--------|--------|
| 244 | 10 | Replace "deposits, and" with "deposits.  And" | Transcription error |
| 244 | 11 | Add "it doesn't have --" after "hasn't --" | Transcription error |
| 244 | 12 | Add "because" after "and" | Clarification |
| 244 | 14 | Replace "asking a" with "it's a big" | Transcription error |
| 244 | 15 | Replace "did it" with "dealt" | Transcription error |
| 244 | 22 | Replace "operate" with "are operated" | Transcription error |
| 244 | 24 | Replace "that" with "required" | Clarification |
| 245 | 3 | Delete "a" | Clarification |
| 247 | 11 | Replace "society" with "system" | Transcription error |
| 247 | 12 | Replace "at" with "and" | Transcription error |
| 248 | 17 | Replace "visit" with "deposit at" | Transcription error |
| 248 | 18 | Replace "visit" with "deposit at" | Transcription error |
| 248 | 22 | Replace "scarce" with "risky" | Transcription error |
| 248 | 24 | Replace "a number" with "remember" | Transcription error |
| 249 | 1 | Replace "whatever, whatever" with "whether, whether" | Transcription error |
| 249 | 4 | Add "VAT" after "have" and add "but" before "at" | Transcription error |
| 249 | 7 | Replace "we were" with "people" | Transcription error |
| 249 | 8 | Replace "collect" with "incorrect or" | Transcription error |
| 249 | 13 | Add "other" after "in" | Transcription error |
| 250 | 15 | Replace "wouldn't – wouldn't" with "will – will" | Transcription error |
| 250 | 17 | Replace "didn't" with "wouldn't" | Clarification |
| 252 | 16 | Replace "but" with "through" | Transcription error |
| 253 | 13 | Replace "didn't" with "don't" | Transcription error |
| 253 | 19 | Replace "and at" with "in, in" | Transcription error |
| 253 | 21 | Replace "office. We called" with "office, we called it," | Transcription error |
| 253 | 22 | Replace "call it under" with "called it until" | Transcription error |
| 254 | 4 | Replace "and then" with "in individual" | Transcription error |
| 255 | 16 | Replace "have" with "had" | Transcription error |
| 255 | 24 | Replace "child" with "childhood" | Clarification |
| 255 | 25 | Replace "for" with "in" | Transcription error |
| 257 | 12 | Replace "nothing" with "he doesn't" and replace "didn't" with "don't" | Transcription error |
| 257 | 13 | Replace "realize this" with "need license" | Transcription error |
| 257 | 16 | Replace "realize this" with "need a license" | Transcription error |
| 257 | 18 | Add "collecting" after "you're not" | Transcription error |
| 258 | 16 | Replace "Mr. Curran" with "Witness" | Transcription error |
| 258 | 16 | Delete "Okay." | Transcription error |
| 258 | 20 | Replace "with -- with" with "whether  -- whether it's" | Transcription error |
| 258 | 21 | Replace "weren't" with "went" | Transcription error |
| 259 | 10 | Replace "this" with "his" | Transcription error |
| 260 | 19 | Delete "charity" | Clarification |
| 260 | 20 | Delete "office" | Clarification |
| 262 | 16 | Add "general" after "some" | Transcription error |
| 262 | 20 | Replace "arranged" with "manage" | Transcription error |
| 263 | 13 | Delete "a" | Transcription error |

**CONFIDENTIAL**: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|---|---|---|---|
| 263 | 14 | Replace "sponsor" with "sponsored" | Transcription error |
| 265 | 6 | Replace "didn't" with "don't" | Transcription error |
| 268 | 5 | Replace "L" with "Al" | Transcription error |
| 269 | 4 | Replace "1998" with "1988" | Transcription error |
| 269 | 25 | Replace "he" with "my father" | Clarification |
| 270 | 24 | Replace "board, Sharia" with "board members, Sharia" | Clarification |
| 271 | 25 | Replace "imam" with "I remember" | Transcription error |
| 272 | 25 | Replace "Yes" with "No" | Clarification |
| 274 | 3 | Add "charity" before "foundation" | Transcription error |
| 276 | 5 | Replace "understand" with "the answer" | Transcription error |
| 276 | 13 | Replace "and" with "you" | Transcription error |
| 276 | 13 | Replace "the" with "my father's" | Clarification |
| 276 | 18 | Add "Anyway," before "it's" | Transcription error |
| 278 | 21 | Add "their" after "was" | Transcription error |
| 278 | 22 | Replace "having an" with "al-Haramain" | Transcription error |
| 278 | 23 | Replace "opened and had been" with "open until being" | Transcription error |
| 279 | 20 | Replace "And another" with "Do we have the" | Transcription error |
| 282 | 20 | Replace "Jarbu" with "Jarbou" | Transcription error |
| 283 | 5 | Replace "We" with "Can we" | Transcription error |
| 283 | 6 | Replace "names." with "names, please?" | Transcription error |
| 283 | 20 | Replace "Whether" with "Well" | Transcription error |
| 285 | 25 | Replace "Hamad" with "Abdul Rahman" | Transcription error |
| 286 | 8 | Replace "one" with "money" | Transcription error |
| 286 | 9 | Replace "credit" with "paid" | Transcription error |
| 286 | 15 | Add "Abdul" after "Jeddah-based" | Transcription error |
| 286 | 21 | Add "Abdul" after "about" | Transcription error |
| 287 | 17 | Replace "letter" with "names" | Clarification |
| 292 | 1 | Replace "some" with "SAAR" | Transcription error |
| 292 | 16 | Add "or mid" after "early" | Transcription error |
| 292 | 22 | Replace "early" with "mid-" | Transcription error |
| 292 | 22 | Replace "--" with "until" | Transcription error |
| 292 | 23 | Replace "1990's" with "90's" | Transcription error |
| 293 | 8 | Replace "the" with "mid-" | Transcription error |
| 293 | 15 | Replace "gave you from" with "mentioned" | Transcription error |
| 295 | 4 | Replace "poetry {phonetic}" with "poultry" | Transcription error |
| 295 | 10 | Add "whether he was" after "confirm" | Transcription error |
| 297 | 15 | Replace "they" with "the" | Transcription error |
| 297 | 16 | Replace "make the" with "negative" | Transcription error |
| 299 | 12 | Delete "," after "Saar" | Transcription error |
| 299 | 12 | Add "Yaqub Mirza" after "people specifically" | Transcription error |
| 299 | 16 | Replace "and" with "in" | Transcription error |
| 299 | 17 | Replace "section" with "jurisdiction" | Transcription error |
| 300 | 2 | Replace "changing" with "change" | Transcription error |

**CONFIDENTIAL:** This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|---|---|---|---|
| 300 | 18 | Add "Mirza" after "Yaqub" | Transcription error |
| 302 | 16 | Replace "1990" with "199-" | Transcription error |
| 302 | 17 | Replace "what else has" with "whether it's" and replace "in discussion" with "is this question" | Transcription error |
| 302 | 18 | Replace "with the" with "whether" and replace "being" with "been" | Transcription error |
| 302 | 21 | Replace both instances of "being" with "been" | Transcription error |
| 302 | 22 | Replace "instead" with "an entity" | Transcription error |
| 303 | 7 | Replace "instead of" with "in this, in" | Transcription error |
| 303 | 12 | Replace "the potential" with "reputational" | Transcription error |
| 305 | 20 | Replace "is" with "I said" and replace "yeah, go to" with "Yaqub wanted" | Transcription error |
| 305 | 22 | Replace "this my father. He" with "that's what I said, my father, he" | Transcription error |
| 305 | 24 | Replace "quarterly" with "only" | Transcription error |
| 305 | 25 | Replace "suggested" with "suggestion" | Transcription error |
| 306 | 2 | Replace "the" with "any" | Transcription error |
| 306 | 3 | Delete "," after "reputation" | Transcription error |
| 306 | 11 | Add "know" after "you" and "all" before "the" | Transcription error |
| 307 | 20 | Delete "bin" | Transcription error |
| 308 | 7 | Replace "continued" with contributor" | Transcription error |
| 308 | 8 | Replace "show" with "issue" | Transcription error |
| 308 | 9 | Add "most of" after "believe" | Transcription error |
| 308 | 10 | Add "you show" after "unusual" | Transcription error |
| 308 | 21 | Replace "check" with "charity" | Transcription error |
| 309 | 1 | Add "in Islam" before "you" | Clarification |
| 309 | 1 | Replace "that" with "than" | Transcription error |
| 309 | 7 | Add "want" after "don't" | Transcription error |
| 309 | 12 | Replace "did" with "didn't" | Transcription error |
| 313 | 14 | Add "three" after "the" | Transcription error |
| 314 | 9 | Add "this the three name" before "without" | Transcription error |
| 317 | 9 | Replace "went" with "want" | Transcription error |
| 317 | 11 | Add "or read" after "speak" | Transcription error |
| 317 | 16 | Replace "under" with "and" | Transcription error |
| 317 | 16 | Replace "like" with "he'd reply to Yaqub" | Transcription error |
| 318 | 3 | Add "necessarily" after "not" | Transcription error |
| 318 | 8 | Replace "that" with "back" and replace "to" with "from" | Transcription error |
| 319 | 10 | Replace "arrange" with "arranging" | Transcription error |
| 319 | 18 | Add "Mirza" after "Yaqub" | Transcription error |
| 321 | 7 | Delete "Abdullah" | Transcription error |
| 322 | 4 | Replace "he receive" with "they received" | Transcription error |
| 322 | 17 | Replace "for" with "through" | Transcription error |
| 322 | 25 | Replace "That is" with "Can I See" | Transcription error |
| 323 | 11 | Delete "they're" after "without" | Transcription error |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|------|---------|--------|--------|
| 323 | 16 | Add "," after "working" | Transcription error |
| 324 | 15 | Replace "--" with "are the people" and delete "it be" | Transcription error |
| 324 | 17 | Replace "of mind" with "management" | Transcription error |
| 326 | 2 | Delete "bin" | Transcription error |
| 326 | 10 | Replace "the checks with" "Sheikh Suleiman" | Transcription error |
| 327 | 16 | Replace "covered with" with "copy of" | Transcription error |
| 327 | 16 | Replace "Tell you" with "Ten" | Transcription error |
| 327 | 17 | Replace "I don't know" with "in Arabic it's not clear" | Transcription error |
| 329 | 6 | Add "help" after "endowment to" | Transcription error |
| 330 | 20 | Replace "money" with "body" | Transcription error |
| 332 | 2 | Replace "I don't know what" with "people" | Transcription error |
| 332 | 25 | Add "if" after "but" | Transcription error |
| 333 | 13 | Replace "1990" with "99" | Transcription error |
| 334 | 23 | Replace "checks to charities" with "checks, charities" | Transcription error |
| 335 | 7 | Replace "different country" with "difficulty -- you know --" | Transcription error |
| 335 | 18 | Delete "to" | Transcription error |
| 335 | 20 | Add "your" after "over to" | Transcription error |
| 337 | 14 | Replace "didn't" with "don't" | Transcription error |
| 338 | 18 | Replace "can" with "did" | Transcription error |
| 340 | 25 | Replace "thing" with "think" | Transcription error |
| 343 | 24 | Replace "I saw that" with "That's the right" | Transcription error |
| 345 | 4 | Delete "my company offices," | Immediately corrected during testimony |
| 346 | 2 | Replace "the --" with "totally independent" | Transcription error |
| 346 | 11 | Add "the" after "sending" | Transcription error |
| 346 | 15 | Add "said" after "he" | Transcription error |
| 350 | 19 | Replace "the jumping off of" with "in the TV, when they jump, you know, from the" | Transcription error |
| 350 | 20 | Replace "and they" with "in the" | Transcription error |
| 350 | 21 | Replace "lost a lot" with "last part" | Transcription error |
| 351 | 5 | Replace "you go" with "he go" | Transcription error |
| 351 | 19 | Replace "either" with "you would," | Transcription error |
| 352 | 12 | Replace "or met him" with "anytime" | Transcription error |
| 354 | 4 | Replace "Jazira" with "Jizan" | Transcription error |
| 354 | 7 | Replace "probably" with "robbery" | Transcription error |
| 354 | 9 | Add "of" after "two" | Transcription error |
| 357 | 21 | Replace "publically" with "publicly" | Transcription error |
| 358 | 17 | Replace "send" with "sent" | Transcription error |
| 358 | 22 | Replace "that we -- we are located" with "we -- we allocated" | Transcription error |
| 358 | 25 | Add "the" before "information" | Transcription error |
| 360 | 15 | Delete "good" | Transcription error |
| 360 | 19 | Replace "what the ease" with "White & Case" | Transcription error |
| 365 | 12 | Replace "this" with "the structure" | Transcription error |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|------|---------|--------|--------|
| 366 | 2 | Add "MR. CURRAN: Which Mr. Al Rajhi?" before "MR. CARTER:" | Transcription error |
| 367 | 10 | Replace "if they're saying for" with "he said imam of" | Transcription error |
| 367 | 24 | Add "if you look at" after "Because" | Transcription error |
| 368 | 5 | Add "is" after "he" and replace "Medina. The" with "Medina, the" | Transcription error |
| 368 | 8 | Add "and Sheikh Saleh Al-Hussayen" before "as ex-minister" | Transcription error |
| 368 | 9 | Delete "yeah" | Transcription error |
| 369 | 22 | Add "Right." before "Including" | Transcription error |
| 370 | 15 | Add ", right" after "SAMA" | Transcription error |

ACKNOWLEDGEMENT OF DEPONENT

I, Abdullah bin Sulaiman Al Rajhi, do hereby certify the corrections and changes noted in this Errata to the transcript of my deposition on September 27, 2023 in the matter *In Re: Terrorist Attacks On September 11, 2001*, No. 03 MDL 1570 (S.D.N.Y.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 14, 2023

Abdullah bin Sulaiman Al Rajhi

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.