# Exhibit 3

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence
and/or Statement of Facts as to Defendant Al Rajhi Bank
<u>Pursuant to Rule 56.1</u>

This Transcript Contains Confidential Material

```
 1            UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF NEW YORK
 2

    IN RE: TERRORIST ATTACKS ON         )
 3  SEPTEMBER 11, 2001                   )
                                         )
    ─────────────────────────────────   )
 4  Underwriting Members of Lloyd's      )
    Syndicate 2, et al., v.              )
 5  Al Rajhi Bank, et al.,               )  03 MDL 1570
    No. 16-cv-07853                      )  (GBD) (SN)
 6                                       )
    Addesso, et al. v. Kingdom of        )  ECF Case
 7  Saudi Arabia, et al.,                )
    No. 16-cv-09937                      )
 8                                       )
    Aguilar, et al. v. Kingdom of        )
 9  Saudi Arabia, et al.,                )
    No. 16-cv-09663                      )
10                                       )
    Hodges, et al. v. Kingdom of         )
11  Saudi Arabia, et al.,                )
    No. 17-cv-00117                      )
12                                       )
    Aiken, et al. v. Kingdom of          )
13  Saudi Arabia, et al.,                )
    No. 17-cv-00450                      )
14                                       )
    Charter Oak Fire Insurance Co.,      )
15  et al. v. Al Rajhi Bank, et          )
    al., No. 17-cv-02651                 )
16                                       )
    Abarca, et al. v. Kingdom of         )
17  Saudi Arabia, et al.,                )
    No. 17-cv-03887                      )
18                                       )
    Arrowood Indemnity Co., et al.       )
19  v. Kingdom of Saudi Arabia, et       )
    al., No. 17-cv-03908                 )
20                                       )
    Abedhajajreh, et al. v. Kingdom      )
21  of Saudi Arabia, et al.,             )
    No. 17-cv-06123                      )
22                                       )
    Muenchener                           )
23  Rueckversicherungs-Gesellschaft      )
    Aktiengesellschaft in Muenchen,      )
24  et al. v. Kingdom of Saudi           )
    Arabia, et al.,                      )
25  Case No. 17-cv-07914                 )
```

This Transcript Contains Confidential Material

```
 1   Abbate, et al. v. Kingdom of        )
     Saudi Arabia, et al.,               )
 2   No. 17-cv-08617                      )

 3

                THURSDAY, MAY 11, 2023

 4

 5    THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

 6                   - - -

 7          Remote videotaped deposition of

 8   30(b)(6) Al Rajhi Bank Designee James

 9   Galloway, held at the location of the witness

10   in Saudi Arabia, commencing at 2:31 p.m.

11   Arabia Standard Time, on the above date,

12   before Carrie A. Campbell, Registered

13   Diplomate Reporter, Certified Realtime

14   Reporter, Illinois, California & Texas

15   Certified Shorthand Reporter, Missouri,

16   Kansas, Louisiana & New Jersey Certified

17   Court Reporter.

18                   - - -

19

          GOLKOW LITIGATION SERVICES
20             877.370.DEPS
            deps@golkow.com

21

22

23

24

25
```

This Transcript Contains Confidential Material

```
 1        R E M O T E    A P P E A R A N C E S :
 2
 3
          COZEN O'CONNOR P.C.
 4        BY:  SEAN P. CARTER
               Scarter1@cozen.com
 5             SCOTT TARBUTTON
               starbutton@cozen.com
 6        1650 Market Street, Suite 2800
          Philadelphia, Pennsylvania 19103
 7        (215) 665-2000
          Counsel for Lloyd's Syndicate 2 and
 8        Muenchener Plaintiffs
 9
10        SHEPS LAW GROUP
          BY:  ROBERT SHEPS
11        2 Bucknell Drive
          Plainview, New York  11803
12        (516) 909-1228
          Counsel for Charter Oak Plaintiff
13
14
          WHITE & CASE LLP
15        BY:  CHRISTOPHER M. CURRAN
               ccurran@whitecase.com
16             ANWAR AKROUK
               anwar.akrouk@whitecase.com
17             NICOLE ERB
               nerb@whitecase.com
18             MICHAEL MAHAFFEY
               michael.mahaffey@whitecase.com
19             REUBEN SEQUEIRA
               rsequeira@whitecase.com
20        701 Thirteenth Street, NW
          Washington, DC  20005-3807
21        (202) 626-3600
          Counsel for Al Rajhi Bank
22
23
24
25
```

This Transcript Contains Confidential Material

```
 1        JONES DAY
          BY:  GABRIELLE E. PRITSKER
 2             gpritsker@jonesday.com
               STEVEN T. COTTREAU
 3             scottreau@jonesday.com
          51 Louisiana Avenue, N.W.
 4        Washington, D.C.  20001-2113
          (202) 879-3939
 5        Counsel for Dubai Islamic Bank
 6
 7        LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
          BY:  AISHA E.R. BEMBRY
 8             aisha.bembry@lbkmlaw.com
               SUMAYYA KHATIB
 9             sumayya.khatib@lbkmlaw.com
          1101 New York Avenue, NW, Suite 1000
10        Washington, D.C. 20005
          (202) 833-8900
11        Counsel for The Muslim World League,
          the International Islamic Relief
12        Organization
13
14        THE LAW FIRM OF OMAR T. MOHAMMEDI, LLC
          BY:  AHSEN JANJUA
15             ajanjua@otmlaw.com
               FATEMA ZOHNY
16             fzohny@otmlaw.com
          233 Broadway, Suite 801
17        New York, New York 10279
          (212) 725-3846
18        Counsel for World Assembly of Muslim
          Youth
19
20
21     ALSO PRESENT:
22        MARK ADLER, paralegal, Cozen
          O'Connor
23
          ABDULRAHMAN AL MUSSAED, Al Rajhi
24        Bank
25        JASMERE COUSIN
```

This Transcript Contains Confidential Material

```
 1     TRIAL TECHNICIAN:

              GINA VELDMAN, Precision Trial Services

 2

 3

       VIDEOGRAPHER:

 4            ZACH HONE,

              Golkow Litigation Services

 5

                          - - -

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                       INDEX

2                                           PAGE

3     APPEARANCES.................................   3

4     EXAMINATIONS

5       BY MR. CARTER.............................  11

6       BY MR. CURRAN............................. 335

7

8                     EXHIBITS

9        No.    Description                    Page

10     ARB 1    Second Revised Notice of Oral     18
                Deposition of Defendant al Rajhi
11              Bank Pursuant to Fed. R. Civ.
                P.30(b)(6)
12
        ARB 2   Al Haramain Islamic Foundation    78
13              Accounts at Al Rajhi Bank
14     ARB 3    International Islamic Relief       86
                Organization Accounts at Al
15              Rajhi Bank
16     ARB 4    Al Rajhi Banking & Investment     115
                Corp., No. 633/SH.Q./2004 Date:
17              05/01/1425 AH - February 25,
                2004 AD,
18              ARB-00039945 - ARB-00039947
19     ARB 5    The Al-Haramain Islamic          141
                Foundation's Account Numbers
20              with the Al Rajhi Banking &
                Investment Corp,
21              ARB-00038116
22     ARB 6    Muslim World League              149
                International Islamic Relief
23              Organization, The Kingdom of
                Saudi Arabia, No. T467 Date:
24              15/10/1423 AH (December 19, 2002
                AD),
25              ARB-00040258

This Transcript Contains Confidential Material

| 1 | ARB 7 | Kingdom of Saudi Arabia Ministry of Islamic Affairs, Endowments, | 154 |
|---|---|---|---|
| 2 | | Da'wah, and Guidance Deputy Minister's Office, No. 1545/18/2 | |
| 3 | | Date: 16/06/1418 AH, ARB-00038201 | |
| 4 | | | |
| | ARB 8 | Kingdom of Saudi Arabia | 166 |
| 5 | | Al-Haramain Islamic Foundation General Supervisor's Office, No. | |
| 6 | | 200/19/2Date: 06/06/1419 AH (September 26, 1998 AD), | |
| 7 | | ARB-00038200 | |
| 8 | ARB 9 | Kingdom of Saudi Arabia Ministry of Islamic Affairs, Endowments, | 170 |
| 9 | | Da'wah, and Guidance Deputy Minister's Office, No. 422/2/1 | |
| 10 | | Date: 20/09/1417 AH, (January 29, 1997 AD), | |
| 11 | | ARB-00038573 | |
| 12 | ARB 10 | Kingdom of Saudi Arabia Al-Haramain Islamic Foundation | 172 |
| 13 | | General Supervisor's Office, No. 200/19/2 Date: 06/06/1419 AH | |
| 14 | | (September 26, 1998 AD), ARB-00038214 - ARB-00038215 | |
| 15 | | | |
| | ARB 11 | General Administration Banking | 176 |
| 16 | | Group Branches Administration 2611-2612 October 08, 1998 AD, | |
| 17 | | ARB-00038920 | |
| 18 | ARB 12 | General Administration Legal | 183 |
| 19 | | Affairs Administration 1432 1451 01/06/1420 AH September 01, 1999 AD, | |
| 20 | | ARB-00038885 | |
| 21 | ARB 13 | Al Arbaeen Street Branch Jeddah Tel. 6792244 November 13, 1999 | 191 |
| 22 | | AD, ARB-00039001 | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

This Transcript Contains Confidential Material

| 1  | ARB 14 | Regional Administration of Western Region Legal Affairs Section 08/08/1420 AH November 16, 1999 AD, ARB-00038996 | 201 |
|----|--------|--------|-----|
| 4  | ARB 15 | Al Arbaeen Street Branch Jeddah Tel. 6792244 November 23, 1999 AD, ARB-00038978 | 205 |
| 6  | ARB 16 | Al-Haramain Islamic Foundation Jeddah Office, Date: 12/10/1420 AH (January 19, 2000 AD), ARB-00038979 | 207 |
| 9  | ARB 17 | Al-Haramain Islamic Foundation Head Office – Riyadh General Manager Office No. 3522/22/17 Date: 18/05/1422 AH (August 08, 2001 AD), ARB-00038486 | 208 |
| 12 | ARB 18 | Memo from asapra@anb.com.sa, March 7, 2002, at 11:42 am, ARB-00014382 – ARB-00014385 | 213 |
| 14 | ARB 19 | Saudi Arabian Monetary Authority SAMA [Currently: Saudi Central Bank] Head Office Banking Inspection Division No. M.A.T./6998, Date: 02/06/1425 AH Attachments: 3, Corresponding to: July 19, 2004 AD, ARB-00017377 – ARB-00017380 | 233 |
| 19 | ARB 20 | December 30, 1998 AD – December 30, 1998 AD Sulaiman Bin Abdulaziz Al Rajhi Charitable Foundation, ARB-00038079 – ARB-00039959 | 257 |
| 22 | ARB 21 | Summary of transaction data, ARB00039960 | 274 |
| 23 | ARB 22 | Memo from Abdullah Sulaiman al Rajhi to mym@mar-jac.com, NL 0015578- various | 283 |

This Transcript Contains Confidential Material

```
 1    ARB 23    Check to Khaled bin Ibrahim         297
                Al-Swailem,
 2              NL 0010485
 3    ARB 24    October 04, 1998 AD letter to       310
                Honorable Dr. Abdullah bin Saleh
 4              al Obaid Secretary General of
                the Muslim World League Chairman
 5              of the Board of Directors of the
                International Islamic Relief
 6              Organization,
                ARB-00039593 - ARB-00039604
 7
      ARB 25    Federal Bureau of Investigation     315
 8              document dated 9/27/2001,
                EO14040-002857 - EO14040-002863
 9
10      (Exhibits attached to the deposition.)
11
12    CERTIFICATE.................................362
13    ACKNOWLEDGMENT OF DEPONENT..................364
14    ERRATA.....................................365
15    LAWYER'S NOTES.............................366
16
17
18
19
20
21
22
23
24
25
```

This Transcript Contains Confidential Material

```
 1              VIDEOGRAPHER:  We are now on

 2      the record.  My name is Zach Hone.

 3      I'm a videographer for Golkow

 4      Litigation Services.

 5              Today's date is May 11, 2023,

 6      and the time is 2:31 p.m.

 7              This remote video deposition is

 8      being held in the matter of In Re:

 9      Terrorist Attacks on September 11,

10      2001, MDL 1570.

11              The deponent is James Galloway.

12              All parties to this deposition

13      are appearing remotely and have agreed

14      to the witness being sworn in

15      remotely.

16              Due to the nature of remote

17      reporting, please pause briefly before

18      speaking to ensure all parties are

19      heard completely.

20              Counsels' appearances will be

21      noted on the stenographic record.

22              The court reporter will now

23      swear in the witness.

24

25
```

This Transcript Contains Confidential Material

```
1                    JAMES GALLOWAY,

2    of lawful age, having been first duly sworn

3    to tell the truth, the whole truth and

4    nothing but the truth, deposes and says on

5    behalf of the Plaintiffs, as follows:

6

7                    DIRECT EXAMINATION

8    QUESTIONS BY MR. CARTER:

9         Q.    Good morning, Mr. Galloway.

10              How are you?

11        A.    Good morning, Mr. Carter.  I'm

12   very well.  Thank you.

13              And you also, I hope?

14        Q.    I am, thank you.

15              Just by way of introduction, as

16   you know, my name is Sean Carter.  I'm an

17   attorney with Cozen O'Connor, and I represent

18   plaintiffs in this lawsuit against Al Rajhi

19   Bank arising from the terrorist attacks of

20   September 11, 2001.

21              Do you understand all of that?

22        A.    I do.

23              MR. CURRAN:  Hey, Sean, I don't

24         mean to interrupt right off the bat,

25         but shouldn't we be identifying people
```

This Transcript Contains Confidential Material

```
 1          who are on the call?

 2               I do want to ensure that we

 3          have only people who are subject to

 4          the protective order on this -- on

 5          this video deposition.

 6               MR. CARTER:  Yeah, no, I agree.

 7          I didn't see anyone else so was not

 8          clear that anyone who hadn't been

 9          identified might be on.

10               Carrie, can we go through and

11          ask everyone to identify themselves?

12               Obviously for our part at Cozen

13          O'Connor, you have Sean Carter and

14          Scott Tarbutton in the room, and ask

15          other plaintiffs on the line to

16          identify themselves.

17               MR. SHEPS:  This is Robert

18          Sheps from the Sheps Law Group on

19          behalf of another plaintiff.

20               MR. ADLER:  This is Mark Adler,

21          Cozen O'Connor, a paralegal working on

22          the case.

23               MR. CURRAN:  Okay.  And for

24          defendants other than Al Rajhi Bank,

25          who do we have?
```

This Transcript Contains Confidential Material

1         MS. BEMBRY:  Good morning.

2     This is Aisha Bembry from Lewis Baach

3     Kaufmann Middlemiss representing MWL

4     and IIRO.  I also have my colleague

5     Sumayya Khatib on the line.

6         MR. JANJUA:  This is Ahsen

7     Janjua from the law firm Omar

8     Mohammedi representing the World

9     Assembly of Muslim Youth.

10         MS. ZOHNY:  Good morning.  This

11     is Fatema Zohny on behalf of WAMY as

12     well, and I am with Omar Mohammedi.

13         MR. CURRAN:  Okay.  And on

14     behalf of Al Rajhi Bank, I'm

15     Christopher Curran of White & Case.

16     I'm representing both Al Rajhi Bank

17     and the witness today.

18         In the room with me are three

19     of my law firm colleagues:  Nicole

20     Erb, Reuben Sequeira, and Anwar

21     Akrouk -- excuse me, Akrouk,

22     A-k-r-o-u-k.

23         And also we have a client

24     representative present, Abdulrahman al

25     Mussaed.  The last name is spelled a-l

This Transcript Contains Confidential Material

```
 1          M-u-s-s-a-e-d, and he is with Al Rajhi

 2          Bank legal department.

 3              I do expect this deposition to

 4          elicit confidential information of Al

 5          Rajhi Bank and its customers and

 6          perhaps others, and I do intend to

 7          designate the deposition as

 8          confidential under the protective

 9          order, certainly for the initial

10          30 days and then thereafter.

11              And finally, I ask anyone who

12          is on the video call who is not

13          subject to the protective order to

14          identify themselves now, please.

15              Okay.  Mr. Carter, thank you

16          for your patience.  Please.

17              MR. CARTER:  Thank you, Chris.

18              One other administrative issue.

19              Carrie, our realtime doesn't

20          appear to be working.  I don't know if

21          that's a problem others are

22          encountering.

23              MR. CURRAN:  I haven't tried

24          myself, Mr. Carter.

25              (Discussion off the record.)
```

This Transcript Contains Confidential Material

```
 1   QUESTIONS BY MR. CARTER:

 2        Q.    And thanks for your patience,

 3   Mr. Galloway, as we work through some of the

 4   logistic issues here.

 5              As I was saying, I represent

 6   plaintiffs in this lawsuit against Al Rajhi

 7   Bank arising from the September 11th attacks.

 8              You're here today to testify on

 9   behalf of Al Rajhi Bank.

10              Do you understand that?

11        A.    I do.

12        Q.    And, Mr. Galloway, have you

13   ever been deposed before?

14        A.    No, I have not.

15        Q.    And have you ever testified in

16   court before?

17        A.    No, I have not.

18        Q.    Have you ever submitted an

19   affidavit or declaration for a judicial

20   proceeding before?

21        A.    No, I have not.

22        Q.    Just to go over some of the

23   ground rules for today's session.

24              The court reporter will be

25   taking down my questions to you and your
```

This Transcript Contains Confidential Material

```
 1    answers to my questions in a transcript.  And

 2    to enable her to do that in an efficient way,

 3    it's important for you to wait until I finish

 4    my questions before answering, and for me to

 5    wait until you finish your answers before

 6    beginning another question.

 7              Does that sound fair?

 8         A.   That does sound fair.  Thank

 9    you.

10         Q.   And the court reporter cannot

11    take down nods of the head or other gestures

12    in response to questions, so it's important

13    that you articulate verbally all of your

14    answers.

15              Is that okay?

16         A.   Thank you, yes.  I understand.

17    That's okay.

18         Q.   To the extent you understand my

19    question, you're required to answer it

20    completely.

21              Do you understand that?

22         A.   Yes, I do understand that.

23         Q.   And if your counsel raises an

24    objection, you can proceed to answer unless

25    there's an indication that counsel needs to
```

```
 1    discuss the objection with me.

 2                Is that okay?

 3         A.     That is okay.  I understand

 4    you.

 5         Q.     During the course of the day --

 6                MR. CURRAN:  Sean, we've

 7          discussed that if privilege issues

 8          arise, I may give an instruction not

 9          to answer.  So that might be a

10          qualification on your statement.

11                MR. CARTER:  Yeah, and that's

12          what I meant when I indicated to the

13          witness that if there's an indication,

14          counsel need to discuss the issue

15          before answering.  So I appreciate

16          that clarification.

17    QUESTIONS BY MR. CARTER:

18         Q.     Mr. Galloway, over the course

19    of the day, we'll be here for a bit and going

20    through some documents.  If at any point you

21    need to take a break, just let us know.

22    You're perfectly entitled to do that.

23         A.     Thank you very much.  I will.

24         Q.     Mr. Galloway, do you have a

25    current curriculum vitae?
```

This Transcript Contains Confidential Material

```
 1          A.      I do.

 2                  If by that you mean a very

 3     long, detailed one, the answer is no, but I

 4     have some bullet points to let you know my

 5     work history.

 6          Q.      You don't have a written

 7     document with you today concerning your work

 8     history and educational background?

 9          A.      I have a very short document

10     that does that.

11                  MR. CARTER:  And, Chris, are

12          you able to share that document with

13          us so that we can mark it?

14                  MR. CURRAN:  Yeah, I've got no

15          problem with that.  It's brief.  You

16          could cover it in three minutes, I

17          think, but --

18                  MR. CARTER:  Well, why don't we

19          do that.  Let's begin by first marking

20          as Exhibit ARB 1 the deposition notice

21          that is at Tab 1 in the exhibit

22          folder.

23                  (Al Rajhi Bank 30(b)(6) Exhibit

24          ARB 1 marked for identification.)

25
```

```
 1    QUESTIONS BY MR. CARTER:

 2         Q.     Mr. Galloway, are you able to

 3    see Exhibit 1?

 4         A.     Yes, I can.

 5         Q.     And this is the second revised

 6    notice of oral deposition of defendant Al

 7    Rajhi Bank pursuant to Federal Rule of Civil

 8    Procedure 30(b)(6).

 9                Have you seen this document

10    before?

11         A.     Yes, I have.

12         Q.     And have you had an opportunity

13    to review this document?

14         A.     I've seen the first page, as

15    Mr. Curran indicates, and I have read the

16    first page.

17                MR. CURRAN:  Well, I was just

18          clarifying that he's got the first

19          page on the screen.  If you need to

20          look at the full document, you have a

21          copy, and you can also bring it up on

22          the computer, I think.

23                I'm sorry, Mr. Carter.  Please

24          continue.

25
```

This Transcript Contains Confidential Material

```
 1    QUESTIONS BY MR. CARTER:
 2         Q.     Yeah, my apologies.
 3                You should be able to scroll
 4    through the document as it's shared in the
 5    computer.  And so if you can take a moment to
 6    look at the document that's been marked as
 7    ARB Exhibit 1, and let me know if you've had
 8    a chance to review that document in full in
 9    preparation for your deposition today.
10         A.     If you can stand by, we're just
11    getting that working on this side.
12         Q.     Sure.
13                GINA VELDMAN:  I put the link
14         in the chat, if you didn't already
15         have it.
16                MR. CURRAN:  Okay.
17                GINA VELDMAN:  If you just
18         click on it, it should go right to a
19         folder, and there should be Exhibit 1
20         in there.
21                THE WITNESS:  Thank you for
22         your patience.  I'm just looking at it
23         now.
24                Thank you, Mr. Carter.  I can
25         confirm I've read the document.  I
```

This Transcript Contains Confidential Material

```
 1          have seen it before.

 2     QUESTIONS BY MR. CARTER:

 3          Q.     Thank you, Mr. Galloway.

 4                 And do you understand that you

 5     are here today to testify on behalf of Al

 6     Rajhi Bank pursuant to this second revised

 7     notice of deposition?

 8          A.     Yes, I do understand that.

 9          Q.     And beginning on page 3 of the

10     document, there's an identification of areas

11     of inquiry for today's deposition.

12                 Do you see that?

13          A.     Yes, I do.

14          Q.     And below that, there are

15     identified 45 areas of inquiry, some of which

16     include subparts, correct?

17          A.     That is correct.

18          Q.     And you understand you're here

19     today to testify on behalf of Al Rajhi Bank

20     concerning its knowledge relating to those

21     areas of inquiry?

22          A.     Yes, I do.

23          Q.     And are there any areas of

24     inquiry identified in the second notice of

25     deposition that you are unprepared to address
```

This Transcript Contains Confidential Material

1    today?

2              MR. CURRAN:  Objection.  Vague

3         and overbroad.

4              You may answer.

5              THE WITNESS:  I've prepared

6         responses to your questions.

7    QUESTIONS BY MR. CARTER:

8         Q.    I'm sorry, can you repeat that

9    answer?

10        A.    I have prepared responses to

11   your questions, and I have a response for

12   each of them.

13        Q.    Mr. Galloway, are you currently

14   employed by Al Rajhi Bank?

15        A.    Yes, I am.

16        Q.    And when did you begin working

17   for Al Rajhi Bank?

18        A.    In October of 2018.

19        Q.    And what is your current role?

20        A.    I am the chief strategy officer

21   for the bank.  Chief strategy officer is my

22   title.

23        Q.    And generally, what are your

24   responsibilities in that role?

25        A.    You know, it's to help author

1    and design the strategy for the bank and to

2    assist with the framing up of the

3    implementation of that for the benefit of the

4    bank.

5        Q.    And is that the position you

6    held when you joined the bank in 2018?

7        A.    There was a short time when I

8    was the general manager of marketing, and

9    then within six months I was in the role I'm

10   in today.

11       Q.    And can you provide me with a

12   brief background concerning your educational

13   history?

14       A.    Yeah.  I have a bachelor of

15   economics from the Australian National

16   University.  I have a graduate diploma in

17   applied finance from the Securities Institute

18   of Australia.  And I have a master's in

19   business with a major in marketing from the

20   Royal Melbourne Institute of Technology in

21   Australia.

22       Q.    And were you born in Australia?

23       A.    Yeah, that's right.

24       Q.    Are you an Australian citizen?

25       A.    I am.

This Transcript Contains Confidential Material

```
 1           Q.      Do you hold citizenship with

 2    any other country?

 3           A.      I do not.

 4           Q.      Do you speak Arabic?

 5           A.      I do not.

 6           Q.      Do you read Arabic?

 7           A.      I do not.

 8           Q.      Prior to joining Al Rajhi Bank,

 9    where were you employed?

10           A.      Prior to joining Al Rajhi Bank,

11    I was working at HSBC Bank in London.

12           Q.      And what was the tenure of your

13    employment with HSBC in London?

14           A.      I was there for five years,

15    from August '14 until August 2018.

16           Q.      And what was your role at HSBC?

17           A.      I was the group head of

18    strategy for the retail bank.

19                   Sorry, correct that.  I was the

20    group head of distribution, which involved

21    the distribution strategy, but the group head

22    of distribution was my title.

23           Q.      And can you provide me with a

24    brief summary of your work history leading up

25    to your employment with HSBC?
```

This Transcript Contains Confidential Material

```
 1        A.      Yeah, no problem.

 2                I worked before HSBC with

 3    Standard Chartered Bank in Singapore, and

 4    that was for a four-year period from

 5    September 2010 to July 2014.

 6                Prior to working for Standard

 7    Chartered Bank, I worked for Westpac Bank in

 8    Australia for a seven-year period from

 9    October of 2003 to July 2010.

10                Prior to that, I worked for

11    Coles Myer Limited, which is a large retail

12    group in Australia, and that was for four and

13    a half years from January 2018 {sic} until

14    June 2002.

15                And prior to that, I worked for

16    GE Capital, which was part of the GE

17    Corporation, for three years from 1996 until

18    1998.

19        Q.      Mr. Galloway, the transcript

20    reflects that in relation to your employment

21    at Coles Myer you indicated that you began

22    there in 2018, and I think that was an

23    inadvertent statement.

24        A.      I mis -- sorry, I misspoke.

25                MR. CURRAN:  You have to wait
```

This Transcript Contains Confidential Material

```
 1            until he's done talking.
 2    QUESTIONS BY MR. CARTER:
 3            Q.    Yeah.  Can you clarify the
 4    tenure of your employment with Coles Myer?
 5            A.    Yes.  I was -- Mr. Carter, I
 6    might have misspoke.
 7                  It was 1998 until 2002.
 8            Q.    And what was your role or roles
 9    at Standard Chartered?
10            A.    At Standard Chartered it was a
11    distribution role, was my last role there.
12                  Prior to that, I worked in
13    marketing and customer experience-type roles
14    for them, as well as a role reporting to the
15    head of the retail bank at the time.
16            Q.    I have limited knowledge of the
17    banking industry.
18                  Can you tell me what you mean
19    by the distribution --
20            A.    Yeah.
21            Q.    -- segment of Standard
22    Chartered?
23            A.    Yeah, they have -- Standard
24    Chartered operate in Asia, Africa and Middle
25    East, so the role involved making sure that
```

This Transcript Contains Confidential Material

1    we had the right distribution assets.  By

2    that I mean the right types of sales

3    configuration, whether the employees worked

4    for the company, whether they had different

5    agents working on their behalf, the sales

6    efficiency, the sales productivity, those

7    sorts of things.

8         Q.     And what were your positions at

9    Westpac?

10        A.     Westpac I joined as the head of

11   marketing and customer -- what we would call

12   today customer experience, customer

13   satisfaction, if you want to call it that.

14             And then I moved on to a role

15   running all of the retail product suite, the

16   mortgages, the credit cards, current accounts

17   and so forth.  And for that I was responsible

18   for the sales and P&L and the product design

19   issues associated within that.

20        Q.     And how about with Coles Myer?

21        A.     Yeah, in Coles Myer I worked in

22   the department store group initially in a

23   marketing role.  I was then the head of

24   business services, which involved finance and

25   IT.  And then I was -- finally, my last role

This Transcript Contains Confidential Material

1    there was the managing director of a

2    business, a big box market retail business,

3    they called Mega Mart at the time, which

4    sold -- I guess it's like a Best Buy in US

5    terms.  Perhaps you'd be familiar with it.

6         Q.     Sure.

7                And how about GE Capital?

8         A.     Yeah, that was a partnership

9    between Coles Myer group and GE Capital.  GE

10   bought store card portfolios from retailers,

11   and then GE's value-add was to offer not only

12   the management of the credit facilities but

13   marketing insights based on customer behavior

14   and trying to help the retailer boost their

15   sales by having a credit product.

16        Q.     In relation to any of the

17   positions you've held that we've just

18   discussed, did you have responsibilities for

19   any money laundering procedures and

20   protocols?

21        A.     Not direct responsibilities,

22   no.  I was aware of them, but I was not the

23   officer responsible for writing them.

24                My job was more about sales

25   performance, sales management, the design of

This Transcript Contains Confidential Material

```
 1    the sales models rather than the operational

 2    management.  That was done in GE and HSBC by

 3    the local management in country.

 4              I was a group involved in

 5    Singapore, and in HSBC in London, my job was

 6    really to help them drive the sales

 7    performance rather than be managing the

 8    operational detail in country.

 9    Q.      And are you familiar with the

10    use of the term "AML" to refer to any money

11    laundering procedures?

12    A.      Yes, I am.

13    Q.      And if I use that term, will

14    you understand what I'm talking about?

15    A.      Yes, I will.

16    Q.      And do you consider yourself an

17    expert in any money laundering requirements

18    or procedures?

19              MR. CURRAN:  Objection as to

20         form.

21              You may answer.

22              THE WITNESS:  I would consider

23         myself knowledgeable.  I don't think I

24         would be considered an expert, per se.

25
```

This Transcript Contains Confidential Material

```
 1    QUESTIONS BY MR. CARTER:

 2         Q.     And in relation to the

 3    employment history you've described, have you

 4    had any responsibility for counterterrorism

 5    financing strategy or policies?

 6         A.     Not direct.  It would be the

 7    same as the response I just gave you on the

 8    AML side.

 9         Q.     And have you heard the acronym

10    CTF used for counterterror financing?

11         A.     I have.

12         Q.     And so if I use that acronym,

13    you'll understand what I'm saying?

14         A.     I will.

15         Q.     And in any of your employment

16    capacities that you've described, have you

17    been responsible for know your customer

18    policies and protocols at any of those

19    institutions?

20         A.      It would be the same response

21    as the last two questions.  I'm familiar with

22    them.  I understand customer onboarding, et

23    cetera, but I have not been ever designated

24    as the officer responsible for or the expert

25    in.  But I'm aware of the practices, and I
```

This Transcript Contains Confidential Material

1    understand what happens.

2         Q.    And are you familiar with the

3    use of the acronym KYC to refer to know your

4    customer protocols?

5         A.    I am.

6         Q.    And again, if I use that

7    acronym over the course of the day, you'll

8    understand what I'm talking about?

9         A.    Yes, I will.

10        Q.    In any of the capacities you've

11   described, have you been directly involved in

12   an investigation into the possible use of

13   bank's facilities to support terrorist

14   activity?

15        A.    No, I've never been directly

16   involved in any of those investigations.

17        Q.    Generally speaking, in

18   preparation for your deposition today, can

19   you tell me what you did?

20             And to the extent you've spoken

21   with counsel, don't tell me anything you've

22   discussed with counsel, but you can tell me

23   whether or not you had conversations with

24   counsel as part of your preparations.

25        A.    I was notified on the 30th of

This Transcript Contains Confidential Material

```
 1    April that I would be the company's 30(b)(6)
 2    respondent.  So since that time, I've been
 3    diligently preparing.  I would have spent
 4    well north of 100 hours of preparation work.
 5                 I've interviewed members of
 6    staff in relation to the 45 topics in your
 7    questions and the multiple subtopics,
 8    numbering in some cases, I think, up to a
 9    dozen subtopics on the different categories.
10                 I've been full-time on this and
11    have suspended my normal responsibilities in
12    order to dedicate myself to it.
13                 The people that I have met
14    across the organization are varied, and in
15    total involve some 28 people.  And those
16    interviews have been conducted by me and in
17    some cases have required follow-up as well.
18                 I've taken the documents that
19    have been presented and also read all of
20    those as part of my preparation.
21                 And then with that knowledge,
22    I've then synthesized all that into a form
23    that hopefully will respond to your questions
24    and give you the kind of responses you're
25    looking for from the bank.
```

This Transcript Contains Confidential Material

```
 1           Q.      Thank you for that summary,
 2    Mr. Galloway.
 3                  You mentioned that you read
 4    documents that were presented.  Can you tell
 5    me generally what documents you're referring
 6    to?
 7           A.      I've read the documents --
 8                  MR. CURRAN:  Hold on.
 9                  THE WITNESS:  I'm sorry.
10                  MR. CURRAN:  I'm going to
11          object and instruct the witness not to
12          answer on the basis of attorney-client
13          privilege and work product.
14                  To the extent he refers to
15          documents or relies on documents in
16          answering substantive questions, I
17          have no problem with the witness
18          identifying those documents.  So --
19                  MR. CARTER:  Chris, I don't
20          think the documents that he reviewed
21          for purposes of testifying as to the
22          bank's knowledge is a privileged
23          matter in this setting at all.  So I
24          think he is required to tell me what
25          documents he reviewed and provide a
```

This Transcript Contains Confidential Material

```
 1          description so I can understand the

 2          basis of his knowledge to testify for

 3          the bank.

 4               MR. CURRAN:  Well, I guess it

 5          depends on the level of specificity

 6          you're looking for, because the

 7          selection of documents presented to

 8          the witness reflects attorney work

 9          product, attorney mental processes and

10          analysis.

11               So I know you disagree with my

12          assertion of the privilege.  I didn't

13          hear you say anything about work

14          product.

15               But -- my objection stands.

16          But, again -- and my instruction

17          stands.  But, again, the witness will

18          identify any documents that he's

19          relied upon in formulating his answers

20          to your questions.

21               MR. CARTER:  Well, I think the

22          documents he's relied upon is

23          different from an understanding of

24          what he's reviewed and whether or not

25          that review has been sufficient to
```

This Transcript Contains Confidential Material

```
 1          fulfill his obligations, which is part
 2          of what we need to assess today.
 3                  But let me try to get at it a
 4          different way, and we'll see if we can
 5          get past this.
 6     QUESTIONS BY MR. CARTER:
 7          Q.     Mr. Galloway, are you aware
 8     that Al Rajhi Bank has produced documents to
 9     the plaintiffs in this litigation?
10                  MR. CURRAN:  You may answer.
11                  THE WITNESS:  Yes, I am.
12     QUESTIONS BY MR. CARTER:
13          Q.     And have you reviewed all of
14     those documents?
15                  MR. CURRAN:  You may answer.
16                  THE WITNESS:  Yeah, I have.
17          Yep, I have.
18                  MR. CURRAN:  He's asking if you
19          reviewed --
20                  THE WITNESS:  Well, I -- can I
21          clarify, please?
22                  When you say "all those
23          documents produced," I've reviewed
24          some -- I've reviewed a number of
25          documents.  I can't really understand
```

This Transcript Contains Confidential Material

```
1              the universe of documents you're

2              referring to easily.

3    QUESTIONS BY MR. CARTER:

4         Q.    Okay.  Well, Al Rajhi Bank has

5    produced in excess of 40,000 pages of

6    documents to plaintiffs in the litigation.

7              Have you, in preparation for

8    today, reviewed the full compendium of about

9    40,000 pages Al Rajhi Bank produced?

10             MR. CURRAN:  You may answer

11        that.  It's a yes or no question.

12             THE WITNESS:  I believe not if

13        it's 40,000.  I don't believe I've

14        read 40,000 pages.

15   QUESTIONS BY MR. CARTER:

16        Q.    And so what you have read are

17   some selection of documents that were given

18   to you by counsel, correct?

19             MR. CURRAN:  You may answer

20        that.

21             THE WITNESS:  That is correct.

22   QUESTIONS BY MR. CARTER:

23        Q.    And did you request as part of

24   your preparation that the bank search for any

25   additional documents to enable you to testify
```

This Transcript Contains Confidential Material

1    today?

2              MR. CURRAN:  You may answer.

3              THE WITNESS:  Yes.

4    QUESTIONS BY MR. CARTER:

5         Q.    What documents did you ask the

6    bank to search for in order to prepare

7    yourself to testify today?

8         A.    I asked some follow-up

9    questions on various documents, including

10   looking at the branch policy manual from the

11   period.

12        Q.    What branch policy manual are

13   you referring to?

14        A.    It's the branch manual

15   August 1997 document, is the best way I can

16   use to identify it for you.

17        Q.    And what is the Bates number

18   for that document?  There is a label

19   designation.

20        A.    Yeah, it's ARB00000164.  These

21   are on the cover page.

22        Q.    And what prompted you to

23   request additional document searches in

24   relation to that document?

25        A.    To understand the customer

This Transcript Contains Confidential Material

1    onboarding process that is -- processes on

2    foot at the time.

3         Q.    And did someone at the bank

4    provide you with additional information on

5    that issue?

6         A.    I made inquiries about that and

7    the order process and other matters with the

8    interviews that were conducted.

9         Q.    Did anyone provide you any

10   additional documents on that issue?

11        A.    Not to the best of my

12   knowledge, no.

13        Q.    Am I correct that you didn't

14   believe the information that you had from the

15   documents provided a complete picture of

16   those matters?

17        A.    No.

18              MR. CURRAN:  Objection as to

19        form.  Argumentative.

20              You may answer.

21              THE WITNESS:  No, that's not

22        correct.

23              I've been trying to make sure

24        that I -- if I have a question I can

25        validate that in multiple sources and

This Transcript Contains Confidential Material

```
 1              just make sure I get the picture
 2         together.
 3              It's been a lot of ground to
 4         cover in two weeks, so I've done my
 5         best to understand events of 25 years
 6         past and try and know what was
 7         happening at the time and satisfy
 8         myself by a combination of reading and
 9         questioning to make sure I understood
10         the situation to represent it
11         correctly.
12    QUESTIONS BY MR. CARTER:
13         Q.    Did you interview any former Al
14    Rajhi Bank employees?
15         A.    No, I did not.
16         Q.    Did you attempt to?
17         A.    No, I did not.
18         Q.    Given that the inquiries
19    concerned matters that occurred many years
20    ago, did you consider trying to identify
21    former employees who would have had personal
22    and direct knowledge of those matters for
23    purposes of conducting interviews?
24              MR. CURRAN:  Objection as to
25         form.  And I instruct the witness not
```

This Transcript Contains Confidential Material

```
 1              to answer that to the extent it
 2              reflects communications with counsel.
 3                   Otherwise, you may answer.
 4                   THE WITNESS:  I did not, as per
 5              advice from my -- I did not attempt to
 6              contact anybody.
 7     QUESTIONS BY MR. CARTER:
 8         Q.   Do you have a list of the 28
 9     employees whom you interviewed?
10         A.   Yes, I do.  I have it in front
11     of me.
12         Q.   Did you at any point interview
13     the bank's CEO, Abdullah al Rajhi?
14         A.   Yes, I did.
15         Q.   Do you know when --
16         A.   Mr. Carter, can I --
17     Mr. Carter, sorry, can I correct that?
18                   He's -- not in his capacity as
19     the CEO.  In his capacity currently as
20     chairman, I interviewed him, to be clear.
21                   MR. CURRAN:  Objection.  Lack
22              of foundation.
23                   MR. CARTER:  My apologies.
24     QUESTIONS BY MR. CARTER:
25         Q.   You interviewed Abdullah al
```

This Transcript Contains Confidential Material

```
 1    Rajhi at some point?

 2         A.    That's correct.

 3         Q.    But when did you interview him?

 4         A.    The day before yesterday.

 5         Q.    And how long did that interview

 6    last?

 7         A.    Two-plus hours, two and a half

 8    hours, something like that.

 9         Q.    And where was that conducted?

10         A.    In the offices of Al Rajhi Bank

11    in Riyadh.

12         Q.    And did you conduct the

13    interview yourself?

14               MR. CURRAN:  Objection.  Vague.

15               You may answer, but in doing

16         so, do not reveal attorney-client

17         communications.

18               THE WITNESS:  I asked questions

19         of the chairman.  He responded to

20         those questions.

21    QUESTIONS BY MR. CARTER:

22         Q.    Was counsel present during the

23    interview?

24               MR. CURRAN:  You may answer

25         that yes or no.
```

This Transcript Contains Confidential Material

```
 1                    THE WITNESS:  Yes.
 2     QUESTIONS BY MR. CARTER:
 3          Q.    Did counsel ask questions
 4     during the interview?
 5                    MR. CURRAN:  You may answer
 6          that yes or no.
 7                    THE WITNESS:  Yes.
 8     QUESTIONS BY MR. CARTER:
 9          Q.    And are you prepared to testify
10     today concerning all of the information that
11     was exchanged during that interview?
12                    MR. CURRAN:  You may answer.
13                    THE WITNESS:  Yes.
14     QUESTIONS BY MR. CARTER:
15          Q.    Can you tell me who the other
16     28 employees were, and in relation to each,
17     if you can, tell me what their position is?
18          A.    I can.
19                    Are you asking me to read every
20     name on the list and their title?
21          Q.    If you have it, or you can
22     provide me the list.
23          A.    I can read it to you.
24          Q.    Sure.
25          A.    In the compliance department,
```

This Transcript Contains Confidential Material

```
 1    with respect to the chief compliance officer,
 2    Hamad Alwashmi.
 3                  Would the stenographer like me
 4    to spell each name?
 5                  (Discussion off the record.)
 6                  MR. CARTER:  I think in the
 7           interest of time, maybe we can clear
 8           this up off the record.  So go ahead
 9           and continue.
10                  MR. CURRAN:  No need to spell.
11                  THE WITNESS:  Okay.
12                  The compliance department was
13           the chief compliance officer.
14                  In the compliance department,
15           there was the assistant general
16           manager.
17                  In the HR department, there was
18           a senior director of HR
19           administration.
20    QUESTIONS BY MR. CARTER:
21           Q.    I'm sorry, Mr. Galloway, we
22    still need the names.
23           A.    Oh, okay.  Sorry.
24           Q.    So why don't we start from the
25    top, as they say.
```

This Transcript Contains Confidential Material

```
 1              A.      In the compliance department,

 2      chief compliance officer, Hamad Alwashmi.

 3                      In the compliance department,

 4      assistant general manager, Naif Al Dahmashi.

 5                      In the HR department, the

 6      senior director of HR administration,

 7      Abdullah Al-Subail.

 8                      In the HR department, the

 9      senior director of HR information systems,

10      Dhaher A. Al-Enazi.

11                      In the shared services

12      operations area, the senior director of core

13      banking and enterprise application support,

14      Turki M. Al-Dalilah.

15                      In the shared services IT

16      operations area, the executive general

17      manager of IT core banking application

18      support, Osama Anis.

19                      In the shared services IT

20      operations, another manager by the name of

21      Hammad H. Mohammad.

22                      In the shared services

23      operations, the executive manager IT core

24      infrastructure storage support, Haitham M.

25      Al-Behairy.
```

This Transcript Contains Confidential Material

```
 1                    In the shared services IT
 2    governance and control, the senior director
 3    of governance and control, Sami S. Alahmadi.
 4                    Excuse me for a moment.
 5                    In the retail banking branch
 6    operations control and development, the
 7    director of branch operations control and
 8    development, Naif Al-Qahtani.
 9                    The manager -- in the core
10    infrastructure and computer platform support,
11    I spoke to the manager of IT core operations,
12    computers and platform support, Khalifey
13    Tajammul.
14                    In the retail -- excuse me one
15    second.
16                    In the retail banking services,
17    I spoke to the AGM of retail banking
18    services, Mohammed Aloud.
19                    In the MD and CEO's office, I
20    spoke to the senior office manager for the MD
21    and CEO office, Fahad M. Al Njrani.
22                    In the retail banking charity
23    relations department -- excuse me -- I spoke
24    to the senior relationship manager nonprofit
25    sector, Tareq Almoteriy.
```

This Transcript Contains Confidential Material

```
 1                    In the marketing and customer

 2      experience relations department, I spoke to

 3      the senior officer of media relations, Saud

 4      Al Muzayrie.

 5                    In the marketing and customer

 6      experience media relations department, I

 7      spoke to -- sorry.  In the title of corporate

 8      and social responsibilities, I spoke to

 9      AbdulAziz Al-Sheryan.

10                    In the financial institutions

11      department, I spoke to the director of

12      financial institutions, Abdulrahman

13      Al-Ghofaily.

14                    In the Sharia department, I

15      spoke with the AGM of Sharia counsel, Faisal

16      Al-Shareef.

17                    In the Sharia department, the

18      AGM of Sharia control, Abdulmajeed Al-Dulymi.

19                    In the archive center, the

20      executive manager of documentation

21      operations, Mansour S. Alshuaibi.

22                    The executive manager of

23      foreign litigation, Abulrhman Almussaed.

24                    In internal audit, to the chief

25      internal auditor, Dhary Alshammry.
```

This Transcript Contains Confidential Material

```
 1                    In internal audit, the

 2        executive audit manager, retail banking,

 3        Ibraheem Al-Alzuair.

 4                    In the finance department, the

 5        senior director of financial governance and

 6        quality assurance, Ahmed L. Alawassi.

 7                    Can I correct that, please?

 8        Ahmed S. Alawassi.

 9                    In the shared services business

10        continuity and crisis management department,

11        I spoke to the director of business

12        continuity and crisis management, Khaled A.

13        Altawily.

14                    In the board secretariat

15        office, I spoke to the manager of the board

16        secretariat, Amin Osman Awad.

17                    And in the board office for the

18        chairman, spoke to Abdul Rahman al Rajhi.

19                    Is that right?  That can't be

20        right.  No, that's -- can I correct the

21        record, please?

22        Q.    You can.

23        A.    I spoke to the chair -- to the

24        chairman, Abdul Rahman al Rajhi, not working

25        in the office.  I'm sorry, Abdullah al Rajhi.
```

This Transcript Contains Confidential Material

```
 1                    Sorry.  For some reason I've
 2      got an error on my sheet, so apologies for
 3      that.
 4           Q.     That's okay.
 5                    But are we correct that
 6      Abdullah al Rajhi and Abdul Rahman al Rajhi
 7      are different people?
 8           A.     We are clear on that, yes.
 9           Q.     Thank you.
10                    And you identified the
11      departments in which all of those people
12      worked.
13                    Were all of those departments
14      in existence in the 1998 through 2001 time
15      period?
16           A.     The organization or structure
17      changed slightly during that period, but we
18      have tracked back for the source against the
19      likely repository for documents or the area
20      of expertise in -- that was in operation at
21      the time of the inquiries, if that helps.
22           Q.     Sure, it helps.  But just to be
23      clear, let me give you an example.
24                    I think you referred to a
25      charity relations department, correct?
```

This Transcript Contains Confidential Material

```
 1        A.      That's correct.
 2        Q.      Was there a charity relations
 3   department in the 1998 through 2001 time
 4   period?
 5        A.      I do not know the answer to
 6   that because I was speaking to people who are
 7   in the current structure.
 8        Q.      And you mentioned as well the
 9   Sharia department.
10             Do you happen to know whether
11   there was a distinct Sharia department in the
12   '98 through 2001 time period?
13        A.      Yes, there was.
14        Q.      And do you happen to know who
15   was responsible for charity relations
16   management during the 1998 through 2001 time
17   period?
18        A.      No, I do not.
19        Q.      With the exception of Abdullah
20   al Rajhi, were any of the people you
21   interviewed in preparation for your
22   deposition employed with the bank in the 1998
23   through 2001 time period?
24        A.      There were some, yes.
25        Q.      Are you able to identify the
```

This Transcript Contains Confidential Material

```
1    individuals with whom you spoke who were
2    employed with the bank during that time
3    period?
4         A.    Can I answer?
5               MR. CURRAN:  Yeah, you may
6         answer.
7               THE WITNESS:  Would you like me
8         to identify them now?  Is that what
9         you're asking?
10   QUESTIONS BY MR. CARTER:
11        Q.    Yeah.  Which of the people you
12   just identified were employed with the bank
13   in 1998 through 2001 time period, and if you
14   know their roles at that time, please tell us
15   that as well.
16        A.    I do not have that information
17   on the dates in front of me, and so I don't
18   want to give you an inaccurate response right
19   now.  But I do know -- I do know some -- for
20   instance, one of the gentlemen in e-mail
21   archiving was there around the time of the
22   issues that are mentioned in your
23   questioning.
24               And the branch auditor that I
25   spoke to was also with the bank at that time.
```

This Transcript Contains Confidential Material

```
 1          Q.     And you referred to something

 2    you described as the MD and CEO department or

 3    group.

 4                 Does the MD refer to managing

 5    director or something of that sort?

 6          A.     That's correct.

 7          Q.     Turning back to the second

 8    notice of deposition that we've identified as

 9    Exhibit 1, if you can pull that up.

10          A.     Could you stand by for one

11    moment?

12          Q.     Sure.

13                 MR. CURRAN:  Here is a hard

14          copy, if it helps.

15                 THE WITNESS:  Yeah, I have that

16          in front of me.  Thank you,

17          Mr. Carter.

18    QUESTIONS BY MR. CARTER:

19          Q.     And turning to area of inquiry

20    number 1, which concerns relationships with

21    certain Da`wah organizations and their

22    principles.

23                 Do you see those topics?

24          A.     Yes, I do.

25          Q.     And are you familiar with the
```

This Transcript Contains Confidential Material

```
1    term "Da`wah"?

2          A.    Only from reading this

3    document, but I don't know it as a prescribed

4    term.

5          Q.    It's not a term that you've

6    become familiar with in your work at Al Rajhi

7    Bank?

8          A.    It's a term that I've become

9    aware of as a result of reading this

10   document, but it's not a term that's used in

11   the bank, to the best of my knowledge, or not

12   in interactions that I've ever had with

13   anyone.

14         Q.    What is your understanding of

15   the meaning of the term "Da`wah" as it's

16   being used in this litigation?

17         A.    My understanding --

18               MR. CURRAN:  Objection.

19         Overbroad.

20               You may answer.

21               THE WITNESS:  My understanding

22         is it refers to three specific

23         charitable organizations:  Al

24         Haramain, Muwaffaq, and the Islamic

25         International, or International
```

This Transcript Contains Confidential Material

```
 1              Islamic, Relief Organization,

 2              otherwise referred to as IIRO.

 3    QUESTIONS BY MR. CARTER:

 4         Q.     You're not, as I understand it,

 5    then familiar with the Arabic term "Da`wah"

 6    and its meaning to call to Islam?

 7         A.     No, I'm not.  I'm not an Arabic

 8    speaker, sir, as I said.

 9         Q.     And just to touch a few points

10    with regard to your preparations for this

11    area of inquiry, the term "Da`wah principles"

12    is identified and defined on pages 2 and 3 to

13    refer to a number of specific individuals.

14              Do you see that?

15              MR. CURRAN:  May I point it --

16              MR. CARTER:  Yeah, sure.

17              MR. CURRAN:  Point it out?

18              MS. BEMBRY:  Sean, this is

19         Aisha Bembry.  Please note my

20         objection to the definition that

21         you've identified in the deposition

22         notice.

23              MR. CURRAN:  The witness has

24         pages 2 and 3 in front of him.

25
```

This Transcript Contains Confidential Material

```
 1    QUESTIONS BY MR. CARTER:

 2         Q.    Okay.  Mr. Galloway, and do you

 3    see that there's an individual listed under

 4    the IIRO heading named Prince Turki bin Fahd

 5    bin Jalawi Al Saud?

 6         A.    On page 3 at the top?  Are you

 7    referring to that?

 8         Q.    I am.

 9         A.    Yes, I can see that name.

10         Q.    And for purposes of testifying

11    today concerning Al Rajhi Bank's knowledge of

12    its relationship with Prince Turki bin Fahd

13    bin Jalawi Al Saud, did you ask the bank to

14    retrieve any documents that had not been

15    produced to plaintiffs?

16              MR. CURRAN:  Objection as to

17         form.

18              You may answer.

19              THE WITNESS:  Could you repeat

20         your question one more time, please?

21    QUESTIONS BY MR. CARTER:

22         Q.    Sure.

23              For purposes of testifying

24    today concerning Al Rajhi Bank's knowledge of

25    its relationship with Prince Turki bin Fahd
```

This Transcript Contains Confidential Material

1    bin Jalawi Al Saud, did you ask the bank to

2    retrieve any documents that had not been

3    produced to plaintiffs?

4         A.    I did not.

5         Q.    Do you -- did you review any

6    account statements for accounts held by

7    Prince Turki bin Fahd bin Jalawi Al Saud?

8         A.    I did not.

9         Q.    Do you know whether Al Rajhi

10   Bank maintained accounts during the 1998

11   through 2002 time period for Prince Turki bin

12   Fahd bin Jalawi al Saud?

13        A.    I did not.

14        Q.    For purposes of testifying

15   today about Al Rajhi Bank's knowledge of its

16   relationship with Prince Turki bin Fahd bin

17   Jalawi al Saud, what did you do to prepare

18   yourself and ensure that you had all

19   information available to the bank?

20             MR. CURRAN:  Objection as to

21        form.  We -- the banks stands by its

22        objection as to the principles as

23        identified in the deposition notice.

24             But you may answer.

25             THE WITNESS:  Could you repeat

This Transcript Contains Confidential Material

1        the question, please?

2                MR. CARTER:  Sure.

3                How about if the court reporter

4        can just read it back for us?

5                (Court Reporter read back

6        question.)

7                THE WITNESS:  The preparation

8        included the questions relating to any

9        transactions with IIRO officials.

10   QUESTIONS BY MR. CARTER:

11        Q.    Well, do you know whether

12   Prince Turki bin Fahd bin Jalawi al Saud had

13   accounts at Al Rajhi Bank during the 1998

14   through 2002 time period?

15        A.    I do not know that he had -- as

16   far as I know, he did not.  I don't know the

17   answer to that.

18        Q.    Well, can you clarify?  Did he

19   not have accounts, or do you not know whether

20   he had accounts?

21        A.    He --

22                MR. CURRAN:  Objection.  Vague

23        as to whether you're asking about

24        personal accounts or accounts on

25        behalf of IIRO.

This Transcript Contains Confidential Material

```
 1              You may answer.

 2              THE WITNESS:  The questions

 3         that I believe you've been asking were

 4         related to the accounts of principles

 5         of IIRO; is that correct?

 6    QUESTIONS BY MR. CARTER:

 7         Q.    Let me clarify my question.

 8              Do you know one way or the

 9    other, sitting here today, whether Prince

10    Turki bin Fahd bin Jalawi al Saud held

11    accounts in his name at Al Rajhi Bank during

12    the 1998 through 2002 time period?

13         A.    I do not know the answer to

14    that.

15         Q.    And in this area of inquiry,

16    topics also include ARB's knowledge

17    concerning its relationship with an

18    individual named Abdul Rahman Al Rajhi.

19              Do you see that?

20              MR. CURRAN:  Objection as to

21         form.  That's a vague identification

22         of a name.

23              The witness may answer.

24              THE WITNESS:  You are referring

25         to 2A, correct?  2B, et cetera; is
```

This Transcript Contains Confidential Material

```
 1          that correct?
 2    QUESTIONS BY MR. CARTER:
 3          Q.    I'm referring to, in the
 4    initial question here, Topic 1, and that
 5    would include 1A and 1(b).
 6                MR. CURRAN:  I'm going to point
 7          to the witness' document because the
 8          video pictures are obscuring the
 9          document on the screen there.
10                He's asking about Abdul Rahman
11          Al Rajhi, I think, in this -- we call
12          it a -- the top part of the --
13                THE WITNESS:  Yes.
14                So your question again was, do
15          I recognize the name?  Is that what
16          you're asking me?
17    QUESTIONS BY MR. CARTER:
18          Q.    No, I'm asking whether you see
19    where I'm pointing to --
20          A.    Yes.
21          Q.    -- the notice area of inquiry
22    that concerns ARB's knowledge of ARB's
23    relationship with Abdul Rahman al Rajhi and
24    the subparts to that.
25                Do you see that section?
```

This Transcript Contains Confidential Material

```
 1          A.     I see that.

 2          Q.     And for purposes of testifying

 3     today about ARB's relationship with Abdul

 4     Rahman al Rajhi, what did you do?

 5          A.     Well, to the extent to which

 6     the person you're referring to is Abdul

 7     Rahman al Rajhi, we think you mean Abdul

 8     Rahman Abdul al Rajhi -- it's not clear from

 9     the way it's presented here -- and that

10     person never had any role at the bank.

11          Q.     And what is the source of your

12     knowledge that that person never had any role

13     with the bank?

14          A.     First, in the HR records, and

15     also I asked that of the chairman when I met

16     with him.

17          Q.     And during your interview with

18     the chairman, did he tell you who Abdul

19     Rahman Abdul al Rajhi was?

20               MR. CURRAN:  Objection to form.

21               You may answer.

22               THE WITNESS:  The chairman

23          identified that there's a number of

24          family members with that or a similar

25          name.
```

This Transcript Contains Confidential Material

```
 1   QUESTIONS BY MR. CARTER:

 2        Q.    And did he indicate that one of

 3   those family members with that similar name

 4   worked for the Sulaiman al Rajhi Foundation

 5   in Saudi Arabia?

 6        A.    He did not identify that

 7   directly, no.

 8        Q.    Did you ask him whether there

 9   was a person with that name working at the

10   Sulaiman al Rajhi Foundation in Saudi Arabia

11   during the relevant time period, 1998

12   through 2002?

13        A.    Yes, I did.

14        Q.    And what was his answer?

15        A.    He said that he worked in the

16   charity.  He had no idea what his role was,

17   and he didn't have a start or end date or

18   know anything about the involvement in the

19   charity.  But he did confirm that he worked

20   for the charity.

21        Q.    Was he able to tell you what

22   that person's relationship was, family

23   relationship was, with Sulaiman al Rajhi, the

24   bank's founder?

25              MR. CURRAN:  Objection.  Lack
```

This Transcript Contains Confidential Material

```
 1          of foundation.

 2                  You may answer.

 3                  THE WITNESS:  No, I didn't get

 4          a specific understanding of the family

 5          tree.  I think there's some

 6          relationship between the half-sister

 7          of his and the gentleman that you're

 8          referring to as Abdul Rahman al Rajhi.

 9     QUESTIONS BY MR. CARTER:

10          Q.    When you say "half-sister of

11     his," who is the "his" you're referring to?

12          A.    Of the chairman, Mr. Abdul al

13     Rajhi.

14                  Again, he wasn't specific.  I'd

15     just like to note that.

16          Q.    Did you request that Al Rajhi

17     Bank conduct an inquiry to determine whether

18     or not it held accounts in the name of Abdul

19     Rahman Abdul al Rajhi during the relevant

20     time period?

21          A.    No, I did not.

22          Q.    And so I take it from that

23     answer that you did not review account

24     statements for any accounts Abdul Rahman

25     Abdul al Rajhi may have held at Al Rajhi Bank
```

This Transcript Contains Confidential Material

```
 1    during the relative time period?

 2         A.    That's correct.

 3         Q.    And so did you request

 4    information concerning whether or not Al

 5    Rajhi Bank had carried out any transfers of

 6    funds to Abdul Rahman Abdul al Rajhi during

 7    the relative time period?

 8              MR. CURRAN:  Objection as to

 9         form.

10              You may answer.

11              THE WITNESS:  Can you repeat

12         the question, please?  Sorry.

13    QUESTIONS BY MR. CARTER:

14         Q.    Did you conduct an inquiry to

15    determine whether Al Rajhi Bank had carried

16    out any transfers of funds to Abdul Rahman

17    Abdul al Rajhi during the 1998 through 2002

18    time period?

19              MR. CURRAN:  Mr. Carter, which

20         area of inquiry are you under now?

21         Because I'm not seeing a reference to

22         transactions involving --

23              MR. CARTER:  Yeah, so financial

24         contributions provided to the Da`wah

25         organizations and their principles by
```

This Transcript Contains Confidential Material

```
 1            ARB, Sulaiman and Abdul Rahman al
 2       Rajhi.
 3                 MR. CURRAN:  Objection.
 4       Objection as to form.  I think that's
 5       kind of a convoluted area of inquiry.
 6                 The witness may answer.
 7                 THE WITNESS:  And could you
 8       repeat your question, please,
 9       Mr. Carter?
10  QUESTIONS BY MR. CARTER:
11       Q.    Yeah.  I'm just asking whether
12  or not you conducted an inquiry to identify
13  any transactions carried out by Al Rajhi Bank
14  for the benefit of Abdul Rahman Abdul al
15  Rajhi.
16                 MR. CURRAN:  Same objection.
17       That's not actually within the area of
18       inquiry 1(b).
19                 You may answer.
20                 MR. CARTER:  I disagree with
21       that.  It's in -- it's within area 1,
22       but go ahead.
23                 THE WITNESS:  I did not conduct
24       inquiries on his account, no.
25
```

This Transcript Contains Confidential Material

```
 1   QUESTIONS BY MR. CARTER:
 2       Q.     With regard to Topic 1(d), what
 3   did you do to gather information concerning
 4   Sulaiman al Rajhi's membership or service on
 5   any boards, councils, committees or governing
 6   bodies of the IIRO?
 7               MS. BEMBRY:  Note my objection
 8        as to form.
 9               MR. CURRAN:  You may answer.
10               THE WITNESS:  I did a search of
11        the bank archives, both your -- the
12        chairman's office, the board office,
13        also their general archives of the
14        bank.
15               And in any other archive
16        search, we also looked in legal and
17        internal audit as well as the bank's
18        central archive.
19   QUESTIONS BY MR. CARTER:
20       Q.     Let's break that down a bit.
21               You did a search of the bank
22   archives, including the chairman's office,
23   correct?
24       A.     That's correct.
25       Q.     Did that involve a
```

This Transcript Contains Confidential Material

```
 1    comprehensive review of the archives of the

 2    chairman's office?

 3              MR. CURRAN:  Objection as to

 4         form.

 5              You may answer.

 6              THE WITNESS:  For the subject

 7         period, yes.

 8    QUESTIONS BY MR. CARTER:

 9         Q.    So any and all documents within

10    the chairman's office for the years '98

11    through 2002 were reviewed?

12         A.    That's correct.

13         Q.    And was any review conducted

14    for earlier periods?

15         A.    No, it was not.

16         Q.    And are there archives for

17    earlier periods of the chairman's office?

18         A.    I don't have knowledge of that.

19    I just searched for the relevant period.

20              MR. CURRAN:  Objection.

21         Exceeds the scope of the deposition

22         notice.

23              MR. CARTER:  Okay.  Well, I'm

24         not sure asking him questions about

25         the searches that were conducted
```

This Transcript Contains Confidential Material

```
 1              exceeds the notice, but --
 2              MR. CURRAN:  Well, when you're
 3         asking about searches conducted of
 4         periods outside the relevant period, I
 5         think it does.  That's why I objected.
 6              MR. CARTER:  Yeah.
 7    QUESTIONS BY MR. CARTER:
 8         Q.    Where were the archives of the
 9    chairman's office that you reviewed
10    maintained?
11         A.    In the office of the chairman.
12         Q.    And those were not, therefore,
13    in the general archives of the bank?
14         A.    Some may have been, and to the
15    extent they were, we searched the main
16    archive of the bank.  But some documents are
17    retained also in the chairman's office.  We
18    searched in both places.
19         Q.    And how did you go about
20    searching in the main archives for the
21    archives of the chairman's office?  In other
22    words, were they in an identifiable location?
23         A.    They were.  I've got some --
24    quite some detail, if you would like to -- if
25    you could just point me to the area on the
```

This Transcript Contains Confidential Material

1    conversation sheet here that can help me

2    understand that question number, I've got

3    some notes I can refer to to help me with

4    that.

5         Q.    Sure, we'll get to that in a

6    minute.  I just wanted to see if, you know,

7    as part of the dialogue right now you had it

8    on the top of your head.  But we'll get to it

9    later if you need to refer to your notes.

10             In connection with your

11   preparations to testify concerning Al Rajhi

12   Bank's relationships with the Al Haramain

13   Islamic Foundation and International Islamic

14   Relief Organization, did you review account

15   statements for those entities?

16        A.    Yes, we did.

17        Q.    And did you familiarize

18   yourself with any accounts in general that Al

19   Rajhi Bank maintained for those entities

20   during the 1998 through 2002 time period?

21             MR. CURRAN:  2002?  Yeah, okay.

22             Go ahead.

23             THE WITNESS:  Yeah, we searched

24        for any accounts the bank had with

25        those organizations.

This Transcript Contains Confidential Material

```
 1    QUESTIONS BY MR. CARTER:

 2         Q.    And so sitting here today, you

 3    have a general familiarity with the -- the

 4    scope of Al Rajhi Bank's account

 5    relationships with those entities, correct?

 6         A.    That's correct.

 7         Q.    And are you aware that Al Rajhi

 8    Bank has produced account statements relating

 9    to those entities to plaintiffs in this

10    litigation?

11         A.    Yes, I am.

12         Q.    And have you had a chance to

13    look at any of those account statements?

14         A.    I've -- not in detail for every

15    entry, if that's what you're going to ask me.

16         Q.    No, I'm just asking whether

17    you've had a chance to look at any of them.

18         A.    I've cited some.

19         Q.    And do you know how those

20    account statements were retrieved?

21         A.    They were retrieved from the

22    core banking system.

23         Q.    What is the core banking system

24    as you understand it?

25         A.    In -- I can give you a short
```

This Transcript Contains Confidential Material

1    answer or a longer answer.

2              The short answer is it's the

3    central repository for all the customer

4    account information and product information

5    related to the bank.  We have multiple parts

6    of the architecture, but basically any

7    current account information and the

8    transactions on that are held in the core

9    banking system.

10        Q.    And when did the core banking

11   system come into existence?

12        A.    If you'll allow me, I'll just

13   refer to the -- my notes.

14              Could you just direct me to the

15   place on the areas of inquiry that that

16   question relates to, please?

17              MR. CURRAN:  The first one 41A.

18              MR. CARTER:  Yeah.

19              THE WITNESS:  I do not have a

20        commencement date for the core banking

21        system in my notes.

22   QUESTIONS BY MR. CARTER:

23        Q.    Is it your understanding that

24   the core banking system captures account and

25   transaction information going back to the

This Transcript Contains Confidential Material

```
 1    1998 through 2002 time period?

 2         A.    Yes, it is.  That is correct.

 3         Q.    And it should capture all

 4    account and transaction information for that

 5    time period, correct?

 6         A.    That's correct.

 7         Q.    And does the core banking

 8    system have fields that are electronically

 9    searchable?

10         A.    Yes, it does.

11         Q.    Do you know what those fields

12    are?

13         A.    I don't have that information.

14         Q.    Do you know how Al Rajhi Bank

15    conducted its search of the core banking

16    system to identify accounts it held for Al

17    Haramain and International Islamic Relief

18    Organization?

19         A.    Yes, it was done in sort of a

20    four-part process, which I can describe to

21    you.

22         Q.    Sure.

23         A.    The first was to take the names

24    that were provided, and given the potential

25    ambiguity with Islamic names and the variety
```

This Transcript Contains Confidential Material

1    of spelling, both in the form as well as the

2    number of names, applied a -- you could call

3    it a fuzzy logic or a string search-type

4    approach that used every know common

5    combination of middle names and family names,

6    order of spelling, et cetera.

7                So as it relates to individual

8    accounts, we had to try to narrow down the

9    actual account holder from the potential

10   names that might have been similar but not

11   the same person.

12               And the second step was we used

13   additional resources like OFAC and the

14   World-Check or Google, et cetera, to try to

15   identify with more precision the person and

16   names and things like the date of birth and

17   nationality, et cetera.

18               And then there was a third

19   stage which then out of the probable

20   customers that met the name that we were

21   given, we then narrowed down on their

22   customer file, any national ID, photo ID, et

23   cetera, national ID number.  And we did that

24   in both English and Arabic.

25        Q.    And so that was the process for

This Transcript Contains Confidential Material

```
1     identifying account holders, correct?

2          A.     That's correct.

3          Q.     And is the core banking system

4     capable of searching for and identifying all

5     transactions that are credited to a

6     particular entity?  For instance, here the Al

7     Haramain Islamic Foundation or the IIRO?

8                 MR. CURRAN:  Objection.  Vague.

9                 You may answer.

10                THE WITNESS:  Yeah, amounts

11           credited can be -- can be identified

12           on the system.  It just depends on

13           whether the annotation on the credit

14           is clear or complete.

15    QUESTIONS BY MR. CARTER:

16         Q.     All right.  So we'll discuss

17    that a little bit later.

18                But just to stay on this topic

19    for a moment.  Can you tell me what the

20    general ledger is at Al Rajhi Bank?

21         A.     Yeah, the general ledger is the

22    core accounting system for the bank which

23    keeps the bank's own internal financial

24    records, the debits and credits, if you like.

25         Q.     And what is the O'Neil system?
```

This Transcript Contains Confidential Material

```
1        A.    Yeah, the -- the O'Neil system

2   is a system to track the movement of hardcopy

3   documents from branches or the headquarters

4   to the archive center, and also to help

5   identify the location of documents within the

6   archive center.

7             So if you want an example, if

8   you had multiple accounts under a single

9   account number, it would be able to tell you

10  where the various files related to that

11  overall CIC, or customer identification code,

12  number were.

13       Q.    And the last system identified

14  under this heading is the FileNet system.

15             What is that?

16       A.    Yeah, the FileNet system?  It's

17  the -- the bank sub -- it's the -- it's

18  the -- FileNet is the way you find out the

19  information that's in the archive, and it has

20  metadata appended to that over time.

21             So if you wanted to search for

22  a particular CIC number, for example, you

23  would use the FileNet system.  So it's a

24  system for searching the documents.  The

25  O'Neil tracks the document movement, and
```

This Transcript Contains Confidential Material

1    FileNet lets you search for the individual

2    documents.

3         Q.    Mr. Galloway, have you ever

4    yourself conducted searches in any of those

5    four systems?

6         A.    I have not.

7         Q.    We've discussed a bit of the

8    account statements that Al Rajhi Bank has

9    produced for the Al Haramain Islamic

10   Foundation and International Islamic Relief

11   Organization.

12             Are you aware that Al Rajhi

13   Bank has also produced certain know your

14   customer information relating to those

15   accounts?

16        A.    Yes.

17        Q.    And do you know where that know

18   your customer information was retrieved?

19        A.    I believe it would have been

20   retrieved from the central archive.

21        Q.    Are you familiar with something

22   known as the customer information files?

23        A.    Yes, I am.

24        Q.    And what are the customer

25   information files?

This Transcript Contains Confidential Material

```
1        A.     Customer information files are

    the additional information we would hold on

    the customer.

4        Q.     And would the customer

    information files include all know your

    customer information concerning the client?

7        A.     Yes, they should.

8        Q.     And is it your understanding

    that Al Rajhi Bank has produced to plaintiffs

    all know your customer information relating

    to the Al Haramain and IIRO accounts that it

    has identified?

13               MR. CURRAN:  Objection.  Lack

        of foundation.

15               You may answer.

16               THE WITNESS:  I believe so.

    QUESTIONS BY MR. CARTER:

18        Q.     Did you undertake as part of

    your preparations to determine whether Al

    Rajhi Bank had provided all know your

    customer information for the Al Haramain

    Islamic Foundation and International Islamic

    Relief Organization accounts it had

    identified?

25               MR. CURRAN:  Objection.
```

This Transcript Contains Confidential Material

```
 1                Mr. Carter, what category or
 2         area of inquiry is this?
 3                So the question is about the
 4         witness' knowledge of what's been
 5         produced in the litigation?
 6                MR. CARTER:  Well, the topic
 7         concerns the bank's relationships with
 8         these entities, and the relationships
 9         with these entities are significantly
10         informed by the know your customer
11         information.
12                So I'm asking whether or not he
13         has an understanding of whether or not
14         the know your customer information has
15         been provided.
16                MR. CURRAN:  Yeah, I think
17         that's beyond the designated area of
18         inquiry.
19                You can ask him about the
20         bank's knowledge of the subjects, but
21         I don't see an area of inquiry for
22         this witness where he's supposed to
23         know everything that's been produced
24         in the litigation.
25                You may answer.
```

This Transcript Contains Confidential Material

```
 1              THE WITNESS:  Could you repeat
 2         the question just so I can understand
 3         what you want to know?
 4              MR. CARTER:  Sure.  The court
 5         reporter can reread it.
 6              (Court Reporter read back
 7         question.)
 8              THE WITNESS:  The bank -- the
 9         bank had no accounts -- so just -- can
10         I just take a moment, please?
11    QUESTIONS BY MR. CARTER:
12         Q.    Sure.
13         A.    The bank held accounts for Al
14    Haramain KSA and IIRO KSA, so to that extent,
15    I believe that the documents have been handed
16    over.  We did not hold any accounts for
17    Muwaffaq, or Muwaffaq.
18         Q.    And Topic 1(a) in the second
19    notice of deposition we marked as Exhibit 1
20    refers to ARB accounts established or held in
21    the name of, among others, Al Haramain and
22    IIRO, correct?
23         A.    That's what it asks for, yes.
24         Q.    And the know your customer
25    information would be part of the information
```

This Transcript Contains Confidential Material

1    relating to the accounts ARB, or Al Rajhi

2    Bank, maintained for those entities, right?

3         A.    I believe --

4               MR. CURRAN:  Objection to the

5         form.

6               You may answer.

7               THE WITNESS:  I believe so.

8    QUESTIONS BY MR. CARTER:

9         Q.    Do you know whether the

10   customer information files would include any

11   information concerning any money laundering

12   or counterterrorism financing inquiry

13   initiated in relation to an account holder?

14        A.    An inquiry, did you say?

15        Q.    Yeah.

16        A.    I mean, I -- you're meaning

17   after the fact of the account being opened?

18   Is that what you mean?

19        Q.    Correct.

20        A.    I do not know the answer to

21   that, but anything like that would be found

22   as part of internal audit.

23               (Al Rajhi Bank 30(b)(6) Exhibit

24        ARB 2 marked for identification.)

25

This Transcript Contains Confidential Material

```
 1    QUESTIONS BY MR. CARTER:
 2         Q.    Can we mark as Exhibit ARB 2
 3    the document at Tab 2?
 4              Mr. Galloway, this is a summary
 5    document that the plaintiffs have prepared
 6    identifying the separate accounts they have
 7    identified in Al Rajhi Bank's production
 8    relating to Al Haramain Islamic Foundation.
 9         A.    Okay.
10         Q.    And based on our review, we've
11    identified 94 separate accounts maintained by
12    Al Rajhi Bank for Al Haramain.
13              Is that consistent with what
14    you understand based on your preparations
15    concerning the scope of the bank's
16    relationship with Al Haramain?
17              MR. CURRAN:  Objection as to
18         form.
19              I believe this summary document
20         was not attached to the deposition
21         notice, and it's improper to foist
22         this upon the witness in this context.
23              You may answer.
24              THE WITNESS:  I'm aware that
25         there were multiple Al Haramain
```

This Transcript Contains Confidential Material

```
 1          accounts with the bank.
 2     QUESTIONS BY MR. CARTER:
 3          Q.     And as part of your
 4     preparations, did you determine how many
 5     separate Al Haramain accounts Al Rajhi Bank
 6     was maintaining during the 1998 through 2002
 7     time period?
 8          A.     Yes, I did.
 9          Q.     How many did you identify?
10          A.     I had an item count of 95.
11          Q.     So your count is one greater
12     than the plaintiffs' count, correct?
13          A.     I have not counted the number
14     of entries on the screen you're showing me,
15     but if yours is 94, that's one item
16     difference.
17          Q.     Okay.  And did you undertake to
18     determine the specific name designation for
19     each of the Al Haramain accounts?
20               MR. CURRAN:  Objection as to
21          form.
22               You may answer.
23               THE WITNESS:  Could you clarify
24          what you mean by that?
25
```

This Transcript Contains Confidential Material

```
 1    QUESTIONS BY MR. CARTER:

 2         Q.    Did the Al Haramain accounts

 3    have, at least in certain cases, distinct

 4    name designations?

 5         A.    I'm sorry, sir, I still don't

 6    understand what you mean by "name

 7    designation."  I'm not quite sure the point

 8    you're trying to get to.

 9         Q.    Okay.  Well, looking at our

10    chart, we had identified some accounts that

11    were held in the name simply of Al Haramain

12    Islamic Foundation and in other cases

13    accounts that included additional information

14    like the women's committee.

15              Do you see that on our

16    document?

17         A.    I can.

18         Q.    And as part of your

19    preparation, did you review the names of the

20    different accounts maintained by Al Rajhi

21    Bank for Al Haramain?

22         A.    If by your question you mean do

23    we understand the reason why the accounts had

24    different names, the answer is yes.

25         Q.    Okay.  What is the reason for
```

This Transcript Contains Confidential Material

1    that?

2         A.    My understanding is that the

3    accounts were created for different

4    charitable acts by Al Haramain.  In other

5    words, different projects or different

6    activities would have a different name on the

7    account in order to keep the funds and the

8    activities separate by project.

9         Q.    And what is the basis of that

10   understanding?

11        A.    That's what I have been told by

12   my internal inquiries.  I don't have the

13   direct source with me now.  But in the core

14   banking system we extracted the records, but

15   I can't give you the source for the person

16   who told me that specifically.

17        Q.    Do you know whether every Al

18   Haramain account includes a particular

19   designation for the specific charitable

20   activity it was created to carry out?

21             MR. CURRAN:  Objection as to

22        form.  Vague.

23             You may answer.

24             THE WITNESS:  What I can tell

25        you is that I understand the reason

This Transcript Contains Confidential Material

```
1          the -- there are multiple accounts is
2          because they relate to multiple
3          projects, but I can't tell you more
4          specifics beyond that.
5     QUESTIONS BY MR. CARTER:
6          Q.    And again, what is the source
7     of that understanding?  Is it something
8     someone told you?
9               MR. CURRAN:  Objection as to
10          form.
11               You may answer.
12               THE WITNESS:  It's something
13          that in the inquiries when I asked how
14          many accounts there were and saw the
15          relatively large number, my question
16          was why were there so many accounts.
17     QUESTIONS BY MR. CARTER:
18          Q.    And do you recall who provided
19     the explanation that you're testifying to
20     today?
21          A.    Yeah.  I can get you a name.
22               Yeah, it would have been
23     Abulrhman Almussaed.
24          Q.    And what was Abulrhman
25     Almussaed's position with the bank?
```

This Transcript Contains Confidential Material

```
 1          A.      Executive manager of foreign

 2    litigation.

 3          Q.      And was he employed with the

 4    bank during the 1998 through 2002 time

 5    period?

 6          A.      No.

 7          Q.      And do you know how he came to

 8    his understanding that he conveyed to you

 9    that the separate accounts were created to

10    carry out distinct charitable purposes?

11          A.      No, I do not.

12          Q.      On the list that plaintiffs

13    have prepared, you'll see that many of the

14    accounts are simply identified as Al Haramain

15    Islamic Foundation, and that's our

16    understanding based on the information

17    provided to us.

18                  Do you know whether or not

19    there is additional information in the bank's

20    systems relating to the accounts that are

21    simply identified as Al Haramain Islamic

22    Foundation describing some more particular

23    purpose?

24          A.      I do not have direct knowledge

25    of that, no.
```

This Transcript Contains Confidential Material

```
 1        Q.    With regard to the account

 2   statements that have been produced by Al

 3   Rajhi Bank to the plaintiffs for Al Haramain

 4   and the IIRO, are those authentic business

 5   records of the bank?

 6        A.    Yes, they are.  And let me just

 7   refer to my notes, if you don't mind.

 8              Yeah, they're authentic

 9   business records, and I can give you some

10   additional detail.

11        Q.    Sure.

12        A.    I can't find the reference, but

13   I understand that they're the original

14   statements as opposed to a replicate

15   statement.  So it has the authentic data in

16   it.

17        Q.    And so the data reflected in

18   the account statements was created at or near

19   the time of the events that are reflected in

20   the statements?

21        A.    That is my understanding.

22        Q.    And I take it that given that

23   Al Rajhi Bank is in the banking business, the

24   practice of creating and maintaining account

25   statements is something it does in the
```

This Transcript Contains Confidential Material

1    ordinary course of its business?

2         A.    That's correct.

3         Q.    And aside from the information

4    you already provided concerning your

5    understanding that the accounts were created

6    to support different charitable purposes, do

7    you have any additional information

8    concerning why there were this number of Al

9    Haramain accounts in existence at this time?

10        A.    I do not.

11        Q.    Do you know whether the number

12   of accounts being maintained by Al Haramain

13   ever prompted any money laundering or

14   terrorism financing concerns in the 1998

15   through 2002 time period?

16             MR. CURRAN:  Objection.  Lack

17        of foundation.

18             You may answer.

19             THE WITNESS:  I have no direct

20        knowledge of that.

21             (Al Rajhi Bank 30(b)(6) Exhibit

22        ARB 3 marked for identification.)

23   QUESTIONS BY MR. CARTER:

24        Q.    Can we mark as Exhibit ARB 3

25   the document at Tab 3 in the folder?

This Transcript Contains Confidential Material

```
 1                    Mr. Galloway, this is a summary
 2    chart that plaintiffs have prepared based on
 3    the account statements produced by Al Rajhi
 4    Bank of the distinct International Islamic
 5    Relief Organization, or IIRO, accounts at Al
 6    Rajhi Bank.
 7                    In preparation for your
 8    deposition today, did you undertake to
 9    determine how many accounts Al Rajhi Bank
10    maintained for the IIRO in the 1998
11    through 2002 time period?
12                    MS. BEMBRY:  Objection as to
13         form.
14    QUESTIONS BY MR. CARTER:
15         Q.    You can answer.
16                    MR. CURRAN:  I think you did
17         answer.  You can say it again.
18                    THE WITNESS:  Yes, I did do
19         that.
20    QUESTIONS BY MR. CARTER:
21         Q.    And based on your inquiry, how
22    many accounts did you determine that the bank
23    was maintaining for the International Islamic
24    Relief Organization during the relevant time
25    period?
```

This Transcript Contains Confidential Material

```
 1          A.      During the relevant time
 2   period, the number is 308.
 3          Q.      So your inquiry determined that
 4   there were 308 accounts at Al Rajhi Bank
 5   during the 1998 through 2002 time period for
 6   the IIRO?
 7          A.      That is correct.  IIRO KSA, to
 8   be clear.
 9          Q.      All right.  When you say "IIRO
10   KSA," you're referring to the Saudi
11   International Islamic Relief Organization?
12          A.      Yes.
13                  MS. BEMBRY:  Objection as to
14          form.
15   QUESTIONS BY MR. CARTER:
16          Q.      And did you undertake to
17   determine why the IIRO had 308 separate
18   accounts at Al Rajhi Bank during the time
19   period?
20                  MS. BEMBRY:  Objection as to
21          form.
22                  MR. CURRAN:  You may answer.
23                  THE WITNESS:  Okay.  I made
24          several inquiries, as we've just
25          discussed, for Al Haramain and was
```

This Transcript Contains Confidential Material

```
 1            told for similar reasons that new

 2            accounts were opened every time there

 3            was a new project over that period.

 4                 And I think the names appear to

 5            reflect that.

 6    QUESTIONS BY MR. CARTER:

 7            Q.    Who provided that information

 8    to you?

 9            A.    Again, the same.  Abulrhman

10    Almussaed.

11            Q.    And do you know how he came to

12    that determination?

13            A.    No, I do not.

14            Q.    And do you know whether or not

15    he based that on any particular documents?

16                 MS. BEMBRY:  Objection as to

17            form.

18                 MR. CURRAN:  You may answer.

19            Unless there's an instruction not to

20            answer, you just go ahead.

21                 THE WITNESS:  Okay.

22                 No, I do not have direct

23            knowledge of that.

24    QUESTIONS BY MR. CARTER:

25            Q.    And just looking at the first
```

This Transcript Contains Confidential Material

1    page, the sixth en -- or seventh entry down

2    refers to the Islamic Relief

3    Organization/Jeddah.

4            Do you see that?

5        A.    Yes, I do.

6        Q.    And three below that refers to

7    International Islamic Relief

8    Organization/Jeddah.

9            Do you see that as well?

10       A.    Yes, I do.

11       Q.    If each of the accounts was

12   established for a separate purpose, do you

13   understand why there would be multiple

14   accounts with the same name?

15           MS. BEMBRY:  Objection as to

16       form.

17           MR. CURRAN:  I join in that

18       objection.

19           You may answer.

20           THE WITNESS:  No, I do not.

21   QUESTIONS BY MR. CARTER:

22       Q.    And turning to page 3 of this

23   exhibit, you'll see a number of accounts that

24   are designated as IIRO - general donations.

25           Do you see that?

This Transcript Contains Confidential Material

```
 1                 MS. BEMBRY:  Sean, just note a
 2         standing objection to the use of this
 3         summary document.
 4                 THE WITNESS:  If the question,
 5         Mr. Carter, is do I see the items
 6         you've highlighted, the answer is yes.
 7  QUESTIONS BY MR. CARTER:
 8         Q.    And do you have any
 9  understanding of what the purpose of those
10  accounts was?
11                 MS. BEMBRY:  Objection as to
12         form.
13                 MR. CURRAN:  Same objection.  I
14         join in the standing objection as to
15         the use of the summary exhibit.
16                 You may answer.
17                 THE WITNESS:  I have no direct
18         understanding.
19  QUESTIONS BY MR. CARTER:
20         Q.    You testified earlier that your
21  review of the account information prompted
22  you to make inquiry concerning why there were
23  this number of accounts for -- in the case of
24  Al Haramain, correct?
25                 MS. BEMBRY:  Objection as to
```

This Transcript Contains Confidential Material

```
1            form.

2                 MR. CURRAN:  I join in that

3            objection.

4                 You may answer.

5                 THE WITNESS:  That is correct,

6            I did ask why there were so many

7            accounts.

8      QUESTIONS BY MR. CARTER:

9            Q.    And as part of that, did you

10     ask whether there were multiple accounts with

11     the same name?

12                MS. BEMBRY:  Objection as to

13           form.

14                THE WITNESS:  I did not ask

15           that question.

16     QUESTIONS BY MR. CARTER:

17           Q.    And in reviewing the documents

18     that you looked at in preparation, did you

19     see account statements for Al Haramain

20     Islamic Foundation that shared common names?

21           A.    I do not recall seeing anything

22     like that.

23           Q.    Do you know one way or the

24     other?

25                MR. CURRAN:  Objection as to
```

This Transcript Contains Confidential Material

```
1           form.
2                   And now we're talking about Al
3           Haramain, I think, right?
4                   THE WITNESS:  I do not recall
5           seeing Al Haramain accounts with the
6           same names, no, if that's your
7           question.
8    QUESTIONS BY MR. CARTER:
9           Q.    Do you recall that every Al
10   Haramain account you looked at had a distinct
11   name designation?
12          A.    No, I do not.
13          Q.    And the reason I pivoted to Al
14   Haramain is because we hadn't discussed what
15   prompted you to make inquiry concerning the
16   purpose of the IIRO accounts.
17                  What -- why did you do that?
18                  MS. BEMBRY:  Objection as to
19          form.
20                  THE WITNESS:  My awareness of
21          the number of the accounts.
22   QUESTIONS BY MR. CARTER:
23          Q.    And in reviewing the documents
24   relating to the IIRO accounts, did you notice
25   that any of the distinct accounts shared
```

This Transcript Contains Confidential Material

1    common name designations?

2         A.    No, I did not.

3         Q.    Do you know whether some of

4    them shared common name designations one way

5    or the other?

6         A.    No, I do not.

7         Q.    In preparation for testifying

8    today, did you attempt to assess the volume

9    of funds that were moved through the Al

10   Haramain accounts during the period of 1998

11   through 2002?

12             MR. CURRAN:  Objection to form.

13             And this is limited to Al

14        Haramain KSA, I assume.

15             You may answer.

16             MR. CARTER:  Well, it's limited

17        to the Al Haramain accounts at the

18        bank.

19             MR. CURRAN:  You may answer.

20             THE WITNESS:  No, Mr. Carter, I

21        didn't go down to the total, look

22        through the accounts or to the

23        individual accounts.

24   QUESTIONS BY MR. CARTER:

25        Q.    But you agree that the account

This Transcript Contains Confidential Material

```
 1    statements themselves would accurately

 2    reflect the amount of funds that were moving

 3    through those accounts during the relevant

 4    time period?

 5         A.    Yes, it should.

 6         Q.    And is the same true for the

 7    IIRO account statements?

 8              MS. BEMBRY:  Objection as to

 9         form.

10              THE WITNESS:  Yes, the same is

11         true.

12    QUESTIONS BY MR. CARTER:

13         Q.    And to the extent that

14    transactions are reflected on Al Rajhi Bank's

15    account statements for the Al Haramain

16    Islamic Foundation, those would be

17    transactions that were carried out through Al

18    Rajhi Bank, correct?

19              MR. CURRAN:  Objection as to

20         form.

21              You may answer.

22              THE WITNESS:  That should be

23         correct, yes.

24    QUESTIONS BY MR. CARTER:

25         Q.    And is the same true with
```

This Transcript Contains Confidential Material

1    respect to the IIRO account statements?

2              MS. BEMBRY:  Objection to the

3         form.

4              THE WITNESS:  That should also

5         be correct.

6    QUESTIONS BY MR. CARTER:

7         Q.    With respect to the individual

8    transactions reflected in the Al Haramain

9    account statements at Al Rajhi Bank, have you

10   seen any information reflecting that a

11   particular transfer was earmarked for a

12   particular purpose?

13             MR. CURRAN:  Objection as to

14        form.

15             You may answer.

16             THE WITNESS:  Can you clarify

17        your question, please?

18   QUESTIONS BY MR. CARTER:

19        Q.    The account statements for Al

20   Haramain reflect individual transactions in

21   the form of both credits and debits, correct?

22        A.    That's correct.

23        Q.    And have you seen information

24   for any of those credits and debits

25   reflecting that a particular transaction was

This Transcript Contains Confidential Material

1    earmarked for a particular purpose?

2         A.    The payment itself would have

3    an annotation on it, if that's what you're

4    asking me.

5         Q.    In every case?

6         A.    In -- unless there was some

7    data missing for some reason.

8         Q.    Where would that data be

9    maintained?

10        A.    The data that's annotated to

11   the account, you're asking me?

12        Q.    Yes.

13        A.    It should be in the core

14   banking record.

15        Q.    In what field?

16        A.    There would be a transaction

17   field.  I don't know the fields with intimate

18   detail, but there is a field --

19        Q.    Okay.

20        A.    -- that would be -- have the

21   detail of the transaction.

22        Q.    And did you review any of that

23   detail with respect to the Al Haramain

24   transactions?

25        A.    Directly myself, no, I did not.

This Transcript Contains Confidential Material

```
 1          Q.    And to the extent that an

 2    individual came to an Al Rajhi Bank branch

 3    during this time period and made a donation

 4    into an Al Haramain account, is it your

 5    understanding that there should be some

 6    indication in the system concerning the

 7    purpose of that donation?

 8                MR. CURRAN:  Objection as to

 9          form.

10                You may answer.

11                THE WITNESS:  For transactions

12          made to an account, you would be

13          adding the -- you would able to

14          identify the amount.  But the -- any

15          purpose of that, not necessarily.

16    QUESTIONS BY MR. CARTER:

17          Q.    And in preparation for the

18    deposition today, did you review any

19    individual transaction information relating

20    to the purpose of transactions?

21          A.    No, I did not.

22          Q.    And is that true for both the

23    Al Haramain and IIRO accounts?

24          A.    Yeah, that is true.

25                There was review to say whether
```

This Transcript Contains Confidential Material

1    transactions had gone to the accounts from

2    the bank, if there had been any donations

3    made, those sorts of things, as per your

4    question.  So I'm a little unsure what you're

5    trying to ask me, to be honest.

6         Q.    Well, we'll look at some

7    documents in a minute.  I was just asking a

8    general question.

9              MR. CARTER:  Can we take a

10        two-minute break?

11             MR. CURRAN:  Yeah, we probably

12        better make it five.

13             VIDEOGRAPHER:  Off record.  The

14        time is 4:17.

15        (Off the record at 4:17 p.m.)

16             VIDEOGRAPHER:  Back on record.

17        Time is 4:26.

18    QUESTIONS BY MR. CARTER:

19        Q.    Mr. Galloway, as part of your

20    preparations concerning Al Rajhi Bank's

21    relationship with Al Haramain Islamic

22    Foundation during the 1998 through 2002 time

23    period, did you conduct inquiry to determine

24    what the bank knew about the nature of Al

25    Haramain and what it was doing?

This Transcript Contains Confidential Material

```
 1          A.     The onboarding of any
 2    charitable entity has a due diligence
 3    process, as you're probably aware, that
 4    included making sure that the charitable
 5    entity was not only following the KYC
 6    process, but there was also a copy provided
 7    of the relevant permission or license to
 8    operate by the relevant government authority.
 9                 And in addition to that for
10    onboarding, we need to get details of the
11    directors of the charity as well.
12          Q.     When did the protocols you just
13    described come into being?
14          A.     I mentioned the branch manual
15    to you earlier, so it's as per the 1997
16    manual.  I haven't gone back further than
17    that because it was outside the relevant
18    period.
19          Q.     Based on the know your customer
20    information that has been provided, do you
21    know whether Al Haramain was onboarded before
22    or after 1997?
23                 MR. CURRAN:  Objection as to
24          form.  Outside the scope of the
25          relevant time period.
```

This Transcript Contains Confidential Material

```
 1                    You may answer.

 2                    THE WITNESS:  I don't have

 3          direct knowledge of the account

 4          opening date of every account, but the

 5          account -- {audio interruption}

 6                    MR. CARTER:  Chris, he just

 7          froze, and we can't hear him.

 8                    THE WITNESS:  Can you see us?

 9                    MR. CURRAN:  Are we back?

10                    THE WITNESS:  Hello.

11                    MR. CARTER:  I cannot see the

12          witness right now.  Not sure what

13          happened.

14                    VIDEOGRAPHER:  Want to go off

15          the record?

16                    THE WITNESS:  Are we back?

17          Hello.  Hi.  Can you hear us?

18                    MR. CARTER:  We can hear you,

19          yes.

20                    THE WITNESS:  Can you hear --

21          can you hear me and see me?

22                    MR. CARTER:  Yes.

23                    THE WITNESS:  I can hear you

24          and see you.

25                    MR. CURRAN:  We don't know what
```

This Transcript Contains Confidential Material

```
 1              happened either, but it was just the

 2              witness' and not mine.

 3                   Okay.  I think there was a

 4              question pending or -- do you want to

 5              answer it?

 6                   THE WITNESS:  Yeah, perhaps you

 7              could bring me back to where we were,

 8              Mr. Carter.

 9                   MR. CARTER:  Carrie, can you

10              read where we were?

11                   (Court Reporter read back

12              question and partial answer.)

13                   THE WITNESS:  Yeah, the account

14              numbers that we discussed earlier for

15              Al Haramain being the 95, I know those

16              were accounts that were on foot during

17              the 1998 to 2002 period, but I don't

18              have the specific details of the

19              account onboarding dates, as I

20              mentioned.

21         QUESTIONS BY MR. CARTER:

22              Q.    And with regard to the manual

23         you just described, to the extent that there

24         were changes in the procedures implemented

25         subsequent to the creation of the accounts
```

This Transcript Contains Confidential Material

```
 1    and during the relevant period, do you know

 2    whether there would have been steps taken to

 3    update the onboarding information to comply

 4    with the new procedures?

 5         A.    Can you hear me?

 6              MR. CURRAN:  Did you hear that,

 7         Mr. Carter?

 8              MR. CARTER:  I couldn't hear an

 9         answer, no.

10              THE WITNESS:  I'm sorry.  Can

11         you hear me now?

12    QUESTIONS BY MR. CARTER:

13         Q.    I can.

14         A.    Okay.  Could you clarify for my

15    knowledge what you mean by "changes" to the

16    account?

17         Q.    Sure.

18              So you mentioned earlier that

19    you are familiar with the concept of know

20    your customer processes, correct?

21         A.    That's correct.

22         Q.    And based on your experience in

23    the banking industry, is it fair to say that

24    they have evolved over time?

25         A.    They have.
```

This Transcript Contains Confidential Material

```
 1          Q.      And do you know whether or not
 2     the know your customer onboarding policies at
 3     Al Rajhi Bank have changed over time?
 4          A.      Over the subject period you're
 5     referring to or at any time?
 6          Q.      Over the -- over the subject
 7     period.
 8          A.      There was some additional
 9     measures made.  You had one question about
10     that.  If you don't mind directing me to
11     that, I can refer to my notes.  I might be
12     able to help you better.
13          Q.      I think it's encompassed by a
14     few of them.  There's inquiry number 6.
15     Inquiry number 5.  Number 8.  I think all --
16          A.      Yeah, perhaps -- thank you very
17     much.  That's helpful.
18                  Your inquiry 6, I think, is
19     probably the one that helps us.
20                  The first thing I'd like to say
21     is that the -- if you read the manual, the
22     controls Al Rajhi Bank had in place were
23     already quite strong even by modern
24     standards, at least at a policy level.
25                  And I had a discussion with the
```

This Transcript Contains Confidential Material

```
 1    chairman, Mr. Abdullah al Rajhi, about that,
 2    and he made it clear to me that one of the
 3    core sort of beliefs of the bank has been to
 4    ensure that risk was well-managed.
 5                 I think you see that today in
 6    our -- in our approach, our earn/loss ratios,
 7    et cetera, as well as our performance with
 8    the regulator and our orders, et cetera.
 9                 So having a strong, robust,
10    well-managed and inspected risk framework is
11    something that the bank has held dear as a --
12    as a core tenet.
13                 In 1998, I'd like to just point
14    to the fact that a new AML policy was issued,
15    and that was in relation to SAMA's guide on
16    annual procedures, and that was implemented
17    at the bank.
18                 And we also have a regular
19    process of branch audits, and that involves
20    inspecting for adherence to the policy and
21    the controls contained in that.
22                 We have a zero appetite or zero
23    tolerance for any deviations from that, and
24    any accounts that are found to have deviated
25    are immediately reported.  And the branch has
```

This Transcript Contains Confidential Material

```
 1      to take corrective action, and then the issue

 2      is reported as closed once that's been done.

 3      There's a time-bound window to do that in.

 4           Q.     You mentioned an update to the

 5      manual in 1998, correct?

 6           A.     That's correct.  It was an AML

 7      policy was issued with a guide to AML

 8      procedures, and it was as a result of a 1996

 9      SAMA circular.

10                  I can give you the reference

11      number in the documents you have, if you wish

12      to look at it.

13           Q.     Sure.

14           A.     Yeah, it's ARB 738.  73 --

15      again, ARB 735.  Correction, 735.

16           Q.     And with regard to the update

17      of AML procedures in 1998, did that change

18      include any additional onboarding

19      requirements?

20           A.     I am not aware of any specific

21      additional onboarding requirements, but

22      whenever an account, particularly a

23      charitable entity, was onboarded, there was

24      already a specific and different process with

25      additional controls for charities.
```

1          Q.     What control and process are

2     you referring to?

3          A.     Yes.  So, excuse me, it's just

4     very dry here.  One moment.

5                 With respect to onboarding a

6     charity, the requirement is that you need to

7     have the appropriate authority or

8     registration from the government entity that

9     controls that charity.  And those government

10    entities control different charities, and you

11    would need to have a list of the directors

12    and the signatories for the account before it

13    could be opened.

14                And I believe, and I'm working

15    from memory, there was also a -- at a high

16    level of -- make a check a second level

17    authorization required to open those

18    accounts.

19         Q.     And do you know when that

20    procedure that you just described was

21    implemented?

22         A.     That was contained in the

23    branch manual I've referred to.

24         Q.     And that's the 1997 branch

25    manual?

This Transcript Contains Confidential Material

```
 1        A.    That's correct.
 2        Q.    And to the extent that accounts
 3   were established prior to the creation of
 4   that 1997 manual, would it have been
 5   necessary to go back and request updated
 6   information from charity account holders?
 7              MR. CURRAN:  Objection.  Vague
 8         as to which accounts you're talking
 9         about.
10              But the witness can answer.
11              THE WITNESS:  I've looked at
12         the relevant period, and as you know,
13         the branch manual preceded that.  I
14         haven't gone and done a lookback to
15         see versions of the policy prior, so I
16         can't answer that question.
17   QUESTIONS BY MR. CARTER:
18        Q.    Okay.  Well, we can review some
19   of the documents, but Al Rajhi Bank has
20   produced documents indicating that there were
21   Al Haramain accounts in existence at least as
22   of 1994.
23              Have you seen those documents?
24              MR. CURRAN:  Objection as to
25         form.
```

This Transcript Contains Confidential Material

```
 1                    You may answer.

 2                    THE WITNESS:  I haven't seen

 3          those specific documents.

 4    QUESTIONS BY MR. CARTER:

 5          Q.     And do you know one way or

 6    another whether, to the extent the Al

 7    Haramain accounts existed before 1997, there

 8    would have been a requirement to review those

 9    accounts and update them to conform to the

10    1997 manual requirements?  If they were any

11    different.

12          A.     Yeah, I think there --

13                    MR. CURRAN:  Objection to the

14          form.

15                    You may answer.

16                    THE WITNESS:  Yeah, and there

17          seems to be an assumption there that

18          they are different.  I don't know

19          that.

20                    But what I can tell you is

21          that, A, we would follow the policy;

22          B, that it's inspected by the branch

23          audit team; and then C, the SAMA also

24          does thematic audits on occasion.  And

25          then if there was any major issue, it
```

This Transcript Contains Confidential Material

```
 1            would also be picked up by external

 2            auditors.

 3                 So we had multiple levels of

 4            assurance against the adherence to the

 5            policy.

 6      QUESTIONS BY MR. CARTER:

 7            Q.    And have you seen as part of

 8      your preparations any audit documents that

 9      encompassed any of the Al Haramain accounts?

10            A.    I have not seen specific

11      documents, but I've spoken to internal audit.

12            Q.    Okay.  And in your

13      conversations with internal audit, did they

14      identify any audits that encompassed the Al

15      Haramain accounts during the '98 through 2002

16      time period?

17            A.    Not on those specific accounts,

18      but I wasn't asking about Al Haramain

19      specifically.  I was asking about their

20      process to inspect and assure that the

21      policies were applied, and that was some of

22      the content that I just gave you in my

23      previous answer.

24            Q.    Do you know one way or another

25      whether audits conducted for compliance
```

This Transcript Contains Confidential Material

```
 1    purposes between '98 and 2002 encompassed any

 2    of the Al Haramain accounts?

 3         A.    I don't know that definitively,

 4    no.

 5         Q.    And same question for IIRO.

 6         A.    No, I don't know that

 7    definitively either.

 8               But I can tell you as I

 9    mentioned earlier, that if anything is found

10    as a result of the audit, there's a

11    time-bound process to ensure that those

12    accounts or issues are dealt with and closed,

13    and that has to be reported as same.

14         Q.    And would that information be

15    included in the customer information file?

16         A.    It will certainly be in the

17    audit report.  And any update to the customer

18    information, I assume, must be put back into

19    the customer information file.

20         Q.    And the audits are conducted at

21    the branch level, correct?

22         A.    That's correct.  We have around

23    600 branches, and they were initially on an

24    annual basis at each branch.  And then as we

25    got more branches, it was more based on a
```

This Transcript Contains Confidential Material

1    risk approach.

2              But every branch is audited

3    regularly, together with SAMA doing thematic

4    audits.  And as I said, A, an external

5    auditor as well.

6         Q.    And with regard to the branch

7    audits during the time period 1998

8    through 2002, do those still exist, the

9    reports?

10        A.    We have a no destruction policy

11   on document retention, so they should be

12   there.

13        Q.    And where are those located?

14        A.    They will be in a central

15   archive, and we'll be able to search them

16   using the tools we described earlier.  And

17   they're also being used as the basis to find

18   the information you've been provided with.

19        Q.    And to the extent that any of

20   those audits encompassed accounts of Al

21   Haramain and/or IIRO, would you be able to

22   identify that fact?

23              MR. CURRAN:  Objection as to

24         form.

25              You may answer.

This Transcript Contains Confidential Material

```
 1                  THE WITNESS:  I can assume so.
 2         I can't tell you definitively, but I
 3         would assume, yes, because we could
 4         tell at least what had been audited.
 5                  I don't know how easy it would
 6         be to go and see the individual
 7         accounts.  I can't answer that
 8         question for you at the level you're
 9         asking.
10    QUESTIONS BY MR. CARTER:
11         Q.     And you mentioned something
12    about thematic audits?
13         A.     Yeah.  SAMA comes and does
14    reviews of banks.  This is what I meant.
15                  MR. CURRAN:  He was just
16         making -- he decided to comment.  I'm
17         sorry.
18    QUESTIONS BY MR. CARTER:
19         Q.     Yeah.
20                  And the question is, can you
21    explain to me what a thematic audit by SAMA
22    is?
23                  MR. CURRAN:  So you guessed
24         right.
25                  THE WITNESS:  So SAMA would
```

This Transcript Contains Confidential Material

```
 1            choose a particular area of interest,

 2            and they might come and do audits

 3            about that particular area of

 4            interest.

 5    QUESTIONS BY MR. CARTER:

 6            Q.    Do you know whether SAMA

 7    conducted any thematic audits between 1998

 8    and 2004 relating to charitable

 9    organizations?

10            A.    I do not know that.

11            Q.    With regard to the bank's

12    knowledge of the activities of Al Haramain, I

13    believe you testified that the bank was aware

14    that it at least purported to conduct

15    charitable activities, correct?

16            A.    If they were a licensed

17    charity, that's correct.

18            Q.    And when you say they were a

19    licensed charity, is there a document

20    reflecting that license that you're aware of?

21            A.    Yeah.  Can you just direct me

22    to the area in your question guide, please?

23            Q.    In candor in this case,

24    Mr. Galloway, I'm responding to your

25    statement, and so I'm not exactly sure where
```

This Transcript Contains Confidential Material

```
 1    it would appear in your outline.

 2        A.    Okay.  So could the

 3    stenographer please read back the question to

 4    me?

 5            (Court Reporter read back

 6        question.)

 7            THE WITNESS:  Yeah, there would

 8        be a document in the customer

 9        information file.

10    QUESTIONS BY MR. CARTER:

11        Q.    And do you recall having

12    reviewed that document in preparation for the

13    deposition today?

14        A.    I believe -- I've had

15    discussions about it, and I'm just trying to

16    find a note, if I have it.  But I established

17    that we had that information when I looked.

18            (Al Rajhi Bank 30(b)(6) Exhibit

19        ARB 4 marked for identification.)

20    QUESTIONS BY MR. CARTER:

21        Q.    Okay.  Can we mark as the next

22    exhibit the document at Tab 34?

23        A.    Mr. Carter, while I'm doing

24    that, I'll just remind that we needed that to

25    open the accounts.
```

This Transcript Contains Confidential Material

```
 1          Q.     You needed a license to open

 2   the accounts in the first instance?

 3          A.     Correct.  Based on the policy I

 4   was describing to you.

 5          Q.     And the policy you were

 6   describing to me, was that applicable to each

 7   account that was opened?

 8          A.     Yes, it should be true.

 9          Q.     Okay.  So every time a customer

10   wants to open a new account, there should

11   have been the same opening process conducted,

12   correct?

13                 MR. CURRAN:  Objection as to

14          form.

15                 You may answer.

16                 THE WITNESS:  Yeah, that's

17          correct.  If the -- if they're all

18          clustered under one CIC, that may not

19          have been necessary because there

20          would have been accounts under that.

21                 For sure if they're a

22          standalone account, that was required.

23   QUESTIONS BY MR. CARTER:

24          Q.     When you say "clustered" under

25   the same -- I'm sorry, I didn't hear what you
```

This Transcript Contains Confidential Material

1   said.

2          A.      So if you have individual

3   accounts, they can be standing alone.  Or you

4   can have a parent CIC, and the accounts can

5   be put under the parent CIC.

6          Q.      And what is a CIC?

7          A.      Customer information code.

8   It's an identifying number.

9          Q.      And how does the bank -- how

10  did the bank determine whether a new account

11  is clustered under the same CIC or separate?

12         A.      Well, an individual account is

13  an individual account, but there may be

14  customers who want multiple accounts with one

15  identifier number.

16         Q.      And when you say "one

17  identifier number," is that a customer

18  number?

19         A.      Yeah, this is a CIC number I've

20  referred to.  So you would have a CIC, and

21  then you would have account numbers under the

22  CIC.

23         Q.      And do you happen to know

24  whether the Al Haramain accounts were

25  clustered under a common CIC?

This Transcript Contains Confidential Material

```
 1          A.      Yeah, if you give me a moment.
 2                  There was a -- your question is
 3      relating to pre-9/11 or at any time?
 4          Q.      Pre-9/11.
 5          A.      I don't know that specifically
 6      for pre-9/11.
 7          Q.      So focusing on the period from
 8      1998 through 2002, do you know whether the
 9      procedures would have required independent
10      customer-opening protocols for each account,
11      or could they have been clustered under the
12      same CIC?
13          A.      I would have to read the branch
14      manual, but if it was an individual account,
15      they would have had to have had the
16      registration for the charity.
17                  And then in the individual
18      accounts, when they would work together under
19      a CIC, as long as they were associated with
20      the parent, I assume that the CIC label
21      identification would be sufficient.  But
22      I'm -- I don't have a document to be able to
23      verify that.
24          Q.      Do you know during the period
25      1998 through 2002 whether the opening of a
```

This Transcript Contains Confidential Material

```
 1    new account by Al Haramain for a different

 2    charitable purpose would have required it to

 3    provide information concerning the reason for

 4    that account and the activity it was being

 5    created to support?

 6               MR. CURRAN:  Objection to form.

 7               You may answer.

 8               THE WITNESS:  What I can tell

 9         you, on the 30th of April 2003,

10         they -- there was correspondence where

11         we noted that we consolidated all Al

12         Haramain accounts according to a SAMA

13         directive under a single CIC.

14               So this was correspondence 30th

15         of April, and you're right, it is with

16         the manager of the head office branch

17         right to the SAMA deputy government to

18         confirm actions required to

19         consolidate all Al Haramain accounts,

20         according to SAMA directive, had been

21         completed.

22    QUESTIONS BY MR. CARTER:

23         Q.    And what is the -- sorry.  You

24    may finish.  I'm sorry.

25         A.    At the same time, the branches
```

This Transcript Contains Confidential Material

1    was also instructed not to make international

2    transfers from Al Haramain KSA accounts and

3    make sure that all checks on Al Haramain were

4    crossed.  And that means that they were

5    account paying, not bearer checks.

6                 So there were additional

7    activities undertaken to do that.

8         Q.    Those were new instructions

9    from SAMA in that time period?

10        A.    That's right.

11        Q.    Do you know why SAMA issued

12   those instructions?

13        A.    These would have been

14   activities that SAMA directed as a result of

15   the bank's self supervisory committee, I

16   believe, which was formed after 9/11.

17        Q.    Do you know whether they were

18   prompted by any counterterrorism financing

19   considerations?

20                MR. CURRAN:  Objection.  Vague.

21                You may answer.

22                THE WITNESS:  I know that after

23         9/11, the response of SAMA was to call

24         a bank self supervisory committee

25         which was made up of all of the banks.

This Transcript Contains Confidential Material

```
 1          And at the time they were operating in

 2          order to try to understand the actions

 3          that might need to be taken to either

 4          constrict accounts of people that are

 5          now known to be bad actors or make

 6          other changes in controls consistent

 7          with SAMA directives.

 8   QUESTIONS BY MR. CARTER:

 9          Q.    And do you know whether any

10   actions were undertaken with regard to the

11   IIRO accounts in response to those

12   directives?

13               MS. BEMBRY:  Objection to form.

14               MR. CARTER:  Aisha, what's the

15          objection?

16               MS. BEMBRY:  Foundation.

17               MR. CARTER:  I'm asking him if

18          he knows.

19               Go ahead.

20               MS. BEMBRY:  Foundation

21          objection.

22               THE WITNESS:  Yeah.  On May 23,

23          2003, there was a SAMA circular.  It

24          was addressed to all banks relating to

25          charity accounts, and it required
```

This Transcript Contains Confidential Material

```
 1          charities to consolidate all accounts
 2          under a single master account with
 3          subaccounts.  This is the structure I
 4          was describing to you.
 5               It also, in the SAMA circular,
 6          required withdrawals only from the
 7          master account, not the subaccounts.
 8          No withdrawals by cash and ATM cards,
 9          and all depositors must identify
10          themselves and match details on the
11          deposit slips with their ID.  And
12          checks drawn on the charity master
13          account can only be deposited in KSA
14          domiciled accounts.
15               That was all in the SAMA
16          directive.  I can give you the
17          reference if that's --
18     QUESTIONS BY MR. CARTER:
19          Q.    Yeah, what's the Bates number?
20     I'm sorry.
21          A.    ARB 14531.
22          Q.    Going back to our discussion
23     earlier, I believe you testified that based
24     on your review, you identified 95 Al Haramain
25     accounts at Al Rajhi Bank in the 1998
```

This Transcript Contains Confidential Material

```
 1    through 2002 time period, correct?
 2         A.     95 on Al Haramain, that's
 3    correct.  Al Haramain KSA.  I'd like to make
 4    that clear, please.
 5         Q.     And when you say "Al Haramain
 6    KSA," what is the basis of your understanding
 7    that those were all Al Haramain KSA?
 8         A.     That's my understanding from
 9    the checks that have been done at the bank.
10         Q.     And who provided that
11    information to you?
12         A.     Abulrhman Almussaed.
13         Q.     And we'll get to that in a
14    second.
15                With regard to the 95 accounts
16    that you identified in your preparations for
17    Al Haramain, do you know whether they were
18    opened under a common CIC?
19         A.     I do not know that directly,
20    no.
21         Q.     And I believe that with regard
22    to the IIRO, your review indicated that there
23    were 308 accounts at Al Rajhi Bank in the
24    1998 through 2002 time period, correct?
25         A.     That's correct.
```

This Transcript Contains Confidential Material

```
 1          Q.      And did you undertake inquiry

 2    to determine whether those accounts were

 3    opened under a common CIC?

 4                  MR. CURRAN:  Objection.  Vague.

 5                  You may answer.

 6                  THE WITNESS:  I did not make

 7          that direct inquiry, no.

 8    QUESTIONS BY MR. CARTER:

 9          Q.      Do you know one way or the

10    other whether those accounts were opened

11    under a common CIC?

12          A.      I --

13                  MR. CURRAN:  Objection.  Vague.

14                  You may answer.

15                  THE WITNESS:  I do not know the

16          answer to that.

17    QUESTIONS BY MR. CARTER:

18          Q.      We had marked an exhibit before

19    we briefly got sidetracked.  And I apologize.

20    What number is this?

21                  GINA VELDMAN:  It's number 4,

22          and it was Tab 34.

23                  MR. CARTER:  Thank you, Carrie

24          {sic}.

25
```

This Transcript Contains Confidential Material

```
 1    QUESTIONS BY MR. CARTER:

 2         Q.    Mr. Galloway, just ask you to

 3    take a moment to review the document that has

 4    been marked as Exhibit 4, and we have -- it's

 5    a three-page document, ARB 39945

 6    through 39947, and the exhibit includes the

 7    English translation and the original Arabic

 8    versions.

 9         A.    Yeah, I have the document.  I

10    can see it's a multipage document.

11         Q.    And have you seen this document

12    previously?

13         A.    I believe I have.

14         Q.    Okay.  And based on the

15    content, I understand this to be a letter

16    from Abdullah Bin Sulaiman Al Rajhi dated

17    February 25, 2004, to the Minister of Islamic

18    Affairs, Sheikh Saleh bin Abdel Aziz bin

19    Mohamed Al ash-Sheikh.

20               Is that correct?

21         A.    That appears to be the case

22    based on the document you have on the screen,

23    yes.

24         Q.    Okay.  And the first paragraph

25    references a SAMA circular dated May 14,
```

This Transcript Contains Confidential Material

1    2002, mandating that it's not permissible to

2    open any account for any charity entity

3    before obtaining a permit.

4              Do you see that?

5         A.    Yes, I do see that.

6         Q.    And am I correct in

7    understanding your earlier testimony that

8    that was the internal protocol at Al Rajhi

9    Bank, at least as of 1997?

10        A.    Yes, that's true.

11        Q.    And in the second paragraph,

12   Mr. Al Rajhi advises the Minister of Islamic

13   Affairs that "Since there is no permit from

14   the competent agencies for the Al Haramain

15   Islamic Foundation to operate the charity

16   work according to the documents provided by

17   the Al Haramain Islamic Foundation to the

18   company when opening its accounts, please

19   authorize your competent agency to issue the

20   required permit."

21             Do you see that?

22        A.    Yes, I do see that.

23        Q.    And so to the extent that there

24   was no permit provided to Al Rajhi Bank in

25   relation to the opening of its accounts prior

This Transcript Contains Confidential Material

```
1    to this point in time, would that have been a
2    violation of Al Rajhi Bank's own protocols --
3         A.    I --
4               MR. CURRAN:  Objection.  Sorry.
5    QUESTIONS BY MR. CARTER:
6         Q.    -- at least as of 1997?
7         A.    No.
8               MR. CURRAN:  Objection.  Lack
9         of foundation.  Vague.
10              You may answer.
11              THE WITNESS:  I do have some
12        information on this matter, if you can
13        just give me a few moments.
14   QUESTIONS BY MR. CARTER:
15        Q.    Sure.
16              MR. CURRAN:  Mr. Carter, are
17        you asking questions under Section 3H
18        now of your notice?
19              MR. CARTER:  Chris, I'll have
20        to look, but I'm asking questions
21        primarily in response to testimony the
22        witness has volunteered.
23              MR. CURRAN:  All right.  But
24        I -- you're still bound by the scope
25        of your deposition notice, so I just
```

This Transcript Contains Confidential Material

```
 1          want to get clarification on that.
 2               MR. CARTER:  I'm not sure that
 3          the -- that I'm bound by the notice
 4          and restricted from asking the
 5          questions of the witness about
 6          information he volunteers.
 7               MR. CURRAN:  Well, put it this
 8          way.  His authorization to speak on
 9          behalf of Al Rajhi Bank is limited by
10          the topics in your notice, so to the
11          extent you exceed those topics, you
12          may not attribute the testimony to Al
13          Rajhi Bank.
14               MR. CARTER:  And so I gather
15          then that to the extent the witness
16          volunteers information beyond the
17          topics, you would agree that he's not
18          testifying for the bank?
19               MR. CURRAN:  Well, I do agree
20          with that, sure.
21               Anyway, I just wanted to
22          confirm which category this fell
23          under.  But anyway, please proceed.
24               Is there a question pending?
25
```

This Transcript Contains Confidential Material

1    QUESTIONS BY MR. CARTER:

2         Q.    Sure.  Why don't we start a new

3    one.

4              Mr. Galloway, during your

5    earlier testimony, you told me that one of

6    the requirements of Al Rajhi Bank, at least

7    as of 1997, was that an account could not be

8    opened for a charitable organization without

9    a permit or license to do the charitable

10   work.

11             Is that what you told me?

12        A.    Yes, that's right.

13             There was -- your letter is

14   dated February 25, 2004, correct?

15        Q.    It is.  It's not my letter.

16             MR. CURRAN:  The letter that

17        Mr. Carter has put on the screen.

18   QUESTIONS BY MR. CARTER:

19        Q.    Mr. Galloway, do you --

20        A.    This -- yeah, the -- on January

21   the 4th, there was a letter by the bank to

22   SAMA to request clarity on future dealings

23   with some charity, including IIRO and Al

24   Haramain.  But predating this letter that's

25   on the screen.

This Transcript Contains Confidential Material

```
1                    And Mr. Abdullah al Rajhi notes

2      that Al Haramain Islamic Foundation is

3      already licensed.

4           Q.     Mr. Galloway, this is the

5      Abdullah al Rajhi who is the chairman whom

6      you interviewed?

7           A.     That's right.

8           Q.     And in preparation for your

9      deposition today, did you seek to ascertain

10     whether or not there was, in fact, a permit

11     or a license for Al Haramain on file at the

12     time of the opening of its accounts?

13                    MR. CURRAN:  Objection.  Vague

14          and overbroad.  Encompassing all

15          accounts, apparently.

16                    The witness may answer.

17                    THE WITNESS:  Yeah, there was a

18          sequence of events that came off the

19          back of this letter.  So February 25,

20          2004, which I believe is the letter

21          that you have on the screen, there was

22          a letter from the bank to the Ministry

23          of Islamic Affairs requesting

24          confirmation that all Al Haramain

25          charitable foundations have a license
```

This Transcript Contains Confidential Material

```
1              from the competent authority to carry

2              out charitable work.

3                      And there was a March 13, 2004

4              letter from Ministry of Islamic

5              Affairs stating that Al Haramain is

6              authorized to carry out charitable

7              work.

8                      And then there was a 10

9              March 2021 -- sorry, March 21, 2004,

10             the Ministry of Justice stated that Al

11             Haramain, IIRO and others -- other

12             organizations were legally established

13             and permitted to operate under the law

14             in KSA.

15                     So to me, that shows quite some

16             diligence to try and ensure that we

17             were compliant.

18     QUESTIONS BY MR. CARTER:

19         Q.    And that diligence occurred in

20     2004, correct?

21         A.    The last -- yeah, the 2004.

22     March 21 is the date of the last letter.

23         Q.    Do you know, based on your

24     preparations for the deposition, whether the

25     statement in this letter indicating that
```

This Transcript Contains Confidential Material

```
 1    there is no permit from the competent

 2    agencies for the Al Haramain Islamic

 3    Foundation to operate the charity work

 4    according to the documents provided by the Al

 5    Haramain Islamic Foundation to the company

 6    when opening its accounts, was true as of the

 7    date this letter was authored?

 8              MR. CURRAN:  Objection.  Lack

 9         of foundation.  Vague and overbroad as

10         to "accounts."

11              The witness may answer.

12              THE WITNESS:  This was

13         post-9/11/2001, and there was a SAMA

14         instruction that banks weren't to

15         close any accounts immediately after.

16              So what I believe this letter

17         was trying to do was to establish who

18         the competent authority was and ensure

19         that we did get a license.  And that

20         set of steps that we took as a bank, I

21         think, were designed to do that and

22         succeeded in doing that.

23    QUESTIONS BY MR. CARTER:

24         Q.    Mr. Galloway, that's not the

25    question I asked.  I just asked whether or
```

This Transcript Contains Confidential Material

1    not you know whether the statement in this

2    letter in the section paragraph, based on

3    your preparations, is true or not.

4              MR. CURRAN:  Objection.  Vague.

5         Overbroad.  Lacks foundation.

6              You may answer.

7              THE WITNESS:  I don't know that

8         that's true because subsequently the

9         correspondence found out that it was

10        licensed.  So I think this is

11        reflecting an uncertainty that might

12        have led to the chain of events that

13        I've described.

14   QUESTIONS BY MR. CARTER:

15        Q.    Well, the letter actually says

16   affirmatively that there is no permit from

17   the competent agencies, according to the

18   documents provided to the company when

19   opening its accounts.

20        A.    Yes.

21              MR. CURRAN:  Objection.

22   QUESTIONS BY MR. CARTER:

23        Q.    So the question is, is that --

24   do you know, based on your preparations,

25   whether that is an accurate statement at the

This Transcript Contains Confidential Material

1    time it was made?

2              MR. CURRAN:  At the time it was

3         made.

4              The witness may answer.

5              THE WITNESS:  To me, it

6         indicates more of a lack of certainty

7         about whether there was -- it was

8         licensed.

9              I think it's -- it appears to

10        be noting the requirement, and that

11        led then for -- the requirement for a

12        license.  And that led to a series of

13        correspondence following that to

14        ensure it was.  And ultimately, it was

15        confirmed that it was.

16   QUESTIONS BY MR. CARTER:

17        Q.    Okay.  I don't want to circle

18   around this endlessly.  The letter indicates

19   that there is no permit on file.

20             Do you know whether or not that

21   is true?

22             MR. CURRAN:  Objection.

23        Misstates the letter.  Lack of

24        foundation.  Vague and overbroad.

25             You may answer.

This Transcript Contains Confidential Material

```
 1                THE WITNESS:  I do not know
 2        that that is true.
 3   QUESTIONS BY MR. CARTER:
 4        Q.     And you agree with me that the
 5   Al Rajhi Bank official who authored this
 6   letter and provided the information to the
 7   Minister of Islamic Affairs was the current
 8   chairman, Abdullah al Rajhi?
 9        A.     I agree that his name is on the
10   bottom of the letter, but as I've said a
11   number of times, the bank took steps to
12   contact multiple government departments to
13   confirm whether it was in compliance with Al
14   Haramain.
15                And I can point you to a letter
16   on the 14th of May where there was a SAMA
17   circular saying that a license from the
18   Ministry of Labor or the Ministry of Islamic
19   Affairs required to practice activity for the
20   account opening purpose.
21                And then on the 30th of --
22   sorry, 20th of April, SAMA instructed banks
23   to consolidate.
24                My apologies.  I think that was
25   in relation to your earlier question.
```

This Transcript Contains Confidential Material

```
 1              Could you read back the
 2    question, please?
 3              MR. CURRAN:  I think he's
 4         asking whether Al Haramain was
 5         licensed at the time the accounts were
 6         opened by the bank previously.
 7              Isn't that right, Mr. Carter?
 8              MR. CARTER:  No.  I'm asking
 9         whether he knows one way or another
10         whether the statement in this document
11         that no permanent from the -- no
12         permit from the competent agencies for
13         Al Haramain Islamic Foundation to
14         operate the charity work was provided
15         by Al Haramain to Al Rajhi Bank when
16         opening its accounts.
17              MR. CURRAN:  Well, which
18         accounts are you referring to?
19              MR. CARTER:  I'm referring to
20         the letter.  It's Al Rajhi Bank's
21         business record.  It includes a
22         statement, and I'm asking the witness
23         whether or not in his preparations he
24         ascertained whether or not that
25         information was correct.
```

This Transcript Contains Confidential Material

```
 1                  MR. CURRAN:  Same objection.

 2                  The witness may answer.

 3                  THE WITNESS:  Well, what I can

 4          say, Mr. Carter, is there was a series

 5          of inquiries to ensure that we were in

 6          compliance.

 7     QUESTIONS BY MR. CARTER:

 8          Q.     And, Mr. Galloway, I have

 9     limited time, and I've asked a specific

10     question many times now.  And I'm just simply

11     asking whether you know, based on your

12     preparations, one way or the other, whether

13     the statement in the second paragraph of this

14     letter is accurate.

15          A.     I think it is saying that we

16     wanted to get certainty that it was licensed,

17     I believe, and that led to a sequence of

18     correspondence that resulted in the bank

19     confirming that it was.

20                  MR. CURRAN:  You've got your

21          answer, Mr. Carter.

22                  MR. CARTER:  I'm not sure I do,

23          but we can address that in another

24          way.

25
```

This Transcript Contains Confidential Material

1   QUESTIONS BY MR. CARTER:

2       Q.     Going back to the bank's

3   understanding of Al Haramain Islamic

4   Foundation's activities, was Al Rajhi Bank --

5   were you able to determine what knowledge Al

6   Rajhi Bank had concerning the locations where

7   Al Haramain was carrying out charity work?

8       A.     Can you clarify the question?

9              Do you mean the -- locations

10  meaning in KSA versus out of KSA?  Is that

11  what you're asking?

12      Q.     Yes.

13      A.     Yeah, they were KSA accounts.

14  Al Haramain KSA.

15      Q.     Do you happen to know whether

16  any of those accounts were created to support

17  charitable activities being carried out

18  outside of The Kingdom?

19      A.     To the best of my knowledge,

20  they weren't.

21      Q.     Would that have been relevant

22  information the bank would have wanted to

23  know in opening those accounts?

24             MR. CURRAN:  Objection.  Vague

25      and overbroad.

This Transcript Contains Confidential Material

```
 1    QUESTIONS BY MR. CARTER:

 2         Q.    Sorry, is there an answer?

 3         A.    What I can tell you is that on

 4    the Octo -- October 17, 1997, Al Haramain KSA

 5    was properly licensed and authorized to

 6    operate.  And the source of that is the

 7    Ministry of Islamic Affairs letter of

 8    October 17, 1997, that Al Haramain was acting

 9    under the Ministry's supervision.  And the

10    reference to that is 38901.

11         Q.    We'll get to that, but I don't

12    think it responds to the question I asked.

13         A.    Well, it predates the date of

14    this letter.

15              MR. CARTER:  Can you read back

16         the question I asked last?

17              (Court Reporter read back

18         question.)

19              MR. CURRAN:  You may answer.

20              But, Mr. Carter, I note that

21         your letter is still on the screen in

22         front of the witness, and he's trying

23         to be responsive.

24    QUESTIONS BY MR. CARTER:

25         Q.    Sorry, I'm not in control of
```

This Transcript Contains Confidential Material

```
 1    taking it down.  So we should take it down.
 2                 MR. CURRAN:  Do you understand
 3         the question?
 4                 THE WITNESS:  No, I don't.
 5    QUESTIONS BY MR. CARTER:
 6         Q.    Mr. Galloway, based on your
 7    preparation, do you know whether any of the
 8    Al Haramain accounts at Al Rajhi Bank were
 9    established to support Al Haramain activities
10    outside of The Kingdom?
11         A.    No, not to the best of my
12    knowledge.
13         Q.    Can we -- and for purposes of
14    opening accounts under the bank's own
15    procedures during 1998 through 2002, would it
16    have been relevant to ascertain whether an
17    account was being opened for purposes of
18    activities carried out outside of The
19    Kingdom?
20                 MR. CURRAN:  Objection.  Vague
21         and overbroad.
22                 You may answer.
23                 THE WITNESS:  To the best of my
24         knowledge, we didn't open accounts for
25         charitable work overseas.
```

This Transcript Contains Confidential Material

```
1                    (Al Rajhi Bank 30(b)(6) Exhibit

2           ARB 5 marked for identification.)

3    QUESTIONS BY MR. CARTER:

4           Q.     Can we mark as Exhibit 5 the

5    document at Tab 73?

6                    Mr. Galloway, this is a

7    document produced by Al Rajhi Bank at

8    Bates 38116.

9                    Have you seen this document in

10   preparation for your deposition?

11          A.     No, I have not seen this

12   document.

13          Q.     Okay.  And based on the

14   content, it -- the heading is that this is

15   the Al Haramain Islamic Foundation's account

16   numbers with the Al Rajhi Banking &

17   Investment Corp.

18                   Do you see that?

19          A.     I can see the highlighted

20   section, yes.

21          Q.     Okay.  And turning to the

22   second account identified, do you see that it

23   refers to the Asia committee?

24          A.     Yes, I can see that.

25          Q.     Okay.  And then in the
```

This Transcript Contains Confidential Material

1    description of the account across from that,

2    do you see that it refers to Palestine and

3    Chechnya?

4         A.    I can see that.

5         Q.    Do you happen to know whether

6    or not this account was created to support Al

7    Haramain activities in Palestine and

8    Chechnya?

9         A.    I do not know that.

10        Q.    To the extent that it was

11   created to support Al Haramain activities in

12   Palestine and Chechnya, would that

13   information have been relevant for know your

14   customer purposes when opening this account?

15             MR. CURRAN:  Objection.  Vague

16        and overbroad.

17             You may answer.

18             THE WITNESS:  Well, the

19        requirements for opening the account

20        were as I described to you earlier.

21        You had to know the charity, you had

22        to know it was registered, and you had

23        to know the directors and the

24        signatures.  And then you had to

25        ensure that there was appropriate

This Transcript Contains Confidential Material

```
 1            level of authority granted to open the

 2            account.

 3    QUESTIONS BY MR. CARTER:

 4            Q.    Okay.  And moving down, you see

 5    that there's an account described as the

 6    Africa committee?  Correct?

 7            A.    I don't see that.  Oh, yeah, I

 8    do now see it.

 9            Q.    And there's another for the

10    Europe committee.

11                  Do you see that?

12            A.    No, I do not.  Oh --

13            Q.    It's at number 5.

14            A.    Yeah.

15            Q.    Do you see that?

16            A.    Yes, I do.

17            Q.    And across from that, do you

18    agree that it refers to Albania, Bosnia and

19    Kosovo?

20            A.    I see those words on the

21    screen.

22            Q.    And number 7 refers to the

23    Zakat committee, correct?

24            A.    That's what it says on the

25    screen.
```

This Transcript Contains Confidential Material

1    Q.    And then the description of it

2  is Zakat outside of the Saudi Kingdom,

3  correct?

4    A.    That is also what it says on

5  the screen.

6    Q.    So based on this description of

7  the accounts, do you know one way or another

8  whether Al Rajhi Bank's accounts for Al

9  Haramain included accounts for activities

10  being carried out outside of The Kingdom?

11          MR. CURRAN:  Objection.  Vague

12      as to time frame.

13          You may answer.

14          THE WITNESS:  Can you repeat

15      again, please?

16  QUESTIONS BY MR. CARTER:

17    Q.    Well, you testified earlier

18  that it was your understanding that the

19  accounts that Al Rajhi Bank opened for Al

20  Haramain were solely for purposes of

21  activities in The Kingdom.

22          Is that correct?

23    A.    That was my understanding.

24    Q.    And I'm now showing you this

25  document, and I'm asking whether or not based

This Transcript Contains Confidential Material

1    on this document you still believe that to be

2    the case.

3              MR. CURRAN:  Same objection.

4              You may answer.

5              THE WITNESS:  It's an Al

6         Haramain document, not an Al Rajhi

7         document.  I'm not sure.

8    QUESTIONS BY MR. CARTER:

9         Q.    Okay.  So it was provided to

10   us, the plaintiffs, by Al Rajhi Bank from its

11   files.

12             So this is -- you would agree

13   with me that this is information that was

14   available to Al Rajhi Bank, correct?

15             MR. CURRAN:  Objection as to

16        form with respect to time frame.

17             You may answer.

18             THE WITNESS:  If provided by Al

19        Rajhi Bank, I would assume that's

20        correct, yes.

21   QUESTIONS BY MR. CARTER:

22        Q.    And going down to the notation

23   below the chart itself, it says, "Please

24   deposit the donations allocated to a specific

25   country to the account of the concerned

This Transcript Contains Confidential Material

1    committees - Asia committee, Europe

2    committee, Africa committee."

3            Do you see that as well?

4        A.    Yes, I do.

5        Q.    And do you agree that's

6    referencing donations for countries that are

7    outside of Saudi Arabia?

8        A.    Well, it would be -- it would

9    be to accounts inside Saudi Arabia.

10       Q.    It refers to where the

11   donations are being allocated.

12       A.    Yes.  But the accounts were

13   held in Saudi Arabia, no?

14       Q.    Okay.  But the line of

15   questioning that we're involved in right now

16   is whether or not certain of the accounts in

17   Saudi Arabia were established to support

18   activities conducted outside of The Kingdom.

19            Do you recall that that's what

20   we were discussing?

21            MR. CURRAN:  Objection.  Lack

22       of foundation.

23            You may answer.

24            THE WITNESS:  I can't be sure

25       from what's written here, no.

This Transcript Contains Confidential Material

```
1     QUESTIONS BY MR. CARTER:
2          Q.     The last sentence of that
3     statement, or note, beneath the chart says,
4     "The deposit notice, together with the
5     purpose of the donation, shall be sent to fax
6     number 4623306."
7                 Do you see that?
8          A.     Yeah, I do.
9          Q.     In your preparations, did you
10    obtain any information about a procedure
11    under which the bank would fax a deposit
12    notice and a purpose of the donation to Al
13    Haramain?
14         A.     I have no direct knowledge of
15    that, no.
16         Q.     And do you have any
17    understanding where a fax like that to Al
18    Haramain would have been filed?
19                MR. CURRAN:  Objection.  Lack
20         of foundation.
21                You may answer.
22                THE WITNESS:  You're saying
23         that's an Al Rajhi fax number?
24    QUESTIONS BY MR. CARTER:
25         Q.     No.  I'm not -- I'm not saying
```

This Transcript Contains Confidential Material

```
 1    that at all.  I don't know whose fax number
 2    it is.
 3         A.    So what -- could you repeat the
 4    question then so I can understand what you
 5    wanted me to answer?
 6         Q.    My reading of the sentence is
 7    that it is requesting that Al Rajhi Bank send
 8    the deposit notice, together with the purpose
 9    of the donation, to a particular fax number.
10              Do you -- did you, in your
11    preparations, come across any information
12    about such a procedure relating to the Al
13    Haramain accounts?
14         A.    I'm not aware of that
15    procedure, no.
16         Q.    And do you have any idea where
17    communications of that nature would be
18    archived based on your preparations for the
19    deposition?
20         A.    I could assume they might be in
21    the customer information file, but I don't
22    know that definitively.
23         Q.    And with regard to the customer
24    information file, would there be any
25    individual customer information files at each
```

This Transcript Contains Confidential Material

```
1    of the branches where accounts were

2    maintained?

3         A.      Initially, and then now they're

4    being consolidated to central archive, I

5    recall, from around 2002.

6              (Al Rajhi Bank 30(b)(6) Exhibit

7         ARB 6 marked for identification.)

8    QUESTIONS BY MR. CARTER:

9         Q.      Can we mark as the next exhibit

10   the document at Tab 39?

11             Take a moment and review that

12   document, Mr. Galloway.

13        A.      Yeah, I've read it.

14        Q.      Okay.  This is a document

15   produced by Al Rajhi Bank at 40258, and on

16   its face it appears to be a letter on Muslim

17   World League International Islamic Relief

18   Organization Saudi Arabia letterhead to the

19   director of Al Rajhi Banking & Investment

20   Corp., Al Sharafeyah branch; is that correct?

21        A.      It appears to be so.

22        Q.      And have you had occasion to

23   review this document prior to this morning?

24   Or today?  Sorry.

25        A.      No, I have not reviewed this
```

This Transcript Contains Confidential Material

1     particular document.

2          Q.     Okay.  In the first paragraph

3     of the letter, it refers to an earlier letter

4     dated September 24, 2002, about assigning

5     responsibility to send a circular to all

6     local branches about not transferring any

7     amounts to a combined account.

8               Do you see that?

9          A.     I do see that.

10         Q.     And in your preparations for

11    today's deposition relating to the bank's

12    relationship with the IIRO, did you have

13    occasion to conduct an inquiry to find out

14    what that was about?

15              MS. BEMBRY:  Objection.  Vague.

16              THE WITNESS:  No, I did not.

17    QUESTIONS BY MR. CARTER:

18         Q.     Beneath that, it talks about

19    balances being transferred to our following

20    accounts.  And the second to last account

21    referenced is Martyrs of Al Aqsa Orphans.

22              Do you see that?

23         A.     Yes, I do see that.

24         Q.     And do you know what Martyrs of

25    Al Aqsa Orphans refers to?

This Transcript Contains Confidential Material

```
 1                    MS. BEMBRY:  Objection.  Lack
 2          of foundation.
 3                    MR. CURRAN:  Same objection.
 4                    You may answer.
 5                    THE WITNESS:  I have no direct
 6          knowledge of that.
 7     QUESTIONS BY MR. CARTER:
 8          Q.    And in your preparations for
 9     today's deposition, did you come across
10     information indicating that Al Rajhi Bank
11     maintained an account for the International
12     Islamic Relief Organization in the name
13     Martyrs of Al Aqsa Orphans?
14                    MR. CURRAN:  Objection.  Lack
15          of foundation.
16                    You may answer.
17                    MS. BEMBRY:  Same objection.
18                    THE WITNESS:  No, I did not.
19          No, I did not.
20     QUESTIONS BY MR. CARTER:
21          Q.    You did not?
22                    Do you know whether Martyrs of
23     Al Aqsa Orphans refers to activities in The
24     Kingdom or outside?
25                    MS. BEMBRY:  Objection to form.
```

This Transcript Contains Confidential Material

```
1                    THE WITNESS:  No, I do not.

2    QUESTIONS BY MR. CARTER:

3         Q.    And do you know -- did you see

4    any documents in your preparations concerning

5    any review of the purpose of this account?

6                    MS. BEMBRY:  Objection.  Vague.

7    QUESTIONS BY MR. CARTER:

8         Q.    By Al Rajhi Bank?

9         A.    No, I did not.

10                    And I didn't see anything in

11   the -- in the guide that was delivered to

12   help prepare for this that would have led me

13   to believe you wanted such a specific

14   response.

15        Q.    Mr. Galloway, in preparing for

16   the deposition concerning Al Rajhi Bank's

17   relationships with Al Haramain Islamic

18   Foundation, did you take any steps to

19   determine whether or not Al Haramain's

20   accounts at Al Rajhi Bank were being used to

21   send money overseas?

22                    Strike that.

23                    Did you undertake any inquiry

24   to determine whether the Al Haramain accounts

25   at Al Rajhi Bank during 1998 through 2002
```

This Transcript Contains Confidential Material

```
 1    were being used to send funds outside of
 2    Saudi Arabia?
 3                 MR. CURRAN:  Objection as to
 4          form.  I think it's beyond the scope
 5          of any of the designated areas of
 6          inquiry.
 7                 You may answer.
 8                 THE WITNESS:  Yeah, I did not
 9          directly, no.
10    QUESTIONS BY MR. CARTER:
11          Q.    Do you know one way or another
12    whether the accounts were used to send money
13    outside of The Kingdom?
14                 MR. CURRAN:  Same objections.
15                 You may answer.
16                 THE WITNESS:  No, I have no
17          specific knowledge of that.
18    QUESTIONS BY MR. CARTER:
19          Q.    And what about with regard to
20    the IIRO accounts?  Did you come across any
21    information that would indicate whether those
22    accounts were being used to send money
23    outside of The Kingdom?
24                 MR. CURRAN:  Same objection.
25                 You may answer.
```

This Transcript Contains Confidential Material

```
 1                    THE WITNESS:  No, I did not.
 2    QUESTIONS BY MR. CARTER:
 3         Q.     And I take it that you don't
 4    know one way or the other whether they were?
 5         A.     That's correct.
 6                    MR. CURRAN:  Same objection.
 7                    THE WITNESS:  I did not have
 8         any inquiry about IIRO's transactions
 9         specifically.
10                    (Al Rajhi Bank 30(b)(6) Exhibit
11         ARB 7 marked for identification.)
12    QUESTIONS BY MR. CARTER:
13         Q.     You had earlier mentioned a
14    1997 letter from the Ministry of Islamic
15    Affairs produced at ARB 38201.  And that
16    letter is at Tab 27, and I'd like to mark it
17    as the next exhibit.
18         A.     Could you please direct me to
19    the general area you're asking the questions
20    about now, please?
21         Q.     Well, you brought it up earlier
22    in your testimony about the licensing
23    requirements for the charities.  And from my
24    perspective, it would be relevant to the
25    inquiries concern -- I'm sorry, concerning
```

This Transcript Contains Confidential Material

1    both category number 1, relating to the

2    bank's relationship with these entities, as

3    well as various topics under category 2,

4    including 2(d).

5         A.    Yeah.

6         Q.    2(d).

7              MR. CURRAN:  Is this a one-page

8         document, Mr. Carter?

9              MR. CARTER:  It is.

10             MR. CURRAN:  Thank you.

11             THE WITNESS:  Go ahead.

12   QUESTIONS BY MR. CARTER:

13        Q.    Okay.  And, Mr. Galloway, is

14   this the 1997 letter you referenced in your

15   testimony earlier?

16        A.    The October 17 is the date?

17   16th of June, it says.  17 October, yeah,

18   thank you.

19        Q.    Okay.  And did you review this

20   document in preparation for your deposition

21   today?

22        A.    I have read that document, yes.

23        Q.    And is it your understanding

24   that this is a document that was sent from

25   The Kingdom's Ministry of Islamic Affairs and

This Transcript Contains Confidential Material

1    at some point received by Al Rajhi Bank?

2        A.    That is my understanding, yes.

3        Q.    The document, as you noted, is

4    dated October 17, 1997, correct?

5        A.    Yeah, that's correct.

6        Q.    And --

7        A.    The Gregorian equivalent of the

8    Hijri date, yeah.

9        Q.    Yeah, I'm sorry, I should have

10   mentioned that.

11            And is this document addressed

12   to Al Rajhi Bank?

13            MR. CURRAN:  Objection as to

14       form.

15            You may answer.

16            THE WITNESS:  I don't see

17       any direct reference to Al Rajhi Bank

18       on the letter.

19   QUESTIONS BY MR. CARTER:

20       Q.    On its face, it appears that

21   it's directed to His Excellency, director of

22   Riyadh Passports Administration.

23            Do you agree with that?

24       A.    I agree that's what's written

25   there.

This Transcript Contains Confidential Material

1        Q.      And is the -- is His

2   Excellency, the director of Riyadh Passports

3   Administration, a position at Al Rajhi Bank

4   that you're aware of?

5        A.      No, it's not, but I wouldn't

6   see this as evidence that they're licensed to

7   operate.  The fact that it's an official

8   document says that they're operating under

9   the Ministry's supervision.  But I don't

10  see -- I don't see the addressee is

11  necessarily critical.

12       Q.      Okay.  Well --

13       A.      The facts --

14       Q.      The document on its face

15  reflects that it was sent on October 17,

16  1997, from the Ministry to the director of

17  Riyadh Passports Administration, correct?

18       A.      That appears to be so.

19       Q.      And it doesn't include any cc

20  to Al Rajhi Bank, does it?

21       A.      I can't see that on the sheet,

22  no.

23       Q.      And is there any indication in

24  the document when it was actually received by

25  Al Rajhi Bank?

This Transcript Contains Confidential Material

```
 1                      MR. CURRAN:  Objection to form.
 2                 The witness may answer.
 3                 The witness is trying to look
 4           at the document on his computer there.
 5                      THE WITNESS:  There appears to
 6           be a stamp on the Arabic translation
 7           below, but I'm not able to see if
 8           that's an Al Rajhi stamp or whether
 9           it's received by Al Rajhi Bank.
10     QUESTIONS BY MR. CARTER:
11           Q.     You don't know what that stamp
12     is because it's in Arabic, right?
13           A.     That's correct.
14           Q.     Yeah.  And the translation we
15     have of the seal is Kingdom of Saudi Arabia,
16     Ministry of Islamic Affairs, Endowments,
17     Da`wah and Guidance, Deputy Minister's
18     Office.
19                 And I know that you said you
20     reviewed this document in preparation for
21     your deposition.
22                 Do you have information that's
23     different from that translation of the seal?
24           A.     No, I don't, but I would agree
25     that the contents of this letter says that
```

This Transcript Contains Confidential Material

```
1     they're licensed to operate, or their

2     operating under the supervision of the

3     relevant authority.  That's what I --

4          Q.    The document we have here does

5     not indicate when it was actually sent to Al

6     Rajhi Bank?

7          A.    Yeah, I can't see anything on

8     the letter that says the date it sent.

9     That's correct.

10         Q.    And do you know whether Al

11    Rajhi Bank had preexisting accounts opened in

12    favor of Al Haramain prior to this 1997 date?

13              MR. CURRAN:  Objection.  Beyond

14         the scope of this limited

15         jurisdictional discovery.

16              The witness may --

17              MR. CARTER:  Chris, in response

18         to that, the scope issues and timeline

19         issues for jurisdictional discovery

20         had much to do with the burden

21         considerations relating to document

22         production, and we don't necessarily

23         view them as applicable to questioning

24         of a witness who's had the opportunity

25         to interview people.
```

This Transcript Contains Confidential Material

```
 1              But we can proceed on that
 2         basis.
 3              MR. CURRAN:  We disagree with
 4         that analysis.  We think the time --
 5         the designated time period is what it
 6         is.
 7              But the witness may answer.
 8              THE WITNESS:  I haven't done a
 9         direct match between the dates and the
10         account opening dates, but this --
11         this letter was sought in order to
12         verify that the accounts were under
13         the supervision of the relevant
14         authority.
15    QUESTIONS BY MR. CARTER:
16         Q.    What information do you have
17    that this letter was sought for that purpose?
18         A.    Now I've had a glance at that,
19    I don't have any -- at this time I can't
20    answer that.
21         Q.    Based on the content of this
22    document from Al Rajhi Bank's files, was it
23    Al Rajhi Bank's understanding that Al
24    Haramain Islamic Foundation was working under
25    the supervision of the Ministry of Islamic
```

This Transcript Contains Confidential Material

1    Affairs?

2         A.    At the time -- say the question

3    again, please?

4              Could you repeat -- could you

5    repeat the question, please?

6         Q.    Was it Al Rajhi Bank's

7    understanding based on your preparations

8    during the period 1998 through 2002 that Al

9    Haramain Islamic Foundation was operating

10   under the supervision of the Ministry of

11   Islamic Affairs of Saudi Arabia?

12        A.    Yes, it was.

13        Q.    And on its face, that's what

14   this October 1997 letter says, correct?

15             MR. CURRAN:  Objection to form.

16        Lack of foundation.

17             You may answer.

18             THE WITNESS:  Yes, it says --

19        the words say the Al Haramain Islamic

20        Foundation's working under our

21        supervision.

22   QUESTIONS BY MR. CARTER:

23        Q.    And the letter is signed by

24   Saleh bin Abdel Aziz bin Mohamed Al

25   ash-Sheikh, correct?

This Transcript Contains Confidential Material

```
 1          A.     Yes, it is.

 2          Q.     And as part of your

 3     preparations, did you determine who he was

 4     during this period of time?

 5          A.     Yes, I did.

 6          Q.     Okay.  And what is Al Rajhi

 7     Bank's understanding of who Saleh bin Abdel

 8     Aziz bin Mohamed Al ash-Sheikh was during

 9     this period of time?

10          A.     He was on the charity board, if

11     I'm not mistaken.

12          Q.     Is it possible you're referring

13     to a different person?

14          A.     Yes, it could be.

15                 Would you mind if I have a

16     short break?

17                 MR. CARTER:  No.  As a

18          matter -- let's -- yeah, let's do the

19          short break.  I think there's

20          technically a question pending, but

21          that's fine.  We can take a break and

22          restart.

23                 VIDEOGRAPHER:  Off record.  The

24          time is 5:49.

25           (Off the record at 5:49 p.m.)
```

This Transcript Contains Confidential Material

```
 1                    VIDEOGRAPHER:  Back on record.

 2          The time is 6:03.

 3    QUESTIONS BY MR. CARTER:

 4          Q.    Mr. Galloway, before we took

 5    the short break, we were discussing Saleh bin

 6    Abdel Aziz bin Mohamed Al ash-Sheikh.

 7                    Do you recall that?

 8          A.    Yes, I do.

 9          Q.    And I was about to say, I think

10    there might have been some confusion in

11    regards to one of your remarks.

12                    Do you want to clarify

13    something about this individual?

14          A.    Thank you.  Yes, I would.

15                    I understand the gentlemen

16    Saleh bin Abdel Aziz bin Mohamed Al

17    ash-Sheikh had a role as Deputy Minister of

18    Islamic Affairs and also had a secondary role

19    as the superintendent general of Al Haramain,

20    KSA.

21          Q.    And I take it from that that he

22    was not involved in any Sharia committee at

23    Al Rajhi Bank that you're aware of?

24          A.    That's also correct.  That was

25    my error.
```

This Transcript Contains Confidential Material

```
 1          Q.      And just to pick up on what you
 2     just said, the letter that we're discussing
 3     right now identifies Saleh bin Abdel Aziz bin
 4     Mohamed Al ash-Sheikh as both Deputy Minister
 5     of Islamic Affairs and general supervisor of
 6     Al Haramain, correct?
 7          A.      Yes, it does, and that was
 8     something I inquired about, and including
 9     asking the chairman.
10              And firstly, I would say it's
11     really not for the bank to decide how many or
12     which roles he has.  But for people in senior
13     government departments, it's not unusual for
14     the -- in Saudi to also have charitable
15     associations.  So this was not considered
16     anything unusual outside of context.
17          Q.      But it was the bank's
18     understanding that he was serving in both
19     those capacities during this time period?
20          A.      That letter indicates that.
21          Q.      And did the bank's chairman
22     have any information on that issue?
23          A.      No.  I asked him, and he did --
24     I didn't ask about the specific letter, but I
25     asked him why would it be that he seems to
```

This Transcript Contains Confidential Material

1    have dual roles, and he said it wasn't

2    considered unusual with other senior figures

3    in Saudi Arabia.

4              And I guess in a western

5    context, it's not unusual for senior

6    distinguished figures to also serve on

7    charitable organizations, in my experience.

8         Q.    Do you happen to know from your

9    conversation with the chairman whether he had

10   any direct dealings with Saleh bin Abdel Aziz

11   bin Mohamed Al ash-Sheikh?

12        A.    No --

13             MR. CURRAN:  Objection.  Vague.

14             You may answer.

15             THE WITNESS:  No, I don't know

16        that directly.  But he knew of him,

17        and he certainly is a respected figure

18        here in The Kingdom of Saudi Arabia.

19   QUESTIONS BY MR. CARTER:

20        Q.    And we spent a bit of time

21   earlier discussing the letter from Abdullah

22   al Rajhi that was marked -- sorry.

23             Do you recall which exhibit

24   number that was?  It's a prior exhibit.

25             GINA VELDMAN:  It was the

This Transcript Contains Confidential Material

```
1        exhibit before this?

2               MR. CARTER:  Yes.

3               GINA VELDMAN:  That would be

4        Tab -- that would be Tab 39.

5               MR. CARTER:  Yeah.  Can we put

6        that back up?

7               GINA VELDMAN:  Do you want both

8        or just one?

9               MR. CARTER:  I'm sorry, that's

10       not the one.

11              GINA VELDMAN:  Okay.  Maybe

12       this one?

13              MR. CARTER:  Yes.  Which was

14       Tab 34 in Exhibit 4.

15   QUESTIONS BY MR. CARTER:

16       Q.     Okay, yeah, Exhibit 4.

17              And this, as we discussed

18   previously, is a letter from the now

19   chairman, then director general, Abdullah al

20   Rajhi, to the same minister, Saleh bin Saleh

21   bin Abdel Aziz bin Mohamed Al ash-Sheikh,

22   correct?

23       A.     It appears to be.

24              (Al Rajhi Bank 30(b)(6) Exhibit

25       ARB 8 marked for identification.)
```

This Transcript Contains Confidential Material

1    QUESTIONS BY MR. CARTER:

2        Q.    Can we mark as the next exhibit

3    the document at Tab 30?

4            GINA VELDMAN:  This is

5        Exhibit 8.

6    QUESTIONS BY MR. CARTER:

7        Q.    Mr. Galloway, take a second to

8    review that document, and let me know if

9    you've read it in preparation for your

10   deposition today.

11       A.    Yes, I'm aware of this.

12       Q.    And this is a document produced

13   by Al Rajhi Bank dated September 26, 1998, in

14   the Gregorian calendar, from the Al Haramain

15   Islamic Foundation's general supervisor's

16   officer to Al Rajhi Bank, correct?

17       A.    That appears to be true, yeah.

18       Q.    And it's addressed to His

19   Excellency, director general of Al Rajhi

20   Banking & Investment Corp.

21            Do you know who held that

22   position in September of 1998?

23       A.    No, I don't.

24       Q.    Do you happen to know whether

25   that would have been Abdullah al Rajhi?

This Transcript Contains Confidential Material

```
 1          A.      I don't know that with the
 2   material I have with me.
 3          Q.      And in the letter, the minister
 4   requests that the bank transfer nine accounts
 5   into the name of Al Haramain Islamic
 6   Foundation, correct?
 7          A.      Yes, that's what it says.
 8          Q.      And the minister also --
 9          MR. CURRAN:  I'm sorry, are you
10       on 2(e) now?  Is that the inquiry?
11          MR. CARTER:  It would be 2(d),
12       2(e), 2(c), all of those.
13          MR. CURRAN:  Okay.  Thank you.
14   QUESTIONS BY MR. CARTER:
15          Q.      Mr. Galloway, am I correct that
16   this letter is a request from Saleh bin Abdel
17   Aziz bin Mohamed Al ash-Sheikh to Al Rajhi
18   Bank to transfer nine accounts into the name
19   of Al Haramain Islamic Foundation?
20          A.      Yes, that's what it says.
21          Q.      Okay.  And in the letter, Saleh
22   bin Abdel Aziz bin Mohamed Al ash-Sheikh also
23   provides instructions concerning the
24   individual who should have signatory
25   authority for the combined account, correct?
```

This Transcript Contains Confidential Material

```
 1          A.      Yeah, they provided a list of
 2    them.
 3          Q.      And in this letter, the --
 4    well, in this letter it says that the
 5    signatory should be limited to persons
 6    identified by Al Haramain's director general,
 7    Sheik Aqil bin Abdel Aziz al Aqil, correct?
 8          A.      The pictures for the video are
 9    over some of the text that you're referring
10    to.
11          Q.      Oh, sorry.
12          A.      I've got a copy here.  It's
13    okay.  Okay.
14                  To persons authorized by --
15    yes, I agree with that.
16          Q.      And during this time period,
17    was it Al Rajhi Bank's understanding that
18    Deputy Minister of Islamic Affairs, Saleh bin
19    Abdel Aziz bin Mohamed Al ash-Sheikh, had
20    authority to make a request of this nature
21    concerning the Al Haramain accounts?
22          A.      Well, he couldn't have acted on
23    this naturally.  If he was writing it, any
24    consolidation would have been subject to
25    controls.
```

This Transcript Contains Confidential Material

```
1          Q.      Yeah, I'm not asking whether or
2     not he had authority to direct whether Al
3     Rajhi Bank complied with the request, but was
4     it Al Rajhi Bank's understanding that Deputy
5     Minister Al ash-Sheikh had authority to make
6     requests on behalf of Al Haramain concerning
7     its accounts?
8          A.      Yes, I believe so.
9                  (Al Rajhi Bank 30(b)(6) Exhibit
10         ARB 9 marked for identification.)
11    QUESTIONS BY MR. CARTER:
12         Q.      And if we can mark as the next
13    exhibit the document at Tab 32.
14                 Mr. Galloway, have you seen
15    this document in preparation for your
16    deposition today?
17         A.      That specific document I don't
18    recall.
19         Q.      Okay.  It was produced by Al
20    Rajhi Bank at 38573.  And, again, on its face
21    it appears to be a letter from the Deputy
22    Minister's Office at the Ministry of Islamic
23    Affairs to the director general of Al Rajhi
24    Banking & Investment Corp.
25                 Do you agree with that?
```

This Transcript Contains Confidential Material

1    A.    Yes, it appears to be the case.

2    Q.    Okay.  And it's dated

3    January 29, 1997, right?

4    A.    That's the Gregorian date.

5    Q.    Yeah.

6          And the letter indicates that

7    it is fine to keep Al Haramain Islamic

8    Foundation's account number, redacted, 55 at

9    your branch number, also redacted.

10         Do you see that?

11   A.    I see that.

12   Q.    Okay.  And again, based on your

13   preparations, is it your understanding that

14   Al Rajhi Bank understood that the deputy

15   minister, Saleh bin Abdel Aziz bin Mohamed Al

16   ash-Sheikh, had authority to make this type

17   of request for Al Haramain during this time

18   period?

19   A.    Yes, it is my belief that he

20   was authorized.  Although I would note that

21   that falls outside the relevant period.

22         MR. CURRAN:  You're doing my

23         job.

24   QUESTIONS BY MR. CARTER:

25   Q.    Correct.

This Transcript Contains Confidential Material

```
 1              But would inform -- would
 2    inform the bank's understanding during the
 3    relevant period of his authority, correct?
 4                   MR. CURRAN:  Same objection.
 5                   You may answer.
 6                   THE WITNESS:  That's possible.
 7                   (Al Rajhi Bank 30(b)(6) Exhibit
 8         ARB 10 marked for identification.)
 9    QUESTIONS BY MR. CARTER:
10         Q.    Can we mark as the next exhibit
11    the documents at Tab 14?
12                   Mr. Galloway, have you had a
13    chance to look at these documents?
14                   MR. CURRAN:  Is there more than
15         one?
16                   MR. CARTER:  Yeah.  Chris,
17         this includes an additional
18         attachment.
19                   MR. CURRAN:  Okay.  Gotcha.
20                   MR. CARTER:  It was produced by
21         the bank twice, the cover page, I
22         think, and we're going to go over that
23         very quickly.
24                   THE WITNESS:  Yeah, I'm
25         familiar with the request.
```

This Transcript Contains Confidential Material

```
1     QUESTIONS BY MR. CARTER:
2          Q.     And the first page of this
3     exhibit appears to be identical to the letter
4     we marked as Exhibit Number 8 that was
5     separately produced at ARB 38200.
6                 Do you agree?
7          A.     Can you say that again?  I
8     missed what you said.
9          Q.     Okay.  The first page of this
10    exhibit that we've just marked --
11         A.     Yeah.
12         Q.     -- appears to be --
13         A.     Sorry.
14         Q.     Yeah, it's identical to the
15    document we previously reviewed that was
16    marked as Exhibit 8, right?
17                MR. CURRAN:  It was Exhibit 8
18         or 9.  You saw that.
19                THE WITNESS:  Yeah, that's
20         correct.
21    QUESTIONS BY MR. CARTER:
22         Q.     Okay.  And this version
23    includes a second page that appears to
24    identify the nine accounts that are subject
25    of Deputy Minister Al ash-Sheikh's requests,
```

This Transcript Contains Confidential Material

```
 1    correct?

 2         A.     Yeah, that's right.

 3         Q.     And it also identifies the

 4    individuals who will have signatory authority

 5    for the accounts?

 6         A.     Yeah.  The four on the bottom

 7    is what you're referring to there.

 8         Q.     Yeah.

 9                And do you know under what name

10    those accounts were established and held as

11    of the date of this letter?

12         A.     Prior to being shifted to Al

13    Haramain, is that what you're saying?

14         Q.     Yes.

15         A.     I do not know that directly,

16    no.

17                I believe they were under

18    individual accounts and then consolidated to

19    Al Haramain, but I don't know the specific

20    names of the individual accounts.

21         Q.     So your belief is that --

22         A.     Sorry.  Go ahead.

23         Q.     Your understanding is that the

24    accounts had been opened under the names of

25    individual natural persons?
```

This Transcript Contains Confidential Material

```
 1                    MR. CURRAN:  Objection.  Vague.
 2               You may answer.
 3                    THE WITNESS:  These were
 4          existing accounts that they were
 5          asking to have consolidated into -- or
 6          shifted into the name of the charity.
 7     QUESTIONS BY MR. CARTER:
 8          Q.    And do you know whose names
 9     those nine accounts were under at the time --
10          A.    No.
11          Q.    -- the request was made to
12     shift them?
13          A.    I believe the list was supplied
14     with the nine names, which is the -- I
15     believe there was a list that included the
16     names, was my understanding.
17          Q.    That -- the nine names would be
18     information that Al Rajhi Bank would have
19     available to it?
20          A.    I would need to check that.
21          Q.    But the core banking system
22     should be able to go back to September 26,
23     1998, and look at these accounts and see
24     whose names they were under?
25          A.    Yeah, that's possible.
```

This Transcript Contains Confidential Material

```
 1                (Al Rajhi Bank 30(b)(6) Exhibit
 2        ARB 11 marked for identification.)
 3   QUESTIONS BY MR. CARTER:
 4        Q.     And if we can mark next the
 5   document at Tab 15.
 6        A.     Just a moment, please.  We're
 7   just getting it on the screen.
 8                I've read that.
 9        Q.     Okay.  And this communication
10   also concerns the request to change the
11   accounts, the nine accounts, into the name of
12   Al Haramain, correct?
13        A.     Yes.
14        Q.     And this is an internal Al
15   Rajhi Bank document?
16        A.     That's right.  And it was
17   triggered in order to make sure the process
18   was robust and people were clear what had to
19   be done.
20        Q.     Right.
21                And the author of this is
22   identified as Azzam al Abdullah Aba al Khail,
23   the deputy director general for the banking
24   group.
25                Do you see his name?
```

This Transcript Contains Confidential Material

```
 1           A.      Yes, I do.

 2           Q.      Do you know him?

 3           A.      Not personally, no, I don't

 4    know him.

 5           Q.      Is he still at the bank?

 6           A.      I have not checked that.

 7           Q.      Are you familiar with his name?

 8           A.      Not familiar with his name as a

 9    result of working the bank; only as a result

10    of reading it on the page here.

11           Q.      Do you know what his role was

12    as deputy director general for the banking

13    group?

14           A.      I don't know specifically, but

15    it was a senior role, based on the title.

16           Q.      And do you know whether or not

17    in that senior role he reported to Abdullah

18    al Rajhi?

19           A.      I do not know that.

20           Q.      And do you agree that Azzam al

21    Abdullah Aba al Khail indicates that the

22    request made by the deputy minister to

23    transfer the accounts should be carried out?

24           A.      Well, it was with additional

25    controls.  There were -- this is a process
```

This Transcript Contains Confidential Material

1    that was followed to allow the individual

2    names to be moved into the Al Haramain

3    account names, but there were additional

4    specific controls outlined by the bank to

5    ensure that that was done.  And there was a

6    high-level signoff which included the

7    signature of the gentleman on this letter.

8                So this was a process we had,

9    but to do such a change was a process that

10   had additional controls and measures around

11   it for protection of the customer as well as

12   the protection of the bank.

13        Q.    Okay.  And what were those

14   controls trying to protect?

15        A.    They were trying to make sure,

16   firstly, that the accounts obviously were

17   opened in the name of the charity, but

18   that -- when you're moving, normally you

19   would close an account and open an new

20   account.  This was taking the account number

21   and changing the name on it.

22                So for that, they needed to

23   ensure that the -- the identification of the

24   new party was now on, that any old checkbooks

25   and things for the old accounts were

This Transcript Contains Confidential Material

1    recovered and that the account balance was

2    agreed.

3              And then because it was a

4    charity account, there were additional checks

5    and controls which we've discussed earlier,

6    and then there was a higher-level signing

7    authority.

8              There was a very clear process

9    laid out to make sure that this was done well

10   and done properly.

11        Q.    Okay.  Where in this letter

12   does it refer to an additional level of

13   controls to be reviewed relating to charity

14   accounts?

15        A.    Yeah, there was --

16             MR. CURRAN:  Object as to form.

17        Lack of foundation.

18             You may answer.

19             THE WITNESS:  Yeah, the --

20        there was a -- let me -- just a

21        moment.  I'll just go to my notes,

22        please.

23             Yeah, there was an internal

24        document created -- I don't have a

25        reference for it here, but which I've

This Transcript Contains Confidential Material

```
1           cited, that made clear the processes
2           to be followed.  And that was to be
3           read in conjunction with the branch
4           manual that I've spoken to you about
5           before, the manual 1997 edition.  And
6           these processes were followed.
7                And the head of internal audit
8           and the branch manual where the
9           process is today were the sources that
10          I referenced for that.
11  QUESTIONS BY MR. CARTER:
12       Q.    Based on your understanding of
13  the branch manual and the procedures
14  reflected therein, would it have been
15  appropriate for Al Haramain to have accounts
16  opened that were not in its name during this
17  time period?
18                MR. CURRAN:  Objection as to
19          form.
20                You may answer.
21                THE WITNESS:  If accounts were
22          opened in a personal name, they would
23          have been subject to personal
24          onboarding.
25                Accounts opened in a charity
```

This Transcript Contains Confidential Material

```
 1          name, I think it was a -- for -- this

 2          is -- what's the date of this?

 3    QUESTIONS BY MR. CARTER:

 4          Q.     1998.

 5          A.     Yeah, I -- the -- there was

 6    accounts opened, clearly.  Would those

 7    accounts have conducted charitable

 8    activities?  There was nothing potentially

 9    preventing that, I don't believe.

10          Q.     Let me ask the question this

11    way.

12                 Were the procedures for

13    onboarding a personal account different from

14    those applicable to a charity account in this

15    time period?

16                 MR. CURRAN:  Objection.  Vague.

17                 You may answer.

18                 THE WITNESS:  As of the 1997

19          document, that is -- the branch manual

20          document, that's true.

21    QUESTIONS BY MR. CARTER:

22          Q.     And during this time period,

23    1998, would it have been appropriate for Al

24    Haramain to have had individual officials

25    open accounts in their names for purposes of
```

This Transcript Contains Confidential Material

```
 1    Al Haramain's operations?
 2                MR. CURRAN:  Objection.  Vague.
 3                You may answer.
 4                THE WITNESS:  By "appropriate,"
 5         I'm not sure what you mean by that.
 6    QUESTIONS BY MR. CARTER:
 7         Q.    Well, you have some familiarity
 8    with know your customer procedures, correct?
 9         A.    Yes, I do.
10         Q.    And are those designed to make
11    sure that the bank knows who the real owner
12    of a bank account is?
13         A.    That's correct, but these
14    were -- these were accounts opened by
15    individuals, and they would have been the
16    real owner of the account.
17         Q.    Okay.  Would they be a real
18    owner of the account if the account was being
19    used for purposes of Al Haramain's
20    activities?
21                MR. CURRAN:  Objection as to
22         form.
23                You may answer.
24                THE WITNESS:  We would have
25         verified the identity of the person
```

This Transcript Contains Confidential Material

```
 1              opening the account when it was done.

 2     QUESTIONS BY MR. CARTER:

 3         Q.    Would you have required that

 4     person to show that he and his account were

 5     licensed to carry out charitable activities?

 6              MR. CURRAN:  Again, objection

 7         as to the form of the question.  These

 8         are framed as hypotheticals.

 9              You may answer.

10              THE WITNESS:  Yeah, I can't

11         answer a hypothetical because the

12         purpose of the account was not -- I

13         don't have any knowledge of any

14         conversation around the purpose of the

15         account at the time it was opened.

16              (Al Rajhi Bank 30(b)(6) Exhibit

17         ARB 12 marked for identification.)

18     QUESTIONS BY MR. CARTER:

19         Q.    Let's mark as the next exhibit

20     the document at Tab 16.

21              Mr. Galloway, have you had a

22     chance to review this document?

23         A.    Yeah.  I'm almost finished.

24     Thank you.

25              Yes, I've read the document.
```

This Transcript Contains Confidential Material

1          Q.     Okay.  And this is an internal

2   Al Rajhi Bank document dated to 1999,

3   correct?

4          A.     On the Gregorian date, that's

5   correct.

6          Q.     Yeah.

7                 And this is another request to

8   transfer an Al Rajhi Bank account from the

9   name of an individual account holder into the

10  name of Al Haramain Islamic Foundation,

11  correct?

12                MR. CURRAN:  Objection.  Vague.

13                You may answer.

14                THE WITNESS:  Well, any

15          transfer from an individual name to

16          a charity -- so you said is this?  Did

17          you?  Can I clarify?

18                You were asking me to

19          clarify --

20  QUESTIONS BY MR. CARTER:

21          Q.     What is the subject matter of

22  this document?  What is being requested?

23          A.     To change the account name.

24          Q.     And the account at issue at the

25  time of this letter was held in the name of

This Transcript Contains Confidential Material

```
1    an individual named Zayd Attia al Harithi,

2    correct?

3         A.    That's --

4         Q.    Harithi something Saad,

5    correct?

6         A.    That is correct.

7         Q.    Okay.  And the request is to

8    change that account from the name of that

9    individual into an account in the name of Al

10   Haramain, correct?

11        A.    Yes.

12              And doing so would only have

13   increased the level of scrutiny on the

14   account.

15        Q.    Why?

16        A.    Because it would have been

17   subject to additional new information because

18   they were changing the account from the

19   individual to the charity.

20        Q.    And what concerns does that

21   raise?

22              MR. CURRAN:  Objection.  Vague.

23        Lack of foundation.

24              You may answer.

25              THE WITNESS:  It -- I would
```

This Transcript Contains Confidential Material

1           interpret this as they were trying to
2           tidy up and put the accounts under the
3           charity in order to make sure that the
4           purpose and the controls -- purpose is
5           clear and the controls were in place.
6           It feels like a positive move.
7    QUESTIONS BY MR. CARTER:
8           Q.     And do you know who initiated
9    it?
10          A.     I don't know that specifically,
11   no.
12          Q.     And based on this -- the
13   document indicates in the third bullet point
14   down that the account belongs to Al Haramain
15   Islamic Foundation in fact.
16              Do you see that?
17          A.     I see what's written.
18          Q.     Okay.  And based on that, does
19   that mean that the bank {sic} held in the
20   name of the individual actually belonged to
21   the Al Haramain Islamic Foundation?
22          A.     I can't be sure of that.
23          Q.     And to the extent that Al Rajhi
24   Bank found out that Al Haramain was operating
25   an account in the name of an individual

1    person during this time period for Al

2    Haramain's purposes, would that have

3    triggered any additional know your customer

4    requirements on the manual you have

5    referenced?

6              MR. CURRAN:  Objection to form.

7         Hypothetical.

8              You may answer.

9              THE WITNESS:  At the point in

10        which the account was moved from an

11        individual to a charity, it would have

12        then been subject to additional

13        scrutiny.

14   QUESTIONS BY MR. CARTER:

15        Q.    Again, under the bank's

16   procedures, would it have been appropriate

17   during this time period for Al Haramain to

18   have opened an account for its operational

19   purposes in the name of an individual person?

20        A.    Well, I think what it's showing

21   is that there was an awareness to try and

22   tidy things up and to make sure that there

23   were more scrutiny and that it was in the

24   name of the charity.  And I didn't read it as

25   being anything more than that.

This Transcript Contains Confidential Material

1        Q.     That's not what I asked.

2               I asked, would it have been

3    appropriate during this time period, under

4    the bank's own protocols, for Al Haramain to

5    have opened an account for its operational

6    purposes in the name of an individual person?

7               MR. CURRAN:  Objection to the

8         form of the question.  Hypothetical.

9               You may answer.

10              THE WITNESS:  I'd be

11        speculating.  I didn't understand

12        the -- the issue that is more that

13        they were seeking to put additional

14        controls on the accounts, and that

15        seems to be directionally a good thing

16        to do.

17   QUESTIONS BY MR. CARTER:

18        Q.     Sure.

19               But if Al Haramain wanted to

20   open an account at Al Rajhi Bank in the 1998

21   through 2000 time period, Al Rajhi Bank had

22   protocols in place that would apply to such a

23   request, right?

24        A.     That's correct.  But you're

25   speculating as to whether the intent at the

This Transcript Contains Confidential Material

```
1    time the account was opened was for
2    charitable purposes or not, and I can't
3    answer that.
4        Q.    Well, the document says that
5    the account belongs to Al Haramain Islamic
6    Foundation in fact.
7            MR. CURRAN:  Objection to the
8        form of the question.
9            You may answer.
10           THE WITNESS:  That doesn't
11       relate to the time period in which the
12       account was opened.
13   QUESTIONS BY MR. CARTER:
14       Q.    Well, do you happen to know
15   whether this document requesting the transfer
16   of an account from the name of an individual
17   into Al Haramain's name prompted any inquiry
18   as to whether it was improperly opened?
19       A.    Yeah, the bank did -- the bank
20   searched and didn't find any review by the
21   bank relating to instructions received by --
22   just one second.
23           You're on 2F, correct?
24       Q.    Among others.
25       A.    The processes as laid out were
```

This Transcript Contains Confidential Material

1    followed.  That therefore didn't prompt any

2    inquiry or follow-up or additional action.

3              There were processes outlined

4    to make the transition from the individual

5    name to the charity name.  Those processes

6    were followed in full, and therefore there

7    was no need for inquiry, follow-up or

8    inspection.

9        Q.    So from the bank's perspective,

10   there was nothing problematic about the

11   situation described in this letter?

12       A.    Well, moving it into a charity

13   and tidying it up and putting the controls

14   associated with it seems to me like good

15   housekeeping and a sensible thing to do, and

16   would only add to the level of protection and

17   scrutiny around the account, would it not?

18       Q.    Well, doesn't it prompt also a

19   need to look backwards to determine whether

20   or not there was a problem with the opening

21   of the account?

22             MR. CURRAN:  Objection as to

23        form.

24             You may answer.

25             THE WITNESS:  I don't have

This Transcript Contains Confidential Material

```
 1          knowledge of whether that -- whether
 2          that would have -- would have
 3          triggered anything.
 4     QUESTIONS BY MR. CARTER:
 5          Q.     And do you happen to know
 6     whether discovery of information that an
 7     organization, and in particular a charity,
 8     was operating accounts for its own purposes
 9     in the name of individuals would have been a
10     know your customer concern for Al Rajhi Bank
11     at this time?
12               MR. CURRAN:  Objection to form.
13          Lack of foundation.  Hypothetical.
14               You may answer.
15               THE WITNESS:  I don't have
16          specific knowledge of that in relation
17          to this issue.
18               (Al Rajhi Bank 30(b)(6) Exhibit
19          ARB 13 marked for identification.)
20     QUESTIONS BY MR. CARTER:
21          Q.     Can we mark as the next exhibit
22     the document at Tab 18?
23          A.     I read that, Mr. Carter.
24          Q.     And this is another internal
25     document dated November 13, 1999, in the
```

This Transcript Contains Confidential Material

```
1    Gregorian calendar concerning transferring
2    another account from the name of individuals
3    to Al Haramain, correct?
4         A.    Yeah, that's cor -- seems to be
5    correct.
6         Q.    And the account, as it existed
7    as of the time of this letter, was held in
8    the name of three individuals:  Mohamed
9    Marzouk al Harithi, Faisal Fayez al Ahmadi,
10   and Hussain Abdullah al Yami, correct?
11        A.    Yeah, that appears to be
12   correct.
13        Q.    And they're asking -- or they
14   made a request to change it into the name of
15   Al Haramain, correct?
16        A.    Yeah, that seems to be correct
17   also.
18        Q.    And they're also asking that
19   they be permitted to retain the same account
20   number, correct?
21        A.    Yes, that is correct.
22        Q.    And the reason they're asking
23   to retain the same account number is because
24   donors who make deposits to it directly
25   throughout the Saudi Kingdom already know the
```

This Transcript Contains Confidential Material

1    number, right?

2         A.    That's what it says on the

3    letter.

4         Q.    Okay.  And so based on that, Al

5    Rajhi Bank had information that the account

6    in the name of these individuals was being

7    used to receive donations, correct?

8         A.    Well, Al Rajhi Bank also has a

9    request to make sure that it's formalized as

10   a charitable account.

11        Q.    Mr. Galloway, can you answer

12   the question I asked?

13             MR. CURRAN:  Objection as to

14        form.

15             MR. CARTER:  Can you read it

16        back so Mr. Galloway can answer the

17        question that was presented?

18             (Court Reporter read back

19        question.)

20             THE WITNESS:  Well, the letter

21        says that.

22   QUESTIONS BY MR. CARTER:

23        Q.    And the letter is drafted by Al

24   Rajhi Bank, right?

25             MR. CURRAN:  Objection as to

This Transcript Contains Confidential Material

```
 1          form.

 2                  You may answer.

 3                  THE WITNESS:  The letter says

 4          donors who used to make deposits

 5          directly through The Kingdom -- the

 6          Saudi Kingdom, and it's -- and it's Al

 7          Rajhi Bank correspondence, right?

 8          That's correct.

 9   QUESTIONS BY MR. CARTER:

10          Q.    And it -- according to the

11   document, it was written by Hamad Mohamed al

12   Harbi, the director of the Al Arbaeen Street

13   branch, right?

14          A.    That's what it says.

15          Q.    And he's seeking an opinion

16   from the legal department about this request,

17   correct?

18          A.    I think he's seeking to try to

19   put them into good order and make them

20   charity accounts.

21          Q.    Well, that would suggest that

22   he initiated this request.

23                  Do you know whether he

24   initiated this request or Al Haramain did?

25          A.    I have no knowledge of that.
```

This Transcript Contains Confidential Material

```
 1        Q.    Okay.
 2        A.    But whether it was Al Haramain
 3   or the bank, I would suggest that either
 4   party is trying to put this into good order
 5   and make sure that they're properly
 6   registered as charity accounts, and they're
 7   subject to control scrutiny and licensing
 8   that comes with that.
 9        Q.    And that's because prior of
10   this point in time, they weren't in good
11   order, and they weren't registered as charity
12   accounts, correct?
13             MR. CURRAN:  Objection to form.
14        Argumentative.
15             THE WITNESS:  I can't comment
16        whether they're in good order or not.
17        I can only say that it's better that
18        their accounts are put under the
19        charity name if they're going to be
20        used for a primary charitable purpose.
21             But I don't know the provenance
22        of these accounts when they were
23        opened and whether they were
24        originally opened as individual
25        accounts or not.  I haven't got
```

This Transcript Contains Confidential Material

```
 1            information in front of me that

 2            answers that.

 3      QUESTIONS BY MR. CARTER:

 4            Q.     Well, you do know that they

 5      were being held in the name of individuals

 6      and not in the name of Al Haramain, correct?

 7                   MR. CURRAN:  Objection.  Vague.

 8                   You may answer.

 9                   THE WITNESS:  That's correct,

10            based on what you're showing me here.

11                   MR. CURRAN:  "They" being the

12            single account you're referring to,

13            Mr. Carter?

14                   MR. CARTER:  It's the account

15            referenced in this document.

16                   MR. CURRAN:  Yeah, okay.

17            That's singular.

18                   MR. CARTER:  Joint account

19            number blank/7000.

20                   MR. CURRAN:  Correct.  You say

21            "they," meaning multiple accounts.

22            It's a singular account --

23                   MR. CARTER:  No, it's a joint

24            account in the name of three people.

25                   MR. CURRAN:  Yeah, okay, a
```

This Transcript Contains Confidential Material

```
 1          single account.
 2               MR. CARTER:  Can you read back
 3          the question, Carrie?
 4               (Court Reporter read back
 5          question.)
 6               MR. CARTER:  Okay.  Let me
 7          amend that.
 8     QUESTIONS BY MR. CARTER:
 9          Q.    The bank did know that this
10     joint account was held in the name of three
11     individuals and not in the name of Al
12     Haramain, correct?
13          A.    That's what the letter says.
14          Q.    And, again, should an account
15     used for purposes of Al Haramain's activities
16     have been opened in the name of individual
17     people?
18               MR. CURRAN:  Objection.  Vague.
19          Lack of foundation.
20               You may answer.
21               THE WITNESS:  I don't know what
22          was -- what was the use of the account
23          at the time it was opened.
24               All I can tell you is at this
25          point in time, there's a request to
```

This Transcript Contains Confidential Material

```
 1            move it into the name of the charity.
 2            I can't tell you the provenance of the
 3            account at the time of opening.
 4   QUESTIONS BY MR. CARTER:
 5            Q.    And you haven't seen any
 6   documents making inquiry into the provenance
 7   of the account in response to this request,
 8   have you?
 9            A.    I have not, no.
10            Q.    Do you know whether this
11   request or any of the other requests --
12            COURT REPORTER:  You're muted,
13       Sean.  We can't hear you.  I don't
14       know.
15            MR. CURRAN:  Actually, I can.
16            MR. CARTER:  Can you hear me
17       now?
18            MR. CURRAN:  Yes.  Well, the
19       witness -- we can hear you.
20            MR. JANJUA:  We can hear you
21       too.
22            MR. CARTER:  Okay.  Who can't
23       hear me?
24            MR. CURRAN:  That's a trick
25       question.  I think Carrie can't.
```

This Transcript Contains Confidential Material

```
 1                   COURT REPORTER:  Can we go off?
 2           For some reason I can't hear everyone?
 3                   MR. CARTER:  Yeah.
 4                   VIDEOGRAPHER:  Off the record.
 5           Our time is 6:48.
 6            (Off the record at 6:48 p.m.)
 7                   VIDEOGRAPHER:  Back on the
 8           record.  The time is 6:50.
 9     QUESTIONS BY MR. CARTER:
10           Q.    Mr. Galloway, turning your
11     attention back to this exhibit, just see if
12     we can agree about a few things.
13                   As of the date of this letter
14     in November of 1999, there was a joint
15     account in the name of three individuals:
16     Mohamed Marzouk al Harithi, Faisal Fayez al
17     Ahmadi, and Hussain Abdullah al Yami,
18     correct?
19           A.    That's what the letter says.
20           Q.    Okay.  And the letter indicates
21     that the account was used to receive
22     donations throughout the Saudi Kingdom,
23     correct?
24           A.    The letter indicates that they
25     would like to move it into an account name
```

This Transcript Contains Confidential Material

1    for the charity.  And it does say that

2    they're deposited directly throughout The

3    Kingdom, that is correct.

4         Q.    Yeah.  And so as of the date of

5    this letter, what it's saying is that the

6    account in the name of these three

7    individuals had, up to that point, been used

8    to receive donations throughout The Kingdom,

9    correct?

10        MR. CURRAN:  Object --

11        objection, vague, as to "these three

12        individuals."

13        You may answer.

14        THE WITNESS:  I have no idea at

15        what point or when or if the deposits

16        were made for charity, and I have no

17        idea about the representations made at

18        the time the account was opened.

19   QUESTIONS BY MR. CARTER:

20        Q.    Well, what does Al Rajhi Bank

21   know?  Because someone at Al Rajhi Bank wrote

22   this document and had information.

23        MR. CURRAN:  Objection as to

24        form.  Lack of foundation as to when

25        the documents were opened -- when the

This Transcript Contains Confidential Material

1          accounts were opened, and likely

2          outside the time frame.

3                    You may answer.

4                    THE WITNESS:  Yeah, I don't

5          have anything to add.  I think I've

6          said this two or three times now.

7     QUESTIONS BY MR. CARTER:

8          Q.    Okay.  And with regard to this

9     request, do you agree that the Al Rajhi Bank

10    employee who authored the document, Hamad

11    Mohamed al Harbi, makes a point of noting to

12    the legal department that these clients are

13    recognized for their charity work and

14    commitment and that Al Haramain Islamic

15    Foundation is a distinguished client to the

16    company's branch number 161 in Riyadh?

17         A.    That's what the letter says.

18                    MR. CURRAN:  Objection to the

19         form.

20                    You may answer.

21                    THE WITNESS:  Sorry, that's

22         what the letter appears to say.

23                    (Al Rajhi Bank 30(b)(6) Exhibit

24         ARB 14 marked for identification.)

25

This Transcript Contains Confidential Material

```
1    QUESTIONS BY MR. CARTER:

2         Q.    And if we can mark as the next

3    exhibit the document at Tab 19.

4         A.    One moment, please.  We're just

5    finding it.

6               Thank you.  I have it now.

7               I'll just read it.

8               Thank you.  I've read it.

9         Q.    And am I correct that this is

10   the legal department's response to Hamad

11   Mohamed al Harbi's request that we just

12   discussed?

13        A.    It appears to come from the

14   regional administration.  Western region,

15   legal affairs section, is what it says.

16        Q.    And it also concerns the

17   request to transfer the joint account in the

18   name of these three individuals to Al

19   Haramain, correct?

20               MR. CURRAN:  Objection.  Vague.

21               You may answer.

22               THE WITNESS:  The subject

23          header has the names of those

24          individuals in there, and they -- and

25          some subject matter about transferring
```

This Transcript Contains Confidential Material

1          to the name of the Al Haramain Islamic

2          Foundation.  So I can agree with that.

3     QUESTIONS BY MR. CARTER:

4          Q.     Okay.  And the prior exhibit

5     that we discussed was a letter from Hamad

6     Mohamed al Harbi to the head of legal

7     affairs, seeking an opinion concerning the

8     request to transfer the joint account in the

9     name of al Harithi, al Ahmadi and al Yami to

10    Al Haramain Islamic Foundation's name,

11    correct?

12         A.     Yeah, that's correct.

13         Q.     And this next document is a

14    letter from the head of the legal affairs

15    section to the director of the Al Arbaeen

16    Street branch, who during this time was Hamad

17    al Harbi, concerning that same subject,

18    right?

19         A.     Yeah, that appears to be true.

20         Q.     Okay.  And does this appear to

21    be the legal section's response to al Harbi's

22    letter?

23         A.     Yes, it does.

24         Q.     And in this letter from the

25    head of legal affairs section, Sulaiman bin

This Transcript Contains Confidential Material

```
 1    Mohamed al Rishan, he describes the normal
 2    procedure for changing the account name from
 3    a personal account to a legal entities
 4    account, correct?
 5         A.    Yes.
 6         Q.    Okay.  And the normal procedure
 7    is that the individual account should be
 8    closed and a new account should be opened in
 9    the name of the entity, correct?
10         A.    Yes, that's what it says.
11         Q.    And in the second paragraph, he
12    then says that if the clients insist on their
13    request to transfer the existing account into
14    the name of Al Haramain, and if refusing
15    their request may disturb the relationship
16    between the company and Al Haramain Islamic
17    Foundation, you may report to the authorized
18    person, the honorable deputy director general
19    of the banking group, to obtain the approval
20    for this change.
21              Correct?
22         A.    Yeah, I think what this is
23    saying is that there was a process to retain
24    the account number and change the names, but
25    it required a higher level signoff.  That's
```

This Transcript Contains Confidential Material

1    what it's saying.

2         Q.    And then the head of the legal

3    affairs section identifies three requirements

4    in the event that the approval is granted,

5    correct?

6         A.    Yeah.  And these were

7    requirements to protect the customer and

8    protect the bank.

9         Q.    Okay.  And does the head of the

10   legal affairs section raise anywhere in this

11   letter the need to conduct due diligence

12   concerning the circumstances surrounding the

13   original opening of these accounts and

14   whether those were appropriate?

15             MR. CURRAN:  Objection as to

16        form.  Lack of foundation.

17             You may answer.

18             THE WITNESS:  I can't see

19        anything in the letter that indicates

20        that directly.

21             (Al Rajhi Bank 30(b)(6) Exhibit

22        ARB 15 marked for identification.)

23   QUESTIONS BY MR. CARTER:

24        Q.    And if we can mark as the next

25   exhibit the document at Tab 20.

This Transcript Contains Confidential Material

```
 1          A.      Apologies.  It's just loading.
 2   Just a moment.
 3          Q.      Okay.
 4          A.      I have it on the screen.  I'll
 5   just read it if you'll wait a moment, please.
 6                  Thank you.  I've had a chance
 7   to read the letter.
 8          Q.      The -- sorry.  You agree with
 9   me that this is a further letter from Hamad
10   Mohamed al Harbi, the director of the Al
11   Arbaeen Street branch, this time to the
12   director general of the banking group
13   concerning the same request to transfer the
14   account from the names of al Ahmadi, al
15   Harithi and al Yami to the Al Haramain
16   Islamic Foundation?
17          A.      Well, despite the redaction,
18   the 7000 number matches, so I think that is
19   true.
20          Q.      Yeah.
21                  And in the letter, Hamad
22   Mohamed al Harbi again notes that Al Haramain
23   is a distinguished client to the company at
24   our Al Olaya branch, correct?
25          A.      That is what it says.
```

This Transcript Contains Confidential Material

```
 1                 (Al Rajhi Bank 30(b)(6) Exhibit

 2         ARB 16 marked for identification.)

 3  QUESTIONS BY MR. CARTER:

 4         Q.     And can we next mark the

 5  document at Tab 21?

 6         A.     Apologies.  We'll just load

 7  this.

 8                 Okay.  I have it on the screen.

 9  If you give me a moment, I'll read it.

10         Q.     Sure.

11         A.     Yeah, I've read it.  Thank you

12  very much.

13         Q.     Okay.  And am I correct that

14  this appears to be a letter from Al Haramain

15  Islamic Foundation indicating that the

16  request to transfer the joint account in the

17  name of al Harithi, al Yami, al Ahmadi, was

18  ultimately approved?

19         A.     Yeah, the redaction doesn't

20  make that absolutely certain, does it?

21                 Yeah.  From the redaction, I

22  can't be positive.  The 7000 number is not

23  there.

24         Q.     So the redaction is interfering

25  with your ability to understand the document?
```

This Transcript Contains Confidential Material

1        A.      No, I understand the flow of

2   what you're suggesting, but I can't verify

3   any particulars from the earlier document on

4   the account number, is what I'm trying to

5   tell you.

6        Q.      Right.  Because it's redacted.

7        A.      Correct.

8               (Al Rajhi Bank 30(b)(6) Exhibit

9        ARB 17 marked for identification.)

10  QUESTIONS BY MR. CARTER:

11       Q.      And if we can mark next the

12  document at Tab 66?

13       A.      Thank you.  I'm sorry about the

14  delay, but I have it now.

15       Q.      It's okay.

16       A.      Yeah, please go ahead.

17       Q.      And am I correct that this is

18  another request from Al Haramain, this time

19  in August of 2001, to transfer an account

20  from the name of an individual into Al

21  Haramain's name?

22       A.      That's what it appears to be

23  asking for.

24       Q.      And it includes a handwritten

25  notation.  And based on the translation, I

This Transcript Contains Confidential Material

1    understand that the handwritten notation was

2    included by the director of the Al Olaya

3    Street general branch, Abdullah bin Mohamad

4    Aba al Khail, correct?

5         A.    From what you're showing me,

6    that also appears to be correct, yes.

7         Q.    Okay.  And he's seeking

8    direction from the director of company's

9    branches in the central region?

10              MR. CURRAN:  Objection as to

11        form.  Lack of foundation.

12              You may answer.

13              THE WITNESS:  That appears to

14        be so.

15   QUESTIONS BY MR. CARTER:

16        Q.    Do you know who that was in

17   2001, the director of company's branches in

18   the central region?

19        A.    No.  Given the scope of what I

20   prepared for, that was not part of my

21   inquiry, so it's a level of detail that I

22   didn't uncover, that I didn't ask for.

23        Q.    And do you know who Abdullah

24   bin Aba al Khail is?

25              MR. CURRAN:  Objection to form.

This Transcript Contains Confidential Material

```
 1                  You may answer.

 2                  THE WITNESS:  Are you asking if

 3        I know him personally or --

 4   QUESTIONS BY MR. CARTER:

 5        Q.     Do you know who he is?

 6        A.     I can only --

 7        Q.     Is the name familiar to you?

 8        A.     I can only go on the title on

 9   the letter here.

10        Q.     Yeah, I'm wondering whether or

11   not he's someone who still works at the bank.

12                  Do you know?

13        A.     I have no knowledge of that.  I

14   haven't met him.

15        Q.     Okay.  And his notation

16   indicates that the bank's client, Sheikh Aqil

17   bin Abdel Aziz al Aqil, wants to transfer an

18   account from his name into the name of Al

19   Haramain, correct?

20        A.     That appears to be correct

21   based on the letter.  Then I would assume in

22   order to do the same administrative tidying

23   up as everybody else is trying to do here,

24   which is to put them into charity accounts.

25        Q.     The administrative tidying up,
```

This Transcript Contains Confidential Material

1    as you referred to it, based on these

2    documents, would appear to be ongoing for

3    several years, correct?

4              MR. CURRAN:  Objection as to

5         form.  Lack of foundation.

6              You may answer.

7              THE WITNESS:  Yeah, based on

8         the dates of this correspondence,

9         that's true.

10   QUESTIONS BY MR. CARTER:

11        Q.    The correspondence that we've

12   reviewed relating to the transfer of accounts

13   from the names of individuals to the names of

14   Al Haramain span at least September 1998

15   through this correspondence in August

16   of 2001, correct?

17        A.    Yes.

18        Q.    And they encompass multiple

19   requests to transfer accounts from the name

20   of individuals into Al Haramain, correct?

21        A.    That appears to be correct.

22        Q.    And again, do you know whether

23   these requests prompted any know your

24   customer concerns within Al Rajhi Bank?

25              MR. CURRAN:  Objection as to

This Transcript Contains Confidential Material

```
 1            form.  Lack of foundation.
 2                  You may answer.
 3                  THE WITNESS:  I'm not aware if
 4            they did.
 5       QUESTIONS BY MR. CARTER:
 6            Q.    Do you know whether or not
 7       anyone raised any red flags based on any of
 8       these requests?
 9                  MR. CURRAN:  Objection as to
10            form.
11                  You may answer.
12                  THE WITNESS:  I'm not aware if
13            they did.
14                  MR. CARTER:  Chris, I don't
15            know what your preferred timing is.
16            Did you want to stop for something to
17            eat, or do you want to just keep
18            pushing through?
19                  MR. CURRAN:  Keep pushing
20            through as long as the witness is
21            comfortable, and we'll grab a quick
22            bite on a ten-minute break.  But let's
23            push on through.
24                  MR. CARTER:  Okay.  That's
25            fine.
```

This Transcript Contains Confidential Material

```
 1                    MR. CURRAN:  We'll leave it to
 2          the witness to tell us if he needs a
 3          break.  And, Sean, if you at some
 4          point really need a break, just say
 5          so.
 6                    MR. CARTER:  Yeah, that's fine.
 7                    THE WITNESS:  If we can tick on
 8          for a little longer, Mr. Carter,
 9          that's fine with me.
10                    MR. CARTER:  Okay.  Great.
11   QUESTIONS BY MR. CARTER:
12          Q.    I'd like to turn our attention
13   a bit to issues relating to actions taken
14   after 9/11 with regard to any of these
15   accounts in the name of Al Haramain and IIRO.
16          A.    Would that be correct to say
17   that's 3F?
18                    (Al Rajhi Bank 30(b)(6) Exhibit
19          ARB 18 marked for identification.)
20   QUESTIONS BY MR. CARTER:
21          Q.    I believe that that's correct,
22   but let me -- yes, and likely encompassing
23   some of the other topics in this section.
24                    And if we can mark as the next
25   exhibit the document at Tab 76 -- and,
```

This Transcript Contains Confidential Material

1    Carrie, if you don't mind, can you tell me

2    what exhibit number we're at?

3                GINA VELDMAN:  We are on 18.

4                MR. CARTER:  Great.

5                THE WITNESS:  Just a moment,

6         please.  Apologies.  We're just having

7         a little trouble getting it to load.

8                Okay.  I have it on the screen.

9         If you give me a moment, I'll read it.

10        Thank you.  I'm reading the second

11        page now.

12                Thank you, Mr. Carter.  Go

13        ahead.

14   QUESTIONS BY MR. CARTER:

15        Q.    Sure.

16                Mr. Galloway, have you reviewed

17   these documents in preparation for your

18   deposition today?

19        A.    I'm aware of this issue.  I

20   can't recall reading this specific document,

21   but I'm aware of it.

22        Q.    Okay.  And if I'm correct, the

23   document that was produced at 14382 and the

24   document at 14384, so the first and third

25   pages of this exhibit, appear to include

This Transcript Contains Confidential Material

1    similar text?

2         A.    Could you explain what you mean

3    by that?

4         Q.    Okay.  The document at 14382

5    appears to be an e-mail version of the

6    document apparently sent by fax at 14384.

7         A.    I see what you're saying.

8              MR. CURRAN:  They're different

9         recipients, huh?  Or different

10        addresses.

11             MR. CARTER:  Okay.  Well, let's

12        ask that.  Let me -- let me go back.

13   QUESTIONS BY MR. CARTER:

14        Q.    The page at 14382 includes an

15   e-mail field, correct?

16        A.    14382, you're meaning that

17   there are e-mail addresses in the top header?

18   Is that what you're referring to?

19        Q.    Yeah.

20             MR. CURRAN:  It's on the

21        screen.

22             THE WITNESS:  Got it.  Thank

23        you, yeah.  Got it.

24             Excuse me.  Yes, there appears

25        to be e-mail addresses in the header.

This Transcript Contains Confidential Material

```
 1    QUESTIONS BY MR. CARTER:

 2         Q.     And it indicates that it was

 3    sent on March 7, 2002, correct?

 4         A.     Gregorian dates, correct.

 5         Q.     Yeah.  And the subject is

 6    Banks' SSC.

 7                Do you know what that refers

 8    to?

 9         A.     I believe it would be referring

10    to SAMA's bank self supervisory committee

11    that was created after the events of 9/11 for

12    the banks to work together through action

13    requests from SAMA related to that matter.

14         Q.     And did Al Rajhi Bank have a

15    representative on the self supervisory

16    committee at this time?

17         A.     Yes, they did.

18         Q.     Do you know who that was?

19         A.     Yes.  It was the head of legal

20    affairs at the time.  And --

21         Q.     And do you see that person

22    identified in the e-mail addressee field?

23         A.     This is -- I don't -- do not

24    see his address there, unless you can point

25    it out to me.
```

This Transcript Contains Confidential Material

```
1        Q.     Okay.  No, but this document
2   was produced by Al Rajhi Bank, so at some
3   point it obviously came into Al Rajhi Bank's
4   control, correct?
5        A.     Yes.  If it's in Al Rajhi's
6   files, that seems reasonable.
7        Q.     And the content of the document
8   communicates that "Further to our previous
9   fax letter dated 6 March 2002 on the above
10  subject containing three names received from
11  SAMA, we have received instructions from SAMA
12  that in addition to the account freeze, any
13  financial transactions and transfers to or
14  from the listed names should be immediately
15  blocked and reported to SAMA."
16               Do you see that?
17               MR. CURRAN:  I think the
18          highlighting might be in the wrong
19          place.
20               MR. CARTER:  Yeah.  It's under
21          the Urgent and Confidential section.
22               THE WITNESS:  Yeah, I see where
23          that's written.
24  QUESTIONS BY MR. CARTER:
25        Q.     And the next page of this
```

This Transcript Contains Confidential Material

1      document identifies three entities:

2      International Islamic Relief Organization's

3      branch in Albania, Al Haramain Islamic

4      Foundation's branch in Bosnia, and Al

5      Haramain Islamic Foundation's branch in

6      Somalia.

7                    Do you see that?

8           A.      Yes, I do.

9           Q.      Do you know whether those are

10     the three entities that are being referenced

11     in the prior page?

12          A.      I'm not sure I understand your

13     question.

14          Q.      The first page of the document

15     refers to three names received from SAMA, and

16     the second page identifies three entities.

17                    Do you understand those to be

18     the three names that the first page of the

19     document is referencing?

20                    MS. BEMBRY:  Objection to form.

21                    THE WITNESS:  If they are two

22          pages from the same document, that's

23          probably a reasonable conclusion.

24                    MS. KHATIB:  Sean, I'd also

25          like to object on the name for the

This Transcript Contains Confidential Material

```
 1          organization.  In the Arabic document

 2          on page 8, they use a different name

 3          for IIRO.  It's not using the same --

 4          the same term for what IIRO uses in

 5          its Arabic name.  So I just wanted to

 6          note that.

 7                    MR. CARTER:  I don't know who's

 8          speaking.

 9                    MS. KHATIB:  Sumayya.  Sorry.

10          Sumayya Khatib on behalf of IIRO.

11                    MR. CARTER:  Okay.

12     QUESTIONS BY MR. CARTER:

13          Q.    Okay.  Turning to the next two

14     pages of this document --

15                    MR. CURRAN:  Sean, I'm going to

16          insert an objection here.  You're

17          referring to this as a document, when

18          I think it's apparent that it's not a

19          single document, and the pages might

20          be out of order and so forth.

21                    So I'll just lodge an objection

22          to the characterization of this as a

23          single document.

24                    MS. BEMBRY:  Join in this

25          objection.
```

This Transcript Contains Confidential Material

```
 1                    MR. CARTER:  Part of this is
 2         what we're trying to ascertain.
 3    QUESTIONS BY MR. CARTER:
 4         Q.    Let's turn to the -- let's turn
 5    to the document produced at 14384, which is
 6    the third page.
 7                    And, Mr. Galloway, do you agree
 8    that this appears to be a document that was
 9    sent by fax?
10                    MS. BEMBRY:  Objection to form.
11                    THE WITNESS:  I can see there
12         are fax numbers on it.  I can see some
13         printing on the top of it.  I don't
14         have any definitive way to determine
15         that that was a fax.
16    QUESTIONS BY MR. CARTER:
17         Q.    Okay.  And the addressee field
18    of the document identifies a number of
19    individuals, and that includes their fax
20    numbers?
21         A.    That is correct.
22         Q.    Okay.  And it does include a
23    representative of Al Rajhi Bank, correct?
24                    MR. CURRAN:  Not there.  Thank
25         you.
```

This Transcript Contains Confidential Material

```
1              THE WITNESS:  Yeah, Saleh

2        Al-Jarbou.  Correct?

3    QUESTIONS BY MR. CARTER:

4        Q.     And during this time period,

5    was Saleh M. Al-Jarbou the Al Rajhi Bank

6    representative to the bank's self supervisory

7    committee?

8        A.     That's correct.  And he was

9    there because SAMA wanted cross-business as

10   well as cross-functional representation.  So

11   I believe they had two legal people from the

12   bank.  They had a couple of people from

13   operations, a couple from marketing, et

14   cetera.

15             So he was there in that

16   capacity as Al Rajhi Bank's representative,

17   and they asked for Al Rajhi Bank to provide a

18   legal representative.  That's the basis of

19   his appointment.

20       Q.     Okay.  And the -- what looks

21   like the -- a fax transmission detail at the

22   top of this page reflects a Gregorian date of

23   7 March 2002 at 11:39, correct?

24       A.     That's what it says.

25       Q.     Okay.  And turning to the prior
```

This Transcript Contains Confidential Material

1    page of this exhibit, ARB 14383.

2         A.    Yeah, I'm not 100 percent sure

3    that that is the prior page of the same

4    document.

5         Q.    No, no, no, it's the prior page

6    of the exhibit as we've marked it.  And we'll

7    get to the issue you're addressing.

8               So the page at 14383 also

9    includes what appears to be a fax detail,

10   correct?

11        A.    To the extent to which the

12   first one was a fax detail, they look

13   similar.

14        Q.    Okay.  And like the page at

15   14384, it indicates a date of 7 March 2002 at

16   11:39, correct?

17        A.    That's what the stamp says.

18        Q.    And do you know whether the

19   three entities referenced in the text of the

20   document at 14384 are the three entities

21   identified on 14383?

22             MS. BEMBRY:  Objection to form.

23             THE WITNESS:  To the extent to

24        which you might say the two documents

25        are connected and part of the same,

This Transcript Contains Confidential Material

```
 1              there's the first page references

 2              three organizations, the second page

 3              has three lists, but I can't be sure

 4              they're the same document other than

 5              the stamps.

 6    QUESTIONS BY MR. CARTER:

 7         Q.    Okay.  One of the issues that

 8    we're here to discuss today and that you're

 9    here to testify about is the bank's knowledge

10    concerning any instructions that were

11    received from SAMA with regard to accounts

12    for Al Haramain and IIRO branch offices, and

13    that's at 3(g).

14              Do you see that topic?

15         A.    Yes, I do.

16         Q.    And based on your preparation

17    to testify as to that topic, do you know

18    whether Al Rajhi Bank received instructions

19    in March of 2002 pertaining to the

20    International Islamic Relief Organization's

21    branch in Albania, Al Haramain Islamic

22    Foundation's branch in Bosnia, and Al

23    Haramain Islamic Foundation's branch in

24    Somalia?

25              MS. BEMBRY:  Note my objection
```

This Transcript Contains Confidential Material

```
1          to -- the reference to the

2          International Islamic Relief

3          Organization branch in Albania, based

4          on the notation made by my colleague

5          and in the translation of that

6          document.

7                    Also object to lack of

8          foundation.

9                    MR. CARTER:  Yeah, you can just

10         state your objection, because the

11         document we're talking about is an

12         English document.

13                   MS. BEMBRY:  And it's based on

14         an Arabic doc -- the translation of an

15         Arabic document.

16                   Is that the case or no?

17                   MR. CARTER:  It's not our

18         translation.  It's a document produced

19         in English by Al Rajhi Bank.

20                   MS. BEMBRY:  I'll note my

21         objection.  Objection to the form and

22         objection noted as to translation.

23                   MR. CARTER:  Okay.  And again,

24         just clarifying that this is a

25         document produced to us in English.
```

This Transcript Contains Confidential Material

```
 1              And so my question remains, if
 2         Carrie could read -- reread it.
 3              (Court Reporter read back
 4         question.)
 5              MS. BEMBRY:  Same objections.
 6              MR. CURRAN:  You may answer.
 7              THE WITNESS:  It's my belief we
 8         did receive instruction.
 9              MR. CARTER:  I'm sorry, Carrie,
10         can you read that back?
11              (Court Reporter read back
12         answer.)
13    QUESTIONS BY MR. CARTER:
14         Q.    It's your understanding that
15    you did receive instruction regarding the
16    three entities identified on the page
17    produced at 14383; is that correct?
18              MS. BEMBRY:  Objection to form.
19              MR. CURRAN:  The witness may
20         answer.
21              THE WITNESS:  That's correct.
22              I'd also note that Al Rajhi
23         Bank only had accounts with the local
24         KSA entities about Al Haramain and
25         IIRO.  And someone did not instruct
```

This Transcript Contains Confidential Material

```
 1          ARB to block IIRO KSA or Al Haramain
 2          KSA -- sorry, I said KSA.  Sorry.
 3          Again, not to block the IIRO KSA or
 4          the Al Haramain KSA entity accounts.
 5               So there was no instruction to
 6          block the accounts that Al Rajhi had
 7          with those entities.
 8   QUESTIONS BY MR. CARTER:
 9        Q.    And have you seen any documents
10   reflecting actions undertaken by Al Rajhi in
11   response to this directive?
12               MR. CURRAN:  Objection as to
13          form.  Lack of foundation.
14               You may answer.
15               THE WITNESS:  Al Rajhi Bank had
16          no accounts with those entities.
17   QUESTIONS BY MR. CARTER:
18        Q.    What steps do you understand
19   the bank took to verify that it didn't have
20   any accounts for those entities?
21        A.    I don't have that in front of
22   me, but I know that all of the SAMA self
23   supervisory committee instructions as
24   received were all actioned promptly and
25   diligently, and that I also know that we, as
```

This Transcript Contains Confidential Material

1    a bank, maintained we had no relationship

2    with those entities outside The Kingdom.

3         Q.    And one of the entities that is

4    on this list is Al Haramain Bosnia, correct?

5         A.    That appears to be true.

6         Q.    Okay.  And do you recall

7    earlier that we discussed a document listing

8    various Al Haramain accounts that was

9    produced at ARB 38116 that included an

10   account for the Europe committee?

11        A.    Would you show me the document

12   again, please?

13        Q.    Sure.

14             MR. CARTER:  Scott, do you

15        know -- it was the document at Tab 73,

16        and I don't have the exhibit number.

17        Give us one second.

18             GINA VELDMAN:  It's Exhibit 5.

19   QUESTIONS BY MR. CARTER:

20        Q.    Okay.  Exhibit 5.

21        A.    Perhaps, Mr. Carter, while

22   you're just getting that on the screen, I

23   would note that --

24             MR. CURRAN:  Well,

25        the document -- I forget if there's a

This Transcript Contains Confidential Material

```
 1          question pending.
 2                    MR. CARTER:  We were just
 3          asking to get the -- whether he
 4          recalls discussing the document that
 5          was marked as Exhibit 5.
 6                    THE WITNESS:  Yeah.  And you
 7          had a particular point on that
 8          document you wanted to show me, right?
 9    QUESTIONS BY MR. CARTER:
10          Q.    Yeah.  So --
11          A.    Exhibit 5?
12          Q.    That document indicates that Al
13    Rajhi Bank had an account for an Al Haramain
14    Europe committee, and that's under Section 5.
15    And across from that, there's an indication
16    that that account concerned Bosnia.
17          A.    Yeah, I would note at the same
18    time also that Abdullah al Rajhi directed the
19    Ministry of Islamic Affairs to ask if the
20    bank should be taking any action on our Al
21    Haramain accounts.
22                    And the Ministry of Islamic
23    Affairs said that all of them were authorized
24    in KSA to operate.  All the KSA accounts were
25    authorized to operate.
```

This Transcript Contains Confidential Material

```
 1          Q.      What is the date of that letter
 2     that you're referring to?
 3          A.      This is 2004.
 4          Q.      Okay.  Well, we're talking
 5     about the 2002 period and what Al Rajhi Bank
 6     did in response to the instruction that you
 7     understand it had received in 2002 that
 8     concerned, among others, Al Haramain's branch
 9     in Bosnia.
10              So with regard to this 2002
11     request, do you agree with me that your
12     understanding is that it concerned Al
13     Haramain Islamic Foundation's branch in
14     Bosnia, correct?
15          A.      That appears to be the case.
16          Q.      And the document that we
17     previously marked as Exhibit 5 indicates that
18     Al Rajhi Bank had an account for Al
19     Haramain's Europe committee that included in
20     its description Bosnia, correct?
21          A.      That's what it says on the
22     document.
23          Q.      And so what steps did Al Rajhi
24     Bank take in 2002 to ascertain whether any of
25     the Al Haramain accounts it was maintaining
```

This Transcript Contains Confidential Material

1    were being operated for the benefit of the Al

2    Haramain Bosnia branch?

3         A.    I don't have the specific

4    answer to that.

5         Q.    Okay.  We reviewed earlier the

6    names of the 95 accounts reflected in the

7    account statements that we've received, and

8    many of them designate the count merely as Al

9    Haramain Islamic Foundation.

10              What did Al Rajhi Bank do in

11   2002 to determine whether any of those

12   accounts were operated for the benefit of the

13   Bosnia branch of Al Haramain?

14        A.    I do know that after SAMA

15   guidance was received generally in relation

16   to the bank's self supervisory committee,

17   that the general manager instructed all of

18   management to follow SAMA's instructions and

19   to use regular audits to ensure we were

20   compliant.

21        Q.    Okay.  But what steps are you

22   aware of, sitting here today, that Al Rajhi

23   Bank took in this 2002 time period to

24   determine whether any of its accounts for Al

25   Haramain were being operated for the benefit

This Transcript Contains Confidential Material

1    of Al Haramain Islamic Foundation's branch in

2    Bosnia?

3              MR. CURRAN:  Objection as to

4         form.  Lack of foundation.

5              You may answer.

6              THE WITNESS:  I don't have any

7         specific information to answer that.

8    QUESTIONS BY MR. CARTER:

9         Q.    And what steps are you aware

10   of, sitting here today, based on your

11   preparation for the deposition, that Al Rajhi

12   Bank took in 2002 in response to this

13   directive to determine whether any of its

14   accounts on behalf of Al Haramain Islamic

15   Foundation were being operated for the

16   benefit of Al Haramain's branch in Somalia?

17        A.    I would just say as I did

18   earlier, that there was a process in place to

19   follow up on all SAMA's directives and to

20   ensure that we were auditing for same.

21              With respect to these

22   particular activities, I don't have anything

23   at hand to answer that question.

24        Q.    And what information, if any,

25   do you have concerning steps that were taken

This Transcript Contains Confidential Material

1    in response to this directive to ascertain

2    whether any of the IIRO accounts maintained

3    at Al Rajhi Bank were being operated for the

4    benefit of the entity identified on the

5    Document 14385 as International Islamic

6    Relief Organization's branch in Albania?

7              MS. BEMBRY:  Objection to form

8         and to the identification of that

9         branch.

10             MR. CURRAN:  Objection as to

11        form and lack of foundation.

12             You may answer.

13             THE WITNESS:  I'd offer my same

14        answer I gave to the earlier question,

15        that we had a diligent and applied

16        process to action in a timely manner,

17        and it was followed up by internal --

18        internal auditors as an assurance

19        function.

20   QUESTIONS BY MR. CARTER:

21        Q.    But, again, what steps, if any,

22   are you aware of that were undertaken to

23   determine whether any of the Al Rajhi bank

24   accounts in the name of the IIRO were being

25   operated for the benefit of the International

This Transcript Contains Confidential Material

1    Islamic Relief Organization's branch in

2    Albania as identified in 14385?

3                MS. BEMBRY:  Same objections.

4                MR. CURRAN:  Same objections,

5         and asked and answered.

6                But you may answer.

7                THE WITNESS:  I don't have any

8         specific information to answer that.

9                (Al Rajhi Bank 30(b)(6) Exhibit

10        ARB 19 marked for identification.)

11   QUESTIONS BY MR. CARTER:

12        Q.    If we can mark as the next

13   exhibit the document at Tab 77.

14        A.    Apologies for the delay.  We're

15   just loading it.

16                MR. CURRAN:  This is a

17        multipage document?

18                MR. CARTER:  It's a multipage

19        document, and we'll ask him whether or

20        not it was part of the same issue.

21                MR. CURRAN:  Okay.  Just took a

22        long time for it to load, but he has

23        it.

24                THE WITNESS:  I have it.

25                MR. CARTER:  Yeah, there's -- I

This Transcript Contains Confidential Material

1          think the Arabic documents slow it

2          down.

3                    THE WITNESS:  If you would give

4          me a moment, I'll read it.

5                    Okay.  I've read it.  Thank

6          you.

7     QUESTIONS BY MR. CARTER:

8          Q.     And, Mr. Galloway, the first

9     page of this document appears to be a

10    correspondence from the Saudi Arabian

11    monetary authority to representatives of the

12    self supervisory committee, correct?

13         A.     Sorry, Mr. Carter, we're on

14    number -- on your sheet at the moment?  Item

15    number what?

16         Q.     It's -- 17377 is the Bates

17    number.

18         A.     No, I apologize.  I'm meaning

19    in relation to your discussion guide for

20    today.

21         Q.     Oh.

22                    MR. CURRAN:  It might be 4(a),

23         but Mr. Carter --

24                    MR. CARTER:  I think it's --

25         well, I think it's going to be

This Transcript Contains Confidential Material

```
 1            encompassed by 3(f).  Probably 4(a).
 2                 THE WITNESS:  Yeah, fine.
 3            Thank you.  Please go ahead.
 4      QUESTIONS BY MR. CARTER:
 5            Q.    Okay.  The first page of this
 6      exhibit appears to be a communication from
 7      the Saudi Arabian Monetary Authority to
 8      representatives of the self supervisory
 9      committee, correct?
10            A.    I would agree with that.
11            Q.    And you understand that this
12      was a document that was received by Al Rajhi
13      Bank from the Saudi Arabian Monetary
14      Authority in 2004?
15            A.    Yeah, July 19, and I can see
16      the Al Rajhi reference number on the bottom
17      of the page.
18            Q.    Okay.  And it refers to a
19      number 100 of the tasks implemented by the
20      Saudi Arabian Monetary Authority?
21            A.    Yes, I can see --
22            Q.    In the first paragraph?
23            A.    I can see that.  Thank you.
24            Q.    Are you familiar with that
25      terminology, "tasks implemented by the Saudi
```

This Transcript Contains Confidential Material

1    Arabian Monetary Authority"?

2         A.     I'm familiar SAMA was issuing a

3    variety of lists over a period of time that

4    asked the banks to do certain things.

5         Q.     Okay.  So the tasks are

6    directives from SAMA to the banks?

7         A.     That's as I understand it, or

8    they could be inquiries.

9         Q.     And the next page of the

10   exhibit, 17378 Bates number --

11        A.     Yes.

12        Q.     -- again bears the heading of

13   SAMA, and there's a header below that

14   indicating that it concerns task number 100

15   required to be implemented by SAMA, correct?

16        A.     Sorry, Mr. Carter.  I'm

17   struggling a little bit because the video is

18   over the top of the document.

19               So task 100, I've got you now.

20   Thank you very much.  I've read it.

21        Q.     So you agree that the prior

22   page referred to SAMA's task number 100, and

23   this page also refers to task number 100?

24        A.     They appear to be connected,

25   yes.

This Transcript Contains Confidential Material

```
 1          Q.     Okay.  And the second page, at

 2   17378, indicates that it includes a list with

 3   14 names, correct?

 4          A.     On a separate page.  14?  I can

 5   get 7 --

 6          Q.     Well, just under the box, it

 7   says, "A list with 14 names is enclosed."

 8                 Correct?

 9          A.     It says that, and I can see 14

10   names in the document you sent.

11          Q.     And just to follow up on what

12   you just said, then the pages at 17379 and

13   17380 include 14 names, correct?

14          A.     That is correct.

15          Q.     And do you agree that this

16   collection of documents concerns an

17   instruction from SAMA concerning those 14

18   names?

19          A.     It's a collection of 14 names.

20   I can agree that.

21          Q.     And going back to 17378.

22          A.     One moment, please.

23          Q.     The particular action SAMA is

24   requesting with regard to those is disclosing

25   and seizing accounts and remittances,
```

This Transcript Contains Confidential Material

```
 1    correct?

 2         A.     That's what it says.

 3         Q.     And do you therefore understand

 4    SAMA to have been directing Al Rajhi Bank and

 5    others to take action to disclose and seize

 6    accounts and remittances associated with the

 7    14 names included in this exhibit?

 8         A.     It appears to indicate that.

 9         Q.     And then turning to the third

10    page at 17379.

11         A.     One moment, please.  Yeah.

12         Q.     There are handwritten

13    notations, numbers, next to several of the

14    entities.

15               Do you see those?

16         A.     I can see faded numbers next to

17    them.  I don't know if they relate to the

18    entries themselves or not.

19         Q.     Do you know what they concern

20    at all?

21         A.     I have no idea.

22         Q.     Let's turn to the last page of

23    the exhibit.

24               And entities 8 through 12 on

25    that list are all branches of Al Haramain,
```

This Transcript Contains Confidential Material

1    correct?

2         A.    That's what it says.

3         Q.    And next to each of those,

4    there's a handwritten notation with numbers

5    next to it.

6              Do you see those?

7              MR. CURRAN:  Objection as to

8         form.

9              Isn't number 10 missing a

10        number?

11             Anyway, you may answer.

12   QUESTIONS BY MR. CARTER:

13        Q.    Sorry.  Yeah.  I'm sorry, it's

14   a -- faded.

15             Next to numbers 8, 9, 11 and

16   12, there are handwritten notations of

17   numbers, correct?

18        A.    Well, there are handwritten --

19   appear to be handwritten notations in the

20   margin.  I don't know if they relate to the

21   entries on the left side of the page.

22        Q.    Do you have any idea what those

23   handwritten entries indicate?

24        A.    No, I'm afraid I do not.

25        Q.    Do you know whether they have

This Transcript Contains Confidential Material

1    anything to do with any diligence conducted

2    by Al Rajhi Bank concerning those entities?

3          A.    I've seen nothing to indicate

4    that.

5          Q.    Do you know whether or not

6    those were included on the document by

7    someone at Al Rajhi Bank?

8          A.    I can't comment on that.  I

9    don't know.

10         Q.    Did you, as part of your

11   preparations, make any inquiry at Al Rajhi

12   Bank to try to determine what those

13   handwritten notations may concern?

14              MR. CURRAN:  Objection as to

15         form.

16              You may answer.

17              THE WITNESS:  I am prepared to

18         respond to the 45 questions and

19         subsections you had, Mr. Carter.  I

20         haven't prepared myself to respond to

21         notes that may or may not relate in

22         the margin to a document amongst all

23         the thousands that I reviewed.

24   QUESTIONS BY MR. CARTER:

25         Q.    Well, we understand this

This Transcript Contains Confidential Material

1    document to have been produced in response to

2    discovery requests concerning instructions

3    that Al Rajhi Bank received relating to Al

4    Haramain -- or Aqeel Al-Aqil and -- in

5    relation to the actions Al Rajhi Bank took in

6    response to such notifications.

7                    And I'm just trying to find out

8    whether or not the handwritten notations are

9    in some way relevant to Al Rajhi Bank's

10   response to SAMA's instruction with regard to

11   these entities.

12                   MR. CURRAN:  Objection as to

13          form.  The deposition notice could

14          have specified this particular

15          document in that inquiry and did not.

16                   You may answer.

17                   THE WITNESS:  What I know from

18          my inquiries is Al Rajhi Bank didn't

19          have any accounts with any of these Al

20          Haramain entities, and that the KSA

21          entity accounts of Al Haramain were

22          not required to be blocked by SAMA.  I

23          know that seems to be true.

24   QUESTIONS BY MR. CARTER:

25          Q.    And related to the discussion

This Transcript Contains Confidential Material

1    we had earlier, as you sit here today, did

2    you conduct an inquiry to determine what due

3    diligence Al Rajhi Bank undertook in response

4    to this instruction to determine whether any

5    of its Al Haramain accounts were being

6    operated for the benefit of the Al Haramain

7    Netherlands branch?

8         A.    As I responded earlier, we have

9    no entity accounts outside of KSA.

10        Q.    Well, I'm asking whether or not

11   Al Rajhi Bank took steps to test that

12   principle by conducting an inquiry to

13   determine whether or not any of the accounts

14   it had were being operated for the benefit of

15   Al Haramain Netherlands branch.

16        A.    Well, what I can say,

17   Mr. Carter, is we took all of the SAMA

18   instructions, and then as he says, this is

19   list 100.  Those were all being actioned

20   diligently.  And to the best of my knowledge,

21   Al Rajhi Bank did that and, as a result of

22   doing that, also was auditing the same.

23             So the KSA accounts, to the

24   best of my knowledge, were not required by

25   SAMA to be blocked.  And to the best of our

1    knowledge, we did not have any KSA -- any

2    accounts outside of KSA.

3         Q.    So as long as the account was

4    opened in The Kingdom of Saudi Arabia, Al

5    Rajhi's view was that it was not required to

6    take any further action; is that correct?

7         A.    That's not what I've said.

8              MR. CURRAN:  Objection as to

9         form.

10             You may answer.

11             THE WITNESS:  That's not what

12        I've said.  I said we know where the

13        account's allocated, and we actioned

14        all of the SAMA instructions, and we

15        ordered the same.  I don't have any

16        particular detail on the inquiry

17        making with respect to one specific

18        account or one specific action in the

19        many hundreds that the bank took.

20   QUESTIONS BY MR. CARTER:

21        Q.    And we've discussed this

22   already, but just to revisit the issue of it.

23             You've acknowledged that there

24   were 95 accounts during the relevant time

25   period at Al Rajhi Bank for Al Haramain,

This Transcript Contains Confidential Material

```
 1    correct?

 2         A.    Yeah, that's what I said

 3    earlier.

 4         Q.    And some of those accounts are

 5    identified generically as pertaining just to

 6    Al Haramain, correct?

 7         A.    That is what was on the sheet

 8    you showed me.  I don't know if there are any

 9    further identifications in the rest of the

10    files.

11         Q.    And again, for purposes of

12    today's testimony, do you have any

13    information concerning any inquiry conducted

14    by Al Rajhi Bank to determine whether any of

15    those 95 accounts were being operated for the

16    benefit of the Al Haramain Netherlands

17    branch?

18         A.    All I can say, Mr. Carter, is

19    that we actioned diligently all requests from

20    SAMA, and we ordered it for the application

21    of the same thing.

22         Q.    Right.

23               And I'm trying to understand

24    what actions you took in response.

25         A.    Yeah.
```

This Transcript Contains Confidential Material

```
1        Q.     Other than the generalized

2   representation that you respond diligently.

3        A.     Yeah, with respect to that

4   specific action, I can't make a comment

5   because I don't know the answer.

6        Q.     Okay.  And is that also true as

7   to the next entry, the Ethiopia branch of Al

8   Haramain?

9        A.     Well, Mr. Carter, we received

10  the instructions, and Abdullah al Rajhi wrote

11  to the Ministry of Islamic Affairs to ask if

12  the bank should be taking any action on the

13  Al Haramain accounts.

14              And that was 39945, is the

15  Bates number.

16       Q.     And so the action you're

17  referring to is a letter from Abdullah al

18  Rajhi to the Ministry of Islamic Affairs?

19       A.     That's correct.

20       Q.     And Al Rajhi was aware at that

21  time that the Ministry of Islamic Affairs had

22  a role in Al Haramain itself?

23              MR. CURRAN:  Objection as to

24         form.

25              THE WITNESS:  No, it was -- it
```

This Transcript Contains Confidential Material

```
 1          was the licensing authority for

 2          charities.

 3     QUESTIONS BY MR. CARTER:

 4          Q.     Well, I think we agreed earlier

 5     that Al Rajhi Bank had information in its

 6     possession that Al Rajhi Bank was

 7     operating -- or Al Haramain was operating

 8     under the supervision of the Deputy Minister

 9     of Islamic Affairs, correct?

10          A.     Yes, that's correct.

11          Q.     So based on that, Al Rajhi Bank

12     had an understanding that in the period

13     before 9/11 and before 2004, the Ministry of

14     Islamic Affairs was involved in the

15     supervision of Al Haramain, correct?

16          A.     That's my understanding.

17          Q.     And so Abdullah al Rajhi wrote

18     to the entity that had been responsible for

19     supervising Al Haramain to ask whether action

20     should be taken as to Al Haramain?

21               MR. CURRAN:  Objection as to

22          form.  Lack of foundation.

23               You may answer.

24               THE WITNESS:  Yeah, this is

25          what we covered earlier, that clearly
```

This Transcript Contains Confidential Material

```
1              there were two roles.  And I assume
2              that a minister -- minister of the
3              Ministry of Islamic Affairs was able
4              to separate those responsibilities.
5    QUESTIONS BY MR. CARTER:
6         Q.     And again, aside from asking
7    about that, are you aware of any actions
8    undertaken by Al Rajhi Bank to determine
9    whether any of the Al Haramain entities --
10   whether any of the Al Haramain accounts at
11   the bank were being operated for the benefit
12   of any of the Al Haramain entities on this
13   list?
14        A.     What I know is that the Al
15   Haramain Saudi entities were local entities
16   and that we didn't have any offshore Al
17   Haramain entities.
18        Q.     That's your understanding,
19   correct?
20        A.     That's my understanding.
21        Q.     And the last name on this list
22   at 14 is Aqeel Abdulaziz Al-Aqil.
23             Do you see that?
24        A.     Yes, I can.
25        Q.     And you're aware that Aqeel
```

This Transcript Contains Confidential Material

1    Abdulaziz Al-Aqil is identified as the person

2    who had signatory authority over numerous of

3    the Al Haramain accounts at Al Rajhi Bank,

4    correct?

5         A.    I can't tell that from reading

6    this.

7              Mr. Carter, would you mind if

8    we take a break now?

9              MR. CARTER:  Sure.  That's

10        fine.

11             THE WITNESS:  Thank you.

12             VIDEOGRAPHER:  Off record.  The

13        time is 8 o'clock.

14        (Off the record at 8:00 p.m.)

15             VIDEOGRAPHER:  Back on record.

16        Time is 8:17.

17   QUESTIONS BY MR. CARTER:

18        Q.    Mr. Galloway, before we took

19   the short break, we were discussing the

20   instruction from SAMA in 2004 concerning 14

21   names.  And I had pointed out that the 14th

22   name provided was Aqeel Abdulaziz Al-Aqil.

23             Do you see that on the document

24   at 17380?

25        A.    Yeah, I can see the name.

This Transcript Contains Confidential Material

```
 1          Q.     And if we go back to the
 2     document we marked as Exhibit 8, do you
 3     recall this was the letter from the Deputy
 4     Minister of Islamic Affairs concerning the
 5     transfer of nine of accounts into the name of
 6     Al Haramain?
 7          A.     I remember that, yeah.
 8          Q.     And do you see on there that
 9     the deputy minister indicates that signatory
10     authority for the accounts, once transferred
11     to Al Haramain, shall be determined by Sheikh
12     Aqil bin Abdel Aziz al Aqil?
13          A.     I can see that.
14          Q.     So do you agree with me that as
15     of 1998, Al Rajhi Bank had information
16     available to it that Sheikh Abdul Aziz -- or
17     Sheikh Aqil bin Abdel Aziz al Aqil had
18     responsibility for determining signatory
19     authority over the Al Haramain accounts?
20               MR. CURRAN:  Objection as to
21          form.
22               You may answer.
23               THE WITNESS:  What I
24          can confirm is he had two roles.  He
25          had a role as the regulator of the
```

This Transcript Contains Confidential Material

```
1              charities that he has -- he has a

2              signature on here that -- so, sorry.

3              Can I just recant that and say that I

4              agree that he had signature authority

5              on the basis of this letter?

6    QUESTIONS BY MR. CARTER:

7         Q.    Okay.  And then we had marked,

8    I think, an additional version of that

9    letter.  It's the one that was at Tab 14 that

10   included an attachment, and I don't remember

11   what exhibit it was.

12             GINA VELDMAN:  It's

13        Exhibit 14 -- I mean, 10.  Sorry.

14        Exhibit 10.

15   QUESTIONS BY MR. CARTER:

16        Q.    Exhibit 10.

17             And if we can turn to that --

18   second page of that document indicates that

19   Aqil bin Abdel Aziz al Aqil would have

20   signatory authority over the nine accounts,

21   correct?

22        A.    That appears to be the case.

23        Q.    And in response to the 2004

24   SAMA instruction concerning the 14 entities,

25   do you know what, if any, action Al Rajhi
```

This Transcript Contains Confidential Material

1    Bank took to determine --

2         A.    Yeah, I can tell there's been a

3    sequence of events leading up to this point

4    that seem to be missing in the conversation

5    we're having now.

6              The first was the formation of

7    the self supervisory committee.  SAMA

8    instructed no bank to close accounts without

9    SAMA's express instruction, which would have

10   been issued through the self supervisory

11   committee.

12             SAMA sent instructions

13   regarding charities, and the bank believed

14   they're in compliance with all of those

15   requirements.

16             And then the bank sent a letter

17   to SAMA to inquire about Al Haramain, to

18   which the SAMA didn't reply.  The bank, being

19   so concerned about this, then took steps to

20   contact other relevant government departments

21   to confirm it was in compliance with all

22   aspects of dealing with Al Haramain.

23             And the SAMA circular said that

24   it needed a license from the Ministry of

25   Labor or the Ministry of Islamic Affairs.

This Transcript Contains Confidential Material

```
 1              And SAMA confirmed the Ministry
 2    of Islamic Affairs was the proper licensing
 3    authority for charities.
 4              And in April 20, 2003, SAMA
 5    instructed the banks to consolidate all Al
 6    Haramain KSA accounts under a single account
 7    number, which surely they wouldn't have done
 8    if they had concerns about them operating.
 9              And then in April 30, 2003, Al
10    Rajhi Bank confirms to SAMA that it's
11    consolidated the Al Haramain accounts into
12    one account.
13              And then in a January 2004
14    letter to SAMA, the bank requested clarity in
15    future dealings with SAMA charities,
16    including IIRO, Al Haramain.  And in that
17    letter, Mr. Abdullah al Rajhi notes that the
18    Al Haramain charitable foundation is already
19    licensed, and he cites the licensing proof
20    that we had as a bank.
21              And then in --
22       Q.    Mr. Galloway, I have limited
23    time, and I'm going to need you to answer my
24    questions.  This is a long speech.  And if
25    your counsel wants to ask you questions, he
```

This Transcript Contains Confidential Material

1    can.

2                MR. CURRAN:  Excuse me,

3          Mr. Carter.  You can't interrupt the

4          witness like that.  Come on.

5                MR. CARTER:  Chris, it's a very

6          long -- that's a very long -- it's a

7          very long -- I let him go for a while.

8          I let him go for a while.  If you want

9          to ask him questions, you can.

10                MR. CURRAN:  No, no, no.  You

11          asked a question, and he's giving the

12          response.  You can't interrupt him.

13          You know that.

14                MR. CARTER:  It's not

15          responsive.  It is not responsive.

16                MR. CURRAN:  The witness may

17          continue with his answer.

18                THE WITNESS:  Mr. Carter, I'm

19          laying out a series of events that

20          make it abundantly clear that Al Rajhi

21          Bank took very detailed, numerous

22          steps over a considerable period of

23          time to be sure it was in compliance

24          with its lead regulator, SAMA, and to

25          make sure it had the appropriate

This Transcript Contains Confidential Material

```
 1          licenses to operate the very accounts
 2          that you're inquiring about.
 3                  I'm just trying to lay that out
 4          for the record because you're busy
 5          creating other linkages, which I
 6          think, based on the evidence we have
 7          here, the bank took abundant, numerous
 8          measures over a period of time to
 9          ensure that we were compliant and we
10          were operating safely, fairly and
11          within the law.
12                  MR. CURRAN:  Please continue.
13                  MR. CARTER:  I'm going to move
14          to strike the answer as nonresponsive.
15   QUESTIONS BY MR. CARTER:
16          Q.    My question concerns --
17                  MR. CURRAN:  No, no, no.  No,
18          you can make your motion.  We oppose
19          the motion, but the witness is
20          entitled to finish his prior witness.
21                  Mr. Carter, please --
22                  MR. CARTER:  My specific
23          question concerns --
24                  MR. CURRAN:  What steps were
25          taken.
```

This Transcript Contains Confidential Material

```
 1                    MR. CARTER:  -- what steps were
 2          taken in response to the SAMA inquiry
 3          to take action as to Aqil Abdel Aziz
 4          al Aqil in 2004 to ascertain which of
 5          the Al Haramain accounts he had
 6          signatory authority over.
 7                    MR. CURRAN:  And the witness is
 8          entitled to provide context for his
 9          answer.  He was doing that.
10                    THE WITNESS:  You're talking
11          about events in 2004 against which
12          measures were taken since 2001 to
13          ensure we were compliant.  I'm simply
14          trying to put that on the record.
15  QUESTIONS BY MR. CARTER:
16          Q.    And I'm still trying to find
17  out whether or not you're aware of any
18  information concerning steps taken by the
19  bank in response to this particular directive
20  to identify accounts over which Aqeel Al-Aqil
21  had signatory authority that were held in the
22  name of Al Haramain.
23                    MR. CURRAN:  And the witness
24          may provide whatever context he feels
25          is necessary for responding to that
```

This Transcript Contains Confidential Material

```
 1          question.
 2               Please continue.
 3               THE WITNESS:  So, in
 4          February 25, 2004, there was a letter
 5          to Ministry of Islamic Affairs that
 6          requested confirmation that all Al
 7          Haramain charitable accounts founda --
 8          charitable foundation accounts have a
 9          license from the competent authority
10          to carry out the charitable work.
11               And we got a letter from the
12          Ministry of Islamic Affairs on
13          March 13, 2004, that stated that Al
14          Haramain is authorized to carry out
15          charitable work.
16               And then on the 21st of March,
17          2004, the Ministry of Justice wrote to
18          the bank to state that Al Haramain and
19          IIRO, Muslim World League, World
20          Assembly of Muslim Youth, legally
21          established and permitted to operate
22          under its laws and regulations in KSA.
23               That, I can tell you is true.
24     QUESTIONS BY MR. CARTER:
25          Q.    Mr. Galloway, you just
```

This Transcript Contains Confidential Material

1    identified three things that happened before

2    July of 2004.

3              And the instruction from SAMA

4    that I'm asking you about was issued in July

5    of 2004.  And I'm asking you about actions Al

6    Rajhi Bank took in response to this directive

7    from July 2004.

8         A.    And I have no specific response

9    to that question.

10        Q.    Thank you.

11              (Al Rajhi Bank 30(b)(6) Exhibit

12        ARB 20 marked for identification.)

13   QUESTIONS BY MR. CARTER:

14        Q.    If we can, let's mark as the

15   next exhibit the collection of documents at

16   Tab 6.

17        A.    Could you direct me to the area

18   of question these relate to, please?

19        Q.    Yeah.  This concerns, among

20   others, the topics under issue 12 pertaining

21   to the Sulaiman Abdul Aziz al Rajhi

22   Charitable Foundation --

23        A.    Okay.  Thank you.

24        Q.    -- and transfers for the

25   benefit of the Da`wah organizations.

This Transcript Contains Confidential Material

1        A.      Thank you.  Please go ahead.

2                Would you like me to read the

3     exhibit?

4        Q.      Well, I think the first thing

5     is, I'd just like you to tell me if you're

6     familiar with these pages that were produced

7     at 38079 through 38106.

8        A.      Can I confirm if the black

9     sections are redactions?

10       Q.      They are.  That's my

11    understanding, yes.

12               MR. CURRAN:  Mr. Carter, how

13          long is this document?

14               MR. CARTER:  Well, it's a

15          number of pages, Chris, and my

16          understanding is these reflect

17          transfers identified by the bank from

18          the foundation for the benefit of one

19          of the Da`wah organizations or its

20          principals.

21               And this is just a collection

22          of transfer information that the bank

23          provided to us.

24               MR. CURRAN:  I see the witness

25          scrolling through what looks like a

This Transcript Contains Confidential Material

```
 1          document with scores of pages.
 2                    MR. CARTER:  Well, there's the
 3          Arabic behind it.  And I think part of
 4          the reason it's scores of pages is
 5          because we got snippets of individual
 6          transactions all on separate pages.
 7          So there's not a tremendous amount of
 8          information on each page.
 9                    MR. CURRAN:  Okay.
10                    THE WITNESS:  Okay.  Thanks for
11          your patience.  So I've read through
12          it.
13   QUESTIONS BY MR. CARTER:
14          Q.     Okay.  Mr. Galloway, you're
15   aware that the second revised notice of
16   deposition included a number of topics
17   relating to the Sulaiman Abdul Aziz al Rajhi
18   Charitable Foundation under heading 12?
19          A.     I'm aware there were questions,
20   yes.
21          Q.     And among those, one of the
22   issues was concern of financial contributions
23   provided to the Da`wah organizations and
24   their principals by the foundation.
25                    And that's at 12(b), correct?
```

This Transcript Contains Confidential Material

```
 1        A.    Well, I'd note that the
 2   foundation has never been an a parent,
 3   subsidiary or affiliate of the bank, and the
 4   bank's never had any oversight, supervision,
 5   management or control over the foundation's
 6   operations or their activities.
 7              MR. CARTER:  Chris, with
 8         respect, that is not responsive to any
 9         question that's been asked.  And I
10         have limited time, so I'm going to ask
11         the witness to answer my questions.  I
12         didn't even have a question pending,
13         other than whether or not he knows
14         that this topic was on the notice.
15              MR. CURRAN:  Well, he was
16         responding to your identification of
17         the topic, but let's proceed.
18   QUESTIONS BY MR. CARTER:
19        Q.    You're aware that this was one
20   of the topics, correct?
21        A.    We are aware it's one of the
22   topics, that is correct.
23        Q.    And what did you do to
24   familiarize yourself with the bank's
25   knowledge concerning transfers that were
```

This Transcript Contains Confidential Material

```
 1    carried out from accounts in the name of the
 2    foundation in favor of the Da`wah
 3    organizations or their principals?
 4         A.    The bank checked account names,
 5    accounts in the name of the charitable
 6    foundation and Mr. Sulaiman al Rajhi.
 7               Is that what you're asking me?
 8         Q.    Yeah.  What did the -- what did
 9    you do for purposes of preparing for the
10    deposition to determine what information the
11    bank had concerning transfers from the
12    foundation to the benefit of the Da`wah
13    organizations or their principals?
14         A.    Transfers from these
15    charitable -- from the charitable foundation
16    accounts to the -- to what you're referring
17    to as the Da`wah organizations, is that
18    you're asking?
19         Q.    And their principals, yes.
20               What did you do to learn about
21    that issue?
22         A.    There was searches of the
23    transaction records.
24         Q.    Okay.  And the -- I understand
25    the collection of transfer information that
```

This Transcript Contains Confidential Material

1    we've marked as the exhibit in front of you

2    to be the result of those searches for the

3    transfers.

4              Is that correct?

5    A.    That would seem logical.

6    Q.    I'm not familiar with the

7    appearance and presentation of Al Rajhi

8    Bank's internal transfer information of this

9    nature.

10             Is this consistent with

11   information extracted from the bank's core

12   banking system relating to transaction

13   information?

14   A.    Yeah, I think I mentioned it

15   some time ago.  The statements as presented

16   would be the same as the statements seen by

17   the customer.

18   Q.    And looking at the page in

19   front of you, 38079, and the upper corner,

20   I'm trying to understand this document that

21   was provided on this topic.

22             It indicates a date of December

23   30, 1998, through December 30, 1998.

24             Do you see that?

25   A.    I do see that.

This Transcript Contains Confidential Material

1    Q.    Does that mean that the

2    transaction information that is included

3    below all occurred on that same day,

4    December 30, 1998?

5    A.    I'm not sure.

6    Q.    The document identifies

7    Sulaiman bin Abdul Aziz al Rajhi charitable

8    foundation.

9         Is that the account holder?

10   A.    Yes, I believe it is.

11   Q.    And it identifies an account

12   ending in 6006.

13        Do you see that?

14   A.    Yes, I can.

15   Q.    Do you know if that is the

16   account number for the charitable foundation?

17   A.    Yes, I believe it is.

18   Q.    Do you know whether there were

19   any other accounts for the charitable

20   foundation during the '98 through 2002 time

21   period?

22   A.    I'm not aware of any.

23   Q.    And there's a reference below

24   that masthead, opening balance, and it

25   references a minus 5,851,743, approximately,

This Transcript Contains Confidential Material

```
 1    riyals.

 2             Do you see that?

 3        A.     I can see the entry.

 4        Q.     And do you know whether that is

 5    the opening balance as of December 30, 1998?

 6        A.     I don't know that definitively.

 7        Q.     And beneath that, there is an

 8    entry indicating a withdrawal by check, Al

 9    Haramain Islamic Foundation.

10             Do you see that?

11        A.     Are you referring to the entry

12    of 4.7 million riyals?

13        Q.     Well, there's an entry --

14        A.     Where the balance is the

15    100,000 withdrawal, is what you'd be saying,

16    right?

17        Q.     I'm trying to understand the

18    document, so hoping you can help me.

19             Am I correct that this reflects

20    $100,000 withdrawal from the Al Rajhi

21    charitable foundation account in favor of Al

22    Haramain?

23        A.     I'm not 100 percent sure.

24        Q.     And across from that, there is

25    an entry that includes -- that indicates
```

This Transcript Contains Confidential Material

```
 1    negative 4,717,587, approximately, riyals.
 2               Do you know what that is
 3    referring to?
 4        A.     Yes.  I'm not sure whether
 5    they're riyals or dollars, but I'm assuming
 6    they're riyals.
 7               I do not -- no, I can't -- I
 8    can't tell you what the detail relates to.
 9        Q.     And at the bottom, there is --
10    there are a number of indications.  On the
11    left it says "Currency SR."
12               Do you know if that refers to
13    the currency of Saudi riyals?
14        A.     That seems like a conclusion
15    you could draw.
16        Q.     And do you know what any of the
17    three entries across from that refer to?
18        A.     No, Mr. Carter, I do not.
19        Q.     And turning to the next page,
20    38080, this indicates the same date range of
21    December 30, '98, to December 30, '98.
22               Do you see that?
23        A.     Yes, I do.
24        Q.     And it refers to the same
25    account, correct?
```

This Transcript Contains Confidential Material

```
 1          A.      It appears to.

 2          Q.      And in the bottom box it has

 3     grand total numbers?

 4          A.      Yes, I can see that.

 5          Q.      Do you know what those grand

 6     total numbers refer to?

 7          A.      No, I do not.

 8          Q.      Do you know whether the

 9     2,408,604 number refers to the grand total of

10     the debits from the account on December 30,

11     1998?

12          A.      By looking at this document in

13     its current form, I can't say that's true.

14          Q.      And I gather then it means you

15     also can't tell me whether or not the

16     8,260,347.45 number refers to the total

17     credits to the account as of -- on

18     December 30, 1998?

19          A.      That's also correct.

20          Q.      What additional information

21     would you need to understand what those

22     numbers mean?

23          A.      The headings on the columns

24     would help.

25          Q.      And those are redacted?
```

This Transcript Contains Confidential Material

```
 1         A.     I don't know what's behind the

 2    redaction.

 3         Q.     The redactions are impacting

 4    your ability to understand the document?

 5                MR. CURRAN:  Objection.  Lack

 6         of foundation.

 7                You may answer.

 8                THE WITNESS:  Yeah, I'm not

 9         familiar with the document, and I

10         haven't -- I haven't got the certainty

11         to be able to tell you what the

12         numbers relate to.

13    QUESTIONS BY MR. CARTER:

14         Q.     The reason I'm asking,

15    Mr. Galloway, is because this is the

16    transaction information that was provided to

17    us in relation to transfers from the

18    foundation for the benefit of the Da`wah

19    organizations and their principals, which as

20    we've discussed is one of the topics we're

21    here today to address.  And I'm trying to get

22    an understanding of the meaning of the

23    documents concerning that subject.

24                Am I correct that you're not

25    familiar with the documents and in a position
```

This Transcript Contains Confidential Material

1    to tell us what they mean?

2                MR. CURRAN:  Objection.

3         Overbroad.

4                You may answer.

5                THE WITNESS:  I am aware that

6         the foundation had accounts, but I'm

7         not aware of the line item detail that

8         you're asking me for in the context of

9         preparing for 45 topics with multiple

10        subtopics, some of which, numbered a

11        dozen, I didn't get to the level of

12        detail and specificity you're asking

13        me to address to.

14   QUESTIONS BY MR. CARTER:

15        Q.    Mr. Galloway, you just used the

16   word -- the plural word "accounts," and I'm

17   just trying to check.

18                Are there -- were there more

19   than one charitable foundation account that

20   you're aware of?

21        A.    No, I used it in the context of

22   searching for accounts.

23        Q.    Understood.

24                With regard to the transfer

25   that we mentioned earlier on 38079,

This Transcript Contains Confidential Material

1    withdrawal by check, Al Haramain Islamic

2    Foundation for 100,000, that seems easy

3    enough for the bank to have identified

4    because it refers to Al Haramain Islamic

5    Foundation, correct?

6         A.    Al Haramain Islamic Foundation

7    is in the annotation, that's correct.

8         Q.    Is that the -- is that what you

9    understand to be the annotation field?

10         A.    That's what I believe it is.

11         Q.    And, you know, turning to

12    38082, there is a transaction disclosed.

13    Withdrawal by check, with a check number, in

14    the amount of 145,000, I believe, riyals.

15              Do you see that?

16         A.    I can.

17         Q.    And there's no reference to any

18    entity in the annotation field, correct?

19         A.    That's correct.

20         Q.    Do you know how Al Rajhi Bank

21    went about identifying transfers from the

22    foundation in favor of the Da`wah

23    organizations and their principals?

24         A.    Do you have a section that

25    would relate to?

This Transcript Contains Confidential Material

1          MS. BEMBRY:  Sean, can I have a

2      standing objection to the definition

3      of Da`wah principal that's in

4      Exhibit 1, please?

5          MR. CARTER:  Sure.

6          THE WITNESS:  Mr. Carter, could

7      you repeat the question in order to

8      help me, please?

9   QUESTIONS BY MR. CARTER:

10      Q.    Yeah.

11          I was just asking whether

12  you're familiar with the procedure that the

13  bank used to try to identify transfers from

14  charitable foundation accounts at the bank in

15  favor of the Da`wah organizations and their

16  principals?

17      A.    Yeah, I have -- I have some

18  note here.  If you wait one moment, I'll try

19  to find it.

20          There was a search of the core

21  banking system, and I think we established

22  the core banking system's purpose earlier.

23          We used fuzzy logic search to

24  try and find suitable alternative names.  We

25  used further verification of the entity, and

This Transcript Contains Confidential Material

1    we narrowed it down.  We checked the account

2    file for photo ID number, and we did that in

3    both English and Arabic.

4              And then we also -- you know,

5    this is -- this is the general approach.

6         Q.    During discussions between the

7    bank and the plaintiffs, there was reference

8    to a process of referring to the general

9    ledger to identify debits from the foundation

10   account that matched credit into the --

11   credit entries into the Da`wah organizations'

12   accounts at Al Rajhi Bank on the same day.

13             Do you know anything about

14   that?

15        A.    Yeah, that was also conducted.

16        Q.    Okay.  And that would -- that

17   sort of process concerns transfers from the

18   foundation account that went into Da`wah

19   organization accounts at Al Rajhi Bank.

20             What was the process for

21   determining whether there were transfers from

22   the foundations to the Da`wah organizations'

23   accounts other than Al Rajhi?

24        A.    I think there was a check to

25   ensure any beneficiaries that were set up

This Transcript Contains Confidential Material

1    were noted.

2         Q.    And when you say "beneficiaries

3    that were set up," what does that mean?

4         A.    So if you establish a

5    beneficiary for payment to another bank, it

6    would leave a record of the beneficiary.

7         Q.    Do you know whether Al Haramain

8    was set up as an beneficiary by Al Rajhi Bank

9    at any point?

10        A.    I don't have any knowledge of

11    that.

12        Q.    And what about the IIRO?

13        A.    I don't have any knowledge of

14    that either, Mr. Carter.

15        Q.    And to the extent the

16    foundation wrote a check to Al Haramain and

17    sent it to Al Haramain's office in Indonesia

18    where it was deposited in a local bank, would

19    that have been identified through the search

20    protocols carried out by the bank?

21              MR. CURRAN:  Objection as to

22        form.

23              You may answer.

24              THE WITNESS:  I'm not sure that

25        it would.  I don't know the an -- I

This Transcript Contains Confidential Material

```
 1          don't know why that it would have

 2          been.

 3     QUESTIONS BY MR. CARTER:

 4          Q.      And just with regard to these

 5     transfers, did you, as part of your

 6     preparations, manage to determine what

 7     transfers were made from the foundation in

 8     favor of Al Haramain?

 9          A.      Just give me a moment, please.

10          The bank's produced

11     transactions of the possible financial

12     contributions from the charity to Al

13     Haramain, and the bank has found no

14     transactions from the accounts of the

15     foundation to IIRO, and the bank's found no

16     transactions from accounts held at the bank

17     by the foundation or Mr. Al Rajhi to

18     Muwaffaq.

19          Q.      And did the bank also identify

20     a transfer from the foundation to Aqeel

21     Al-Aqil?

22          A.      I am not aware of that.

23          Q.      And turning back to the

24     exhibit, again, just trying to understand

25     this -- what these documents mean, do you
```

This Transcript Contains Confidential Material

```
1    understand the grand total columns provided
2    to reflect the total value of the
3    transactions being carried out through the
4    account in the specified time period?
5         A.    I can see it says "grand
6    total."
7         Q.    But you can't tell other than
8    that?
9         A.    Well, as I said before, I can't
10   with certainty tell you the details in the
11   columns given the information they redacted
12   and we have.
13             (Al Rajhi Bank 30(b)(6) Exhibit
14        ARB 21 marked for identification.)
15   QUESTIONS BY MR. CARTER:
16        Q.    And if we can mark in -- as the
17   next exhibit the document at Tab 7.
18             MR. CURRAN:  I'll alert the
19        witness that it appears to be a
20        multipage document.  He might want to
21        scroll on his computer, I think.
22             While he's doing that, I'm
23        going to make a broad objection to the
24        plaintiffs' failure to provide these
25        granular-type documents ahead of time,
```

This Transcript Contains Confidential Material

```
1              and the witness could have done

2              targeted prep on these documents.

3                   And instead, we got an

4              extensive list of questions, general

5              questions, such that the witness isn't

6              prepared to answer questions on with

7              granularity.

8                   MR. CARTER:  Just in response

9              to that, Chris, the collection of

10             transaction information and two

11             summary pages, one of which I've just

12             marked, are the only documents the

13             bank produced to us concerning

14             transfers from the foundation accounts

15             to the Da`wah organizations.

16                  So these are the specific

17             documents the bank provided pertaining

18             to the particular category that's

19             identified in the notice.

20                  MR. CURRAN:  Yeah, so it sounds

21             like it would -- sounds like it would

22             have been easy to attach such

23             documents to the notice, and instead

24             we got 45 broad-ranging topics with

25             scores of subtopics.  So --
```

This Transcript Contains Confidential Material

```
 1                MR. CARTER:  Yeah, it would be
 2        hard for me to identify the number of
 3        times we had communications with your
 4        colleagues about this issue and these
 5        particular documents being the ones
 6        that related to this topic, but we'll
 7        continue.
 8    QUESTIONS BY MR. CARTER:
 9        Q.    Mr. Galloway, are you -- am I
10    understanding from your counsel's objection
11    that you're not familiar as a result of your
12    preparations with this document that was
13    produced at 39960?
14                MR. CURRAN:  No, don't try to
15        conclude it from my objection.  Ask
16        him a fresh question.
17    QUESTIONS BY MR. CARTER:
18        Q.    Mr. Galloway, are you familiar
19    with the document that we just marked as an
20    exhibit that was produced at ARB 39960?
21        A.    I have seen it in the thousands
22    I reviewed, but I'm not familiar with it.
23        Q.    And we understand that this is
24    a run of transactions from the foundation
25    account in favor of either Al Haramain or in
```

This Transcript Contains Confidential Material

1    one instance Aqeel Al-Aqil.

2              Do you know if that's correct

3    or not?

4         A.    I do not.  I also note the

5    language is in Arabic, and as you know, I'm

6    not an Arabic speaker, so I can't comment.

7         Q.    And the account number ends in

8    6006, correct?

9         A.    It appears to.

10        Q.    Okay.  And I think we agree

11   that that's the ending digits of the

12   foundation account, correct?

13        A.    I don't have the foundation

14   account in front of me to say that.

15        Q.    Okay.  As part of your

16   preparations, were you able to ascertain the

17   total value of the funds transferred from the

18   foundation's accounts at Al Rajhi in favor of

19   Al Haramain during the relevant period?

20        A.    No, I did not.

21        Q.    But the transaction information

22   reflects what it reflects, correct?

23        A.    Would you repeat that, please?

24        Q.    In other words, you understand

25   that the transaction information provided by

This Transcript Contains Confidential Material

```
1    Al Rajhi Bank is an accurate reflection of

2    what happened?

3         A.    I understand that to be true,

4    yes.

5         Q.    In preparation for your

6    deposition today as the bank's designee, did

7    you make inquiry concerning the roles of

8    Abdul Rahman al Rajhi, Saleh bin Sulaiman al

9    Habdan, and Abdullah bin Ibrahim al Misfer at

10   the charitable foundation?

11        A.    Say --

12             MR. CURRAN:  Same objection as

13        before as to Abdul Rahman al Rajhi,

14        but you may proceed.

15             THE WITNESS:  Would you direct

16        me to the question that this relates

17        to?

18   QUESTIONS BY MR. CARTER:

19        Q.    It is 12(b).

20        A.    B for Broadway?

21        Q.    Yep.

22             MR. CURRAN:  Yeah.

23             THE WITNESS:  The bank has no

24        knowledge of the roles and

25        responsibilities of Abdul Rahman al
```

```
 1          Rajhi, Saleh bin Sulaiman al Habdan or
 2          Abdullah bin Ibrahim al Misfer, or of
 3          any foundation personnel.  None of
 4          these individuals had any role at the
 5          bank, and the foundation has never
 6          been a parent, subsidiary, or
 7          affiliate of the bank.
 8   QUESTIONS BY MR. CARTER:
 9          Q.     Do you know whether the
10   foundation ever had offices within the same
11   building as the bank?
12          A.     I do not know the answer to
13   that.
14          Q.     And do you know whether the
15   bank is in possession of the foundation --
16   any of the foundation's operating files?
17          A.     Well, as I said, the bank has
18   no knowledge of the roles and
19   responsibilities of these people, and the
20   foundation has never been a parent,
21   subsidiary or affiliate of the bank, so I
22   would be very surprised if they held records.
23          Q.     Over the course of preparing,
24   did you happen to see any correspondence
25   produced by Al Rajhi Bank that issued from
```

This Transcript Contains Confidential Material

1    the estate of Sulaiman al Rajhi?

2         A.      No, I did not.

3         Q.      I believe you indicated

4    previously that you spoke to Abdullah al

5    Rajhi concerning Abdul Rahman Abdul al Rajhi,

6    correct?

7         A.      That's correct.  Or gentlemen

8    with similar names, of which there are at

9    least three senior members of the al Rajhi

10   family.

11        Q.      And did he tell you that

12   someone with that similar name had a role at

13   some point at the foundation?

14        A.      He believed he might have

15   worked at the foundation, but he had no

16   detail about it and had no knowledge of the

17   activities or the term of employment or

18   whether indeed he was employed.

19        Q.      Okay.  And who -- do you know

20   who founded the foundation?

21        A.      No, I do not know that.

22        Q.      And do you know whether

23   Abdullah al Rajhi had any involvement in the

24   foundation's activities?

25        A.      He had no involvement.  He said

This Transcript Contains Confidential Material

1    as much.  This was all -- the foundation was

2    separate to anything he was involved in.

3         Q.    So as you understand it,

4    Abdullah al Rajhi did not engage in any

5    activities with respect to -- with respect to

6    the foundation's functions?

7         A.    That's my understanding --

8              MR. CURRAN:  Objection.

9         Overbroad.

10             You may answer.

11             THE WITNESS:  That's my

12        understanding.

13   QUESTIONS BY MR. CARTER:

14        Q.    And did you discuss Abdul

15   Rahman Abdullah al Rajhi with any other Al

16   Rajhi Bank bank employees?

17        A.    Only the HR department to

18   ascertain that he had no employment with the

19   bank at any stage.

20        Q.    Do you know where the

21   foundation maintained its accounts at Al

22   Rajhi?  In other words, what branch?

23        A.    No, I do not.

24        Q.    Do you know whether Al Rajhi

25   had a branch that was known as the Al Rabwah,

This Transcript Contains Confidential Material

1    R-a-b-w-a-h, branch during the relevant time
2    period '98 to 2002?
3         A.    No, Mr. Carter, I do not.
4         Q.    Do you know whether it has one
5    now called the Al Rabwah branch?
6         A.    No, Mr. Carter.  No, I did not
7    prepare for that level of detail, sir.
8              MR. CURRAN:  Yeah, objection.
9         Outside the scope.
10   QUESTIONS BY MR. CARTER:
11        Q.    And were you able to ascertain
12   any information concerning any roles Saleh
13   bin Sulaiman al Habdan with the foundation?
14        A.    No.  The bank's got -- as I
15   said before, the bank has no knowledge of the
16   roles or responsibilities of Abdul Rahman al
17   Rajhi, Saleh bin Sulaiman al Habdan or
18   Abdullah bin Ibrahim al Misfer or any other
19   foundation personnel.  I think I answered
20   that earlier.
21        Q.    And did you request that the
22   bank conduct any searches of its core banking
23   system to determine whether any of those
24   three individuals either held accounts at Al
25   Rajhi Bank or were signatories on the

This Transcript Contains Confidential Material

1    foundation account?

2         A.    I don't believe so.  I was not

3    asked to.  I've not seen anything directly

4    relating to that.

5              (Al Rajhi Bank 30(b)(6) Exhibit

6         ARB 22 marked for identification.)

7    QUESTIONS BY MR. CARTER:

8         Q.    Can we mark as the next exhibit

9    the documents at Tab 9?

10             Mr. Galloway, did you have

11   occasion to look at the set of documents we

12   just marked as an exhibit in preparation for

13   your deposition?

14        A.    Yeah, I'm sorry for the delay.

15   We're still downloading on this side.  It

16   seems terribly slow.  Apologies.

17             It's still loading, I'm afraid.

18             MR. CURRAN:  So, Mr. Carter,

19        while we're waiting for this, can you

20        tell me what area of inquiry in your

21        notice this relates to?

22             MR. CARTER:  Well, it would

23        relate, first of all, to the use of

24        e-mail.  And --

25             THE WITNESS:  Can you go to

This Transcript Contains Confidential Material

```
 1          Section 1, please?
 2              MR. CARTER:  Which is 37.  And
 3          it would also relate to foundation
 4          transfers to Al Haramain.
 5              MR. CURRAN:  We object to this
 6          apparent line of inquiry as unrelated
 7          to the foundation.  So I'll make
 8          objections to specific questions as
 9          they arise.
10              THE WITNESS:  Apologies.  It's
11          still loading here.  I'm not sure why
12          it's so slow, but thank you for your
13          patience.
14              Now we have it now.  If you
15          just give me a moment.  I'm sorry.
16          Still coming.
17              MR. CURRAN:  Mr. Carter, if you
18          have any questions dealing
19          specifically with the page on the
20          screen, feel free to go ahead while
21          we're waiting for the full document to
22          load.
23              MR. CARTER:  Sure.
24   QUESTIONS BY MR. CARTER:
25          Q.    Hang on one second.
```

This Transcript Contains Confidential Material

```
 1            Mr. Galloway, this is a
 2   document that -- or a collection of documents
 3   that plaintiffs have filed as part of a
 4   motion to compel further discovery relating
 5   to the foundation.  And among other things,
 6   we've asserted that these documents relate to
 7   foundation transfers and activities.
 8            Did you, in your preparation
 9   for today's deposition, have occasion to
10   speak with Abdullah Sulaiman al Rajhi about
11   this communication and the associated
12   documents to determine if they related to the
13   foundation's activities?
14       A.    I did.
15       Q.    And what did he tell you?
16       A.    Well, the first is that it was
17   signed by the secretary, not himself, and
18   that -- the fact that it wasn't containing
19   anything related to the charity.  It was only
20   just -- it was clearly that he was separating
21   anything he did from the charity.  All the
22   e-mail was trying to do was alert to the
23   separate individual sending a fax document.
24            And the secretary for him had
25   access to e-mail when Mr. Sulaiman al Rajhi,
```

This Transcript Contains Confidential Material

1    being an elderly gentleman, never used

2    e-mail.

3              So I think all it's simply

4    doing is just using that as a way of telling

5    somebody that a fax is arriving, but the

6    parties were all completely unrelated.

7        Q.    Okay.  So based on the

8    discussion you had, do you understand that

9    the first page is an e-mail just alerting

10   that a fax is being isn't by Sheikh Sulaiman?

11       A.    That's correct.  That's my

12   understanding.  Or his office.

13       Q.    And --

14       A.    It'll be a fax signed by

15   Sulaiman al Rajhi, I believe, and the

16   signature there needed to be on the fax.

17       Q.    And when you refer to Sheikh

18   Sulaiman, you're referring to Sheikh Sulaiman

19   al Rajhi?

20       A.    Yeah, Mr. Sulaiman al Rajhi,

21   that's correct.

22       Q.    And then turning to the next

23   page of this document?

24       A.    I can't -- I can't do that,

25   Mr. Carter, because the document still hasn't

This Transcript Contains Confidential Material

```
 1    loaded here.  I can -- I can see what you

 2    have here.

 3              MR. CURRAN:  I now raise my

 4         question -- my objection again because

 5         I believe these documents have nothing

 6         to do with the foundation, and

 7         instead, they deal with different

 8         charitable vehicles.

 9              But -- so I have an objection

10         to the whole line of questioning, but

11         please proceed, Mr. Carter, if you

12         wish.

13              THE WITNESS:  I would also --

14         this is not a document that I had any

15         discussion with Mr. Abdullah al Rajhi

16         about.

17    QUESTIONS BY MR. CARTER:

18         Q.    Okay.  So you didn't have

19    occasion to ask him whether or not this

20    document concerned activities of the

21    foundation?

22         A.    No, I did not.

23         Q.    And then the next two -- three

24    pages of this -- I don't know if they'll come

25    up; start with this one -- refers to a series
```

This Transcript Contains Confidential Material

```
 1    of foreign and domestic aid for the year

 2    1999.

 3              Did you have occasion to ask

 4    Abdullah al Rajhi whether or not the

 5    transactions listed on this were transactions

 6    by the foundation in favor of the

 7    beneficiaries listed?

 8         A.    I've neither seen this document

 9    before or had any discussion with anyone at

10    all about this.

11         Q.    And on the page at 15045, there

12    is a particular transaction.  There's a 75

13    number in the box to the left, and then it

14    refers to a transfer by telex, and the

15    beneficiary is listed as Al Haramain

16    Foundation in Indonesia.

17              Do you see that?

18         A.    Yeah.  I don't recognize an Al

19    Rajhi identifier on the bottom of the page

20    you're showing me, so I'm not sure I can

21    comment on this.

22              MR. CURRAN:  Objection.  Beyond

23         the scope.

24    QUESTIONS BY MR. CARTER:

25         Q.    Okay.  So, Mr. Galloway,
```

This Transcript Contains Confidential Material

1    plaintiffs have expressed their view in

2    filings with the Court that this is a

3    transfer by the foundation in favor of Al

4    Haramain Foundation in Indonesia.

5              Did you have occasion to

6    conduct inquiry to determine whether that is

7    accurate?

8         A.    No.

9              MR. CURRAN:  Objection.

10             Objection.  Beyond the scope of this

11             30(b)(6) deposition.  This witness is

12             not authorized to address this

13             document on behalf of the bank.

14             MR. CARTER:  Okay.  Chris, I'm

15             asking whether or not he conducted an

16             inquiry to determine whether or not

17             there was a transfer from an Al Rajhi

18             Bank account held by the foundation

19             that corresponds to this entry.

20             THE WITNESS:  Mr. Carter, as I

21             said before, I've never seen this

22             document before, and I haven't made an

23             inquiry of the nature that you're

24             describing.

25

```
1    QUESTIONS BY MR. CARTER:

2        Q.    Based on your inquiry, do you

3    know whether any individuals employed by the

4    bank during the period 1998 through 2002 also

5    had roles with regard to the foundation?

6        A.    I do not know that.  I --

7    there -- as I said before, there's no

8    relationship between the bank and the

9    foundation, sir.

10            It's not something that I've

11   searched for the personnel.  We don't have

12   any relationship.  It's not an entity of the

13   bank.

14            I believe it's out of the

15   scope.  It wasn't something that was included

16   in the inquiries.

17       Q.    Well, the inquiry included

18   questions about the bank's role in any

19   oversight, supervision or management,

20   including Sulaiman al Rajhi's oversight of

21   the foundation.

22            Do you happen to know whether

23   Sulaiman al Rajhi had a role with the

24   foundation during the 1998 through 2002 time

25   period?
```

This Transcript Contains Confidential Material

```
 1         A.     With the Sulaiman al Rajhi
 2    foundation, you're referring to?
 3         Q.     Correct.
 4         A.     I don't know the nature of his
 5    role, sir.  I don't know -- I don't know any
 6    of the dealings of the charitable foundation.
 7    I don't understand how it works.  I couldn't
 8    make any comment.
 9         Q.     I'm asking because Topic 12A on
10    the notice concerns "Sulaiman al Rajhi's
11    oversight, supervision, management or control
12    over the foundation's operations and
13    activities."
14         A.     If you'll bear with me, just
15    see if I have any notes.  But I don't.
16                Yeah, the bank understands that
17    Mr. Sulaiman al Rajhi had oversight and
18    control of the foundation, that is true.
19         Q.     And during that 1998
20    through 2002 time period, did Sulaiman al
21    Rajhi also have a role at the bank?
22         A.     I'd have to refer to the date
23    in which he left the bank.  One moment.
24                We have a question on this one.
25    If you can direct me, I'll be able to go
```

This Transcript Contains Confidential Material

```
 1    faster.
 2         Q.     My understanding is that he
 3    formally left the bank in 2007, but I don't
 4    want to --
 5         A.     No, you have a question.  If
 6    you could direct me to that spot, I can refer
 7    to my note.
 8         Q.     Sure.  It is Topic 15.
 9         A.     Yeah, I can confirm he retired
10    from the bank in 2014.
11         Q.     Yes.  Did you say that Sulaiman
12    al Rajhi retired from the bank in 2014?
13         A.     That's what I've been told.
14         Q.     And immediately prior to his
15    retirement, do you know what position he
16    held?
17         A.     I believe he was the chairman
18    at the time, but he was at an advanced age,
19    sir.  He was 86 years old, and I believe he
20    had relatively little involvement in the bank
21    at that time.
22         Q.     From that answer, do I
23    understand that he was, as you understand it,
24    employed with the bank in the '98
25    through 2002 time period?
```

This Transcript Contains Confidential Material

```
1        A.      Well, he was the chairman, sir.

2   I don't believe that's an employee of the

3   bank.

4        Q.      You believe he was the chairman

5   during that period?

6        A.      I believe so.

7        Q.      Okay.  I want to turn our

8   attention to Topic 13.

9                And, Mr. Galloway, are you

10  prepared to discuss the topics under Item

11  Number 13?

12       A.      Yes.

13               MR. CURRAN:  I object to this

14          line of questioning as beyond the

15          proper scope of the limited

16          jurisdiction of discovery.

17               The witness may answer.

18               THE WITNESS:  I have done some

19          preparation on Topic 13.

20  QUESTIONS BY MR. CARTER:

21       Q.      And are you aware as part of

22  that preparation that plaintiffs have issued

23  a subpoena seeking records pertaining to a

24  particular account at Chase Manhattan Bank,

25  which is presently now JPMorgan Chase?
```

This Transcript Contains Confidential Material

```
1          A.      If you're referring to the
2    correspondent banking account that Al Rajhi
3    Bank has?
4          Q.      Correct.
5          A.      I am not aware of the legal
6    proceedings, but I'm aware that the bank had
7    a correspondent banking relationship with
8    Chase Manhattan Bank in the relevant period.
9          Q.      And in connection with that
10   correspondent banking relationship, did Al
11   Rajhi maintain a single account with Chase
12   Manhattan or were there multiple
13   correspondent accounts?
14         A.      I believe there was only one.
15         Q.      And what was the purpose of
16   that correspondent bank account?
17         A.      There was a --
18              MR. CURRAN:  Same objection.
19              You may answer.
20              THE WITNESS:  It was a sole use
21        account, only for correspondent
22        banking business use.
23   QUESTIONS BY MR. CARTER:
24         Q.      And was use of that restricted
25   to any specific Al Rajhi Bank account
```

This Transcript Contains Confidential Material

1    holders?

2        A.    That's not how the account

3    works, sir.  It's a correspondent banking

4    relationship.  So swift messages get sent

5    from one bank to another, and they can only

6    be sent and received if their swift card is

7    matching.  So it's not like an individual can

8    sign off movements or transactions on the

9    account.

10       Q.    Do you know whether or not that

11   correspondent account was used for Al Rajhi

12   account holders generally, or was it, in

13   fact, used solely for particular account

14   holders?

15               MR. CURRAN:  Objection.  Beyond

16        the scope.

17               You may answer.

18               THE WITNESS:  Yeah, I haven't

19        prepared for that, but it was used for

20        correspondent banking for Al Rajhi

21        customers who qualified.

22   QUESTIONS BY MR. CARTER:

23       Q.    Was the foundation one of the

24   customers that qualified?

25               MR. CURRAN:  Objection.  Beyond

This Transcript Contains Confidential Material

```
 1        the scope.
 2              You may answer.
 3              THE WITNESS:  I have no direct
 4        knowledge of whether they did or they
 5        did not.
 6   QUESTIONS BY MR. CARTER:
 7        Q.    And do you happen to know
 8   whether Sulaiman al Rajhi made transfers
 9   through that correspondent bank account into
10   the United States?
11              MR. CURRAN:  Same objection.
12              You may answer.
13              THE WITNESS:  I do not know
14        that.
15   QUESTIONS BY MR. CARTER:
16        Q.    And the same question, do you
17   know whether Abdul Rahman Abdullah al Rajhi
18   used that account to transfer funds into the
19   United States?
20              MR. CURRAN:  Objection.  Beyond
21        the scope of limited jurisdictional
22        discovery.
23              You may answer.
24              THE WITNESS:  Yeah, I do not
25        know the answer to that question.
```

This Transcript Contains Confidential Material

```
 1                    (Al Rajhi Bank 30(b)(6) Exhibit
 2           ARB 23 marked for identification.)
 3    QUESTIONS BY MR. CARTER:
 4           Q.    Can we mark as the next exhibit
 5    the document at Tab 22?
 6                    Is that loaded on your end,
 7    Mr. Galloway?
 8           A.    No, not yet, Mr. Carter.
 9                    MR. CURRAN:  We see -- we see a
10           page on the screen, though.
11                    MR. CARTER:  That's the page.
12           We can go based on the screen.
13                    MR. CURRAN:  Yeah, I just don't
14           know if it's a one-page document or
15           multiple page.
16                    MR. CARTER:  It's a one-page.
17                    THE WITNESS:  I don't see an Al
18           Rajhi reference on the page that
19           you're showing me.
20    QUESTIONS BY MR. CARTER:
21           Q.    Mr. Galloway, is the -- is the
22    document on the scream in front of -- on the
23    screen in front of you?
24           A.    It's on the screen that I'm
25    looking at you on, but it's not loaded on the
```

This Transcript Contains Confidential Material

```
 1    laptop.

 2              And as I mentioned, I don't see

 3    a reference to the Al Rajhi coding on the

 4    bottom of that document.

 5              MR. CURRAN:  Oh, to the Bates

 6         number; is that what you mean?

 7              THE WITNESS:  Yeah, yeah.

 8    QUESTIONS BY MR. CARTER:

 9         Q.    Oh, okay.  It was not.  It was

10    received from another party in discovery.

11              Mr. Galloway, are you able to

12    tell me whether or not this is a transaction

13    that was carried out through Al Rajhi Bank's

14    correspondent account at Chase Manhattan?

15              MR. CURRAN:  Objection.  Beyond

16         the scope of limited jurisdictional

17         discovery.

18              You may answer.

19              THE WITNESS:  It's not a

20         document that I believe was provided

21         from Al Rajhi Bank, and I've never

22         seen it before, and I have no basis to

23         comment.

24    QUESTIONS BY MR. CARTER:

25         Q.    Okay.  Were you able to
```

This Transcript Contains Confidential Material

1    ascertain the account number of the

2    correspondent account at Chase Manhattan

3    Bank?

4                    MR. CURRAN:  Same objection.

5                    You may answer.

6                    THE WITNESS:  Yeah, I don't

7         have that detail here.

8    QUESTIONS BY MR. CARTER:

9         Q.    Okay.  And so you're not able

10   to determine whether or not the account

11   number on this document matches the account

12   number for Al Rajhi's correspondent account

13   at Chase Manhattan?

14                   MR. CURRAN:  Same objection.

15                   You may answer.

16                   THE WITNESS:  No, it's a level

17        of detail that I did not prepare for,

18        given the broad scope and the number

19        of questions that I've been asked.

20   QUESTIONS BY MR. CARTER:

21        Q.    And the beneficiary listed on

22   this document is an individual named Khaled

23   bin Ibrahim Al-Swailem.

24                   Do you see that?

25                   MR. CURRAN:  Objection.  Beyond

This Transcript Contains Confidential Material

```
 1          the scope.

 2               You may answer.

 3               THE WITNESS:  As I said, I've

 4          not seen this document before, but I

 5          can read a name on there that

 6          corresponds to what you've just said.

 7     QUESTIONS BY MR. CARTER:

 8          Q.    And Topic 2(b) concerns

 9     financial contributions provided by Sulaiman

10     al Rajhi, Abdul Rahman, we now know Abdullah

11     al Rajhi and others, to Khaled al-Swailem.

12               Do you see that topic?

13          A.    I see 2(b) and the topic, yeah.

14          Q.    Okay.  And as part of your

15     preparations, were you able to determine

16     whether or not the bank has information

17     concerning financial contributions made from

18     Al Rajhi accounts for either the foundation

19     Sulaiman or Abdul Rahman al Rajhi in favor of

20     Khaled bin Ibrahim Al-Swailem?

21               MR. CURRAN:  Objection.  Beyond

22          the scope.

23               You may answer.

24               THE WITNESS:  The bank's not

25          found any financial contributions from
```

This Transcript Contains Confidential Material

```
1            the bank to either Khaled Al-Swailem

2            or the Da`wah office in America, which

3            is in your document also known as

4            Propagation Office in America, which

5            you claim is operating out of the

6            Saudi embassy.

7                 And with respect to the person

8            you referred to as Abdul Rahman al

9            Rajhi, person has never had any role

10           with the bank.

11   QUESTIONS BY MR. CARTER:

12        Q.    Did the bank determine whether

13   or not there was any transfers from its

14   account -- accounts during the relevant time

15   period in favor of Khaled bin Ibrahim

16   Al-Swailem?

17                 And when I say accounts, I mean

18   accounts for the foundation, Sulaiman al

19   Rajhi or Abdullah Rahman al Rajhi.

20                 MR. CURRAN:  Objection.  Beyond

21           the scope.  Especially as to the

22           foundation.

23                 You may answer.

24                 THE WITNESS:  No.  To the

25           extent to which you're asking about
```

This Transcript Contains Confidential Material

1            the bank, the bank has not found any

2            financial contribution from the bank

3            to Khaled al-Swailem.

4    QUESTIONS BY MR. CARTER:

5        Q.    Yeah, no, I'm asking about the

6    other individuals that are listed in the

7    topic.  The topic concerns not only the

8    bank's possible contributions but also any by

9    Sulaiman al Rajhi, Abdullah Rahman al Rajhi.

10           Are you -- were you able to

11   ascertain whether any such transactions

12   occurred?

13       A.    I have no details --

14           MR. CURRAN:  Same objections.

15           THE WITNESS:  Yeah, I have no

16       detail on those questions, Mr. Carter.

17   QUESTIONS BY MR. CARTER:

18       Q.    And are -- the document that

19   we've marked as an exhibit includes an Al

20   Rajhi Banking & Investment Corp heading.

21           Do you see that?

22           MR. CURRAN:  Same objection.

23           You may answer.

24           THE WITNESS:  Yeah, as I've

25       said, I've not seen this document

This Transcript Contains Confidential Material

```
 1              before, but I can see those words on

 2         the screen.

 3    QUESTIONS BY MR. CARTER:

 4         Q.    Are you familiar with a

 5    document of this nature that was used by Al

 6    Rajhi Banking & Investment for purposes of

 7    transactions through the correspondent

 8    account at Chase Manhattan?

 9              MR. CURRAN:  Same objection.

10              You may answer.

11              THE WITNESS:  I'm not familiar

12         with that, no, sir.

13    QUESTIONS BY MR. CARTER:

14         Q.    So am I correct that sitting

15    here today, you're not sure one way or

16    another whether or not there were transfers

17    from accounts held in the Sulaiman al Rajhi

18    or Abdullah al Rajhi in favor of Khaled

19    al-Swailem during the relevant time period?

20              MR. CURRAN:  Same objection.

21              You may answer.

22              THE WITNESS:  That's correct,

23         I'm not aware.

24    QUESTIONS BY MR. CARTER:

25         Q.    And were you able to identify
```

This Transcript Contains Confidential Material

```
 1    the account number for any Chase Manhattan

 2    Bank correspondent accounts that were used by

 3    Sulaiman al Rajhi or Abdul Rahman al Rajhi to

 4    send transfers to beneficiaries in the United

 5    States?

 6              MR. CURRAN:  Same objection.

 7              You may answer it.

 8              THE WITNESS:  I'm sorry,

 9         Mr. Carter.  Just give me a moment,

10         please.

11              MR. CURRAN:  Back to 13.

12              THE WITNESS:  13.

13              Yes.  Bank searches of

14         Mr. Sulaiman al Rajhi's charity

15         account revealed transactions only to

16         Al Haramain in KSA.

17              And the bank's unaware of

18         whether Mr. -- either Mr. Abdul

19         Rahman al Rajhi or Mr. Sulaiman al

20         Rajhi had any accounts in a personal

21         capacity with Chase Manhattan.

22    QUESTIONS BY MR. CARTER:

23         Q.   Okay.  And did the -- does the

24    bank have the capacity through its systems to

25    determine whether or not there were transfers
```

This Transcript Contains Confidential Material

```
 1    made on behalf of Sulaiman al Rajhi or Abdul

 2    Rahman al Rajhi using the correspondent

 3    account at Chase during the relevant time

 4    period?

 5              MR. CURRAN:  Same objection.

 6         You may answer.

 7              THE WITNESS:  I don't have

 8         direct knowledge whether that search

 9         is possible.

10    QUESTIONS BY MR. CARTER:

11         Q.   Do you know whether the

12    correspondent account at Chase Manhattan Bank

13    was operational throughout the 1998

14    through 2004 time period?

15              MR. CURRAN:  Same objection.

16              You may answer.

17              THE WITNESS:  Yeah, I believe

18         it was.

19    QUESTIONS BY MR. CARTER:

20         Q.   Do you know whether that same

21    account was still open in 2015?

22              MR. CURRAN:  Same objection.

23              You may answer it.

24              THE WITNESS:  If you give me a

25         moment.
```

This Transcript Contains Confidential Material

```
 1              MR. CURRAN:  And beyond the
 2         time period as well.
 3              THE WITNESS:  The bank had a
 4         correspondent banking relationship
 5         with Chase between 1994 and 2004.  The
 6         periods either side of that, I can't
 7         comment on.
 8    QUESTIONS BY MR. CARTER:
 9         Q.    Turning to Topic Number 14, and
10    focusing on the foundation initially.
11              Did you make inquiry to
12    determine whether or not the foundation's
13    accounts at Al Rajhi Bank were used to make
14    transfers to any of the entities listed in A
15    through J of inquiry number 14?
16              MR. CURRAN:  Objection.  Beyond
17         the scope of limited jurisdictional
18         discovery.
19              You may answer.
20              THE WITNESS:  The bank made
21         searches for any contributions from
22         the bank, not from the foundation, to
23         the named entities on your list.
24    QUESTIONS BY MR. CARTER:
25         Q.    Okay.  Why did the bank conduct
```

This Transcript Contains Confidential Material

1    searches for contributions by the bank but

2    not for the foundation?

3              MR. CURRAN:  Same objection.

4              You may answer.

5              THE WITNESS:  I don't have the

6         basis to give you an answer to that.

7    QUESTIONS BY MR. CARTER:

8         Q.    Based on what you told me, it

9    was feasible then for the bank to conduct

10   searches to determine whether the bank made

11   any contributions to those listed entities?

12        A.    The bank --

13             MR. CURRAN:  Same objection.

14             You may answer.

15             THE WITNESS:  The bank has done

16        searches and found no entries for

17        those beneficiaries.

18   QUESTIONS BY MR. CARTER:

19        Q.    And from that, do I understand

20   that it would be feasible for the bank to

21   conduct similar searches to determine if the

22   foundation made transfers from its Al Rajhi

23   Bank accounts to those entities?

24             MR. CURRAN:  Same objection.

25             THE WITNESS:  Yeah, I have no

This Transcript Contains Confidential Material

```
 1              detailed knowledge, but the bank has
 2              done the searches as I mentioned.
 3      QUESTIONS BY MR. CARTER:
 4          Q.     Well, the bank has done the
 5      searches to determine whether the bank itself
 6      sent funds to those entities.
 7              What I'm asking is, would it be
 8      feasible for the bank to conduct the same
 9      searches for the foundation?
10          A.     I can't --
11              MR. CURRAN:  Same objection.
12              You may answer.
13              THE WITNESS:  I can't
14              definitely answer your question, but
15              I can tell you the bank has done
16              searches from the bank's accounts and
17              found no entries.
18      QUESTIONS BY MR. CARTER:
19          Q.     Okay.  I want to be clear about
20      this.
21              Did the bank conduct searches
22      of the foundation's accounts at Al Rajhi Bank
23      to determine if there were transfers to any
24      of these entities?
25              MR. CURRAN:  Same objection.
```

This Transcript Contains Confidential Material

```
1              You may answer.

2              THE WITNESS:  I don't believe

3         they did.  I have no -- if they did, I

4         have no knowledge of it.

5    QUESTIONS BY MR. CARTER:

6         Q.    Okay.  That's one of the

7    specific topics listed in this inquiry.

8              Do you know why the bank did

9    not conduct those searches but did do them

10   for the bank itself?

11             MR. CURRAN:  Same objection.

12             You may answer.

13             THE WITNESS:  No, I do not.

14   QUESTIONS BY MR. CARTER:

15        Q.    And the same question.  Do you

16   know whether the bank conducted searches of

17   any accounts for Abdul Rahman Abdullah al

18   Rajhi to determine if transfers were made

19   from those accounts to the entities listed in

20   14(a) through J?

21             MR. CURRAN:  Same objection.

22             You may answer.

23             THE WITNESS:  No, I do not.  I

24        believe the searches were restricted

25        to the bank's accounts.
```

This Transcript Contains Confidential Material

1    QUESTIONS BY MR. CARTER:

2         Q.    And when you say "the bank's

3    accounts," you're talking about the bank's

4    own accounts?

5         A.    Correct.

6         Q.    And so I take it from that

7    answer that searches were not conducted of

8    accounts held in the name of Sulaiman al

9    Rajhi to determine whether there were

10   transfers to the entities identified in 14(a)

11   through J?

12              MR. CURRAN:  Same objection.

13              You may answer.

14              THE WITNESS:  No, I have no

15        knowledge of that.

16              (Al Rajhi Bank 30(b)(6) Exhibit

17        ARB 24 marked for identification.)

18   QUESTIONS BY MR. CARTER:

19        Q.    Can we mark as the next exhibit

20   the documents at Tab 13?

21              Mr. Galloway, is it still

22   loading on your end?

23        A.    Yeah, I'm afraid so.  Seems to

24   be almost there.  Thanks for your patience.

25              I just got the banking document

This Transcript Contains Confidential Material

```
 1    you were trying to send.  It just came

 2    through.  I'm not quite sure what's going on.

 3               Excuse me for a moment.

 4               Sorry, Mr. Carter, it's still

 5    work in progress at this end.  Apologies.

 6               MR. CURRAN:  Mr. Carter, it

 7          looks like this will relate to

 8          category 1(b)?

 9               MR. CARTER:  I think it would

10          probably be 1(b), C, D.

11    QUESTIONS BY MR. CARTER:

12          Q.    Do we have it yet?

13          A.    No, I'm sorry, it's still

14    loading.

15               MR. CURRAN:  We have the first

16          page on the screen, if that helps.

17               MR. CARTER:  Can we give

18          this -- can we take a maybe three or

19          four-minute break while we try to get

20          this to load?  I could use a quick

21          break.

22               THE WITNESS:  Okay.  Sure.

23               VIDEOGRAPHER:  Off record.  The

24          time is 9:46.

25           (Off the record at 9:46 p.m.)
```

This Transcript Contains Confidential Material

```
 1                VIDEOGRAPHER:  Back on record.

 2        Time is 10:02.

 3   QUESTIONS BY MR. CARTER:

 4        Q.     Mr. Galloway, before we went

 5   off the record for a break, we had marked as

 6   an exhibit a grouping of correspondence Al

 7   Rajhi Bank produced at 39593 through 39604.

 8                And I --

 9        A.     If you could please refer me to

10   the area in the questioning, that would be

11   helpful.

12        Q.     Sure.

13                The area in the questioning is

14   under heading 1, and I think it would pertain

15   to topics C and D.

16        A.     Yeah, okay.  Thank you very

17   much.

18        Q.     Did you have an opportunity to

19   review these communications in preparation

20   for appearing today?

21        A.     Yes, I have briefly.  If you

22   give me a moment, I'll reread it.

23                Yeah, thank you.

24        Q.     And, Mr. Galloway, the header

25   on these documents indicate that they issue
```

This Transcript Contains Confidential Material

```
 1      from the estate office of Sulaiman Abdul Aziz

 2      Al Rajhi.

 3              Do you see that?

 4          A.      I see that.

 5          Q.      Is the estate office of

 6      Sulaiman Abdul Aziz Al Rajhi part of Al Rajhi

 7      Bank?

 8          A.      I don't believe so.  I've never

 9      heard that term before.

10          Q.      Okay.  So based on that, is it

11      your understanding that these are not

12      business records of Al Rajhi Bank?

13          A.      I don't believe they are, no,

14      but I --

15          Q.      They --

16          A.      They're not on Al Rajhi

17      letterhead, and they're on a letterhead

18      that's unknown to me.

19          Q.      And given that, it would be

20      your understanding that these were not

21      created by Al Rajhi Bank in the ordinary

22      course of its business?

23              MR. CURRAN:  Objection as to

24          form.

25              THE WITNESS:  Yeah, I can see
```

```
 1            they've got an Al Rajhi reference
 2            number on the bottom of them.  I don't
 3            know the provenance of the documents.
 4     QUESTIONS BY MR. CARTER:
 5            Q.     And do you have any
 6     understanding how documents relating to the
 7     estate office of Sulaiman Abdul Aziz Al Rajhi
 8     came to be in the possession of Al Rajhi
 9     Bank?
10            A.     No, I don't have direct
11     knowledge of that.
12            Q.     Do you know whether Sulaiman al
13     Rajhi was conducting activities of his estate
14     office from within his office at the bank?
15            A.     I don't know the answer to
16     that.
17            Q.     And do you know whether the
18     estate office of Sulaiman Abdul Aziz Al Rajhi
19     has any relationship to the Sulaiman Abdul
20     Aziz Al Rajhi foundation?
21            A.     I don't know the answer to that
22     either.
23            Q.     But it's your understanding
24     that these, as we've discussed earlier, would
25     be -- would not be record -- business records
```

This Transcript Contains Confidential Material

```
 1      of Al Rajhi Bank, correct?

 2                  MR. CURRAN:  Objection as to

 3            form.

 4                  You may answer.

 5                  THE WITNESS:  I would be

 6            speculating, so -- they don't have any

 7            Al Rajhi logos on them.  I don't know

 8            the provenance of them.

 9      QUESTIONS BY MR. CARTER:

10            Q.    And again, you're not aware of

11      any estate office of Sulaiman Abdul Aziz Al

12      Rajhi that is a formal part of Al Rajhi Bank,

13      correct?

14                  MR. CURRAN:  Objection.  Beyond

15            the scope of the 30(b)(6) notice.

16                  You may answer.

17                  THE WITNESS:  Yeah, I didn't

18            prepare to answer that question, sir.

19                  (Al Rajhi Bank 30(b)(6) Exhibit

20            ARB 25 marked for identification.)

21      QUESTIONS BY MR. CARTER:

22            Q.    Okay.  Can we mark as the next

23      exhibit the FBI document at Tab 60?

24                  And for your reference,

25      Mr. Galloway, this concerns Topic 35.
```

This Transcript Contains Confidential Material

```
1          A.      Thank you.

2          Q.      And, Mr. Galloway, did you

3   undertake efforts to prepare yourself to

4   testify concerning the topics listed in Item

5   Number 35?

6          A.      Yes, I did.

7          Q.      Okay.  And generally speaking,

8   what did you do to prepare yourself to

9   testify as to the bank's knowledge on those

10  topics?

11         A.      I checked HR records in

12  relation to this matter and checked

13  correspondence in HR files and so forth to

14  understand this matter.

15         Q.      And when you say you checked

16  those files, did you search for them yourself

17  or do you have the assistance of someone in

18  HR to retrieve these documents?

19         A.      Yeah, I had assistance from

20  people in HR to do that.

21         Q.      And do you recall who in HR

22  helped you with that effort?

23         A.      Yeah.  If you give me one

24  moment, I'll give you the names.

25                 It would have been the senior
```

This Transcript Contains Confidential Material

```
 1    director of HR admin Abdullah Al-Subail and
 2    the senior director of HR, Dhaher Al-Enazi.
 3         Q.     And based on the inquiry they
 4    assisted you in conducting, were you able to
 5    determine whether Towayan Abdallah Al-Towayan
 6    was employed by Al Rajhi Bank during the
 7    period between 1998 and 2002?
 8         A.     He was employed.  His start
 9    date was 26 September '96.  His end date was
10    9 August 2002, for the record.
11         Q.     And were you able to ascertain
12    what his job titles were during that
13    approximately six-year period?
14         A.     Yeah, his final job title was
15    team leader in Sharia control.  He started in
16    a more junior role and then had a title for
17    that.  But at the time of departure, his
18    title was team leader in Sharia control.
19         Q.     What does Sharia control do, if
20    you know?
21         A.     Yeah, so Sharia group has two
22    divisions:  One is related to product design
23    and process design, and the other is related
24    to -- to the auditing of the compliance with
25    the Sharia products.
```

This Transcript Contains Confidential Material

1            And Mr. Towayan was in the

2    audit part that was related to the Sharia

3    compliance of the products.

4        Q.    And so do I understand that

5    that department had responsibility for

6    ensuring that financial products offered by

7    Al Rajhi Bank are Sharia-compliant?

8        A.    Auditing the application of the

9    products.  The design was on the other

10   division.  So this was an audit function,

11   specific audit function.

12       Q.    So it had -- its role was to

13   audit the actual application of the products

14   in use to make sure that the application

15   complied with Islamic law?

16       A.    That's my understanding.

17       Q.    And based on the HR records you

18   had available to you, do you have any

19   understanding what his qualifications were

20   for that role?

21       A.    Yeah, I don't have them in

22   front of me, but he had suitable academic

23   qualifications to work in that area.

24       Q.    And do you know what the

25   suitable qualifications for working in that

This Transcript Contains Confidential Material

```
1    area are?
2         A.     From memory, it was a degree,
3    and it was related to Islamic studies.  So he
4    had -- he had the appropriate qualification.
5         Q.     And do you recall where he got
6    his degree in Islamic studies?
7         A.     I don't have that in front of
8    me, sir, no, but it was, I believe, in a
9    Saudi university.
10        Q.     And were you able to ascertain
11   whether or not Towayan Abdullah Al-Towayan
12   was a resident in the United States at any
13   point while employed with Al Rajhi Bank?
14        A.     He had no reason with the bank
15   to travel to the United States, and the bank
16   has no record of him traveling to the United
17   States.
18        Q.     Was he continuously employed by
19   Al Rajhi Bank between 1996 and 2002?
20        A.     It's my understanding.
21        Q.     And is it your understanding
22   that he was receiving compensation from the
23   bank during that period of time?
24        A.     Yeah, he was an employee.
25        Q.     And do you know whether or not
```

This Transcript Contains Confidential Material

1    he was an employee receiving compensation

2    between April of 2001 and August of 2001?

3          A.     I only have his start and end

4    date of his employment record in the '96 to

5    2002 date.

6          Q.     But based on the information

7    you have, he was continuously receiving

8    compensation throughout that period?

9          A.     That's my understanding.

10         Q.     And the FBI document that we've

11   marked as an exhibit indicates that

12   Mr. Al-Towayan was employed by Al Rajhi in

13   the compliance section where he reviews

14   contracts for their compliance with company

15   rules as well as Islamic laws in the 2000,

16   2001 time period.

17                Is that consistent with what's

18   reflected in the employment records?

19         A.     It's -- yeah, it's similar to.

20         Q.     And the document indicates that

21   Al-Towayan was in the US to study English at

22   the behest of Al Rajhi, and that Al Rajhi was

23   paying for all of his related costs.

24                Were you able to inquire about

25   that?

This Transcript Contains Confidential Material

```
1          A.      I have, and it's -- we have
2     established that that's categorically not the
3     case.
4          Q.      I'm sorry, can you repeat your
5     answer?
6          A.      I said, I did inquire about
7     that, and we've established that that was
8     categorically not the case.  He was not in
9     the US to study English at the behest of or
10    with the support of or with the knowledge of
11    Al Rajhi Bank.
12         Q.      And is there any indication
13    that Mr. Towayan was on leave from his
14    employment at the bank during any period in
15    2001?
16              MR. CURRAN:  Objection.  Vague.
17              You may answer.
18              THE WITNESS:  He had accrued
19         annual leave amassed, and he took a
20         period of leave from June 23, 2001,
21         until mid September 2001.
22    QUESTIONS BY MR. CARTER:
23         Q.      And what about the period from
24    early April into June of 2001?
25         A.      I have no record of that.
```

This Transcript Contains Confidential Material

```
 1          Q.      And would Mr. Towayan have been
 2   able to fulfill his job responsibilities at
 3   Al Rajhi Bank between April of 2001 and June
 4   of 2001 when the records indicate he took
 5   leave while in the United States?
 6              MR. CURRAN:  Objection as to
 7          form.
 8              You may answer.
 9              THE WITNESS:  Yeah, I said the
10          dates of the leave were 23 June until
11          mid-September 2001.
12   QUESTIONS BY MR. CARTER:
13          Q.      Yeah.  And what I'm asking is
14   that the document here indicates that he
15   moved into an apartment in the United States
16   in April of 2001.
17              And what I'm asking is, you
18   know, whether or not it would have been
19   possible -- or does Al Rajhi Bank have any
20   record as to what he was doing from April to
21   June, and was he employed?
22          A.      The bank has no record of him
23   being in the United States, and his
24   employment record showed that he was employed
25   by the bank at that time.
```

This Transcript Contains Confidential Material

```
 1          Q.     And if an employee up and left
 2   and went to the United States for the better
 3   part of three months in this time period of
 4   2001, would you expect that there would be
 5   some indication in the bank's records about
 6   why?
 7               MR. CURRAN:  Objection as to
 8          form.
 9               You may answer.
10               THE WITNESS:  If an employee
11          doesn't turn up to work for an
12          extended period, there's a process
13          around job abandonment to terminate
14          the employment.  That's a standard
15          process, not something specific for an
16          individual.
17   QUESTIONS BY MR. CARTER:
18          Q.     And were there any records
19   relating to that process having been
20   implemented with regard to Mr. Al-Towayan
21   with respect to the period of April 2001
22   through June 23rd of 2001?
23          A.     No.
24          Q.     Were you able to identify
25   anyone at the bank who worked with
```

This Transcript Contains Confidential Material

```
1    Mr. Al-Towayan during this time period and
2    was familiar with his activities in the
3    summer of 2000 -- or in April to September
4    of 2001 time period?
5         A.    No.  I asked the Sharia group,
6    and nobody remembers him, or nobody was here
7    at the same time.
8         Q.    And were you able to identify
9    who his immediate supervisor was during that
10   time period?
11        A.    I don't have that information.
12        Q.    And was any effort made to try
13   and locate and contact Mr. Al-Towayan to
14   discuss these issues?
15        A.    I would be guessing.  I haven't
16   got a record of that.
17        Q.    And do you happen to know
18   whether or not his employment file indicated
19   last known address and contact information?
20        A.    I do not know that.  I assume
21   his HR file would have had his address, but I
22   haven't sighted that.
23        Q.    And do you know -- is there any
24   indication in the documents you reviewed why
25   he left Al Rajhi Bank in 2002?
```

This Transcript Contains Confidential Material

```
 1          A.     Yeah, I believe once he

 2     returned -- once he returned from leave, at

 3     some period he did abandon the job, and he

 4     was terminated on that basis.

 5          Q.     And so his leave concluded, as

 6     I understand it, sometime in September

 7     of 2001?

 8          A.     That's correct.  Sometime

 9     mid-September, I understand.

10          Q.     And he was terminated at some

11     point in 2002?

12          A.     Yeah, that's correct.  9th of

13     August was his last official date.

14          Q.     Did he return to the bank and

15     resume his duties for at least some period of

16     time after his leave concluded?

17          A.     I believe he did.

18          Q.     And do you have any information

19     available concerning when he was determined

20     to have abandoned his job responsibilities?

21          A.     I don't have those dates.

22          Q.     Do you know whether the bank

23     has conducted any investigation beyond the

24     review of the employment files to determine

25     whether or not he was, in fact, in the United
```

This Transcript Contains Confidential Material

1    States from April of 2001 through when his

2    leave began in June of 2001?

3         A.    I'm not sure what you mean by

4    "investigation."

5         Q.    Well, do you know whether the

6    bank, in light of this information in an FBI

7    report relating to the events of 9/11,

8    attempted to conduct an inquiry by contacting

9    people to determine whether or not the

10   information conveyed in here was accurate?

11        A.    Well --

12        Q.    About his -- about his presence

13   in the United States.

14        A.    What we've done is gone back to

15   the HR records to understand his role, his

16   time at the bank, and also whether there

17   would be any reason the bank would have asked

18   him to travel or whether he would have

19   traveled on any bank-related business.

20             We found no records of any of

21   those things.

22        Q.    And was -- I assume the bank

23   has details concerning how he was being paid

24   during the 2001 time period?

25        A.    I'm sorry.  Could you say that

This Transcript Contains Confidential Material

1    again?

2         Q.     In other words, I assume the

3    bank has available to it information

4    concerning the mechanism through which his

5    compensation was sent to him during the 2001

6    time period?

7         A.     I don't know specifically, but

8    I assume he would have been receiving salary

9    into his normal Al Rajhi account, just as

10   other employees do.  But I don't have

11   familiarity with the payroll practices

12   some -- that period ago.

13        Q.     And I gather from that that you

14   don't know whether or not there was any

15   change during 2001 with regard to the account

16   nominated to receive salary and compensation?

17        A.     I don't have that detail, no.

18        Q.     And I think you may have

19   mentioned this, but do you know the identity

20   of the individual he would have been

21   responsible to report to during the period of

22   April 2001 until he took leave in June

23   of 2001?

24        A.     You did ask me that, and I said

25   I didn't know.

This Transcript Contains Confidential Material

```
 1          Q.     Mr. Galloway, are you aware

 2    that Al Rajhi Bank was first named in a

 3    lawsuit in the United States in relation to

 4    the events of 9/11 back in the 2002 time

 5    frame?

 6          A.     Could I ask the section of the

 7    question sheet you're referring to, please?

 8          Q.     Sure.  It's primarily 45.

 9          A.     Thank you.  Thank you for that.

10                 MR. CARTER:  And, Carrie, can

11          you repeat -- can you read back the

12          question for us?

13                 (Court Reporter read back

14          question.)

15                 THE WITNESS:  I have some

16          understanding of that.

17    QUESTIONS BY MR. CARTER:

18          Q.     And are you also aware that the

19    claims first filed in the 2002, 2003 time

20    period remained pending for a number of years

21    thereafter?

22          A.     I don't have detailed

23    understanding of the legal process, sir, I'm

24    afraid.

25          Q.     Do you know whether or not, in
```

This Transcript Contains Confidential Material

```
 1    light of the claims that were brought against
 2    Al Rajhi Bank in those early years after the
 3    September 11th attacks, any litigation hold
 4    was put in place to preserve documents
 5    relevant to those claims?
 6                 MR. CURRAN:  You can answer
 7         that yes or no.
 8                 THE WITNESS:  Yes.
 9    QUESTIONS BY MR. CARTER:
10         Q.    And do you know when that was
11    put in place?
12                 MR. CURRAN:  You can give a
13         date or an approximation.
14                 THE WITNESS:  I believe it was
15         at the time of the suit in 2002.
16    QUESTIONS BY MR. CARTER:
17         Q.    And do you know what records
18    that litigation hold specified needed to be
19    preserved?
20                 MR. CURRAN:  As to that
21         question, I'm going to assert the
22         attorney-client -- or attorney-client
23         privilege and work product doctrine
24         and instruct the witness not to
25         answer.
```

This Transcript Contains Confidential Material

```
 1                MR. CARTER:  And, Chris,
 2         just --
 3                MR. CURRAN:  Yeah.
 4                MR. CARTER:  We -- we've
 5         obviously exchanged -- sorry.  We've
 6         exchanged briefs on this, and we
 7         obviously think the circumstances
 8         allow this to be discovered.
 9                That's an issue pending for the
10         Court, so I think we'll reserve some
11         time to get into that.
12    QUESTIONS BY MR. CARTER:
13         Q.    Do you know whether or not the
14    litigation hold that was put in place around
15    the time in the 2002 suit was lifted at some
16    point?
17                MR. CURRAN:  You can answer
18         that yes or no.
19                THE WITNESS:  I don't have
20         direct knowledge of the workings of
21         the litigation hold.
22    QUESTIONS BY MR. CARTER:
23         Q.    And do you know whether the
24    litigation hold that was put in place in 2002
25    extended to documents relating to the bank's
```

This Transcript Contains Confidential Material

```
 1    relationships with the Da`wah organizations?
 2              MR. CURRAN:  I'm going to
 3         instruct the witness not to answer on
 4         the basis of attorney-client privilege
 5         and work product doctrine.
 6    QUESTIONS BY MR. CARTER:
 7         Q.    Do you know whether any
 8    documents were collected and placed in a
 9    designated location pursuant to the
10    litigation hold?
11              MR. CURRAN:  You can answer
12         that yes or no.
13              THE WITNESS:  Any litigation
14         hold doesn't change the bank's overall
15         practice not to destroy documents, and
16         our archival process is to retain the
17         documents in their existing safe
18         repository.
19    QUESTIONS BY MR. CARTER:
20         Q.    And do you happen to know
21    whether or not the litigation hold directed
22    that documents should not be sent to the
23    bank's paper archives?
24              MR. CURRAN:  Again, that one's
25         getting to the content of the
```

This Transcript Contains Confidential Material

```
1              litigation hold, so I'll instruct the
2              witness not to answer on the basis of
3              attorney-client privilege and work
4              product doctrine.
5     QUESTIONS BY MR. CARTER:
6              Q.    Mr. Galloway, are you aware
7     that when the plaintiffs served discovery
8     requests in this litigation, Al Rajhi Bank
9     offered information concerning the manner in
10    which its paper records from the relevant
11    time period were stored and some of the
12    challenges it would face in trying to
13    identify the full range of responsive
14    records?
15             MR. CURRAN:  You may answer
16             that yes or no.
17             THE WITNESS:  I've got no
18             specific familiarity with that.  I
19             know the document storage procedures,
20             but I'm not aware of the issue that
21             you pointed.
22    QUESTIONS BY MR. CARTER:
23             Q.    Do you know whether any of the
24    responsive documents on the topics we've been
25    discussing were sent to Al Rajhi Bank's
```

1   archive after the litigation hold was put in

2   place?

3            MR. CURRAN:  You may answer

4       that yes or no.

5            THE WITNESS:  I'm not aware.

6   QUESTIONS BY MR. CARTER:

7       Q.    Do you know whether the bank

8   continued to send documents that were subject

9   to its litigation hold to its archive between

10  2002 and 2014?

11           MR. CURRAN:  You can answer

12      that yes or no.

13           THE WITNESS:  Could you repeat

14      the question one more time?  I'm

15      sorry.

16  QUESTIONS BY MR. CARTER:

17      Q.    Yeah.

18           Do you know whether Al Rajhi

19  Bank sent documents that were subject to the

20  litigation hold off to the archives at any

21  point between 2002, when the litigation hold

22  went in place, and 2014?

23      A.    What I can say is that any

24  litigation hold doesn't change the bank's

25  overall practice to not destroy documents,

This Transcript Contains Confidential Material

1    and we store the documents in situ in the

2    normal archive locations.

3         Q.    And so the -- am I correct in

4    understanding that the litigation hold that

5    was in place would not have affected Al Rajhi

6    Bank's archiving practices?

7               MR. CURRAN:  You can answer

8         that yes or no.

9               THE WITNESS:  It's my

10        understanding.

11              MR. CURRAN:  Mr. Carter, I'm

12        being told that your time is up, so

13        please wrap it up.

14              MR. CARTER:  Yeah, I mean,

15        there's been some dialogue and some

16        pauses, and the custom has been to be

17        accommodating of those issues.

18              And so what I'll do is I'll

19        reserve any remaining time based on

20        review of the video and any

21        appropriate time to claw back for

22        follow-up, including as to any issues

23        that are subject to the current

24        motions to compel.

25              MR. CURRAN:  Let me ask the

This Transcript Contains Confidential Material

```
 1              videographer for the time count now,
 2              if I may.
 3                      VIDEOGRAPHER:  Yes, seven hours
 4              and five minutes on the record.
 5                      MR. CURRAN:  All right.  Thank
 6              you, Mr. Carter.
 7                      VIDEOGRAPHER:  Okay.  Off
 8              record.  Time is 10:30 --
 9                      MR. CURRAN:  No.
10                      VIDEOGRAPHER:  Sorry.
11                      MR. CURRAN:  Yeah, I see no
12              reason to go off the record.
13                      I've got some questions for the
14              witness.  I'd like to proceed right
15              away, if that's all right.
16                      MR. CARTER:  Sure.
17                      VIDEOGRAPHER:  Yes.  On record.
18                      CROSS-EXAMINATION
19      QUESTIONS BY MR. CURRAN:
20          Q.    All right.  So, Mr. Galloway,
21      can you summarize briefly for me, again, in
22      general terms what you did to prepare for
23      this deposition?
24          A.    Yeah, I -- excuse me for one
25      second.
```

This Transcript Contains Confidential Material

```
1                  In the two weeks that I've been
2       notified I was the -- to provide the
3       deposition on behalf of the bank, I've worked
4       on this full-time, more than 100 to 120 hours
5       of preparation, seven days, and read the
6       provided documents, met with some 28-plus
7       people, several of them on numerous
8       occasions; prepared responses to all of the
9       questions posed by the plaintiffs, including
10      the 45 questions and all the subsections; and
11      applied myself as diligently as possible to
12      ensure that we could speak to their very
13      broad range of topics that were proposed for
14      the conversation.
15          Q.    So Mr. Carter showed you a
16      series of documents throughout his
17      examination.
18                  Would it have been helpful to
19      you to have those documents ahead of time
20      before testifying today?
21          A.    Absolutely.
22          Q.    Why is that?
23          A.    Because they were documents
24      that I wasn't familiar with, and/or they were
25      working at a level of detail which I think
```

This Transcript Contains Confidential Material

```
 1    was not what I had read as the spirit of what

 2    I was being asked to respond to.

 3          Q.    I'll call your attention to a

 4    couple of the areas of inquiry, if I may,

 5    starting with area 1.  Okay?

 6                And specifically with respect

 7    to area of inquiry 1(a), "The bank's accounts

 8    established or held in the name of, on behalf

 9    of, and/or for the benefit of Al Haramain,

10    IIRO and Muwaffaq" --

11          A.    Yes.

12          Q.    -- "and their principals."

13                What did you determine to be

14    the bank's knowledge as to that subject?

15          A.    And for Al Haramain KSA and

16    IIRO KSA, the bank held accounts during the

17    relevant period, but for not Muwaffaq.

18                And for the principals, ten

19    individuals were searched.

20                And then for Al Haramain and

21    IIRO, two were searched.

22          Q.    All right.  And what were the

23    findings?

24          A.    We found ten Al Haramain and

25    two IIRO accounts.
```

This Transcript Contains Confidential Material

```
1         Q.     And with respect to the bank's
2   own records -- I'm sorry.  Yeah.  With
3   respect to accounts at the bank --
4         A.     Yeah.
5         Q.     Oh, I'm sorry.  You already
6   said that Al Haramain and IIRO had accounts,
7   and Muwaffaq did not?
8         A.     That's correct.
9         Q.     Okay.  In --
10        A.     Al Haramain KSA and IIRO KSA,
11  just for the record.
12        Q.     Got it.  Thank you.
13               So was Prince Turki bin Fahad
14  bin Jalawi Al Saud among the IIRO officials
15  that you did search for?
16        A.     He was searched and found not
17  to be a customer.
18        Q.     Okay.  Did you err or misspeak
19  in responding to a question by Mr. Carter on
20  that point?
21        A.     I believe -- I believe I may
22  have.
23        Q.     But to be clear, that was
24  searched for, and there was no account in the
25  name of Prince Turki?
```

This Transcript Contains Confidential Material

```
1          A.      That's my understanding, yes.

2          Q.      That's your conclusion based on

3   your --

4          A.      Correct.

5          Q.      -- assessment of the bank's

6   knowledge?

7          A.      Correct.

8          Q.      Okay.  And you -- I think you

9   testified earlier that there were a number of

10  accounts for both Al Haramain and IIRO at the

11  bank.

12         A.      That's correct.

13         Q.      Over a period of years.

14  Correct?

15         A.      That's correct.

16         Q.      And I think you testified at

17  one point there was a consolidation of those

18  accounts for each of those charities.

19                 Is that right?

20         A.      That's correct.

21         Q.      And I think you testified that

22  that was in or around 2003.

23                 Does that sound right?

24         A.      Yes, that sounds right.

25         Q.      So if there was a consolidation
```

This Transcript Contains Confidential Material

1    of those accounts at that point, does that

2    indicate that the accounts were separate

3    before then, at least to some extent?

4         A.    Yes, it does.

5         Q.    Okay.  And what -- so does that

6    mean there were various accounts opened at

7    various times over the years?

8         A.    Yes.  As I told Mr. Carter,

9    they were opened for different projects over

10   a period of time.

11        Q.    Okay.  And when those

12   unconsolidated accounts were being opened,

13   did the bank have onboarding processes that

14   it followed?

15        A.    Yes, it did.

16        Q.    Okay.  Can you describe in

17   general terms what those onboarding processes

18   were?

19        A.    Yeah.  Onboarding processes at

20   the KYC, processes described in the branch

21   manual, include identification, individual

22   collection of their ID cards, photographs, et

23   cetera.

24        Q.    Okay.  So if I'm understanding

25   this correctly, there was repeated onboarding

This Transcript Contains Confidential Material

1    or KYC processes done with respect to IIRO

2    KSA and Al Haramain KSA over the years.

3         A.    Yeah.  All of the onboarding

4    processes were followed, and the order of

5    processes were then ensuring that that would

6    happen.

7         Q.    I want to turn your attention

8    to Subsection 1(b), which deals with

9    financial contributions provided to Al

10   Haramain, IIRO or Muwaffaq by the bank and

11   Sheikh Sulaiman.

12             What did you determine to be

13   the bank's knowledge on that subject?

14        A.    Yeah.  With respect to the bank

15   during that period, the bank hasn't made any

16   financial contributions to any of the three

17   organizations of Al Haramain KSA, IIRO KSA or

18   Muwaffaq, and that's as validated in the core

19   banking records search.

20             With respect to Mr. Sulaiman al

21   Rajhi, the bank's identified and produced

22   transactions during the relevant period on

23   the accounts of both Mr. Sulaiman al Rajhi

24   and the Sulaiman bin Abdulaziz al Rajhi

25   charitable foundation.

This Transcript Contains Confidential Material

```
 1          Q.     And to what organizations did
 2   Sulaiman al Rajhi and the Sulaiman al Rajhi
 3   foundation contribute to?
 4          A.     He did not contribute to IIRO.
 5   He contributed to Al Haramain KSA.
 6          Q.     Okay.  And how about Muwaffaq?
 7          A.     He did not contribute to
 8   Muwaffaq, as far as I know.
 9          Q.     Okay.  I'd like to turn your
10   attention to area of inquiry 1(d).  And this
11   relates to Sulaiman al Rajhi's membership or
12   service on IIRO boards, councils, committees
13   or governing committee.
14               What did you conclude to be the
15   bank's knowledge on that subject?
16          A.     The bank is not aware of any
17   role by Sulaiman al Rajhi on IIRO boards, on
18   their councils, their committees or their
19   governing bodies during the period in
20   question.
21               The bank is also aware that
22   Sulaiman al Rajhi resigned from the IIRO
23   board by a letter on June 20, 1992.  And the
24   bank produced a letter dated October 1998
25   which attaches ten earlier letters from
```

This Transcript Contains Confidential Material

 1    Mr. Sulaiman al Rajhi or his office advising

 2    his 1992 resignation and asking to be removed

 3    from any and all IIRO correspondence lists.

 4              So he made numerous and

 5    repeated attempts, totaling ten, as we've

 6    understood.

 7        Q.    Do I recall correctly that

 8    Mr. Carter showed you that October 4, 1998

 9    letter with all of its attachments?

10        A.    Yes, he did.

11        Q.    And I think we established --

12    or you established during your testimony

13    under the questioning of Mr. Carter that that

14    letter came from the files at Al Rajhi Bank?

15        A.    I believe so, yes.

16        Q.    Now, it bore the letterhead of

17    Sheikh -- of Sulaiman al Rajhi's estate, I

18    believe, but it was found in the files of the

19    bank, correct?

20        A.    That's correct.

21        Q.    And in 1998, Sulaiman al Rajhi

22    was a high-level official at the bank,

23    correct?

24        A.    That's correct.

25        Q.    Do you see anything

```
 1    particularly unusual about his board

 2    membership documents being stored at the bank

 3    if he was a high officer?

 4         A.     No, I do not.

 5         Q.     Do you have any question to

 6    doubt the authenticity or the bona fides of

 7    that document that Mr. Carter showed you?

 8         A.     No, I do not.

 9              MR. CARTER:  Objection.

10         Foundation.

11    QUESTIONS BY MR. CURRAN:

12         Q.     I'd now like to turn your

13    attention to a different subject, to area of

14    inquiry number 3, and in particular 3(a),

15    which relates to "SAMA's general role in

16    overseeing, regulating and supervising Al

17    Rajhi Bank's banking operations, practices

18    and procedures."

19              Sir, what did you conclude was

20    the bank's knowledge as to that subject?

21         A.     SAMA is the primary supervising

22    entity for the bank.  They're our key

23    regulator, and they issue all the regulations

24    and directives related to advising The

25    Kingdom, including the bank, the licensing,
```

This Transcript Contains Confidential Material

```
 1     the operating, the supervision and audit.
 2     And the bank must comply with SAMA directives
 3     and regulations.
 4          Q.     And to the best of your
 5     knowledge, has the bank complied with SAMA's
 6     regulation in the relevant period?
 7          A.     To the best of my knowledge,
 8     they have.
 9               MR. CARTER:  Objection.  Form.
10     QUESTIONS BY MR. CURRAN:
11          Q.     All right.  I'd like to turn
12     your attention to 3(b), and that relates to
13     "SAMA's post-9/11 inquiries, investigations
14     and audits of Al Rajhi bank accounts, banking
15     transactions and customers, including
16     communications regarding same."
17               Sir, what did you conclude to
18     be the bank's knowledge as to that subject?
19          A.     After 9/11, the bank continued
20     with all the existing internal and external
21     audits and controls, but in addition, the
22     SAMA self -- bank self supervisory committee
23     was created.
24               SAMA agreed with all the banks
25     to create the committee, which we spoke of
```

This Transcript Contains Confidential Material

```
 1    earlier.  It comprised senior representatives

 2    from all the banks.  And that was designed to

 3    fully cooperate with the US executive order

 4    of the Office of Foreign Asset Control, OFAC,

 5    and SAMA's related request for information

 6    and productions.

 7              The bank complied in full with

 8    all of that in the regular -- in regular

 9    communication with SAMA, and SAMA visited

10    with all the banks, including Al Rajhi.  And

11    this was the primary venue for managing the

12    events post-9/11.

13         Q.   Sir, turn to area of

14    inquiry 3(c).  And this deals with "the roles

15    and responsibilities of Al Rajhi Bank's legal

16    affairs division and internal auditing

17    division in responding to SAMA's post-9/11

18    inquiries, investigations and audits relating

19    to terrorism or terrorism financing,

20    including communications regarding same."

21              And, sir, what did you conclude

22    to be the bank's knowledge on that subject?

23         A.   So I --

24              MR. CARTER:  Objection.  Form.

25              THE WITNESS:  I represented the
```

This Transcript Contains Confidential Material

```
 1          bank's legal department, was nominated
 2          as the representative on the SAMA
 3          bank's self supervisory committee, the
 4          source of that being the self
 5          supervisory committee minutes.
 6               Typically the bank's legal
 7          department passed on the bank's
 8          internal audit all of the instructions
 9          from SAMA.
10               Internal audit then compiled
11          the information requests -- requested
12          by SAMA, and they sent it to SAMA with
13          a copy to the legal department.
14     QUESTIONS BY MR. CURRAN:
15          Q.    I'd like to turn your attention
16     to 3(f).  That deals with "the treatment of
17     accounts for Al Haramain and IIRO in the wake
18     of the designations of offices of those
19     organizations after 9/11."
20               What did you conclude to be the
21     bank's knowledge with respect to that
22     subject?
23          A.    On the 7th of March 2002, SAMA
24     instructed all banks to block accounts of
25     foreign entities of Al Haramain Bosnia, Al
```

1    Haramain Somalia, and any other accounts of

2    IIRO in Albania.

3              On the 11th of March 2002, OFAC

4    designated the same for two foreign Al

5    Haramain entities in Bosnia and Albania that

6    SAMA had already notified as being designated

7    on the 7th of March 2002.

8              It's important to note that Al

9    Haramain's Saudi offices were not designated,

10   and the US designation notice excluded the

11   KSA entity.

12             ARB only, or Al Rajhi Bank

13   only, had accounts with the local KSA entity

14   of Al Haramain and IIRO, and SAMA did not

15   instruct Al Rajhi Bank to block IIRO KSA or

16   Al Haramain KSA entity accounts.

17             Abdullah al Rajhi wrote to the

18   Ministry of Islamic Affairs to ask if the

19   bank should be taking any action on Al

20   Haramain, and on March 13th, the Ministry of

21   Islamic Affairs responded to the bank to

22   confirm that Al Haramain was authorized to

23   operate in the KSA.

24             On the 19th of July 2004, SAMA

25   required all banks to block any accounts on

This Transcript Contains Confidential Material

```
1    other foreign Al Haramain entities, those

2    being in the Netherlands, Ethiopia, Albania,

3    Afghanistan, et cetera.

4              And it's confirmed that Al

5    Rajhi Bank did not have any accounts with any

6    of these Al Haramain entities.

7              SAMA did not require Al

8    Haramain accounts in the KSA entity to be

9    blocked, and it supported the view that Al

10   Rajhi Bank should not alter their treatment

11   of Al Haramain KSA.

12             There was a SAMA letter to the

13   general manager of ARB in the circular that

14   all banks to retain Al Haramain under a

15   single account.  That was 30th of April 2003.

16             And the bank has also found

17   that US Trustee Secretary O'Neill made a

18   clear distinction between the Saudi entity,

19   which was not designated, and other foreign

20   operations which were designated.  The source

21   is Secretary O'Neill's remarks in 2002.  We

22   have a hyperlink.

23             SAMA had instructed the banks

24   not to take any unilateral action to block

25   accounts unless they're instructed by SAMA.
```

This Transcript Contains Confidential Material

1    And that was part of the directive at the
2    beginning of the self supervisory committee.
3    The banks were not to act unilaterally to
4    block accounts without SAMA direction.
5        Q.    I'd like to direct your
6    attention to area of inquiry 3(b), which
7    deals with SAMA's post-9/11 investigations of
8    accounts and banking transactions associated
9    with Al Haramain and IIRO branch offices.
10              Sir, what do you conclude to be
11   the bank's knowledge with respect to that
12   subject?
13       A.    To the extent to the term
14   "branch offices" refers to Al Haramain and
15   IIRO outside -- offices outside of KSA, Al
16   Rajhi Bank had no accounts with such offices.
17              And SAMA made two requests --
18   they made requests of Al Haramain in May 2004
19   requesting information on certain
20   transactions.
21              And then the -- and IIRO
22   requests, which were received for action on
23   IIRO entities outside KSA.
24              The bank maintains, however,
25   that it held no accounts for Al Haramain

This Transcript Contains Confidential Material

1   offices outside of KSA.

2          Q.     Sir, I want to direct your

3   attention to area of inquiry 3(h), and that

4   deals with "communications between SAMA and

5   any Al Rajhi Bank concerning inquiries from

6   Al Rajhi Bank officials, including Abdullah

7   Sulaiman al Rajhi, regarding the continued

8   provision of banking services to Al Haramain,

9   IIRO and other charities post-9/11."

10             What do you conclude to be the

11  bank's knowledge with respect to that

12  subject?

13         A.     So after 9/11, as I mentioned,

14  the bank's self supervisory committee at SAMA

15  instructed all banks not to close accounts

16  with the explicit -- without the explicit

17  direction of SAMA.

18             SAMA later sent instructions

19  regarding charities, and the bank believed at

20  all times it was in compliance with all the

21  SAMA requirements.

22             To be prudent, however, the

23  bank sent a letter to SAMA to inquire about

24  Al Haramain, and SAMA did not reply to this

25  letter.  So the bank then proactively took

This Transcript Contains Confidential Material

1    steps to contact other relevant government
2    departments to confirm it was in compliance
3    with respect to Al Haramain.
4              The SAMA circular stated that a
5    license from the Ministry of Labor or the
6    Ministry of Islamic Affairs is required for
7    practicing activity for the account's
8    purpose, and SAMA confirmed that the Ministry
9    of Islamic Affairs is a proper licensing
10   authority for charities.
11             On the 20th of April 2003, SAMA
12   then instructed banks to consolidate all Al
13   Haramain KSA accounts under a single account
14   number.
15             And on April 30, 2003, ARB
16   confirmed with SAMA that the bank had
17   consolidated all of the Al Haramain accounts
18   into one account.
19             In January 2004, on the 4th of
20   January, a letter to SAMA was sent to request
21   clarity on future dealings with some
22   charities -- excuse me for a moment.
23             A letter was sent to SAMA to
24   request clarity on future dealings with some
25   charities, and this included IIRO and Al

This Transcript Contains Confidential Material

1    Haramain.  And in this letter, Mr. Abdullah

2    al Rajhi notes that Al Haramain charitable

3    foundation is already licensed.

4              And then by letter to the

5    Ministry of Interior, which corresponds to

6    the date of 7 February 1996, the bank

7    enclosed a copy of the Al Haramain license.

8              Mr. Al Rajhi also noted that

9    the IIRO KSA has a license number and

10   direction of Supreme guidance number

11   K/M/494/200, in addition to the certificate

12   that was issued by the relevant KSA

13   government authority.

14             On January 26, 2004, there was

15   a letter to SAMA referencing ARB 14545 that

16   sought explicit guidance on dealing with Al

17   Haramain.

18             And on February 25, 2004, there

19   was a letter to The Ministry of Islamic

20   Affairs requesting confirmation that Al

21   Haramain charitable foundation has a license

22   to operate from the competent authority to

23   carry out charitable work.

24             On the 13th of March 2004, a

25   letter from the Ministry of Islamic Affairs

This Transcript Contains Confidential Material

1    stated that Al Haramain is authorized to

2    carry out charitable work.

3              And on the 10th -- sorry.  On

4    March 21, 2004, the Ministry of Justice then

5    wrote to state that Al Haramain and IIRO,

6    Muslim World League, The World Assembly of

7    Muslim Youth, are all, quote, legally

8    established, end quote, and, quote, permitted

9    to operate under its laws and regulations,

10   end quote, being in KSA.

11        Q.    Now, Mr. --

12              MR. CARTER:  Chris, I'm going

13        to interject an objection.

14              The witness is apparently

15        reading from a document, and testimony

16        is supposed to be conducted as though

17        in a courtroom.  And there's not a

18        court in the world that would let a

19        witness testify in this manner,

20        reading from a document.

21              So I'm just going to state my

22        objection.

23              MR. CURRAN:  Yeah, well, okay.

24        There's not a court in the world that

25        would let somebody identify 45 topics

This Transcript Contains Confidential Material

```
 1              for a witness that's been designated

 2              as a corporate representative.

 3      QUESTIONS BY MR. CURRAN:

 4          Q.      But, Mr. Galloway, you would

 5      appear to be reviewing notes while you were

 6      testifying a moment ago.

 7                  Is that correct?

 8          A.      That's correct.  And I prepared

 9      all those notes myself.

10          Q.      They appear to be typed.

11                  Who typed them?

12          A.      I typed every single word on

13      the pages.

14          Q.      What was the source of

15      information that you had to -- that enabled

16      you to type notes with such depth and detail?

17          A.      The interviews and information

18      I gathered as part of the preparation for

19      this.

20          Q.      Now, Mr. Carter asked you a

21      series of questions earlier about charitable

22      projects that Al Haramain KSA and IIRO KSA

23      conducted apparently outside The Kingdom of

24      Saudi Arabia.

25                  Do you remember that testimony?
```

This Transcript Contains Confidential Material

```
 1        A.    Yes.

 2        Q.    Do you remember he showed you

 3   some documents --

 4        A.    Yes.

 5        Q.    -- that seem to reflect those

 6   activities?

 7              Sir, are you aware, based on

 8   your investigation for this deposition, as to

 9   whether SAMA prohibited Saudi charities from

10   making donations for overseas beneficiaries?

11        A.    They did not.

12              MR. CARTER:  Objection.

13   Foundation.

14   QUESTIONS BY MR. CURRAN:

15        Q.    How do you know that, sir?

16        A.    Because they were -- SAMA only,

17   until after 2001 -- 2011, required no

18   overseas payments to charities.  It was not

19   prohibited by our lead regulator SAMA.

20        Q.    So it was after the relevant

21   period for this deposition --

22        A.    Yes.

23        Q.    -- that SAMA prohibited such

24   overseas activities?

25        A.    That's my understanding.
```

This Transcript Contains Confidential Material

```
 1           Q.      Sir, under questioning by

 2    Mr. Carter earlier, you also testified about

 3    having met, I think you said two days ago,

 4    with Abdullah Sulaiman al Rajhi, correct?

 5           A.      That's correct.

 6           Q.      And to reestablish the facts,

 7    he's the current chairman of Al Rajhi Bank?

 8           A.      That's correct.

 9           Q.      And I think you testified that

10    you spent two-plus hours with chairman Al

11    Rajhi?

12           A.      That is correct.

13           Q.      And in that period, what

14    subjects did you discuss?

15           A.      We went through systematically

16    each of the questions on the guide that we

17    had been given for the discussion today.

18           Q.      And Mr. Carter had the

19    opportunity during this deposition today to

20    ask you to recount anything and everything

21    that Abdullah Sulaiman al Rajhi conveyed to

22    you, correct?

23           A.      That's correct, he did.

24           Q.      Sir, during that discussion

25    that you had with Abdullah Sulaiman al Rajhi,
```

1    did you and he discuss the recent suggestion

2    that Mr. Carter and his colleagues made that

3    Abdullah Sulaiman al Rajhi must have known

4    Osama bin Laden because they overlapped at

5    university together?

6         A.    We did discuss that.

7         Q.    And what did -- what did

8    Abdullah Sulaiman al Rajhi tell you?

9         A.    He said he's never met Osama

10   bin Laden.  He's had no association with him

11   in any kind.  He doesn't remember him from

12   university, and they had no common friends.

13        Q.    Did he say whether he knew

14   whether his father knew Osama bin Laden?

15        A.    He said that his father did not

16   know Osama bin Laden.

17             MR. CURRAN:  That concludes my

18             questioning.  Thank you all for your

19             time and patience.

20             This deposition is concluded.

21             MR. CARTER:  Chris, just for

22             the record, again, we believe there's

23             time that's appropriately clawed back,

24             and we're reserving that time for

25             purposes of follow-up questioning,

This Transcript Contains Confidential Material

```
1              including as to matters that are

2              subject to the current motion

3              practice.

4                     MR. CURRAN:  All right.  And we

5              dispute that.  We'll oppose that.

6                     And our view is that your

7              conduct of this 30(b)(6) deposition

8              was abusive with respect to the

9              extensive topics that you identified,

10             and caused the witness and the company

11             to prepare on, and then you didn't

12             even get to the subjects.

13                    MR. CARTER:  Yeah.  And, Chris,

14             I'm going to respond to that in two

15             ways.

16                    The first is that the parties

17             had disputes about the propriety of

18             the notice.  Plaintiffs made clear

19             with regard to the deposition protocol

20             that we believed it would be

21             appropriate for the parties to extend

22             the discovery deadline to allow any

23             objections relating to depositions to

24             be resolved in advance before the

25             deposition were to be conducted.
```

This Transcript Contains Confidential Material

```
 1              Al Rajhi Bank said it was
 2       unwilling to do so.
 3              We also proposed, just in the
 4       last day, deferring this deposition to
 5       allow the Court to rule on these
 6       matters.
 7              And so in multiple respects,
 8       we've attempted to provide an
 9       opportunity for the Court to address
10       your objections to the notice in
11       advance of the deposition.  That was
12       our preference, that's what we asked
13       to have happen, and you said you
14       wouldn't allow it.
15              MR. CURRAN:  You're the ones
16       who drafted this abusive 30(b)(6)
17       notice, and I think that speaks for
18       itself.
19              But anyway, everyone have a
20       nice rest of the day.  And I
21       appreciate the work of the court
22       reporter and the videographer.
23              Thank you all, Counsel.
24              MR. CARTER:  Yeah, I'm just
25       going to object for the record the
```

This Transcript Contains Confidential Material

1            characterization of counsel's conduct

2        as abusive.

3                MR. CURRAN:  Thank you all.

4                VIDEOGRAPHER:  Okay.  Off

5        record.  The time is 11:01.

6          (Deposition concluded at 11:01 p.m.)

7                    - - - - - - -

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

This Transcript Contains Confidential Material

```
 1                    CERTIFICATE
 2           I, CARRIE A. CAMPBELL, Registered
     Diplomate Reporter, Certified Realtime
 3   Reporter and Certified Shorthand Reporter, do
     hereby certify that prior to the commencement
 4   of the examination, James Galloway, was duly
     sworn by me to testify to the truth, the
 5   whole truth and nothing but the truth.
 6           I DO FURTHER CERTIFY that the
     foregoing is a verbatim transcript of the
 7   testimony as taken stenographically by and
     before me at the time, place and on the date
 8   hereinbefore set forth, to the best of my
     ability.
 9
             I DO FURTHER CERTIFY that I am
10   neither a relative nor employee nor attorney
     nor counsel of any of the parties to this
11   action, and that I am neither a relative nor
     employee of such attorney or counsel, and
12   that I am not financially interested in the
     action.
13
14
16           CARRIE A. CAMPBELL,
             NCRA Registered Diplomate Reporter
17           Certified Realtime Reporter
             California Certified Shorthand
18           Reporter #13921
             Missouri Certified Court Reporter #859
19           Illinois Certified Shorthand Reporter
             #084-004229
20           Texas Certified Shorthand Reporter #9328
             Kansas Certified Court Reporter #1715
21           New Jersey Certified Court Reporter
             #30XI00242600
22           Louisiana Certified Court Reporter
             #2021012
23           Notary Public
             Dated:  May 28, 2023
24
25
```

This Transcript Contains Confidential Material

```
 1                    INSTRUCTIONS TO WITNESS

 2

 3            Please read your deposition over

 4    carefully and make any necessary corrections.

 5    You should state the reason in the

 6    appropriate space on the errata sheet for any

 7    corrections that are made.

 8            After doing so, please sign the

 9    errata sheet and date it.  You are signing

10    same subject to the changes you have noted on

11    the errata sheet, which will be attached to

12    your deposition.

13            It is imperative that you return

14    the original errata sheet to the deposing

15    attorney within thirty (30) days of receipt

16    of the deposition transcript by you.  If you

17    fail to do so, the deposition transcript may

18    be deemed to be accurate and may be used in

19    court.

20

21

22

23

24

25
```

This Transcript Contains Confidential Material

```
 1              ACKNOWLEDGMENT OF DEPONENT

 2

 3

 4          I,_____, do

      hereby certify that I have read the foregoing

 5    pages and that the same is a correct

      transcription of the answers given by me to

 6    the questions therein propounded, except for

      the corrections or changes in form or

 7    substance, if any, noted in the attached

      Errata Sheet.

 8

 9

10

11

12    _____

      James Galloway                  DATE

13

14

15    Subscribed and sworn to before me this

16    _____ day of _____, 20 _____.

17    My commission expires: _____

18

19    Notary Public

20

21

22

23

24

25
```

This Transcript Contains Confidential Material

```
 1                  - - - - - - -

                      ERRATA

 2                  - - - - - - -

 3     PAGE    LINE    CHANGE

 4     _____   _____   _____

 5     _____   _____   _____

 6     _____   _____   _____

 7     _____   _____   _____

 8     _____   _____   _____

 9     _____   _____   _____

10     _____   _____   _____

11     _____   _____   _____

12     _____   _____   _____

13     _____   _____   _____

14     _____   _____   _____

15     _____   _____   _____

16     _____   _____   _____

17     _____   _____   _____

18     _____   _____   _____

19     _____   _____   _____

20     _____   _____   _____

21     _____   _____   _____

22     _____   _____   _____

23     _____   _____   _____

24     _____   _____   _____

25
```

This Transcript Contains Confidential Material

1                    - - - - - - -

                    LAWYER'S NOTES

2                    - - - - - - -

3     PAGE    LINE

4     _____   _____   _____

5     _____   _____   _____

6     _____   _____   _____

7     _____   _____   _____

8     _____   _____   _____

9     _____   _____   _____

10    _____   _____   _____

11    _____   _____   _____

12    _____   _____   _____

13    _____   _____   _____

14    _____   _____   _____

15    _____   _____   _____

16    _____   _____   _____

17    _____   _____   _____

18    _____   _____   _____

19    _____   _____   _____

20    _____   _____   _____

21    _____   _____   _____

22    _____   _____   _____

23    _____   _____   _____

24    _____   _____   _____

25

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

**ERRATA**

GOLKOW LITIGATION SERVICES
ONE LIBERTY PLACE
1650 MARKET STREET, SUITE 5150
PHILADELPHIA, PA 19103
877-370-3377

NAME OF CASE: *In Re: Terrorist Attacks On September 11, 2001*, No. 03-md-1570 (S.D.N.Y.)
DATE OF DEPOSITION: May 11, 2023
NAME OF DEPONENT: Rule 30(b)(6) Al Rajhi Bank Designee James Galloway

| Page | Line(s) | Change | Reason |
|------|---------|--------|--------|
| 29 | 4 | Insert "in" before "a group" | Transcription error |
| 31 | 25 | Replace "30th" with "16th" | Clarification |
| 32 | 10 | Insert "Since the 30th of April" before "I've" | Clarification |
| 37 | 20 | Replace "ARB00000164" with "ARB0000016" | Transcription error or clarification |
| 39 | 4 | Replace "two" with "four" | Clarification |
| 43 | 12 | Insert "In" before "the" | Transcription error or clarification |
| 43 | 12 | Insert comma after "department" | Transcription error or clarification |
| 43 | 12 | Insert "there" after "department," | Transcription error or clarification |
| 44 | 23 | Insert "of" after "manager" | Transcription error |
| 44 | 25 | After "Al-Behairy," insert ". In Shared Services IT Operations, Marius Badanau." | Transcription error or clarification |
| 45 | 20 | Replace "spoke to" with "directed questions to and received answers from" | Clarification |
| 46 | 8 | Remove "and", and replace "responsibilities" with "responsibility" | Clarification |
| 46 | 24 | Remove "to" | Transcription error |
| 47 | 11 | Replace "spoke to" with "directed questions to and received answers from" | Clarification |
| 47 | 18-20 | Delete "Abdul Rahman al Rajhi. Is that right? That can't be right. No, that's" | Clarification |
| 47 | 24-25 | Delete "Abdul Rahman al Rajhi, not working in the office. I'm sorry," | Clarification |
| 49 | 1 | Delete "Sorry. For some reason I've got an error on my sheet, so apologies for that." | Clarification |
| 49 | 5-8 | Replace "I … structure" with "No." | Clarification |
| 49 | 18 | Replace "No, I do not" with "There was no charity relations department or anyone specifically responsible for charity relations during the 1998 through 2001 time period." | Clarification |

**CONFIDENTIAL**: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|---|---|---|---|
| 50 | 16-25 | Replace "I … time" with "Naif Al Dahmashi currently with Strategy, was a Customer Care Representative during the 1998-2001 period. Abdullah Al-Subail, currently with HR, was a payroll officer with HR during the 1998-2001 period. Turki M. Al-Dalilah, currently with Shared Services IT Operations, was an IT officer during the 1998-2001 period. Khalifey Tajammul, currently with IT Core Infrastructure Compute & Platform Support, was a help desk officer during the 1998-2001 period. Ibraheem A. Alzuair, currently with Internal Audit, was a field auditor and then a branch auditor during the 1998-2001 period. Amin Osman Awad, currently with Board Secretariat, was an office manager of IT's executive manager office during the 1998-2001 period. The Bank's Chairman, Abdullah Al Rajhi, was the Bank's General Manager during the 1998-2001 period." | Clarification |
| 53 | 1 | Delete "," after Islamic | Transcription error |
| 55 | 13 | Replace "I" with "He" | Clarification |
| 56 | 15-17 | Replace "I … that." with "He did not." | Clarification |
| 57 | 13-14 | Replace "I do not know the answer to that" with "He did not." | Clarification |
| 59 | 8 | Replace "Abdul" with "Abdullah" | Transcription error |
| 59 | 19 | Replace "Abdul" with "Abdullah" | Clarification |
| 64 | 10 | Replace "I" with "The Bank" | Clarification |
| 64 | 24 | Replace "That's" with "The Bank did, that's" | Clarification |
| 68 | 18 | Replace "cited" with "sighted" | Transcription error |
| 69 | 4 | Replace "product" with "customer transactional" | Clarification |
| 69 | 19-21 | Replace "I … notes" with "The core banking system, called SIB 2000, was rolled out in 2001. Data going back to 1998 was migrated into the new system." | Clarification |
| 70 | 13 | Replace "I … information." with "Branch number, account number, value date, transaction date, branch teller's approval of the transaction (if available, for transactions after the migration), head teller's approval of the transaction (if available, for transactions after the migration), issuing branch, and SAR amount for foreign currency transactions." | Clarification |
| 71 | 2 | Before "applied" insert "the Bank" | Clarification |
| 71 | 4 | Replace "know" with "known" | Transcription error |
| 71 | 5 | Replace "middle names and family names" with "names (including, for individuals, their middle names and family names) | Clarification |
| 71 | 6 | After "of" insert "letters in the" | Clarification |
| 71 | 7 | Replace "individual" with "your other requests regarding individuals' " | Clarification |
| 71 | 15 | Replace "person and" with "requested persons' " | Clarification |
| 71 | 16 | Replace "and things" with "with things" | Clarification |

**CONFIDENTIAL**: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|------|---------|--------|--------|
| 71 | 19 | Replace "which then" with ", in which" and replace "probable" with "possible" | Clarification |
| 71 | 20 | Replace "met" with "matched" | Clarification |
| 71 | 22 | After "file," insert "to match" | Clarification |
| 71 | 23 | Delete ", national ID number" | Clarification |
| 72 | 10 | After "Yeah," insert "all" | Clarification |
| 72 | 11 | After "credited" insert "to Al Haramain Islamic Foundation and IIRO accounts at the Bank" | Clarification |
| 72 | 12 | After "system" insert "by searching the accounts linked to their customer identification codes" | Clarification |
| 72 | 12-14 | Delete "It just depends on whether the annotation on the credit is clear or complete." | Clarification |
| 73-74 | 73:16-74:2 | Replace "It's … individual documents" with "The FileNet system stores soft copy scans of original hardcopy archive documents." | Clarification |
| 77 | 17 | Delete ", or Muwaffaq" | Clarification |
| 78 | 20-22 | Replace "I … audit" with "No" | Clarification |
| 82 | 2 | After "that" insert "many of" | Clarification |
| 82 | 11 | Replace "by" with "in responses to" | Clarification |
| 82 | 12-16 | Delete "I … specifically." | Clarification |
| 83 | 1 | Replace "the --" with "that" and insert "likely" before "is" | Clarification |
| 83 | 3 | After "projects" insert ", or possibly different charity branches or committees" | Clarification |
| 83 | 13 | After "that" insert "came up" | Clarification |
| 83 | 23 | Replace "Abulrhman" with "Abdulrhman" | Transcription error |
| 83 | 24 | Replace "Abulrhman" with "Abdulrhman" | Transcription error |
| 84 | 11 | Replace "No, I do not." with "This understanding is based on a survey of account-opening documents.  Separate accounts could also have been created for different charity branches or committees." | Clarification |
| 84 | 24-25 | Replace "I … no" with "Additional information relating to a particular account would be in the Customer Information File for that account." | Clarification |
| 85 | 13-15 | Replace "I can't find … statement" with "The statements of account that were produced are generated directly from core banking system data for the relevant period." | Clarification |
| 86 | 19-20 | Replace "I … that" with "The Bank has not found any indication that the number of accounts held by Al Haramain prompted — or should have prompted — any money laundering or terrorism financing concerns through 2002.  It was not until April 20, 2003 that SAMA instructed all banks in Saudi Arabia to consolidate all accounts for a charitable foundation or organization under a single account with sub-accounts" | Clarification |
| 89 | 2 | Insert "likely" before "were" | Clarification |

**CONFIDENTIAL**: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|------|---------|--------|--------|
| 89 | 3 | After "period." insert "Separate accounts also could have been opened for different charity branches or committees." | Clarification |
| 89 | 9 | Replace "Abulrhman" with "Abdulrhman" | Transcription error |
| 89 | 13 | Replace "No, I do not" with "This understanding is based on a survey of account-opening documents" | Clarification |
| 89 | 22-23 | Replace "No … that" with "He reached that conclusion based on his review of the account-opening documents." | Clarification |
| 90 | 20 | Replace "No … not." with "Although for some accounts the account purpose may be evident from the account name, there is no requirement that the purpose of the account be indicated in the account name." | Clarification |
| 92 | 22 | After "that." insert "I did not focus on reviewing all of the account names, because this was not an area of inquiry in the notice on which I prepared for this deposition." | Clarification |
| 93 | 5 | Replace "seeing" with "noting" | Clarification |
| 93 | 12 | Replace "do not" with "also do not recall noting that every account had a distinct name designation.  I did not focus on reviewing all of the account names, because this was not an area of inquiry in the notice on which I prepared for this deposition" | Clarification |
| 94 | 2 | After "not." insert "I did not focus on reviewing all of the account names, because this was not an area of inquiry in the notice on which I prepared for this deposition." | Clarification |
| 94 | 6 | After "not." insert "This was not an area of inquiry in the notice on which I prepared for this deposition." | Clarification |
| 94 | 21 | Replace "go down to" with "assess" and replace ", look" with "volume of funds" | Clarification |
| 94 | 22 | Before "through" insert "moved" and after "the" insert "Al Haramain" and replace "to the" with "through" | Clarification |
| 97 | 2 | Replace "would" with "could" | Clarification |
| 97 | 6-7 | Replace "In … reason." with "An annotation can be input for every payment but is not a mandatory field in the core banking system." | Clarification |
| 97 | 16-18 | Replace "There … field --" with "In the Notes field." | Clarification |
| 97 | 20 | Replace "-- that would be --" with "The Notes field would" | Clarification |
| 97 | 21 | Replace "detail … transaction" with "annotation on the payment" | Clarification |
| 98 | 11-15 | Replace "For … not" with "Not" | Clarification |
| 98 | 25 | Replace "There was review to say" with "The Bank did, however, review transaction annotations to determine" | Clarification |
| 99 | 1 | After "accounts" insert "of the IIRO, Al Haramain, or Muwaffaq charities" | Clarification |
| 99 | 2 | After "the bank" insert "or others" | Clarification |
| 99 | 4 | Replace "question" with "questions" and after "questions" insert "to the Bank" | Clarification |
| 100 | 1 | Replace "The" with "As of 1998 the" | Clarification |

**CONFIDENTIAL**: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|---|---|---|---|
| 100 | 2 | Replace "has" with "required" | Clarification |
| 100 | 5 | Replace "following the" with "providing information required by the standard" | Clarification |
| 100 | 10 | Replace "need" with "needed" | Clarification |
| 102 | 16 | Replace "on foot" with "open at some point' | Clarification |
| 102 | 19 | Replace "onboarding" with "opening" | Clarification |
| 104 | 24 | Replace "at least" with "starting" | Clarification |
| 105 | 3 | Replace "sort" with "set" | Transcription error |
| 105 | 6 | Replace "earn" with "loan" | Transcription error |
| 105 | 8 | Replace "orders" with "auditors" | Transcription error |
| 105 | 15 | Replace "in relation" with "correlated" | Clarification |
| 105 | 16 | Replace "annual" with "AML" | Transcription error |
| 106 | 6 | Replace "That's correct" with "The 1998 policy I referred to was separate from the branch manual" | Clarification |
| 106 | 7 | After "policy" insert "that" and replace "with" with "as" | Clarification |
| 106 | 8 | After "procedures" insert "for an AML Unit" | Clarification |
| 107 | 8 | Replace "registration" with "license" | Clarification |
| 107 | 9 | Replace "controls" with "supervises" and after "charity" insert ", such as the Ministry of Interior or Ministry of Social Affairs" | Clarification |
| 107 | 10 | Replace "control" with "may supervise" | Clarification |
| 107 | 16 | Replace "-- make a check" with "maker-checker --" | Transcription error |
| 108 | 16 | After "question." insert "During the relevant period, the branch audit team normally audited each branch annually. The auditors checked the account-opening documentation for a sample of accounts every year, and required all identified deficiencies to be rectified by the branch.  This requirement applied to sampled accounts opened before 1997." | Clarification |
| 109 | 18 | Replace "they are" with "the documents and information collected for accounts opened prior to 1997 were insufficient or" | Clarification |
| 109 | 21 | Replace "we" with "branches" and after "would" insert "normally" | Clarification |
| 109 | 22 | Replace "it's" with "the branches' compliance was" | Clarification |
| 110 | 4 | Replace "the adherence" with "any non-adherence by branches" | Clarification |
| 111 | 16 | Replace "It" with "Audit findings" | Clarification |
| 111 | 17 | After "report" insert "in the Internal Audit files" | Clarification |
| 111 | 18 | Delete ", I assume," and delete "back" | Clarification |
| 111 | 22 | Before "have" insert "currently" | Clarification |
| 111 | 23 | After "branches," insert "but during the relevant period the Bank had between about 350 to 375 branches," and after "initially" insert "audited" | Clarification |
| 111 | 25 | Replace "it" with "branch auditing" | Clarification |
| 112 | 4 | Delete "A," | Transcription error |

**CONFIDENTIAL**: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|------|---------|--------|--------|
| 112 | 5 | After "as well." insert "SAMA's periodic thematic audits included surprise and short-notice audits that also checked for compliance with onboarding requirements.  And the Bank's external auditor further checked for compliance with SAMA regulations." | Clarification |
| 113 | 1-9 | Replace "I … asking" with "The Internal Audit department undertook to audit all branches, which would include branches where accounts for Al Haramain or IIRO had been opened.  To determine whether any Al Haramain or IIRO accounts were audited, however, the Bank would have to collect all of the audit reports to find the audits of those particular branches, and those audits would have to be reviewed to determine which accounts were covered." | Clarification |
| 114 | 10 | Replace "I do not know that" with "In our review of the audit files and customer information files, we did not see any indication of any SAMA thematic audits of charitable organizations." | Clarification |
| 115 | 14-16 | Replace "I believe … But" with "Yes." | Clarification |
| 115 | 24 | Replace "that" with "evidence of a charity's authorization to operate" | Clarification |
| 115 | 25 | Replace "the" with "charity" | Clarification |
| 116 | 8 | After "it should be true" insert "for accounts opened after issuance of the 1997 branch manual" | |
| 116 | 18-20 | Replace "may not have been" with "was not," and replace "there would have been accounts under that" with "the control to check for a license is a part of the account-opening process related to onboarding a customer and assigning the customer a Customer Identification Code (CIC); once the customer is on-boarded, that control covers subaccounts for the same customer under that CIC." | Clarification |
| 117 | 14 | Replace "with" with ", and the Bank will cluster those accounts under the customer's " | Clarification |
| 117 | 19 | Replace "a" with "the" | Clarification |
| 118 | 5-6 | Replace "I … pre-9/11." with "No, they were not all clustered around a single CIC.  The CIC structure was introduced as part of the SIB 2000 core banking system." | Clarification |
| 118 | 13-23 | Replace "I … verify that." with "Opening new accounts would require the same account-opening procedures.  When the CIC structure was rolled out, related accounts would be clustered under a single CIC." | Clarification |
| 119 | 15 | After "April" insert "2003" and replace "with" with "from" | Clarification |
| 119 | 16 | After "branch" insert "addressed" | Clarification |
| 119 | 17 | Replace "deputy government" with "Deputy Governor" | Transcription error |
| 119 | 18 | After "confirm" insert "that" | Clarification |
| 119 | 20 | Replace "SAMA" with "SAMA's" | Transcription error |
| 120 | 1 | Replace "was" with "were" | Transcription error |

**CONFIDENTIAL**: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|------|---------|--------|--------|
| 120 | 7 | After "that." insert "SAMA issued more detailed guidelines applicable to all charities on the 23rd of May 2003." | Clarification |
| 120 | 13 | After "These" insert "guidelines for bank services to charities" | Clarification |
| 120 | 15 | Change "bank's" to "banks'" | Transcription error |
| 120 | 25 | After "the" insert "major" and after "banks" insert "operating in Saudi Arabia." | Clarification |
| 121 | 4 | Replace "constrict" with "restrict or monitor" and after "people" insert "or entities" | Clarification |
| 121 | 4-5 | Replace "are now known" with "SAMA was reviewing after 9/11 in case they turned out" and after "actors" insert "," | Clarification |
| 121 | 7 | Replace "SAMA" with "SAMA's new" | Clarification |
| 123 | 12 | Replace "Abulrhman" with "Abdulrhman" | Transcription error |
| 123 | 19-20 | Replace "I … no" with "No, they were not all opened under a single CIC.  The CIC structure was introduced as part of the SIB 2000 core banking system." | Clarification |
| 124 | 15-16 | Replace "I … that." with "No, they were not all opened under a single CIC.  The CIC structure was introduced as part of the SIB 2000 core banking system." | Clarification |
| 129 | 20 | Replace "This -- yeah, the -- on" with "On" | Clarification |
| 129 | 21 | After "4th," insert "2004," and replace "by" with "from" | Clarification |
| 129 | 23 | Replace "charity" with "charities" | Clarification |
| 129 | 24-25 | Replace "But predating this" with "This January 4, 2004 letter predates the" | Clarification |
| 130 | 1 | After "notes" insert "in this letter, which has the bates number ARB-00014545," | Clarification |
| 130 | 3 | After "licensed." insert "Specifically, Abdullah Al Rajhi writes to SAMA with the Bank's understanding that Al Haramain Charitable Foundation had been 'licensed by letter of the Minister of the Interior No. Sh3/2195/29 and dated 9/18/1416H,' which corresponds to February 7, 1996." | Clarification |
| 130 | 24 | Delete "all" | Clarification |
| 130 | 25 | Replace "charitable foundations" with "Charitable Foundations" | Transcription error |
| 131 | 7 | After "work." insert "The Bates number for that letter is ARB-00039505." | Clarification |
| 131 | 8-9 | Replace "10 March 2021 -- sorry," with "letter dated" | Clarification |
| 131 | 10 | Before "the" insert "from" and replace "stated" with "stating" | Clarification |

**CONFIDENTIAL**: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|---|---|---|---|
| 131 | 14 | After "KSA." insert "The Bates number for that letter is ARB-00039410. The Bank has also produced, from the Customer Information Files for several Al Haramain accounts, a letter from the Deputy Minister of Islamic Affairs dated October 17, 1997. The Bates numbers for those copies of the letter are ARB-00038201 (for account opened May 8, 2001), ARB-00038253 (for account opened July 20, 2000), ARB-00038612 (for account opened December 5, 1999), and ARB-00038586 (for account opened August 15, 1995). In that letter, the Deputy Minister states, 'We would like to inform you that Al Haramain Charitable Foundation operates under our supervision.'" | Clarification |
| 131 | 21 | Delete ", the 2004" | Clarification |
| 131 | 22 | After "March 21" insert ", 2004" and after "letter." insert "But the Bank's diligence did not begin in 2004.  One example is the October 17, 1997 letter from the Deputy Minister of Islamic Affairs, Bates number ARB-00038612, found in the Customer Information Files with the account-opening documents.  In that letter, the Deputy Minister states, 'We would like to inform you that Al Haramain Charitable Foundation operates under our supervision.'" | Clarification |
| 131 | 25 | After "letter" insert "[Exhibit 4, dated February 25, 2004]" | Clarification |
| 132 | 12 | Replace "This" with "At the time of this February 25, 2004 letter, the Bank possessed earlier satisfactory authorizations to open accounts for Al Haramain. The Bank has produced, for example, the letter from the Deputy Minister of Islamic Affairs dated October 17, 1997.  In that letter, the Deputy Minister states, 'We would like to inform you that Al Haramain Charitable Foundation operates under our supervision. The 2004 letter'" | Clarification |
| 132 | 13 | After "post-9/11/2011" insert ", however," and replace "was a" with "were new" | Clarification |
| 132 | 14 | Replace "instruction." with "instructions.  First, in November 2001, SAMA instructed" and after "that" insert "the" | Clarification |

**CONFIDENTIAL**: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|------|---------|--------|--------|
| 132 | 15 | Replace "close" with "even freeze" and after "after" insert "the 9/11Attacks unless instructed by SAMA. That instruction can be found at Bates number ARB-00039842. But also, in 2002, SAMA had instructed the banks in Saudi Arabia to block any accounts of certain foreign entities, including Al Haramain Bosnia and Al Haramain Somalia. The Bank only held accounts of Al Haramain Saudi Arabia, and SAMA did not instruct the Bank to block any accounts of Al Haramain Saudi Arabia. To be prudent, however, the Bank inquired with SAMA about continuing to provide services to Al Haramain Saudi Arabia. Those inquiries have been produced with Bates numbers ARB-00014545 and ARB-00014546. SAMA did not respond. So in early 2004 the Bank contacted other government agencies for confirmation, in light of SAMA's post-9/11 requirements for dealing with charities, that the Bank was permitted to deal with Al Haramain Saudi Arabia even after the designation of certain foreign Al Haramain entities." | Clarification |
| 132 | 16 | After "this" insert "2004" and after "letter" insert "(Exhibit 4)" | Clarification |
| 132 | 19 | After "get" insert "confirmation that Al Haramain in Saudi Arabia had", after "license" insert "after the designation of some foreign Al Haramain entities" | Clarification |
| 132 | 21 | Replace "were" with "was" | Clarification |
| 133 | 8 | After "true" insert ", in isolation," | Clarification |
| 133 | 9 | Replace "found out" with "confirmed" and replace "it" with "Al Haramain" | Clarification |
| 133 | 13 | After "described." insert "And in the letter dated January 4, 2004, ARB-00014545, which predated this correspondence, the Abdullah Al Rajhi stated the Bank's understanding that Al Haramain had been licensed by letter of the Minister of the Interior on February 7, 1996." | Clarification |
| 134 | 5 | Replace "To me" with "In the context of the surrounding correspondence, particularly the Bank's inquiry to SAMA referenced at ARB-00014546," | Clarification |
| 134 | 7 | After "was -- it was" insert "still considered" | Clarification |
| 134 | 8 | After "licensed" insert "after the designation of some foreign Al Haramain entities | Clarification |
| 134 | 15 | Replace "it" with "Al Haramain" and after "was" insert "still considered licensed" | Clarification |
| 135 | 1 | Before "I" insert "Assuming this letter can be read in isolation, which I don't necessarily agree with," | Clarification |

**CONFIDENTIAL**: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|---|---|---|---|
| 135 | 2 | After "true." insert "Based on the Bank's review of the Customer Information Files for Al Haramain's accounts, the Bank has produced, for example, the letter from the Deputy Minister of Islamic Affairs dated October 17, 1997. In that letter, the Deputy Minister states, 'We would like to inform you that Al Haramain Charitable Foundation operates under our supervision.'" | Clarification |
| 135 | 19-20 | After "Affairs" insert "is", after "required" insert "for religious or social organizations", after "practice" insert "the", and replace "the account." With "which the account is opened.  This confirmed that the Ministry of Islamic Affairs was a proper licensing authority." | Clarification |
| 135 | 21-25 | Delete "And … question." | Clarification |
| 136 | 11 | Replace "permanent" with "permit" | Transcription error |
| 137 | 5 | After "were" insert "still" | Clarification |
| 137 | 6 | After "compliance." insert "As for accounts that had previously been opened, the Customer Information Files for Al Haramain's accounts include, for example, the letter from the Deputy Minister of Islamic Affairs dated October 17, 1997 stating that 'Al Haramain Charitable Foundation operates under our supervision.'" | Clarification |
| 137 | 15 | After "I think" insert "in the context of the Bank's inquiries to SAMA," | Clarification |
| 137 | 16 | After "was" insert "still considered" | Clarification |
| 138 | 19-20 | Replace "To … weren't" with "I do not know" | Clarification |
| 140 | 11-12 | Replace "No … knowledge" with "I do not know" | Clarification |
| 140 | 23-24 | Replace "To the … we" with "The Bank" | Clarification |
| 140 | 25 | Replace "work" with "entities" and after "overseas." insert "But no, under the Bank's procedures, and under SAMA regulations, it would not have been relevant from 1998 through 2002 to ascertain whether an account was being opened for purposes of charitable activities carried out outside the Kingdom.  On May 23, 2003, SAMA issued a circular to all banks in Saudi Arabia regarding Charity Accounts.  The Bates number for that circular is ARB-00014531.  That circular added new requirements for the accounts of charitable institutions at banks operating in the Kingdom, including a new requirement that no transfers from the accounts of charitable institutions and associations would be permitted to beneficiaries outside the Kingdom.  That requirement was not in effect from 1998 through 2002." | Clarification |
| 142 | 18 | Replace "Well, the" with "No. The" | Clarification |
| 143 | 2 | After "account." insert "I am not aware of any limitation prior to May 23, 2003, on the use of charity accounts at banks in Saudi Arabia to support charitable activities outside the Kingdom." | Clarification |

**CONFIDENTIAL**: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|---|---|---|---|
| 144 | 23 | Replace "That was my understanding." with "To clarify, the accounts that Al Rajhi Bank opened for Al Haramain were solely for the Al Haramain entity in Saudi Arabia, and not for any foreign entities. The requirement that charity accounts at banks in Saudi Arabia be used to support charitable activities only inside the Kingdom was not in effect before May 23, 2003." | Clarification |
| 145 | 5-7 | Replace "It's .. sure." with "To clarify, the accounts that Al Rajhi Bank opened for Al Haramain were solely for the KSA branches of Al Haramain, and not for any foreign entities. The requirement that charity accounts at banks in Saudi Arabia be used to support charitable activities only inside the Kingdom was not in effect before May 23, 2003." | Clarification |
| 147 | 15 | After "no." insert "But the document does not refer to a procedure in which Al Rajhi Bank would fax a deposit notice and a purpose of the donation to Al Haramain. This letter is under Al Haramain letterhead and appears to be soliciting donations from potential donors. It is not addressed to the Bank. The letter appears to direct donors, not the Bank, to send a record of their donation to Al Haramain's fax number." | Clarification |
| 148 | 15 | After "no." insert "But the letter does not appear to be requesting that Al Rajhi Bank send Al Haramain the deposit notice and purpose of the donation. The letter appears to be addressed to potential donors and is requesting donors to send Al Haramain a record of their donation." | Clarification |
| 150 | 9 | After "that" insert "paragraph, although the meaning of it is unclear" | Clarification |
| 150 | 16 | After "not" insert ", because this was not an area of inquiry in the notice on which I prepared for this deposition" | Clarification |
| 151 | 18 | After "not" insert ", because this was not one of the areas of inquiry in the notice that I was asked to prepare to discuss" | Clarification |
| 152 | 1 | After "not." insert "And I note again that this was not an area of inquiry in the notice on which I prepared for this deposition." | Clarification |
| 152 | 14 | After "response." insert "This was not one of the 45 topics with subtopics that Plaintiffs asked me to prepare to discuss." | Clarification |
| 153 | 9 | After "no." insert "Whether Al Haramain's accounts were used to send money outside the Kingdom from 1998-2002 was not among the 45 topics with subtopics in the Plaintiffs' notice that I was asked to be prepared to discuss. But before May 23, 2003, there were no restrictions under Saudi law or under the Bank's policies on using charitable accounts at banks in Saudi Arabia for charitable activities outside the Kingdom." | Clarification |

**CONFIDENTIAL**: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|---|---|---|---|
| 153 | 17 | After "that." insert "However, to the best of my knowledge, before May 23, 2003, there were no restrictions under Saudi law or under the Bank's policies on using charitable accounts at banks in Saudi Arabia for charitable activities outside the Kingdom." | Clarification |
| 154 | 1 | After "not." insert "As with the Al Haramain accounts, whether IIRO's accounts were used to send money outside the Kingdom from 1998-2002 was not among the 45 topics with subtopics in Plaintiffs' notice that I was asked to be prepared to discuss." | Clarification |
| 154 | 7 | Replace "have" with "make" | Clarification |
| 154 | 9 | After "specifically." insert "But, to my knowledge, before May 23, 2003, there were no restrictions under Saudi law or under the Bank's policies on using charitable accounts at banks in Saudi Arabia for charitable activities outside the Kingdom." | Clarification |
| 155 | 16-17 | Delete "The" and delete "16th of June, it says." | Clarification |
| 157 | 5 | Replace "wouldn't" with "would" | Transcription error |
| 158 | 1 | Replace "their" with "they're" | Transcription error |
| 160 | 11-12 | Replace "was sought in order to verify" with "verifies" | Clarification |
| 160 | 18-20 | Replace "Now . . . that." with "To clarify, this letter was maintained in a Customer Information File for Al Haramain, is dated October 17, 1997, and shows that, as of at least that date, Al Haramain Islamic Foundation was working under the supervision of the Ministry of Islamic Affairs.  The document speaks for itself." | Clarification |
| 161 | 19 | After "words" insert "in the translation you are showing me" | Clarification |
| 161 | 20 | Replace "Foundation's" with "Foundation is" | Transcription error |
| 164 | 8 | After "including" insert "by" | Clarification |
| 164 | 14 | Replace "--" with "government officials" and after "Saudi" insert "Arabia" | Clarification |
| 164 | 16 | After "unusual" insert "or" and after "of" insert "the norm in this" | Clarification |
| 164 | 23 | Delete "and he did" | Clarification |
| 164 | 25 | Replace "he" with "this person" | Clarification |
| 165 | 1 | Replace "he" with "the Chairman" | Clarification |
| 165 | 5 | After "it's" insert "also" | Clarification |
| 165 | 16 | After "that" insert "they dealt with each other", after "directly" insert "; the Chairman did not indicate this when I asked him about Mr. Al Sheikh", replace "he" with "the Chairman" and "him" with "Mr. Al Sheikh" | Clarification |
| 165 | 17 | Replace "he" with "Mr. Al Sheikh" | Clarification |
| 166 | 23 | After "be." insert "To clarify, Abdullah Al Rajhi was at that time the General Manager of the Bank." | Clarification |

**CONFIDENTIAL**: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|---|---|---|---|
| 167 | 23 | Replace "No, I don't." with "In 1998, Abdullah Al Rajhi was the General Manager of the Bank." | Clarification |
| 168 | 2 | Replace "I … me." with "In 1998, Abdullah Al Rajhi was the General Manager of the Bank." | Clarification |
| 168 | 7 | Replace "Yes … says." with, "According to the translation you have shown me, the letter states, 'we want to transfer the accounts of Al-Haramain Islamic Foundation, attached to the statement – which are 9 accounts – in the name of Al-Haramain Islamic Foundation.'" | Clarification |
| 168 | 20 | Replace "Yes … says." with, "According to the translation you have shown me, the letter states, 'we want to transfer the accounts of Al-Haramain Islamic Foundation, attached to the statement – which are 9 accounts – in the name of Al-Haramain Islamic Foundation.'" | Clarification |
| 169 | 1 | Delete ", they provided a list of them" | Clarification |
| 169 | 23 | Replace "naturally" with "unilaterally", replace "If" with "Even if", and replace "writing" with "requesting" | Clarification |
| 170 | 8 | Delete ", I believe so" | Clarification |
| 174 | 15-20 | Replace "I do not … individual accounts." with "Account "555" was established in the name of Al Haramain. Account "889" was jointly held by Aqeel al Aqeel and Mansour al Kadi. Account "909" was held by Mansour al Kadi. Account "600" was jointly held by Mansour al Kadi and Aqeel al Aqeel. Account "880" was jointly held by Aqeel al Aqel and Muhammad Al Tuwaijry. It appears the reference to account "898" may have been a typo; the Bank has no record of this account. Account "292" was held by Abdul Rahman al Aqeel. Account "333" was held by Aqeel al Aqeel. Account "147" was held by Muhammad Al-Tuwaijry." | Clarification |
| 175 | 3-6 | Replace "These were …charity." with "In some cases." | Clarification |
| 175 | 10 | Delete "No." | Clarification |
| 175 | 13-16 | Replace "I … understanding" with "Yes" | Clarification |
| 175 | 20 | Replace "I would need to check that." with "Yes." | Clarification |
| 176 | 19 | After "done." insert "This letter shows that the Bank was following its policies under the 1997 Branch Manual. Any transfer of an existing personal account number to a new business, entity, or charity name would require a higher level of approval." | Clarification |
| 177 | 6 | Replace "I … that" with "No" | Clarification |
| 177 | 14-15 | Replace "I … title" with "He headed the Banking Group, which at that time managed both retail and corporate banking." | Clarification |

**CONFIDENTIAL**: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|------|---------|--------|--------|
| 177 | 19 | Replace "I … that" with "Yes, he would have reported to the General Manager of the Bank, who at that time was Abdullah Al Rajhi" | Clarification |
| 177 | 25 | After "controls" insert "that were followed" and replace "were -- this is" with "was" | Clarification |
| 178 | 1 | After "the" insert "accounts in" and replace "individual" with "individuals'" | Clarification |
| 178 | 2 | After "the" insert "name of" | Clarification |
| 178 | 3 | Replace "account names, but" with ", and" | Clarification |
| 178 | 9 | Replace "but" with "and" and replace "was" with "required following" | Clarification |
| 178 | 15 | Before "They" insert "These additional requirements and safeguards were in place to ensure that both the customers and the Bank were protected." and replace "They were trying" with "The Bank's controls were meant" | Clarification |
| 178 | 16 | Replace "obviously" with "in fact" | Clarification |
| 178 | 17 | Replace "opened" with "ultimately held" | Clarification |
| 178 | 17-18 | Replace "charity, but that -- when you're moving, normally" with "charity.  Normally," | Clarification |
| 178 | 22 | Replace "they" with "the Bank" | Clarification |
| 178 | 24 | After "on" insert "the account as owner and the old party removed" | Clarification |
| 178 | 25 | Delete "and things" | Clarification |
| 179 | 1 | After "recovered" insert "," | Clarification |
| 179 | 2 | After "agreed" insert "by both the former and new accountholders.  This protects both customers, who are assured of the amount that will be transferred from the former accountholder to the new accountholder; the Bank is protected from any claims by the former and new accountholders as to the value of the account; and the new accountholder is protected against fraudulent use of checks held by the former accountholder." | Clarification |
| 179 | 6 | Replace "and then there was" with "as well as" | Clarification |
| 179-80 | 179:19-180:2 | Replace "Yeah …was to be" with "There was an account-conversion process, as I described, which is also laid out in other internal letters such as at ARB-00038996.  And that process and policy was to be" | Clarification |

**CONFIDENTIAL**: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|---|---|---|---|
| 180 | 5-10 | Replace "the manual" with "the branch manual" and replace "And these … for that." with "The branch manual lists additional controls for opening a charity account. The additional controls include requiring a higher-level signoff to open the account. And in the letter you are showing me now, authorization to move the account into the name of Al Haramain is being given by the Deputy Director General for the Banking Group, consistent with the branch manual." | Clarification |
| 180 | 23 | Replace "personal" with "the personal-account" | Clarification |
| 180 | 24 | After "onboarding" insert "procedure" | Clarification |
| 181 | 1-2 | Replace "I … what's" with "would have been subject to the charity-account onboarding procedure. What's" | Clarification |
| 181 | 5-8 | Replace "Yeah, … activities?" with "Could individuals have used their personal accounts for charitable activities?" | Clarification |
| 184 | 14-19 | Replace "Well … clarify--" with "The question was not clear to me." | Clarification |
| 185 | 16 | Replace "it" with "the change in accountholder" | Clarification |
| 185 | 17 | After "to" insert "a higher level signoff and collecting" | Clarification |
| 185 | 18 | Replace "account" to "accountholder" | Clarification |
| 185 | 25 | Before "It" insert "I did not mean to suggest that converting an individual account to a charity account would raise concerns." and delete "It - - " | Clarification |
| 186 | 1 | Replace "they" with "the charity" | Clarification |
| 186 | 10-11 | Replace "I … no." with "This internal Bank letter states that it encloses Al Haramain Charitable Foundation's "original letter" dated September 6, 1999, which the Bank has produced under Bates number ARB-00038888. In that "original letter," Al Haramain requests the account-name change." | Clarification |
| 187 | 21 | After "awareness" insert "on the part of Al Haramain" | Clarification |
| 187 | 23 | Replace "scrutiny" with "controls" and replace "it" with "the account" | Clarification |
| 188 | 12 | After "issue" delete "that" | Transcription error |
| 189 | 19-22 | Delete "Yeah, … second." | Clarification |
| 191 | 17 | Replace "this issue" with "your question, because this scenario is missing a lot of facts" | Clarification |
| 192 | 4 | Replace "that's cor --" with "that" | Transcription error |
| 194 | 3-7 | Delete "The letter … right?" | Clarification |
| 194 | 25 | Replace "I … that." with "The letter shows that the Branch director is enclosing letters from Al-Haramain Islamic Foundation and the individual accountholders expressing their wish to change the account to be in the name of Al Haramain. So the request came from the Bank's customers. The Branch director is asking for guidance on how possibly to accomplish this.". | Clarification |

**CONFIDENTIAL**: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|---|---|---|---|
| 195 | 2-3 | Delete "But whether it was Al Haramain or the bank," and replace "either" with "this letter shows that" | Clarification |
| 195 | 4 | Replace "either party is" with "the individuals jointly holding the account and Al Haramain are", and after "this" insert "account", and after "order" insert "and under proper controls because it is being used to receive donations. The Bank acknowledges this, and the Bank's Branch manager is asking for guidance to facilitate the change to a charity account" | Clarification |
| 195 | 5 | Replace "and" with "to" and replace "they're" with "the account is" | Clarification |
| 195 | 6 | After "as" insert "a", replace "accounts" with "account", and replace "they're" with "that the account is" | Clarification |
| 195 | 7 | After "to" insert "the" and replace "control" with "controls," and after "licensing" insert "requirement" | Clarification |
| 195 | 9 | Replace "of" with "to" | Clarification |
| 195 | 15 | After "comment" insert "on" | Clarification |
| 195 | 16 | Replace "they're" with "this account was" | Clarification |
| 195 | 18 | Replace "their" with "the" and replace "accounts are" with "account is" | Clarification |
| 195 | 19 | Replace "they're" with "it's" | Clarification |
| 195 | 22 | Replace "these accounts" with "this account," and replace "they were" with "it was" | Clarification |
| 195 | 23 | Replace "they were" with "it was" | Clarification |
| 195 | 24 | After "as" insert "an" | Clarification |
| 195 | 25 | Replace "accounts" with "account" and after "account" insert "to be used for depositing donations" | Clarification |
| 200 | 2 | Replace "they're" with "donors" and after "directly" insert "to the account" | Clarification |
| 201 | 6 | After "now." insert "The topics you have been asking me to speculate about -- whether certain individual accountholders intended to use their account to collect donations, and the timing of when donations started to be made into the account -- were not areas of inquiry in the notice that I was asked to prepared on for this deposition." | Clarification |
| 205 | 8 | After "bank." insert "As mentioned, these requirements protect the customers, who are assured of the amount that will be transferred from the former accountholders to the new accountholder; the Bank is protected from any claims by the former and new accountholders as to the value of the account; and the new accountholder is protected against fraudulent use of checks held by the former accountholders." | Clarification |

**CONFIDENTIAL**: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|------|---------|--------|--------|
| 208 | 7 | After "correct." insert "This redaction appears to be an anomaly, however, because all of the other documents you have shown me were matchable on the redacted account number. And I understand that the Bank subsequently produced this document with a corrected redaction." | Clarification |
| 209 | 13 | Replace "That" with "From what you are showing me, that" | Clarification |
| 209 | 19-20 | Replace "what" with "the noticed topics" and after "I" insert "was asked to" and replace "prepared" with "prepare" | Clarification |
| 209 | 22 | After "uncover," insert "and" and after "for" insert "because it was not in the notice" | Clarification |
| 210 | 13-14 | Replace "I … him" with "No, he does not" | Clarification |
| 210 | 21 | Replace "Then" with "And" and after "assume" insert "this request is" | Clarification |
| 210 | 23 | Replace "everybody else" with "Al Haramain" and "here" with "with other accounts" | Clarification |
| 210 | 23 | Replace "them" with "individual accounts" | Clarification |
| 211 | 9 | After "true" insert ", in that there were four requests to change account names in the four years 1998 through 2001. But to the extent you mean anything more than that I don't accept your characterization of such requests as "ongoing"" | Clarification |
| 211 | 17 | After "Yes" insert ", again, only to the extent that the four requests to change account names that you have shown me took place over the four years 1998 to 2001. To the extent that by "at least," you mean something more than that, I'm not prepared to accept that characterization." | Clarification |
| 211 | 21 | After "correct" insert ", if by "multiple" you are referring to four requests" | Clarification |
| 212 | 13 | After "did." insert "Nor would there be any basis that I am aware of to raise red flags about any of these requests individually or about the four requests over four years." | Clarification |
| 221 | 2 | Replace "?" with "." | Clarification |
| 221 | 12 | Replace "bank" with "banks" | Transcription error |
| 223 | 1 | Delete "there's" | Clarification |
| 223 | 3 | After "three" insert "organizations" and replace "lists" with "listed" | Clarification |
| 223 | 4 | After "than" insert "making an assumption based on" | Clarification |
| 225 | 8 | Replace "instruction." with "instructions, although I note that the names of the entities in the document you have shown me are in Arabic. And, while you have referred to these entities as "branches," the Bank takes no position on the nature of the relationship between Al Haramain KSA and the entities in Bosnia and Somalia, with which the Bank had no relationship, or between IIRO KSA and the entity in Albania, with which the Bank also had no relationship" | Clarification |
| 225 | 24 | Replace "about" with "of" | Transcription error |
| 225 | 25 | Replace "someone" with "SAMA" | Transcription error |

**CONFIDENTIAL**: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|------|---------|--------|--------|
| 226 | 2-4 | Delete "—sorry … entity" | Clarification |
| 228 | 18 | After "directed" insert "inquires to SAMA and" | Clarification |
| 228 | 23 | Replace "all of them were" with "Al Haramain was" | Clarification |
| 229 | 15 | After "case" insert ", subject to my earlier point that, while you have referred to these entities as "branches," the Bank takes no position on the nature of the relationship between Al Haramain KSA and the entities in Bosnia and Somalia, with which the Bank had no relationship, or between IIRO KSA and the entity in Albania, with which the Bank had no relationship." | Transcription error |
| 226 | 21 | Replace "I don't have that in front of me, but" with "The Bank searched for these accounts and found none." | Clarification |
| 226 | 25 | Delete "that" | Clarification |
| 230 | 3-4 | Replace "I … that." with "I reject the premise of your question. The Bank took all appropriate steps to confirm it did not have any accounts responsive to the blocking orders from SAMA. Al Rajhi Bank in fact did not have accounts for Al Haramain Bosnia. The Bank only had accounts for Al Haramain KSA, which was not sanctioned, was licensed to operate, and about which SAMA had not given any contrary instruction. I understand that the United States government itself distinguished between Al Haramain KSA, which was not designated, and other foreign operations that had been designated. And in November 2001, SAMA had specifically instructed the banks not to take unilateral action to block accounts unless instructed by SAMA. The Bates number for that instruction is ARB-00039842. The Bank did block transactions with restricted parties, including the entities in this notice from SAMA. To my knowledge, however, in 2002, there were no restrictions under Saudi law, SAMA directives, or the Bank's policies on using charitable accounts at banks in Saudi Arabia for charitable activities outside the Kingdom -- including in Bosnia." | Clarification |

**CONFIDENTIAL**: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|---|---|---|---|
| 230 | 14-20 | Replace "I … compliant." with "Again, I reject the premise of your question. The Bank took all appropriate steps to confirm it did not have any accounts responsive to the blocking orders from SAMA. Al Rajhi Bank in fact did not have accounts for Al Haramain Bosnia. The Bank only had accounts for Al Haramain KSA, which was not sanctioned and was licensed to operate. The Bank did block transactions with restricted parties, including the entities in this notice from SAMA. To my knowledge, however, in 2002, there were no restrictions under Saudi law, SAMA directives, or the Bank's policies on using charitable accounts at banks in Saudi Arabia for charitable activities outside the Kingdom — including in Bosnia." | Clarification |
| 231 | 6-7 | Replace "I … that." with "The Bank took all appropriate steps to confirm it did not have any accounts responsive to the blocking orders from SAMA. Al Rajhi Bank in fact did not have accounts for Al Haramain Bosnia. The Bank only had accounts for Al Haramain KSA, which was not sanctioned and was licensed to operate. The Bank did block transactions with restricted parties, including the entities in this notice from SAMA. To my knowledge, however, in 2002, there were no restrictions under Saudi law, SAMA directives, or the Bank's policies on using charitable accounts at banks in Saudi Arabia for charitable activities outside the Kingdom — including in Bosnia." | Clarification |
| 231 | 18 | After "that" insert "I reject the premise of your question. The Bank took all appropriate steps to confirm it did not have any accounts responsive to the blocking orders from SAMA. Al Rajhi Bank in fact did not have accounts for Al Haramain Somalia. The Bank only had accounts for Al Haramain KSA, which was not sanctioned and was licensed to operate. The Bank did block transactions with restricted parties, including the entities in this notice from SAMA. To my knowledge, however, in 2002, there were no restrictions under Saudi law, SAMA directives, or the Bank's policies on using charitable accounts at banks in Saudi Arabia for charitable activities outside the Kingdom -- including in Somalia. And" | Clarification |
| 231 | 21-23 | Delete "With respect to these particular activities, I don't have anything at hand to answer that question." | Clarification |
| 232 | 13 | Before "I'd" insert "I reject the premise of your question." and after "offer" insert "substantially" | Clarification |
| 232 | 16 | After "action" insert "SAMA's directives" | Clarification |

**CONFIDENTIAL**: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

19

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|---|---|---|---|
| 232 | 19 | After "function." insert "The Bank took all appropriate steps to confirm it did not have any accounts responsive to the blocking orders from SAMA. Al Rajhi Bank in fact did not have accounts for IIRO Albania. I would add that the names of the entities in the document you have shown me are in Arabic, and, while you have referred to this entity as a "branch," the Bank takes no position on the nature of the relationship between IIRO KSA and the entity in Albania, with which the Bank had no relationship. The Bank only had accounts for IIRO KSA, which was not sanctioned and was licensed to operate. The Bank did block transactions with restricted parties, including the entities in this notice from SAMA. To my knowledge, however, in 2002, there were no restrictions under Saudi law, SAMA directives, or the Bank's policies on using charitable accounts at banks in the Kingdom for charitable activities outside the Kingdom -- including in Albania." | Clarification |
| 233 | 7-8 | Replace "I … that." with "The Bank took all appropriate steps to confirm it did not have any accounts responsive to the blocking orders from SAMA. Al Rajhi Bank in fact did not have accounts for IIRO Albania. The Bank only had accounts for IIRO KSA, which was not sanctioned and was licensed to operate. The Bank did block transactions with restricted parties, which included the entities in this notice from SAMA. To my knowledge, however, in 2002, there were no restrictions under Saudi law, SAMA directives, or the Bank's policies on using charitable accounts at banks in Saudi Arabia for charitable activities outside the Kingdom -- including in Albania." | Clarification |
| 236 | 2 | After "familiar" insert "with the fact that" | Clarification |
| 236 | 3 | After "time" insert "and", and after "that" insert "SAMA" | Clarification |
| 236 | 4 | After "things" insert "with respect to names on those lists" | Clarification |
| 237 | 10 | After "sent" insert ", but over 2 pages" | Clarification |
| 240 | 4 | After "that" insert "one way or another" | Clarification |
| 241 | 19 | After "these" insert "foreign" | Clarification |
| 241 | 23 | Delete "seems" | Transcription error |
| 242 | 8-9 | After "KSA." insert "And I again reject the premise of your question. The Bank took all appropriate steps to confirm it did not have any accounts responsive to the orders from SAMA. Al Rajhi Bank in fact did not hold accounts for Al Haramain Netherlands. The Bank did block transactions with restricted parties, including the entities in this list from SAMA. " | Clarification |
| 242 | 17 | After "took" insert "steps in response to", and replace "the SAMA" with "SAMA's" | Clarification |
| 242 | 18 | Replace "he" with "the document" | Clarification |
| 242 | 19 | After "100" insert "from SAMA" | Clarification |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|---|---|---|---|
| 242 | 21 | Replace "result of" with "a check on" | Clarification |
| 243 | 1 | After "have" delete "any KSA --" | Clarification |
| 243 | 2 | After "accounts" insert "for entities" and after "KSA." insert "So in response to your repeated question, I repeat that I reject the premise of your question.  The Bank took all appropriate steps to confirm it did not have any accounts responsive to the orders from SAMA.  Al Rajhi Bank in fact did not have accounts for Al Haramain Netherlands.  The Bank did block transactions with restricted parties, including the entities in this list from SAMA." | Clarification |
| 243 | 15 | Replace "ordered" with "audited" and after "same." insert "In other words, the Bank blocked any account that the Bank held that was on a list from SAMA with instructions to be blocked, even if the account was opened in Saudi Arabia." | Transcription error and clarification |
| 243 | 16 | Replace "inquiry" with "inquiry-" | Transcription error |
| 243 | 18 | Replace "in" with "among" | Clarification |
| 244 | 7 | Replace "That is" with "The name Al Haramain may be all that" | Clarification |
| 244 | 8 | Replace "I don't know if there would be" with "But there would be" | Clarification |
| 244 | 9 | After "identifications," insert ", such as the domicile address," and after "of the" insert "KYC" | Clarification |
| 244 | 10 | After "files" insert "So no, no that is not correct. Those accounts are in the name of Al Haramain KSA. It is not correct that, just because the sheet you showed me does not specify "KSA" in the name, these accounts may have pertained to foreign entities or foreign "branches" of Al Haramain. It is also not correct that the accounts could pertain to Al Haramain 'generically,' if by that you mean to include any entities named "Al Haramain" outside Saudi Arabia." | Clarification |

**CONFIDENTIAL**: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|---|---|---|---|
| 244 | 20-21 | Replace ", and we ordered it for the application of the same thing" with ".  And in response to your repeated question, I will repeat again that I reject the premise of your question. The Bank took all appropriate steps to confirm it did not have any accounts responsive to the blocking orders from SAMA.  Al Rajhi Bank in fact did not have accounts for Al Haramain Netherlands.  And although you have referred to this entity as a "branch," the Bank takes no position on the nature of the relationship between Al Haramain KSA and the entity in The Netherlands, with which the Bank had no relationship.  The Bank only had accounts for Al Haramain KSA, which was not sanctioned, was licensed to operate, and about which SAMA had not given any contrary instruction. The Bank did block transactions with restricted parties, including the entities in this list from SAMA such as Al Haramain Netherlands." | Clarification |
| 245 | 3-5 | Replace "Yeah … answer." with "I can repeat that the Bank took all appropriate steps to confirm it did not have any accounts responsive to the blocking orders from SAMA, such as the entities in this notice, including Al Haramain Netherlands.  And the Bank did block transactions with restricted parties, including Al Haramain Netherlands and the entities in this notice from SAMA." | Clarification |
| 245 | 9 | Replace "Well" with "Yes.  And", after "Carter," insert "when", after "we" insert "had previously" | Clarification |
| 245 | 10 | Replace "the instructions, and " with "instructions about foreign Al Haramain entities," | Clarification |
| 245 | 11 | Replace "ask" with "determine" | Clarification |
| 245 | 19 | Before "correct" insert "one action the Bank took," and after "correct." insert "The Bank had also asked SAMA for guidance, including in the letters at ARB-00014545 and ARB-00014546.  And the Bank had also confirmed that the Ministry of Justice approved of the Bank continuing to deal with Al Haramain Charitable Foundation.  That confirmation was produced at ARB-00039505." | Clarification |
| 247 | 14 | Before "What" insert "Again, I reject the premise of your question." and after "that" insert "the Bank confirmed that" | Clarification |
| 247 | 17 | After "entities" insert "as customers.  The Bank also blocked transactions with restricted parties, including the entities on this list from SAMA." | Clarification |
| 249-250 | 249:23-250:3 | Delete "What … that" | Clarification |
| 250 | 5 | Before "on" insert "over certain Al Haramain accounts" and replace "?" with "." | Clarification |
| 251 | 8 | Replace "no bank" with "all banks not" | Clarification |
| 251 | 14 | Replace "they're" with "it was in" | Clarification |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|---|---|---|---|
| 251 | 16 | Replace "a letter" with "letters" | Clarification |
| 251 | 23 | Replace "And" with "To flesh this out," | Clarification |
| 251 | 24 | Replace "it" with "Al Haramain" | Clarification |
| 252 | 1 | Replace "And" with "So" | Clarification |
| 252 | 4 | Replace "in" with "on" | Clarification |
| 252 | 7 | Replace "they" with "SAMA" | Clarification |
| 252 | 8 | Replace "them" with "Al Haramain" and after "operating" insert "and holding accounts at Saudi banks" | Clarification |
| 252 | 13 | Delete "a" | Clarification |
| 252 | 14 | Replace "letter" with "letters" | Clarification |
| 252 | 16 | Before "Al" insert "and" | Clarification |
| 252 | 18 | Replace "charitable foundation" with "Charitable Foundation" | Clarification |
| 254 | 5 | After "other" insert "supposed" and replace "which" with "while" | Clarification |
| 256 | 3 | Replace "in" with "on" | Clarification |
| 256 | 7 | Delete "charitable accounts founda --" | Clarification |
| 256 | 20 | After "Youth," insert "were" | Clarification |
| 257 | 8-9 | Replace "And I have no specific response to that question." with "In response to this SAMA directive, the Bank blocked the CIC for M. Al Aqeel. This blocked his accounts, and also prevented him from receiving any services from the Bank regarding accounts on which he was a signatory. Again by way of context that is relevant to your question, in November 2001, SAMA had specifically instructed the banks not to take unilateral action to block any accounts unless instructed by SAMA." | Clarification |
| 261 | 22-23 | Replace "There … records." with "First, I confirmed that the charitable foundation has never been a parent, subsidiary, or affiliate of the Bank, and the Bank has never had oversight, supervision, management, or control over the Foundation's operations or activities. Second, to prepare for Topic 12, and particularly 12(e), I inquired as to the steps that the Bank took to search for transactions from the accounts of Sulaiman al Rajhi and the Charitable Foundation to charities in question." | Clarification |
| 263 | 5 | Replace "I'm not sure" with "Yes" | Clarification |
| 263 | 22 | Replace "I'm not aware of any" with "Yes, there were additional accounts, but there were no responsive transactions from those accounts to Al Haramain or IIRO" | Clarification |
| 264 | 6 | Replace "I … definitively." with "Yes." | Clarification |
| 264 | 23 | Replace "I'm … sure" with "yes" | Clarification |
| 265 | 4-8 | Delete "I'm … to." | Clarification |
| 265 | 14-15 | Replace "That … draw" with "Yes" | Clarification |

**CONFIDENTIAL**: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|------|---------|--------|--------|
| 265 | 18 | Replace "No … not." with "The figure 847,604.00 is the total debits at the end of this page of the statement; the figure 8,260,347.45 is the total credits at the end of the page; and the figure 1,561,000.00 is the balance at the end of this page of the statement." | Clarification |
| 266 | 12-13 | Replace "By … true." with "The figure 2,408,604 refers to the grand total of the debits from the account on Dec. 30, 1998." | Clarification |
| 266 | 19 | Replace "That's … correct." with "The figure 8,260,347.45 refers to the total credits to the account on Dec. 30, 1998." | Clarification |
| 267 | 1-2 | Replace "I … redaction" with "No, because the redactions are covering non-responsive transactions and banking information, and are not covering column headers." | Clarification |
| 267 | 8-12 | Replace "Yeah … to" with "No." | Clarification |
| 268 | 6 | After "accounts," insert "I learned that there were transactions from the Foundation to Al Haramain KSA," and I'm aware that these transactions were produced in the form of account statements like these;" | Clarification |
| 268 | 10 | Delete "," after "which" | Transcription error |
| 268 | 11 | Replace "," with "." | Transcription error |
| 268 | 13 | Delete "to" | Clarification |
| 268 | 21-22 | Delete "No," and after "accounts." insert "There were additional accounts, but there were no responsive transactions from those accounts to Al Haramain or IIRO or Muwaffaq." | Clarification |
| 271 | 4-5 | Replace "And … approach." with "The Bank identified the Al Haramain and IIRO accounts, and also identified the accounts of the potential donors, including the Charity Foundation and Sulaiman Al Rajhi.  To identify possible transactions from the potential donors to those charities, the Bank ran a keyword search for 'Rajhi,' in English and Arabic, in all of the charities' accounts, and identified any credits that matched debit amounts from the potential donors' accounts on the same transaction date.  The Bank also searched for transfers to any of the charities' accounts outside the Bank.  It did this by checking to see whether the three named charities were set up as beneficiaries in the Core Banking System.  The Bank confirmed they were not set up as beneficiaries by any of the potential donors." | Clarification |

**CONFIDENTIAL**: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|------|---------|--------|--------|
| 271 | 15 | Replace "Yeah, that was also conducted." with "I think you misunderstood. The Bank searched its General Ledger for potential donations from the Bank itself to the charities. And the Bank did not identify any responsive transactions. The Bank would not have searched its General Ledger for transactions from the Charity Foundation, because the Charity Foundation has never been a parent, subsidiary, or affiliate of the Bank." | Clarification |
| 272 | 10-11 | Replace "I … that." with "I think you are mixing up the Charity Foundation and the Bank. The Charity Foundation has never been a parent, subsidiary, or affiliate of the Bank. In any event, no, Al Haramain was not set up as a beneficiary by Al Rajhi Bank. If you are asking whether Al Haramain was ever set up as a beneficiary by the Charity Foundation, then no, it was not." | Clarification |
| 272 | 13-14 | Replace "I … Carter." with "Again, I think you are mixing up the Charity Foundation and the Bank. The Charity Foundation has never been a parent, subsidiary, or affiliate of the Bank. In any event, no, IIRO was not set up as a beneficiary by Al Rajhi Bank. If you are asking whether IIRO was ever set up as a beneficiary by the Charity Foundation, then no, it was not." | Clarification |
| 272-73 | 272:24-273:2 | Replace "I'm … would have been." with "Yes, the Bank's process did search for checks to the charities deposited at other banks. The Bank did this by reviewing the Notes field in the core banking system for checks written from the potential donors' accounts." | Clarification |
| 274 | 9-12 | Replace "Well … have" with "The three figures represent the total debits, total credits, and the final balance reflecting transactions on that page" | Clarification |
| 276 | 21 | After "it" insert "or documents like it" | Clarification |
| 279 | 12-13 | Replace "I do not know the answer to that." with "I can tell you that the Bank and the Foundation did not share office space, if that is what you are asking." | Clarification |
| 279 | 17 | Replace "Well" with "The Bank is not in possession of the Charity Foundation's operating files. And" | Clarification |
| 280 | 2 | After "not." insert "In fact I did review a document that appears to be from the Estate Office of Sulaiman Al Rajhi" | Clarification |
| 281 | 1 | Replace "This was all --" with "The" | Clarification |
| 282 | 14 | Replace "No. The bank's got --" with "As" | Clarification |
| 282 | 19 | Before "foundation" insert "supposed" | Clarification |
| 285 | 17 | After "secretary" insert "Bushra Ahmed" and after "not" insert "Abdullah Al Rajhi" | Clarification |
| 285 | 18 | Replace "that" with "Mr. Ahmed had access to use Mr. Abdullah Al Rajhi's email" and replace "it" with "the email" | Clarification |
| 285 | 19 | After "charity" insert "foundation" | Clarification |

**CONFIDENTIAL**: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|------|---------|--------|--------|
| 285 | 20 | Replace "it" with "by sending the letter separately as an attachment and signing the email himself, Mr. Ahmed" and delete "that he was" | Clarification |
| 285 | 21 | Replace "he" with "Abdullah Al Rajhi" and after "charity" insert "foundation" | Clarification |
| 285 | 23 | Replace "sending" with "to expect receipt of" | Clarification |
| 285 | 24 | Replace "him" with "Abdullah Al Rajhi" | Clarification |
| 290 | 6-7 | After "that" insert ",, but have no reason to believe there would be", replace "I -- there – as" with "As" and after "that," insert "but have no reason to believe there would be" | Clarification |
| 290 | 10 | Delete "It's not something that", and after "I've" insert "not" | Clarification |
| 290 | 11 | Replace ". We" with "because we" | Clarification |
| 290 | 12 | Replace "It's" with "The Foundation is" | Clarification |
| 291 | 4 | After "the" insert "precise" | Clarification |
| 291 | 5 | After "I don't know" delete " -- I don't know" | Clarification |
| 291 | 14-15 | Delete "If you'll bear with me, just see if I have any notes. But I don't." | Clarification |
| 295 | 6 | Replace "card" with "code." | Transcription error |
| 295 | 18-21 | Replace "Yeah … qualified" with "The correspondent account was for the sole use of the Bank to conduct correspondent banking, including on behalf of Bank customers." | Clarification |
| 296 | 3-5 | Replace "I … not." with "The correspondent account was for the sole use of the Bank to conduct correspondent banking on behalf of any Bank customers, possibly including the Charity Foundation." | Clarification |
| 301 | 9 | Before "person" insert "that" | Transcription error |
| 307 | 6 | Replace "I… that." with "In fact the Bank's position is that it is not required to conduct any search related to these entities, because they are outside the scope of jurisdictional discovery." | Clarification |
| 309 | 13 | Replace "No… not." with "The Bank's position is that it is not required to conduct any search related to these entities, because they are outside the scope of jurisdictional discovery." | Clarification |
| 309 | 25 | After "accounts." insert "That individual has never had any role at the Bank." | Clarification |
| 313 | 8 | Replace "I don't believe so" with "No, it is not" | Clarification |
| 313 | 9 | After "before" insert "in connection with the Bank" | Clarification |
| 314 | 11 | After "that" insert ", but I understand this document was found in the legal department's archives" | Clarification |
| 315 | 6 | Replace "so" with "but" and after "but" insert "I don't believe they are" | Clarification |
| 315 | 7-8 | After "Al Rajhi" insert "Bank" and delete "I … them." | Clarification |

**CONFIDENTIAL**: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|---|---|---|---|
| 315 | 17-18 | Replace "Yeah … sir." with "No, it is not a part of Al Rajhi Bank." | Clarification |
| 317 | 9 | Replace "'96" with "1996" | Clarification |
| 317 | 10 | Replace "9 August" with "2 October" | Clarification |
| 317 | 22 | Replace "product" with "providing Sharia law advice on the proposed" | Clarification |
| 317 | 22 | After "design" insert "of Bank products," | Clarification |
| 317 | 23 | Delete "and process design," | Clarification |
| 318 | 9 | Replace "The" with "Providing Sharia advice on the product's" | Clarification |
| 318 | 16 | After "understanding." insert "To be clear, the other division of the Sharia group provided Sharia advice on the proposed design of Bank products; the control division function was to make sure that the products were implemented in accordance with the Sharia-compliant design." | Clarification |
| 319 | 3 | Replace "From memory …qualification." with "He had suitable qualifications, namely, a Bachelor's degree in Administrative Science and Accounting." | Clarification |
| 319 | 9 | Replace "I … university" with "Imam Mohammad Ibn Saud Islamic University" | Clarification |
| 319 | 20 | Replace "It's" with "That is" | Clarification |
| 320 | 5 | After "date" insert "range" | Clarification |
| 320 | 19 | Replace "It's …to." with "There may be some confusion here. Mr. Al-Towayan did not work in the Compliance department; he worked in the Sharia Control group within the Sharia Department. The Bank has a separate Compliance department, and this individual did not work there. His job involved conducting audits to make sure that the decisions of the Sharia Board with respect to Sharia-compliant product design and delivery were properly implemented. At no point in his tenure at the Bank did he work in the Compliance department." | Clarification |
| 321 | 1 | Delete "it's --" | Clarification |
| 321 | 9 | After "of" insert "," | Clarification |
| 321 | 10 | After "of" insert "," | Clarification |
| 321 | 19 | Delete "amassed" | Clarification |
| 324 | 11 | Replace "I … information." with "Mohammad Al Osaimy was the Head of Sharia Control at that time." | Clarification |
| 325 | 13 | After "August" insert " 2002 was the last time he appeared at work. The Bank followed its processes for terminating an employee's contract for job abandonment. 2nd of October 2002 was", and after "date" insert "of employment" | Clarification |

**CONFIDENTIAL**: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|---|---|---|---|
| 325 | 21 | Replace "I … dates." with "The Bank determined that he stopped coming to work after 9 August 2002." | Clarification |
| 326 | 21 | After "things." insert "We also spoke with people in the Sharia Control group, to see if anyone recalled working with him or recalled him traveling to the United States, but no one did." | Clarification |
| 327 | 7-8 | Replace "I … been" with "He was" | Clarification |
| 327 | 12 | Delete "some –" and replace "period" with "long" | Clarification |
| 327 | 17 | Replace "I … no" with "No, there was no change in 2001 to the account where he received compensation from the Bank" | Clarification |
| 327 | 24-25 | Replace "You … know" with "Mohammad Al Osaimy was the Head of Sharia Control at that time" | Clarification |
| 332 | 21 | Add "to" after "pointed" | Transcription error |
| 336 | 1 | Replace "two weeks that" with "four weeks since" | Clarification |
| 336 | 5 | After "preparation" insert "over the last two weeks" and after "days" insert "a week" | Clarification |
| 337 | 15 | Replace "And for" with "As for" | Clarification |
| 337 | 18 | After "the" insert "alleged", after "principals" insert "of Al Haramain", and after "Haramain," insert "accounts for" | Clarification |
| 337 | 19 | Replace "searched" with "identified" | Clarification |
| 337 | 20-21 | Delete "Al Haramain and", after "IIRO," insert "accounts for", after "two" insert "alleged principals", and replace "searched" with "identified" | Clarification |
| 340 | 19 | Replace "at" with "start with" | Clarification |
| 340 | 20 | Delete "," | Clarification |
| 340 | 21 | Replace "include" with "including", after "identification," insert "and for" and replace "individual" with "individuals," | Clarification |
| 341 | 4 | Replace "order" with "audit" and after "of" insert "the" | Transcription error / clarification |
| 341 | 18 | Replace "in" with "by" | Clarification |
| 342 | 8 | Delete ", as far as I know" | Clarification |
| 343 | 2 | Before "his" insert "of" | Clarification |
| 343 | 4 | Replace "made" with "gave" | Clarification |
| 343 | 5 | Replace "attempts" with "reminders of his resignation" | Clarification |
| 344 | 24 | Replace "advising" with "FIs, or financial institutions, in" | Clarification |
| 345 | 22 | After "SAMA" delete "self --" | Clarification |
| 346 | 4 | Replace "of" with "and" | Clarification |
| 346 | 5 | Replace "request" with "requests" | Clarification |
| 346 | 8 | Delete "in the regular --" | Clarification |
| 346 | 11 | After "this" insert "banks self supervisory committee" | Clarification |
| 346 | 22 | Replace "bank`s" with "bank's" | Transcription error |
| 346 | 25 | Replace "I represented" with "A representative of" | Transcription error |
| 347 | 2 | After "the" insert "Bank's" | Clarification |
| 347 | 3 | Replace "bank's" with "banks" | Transcription error |
| 347 | 7 | After "on" insert "to" | Clarification |

**CONFIDENTIAL**: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|---|---|---|---|
| 347 | 8 | After "audit" insert "department" | Clarification |
| 347 | 12 | Replace "it" with "the Bank's responses" | Clarification |
| 348 | 12 | Delete "ARB only, or" | Clarification |
| 348 | 13 | Replace "only, had" with "only held", replace "with" with "of" | Clarification |
| 348 | 20 | After "13th" insert ", 2004" | Clarification |
| 349 | 13 | Replace "in" with "regarding" | Clarification |
| 349 | 14 | Before "all" insert "directed" | Clarification |
| 349 | 15 | Replace "30th" with "20th" | Clarification |
| 349 | 17 | Replace "Trustee" with "Treasury" | Transcription error |
| 349 | 22 | After "hyperlink" insert ", which is https://home.treasury.gov/news/press-releases/po1086" | Clarification |
| 349 | 25 | Delete "they're" and after "instructed" insert "to do so" | Clarification |
| 350 | 1 | Replace "the" with "SAMA's" | Clarification |
| 350 | 2 | Replace "beginning" with "inception" | Clarification |
| 350 | 4 | Replace "SAMA" with "SAMA's" | Clarification |
| 350 | 16 | After "offices."  insert "And the Bank takes no position on those offices' relationships with Al Haramain or IIRO." | Clarification |
| 350 | 17-18 | Replace "And SAMA requests to Al Rajhi Bank -- they" with "SAMA" and replace "made requests of Al Haramain" with "made a request of the Bank regarding Al Haramain" | Clarification |
| 350 | 21-22 | Replace "then … which" with "For IIRO, no requests" and after "received" insert "from SAMA" | Clarification |
| 350 | 23 | After "IIRO" insert ", including" | Clarification |
| 350 | 24 | Replace "bank" with "Bank" | Transcription error |
| 350 | 25 | After "for" insert "foreign" | Clarification |
| 351 | 1 | Replace "offices" with "or IIRO entities" | Clarification |
| 351 | 14 | Before "the" insert "through" and replace "at" with "," | Clarification |
| 351 | 16 | Delete "with the explicit --" | Clarification |
| 352 | 7 | After "practicing" insert "the" | Clarification |
| 353 | 4 | Replace "then by letter" with "the bank enclosed a copy of a letter from" | Clarification |
| 353 | 6 | Delete "the bank" | Clarification |
| 353 | 7 | Replace "enclosed a copy of" with "confirming" and after "license" insert "to operate" | Clarification |
| 353 | 9 | Replace "and" with "from the" | Clarification |
| 353 | 10 | Replace "direction of Supreme guidance" with "Direction of Supreme Guidance," | Clarification |
| 353 | 15 | Replace "a … 14545" with "a Bank letter, at ARB 14546, to follow up with SAMA, and referencing the Bank's earlier letter, at ARB 14545.  That follow-up letter" | |
| 353 | 16 | After "dealing" insert "specifically" | Clarification |
| 353 | 21 | Replace "charitable foundation" with "Charitable Foundation" | Transcription error |
| 353 | 22 | After "authority" insert "and" | Clarification |
| 353 | 25 | After "Affairs" insert ", at ARB-00039505," | Clarification |

**CONFIDENTIAL**: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|------|---------|--------|--------|
| 354 | 2 | After "work" insert "and hold an account at the Bank" | Clarification |
| 354 | 3 | Delete "And on the 10th -- sorry." | Clarification |
| 354 | 5 | After "wrote" insert ", at ARB-00039409," | Clarification |
| 356 | 16-18 | Replace "they … It" with "SAMA did not restrict transfers from charity accounts to overseas beneficiaries until SAMA issued its circular numbered 6465 in May 2003.  Until then, it" | Clarification |
| 358 | 11 | Replace "in" with "of" | Clarification |
| 358 | 15 | Replace "He" with "Abdullah al Rajhi" | Clarification |

ACKNOWLEDGEMENT OF DEPONENT

I, James Galloway, as Al Rajhi Bank's designated deponent under Rule 30(b)(6) of the Federal Rules of Civil Procedure, do hereby certify that I have read the pages in the transcript of my deposition on May 11, 2023 in the matter *In Re: Terrorist Attacks On September 11, 2001*, No. 03-md-1570 (S.D.N.Y.), and that the transcript is a correct transcription of the answers given by me to the questions therein propounded, subject to the corrections and changes in form or substance noted in this Errata.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____July 17, 2023_____

_____
James Galloway

**CONFIDENTIAL**: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.