# Exhibit 5

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank Pursuant to Rule 56.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:

*Underwriting Members of Lloyd's Syndicate 2, et al. v. Al Rajhi Bank, et al.*, No. 16-cv-07853
*Addesso, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-09937
*Aguilar, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-09663
*Hodges, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-00117
*Aiken, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-00450
*Charter Oak Fire Insurance Co., et al. v. Al Rajhi Bank, et al.*, No. 17-cv-02651
*Abarca, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-03887
*Arrowood Indemnity Co., et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-03908
*Abedhajajreh, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-06123
*Muenchener Rueckversicherungs-Gesellschaft Aktiengesellschaft in Muenchen, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-07914
*Abbate, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-08617

## DECLARATION OF JONATHAN M. WINER

I, Jonathan M. Winer, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am attorney practicing law in Washington, D.C., specializing in law enforcement and financial regulatory issues, sanctions, money laundering, terrorist financing, and matters pertaining to the Middle East, including compliance for Middle Eastern banks.

2. I have been retained as an expert witness by Plaintiffs in connection with this matter.

3. I am over the age of eighteen years old and am not a party to this action. I am personally familiar with the facts set forth herein, unless stated otherwise.

4. I make this declaration in support of Plaintiffs' Averment of Jurisdictional Facts and Evidence and/or Statement of Facts Pursuant to Rule 56.1, in support of Plaintiffs' claims against Al Rajhi Bank.

5.  A true and correct copy of my expert report dated October 4, 2023 is being submitted in support of Plaintiffs' Averment of Jurisdictional Facts.

6.  If called as a witness at trial or another proceeding, I will testify under oath as to the conclusions and support in my expert report.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

03/07/2024
Date

Jonathan M. Winer