Exhibit 12

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence
and/or Statement of Facts as to Defendant Al Rajhi Bank
<u>Pursuant to Rule 56.1</u>

**In the Matter Of:**

In re: Terrorist Attacks on September 11, 2001

**JONATHAN M. WINER**

*January 12, 2024*



800.211.DEPO (3376)
EsquireSolutions.com

1                UNITED STATES DISTRICT COURT

2                SOUTHERN DISTRICT OF NEW YORK

3

4    In re:  Terrorist Attacks

5    on September 11, 2001

6                        03 MDL 1570 (GBD)(SN) ECF Case

7    _____/

8

9       The Above-Captioned Video-Recorded Deposition of

10                    JONATHAN M. WINER

11                  9:28 a.m. - 3:35 p.m.

12                    January 12, 2024

13

14

15

16

17

18

19

20

21

22

23   REPORTED BY:

24   STEVEN POULAKOS, RPR

25   JOB NO:  J10746455



1

2

3

4

5

6

7

8            The above-captioned video-recorded

9   deposition of JONATHAN M. WINER was held on Friday,

10  January 12, 2024, 2024, commencing at 9:28 a.m., at the

11  Law Offices of Cozen O'Connor, 1200 19th Street, N.W.,

12  Washington, D.C.  20036, before Steven Poulakos, Notary

13  Public.

14

15

16

17

18

19

20  REPORTED BY:  Steven Poulakos, RPR

21

22

23

24

25



```
 1   APPEARANCES:

 2        ON BEHALF OF THE PLAINTIFFS:

 3        SEAN CARTER, ESQUIRE

 4            Cozen O'Connor

 5            1650 Market Street

 6            Suite 2800

 7            Philadelphia, Pennsylvania  19103

 8            Telephone:  215.665.2000

 9            Email:  scarter@cozen.com

10                and

11        SCOTT J. TARBUTTON, ESQUIRE

12            Cozen O'Connor

13            1200 19th Street, N.W.

14            3rd Floor

15            Washington, D.C.  20036

16            Telephone:  202.912.4800

17            Email:  starbutton@cozen.com

18

19

20

21

22

23

24

25
```



```
 1    APPEARANCES (Continued):

 2        ON BEHALF OF AL-RAJHI BANK.:

 3        NICOLE E. ERB, ESQUIRE

 4        NICOLLE KOWNACKI, ESQUIRE

 5        MICHAEL MAHAFFEY, ESQUIRE

 6        NWOR AKROUK, ESQUIRE

 7        REUBEN J. SEQUEIRA, ESQUIRE

 8        NICOLLE KOWNACKI, ESQUIRE

 9            White & Case LLP

10            701 Thirteenth Street, N.W.

11            Washington, D.C.  20005

12            Telephone:  202.626.3694

13            Email:  nerb@whitecase.com

14

15        ON BEHALF OF THE DUBAI ISLAMIC BANK:

16        JUSTIN D. RATTEY, ESQUIRE

17            Jones Day

18            51 Louisiana Avenue, N.W.

19            Washington, D.C.  20001

20            Telephone:  202.879.3722

21            Email:  jrattey@jonesday.com

22

23

24

25
```



```
 1    APPEARANCES (Continued):

 2        ON BEHALF OF THE CHARTER OAK PLAINTIFFS:

 3        ROBERT C. SHEPS, ESQUIRE  (via zoom)

 4            Sheps Law Group P.C.

 5            25 High Street

 6            Huntington, New York  11743

 7            Telephone:  631.249.5606

 8            Email:  rsheps@shepslaw.com

 9

10        ON BEHALF OF THE MUSLIM WORLD LEAGUE, THE

11        INTERNATIONAL ISLAMIC RELIEF ORGANIZATION, AND

12        VARIOUS CHARITY OFFICIALS:

13        AISHA BEMBRY, ESQUIRE  (via zoom)

14        SUMAYYA KATIB, ESQUIRE  (via zoom)

15        JON GRYSKIEWICZ, ESQUIRE  (via zoom)

16            Lewis Baach Kaufmann Middlemiss PLLC

17            1050 K Street, N.W.

18            Suite 400

19            Washington, D.C.  20001

20            Telephone:  202.833.8900

21            Email:  jon.gryskiewicz@lbkmlaw.com

22

23

24

25
```



```
 1   APPEARANCES (Continued):

 2        ON BEHALF OF THE WORLD ASSEMBLY OF MUSLIM YOUTH:

 3        MUSTAPHA NDANUSA, ESQUIRE  (via zoom)

 4            Omar Mohammedi LLC

 5            233 Broadway

 6            Suite 820

 7            New York, New York  10279

 8            Telephone:  212.725.3846

 9            Email:  mndanusa@otmlaw.com

10

11   ALSO PRESENT: ABDULRHMAN AL and KIM JOHNSON - VIDEO

12   OPERATOR

13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
 1                          INDEX

 2            Deposition of JONATHAN M. WINER

 3                    January 12, 2024

 4   Examination by:                          Page

 5   Ms. Erb                                    10

 6

 7   Exhibit No.                              Marked

 8   Exhibit JW1   Expert report               16

 9   Exhibit JW2   CIA report                  22

10   Exhibit JW3   Account statement for Osama bin   52

11                 Laden

12   Exhibit JW4   Remarks by Treasury Secretary Paul   65

13                 O'Neill

14   Exhibit JW5   A report with a redaction key   76

15   Exhibit JW6   A translation               83

16   Exhibit JW7   A spreadsheet with a translation   89

17   Exhibit JW8   FATF                        93

18   Exhibit JW9   From the FATF website       99

19   Exhibit JW10  FATF website for Saudi Arabia   103

20   Exhibit JW11  FATF website               111

21   Exhibit JW12  An intelligence assessment  161

22   Exhibit JW13  A translation of a document  173

23   Exhibit JW14  Not entered                191

24

25
```



```
 1                    P R O C E E D I N G S

 2                          - - -

 3              THE VIDEOGRAPHER:  Here begins the video

 4    recorded deposition of Jonathan Winer taken in the

 5    matter in re terrorist attacks on September 11th, 2001,

 6    in the U.S. District Court, Southern District of New

 7    York.  Today's date is January 12th, 2024.  The time is

 8    9:28.  This deposition is being held at 1200 19th

 9    Street, Northwest, Washington, D.C.  The court reporter

10    is Steve Poulakos.  The video camera operator is Kim

11    Johnson both on behalf of Esquire.

12              Will counsel please introduce yourselves

13    and state whom you represent.

14              MS. ERB:  This is Nicole Erb with White &

15    Case on behalf of Al-Rajhi Bank.

16              MS. KOWNACKI:  Nicolle Kownacki, White &

17    Case on behalf of Al-Rajhi Bank.

18              MR. SEQUEIRA:  Reuben Sequeira for Al-Rajhi

19    Bank.

20              MR. MAHAFFEY:  Mike Mahaffey for Al-Rajhi

21    Bank.

22              MR. AKROUK:  Nwor Akrouk for Al-Rajhi Bank.

23              MR. RATTEY:  Justin Rattey, Jones Day on

24    behalf of the Dubai Islamic Bank.

25              MR. CARTER:  Sean Carter from Cozen
```



 1  O'Connor along with my colleague, Scott Tarbutton.

 2  We're here for the plaintiffs and the witness.

 3          THE VIDEOGRAPHER:  And on Zoom?  Anyone?

 4          Will the court reporter please swear in the

 5  witness.

 6  Whereupon,

 7          JONATHAN M. WINER,

 8  called as a witness, having been first duly sworn to

 9  tell the truth, the whole truth, and nothing but the

10  truth, was examined and testified as follows:

11          MR. MAHAFFEY:  Sean, can you hang on a

12  second?  I think we do have some people on the line.

13          MR. CARTER:  Yeah, we clearly do.

14          MR. MAHAFFEY:  Yeah.  And I'll say for our

15  client, Al-Rajhi Bank, we have Abdulrhman Almussaed

16  from the legal department.

17          MR. CARTER:  If there's anyone else on the

18  line, please introduce yourself and make yourself

19  known.

20          THE VIDEOGRAPHER:  Could the people on Zoom

21  identify yourselves?

22          MS. BEMBRY:  Yes.  This is Aisha Bembry

23  from Lewis Baach.  Also on Zoom, my colleague, Jon

24  Gryskiewicz.  We're from Lewis Baach and we represent

25  MWL, IIRO and certain charity officials.



1              MR. GOETZ:  Frederick Goetz for the World

2      Association of Muslim Youth or Assembly of Muslim

3      Youth.

4              MS. ERB:  Okay.  Witness has been sworn.

5              EXAMINATION BY MS. ERB

6      Q       Good morning.

7              MS. ERB:  Just one last housekeeping

8      matter.  I expect that this deposition will elicit

9      confidential information of Al-Rajhi Bank and perhaps

10     its customers.  Therefore, I provisionally designate

11     the deposition as confidential in accordance with the

12     NBL protective order and I would ask that if anybody is

13     on the line that is not subject to that protective

14     order if they could identify themselves.  Okay.  Good

15     morning.

16             MR. CARTER:  Nicole, just -- for the record

17     just for classification, I think this is already

18     well-known, but we're reserving our right with regard

19     to the confidentiality designations.

20             MS. ERB:  Thanks.  That's fine.

21     BY MS. ERB:

22     Q       Good morning.

23     A       Good morning.

24     Q       Can you please state your name for the

25     record?



```
1        A       My name is Jonathan M. Winer.

2        Q       And, Mr. Winer, before we begin and get --

3   and begin discussing the subjects of our -- our -- the

4   topics today --

5                MS. ERB:  Did somebody just join?  Do we

6   need to identify --

7                MR. SHEPS:  Yes.  Robert -- Robert Sheps.

8   BY MS. ERB:

9        Q       Okay.  before we get started on the

10  substance of the deposition, I wanted to just be clear

11  on a few terms that I know we'll be using today and

12  just make sure that we understand those terms.

13               MS. ERB:  Should we pause and address the

14  people who are joining?  Who just joined?

15               PATRICK:  I apologize.  This is Patrick

16  with Esquire confirming that our exhibit tech is

17  connected.  I see Baily is connected.  I'll disconnect

18  at this point.

19               BAILY:  Yes, sir.  Thank you.

20               MR. CARTER:  And while we're addressing

21  this, is there -- do we know why we're still getting an

22  alert when everyone joins?  Is there any way to mute

23  that?

24               THE VIDEOGRAPHER:  I was waiting for them

25  to make me host, so I could do that.
```



```
 1              Baily, can you mute the incoming sound?
 2              BAILY:  Currently Patrick is host.  If he
 3    gives it -- passes it over, I can turn that off for
 4    you.
 5              THE VIDEOGRAPHER:  Thank you.
 6              PATRICK:  Okay.  Baily is host.  Thank you.
 7    And I just removed the sound, so that should not occur
 8    anymore.
 9              THE VIDEOGRAPHER:  Thank you very much.  I
10    think we're good now.
11              MS. ERB:  Okay.  Thank you very much.
12    BY MS. ERB:
13       Q      Mr. Winer, apologies.  So before we get
14    started on the substance of our discussion today, I
15    just wanted to make sure we're on the same page when we
16    make references to certain terms, right?  So we are
17    referring to charities today.  When I refer to
18    charities, I am referring to the charities that you
19    discuss in your report, al-Heramain Islamic Foundation
20    or al-Heramain, IIRO, Muslim World League, the
21    International Islamic Relief Organization, IIRO, and
22    the World Assembly of Muslim Youth, WAMY.
23              And when I -- I might refer to those as the
24    charities, the subject charities, the relevant
25    charities.  So when you hear me say charities, that's
```



1   what I'm referring to unless I specify otherwise and if
2   we can agree on that terminology, I would appreciate
3   that.  Is that fine for you?
4       A    I understand that's the terminology that
5   you'll be using in your questions of me.
6       Q    Thank you.  And when I --
7            MS. BEMBRY:  Counsel, this is -- counsel,
8   this is Aisha Bembry from Lewis Baach and we represent,
9   MWL and IIRO.  I would just caution about using
10  charities generally to include all charities and not
11  specify.  I mean, I'll make a specific objection, but I
12  have -- I do have a bit of concern about you indicating
13  that all charities -- that depends on the question.
14  I'll just make a preliminary objection to using the
15  term charities to include all charities without
16  specifying which charity you are referring to
17  specifically.
18           MS. ERB:  That's no problem.  Understood.
19  BY MS. ERB:
20      Q    When I refer to the bank or Al-Rajhi
21  Bank -- when I refer to the bank, I'm referring to
22  Al-Rajhi Bank.  So Al-Rajhi Bank is the defendant here
23  and I represent Al-Rajhi Bank, but I'm not going to say
24  Al-Rajhi Bank every time.  Sometimes we'll see Al-Rajhi
25  Bank referred to Al-Rajhi Banking and Investment



```
 1    Corporation.  I'm going to refer to Al-Rajhi Bank or
 2    the bank.  Unless I specify otherwise, that's the bank
 3    I'm referring to.  Is that fine for you?
 4         A       I understand.
 5         Q       Okay.  And of course when I refer to 9/11,
 6    I'm referring to the attacks of -- against the United
 7    States on 9/11/2001, September 11th, 2001.  So we may
 8    have shorthand.  I want to be clear that that's what
 9    I'm referring to.
10              MR. GOETZ:  For the record, WAMY joins Ms.
11    Bembry's objection as to lack of specificity using the
12    phrase charities.
13    BY MS. ERB:
14         Q       If there's anything during the course of
15    the deposition that is unclear either with terminology
16    or a question, please let me know.  I'm happy to
17    expand.
18              And I also want to get one other
19    housekeeping point which is in your -- in your expert
20    report, sir, are you aware that under rule 26 of the
21    federal rules of civil procedure an expert witness is
22    required to provide a complete statement of all
23    opinions the witness will express and the basis and
24    reasons for them?
25         A       Yes.
```



1      Q      Okay.  And I -- and you're comfortable that

2   your expert report satisfies the obligations on experts

3   under rule 26?

4      A      Yes.

5      Q      Very good.  And you have a -- you have a

6   background in -- as a lawyer, so you would understand

7   those obligations fully?

8               MR. CARTER:  Objection.

9               MS. BEMBRY:  One other housekeeping matter,

10   counsel, if I may.

11               MS. ERB:  Of course.

12               MS. BEMBRY:  Again, this is Aisha Bembry on

13   behalf of MWL, IIRO and certain charity officials.  I'd

14   just like to note for the record that expert discovery

15   with respect to the defendants that I represent, again,

16   MWL, IIRO and the charity officials, closed in 2021.

17   Mr. Winer did submit reports against those defendants

18   which reports have never been supplemented.  The period

19   of expert discovery for my clients was fully litigated

20   and closed in 2021.

21               Accordingly MWL, IIRO and charity officials

22   reserve all rights with respect to the testimony

23   offered today by Mr. Winer and the testimony that is

24   the subject of his expert report being discussed today.

25   Thank you.



1    BY MS. ERB:

2        Q      If we can --

3              MR. GOETZ:  Frederick Goetz on behalf of --

4    excuse me.  Frederick Goetz on behalf of World Assembly

5    of Muslim Youth.  We join in that position separately

6    as to WAMY.

7              MS. ERB:  If we can please pull up tab 1,

8    which is Mr. Winer's expert report, and we will be

9    entering that as the first exhibit.

10             (Winer Exhibit JW1 was marked for purposes

11   of identification.)

12   BY MS. ERB:

13       Q    So -- so, Mr. Winer, we have a physical

14   copy of your report which as a courtesy we're happy to

15   provide for you if you don't --

16       A      Please.

17       Q      Okay.

18             MR. CARTER:  Counsel, what is the naming

19   structure we're using for today's exhibits?

20             MS. ERB:  I'm looking at my -- JW1, so same

21   as yesterday.

22             MR. CARTER:  Okay.

23   BY MS. ERB:

24       Q      Mr. Winer, can you please confirm that

25   what's in front of you is a copy of your expert report



1    dated October 4th, 2023?

2        A    I'm looking through it right now in order

3    to ensure that it is.

4            MR. CARTER:  There's -- there was at least

5    one instance of some highlighting.  I don't know that

6    that's from the original report.  There's another

7    instance of highlighting, another --

8            THE WITNESS:  I don't recognize the

9    highlighting.  So it looks like a report that's been

10   annotated by someone.

11   BY MS. ERB:

12       Q    Okay.  Well, do you have a separate -- your

13   own copy of the report that you would prefer to use?

14       A    I have one, but it's not -- it doesn't

15   include my lectures, presentations and that material.

16       Q    Okay.  We can give you that.

17       A    So I think it would be good to have this

18   version.  This looks like the correct version, but

19   without the annotations.

20       Q    Yeah, that's no problem.  My team will take

21   care of that.  This is a courtesy copy.  We have got

22   the exhibit copy online, but --

23       A    Okay.

24       Q    Yeah.  So we just wanted to -- I think it's

25   going to be easier for you today if you have a physical



JONATHAN M. WINER                                    January 12, 2024
In re: Terrorist Attacks on September 11, 2001                    18

```
 1   copy in front of you.

 2        A     I agree with you.

 3        Q     So do we want to go off the record while

 4   we -- while we take care of this or -- okay.  We can --

 5   do you want to -- okay.

 6             MR. CARTER:  Let's go off the record just

 7   for a second.

 8             THE VIDEOGRAPHER:  Off the record at 9:40.

 9             (Deposition recessed at 9:40 a.m.)

10             (Deposition resumed at 9:55 a.m.)

11             THE VIDEOGRAPHER:  We're back on the record

12   at 9:55.

13   BY MS. ERB:

14        Q     Thank you, Mr. Winer.

15             I'd like to just turn to appendix one of

16   your report which I understand is at page 218 of the

17   PDF.  And I just want to confirm, sir, that these are

18   the materials that you relied on or considered in

19   preparing your report in addition to those that are

20   cited in the report, correct?

21        A     (Reviewing document.)

22             They should be.

23        Q     If we could --

24        A     I believe they are.  Let's go to the next

25   page, please.
```



JONATHAN M. WINER                                    January 12, 2024
In re: Terrorist Attacks on September 11, 2001                    19

1        Q        These are the documents that are included

2   as appendix one of the report?

3        A        Right.  It looks right to me.

4        Q        If we can turn to appendix 2 which I

5   understand is at page 228 of the PDF.

6        A        That's right.

7        Q        And this is a copy of your CV, correct?

8        A        Yes.

9        Q        And from your CV, I see that you've worked

10  extensively in both the public sector and in private

11  practice, correct?

12       A        That's correct.

13       Q        And when you were in the public sector, you

14  did not hold a position at the U.S. Department of the

15  Treasury; is that right?

16       A        That's correct.  I was at the State

17  Department.

18       Q        And in your time in government, you did not

19  work as a bank regulator at any point, did you?

20       A        My work was not as a bank regulator, that's

21  correct.

22       Q        And when you were in private practice, you

23  did not work as a financial accountant; is that right?

24       A        I was practicing law in private practice,

25  not accountancy.



1      Q      And you never sat for the CPA exam,

2   correct?

3      A      I'm not a CPA.

4      Q      And you were never employed by a bank; is

5   that correct?

6      A      I represented banks, provided advice and

7   counsel to banks, a number of banks and clients at

8   different times.

9      Q      But you were never employed at a bank?  You

10  were never an employee at a bank?

11     A      I was not a bank employee, that's correct.

12     Q      And you would not consider yourself a

13  banker?

14     A      I'm not a banker.

15     Q      In your report, you state that you relied

16  on many different types of material in preparation of

17  your report, correct?

18     A      Yes.

19     Q      And among the materials that you rely

20  heavily on in your report are CIA reports, correct?

21            MR. CARTER:  Objection to form.

22            THE WITNESS:  I included CIA reports as

23  among the materials that I relied on, that's correct.

24  BY MS. ERB:

25     Q      And would you agree that CIA reports



1   generally do not reveal their sources, correct?

2        A       In the report, I provide an extended

3   discussion of the construction of CIA reports and their

4   uses.  And I state that they're evidence based and they

5   also intentionally for when they're released to the

6   public do not include sources.  When they're released

7   to people inside the government, the sourcing is

8   provided.  And I've read many CIA reports in which the

9   sourcing has been provided and I'm familiar with the

10  structure of CIA reports and the extent to which they

11  provide sourcing.

12              The sourcing typically is still somewhat

13  anonymized.  So it will refer to whether it is a

14  documentary source typically or a human source.  If

15  it's a human source, it may indicate the degree to

16  which the source is reliable.  There are a variety of

17  formulations that the CIA uses in discussing sources,

18  but they don't reveal the individual particular source

19  when it's a human source.

20       Q      And when -- when CIA reports are made

21  available to the public or declassified, the sources

22  are often redacted, correct?

23       A      Yes.

24       Q      And in your report, you identify some

25  redactions in the CIA reports that you cite and rely



1    on, correct?

2         A       I did.

3         Q       And you acknowledge that these redactions

4    were in part to protect the report sources and methods?

5         A       That's correct.

6         Q       And when you were preparing your report,

7    did you ever try to determine the sources of the

8    intelligence in the CIA reports that you rely on?

9         A       No.

10        Q       And while you were working at the

11   Department of State from 1994 to 1999, I believe, did

12   you receive copies -- in your official capacity, did

13   you receive copies of any of the CIA reports you rely

14   on in your expert report?

15        A       Not to my recollection, no.  Most of them

16   were post the time that I was there.

17        Q       And in addition to unknown sources,

18   sometimes the sources used to gather intelligence are

19   otherwise unreliable, correct?

20        A       That's an incomplete statement.  So it's

21   not completely correct.

22               (Winer Exhibit JW2 was marked for purposes

23   of identification.)

24        Q       Okay.  Let's -- let's bring up if we can

25   tab 30.  And, Mr. Winer, just for your ease of



1   reference, I see that they've brought you a physical

2   copy.  And for your reference, this tab 30 is a CIA

3   report from August 2002 and is cited at paragraph 2.93

4   of your report which is on page 20, I believe.

5           Have you seen this document before?

6       A    My report?

7       Q    No.  Tab 30, the CIA report from

8   August 2002.

9       A    Yes.

10      Q    Okay.  And on page 2 of the CIA report

11  which is at CIA 00307, the report says, quote, most

12  detainees are employing counter interrogation

13  techniques and appear to be hiding detailed financial

14  information.  Do you see that?

15      A    Yes.

16      Q    And on page 3 of the report at 00308, the

17  report states detainees have provided information on

18  Al-Qaeda linked donors, fund raisers and facilitators,

19  although the information is incomplete and some almost

20  certainly is false.  Do you see that?

21      A    No, I don't actually.  Where, please?

22          MR. CARTER:  The tech did not change the

23  page on the screen.

24          MS. ERB:  Okay.  So for the technician, it

25  is 00307 and it should be on the next page.  And that's



 1  the first quote I was referring to.  It's at the -- I'm

 2  sorry.  It's the second quote I'm referring to.  It

 3  should be in the -- under the heading donors, fund

 4  raisers and facilitators on the right-hand column.

 5              THE WITNESS:  Yes.  I read that.

 6  BY MS. ERB:

 7      Q     Okay.  And I take it you would agree that

 8  any data points provided by these sources in this CIA

 9  report would not be reliable absent corroboration,

10  correct?

11      A     It depends.  You have to look at the total

12  context of any particular source and the CIA routinely

13  does that.  So when you see a full CIA report, the full

14  report will provide you whether it's an established

15  source, whether it's a reliable source or source whose

16  reporting has previously been found to be reliable.

17  They'll provide context.

18              So the context provided here says that the

19  detainees which are a particular type of source in a

20  particular setting -- I assume from this this is

21  Guantanamo.  I'd have to go back and look at the

22  document to be clear on that.  It refers to captured

23  and arrested Al-Qaeda operatives.  So they're under

24  custody, have provided information on donors, fund

25  raisers, facilitators.  Some is incomplete and some



```
 1   almost certainly is false.

 2             So there you go to appendices A, B and C

 3   for more details and look at the sourcing there.  So it

 4   depends very much on the context and the other

 5   information that the CIA has available to it as to how

 6   they weigh it and what they weight.

 7        Q    And did you take any steps to corroborate

 8   the statements in this report before you included it in

 9   your expert report?

10        A    Yes.

11        Q    Can you tell us what you did to corroborate

12   these statements?

13        A    Yes.  What I did was I looked at the CIA

14   reports and I looked at ARB's own documents and all the

15   other information available to me.  And I weighed the

16   various elements of the evidence and looked to see

17   whether some of the -- whether the statements that I

18   was looking at from the CIA received any corroboration

19   from the documents provided in the discovery.

20             And I found various types of documents in

21   the discovery some of which were other reports from

22   other government agencies, some of which were reports

23   from other governments, some of which were in

24   designation materials, some of which were in ARB's own

25   documents, some of which were in the navsi luke (ph)
```



1   documents, some of which were in discovery provided by

2   others in connection with the litigation and looked at

3   that all together.

4           So I tried to do an all source analysis

5   rather than merely relying on a sentence or two

6   sentences or three sentence from any particular report.

7   The reason why my report goes on at the length that it

8   does is I was seeking to put down as many data points

9   as possible on which I based my opinions.

10      Q       In footnote 35 on page 20 of your report,

11  you cite the CIA report we've been just discussing, but

12  I don't see that you have flagged for the Court or the

13  reader of your expert report the concerns raised in the

14  CIA report itself about the incomplete and almost

15  certainly false data points that were included; is that

16  correct?

17      A       It's correct that I did not include every

18  sentence from every CIA report and for every government

19  report that I read in my already 200-page report.

20      Q       Excuse me, Mr. Winer.  That's not -- that

21  was not the question.

22      A       I'm sorry.  It is the question.

23      Q       The question I had was:  Did you identify

24  in your footnote for the Court that information in the

25  2002 CIA report you cited according to the CIA was



1    incomplete and some almost certainly false?

2              MR. CARTER:  Do you mean aside from

3    footnoting the report itself?

4              MS. ERB:  Yes.  Is he expecting that the

5    Court is going to go through each of the CIA reports

6    and determine which information the CIA itself is

7    calling almost certainly false and incomplete?

8              THE WITNESS:  Pardon me, ma'am.  I think

9    you're mischaracterizing my work and I think you're

10   mischaracterizing the report itself.  You have to look

11   at the totality of the report and pulling out one

12   footnote from the report does not look at the totality

13   of the report.  I'm happy to go through the totality of

14   that report with you, but to cherrypick a particular

15   footnote which imposes a standard kind of limitation

16   that the CIA puts on material when it's evaluating

17   material is I think incorrect and wrong and a

18   misapplication of how one goes about looking at U.S.

19   government's intelligence reports.  I just think it's

20   not correct.

21   BY MS. ERB:

22       Q      If you can turn, sir, to section 6.82 of

23   your report which is at page 54.  And if you could look

24   at the last sentence of 6.82 where you say finished

25   intelligence is then distributed to the government



1   consumers when they ask questions about it, seek

2   further information or analysis, raise queries about

3   the particular sourcing that went into the document

4   and/or use the finished intelligence as a foundation

5   for policy decisions.  Do you see that sentence?

6        A      Yes, ma'am.

7        Q      Okay.  And would you agree that where

8   statements in CIA reports are not corroborated for

9   this -- by this type of questioning by government

10  consumers or others that those uncorroborated

11  statements are less reliable than the corroborated

12  statements?

13       A      There are a number of assumptions that

14  you've put into that sentence which makes it a very

15  complicated sentence.  You have to look at the material

16  in the CIA report and evaluate it against all other

17  information known to you.  Certainly the only process

18  for evaluating a CIA report is not a process of

19  government consumers asking questions about it.

20              I have reviewed probably certainly hundreds

21  and probably thousands of CIA reports in the many years

22  in which I held a clearance.  And the reports that I

23  read and absorbed and had no reason to question, the

24  reports that I read and absorbed had lots of questions

25  about who provided further taskings.  Both can be true



 1    and this can be true in a situation even when a report

 2    is -- lists that some of the information in the report

 3    sourcing is of uncertain -- uncertain completeness or

 4    may involve a source which could not be completely

 5    trusted.

 6              You have to then look and see whether other

 7    material in the report in turn provides further

 8    corroboration, whether this other information outside

 9    the report that provides corroboration and you would

10    talk to the analyst about it if you had those

11    questions.  So it very much depends on what's in the

12    entire report and the context.

13        Q    Would you agree that an uncorroborated data

14    point is less reliable than a corroborated data point?

15              MR. CARTER:  Objection to form.

16              THE WITNESS:  I would want to know whether

17    a data point was corroborated or not and by what.

18    BY MS. ERB:

19        Q    Sir, if you can turn to section 7.3.14 on

20    page 90 of your report.

21        A    What's the section again, please?

22        Q    7.3.14 on page 90.

23        A    Yes.

24        Q    So there you refer to you say SAAR,

25    S-A-A-R, personally was one of the 128 members of IIRO



 1   prior to 9/11, correct?

 2        A    Yes.

 3        Q    Okay.  And before we go into discussing

 4   this particular data point, I just want to get clear on

 5   use of terminology here.  So you use SAAR to refer to

 6   an individual Sulaiman Abdulaziz Al-Rajhi, correct?

 7        A    Yes.

 8        Q    And you also define the Sulaiman Abdulaziz

 9   Al-Rajhi Charitable Foundation as SAAR Foundation,

10   S-A-A-R Foundation, correct?

11        A    No.

12        Q    Not in this particular paragraph.  If

13   you -- I'm talking -- I'm backing away now just to get

14   terminology because this paragraph uses the term SAAR.

15   So I want to be clear on how you're using SAAR

16   throughout your report.  So for an example, if you want

17   to look at 1.2.7 of your report, you'll see use of the

18   word SAAR Foundation which I understand there you're

19   referring to the Sulaiman Abdulaziz Al-Rajhi Charitable

20   Foundation.

21        A    No.

22        Q    Let's go to 1.2.7 of your report.  This is

23   on page 3.

24        A    That was a question that I was asked and

25   the definition given to me.  But the reason why I say



1   no there is because the charitable foundation as I

2   discuss elsewhere in the report was not created in a

3   formal sense until 2000 -- until 2000 and yet it

4   carried out transactions before it existed, before it

5   actually had a certification and was according to

6   corporate documents founded.  So --

7       Q     So let me just -- let me just interrupt you

8   for a second because are you referring now to the SAAR

9   Foundation in Virginia or the SAAR Found -- the

10  Al-Rajhi Charitable Foundation in Saudi Arabia?

11      A     It's a complex question unfortunately

12  because of the complex facts.  I'm happy to answer the

13  com -- provide you the context in which I'm using it

14  which is not a simple definition unfortunately for

15  reasons that are not my fault, but inherent in how the

16  charity operated.

17      Q     Which charity, sir?

18      A     The SAAR Foundation.

19      Q     In which country, sir?

20      A     In both the United States and Saudi Arabia.

21      Q     Are you aware that they are separate

22  entities?

23      A     I think that's an interesting and

24  complicated question.

25      Q     Can you turn to section 9.57.1 of your



1    report and that is on page 162 of your report?  In that

2    paragraph, sir, you cite to a website relating to the

3    SAAR Charitable Foundation in Saudi Arabia, but you

4    characterize it as -- in a reference to the SAAR

5    Foundation in the United States; do you not?

6                    MR. CARTER:  Objection.

7                    THE WITNESS:  I don't understand the

8    question.

9    BY MS. ERB:

10       Q     So let's look at this paragraph.  A

11   statement by entities associated with and under the

12   apparent control of the Al-Rajhi family not provided in

13   discovery but available online shows that the SAAR

14   Foundation did not come into existence until mid 2000.

15   The online statement is set forth in the website

16   maintained by the Sulaiman Al-Rajhi Holding Company

17   regarding the Sulaiman Al-Rajhi Charitable Foundation

18   and states the following regarding the SAAR Foundation.

19   It was founded through a joint committee, et cetera, et

20   cetera, and then at the end, the philanthropic

21   institution turned to Sulaiman Abdulaziz Al-Rajhi

22   Charitable Foundation.

23                    Now, when you go to the website, it's very

24   clear that this is referring to the charitable

25   foundation formed in Saudi Arabia, but when you're



1  referring to SAAR Foundation here, my understanding is

2  you're referring to the SAAR Foundation in the United

3  States?

4              MR. CARTER:  Objection, misstates the

5  report.

6              THE WITNESS:  Again, it's a complicated

7  answer.  It's not a simple answer because the practices

8  weren't simple.  The SAAR Foundation, whatever the SAAR

9  Foundation was structurally as near as I can tell, it

10 may have been a committee prior to 2000 in Saudi Arabia

11 is interacting with the SAAR Foundation in the United

12 States and directing it to make payments as if it were

13 being made by the SAAR Foundation in the United States

14 which in turn is owned by or held by after a certain

15 point an entity called Humana, I believe, in the Isle

16 of Man which in turn is getting instruction from or

17 relating to the activities of the SAAR Foundation

18 committee in Saudi Arabia from an entity that doesn't

19 exist at that time, but which is using ARB.  So it's

20 very difficult to differentiate between these entities

21 given the sequence of the structuring of the entities.

22 BY MS. ERB:

23     Q     When you're referring to the SAAR

24 Foundation in your report then, is it fair to say that

25 you're referring to one or the other or both without



1    distinction?

2        A    No.  I'm trying to refer to them in the

3    ways in which they functioned at particular times given

4    the changing legal status and the changing activities

5    of these foundations over time.  The SAAR Foundation in

6    the United States phased out more or less at exactly

7    the same time that the SAAR Foundation which previously

8    as near as I can tell didn't exist legally was being

9    given legal existence in Saudi Arabia.

10            So I think that it's difficult to give a

11   lot of credence given the common management in the

12   organization of these entities to the differentiation.

13   And it would be not appropriate to fully differentiate

14   their activities because they're all mixed together as

15   is set forth in some detail, for example, in the

16   affidavit of David Kim that was filed in the SAAR

17   investigation in the -- criminal investigation in the

18   United States association -- associated with operation

19   of Green Quest.

20       Q    So for purposes of your report, the acronym

21   SAAR you're using to refer to the individual SAAR

22   Foundation, you're using it sounds like as a reference

23   to one or the other of the charitable foundations

24   depending on the context.  Don't you agree that for

25   purposes of the Court reviewing portions of your report



1    that the conflation of SAAR, SAAR Foundation when

2    you -- when there are different entities involved in an

3    individual is incredibly confusing if not misleading?

4              MR. CARTER:  Objection to form.

5              THE WITNESS:  I believe that the extent

6    that it is confusing or misleading is the result of the

7    activities of the people involved in the SAAR

8    Foundation and the -- and in SAAR's charitable

9    activities, not misleading by the expert who's trying

10   to look at the materials in front of them as evidence

11   and organize it and make sense of it.

12   BY MS. ERB:

13        Q     Sir --

14        A     So to the extent that it is misleading or

15   confusing, that's inherent in the actions undertaken by

16   the founder or co-founder of ARB and the head of the

17   SAAR Charitable Committee Foundation in Saudi Arabia,

18   foundation in the United States, the person who put it

19   all together and those assisting him, not the expert

20   who is trying to organize it, understand it and

21   communicate it.

22        Q     Sir, you agree that you chose the acronym

23   SAAR to refer to the individual, correct, for purposes

24   of your report?

25        A     He's referred to that in a variety of



1    places.

2        Q      I think the SAAR Foundation is referred to

3    in a variety of places.  I'm not sure that the

4    individual himself when parties are referring to the

5    individual that he's referred to as SAAR.  That is an

6    acronym that you adopted for purposes of your report,

7    correct?

8        A      It's an acronym that I used within my

9    report, that's correct.

10       Q      Okay.  For purposes of this deposition when

11   I am referring to the individual and I would ask when

12   you're referring to the individual if we can refer to

13   Sulaiman Al-Rajhi shorthand.  Do you agree with that?

14       A      We'll see on the context.  I can't agree

15   across the board.  I don't think it's appropriate.

16       Q      If we can turn back now to the paragraph we

17   were looking at before which was 7.3.14 on page 90 of

18   your report.  And this is again 7.3.14.  There's a

19   reference to Sulaiman Al-Rajhi personally being one of

20   the 128 permanent members of IIRO prior to 9/11,

21   correct?

22       A      Correct.

23       Q      And if we can look now at section .11.4 on

24   page 70 of your report.  Here you cite a February 2002

25   CIA report.  Do you see that?



1      A      I don't know which paragraph you're

2  referring to.

3      Q      6.11.4 --

4      A      Okay.

5      Q      -- on page 70 --

6      A      Yes.

7      Q      -- of your report.  And it begins the

8  February 27th, 2002, CIA report.  Do you see that?

9      A      Yes.

10      Q      And this report is called identifying

11  Al-Qaeda donors and fund raisers?

12      A      Yes.

13      Q      In this paragraph, you point out that in

14  the key find -- in the key finding in this report, the

15  intelligence reporting is described as fragmentary and

16  mostly anecdotal and old.  Do you see that?

17      A      Yes.

18      Q      A bit further down in your report at

19  6.11.4.5 at page 71 -- do you see that?

20      A      Yes.

21      Q      You quote the report as stating that as of

22  2000, Sulaiman Al-Rajhi was also one of the 128

23  permanent members of IIRO, correct?

24      A      Yes.

25      Q      And as it happens, this CIA intelligence on



1  Sulaiman Al-Rajhi, this particular data point is not

2  reliable, correct?

3          MR. CARTER:  Objection.

4          THE WITNESS:  It's incomplete.

5  BY MS. ERB:

6      Q    Well, if you can look at your footnote 191

7  at page 71.  Just take a minute and read that footnote.

8      A    Yes, I remember the foot -- I remember the

9  footnote.

10      Q    Okay.

11      A    I remember the documents.

12      Q    And you reviewed those documents?

13      A    Yes.

14      Q    Okay.  And for the record, we're describing

15  the documents produced by Al-Rajhi Bank and the way you

16  say it in your footnote documented efforts by Sulaiman

17  Al-Rajhi to resign from his position, this position

18  being the position at IIRO, due to his having

19  insufficient time to devote to it.

20      A    Yes.

21      Q    And in this footnote, you say that you

22  therefore don't rely on this data point from the CIA

23  profile of the Al-Rajhi family's involvement with IIRO,

24  correct?

25      A    That's correct.



1        Q      But you say you include the statement in

2   the report for the sake of completeness, correct?

3        A      Yes.

4        Q      In your footnote and by your own statement,

5   you say that the CIA was unaware of the fact that

6   Mr. Al-Rajhi, that Sulaiman Al-Rajhi had resigned from

7   the IIRO, correct?  This is further down in footnote

8   191.

9        A      I don't think that's an accurate

10  characterization of what I said.

11       Q      Okay.  Well, you say it's a fact apparently

12  not known to the CIA.

13       A      (Reviewing document.)

14              I do say that.

15       Q      Can you explain, sir, why you include

16  this -- what the CIA is calling fragmentary, anecdotal

17  and old intelligence in your expert report especially

18  when you're aware that data points in that report have

19  been shown to be unreliable?

20              MR. CARTER:  Objection.

21              THE WITNESS:  Sure.  I'm trying to as much

22  as I can take all the evidence available to me and

23  provide an accurate summary of all of the evidence and

24  make findings based on my conclusions based on all of

25  the information.  And so I'm trying to include things



1    regardless of what the -- what the implications might

2    be that I find to be overall correct assessment or

3    analysis of the information.  Now, I didn't --

4    BY MS. ERB:

5        Q       Here --

6        A       Please don't interrupt me.  I'm not done.

7    Thank you.

8                In this particular case, my understanding

9    is that Sulaiman Al-Rajhi who I refer to as SAAR here

10   was affiliated with or owned, a shareholder in a

11   related entity which is Sanabel which is providing

12   funding to IIRO which raised the question for me and

13   still does raise the question for me whether the

14   meetings were unnecessary for him to attend, not worth

15   his time because he already had other windows or

16   insight into IIRO.  This, in fact, is not contained in

17   the CIA reporting.  I didn't get to that fact in this

18   footnote, but it's relevant to my thinking overall.

19       Q       So in this particular CIA report, the CIA

20   references that the intelligence is fragmenty and --

21   fragmentary, anecdotal and old.  And you, yourself,

22   acknowledge in your report that the data point relating

23   to Sulaiman Al-Rajhi and the IIRO board membership is

24   unreliable.  And you did not rely on it for purposes of

25   your report?



1       A       Excuse me.  That's not the same thing.
2  It's not to say it's unreliable.  It's saying there's
3  additional context and that I didn't rely on it because
4  they did not have the additional context in the
5  unclassified version of the report.  It's different
6  between a statement to say something is not relied on
7  from saying something is unreliable.  This is not the
8  same thing.
9       Q       So my question is:  When looking -- looking
10  at the entire report here which is where the CIA is
11  calling the evidence or the data points -- excuse me --
12  fragmentary, anecdotal and old and you have confirmed
13  that, in fact, there's a fact in this report that is
14  unreliable for purposes of your report?
15      A       That's a mis -- ma'am, that's a
16  mischaracterization of what I just said.
17      Q       Okay.  The data point that you are not
18  crediting in your report.  You say as much in your --
19  in your footnote?
20      A       I'm saying that I did not rely on it.  I'm
21  not saying --
22      Q       Right.
23      A       I'm not saying that I was unaware of it or
24  that it is unreliable.
25      Q       I didn't say that either.



1        A        You said that I found that it was

2    unreliable and that is not accurate.

3        Q        Okay.  You did not rely on it.  My question

4    is:  Why did you include this report?  Are you

5    expecting the Court to go through data point by data

6    point of this fragmentary, anecdotal and old

7    information when you've confirmed that a fact in this

8    report has not -- is something you are choosing not to

9    rely on?  What are you expecting the Court to do with

10   this 2002 CIA report?

11               MR. CARTER:  Objection to form.

12               THE WITNESS:  It's really up to the Court

13   to decide how to handle each expert and each expert

14   report, and that's not for me to judge.  What's for me

15   to do is to provide as complete an account as I can the

16   basis for which I'm finding -- making my opinions and

17   to cite that.  And here I believe I would be criticized

18   if I failed to include this information, criticized if

19   I do include the information.  It's kind of a no win

20   the way in which you're framing it.

21               Why are these -- why is this information

22   about fragmentary nature and old in this report?  It's

23   because I'm providing the Court as well as opposing

24   counsel as accurate and complete information as I can,

25   but what are the information on which I based my



 1   opinions.  That was my goal.  That's why this report is
 2   the length that it is.  And it's a very lengthy report.
 3   It took me a lot of time to do.  I had to review a
 4   tremendous amount of material.
 5              So that's what was in my head.  That's what
 6   I'm trying to do.  And how the -- how the Court chooses
 7   to deal with it is really going to be up to the Court
 8   and the lawyers and the rulings there.  I'm not
 9   involved in that.
10   BY MS. ERB:
11       Q      Sir, you used the term evidence over 200
12   times in your report.  When you're using the term
13   evidence, are you including the data points from CIA
14   reports that you rely on and cite in your report?
15       A      Yes, when they're evidence based which most
16   of them are.
17       Q      Would you consider the data point we just
18   discussed relating to Sulaiman Al-Rajhi's membership on
19   the board of IIRO evidence?
20       A      Yes.  He was a member of the board.
21       Q      In 2000?
22       A      He resigned, but they were continuing to
23   send him things.  So he was still a member as far as
24   they were concerned and that was for him and them to
25   work out.  You want the entire context which you are



1    provided the entire context.

2         Q      Do you agree that --

3         A      Not quite the entire context because I

4    didn't get into the Sanabel business because that

5    wasn't in the CIA report.  So that seemed to me to be

6    outside the scope of that particular data point as I

7    was writing the report.  I'm happy to supplement if

8    that would be helpful.

9         Q      Sir, do you -- do you agree that CIA

10   reports use caveats?

11        A      Yes.

12        Q      And you agree that when a CIA report uses

13   caveated language, it means that the CIA lacks

14   sufficient information to provide a conclusive

15   statement on a particular data point?

16        A      It depends on what the caveat is.  It's

17   contextual.  It may mean that.  It could mean other

18   things.

19        Q      Do you agree that when caveats are used,

20   the data points being referred to are less reliable?

21              MR. CARTER:  Objection.

22              THE WITNESS:  It depends on the context.  I

23   can't make a general statement about it.  I'd have to

24   look at a particular statement, the particular caveat

25   and evaluate it in the context of the entire report,



1    the date, subsequent reports, a variety of other

2    things.  It's all contextual.

3    BY MS. ERB:

4         Q      Can you turn to paragraph 6.8.3 of your

5    report where you actually discuss caveats in CIA

6    reports?  There you cite examples of caveats.  For

7    example, possible would be a caveat, apparently or

8    probably?

9         A      Yes.

10        Q      Would you agree that may or may have would

11   also be a type of a caveat if used in a CIA report?

12        A      Yes.

13        Q      And would it surprise you to learn that in

14   the CIA reports you cite, the CIA uses caveated

15   language at least 230 times?

16        A      I didn't count it, but that's normal.

17        Q      And are you aware that some of the caveats

18   in the CIA reports you cite concern Al-Rajhi Bank and

19   members of the Al-Rajhi family?

20        A      Yes.  I believe I cite some.

21        Q      Let's turn to 6.10.3.11 which is page --

22   excuse me -- 66 of your report.  Did you find that

23   paragraph?

24        A      Yes.

25        Q      It's referring to a CIA report from 1997.



1    Do you see that?

2        A      Right.

3        Q      And about two-thirds of the way down of the

4    paragraph on page 66, I recognize it continues on the

5    next page, but just on this page about two-thirds of

6    the way down, fourth line from the bottom, it says

7    Al-Rajhi financial times to Islamists is inconclusive.

8    Do you see that?

9        A      Yes.

10       Q      And when you say that is inconclusive, that

11   is a type of caveat or characterization of a data point

12   that is less reliable or not fully reliable shall we

13   say, right, inconclusive?

14              MR. CARTER:  Objection.

15              THE WITNESS:  I don't agree with your

16   characterization on reliability.  Let me explain if I

17   may respond.  This is as of November 20, 1997.  It's

18   facts that were available to the agency.  That is how

19   it's characterized.  In my memory of this report is

20   that the report itself is undated.  It refers to that

21   as the information available to the CIA for the purpose

22   of this report as of that time.

23              It then says in the end following again a

24   large redacted section I can't evaluate because it's

25   two-and-a-half inches of redacted materials, Al-Rajhi



1  financial ties to Islamists is inconclusive.  It

2  doesn't say the information that they have is

3  unreliable.  It's making a qualitative evaluation that

4  the totality of the information is insufficient at that

5  point for them to reach a conclusion.

6           It doesn't say we have information, lots

7  and lots of information, hundreds of pages, thousands

8  of pages, 2,000 sources, two sources, one source, one

9  data point.  It doesn't say any of that.  What it says

10  is that as of this time, their evaluation is that it's

11  inconclusive.  So it's not about the reliability of the

12  information.

13           It may be about reliability.  That's

14  possible, although it doesn't say that.  It could be

15  about the quantity of the information, the amount or

16  number of sourcing on the information.  It's a variety

17  of things as of that time.

18  BY MS. ERB:

19      Q      But it would not be -- it would not be safe

20  to conclude that Al-Rajhi -- that there were financial

21  ties, that Al-Rajhi had financial ties to Islamists

22  based on all of that.  Based on where the CIA came out

23  at the time was that those ties, Al-Rajhi financial

24  ties to Islamists is inconclusive, correct?

25           MR. CARTER:  Objection.



1            THE WITNESS:  As of the time of

2    November 20th, 1997, the information available to the

3    CIA that they used in preparing this finished

4    intelligence report was insufficient to allow them to

5    conclude that Al-Rajhi had financial ties to Islamists.

6    BY MS. ERB:

7        Q      Can you look at footnote 170 of your

8    report?

9        A      Yes.

10       Q      Here in this footnote, you note that this

11   particular CIA report is carefully -- has -- contains

12   carefully caveated assessments.  Do you see that?

13       A      Yes.

14       Q      Okay.  And further in your footnote here,

15   you say later as described further in this expert

16   report, the CIA concluded that, quote, senior Al-Rajhi

17   family members have long supported Islamic extremists

18   and probably know that terrorists use their bank.  Do

19   you see that?

20       A      Yes.

21       Q      Okay.  Again, the word probably is another

22   caveat, correct?

23       A      Yes.  It means more likely than not.

24       Q      And this later statement that you're

25   quoting comes from a 2003 CIA report?



1        A        Yes.  May 2003, I believe.

2        Q        So from 1997 to 2003 and all the

3    investigations that occurred in between, the CIA is

4    still using a caveat when referencing Al-Ra -- the

5    Al-Rajhi family's knowledge of or ties to Islamists and

6    knowledge of whether terrorists are using the bank,

7    correct?

8                 MR. CARTER:  Objection to form.

9                 THE WITNESS:  No, I don't think that's

10   correct.  I think that that goes beyond what's stated

11   in my footnote.  What's stated in my footnotes is that

12   later on in this 2003 report, the CIA concluded senior

13   Al-Rajhi family members have long supported Islamic

14   extremists.  The first sentence is not caveated.

15   Senior Al-Rajhi family members have long supported

16   Islamic extremists.  That's not caveated at all.  And

17   then it says and probably know that terrorists use

18   their banks which is more likely than not.

19               It then says Sulaiman and several Al-Rajhis

20   have given money to suspicious organizations and

21   organization -- individuals and organizations worldwide

22   moreover.  Sulaiman's tight control of Arabic which I

23   believe is a reference to Al-Rajhi Bank activities

24   suggests he is willing that his bank is attractive to

25   extremists.  So that's the conclusion that they reach



1  in May of 2003.

2  BY MS. ERB:

3      Q      So in use of the word probably know that

4  terrorists use their bank, you agree that is a caveat

5  that is used in 2003 following -- coming six years

6  later from the 1997 CIA report, right?

7      A      I read the sentence as I just did.

8      Q      Okay.

9      A      And what it is is it's a statement of not

10  with absolute doubt, not beyond all reasonable doubt.

11  It's more likely than not.  That's what prob -- the

12  word probably means.  It means more likely than not.

13  It doesn't mean beyond all reasonable doubt, the

14  standard in a criminal case.

15     Q      And when see references to Islamists or

16  extremists, are you equating those terms with

17  terrorists?

18     A      You have to look at the context in which

19  the words are being used.  It depends.  I look at the

20  total context of a particular report or a particular

21  document and try to assess its meaning because it's not

22  always used in the same way.  It depends.

23     Q      And do you -- do you think that the term

24  Islamists in 1997 was referring to terrorists?

25     A      We'd have to go back and look at the



1  context of that report in order to be able to assess it

2  in its context.  I'm not prepared to make a generic

3  statement about it.

4       Q     And when you see that in the same report

5  they say that the senior Al-Rajhi family members

6  probably know that terrorists use their bank, but then

7  later they say that suggest -- in the sentence you were

8  reading at the end that Sulaiman suggest -- tight

9  control of the bank's activities suggest he is saying

10  that his bank is attractive to extremists, do you view

11  extremist to mean terrorists there?

12       A     Probably, but I -- again, we would have to

13  go through that report for me to assess that word

14  difference with consideration.  I don't recollect in my

15  report getting into the distinctions between Islamists,

16  extremists and terrorists in a definitive way and

17  analyzing U.S. government reports.  And so we'd have to

18  go look at the underlying documents and assess them

19  line-by-line.

20       Q     Sir, in your report, you say that Osama bin

21  Laden held accounts at Al-Rajhi Bank, correct?

22       A     I do and I believe that's accurate.

23       Q     And you suggest that or you state that

24  Al-Rajhi Bank was the bank that bin Laden, quote, had

25  personally chosen to open his own account in 1991; is



1    that correct?

2        A    Yes.

3        Q    Did you review the statements of account

4    for the bin Laden account that were produced?

5        A    Yes.  I reviewed the information that was

6    available to me.

7        Q    Okay.  And --

8        A    It wasn't complete to the best of my

9    knowledge.  It was partial.  It was a few pages of

10   documents.  So I don't know what else the bank may or

11   may not have on that.  I just don't know.

12       Q    If we can turn to tab 20.  This should be

13   coming up on your screen.  Let's see when it's coming

14   up.

15            MR. CARTER:  I'm sorry.  Are we marking

16   this as JW3?

17            MS. ERB:  Yes.  We are.

18            (Winer Exhibit JW3 was marked for purposes

19   of identification.)

20   BY MS. ERB:

21       Q    If we could turn to ARB-843 in the lower

22   hand corner.  And do you have an English -- can you go

23   to PDF page 4?  There.  Okay.

24            Can you see that, sir?

25       A    Yes.



1      Q     Do you recall reviewing this document in

2  connection with the preparation of your expert report?

3      A     Not specifically.  If it's cited in my

4  report, then I did.

5      Q     This is an account statement for Osama bin

6  Laden with the account last four digits 9054?

7      A     Right.

8      Q     And this account statement covers all

9  activity in the account from 19 -- January 1998 through

10 December 2002 which is the relevant period for purposes

11 of this litigation.  Do you see that in the upper left,

12 the date range?

13           MR. CARTER:  Objection to form.

14           THE WITNESS:  I see the date range.  My

15 understanding is that the relevant period you've just

16 raised goes to what was allowed for discovery.

17 Certainly my report is based on events necessarily and

18 activities that predate the period of discovery.

19 BY MS. ERB:

20     Q     And do you see that this account statement

21 shows no activity during that time period 1998 to 2002?

22     A     I wouldn't expect it to.  Yes, it shows no

23 activity and I wouldn't expect to it.

24     Q     And you see no withdrawals or deposits,

25 correct?



1        A       Of course not.

2        Q       Why do you say of course not?

3        A       Because bin Laden's accounts had been

4    frozen at some time earlier.  The Saudi government had

5    basically shut down his direct ability to move money in

6    his own name is my understanding.

7        Q       And so --

8        A       He was a notorious terrorist at that point.

9    Absolutely notorious already.

10       Q       So from 1998 to 2002, you are not surprised

11   that there is no activity by Osama bin Laden through

12   his accounts at Al-Rajhi Bank, correct?

13       A       At any bank in the world.  At any bank in

14   the world.

15       Q       So if I was to show you the other Osama bin

16   Laden accounts that were held at Al-Rajhi Bank and they

17   similarly reflect zero activity during this period,

18   that would not surprise you?

19       A       No.

20       Q       Then I will spare you a review of each and

21   every one of those documents, but I represent to you

22   that each and every one shows zero activity in his

23   accounts and it sounds like you would agree that that

24   is as it should be?

25       A       It would be astonishing to me if any bank



1  in the world show transactions with Osama bin Laden in

2  this -- in that period.

3       Q      Your report also discusses the charities,

4  the IIRO, al-Heramain Muslim World League and WAMY

5  charities at some length, correct?

6       A      The report speaks for itself on that, but,

7  yes, they're referenced.

8       Q      And these -- these particular charities are

9  headquartered in Saudi Arabia, correct?

10      A      Yes.

11      Q      And they have -- some of them have branches

12  outside of Saudi Arabia, correct?

13      A      Yes.

14      Q      None of these charities listed, IIRO,

15  al-Heramain Muslim World League and WAMY, were

16  designated by the United States or the United Nations

17  before 9/11, correct?

18      A      Charities generally were not designated

19  prior to 9/11.  I would have to think whether I'm aware

20  of any charity anywhere being designated prior to 9/11.

21  I can't recollect any at this time.

22      Q      When you were preparing your report, did

23  you review account statements produced by the bank for

24  certain of these charities?

25      A      I did.  They're referenced in my report.



1    Q      And do you recall that none of the bank

2    statements you reviewed or that the bank produced were

3    for any non-Saudi branches of these charities, correct?

4    A      That's an incomplete statement and I think

5    is not -- it's more complicated than that unfortunately

6    because the al-Heramain documents which are the ones I

7    looked at at greatest length in particular show that

8    monies being provided to al-Heramain and for

9    al-Heramain for particular accounts with different

10   geographic areas to go to those geographic areas.  And

11   so ARB is facilitating activity to -- through those

12   activities outside the kingdom of Saudi Arabia.  And

13   the mechanics of that are not visible in the bank

14   documents that I reviewed.

15   Q      My question, sir, is whether you recall

16   seeing any account statement to suggest that any

17   charity branch outside of Saudi Arabia held an account

18   at Al-Rajhi Bank?

19   A      You can't tell from the documents provided

20   what the char -- which elements of the charities were

21   doing what.

22   Q      That's not my question, sir.  Let me try

23   the question again.

24   A      Sure.

25   Q      Do you recall seeing any account statement



1  in the name of a charity branch located outside Saudi

2  Arabia?

3       A     No.

4       Q     Are you aware, sir, that none of the

5  branches of the charities that I've listed were

6  designated before 9/11?

7       A     I believe that question was already asked

8  and answered, but I'm happy to answer it again.  To the

9  best of my knowledge, there were no charities of any

10 kind that I recollect that had been designated prior to

11 9/11 because terrorist designations were originally

12 limited to terrorist organizations.

13      Q     So you --

14      A     Were originally limited in the time that I

15 was in the Clinton administration at the State

16 Department were limited to terrorist organizations

17 primarily.  There may have been some other narrow

18 exceptions, but at that point, the designation process

19 for terrorist sanctioning was in its infancy.  It had

20 been done first to drug trafficking organizations and

21 to do it at all for terrorism was late in the Clinton

22 administration.  And I don't believe that any charities

23 were designated during the time that I was inside the

24 Clinton administration.  I believe it all happened

25 after 9/11.



1    Q      So it sounds like we can agree and we don't

2    need to review one-by-one that to the extent any

3    branches of IIRO, al-Heramain Muslim World League and

4    WAMY to the extent any of their branches outside of

5    Saudi Arabia were designated.  They were designated

6    after 9/11, correct?

7              MR. CARTER:  Objection to form.

8              THE WITNESS:  As I've just said, I don't

9    believe there were designations of any charities prior

10   to 9/11.  There were other actions undertaken in

11   relationship to charities including discussions with

12   other governments including Saudi Arabia, but there

13   were no designations.

14   BY MS. ERB:

15    Q      And your report does not identify any

16   financial transfer from the Saudi headquarters of any

17   charity discussed in the report to Osama bin Laden,

18   correct?

19    A      That's correct.  From the bank records?

20    Q      Yeah.  From the documents you reviewed.  So

21   here we're -- the documents you reviewed in connection

22   with the report, you don't recall seeing a financial

23   transfer from the Saudi headquarters, the customers of

24   Al-Rajhi Bank of any charity at issue to Osama bin

25   Laden, correct?



1    A      That would be from bank records or bank

2  documents, no, not from the documents produced in

3  discovery relating to the five-year period from

4  January 1998 to the end of 2002.

5    Q      And your report does not identify any

6  financial transfer from the Saudi headquarters of any

7  of these charities to any of the 9/11 hijackers; is

8  that correct?

9    A      I don't believe that's covered in my

10 report.

11   Q      And your report does not identify any

12 financial transfer from the Saudi headquarters of any

13 of the charities at issue to any individual or entity

14 that at the time of the transfer was designated by the

15 United States or the United Nations, correct?

16   A      Please repeat the question.  I want to make

17 sure that I absorb it.

18   Q      Your report does not identify any financial

19 transfer from the Saudi headquarters of any of the

20 charities at issue, so here again, IIRO, al-Heramain,

21 WAMY and the Muslim World League, to any individual or

22 entity that at the time of the financial transaction

23 the financial transfer was designated by the United

24 States or the United Nations?

25   A      I think that's correct.  I don't recollect



1    any.

2        Q        And your report does not identify any

3    financial transfer from the Saudi headquarters of any

4    of the charity customers at Al-Rajhi Bank to any

5    charity branch that at the time of the transfer was

6    designated by the United States or the United Nations?

7        A        No, but with a caveat.  That's an important

8    caveat.  The documents that I reviewed -- and there

9    were thousands of pages that I reviewed.  I can't say

10   how many more than thousands, but at least thousands

11   produced in connection with this litigation by ARB

12   generally lack identification of where the funds are

13   going with any specificity, to whom they're going,

14   where they're going.

15            So the lack of identifying information on

16   transactions pretty much across the board in terms of

17   their purposes, their uses, to whom -- who's receiving

18   them, how a charity like al-Heramain is actually moving

19   funds overseas, you can't tell that from the documents

20   produced by the bank in discovery.

21            This goes to the KYC issues that I identify

22   in my report which is when -- which is when you don't

23   create evidence that a bank would ordinarily have to

24   create in order to meet its KYC obligations.  And

25   there's no detail on a report of a banking transaction.



1  It becomes impossible to determine what happened with a

2  transaction.

3           So if one were to show me, for example -- I

4  am answering -- trying to answer your question as best

5  as I can -- a thousand or 10,000 or 50,000 pages that

6  were blank and contained purely 30,000 riyals of

7  transfer, that's all it said, you wouldn't know what

8  happened to those 30,000 riyals because it just said

9  transfer.  There were any number of documents that I

10  reviewed that had that kind of limited information

11  where I couldn't tell where the funds were going.

12           So with that caveat and all of this is in

13  the context of that caveat that I can answer your

14  question, the documents do not show those transfers,

15  but the documents don't show where the transfers are

16  more or less across the board.

17      Q     We'll come to some of the issues you just

18  raised, but just to be clear that your report does not

19  identify any tran -- financial transfer from the

20  headquarter customer -- charity headquarter customers

21  to a designate -- at the time of the transfer a

22  designated branch of the charity?  Just that simple yes

23  or no.

24      A     Yes, with -- yes, with the caveat that I

25  just made.



1    Q      That you just made.  And your report
2  doesn't identify any financial transfer from any
3  official of the Saudi headquarters of any of these
4  charities that I've listed to Osama bin Laden, correct?
5    A      That would be with a huge additional caveat
6  which is that someone like Aqeel Al-Aqeel, there are
7  findings about what he was actually doing on behalf of
8  Al-Qaeda.  And of course the Saudi government itself
9  states that al-Heramain was notoriously involved with
10  Al-Qaeda and bin Laden.  To state that the Saudi
11  government had a notorious -- notorious involvement as
12  articulated by the Saudi government was based on all
13  the evidence that they had, the Saudi government, about
14  what al-Heramain was actually doing.
15            That's not reflected in the records that I
16  saw in terms of what Aqeel Al-Aqeel was doing because
17  the bank records are largely blank.  They show very
18  little about what Aqeel Al-Aqeel is doing with all the
19  funds that he's moving through ARB.
20    Q      Do you know when Aqeel Al-Aqeel was
21  designated?
22    A      Yes.  It was after 9/11.
23    Q      I believe in 2004.  And do you know when
24  the Saudi headquarters of al-Heramain was designated?
25    A      2006 or '8.  I can't remember.



 1        Q       It was 2008.  Your report does not identify

 2   any financial transfer from any official of the Saudi

 3   headquarters of any of the charities at issue to any of

 4   the 9/11 hijackers, correct?

 5        A       Please repeat the question.

 6        Q       Your report does not identify any financial

 7   transfer from any official of the Saudi headquarters of

 8   any of the charities we were discussing to any of the

 9   9/11 hijackers, correct?

10        A       Correct.

11        Q       And your report does not identify any

12   financial transfer from any official of the Saudi

13   headquarters of any of the charities at issue to any

14   individual or entity that at the time of the transfer

15   was designated by the United States or the United

16   Nations?

17        A       With the caveat that a massive number of

18   the transactions that I reviewed did not contain

19   sufficient identifying information to determine where

20   the funds were being sent period.

21        Q       But you saw nothing to suggest that they

22   were going to a person that was designated at the time

23   of the transfer?

24        A       If the information wasn't recorded, I

25   didn't see it.



1      Q      And you -- your report does not identify

2    any financial transfer from any official of the Saudi

3    headquarters of any of the charities at issue to any

4    charity branch that at the time of the transfer was

5    designated as a supporter of terrorism, correct?

6      A      Yes, with the same caveat.

7      Q      Sir, in your report, you do not identify

8    any evidence that the non-Saudi branches of the

9    charities at issue were reporting or exchanging

10   information of any improper activity to the Saudi

11   headquarters, correct?

12     A      That information is not covered in the

13   questions that were asked to me for this report.

14     Q      Do you dispute --

15     A      I would like to add to that.  I was not --

16   I believe that I was not provided documents that

17   addressed that issue.

18     Q      Do you dispute, sir, that the charities and

19   here I'm referring to the entire organization of these

20   charities, the headquarters and branches included and

21   referring to all of the charities that we've listed, do

22   you dispute that these charities were conducting

23   legitimate humanitarian work?

24     A      I address that issue in my report and

25   precisely -- as precisely accurate as I could.  I'm



1  happy to go into that further if you would like.

2       Q    And are you aware that when the United

3  States designated the Somali and Bosnia branches of

4  al-Heramain in 2002, treasury secretary Paul O'Neill

5  made clear that the Saudi headquarters of al-Heramain

6  was still conducting legitimate humanitarian work and

7  that it was the activities of the branches that had

8  engaged in -- the branches that had engaged in support

9  of terrorist activities?

10           MR. CARTER:  Objection to form, misstates

11  the statement.

12           THE WITNESS:  What I was about to say and

13  will now say is I think it's preferable to look at the

14  document as to what it actually says to be able to

15  address the full context of that joint designation

16  decision that was made at that time of the two

17  branches.  I would emphasize that it was a joint

18  designation and that's an important part of the context

19  of that document.

20  BY MS. ERB:

21       Q    So let's -- if the technician could turn to

22  tab 6 and if we can enter this as -- this is tab 6.

23           (Winer Exhibit JW4 was marked for purposes

24  of identification.)

25  BY MS. ERB:



1        Q       Sir, if you can turn to the sentence

2    beginning with while.  It's the second sentence I

3    believe in the first paragraph.  While the Saudi

4    headquarters for this private charitable entity is

5    dedicated to promoting Islamic teachings, we and our

6    Saudi Arabian allies have determined that the Somalia

7    and Bosnia branches of al-Heramain have been engaged in

8    supporting terrorist activities and terrorist

9    organizations such as Al-Qaeda.  Do you see that?

10       A       Yes.

11       Q       So from that statement, would you agree

12   that the United States was designating only the

13   overseas non-Saudi branches to branches of al-Heramain?

14       A       That's a legal fact.

15       Q       And would you agree that Secretary O'Neill

16   recognizes in his statement that the Saudi headquarters

17   of the charitable entity was dedicated to promoting

18   Islamic teachings?

19       A       He states that in the course of a longer

20   statement and that's what I meant by context.  As I've

21   stated already in the course of the deposition today,

22   even the Saudi government ultimately concluded that the

23   entirety of al-Heramain was a corrupt charity

24   throughout the world and that it was notoriously was

25   the word that the Saudi government uses involved in



1    providing support to Al-Qaeda and to bin Laden.

2              The United States began raising the issue

3    of al-Heramain with the Saudi government in the 1990s

4    and did not make progress on that.  What was really

5    important about this event and I remember paying

6    enormous attention to it at that time March 11, 2002,

7    is that the United States had been trying to nudge the

8    Saudi government along into beginning to take action in

9    what was a huge current national security threat for

10   the United States, a huge current threat, not just a

11   past threat, but a current threat and potentially a

12   future threat.

13             And so it began this process of designation

14   with the Saudis on board.  And since the Saudis had

15   been resisting and resisting and resisting and

16   resistance continued in a number of areas until the

17   Riyadh bombings of May 2003, this was a huge

18   achievement to get the Saudis on.  So I see this as a

19   continued recognition that in addition to whatever else

20   they were doing, these charities were engaged in

21   humanitarian activities.

22             And back when I was at the State Department

23   in the 1990s, one of the difficulties we discussed in

24   addressing the whole Saudi issue is that the charities

25   had intermingled particularly in conflict zones.  The



 1  provision of humanitarian support with the provision of

 2  support for violent Jihad, political Islam that was

 3  directed initially at conflicts between Muslims and

 4  Christians or Muslims and Jewish government in the case

 5  of Israel and then had been moving towards western

 6  targets as evidenced in Mogadishu in 2001, as evidenced

 7  in embassy bombings in 2008, the original World Trade

 8  Center bombing in -- I said 2001.  I should have said

 9  1991.  That's an error.  Please correct it.  The '91 --

10  '90 Jacob plot in '96, the terrorist bombings in '98.

11          So this is this ongoing terrorist threat in

12  which the charities were seen to be a significant part

13  of the problem because in addition to doing

14  humanitarian activity, they were doing the

15  nonhumanitarian activity in support of violent Jihad,

16  militant Jihad combat or conflict Jihad and then

17  terrorism.

18          So the important context here that's

19  critical is this is the United States government and

20  the Saudi government moving together in the same path

21  to begin to counter the threat and that's the

22  importance of the context of that statement.

23      Q    And in that joint action in March 2002,

24  only the overseas non-Saudi branches of al-Heramain

25  were designated and the Saudi headquarters was not



1  designated; is that correct?

2      A      That's correct.

3      Q      And your report does not identify any

4  instances of any of the non-Saudi we'll call them

5  overseas branch offices of the Saudi headquarters

6  requesting assistance from the headquarters for

7  terrorist or other nefarious purposes, correct?

8              MR. CARTER:  Objection to form.

9              THE WITNESS:  I did not review documents

10  between the branches and the headquarters of any of the

11  Dawah organizations in connection with my -- with this

12  expert report that I recollect.  I don't think there

13  were any provided to me.

14  BY MS. ERB:

15      Q      If we can turn, sir -- and at any point

16  that you want to take a break, you'll let us know.  If

17  we can turn, sir, to section 7.15.1 of your report.

18  And this is on page 99.  In 7.15.1, you are referencing

19  the so-called Golden Chain list, correct?

20      A      Yes.

21      Q      And you characterize the Golden Chain as a

22  group of, quote, wealthy individuals from the gulf

23  region who provided bin Laden and Al-Qaeda with money

24  on a regular basis, correct?

25              MR. CARTER:  Objection to form.



```
 1                THE WITNESS:  Can you show me what you're
 2    reading from, please, which sentence?
 3    BY MS. ERB:
 4        Q      It is the sentence where you're quoting the
 5    source saying the Golden Chain consisted -- it's the
 6    second sentence of 7.15.1.  According to the source,
 7    the Golden Chain consisted of wealthy individuals.  Do
 8    you see that?
 9        A      Yeah.  I think this comes from the report
10    rather than my words.
11        Q      Okay.  And do you know when the Golden
12    Chain document was written?
13        A      I don't.
14        Q      Do you know --
15        A      Not offhand.  I don't remember.
16        Q      You don't remember?
17        A      No.
18        Q      Do you know who wrote it?
19        A      No, I don't know who wrote it.
20        Q      Do you know the purpose for which the
21    Golden Chain document was written?
22        A      One would have to make assumptions about
23    that.  It was found in connection with a raid of a
24    group of people associated with Al-Qaeda.  And so it's
25    an underlying document.  So because it came from a raid
```



1   on that facility, it essentially has been treated as an
2   Al-Qaeda document and a characterization of who
3   Al-Qaeda was raising money from.
4        Q     Do you consider the Golden Chain to be a
5   reliable data point?
6        A     I don't -- generally speaking, I look at
7   data points in connection with other activity.  It's a
8   data point.  I wouldn't call it reliable or unreliable.
9   It's a data point.  What makes the data point useful
10  and gives it some credence is the manner of its
11  discovery and the information on it is pretty specific
12  about Al-Qaeda funders.  I know there have been
13  different interpretations of the document.
14       Q     Do you know whether the document identifies
15  that it is, in fact, a list of Al-Qaeda funders?  Does
16  it say that anywhere?
17       A     We can go to the document.  It would be
18  best to go to the document itself to talk through what
19  it says.
20       Q     Okay.  We may come back to that.  According
21  to the source in your -- in your statement in the
22  CIA -- excuse me.  In your expert report, you say
23  according to the source, the Golden Chain consisted of
24  wealthy individuals who provided bin Laden and Al-Qaeda
25  with money on a regular basis.



1      A      That's right.

2      Q      And you don't -- you don't recall ever

3   corroborating that fact, do you?

4      A      The CIA describes various people as the

5   major donors for Al-Qaeda and they include in a number

6   of reports members of the Al-Rajhi family and sometimes

7   they include Sulaiman AA -- A Al-Rajhi as -- in

8   particular as a donor to bin Laden earlier of the

9   Afghan moves early and to Al-Qaeda.  So that is for me

10   corroborating information because it means that they

11   took the totality on the data points they had seriously

12   and reached those conclusions and reached them with

13   greater certainty over time.

14      Q      So do you consider the Golden Chain list to

15   be a credible or useful document?

16      A      It's a data point in the context of all the

17   other data points.  Beyond that, one would have to go

18   back and do a very detailed study of it, read the

19   document, interview people and so on.  What I'm relying

20   on here is the totality of the information that -- in

21   front of me that I was able to review which included

22   the summary from al-Fadha listing Al-Rajhi.  Now,

23   al-Fadha said what he was.  He said it to the FBI.

24   That's not something I came up with.  That's a fact and

25   he said this.



```
 1        Q      Okay.  I want to switch gears.  So do you
 2   want to keep going or do you need a break?
 3        A      We need a break apparently.
 4               MS. ERB:  Sorry.  Apologies.
 5               THE VIDEOGRAPHER:  Off the record at 11:16.
 6               (Deposition recessed at 11:16 a.m.)
 7               (Deposition resumed at 11:29 a.m.)
 8               THE VIDEOGRAPHER:  Back on the record at
 9   11:29.
10   BY MS. ERB:
11        Q      Mr. Winer, if I could direct your
12   attention, please, to section 7.17 of your report which
13   begins on page 100 and we'll be looking at 7.17 through
14   about 7.24.
15               In this section of your report, you discuss
16   Omar al-Bayoumi and Fahad al-Thumairy and their alleged
17   activities in the United States before 9/11.  Do you
18   see this discussion?
19        A      Yes.
20        Q      And in section 7.17, you characterize
21   al-Bayoumi as, quote, an individual who assisted two
22   terrorists hijackers in the United States ahead of
23   their participation in the 9/11 attacks, correct?
24        A      Correct.
25        Q      And in the same section, you rely on
```



1  documents that describe al-Bayoumi's purported role and

2  relationship to the 9/11 attacks.  Do you see that

3  statement?  It's in the second sentence.

4       A     Yes.

5       Q     And you -- and you refer to the 9/11

6  commission report and the FBI inspector general,

7  correct?

8       A     Is there a question?

9       Q     Yes.  Just asking you to confirm that you

10  see those sources referred.

11       A     Yes.

12       Q     And in 7.18, you refer to a memo written by

13  the staff of the 9/11 commission in 2003 and released

14  in 2014 as a source for your discussion of al-Bayoumi,

15  correct --

16       A     Yes.

17       Q     -- and its possible involvement in the 9/11

18  attacks?  And in that same section, you state that

19  while the 9/11 commission did not find evidence

20  providing al-Bayoumi to be a Saudi intelligence asset,

21  the FBI did find evidence allegedly it says proving

22  al-Bayoumi to be a Saudi intelligence asset at the time

23  he was providing assistance to two of the 9/11

24  hijackers.  Do you see this?

25       A     Yes.



1     Q       And in the same section, you state that a

2  June 27th -- excuse me -- June 2017 FBI document

3  described Fahad al-Thumairy as quote another individual

4  identified within the support network of the 9/11

5  hijackers, correct?

6     A       Yes.

7     Q       And in this series of paragraphs and

8  discussion, the latest FBI report that you appear to

9  rely on in your report with respect to al-Bayoumi and

10  Thumairy is from 2017; is that right?

11     A       I don't see a later reference offhand.  If

12  there is one, I'm sure you can point it out.  If there

13  isn't, there isn't.

14     Q       Do you recall relying on any FBI report

15  after the 2017 report that you cite?

16     A       Well, I'm aware that -- I'm aware that

17  there's another report of some kind which they

18  basically give up the government in the investigation

19  of al-Bayoumi.

20     Q       Did you cite that later report in your

21  expert report?

22     A       No.

23     Q       Let's -- let's turn to that report.

24     A       Sure.

25     Q       It's at tab 53 which we should mark as



1    Exhibit 5.

2             (Winer Exhibit JW5 was marked for purposes

3    of identification.)

4    BY MS. ERB:

5        Q     Did you consult this later report in

6    preparing your expert report?

7        A     I'm aware of it.

8        Q     Do you recall reviewing it when you were

9    preparing your report?

10       A     I don't recall one way or the other at this

11   the point.  It would be best to look at the report

12   itself.

13       Q     I think they're pulling it up.  So report

14   is now on the screen.  I would like to direct your

15   attention to page 10 of the report which is also marked

16   EO14040 number 10.  And I'm looking at the last

17   paragraph on that page 10 beginning after the redacted

18   block based on the totality.  Do you see that

19   paragraph, sir?

20       A     I see a paragraph that begins material

21   support to terrorism.  Is that what you want me to be

22   looking at?

23       Q     So if you go under -- so the last paragraph

24   on the page in that section begins with based on the

25   totality.



1    A    Based on the totality of these

2    investigative efforts in coordination with the

3    assistant U.S. attorneys of the Southern District of

4    New York, it was jointly determined that insufficient

5    evidence existed to prosecute al-Bayoumi and al-Jarrah

6    for conspiring to assist the hijackers in furtherance

7    of the 9/11 attack, right.

8    Q    And do you recall reviewing this part of

9    this 2001 FBI report in preparing your expert report?

10    A    As I said to you, I don't recollect one way

11    or the other.  I'm not sure.

12    Q    Okay.  I don't believe we saw this report

13    listed in your materials relied on.

14    A    If it's not listed, then I didn't rely on

15    it.

16    Q    Okay.  And do you think that this report

17    and this data point from this report is relevant to the

18    prior data points in the intelligence leading up to

19    this 2021 report?

20    A    No.

21    Q    Can you explain that?

22    A    Sure.  The data points that I cite are all

23    particular data points and there's nothing in here that

24    addresses the question whether al-Bayoumi is working as

25    an intelligence asset for the Saudi government which is



1    the -- one of the main points made here or that he

2    provided assistance to the 9/11 hijackers.

3              What it says is insufficient --

4    insufficient existed to prosecute these people for

5    wittingly conspiring to assist them in furtherance of

6    the attack.  That's a judgment made by the FBI and U.S.

7    attorneys in connection with a criminal case which has

8    a particular standard of proof which is different from

9    civil cases.

10             I can't tell you what's in the back of

11   their decision because the information of what caused

12   them ultimately to make the decision is not available

13   to me, statute of limitations, evidentiary issues,

14   witness issues, ability to extradite out of Saudi

15   Arabia key people.

16             My understanding, for example, of Thumairy,

17   I believe it's Thumairy, he couldn't get back to the

18   United States because of terrorist concerns.  He was

19   prevented from reentering the United States.  And I

20   believed Bayoumi ultimately left the west and moved

21   back to Saudi Arabia and went underground.

22             So all of those would be considerations.  I

23   know that in cases in which -- involving very, very

24   significant crimes that the U.S. government has

25   investigated, they can't always bring criminal cases



1    against everybody involved in significant crimes.  I

2    know that firsthand.  And not just in private sector

3    side, but from the government side.  So it's comparing

4    apples to oranges for me.

5        Q       Are you aware that any of the individuals,

6    Bayoumi, Thumairy, are you aware that they've never

7    been designated by the United States?

8        A       Yes.  So?

9        Q       And do you consider that the decision by

10   the FBI and United States not to prosecute these

11   individuals, do you think that that's not relevant for

12   the Court here as -- even as a footnote in your report?

13               MR. CARTER:  Objection.

14               THE WITNESS:  I really can't assess that.

15   There are lots of things about al-Bayoumi and about

16   Thumairy and about al-Jarrah who I don't recollect

17   writing about in my report.  If I did, it was in

18   passing, but I just don't -- he's in passing.  He's in

19   passing.  He is --

20   BY MS. ERB:

21       Q       You do reference --

22       A       I do reference him.  I had forgotten.

23   There's a whole section 7.1.  He's the Islamic affairs

24   guy.  Now I placed him.  He's the person who was

25   working -- running various people on behalf of Ministry



1  of Islamic Affairs out of the embassy which is a unit

2  that was then shut down completely because of its -- in

3  my -- it appears to me because of its unsound

4  connections and activities in any case.

5              It was a 220-page report.  It wasn't a

6  400-page report.  And surely there's lots more that I

7  could say on all of these topics if one wanted to

8  instead of write a hundred thousand words, if one put

9  in 200,000 words.

10             So there's inevitably a selection process.

11 There's also time constraints.  So I could have added

12 in what I've just told you now and I'm sure you can

13 alert the Court to what I just said.  It's here in the

14 deposition.  So we've been able to cover it, I think.

15     Q      So just to be clear, the report in 2021

16 determined that there was insufficient evidence and --

17     A      To prosecute at that time.

18     Q      Prosecute at that time --

19     A      Yes.

20     Q      -- in 2021?  And you did not cite even in a

21 footnote this report for the benefit of the Court,

22 correct?

23             MR. CARTER:  Objection to form.  I think it

24 misstates the report.

25             THE WITNESS:  There are probably a thousand



1  facts.  I don't know how many facts that I didn't cite

2  that I could have added to this report.  The question

3  of what's happened in particular criminal cases and

4  it's relevance to a civil case was not a question that

5  I was asked.  I responded to the questions that I was

6  asked.

7  BY MS. ERB:

8      Q      If we can turn to 7.24 of your report and

9  this is on page 104.

10             MR. CARTER:  I'm sorry.  Nicole, where were

11  you?

12             MS. ERB:  I'm sorry.  It's paragraph 7.24

13  on page 104.

14  BY MS. ERB:

15      Q      And this paragraph, sir, concerns an

16  individual by the name of Towayan al-Towayan who

17  according to your report was linked to Mr. al-Bayoumi

18  who we just discussed.

19      A      Right.

20      Q      And you're relying on an FBI document dated

21  September 27th, 2001?

22      A      Right.

23      Q      And you say that this document describes

24  certain connections allegedly between Mr. Towayan and

25  Mr. al-Bayoumi, correct?



```
 1        A      Yes.

 2        Q      Your report also states that al-Towayan was

 3   employed by Al-Rajhi Bank; is that correct?  This is

 4   still within 7.24.

 5        A      I don't state that.  I quote a document

 6   that states that.

 7        Q      Fair.  That's fine.  And are you aware that

 8   Al-Rajhi Bank produced an HR file in connection with

 9   Mr. Towayan in this litigation?

10        A      No.

11        Q      Do you recall reviewing any HR file

12   relating to Mr. Towayan in connection with this

13   litigation?

14        A      I don't.  I may have, but I don't recollect

15   it.  I would note that on the pages that you're showing

16   me, more black marks or redacted material which is odd

17   since in my report, there are no such redactions.  I

18   don't know what to make of these redactions on page

19   103, page 104 and maybe some elsewhere, but I'm saying

20   no and I really can't address that.

21        Q      Sir, these redactions relate to FBI

22   protected information and we are working -- because we

23   are in the setting that we are in, we are not referring

24   to the elements of the report that include material

25   subject to an FBI protective order.  If needed at a
```



1   certain point, we can, you know, exit the room and have

2   people -- you can review this, but I'd like to continue

3   with my questions and then if you feel the need that we

4   need to go back --

5       A       Because it's right above the material you

6   just asked me and there's a footnote below it that's

7   redacted as well.  So I can't address that.

8       Q       So what I -- if we can, I'd like to

9   continue with my questioning.

10      A       Sure.

11      Q       And we can come back and we can determine

12  whether we want to do that.  So in your reviewed

13  materials, it appears that the document I'm referring

14  to that was produced by Al-Rajhi Bank was included in a

15  range.  So it does appear that you at least reviewed it

16  in some form, but I suggest that we pull it up on the

17  screen --

18      A       Sure.

19      Q       -- so that we can look at it.  And this is

20  tab 93 which is now JW6.

21              (Winer Exhibit JW6 was marked for purposes

22  of identification.)

23              MS. ERB:  And this is 403 -- ARB-40369 if

24  that helps the technician.

25              BAILY:  Counsel, say that one more time,



```
 1   please.
 2              MS. ERB:  This is tab 93.
 3              BAILY:  Okay.
 4              MS. ERB:  And the page is the second --
 5   probably the second page of the PDF is the English
 6   translation of ARB-40369 as the Bates number.
 7              BAILY:  I'm sorry, counsel.  Can I have the
 8   Bates number one more time?  I think the one I have is
 9   slightly different.
10              MS. ERB:  So it is ARB-00040369.  This
11   is --
12              BAILY:  The note I have as 1093 is at
13   ARB-00000836 and ends on 840.
14              MS. ERB:  Give us one moment.
15              (A discussion was held off the record.)
16   BY MS. ERB:
17       Q    Mr. Winer, as a courtesy, I'm providing you
18   a hard copy --
19       A    Thank you.
20       Q    -- for your review.
21              BAILY:  I see.  There was two -- two
22   different tab 93s.
23   BY MS. ERB:
24       Q    Okay.  It's now on the screen as well, Mr.
25   Winer, if that's easier.  Do you recall seeing this
```



1    document?

2         A      Yes, I do.

3         Q      Okay.  In your report, sir, in 7.24 --

4         A      Right.

5         Q      -- you are quoting the FBI document as

6    stating that al-Towayan was employed by Al-Rajhi, an

7    investment firm located in Saudi Arabia working in its

8    compliance section and that ARB was paying his costs

9    while he was in the United States to study English at

10   the request of Al-Rajhi Finance Company.

11               Do you see that language in 7.24?

12        A      Yes.

13        Q      Looking at the document that is on the

14   screen, do you see that in the second line, the author

15   of the document which is the director of the Sharia

16   oversight office, he says I would like to convey the

17   application of the lead overseer of the Sharia

18   oversight branch, Mr. Towayan, bin Abdullah Towayan in

19   whom -- in which he requests a study leave in order to

20   study English for six months.  Do you see that

21   language?

22        A      Yes.

23        Q      So this document is saying that it was

24   Mr. Towayan's request to take study leave, correct?

25        A      Right.



1    Q      Do you also see a handwritten note in the

2    English translation, it's in bold in the lower right of

3    the translation, beginning no objection?

4    A      Yes.

5    Q      And in this handwritten note, it says no

6    objection provided that all expenses including travel

7    accommodation, board and studies are at his own

8    expense.  The company shall not bear any of said

9    expenses.

10          Do you see that?

11   A      Yes.

12   Q      So based on this document, the statement

13   that Al-Rajhi Bank -- the statement in the FBI report

14   that you quote that Al-Rajhi Bank was paying his costs

15   while he was in the United States to study is

16   inaccurate, correct?

17          MR. CARTER:  Objection.

18          THE WITNESS:  It might be.  It might not

19   be.

20   BY MS. ERB:

21   Q      Based on this document, it does not appear

22   that the bank had approved the study leave and agreed

23   to pay Mr. Towayan's cost while he was studying

24   English?

25   A      That's what this document says.  The FBI



 1   document says something different.  One would want to
 2   look at his payments and the record of his payments to
 3   know more.
 4        Q     And do you -- have you seen anything in the
 5   record to suggest that Al-Rajhi Bank was making
 6   payments apart from this FBI data point?
 7        A     No.
 8        Q     Do you agree that according to this letter,
 9   the bank said that it shall not pay -- bear any of said
10   expenses, correct?
11        A     Yes.  It seems -- it all seems very odd to
12   me.  It's hard to understand what's going on.
13        Q     Well, I think for our purposes, he made a
14   request.  The request was conveyed.  He made the
15   request to study English.  The request was conveyed.
16   The request was not objected to for leave so long as he
17   covered his own expenses.  Do you agree with that
18   interpretation of what's on the page?
19              MR. CARTER:  Objection.
20              THE WITNESS:  (Reviewing document.)
21              Here's the problem.  Yes, that summarizes
22   what's on the page, but there's a problem here.  And
23   the problem is is that we now know that Bayoumi was a
24   Saudi intelligence asset.  He was working for the Saudi
25   government and he's working with Towayan in part.  So



1    you would have to be able to decode what was actually

2    happening.

3            You'd want to be looking in order to be

4    able to ultimately assess the implications of all of

5    this in detail -- this is one of many, many, many data

6    points in my report of course, not the only one -- what

7    was really going on which requires an awful lot of

8    investigation.  We could go back to all the information

9    in the FBI report which I've just excerpted one section

10   and try to evaluate it overall.

11           But I can't tell you from this piece of

12   paper whether Al-Rajhi was or wasn't providing him

13   support in this period.  I know he had bank accounts

14   with ARB.  So it's difficult to evaluate.  Your

15   interpretation is a plausible interpretation based on

16   what's written on this page.  It may be a correct

17   interpretation based on this page, but you would then

18   want to look at other documents to make an ultimate

19   assessment about his relationship to Al-Rajhi during

20   the period of time he was in the United States.

21       Q      Mr. Winer, if we can now switch gears again

22   and turn to page 38 section 4.10.9 of your report and

23   this is on page 38.

24       A      Um-hmm.  Yes.

25       Q      And this is a paragraph of your report in



1    which you state that Julaidan and your -- was one of

2    bin Laden and Al-Qaeda's principal terrorist

3    financiers.

4              Do you see that sentence?

5         A    Yes.

6         Q    It's about three -- halfway down the

7    paragraph.  And you also state that -- at the last

8    sentence that Julaidan himself had accounts at Al-Rajhi

9    Bank.

10        A    Yes.

11        Q    Do you know when Mr. Julaidan was

12   designated?

13        A    After 9/11.

14        Q    September 6th, 2002.  And do you -- if you

15   look at tab 68 which if we can mark as an exhibit.

16             (Winer Exhibit JW7 was marked for purposes

17   of identification.)

18   BY MS. ERB:

19        Q    And this is ARB-39558, and you'll want to

20   go to the second page of the PDF.  And if we can scroll

21   down to the English translation which looks like it's

22   the fourth page of the PDF, yeah.  So this is a

23   document produced by Al-Rajhi Bank.

24             Did you review this document, do you

25   recall?



1       A       Yes.  This relates to the response to
2   SAMA -- SAMA's listing requirements when they were made
3   which was in response to UN designations.  And
4   monitoring was undertaken when SAMA reached out to the
5   banks and asked them to the address the kinds of people
6   who had been sanctioned by the UN.  That's my memory of
7   it.
8       Q       And if you look on the chart, if you go
9   down, you'll see -- one, two, three, four, five, six
10  rows down, you'll see a reference to Mr. Julaidan.  And
11  then if you scroll to the status column at the far
12  right, you'll see that the status is listed as blocked.
13      A       Sure.
14      Q       And if you go down further to number 56 in
15  the rows, but it's actually more like the 13th line
16  down, again, you'll see his name and you see the status
17  of his account as well.
18      A       I actually can't read anything on this
19  because it's too small.  So if I'm supposed to review
20  something, it would need to be made bigger.  Thank you.
21      Q       I feel your pain, Mr. Winer.
22      A       Let us continue and you'll feel it more.
23      Q       So in your report, you mention -- well, let
24  me just confirm.  You see that in the row listed 56 all
25  the way to the right, it's also -- the word blocked is



1    included there, correct?

2        A      I can't quite see it because it's -- the

3    way this is set up on my screen, but I see the first

4    letters B-L-O-C-K and I accept your representation that

5    the word is blocked.

6        Q      Very good.  Very good.  So in your -- in

7    your report, you mention that Julaidan had accounts at

8    Al-Rajhi Bank, but your report does not mention that on

9    request by its regulator after the designation of

10   Mr. Julaidan when the regulator asked for statements of

11   details of the accounts that Al-Rajhi Bank responded

12   and showed that these accounts were blocked.

13       A      Which section?  We're in section 4 of the

14   report?

15       Q      So --

16       A      So section 4 of the report is in response

17   to the question is there evidence that Al-Qaeda relied

18   on sympathetic financiers.  It might be -- hold on a

19   second.  Let's just see what the topic is because it

20   goes to the question that I was asked.

21              So the question here is were there

22   incidents in which purported charities were implicated

23   in money laundering for criminal activities including

24   the financing of terrorism and/or specific attacks

25   before September 11th, 2001.  The question was not



1  whether banks were blocking accounts as required by UN

2  sanctions and required by their country and their

3  regulator after September 11th, 2001.  So that's the

4  question that this relates to in this section.

5        Q      And would you agree in your review of this

6  document that this document appears to reflect what you

7  just described which is that Al-Rajhi Bank blocked the

8  account of Julaidan after he was designated after 9/11?

9        A      Yes.

10       Q      And provided that information on his bank

11 account being blocked to its regulator, SAMA?

12       A      Yes.  I'd like to address this slightly

13 longer in order to describe the issue more broadly.

14 The documents that I reviewed showed Al-Rajhi Bank

15 along with other banks in Saudi Arabia being called

16 together and having a committee formed and having

17 regular communications with SAMA following 9/11 in

18 which they blocked accounts as their regulator told

19 them to do on the basis of UN lists.  And that's

20 consistent with U.S. government reporting which showed

21 that Saudi Arabia was undertaking efforts in response

22 to UN lists in that period.

23       Q      Thank you.

24              I'd like to turn if we can to discuss the

25 FATF recommendations that you raise in your report.



1   You specifically cite at section 5, I believe.  Let me

2   just confirm.  On page 42 of your report and this is in

3   response to question 3 and we're going to be looking --

4   it's really pages 42 probably through to 48 of your

5   report where the FATF 40 recommendations come up.  You

6   specifically cite the 96 FATF 40 recommendations in

7   your report?

8       A    Yes.

9       Q    And you reference the -- in these pages,

10  you cite a number of different recommendations,

11  obviously not all 40, but the ones that pertain to

12  financial institutions.

13      A    Yes.

14      Q    And are you familiar with the FATF

15  introduction which we can pull up if it would be --

16      A    I haven't memorized it, so it would be best

17  to pull it up.

18      Q    Okay.  So this is tab 35.  It will be

19  Exhibit JW8.

20           (Winer Exhibit JW8 was marked for purposes

21  of identification.)

22  BY MS. ERB:

23      Q    And if we could go to I believe it's page 2

24  of the PDF.

25      A    I'm going to need to have that magnified,



1    please.

2        Q    And I'm focused on the fifth paragraph

3    down.

4        A    Yes.

5        Q    And --

6        A    I'm familiar with that.

7        Q    Okay.  And there's a -- the second sentence

8    says the recommendations referring to the FATF

9    recommendations are therefore the principles for action

10   in this field for countries to implement according to

11   their particular circumstances and constitutional

12   frameworks allowing countries a measure of flexibility

13   rather than prescribing every detail.

14            Do you see that?

15       A    Yes.

16       Q    And so it was your understanding that the

17   FATF recommendations were designed as recommendations

18   for implementation at the state level?

19       A    Yes, of course.

20       Q    And these were not obligations on private

21   market actors, banks, et cetera?  Rather they were

22   recommendations that states would implement in their

23   laws?

24            MR. CARTER:  Objection to form.

25            THE WITNESS:  That's not how I would



1    characterize it precisely.  It's accurate that states

2    were to implement the 40 recommendations.  That's

3    accurate.  There's also the group of bank supervisors

4    which was operating at the same time to create

5    standards for financial institutions directly which in

6    turn essentially referenced the FATF recommendations

7    and established them as minimum standards for the bank

8    supervisors who were their direct members to impose on

9    the banks that they regulated.

10                  There was a very complicated process going

11   on in that period of the late 1990s of establishing

12   consolidated supervision for banks.  This was initiated

13   in substantial part in response to the collapse of

14   BCCI, a bank that I spent years investigating as a

15   senate investigator in the late 1980s and late 19 --

16   early 1990s before I went to the State Department.

17                  So because of the need to have consolidated

18   supervision and integration of banks' standards and

19   practices around the world while it was up to the

20   national level to have supervisors supervise their

21   banks nationally, it was part of the international

22   system to protect banks internationally because of the

23   corresponding banking system.

24                  And so you have to understand the FATF

25   recommendations as being cheek by jowl with the Basel



1  Committee recommendation which were going into place at
2  the same time for bank supervisors because bank
3  supervisors also had obligations really to one another
4  as a kind of college of supervisors in order to prevent
5  systemic risk.  Systemic risk is created when any
6  country's financial regulatory systems is inadequate in
7  relationship to other countries.

8            And I could go on in this.  I don't want to
9  exceed the scope of your question too broadly, but I'm
10  trying to put an appropriate context on the question.
11  So, yes, but it's within this broader framework and
12  there's one more point from the text here going back to
13  the text.  Somewhere it says these are intended to be
14  universal application and I think that's on this page.
15  Give me a moment.  Here it is.

16            It's paragraph 4.  These 40 recommendations
17  set up the basic framework for anti-money laundering
18  efforts and they're designed to be of universal
19  application.  And the reason again is because of the
20  problem of systemic risk for the banking system as well
21  as the fact that international criminal activity, cross
22  border financial activity migrated to jurisdictions and
23  inadequately put protections in place.

24            And my work on a day-to-day basis at the
25  State Department literally day-to-day in the late 1990s



1    was among other things trying to get countries to

2    actually put the standards in place in a coherent and

3    comprehensive fashion.

4    BY MS. ERB:

5         Q    And just coming back to my question which

6    is just that the FATF recommendations were designed and

7    are intended to be adopted at a state level?  These are

8    state recom -- recommendations for states?

9         A    Yes, but the state level may be country

10   based in terms of the governments or it may -- it's

11   also regulator based.  So in some countries, regulator

12   status is somewhat independent of the government.  It's

13   not part of the executive branch.  Like the Federal

14   Reserve is not told what to do by a president,

15   whomever.  It's a separate independent.  It's these

16   complementary systems being designed at the same time

17   in an integrated fashion.

18        Q    And when states implement the FATF

19   recommendations whether, you know, through the bank

20   supervisors you call it or regulator or otherwise, they

21   don't necessarily implement all 40 recommendations,

22   correct?

23        A    They don't implement all 40 recommendations

24   necessarily in exactly the same way.  There was a --

25   there was a system of mutual assessment that was put



1    into place from the creation of the FATF as well which

2    included the development of regional bodies as well as

3    the global body because countries would be found to be

4    deficient in their implementation of various

5    recommendations by their peers and be asked to -- to

6    put further measures in place in order to ensure that

7    there were not weak links in the chain because banking

8    is like water.

9              If you have part of your water system, one

10   pipe that has got arsenic or lead in it like in Flint,

11   Michigan and there's lead in one area, that water can

12   flow to all kinds of other areas.  So it's incredibly

13   important that banking regulation and enforcement not

14   involve regulatory arbitrage or enforcement arbitrage

15   because that then creates dirty nodes which can infect

16   well beyond the original location.  So you have to have

17   the barriers in place locally.

18             So the financial system is like the water

19   system.  You have to be able to have it addressed

20   throughout because the pipes are all connected to one

21   another in corresponding banking.

22        Q     But you would agree that if you were to

23   review states that have adopted the FATF recommendation

24   that not all states are compliant with all 40

25   recommendations, correct?



 1      A      It's a -- there's a process for coming into
 2   compliance, that's right.  And I was working on that
 3   process at the State Department in the late 1990s
 4   country by country.
 5      Q      Do you know if the United States is
 6   compliant with the FATF 40 recommendations?
 7      A      At any particular moment, it's -- you would
 8   always be trying to improve, but generally speaking,
 9   yes.
10           MS. ERB:  So if we can pull up tab 72 which
11   we'll mark as an exhibit.
12           (Winer Exhibit JW9 was marked for purposes
13   of identification.)
14           MS. ERB:  Excuse me.  I misspoke.  Tab 73,
15   Exhibit JW9.
16   BY MS. ERB:
17      Q      So this is a web page --
18      A      Sure.
19      Q      -- from the FATF website and this is the
20   United States web page.
21      A      Sure.
22      Q      And if we flip to the second page of the
23   PDF and if we can look at the second paragraph.  The
24   United States is compliant on nine of the 40
25   recommendations and largely compliant on 22 of them.



1       A       Let's take a look at the further

2   description of it, please.  I can't evaluate that

3   without looking at it.

4       Q       Okay.  But just -- just -- I'm not asking

5   you to evaluate it.  I'm just asking you whether you

6   agree that here the FATF is reporting that the United

7   States is compliant on nine of the 40 recommendations,

8   largely compliant on 22 and partially compliant on five

9   and not compliant on four.  Is that what this says?

10              MR. CARTER:  Objection.

11  BY MS. ERB:

12      Q       I'm not asking you to evaluate.  I'm just

13  asking you to tell me if that's what this says.

14      A       I have not reviewed this particular

15  document or this particular assessment before.  And so

16  what's the date, please?

17      Q       So this was pulled from the website and it

18  should be current.  This was -- this is not -- we're

19  not looking at a -- going back in time when it was

20  first -- it says, though, United States was a member

21  since 1990.

22      A       Yes.  I would --

23      Q       So if you look -- if you go to page 3.

24      A       I'm willing to stipulate that the document

25  says whatever the document says, but it's not a



 1  document that I reviewed in connection with my report.

 2      Q      That's fine.

 3      A      And it doesn't respond to any question that

 4  I was asked in my report.

 5      Q      That's fine too.  If we can go to page 3 of

 6  the PDF.  It looks like this was from 2020 and it was

 7  the mutual evaluation of the United States.

 8      A      I know what this is about.  This is about

 9  beneficial ownership.  That's what this is about.

10      Q      So all 40 recommendations are about --

11      A      I don't know.  I'd have to read it, but

12  it's about beneficial ownership which I've been unhappy

13  about for years.

14      Q      Okay.  So if we go back to page 2, please.

15      A      Didn't there used to be beneficial

16  ownership requirements covering trusts and covering

17  LLCs?  And the United States has had a vigorous

18  domestic lobby of people who want to be able to hide

19  their money, the ultimate ownership of companies which

20  has impeded the United States moving ahead in this

21  particular area and that may be what this is about, but

22  I've never seen this document before.

23      Q      Okay.

24      A      So I don't know.

25      Q      Okay.  But going back to the intro page



 1  where it talks -- just the stats of the 40

 2  recommendations that -- you know, the FATF 40, right,

 3  and this is where the U.S. is in its compliance with

 4  those 40 recommendations.  Would you agree that that's

 5  what this document is stating?

 6           MR. CARTER:  Objection.  He's told you

 7  three times he needs to read the document to understand

 8  what that statement is referring to.

 9           THE WITNESS:  I've just seen for the

10  first -- forgive me, but I've just seen for the first

11  time on this next page because, again, I've never read

12  this document, never seen the document before, never

13  been asked to look at it.  I don't know what's in it.

14  I see this on the FATF website.  It's almost certainly

15  the result of the mutual assessment because I know the

16  FATF processes.

17           I would like to read the particular

18  criticisms and evaluate the particular criticisms.  I

19  could tell you what it means.  I could also evaluate it

20  against other countries.  I haven't done that, but I

21  haven't done any of that work.  So I can't really

22  address it.

23  BY MS. ERB:

24      Q    Okay.  And I'm not asking for your

25  evaluation.  I'm just asking whether you agree that



1    when FATF says that the United States is compliant on

2    nine of the 40 that these are the 40 FATF

3    recommendations that you refer to in your report?

4          A       No.  They are not the 40 FATF

5    recommendations I refer to in the report.  That's a

6    mistake.

7          Q       Because they've been updated?

8          A       They've been changed multiple times.

9          Q       Okay.  Okay.

10         A       I'm referring to -- my report refers to the

11   1996 ones.  That's what I was asked to look at.  I

12   wasn't asked to look at the special recommendations on

13   terrorist finance from 2001.

14         Q       Right.  And we're going to come to that.

15         A       Let alone -- let alone any of the later

16   ones.

17         Q       Right.  And we're going to -- we're going

18   to come to that as well.  Let's -- let's look at if we

19   can tab 72 and let's mark that one Exhibit JW10.

20               (Winer Exhibit JW10 was marked for purposes

21   of identification.)

22   BY MS. ERB:

23         Q       And so again we're on the FATF website and

24   this is for Saudi Arabia.

25               MR. CARTER:  When is this?



 1   BY MS. ERB:

 2       Q       And if you go to the second page of the

 3   PDF, Saudi Arabia has been a member since 2019 and

 4   there was a 2018 assessment of the kingdom's measures

 5   to tackle money laundering and terrorist financing.

 6       A       Right.

 7               MR. CARTER:  I'm just going to object to

 8   all of this.  It's material he's not seen relating

 9   to --

10               MS. ERB:  I understand.

11               MR. CARTER:  -- 20 years after the period

12   of conduct at issue.

13               MS. ERB:  I understand.

14               MR. CARTER:  I don't understand what this

15   has to do with anything.

16               MS. ERB:  It has to do with the fact that

17   he -- he's relying on the FATF 40 recommendations in

18   his report and I'm referring to house states implement

19   and adopt those recommendations as they are updated

20   over time and we will come to that.  So if you'll bear

21   with me, I'd like to continue with my questions.

22   BY MS. ERB:

23       Q       If we can go to page 3.

24               MR. CARTER:  Just a continuing objection.

25



1  BY MS. ERB:

2      Q      Page 3 of the PDF.  And it says Saudi

3  Arabia is now compliant on 17 of the 40

4  recommendations, largely compliant on 21 and partially

5  compliant on two.  Do you see that?

6      A      Yes.

7      Q      And would you agree again that without --

8  I'm not asking you to do an evaluation of which ones,

9  et cetera, but would you agree that the statement here

10  is that Saudi Arabia is compliant on 17 of the 40,

11  largely compliant on 21 and partially compliant on two?

12          MR. CARTER:  Objection to form.

13          THE WITNESS:  I don't know the date of the

14  documents.  It appears to be a document related to

15  around 2020 as near as I can tell because it references

16  a 2018 mutual evaluation.  I have not read the document

17  before, never seen the document.  And it's outside the

18  scope of my expert report, but it says Saudi Arabia's

19  progress and strengthening measures to tackle money

20  laundering and terrorist finance.  That's good that

21  they're making process.

22  BY MS. ERB:

23      Q      And if we can go to the next page of the --

24  it looks like the date is 17 January 2020.  So coming

25  back to your report on the 1996 --



1       A       Yeah.

2       Q       -- FATF recommendations --

3       A       Yeah.

4       Q       -- you agree that Al-Rajhi Bank's

5   compliance with the principles in the FATF

6   recommendations would come through its regulator, SAMA,

7   correct?

8       A       The standards would be promulgated by its

9   regulator, SAMA.  The standards were promulgated by its

10  regulator, SAMA, actually the year before the recom --

11  the 1996 recommendations came.  And I believe it was

12  late 1995 when SAMA put together its guidelines and

13  issued its guidelines.  That's my memory.

14              At the time, Saudi Arabia did not have

15  anti -- an anti-money laundering criminal statute or

16  terrorist finance criminal statute, but its regulator

17  did put the FATF 1996 recommendations into place to a

18  very considerable extent for the financial institutions

19  of Saudi Arabia.

20      Q       And in paragraph 5.2 of your report where

21  you describe the -- the 1996 recommendations, you say

22  in 1996 under the U.S. presidency of FATF, the

23  organization amended the 40 recommendations explicitly

24  to cover all serious crimes including terrorism,

25  correct?



1      A      That's what it says, uh-huh.

2      Q      Now, in the 1996 introduction to the 40

3   recommendations which you cite, they make -- that intro

4   makes no mention of counterterrorism, correct?

5      A      Correct.

6      Q      And in your report at 5.4, and this goes on

7   for a while, you're quoting the FATF 4 -- 1996 FATF 40

8   recommendations, correct?

9      A      Yes.

10      Q      And none of those recommendations as quoted

11   in your report include the word terrorism, correct?

12      A      That's right.  They don't include the word

13   terrorism.  They don't include the word corruption.

14   They don't include the word theft.  They don't include

15   the word bribery.  They don't include the word murder.

16   They don't include the word rape.  They don't include

17   the word extortion.  They don't include the word fraud.

18          They do include only one type of crime and

19   that's because the FATF previously had covered that

20   crime which was drug trafficking.  Everything else is

21   within the context of all serious crimes.  Since Saudi

22   Arabia and the United -- to the best of my memory and

23   the United States and most other countries at that

24   point included various acts of terrorism as serious

25   crimes as a result of the ceding to various UN



1    conventions covering serious crime like blowing up

2    airplanes, that kind of thing.

3              And there's a whole list of them.  Those

4    would be -- terrorism would be covered under serious

5    crimes, but it was no more specifically mentioned than

6    was murder or rape or corruption or extortion or theft

7    or fraud or any other drug -- any other crime other

8    than drugs which had been the original coverage.

9         Q    And would you also agree that in 1996, the

10   FATF guidelines that you quote do not contain any

11   particular recommendations on charities or

12   nongovernmental organizations?

13        A    I don't recollect that there were any, but

14   I don't believe there were any.  But I don't recollect.

15   I think that they're broader principles at that point

16   that they're talking about.  Charities were under

17   discussion in the UN system in connection with

18   terrorist finance prior to 911 which is why the

19   terrorist finance convention of 1999 was put into place

20   and there's reference to it in connection with those

21   deliberations.  I think I covered that in the report.

22        Q    And earlier in your testimony, you made

23   reference to the October 2001 FATF updates --

24        A    Yes.

25        Q    -- to the recommendations.  And these would



1    have been one month after 9/11 --

2         A      Yes.

3         Q      -- updated recommendations?

4         A      That's correct.

5         Q      And in footnote 109 of your report on page

6    43, you state that the updated FATF 40 recommendations

7    are outside the scope of your expert report; is that

8    right?

9         A      I'm sorry.  I don't follow what you just

10   said.

11        Q      So in the last sentence of footnote 109

12   since the 9/11 attacks --

13        A      Right.

14        Q      -- the FATF 40 recommendations have been

15   repeatedly updated, but those updates are outside the

16   scope of this --

17        A      Yes.  I ref -- I reference what happened in

18   2001 somewhere, I think, but the question that I was

19   asked was prior to September 11th, 2001.

20        Q      I understand.

21        A      So I was trying to be responsive to the

22   question that was asked and to limit myself in that

23   way.

24        Q      But it's your understanding then that in

25   October 2001, the FATF updated its recommendations?



1          A      Oh, yes.

2          Q      Okay.  And in the history on the FATF web

3    page which we can go back to if you'd like to see it,

4    but there's a statement that says in October of 2001,

5    the FATF issued eight special recommendations on

6    terrorist finance.

7          A      That's correct.

8          Q      Okay.  So -- so would you agree that the

9    FATF recommendations before 9/11 did not contain a

10   reference -- did not target terrorist financing, but

11   after 9/11 on Oct -- in October 2001, the FATF

12   promptly, swiftly undertook to update its

13   recommendations to address terrorist financing?

14              MR. CARTER:  Objection.

15              THE WITNESS:  I agree that in 2001, the

16   FATF gave much more explicit guidance on how to address

17   terrorist finance because of what happened with the

18   9/11 attacks.  As mentioned earlier, terrorism is a

19   serious crime and 1996 incorporated all serious crimes.

20   And I was around then in the U.S. government discussing

21   these issues with other countries including in

22   connection with FATF and UN activities both.

23              And the issue was is that there were a lot

24   of discussions about how individual countries were

25   going to regard terrorism, who was a terrorist, who



1    wasn't a terrorist.  And there was not harmonization on

2    all of that and that was not only true of terrorism.

3    It was also true of corruption which was another area

4    where certain countries particularly in the European

5    union in that period of time that didn't want to

6    express mention of active bribery.  That is paying

7    bribes because bribes were still tax deductible in the

8    European union.

9            So a decision was made to list all serious

10   crimes knowing that terrorism was included among all

11   serious crimes because pretty much all the members of

12   FATF, maybe all of them had signed on to various

13   terrorist conventions and, therefore, had made an

14   international commitment to treat terrorism -- pardon

15   me -- as a serious offense.  So that's my understanding

16   of the context of it.

17   BY MS. ERB:

18       Q    Going back to the FATF website and here

19   it's the description of the history of FATF and I

20   suggest that we do pull this up.  This is tab 83.

21            (Winer Exhibit JW11 was marked for purposes

22   of identification.)

23            THE WITNESS:  While you pull that up, let's

24   take a five-minute -- not 10 or 15, but a five-minute

25   break.



 1                    MS. ERB:  Five-minute break, sure.

 2                    THE WITNESS:  Yes, just five.  Very brief.

 3                    THE VIDEOGRAPHER:  Off the record at 12:28.

 4             (Deposition recessed at 12:28 p.m.)

 5             (Deposition resumed at 12:33 p.m.)

 6                    THE VIDEOGRAPHER:  Back on the record at

 7      12:33.

 8      BY MS. ERB:

 9          Q     So when we -- before the break, we were

10      pulling up tab 83 which is marked as JW Exhibit 11.

11      And this is again a page from the FATF website.  And if

12      you look at the second paragraph, the FATF states that

13      it was given responsibility to examine money laundering

14      techniques and trends, review the action already taken

15      at a national or international level and to set up

16      measures needed to combat money laundering.

17                    In 2001, the FATF expanded its mandate to

18      also combat terrorist financing.  Would you agree that

19      the FATF expanded its mandate as to what -- the scope

20      of what it was covering in 2001?

21          A     It expanded the scope of its

22      recommendations to go beyond 40 recommendations which

23      covered all serious crimes to add -- which necessarily

24      includes terrorist crimes as defined in UN conventions

25      to expressly provide direction and guidance on how to



1   address terrorist financing.  So in that sense, its
2   mandate expanded, but it already included all serious
3   crimes prior to that date.  So I would understand it to
4   be a reference to the special recommendations on
5   terrorist finance that were made in October 2001.
6        Q      And going -- going back to the operation of
7   these recommendations at a state level, we described
8   earlier that there would be implementation by the state
9   through its bank regulator where the recommendations
10  are relating to financial institutions and that would
11  become -- to the extent they're implemented, it becomes
12  part of local law, state law; is that correct?
13       A      Yes.  Yes, that's correct.
14       Q      Okay.  And in the case of Al-Rajhi Bank,
15  Al-Rajhi Bank's regulator is the Saudi Arabian monetary
16  authority, SAMA, correct?
17       A      Correct.
18       Q      And --
19       A      It's changed its name since.  That's now
20  the Saudi Central Bank, but it was SAMA at the time.
21       Q      And to the extent Saudi Arabia and SAMA
22  adopted the FATF 40 recommendations, those
23  recommendations would be implemented through Saudi law,
24  Saudi circulars, SAMA circulars, guidelines, et cetera,
25  right?



1        A        Yes.

2        Q        And are you -- do you consider yourself an

3   expert on Saudi banking regulations?

4        A        I am on the Saudi banking regulations

5   relating to money laundering in terms of the 1995 I

6   think November circular that was issued because I spent

7   a lot of time with that.  I have not spent a lot of

8   time with every other Saudi bank regulation.  I am an

9   international banking regulatory attorney.  I continue

10  to practice in the area and I have had clients within

11  the past 12 months seeking my advice on particular

12  elements of gulf state banking regulation up to the

13  current day.  That's the best answer I can give you.

14            Have I read every Saudi circular governing

15  banks, no.  I would look at it in connection with a

16  particular matter as an attorney or as an expert

17  witness.

18       Q        But you're not a Saudi -- you're not a

19  Saudi banking law expert?

20            MR. CARTER:  Objection.

21            THE WITNESS:  I'm an expert in comparative

22  banking law.  I've been a banking regulatory attorney

23  in various forms except for my -- periods of my

24  government service over much of the last 20 years, not

25  all of it, but much of it including currently.  It's an



1 | area where I have practiced even recently.

2 |         Any type of banking regulation you look at

3 | in terms of as a -- in a comparative way unless it's

4 | purely domestic application, in a comparative way for

5 | the reasons I articulated before which is how does it

6 | compare to the regulations in other countries, what is

7 | the relationship of it.

8 |         So, for example, I'm trying to answers your

9 | questions directly as I can.  Gulf states currently are

10 | trying to address elements of what they have to do in

11 | connection with U.S. laws on the reporting of entities

12 | that may have relationships with U.S. persons.  And so

13 | as banks get -- as a new bank comes into existence,

14 | they may want guidance on will the following forms,

15 | will the following boilerplate meet the requirements of

16 | the EU, will they meet the requirements of the U.S.,

17 | that kind of thing.

18 |         So you drill down as an attorney on a

19 | particular matter on a particular issue in order to

20 | understand it based on the laws and regulations that

21 | are applicable to understanding that issue.  So in that

22 | context, I look at Saudi banking law from time to time

23 | as need be.  I have spent a lot of time with that

24 | original circular.

25 | BY MS. ERB:



1      Q      On a comparative basis as you say?

2      A      On a comparative basis and trying to

3   understand how it would work in connection with also

4   mutual evaluations because I was deeply involved with

5   the mutual evaluation process in the 1990s.

6      Q      Which again is at the state level?

7      A      The mutual evaluation process is at a

8   college of state levels which is to say different

9   countries' regulators and experts.  It's not just the

10  regulators.  It's people from the State Department,

11  people from the Treasury Department, people from the

12  Justice Department, people from the banking regulatory

13  agencies like the Federal Reserve where they control

14  the currency will come together to evaluate an

15  individual country's FATF compliance like the document

16  you showed me from 2020 which I had never seen before

17  because I hadn't been asked to look at it.

18          Back in the 1990s which is what my report

19  covers really fundamentally up to period 2001 and most

20  of the questions, the key document was the 1995 SAMA

21  circular and that would have been what would have been

22  evaluated in a comparative basis.

23     Q      And so you would not in your work as a

24  comparative lawyer or expert on comparative banking

25  standards, international banking standards, you would



1   not consider yourself an expert as to whether a bank

2   outside of the United States has complied with its

3   local laws and local requirements?

4           MR. CARTER:  Objection.

5           THE WITNESS:  That actually depends.  I had

6   been asked that question by gulf state banks because in

7   the case of some gulf states and some situations, their

8   local laws are dependent on their status by the United

9   States as part of a bilateral agreement to have their

10  banks credentialed in particular ways.

11          So there's both multilateral and bilateral

12  requirements that local banks may be relying on.  So

13  the question might well be is this language going to be

14  good enough for the United States in a way that the

15  gulf states' regulator will say this is absolutely fine

16  and copacetic and we're not going to have a problem.

17  That's an actual case that I was asked to provide

18  regulatory guidance on by a client within the past year

19  as a for -- as a for example.

20          So I think if you're trying to say do I

21  provide advice to domestic banks of Saudi Arabia on

22  purely domestic Saudi issues, no.  Would I provide

23  advice to a Saudi bank on an issue in which there are

24  obligations not only to their own regulator but which

25  has implications for their correspondent banking



1  relationships which are absolutely essential for their

2  function, yes.  So the answer is not a black and white

3  simple question.  It just depends on the issue.

4      Q      But you certainly based on everything you

5  said today in this -- in this deposition, you would not

6  hold yourself out as a Saudi banking lawyer?

7      A      I'm not qualified to practice law in Saudi

8  Arabia, so it would not be proper for me to advise a

9  Saudi institution on a purely Saudi issue unless there

10  are international issues associated with it.  I have

11  been asked as I stated by clients to opine on issues

12  that relate to local laws of local gulf states because

13  of their interrelationship with international banking

14  standards including obligations to the United States,

15  but not just the United States.

16      Q      And have you ever conducted a financial

17  audit of a Saudi Arabian bank?

18      A      I have not.

19      Q      Have you conducted a financial audit of any

20  bank?

21      A      It depends what you mean by audit.  I have

22  participated in working with auditors in designing

23  compliance reviews and interpreting the results of the

24  compliance reviews in -- of more than one bank based

25  overseas in order to assist that bank in coming into



1  compliance with not only its domestic money laundering

2  standards and international money laundering standards,

3  but with its needs in relationship to its corresponded

4  banking relationship.

5           So when a bank gets in trouble with

6  corresponded banks, it may call on me, for example, to

7  help do a clean up.  What do we have to do to get out

8  of the mess that we're in in terms of compliance.  And

9  there I might retain a forensic auditor to do the

10 auditing part.  I might help them design what the audit

11 program is going to look like.  I'll look at their --

12 what their proposed approach is going to be, make

13 recommendations.  I'll then interview people in the

14 bank.  I'll look at bank records.  I've done that from

15 time to time.

16      Q     Have you ever done that exercise with a

17 Saudi bank?

18      A     No.

19      Q     And when you are looking at SAMA

20 regulations, you are looking at the English versions,

21 correct?  You don't speak Arabic?

22      A     I do not read Arabic.  I do not write

23 Arabic.  I don't speak Arabic.  Through all of my

24 years, I've never mastered a second language adequately

25 to be able to do that without assistance in a way that



1    I feel comfortable with when it comes to legal

2    documents which is why I rely on translators as I did

3    throughout the time I was a diplomat to assure me the

4    documents are accurate in both languages.

5        Q    And in preparing your report in this case,

6    did you consult at all with a Saudi law expert or a

7    Saudi banking law expert that spoke Arabic?

8        A    If I had done that, I would have reported

9    that in this report.

10       Q    And you were previously disqualified from

11   opining on the banking laws of a foreign country; is

12   that correct?

13       A    Not exactly.  It's not exactly correct, no.

14       Q    And here I'm referring to the McDonald case

15   which related to Canadian interpretation of the laws of

16   Canada.  Do you recall that?

17       A    I'm aware of the case and I'm aware of what

18   you're referring to.  My understanding from the

19   attorneys, and I was not present during the discussion

20   with the judge, is that I actually was not

21   disqualified.  There was a decision made to limit the

22   scope of what I would cover to international

23   comparative law because I was not a Canadian lawyer.

24   And that decision was made not to put that part of my

25   testimony as -- within the scope of the testimony that



1   I gave to the judge, but I believe I was not

2   disqualified.

3        Q       So the -- the --

4        A       I testified in the case extensively on

5   international money laundering standards and their

6   application to that particular case.

7        Q       Okay.  The Court in that case stated

8   that -- let me just read this.  It says despite

9   qualifying them as expert, I ruled that both Mr. Winer

10  and Mr. Delstin (ph) were not qualified to provide

11  opinion evidence regarding the interpretation or

12  application of the laws of Canada or Ontario.  Indeed

13  they both acknowledged that they were not experts in

14  Canadian banking practices and have no experience with

15  the Canadian regulatory regime.

16       A       That's not an accurate characterization of

17  my testimony or my experience.  It's correct that I

18  would have told the judge if asked, and I don't

19  recollect the details, that I was not qualified to

20  practice law in Canada.  I'm qualified to practice law

21  in the United States.  I'm not qualified to practice

22  law in Canada, but I've been consulted by the Canadian

23  government about the application of its money

24  laundering laws and was prior to 9/11.

25       Q       And here you're not qualified to practice



 1  law in Saudi Arabia as you say, but do you consider

 2  yourself an expert in Saudi banking regulations to

 3  assess a bank's compliance with the regulations of its

 4  local regulator as a matter of Saudi law?

 5       A       It depends.  If you're talking about the

 6  English language, side-by-side version English

 7  language, Arabic language purporting to be the same of

 8  the 1995 circular which is based on FATF standards

 9  based on review of evidence, one can determine whether

10  actions were taken that are set forth in that

11  regulation or not.

12              And I feel completely competent to do that

13  based on the review that I've undertaken and I

14  undertook that review.  And the plain English meaning

15  of the words is I think quite clear particularly in the

16  context of FATF recommendations and international

17  standards.

18              So you look at the plain meaning of the

19  words.  That's what comparative law is all about.  And

20  here I'm not providing my opinion to a Saudi court or

21  to the Saudi government.  And the case you cited,

22  ma'am, was in Canada.  It was about Canadian law in

23  Canada.  He's not a Canadian lawyer.  I'm not making

24  representations here about Saudi law to a Saudi court.

25       Q       But you are making --



1        A        I'm an American specialist as an American

2    specialist and expert in comparative banking law to an

3    American court about the plain meaning of the terms of

4    the regulations issued by the Saudi Arabian monetary

5    authority in 1995 and I feel qualified to do that.

6        Q        Do you feel qualified to state whether a

7    Saudi bank has somehow violated a rule of Saudi law?

8        A        In terms of the law as written and in

9    English, again, some of the English and the Arabic are

10   the same as is represented from the circulars.  Yes,

11   Saudi regulation, yes, depending on the facts.  It's a

12   contextual issue.  It depends in part on how gross it

13   is, how clear it is.  You look at the facts.  You apply

14   the law.  That's what comparative legal experts do

15   based on their knowledge of the whole international

16   banking system which I spent decades working in.

17       Q        But, again, this would be your subjective

18   view of those laws, not your views as an auditor of the

19   Saudi bank or a lawyer determining the bank's

20   compliance with its own local laws of its regulator?

21       A        I am not advising -- in connection with my

22   expert report, I'm not advising the Saudi bank on what

23   to do about compliance.  I could do that if asked with

24   a forensic auditor and with a Saudi lawyer, but this is

25   for a different purpose.  This is looking at what the



1  SAMA regulations were in 1995, their relationship to

2  the 40 recommendations as set forth in my report and my

3  examination of the evidence from the bank what it

4  actually did.  And I've done that in this report, laid

5  it out in great -- at great depth and length and I'm

6  comfortable with the assessments that I made.

7      Q      And because you're not an auditor, you

8  don't really know how common the types of issues you

9  identify in your report were among Saudi banks at that

10 time?

11     A      I have heard this particular line of

12 approach before in other cases and this was made I

13 think in the Arab bank case that I was an expert in

14 about what's common practice amongst banks and what's

15 the standard of compliance.  And I think that's what

16 you're asking me about as near as I can tell.

17            And in that area, the position that I've

18 taken in the past and I think is the right one is

19 unless you are -- have examined a lot of banks in a

20 particular jurisdiction, you're not in a position to

21 opine about common practice and I'm not sure that

22 common practice is the proper standard in any case.

23            In the case of the United States, many

24 major U.S. banks have faced fines sometimes in billion

25 dollars or more, very, very large fines for various



1   kinds of money laundering failures.  So you have to --

2   looking at the state of compliance in a particular

3   country is I think not the relevant test.  It's up to a

4   court to decide.

5            But as I look at things, I compare what the

6   rules require and a financial institution did, not

7   referring to what some other financial institution

8   might have done.  I look at what happened in a

9   particular case based on all the evidence available to

10  me.  That's what I've tried to do here.

11       Q     And, again, we're talking about the 1990s?

12       A     We're taking -- the questions I was asked

13  and which I've -- the report covers is prior to

14  September 11th, 2001.

15       Q     In section 9 of your report, around 9.31, I

16  believe -- let me just get there -- you talk about

17  reviewing the account opening documents for certain of

18  the charities that we're discussing.

19       A     Yes.

20       Q     And you note that in 9.32 that the

21  fields --

22       A     What page are you on, please?

23       Q     So this is page 146.  And in paragraph

24  9.32, you noted that some of the fields in the account

25  opening forms were missing information; is that



1  correct?

2      A      Yes.

3      Q      And do you recall from your review of these

4  documents that many of these documents were manually

5  filled out?

6      A      I don't recollect when there was

7  handwritten and when there was typed.  And I don't know

8  what the word manual means here as opposed to what

9  you're contrasting it with.  You mean by computer or

10  electric?

11     Q      That it was handwritten, you know,

12  handwritten forms filled out and not -- not entered on

13  a computer or otherwise.

14     A      I looked at the English language versions

15  for most of this rather than the Arabic version.  You

16  can show me a particular document and we could go

17  through it.

18     Q      And do you -- do you know based on your

19  review of these documents what the standard would have

20  been in Saudi Arabia in the 1990s if you take on faith

21  for a moment that these were handwritten which I

22  represent to you they were what the standard of data

23  collection was in Saudi Arabia at this time?

24     A      What I know is that the 9/11 commission and

25  the monograph on terrorist finance consistent with my



1  understanding when I was a U.S. government official at

2  the State Department in the late 1990s, very late in my

3  tenure, was that Saudi Arabia was not enforcing its

4  anti-money laundering regulations which is one of the

5  reasons we sent teams to Saudi Arabia to try to put

6  pressure on them to shape up.

7              This was not just a problem in Saudi

8  Arabia, however.  It was a problem in a number of

9  countries which is why I went to Israel, Lebanon,

10  Syria, Cyprus to talk about countries in the region to

11  address similar issues of especially noncompliance with

12  what we needed to be safe and to have international

13  money laundering standards be applied appropriately.

14              Another team, it didn't happen to be me,

15  went to Saudi Arabia on exactly the same issues.  There

16  were special considerations that were given to the

17  outreach to what was called -- what were called the GCC

18  countries at the time.

19              Excuse me.  I'm going to have to pause

20  because I have a pernicious cold that I've now had

21  since late November which rears up from time to time.

22  I'm going to need just one minute.  Please take us off.

23              MS. ERB:  Should we break for lunch?

24              THE WITNESS:  No.  I want to continue and

25  finish this sentence, please.



1          THE VIDEOGRAPHER:  Off the record at 12:57.

2          (Deposition recessed at 12:57 p.m.)

3          (Deposition resumed at 12:58 p.m.)

4          THE VIDEOGRAPHER:  We are back on the

5    record at 12:58.

6          THE WITNESS:  So the problem that was -- we

7    were perceived to have had prior to 9/11 and this is

8    1997, '98, '99 to be precise as possible was that the

9    anti-money laundering standards that the FATF had

10   agreed on had not been implemented in practice, in some

11   cases even de jure, but in a number of countries in

12   reality.  And so we sent out teams and I led teams to a

13   number of different countries to put -- to press on and

14   make more of a priority for adherence to the anti-money

15   laundering laws.

16          So Saudi Arabia was not the only country

17   here that was not doing what it needed to do to enforce

18   the anti-money laundering regulations it had.  Based on

19   what I've already said to you, I can't comment on what

20   common practice in Saudi Arabia actually was at that

21   time.  I can only look at what the SAMA standards say

22   you're supposed to do or required to do and what they

23   were actually doing based on the incomplete documents

24   provided to me.  That's what I did in this report.

25   BY MS. ERB:



1      Q      And did you identify in your report any

2   SAMA enforcement action against Al-Rajhi Bank with

3   respect to its noncompliance with Saudi -- excuse me --

4   with SAMA regulations?

5      A      To the contrary, I identified in my report

6   statements by U.S. officials and agencies.  Monograph

7   on terrorist finance has been particular as a good

8   example, but I think it's also the 9/11 report and it's

9   elsewhere I think in a joint assessment by the CIA and

10  FBI in 2004 that there had been nonenforcement of the

11  SAMA regulations by SAMA in Saudi Arabia and that that

12  was a problem.  That's what I'd heard back when I was

13  at the State Department in the late 1990s which is why

14  we sent a team out.

15     Q      And based on your -- the documents you

16  reviewed and your experience with the many countries

17  that apparently were not up to the U.S. standards with

18  respect to their money laundering laws, do you have any

19  reason to or any document to point to that the level of

20  information in the documents, account opening documents

21  you reviewed were not -- were unusual as compared to

22  the account opening documents in any other banks in

23  Saudi Arabia or other countries that you've listed?

24  You listed a number of them.

25     A      I was not doing bank examinations in the



1   late 1990s.  I was dealing with entire jurisdictions

2   that were not meeting -- you made one statement that I

3   have to disagree with that's in your question as an

4   assumption.  It's not about -- it was not about U.S.

5   standards.  It was about the international standards

6   that had been put into place in 1996 which we needed as

7   a matter of national security.  This was not just about

8   banking regulation.  This was about national security.

9           I came into this field at the very, very

10  beginning before there were any international standards

11  on banking and there was a recognition you could create

12  both systemic risk and risk of serious financial crimes

13  of various natures if you didn't have an integrated,

14  harmonized international system.

15          The GCC in the time that I was at the State

16  Department was considered a black hole in this area for

17  compliance.  It was just complete nonfeasance in

18  practice regardless of what the regulations were on

19  paper.  Different countries had different levels of

20  regulations on paper.

21          Saudi as I mentioned had no terrorist

22  finance law to my understanding criminalizing it or

23  criminalizing money laundering.  What it had was the

24  SAMA regulations as the only thing to provide guidance

25  and protection.  And the perception was and this was



1   true maybe reiterated years later after 9/11 that it

2   wasn't being enforced.

3            And the information that I saw was

4   consistent with SAMA nonenforcement which is to say

5   they weren't doing -- what they were doing was they

6   were doing account opening documents.  We're going to

7   make sure we got the right person on as a signatory.

8   We're going to make sure we have the right person on as

9   a signatory, not much else.

10           And for small accounts, you know, a Joe

11  Dokes depositing the income from his small business,

12  it's not going to matter.  Big clients, big amounts of

13  money, transnational activity, that matters.

14       Q    To come back to what you saw in the

15  documents you reviewed, again, to be clear, you did not

16  see any indication of a violation of SAMA banking

17  regulation that SAMA notified the bank about that SAMA

18  was asking the bank about or taking enforcement action

19  against the bank?

20       A    The records that I saw were consistent with

21  the finding of the 9/11 commission's staff report on

22  the monograph that there was no enforcement action

23  undertaken by SAMA.  I don't know of any enforcement

24  action taken by SAMA against anyone prior to 9/11 in

25  connection with its policies.  If there is any, I've



```
 1   never seen it.
 2       Q     So I think I would like to take a lunch
 3   break here and I'll defer to you on how long you would
 4   like for launch.  I would like 30 minutes or -- but --
 5       A     It's -- then 30 minutes.
 6       Q     Is that enough time for you?
 7             MR. CARTER:  Thirty will do.  Let's try not
 8   to go too much longer.
 9             THE VIDEOGRAPHER:  We're off the record at
10   1:04.
11             (Recessed at 1:04 p.m. for lunch.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



```
 1              A F T E R N O O N   S E S S I O N
 2                  (Reconvened at 1:42 p.m.)
 3              THE VIDEOGRAPHER:  We are back on the
 4   record at 1:42.
 5   BY MS. ERB:
 6       Q      Mr. Winer, are you familiar with the term
 7   zivot?
 8       A      Yes.
 9       Q      Can you tell us what your understanding of
10   that term is?
11       A      It's a -- one of the pillars of Islam.
12   It's the requirement that good Muslims contribute a
13   portion of their income or wealth to other Muslims for
14   a common or good cause.
15       Q      And you would agree that a contribution of
16   zivot or fulfilling your zivot obligations is not a
17   suspicious activity or a suggestion of terrorist aims,
18   correct?
19       A      Yes.
20       Q      And you agree that one way to make -- to
21   fulfill your zivot obligations is to make donations to
22   charitable organizations?
23       A      Yes.
24       Q      And, sir, have you ever consulted the Koran
25   in any way?
```



1      A      I've read it.

2      Q      You've read it.  Okay.  Are you familiar

3  with the verse 2-2271?

4      A      Not by number.  I couldn't tell you the

5  number of any part of the old testament or the new

6  testament either.  I'd have to read the text, though

7  I've read all three.

8      Q      I'm going to read you --

9      A      Sure.

10      Q      -- an English translation and if you feel

11  the need to pull that up, we can do so, but it's very

12  short.  It says if you disclose your charity, it is

13  well, but if you conceal it and give it to the poor,

14  that is better for you.

15      A      Yes, I'm aware of that.

16      Q      You're aware of that.  Okay.  And against

17  that tenet, would you agree that charitable donations

18  including charitable donations to fulfill zivot

19  obligations are sometimes made without disclosing the

20  name of the donor?

21              MR. CARTER:  Objection.

22              THE WITNESS:  Yes, sometimes they are.

23  BY MS. ERB:

24      Q      And do you agree that the donations where

25  the name of the donor may not be disclosed is not



1  suspicious?

2      A      Not in the absence of other facts.  Other

3  facts might make it potentially suspicious.  And I note

4  in the case of Sulaiman Al-Rajhi, he had a foundation

5  with his name in it.  His charity had his name in it.

6      Q      And does that mean that you think any

7  charitable donation that includes his name is

8  suspicious?

9      A      No.  I think that he traveled a nation that

10 includes his name is not anonymous unless there's been

11 an effort to make it anonymous.

12     Q      Well, sir, if I may, there are -- there's a

13 charitable foundation that may make and manage

14 charitable contributions, but when an individual is

15 making a charitable contribution and they don't want to

16 disclose their name, are you saying that just because

17 he has a charitable foundation that manages his wealth

18 would -- if Bill Gates wants to make an anonymous

19 contribution, is that suspicious because he has a

20 charitable foundation?

21             MR. CARTER:  Objection.

22             THE WITNESS:  That's not -- that's not

23 actually what I said.  I'm happy to take a minute to

24 try and separate out the different elements of it.

25 It's perfectly fine to make an anonymous donation.  I'm



 1    not aware of any reason why an anonymous charitable

 2    donation would in and of itself be a problem.

 3              Very large donations of charity to a Dawah

 4    organization which is operating in areas of conflict

 5    might be the type of contributions that would be of

 6    high risk for the reasons I go through at some length

 7    in my report.  A person who has set up a charitable

 8    foundation or a committee under his name would not seem

 9    to me to be a person who is seeking to keep his

10    contributions overall secret.

11              Documents would suggest as I've seen in

12    this case an individual wanting secrecy in part because

13    of public revelations of his -- the charity under his

14    name and related -- related entities being linked to

15    terrorist finance, that would raise some questions for

16    me as I articulate in the report.

17    BY MS. ERB:

18         Q    And, sir, if -- we may want to go and look

19    at one of those in a moment, but the general principle

20    that somebody of immense wealth that may have a

21    charitable foundation and that is fulfilling his

22    individual's zivot obligations through a donation, if

23    that donation is made anonymously, do you agree that in

24    and of itself that is not suspicious conduct?

25              MR. CARTER:  Objection to form.



1            THE WITNESS:  It depends on the context.

2    For example, if you're making it at home locally in

3    your country to a local organization that's nearby to a

4    local person, if you're dropping off a turkey for

5    somebody for Christmas dinner locally, an anonymous

6    contribution might be absolutely normal.

7            If you're moving money all around the world

8    to a bunch of Dawah organizations that are in conflict

9    zones as the entities that you referred to earlier as

10   charities and as I refer to as Dawah organizations in

11   my report are engaged in a wide range of activities and

12   there's public press on them which there was and you're

13   making an anonymous contribution and there's references

14   to this being made in part and structuring being made

15   in part to keep it anonymous because of associations

16   with terrorism, that's a different story.  And that's

17   the story that I saw in this case and it suggests a

18   motive other than the motive articulated in the saura

19   (ph) that you quoted.

20   BY MS. ERB:

21       Q      And when you have charitable organizations

22   that are operating in conflict zones, you agree that

23   the activities that those charitable organizations are

24   engaging in may be legitimate?

25       A      They have been in the case of these



1  charities a mixture of legitimate and illegitimate.

2  The illegitimate activities I've described in various

3  expert reports as well as the legitimate activities.

4  When I was in the United States government, one of the

5  barriers or concerns the United States government had

6  about talking publicly about the risks of the charities

7  and doing more about the -- in response to the

8  charities was because they were doing some humanitarian

9  activity in some countries, substantial humanitarian in

10  conflict zones.

11          And they were intermingled with a wrongful

12  activity where you don't really want to be in a

13  situation of preventing a charity from engaging in

14  humanitarian activity which is why for a charity like

15  that to function and function well, you need to have

16  really good governance and really good due diligence to

17  prevent the risk of diversion and harm coming from the

18  charity doing the wrong thing like working with

19  Al-Qaeda and bin Laden notoriously as the state

20  supported charity, al-Heramain, did according to the

21  words of the Saudi Arabian government.

22      Q      In 2004?

23      A      The Saudis -- Saudis said over a period of

24  time different phrases initially about the Al-Jabbaar,

25  about the branches, but ultimately about the entire



 1   organization later.  And so the need for due diligence

 2   and for really careful recordkeeping and accounting and

 3   auditing becomes just tremendously important in order

 4   to know that they're clean.

 5            So if you're involved in giving to

 6   charities, you want to know what their financial large

 7   amounts.  You want to know what their financial

 8   statements are, what they're doing, where they're doing

 9   it to make sure that your charitable contributions are

10   going for things that are good, not things that are

11   potentially dangerous.

12        Q    And is it your testimony that in the 1990s,

13   that level of diligence on charitable donations was the

14   norm and that international regulations would expect

15   that and that Saudi regulations would expect that?

16        A    The Saudi regulations we can certainly get

17   into.  They were not adhered to when it came to these

18   charities in my opinion.  And I've articulated in the

19   expert report why I came to that opinion and what the

20   basis for it was.  I'm less interested as I said to you

21   before in what some undefined set of international

22   norms are supposed to be of actual practice.

23            The question is what are you actually doing

24   and what harm is it causing, what's the risk.  This

25   goes to the whole point of the anti-money laundering



1  programs which is that they're risk based.  They're not

2  list base.  They're risk based.  And there was great

3  risk here with these charities.  The risk was fulfilled

4  and practiced by what they wound up doing and,

5  therefore, due diligence was required in order to

6  ensure that you weren't contributing to terrorism.

7          Now, the CIA lays out in its various

8  reports what it found the Al-Rajhi family was doing and

9  what it found ARB was doing, a conduit for terrorist

10 finance.  What I found when I looked at the ARB

11 documents, there was no due diligence by ARB.  And what

12 I found when it came to Sulaiman Al-Rajhi or SAAR, the

13 founder of the SAAR Foundation, is an effort to make

14 things going through the United States anonymous tied

15 to wanting to address the fact that there have been

16 allegations or terrorist finance.

17          And there's a document that says that, but

18 it's also reported separately by conversations that the

19 SAAR Foundation head in the United States, ███████,

20 with IRS officers as articulated in the Kane

21 affidavits.

22     Q     And just to be clear, there was no action

23 ever taken with respect to ███████ in the United

24 States, no destination or prosecution to your

25 awareness?



1        A       To the best of my knowledge, he was not

2   designated.  Al-Heramain U.S. was eventually

3   designated.  It was controversial because it's a U.S.

4   entity for the same reason the Hoyland (ph) Foundation

5   was controversial because it was a U.S. entity because

6   designations had historically been almost entirely of

7   foreigners because the underlying authority of the

8   International Emergency Economic Powers Act is based on

9   foreign threats and foreign national sec -- economic

10  national security threats.

11              So if you look at the whole history of U.S.

12  sanctions, it's directed at threats from outside which

13  makes it particularly inapplicable in general to

14  threats from inside which was among the points the

15  court made I believe ultimately in the Oregon

16  al-Heramain case which is this question of the extent

17  to which various criminal processes of due process are

18  required if it's a domestic target as opposed to a

19  foreign target under IEEPA authorities which have

20  different standards.

21              And ▮▮▮▮▮▮▮▮▮▮ was not designated.  You're

22  correct.  And the best of my knowledge, he wasn't

23  indicted either.  That's a criminal standard.  In my

24  report, I articulate part of the reason and I don't

25  know for sure of the various elements of the decisions



1    made on Green Quest.

2              But one of the reasons it would have been

3    hard to go ahead and prosecute and those reasons are

4    essentially records were international.  The records

5    weren't all located in the United States.  There were

6    records located in the Isle of Man, a bank secrecy

7    haven that I complained to about the British government

8    in the 1990s personally and in Saudi Arabia.  So you

9    would have to know on the inside what the reasons were,

10   but those are among the possible reasons why there was

11   no action taken given the evidence that existed.

12        Q    And in your -- in your review of the

13   documents, you have not seen any charitable donation by

14   the bank, by Sulaiman Al-Rajhi that you identify as

15   being intend -- where the documents show that the

16   beneficiary of that donation was a terrorist or was

17   being used for terrorist aims, correct?

18        A    Charities -- yes, correct.  Charities are

19   not allowed to give money for that kind of purpose.

20   It's outside what charities are allowed to do.  It

21   would be an immediate violation of the terms of the AHM

22   charity to write that down.  I've never seen a charity

23   anywhere or a bank anywhere with two partial

24   exceptions, one which is Al-Rajhi, the other which is

25   Arab Bank, ever make a reference to providing support



1  for terrorist.  I haven't seen it over decades in this

2  field.

3         The reference I'm talking about here are

4  payments to martyrs which are in terms referenced I

5  think in 9/11 commission report if my memory is

6  accurate, but payments for martyrs for Hamas which as

7  far as I'm concerned is terrorist finance.  Hamas was

8  engaging in terrorist activity.

9     Q      So -- and the SAAR Foundation in the United

10  States and the SAAR Charitable Foundation in the

11  kingdom of Saudi Arabia were never designated, right?

12     A      The kingdom of Saudi Arabia?

13     Q      No.  The SAAR Charitable Foundation that

14  was -- that is founded in Saudi Arabia, that was never

15  designated and the SAAR Foundation in the United States

16  that was the subject of the Kane affidavit was never

17  designated?

18     A      That's correct to the best of my knowledge.

19     Q      And you agree coming back to where we

20  started on charitable contributions that charities

21  operating in war zones are engaging in legitimate

22  conduct and that charitable donations to charities

23  operating in conflict zones would be one way for

24  Muslims to fulfill their zivot obligations?

25     A      Yes, though the statement is incomplete.



1   It's true so far as it goes.  It's incomplete because

2   it does not address the risk of improper uses which I

3   believe is incumbent on someone to pay attention to if

4   they're directing a charity or making large payments.

5   And indeed it's not just my opinion there.  The --

6   there are particular requirements that SAMA made both

7   for organ -- large organizations be handled by a bank

8   and for accounts generally.

9           And here it gets a little complex because

10  you have Sulaiman Al-Rajhi as head of the bank,

11  co-founder of the bank and head of the bank.  And you

12  have him as head of the SAAR Foundation whether you're

13  talking about the SAAR committee, the SAAR Charitable

14  Foundation in Saudi, those two different things, one of

15  which was incorporated, the other which I don't know

16  what it was and the one in the United States.

17          So you're having these multiple roles

18  simultaneously and you have people at the foundation

19  who are also -- at the SAAR Foundation who are also

20  working for the al-Heramain Foundation for the head of

21  the bank.  So given the complex set of relationships,

22  you would want due diligence to be done somewhere and

23  as near as I can tell, it wasn't done.

24      Q    And for charities in Saudi Arabia that were

25  headquartered in Saudi Arabia that may have had



1    branches overseas, do you know when the law came into

2    effect that restricted transfers from the Saudi

3    headquarters to projects or branches overseas?

4         A       It was discussed in 2003 and 2004.  In

5    2004, the United States government was still saying

6    they didn't think -- even later that it couldn't tell

7    when that was actually being put into place.  And

8    there's some evidence in the record about al-Heramain

9    being shut down and then popping up again until it was

10   completely eradicated as a charity.

11              And eventually the central control was

12   undertaken by Saudi Arabia well after 9/11 precisely

13   because of the problems that I've just talked through

14   which is they need to control the mass -- the uses of

15   the massive flows of humanitarian aid going through the

16   Dawah organizations from Saudi Arabia internationally

17   which had led to the notorious use of al-Heramain on

18   behalf of Al-Qaeda and bin Laden himself in the Saudi

19   government's words even as al-Heramain was receiving

20   support from the Saudi government.

21              And I believe there's individuals in

22   documents I saw who were simultaneously working for

23   al-Heramain and for the Ministry of Islamic Affairs,

24   Islamic and Dawah affairs.  So it was a simultaneous

25   role which makes all of this for me as someone who is



1  not wanting to see states sponsoring terrorism or state

2  sponsored charities or supported charities sponsoring

3  terrorism or facilitating terrorism.  It's all very

4  troubling.  And here you have so many different roles

5  for Sheikh Abdullah at the same time that it becomes

6  particularly problematic because the lack of due

7  diligence looks like a matter of policy.

8      Q     And would you like to correct your record

9  there?  I think you mean -- I don't think you meant to

10  refer to -- I don't know who you mean by Sheikh

11  Abdullah.  I don't know what you mean by that.

12      A     I'm sorry.  Sheikh Sulaiman Abdullah --

13  Sulaiman Abdulaziz Al-Rajhi.  Forgive me.  That was a

14  misstatement.  I did not mean the current chair.  I

15  meant SAAR which is why it's a little easier for me to

16  use that term than the Abdulaziz.

17      Q     So do you disagree that prior to 2003 or

18  maybe 2004 there was no legal prohibition in Saudi

19  Arabia on charities making financial transfers

20  overseas?

21      A     Yes.

22      Q     And do you agree that the funds that were

23  donated to charities operating overseas whether for

24  humanitarian purposes or as you suggest some may have

25  been diverted, do you -- do you agree that those funds



1    that a donor would not know if making a contribution to

2    that charity what the end use was?

3         A    No, I don't agree with that.

4         Q    So explain.

5         A    Sure.  Look at the Kosovo establishment of

6    the Saudi joint relief effort in Kosovo.  There you

7    have Sulaiman Abdulaziz Al-Rajhi directly involved in

8    pushing for the establishment of that operation which

9    winds up being involved according to various other

10   documentation in terrorist finance over time and which

11   was opening up in a conflict zone, in a very active

12   conflict zone.

13              It seems to me that if you're opening up a

14   charity in a conflict zone, there's some obligation

15   there to do some due diligence or put some controls in

16   place.  It's not just making a donation.  It's making a

17   donation for a specific purpose and a specific location

18   just like the donations that were being made to Hamas,

19   to martyrs who were engaged in the second dobara.  The

20   second dobara was being pushed by Hamas and Egyptian

21   Islamic Jihad.

22        Q    Now, I mean, I'm --

23        A    So I'm trying -- I am trying to answer your

24   question as best I can.  So if you're talking about a

25   small individual donation by somebody putting their



1   money in an ahm's bucket established at the local level

2   in Saudi Arabia, they're not -- it's not reasonable to

3   expect them to do very much due diligence.

4           When I was growing up in Boston, people

5   used to do those kinds of donations in bars, in Irish

6   bars, and eventually United States government basically

7   cracked down on it and stopped it because some of that

8   money was going to the IRA.  This is back in the 1970s

9   and so that was a problem.

10          The question becomes what the role of the

11  donor is, what the donor's level of knowledge is.  Now,

12  SAAR, Sheikh Sulaiman -- Sulaiman -- Sulaiman Abdulaziz

13  Al-Rajhi had a staff of about 20 people according to

14  the material that I reviewed for his charitable

15  committee and had close relationships with senior

16  officials at Muslim World League and the IIRO and I

17  think WAMY and, therefore, was not in a position of

18  somebody on the street doing a small donation to a

19  donation box.

20          And yet there's no due diligence anywhere

21  that I could see and no controls anywhere I could see

22  during the audits that I've been able to review

23  relating to any of this.  So you put all of that

24  together with the patterns of giving and I think it's

25  highly problematic.



1     Q       So to be clear, the bank is the party in

2     the litigation here, so I don't think the -- the lack

3     of audits relating to the other entities is relevant

4     here, but let me --

5     A       I do and I'm happy to tell you why if you'd

6     like me to answer that or respond to that which is the

7     ARB's own rules require you to have financial

8     statements of your customers and to update your

9     documents every three years.  And I haven't seen any of

10    those existed for the Dawah organizations --

11    Q       And do you agree that the --

12    A       -- at ARB.

13    Q       Do you agree that the -- that al-Heramain

14    was one of the largest and most prominent Saudi

15    charities at the time in the nineties?

16    A       Yes.

17    Q       And do you agree that it was endorsed or

18    that it was -- that it was known that many Saudis would

19    be donating to -- whether they're billionaires or as

20    you say individuals of more modest means would be

21    making donations to al-Heramain in the nineties?

22    A       Yes.

23    Q       You reference in your report the term

24    Wahhabism?

25    A       Yes.



1      Q      Can you tell us what your understanding is

2    of Wahhabism?

3      A      Sure.  Late 17th century founder of

4    Wahhabism basically created a creed or an

5    interpretation of Islam which went back to seventh

6    century values founded on monotheistic values and

7    rejecting a broadening beyond monotheism and being very

8    focused on the monotheistic element of Muslim -- Muslim

9    doctrine and going back as much as possible to the

10   original text and the original words of the prophet

11   Muhammad and there's an interplay between the

12   development of Salafism out of Egypt and Wahhabism in

13   Saudi Arabia, but that's the core of it for the

14   purposes of political Islam.

15     Q      And have you -- have you studied --

16   formally have you studied Islam?

17     A      I've studied Islam like I've studied

18   Christianity and studied Judaism which is to say in

19   each case, I studied the religions in connection with

20   humanist -- humanist courses in college.  I've done

21   reading since.  I am not a theological scholar who

22   focuses on and has expertize on doctrinal disputes on

23   the various sectoral differences between different

24   interpretations of Christianity, Islam or Judaism.

25             That's not how I spent my time.  I have



1  spent my time on political Islam and the political

2  expression of what Steve Simon and Dan Benjamin refer

3  to as sacred terror which is to say extremism and

4  terrorism in the name of a religion as is -- as is

5  played out in the Middle East and in other areas where

6  Muslims live.

7      Q     And when -- you use again extremism and

8  terrorism.  We had a brief conversation about this

9  earlier today.  When you use those two terms, are you

10 using those interchangeably?

11     A     Not exactly.  They can be close.  It really

12 depends on context in the situation.  Extremist

13 language can lead to terrorist activity.  It can lead

14 to indoctrination when you refer to people of other

15 faiths as monkeys and pigs, for example.  That's part

16 of a conditioning of a climate of hatred and I have

17 referred to that in other reports I've written and

18 other elements of this matter in connection with the

19 charities.

20          And I have looked at extensive materials

21 involving one of the charities that you have mentioned

22 which includes literature that is very disturbing in

23 terms of its extremism in priming somebody who would

24 then potentially engage in conflict on behalf of his

25 religion on an understanding that they were opposing --



1    that there was a central conflict between Christianity

2    and the west and the Middle East, in particular the

3    historically Arab territories, but anywhere Muslims

4    lived.

5              And that of course in turn mutated into

6    what Al-Qaeda was pushing and bin Laden was pushing

7    which was holy war against the west and against the

8    United States as it played out in the terrorist

9    incidents I mentioned earlier in this deposition.

10   Q       And when you are speaking about

11   extremists -- I mean, in your report, you discuss this

12   evolution and time when there was a shift, right,

13   from -- in Al-Qaeda when Al-Qaeda turned.  And can

14   you -- can you tell us when you think that shift

15   occurred because as you acknowledge in your report, the

16   United States was -- was supporting the mujahideen,

17   right?  So what -- how do you -- how do you assess that

18   timeline?

19   A       Yeah.

20           MR. CARTER:  Objection to form.

21           THE WITNESS:  I'll do the best I can

22   because it's quote a complex issue and any effort to

23   reduce it into a bite size lecture is going to miss

24   some of the elements of it, but I'll try and do the

25   best I can.



1            In 1979, there was a rebellion, a

2    fundamentalist rebellion at the Grand Mosque in Saudi

3    Arabia.  What I heard when I was a Congressional

4    staffer is that French commandos were brought in to

5    electrocute in the cellars, in the basements, in the

6    tunnels I should say of the Grand Mosque the people who

7    were attacking the Saudi royal family.

8            In the wake of that, the Saudi royal family

9    moved to a policy of trying to support Islamists,

10   Wahhabi, Salafi, violent Jihad initially in particular

11   in Afghanistan.  And it was called the Afghan

12   resistance move.  It was called the Afghan Jihad

13   movement.  The people who came into -- through that

14   movement were often referred to as foreign fighters

15   because they weren't from Afghanistan.

16           And from 1980 or so to 1989 in its first

17   form and then there's a secondary form from '89 to '92,

18   the goal was to get the Soviet Union out of Afghanistan

19   and there were areas in which the United States was

20   aligned with.  I only got -- began to focus on it in

21   1985 when I came to work for Senator Kerry as counsel

22   in the Senate Foreign Relations Committee and was

23   really exposed to the policy discussions in Washington

24   about it.

25           And it never made any sense to me to be



1    giving fanatics military support.  I was very concerned

2    about the risks of that as a personal and professional

3    matter from my early days on the senate -- as a senate

4    staffer in the 1980s.

5              In any case, that war more or less ended

6    with the removal of the Soviet Union forces in '89, but

7    it continued until about 1992 with a civil war which

8    ended and ultimately by 1996, the Taliban took over,

9    the most extreme form of Saudi -- I misspoke -- of

10   Islamic puritanical seventh century anti-female,

11   anti-western standards wound up emerging in the end

12   victorious by 1996.

13             What happened after Afghanistan is what I

14   call the ABC conflicts.  I call them that because it's

15   a convenient way of remembering where they were which

16   is the same idea that was applied to Afghanistan was

17   then applied to Bosnia with massive amounts of money

18   being given to Izetbegovic and under his control and

19   Chechnya which was not really an Arab Muslim movement

20   initially or a puritanical movement, but it got

21   inmeshed with the idea of Islamic resistance or holy

22   war.

23             And that also was playing out at the same

24   time in Kashmir.  It was playing out in a completely

25   different context of Israel, Palestine.  There it was



1  playing out in -- it played out in Kosovo which I

2  referred to a little while ago.  And it kept moving

3  further into the west over the course of the 1960s.

4           And you saw that -- I misspoke with that.

5  1990s.  And you see that playing out in the series of

6  terrorist attacks against the United States and the

7  west of which the most dramatic examples were the first

8  World Trade Center attack which was Egyptian

9  fundamentally and then the terrorist attack in

10  Mogadishu and then the Bojinka plot in the Philippines

11  and then the attack on the U.S. embassies.

12           I was at the State Department by then and

13  that was -- by then it was -- that was very, very clear

14  of a -- at its core bin Laden originated attack with

15  the help from a whole lot of other people including

16  al-Heramain in Kenya against two U.S. embassies.  And

17  the secretary of state was completely distraught.  I

18  was at the State Department in a senior staff meeting

19  with her right after those attacks and I had never seen

20  her upset at that kind of a level.

21  BY MS. ERB:

22      Q      Was al-Heramain Kenya designated at that

23  time?  I don't think so.

24      A      It was kicked out, shut down by the Kenyans

25  and kicked out and then it sued -- it sued to come



1    back.  And so it was able to engage in law fare to

2    bring itself back in, but at that point, we weren't

3    designating charities.

4            The whole sanctions thing took a long time

5    to evolve.  Back in the 1990s, for example, I was

6    pushing to have major criminal organizations included

7    as candidates for sanctioning and this did not happen.

8    It happened a decade later or more.  It happened

9    actually in the first Obama term.  So even more than

10   that.

11           And the reason it didn't happen is we're

12   still digesting and trying to manage the designation of

13   terrorist groups and those who are supporting

14   terrorists.  We don't have the ability, time, appetite,

15   capacity yet to get to serious transnational organized

16   crime even though we're a member of the -- even though

17   we're negotiating convention on that and that's a

18   priority.  So it's like one step at a time.  There's

19   only so much capacity the U.S. government had in the

20   designation process.

21      Q    Would you consider contributions or

22   donations made to resistance fighters in Afghanistan to

23   be of a different quality than contributions or dona --

24   for -- excuse me -- contributions to charities

25   supporting resistance fighters or other support for



1    those resistance fighters to contributions directed at

2    terrorist activities?

3              MR. CARTER:  Objection to form.

4              THE WITNESS:  Possibly.  I think you have

5    to look at the timing of the contributions, what was

6    going on at the Soviet's left or not, for example, what

7    was the timing.  What's happening in the 1980s is

8    different from what's happening in the 1990s.  That's

9    why I just went through that lengthy discussion of

10   timetables because I think you have to respect the

11   different periods of time as to what's going on.

12              But certainly what happened in Afghanistan

13   was very, very bad and that you had the emergence of

14   further -- ever more intolerant regimes in Afghanistan.

15   It was the result of the proliferation of a world view

16   that was basically consistent with Wahhabi, very

17   puritanical Wahhabi and Salafist views that you apply

18   seventh century doctrine which is set forth in the

19   Koran.

20              It would be like applying to me -- and I'm

21   not a -- I concede that I'm not a doctrinal expert in

22   any of the world's religions.  But when I read the old

23   testament, there are all these particular commandments.

24   It's not ten.  It's many more than ten, dozens upon

25   dozens.  I wouldn't want to live in a society that was



1  governed by them personally and our country isn't based
2  on that.
3            So when you get very puritanical notions
4  based on original text, if you're a regionalist or
5  textualist on any religion, you wind up with very
6  puritanical regimes in place which can be quite
7  problematic to the extent that they view everyone who
8  doesn't adhere to them as a heretic, as an unbeliever,
9  as a monkey or something worse because of the doctrinal
10 difference.
11            And in connection with my work in Libya,
12 and I can find my report to 2001, but my work in Libya
13 when the Islamic state was in Libya and we had to get
14 rid of the Islamic state in Libya, the doctrines that
15 they were espousing the Islamic state were very, very
16 similar.  It had very similar implications to what bin
17 Laden was doing earlier which I see as outgross from
18 this idea of sacred terror of political Jihad.
19 BY MS. ERB:
20    Q      And when you refer to Salafis or Wahhabis,
21 are you putting all strains of those different beliefs
22 in one or do you recognize different strains in
23 Wahhabism and different strains in Salafism?
24    A      Well, the saying is that all Wahhabis are
25 Salafis, but not all Salafis are Wahhabis is the dictum



1   that I've heard and read over the years.  And for any

2   religion, you're going to have competing points of view

3   as to what's right.  How many Protestant sects are

4   there?  How many varieties even of Orthodox Catholicism

5   are there?  There are different Orthodox churches.

6           So they're not all the same, but they can

7   come together and influence one another for good or for

8   bad.  And the Manichean black and white Muslims are a

9   threat from the west and threaten Christianity and you

10  have to adhere to seventh century Islamic values that

11  was being promulgated out of Saudi Arabia in the

12  nineties was very troublesome to U.S. policymakers.

13          And we were deeply concerned about its

14  impact.  And it was a problem and it played out in the

15  activities of the charities as well as the activities

16  of Al-Qaeda.  And it's one of the reasons I believe

17  they intermingled.

18      Q      Have you heard of the quietist strain of

19  Salafism?

20      A      Yes.

21      Q      What can you tell me about your knowledge

22  of their belief system?

23      A      It's -- it's somewhat limited.  I am not --

24      Q      It's what?

25      A      It is -- my knowledge is somewhat limited.



1    I have not written on the topic.  So I try to confine

2    myself largely to things I've studied and written about

3    at length, but generally speaking, it's a kind of

4    ascetic withdrawal from political life and acceptance,

5    kind of a mystical acceptance of things.  And I would

6    call it a passive -- doing passive good or quietly

7    doing rather than being actively involved in political

8    events is how I would characterize quietism and my

9    understanding of it, but I'm not a scholar of quietism.

10        Q      And I want to shift gears now to -- back to

11   this concept of designation and how that concept has

12   evolved.  And you -- you agree that Al-Rajhi Bank was

13   never designated by the United States and has still

14   never been designated to this day?

15        A      Absolutely correct.

16        Q      And the United Nations hasn't designated

17   Al-Rajhi Bank to this day?

18        A      You're correct.  I agree with that.

19        Q      And in your report, you mention -- you cite

20   the 2004 joint assessment of Saudi Arabian support to

21   terrorism.  Do you recall that document?

22        A      Yes.

23        Q      So if you want to look in your report, it's

24   at paragraph 7.2.14.

25        A      What page, please?  Page 89?



 1      Q      Page 89, correct.  And this is where you

 2   reference this 2004 joint assessment.  Do you see that?

 3      A      Yes.

 4             MS. ERB:  If we can pull up and mark as an

 5   exhibit tab 16.

 6             (Winer Exhibit JW12 was marked for purposes

 7   of identification.)

 8   BY MS. ERB:

 9      Q      And if we can turn to page 20, and I

10   believe it should be page 20 of the PDF as well, but

11   let me know if -- yeah.  And if we can look at the

12   paragraph --

13             MR. CARTER:  Is there a way he -- you can

14   give him access to the documents so he can scroll?  If

15   you're in Zoom link, you can open the chat.  In the

16   chat, you can download.  You just click on it and

17   just --

18             THE WITNESS:  I don't see this paragraph

19   referenced on this page.

20   BY MS. ERB:

21      Q      So we are -- I'm pointing you to the

22   paragraph that begins, in 2002 the FBI formed.

23      A      Yes.

24      Q      Okay.  So the FBI formed the Saudi task

25   force to undertake a comprehensive review of all Saudi



1 | related matters.

2 |     A     Um-hmm.

3 |     Q     And shortly after the Saudi task force

4 | began its work, the FBI's Washington field office

5 | established a Middle East Arabia peninsula squad

6 | dedicated to the Saudi target.  The squad has since

7 | initiated more than 100 investigations on individuals

8 | and entities suspected of criminal intelligence related

9 | and terrorism related activity.  You see that?

10 |     A     Yes.

11 |     Q     Are you aware -- were you familiar with the

12 | investigations that this unit was or squad was

13 | conducting relating to Saudi Arabia?

14 |     A     Only with -- I was not in government in

15 | 2002.  The administration had changed and I was not in

16 | the Bush administration.  So I was aware of newspaper

17 | reporting here and there on some of the work of Green

18 | Quest which was prior to the restructuring of treasury

19 | enforcement elements into homeland security and to the

20 | establishment of this task force.  And so I had limited

21 | windows into what the task force was doing other than

22 | as the government issued public reports.

23 |     Q     Do you have any awareness as to whether the

24 | task force may have investigated or looked into

25 | Al-Rajhi Bank?



1    A    I'd have very little insight into that.

2  I'm aware of the representations made by Dennis Lormel

3  in his rebuttal reports regarding that.

4    Q    And regardless of your awareness of any

5  specific investigation, would you agree that the

6  attacks on 9/11 are among the most investigated events

7  in U.S. history from an investigation standpoint?

8    A    It's hard for me to evaluate that because

9  the FBI -- I mean, you could say as a matter of common

10  sense that that might be true, but do I know it?  I

11  don't know it which is to say I know what the work was

12  of the 9/11 commission because they published a report

13  outlining the work and how they went about their work

14  and so on.

15         What the FBI did and didn't do, I see only

16  in shards and snatches based on the particular

17  materials that have been published.  Probably one of

18  the best ones and it's very incomplete is the 2004

19  joint CIA/FBI assessment.

20    Q    And would you agree that even if you can't

21  say it's the most investigated, would you agree that it

22  was a widely investigated event in U.S. history?

23    A    In 2002, the United States devoted enormous

24  resources to try and understand what happened in 9/11

25  and to try to prevent another 9/11.  And there were



1   additional terrorist attacks that were prevented.  The

2   focus in that period of time as near as I could tell as

3   an outsider who had some conversations with people who

4   were in the White House after I left the government and

5   some conversations with people at treasury, but not

6   anyone at the FBI or Justice Department, to the best of

7   my recollection, and not with anyone at the State

8   Department to the best of my recollection.

9          The focus was -- I may have had

10  conversations with State, but I did not with the FBI or

11  with Justice.  My best recollection and understanding

12  was that the focus was pretty much on preventing

13  another 9/11.  So you had the Shoe Bomber, for example.

14  You had -- what was his name?  Reid was one of them and

15  Pedia (ph) was another.  You had a couple of terrorist

16  attacks which were thwarted.  So there was enormous

17  attention being given looking forward what can we do to

18  shut this down to prevent it from happening again.

19          The work that was being done on

20  reconstructing what had already happened was important,

21  but I don't know if it was given as much attention, as

22  comprehensive attention.  I want to say I don't know.

23  I don't know as the work to prevent the next attack.

24  What I do know is that the United States focus on this

25  shifted in 2003 to the war on Iraq to some extent and



1   that had an impact on continuing U.S. efforts to combat

2   global terrorism in some respects.  So it's a

3   complicated picture, yeah, in practice.

4        Q       And just as a side note since you mentioned

5   the war on Iraq, you're aware that the intelligence

6   that underpinned that war was also intelligence that

7   proved to be not very reliable, wasn't it?

8        A       It was intelligence that was politicized.

9   It wasn't so much that the intelligence was unreliable.

10  It was that the intelligence was politicized which is a

11  different problem.

12       Q       So do you think there was evidence that

13  there were weapons of mass destruction in Iraq and has

14  that been corroborated?

15       A       I actually lectured at the CIA on this

16  issue.  I gave courses having to do with this issue.

17  And what happened there is that there was evidence in

18  that case and the evidence came from very reliable

19  sourcing in that particular case, but it was because

20  people were lying to Saddam Hussein about keeping

21  programs afloat because of a vortex of corruption in

22  Iraq.

23             So as near as I could tell based on my

24  outside assessment and the lecturing that I was

25  undertaking for the Kent School to train CIA analysts



1    in the OTS, the problem there wasn't that the

2    intelligence was wrong because the intelligence was

3    actually accurate.  It was that interpreting it in

4    context didn't consider the corruption factor.  And my

5    particular lectures were on the impact of corruption,

6    the impact of corruption in assessing intelligence.

7         Q     So to underscore the importance of

8    corroboration?

9         A     Having enough context and ensuring that

10   you're not politicizing information.  And the

11   difference between the Iraq case and this case is I

12   have no reason to believe having looked at all that

13   information that the Al-Rajhi Bank was politicized at

14   all.  If it was politicized, it was the other direction

15   because of the need to try and work with the Saudis on

16   the wide range of issues involving a wide range of

17   departments in this period of time to achieve current

18   and future U.S. security interests.  And I'm happy to

19   go into that issue at some length because it's quite

20   important.

21        Q     Well, I mean, the focus I'm -- I'm

22   addressing here is the lack of designation of Al-Rajhi

23   Bank following the dedication of enormous resources by

24   the United States, extensive investigations into 9/11

25   and still today Al-Rajhi has not been designated.



1      A      Yes, and for good reason.  But it's not

2   because there wasn't enough evidence to do it.  I've

3   been involved in designation processes and I have

4   pushed for the designation of people in certain cases

5   who in my opinion should have been designated and where

6   there was absolutely sufficient objective evidence well

7   beyond including evidence that they participated in

8   terrorist activity who are not designated for policy

9   reasons of various kinds, not one, but multiple

10  different kinds of policy reasons.

11            This is true in my most recent (inaudible)

12  as special envoy of Libya where I participated in the

13  designation process of people who had carried out

14  terrorist activity.  I cannot be more specific.  Please

15  let me complete the -- you made an assertion.  I'm

16  trying to respond to the assertion.

17            The timing of the ARB designation process

18  is utterly critical in understanding what happened.

19  The CIA report is the end of May 2003.  That's when it

20  comes out.  They didn't write it over two weeks.  That

21  would have taken time to go through the CIA system.  It

22  clearly is a tasking from somebody almost certainly at

23  the NSA, all government kind of tasking to provide

24  options of what to deal with the current problem, not

25  the past problem of ARB, but the perceived current



1   problem of ARB because sanctions are not about the

2   past.  Sanctions are about the present and the future.

3           And when there is no longer a threat, the

4   sanctions are removed.  They are there to deal with the

5   current threat.  So in 2003, there's still perception

6   there's a current threat and what happens in 2003?  In

7   May 2003, there's the Riyadh terrorist bombing and this

8   joint assessment among other documents says Saudi's

9   cooperation which has not been previously characterized

10  as particularly good.  It's characterized as

11  oppositional, problematic is not the exact words, but

12  the gist of it is noncooperative.  And there's some FBI

13  statements completely noncooperative.

14          The decision was made based on my reading

15  of all the evidence we're going to try and see how much

16  cooperation we can get to address to this particular

17  problem.  And so they go to the Saudis, Juan Zarate who

18  I've known since -- since the beginning of the Bush

19  administration.  And he writes about this in

20  treasury -- treasury wars.  He knows what I'm talking

21  about.  He was there and he's written about it very

22  clearly.

23          He goes to the Saudis and the Wiki --

24  WikiLeaks cables which read like U.S. government cables

25  which I believe to be genuine based on my reading and



1   my other knowledge, described exactly what the U.S.

2   government is trying to do which is to go in depth a

3   bank examination with the Saudi government to the ARB.

4   So instead of sanctioning, they want to get more

5   information and address the current threat through a

6   different tool.  And that's what they're trying to do.

7   They're trying to address the threat through a

8   different tool.

9            Now, if they use the tool of sanctions

10  against a country where there's a strategic

11  relationship that's important where there are military

12  bases, where there are a variety of other things going

13  on too big to fail, this is a huge bank, the collateral

14  damage to consumers, to depositors, to people who they

15  have loans to, to the correspondent banking system --

16  remember when I talked earlier about systemic risk to

17  the banking system internationally.

18           You close a bank like Al-Rajhi Bank down

19  like that with sanctions, you're affecting its

20  correspondent relations everywhere.  You're creating

21  pools of money at banks all over the world related to

22  their correspondent accounts.  You're affecting the

23  commercial activities of Saudi Arabia.  That's going be

24  viewed by Saudi Arabia as an extremely hostile act.

25           And if you look at the history of U.S.



 1  sanctions against banks, it's done late and it's done

 2  frequently.  Who does the U.S. government sanction in

 3  terms of when it sanctions banks, Iran where there's

 4  essentially no commercial activity.  It sanctions Iran

 5  banks and this is later.  It sanctions the Syrian

 6  banks.  It sanctions the North Korean Bank.

 7          And it's very controversial in the U.S.

 8  government just talking to people at the time and the

 9  Treasury Department is they were doing it by how

10  controversial it was.  North Korean Bank controversial

11  because of the interrelatedness of the banking system

12  and the collateral dam -- and the collateral risks.  So

13  that's on the banking side.  That's on the defense

14  side.

15          Now, for the State Department which has got

16  all these diplomatic things going on with the Saudis,

17  also quite problematic.  So you have lots of

18  institutional equities that says particularly after the

19  Riyadh attacks when this is being considered let's take

20  a different path.  And that's what I believe they did

21  and that's why I believe it.  That's the context.  The

22  timing is very important.

23          And the Saudis changed and they wind up

24  saying al-Heramain shot them down everywhere.

25  Notoriously tied to bin Laden and Al-Qaeda whereas when



1   I was in the government, they were saying al-Heramain,
2   not a problem.
3        Q      So to be clear and going back to where we
4   started, the transactions that you reviewed with
5   Al-Rajhi Bank at the time were with persons, charities,
6   individuals that were not designated or identified by
7   the United States or the United Nations as --
8        A      Yes.  I said --
9        Q      -- as targets?
10       A      Yes.  I said list based versus risk based
11  and anti-money laundering policies and programs are
12  supposed to be risk based, not list based.
13       Q      Your testimony now is that Al-Rajhi Bank --
14  you agree Al-Rajhi Bank was not designated, correct?
15       A      Yes.
16       Q      And if I understand your testimony, it's
17  that the United States would maybe -- you don't seem to
18  know this, but maybe would not designate Al-Rajhi Bank
19  even if it had aims against the United States because
20  of political equities?
21       A      That's not what I said.  What I said was
22  that sanctions are undertaken to address a current
23  threat and they're one of the tools that can be used
24  against a current threat because it's to protect the
25  national security of the United States and that after



1  the Riyadh attacks, the attitude from the Saudi

2  government changed a lot as reported among other things

3  in the terrorist -- in the joint assessment.  And as a

4  result of that, there was an effort instead to work

5  with the Saudi government.

6          And what the -- what that effort produced

7  as far as I'm concerned based on what I've seen is a

8  very changed approach which the Saudi government pulls

9  back on the charities, has them stop making the

10 contributions overseas without supervision.  And you

11 see -- you don't see Al-Rajhi being used for terrorist

12 finance post 2004.

13         Maybe it's possible they were because I've

14 had limited insight into it because the discovery

15 period is 1998 to 2002.  So I can't be sure what

16 happened in 2004 other than the official reports that

17 I've read given the limitations of the discovery

18 period.

19    Q    And just to be clear, no individual member

20 of the Al-Rajhi family has been designated by the

21 United States or the United Nations?

22    A    That's correct.

23         MR. CARTER:  Can we -- I have to run to the

24 rest room.  Can we can take a break?

25         MS. ERB:  Yeah, we can take a break.  Ten



 1   minutes?

 2              MR. CARTER:  Yeah.  Five, ten minutes,

 3   yeah.

 4              THE VIDEOGRAPHER:  Off the record at 2:40.

 5              (Deposition recessed at 2:40 p.m.)

 6              (Deposition resumed at 2:53 p.m.)

 7              THE VIDEOGRAPHER:  We're back on the record

 8   at 2:53.

 9              MS. ERB:  If we could pull up, please, tab

10   100 and mark that as Exhibit 13, JW13.

11              (Winer Exhibit JW13 was marked for purposes

12   of identification.)

13              MS. ERB:  Let's pull this one down because

14   this is not the correct document.  Rather than go off

15   the record, Sean, I'll just shift gears and we'll come

16   back to this.

17              MR. CARTER:  Sure.

18   BY MS. ERB:

19       Q      Mr. Winer, in your report in a few

20   occasions, you state that there are redactions in the

21   documents produced by the bank that made it difficult

22   in certain circumstances for you to analyze the

23   information in those documents.  Do you recall --

24       A      Yes.

25       Q      -- making those comments?



1        A       Yes.

2        Q       And you submitted your report on

3   October 4th, 2023, correct?

4        A       Yes.

5        Q       Are you aware that Al-Rajhi Bank provided

6   fully unredacted versions of the bank's document

7   productions on August 11th, 2023?

8        A       I'm not aware of what the date was.  I knew

9   it was close to -- relatively close to as within a

10   couple of months of my report.  So it does not -- your

11   date does not surprise me, but I don't have

12   confirmation of that.  I don't know the date.

13        Q       And do you recall receiving unredacted

14   translations of the documents that Al-Rajhi Bank

15   produced before you finalized your report?

16        A       No.

17        Q       And without disclosing any privileged or

18   confidential information as between your discussions

19   with counsel, do you recall ever asking for copies of

20   unredacted documents that you were having trouble

21   reviewing?

22        A       I can't address that issue in the way you

23   formulated the question because if I had any such

24   discussions, it would have been I believe in a

25   privileged setting.  So I have to leave it at that, I



1    think.

2        Q    Could you in the time that you had to

3    prepare your report between August 11th and

4    October 4th, could you have asked for pages or

5    documents that you were having difficulty reviewing

6    because of redactions?

7        A    I did not know enough and do not know

8    enough about the discovery process in this case to know

9    when the judges made decisions on discovery in

10   relationship to such things as redacted documents.  For

11   the most part, I had very little knowledge about the

12   processes between the parties relating to that.

13           I did become aware in -- very few days

14   before finalizing my report that the bank very late

15   consistent with the deadline, but I would characterize

16   it as very late produced unredacted versions of some

17   documents.  I have no idea which ones.  I don't know

18   and I don't have those.

19           MS. ERB:  Are we okay with tab 100 now?

20           PATRICK:  Yes.  It's going to be tab 100

21   underscore 1999.

22           BAILY:  I'm looking to make sure I had that

23   document.  I didn't see it in my list currently.

24           PATRICK:  I'm looking in the folder right

25   now and it's in there.



 1                    BAILY:  Give me one moment to check for it.

 2      One moment, counsel.  I'll put that up on the screen.

 3                    MS. ERB:  Okay.  So if we can scroll to I

 4      believe the second page of the PDF to the translation.

 5      BY MS. ERB:

 6          Q       This is -- in our prior conversation, sir,

 7      you mentioned a charitable contribution to al-Heramain

 8      relating to Kosovo.

 9                    Do you recall discussing that a moment ago?

10          A       Yes.

11                    MS. ERB:  Okay.  If we could make this

12      bigger because it's pretty far away from me.

13                    MR. CARTER:  I'm just going to lodge an

14      objection related to a point we raised yesterday that

15      the translation of this document includes an

16      inaccuracy.

17                    MS. ERB:  And I was going to correct that,

18      so that's fine.

19                    MR. CARTER:  Thanks.

20                    MS. ERB:  Can we make this bigger?  I'm

21      sorry.  I'm quite far from the monitor.

22      BY MS. ERB:

23          Q       Okay.  So to Sean's point, my understanding

24      is that there's a translation error on this document

25      and that the sum reflected is not 18,500 riyals, but



 1  rather than 187,000 riyals which is about 50,000 U.S.

 2  dollars.  So, sir, this is a document from the Saudi

 3  based charity foundation of Sulaiman Al-Rajhi; is it

 4  not?

 5       A     I don't -- can't tell from the document as

 6  to whether it's in the foundation.  It has Al-Rajhi

 7  Banking and Investment Corporation's name at the

 8  bottom.

 9       Q     That's a copy of the check actually.

10       A     It says that it's from Abdullah -- Abdul --

11  Abdullah Al-Rajhi.

12             MR. CARTER:  I don't think the whole

13  document is visible right now.

14             MS. ERB:  Can we scroll down?

15             THE WITNESS:  And it's to the director of

16  al-Heramain.

17  BY MS. ERB:

18       Q     So the reference to Al-Rajhi Banking and

19  Investment Corp at the bottom there is a photocopy of a

20  check for the first PDF -- page 1 of the PDF -- excuse

21  me -- that may be more visible.

22       A     I would like to actually stay with this for

23  a moment if we could.

24       Q     Oh, sorry.  Okay.

25       A     Because at the very bottom which was not



1  visible before, it's signed Sheikh Sulaiman Abdulaziz

2  Al-Rajhi.  So it appears to be a check written by him

3  to al-Heramain's char -- to the al-Heramain Charitable

4  Foundation.  Again, there are two different -- as you

5  just specified, there are two different amounts on the

6  check between the check and the amount on top.

7       Q     And --

8       A     I can't say on the basis of the document

9  that's in front of me that it was from the SAAR

10  Foundation.  It shows that it's from SAAR.

11       Q     Okay.  SAAR as in signed by the individual?

12       A     Sheikh Sulaiman Abdulaziz Al-Rajhi.

13       Q     Let's go to the original on page 1 of the

14  PDF for a moment if we can, please.  So this -- and I

15  recognize you don't read Arabic.  I'm not asking you to

16  here, but looking at this document, do you see that the

17  bottom part of this document is a copy of a check?

18       A     Yes.

19       Q     Do you agree?

20       A     Yes.

21            MS. ERB:  And if we can go back now to the

22  English translation on page 2 of the PDF for the

23  technician.

24  BY MS. ERB:

25       Q     And in -- this is a letter that is



1  referencing another letter.  Do you see that where it

2  says with reference to your kind letter?

3      A      Yes.

4      Q      And in this letter, it also references a

5  phone call and following the phone call with your

6  eminence.  Do you see that?

7      A      Yes.

8      Q      And the date of this letter is in 1999.  I

9  believe that may be April 5th, 1999.  It's on the lower

10  left side of the translation.  Do you see that?

11      A      There -- there are two different dates that

12  are listed, one of which is 4/6 or 6/4 and one is 5/4

13  which I would read to be the check being April 5th,

14  1999, and the letter being April 6th, 1999.

15      Q      I stand corrected.  You're right.  The date

16  at the top of the letter is April 6.  The date of the

17  check is April 5, but the year is 1999, correct?

18      A      That's my understanding, yes.

19      Q      And this is a letter to Aqeel, correct,

20  Al-Aqeel?

21      A      Yes.

22      Q      The top of the letter and it's being sent

23  to him in his capacity as director of the al-Heramain

24  Charitable Foundation, correct?

25      A      Yes.



1      Q      And in 1999, Aqeel was not designated by

2    the United States or the United Nations, correct?

3      A      Correct.

4      Q      And the al-Heramain Charitable Foundation

5    was not designated by the United States or the United

6    Nations, correct?

7      A      That's correct.

8      Q      And when you look at this letter and it's

9    referencing a letter from Aqeel followed by a phone

10   call, do you know whether in that letter or -- and the

11   phone call that followed there were not discussions of

12   the purpose or use of this account for charitable

13   contributions, charitable purposes?

14     A      I have no information on that from this

15   document.

16     Q      So let's look at the letter where it's

17   relating to the paragraph beginning with reference

18   following the phone call with you, I am pleased to

19   attach a check in support of the relief program or

20   Muslims in Kosovo.

21     A      Yes.

22     Q      And he's suggesting in this letter that

23   they open an office in Macedonia and that we would

24   greatly appreciate it if you would provide us with a

25   copy of the report that you received so that we would



1   be kept abreast of the situation of the Kosovo

2   refugees.

3       A      Yes.

4       Q      Is there anything in this letter on the

5   face of this letter that suggests that this

6   contribution was intended for terrorist purposes?

7       A      No.

8       Q      Thank you.

9            Mr. Winer, coming back to the quality of

10  intelligence and reporting.  Am I correct that you've

11  been a proponent or endorser, if you will, of the

12  Steele dossier?

13      A      I think that's a simplification and I think

14  that's a simplification.  I wouldn't characterize it

15  that way, no.

16      Q      How would you characterize it, sir?

17      A      Sure.  I came to work with Chris Steele in

18  the private sector after I left the State Department,

19  some years after I left the State Department before I

20  reentered the State Department.  When I reentered the

21  State Department, soon after I reentered the State

22  Department in 2013, Mr. Steele said that he was

23  collecting information on Russia and Ukraine.  Would

24  the State Department be interested?

25            I said this is not my current lane.  I'm



1    interested in Russia in connection with Russia's

2    activities in Iraq and Libya, but not other than that

3    particularly.  But I'm happy to share it with Victoria

4    Nuland who was the assistant secretary of state for

5    European affairs and see if she's interested in

6    receiving the material or not.  I gave her three

7    reports that he provided and she said this is very --

8    this is useful, highly useful information.  I am

9    interested in receiving these reports.

10              Over the next couple of years, I provided

11   somewhere between a hundred and 120 reports.  I don't

12   remember the exact number, but it was more than a

13   hundred to her from him.  On at least two occasions

14   after the initial request that I do this, I said do you

15   still want me to do these.  I had a lot of other things

16   to do.  It was -- required extra time from me to act as

17   the intermediary here and she said, yes, please

18   continue it.

19              So I provided those reports to her which

20   she said were valuable and helpful to her and which she

21   shared with others in the department and occasionally

22   told me to share with others working for her.  And she

23   said she found them again useful and largely correct is

24   my memory of it.

25              In September of 2016, he came to me with a



1  report which for the first time related to domestic --

2  a domestic political person.  In this case, Donald

3  Trump and his campaign and said that he had this

4  troubling information about Russian efforts to

5  influence the U.S. elections and did I want to give it

6  to the State Department or provide the information.  I

7  did not get -- retain a copy of the dossier.  I was

8  shown the dossier as -- in its state as it was in

9  September.

10          I informed Victoria Nuland about the

11  existence of this document and I said do you want to

12  receive the document or not.  She said get me the

13  information.  I gave her a two-page distillation of

14  core elements of it and she told me and I agreed with

15  her that it was important that the information be

16  provided to the FBI, that we were in no position to

17  assess it, that the FBI should assess it and she would

18  arrange for that.  It was my understanding that she

19  then arranged for that and the information was

20  communicated directly to the FBI.

21      Q     Did you ever take a view on the credibility

22  of the Steele report and the intelligence?

23      A     In part only and in part not.  The view

24  that I took was that I had been told by the most

25  knowledgeable person in the Department of State, a



1  person who read information on Russian intelligence on

2  a daily basis that the reports were -- that I provided

3  to her from him over the previous couple of years which

4  had nothing to do with the American politics had been

5  very -- had been highly useful to her.

6          And when I had asked her a couple of times

7  if she wanted me to continue or to stop, she had

8  encouraged me to continue them.  I also asked her if

9  she wanted me to provide her the substance of what was

10  in the Steele dossier in the short version I had to

11  assist her in evaluating it and she said what she said

12  to the FBI.

13          My assessment as I wrote in the Washington

14  Post is that I had no basis for discounting it.  Some

15  of the information in it was information which was

16  consistent with what I'd seen elsewhere and other

17  information I was in no position to evaluate but needed

18  to be evaluated.  And that was essentially what I said

19  about the Steele dossier.

20      Q     Did you ever make any attempt to the

21  corroborate any points in the Steele dossier before --

22      A     Only the ones --

23      Q     -- going public with it?

24      A     I didn't go public with it.

25      Q     Well, going public with your views on it in



1    the Washington Post.

2        A      I was -- I was being pushed by an effort by

3    a series of attacks on me by people associated with

4    then President Trump and I was about to be -- I was

5    told that I was going to be subpoenaed by the house

6    intelligence committee, Devin Nunes who later went to

7    work for Trump Social, I think, Mr. Trump's social

8    media company.

9            And so I was intimately involved with the

10   president and his -- the then president and his inner

11   circle and that they were going after me.  I was told

12   essentially I was going to be lit up, gone after, et

13   cetera, et cetera.  So I made the decision on my own to

14   publish an op-ed saying Devin Nunes is going after me.

15   Here's what happened.  And I reported -- wrote in the

16   Washington Post the opinion piece which they put the

17   title on Devin Nunes is investigating me here at the

18   truth which I described what happened and said it

19   needed to be reviewed carefully.

20       Q      And did you -- let's be clear.  There

21   are -- there are assertions in the Steele dossier that

22   are quite solacious in their content, right?  And did

23   you find that Christopher Steele was somebody you could

24   trust, rely on as a source of intelligence?

25            MR. CARTER:  Objection.



1           THE WITNESS:  I have used him as an

2    attorney on behalf of a variety of clients between 2017

3    and 2022 in which information provided ahead of events

4    was borne out by events.  I can't tell you who the

5    clients are, but I am happy to provide you an example.

6           In the summer of 2021, he provided me

7    information that various oligarchs were moving their

8    assets out of Cyprus where they've been headquartered

9    into Kaliningrad which is a free zone that's opaque.

10   It's completely opaque.  They don't disclose beneficial

11   ownership at all.

12          And the assessment associated with the

13   intelligence, that was the raw intelligence and the

14   facts which are proven by business records to be

15   accurate based on business records, the assessment is

16   it looks to me like they've all gotten the word get out

17   of the west in essence.  That wasn't in the formal

18   intelligence report.  That was a conversation about it

19   rather than something in the actual report.

20          Of course what happened over the fall of

21   late 2021 is the Ukraine situation intensified and the

22   invasion took place a few months later consistent with

23   the information that had been provided to me earlier.

24   The information that I had -- I have received from him

25   on behalf of clients over the years has generally



1  speaking been very good and has been reliably good, but

2  it's raw intelligence.  It's -- it has its limits which

3  is why in some cases I have asked for and gotten

4  business -- business records in addition as I would

5  hope that any government agency working with material

6  from an outside source would then try to do to go

7  further with it.

8            In the case of the Steele dossier, the

9  essence of my op-ed, the opinion piece, the absolute

10 essence was this needed to be looked at.  You can't be

11 someone who receives information about a foreign

12 government's efforts to interfere with U.S. elections

13 and do nothing.  That would be reckless, irresponsible

14 and wrong.

15 BY MS. ERB:

16    Q     And today you're aware that the

17 intelligence in this Steele dossier has been questioned

18 and criticized?

19    A     Of course it's been questioned and

20 criticized.  It was very threatening to and damaging to

21 Donald Trump.  Donald Trump, people in his party

22 associated with him, the MAGA wing of the Republican

23 party, right wing media that is not reliable at all

24 have all taken the same view as did John Durham in

25 going after various people associated with Mr. Steele



1    and those prosecutions of course failed.

2              So sure it got politicized and it got

3    heavily politicized because of its partisan nature, but

4    my role was to fulfill an obligation to make sure that

5    that information got properly evaluated.

6         Q      And today do you have a view on the

7    reliability of the information or data points contained

8    in the Steele dossier?

9         A      Only a partial view.

10        Q      What is that partial view?

11        A      Elements of it have been corroborated.

12   Elements -- other elements have not been corroborated.

13   In a couple of cases that I'm aware of, one that I can

14   think of in particular, there's an error and the error

15   goes to he -- one of his sources referred to a

16   consulate, Russian consulate being in Miami, Florida.

17   It wasn't in Miami, Florida.  It was in St. Petersburg,

18   Florida, not Miami.

19              And the consulate, honorary consulate for

20   St. Petersburg had a relationship with the city of St.

21   Petersburg at the time that Putin was in St. Petersburg

22   and there were old Putin ties between the honorary

23   consul and the city of St. Petersburg and Putin.  So

24   that was what was in back of that.

25              I know that that is -- and that's the kind



1   of mistake that one will see in an intelligence report.

2   It's not a fundamental error, but it's there.  There

3   was another one, the second one I can think of which is

4   that there was a report of a meeting that one of the

5   sources had between Carter Paige and Igor Sechin who

6   was a -- at various times been a highly ranked Russian

7   official or a highly ranked Russian oligarch of state

8   enterprises and it wasn't with Sechin.  It was with a

9   deputy of Sechin.  And that may have been puffing on

10  Carter Paige's part.  I don't know the basis.

11          But when I was interviewed by the senate

12  intelligence committee on these issues, I told them I

13  did not know the sources and was in no position to try

14  and find the sources.  In the period of time I was in

15  the government, my work at that time was of tremendous

16  intensity on Libya.  I was trying to keep the Libya

17  peace process from falling apart in getting the Libyan

18  factions together to promote a unified security force

19  and to get a unified economic bank and oil activity.

20  And almost all of my time in work was spent on that.  I

21  didn't have time for much else.

22       Q     And the Steele dossier contains very

23  graphic and solacious allegations about Donald Trump's

24  activities with prostitutes in Moscow.  Do you know

25  whether such extraordinary allegations were ever



1    corroborated and did you ever make any attempt to

2    corroborate those types of stories before taking the

3    positions you've taken with respect to the Steele

4    report -- excuse me -- the Steele dossier?

5            MR. CARTER:  Objection.

6            THE WITNESS:  The position that I took was

7    that it needed to be investigated by agencies in the

8    position to investigate it.  That was the position that

9    I took.  And then I was not aware of proofs of major

10   errors.  I know that Jane Mayer and the New Yorker

11   wrote an article which described a similar incident,

12   not identical, but similar in a Las Vegas hotel that

13   took place involving the people -- some of the same

14   people who were involved in the hotel that Trump was

15   said to be at in connection with the solacious

16   activities in Moscow.

17           The same cast of characters in Vegas and

18   that that Vegas hotel club was shut down for having

19   allowed sexually improper activities of the kind

20   described in the dossier to take place.  And in the

21   Jane Mayer story -- and I know Jane quite well.  I went

22   to school with her.  So I've known her for almost half

23   a century.

24           I was the stringer for Time in 1980 -- '75

25   and she was the stringer in '76.  So we go way back.



 1    She's an extremely careful reporter.  And so she
 2    reported that there was a predecessor incident in Las
 3    Vegas.  Is that dispositive, no.  Is it an interesting
 4    data point, it's an interesting data point.  It's not
 5    one I came up with or knew or was in a position to
 6    investigate.
 7    BY MS. ERB:
 8         Q      Thank you.
 9                I have one point I wanted to just confirm
10    was a typo in your report and we're switching gears
11    entirely here.  If we can go to section 8.84 which is
12    on page 109.
13                MS. ERB:  And if we can bring up tab 78 and
14    mark it as Exhibit JW14.
15                (Winer Exhibit JW14 was marked for purposes
16    of identification.)
17    BY MS. ERB:
18         Q      So in 8.8.4.1 on page 109, you are quoting
19    errata from the deposition of Mr. Galloway who was
20    deposed by plaintiffs in this case.  And the part of
21    the quote I'm focusing on is the second sentence
22    beginning the requirement that charity accounts at
23    banks in Saudi Arabia be used to support charitable
24    activities was not in effect before May 23rd, 2003.  If
25    we can look at the actual errata.



```
 1      A       Um-hmm.  It should be corrected to whatever
 2   the actual errata says of course.
 3      Q       Okay.  So --
 4      A       I don't -- I don't have that in front of
 5   me.
 6      Q       Okay.  That's fine if we agree that it can
 7   be corrected --
 8      A       It absolutely should be corrected to
 9   whatever the actual statement says of course.
10              MS. ERB:  Okay.  So what I'd like to do if
11   it's okay is we can take a break.  I want to -- I think
12   we're getting close.  I may have a few last questions.
13   So if we can take ten minutes, please.  We can go off
14   the record.
15              MR. CARTER:  Sure.
16              THE VIDEOGRAPHER:  Off the record at 3:23.
17              (Deposition recessed at 3:23 p.m.)
18              (Deposition resumed at 3:35 p.m.)
19              THE VIDEOGRAPHER:  Back on the record at
20   3:35.
21              MS. ERB:  Mr. Winer, thank you very much
22   for your time today.  We have no more questions.
23              MR. CARTER:  And I have no questions today.
24   And with that, we will close the deposition.  The
25   witness reserves the right to read and sign.
```



```
 1                THE VIDEOGRAPHER:  We're off the record at

 2    3:35.

 3                (Deposition was concluded at 3:35 p.m.)

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



1
2                          CERTIFICATE OF DEPONENT
3                  I hereby certify that I have read and
4          examined the foregoing transcript, and the same is a
5          true and accurate record of the testimony given by me.
6
7                  Any additions or corrections that I feel
8          are necessary will be made on the Errata Sheet.
9
10
11                    _____
12                         Jonathan M. Winer
13
14
15                    _____
16                         Date
17
18         (If needed, make additional copies of the Errata Sheet
19          on the next page or use a blank piece of paper.)
20
21
22
23
24
25



1                        ERRATA SHEET

2  Case:  In Re:  Terrorist Attacks on September 11, 2001

3  Witness:  Jonathan M. Winer          Date:  01/12/2024

4  PAGE/LINE          SHOULD READ          REASON FOR CHANGE

5  _____

6  _____

7  _____

8  _____

9  _____

10 _____

11 _____

12 _____

13 _____

14 _____

15 _____

16 _____

17 _____

18 _____

19 _____

20 _____

21 _____

22 _____

23 _____

24 _____

25 _____



```
 1    CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
 2                 I, Steven Poulakos, registered
 3    Professional Reporter, the officer before whom the
 4    foregoing proceedings were taken, do hereby certify
 5    that the foregoing transcript is a true and correct
 6    record of the proceedings; that said proceedings were
 7    taken by me stenographically and thereafter reduced to
 8    typewriting under my supervision; and that I am neither
 9    counsel for, related to, nor employed by any of the
10    parties to this case and have no interest, financial or
11    otherwise, in its outcome.
12                 IN WITNESS WHEREOF, I have hereunto set my
13    hand and affixed my notarial seal this 12th day of
14    January 2024.
15    My commission expires:
16    May 31, 2024
17
18
19
20
21    ------------------------------
22    NOTARY PUBLIC IN AND FOR
23    THE DISTRICT OF COLUMBIA
24
25
```



**Exhibits**

10746455 Jo
nathan.M.
 Winer.
EXHIBIT1
  7:8 16:10

10746455 Jo
nathan.M.
 Winer.
EXHIBIT2
  7:9 22:22

10746455 Jo
nathan.M.
 Winer.
EXHIBIT3
  7:10
  52:18

10746455 Jo
nathan.M.
 Winer.
EXHIBIT4
  7:12
  65:23

10746455 Jo
nathan.M.
 Winer.
EXHIBIT5
  76:1

10746455 Jo
nathan.M.
 Winer.
EXHIBIT6
  7:15
  83:21

10746455 Jo
nathan.M.
 Winer.
EXHIBIT7
  7:16
  89:16

10746455 Jo
nathan.M.
 Winer.
EXHIBIT8
  7:17
  93:19,20

10746455 Jo
nathan.M.
 Winer.
EXHIBIT9
  7:18
  99:12,15

10746455 Jo
nathan.M.
 Winer.
EXHIBIT10
  7:19
  103:19,20

10746455 Jo
nathan.M.
 Winer.
EXHIBIT11
  112:10

10746455 Jo
nathan.M.
 Winer.
EXHIBIT12
  7:21
  161:6

10746455 Jo
nathan.M.
 Winer.
EXHIBIT13
  173:10

10746455 Jo
nathan.M.
 Winer.
EXHIBIT14
  7:23
  191:14,15

_____

**0**

_____

00307

  23:11,25

00308
  23:16

_____

**1**

_____

1
  16:7
  177:20
  178:13

1.2.7
  30:17,22

10
  76:15,16,
  17 111:24

10,000
  61:5

100
  73:13
  162:7
  173:10
  175:19,20

103
  82:19

104
  81:9,13
  82:19

109
  109:5,11
  191:12,18

1093
  84:12

11
  67:6
  112:10

11.4
  36:23

11:16
  73:5,6

11:29

73:7,9

11th
  8:5 14:7
  91:25
  92:3
  109:19
  125:14
  174:7
  175:3

12
  114:11

120
  182:11

1200
  8:8

128
  29:25
  36:20
  37:22

12:28
  112:3,4

12:33
  112:5,7

12:57
  128:1,2

12:58
  128:3,5

12th
  8:7

13
  173:10

13th
  90:15

146
  125:23

15
  111:24

16
  161:5

162
  32:1

17
  105:3,10,
  24

170
  48:7

17th
  150:3

18,500
  176:25

187,000
  177:1

19
  53:9
  95:15

191
  38:6 39:8

1960s
  155:3

1970s
  148:8

1979
  153:1

1980
  153:16
  190:24

1980s
  95:15
  154:4
  157:7

1985
  153:21

1989
  153:16

1990
  100:21

1990s
  67:3,23
  95:11,16



96:25
99:3
116:5,18
125:11
126:20
127:2
129:13
130:1
139:12
142:8
155:5
156:5
157:8

**1991**
51:25
68:9

**1992**
154:7

**1994**
22:11

**1995**
106:12
114:5
116:20
122:8
123:5
124:1

**1996**
103:11
105:25
106:11,
17,21,22
107:2,7
108:9
110:19
130:6
154:8,12

**1997**
45:25
46:17
48:2 49:2
50:6,24
128:8

**1998**
53:9,21
54:10
59:4
172:15

**1999**
22:11
108:19
175:21
179:8,9,
14,17
180:1

**19th**
8:8

**1:04**
132:10,11

**1:42**
133:2,4

────────
────────
2
────────

**2**
19:4
23:10
93:23
101:14
178:22

**2,000**
47:8

**2-2271**
134:3

**2.93**
23:3

**20**
23:4
26:10
46:17
52:12
104:11
114:24
148:13
161:9,10

**200**
43:11

**200,000**
80:9

**200-page**
26:19

**2000**
31:3
32:14
33:10
37:22
43:21

**2001**
8:5 14:7
68:6,8
77:9
81:21
91:25
92:3
103:13
108:23
109:18,
19,25
110:4,11,
15
112:17,20
113:5
116:19
125:14
158:12

**2002**
23:3,8
26:25
36:24
37:8
42:10
53:10,21
54:10
59:4 65:4
67:6
68:23
89:14
161:22
162:15

163:23
172:15

**2003**
48:25
49:1,2,12
50:1,5
67:17
74:13
145:4
146:17
164:25
167:19
168:5,6,7
191:24

**2004**
62:23
129:10
138:22
145:4,5
146:18
160:20
161:2
163:18
172:12,16

**2006**
62:25

**2008**
63:1 68:7

**2013**
181:22

**2014**
74:14

**2016**
182:25

**2017**
75:2,10,
15 186:2

**2018**
104:4
105:16

**2019**
104:3

**2020**
101:6
105:15,24
116:16

**2021**
15:16,20
77:19
80:15,20
186:6,21

**2022**
186:3

**2023**
17:1
174:3,7

**2024**
8:7

**20th**
48:2

**21**
105:4,11

**218**
18:16

**22**
99:25
100:8

**220-page**
80:5

**228**
19:5

**230**
45:15

**23rd**
191:24

**26**
14:20
15:3

**27th**
37:8 75:2
81:21

**2:40**



173:4,5

**2:53**
  173:6,8

---

                  **3**
---

**3**
  23:16
  30:23
  93:3
  100:23
  101:5
  104:23
  105:2

**30**
  22:25
  23:2,7
  132:4,5

**30,000**
  61:6,8

**35**
  26:10
  93:18

**38**
  88:22,23

**3:23**
  192:16,17

**3:35**
  192:18,20
  193:2,3

---

                  **4**
---

**4**
  52:23
  91:13,16
  96:16
  107:7

**4.10.9**
  88:22

**4/6**
  179:12

**40**
  93:5,6,11
  95:2
  96:16
  97:21,23
  98:24
  99:6,24
  100:7
  101:10
  102:1,2,4
  103:2,4
  104:17
  105:3,10
  106:23
  107:2,7
  109:6,14
  112:22
  113:22
  124:2

**400-page**
  80:6

**403**
  83:23

**42**
  93:2,4

**43**
  109:6

**48**
  93:4

**4th**
  17:1
  174:3
  175:4

---

                  **5**
---

**5**
  76:1 93:1
  179:17

**5.2**

**106:20**

**5.4**
  107:6

**5/4**
  179:12

**50,000**
  61:5
  177:1

**53**
  75:25

**54**
  27:23

**56**
  90:14,24

**5th**
  179:9,13

---

                  **6**
---

**6**
  65:22
  179:16

**6.10.3.11**
  45:21

**6.11.4**
  37:3

**6.11.4.5**
  37:19

**6.8.3**
  45:4

**6.82**
  27:22,24

**6/4**
  179:12

**66**
  45:22
  46:4

**68**
  89:15

**6th**
  89:14
  179:14

---

                  **7**
---

**7.1**
  79:23

**7.15.1**
  69:17,18
  70:6

**7.17**
  73:12,13,
  20

**7.18**
  74:12

**7.2.14**
  160:24

**7.24**
  73:14
  81:8,12
  82:4
  85:3,11

**7.3.14**
  29:19,22
  36:17,18

**70**
  36:24
  37:5

**71**
  37:19
  38:7

**72**
  99:10
  103:19

**73**
  99:14

**75**
  190:24

**76**

**190:25**

**78**
  191:13

---

                  **8**
---

**8**
  62:25

**8.8.4.1**
  191:18

**8.84**
  191:11

**83**
  111:20
  112:10

**840**
  84:13

**89**
  153:17
  154:6
  160:25
  161:1

---

                  **9**
---

**9**
  125:15

**9.31**
  125:15

**9.32**
  125:20,24

**9.57.1**
  31:25

**9/11**
  14:5 30:1
  36:20
  55:17,19,
  20 57:6,
  11,25
  58:6,10



59:7
62:22
63:4,9
73:17,23
74:2,5,
13,17,19,
23 75:4
77:7 78:2
89:13
92:8,17
109:1,12
110:9,11,
18 121:24
126:24
128:7
129:8
131:1,21,
24 143:5
145:12
163:6,12,
24,25
164:13
166:24

9/11/2001
14:7

90
29:20,22
36:17
68:10

9054
53:6

91
68:9

911
108:18

92
153:17

93
83:20
84:2

93s
84:22

96
68:10
93:6

98
68:10
128:8

99
69:18
128:8

9:28
8:8

9:40
18:8,9

9:55
18:10,12

_____

A

_____

a.m.
18:9,10
73:6,7

AA
72:7

ABC
154:14

Abdul
177:10

Abdulaziz
30:6,8,19
32:21
146:13,16
147:7
148:12
178:1,12

Abdullah
85:18
146:5,11,
12
177:10,11

Abdulrhman
9:15

ability
54:5
78:14
156:14

abreast
181:1

absence
135:2

absent
24:9

absolute
50:10
187:9

absolutely
54:9
117:15
118:1
137:6
160:15
167:6
192:8

absorb
59:17

absorbed
28:23,24

accept
91:4

acceptance
160:4,5

access
161:14

accommodati
on
86:7

accordance
10:11

account
42:15
51:25
52:3,4
53:5,6,8,

9,20
55:23
56:16,17,
25 90:17
92:8,11
125:17,24
129:20,22
131:6
180:12

accountancy
19:25

accountant
19:23

accounting
139:2

accounts
51:21
54:3,12,
16,23
56:9
88:13
89:8
91:7,11,
12 92:1,
18 131:10
144:8
169:22
191:22

accurate
39:9,23
42:2,24
51:22
64:25
95:1,3
120:4
121:16
143:6
166:3
186:15

achieve
166:17

achievement
67:18

acknowledge
22:3
40:22
152:15

acknowledge
d
121:13

acronym
34:20
35:22
36:6,8

act
141:8
169:24
182:16

action
67:8
68:23
94:9
112:14
129:2
131:18,
22,24
140:22
142:11

actions
35:15
58:10
122:10

active
111:6
147:11

actively
160:7

activities
33:17
34:4,14
35:7,9
49:23
51:9
53:18
56:12
65:7,9



66:8
67:21
73:17
80:4
91:23
110:22
137:11,23
138:2,3
157:2
159:15
169:23
182:2
189:24
190:16,19
191:24

activity
53:9,21,
23 54:11,
17,22
56:11
64:10
68:14,15
71:7
96:21,22
131:13
133:17
138:9,12,
14 143:8
151:13
162:9
167:8,14
170:4
189:19

actors
94:21

acts
107:24

actual
117:17
139:22
186:19
191:25
192:2,9

add

64:15
112:23

added
80:11
81:2

addition
18:19
22:17
67:19
68:13
187:4

additional
41:3,4
62:5
164:1

address
11:13
64:24
65:15
82:20
83:7 90:5
92:12
102:22
110:13,16
113:1
115:10
127:11
140:15
144:2
168:16
169:5,7
171:22
174:22

addressed
64:17
98:19

addresses
77:24

addressing
11:20
67:24
166:22

adequately

119:24

adhere
158:8
159:10

adhered
139:17

adherence
128:14

administrat
ion
57:15,22,
24
162:15,16
168:19

adopt
104:19

adopted
36:6 97:7
98:23
113:22

advice
20:6
114:11
117:21,23

advise
118:8

advising
123:21,22

affairs
79:23
80:1
145:23,24
182:5

affecting
169:19,22

affidavit
34:16
143:16

affidavits
140:21

affiliated
40:10

Afghan
72:9
153:11,12

Afghanistan
153:11,
15,18
154:13,16
156:22
157:12,14

afloat
165:21

agencies
25:22
116:13
129:6
190:7

agency
46:18
187:5

agree
13:2 18:2
20:25
24:7 28:7
29:13
34:24
35:22
36:13,14
44:2,9,
12,19
45:10
46:15
50:4
54:23
58:1
66:11,15
87:8,17
92:5
98:22
100:6
102:4,25
105:7,9
106:4

108:9
110:8,15
112:18
133:15,20
134:17,24
136:23
137:22
143:19
146:22,25
147:3
149:11,
13,17
160:12,18
163:5,20,
21 171:14
178:19
192:6

agreed
86:22
128:10
183:14

agreement
117:9

ahead
73:22
101:20
142:3
186:3

AHM
142:21

ahm's
148:1

aid
145:15

aims
133:17
142:17
171:19

airplanes
108:2

Aisha
9:22 13:8
15:12



Akrouk
   8:22

Al-aqeel
   62:6,16,
   18,20
   179:20

al-bayoumi
   73:16,21
   74:14,20,
   22  75:9,
   19  77:5,
   24  79:15
   81:17,25

al-bayoumi'
s
   74:1

al-fadha
   72:22,23

al-heramain
   12:19,20
   55:4,15
   56:6,8,9
   58:3
   59:20
   60:18
   62:9,14,
   24  65:4,5
   66:7,13,
   23  67:3
   68:24
   138:20
   141:2,16
   144:20
   145:8,17,
   19,23
   149:13,21
   155:16,22
   170:24
   171:1
   176:7
   177:16
   178:3
   179:23
   180:4

al-
heramain's
   178:3

Al-jabbaar
   138:24

al-jarrah
   77:5
   79:16

Al-qaeda
   23:18
   24:23
   37:11
   62:8,10
   66:9  67:1
   69:23
   70:24
   71:2,3,
   12,15,24
   72:5,9
   91:17
   138:19
   145:18
   152:6,13
   159:16
   170:25

Al-qaeda's
   89:2

Al-ra
   49:4

Al-rajhi
   8:15,17,
   18,20,22
   9:15  10:9
   13:20,22,
   23,24,25
   14:1
   30:6,9,19
   31:10
   32:12,16,
   17,21
   36:13,19
   37:22
   38:1,15,
   17,23

39:6
40:9,23
45:18,19
46:7,25
47:20,21,
23  48:5,
16  49:5,
13,15,23
51:5,21,
24  54:12,
16  56:18
58:24
60:4
72:6,7,22
82:3,8
83:14
85:6,10
86:13,14
87:5
88:12,19
89:8,23
91:8,11
92:7,14
106:4
113:14,15
129:2
135:4
140:8,12
142:14,24
144:10
146:13
147:7
148:13
160:12,17
162:25
166:13,
22,25
169:18
171:5,13,
14,18
172:11,20
174:5,14
177:3,6,
11,18
178:2,12

Al-rajhi's

43:18

Al-rajhis
   49:19

al-thumairy
   73:16
   75:3

al-towayan
   81:16
   82:2  85:6

alert
   11:22
   80:13

aligned
   153:20

allegations
   140:16
   189:23,25

alleged
   73:16

allegedly
   74:21
   81:24

allies
   66:6

allowed
   53:16
   142:19,20
   190:19

allowing
   94:12

Almussaed
   9:15

amended
   106:23

American
   123:1,3
   184:4

amount
   43:4
   47:15

178:6

amounts
   131:12
   139:7
   154:17
   178:5

analysis
   26:4  28:2
   40:3

analyst
   29:10

analysts
   165:25

analyze
   173:22

analyzing
   51:17

and/or
   28:4
   91:24

anecdotal
   37:16
   39:16
   40:21
   41:12
   42:6

annotated
   17:10

annotations
   17:19

anonymized
   21:13

anonymous
   135:10,
   11,18,25
   136:1
   137:5,13,
   15  140:14

anonymously
   136:23



answering
  61:4

answers
  115:8

anti
  106:15

anti-female
  154:10

anti-money
  96:17
  106:15
  127:4
  128:9,14,
  18 139:25
  171:11

anti-
western
  154:11

anymore
  12:8

apologies
  12:13
  73:4

apologize
  11:15

apparent
  32:12

apparently
  39:11
  45:7 73:3
  129:17

appears
  80:3
  83:13
  92:6
  105:14
  178:2

appendices
  25:2

appendix
  18:15

19:2,4

appetite
  156:14

apples
  79:4

applicable
  115:21

application
  85:17
  96:14,19
  115:4
  121:6,12,
  23

applied
  127:13
  154:16,17

apply
  123:13
  157:17

applying
  157:20

approach
  119:12
  124:12
  172:8

appropriate
ly
  127:13

approved
  86:22

April
  179:9,13,
  14,16,17

Aqeel
  62:6,16,
  18,20
  179:19
  180:1,9

Arab
  124:13
  142:25

152:3
154:19

Arabia
  31:10,20
  32:3,25
  33:10,18
  34:9
  35:17
  55:9,12
  56:12,17
  57:2
  58:5,12
  78:15,21
  85:7
  92:15,21
  103:24
  104:3
  105:3,10
  106:14,19
  107:22
  113:21
  117:21
  118:8
  122:1
  126:20,23
  127:3,5,
  8,15
  128:16,20
  129:11,23
  142:8
  143:11,
  12,14
  144:24,25
  145:12,16
  146:19
  148:2
  150:13
  153:3
  159:11
  162:5,13
  169:23,24
  191:23

Arabia's
  105:18

Arabian

66:6
113:15
118:17
123:4
138:21
160:20

Arabic
  49:22
  119:21,
  22,23
  120:7
  122:7
  123:9
  126:15
  178:15

ARB
  33:19
  35:16
  56:11
  60:11
  62:19
  85:8
  88:14
  140:9,10,
  11 149:12
  167:17,25
  168:1
  169:3

ARB's
  25:14,24
  149:7

ARB-
00000836
  84:13

ARB-
00040369
  84:10

ARB-39558
  89:19

ARB-40369
  83:23
  84:6

ARB-843

52:21

arbitrage
  98:14

area
  98:11
  101:21
  111:3
  114:10
  115:1
  124:17
  130:16

areas
  56:10
  67:16
  98:12
  136:4
  151:5
  153:19

arrange
  183:18

arranged
  183:19

arrested
  24:23

arsenic
  98:10

article
  190:11

articulate
  136:16
  141:24

articulated
  62:12
  115:5
  137:18
  139:18
  140:20

ascetic
  160:4

Assembly
  10:2



12:22
16:4

**assertion**
167:15,16

**assertions**
185:21

**assess**
50:21
51:1,13,
18 79:14
88:4
122:3
152:17
183:17

**assessing**
166:6

**assessment**
40:2
88:19
97:25
100:15
102:15
104:4
129:9
160:20
161:2
163:19
165:24
168:8
172:3
184:13
186:12,15

**assessments**
48:12
124:6

**asset**
74:20,22
77:25
87:24

**assets**
186:8

**assist**
77:6 78:5

118:25
184:11

**assistance**
69:6
74:23
78:2
119:25

**assistant**
77:3
182:4

**assisted**
73:21

**assisting**
35:19

**association**
10:2
34:18

**associations**
137:15

**assume**
24:20

**assumption**
130:4

**assumptions**
28:13
70:22

**assure**
120:3

**astonishing**
54:25

**attach**
180:19

**attack**
77:7 78:6
155:8,9,
11,14
164:23

**attacking**
153:7

**attacks**
8:5 14:6
73:23
74:2,18
91:24
109:12
110:18
155:6,19
163:6
164:1,16
170:19
172:1
185:3

**attempt**
184:20
190:1

**attend**
40:14

**attention**
67:6
73:12
76:15
144:3
164:17,
21,22

**attitude**
172:1

**attorney**
114:9,16,
22 115:18
186:2

**attorneys**
77:3 78:7
120:19

**attractive**
49:24
51:10

**audit**
118:17,
19,21
119:10

**auditing**
119:10

139:3

**auditor**
119:9
123:18,24
124:7

**auditors**
118:22

**audits**
148:22
149:3

**August**
23:3,8
174:7
175:3

**author**
85:14

**authorities**
141:19

**authority**
113:16
123:5
141:7

**aware**
14:20
31:21
39:18
45:17
55:19
57:4 65:2
75:16
76:7
79:5,6
82:7
120:17
134:15,16
136:1
162:11,16
163:2
165:5
174:5,8
175:13
187:16
188:13

190:9

**awareness**
140:25
162:23
163:4

**awful**
88:7

_____

**B**
_____

**B-L-O-C-K**
91:4

**Baach**
9:23,24
13:8

**back**
18:11
24:21
36:16
50:25
67:22
71:20
72:18
73:8
78:10,17,
21 83:4,
11 88:8
96:12
97:5
100:19
101:14,25
105:25
110:3
111:18
112:6
113:6
116:18
128:4
129:12
131:14
133:3
143:19
148:8
150:5,9



156:1,2,5
160:10
171:3
172:9
173:7,16
178:21
181:9
188:24
190:25
192:19

**background**
15:6

**backing**
30:13

**bad**
157:13
159:8

**Baily**
11:17,19
12:1,2,6
83:25
84:3,7,
12,21
175:22
176:1

**bank**
8:15,17,
19,21,22,
24 9:15
10:9
13:20,21,
22,23,24,
25 14:1,2
19:19,20
20:4,9,
10,11
38:15
45:18
48:18
49:6,23,
24 50:4
51:6,10,
21,24
52:10

54:12,13,
16,25
55:23
56:1,2,
13,18
58:19,24
59:1
60:4,20,
23 62:17
82:3,8
83:14
86:13,14,
22 87:5,9
88:13
89:9,23
91:8,11
92:7,10,
14 95:3,
7,14 96:2
97:19
113:9,14,
20 114:8
115:13
117:1,23
118:17,
20,24,25
119:5,14,
17 123:7,
19,22
124:3,13
129:2,25
131:17,
18,19
142:6,14,
23,25
144:7,10,
11,21
149:1
160:12,17
162:25
166:13,23
169:3,13,
18 170:6,
10 171:5,
13,14,18
173:21
174:5,14

175:14
189:19

**bank's**
51:9
106:4
113:15
122:3
123:19
174:6

**banker**
20:13,14

**banking**
13:25
60:25
95:23
96:20
98:7,13,
21 114:3,
4,9,12,
19,22
115:2,22
116:12,
24,25
117:25
118:6,13
119:4
120:7,11
121:14
122:2
123:2,16
130:8,11
131:16
169:15,17
170:11,13
177:7,18

**banks**
20:6,7
49:18
90:5
92:1,15
94:21
95:9,12,
21,22
114:15
115:13

117:6,10,
12,21
119:6
124:9,14,
19,24
129:22
169:21
170:1,3,
5,6
191:23

**banks'**
95:18

**barriers**
98:17
138:5

**bars**
148:5,6

**base**
140:2

**based**
21:4 26:9
39:24
42:25
43:15
47:22
53:17
62:12
76:18,24
77:1
86:12,21
88:15,17
97:10,11
115:20
118:4,24
122:8,9,
13 123:15
125:9
126:18
128:18,23
129:15
140:1,2
141:8
158:1,4
163:16

165:23
168:14,25
171:10,12
172:7
177:3
186:15

**Basel**
95:25

**basements**
153:5

**bases**
169:12

**basic**
96:17

**basically**
54:5
75:18
148:6
150:4
157:16

**basis**
14:23
42:16
69:24
71:25
92:19
96:24
116:1,2,
22 139:20
178:8
184:2,14
189:10

**Bates**
84:6,8

**Bayoumi**
78:20
79:6
87:23

**BCCI**
95:14

**bear**
86:8 87:9



104:20

began
67:2,13
153:20
162:4

begin
11:2,3
68:21

beginning
66:2 67:8
76:17
86:3
130:10
168:18
180:17
191:22

begins
8:3 37:7
73:13
76:20,24
161:22

behalf
8:11,15,
17,24
15:13
16:3,4
62:7
79:25
145:18
151:24
186:2,25

belief
159:22

beliefs
158:21

believed
78:20

Bembry
9:22
13:7,8
15:9,12

Bembry's

14:11

beneficial
101:9,12,
15 186:10

beneficiary
142:16

benefit
80:21

Benjamin
151:2

big
131:12
169:13

bigger
90:20
176:12,20

bilateral
117:9,11

Bill
135:18

billion
124:24

billionaire
s
149:19

bin
51:20,24
52:4 53:5
54:3,11,
15 55:1
58:17,24
62:4,10
67:1
69:23
71:24
72:8
85:18
89:2
138:19
145:18
152:6
155:14

158:16
170:25

bit
13:12
37:18

bite
152:23

black
82:16
118:2
130:16
159:8

blank
61:6
62:17

block
76:18

blocked
90:12,25
91:5,12
92:7,11,
18

blocking
92:1

blowing
108:1

board
36:15
40:23
43:19,20
60:16
61:16
67:14
86:7

bodies
98:2

body
98:3

boilerplate
115:15

Bojinka

155:10

bold
86:2

Bomber
164:13

bombing
68:8
168:7

bombings
67:17
68:7,10

border
96:22

borne
186:4

Bosnia
65:3 66:7
154:17

Boston
148:4

bottom
46:6
177:8,19,
25 178:17

box
148:19

branch
56:17
57:1 60:5
61:22
64:4 69:5
85:18
97:13

branches
55:11
56:3 57:5
58:3,4
64:8,20
65:3,7,8,
17 66:7,
13 68:24

69:10
138:25
145:1,3

break
69:16
73:2,3
111:25
112:1,9
127:23
132:3
172:24,25
192:11

bribery
107:15
111:6

bribes
111:7

bring
22:24
78:25
156:2
191:13

British
142:7

broadening
150:7

broader
96:11
108:15

broadly
92:13
96:9

brought
23:1
153:4

bucket
148:1

bunch
137:8

Bush
162:16



168:18

**business**
44:4
131:11
186:14,15
187:4

———————————

**C**

**cables**
168:24

**call**
69:4 71:8
97:20
119:6
154:14
160:6
179:5
180:10,
11,18

**called**
9:8 33:15
37:10
92:15
127:17
153:11,12

**calling**
27:7
39:16
41:11

**camera**
8:10

**campaign**
183:3

**Canada**
120:16
121:12,
20,22
122:22,23

**Canadian**
120:15,23
121:14,

15,22
122:22,23

**candidates**
156:7

**capacity**
22:12
156:15,19
179:23

**captured**
24:22

**care**
17:21
18:4

**careful**
139:2
191:1

**carefully**
48:11,12
185:19

**carried**
31:4
167:13

**Carter**
8:25
9:13,17
10:16
11:20
15:8
16:18,22
17:4 18:6
20:21
23:22
27:2
29:15
32:6 33:4
35:4 38:3
39:20
42:11
44:21
46:14
47:25
49:8
52:15

53:13
58:7
65:10
69:8,25
79:13
80:23
81:10
86:17
87:19
94:24
100:10
102:6
103:25
104:7,11,
14,24
105:12
110:14
114:20
117:4
132:7
134:21
135:21
136:25
152:20
157:3
161:13
172:23
173:2,17
176:13,19
177:12
185:25
189:5,10
190:5
192:15,23

**case**
8:15,17
40:8
50:14
68:4 78:7
80:4 81:4
113:14
117:7,17
120:5,14,
17 121:4,
6,7
122:21

124:13,
22,23
125:9
135:4
136:12
137:17,25
141:16
150:19
154:5
165:18,19
166:11
175:8
183:2
187:8
191:20

**cases**
78:9,23,
25 81:3
124:12
128:11
167:4
187:3
188:13

**cast**
190:17

**Catholicism**
159:4

**caused**
78:11

**causing**
139:24

**caution**
13:9

**caveat**
44:16,24
45:7,11
46:11
48:22
49:4 50:4
60:7,8
61:12,13,
24 62:5
63:17
64:6

**caveated**
44:13
45:14
48:12
49:14,16

**caveats**
44:10,19
45:5,6,17

**ceding**
107:25

**cellars**
153:5

**Center**
68:8
155:8

**central**
113:20
145:11
152:1

**century**
150:3,6
154:10
157:18
159:10
190:23

**certainty**
72:13

**certificati
on**
31:5

**cetera**
32:19,20
94:21
105:9
113:24
185:13

**chain**
69:19,21
70:5,7,
12,21
71:4,23
72:14



98:7

**chair**
146:14

**change**
23:22

**changed**
103:8
113:19
162:15
170:23
172:2,8

**changing**
34:4

**char**
56:20
178:3

**characteriz ation**
39:10
46:11,16
71:2
121:16

**characteriz e**
32:4
69:21
73:20
95:1
160:8
175:15
181:14,16

**characteriz ed**
46:19
168:9,10

**characters**
190:17

**charitable**
30:9,19
31:1,10
32:3,17, 22,24

34:23
35:8,17
66:4,17
133:22
134:17,18
135:7,13, 14,15,17, 20 136:1, 7,21
137:21,23
139:9,13
142:13
143:10, 13,20,22
144:13
148:14
176:7
178:3
179:24
180:4,12, 13 191:23

**charities**
12:17,18, 24,25
13:10,13, 15 14:12
55:3,5,8, 14,18,24
56:3,20
57:5,9,22
58:9,11
59:7,13, 20 62:4
63:3,8,13
64:3,9, 18,20,21, 22 67:20, 24 68:12
91:22
108:11,16
125:18
137:10
138:1,6,8
139:6,18
140:3
142:18,20

143:20,22
144:24
146:2,19, 23 149:15
151:19,21
156:3,24
159:15
171:5
172:9

**charity**
9:25
13:16
15:13,16, 21 31:16, 17 55:20
56:17
57:1
58:17,24
60:4,5,18
61:20,22
64:4
66:23
134:12
135:5
136:3,13
138:13, 14,18,20
142:22
144:4
145:10
147:2,14
177:3
191:22

**chart**
90:8

**chat**
161:15,16

**Chechnya**
154:19

**check**
176:1
177:9,20
178:2,6, 17

179:13,17
180:19

**cheek**
95:25

**cherrypick**
27:14

**chooses**
43:6

**choosing**
42:8

**chose**
35:22

**chosen**
51:25

**Chris**
181:17

**Christianit y**
150:18,24
152:1
159:9

**Christians**
68:4

**Christmas**
137:5

**Christopher**
185:23

**churches**
159:5

**CIA**
20:20,22, 25 21:3, 8,10,17, 20,25
22:8,13
23:2,7, 10,11
24:8,12, 13 25:5, 13,18
26:11,14,

18,25
27:5,6,16
28:8,16, 18,21
36:25
37:8,25
38:22
39:5,12, 16 40:17, 19 41:10
42:10
43:13
44:5,9, 12,13
45:5,11, 14,18,25
46:21
47:22
48:3,11, 16,25
49:3,12
50:6
71:22
72:4
129:9
140:7
165:15,25
167:19,21

**CIA/FBI**
163:19

**circle**
185:11

**circular**
114:6,14
115:24
116:21
122:8

**circulars**
113:24
123:10

**circumstanc es**
94:11
173:22



cite
    21:25
    26:11
    32:2
    36:24
    42:17
    43:14
    45:6,14,
    18,20
    75:15,20
    77:22
    80:20
    81:1
    93:1,6,10
    107:3
    160:19

cited
    18:20
    23:3
    26:25
    53:3
    122:21

city
    188:20,23

civil
    14:21
    78:9 81:4
    154:7

classificat
ion
    10:17

clean
    119:7
    139:4

clear
    11:10
    14:8
    24:22
    30:4,15
    32:24
    61:18
    65:5
    80:15
    122:15

123:13
131:15
140:22
149:1
155:13
171:3
172:19
185:20

clearance
    28:22

click
    161:16

client
    9:15
    117:18

clients
    15:19
    20:7
    114:10
    118:11
    131:12
    186:2,5,
    25

climate
    151:16

Clinton
    57:15,21,
    24

close
    148:15
    151:11
    169:18
    174:9
    192:12,24

closed
    15:16,20

club
    190:18

co-founder
    35:16
    144:11

coherent
    97:2

cold
    127:20

collapse
    95:13

collateral
    169:13
    170:12

colleague
    9:1,23

collecting
    181:23

collection
    126:23

college
    96:4
    116:8
    150:20

column
    24:4
    90:11

combat
    68:16
    112:16,18
    165:1

comfortable
    15:1
    120:1
    124:6

commandment
s
    157:23

commandos
    153:4

comment
    128:19

comments
    173:25

commercial

169:23
170:4

commission
    74:6,13,
    19 126:24
    143:5
    163:12

commission'
s
    131:21

commitment
    111:14

committee
    32:19
    33:10,18
    35:17
    92:16
    96:1
    136:8
    144:13
    148:15
    153:22
    185:6
    189:12

common
    34:11
    124:8,14,
    21,22
    128:20
    133:14
    163:9

communicate
    35:21

communicate
d
    183:20

communicati
ons
    92:17

companies
    101:19

company

32:16
85:10
86:8
185:8

comparative
    114:21
    115:3,4
    116:1,2,
    22,24
    120:23
    122:19
    123:2,14

compare
    115:6
    125:5

compared
    129:21

comparing
    79:3

competent
    122:12

competing
    159:2

complained
    142:7

complementa
ry
    97:16

complete
    14:22
    42:15,24
    52:8
    130:17
    167:15

completely
    22:21
    29:4 80:2
    122:12
    145:10
    154:24
    155:17
    168:13



186:10

**completeness**
29:3 39:2

**complex**
31:11,12
144:9,21
152:22

**compliance**
85:8 99:2
102:3
106:5
116:15
118:23,24
119:1,8
122:3
123:20,23
124:15
125:2
130:17

**compliant**
98:24
99:6,24,
25 100:7,
8,9 103:1
105:3,4,
5,10,11

**complicated**
28:15
31:24
33:6 56:5
95:10
165:3

**complied**
117:2

**comprehensive**
97:3
161:25
164:22

**computer**
126:9,13

**conceal**
134:13

**concede**
157:21

**concept**
160:11

**concern**
13:12
45:18

**concerned**
43:24
143:7
154:1
159:13
172:7

**concerns**
26:13
78:18
81:15
138:5

**conclude**
47:20
48:5

**concluded**
48:16
49:12
66:22
193:3

**conclusion**
47:5
49:25

**conclusions**
39:24
72:12

**conclusive**
44:14

**conditioning**
151:16

**conduct**
104:12

136:24
143:22

**conducted**
118:16,19

**conducting**
64:22
65:6
162:13

**conduit**
140:9

**confidential**
10:9,11
174:18

**confidentiality**
10:19

**confine**
160:1

**confirm**
16:24
18:17
74:9
90:24
93:2
191:9

**confirmation**
174:12

**confirmed**
41:12
42:7

**confirming**
11:16

**conflation**
35:1

**conflict**
67:25
68:16
136:4
137:8,22

138:10
143:23
147:11,
12,14
151:24
152:1

**conflicts**
68:3
154:14

**confusing**
35:3,6,15

**Congressional**
153:3

**connected**
11:17
98:20

**connection**
26:2 53:2
58:21
60:11
69:11
70:23
71:7 78:7
82:8,12
101:1
108:17,20
110:22
114:15
115:11
116:3
123:21
131:25
150:19
151:18
158:11
182:1
190:15

**connections**
80:4
81:24

**considerable**
106:18

**consideration**
51:14

**considerations**
78:22
127:16

**considered**
18:18
130:16
170:19

**consisted**
70:5,7
71:23

**consistent**
92:20
126:25
131:4,20
157:16
175:15
184:16
186:22

**consolidated**
95:12,17

**conspiring**
77:6 78:5

**constitutional**
94:11

**constraints**
80:11

**construction**
21:3

**consul**
188:23

**consulate**
188:16,19

**consult**
76:5



Case 1:03-md-01570-GBD-SN     Document 10594-12     Filed 12/09/24     Page 213 of 256

JONATHAN M. WINER
In re: Terrorist Attacks on September 11, 2001
January 12, 2024
Index: consulted..correct

120:6

**consulted**
121:22
133:24

**consumers**
28:1,10,
19 169:14

**contained**
40:16
61:6
188:7

**content**
185:22

**context**
24:12,17,
18 25:4
29:12
31:13
34:24
36:14
41:3,4
43:25
44:1,3,
22,25
50:18,20
51:1,2
61:13
65:15,18
66:20
68:18,22
72:16
96:10
107:21
111:16
115:22
122:16
137:1
151:12
154:25
166:4,9
170:21

**contextual**
44:17
45:2

123:12

**continue**
83:2,9
90:22
104:21
114:9
127:24
182:18
184:7,8

**continued**
67:16,19
154:7

**continues**
46:4

**continuing**
43:22
104:24
165:1

**contrary**
129:5

**contrasting**
126:9

**contribute**
133:12

**contributing**
140:6

**contribution**
133:15
135:15,19
137:6,13
147:1
176:7
181:6

**contributions**
135:14
136:5,10
139:9
143:20
156:21,

23,24
157:1,5
172:10
180:13

**control**
32:12
49:22
51:9
116:13
145:11,14
154:18

**controls**
147:15
148:21

**controversial**
141:3,5
170:7,10

**convenient**
154:15

**convention**
108:19
156:17

**conventions**
108:1
111:13
112:24

**conversation**
151:8
176:6
186:18

**conversations**
140:18
164:3,5,
10

**convey**
85:16

**conveyed**
87:14,15

**cooperation**
168:9,16

**coordination**
77:2

**copacetic**
117:16

**copies**
22:12,13
174:19

**copy**
16:14,25
17:13,21,
22 18:1
19:7 23:2
84:18
177:9
178:17
180:25
183:7

**core**
150:13
155:14
183:14

**corner**
52:22

**Corp**
177:19

**corporate**
31:6

**Corporation**
14:1

**Corporation's**
177:7

**correct**
17:18
18:20
19:7,11,
12,16,21
20:2,5,
11,17,20,

23 21:1,
22 22:1,
5,19,21
24:10
26:16,17
27:20
30:1,6,10
35:23
36:7,9,
21,22
37:23
38:2,24,
25 39:2,7
40:2
47:24
48:22
49:7,10
51:21
52:1
53:25
54:12
55:5,9,
12,17
56:3
58:6,18,
19,25
59:8,15,
25 62:4
63:4,9,10
64:5,11
68:9
69:1,2,7,
19,24
73:23,24
74:7,15
75:5
80:22
81:25
82:3
85:24
86:16
87:10
88:16
91:1
97:22
98:25
106:7,25



107:4,5,
8,11
109:4
110:7
113:12,
13,16,17
119:21
120:12,13
121:17
126:1
133:18
141:22
142:17,18
143:18
146:8
160:15,18
161:1
171:14
172:22
173:14
174:3
176:17
179:17,
19,24
180:2,3,
6,7
181:10
182:23

**corrected**
179:15
192:1,7,8

**corresponde
d**
119:3,6

**corresponde
nt**
117:25
169:15,
20,22

**corroborate**
25:7,11
184:21
190:2

**corroborate
d**
28:8,11
29:14,17
165:14
188:11,12
190:1

**corroborati
ng**
72:3,10

**corroborati
on**
24:9
25:18
29:8,9
166:8

**corrupt**
66:23

**corruption**
107:13
108:6
111:3
165:21
166:4,5,6

**cost**
86:23

**costs**
85:8
86:14

**counsel**
8:12 13:7
15:10
16:18
20:7
42:24
83:25
84:7
153:21
174:19
176:2

**count**
45:16

**counter**
23:12
68:21

**counterterr
orism**
107:4

**countries**
94:10,12
96:7
97:1,11
98:3
102:20
107:23
110:21,24
111:4
115:6
127:9,10,
18
128:11,13
129:16,23
130:19
138:9

**countries'**
116:9

**country**
31:19
92:2 97:9
99:4
120:11
125:3
128:16
137:3
158:1
169:10

**country's**
96:6
116:15

**couple**
164:15
174:10
182:10
184:3,6
188:13

**courses**
150:20
165:16

**court**
8:6,9 9:4
26:12,24
27:5
34:25
42:5,9,
12,23
43:6,7
79:12
80:13,21
121:7
122:20,24
123:3
125:4
141:15

**courtesy**
16:14
17:21
84:17

**cover**
80:14
106:24
120:22

**coverage**
108:8

**covered**
59:9
64:12
87:17
107:19
108:4,21
112:23

**covering**
101:16
108:1
112:20

**covers**
53:8
116:19
125:13

**Cozen**
8:25

**CPA**
20:1,3

**cracked**
148:7

**create**
60:23,24
95:4
130:11

**created**
31:2 96:5
150:4

**creates**
98:15

**creating**
169:20

**creation**
98:1

**credence**
34:11
71:10

**credentiale
d**
117:10

**credibility**
183:21

**credible**
72:15

**crediting**
41:18

**creed**
150:4

**crime**
107:18,20
108:1,7
110:19
156:16

**crimes**
78:24



79:1
106:24
107:21,25
108:5
110:19
111:10,11
112:23,24
113:3
130:12

criminal
34:17
50:14
78:7,25
81:3
91:23
96:21
106:15,16
141:17,23
156:6
162:8

criminalizing
130:22,23

critical
68:19
167:18

criticisms
102:18

criticized
42:17,18
187:18,20

cross
96:21

currency
116:14

current
67:9,10,
11 100:18
114:13
146:14
166:17
167:24,25
168:5,6

169:5
171:22,24
181:25

custody
24:24

customer
61:20

customers
10:10
58:23
60:4
61:20
149:8

CV
19:7,9

Cyprus
127:10
186:8

————————

D

D.C.
8:9

daily
184:2

dam
170:12

damage
169:14

damaging
187:20

Dan
151:2

dangerous
139:11

data
24:8
26:8,15
29:13,14,
17 30:4

38:1,22
39:18
40:22
41:11,17
42:5
43:13,17
44:6,15,
20 46:11
47:9
71:5,7,8,
9 72:11,
16,17
77:17,18,
22,23
87:6 88:5
126:22
188:7
191:4

date
8:7 45:1
53:12,14
100:16
105:13,24
113:3
174:8,11,
12 179:8,
15,16

dated
17:1
81:20

dates
179:11

David
34:16

Dawah
69:11
136:3
137:8,10
145:16,24
149:10

day
8:23
114:13
160:14,17

day-to-day
96:24,25

days
154:3
175:13

de
128:11

deadline
175:15

deal
43:7
167:24
168:4

dealing
130:1

decade
156:8

decades
123:16
143:1

December
53:10

decide
42:13
125:4

decision
65:16
78:11,12
79:9
111:9
120:21,24
168:14
185:13

decisions
28:5
141:25
175:9

declassified
21:21

decode

88:1

dedicated
66:5,17
162:6

dedication
166:23

deductible
111:7

deeply
116:4
159:13

defendant
13:22

defendants
15:15,17

defense
170:13

defer
132:3

deficient
98:4

define
30:8

defined
112:24

definition
30:25
31:14

definitive
51:16

degree
21:15

deliberations
108:21

Delstin
121:10

Dennis
163:2



department
9:16
19:14,17
22:11
57:16
67:22
95:16
96:25
99:3
116:10,
11,12
127:2
129:13
130:16
155:12,18
164:6,8
170:9,15
181:18,
19,20,21,
22,24
182:21
183:6,25

departments
166:17

dependent
117:8

depending
34:24
123:11

depends
13:13
24:11
25:4
29:11
44:16,22
50:19,22
117:5
118:3,21
122:5
123:12
137:1
151:12

deposed
191:20

depositing
131:11

deposition
8:4,8
10:8,11
11:10
14:15
18:9,10
36:10
66:21
73:6,7
80:14
112:4,5
118:5
128:2,3
152:9
173:5,6
191:19
192:17,
18,24
193:3

depositors
169:14

deposits
53:24

depth
124:5
169:2

deputy
189:9

describe
74:1
92:13
106:21

describes
72:4
81:23

describing
38:14

description
100:2
111:19

design
119:10

designate
10:10
61:21
171:18

designated
55:16,18,
20 57:6,
10,23
58:5
59:14,23
60:6
61:22
62:21,24
63:15,22
64:5 65:3
68:25
69:1 79:7
89:12
92:8
141:2,3,
21
143:11,
15,17
155:22
160:13,
14,16
166:25
167:5,8
171:6,14
172:20
180:1,5

designating
66:12
156:3

designation
25:24
57:18
65:15,18
67:13
91:9
156:12,20
160:11
166:22

167:3,4,
13,17

designation
s
10:19
57:11
58:9,13
90:3
141:6

designed
94:17
96:18
97:6,16

designing
118:22

destination
140:24

destruction
165:13

detail
34:15
60:25
88:5
94:13

detailed
23:13
72:18

details
25:3
91:11
121:19

detainees
23:12,17
24:19

determine
22:7 27:6
61:1
63:19
83:11
122:9

determined
66:6 77:4

80:16

determining
123:19

development
98:2
150:12

Devin
185:6,14,
17

devote
38:19

devoted
163:23

dictum
158:25

difference
51:14
158:10
166:11

differences
150:23

differentia
te
33:20
34:13

differentia
tion
34:12

difficult
33:20
34:10
88:14
173:21

difficultie
s
67:23

difficulty
175:5

digesting
156:12



digits
  53:6

diligence
  138:16
  139:1,13
  140:5,11
  144:22
  146:7
  147:15
  148:3,20

dinner
  137:5

diplomat
  120:3

diplomatic
  170:16

direct
  54:5
  73:11
  76:14
  95:8

directed
  68:3
  141:12
  157:1

directing
  33:12
  144:4

direction
  112:25
  166:14

directly
  95:5
  115:9
  147:7
  183:20

director
  85:15
  177:15
  179:23

dirty
  98:15

disagree
  130:3
  146:17

disclose
  134:12
  135:16
  186:10

disclosed
  134:25

disclosing
  134:19
  174:17

disconnect
  11:17

discounting
  184:14

discovery
  15:14,19
  25:19,21
  26:1
  32:13
  53:16,18
  59:3
  60:20
  71:11
  172:14,17
  175:8,9

discuss
  12:19
  31:2 45:5
  73:15
  92:24
  152:11

discussed
  15:24
  43:18
  58:17
  67:23
  81:18
  145:4

discusses
  55:3

discussing
  11:3
  21:17
  26:11
  30:3 63:8
  110:20
  125:18
  176:9

discussion
  12:14
  21:3
  73:18
  74:14
  75:8
  84:15
  108:17
  120:19
  157:9

discussions
  58:11
  110:24
  153:23
  174:18,24
  180:11

dispositive
  191:3

dispute
  64:14,18,
  22

disputes
  150:22

disqualifie
d
  120:10,21
  121:2

distillatio
n
  183:13

distinction
  34:1

distinction
s
  51:15

distraught
  155:17

distributed
  27:25

District
  8:6 77:3

disturbing
  151:22

diversion
  138:17

diverted
  146:25

dobara
  147:19,20

doctrinal
  150:22
  157:21
  158:9

doctrine
  150:9
  157:18

doctrines
  158:14

document
  18:21
  23:5
  24:22
  28:3
  39:13
  50:21
  53:1
  65:14,19
  70:12,21,
  25 71:2,
  13,14,17,
  18 72:15,
  19 75:2
  81:20,23
  82:5
  83:13
  85:1,5,
  13,15,23

86:12,21,
  25 87:1,
  20 89:23,
  24 92:6
  100:15,
  24,25
  101:1,22
  102:5,7,
  12
  105:14,
  16,17
  116:15,20
  126:16
  129:19
  140:17
  160:21
  173:14
  174:6
  175:23
  176:15,24
  177:2,5,
  13 178:8,
  16,17
  180:15
  183:11,12

documentary
  21:14

documentati
on
  147:10

documented
  38:16

documents
  19:1
  25:14,19,
  20,25
  26:1 31:6
  38:11,12,
  15 51:18
  52:10
  54:21
  56:6,14,
  19 58:20,
  21 59:2
  60:8,19



61:9,14,
15 64:16
69:9 74:1
88:18
92:14
105:14
120:2,4
125:17
126:4,19
128:23
129:15,
20,22
131:6,15
136:11
140:11
142:13,15
145:22
149:9
161:14
168:8
173:21,23
174:14,20
175:5,10,
17

**Dokes**
131:11

**dollars**
124:25
177:2

**domestic**
101:18
115:4
117:21,22
119:1
141:18
183:1,2

**dona**
156:23

**Donald**
183:2
187:21
189:23

**donated**
146:23

**donating**
149:19

**donation**
135:7,25
136:2,22,
23
142:13,16
147:16,
17,25
148:18,19

**donations**
133:21
134:17,
18,24
136:3
139:13
143:22
147:18
148:5
149:21
156:22

**donor**
72:8
134:20,25
147:1
148:11

**donor's**
148:11

**donors**
23:18
24:3,24
37:11
72:5

**dossier**
181:12
183:7,8
184:10,
19,21
185:21
187:8,17
188:8
189:22
190:4,20

**doubt**
50:10,13

**download**
161:16

**dozens**
157:24,25

**dramatic**
155:7

**drill**
115:18

**dropping**
137:4

**drug**
57:20
107:20
108:7

**drugs**
108:8

**Dubai**
8:24

**due**
38:18
138:16
139:1
140:5,11
141:17
144:22
146:6
147:15
148:3,20

**duly**
9:8

**Durham**
187:24

———————

E

———————

**earlier**
54:4 72:8
108:22
110:18

113:8
137:9
151:9
152:9
158:17
169:16
186:23

**early**
72:9
95:16
154:3

**ease**
22:25

**easier**
17:25
84:25
146:15

**East**
151:5
152:2
162:5

**economic**
141:8,9
189:19

**effect**
145:2
191:24

**effort**
135:11
140:13
147:6
152:22
172:4,6
185:2

**efforts**
38:16
77:2
92:21
96:18
165:1
183:4
187:12

**Egypt**
150:12

**Egyptian**
147:20
155:8

**elections**
183:5
187:12

**electric**
126:10

**electrocute**
153:5

**element**
150:8

**elements**
25:16
56:20
82:24
114:12
115:10
135:24
141:25
151:18
152:24
162:19
183:14
188:11,12

**elicit**
10:8

**embassies**
155:11,16

**embassy**
68:7 80:1

**emergence**
157:13

**Emergency**
141:8

**emerging**
154:11

**eminence**
179:6



emphasize
  65:17

employed
  20:4,9
  82:3 85:6

employee
  20:10,11

employing
  23:12

encouraged
  184:8

end
  32:20
  46:23
  51:8 59:4
  147:2
  154:11
  167:19

ended
  154:5,8

endorsed
  149:17

endorser
  181:11

ends
  84:13

enforce
  128:17

enforced
  131:2

enforcement
  98:13,14
  129:2
  131:18,
  22,23
  162:19

enforcing
  127:3

engage
  151:24

156:1

engaged
  65:8 66:7
  67:20
  137:11
  147:19

engaging
  137:24
  138:13
  143:8,21

English
  52:22
  84:5
  85:9,20
  86:2,24
  87:15
  89:21
  119:20
  122:6,14
  123:9
  126:14
  134:10
  178:22

enormous
  67:6
  163:23
  164:16
  166:23

ensure
  17:3 98:6
  140:6

ensuring
  166:9

enter
  65:22

entered
  126:12

entering
  16:9

enterprises
  189:8

entire
  29:12
  41:10
  43:25
  44:1,3,25
  64:19
  130:1
  138:25

entirety
  66:23

entities
  31:22
  32:11
  33:20,21
  34:12
  35:2
  115:11
  136:14
  137:9
  149:3
  162:8

entity
  33:15,18
  40:11
  59:13,22
  63:14
  66:4,17
  141:4,5

envoy
  167:12

EO14040
  76:16

equating
  50:16

equities
  170:18
  171:20

eradicated
  145:10

Erb
  8:14
  10:4,5,7,
  20,21

11:5,8,13
12:11,12
13:18,19
14:13
15:11
16:1,7,
12,20,23
17:11
18:13
20:24
23:24
24:6
27:4,21
29:18
32:9
33:22
35:12
38:5 40:4
43:10
45:3
47:18
48:6 50:2
52:17,20
53:19
58:14
65:20,25
69:14
70:3
73:4,10
76:4
79:20
81:7,12,
14 83:23
84:2,4,
10,14,16,
23 86:20
89:18
93:22
97:4
99:10,14,
16 100:11
102:23
103:22
104:1,10,
13,16,22
105:1,22
111:17

112:1,8
115:25
127:23
128:25
133:5
134:23
136:17
137:20
155:21
158:19
161:4,8,
20 172:25
173:9,13,
18 175:19
176:3,5,
11,17,20,
22
177:14,17
178:21,24
187:15
191:7,13,
17
192:10,21

errata
  191:19,25
  192:2

error
  68:9
  176:24
  188:14
  189:2

errors
  190:10

espousing
  158:15

Esquire
  8:11
  11:16

essence
  186:17
  187:9,10

essential
  118:1



essentially
 71:1 95:6
 142:4
 170:4
 184:18
 185:12

established
 24:14
 95:7
 148:1
 162:5

establishing
 95:11

establishment
 147:5,8
 162:20

EU
 115:16

European
 111:4,8
 182:5

evaluate
 28:16
 44:25
 46:24
 88:10,14
 100:2,5,
 12
 102:18,19
 116:14
 163:8
 184:17

evaluated
 116:22
 184:18
 188:5

evaluating
 27:16
 28:18
 184:11

evaluation
 47:3,10
 101:7
 102:25
 105:8,16
 116:5,7

evaluations
 116:4

event
 67:5
 163:22

events
 53:17
 160:8
 163:6
 186:3,4

eventually
 141:2
 145:11
 148:6

evidence
 21:4
 25:16
 35:10
 39:22,23
 41:11
 43:11,13,
 15,19
 60:23
 62:13
 64:8
 74:19,21
 77:5
 80:16
 91:17
 121:11
 122:9
 124:3
 125:9
 142:11
 145:8
 165:12,
 17,18
 167:2,6,7

168:15

evidenced
 68:6

evidentiary
 78:13

evolution
 152:12

evolve
 156:5

evolved
 160:12

exact
 168:11
 182:12

exam
 20:1

examination
 10:5
 124:3
 169:3

examinations
 129:25

examine
 112:13

examined
 9:10
 124:19

examples
 45:6
 155:7

exceed
 96:9

exceptions
 57:18
 142:24

excerpted
 88:9

exchanging
 64:9

excuse
 16:4
 26:20
 41:1,11
 45:22
 71:22
 75:2
 99:14
 127:19
 129:3
 156:24
 177:20
 190:4

executive
 97:13

exercise
 119:16

exhibit
 11:16
 16:9,10
 17:22
 22:22
 52:18
 65:23
 76:1,2
 83:21
 89:15,16
 93:19,20
 99:11,12,
 15
 103:19,20
 111:21
 112:10
 161:5,6
 173:10,11
 191:14,15

exhibits
 16:19

exist
 33:19
 34:8

existed
 31:4 77:5
 78:4

142:11
 149:10

existence
 32:14
 34:9
 115:13
 183:11

exit
 83:1

expand
 14:17

expanded
 112:17,
 19,21
 113:2

expect
 10:8
 53:22,23
 139:14,15
 148:3

expecting
 27:4
 42:5,9

expense
 86:8

expenses
 86:6,9
 87:10,17

experience
 121:14,17
 129:16

expert
 14:19,21
 15:2,14,
 19,24
 16:8,25
 22:14
 25:9
 26:13
 35:9,19
 39:17
 42:13



48:15
53:2
69:12
71:22
75:21
76:6 77:9
105:18
109:7
114:3,16,
19,21
116:24
117:1
120:6,7
121:9
122:2
123:2,22
124:13
138:3
139:19
157:21

expertize
150:22

experts
15:2
116:9
121:13
123:14

explain
39:15
46:16
77:21
147:4

explicit
110:16

explicitly
106:23

exposed
153:23

express
14:23
111:6

expression
151:2

expressly
112:25

extended
21:2

extensive
151:20
166:24

extensively
19:10
121:4

extent
21:10
35:5,14
58:2,4
106:18
113:11,21
141:16
158:7
164:25

extortion
107:17
108:6

extra
182:16

extradite
78:14

extraordinary
189:25

extreme
154:9

extremely
169:24
191:1

extremism
151:3,7,
23

extremist
51:11
151:12

extremists

48:17
49:14,16,
25 50:16
51:10,16
152:11

_____

F

_____

face
181:5

faced
124:24

facilitating
56:11
146:3

facilitators
23:18
24:4,25

facility
71:1

fact
39:5,11
40:16,17
41:13
42:7
66:14
71:15
72:3,24
96:21
104:16
140:15

factions
189:18

factor
166:4

facts
31:12
46:18
81:1
123:11,13

135:2,3
186:14

Fahad
73:16
75:3

fail
169:13

failed
42:18
188:1

failures
125:1

fair
33:24
82:7

faith
126:20

faiths
151:15

fall
186:20

falling
189:17

false
23:20
25:1
26:15
27:1,7

familiar
21:9
93:14
94:6
133:6
134:2
162:11

family
32:12
45:19
48:17
49:13,15
51:5 72:6

140:8
153:7,8
172:20

family's
38:23
49:5

fanatics
154:1

fare
156:1

fashion
97:3,17

FATF
92:25
93:5,6,14
94:8,17
95:6,24
97:6,18
98:1,23
99:6,19
100:6
102:2,14,
16 103:1,
2,4,23
104:17
106:2,5,
17,22
107:7,19
108:10,23
109:6,14,
25 110:2,
5,9,11,
16,22
111:12,
18,19
112:11,
12,17,19
113:22
116:15
122:8,16
128:9

fault
31:15



**FBI**
 72:23
 74:6,21
 75:2,8,14
 77:9 78:6
 79:10
 81:20
 82:21,25
 85:5
 86:13,25
 87:6 88:9
 129:10
 161:22,24
 163:9,15
 164:6,10
 168:12
 183:16,
 17,20
 184:12

**FBI's**
 162:4

**February**
 36:24
 37:8

**federal**
 14:21
 97:13
 116:13

**feel**
 83:3
 90:21,22
 120:1
 122:12
 123:5,6
 134:10

**field**
 94:10
 130:9
 143:2
 162:4

**fields**
 125:21,24

**fighters**
 153:14

 156:22,25
 157:1

**file**
 82:8,11

**filed**
 34:16

**filled**
 126:5,12

**finalized**
 174:15

**finalizing**
 175:14

**finance**
 85:10
 103:13
 105:20
 106:16
 108:18,19
 110:6,17
 113:5
 126:25
 129:7
 130:22
 136:15
 140:10,16
 143:7
 147:10
 172:12

**financial**
 19:23
 23:13
 46:7
 47:1,20,
 21,23
 48:5
 58:16,22
 59:6,12,
 18,22,23
 60:3
 61:19
 62:2
 63:2,6,12
 64:2
 93:12

 95:5
 96:6,22
 98:18
 106:18
 113:10
 118:16,19
 125:6,7
 130:12
 139:6,7
 146:19
 149:7

**financiers**
 89:3
 91:18

**financing**
 91:24
 104:5
 110:10,13
 112:18
 113:1

**find**
 37:14
 40:2
 45:22
 74:19,21
 158:12
 185:23
 189:14

**finding**
 37:14
 42:16
 131:21

**findings**
 39:24
 62:7

**fine**
 10:20
 13:3 14:3
 82:7
 101:2,5
 117:15
 135:25
 176:18
 192:6

**fines**
 124:24,25

**finish**
 127:25

**finished**
 27:24
 28:4 48:3

**firm**
 85:7

**firsthand**
 79:2

**five-minute**
 111:24
 112:1

**five-year**
 59:3

**flagged**
 26:12

**flexibility**
 94:12

**Flint**
 98:10

**flip**
 99:22

**Florida**
 188:16,
 17,18

**flow**
 98:12

**flows**
 145:15

**focus**
 153:20
 164:2,9,
 12,24
 166:21

**focused**
 94:2
 150:8

**focuses**
 150:22

**focusing**
 191:21

**folder**
 175:24

**follow**
 109:9

**foot**
 38:8

**footnote**
 26:10,24
 27:12,15
 38:6,7,9,
 16,21
 39:4,7
 40:18
 41:19
 48:7,10,
 14 49:11
 79:12
 80:21
 83:6
 109:5,11

**footnotes**
 49:11

**footnoting**
 27:3

**force**
 161:25
 162:3,20,
 21,24
 189:18

**forces**
 154:6

**foreign**
 120:11
 141:9,19
 153:14,22
 187:11

**foreigners**
 141:7



forensic
119:9
123:24

forgive
102:10
146:13

forgotten
79:22

form
20:21
29:15
35:4
42:11
49:8
53:13
58:7
65:10
69:8,25
80:23
83:16
94:24
105:12
136:25
152:20
153:17
154:9
157:3

formal
31:3
186:17

formally
150:16

formed
32:25
92:16
161:22,24

forms
114:23
115:14
125:25
126:12

formulated
174:23

formulations
21:17

forward
164:17

found
24:16
25:20
31:9 42:1
70:23
98:3
140:8,9,
10,12
182:23

foundation
12:19
28:4
30:9,10,
18,20
31:1,9,
10,18
32:3,5,
14,17,18,
22,25
33:1,2,8,
9,11,13,
17,24
34:5,7,22
35:1,8,
17,18
36:2
135:4,13,
17,20
136:8,21
140:13,19
141:4
143:9,10,
13,15
144:12,
14,18,19,
20 177:3,
6 178:4,
10 179:24
180:4

foundations
34:5,23

founded
31:6
32:19
143:14
150:6

founder
35:16
140:13
150:3

fourth
46:6
89:22

fragmentary
37:15
39:16
40:21
41:12
42:6,22

fragmenty
40:20

framework
96:11,17

frameworks
94:12

framing
42:20

fraud
107:17
108:7

Frederick
10:1
16:3,4

free
186:9

French
153:4

frequently
170:2

front
16:25
18:1
35:10
72:21
178:9
192:4

frozen
54:4

fulfill
133:21
134:18
143:24
188:4

fulfilled
140:3

fulfilling
133:16
136:21

full
24:13
65:15

fully
15:7,19
34:13
46:12
174:6

function
118:2
138:15

functioned
34:3

fund
23:18
24:3,24
37:11

fundamental
189:2

fundamentalist
153:2

fundamentally
116:19
155:9

funders
71:12,15

funding
40:12

funds
60:12,19
61:11
62:19
63:20
146:22,25

furtherance
77:6 78:5

future
67:12
166:18
168:2

_____

G

_____

Galloway
191:19

Gates
135:18

gather
22:18

gave
110:16
121:1
165:16
182:6
183:13

GCC
127:17
130:15

gears
73:1
88:21



160:10
173:15
191:10

**general**
44:23
74:6
136:19
141:13

**generally**
13:10
21:1
55:18
60:12
71:6 99:8
144:8
160:3
186:25

**generic**
51:2

**genuine**
168:25

**geographic**
56:10

**gist**
168:12

**give**
17:16
34:10
75:18
84:14
96:15
114:13
134:13
142:19
161:14
176:1
183:5

**giving**
139:5
148:24
154:1

**global**
98:3

165:2

**goal**
43:1
153:18

**Goetz**
10:1
14:10
16:3,4

**Golden**
69:19,21
70:5,7,
11,21
71:4,23
72:14

**good**
10:6,14,
22,23
12:10
15:5
17:17
91:6
105:20
117:14
129:7
133:12,14
138:16
139:10
159:7
160:6
167:1
168:10
187:1

**governance**
138:16

**governed**
158:1

**governing**
114:14

**government**
19:18
21:7
25:22
26:18

27:25
28:9,19
51:17
54:4
62:8,11,
12,13
66:22,25
67:3,8
68:4,19,
20 75:18
77:25
78:24
79:3
87:25
92:20
97:12
110:20
114:24
121:23
122:21
127:1
138:4,5,
21 142:7
145:5,20
148:6
156:19
162:14,22
164:4
167:23
168:24
169:2,3
170:2,8
171:1
172:2,5,8
187:5
189:15

**government'
s**
27:19
145:19
187:12

**governments**
25:23
58:12
97:10

**Grand**
153:2,6

**graphic**
189:23

**great**
124:5
140:2

**greater**
72:13

**greatest**
56:7

**greatly**
180:24

**Green**
34:19
142:1
162:17

**gross**
123:12

**group**
69:22
70:24
95:3

**groups**
156:13

**growing**
148:4

**Gryskiewicz**
9:24

**Guantanamo**
24:21

**guidance**
110:16
112:25
115:14
117:18
130:24

**guidelines**
106:12,13
108:10

113:24

**gulf**
69:22
114:12
115:9
117:6,7,
15 118:12

**guy**
79:24

———————

**H**

———————

**half**
190:22

**halfway**
89:6

**Hamas**
143:6,7
147:18,20

**hand**
52:22

**handle**
42:13

**handled**
144:7

**handwritten**
86:1,5
126:7,11,
12,21

**hang**
9:11

**happen**
127:14
156:7,11

**happened**
57:24
61:1,8
81:3
109:17
110:17
125:8



154:13
156:8
157:12
163:24
164:20
165:17
167:18
172:16
185:15,18
186:20

**happening**
88:2
157:7,8
164:18

**happy**
14:16
16:14
27:13
31:12
44:7 57:8
65:1
135:23
149:5
166:18
182:3
186:5

**hard**
84:18
87:12
142:3
163:8

**harm**
138:17
139:24

**harmonizati
on**
111:1

**harmonized**
130:14

**hatred**
151:16

**haven**
142:7

**head**
35:16
43:5
140:19
144:10,
11,12,20

**heading**
24:3

**headquarter**
61:20

**headquarte
red**
55:9
144:25
186:8

**headquarter
s**
58:16,23
59:6,12,
19 60:3
62:3,24
63:3,7,13
64:3,11,
20 65:5
66:4,16
68:25
69:5,6,10
145:3

**hear**
12:25

**heard**
124:11
129:12
153:3
159:1,18

**heavily**
20:20
188:3

**held**
8:8 28:22
33:14
51:21
54:16

56:17
84:15

**helpful**
44:8
182:20

**helps**
83:24

**heretic**
158:8

**hide**
101:18

**hiding**
23:13

**high**
136:6

**highlightin
g**
17:5,7,9

**highly**
148:25
182:8
184:5
189:6,7

**hijackers**
59:7
63:4,9
73:22
74:24
75:5 77:6
78:2

**historicall
y**
141:6
152:3

**history**
110:2
111:19
141:11
163:7,22
169:25

**hold**

19:14
91:18
118:6

**Holding**
32:16

**hole**
130:16

**holy**
152:7
154:21

**home**
137:2

**homeland**
162:19

**honorary**
188:19,22

**hope**
187:5

**host**
11:25
12:2,6

**hostile**
169:24

**hotel**
190:12,
14,18

**house**
104:18
164:4
185:5

**housekeepin
g**
10:7
14:19
15:9

**Hoyland**
141:4

**HR**
82:8,11

**huge**

62:5
67:9,10,
17 169:13

**human**
21:14,15,
19

**Humana**
33:15

**humanist**
150:20

**humanitaria
n**
64:23
65:6
67:21
68:1,14
138:8,9,
14 145:15
146:24

**hundred**
80:8
182:11,13

**hundreds**
28:20
47:7

**Hussein**
165:20

_____

I

**idea**
154:16,21
158:18
175:17

**identical**
190:12

**identificat
ion**
16:11
22:23
52:19
60:12



65:24
76:3
83:22
89:17
93:21
99:13
103:21
111:22
161:7
173:12
191:16

identified
75:4
129:5
171:6

identifies
71:14

identify
9:21
10:14
11:6
21:24
26:23
58:15
59:5,11,
18 60:2,
21 61:19
62:2
63:1,6,11
64:1,7
69:3
124:9
129:1
142:14

identifying
37:10
60:15
63:19

IEEPA
141:19

Igor
189:5

IIRO
9:25

12:20,21
13:9
15:13,16,
21 29:25
36:20
37:23
38:18,23
39:7
40:12,16,
23 43:19
55:4,14
58:3
59:20
148:16

illegitimat
e
138:1,2

immense
136:20

impact
159:14
165:1
166:5,6

impeded
101:20

implement
94:10,22
95:2
97:18,21,
23 104:18

implementat
ion
94:18
98:4
113:8

implemented
113:11,23
128:10

implicated
91:22

implication
s
40:1 88:4

117:25
158:16

importance
68:22
166:7

important
60:7
65:18
67:5
68:18
98:13
139:3
164:20
166:20
169:11
170:22
183:15

impose
95:8

imposes
27:15

impossible
61:1

improper
64:10
144:2
190:19

improve
99:8

inaccuracy
176:16

inaccurate
86:16

inadequate
96:6

inadequatel
y
96:23

inapplicabl
e
141:13

inaudible
167:11

inches
46:25

incident
190:11
191:2

incidents
91:22
152:9

include
13:10,15
17:15
21:6
26:17
39:1,15,
25 42:4,
18,19
72:5,7
82:24
107:11,
12,13,14,
15,16,17,
18

included
19:1
20:22
25:8
26:15
64:20
72:21
83:14
91:1 98:2
107:24
111:10
113:2
156:6

includes
112:24
135:7,10
151:22
176:15

including
43:13

58:11,12
86:6
91:23
106:24
110:21
114:25
118:14
134:18
155:15
167:7

income
131:11
133:13

incoming
12:1

incomplete
22:20
23:19
24:25
26:14
27:1,7
38:4 56:4
128:23
143:25
144:1
163:18

inconclusiv
e
46:7,10,
13 47:1,
11,24

incorporate
d
110:19
144:15

incorrect
27:17

incredibly
35:3
98:12

incumbent
144:3



independent
  97:12,15

indicating
  13:12

indication
  131:16

indicted
  141:23

individual
  21:18
  30:6
  34:21
  35:3,23
  36:4,5,
  11,12
  59:13,21
  63:14
  73:21
  75:3
  81:16
  110:24
  116:15
  135:14
  136:12
  147:25
  172:19
  178:11

individual'
s
  136:22

individuals
  49:21
  69:22
  70:7
  71:24
  79:5,11
  145:21
  149:20
  162:7
  171:6

indoctrinat
ion
  151:14

inevitably
  80:10

infancy
  57:19

infect
  98:15

influence
  159:7
  183:5

information
  10:9
  23:14,17,
  19 24:24
  25:5,15
  26:24
  27:6
  28:2,17
  29:2,8
  39:25
  40:3
  42:7,18,
  19,21,24,
  25 44:14
  46:21
  47:2,4,6,
  7,12,15,
  16 48:2
  52:5
  60:15
  61:10
  63:19,24
  64:10,12
  71:11
  72:10,20
  78:11
  82:22
  88:8
  92:10
  125:25
  129:20
  131:3
  166:10,13
  169:5
  173:23
  174:18

180:14
181:23
182:8
183:4,6,
13,15,19
184:1,15,
17 186:3,
7,23,24
187:11
188:5,7

informed
  183:10

inherent
  31:15
  35:15

initial
  182:14

initially
  68:3
  138:24
  153:10
  154:20

initiated
  95:12
  162:7

inmeshed
  154:21

inside
  21:7
  57:23
  141:14
  142:9

insight
  40:16
  163:1
  172:14

inspector
  74:6

instance
  17:5,7

instances
  69:4

institution
  32:21
  118:9
  125:6,7

institution
al
  170:18

institution
s
  93:12
  95:5
  106:18
  113:10

instruction
  33:16

insufficien
t
  38:19
  47:4 48:4
  77:4
  78:3,4
  80:16

integrated
  97:17
  130:13

integration
  95:18

intelligenc
e
  22:8,18
  27:19,25
  28:4
  37:15,25
  39:17
  40:20
  48:4
  74:20,22
  77:18,25
  87:24
  162:8
  165:5,6,
  8,9,10
  166:2,6
  181:10

183:22
184:1
185:6,24
186:13,18
187:2,17
189:1,12

intend
  142:15

intended
  96:13
  97:7
  181:6

intensified
  186:21

intensity
  189:16

intentional
ly
  21:5

interacting
  33:11

interchange
ably
  151:10

interested
  139:20
  181:24
  182:1,5,9

interesting
  31:23
  191:3,4

interests
  166:18

interfere
  187:12

intermediar
y
  182:17

intermingle
d
  67:25



138:11
159:17

international
12:21
95:21
96:21
111:14
112:15
114:9
116:25
118:10,13
119:2
120:22
121:5
122:16
123:15
127:12
130:5,10,
14
139:14,21
141:8
142:4

internationally
95:22
145:16
169:17

interplay
150:11

interpretation
87:18
88:15,17
120:15
121:11
150:5

interpretations
71:13
150:24

interpreting
118:23

166:3

interrelatedness
170:11

interrelationship
118:13

interrogation
23:12

interrupt
31:7 40:6

interview
72:19
119:13

interviewed
189:11

intimately
185:9

intolerant
157:14

intro
101:25
107:3

introduce
8:12 9:18

introduction
93:15
107:2

invasion
186:22

investigate
190:8
191:6

investigated
78:25
162:24
163:6,21,

22 190:7

investigating
95:14
185:17

investigation
34:17
75:18
88:8
163:5,7

investigations
49:3
162:7,12
166:24

investigative
77:2

investigator
95:15

investment
13:25
85:7
177:7,19

involve
29:4
98:14

involved
35:2,7
43:9 62:9
66:25
79:1
116:4
139:5
147:7,9
160:7
167:3
185:9
190:14

involvement
38:23

62:11
74:17

involving
78:23
151:21
166:16
190:13

IRA
148:8

Iran
170:3,4

Iraq
164:25
165:5,13,
22 166:11
182:2

Irish
148:5

irresponsible
187:13

IRS
140:20

Islam
68:2
133:11
150:5,14,
16,17,24
151:1

Islamic
8:24
12:19,21
48:17
49:13,16
66:5,18
79:23
80:1
145:23,24
147:21
154:10,21
158:13,
14,15
159:10

Islamists
46:7
47:1,21,
24 48:5
49:5
50:15,24
51:15
153:9

Isle
33:15
142:6

Israel
68:5
127:9
154:25

issue
58:24
59:13,20
63:3,13
64:3,9,
17,24
67:2,24
92:13
104:12
110:23
115:19,21
117:23
118:3,9
123:12
152:22
165:16
166:19
174:22

issued
106:13
110:5
114:6
123:4
162:22

issues
60:21
61:17
78:13,14
110:21



JONATHAN M. WINER
In re: Terrorist Attacks on September 11, 2001

January 12, 2024
Index: Izetbegovic..Koran

117:22
118:10,11
124:8
127:11,15
166:16
189:12

Izetbegovic
154:18

—————

J

Jacob
68:10

Jane
190:10,21

January
8:7 53:9
59:4
105:24

Jewish
68:4

Jihad
68:2,15,
16 147:21
153:10,12
158:18

Joe
131:10

John
187:24

Johnson
8:11

join
11:5 16:5

joined
11:14

joining
11:14

joins
11:22

14:10

joint
32:19
65:15,17
68:23
129:9
147:6
160:20
161:2
163:19
168:8
172:3

jointly
77:4

Jon
9:23

Jonathan
8:4 9:7
11:1

Jones
8:23

jowl
95:25

Juan
168:17

Judaism
150:18,24

judge
42:14
120:20
121:1,18

judges
175:9

judgment
78:6

Julaidan
89:1,8,11
90:10
91:7,10
92:8

June

75:2

jure
128:11

jurisdiction
124:20

jurisdictions
96:22
130:1

Justice
116:12
164:6,11

Justin
8:23

JW
112:10

JW1
16:10,20

JW10
103:19,20

JW11
111:21

JW12
161:6

JW13
173:10,11

JW14
191:14,15

JW2
22:22

JW3
52:16,18

JW4
65:23

JW5
76:2

JW6
83:20,21

JW7
89:16

JW8
93:19,20

JW9
99:12,15

—————

K

Kaliningrad
186:9

Kane
140:20
143:16

Kashmir
154:24

keeping
165:20

Kent
165:25

Kenya
155:16,22

Kenyans
155:24

Kerry
153:21

key
37:14
78:15
116:20

kicked
155:24,25

Kim
8:10
34:16

kind
27:15
42:19
57:10
61:10

75:17
96:4
108:2
115:17
142:19
155:20
160:3,5
167:23
179:2
188:25
190:19

kinds
90:5
98:12
125:1
148:5
167:9,10

kingdom
56:12
143:11,12

kingdom's
104:4

knew
174:8
191:5

knowing
111:10

knowledge
49:5,6
52:9 57:9
123:15
141:1,22
143:18
148:11
159:21,25
169:1
175:11

knowledgeable
183:25

Koran
133:24
157:19



Korean
    170:6,10

Kosovo
    147:5,6
    155:1
    176:8
    180:20
    181:1

Kownacki
    8:16

KYC
    60:21,24

L

lack
    14:11
    60:12,15
    146:6
    149:2
    166:22

lacks
    44:13

Laden
    51:21,24
    52:4  53:6
    54:11,16
    55:1
    58:17,25
    62:4,10
    67:1
    69:23
    71:24
    72:8  89:2
    138:19
    145:18
    152:6
    155:14
    158:17
    170:25

Laden's
    54:3

laid
    124:4

lane
    181:25

language
    44:13
    45:15
    85:11,21
    117:13
    119:24
    122:6,7
    126:14
    151:13

languages
    120:4

large
    46:24
    124:25
    136:3
    139:6
    144:4,7

largely
    62:17
    99:25
    100:8
    105:4,11
    160:2
    182:23

largest
    149:14

Las
    190:12
    191:2

late
    57:21
    95:11,15
    96:25
    99:3
    106:12
    127:2,21
    129:13
    130:1
    150:3

170:1
    175:14,16
    186:21

latest
    75:8

launch
    132:4

laundering
    91:23
    96:17
    104:5
    105:20
    106:15
    112:13,16
    114:5
    119:1,2
    121:5,24
    125:1
    127:4,13
    128:9,15,
    18  129:18
    130:23
    139:25
    171:11

law
    19:24
    113:12,23
    114:19,22
    115:22
    118:7
    120:6,7,
    23
    121:20,22
    122:1,4,
    19,22,24
    123:2,7,
    8,14
    130:22
    145:1
    156:1

laws
    94:23
    115:11,20
    117:3,8

118:12
    120:11,15
    121:12,24
    123:18,20
    128:15
    129:18

lawyer
    15:6
    116:24
    118:6
    120:23
    122:23
    123:19,24

lawyers
    43:8

lays
    140:7

lead
    85:17
    98:10,11
    151:13

leading
    77:18

League
    12:20
    55:4,15
    58:3
    59:21
    148:16

learn
    45:13

leave
    85:19,24
    86:22
    87:16
    174:25

Lebanon
    127:9

lecture
    152:23

lectured
    165:15

lectures
    17:15
    166:5

lecturing
    165:24

led
    128:12
    145:17

left
    53:11
    78:20
    157:6
    164:4
    179:10
    181:18,19

legal
    9:16
    34:4,9
    66:14
    120:1
    123:14
    146:18

legally
    34:8

legitimate
    64:23
    65:6
    137:24
    138:1,3
    143:21

length
    26:7  43:2
    55:5  56:7
    124:5
    136:6
    160:3
    166:19

lengthy
    43:2
    157:9

Let alone
    103:15



letter
  87:8
  178:25
  179:1,2,
  4,8,14,
  16,19,22
  180:8,9,
  10,16,22
  181:4,5

letters
  91:4

level
  94:18
  95:20
  97:7,9
  112:15
  113:7
  116:6
  129:19
  139:13
  148:1,11
  155:20

levels
  116:8
  130:19

Lewis
  9:23,24
  13:8

Libya
  158:11,
  12,13,14
  167:12
  182:2
  189:16

Libyan
  189:17

life
  160:4

limit
  109:22
  120:21

limitation
  27:15

limitations
  78:13
  172:17

limited
  57:12,14,
  16 61:10
  159:23,25
  162:20
  172:14

limits
  187:2

line-by-
line
  51:19

link
  161:15

linked
  23:18
  81:17
  136:14

links
  98:7

list
  69:19
  71:15
  72:14
  108:3
  111:9
  140:2
  171:10,12
  175:23

listed
  55:14
  57:5 62:4
  64:21
  77:13,14
  90:12,24
  129:23,24
  179:12

listing
  72:22
  90:2

lists
  29:2
  92:19,22

lit
  185:12

literally
  96:25

literature
  151:22

litigated
  15:19

litigation
  26:2
  53:11
  60:11
  82:9,13
  149:2

live
  151:6
  157:25

lived
  152:4

LLCS
  101:17

loans
  169:15

lobby
  101:18

local
  113:12
  117:3,8,
  12 118:12
  122:4
  123:20
  137:3,4
  148:1

locally
  98:17
  137:2,5

located
  57:1 85:7

142:5,6

location
  98:16
  147:17

lodge
  176:13

long
  48:17
  49:13,15
  87:16
  132:3
  156:4

longer
  66:19
  92:13
  132:8
  168:3

looked
  25:13,14,
  16 26:2
  56:7
  126:14
  140:10
  151:20
  162:24
  166:12
  187:10

Lormel
  163:2

lot
  34:11
  43:3 88:7
  110:23
  114:7
  115:23
  124:19
  155:15
  172:2
  182:15

lots
  28:24
  47:6,7
  79:15

80:6
  170:17

lower
  52:21
  86:2
  179:9

luke
  25:25

lunch
  127:23
  132:2,11

lying
  165:20

_____

        M

Macedonia
  180:23

made
  21:20
  33:13
  61:25
  62:1
  65:5,16
  78:1,6
  87:13,14
  90:2,20
  108:22
  111:9,13
  113:5
  120:21,24
  124:6,12
  130:2
  134:19
  136:23
  137:14
  141:15
  142:1
  144:6
  147:18
  153:25
  156:22
  163:2
  167:15



168:14
173:21
175:9
185:13

**MAGA**
187:22

**magnified**
93:25

**Mahaffey**
8:20
9:11,14

**main**
78:1

**maintained**
32:16

**major**
72:5
124:24
156:6
190:9

**make**
9:18
11:12,25
12:15,16
13:11,14
33:12
35:11
39:24
44:23
51:2
59:16
67:4
70:22
78:12
82:18
88:18
107:3
119:12
128:14
131:7,8
133:20,21
135:3,11,
13,18,25
139:9

140:13
142:25
175:22
176:11,20
184:20
188:4
190:1

**makes**
28:14
71:9
107:4
141:13
145:25

**making**
42:16
47:3 87:5
105:21
122:23,25
135:15
137:2,13
144:4
146:19
147:1,16
149:21
172:9
173:25

**Man**
33:16
142:6

**manage**
135:13
156:12

**management**
34:11

**manages**
135:17

**mandate**
112:17,19
113:2

**Manichean**
159:8

**manner**
71:10

**manual**
126:8

**manually**
126:4

**March**
67:6
68:23

**mark**
75:25
89:15
99:11
103:19
161:4
173:10
191:14

**marked**
16:10
22:22
52:18
65:23
76:2,15
83:21
89:16
93:20
99:12
103:20
111:21
112:10
161:6
173:11
191:15

**market**
94:21

**marking**
52:15

**marks**
82:16

**martyrs**
143:4,6
147:19

**mass**
145:14
165:13

**massive**
63:17
145:15
154:17

**mastered**
119:24

**material**
17:15
20:16
27:16,17
28:15
29:7 43:4
76:20
82:16,24
83:5
104:8
148:14
182:6
187:5

**materials**
18:18
20:19,23
25:24
35:10
46:25
77:13
83:13
151:20
163:17

**matter**
8:5 10:8
15:9
114:16
115:19
122:4
130:7
131:12
146:7
151:18
154:3
163:9

**matters**
131:13
162:1

**Mayer**
190:10,21

**Mcdonald**
120:14

**meaning**
50:21
122:14,18
123:3

**means**
44:13
48:23
50:12
72:10
102:19
126:8
149:20

**meant**
66:20
146:9,15

**measure**
94:12

**measures**
98:6
104:4
105:19
112:16

**mechanics**
56:13

**media**
185:8
187:23

**meet**
60:24
115:15,16

**meeting**
130:2
155:18
189:4

**meetings**
40:14

**member**



43:20,23
100:20
104:3
156:16
172:19

members
29:25
36:20
37:23
45:19
48:17
49:13,15
51:5 72:6
95:8
111:11

membership
40:23
43:18

memo
74:12

memorized
93:16

memory
46:19
90:6
106:13
107:22
143:5
182:24

mention
90:23
91:7,8
107:4
111:6
160:19

mentioned
108:5
110:18
130:21
151:21
152:9
165:4
176:7

mess
119:8

methods
22:4

Miami
188:16,
17,18

Michigan
98:11

mid
32:14

Middle
151:5
152:2
162:5

migrated
96:22

Mike
8:20

militant
68:16

military
154:1
169:11

minimum
95:7

Ministry
79:25
145:23

minute
38:7
127:22
135:23

minutes
132:4,5
173:1,2
192:13

140:19,23
141:21

mis
41:15

misapplicat
ion
27:18

mischaracte
rization
41:16

mischaracte
rizing
27:9,10

misleading
35:3,6,9,
14

missing
125:25

misspoke
99:14
154:9
155:4

misstatemen
t
146:14

misstates
33:4
65:10
80:24

mistake
103:6
189:1

mixed
34:14

mixture
138:1

modest
149:20

Mogadishu
68:6
155:10

moment

84:14
96:15
99:7
126:21
136:19
176:1,2,9
177:23
178:14

monetary
113:15
123:4

money
49:20
54:5
69:23
71:3,25
91:23
101:19
104:5
105:19
112:13,16
114:5
119:1,2
121:5,23
125:1
127:13
129:18
130:23
131:13
137:7
142:19
148:1,8
154:17
169:21

monies
56:8

monitor
176:21

monitoring
90:4

monkey
158:9

monkeys
151:15

monograph
126:25
129:6
131:22

monotheism
150:7

monotheisti
c
150:6,8

month
109:1

months
85:20
114:11
174:10
186:22

morning
10:6,15,
22,23

Moscow
189:24
190:16

Mosque
153:2,6

motive
137:18

move
54:5
153:12

moved
78:20
153:9

movement
153:13,14
154:19,20

moves
72:9

moving
60:18
62:19
68:5,20



101:20
137:7
155:2
186:7

**Muhammad**
150:11

**mujahideen**
152:16

**multilateral**
117:11

**multiple**
103:8
144:17
167:9

**murder**
107:15
108:6

**Muslim**
10:2
12:20,22
16:5
55:4,15
58:3
59:21
148:16
150:8
154:19

**Muslims**
68:3,4
133:12,13
143:24
151:6
152:3
159:8
180:20

**mutated**
152:5

**mute**
11:22
12:1

**mutual**

97:25
101:7
102:15
105:16
116:4,5,7

**MWL**
9:25 13:9
15:13,16,
21

**mystical**
160:5

─────────

─────────
**N**
─────────

**naming**
16:18

**narrow**
57:17

**nation**
135:9

**national**
67:9
95:20
112:15
130:7,8
141:9,10
171:25

**nationally**
95:21

**Nations**
55:16
59:15,24
60:6
63:16
160:16
171:7
172:21
180:2,6

**nature**
42:22
188:3

**natures**
130:13

**navsi**
25:25

**NBL**
10:12

**nearby**
137:3

**necessarily**
53:17
97:21,24
112:23

**needed**
82:25
112:16
127:12
128:17
130:6
184:17
185:19
187:10
190:7

**nefarious**
69:7

**negotiating**
156:17

**network**
75:4

**newspaper**
162:16

**Nicole**
8:14
10:16
81:10

**Nicolle**
8:16

**nineties**
149:15,21
159:12

**nodes**
98:15

**non-saudi**
56:3 64:8
66:13
68:24
69:4

**noncompliance**
127:11
129:3

**noncooperative**
168:12,13

**nonenforcement**
129:10
131:4

**nonfeasance**
130:17

**nongovernmental**
108:12

**nonhumanitarian**
68:15

**norm**
139:14

**normal**
45:16
137:6

**norms**
139:22

**North**
170:6,10

**Northwest**
8:9

**note**
15:14
48:10
82:15
84:12
86:1,5

125:20
135:3
165:4

**noted**
125:24

**notified**
131:17

**notions**
158:3

**notorious**
54:8,9
62:11
145:17

**notoriously**
62:9
66:24
138:19
170:25

**November**
46:17
48:2
114:6
127:21

**NSA**
167:23

**nudge**
67:7

**Nuland**
182:4
183:10

**number**
20:7
28:13
47:16
61:9
63:17
67:16
72:5
76:16
84:6,8
90:14
93:10



127:8
128:11,13
129:24
134:4,5
182:12

Nunes
185:6,14,
17

Nwor
8:22

———————

O

———————

O'CONNOR
9:1

O'NEILL
65:4
66:15

Obama
156:9

object
104:7

objected
87:16

objection
13:11,14
14:11
15:8
20:21
29:15
32:6 33:4
35:4 38:3
39:20
42:11
44:21
46:14
47:25
49:8
53:13
58:7
65:10
69:8,25
79:13

80:23
86:3,6,17
87:19
94:24
100:10
102:6
104:24
105:12
110:14
114:20
117:4
134:21
135:21
136:25
152:20
157:3
176:14
185:25
190:5

objective
167:6

obligation
147:14
188:4

obligations
15:2,7
60:24
94:20
96:3
117:24
118:14
133:16,21
134:19
136:22
143:24

occasionall
y
182:21

occasions
173:20
182:13

occur
12:7

occurred
49:3
152:15

Oct
110:11

October
17:1
108:23
109:25
110:4,11
113:5
174:3
175:4

odd
82:16
87:11

offense
111:15

offered
15:23

offhand
70:15
75:11

office
85:16
162:4
180:23

officers
140:20

offices
69:5

official
22:12
62:3
63:2,7,12
64:2
127:1
172:16
189:7

officials
9:25
15:13,16,

21 129:6
148:16

oil
189:19

oligarch
189:7

oligarchs
186:7

Omar
73:16

one-by-one
58:2

ongoing
68:11

online
17:22
32:13,15

Ontario
121:12

op-ed
185:14
187:9

opaque
186:9,10

open
51:25
161:15
180:23

opening
125:17,25
129:20,22
131:6
147:11,13

operated
31:16

operating
95:4
136:4
137:22
143:21,23

146:23

operation
34:18
113:6
147:8

operatives
24:23

operator
8:10

opine
118:11
124:21

opining
120:11

opinion
121:11
122:20
139:18,19
144:5
167:5
185:16
187:9

opinions
14:23
26:9
42:16
43:1

opposed
126:8
141:18

opposing
42:23
151:25

oppositiona
l
168:11

options
167:24

oranges
79:4

order



10:12,14
17:2 51:1
60:24
82:25
85:19
88:3
92:13
96:4 98:6
115:19
118:25
139:3
140:5

**ordinarily**
60:23

**Oregon**
141:15

**organ**
144:7

**organization**
12:21
34:12
49:21
64:19
106:23
136:4
137:3
139:1

**organizations**
49:20,21
57:12,16,
20 66:9
69:11
108:12
133:22
137:8,10,
21,23
144:7
145:16
149:10
156:6

**organize**
35:11,20

**organized**
156:15

**original**
17:6 68:7
98:16
108:8
115:24
150:10
158:4
178:13

**originally**
57:11,14

**originated**
155:14

**Orthodox**
159:4,5

**Osama**
51:20
53:5
54:11,15
55:1
58:17,24
62:4

**OTS**
166:1

**outgross**
158:17

**outlining**
163:13

**outreach**
127:17

**outsider**
164:3

**overseas**
60:19
66:13
68:24
69:5
118:25
145:1,3
146:20,23
172:10

**overseer**
85:17

**oversight**
85:16,18

**owned**
33:14
40:10

**ownership**
101:9,12,
16,19
186:11

——————————

**P**

——————————

**p.m.**
112:4,5
128:2,3
132:11
133:2
173:5,6
192:17,18
193:3

**pages**
47:7,8
52:9 60:9
61:5
82:15
93:4,9
175:4

**Paige**
189:5

**Paige's**
189:10

**pain**
90:21

**Palestine**
154:25

**paper**
88:12
130:19,20

**paragraph**

23:3
30:12,14
32:2,10
36:16
37:1,13
45:4,23
46:4 66:3
76:17,19,
20,23
81:12,15
88:25
89:7 94:2
96:16
99:23
106:20
112:12
125:23
160:24
161:12,
18,22
180:17

**paragraphs**
75:7

**pardon**
27:8
111:14

**part**
22:4
65:18
68:12
77:8
87:25
95:13,21
97:13
98:9
113:12
117:9
119:10
120:24
123:12
134:5
136:12
137:14,15
141:24
151:15

175:11
178:17
183:23
189:10
191:20

**partial**
52:9
142:23
188:9,10

**partially**
100:8
105:4,11

**participated**
118:22
167:7,12

**participation**
73:23

**parties**
36:4
175:12

**partisan**
188:3

**party**
149:1
187:21,23

**passes**
12:3

**passing**
79:18,19

**passive**
160:6

**past**
67:11
114:11
117:18
124:18
167:25
168:2

**path**



68:20
170:20

**Patrick**
11:15
12:2,6
175:20,24

**patterns**
148:24

**Paul**
65:4

**pause**
11:13
127:19

**pay**
86:23
87:9
144:3

**paying**
67:5 85:8
86:14
111:6

**payments**
33:12
87:2,6
143:4,6
144:4

**PDF**
18:17
19:5
52:23
84:5
89:20,22
93:24
99:23
101:6
104:3
105:2
161:10
176:4
177:20
178:14,22

**peace**
189:17

**Pedia**
164:15

**peers**
98:5

**peninsula**
162:5

**people**
9:12,20
11:14
21:7 35:7
70:24
72:4,19
78:4,15
79:25
83:2 90:5
101:18
116:10,
11,12
119:13
144:18
148:4,13
151:14
153:6,13
155:15
164:3,5
165:20
167:4,13
169:14
170:8
185:3
187:21,25
190:13,14

**perceived**
128:7
167:25

**perception**
130:25
168:5

**perfectly**
135:25

**period**
15:18
53:10,15,
18,21

54:17
55:2 59:3
63:20
88:13,20
92:22
95:11
104:11
111:5
116:19
138:23
164:2
166:17
172:15,18
189:14

**periods**
114:23
157:11

**permanent**
36:20
37:23

**pernicious**
127:20

**person**
35:18
63:22
79:24
131:7,8
136:7,9
137:4
183:2,25
184:1

**personal**
154:2

**personally**
29:25
36:19
51:25
142:8
158:1

**persons**
115:12
171:5

**pertain**

93:11

**Petersburg**
188:17,
20,21,23

**ph**
25:25
121:10
137:19
141:4
164:15

**phased**
34:6

**philanthrop
ic**
32:20

**Philippines**
155:10

**phone**
179:5
180:9,11,
18

**photocopy**
177:19

**phrase**
14:12

**phrases**
138:24

**physical**
16:13
17:25
23:1

**picture**
165:3

**piece**
88:11
185:16
187:9

**pigs**
151:15

**pillars**

133:11

**pipe**
98:10

**pipes**
98:20

**place**
96:1,23
97:2
98:1,6,17
106:17
108:19
130:6
145:7
147:16
158:6
186:22
190:13,20

**places**
36:1,3

**plain**
122:14,18
123:3

**plaintiffs**
9:2
191:20

**plausible**
88:15

**played**
151:5
152:8
155:1
159:14

**playing**
154:23,24
155:1,5

**pleased**
180:18

**plot**
68:10
155:10

**point**



11:18
14:19
19:19
29:14,17
30:4
33:15
37:13
38:1,22
40:22
41:17
42:5,6
43:17
44:6,15
46:11
47:5,9
54:8
57:18
69:15
71:5,8,9
72:16
75:12
76:11
77:17
83:1 87:6
96:12
107:24
108:15
129:19
139:25
156:2
176:14,23
191:4,9

**pointing**
161:21

**points**
24:8
26:8,15
39:18
41:11
43:13
44:20
71:7
72:11,17
77:18,22,
23 78:1
88:6

141:14
159:2
184:21
188:7

**policies**
131:25
171:11

**policy**
28:5
146:7
153:9,23
167:8,10

**policymaker
s**
159:12

**political**
68:2
150:14
151:1
158:18
160:4,7
171:20
183:2

**politicized**
165:8,10
166:13,14
188:2,3

**politicizin
g**
166:10

**politics**
184:4

**pools**
169:21

**poor**
134:13

**popping**
145:9

**portion**
133:13

**portions**

34:25

**position**
16:5
19:14
38:17,18
124:17,20
148:17
183:16
184:17
189:13
190:6,8
191:5

**positions**
190:3

**Possibly**
157:4

**post**
22:16
172:12
184:14
185:1,16

**potentially**
67:11
135:3
139:11
151:24

**Poulakos**
8:10

**Powers**
141:8

**practice**
19:11,22,
24 114:10
118:7
121:20,
21,25
124:14,
21,22
128:10,20
130:18
139:22
165:3

**practiced**
115:1
140:4

**practices**
33:7
95:19
121:14

**practicing**
19:24

**precise**
128:8

**precisely**
64:25
95:1
145:12

**predate**
53:18

**predecessor**
191:2

**prefer**
17:13

**preferable**
65:13

**preliminary**
13:14

**preparation**
20:16
53:2

**prepare**
175:3

**prepared**
51:2

**preparing**
18:19
22:6 48:3
55:22
76:6,9
77:9
120:5

**prescribing**

94:13

**present**
120:19
168:2

**presentatio
ns**
17:15

**presidency**
106:22

**president**
97:14
185:4,10

**press**
128:13
137:12

**pressure**
127:6

**pretty**
60:16
71:11
111:11
164:12
176:12

**prevent**
96:4
138:17
163:25
164:18,23

**prevented**
78:19
164:1

**preventing**
138:13
164:12

**previous**
184:3

**previously**
24:16
34:7
107:19
120:10



168:9

**primarily**
  57:17

**priming**
  151:23

**principal**
  89:2

**principle**
  136:19

**principles**
  94:9
  106:5
  108:15

**prior**
  30:1
  33:10
  36:20
  55:19,20
  57:10
  58:9
  77:18
  108:18
  109:19
  113:3
  121:24
  125:13
  128:7
  131:24
  146:17
  162:18
  176:6

**priority**
  128:14
  156:18

**private**
  19:10,22,
  24 66:4
  79:2
  94:20
  181:18

**privileged**
  174:17,25

**prob**
  50:11

**problem**
  13:18
  17:20
  68:13
  87:21,22,
  23 96:20
  117:16
  127:7,8
  128:6
  129:12
  136:2
  148:9
  159:14
  165:11
  166:1
  167:24,25
  168:1,17
  171:2

**problematic**
  146:6
  148:25
  158:7
  168:11
  170:17

**problems**
  145:13

**procedure**
  14:21

**process**
  28:17,18
  57:18
  67:13
  80:10
  95:10
  99:1,3
  105:21
  116:5,7
  141:17
  156:20
  167:13,17
  175:8
  189:17

**processes**
  102:16
  141:17
  167:3
  175:12

**produced**
  38:15
  52:4
  55:23
  56:2  59:2
  60:11,20
  82:8
  83:14
  89:23
  172:6
  173:21
  174:15
  175:16

**productions**
  174:7

**professiona
l**
  154:2

**profile**
  38:23

**program**
  119:11
  180:19

**programs**
  140:1
  165:21
  171:11

**progress**
  67:4
  105:19

**prohibition**
  146:18

**projects**
  145:3

**proliferati
on**
  157:15

**prominent**
  149:14

**promote**
  189:18

**promoting**
  66:5,17

**promptly**
  110:12

**promulgated**
  106:8,9
  159:11

**proof**
  78:8

**proofs**
  190:9

**proper**
  118:8
  124:22

**properly**
  188:5

**prophet**
  150:10

**proponent**
  181:11

**proposed**
  119:12

**prosecute**
  77:5  78:4
  79:10
  80:17,18
  142:3

**prosecution**
  140:24

**prosecution
s**
  188:1

**prostitutes**
  189:24

**protect**
  22:4

95:22
  171:24

**protected**
  82:22

**protection**
  130:25

**protections**
  96:23

**protective**
  10:12,13
  82:25

**Protestant**
  159:3

**proved**
  165:7

**proven**
  186:14

**provide**
  14:22
  16:15
  21:2,11
  24:14,17
  31:13
  39:23
  42:15
  44:14
  112:25
  117:17,
  21,22
  121:10
  130:24
  167:23
  180:24
  183:6
  184:9
  186:5

**provided**
  20:6
  21:8,9
  23:17
  24:8,18,
  24  25:19
  26:1



28:25
32:12
44:1
56:8,19
64:16
69:13,23
71:24
78:2 86:6
92:10
128:24
174:5
182:7,10,
19 183:16
184:2
186:3,6,
23

providing
40:11
42:23
67:1
74:20,23
84:17
88:12
122:20
142:25

proving
74:21

provision
68:1

provisional
ly
10:10

public
19:10,13
21:6,21
136:13
137:12
162:22
184:23,
24,25

publicly
138:6

publish
185:14

published
163:12,17

puffing
189:9

pull
16:7
83:16
93:15,17
99:10
111:20,23
134:11
161:4
173:9,13

pulled
100:17

pulling
27:11
76:13
112:10

pulls
172:8

purely
61:6
115:4
117:22
118:9

puritanical
154:10,20
157:17
158:3,6

purported
74:1
91:22

purporting
122:7

purpose
46:21
70:20
123:25
142:19
147:17
180:12

purposes
16:10
22:22
34:20,25
35:23
36:6,10
40:24
41:14
52:18
53:10
60:17
65:23
69:7 76:2
83:21
87:13
89:16
93:20
99:12
103:20
111:21
146:24
150:14
161:6
173:11
180:13
181:6
191:15

pushed
147:20
167:4
185:2

pushing
147:8
152:6
156:6

put
26:8
28:14
35:18
80:8
96:10,23
97:2,25
98:6
106:12,17
108:19

120:24
127:5
128:13
130:6
145:7
147:15
148:23
176:2
185:16

Putin
188:21,
22,23

puts
27:16

putting
147:25
158:21

———————

Q

———————

qualified
118:7
121:10,
19,20,21,
25 123:5,
6

qualifying
121:9

qualitative
47:3

quality
156:23
181:9

quantity
47:15

queries
28:2

Quest
34:19
142:1
162:18

question
13:13
14:16
26:21,22,
23 28:23
30:24
31:11,24
32:8
40:12,13
41:9 42:3
56:15,22,
23 57:7
59:16
61:4,14
63:5 74:8
77:24
81:2,4
91:17,20,
21,25
92:4 93:3
96:9,10
97:5
101:3
109:18,22
117:6,13
118:3
130:3
139:23
141:16
147:24
148:10
174:23

questioned
187:17,19

questioning
28:9 83:9

questions
13:5
28:1,19,
24 29:11
64:13
81:5 83:3
104:21
115:9
116:20



125:12
136:15
192:12,
22,23

**quietism**
160:8,9

**quietist**
159:18

**quietly**
160:6

**quote**
23:11
24:1,2
37:21
48:16
51:24
69:22
73:21
75:3 82:5
86:14
108:10
152:22
191:21

**quoted**
107:10
137:19

**quoting**
48:25
70:4 85:5
107:7
191:18

———————

R

———————

**raid**
70:23,25

**raise**
28:2
40:13
92:25
136:15

**raised**

26:13
40:12
53:16
61:18
176:14

**raisers**
23:18
24:4,25
37:11

**raising**
67:2 71:3

**range**
53:12,14
83:15
137:11
166:16

**ranked**
189:6,7

**rape**
107:16
108:6

**Rattey**
8:23

**raw**
186:13
187:2

**reach**
47:5
49:25

**reached**
72:12
90:4

**read**
21:8 24:5
26:19
28:23,24
38:7 50:7
72:18
90:18
101:11
102:7,11,
17 105:16

114:14
119:22
121:8
134:1,2,
6,7,8
157:22
159:1
168:24
172:17
178:15
179:13
184:1
192:25

**reader**
26:13

**reading**
51:8 70:2
150:21
168:14,25

**reality**
128:12

**rears**
127:21

**reason**
26:7
28:23
30:25
96:19
129:19
136:1
141:4,24
156:11
166:12
167:1

**reasonable**
50:10,13
148:2

**reasons**
14:24
31:15
115:5
127:5
136:6
142:2,3,

9,10
159:16
167:9,10

**rebellion**
153:1,2

**rebuttal**
163:3

**recall**
53:1
56:1,15,
25 58:22
72:2
75:14
76:8,10
77:8
82:11
84:25
89:25
120:16
126:3
160:21
173:23
174:13,19
176:9

**receive**
22:12,13
183:12

**received**
25:18
180:25
186:24

**receives**
187:11

**receiving**
60:17
145:19
174:13
182:6,9

**recent**
167:11

**recently**
115:1

**recessed**
18:9 73:6
112:4
128:2
132:11
173:5
192:17

**reckless**
187:13

**recognition**
67:19
130:11

**recognize**
17:8 46:4
158:22
178:15

**recognizes**
66:16

**recollect**
51:14
55:21
57:10
59:25
69:12
77:10
79:16
82:14
108:13,14
121:19
126:6

**recollectio
n**
22:15
164:7,8,
11

**recom**
97:8
106:10

**recommendat
ion**
96:1
98:23



recommendat
ions
    92:25
    93:5,6,10
    94:8,9,
    17,22
    95:2,6,25
    96:16
    97:6,8,
    19,21,23
    98:5,25
    99:6,25
    100:7
    101:10
    102:2,4
    103:3,5,
    12
    104:17,19
    105:4
    106:2,6,
    11,17,21,
    23 107:3,
    8,10
    108:11,25
    109:3,6,
    14,25
    110:5,9,
    13 112:22
    113:4,7,
    9,22,23
    119:13
    122:16
    124:2

reconstruct
ing
    164:20

reconvened
    133:2

record
    10:16,25
    14:10
    15:14
    18:3,6,8,
    11 38:14
    73:5,8

84:15
87:2,5
112:3,6
128:1,5
132:9
133:4
145:8
146:8
173:4,7,
15
192:14,
16,19
193:1

recorded
    8:4 63:24

recordkeepi
ng
    139:2

records
    58:19
    59:1
    62:15,17
    119:14
    131:20
    142:4,6
    186:14,15
    187:4

redacted
    21:22
    46:24,25
    76:17
    82:16
    83:7
    175:10

redactions
    21:25
    22:3
    82:17,18,
    21 173:20
    175:6

reduce
    152:23

reentered
    181:20,21

reentering
    78:19

ref
    109:17

refer
    12:17,23
    13:20,21
    14:1,5
    21:13
    29:24
    30:5
    34:2,21
    35:23
    36:12
    40:9
    74:5,12
    103:3,5
    137:10
    146:10
    151:2,14
    158:20

reference
    23:1,2
    32:4
    34:22
    36:19
    49:23
    75:11
    79:21,22
    90:10
    93:9
    108:20,23
    109:17
    110:10
    113:4
    142:25
    143:3
    149:23
    161:2
    177:18
    179:2
    180:17

referenced
    55:7,25
    95:6

143:4
161:19

references
    12:16
    40:20
    50:15
    105:15
    137:13
    179:4

referencing
    49:4
    69:18
    179:1
    180:9

referred
    13:25
    35:25
    36:2,5
    44:20
    74:10
    137:9
    151:17
    153:14
    155:2
    188:15

referring
    12:17,18
    13:1,16,
    21 14:3,
    6,9 24:1,
    2 30:19
    31:8
    32:24
    33:1,2,
    23,25
    36:4,11,
    12 37:2
    45:25
    50:24
    64:19,21
    82:23
    83:13
    94:8
    102:8
    103:10

104:18
120:14,18
125:7

refers
    24:22
    46:20
    103:10

reflect
    54:17
    92:6

reflected
    62:15
    176:25

refugees
    181:2

regard
    10:18
    110:25

regime
    121:15

regimes
    157:14
    158:6

region
    69:23
    127:10

regional
    98:2

regionalist
    158:4

regular
    69:24
    71:25
    92:17

regulated
    95:9

regulation
    98:13
    114:8,12
    115:2
    122:11



123:11
130:8
131:17

**regulations**
114:3,4
115:6,20
119:20
122:2,3
123:4
124:1
127:4
128:18
129:4,11
130:18,
20,24
139:14,
15,16

**regulator**
19:19,20
91:9,10
92:3,11,
18 97:11,
20 106:6,
9,10,16
113:9,15
117:15,24
122:4
123:20

**regulators**
116:9,10

**regulatory**
96:6
98:14
114:9,22
116:12
117:18
121:15

**Reid**
164:14

**reiterated**
131:1

**rejecting**
150:7

**relate**
82:21
118:12

**related**
40:11
105:14
120:15
136:14
162:1,8,9
169:21
176:14
183:1

**relates**
90:1 92:4

**relating**
32:2
33:17
40:22
43:18
59:3
82:12
104:8
113:10
114:5
148:23
149:3
162:13
175:12
176:8
180:17

**relations**
153:22
169:20

**relationshi
p**
58:11
74:2
88:19
96:7
115:7
119:3,4
124:1
169:11
175:10

188:20

**relationshi
ps**
115:12
118:1
144:21
148:15

**released**
21:5,6
74:13

**relevance**
81:4

**relevant**
12:24
40:18
53:10,15
77:17
79:11
125:3
149:3

**reliability**
46:16
47:11,13
188:7

**reliable**
21:16
24:9,15,
16 28:11
29:14
38:2
44:20
46:12
71:5,8
165:7,18
187:23

**reliably**
187:1

**relied**
18:18
20:15,23
41:6
77:13
91:17

**relief**
12:21
147:6
180:19

**religion**
151:4,25
158:5
159:2

**religions**
150:19
157:22

**rely**
20:19
21:25
22:8,13
38:22
40:24
41:3,20
42:3,9
43:14
73:25
75:9
77:14
120:2
185:24

**relying**
26:5
72:19
75:14
81:20
104:17
117:12

**remember**
38:8,11
62:25
67:5
70:15,16
169:16
182:12

**remembering**
154:15

**removal**
154:6

**removed**
12:7
168:4

**repeat**
59:16
63:5

**repeatedly**
109:15

**report**
12:19
14:20
15:2,24
16:8,14,
25 17:6,
9,13
18:16,19,
20 19:2
20:15,17,
20 21:2,
24 22:4,
6,14
23:3,4,6,
7,10,11,
16,17
24:9,13,
14 25:8,9
26:6,7,
10,11,13,
14,18,19,
25 27:3,
10,11,12,
13,14,23
28:16,18
29:1,2,7,
9,12,20
30:16,17,
22 31:2
32:1
33:5,24
34:20,25
35:24
36:6,9,
18,24,25
37:7,8,
10,14,18,



21 39:2,
17,18
40:19,22,
25 41:5,
10,13,14,
18 42:4,
8,10,14,
22 43:1,
2,12,14
44:5,7,
12,25
45:5,11,
22,25
46:19,20,
22 48:4,
8,11,16,
25 49:12
50:6,20
51:1,4,
13,15,20
53:2,4,17
55:3,6,
22,25
58:15,17,
22 59:5,
10,11,18
60:2,22,
25 61:18
62:1
63:1,6,11
64:1,7,
13,24
69:3,12,
17 70:9
71:22
73:12,15
74:6
75:8,9,
14,15,17,
20,21,23
76:5,6,9,
11,13,15
77:9,12,
16,17,19
79:12,17
80:5,6,
15,21,24

81:2,8,17
82:2,17,
24 85:3
86:13
88:6,9,
22,25
90:23
91:7,8,
14,16
92:25
93:2,5,7
101:1,4
103:3,5,
10 104:18
105:18,25
106:20
107:6,11
108:21
109:5,7
116:18
120:5,9
123:22
124:2,4,9
125:13,15
128:24
129:1,5,8
131:21
136:7,16
137:11
139:19
141:24
143:5
149:23
152:11,15
158:12
160:19,23
163:12
167:19
173:19
174:2,10,
15 175:3,
14 180:25
183:1,22
186:18,19
189:1,4
190:4
191:10

**reported**
120:8
140:18
172:2
185:15
191:2

**reporter**
8:9 9:4
191:1

**reporting**
24:16
37:15
40:17
64:9
92:20
100:6
115:11
162:17
181:10

**reports**
15:17,18
20:20,22,
25 21:3,
8,10,20,
25 22:8,
13 25:14,
21,22
27:5,19
28:8,21,
22,24
43:14
44:10
45:1,6,
14,18
51:17
72:6
138:3
140:8
151:17
162:22
163:3
172:16
182:7,9,
11,19
184:2

**represent**
8:13 9:24
13:8,23
15:15
54:21
126:22

**representat
ion**
91:4

**representat
ions**
122:24
163:2

**represented**
20:6
123:10

**Republican**
187:22

**request**
85:10,24
87:14,15,
16 91:9
182:14

**requesting**
69:6

**requests**
85:19

**require**
125:6
149:7

**required**
14:22
92:1,2
128:22
140:5
141:18
182:16

**requirement**
133:12
191:22

**requirement
s**

90:2
101:16
115:15,16
117:3,12
144:6

**requires**
88:7

**reserve**
15:22
97:14
116:13

**reserves**
192:25

**reserving**
10:18

**resign**
38:17

**resigned**
39:6
43:22

**resistance**
67:16
153:12
154:21
156:22,25
157:1

**resisting**
67:15

**resources**
163:24
166:23

**respect**
15:15,22
75:9
129:3,18
140:23
157:10
190:3

**respects**
165:2

**respond**



46:17
101:3
149:6
167:16

**responded**
81:5
91:11

**response**
90:1,3
91:16
92:21
93:3
95:13
138:7

**responsibility**
112:13

**responsive**
109:21

**rest**
172:24

**restricted**
145:2

**restructuring**
162:18

**result**
35:6
102:15
107:25
157:15
172:4

**results**
118:23

**resumed**
18:10
73:7
112:5
128:3
173:6
192:18

**retain**
119:9
183:7

**Reuben**
8:18

**reveal**
21:1,18

**revelations**
136:13

**review**
43:3 52:3
54:20
55:23
58:2 69:9
72:21
83:2
84:20
89:24
90:19
92:5
98:23
112:14
122:9,13,
14 126:3,
19 142:12
148:22
161:25

**reviewed**
28:20
38:12
52:5
56:2,14
58:20,21
60:8,9
61:10
63:18
83:12,15
92:14
100:14
101:1
129:16,21
131:15
148:14
171:4

185:19

**reviewing**
18:21
34:25
39:13
53:1 76:8
77:8
82:11
87:20
125:17
174:21
175:5

**reviews**
118:23,24

**rid**
158:14

**right-hand**
24:4

**rights**
15:22

**risk**
96:5,20
130:12
136:6
138:17
139:24
140:1,2,3
144:2
169:16
171:10,12

**risks**
138:6
154:2
170:12

**Riyadh**
67:17
168:7
170:19
172:1

**riyals**
61:6,8
176:25
177:1

**Robert**
11:7

**role**
74:1
145:25
148:10
188:4

**roles**
144:17
146:4

**room**
83:1
172:24

**routinely**
24:12

**row**
90:24

**rows**
90:10,15

**royal**
153:7,8

**rule**
14:20
15:3
123:7

**ruled**
121:9

**rules**
14:21
125:6
149:7

**rulings**
43:8

**run**
172:23

**running**
79:25

**Russia**
181:23
182:1

**Russia's**
182:1

**Russian**
183:4
184:1
188:16
189:6,7

_____

S

_____

**S-A-A-R**
29:25
30:10

**SAAR**
29:24
30:5,9,
14,15,18
31:8,9,18
32:3,4,
13,18
33:1,2,8,
11,13,17,
23 34:5,
7,16,21
35:1,7,
17,23
36:2,5
40:9
140:12,
13,19
143:9,10,
13,15
144:12,
13,19
146:15
148:12
178:9,10,
11

**SAAR's**
35:8

**sacred**
151:3
158:18



Saddam
  165:20

safe
  47:19
  127:12

sake
  39:2

Salafi
  153:10

Salafis
  158:20,25

Salafism
  150:12
  158:23
  159:19

Salafist
  157:17

SAMA
  90:2,4
  92:11,17
  106:6,9,
  10,12
  113:16,
  20,21,24
  116:20
  119:19
  124:1
  128:21
  129:2,4,
  11 130:24
  131:4,16,
  17,23,24
  144:6

SAMA's
  90:2

Sanabel
  40:11
  44:4

sanction
  170:2

sanctioned
  90:6

sanctioning
  57:19
  156:7
  169:4

sanctions
  92:2
  141:12
  156:4
  168:1,2,4
  169:9,19
  170:1,3,
  4,5,6
  171:22

sat
  20:1

satisfies
  15:2

Saudi
  31:10,20
  32:3,25
  33:10,18
  34:9
  35:17
  54:4
  55:9,12
  56:12,17
  57:1
  58:5,12,
  16,23
  59:6,12,
  19 60:3
  62:3,8,
  10,12,13,
  24 63:2,
  7,12
  64:2,10
  65:5
  66:3,6,
  16,22,25
  67:3,8,24
  68:20,25
  69:5
  74:20,22
  77:25
  78:14,21

85:7
87:24
92:15,21
103:24
104:3
105:2,10,
18
106:14,19
107:21
113:15,
20,21,23,
24 114:3,
4,8,14,
18,19
115:22
117:21,
22,23
118:6,7,
9,17
119:17
120:6,7
122:1,2,
4,20,21,
24 123:4,
7,11,19,
22,24
124:9
126:20,23
127:3,5,
7,15
128:16,20
129:3,11,
23 130:21
138:21
139:15,16
142:8
143:11,
12,14
144:14,
24,25
145:2,12,
16,18,20
146:18
147:6
148:2
149:14
150:13

153:2,7,8
154:9
159:11
160:20
161:24,25
162:3,6,
13 169:3,
23,24
172:1,5,8
177:2
191:23

Saudi's
  168:8

Saudis
  67:14,18
  138:23
  149:18
  166:15
  168:17,23
  170:16,23

saura
  137:18

scholar
  150:21
  160:9

school
  165:25
  190:22

scope
  44:6 96:9
  105:18
  109:7,16
  112:19,21
  120:22,25

Scott
  9:1

screen
  23:23
  52:13
  76:14
  83:17
  84:24
  85:14

91:3
176:2

scroll
  89:20
  90:11
  161:14
  176:3
  177:14

Sean
  8:25 9:11
  173:15

Sean's
  176:23

sec
  141:9

Sechin
  189:5,8,9

secondary
  153:17

secrecy
  136:12
  142:6

secret
  136:10

secretary
  65:4
  66:15
  155:17
  182:4

section
  27:22
  29:19,21
  31:25
  36:23
  46:24
  69:17
  73:12,15,
  20,25
  74:18
  75:1
  76:24
  79:23



85:8
88:9,22
91:13,16
92:4 93:1
125:15
191:11

sector
19:10,13
79:2
181:18

sectoral
150:23

sects
159:3

security
67:9
130:7,8
141:10
162:19
166:18
171:25
189:18

seek
28:1

seeking
26:8
114:11
136:9

selection
80:10

senate
95:15
153:22
154:3
189:11

Senator
153:21

send
43:23

senior
48:16
49:12,15

51:5
148:15
155:18

sense
31:3
35:11
113:1
153:25
163:10

sentence
26:5,6,18
27:24
28:5,14,
15 49:14
50:7 51:7
66:1,2
70:2,4,6
74:3
89:4,8
94:7
109:11
127:25
191:21

sentences
26:6

separate
17:12
31:21
97:15
135:24

separately
16:5
140:18

September
8:5 14:7
81:21
89:14
91:25
92:3
109:19
125:14
182:25
183:9

Sequeira
8:18

sequence
33:21

series
75:7
155:5
185:3

service
114:24

set
32:15
34:15
91:3
96:17
112:15
122:10
124:2
136:7
139:21
144:21
157:18

setting
24:20
82:23
174:25

seventh
150:5
154:10
157:18
159:10

sexually
190:19

shape
127:6

shards
163:16

share
182:3,22

shared
182:21

shareholder
40:10

Sharia
85:15,17

Sheikh
146:5,10,
12 148:12
178:1,12

Sheps
11:7

shift
152:12,14
160:10
173:15

shifted
164:25

Shoe
164:13

short
134:12
184:10

shorthand
14:8
36:13

shortly
162:3

shot
170:24

show
54:15
55:1 56:7
61:3,14,
15 62:17
70:1
126:16
142:15

showed
91:12
92:14,20
116:16

showing

82:15

shown
39:19
183:8

shows
32:13
53:21,22
54:22
178:10

shut
54:5 80:2
145:9
155:24
164:18
190:18

side
79:3
165:4
170:13,14
179:10

side-by-
side
122:6

sign
192:25

signatory
131:7,9

signed
111:12
178:1,11

significant
68:12
78:24
79:1

similar
127:11
158:16
190:11,12

similarly
54:17

Simon



151:2

**simple**
31:14
33:7,8
61:22
118:3

**simplificat
ion**
181:13,14

**simultaneou
s**
145:24

**simultaneou
sly**
144:18
145:22

**sir**
11:19
14:20
18:17
27:22
29:19
31:17,19
32:2
35:13,22
39:15
43:11
44:9
51:20
52:24
56:15,22
57:4
64:7,18
66:1
69:15,17
76:19
81:15
82:21
85:3
133:24
135:12
136:18
176:6
177:2

181:16

**situation**
29:1
138:13
151:12
181:1
186:21

**situations**
117:7

**size**
152:23

**slightly**
84:9
92:12

**small**
90:19
131:10,11
147:25
148:18

**snatches**
163:16

**so-called**
69:19

**social**
185:7

**society**
157:25

**solacious**
185:22
189:23
190:15

**Somali**
65:3

**Somalia**
66:6

**sound**
12:1,7

**sounds**
34:22
54:23

58:1

**source**
21:14,15,
16,18,19
24:12,15,
19 26:4
29:4 47:8
70:5,6
71:21,23
74:14
185:24
187:6

**sources**
21:1,6,
17,21
22:4,7,
17,18
24:8 47:8
74:10
188:15
189:5,13,
14

**sourcing**
21:7,9,
11,12
25:3 28:3
29:3
47:16
165:19

**Southern**
8:6 77:3

**Soviet**
153:18
154:6

**Soviet's**
157:6

**spare**
54:20

**speak**
119:21,23

**speaking**
71:6 99:8
152:10

160:3
187:1

**speaks**
55:6

**special**
103:12
110:5
113:4
127:16
167:12

**specialist**
123:1,2

**specific**
13:11
71:11
91:24
147:17
163:5
167:14

**specificall
y**
13:17
53:3
93:1,6
108:5

**specificity**
14:11
60:13

**spent**
95:14
114:6,7
115:23
123:16
150:25
151:1
189:20

**spoke**
120:7

**sponsored**
146:2

**sponsoring**
146:1,2

**squad**
162:5,6,
12

**St**
188:17,
20,21,23

**staff**
74:13
131:21
148:13
155:18

**staffer**
153:4
154:4

**stand**
179:15

**standard**
27:15
50:14
78:8
124:15,22
126:19,22
141:23

**standards**
95:5,7,18
97:2
106:8,9
116:25
118:14
119:2
121:5
122:8,17
127:13
128:9,21
129:17
130:5,10
141:20
154:11

**standpoint**
163:7

**started**
11:9
12:14



JONATHAN M. WINER
In re: Terrorist Attacks on September 11, 2001

January 12, 2024
Index: state..studied

143:20
171:4

state
8:13
10:24
19:16
20:15
21:4
22:11
51:23
57:15
62:10
67:22
74:18
75:1 82:5
89:1,7
94:18
95:16
96:25
97:7,8,9
99:3
109:6
113:7,8,
12 114:12
116:6,8,
10 117:6
123:6
125:2
127:2
129:13
130:15
138:19
146:1
155:12,
17,18
158:13,
14,15
164:7,10
170:15
173:20
181:18,
19,20,21,
24 182:4
183:6,8,
25 189:7

stated
49:10,11
66:21
118:11
121:7

statement
14:22
22:20
32:11,15
39:1,4
41:6
44:15,23,
24 48:24
50:9 51:3
53:5,8,20
56:4,16,
25 65:11
66:11,16,
20 68:22
71:21
74:3
86:12,13
102:8
105:9
110:4
130:2
143:25
192:9

statements
25:8,12,
17 28:8,
11,12
52:3
55:23
56:2
91:10
129:6
139:8
149:8
168:13

states
14:7
23:17
31:20
32:5,18

33:3,12,
13 34:6,
18 35:18
55:16
59:15,24
60:6 62:9
63:15
65:3
66:12,19
67:2,7,10
68:19
73:17,22
78:18,19
79:7,10
82:2,6
85:9
86:15
88:20
94:22
95:1
97:8,18
98:23,24
99:5,20,
24 100:7,
20 101:7,
17,20
103:1
104:18
107:23
112:12
115:9
117:2,7,
9,14
118:12,
14,15
121:21
124:23
138:4,5
140:14,
19,24
142:5
143:10,15
144:16
145:5
146:1
148:6
152:8,16

153:19
155:6
160:13
163:23
164:24
166:24
171:7,17,
19,25
172:21
180:2,5

states'
117:15

stating
37:21
85:6
102:5

stats
102:1

status
34:4
90:11,12,
16 97:12
117:8

statute
78:13
106:15,16

stay
177:22

Steele
181:12,
17,22
183:22
184:10,
19,21
185:21,23
187:8,17,
25 188:8
189:22
190:3,4

step
156:18

steps
25:7

Steve
8:10
151:2

stipulate
100:24

stop
172:9
184:7

stopped
148:7

stories
190:2

story
137:16,17
190:21

strain
159:18

strains
158:21,
22,23

strategic
169:10

street
8:9
148:18

strengtheni
ng
105:19

stringer
190:24,25

structurall
y
33:9

structure
16:19
21:10

structuring
33:21
137:14

studied



150:15,
16,17,18,
19 160:2

**studies**
86:7

**study**
72:18
85:9,19,
20,24
86:15,22
87:15

**studying**
86:23

**subject**
10:13
12:24
15:24
82:25
143:16

**subjective**
123:17

**subjects**
11:3

**submit**
15:17

**submitted**
174:2

**subpoenaed**
185:5

**subsequent**
45:1

**substance**
11:10
12:14
184:9

**substantial**
95:13
138:9

**sued**
155:25

**sufficient**
44:14
63:19
167:6

**suggest**
51:7,8,9,
23 56:16
63:21
83:16
87:5
111:20
136:11
146:24

**suggesting**
180:22

**suggestion**
133:17

**suggests**
49:24
137:17
181:5

**Sulaiman**
30:6,8,19
32:16,17,
21 36:13,
19 37:22
38:1,16
39:6
40:9,23
43:18
49:19
51:8 72:7
135:4
140:12
142:14
144:10
146:12,13
147:7
148:12
177:3
178:1,12

**Sulaiman's**
49:22

**sum**
176:25

**summarizes**
87:21

**summary**
39:23
72:22

**summer**
186:6

**supervise**
95:20

**supervision**
95:12,18
172:10

**supervisors**
95:3,8,20
96:2,3,4
97:20

**supplement**
44:7

**supplemented**
15:18

**support**
65:8 67:1
68:1,2,15
75:4
76:21
88:13
142:25
145:20
153:9
154:1
156:25
160:20
180:19
191:23

**supported**
48:17
49:13,15
138:20
146:2

**supporter**
64:5

**supporting**
66:8
152:16
156:13,25

**supposed**
90:19
128:22
139:22
171:12

**surely**
80:6

**surprise**
45:13
54:18
174:11

**surprised**
54:10

**suspected**
162:8

**suspicious**
49:20
133:17
135:1,3,
8,19
136:24

**swear**
9:4

**swiftly**
110:12

**switch**
73:1
88:21

**switching**
191:10

**sworn**
9:8 10:4

**sympathetic**
91:18

**Syria**
127:10

**Syrian**
170:5

**system**
95:22,23
96:20
97:25
98:9,18,
19 108:17
123:16
130:14
159:22
167:21
169:15,17
170:11

**systemic**
96:5,20
130:12
169:16

**systems**
96:6
97:16

——————

T

——————

**tab**
16:7
22:25
23:2,7
52:12
65:22
75:25
83:20
84:2,22
89:15
93:18
99:10,14
103:19
111:20
112:10
161:5
173:9
175:19,20



191:13

**tackle**
104:5
105:19

**taking**
125:12
131:18
190:2

**Taliban**
154:8

**talk**
29:10
71:18
125:16
127:10

**talked**
145:13
169:16

**talking**
30:13
108:16
122:5
125:11
138:6
143:3
144:13
147:24
168:20
170:8

**talks**
102:1

**Tarbutton**
9:1

**target**
110:10
141:18,19
162:6

**targets**
68:6
171:9

**task**
161:24

162:3,20,
21,24

**tasking**
167:22,23

**taskings**
28:25

**tax**
111:7

**teachings**
66:5,18

**team**
17:20
127:14
129:14

**teams**
127:5
128:12

**tech**
11:16
23:22

**technician**
23:24
65:21
83:24
178:23

**techniques**
23:13
112:14

**ten**
157:24
172:25
173:2
192:13

**tenet**
134:17

**tenure**
127:3

**term**
13:15
30:14
43:11,12

50:23
133:6,10
146:16
149:23
156:9

**terminology**
13:2,4
14:15
30:5,14

**terms**
11:11,12
12:16
50:16
60:16
62:16
97:10
114:5
115:3
119:8
123:3,8
142:21
143:4
151:9,23
170:3

**territories**
152:3

**terror**
151:3
158:18

**terrorism**
57:21
64:5
68:17
76:21
91:24
106:24
107:11,
13,24
108:4
110:18,25
111:2,10,
14 137:16
140:6
146:1,3

151:4,8
160:21
162:9
165:2

**terrorist**
8:5 54:8
57:11,12,
16,19
65:9 66:8
68:10,11
69:7
78:18
89:2
103:13
104:5
105:20
106:16
108:18,19
110:6,10,
13,17,25
111:1,13
112:18,24
113:1,5
126:25
129:7
130:21
133:17
136:15
140:9,16
142:16,17
143:1,7,8
147:10
151:13
152:8
155:6,9
156:13
157:2
164:1,15
167:8,14
168:7
172:3,11
181:6

**terrorists**
48:18
49:6,17
50:4,17,

24 51:6,
11,16
73:22
156:14

**test**
125:3

**testament**
134:5,6
157:23

**testified**
9:10
121:4

**testimony**
15:22,23
108:22
120:25
121:17
139:12
171:13,16

**text**
96:12,13
134:6
150:10
158:4

**textualist**
158:5

**theft**
107:14
108:6

**theological**
150:21

**thing**
41:1,8
108:2
115:17
130:24
138:18
156:4

**things**
39:25
43:23
44:18



45:2
47:17
79:15
97:1
125:5
139:10
140:14
144:14
160:2,5
169:12
170:16
172:2
175:10
182:15

**thinking**
40:18

**Thirty**
132:7

**thousand**
61:5
80:8,25

**thousands**
28:21
47:7
60:9,10

**threat**
67:9,10,
11,12
68:11,21
159:9
168:3,5,6
169:5,7
171:23,24

**threaten**
159:9

**threatening**
187:20

**threats**
141:9,10,
12,14

**Thumairy**
75:10
78:16,17

79:6,16

**thwarted**
164:16

**tied**
140:14
170:25

**ties**
47:1,21,
23,24
48:5 49:5
188:22

**tight**
49:22
51:8

**time**
8:7 13:24
19:18
22:16
33:19
34:5,7
38:19
40:15
43:3
46:22
47:10,17,
23 48:1
53:21
54:4
55:21
57:14,23
59:14,22
60:5
61:21
63:14,22
64:4
65:16
67:6
72:13
74:22
80:11,17,
18 83:25
84:8
88:20
95:4 96:2

97:16
100:19
102:11
104:20
106:14
111:5
113:20
114:7,8
115:22,23
119:15
120:3
124:10
126:23
127:18,21
128:21
130:15
132:6
138:24
146:5
147:10
149:15
150:25
151:1
152:12
154:24
155:23
156:4,14,
18 157:11
164:2
166:17
167:21
170:8
171:5
175:2
182:16
183:1
188:21
189:14,
15,20,21
190:24
192:22

**timeline**
152:18

**times**
20:8 34:3
43:12

45:15
46:7
102:7
103:8
184:6
189:6

**timetables**
157:10

**timing**
157:5,7
167:17
170:22

**title**
185:17

**today**
11:4,11
12:14,17
15:23,24
17:25
66:21
118:5
151:9
166:25
187:16
188:6
192:22,23

**today's**
8:7 16:19

**told**
80:12
92:18
97:14
102:6
121:18
182:22
183:14,24
185:5,11
189:12

**tool**
169:6,8,9

**tools**
171:23

**top**
178:6
179:16,22

**topic**
91:19
160:1

**topics**
11:4 80:7

**total**
24:11
50:20

**totality**
27:11,12,
13 47:4
72:11,20
76:18,25
77:1

**Towayan**
81:16,24
82:9,12
85:18
87:25

**Towayan's**
85:24
86:23

**Trade**
68:7
155:8

**trafficking**
57:20
107:20

**train**
165:25

**tran**
61:19

**transaction**
59:22
60:25
61:2

**transaction
s**



31:4 55:1
60:16
63:18
171:4

transfer
58:16,23
59:6,12,
14,19,23
60:3,5
61:7,9,
19,21
62:2
63:2,7,
12,14,23
64:2,4

transfers
61:14,15
145:2
146:19

translation
84:6
86:2,3
89:21
134:10
176:4,15,
24 178:22
179:10

translations
174:14

translators
120:2

transnational
131:13
156:15

travel
86:6

traveled
135:9

treasury
19:15
65:4

116:11
162:18
164:5
168:20
170:9

treat
111:14

treated
71:1

tremendous
43:4
189:15

tremendously
139:3

trends
112:14

trouble
119:5
174:20

troublesome
159:12

troubling
146:4
183:4

true
28:25
29:1
111:2,3
131:1
144:1
163:10
167:11

Trump
183:3
185:4,7
187:21
190:14

Trump's
185:7
189:23

trust
185:24

trusted
29:5

trusts
101:16

truth
9:9,10
185:18

tunnels
153:6

turkey
137:4

turn
12:3
18:15
19:4
27:22
29:7,19
31:25
33:14,16
36:16
45:4,21
52:12,21
65:21
66:1
69:15,17
75:23
81:8
88:22
92:24
95:6
152:5
161:9

turned
32:21
152:13

two-and-a-
half
46:25

two-page
183:13

two-thirds
46:3,5

type
24:19
28:9
45:11
46:11
107:18
115:2
136:5

typed
126:7

types
20:16
25:20
124:8
190:2

typically
21:12,14

typo
191:10

─────────

U

─────────

U.S.
8:6 19:14
27:18
51:17
77:3
78:6,24
92:20
102:3
106:22
110:20
115:11,
12,16
124:24
127:1
129:6,17
130:4
141:2,3,
5,11
155:11,16
156:19

159:12
163:7,22
165:1
166:18
168:24
169:1,25
170:2,7
177:1
183:5
187:12

uh-huh
107:1

Ukraine
181:23
186:21

ultimate
88:18
101:19

ultimately
66:22
78:12,20
88:4
138:25
141:15
154:8

Um-hmm
88:24
162:2
192:1

UN
90:3,6
92:1,19,
22 107:25
108:17
110:22
112:24

unaware
39:5
41:23

unbeliever
158:8

uncertain
29:3



unclassifie
d
   41:5

unclear
   14:15

uncorrobora
ted
   28:10
   29:13

undated
   46:20

undefined
   139:21

underground
   78:21

underlying
   51:18
   70:25
   141:7

underpinned
   165:6

underscore
   166:7
   175:21

understand
   11:12
   13:4 14:4
   15:6
   18:16
   19:5
   30:18
   32:7
   35:20
   87:12
   95:24
   102:7
   104:10,
   13,14
   109:20
   113:3
   115:20
   116:3
   163:24

   171:16

understandi
ng
   33:1 40:8
   53:15
   54:6
   78:16
   94:16
   109:24
   111:15
   115:21
   120:18
   127:1
   130:22
   133:9
   150:1
   151:25
   160:9
   164:11
   167:18
   176:23
   179:18
   183:18

Understood
   13:18

undertake
   161:25

undertaken
   35:15
   58:10
   90:4
   122:13
   131:23
   145:12
   171:22

undertaking
   92:21
   165:25

undertook
   110:12
   122:14

unhappy
   101:12

unified
   189:18,19

union
   111:5,8
   153:18
   154:6

unit
   80:1
   162:12

United
   14:6
   31:20
   32:5
   33:2,11,
   13 34:6,
   18 35:18
   55:16
   59:15,23,
   24 60:6
   63:15
   65:2
   66:12
   67:2,7,10
   68:19
   73:17,22
   78:18,19
   79:7,10
   85:9
   86:15
   88:20
   99:5,20,
   24 100:6,
   20 101:7,
   17,20
   103:1
   107:22,23
   117:2,8,
   14
   118:14,15
   121:21
   124:23
   138:4,5
   140:14,
   19,23
   142:5

   143:9,15
   144:16
   145:5
   148:6
   152:8,16
   153:19
   155:6
   160:13,16
   163:23
   164:24
   166:24
   171:7,17,
   19,25
   172:21
   180:2,5

universal
   96:14,18

unknown
   22:17

unnecessary
   40:14

unredacted
   174:6,13,
   20 175:16

unreliable
   22:19
   39:19
   40:24
   41:2,7,
   14,24
   42:2 47:3
   71:8
   165:9

unsound
   80:3

unusual
   129:21

update
   110:12
   149:8

updated
   103:7
   104:19

   109:3,6,
   15,25

updates
   108:23
   109:15

upper
   53:11

upset
   155:20

utterly
   167:18

───────

        V
───────

valuable
   182:20

values
   150:6
   159:10

varieties
   159:4

variety
   21:16
   35:25
   36:3 45:1
   47:16
   169:12
   186:2

Vegas
   190:12,
   17,18
   191:3

verse
   134:3

version
   17:18
   41:5
   122:6
   126:15
   184:10



**versions**
119:20
126:14
174:6
175:16

**versus**
171:10

**Victoria**
182:3
183:10

**victorious**
154:12

**video**
8:3,10

**view**
51:10
123:18
157:15
158:7
159:2
183:21,23
187:24
188:6,9,
10

**viewed**
169:24

**views**
123:18
157:17
184:25

**vigorous**
101:17

**violated**
123:7

**violation**
131:16
142:21

**violent**
68:2,15
153:10

**Virginia**

31:9

**visible**
56:13
177:13,21
178:1

**vortex**
165:21

————————

————————
W
————————

**Wahhabi**
153:10
157:16,17

**Wahhabis**
158:20,
24,25

**Wahhabism**
149:24
150:2,4,
12 158:23

**waiting**
11:24

**wake**
153:8

**WAMY**
12:22
14:10
16:6
55:4,15
58:4
59:21
148:17

**wanted**
11:10
12:15
17:24
80:7
184:7,9
191:9

**wanting**
136:12
140:15

146:1

**war**
143:21
152:7
154:5,7,
22 164:25
165:5,6

**wars**
168:20

**Washington**
8:9
153:23
162:4
184:13
185:1,16

**water**
98:8,9,
11,18

**ways**
34:3
117:10

**weak**
98:7

**wealth**
133:13
135:17
136:20

**wealthy**
69:22
70:7
71:24

**weapons**
165:13

**web**
99:17,20
110:2

**website**
32:2,15,
23 99:19
100:17
102:14
103:23

111:18
112:11

**weeks**
167:20

**weigh**
25:6

**weighed**
25:15

**weight**
25:6

**well-known**
10:18

**west**
78:20
152:2,7
155:3,7
159:9
186:17

**western**
68:5

**white**
8:14,16
118:2
159:8
164:4

**whomever**
97:15

**wide**
137:11
166:16

**widely**
163:22

**Wiki**
168:23

**Wikileaks**
168:24

**win**
42:19

**wind**
158:5

170:23

**windows**
40:15
162:21

**winds**
147:9

**winer**
8:4 9:7
11:1,2
12:13
15:17,23
16:10,13,
24 18:14
22:22,25
26:20
52:18
65:23
73:11
76:2
83:21
84:17,25
88:21
89:16
90:21
93:20
99:12
103:20
111:21
121:9
133:6
161:6
173:11,19
181:9
191:15
192:21

**Winer's**
16:8

**wing**
187:22,23

**withdrawal**
160:4

**withdrawals**
53:24



**wittingly**
78:5

**word**
30:18
48:21
50:3,12
51:13
66:25
90:25
91:5
107:11,
12,13,14,
15,16,17
126:8
186:16

**words**
50:19
70:10
80:8,9
122:15,19
138:21
145:19
150:10
168:11

**work**
19:19,20,
23 27:9
43:25
64:23
65:6
96:24
102:21
116:3,23
153:21
158:11,12
162:4,17
163:11,13
164:19,23
166:15
172:4
181:17
185:7
189:15,20

**worked**
19:9

**working**
22:10
77:24
79:25
82:22
85:7
87:24,25
99:2
118:22
123:16
138:18
144:20
145:22
182:22
187:5

**world**
10:1
12:20,22
16:4
54:13,14
55:1,4,15
58:3
59:21
66:24
68:7
95:19
137:7
148:16
155:8
157:15
169:21

**world's**
157:22

**worldwide**
49:21

**worse**
158:9

**worth**
40:14

**wound**
140:4
154:11

**write**
80:8

119:22
142:22
167:20

**writes**
168:19

**writing**
44:7
79:17

**written**
70:12,21
74:12
88:16
123:8
151:17
160:1,2
168:21
178:2

**wrong**
27:17
138:18
166:2
187:14

**wrongful**
138:11

**wrote**
70:18,19
184:13
185:15
190:11

———————————

**Y**

█████████████
140:19,23
141:21

**year**
106:10
117:18
179:17

**years**
28:21
50:5

95:14
101:13
104:11
114:24
119:24
131:1
149:9
159:1
181:19
182:10
184:3
186:25

**yesterday**
16:21
176:14

**York**
8:7 77:4

**Yorker**
190:10

**Youth**
10:2,3
12:22
16:5

———————————

**Z**

———————————

**Zarate**
168:17

**zivot**
133:7,16,
21 134:18
136:22
143:24

**zone**
147:11,
12,14
186:9

**zones**
67:25
137:9,22
138:10
143:21,23

**Zoom**
9:3,20,23
161:15

