# Exhibit 13

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank
<u>Pursuant to Rule 56.1</u>




# Sulaiman Al-Rajhi Charitable Foundation

It was founded through a Joint Committee between the brothers, Saleh, Abdullah and Sulaiman and Mohammed Abdul Aziz Al Rajhi in the year 1403/1983, and it has attracted a range of qualified expertise in philanthropy field. Under a license from Ministry of Social Affairs No. (10) of the date 2000/06/19 the philanthropic institution turned to Sulaiman Abdul Aziz Al Rajhi Charitable Foundation.

The Foundation's work tracks:

The Foundation supports charities and nonprofit foundations registered in Saudi Arabia in the fields of: education, social, health and media, in addition to building mosques and it has carried out many projects in the field of philanthropy and development such as:

Family building Center
Financial sustainability fund.
International curricula Foundation
Bait al-Kibra for family development.
Haroon initiative.

Sulaiman Al-Rajhi Charitable Foundation





Sulaiman Al-Rajhi Holding Company © 2021



Al Rajhi Exhibit
ARB 50
9/28/23 Carrie Campbell, RDR