# Exhibit 14

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank <u>Pursuant to Rule 56.1</u>


Al Rajhi Exhibit
ARB 56
9/28/23 Carrie Campbell, RDR

The donors became very concerned being linked to terrorist activities, of course with which they had nothing to do. A question was asked "why do we want to continue to be in U.S.A.?" The trustees then decided to "re-locate" its operations. After seeking appropriate legal advice, steps were taken to create Humana Charitable Trust on 12th day of November 1997 as an Isle of Man trust. Saar Foundation then made a charitable contribution of assets to Humana to be used solely for charitable purposes. Dr. Cherif Sedky, who lives in Saudi Arabia and [REDACTED] who lives in U.S.A. became the trustees of Humana.

~~Shaikh Sulaiman~~ During his visit to U.S.A. in July 1998 ~~made the~~ suggestion to the trustees that to optimize the grant making process we should consider working with the Charity office already in existence rather than setting up a new office. The offer was welcome because banks in Europe were not very cooperative in writing lot of checks, and also because the committee overseeing the Charity office in Riyadh has the set up to receive requests from various charities located throughout the world and then to review, investigate and decide if a charitable contribution will be made.

*[margin annotation: the directors of Awara Ltd which serve as was made]*

Currently the Charity office is managed by Abdul Rahman Bin Abdullah Al Rajhi, Saleh Bin Sulaiman Al-Habdan and Abdullah I. Al-Misfer. In accordance with the established practice of the Charity office, as explained in the third paragraph of this statement, the checks are processed without showing the contributor's name. These are processed by Al Rajhi Banking and Investment Corporation, having its account with Chase Manhattan and other correspondent banks.

*[inserted: Riyadh Saudi Arabia]*

Prepared by: ___[REDACTED]___

December 28, 2000

*[handwritten at bottom:]* of charitable contributions made by the charity office which have. The list provided to you shows a distribution of US$ 10,886,412 whereas Humana contributed is US$ 7,572,7?

2

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0009625