# Exhibit 15

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank Pursuant to Rule 56.1

29/08 '99 06:12 FAX

بسم الله الرحمن الرحيم

# ABDULLAH I. AL-MISFER

عبد الله بن إبراهيم المصفر

No. 02/M
24th August, 99

BR. MUKHTAR AHMED
Executive Director
Islamic Call at Universities
P.o. Box - 461
Garden Grove
CA, 92844
USA.

*Dear brother in Islam,*

*Assalamu Alaikum Wa-rahmatullahi Wa-barakatuh.*

May this letter find you in the best of health and sound Islamic spirit by the grace of Almighty.

I would like to inform you that **Al-Rajhi Charity Office** I am working for, has already allocated an amount of **US$ 5000** and sent it to you by cheque No. 00092033 dated 12/04/1999. Please acknowledge receipt by fax. A copy of the said cheque is enclosed herewith.

*May Allah bless you.*

*Wassalam.*

*Your brother in Islam,*

( Abdullah bin Ibrahim Al-Misfer )

From : I.B.O.D    PHONE NO. : 714 894 4132    Dec. 08 2000 9:48AM P01

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0009623