# Exhibit 16

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank
<u>Pursuant to Rule 56.1</u>

In the name of Allah, the Gracious, the Merciful

[**Handwritten Text**: *India – File*]



SULAIMAN BIN ABDUL AZIZ AL RAJHI CHARITABLE FOUNDATION

Date: 27/07/1422 AH                                                                                    No. 321/A
Corresponding: 14/10/2001 AD

His Excellency Brother Dr. Manei bin Hammad Al Juhani, may Allah bless him
        Secretary General of the World Assembly of Muslim Youth
                May the peace, mercy, and blessings of Allah be upon you.

        We ask Allah the almighty that you are doing really well.

        We are pleased to enclose herewith Check No. 4337, dated 23/07/1422 AH (10/10/2001 AD), in
an amount of 131,250 Saudi Riyals (Only One Hundred Thirty-One Thousand And Two Hundred Fifty
Saudi Riyals). This represents a donation from the Sulaiman Bin Abdul Aziz Al Rajhi Charitable
Foundation to the Islamic Research Foundation in India according to the address below:

        Thank you. Your efforts and cooperation are appreciated.
        May Allah use you and us as tools for goodness. May Allah lead you and us to what Allah likes.
        May the peace, mercy, and blessings of Allah be upon you.

[**Handwritten Text**: *600*]

                                                General Supervisor
                                                Abdel Rahman bin Abdullah Al Rajhi
                                                [*Handwritten Signature*]

Address:
DR. ZAKIR ABUL KARIM NAIK (PRESIDENT)
ISLAMIC RESEARCH FOUNDATION
56/58 TANDEL STREET (NORTH)
DONGRI MUMBAI 400 009
TEL: 0091-22-3736875   FAX: 0091-22-3730689
Email: zakir@irf.net        http://www.irf.net

Research/Osama

Kingdom of Saudi Arabia – License No. 10          P.O. Box 25759 Riyadh 11476
Tel. 4920033    Fax: 4910242    Email: offfice@srajhiwakfs.org

                                                                                    WAMYSA 102829



**مؤسسة سليمان بن عبدالعزيز الراجحي الخيرية**
SULAIMAN BIN ABDUL AZIZ AL RAJHI CHARITABLE FOUNDATION

الرقم: ١/٣٢١

التاريــخ : ١٤٢٢/٧/٢٧هـ
الموافــق : ٢٠٠١/١٠/١٤م

سعادة الأخ الكريم الدكتور/ مانـع بن حماد الجهنــي      ـ حفظه الله
الأمين العام للندوة العالمية للشباب الإسلامي

السلام عليكم ورحمة الله وبركاتـــه ،،،

نسأل الله سبحانه وتعالى أن تكونوا في أ تم صحة وعافية ونعمة منه دائمة ،،وبعد

يســرنا أن نـرفق لكم الشيك رقم ٤٣٣٧ بتاريخ ١٤٢٢/٧/٢٣هـ بمبلغ وقــدره ١٣١,٢٥٠ ريــال ســعودي ( فقط مائة واحد ثلاثون ألف ومائتان وخمسون ريـال سعودي لا غير) والذي يمثل تبرعاً من مؤسسة سليمان الراجحي الخيريــة لصـالح مؤسسة البحوث الإسلامية في الهنــد . حسب العنوان أدناه .

شاكرين لكم ومقدرين جهودكم وتعاونكم .

جعلنا الله وإياكم مفاتيح للخير ومغاليق للشر ، ووفقنا وإياكم لما يحبه ويرضاه .
والسلام عليكم ورحمة الله وبركاتـــه ،،،

المشرف العام

عبد الرحمن بن عبد الله الراجحي

العنوان :ـ

DR.ZAKIR ABUL KARIM NAIK (PRESIDENT)
ISLAMIC RESEARCH FOUNDATION
56/58 TANDEL SREET (NORTH)
DONGRI MUMBAI 400 009
TEL: 0091-22-3736875   FAX: 0091-22-3730689
E-mail: zakir@irf.net  -  http://www.irf.net

بحوث/اسامه

srajhiwakfs.org البريد الإلكتروني   ٤٩١٠٢٤٢ فاكس: ٤٩٢٠٠٣٣ هاتف: ١١٤٧١ الرياض ٢٥٧٥٩ ص.ب (١٠) تصريح رقم ـ المملكة العربية السعودية
m of Saudi Arabia — License No. 10   P.O. Box 25759, Riyadh 11476   Tel: 4920033   Fax: 4910242   Email: office@srajhiwakfs.org
WAMYSA102829



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20220209_ADN

**Language**: Arabic

**Document title**: WAMYSA 102829

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli _____

**Qualifications**: BA in Translation and Interpretation Studies, 16 years of experience, certified in Medical Terminology
_____

**Signed**: *Farah Alshekhli* _____     **Date**: Feb 14, 2022 _____