# Exhibit 17

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank Pursuant to Rule 56.1

In the name of Allah, the Gracious, the Merciful



SULAIMAN BIN ABDUL AZIZ AL RAJHI CHARITABLE FOUNDATION

No. 115/D/23
Date: 06/04/1423 AH
Corresponding: June 17, 2002 AD

His Excellency Brother Dr. Manei bin Hammad Al Juhani, may Allah bless him
Secretary General of the World Assembly of Muslim Youth and Member of the Shura Council
May the peace, mercy, and blessings of Allah be upon you.
We ask Allah the almighty that you are doing really well.
This is with reference to your letter No. 8323, dated 11/14/1422 AH (Jan 28th, 2002 AD), including your request to contribute paying the costs of the Sharia courses organized by the Committee in some countries during the summer of 1423 AH (2003 AD), about which a report is enclosed herewith. Please be advised that after reviewing the enclosed report and having briefed the committee concerned on the issue, the Committee decided to assign an amount of 130,000 Saudi Riyals to the following programs:

| No. | Program Name | Location | Assigned Amount |
|---|---|---|---|
| 1 | Sharia Course + Da'wah Camp | Brazil | 50,000 Saudi Riyals |
| 2 | Sharia Course + Da'wah Camp | Canada | |
| 3 | Camp | The Czech Republic | 50,000 Saudi Riyals |
| 4 | Camp + Course | Poland | |
| 5 | Youth Camp | Poland | |
| 6 | Sharia Course | Malawi – Ivory Coast | 30,000 Saudi Riyals |
| Total | | | 130,000 Saudi Riyals |

Also, please find enclosed herewith check No. 007213, dated 04/04/1423 AH (06/15/2002 AD), under the Committee's name with the mentioned amount. Please find enclosed herewith the courses' forms. Please notify us of receipt and provide us with a detailed report on how the amount is being spent. It is important to document the course's events by using photos and videos. May Allah bless your efforts and assist you.
May the peace, mercy, and blessings of Allah be upon you.
[*Handwritten Signature*]
06/04/1423 AH (June 17, 2002 AD)

        Your brother
        Secretary General
        [*Handwritten Signature*]
        Abdulrahman Bin Abdullah Alrajhi

Abdel Ilah
Kingdom of Saudi Arabia – License No. 10   P.O. Box 25759, Riyadh 11476
Tel. 4920033  Fax: 4910242  Email: office@srajhiwakfs.org
  CONFIDENTIAL                    WAMYSA 502115



بسم الله الرحمن الرحيم

**مؤسسة سليمان بن عبدالعزيز الراجحي الخيرية**
SULAIMAN BIN ABDUL AZIZ AL RAJHI CHARITABLE FOUNDATION

الرقم : ١١٥/د/٢٢
التاريخ : ١٤٢٣/٤/٦هـ
الموافق : ٢٠٠٢/٦/١٧

سعادة الأخ الفاضل / د. مانع بن حماد الجهني    حفظه الله
**الأمين العام للندوة العالمية للشباب الإسلامي وعضو مجلس الشورى**

السلام عليكم ورحمة الله وبركاته وبعد

نسأل الله سبحانه وتعالى أن تكونوا بخير حال وصحة وعافية دائمة

إشارة إلى خطابكم رقم ( ٨٣٢٣ ) وتاريخ ١٤٢٢/١١/١٤هـ والمتضمن طلبكم المساهمة في تكاليف الدورات الشرعية التي تنظمها اللجنة في عدد من الدول في صيف عام ١٤٢٣هـ والمرفق معه تقريرا عنها. نفيدكم بأنه وبعد الإطلاع على التقرير المرفق وعرض الموضوع على اللجنة المختصة رأت اللجنة تخصيص مبلغ وقدره ( ١٣٠,٠٠٠ ريال ) لصالح البرامج التالي بيانها

| م | اسم البرنامج | مكانه | المبلغ المعتمد |
|---|---|---|---|
| ١ | دورة شرعية + مخيم دعوي | البرازيل | ٥٠,٠٠٠ ريال |
| ٢ | دورة شرعية + مخيم دعوي | كندا | |
| ٣ | مخيم | التشيك | ٥٠,٠٠٠ ريال |
| ٤ | مخيم + دورة | بولندا | |
| ٥ | مخيم للشباب | بولندا | |
| ٦ | دورة شرعية | ملاوي، ساحل العاج | ٣٠,٠٠٠ ريال |
| | المجموع | | ١٣٠,٠٠٠ ريال |

كما تجدون برفقه شيك برقم ( ٠٠٧٢١٣ ) وتاريخ ١٤٢٣/٤/٤هـ باسم اللجنة بالمبلغ المذكور ونرفق لكم بطيه الاستمارات الخاصة بالدورات، نرجو من فضيلتكم إشعارنا بالاستلام وتزويدنا بتقرير مفصل عن كيفية صرف المبلغ، مع ضرورة التوثيق لفعاليات الدورة من خلال التصوير الفوتوغرافي والفيديو. سائلين الله أن يبارك في جهودكم وينفع بكم، والله يتولاكم برعايته.

والسلام عليكم ورحمة الله وبركاته

أخوكم
الأمين العام

عبد الرحمن بن عبد الله الراجحي

المملكة العربية السعودية — تصريح رقم (١٠) ص.ب ٢٥٧٥٩ الرياض ١١٤٧٦ هاتف: ٤٩٢٠٠٣٣ فاكس: ٤٩١٠٢٤٢ البريد الإلكتروني: office@srajhiwakfs.org
Kingdom of Saudi Arabia — License No. 10   P.O. Box 25759, Riyadh 11476   Tel: 4920033   Fax: 4910242   Email: office@srajhiwakfs.org

CONFIDENTIAL            WAMYSA502115



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20220209_ADN

**Language**: Arabic

**Document title**: WAMYSA 502115

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 16 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli*

**Date**: Feb 14, 2022