# Exhibit 18

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank Pursuant to Rule 56.1

# IIRO
## INT'L ISLAMIC RELIEF ORGANIZATION
### In Saudi Arabia
#### Tanzania Office

هيئة الاغاثة الإسلامية العالمية

بالمملكة العربية السعودية

مكتب تنزانيا

الموضوع

REF. NO. 7742/S.O./15

DATE 30/5/1995

Al Rajhi Exhibit
ARB 63
9/28/23 Carrie Campbell, RDR

Chief of Protocol,
Ministry of foreign Affairs,
<u>Dar es Salaam</u>.

Dear Sir,

RE: <u>V.I.P. FACILITIES AT D.I.A. 3 / 6 / 1995</u>

The Director General of International Islamic Relief Organization has dispatched a six men delegation to Tanzania for an official visit. The team will include: Dr. AHMAD TOTONJI ( Prof. PETROLEUM UNIVERSITY ) Sheikh SALEH AL-HOSAYEN ( EX. Minister ) Sheikh ABDULRAHMAN AL-RAJHI ( Businessman ), Sheikh SALEH AL-HABDAN ( Imam of Al-Rajhi mosque ), ABDALLAH AL-MISFER ( Rep. Madina University ) and Dr. ABDALLAH AL-MOAYYAD ( Businessman and Ex-MWL Director).

They will arrive from Lusaka by TC 763 at 15.15 hours.

Your cooperation is highly appreciated.

Yours sincerely,



HASSAN A. H. MNJEJA
<u>ASST. DIRECTOR</u>

ADDRESS : P.O.Box (70450) DAR ES SALAAM - TANZANIA Tel. 0025551(37281) - 0025551(36694), Fax. 0025551(37290)

IIRO 315040