# Exhibit 20

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank <u>Pursuant to Rule 56.1</u>

PEC-BARZ011521

## COMMONWEALTH OF VIRGINIA - STATE CORPORATION COMMISSION

'84 ANNUAL REPORT

CHARTER NUMBER: 244665-6

DO NOT MAKE ANY CHANGES IN THIS BOX. READ CHECK LIST.

DR. HISHAM ALTALIB
SAAR FOUNDATION, INC., THE
12015 LEESBURG PIKE
HERNDON, VA. 22070

READ THE INSTRUCTIONS ON THE BACK OF THIS FORM BEFORE FILLING OUT.
PLEASE TYPE OR PRINT IN BLACK INK.

4. STATE OF INCORPORATION: Virginia

5. CITY OR COUNTY (IN VIRGINIA) WHERE REGISTERED OFFICE IS LOCATED: FAIRFAX COUNTY

### 2. PRINCIPAL OFFICERS

| NAME | TITLE | COMPLETE RESIDENCE ADDRESS WITH STREET NO. OR RFD |
|---|---|---|
| Dr. Ahmad Totonji | President | 12015 Leesburg Pike, Herndon, VA 22070 |
| Dr. Jamal Barzinji | Secretary | 1518 Park Glen Ct., Reston, VA 22090 |
| Dr. Hisham Altalib | Treasurer | 1514 Farsta Ct., Reston, VA 22090 |
| Dr. Yaqub Mirza | Vice President | 1640 Valencia Way, Reston, VA 22090 |

### 3. DIRECTORS

| NAME | COMPLETE RESIDENCE ADDRESS WITH STREET NO. OR RFD |
|---|---|
| Mr. Sulayman Al Abdul Aziz | 12015 Leesburg Pike, Herndon, VA 22070 |
| Dr. Abdullah Al Zayid | 12015 Leesburg Pike, Herndon, VA 22070 |
| Dr. Abdul Hamid Abu Sulayman | 12015 Leesburg Pike, Herndon, VA 22070 |
| Mr. Abdullah Al Sulaiman | 12015 Leesburg Pike, Herndon, VA 22070 |
| Dr. Jamal Barzinji | 1518 Park Glen Ct., Reston, VA 22090 |
| Dr. Hisham Altalib | 1514 Farsta Ct., Reston, VA 22090 |
| Mr. Saleh Sulaiman | Apt. 920 Benson Apts. East, Jenkintown, PA 19046 |
| Dr. Ismail Faruqi | 323 Bent Road, Wyncote, PA 19095 |
| Dr. Ahmad Totonji | 12015 Leesburg Pike, Herndon, VA 22070 |

THIS 28 DAY OF FEBRUARY, 19 84
SIGNATURE: H. Altalib
TREASURER