# Exhibit 22

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank
<u>Pursuant to Rule 56.1</u>

## 2000 ANNUAL REPORT
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

20039 1483
06-06-2000

① **CORPORATION NAME:**
SAAR FOUNDATION, INC., THE

② **REGISTERED AGENT NAME AND ADDRESS:** PRES.
M YAQUB MIRZA
555 GROVE STREET SUITE 110
HERNDON, VA 20170-4705

③ **CITY OR COUNTY OF VA REGISTERED OFFICE:**
129-FAIRFAX COUNTY

④ **STATE OR COUNTRY OF INCORPORATION:**
VA-VIRGINIA

DUE DATE: 07/31/2000
CORPORATION ID: 0244665-6

⑤ **STOCK INFORMATION:**

| CLASS | AUTHORIZED |
|---|---|
|  |  |

Carefully read the attached instruction sheet and type or print with black ink only. If Block ⑥ is blank, you must add the principal office address. If block ⑦ is blank, you must add the officer and/or director information.

⑥ **PRINCIPAL OFFICE ADDRESS**

NO CHANGE ☐   REMOVE ENTIRE ADDRESS [X]   MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY

ADDRESS: 555 GROVE ST STE 110
CITY/ST/ZIP: HERNDON, VA 20170-4705

ADDRESS:
CITY/ST/ZIP:

⑦ **PRINCIPAL OFFICERS AND DIRECTORS**

NO CHANGE ☐   REMOVE ENTIRE NAME/ADDRESS [X]   MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY

OFFICER [X]   DIRECTOR [X]
NAME: M YAQUB MIRZA
TITLE: P/CEO/TRUSTEE
ADDRESS: 11922 SAFA COURT
CITY/ST/ZIP: HERNDON, VA 20170

OFFICER ☐   DIRECTOR ☐
NAME:
TITLE:
ADDRESS:
CITY/ST/ZIP:

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE.

_____  M. YAQUB MIRZA       06/02/2000
SIGNATURE              PRINTED NAME         DATE

MUST BE SIGNED BY AN OFFICER OR DIRECTOR LISTED IN THIS REPORT.
B7929

2/3

PEC-BARZ013117

## 2000 ANNUAL REPORT CONTINUED

CORPORATE ID: 0244665-6

| NO CHANGE [X]   REMOVE ENTIRE NAME/ADDRESS [ ] | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER [X]   DIRECTOR [X] | OFFICER [ ]   DIRECTOR [ ] |
| NAME: CHERIF SEDKY | NAME: |
| TITLE: S/TRUSTEE | TITLE: |
| ADDRESS: 555 GROVE STREET | ADDRESS: |
| CITY/ST/ZIP: HERNDON, VA 20170-4705 | CITY/ST/ZIP: |

| NO CHANGE [X]   REMOVE ENTIRE NAME/ADDRESS [ ] | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER [X]   DIRECTOR [X] | OFFICER [ ]   DIRECTOR [ ] |
| NAME: MOHAMMAD JAGHLIT | NAME: |
| TITLE: T/D | TITLE: |
| ADDRESS: 11921 SAFA CT | ADDRESS: |
| CITY/ST/ZIP: HERNDON, VA 22070 | CITY/ST/ZIP: |

| NO CHANGE [ ]   REMOVE ENTIRE NAME/ADDRESS [ ] | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER [ ]   DIRECTOR [ ] | OFFICER [ ]   DIRECTOR [ ] |
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |

| NO CHANGE [ ]   REMOVE ENTIRE NAME/ADDRESS [ ] | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER [ ]   DIRECTOR [ ] | OFFICER [ ]   DIRECTOR [ ] |
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |

3/3

C7929

PEC-BARZ013118

**1999 ANNUAL REPORT** 9948 1354
COMMONWEALTH OF VIRGINIA 07-06-1999
STATE CORPORATION COMMISSION

| 1 | CORPORATION NAME: |
|---|---|
|   | SAAR FOUNDATION, INC., THE |

| 2 | REGISTERED AGENT NAME AND ADDRESS:  PRES. |
|---|---|
|   | M YAQUB MIRZA<br>555 GROVE STREET SUITE 110<br>HERNDON, VA 20170-4705 |

| 3 | CITY OR COUNTY OF VA REGISTERED OFFICE: |
|---|---|
|   | 129-FAIRFAX COUNTY |

| 4 | STATE OR COUNTRY OF INCORPORATION: |
|---|---|
|   | VA-VIRGINIA |

DUE DATE: 08/02/1999
CORPORATION ID: 0244665-6

| 5 STOCK INFORMATION: | |
|---|---|
| CLASS | AUTHORIZED |
|   |   |

IF THIS IS THE CORPORATION'S FIRST YEAR FOR FILING AN ANNUAL REPORT, PLEASE FILL IN BLOCKS 6 AND 7. PLEASE READ THE INSTRUCTION SHEET **CAREFULLY** AND TYPE OR PRINT WITH **BLACK INK ONLY**. THIS REPORT MUST BE SIGNED BY AN OFFICER OR DIRECTOR LISTED IN THIS REPORT.

**6  PRINCIPAL OFFICE ADDRESS**

| NO CHANGE [ ]  [X] REMOVE ENTIRE ADDRESS [ ] | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| ADDRESS: 555 GROVE ST STE 110 | ADDRESS: |
| CITY/ST/ZIP: HERNDON, VA 20170-4705 | CITY/ST/ZIP: |

**7  PRINCIPAL OFFICERS AND DIRECTORS**

| NO CHANGE [ ]  [X] REMOVE ENTIRE NAME/ADDRESS [ ] | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER [X]  DIRECTOR [X] | OFFICER [ ]  DIRECTOR [ ] |
| NAME: M YAQUB MIRZA | NAME: |
| TITLE: P/CEO/TRUSTEE | TITLE: |
| ADDRESS: 11922 SAFA COURT | ADDRESS: |
| CITY/ST/ZIP: HERNDON, VA 20170 | CITY/ST/ZIP: |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE.

_____  PRESIDENT/CEO      6/25/99
SIGNATURE                  PRINTED TITLE       DATE

PLEASE SIGN AND DATE THIS REPORT (EVEN IF THERE ARE NO CHANGES TO THE INFORMATION ON FILE).  2/3

B7563

PEC-BARZ013119

## 1999 ANNUAL REPORT CONTINUED

CORPORATE ID: 0244665-6

| | |
|---|---|
| NO CHANGE [X]   REMOVE ENTIRE NAME/ADDRESS [ ] | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
| OFFICER [X]   DIRECTOR [X] | OFFICER [ ]   DIRECTOR [ ] |
| NAME: CHERIF SEDKY | NAME: |
| TITLE: S/TRUSTEE | TITLE: |
| ADDRESS: 555 GROVE STREET | ADDRESS: |
| CITY/ST/ZIP: HERNDON, VA 20170-4705 | CITY/ST/ZIP: |

| | |
|---|---|
| NO CHANGE [X]   REMOVE ENTIRE NAME/ADDRESS [ ] | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
| OFFICER [X]   DIRECTOR [X] | OFFICER [ ]   DIRECTOR [ ] |
| NAME: MOHAMMAD JAGHLIT | NAME: |
| TITLE: T/D | TITLE: |
| ADDRESS: 11921 SAFA CT | ADDRESS: |
| CITY/ST/ZIP: HERNDON, VA 22070 | CITY/ST/ZIP: |

| | |
|---|---|
| NO CHANGE [ ]   REMOVE ENTIRE NAME/ADDRESS [ ] | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
| OFFICER [ ]   DIRECTOR [ ] | OFFICER [ ]   DIRECTOR [ ] |
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |

| | |
|---|---|
| NO CHANGE [ ]   REMOVE ENTIRE NAME/ADDRESS [ ] | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
| OFFICER [ ]   DIRECTOR [ ] | OFFICER [ ]   DIRECTOR [ ] |
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |

3/3

C7563

PEC-BARZ013120

9810 2483
06-11-1998

# 1998 ANNUAL REPORT
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

**[1] CORPORATION NAME:**
SAAR FOUNDATION, INC., THE

**[2] REGISTERED AGENT NAME AND ADDRESS:** PRES.
M YAQUB MIRZA
555 GROVE STREET SUITE 110
HERNDON, VA 20170-4705

**[3] CITY OR COUNTY OF VA REGISTERED OFFICE:**
129 - FAIRFAX COUNTY

**[4] STATE OR COUNTRY OF INCORPORATION:**
VA - VIRGINIA

DUE DATE: 07/31/1998
CORPORATION ID: 0244665-6

**[5] STOCK INFORMATION:**

| CLASS | AUTHORIZED |
|---|---|
|  |  |

IF THIS IS THE CORPORATION'S FIRST YEAR FOR FILING AN ANNUAL REPORT, PLEASE FILL IN BLOCKS 6 AND 7. PLEASE READ THE INSTRUCTION SHEET **CAREFULLY** AND TYPE OR PRINT WITH **BLACK INK ONLY**. THIS REPORT MUST BE SIGNED BY AN OFFICER OR DIRECTOR LISTED IN THIS REPORT.

## [6] PRINCIPAL OFFICE ADDRESS

| NO CHANGE [X]    REMOVE ENTIRE ADDRESS [ ] | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| ADDRESS: 555 GROVE ST STE 110 | ADDRESS: |
| CITY/ST/ZIP: HERNDON, VA 20170-4705 | CITY/ST/ZIP: |

## [7] PRINCIPAL OFFICERS AND DIRECTORS

| NO CHANGE [X]   REMOVE ENTIRE NAME/ADDRESS [ ] | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER [X]   DIRECTOR [X] | OFFICER [ ]   DIRECTOR [ ] |
| NAME: M YAQUB MIRZA | NAME: |
| TITLE: P/CEO/TRUSTEE | TITLE: |
| ADDRESS: 11922 SAFA COURT | ADDRESS: |
| CITY/ST/ZIP: HERNDON, VA 20170 | CITY/ST/ZIP: |

B001N0000228

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE.

_____       PRESIDENT/CEO       6/5/98
SIGNATURE                       PRINTED TITLE         DATE

PLEASE SIGN AND DATE THIS REPORT (EVEN IF THERE ARE NO CHANGES TO THE INFORMATION ON FILE).

PEC-BARZ013121

## 1998 ANNUAL REPORT CONTINUED

**CORPORATE ID:** 0244665-6

| NO CHANGE [X]  REMOVE ENTIRE NAME/ADDRESS [ ] | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER [X]   DIRECTOR [X]<br>NAME: CHERIF SEDKY<br>TITLE: S/TRUSTEE<br>ADDRESS: 555 GROVE STREET<br>CITY/ST/ZIP: HERNDON, VA 20170-4705 | OFFICER [ ]   DIRECTOR [ ]<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

| NO CHANGE [X]  REMOVE ENTIRE NAME/ADDRESS [ ] | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER [X]   DIRECTOR [X]<br>NAME: MOHAMMAD JAGHLIT<br>TITLE: T/D<br>ADDRESS: 11921 SAFA CT<br>CITY/ST/ZIP: HERNDON, VA 22070 | OFFICER [ ]   DIRECTOR [ ]<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

| NO CHANGE [ ]  REMOVE ENTIRE NAME/ADDRESS [ ] | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER [ ]   DIRECTOR [ ]<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER [ ]   DIRECTOR [ ]<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

| NO CHANGE [ ]  REMOVE ENTIRE NAME/ADDRESS [ ] | MAKE ADDITIONS/CHANGES IN RIGHT COLUMN ONLY |
|---|---|
| OFFICER [ ]   DIRECTOR [ ]<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER [ ]   DIRECTOR [ ]<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

B001N0000228

PEC-BARZ013122

# 1997 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

**CORPORATION ID:** 0244665-6

**1. CORPORATION NAME:**
SAAR FOUNDATION, INC., THE

**2. REGISTERED AGENT:** DIR.
DR. HISHAM ALTALIB
555 GROVE ST STE 200
HERNDON VA 20170-4705

**3. CITY OR COUNTY OF VA REGISTERED OFFICE:**
129 - FAIRFAX COUNTY

**4. STATE OR COUNTRY OF INCORPORATION:**
VA - VIRGINIA

**5. STOCK INFORMATION:**

| CLASS | AUTHORIZED |
|---|---|
|  |  |

**6. ADDRESS OF CORPORATION'S PRINCIPAL OFFICE:**
THE SAAR FOUNDATION INC
555 GROVE ST STE 200
HERNDON, VA 22070

PLEASE READ THE INSTRUCTION SHEET CAREFULLY AND TYPE OR PRINT WITH BLACK INK ONLY. THIS REPORT MUST BE SIGNED BY AN OFFICER OR DIRECTOR.

**7. ADD / CHANGES TO PRINCIPAL OFFICE ADDRESS:**

STREET: 555 GROVE STREET
SUITE 110
CITY: HERNDON    STATE: VA
CORP PHONE #: 703 471 6466
ZIP: 20170 - 4705

**8. PRINCIPAL OFFICER OR DIRECTOR:**

M YAQUB MIRZA
CEO/S
11922 SAFA COURT
HERNDON, VA 22070

NO CHANGE [ ]  CHANGE [X]  REMOVE ENTIRE NAME/ADDRESS [ ]
Officer [X]  Director [X]

**CHANGES TO PRINCIPAL OFFICER OR DIRECTOR NAME/ADDRESS:**

FIRST NAME: M.
MIDDLE NAME: YAQUB
LAST NAME: MIRZA
TITLE: PRESIDENT/CEO/TRUSTEE
STREET: 11922 SAFA COURT
CITY: HERNDON    STATE: VA
ZIP: 20170

OFFICER [X]  DIRECTOR [X]

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE AND THAT NONE OF IT IS FALSE IN ANY MATERIAL RESPECT.

SIGNATURE: [signature]
PRINTED TITLE: PRESIDENT
DATE: 3/17/97

B002N0087099

PEC-BARZ013123

CONTINUATION SHEET

# 1997 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

9711566 00001

**CORPORATION NAME:**
SAAR FOUNDATION, INC., THE

**CORPORATION ID:** 0244665-6

[X] **PRINCIPAL OFFICERS AND DIRECTORS:**

MOHAMMAD JAGHLIT
T/D
11921 SAFA CT
HERNDON, VA 22070

NO CHANGE [X]   CHANGE [ ]   REMOVE ENTIRE NAME/ADDRESS [ ]

Officer X    Director X

**CHANGES TO PRINCIPAL OFFICER OR DIRECTOR NAME/ADDRESS:**

| Field | Value |
|---|---|
| FIRST NAME | |
| MIDDLE NAME | |
| LAST NAME | |
| TITLE | |
| STREET | |
| CITY | |
| STATE | |
| ZIP | |

OFFICER [ ]   DIRECTOR [ ]

---

CHERIF SEDKY
DIRECTOR
555 GROVE STREET
HERNDON, VA 22070-4705

NO CHANGE [ ]   CHANGE [X]   REMOVE ENTIRE NAME/ADDRESS [ ]

Officer    Director X

**CHANGES TO PRINCIPAL OFFICER OR DIRECTOR NAME/ADDRESS:**

| Field | Value |
|---|---|
| FIRST NAME | CHERIF |
| MIDDLE NAME | |
| LAST NAME | SEDKY |
| TITLE | SECRETARY/TRUSTEE |
| STREET | 555 CROVE STREET |
| CITY | HERNDON |
| STATE | VA |
| ZIP | 20170 - 4705 |

OFFICER X   DIRECTOR X

B002N0087099

PEC-BARZ013124

1996 ANNUAL REPORT
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

3-25-96

**1. CORPORATION NAME:**
SAAR FOUNDATION, INC., THE

PAGE 1 OF 3    0115717
CORPORATION ID: 0244665-6

**2. REGISTERED AGENT:** DIR.
DR. HISHAM ALTALIB
555 GROVE STREET, SUITE 200
HERNDON, VA 22070-4705

**3. STATE OR COUNTRY OF INCORPORATION:**
VA - VIRGINIA

**4. CITY OR COUNTY OF VA REGISTERED OFFICE**
129 - FAIRFAX COUNTY

USE THE ENCLOSED FORM 635/834 FOR CHANGES TO REGISTERED AGENT.

**STOCK INFORMATION**

| CLASS | AUTHORIZED |
|---|---|
|  |  |
|  |  |

**5. ADDRESS OF CORPORATION'S PRINCIPAL OFFICE:**
THE SAAR FOUNDATION INC
555 GROVE ST STE 200
HERNDON, VA 22070

PLEASE READ THE INSTRUCTIONS ON THE BACK CAREFULLY AND TYPE OR PRINT WITH BLACK INK ONLY. THIS REPORT MUST BE SIGNED BY AN OFFICER OR DIRECTOR.

**6. ADD / CHANGES TO PRINCIPAL OFFICE ADDRESS:**

**7. PRINCIPAL OFFICER OR DIRECTOR**

M YAQUB MIRZA
CEO/S
11922 SAFA COURT
HERNDON, VA 22070

X     Officer X    Director X

CHANGES TO PRINCIPAL OFFICER OR DIRECTOR NAME/ADDRESS:

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE AND THAT NONE OF IT IS FALSE IN ANY MATERIAL RESPECT.

SIGNATURE: _[signed]_    PRINTED TITLE: CEO/SEC    PRINTED NAME: M. YAQUB MIRZA    DATE: 3/22/96

PEC-BARZ013125

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

CORPORATION NAME:
SAAR FOUNDATION, INC., THE

PAGE 2 OF 3        0115717
CORPORATION ID: 0244665-6

[7] PRINCIPAL OFFICERS AND DIRECTORS

HISHAM ALTALIB
T/AS
11926 SAFA COURT                    Officer  X    Director  X
HERNDON, VA 22070

CHANGES TO PRINCIPAL OFFICER OR DIRECTOR NAME/ADDRESS:

X

JAMAL BARZINJI
CHAIRMAN
11919 SAFA COURT                    Officer  X    Director  X
HERNDON, VA 22070

CHANGES TO PRINCIPAL OFFICER OR DIRECTOR NAME/ADDRESS:

X

PEC-BARZ013126

**1996 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

PAGE 3 OF 3     0115717
CORPORATION ID: 0244665-6

CORPORATION NAME:
SAAR FOUNDATION, INC., THE

**7 PRINCIPAL OFFICERS AND DIRECTORS**

MOHAMMAD JAGHLIT
DIRECTOR
11921 SAFA COURT
HERNDON, VA 22070

Officer     Director  X

CHANGES TO PRINCIPAL OFFICER OR DIRECTOR NAME/ADDRESS:

M O H A M M A D

J A G H L I T

T R E A S U R E R / D I R E C T O R         X         X

1 1 9 2 1   S A F A   C O U R T

H E R N D O N                                           V A

                                          2 2 0 7 0

Officer     Director

CHANGES TO PRINCIPAL OFFICER OR DIRECTOR NAME/ADDRESS:

C H E R I F

S E D K Y

D I R E C T O R                                         X

5 5 5   G R O V E   S T R E E T

H E R N D O N                                           V A

                                       2 2 0 7 0   4 7 0 5

PEC-BARZ013127