# Exhibit 25

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank
<u>Pursuant to Rule 56.1</u>

# 1994 ANNUAL REPORT

## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

CORPORATION ID: 0244665-6
PAGE 1 OF 2

[1] CORPORATION NAME:
SAAR FOUNDATION, INC., THE

[2] REGISTERED AGENT: DIR
DR. HISHAM ALTALIB
555 GROVE STREET, SUITE 200
HERNDON, VA 22070

[3] STATE OR COUNTRY OF INCORPORATION:
VIRGINIA

[4] CITY OR COUNTY (IN VIRGINIA)
OF THE REGISTERED OFFICE:
FAIRFAX COUNTY

[5] STOCK INFORMATION
CLASS | AUTHORIZED


Al Rajhi Exhibit
ARB 57
9/28/23 Carrie Campbell, RDR

USE THE AREA BELOW TO WRITE CORRECTIONS
PLEASE TYPE OR PRINT IN BLACK INK

INSTRUCTIONS FOR FILLING OUT THE ANNUAL REPORT ARE ON THE REVERSE SIDE OF THIS FORM.

[6] ADDRESS OF THE CORPORATION'S PRINCIPAL OFFICE
THE SAAR FOUNDATION INC
555 GROVE ST STE 200
HERNDON, VA 22070

[6] ADDRESS OF THE CORPORATION'S PRINCIPAL OFFICE

[7] PRINCIPAL OFFICERS AND DIRECTORS | DELETE | OFFICER | DIRECTOR

| # | NAME | TITLE | ADDRESS | CITY-ST-ZIP | DELETE | OFFICER | DIRECTOR |
|---|------|-------|---------|-------------|--------|---------|----------|
| 1 | AHMED M TOTONJI | PRESIDENT | 12015 LEESBURG PK | HERNDON VA 22070 | X | X | X |
| 2 | M Y MIRZA | VICE PRESIDENT | 11922 SAFA CT | HERNDON VA 22070 | X | X |  |
| 3 | JAMAL BARZINJI | SECRETARY | 11919 SAFA CT | HERNDON VA 22070 | X | X | X |
| 4 | HISHAM ALTALIB | TREASURER | 11926 SAFA CT | HERNDON VA 22070 | X | X | X |
| 5 | ABDULHAMID ABUSULAYMAN | DIRECTOR | 1101 SAFA ST | HERNDON VA 22070 | X |  | X |
| 6 | SALIM AL-ABDULAZIZ | DIRECTOR | 555 GROVE ST | HERNDON VA 22070 | X |  | X |

[7] PRINCIPAL OFFICERS AND DIRECTORS — CHANGES/ADDITIONS

| # | NAME | TITLE | ADDRESS | CITY-ST-ZIP |
|---|------|-------|---------|-------------|
| 1 | JAMAL BARZINJI | CHAIRMAN/DIRECTOR | 11919 SAFA COURT | HERNDON, VA 22070 |
| 2 | AHMED M. TOTONJI | PRESIDENT/DIRECTOR | 12015 LEESBURG PIKE | HERNDON, VA 22070 |
| 3 | ABDULHAMID ABUSULAYMAN | DIRECTOR | 1101 SAFA COURT | HERNDON, VA 22070 |
| 4 | HISHAM ALTALIB | TREASURER/ASST. SECRETARY/DIRECTOR | 11926 SAFA COURT | HERNDON, VA 22070 |
| 5 | M. YAQUB MIRZA | VICE PRESIDENT/SECRETARY/DIRECTOR | 11922 SAFA COURT | HERNDON, VA 22070 |
| 6 | MOHAMMAD JAGHLIT | DIRECTOR | 11921 SAFA COURT | HERNDON, VA 22070 |

RECEIVED MAR 1994
State Corporation Commission
Va

I CERTIFY THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE AND THAT NONE OF IT IS FALSE IN ANY MATERIAL RESPECT.

_____ TITLE SECRETARY   DATE MARCH 16, 1994   PRINTED NAME _____

MUST BE SIGNED BY AN OFFICER OR DIRECTOR LISTED ON THIS FORM.

# ANNUAL REPORT
## CONTINUATION
### COMMONWEALTH OF VIRGINIA
### STATE CORPORATION COMMISSION

CORPORATION ID: 0244665-6

CORPORATION NAME: SAAR FOUNDATION, INC., THE

PAGE 2 OF 2

| | PRINCIPAL OFFICERS AND DIRECTORS | DELETE | OFFICER | DIRECTOR | [7] | PRINCIPAL OFFICERS AND DIRECTORS | CHANGES/ADDITIONS | OFFICER | DIRECTOR |
|---|---|---|---|---|---|---|---|---|---|
| NAME 7. | ABDULLAH S AL-ABDULAZIZ | X | ☐ | X | NAME 7. | | | ☐ | ☐ |
| TITLE | DIRECTOR | | | | TITLE | | | | |
| ADDRESS | 11919 SAFA COURT | | | | ADDRESS | | | | |
| CITY-ST-ZIP | HERNDON VA 22070 | | | | CITY-ST-ZIP | | | | |
| NAME 8. | SALIH HUSSYYIN | X | ☐ | X | NAME 8. | | | ☐ | ☐ |
| TITLE | DIRECTOR | | | | TITLE | | | | |
| ADDRESS | 12015 LEESBURG PIKE | | | | ADDRESS | | | | |
| CITY-ST-ZIP | HERNDON VA 22070 | | | | CITY-ST-ZIP | | | | |
| NAME 9. | ABDULLA ZAYID | X | ☐ | X | NAME 9. | | | ☐ | ☐ |
| TITLE | DIRECTOR | | | | TITLE | | | | |
| ADDRESS | 555 GROVE ST | | | | ADDRESS | | | | |
| CITY-ST-ZIP | HERNDON VA 22070 | | | | CITY-ST-ZIP | | | | |
| NAME | | ☐ | ☐ | ☐ | NAME | | | ☐ | ☐ |
| TITLE | | | | | TITLE | | | | |
| ADDRESS | | | | | ADDRESS | | | | |
| CITY-ST-ZIP | | | | | CITY-ST-ZIP | | | | |
| NAME | | ☐ | ☐ | ☐ | NAME | | | ☐ | ☐ |
| TITLE | | | | | TITLE | | | | |
| ADDRESS | | | | | ADDRESS | | | | |
| CITY-ST-ZIP | | | | | CITY-ST-ZIP | | | | |
| NAME | | ☐ | ☐ | ☐ | NAME | | | ☐ | ☐ |
| TITLE | | | | | TITLE | | | | |
| ADDRESS | | | | | ADDRESS | | | | |
| CITY-ST-ZIP | | | | | CITY-ST-ZIP | | | | |
| NAME | | ☐ | ☐ | ☐ | NAME | | | ☐ | ☐ |
| TITLE | | | | | TITLE | | | | |
| ADDRESS | | | | | ADDRESS | | | | |
| CITY-ST-ZIP | | | | | CITY-ST-ZIP | | | | |
| NAME | | ☐ | ☐ | ☐ | NAME | | | ☐ | ☐ |
| TITLE | | | | | TITLE | | | | |
| ADDRESS | | | | | ADDRESS | | | | |
| CITY-ST-ZIP | | | | | CITY-ST-ZIP | | | | |
| NAME | | ☐ | ☐ | ☐ | NAME | | | ☐ | ☐ |
| TITLE | | | | | TITLE | | | | |
| ADDRESS | | | | | ADDRESS | | | | |
| CITY-ST-ZIP | | | | | CITY-ST-ZIP | | | | |

# ANNUAL REPORT

CORPORATE ID: 0214665-5
REPORT DATE: 1993

DO NOT WRITE IN SHADED AREAS. INSTRUCTIONS ON BACK OF THIS FORM.

**1. CORPORATE NAME:** SAAR FOUNDATION, INC., THE

**2. STATE OR COUNTRY OF INCORPORATION:** VIRGINIA

**3. REGISTERED AGENT:**
DR. HISHAM ALTALIB
555 GROVE STREET, SUITE 200
HERNDON VA 22070-4705
DIRECT

**4. CITY OR COUNTY:** FAIRFAX COUNTY

IF REGISTERED AGENT OR OFFICE ADDRESS HAS CHANGED, PLEASE CHECK THIS BOX. APPROPRIATE FORM WILL BE SENT

INSTRUCTIONS FOR FILLING OUT THE ANNUAL REPORT ARE ON THE REVERSE SIDE OF THIS FORM.

## ↓ CHANGES/ADDITIONS ↓

USE THE AREA BELOW TO WRITE CORRECTIONS. PLEASE TYPE OR PRINT USING BLACK INK.

**5. STOCK INFORMATION**

| CLASS | AUTHORIZED | CLASS | AUTHORIZED |
|---|---|---|---|
|  |  |  |  |

**6. ADDRESS OF THE CORPORATION'S PRINCIPAL OFFICE**
THE SAAR FOUNDATION INC
555 GROVE ST STE 200
HERNDON, VA 22070

**6. ADDRESS OF THE CORPORATION'S PRINCIPAL OFFICE**

**7. PRINCIPAL OFFICERS AND DIRECTORS**

| # | NAME | TITLE | ADDRESS | CITY-ST-ZIP | DELETE | OFFICER | DIRECTOR |
|---|---|---|---|---|---|---|---|
| 1 | AHMED M TOTONJI | PRESIDENT | 12015 LEESBURG PK | HERNDON VA 22070 | ☐ | ☒ | ☒ |
| 2 | M Y MIRZA | VICE PRESIDENT | 11922 SAFA CT | HERNDON VA 22070 | ☐ | ☒ | ☐ |
| 3 | JAMAL BARZINJI | SECRETARY | 11919 SAFA CT | HERNDON VA 22070 | ☐ | ☒ | ☒ |
| 4 | HISHAM ALTALIB | TREASURER | 11926 SAFA CT | HERNDON VA 22070 | ☐ | ☒ | ☒ |
| 5 | ABDULHAMID ABUSULAYMAN | DIRECTOR | 1101 SAFA ST | HERNDON VA 22070 | ☐ | ☐ | ☒ |
| 6 | SALEH AL-ABDULAZIZ | DIRECTOR | 555 GROVE ST | HERNDON VA 22070 | ☐ | ☐ | ☒ |

APR 1993 RECEIVED State Corporation Commission Va.

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE AND THAT NONE OF IT IS FALSE IN ANY MATERIAL RESPECT.

SIGNED: [signature] M. Y. Mirza   TITLE: VICE PRESIDENT   DATE: FEBRUARY 5, 1993   PRINTED NAME: M. Y. MIRZA

MUST BE SIGNED BY ANY OFFICER OR DIRECTOR LISTED ON THIS FORM.

COMMONWEALTH OF VIRGINIA – STATE CORPORATION COMMISSION

CORPORATE ID: 0244505-6
REPORT DATE: 1993

ANNUAL REPORT – CONTINUATION

## PRINCIPAL OFFICERS AND DIRECTORS

| # | NAME | TITLE | ADDRESS | CITY-ST-ZIP | DELETE | OFFICER | DIRECTOR |
|---|---|---|---|---|---|---|---|
| 7 | ABDULLAH S AL-ABDULAZIZ | DIRECTOR | 11919 SAFA COURT | HERNDON VA 22070 | | | X |
| 8 | SULAYMAN A AL-SALIH | DIRECTOR | 11919 SAFA COURT | HERNDON VA 22070 | X | | X |
| 9 | SALIH HUSSYYIN | DIRECTOR | 1201? LEESBURG PIKE | HERNDON VA 22070 | | | X |
| 10 | ABDULLA ZAYID | DIRECTOR | 555 GROVE ST | HERNDON VA 22070 | | | X |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |

# ANNUAL REPORT 1992

**CORPORATE ID:** 0244665-6
**REPORT DATE:** 1992

**CORPORATE NAME:** SAAR FOUNDATION, INC., THE

**STATE OR COUNTRY OF INCORPORATION:** VIRGINIA

**REGISTERED AGENT:**
DR. HISHAM ALTALIB
555 GROVE STREET, SUITE 200
HERNDON, VA 22070

DIRECT

**CITY OR COUNTY (IN VIRGINIA) OF THE REGISTERED OFFICE:** FAIRFAX COUNTY

INSTRUCTIONS FOR FILLING OUT THE ANNUAL REPORT ARE ON THE REVERSE SIDE OF THIS FORM.

## CHANGES/ADDITIONS

USE THE AREA BELOW TO WRITE CORRECTIONS. PLEASE TYPE OR PRINT USING BLACK INK.

### 5. STOCK INFORMATION

| CLASS | AUTHORIZED | CLASS | AUTHORIZED |
|---|---|---|---|
| | | | |

### 6. ADDRESS OF THE CORPORATION'S PRINCIPAL OFFICE

THE SAAR FOUNDATION INC
555 GROVE ST STE 200
HERNDON, VA 22070

### 7. PRINCIPAL OFFICERS AND DIRECTORS

| # | NAME | TITLE | ADDRESS | CITY-ST-ZIP | DELETE | OFFICER | DIRECTOR |
|---|---|---|---|---|---|---|---|
| 1 | AHMED M TOTONJI | PRESIDENT | 12015 LEESBURG PK | HERNDON VA 22070 | | X | X |
| 2 | M Y MIRZA | VICE PRESIDENT | 11922 SAFA CT | HERNDON VA 22070 | | X | |
| 3 | JAMAL BARZINJI | SECRETARY | 11919 SAFA CT | HERNDON VA 22070 | | X | X |
| 4 | HISHAM ALTALIB | TREASURER | 11926 SAFA CT | HERNDON VA 22070 | | X | X |
| 5 | ABDULHAMID ABUSULAYMAN | DIRECTOR | 1101 SAFA ST | HERNDON VA 22070 | | | X |
| 6 | SALIH AL-ABDULAZIZ | DIRECTOR | 555 GROVE ST | HERNDON VA 22070 | | | X |

*RECEIVED MAR 1992 — State Corporation Commission*

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE AND THAT NONE OF IT IS FALSE IN ANY MATERIAL RESPECT.

SIGNED: [signature]
TITLE: VICE PRESIDENT
DATE: 3/24/92
PRINTED NAME: M. YAQUB MIRZA

**COMMONWEALTH OF VIRGINIA – STATE CORPORATION COMMISSION**    0 9 2 2 3  4 7 7 9

CORPORATE ID. 0244665-6
REPORT DATE  1992      2/2 ANNUAL REPORT – CONTINUATION

| 7 PRINCIPAL OFFICERS AND DIRECTORS | | DELETE | OFFICER | DIRECTOR | 7 PRINCIPAL OFFICERS AND DIRECTORS | | CHANGES/ADDITIONS | OFFICER | DIRECTOR |
|---|---|---|---|---|---|---|---|---|---|
| NAME 7 | ABDULLAH S AL-ABDULAZIZ | | | | NAME 7. | | | | |
| TITLE | DIRECTOR | [ ] | [ ] | [X] | TITLE | | | [ ] | [ ] |
| ADDRESS | 11919 SAFA COURT | | | | ADDRESS | | | | |
| CITY-ST-ZIP | HERNDON VA 22070 | | | | CITY-ST-ZIP | | | | |
| NAME 8 | SULAYMAN A AL-SALIH | | | | NAME 8. | | | | |
| TITLE | DIRECTOR | [ ] | [ ] | [X] | TITLE | | | [ ] | [ ] |
| ADDRESS | 11919 SAFA COURT | | | | ADDRESS | | | | |
| CITY-ST-ZIP | HERNDON VA 22070 | | | | CITY-ST-ZIP | | | | |
| NAME 9 | SALIH HUSSYYIN | | | | NAME 9. | | | | |
| TITLE | DIRECTOR | [ ] | [ ] | [X] | TITLE | | | [ ] | [ ] |
| ADDRESS | 12015 LEESBURG PIKE | | | | ADDRESS | | | | |
| CITY-ST-ZIP | HERNDON VA 22070 | | | | CITY-ST-ZIP | | | | |
| NAME 10 | ABDULLA ZAYID | | | | NAME 10. | | | | |
| TITLE | DIRECTOR | [ ] | [ ] | [X] | TITLE | | | [ ] | [ ] |
| ADDRESS | 555 GROVE ST | | | | ADDRESS | | | | |
| CITY-ST-ZIP | HERNDON VA 22070 | | | | CITY-ST-ZIP | | | | |
| NAME 11. | | [ ] | [ ] | [ ] | NAME 11. | | | [ ] | [ ] |
| NAME 12. | | [ ] | [ ] | [ ] | NAME 12. | | | [ ] | [ ] |
| NAME 13. | | [ ] | [ ] | [ ] | NAME 13. | | | [ ] | [ ] |
| NAME 14. | | [ ] | [ ] | [ ] | NAME 14. | | | [ ] | [ ] |
| NAME 15. | | [ ] | [ ] | [ ] | NAME 15. | | | [ ] | [ ] |
| NAME 16. | | [ ] | [ ] | [ ] | NAME 16. | | | [ ] | [ ] |
| NAME 17. | | [ ] | [ ] | [ ] | NAME 17. | | | [ ] | [ ] |

# COMMONWEALTH OF VIRGINIA — STATE CORPORATION COMMISSION

## ANNUAL REPORT

REPORT DATE: 1991

**CORPORATE NAME:** SAAR FOUNDATION, INC., THE

**STATE OR COUNTRY OF INCORPORATION:** VIRGINIA

**REGISTERED AGENT:**
DR. HISHAM ALTALIB
555 GROVE STREET, SUITE 200
HERNDON, VA 22070

**CITY OR COUNTY (IN VIRGINIA):** FAIRFAX COUNTY

DIRECT

### ADDRESS OF THE CORPORATION'S PRINCIPAL OFFICE
THE SAAR FOUNDATION INC
555 GROVE ST STE 200
HERNDON, VA 22070

### PRINCIPAL OFFICERS AND DIRECTORS

| # | NAME | TITLE | ADDRESS | CITY-ST-ZIP | OFFICER | DIRECTOR |
|---|------|-------|---------|-------------|---------|----------|
| 1 | AHMED M TOTONJI | PRESIDENT | 12015 LEESBURG PK | HERNDON VA 22070 | X | X |
| 2 | M Y MIRZA | VICE PRESIDENT | 11922 SAFA CT | HERNDON VA 22070 | X | |
| 3 | JAMAL BARZINJI | SECRETARY | 11919 SAFA CT | HERNDON VA 22070 | X | X |
| 4 | HISHAM ALTALIB | TREASURER | 11926 SAFA CT | HERNDON VA 22070 | X | X |
| 5 | CHERIF ABDULLAHIAN | DIRECTOR | 1101 SAFA ST | HERNDON VA 22070 | | X |
| 6 | ... AL-ABDULAZIZ | DIRECTOR | ... | HERNDON VA 22070 | | X |

RECEIVED MAR 1991 State Corporation Commission

INFORMATION CONTAINED IN THIS REPORT IS ACCURATE AND THAT NONE OF IT IS FALSE IN ANY MATERIAL RESPECT.

TITLE: Vice President    DATE: 3/21/91    PRINTED NAME: M. Yaqub Mirza

STATE CORPORATION COMMISSION

ANNUAL REPORT — CONTINUATION

| # | PRINCIPAL OFFICERS AND DIRECTORS | OFFICER | DIRECTOR | # | PRINCIPAL OFFICERS AND DIRECTORS |
|---|---|---|---|---|---|
| 7 | NAME: ABDULLA ZAYED<br>TITLE: Director<br>ADDRESS: [illegible] ST<br>CITY-ST-ZIP: Herndon VA 22070 | ☐ | ☒ | 7 | NAME:<br>TITLE:<br>ADDRESS:<br>CITY-ST-ZIP: |
| 8 | NAME:<br>TITLE:<br>ADDRESS:<br>CITY-ST-ZIP: | ☐ | ☐ | 8 | NAME: Sulayman A. Al-Salih<br>TITLE: Director<br>ADDRESS: P.O. Box 28<br>CITY-ST-ZIP: Riyadh, Saudi Arabia |
| 9 | NAME:<br>TITLE:<br>ADDRESS:<br>CITY-ST-ZIP: | ☐ | ☐ | 9 | NAME: Abdullah S. Al-AbdulAziz<br>TITLE: Director<br>ADDRESS: 11919 Safa Court<br>CITY-ST-ZIP: Herndon, VA 22070 |
| 10 | NAME:<br>TITLE:<br>ADDRESS:<br>CITY-ST-ZIP: | ☐ | ☐ | 10 | NAME: Salih Hussyyin<br>TITLE: Director<br>ADDRESS: 12015 Leesburg Pike<br>CITY-ST-ZIP: Herndon, VA 22070 |
| 11 | NAME:<br>TITLE:<br>ADDRESS:<br>CITY-ST-ZIP: | ☐ | ☐ | 11 | NAME:<br>TITLE:<br>ADDRESS:<br>CITY-ST-ZIP: |
| 12 | NAME:<br>TITLE:<br>ADDRESS:<br>CITY-ST-ZIP: | ☐ | ☐ | 12 | NAME:<br>TITLE:<br>ADDRESS:<br>CITY-ST-ZIP: |
| 13 | NAME:<br>TITLE:<br>ADDRESS:<br>CITY-ST-ZIP: | ☐ | ☐ | 13 | NAME:<br>TITLE:<br>ADDRESS:<br>CITY-ST-ZIP: |
| 14 | NAME:<br>TITLE:<br>ADDRESS:<br>CITY-ST-ZIP: | ☐ | ☐ | 14 | NAME:<br>TITLE:<br>ADDRESS:<br>CITY-ST-ZIP: |
| 15 | NAME:<br>TITLE:<br>ADDRESS:<br>CITY-ST-ZIP: | ☐ | ☐ | 15 | NAME:<br>TITLE:<br>ADDRESS:<br>CITY-ST-ZIP: |
| 16 | NAME:<br>TITLE:<br>ADDRESS:<br>CITY-ST-ZIP: | ☐ | ☐ | 16 | NAME:<br>TITLE:<br>ADDRESS:<br>CITY-ST-ZIP: |
| 17 | NAME:<br>TITLE: | ☐ | ☐ | 17 | NAME:<br>TITLE:<br>ADDRESS:<br>CITY-ST-ZIP: |