# Exhibit 29

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank
<u>Pursuant to Rule 56.1</u>



**Abdullah Sulaiman Al Rajhi**
**From:** Abdullah Sulaiman Al Rajhi
**Sent:** 29 November, 1999 09:46 ص
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:**

Dear ▓▓▓▓▓▓▓▓▓▓

Assiamu Alaykum,

On your fax machine you are going to receive a letter dated October 18, 99 duly signed by Sh. Sulaiman along with a three-page list of the grants (in Arabic).

Regards,
BUSHRA AHMED

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0015578

October 18, 1999

███████████

Humana Charitable Trust
555 Grove Street, Suite 110
Herndon, VA 20170 (U.S.A.)

Assalamu Alaikum

During my visit in July 1998 I had explained to you and Dr. M. Jaghlit that a committee has been set up to receive requests from various charities located throughout the world and then to review, investigate and decide if a charitable contribution will be made.

As we discussed and agreed during your visit in December 1998 that Humana Charitable Trust will join in and pay part of these contributions. Attached is the list of grants made and paid by me to various entities sent for reimbursement for your part of the contribution.

Should you need additional information on any of the recipients, let me know.

Yours

Sulaiman A. Al-Saleh

*[signature]*

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0015043

29 NOV 1999    9:49    NO. 578    P.3

**FOREIGN AND DOMESTIC AID FOR THE YEAR 1419 – 1420 AH (1998 – 1999 AD)**

| Amount | | Check No. | Check Date and Cashing | Beneficiary |
|---|---|---|---|---|
| Hillah | Riyal | | | |
| 45 | 35069 | Transfer | August 13, 1998 AD | Dar al Hijra Association, the Philippines |
| | 23175 | 2381303752560296 | January 11, 1999 AD | African Muslims Committee, Kuwait |
| 50 | 99997 | 23813058752560296 | January 13, 1999 AD | African Muslims Committee, Kuwait |
| | 2000 | 23813228 | February 07, 1999 AD | Agricultural Institute, Dar Al Falah, Indonesia |
| | 3750 | 23813227 | February 07, 1999 AD | Noor Al Falah Institute, Indonesia |
| | 56250 | 81121 | February 07, 1999 AD | Arab Muslim Youth Association – United States, Indianapolis |
| | 11250 | 23813231 | February 07, 1999 AD | Islamic Union Association, Indonesia |
| 25 | 100000 | 23813223 | February 07, 1999 AD | Islamic Guidance Association, Indonesia |
| 25 | 100000 | 23813224 | February 07, 1999 AD | Al Mohamadiyah Association in Indonesia |
| | 7500 | 23813222 | February 07, 1999 AD | Islamic Reform Institute, Indonesia |
| | 7500 | 23813232 | February 07, 1999 AD | Institute of Modern Islamic Education, Indonesia |
| | 18750 | 23813229 | February 07, 1999 AD | Islamic Guidance Institute, Indonesia |
| | 7500 | 23813230 | February 07, 1999 AD | Al Madani for Dawah and Islamic Studies, Indonesia |
| | 37500 | 81109 | February 07, 1999 AD | Islamic Education Center – Denver, United States |
| | 30040 | 81108 | February 07, 1999 AD | Islamic Integration Association, Chicago |
| | 30000 | 81111 | February 07, 1999 AD | Islamic Center, Portland |
| | 18750 | 81115 | February 07, 1999 AD | Islamic Center, Southern Florida |
| | 30000 | 23813233 | February 07, 1999 AD | Islamic Guidance Institute, Indonesia |
| | 22500 | 81113 | February 07, 1999 AD | Islamic Society of Brevard County |
| | 11250 | 81114 | February 07, 1999 AD | Granada Islamic School, Santa Clara |
| | 93750 | 81120 | February 07, 1999 AD | Islamic Community of North America |
| | 30000 | 81118 | February 07, 1999 AD | Islamic Center of Passaic County |
| | 37500 | 81117 | February 07, 1999 AD | Ebad Al Rahman Association in America |
| | 37500 | 423361 | February 07, 1999 AD | SR of Muslim Youth |
| | 18750 | 81112 | February 07, 1999 AD | Al Tawakul Foundation, Colombia |
| | 30000 | 81122 | February 08, 1999 AD | Islamic Cultural Center, Newark |
| | 93750 | Transfer | February 16, 1999 AD | Dawah Office in America Khaled Ibrahim al Suwailem |
| 20 | 50000 | Transfer | February 15, 1999 AD | Al Noor Mosque, Berlin, Germany |
| 50 | 39997 | 92002 | February 21, 1999 AD | Manderia Islamic Center, Kenya |
| | 60000 | 92004 | February 22, 1999 AD | International Islamic Wisdom Association, the Philippines |
| 01 | 25000 | 92005 | February 22, 1999 AD | Lahore Islamic University |
| 35 | 40053 | 92006 | February 22, 1999 AD | Center for the memorization of the Quran and the Salafi Dawah, India |
| 25 | 25001 | 92007 | February 22, 1999 AD | Abu Bakr Islamic University, Pakistan |
| 25 | 100001 | 92008 | February 22, 1999 AD | American Open University in America |
| 01 | 10000 | 23813391 | February 21, 1999 AD | Dar Al Uloom School, Lepongbar and Gala, Thailand |
| 25 | 10001 | 23813410 | February 22, 1999 AD | Hamidi Islamic Institute, Thailand |
| 27 | 1354087 | | | |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0015044

29 NOV 1999     9:50                              NO. 578                     P.4

**FOREIGN AND DOMESTIC AID FOR THE YEAR 1419 – 1420 AH (1998 – 1999 AD) (2)**

| Amount | | Check No. | Check Date and Cashing | Beneficiary |
|---|---|---|---|---|
| Hillah | Riyal | | | |
| 25 | 10001 | 23813411 | February 22, 1999 AD | Religious Reform School, Thailand |
| 25 | 100001 | 23813412 | February 22, 1999 AD | Supreme Council of Indonesia |
| 32 | 100040 | 23813414 | February 22, 1999 AD | Islamic Education Association, Bahrain |
| 01 | 39999 | 419468 | February 22, 1999 AD | Al Hijrah Schools, Britain |
| 40 | 64998 | 419469 | February 22, 1999 AD | Secretariat of Islamic schools, Britain |
| | 15000 | 92038 | April 22, 1999 AD | Islamic School, New York |
| | 22620 | Transfer | April 20, 1999 AD | Saudi Embassy in Zambia |
| | 18750 | 92033 | April 12, 1999 AD | Islamic Dawah in American Universities |
| | 18750 | 92080 | July 07, 1999 AD | Dawah office in America |
| | 45000 | 29160 | July 12, 1999 AD | Kosovo caravan |
| 75 | 64998 | Transfer by telex $17333 | July 31, 1999 AD | Al Haramain Foundation, Indonesia |
| 50 | 40387 | Transfer by telex $10770 | August 02, 1999 AD | Al Safwa Foundation, Indonesia |
| | 37500 | Check 1827 | September 11, 1999 AD | Al Hilal Academy, United States |
| | 187500 | Check 1842 | September 09, 1999 AD | Victims of floods in Dongola, the Sudan |
| | 187500 | Banking check 92169 | September 22, 1999 AD | The American Open University |
| | 25000 | Check 1846 | September 22, 1999 AD | Religious Attaché Office in the Sudan |
| | 54000 | Check 1858 | September 22, 1999 AD | Tents for flood victims in Dongola, the Sudan |
| | 49500 | | September 29, 1999 AD | Dar Al Hijrah Association in the Philippines |
| | 100000 | Check 1872 | October 05, 1999 AD | The Supreme Council for Dawah in Indonesia |
| | 12000 | Check 2758 | October 11, 1999 AD | Umm Al Qura Institute, Vietnam and Cambodia |
| | 18260 | Check 2778 | | Al Safwa Foundation Indonesia |
| | 15750 | Check 1892 | | Pakistan's orphans |
| | 250000 | 1301 | January 06, 1999 AD | Islamic Forum |
| | 18750 | 1303 | January 10, 1999 AD | University of Dar es salaam, India |
| | 100000 | 1321 | January 31, 1999 AD | His Highness Prince Salman – Mecca Hospital, Pakistan |
| | 100000 | 1331 | February 10, 1999 AD | Endowment Association in the Philippines |
| | 60000 | 1332 | February 08, 1999 AD | Dar Al Hijrah in the Philippines |
| | 60000 | 1333 | February 03, 1999 AD | Research Center in the Philippines |
| | 70000 | 1345 | January 14, 1999 AD | Foundation for the Science of Sunnah and Committee for Teaching the Quran, Indonesia 7/9 M 4 |
| | 125000 | 1346 | February 08, 1999 AD | Educational System and Da'wah Organization in Ethiopia, M4 14 |
| | 10000 | 1361 | February 08, 1999 AD | Ibn Al Qasim Islamic Center Pakistan M4 18 |
| | 100000 | 1373 | January 24, 1999 AD | Ansar Al Sunnah Kassala, the Sudan M4 34 |
| | 320000 | 1386 | January 28, 1999 AD | Dawah Association in Morocco M6 |
| | 37500 | 1401 | March 01, 1999 AD | Umm Al Qura Institute in Cambodia and Thailand M4 23/43 |
| | 50000 | 1403 | February 08, 1999 AD | Dawah Organization in the Sudan, M4 32 |
| | 334000 | 1405 | March 10, 1999 AD | Saudi School in Pakistan M4 21 |
| | 100000 | 1411 | March 09, 1999 AD | Taiba Charitable Foundation, America M4 28 |
| | 60000 | 1412 | March 08, 1999 AD | Al Ansar Center Tanzania M4 |
| | 15000 | 1413 | March 07, 1999 AD | Ibn Taymiyyah University, India |
| | 60000 | 1415 | March 20, 1999 AD | Schools and centers in Nigeria M3 |
| | 100000 | 1419 | February 18, 1999 AD | Ansar Al Sunnah in the Sudan M4 33 |
| 75 | 4551893 | | | |

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570, U.S. District Court
for the Southern District of New York.

NL 0015045

29 NOV 1999        9:51                               NO. 578                    P.5

**FOREIGN AND DOMESTIC AID FOR THE YEAR 1419 – 1420 AH (1998 – 1999 AD) (3)**

| Amount | | Check No. | Check Date and Cashing | Beneficiary |
|---|---|---|---|---|
| Hillah | Riyal | | | |
| | 105000 | 1442 | March 02, 1999 AD | Eritrea institutes M2 |
| | 25000 | 1447 | March 02, 1999 AD | Al Bukhari institute, Eritrea M2 |
| | 100000 | 1448 | March 02, 1999 AD | Al Safwa Association in Indonesia and Al Furqan institute M4 8/8 |
| | 75000 | 1469 | March 22, 1999 AD | Eritrea M2 |
| | 15000 | 1472 | March 17, 1999 AD | Religious institute Eritrea M2 |
| | 45000 | 1500 | March 22, 1999 AD | Eritrea Al Ihsan Charity Association |
| | 45000 | 1501 | March 18, 1999 AD | Eritrea Al Ihsan Charity Association |
| 60 | 5609848 | | | Offices of Dawah and communities |
| 14 | 3306426 | | | Religious universities and institutes |
| | 787500 | | | Students |
| | 300000 | | | Sheikh Abdel Aziz bin Baz, may Allah rest his soul in peace |
| | 7617149 | | | Quran memorization association for men |
| | 1537090 | | | Quran memorization association for women |
| | 1474200 | | | Marriage aid |
| | 609600 | | | Mosques administration |
| | 600000 | | | Committee for the Promotion of Virtue |
| | 400000 | | | Summer committees and centers |
| | 1713255 | | | Ministry of Islamic Affairs |
| | 2215000 | | | Mecca Association, Muslim World League |
| | 600000 | | | Al Haramain Foundation |
| | 338500 | | | World Assembly of Muslim Youth |
| | 1350000 | | | Alms association |
| | 3000000 | | | Charity depository in Medina |
| | 1550000 | | | Feeding the hajj people and hajj pamphlets |
| 49 | 40745462 | | | |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0015046

**Abdullah Sulaiman Al Rajhi**
**From:**     Abdullah Sulaiman Al Rajhi
**Sent:**     29 November, 1999 09:46 ص
**To:**       ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:**

Dear ▓▓▓▓▓▓▓▓▓▓

Asslamu Alaykum,

On your fax machine you are going to receive a letter dated October 18, 99 duly signed by Sh. Sulaiman along with a three-page list of the grants (in Arabic).

Regards,
BUSHRA AHMED

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0015578

October 18, 1999

███████████

Humana Charitable Trust
555 Grove Street, Suite 110
Herndon, VA 20170 (U.S.A.)

Assalamu Alaikum

    During my visit in July 1998 I had explained to you and Dr. M. Jaghlit that a committee has been set up to receive requests from various charities located throughout the world and then to review, investigate and decide if a charitable contribution will be made.

    As we discussed and agreed during your visit in December 1998 that Humana Charitable Trust will join in and pay part of these contributions. Attached is the list of grants made and paid by me to various entities sent for reimbursement for your part of the contribution.

    Should you need additional information on any of the recipients, let me know.

Yours

Sulaiman A. Al-Saleh

*[signature]*

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0015043

المساعدات الخارجية والداخلية - لعام ١٤١٩-١٤٢٠

| الملاحظات | الفرع المنصرف والصرف | رقم الشيك | المبلغ بريال | ت |
|---|---|---|---|---|
| مؤسسة دار الهجرة الفلبين | ٩٨/٨/١٣ | حوالة | ٣٥،٠٦٩ | ٤٥ |
| لجنة مسلمي أفريقيا - الكويت | ٩٩/١/١١ | ٢٣٨١٣،٣٧٥٢٥٦،٢٩٦ | ٢٣١٧٥ | |
| لجنة مسلمي أفريقيا / الكويت | ٩٩/١/١٣ | ٢٣٨١٣،٥٨٧٥٢٥٦،٢٩٦ | ٩٩٩٩٧ | ٥٠ |
| المعهد الزراعي دار الفلاح / اندونيسيا | ٩٩/٢/٧ | ٢٣٨١٣٢٢٨ | ٢٠٠٠ | |
| معهد نور الفلاح / اندونيسيا | ٩٩/٢/٧ | ٢٣٨١٣٢٢٧ | ٣٧٥٠ | |
| رابطة الشباب المسلم العربي / الولايات المتحدة - انديانابوليس | ٩٩/٢/٧ | ٨١١٢١ | ٥٦٢٥٠ | |
| جمعية الاتحاد الاسلامي / اندونيسيا | ٩٩/٢/٧ | ٢٣٨١٣٢٣١ | ١١٢٥٠ | |
| جمعية الارشاد الاسلامية / اندونيسيا | ٩٩/٢/٧ | ٢٣٨١٣٢٢٣ | ١٠٠٠٠٠ | ٢٥ |
| الجمعية المحمدية باندونيسيا | ٩٩/٢/٧ | ٢٣٨١٣٢٢٤ | ١٠٠٠٠٠ | ٢٥ |
| معهد الاصلاح الاسلامي / اندونيسيا | ٩٩/٢/٧ | ٢٣٨١٣٢٢٢ | ٧٥٠٠ | |
| مؤسسة التربية الاسلامية الحديثة / اندونيسيا | ٩٩/٢/٧ | ٢٣٨١٣٢٣٢ | ٧٥٠٠ | |
| مؤسسة الارشاد الاسلامية / اندونيسيا | ٩٩/٢/٧ | ٢٣٨١٣٢٢٩ | ١٨٧٥٠ | |
| المدني للدعوة والدراسات الاسلامية اندونيسيا | ٩٩/٢/٧ | ٢٣٨١٣٢٣٠ | ٧٥٠٠ | |
| مركز التعليم الاسلامي ـ دنفر - الولايات المتحدة | ٩٩/٢/٧ | ٨١١٠٩ | ٣٧٥٠٠ | |
| جمعية التكافل الاسلامية - شيكاغو | ٩٩/٢/٧ | ٨١١٠٨ | ٣٠٠٤٠ | |
| المركز الاسلامي - بورتلاند | ٩٩/٢/٧ | ٨١١١١ | ٣٠٠٠٠ | |
| المركز الاسلامي - جنوب فلوريدا | ٩٩/٢/٧ | ٨١١١٥ | ١٨٧٥٠ | |
| معهد الارشاد الاسلامي اندونيسيا | ٩٩/٢/٧ | ٢٣٨١٣٢٣٣ | ٣٠٠٠٠ | |
| الجمعية الاسلامية لمقاطعة بريغارد | ٩٩/٢/٧ | ٨١١١٣ | ٢٢٥٠٠ | |
| مدرسة غرناطة الاسلامية سنتاكلارا | ٩٩/٢/٧ | ٨١١١٤ | ١١٢٥٠ | |
| التجمع الاسلامي بامريكا الشمالية | ٩٩/٢/٧ | ٨١١٢٠ | ٩٣٧٥٠ | |
| المركز الاسلامي لمقاطعة باسيك | ٩٩/٢/٧ | ٨١١١٨ | ٣٠٠٠٠ | |
| جمعية عباد الرحمن بامريكا | ٩٩/٢/٧ | ٨١١١٧ | ٣٧٥٠٠ | |
| الندوة العالمية للشباب الاسلامي | ٩٩/٢/٧ | ٤٢٣٣٦١ | ٣٧٥٠٠ | |
| مؤسسة التوكل - كولمبيا | ٩٩/٢/٧ | ٨١١١٢ | ١٨٧٥٠ | |
| المركز الثقافي الاسلامي - نيوارك | ٩٩/٢/٨ | ٨١١٢٢ | ٣٠٠٠٠ | |
| مكتب الدعوة بامريكا / خالد ابراهيم السويلم | ٩٩/٢/١٦ | حوالة | ٩٣٧٥٠ | |
| مسجد النور / ايرلين الماتيا | ٩٩/٢/١٥ | حوالة | ٥٠٠٠٠ | ٢٠ |
| مركز منديرا الاسلامي - كينيا | ٩٩/٢/٢١ | ٩٢٠٠٢ | ٣٩٩٩٧ | ٥٠ |
| جمعية الحكمة الاسلامية العالمية الفلبين | ٩٩/٢/٢٢ | ٩٢٠٠٤ | ٦٠٠٠٠ | |
| جامعة لاهور الاسلامية | ٩٩/٢/٢٢ | ٩٢٠٠٥ | ٢٥٠٠٠ | ١٠ |
| مركز تحفيظ القرآن والدعوة السلفية / الهند | ٩٩/٢/٢٢ | ٩٢٠٠٦ | ٤٠٠٥٣ | ٣٥ |
| جامعة ابوبكر الاسلامية باكستان | ٩٩/٢/٢٢ | ٩٢٠٠٧ | ٢٥٠٠١ | ٢٥ |
| الجامعة الامريكية المفتوحة بامريكا | ٩٩/٢/٢٢ | ٩٢٠٠٨ | ١٠٠٠٠١ | ٢٥ |
| مدرسة دار العلوم ليبونجبارو جالا تايلند | ٩٩/٢/٢١ | ٢٣٨١٣٣٩١ | ١٠٠٠٠ | ١٠ |
| المعهد الحميدي الاسلامي تايلند | ٩٩/٢/٢٢ | ٢٣٨١٣٤١٠ | ١٠٠٠١ | ٢٥ |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0015044

المساعدات الخارجية والداخلية - لعام ١٤١٩-١٤٢٠هـ (٢)

| المستفيد | التاريخ البنك والصرف | رقم الشيك | المبلغ ف ريال | |
|---|---|---|---|---|
| المدرسة الإصلاحية الدينية تايلند | ٩٩/٢/٢٢ | ٢٣٨١٣٤١١ | ١٠٠٠١ | ٢٥ |
| المجلس الأعلى بإندونيسيا | ٩٩/٢/٢٢ | ٢٣٨١٣٤١٢ | ١٠٠٠١ | ٢٥ |
| جمعية التربية الإسلامية البحرين | ٩٩/٢/٢٢ | ٢٣٨١٣٤١٤ | ١٠٠٤٠ | ٣٢ |
| مدارس الهجرة بريطانيا | ٩٩/٢/٢٢ | ٤١٩٤٦٨ | ٣٩٩٩٩ | ٠١ |
| أمانة المدارس الإسلامية بريطانيا | ٩٩/٢/٢٢ | ٤١٩٤٦٩ | ٦٤٩٩٨ | ٤٠ |
| المدرسة الإسلامية نيويورك | ٩٩/٤/٢٢ | ٩٢٠٣٨ | ١٥٠٠٠ | |
| السفارة السعودية زامبيا | ٩٩/٤/٢٠ | حوالة | ٢٢٦٢٠ | |
| الدعوة الإسلامية بالجامعات الأمريكية | ٩٩/٤/٢٢ | ٩٢٠٣٣ | ١٨٧٥٠ | |
| مكتب الدعوة بأمريكا | ٩٩/٧/٧ | ٩٢٠٨٠ | ١٨٧٥٠ | |
| قافلة كوسوفا | ٩٩/٧/١٢ | ٢٩١٦٠ | ٤٠٠٠٠ | |
| مؤسسة الحرمين إندونيسيا | ٩٩/٧/٣١ | حوالة تلكسية/ $١٧٣٣٢ | ٦٤٩٩٨ | ٧٥ |
| مؤسسة الصفوة إندونيسيا | ٩٩/٨/٢ | حوالة تلكسية / $١٠٧٧٠ | ٤٠٣٨٧ | ٥٠ |
| أكاديمية الهلال الولايات المتحدة | ٩٩/٩/١١ | ش ١٨٢٧ | ٣٧٥٠٠ | |
| متضرري الفيضانات دنقلا - السودان | ٩٩/٩/٩ | ش ١٨٤٢ | ١٨٧٥٠٠ | |
| الجامعية الأمريكية المفتوحة | ٩٩/٩/٢٢ | ش مصرفي ٩٢١٦٩ | ١٨٧٥٠٠ | |
| مكتب الملحق الديني في السودان | ٩٩/٩/٢٢ | ش ١٨٤٦ | ٢٥٠٠٠ | |
| خيم لمتضرري الفيضانات دنقلا - السودان | ٩٩/٩/٢٢ | ش ١٨٥٨ | ٥٤٠٠٠ | |
| دار الهجرة في الفلبين | ٩٩/٩/٢٩ | | | ٤٩٥٠٠ |
| المجلس الأعلى للدعوة في إندونيسيا | ٩٩/١٠/٥ | ش ١٨٧٢ | ١٠٠٠٠ | |
| معهد أم القرى فيتنام وكمبوديا | ٩٩/١٠/١١ | ش ٢٧٥٨ | ١٢٠٠٠ | |
| مؤسسة الصفوة إندونيسيا | | ش ٢٧٧٨ | ١٨٢٦٠ | |
| أيتام باكستان | | ش ١٨٩٢ | ١٥٧٥٠ | |
| المنتدى الإسلامي | ٩٩/١/٦ | ١٣٠١ | ٢٥٠٠٠٠ | |
| جامعة دار السلام الهند | ٩٩/١/١٠ | ١٣٠٣ | ١٨٧٥٠ | |
| سمو الأمير سلمان - مستشفى مكة المكرمة باكستان | ٩٩/١/٣١ | ١٣٢١ | ١٠٠٠٠٠ | |
| جمعية الوقف في الفلبين | ٩٩/٢/١٠ | ١٣٣١ | ١٠٠٠٠٠ | |
| دار الهجرة في الفلبين | ٩٩/٢/٨ | ١٣٣٢ | ٦٠٠٠٠ | |
| مركز البحوث في الفلبين | ٩٩/٢/٣ | ١٣٣٣ | ٦٠٠٠٠ | |
| مؤسسة علم السنة ولجنة تعليم القرآن إندونيسيا ٩/٧م٤ | ٩٩/١/١٤ | ١٣٤٥ | ٧٠٠٠٠ | |
| الجهاز التعليمي ومنظمة الدعوة في إثيوبيا م ٤ ١٤ | ٩٩/٢/٨ | ١٣٤٦ | ١٢٥٠٠٠ | |
| مركز ابن القاسم الإسلامي باكستان م ٤ ١٨ | ٩٩/٢/٨ | ١٣٦١ | ١٠٠٠٠ | |
| أنصار السنة كسلا السودان م ٤ ٣٤ | ٩٩/١/٢٤ | ١٣٧٣ | ١٠٠٠٠٠ | |
| جمعية الدعوة بالمغرب م ١ | ٩٩/١/٢٨ | /١٣٨٦ | ٣٢٠٠٠٠ | |
| معهد أم القرى في كمبوديا وتايلاند م ٤ ٤٣/٢٣ | ٩٩/٣/١ | ١٤٠١ | ٣٧٥٠٠ | |
| منظمة الدعوة بالسودان م ٤ ٣٢ | ٩٩/٢/٨ | ١٤٠٣ | ٥٠٠٠٠ | |
| المدرسة السعودية في باكستان م ٤ ٢١ | ٩٩/٣/١٠ | ١٤٠٥ | ٣٣٤٠٠٠ | |
| مؤسسة طيبة الخيرية - أمريكا م ٤ ٢٨ | ٩٩/٤/٩ | ١٤١١ | ١٠٠٠٠٠ | |
| مركز الأنصار تنزانيا م ٤ | ٩٩/٣/٨ | ١٤١٢ | ٦٠٠٠٠ | |
| جامعة ابن تيمية - الهند | ٩٩/٣/٧ | ١٤١٣ | ١٥٠٠٠ | |
| مدارس ومراكز في نيجيريا م ٣ | ٩٩/٣/٢٠ | ١٤١٥ | ٦٠٠٠٠ | |
| أنصار السنة بالسودان م ٤ ٣٣ | ٩٩/٢/١٨ | ١٤١٩ | ١٠٠٠٠٠ | |
| | | | ٤٥٥١٨٩٣ | ٧٥ |

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570, U.S. District Court
for the Southern District of New York.

NL 0015045

| الملاحظات | التاريخ الصرف | رقم الشيك | المبلغ بالريال | م |
|---|---|---|---|---|
| معاهد ارتيريا م٢ | ٩٩/٣/٢ | ١٤٤٢ | ١٠٥٠٠٠ | |
| معهد البخاري ارتيريا م٢ | ٩٩/٣/٢ | ١٤٤٧ | ٢٥٠٠٠ | |
| مؤسسة الصفوة اندونيسيا ومعهد الفرقان م٤ ٨/٨ | ٩٩/٣/٢ | ١٤٤٨ | ١٠٠٠٠٠ | |
| اريتريا م٢ | ٩٩/٣/٢٢ | ١٤٦٩ | ٧٥٠٠٠ | |
| المعهد الديني ارتيريا م٢ | ٩٩/٣/١٧ | ١٤٧٢ | ١٥٠٠٠ | |
| ارتيريا - جمعية الاحسان الخيرية | ٩٩/٣/٢٢ | ١٥٠٠ | ٤٥٠٠٠ | |
| ارتيريا - جمعية الاحسان الخيرية | ٩٩/٣/١٨ | ١٥٠١ | ٤٥٠٠٠ | |
| ارتيريا الجهاز التعليمي | ٩٩/٣/١٨ | ١٥٠٢ | ٤٥٠٠٠ | |
| مكاتب الدعوة والجاليات | | | ٥٦٠٩٨٤٨ | ٦٠ |
| جامعات ومعاهد علميه | | | ٣٣٠٦٤٢٦ | ١٤ |
| الطلبة | | | ٧٨٧٥٠٠ | |
| الشيخ عبدالعزيز بن باز رحمه الله | | | ٣٠٠٠٠٠٠ | |
| دور تحفيظ القرآن الرجال | | | ٧٦١٧١٤٩ | |
| دور تحفيظ القرآن النساء | | | ١٥٣٧٠٩٠ | |
| مساعدات الزواج | | | ١٤٧٤٢٠٠ | |
| ادارة المساجد | | | ٦٠٩٦٠٠ | |
| هيئات الامر بالمعروف | | | ٦٠٠٠٠٠ | |
| لجان ومراكز صيفية | | | ٤٠٠٠٠٠ | |
| وزارة الشئون الاسلامية | | | ١٧١٣٢٥٥ | |
| مؤسسة مكة / رابطة العالم الاسلامي | | | ٢٢١٥٠٠٠ | |
| مؤسسة الحرمين | | | ٦٠٠٠٠٠ | |
| الندوة العالمية للشباب | | | ٣٣٨٥٠٠ | |
| جمعيات البر | | | ١٣٥٠٠٠٠ | |
| المستودع الخيري في المدينة المنورة | | | ٣٠٠٠٠٠٠ | |
| تغذية الحجاج ومطويات الحج | | | ١٠٠٠٠٠ | |
| | | | ٤٠٧٤٥٤٣٢ | ٤٩ |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0015046



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20220309BBG

**Language:** Arabic

**Documents:**
NL0015578
NL0015043-15046

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator:** Farah Alshekhli

**Qualifications:** BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Signed:** *Farah Alshekhli*     **Date:** 03/03/2023