# Exhibit 30

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank <u>Pursuant to Rule 56.1</u>

**From:**
**To:** Abdullah Sulaiman Al Rajhi <abdullah_sulaiman@alrajhibank.com.sa>
**Sent:** Tuesday, October 26, 1999 11:33 AM
**Subject:** Anchor

Dear Abu Sultan, Assalamu Alaikum

It was nice to talk to you this morning. Thank you for your advice.
As discussed,

1. <u>By November 10</u>

    We will have $6.3 m. Since my fax of October 4, we have received quarterly interest of $81,281 from poultry and may get half yearly dividends from Anchor around $225,000.

2. <u>By December 31, 1999</u>

    If we could agree on the Anchor valuation then I can work on it to conclude sale perhaps sooner than December 31, 1999.

    Also we will continue to work on others.

    As you could appreciate the fact we are now dealing with some of the hard to sell assets in Canada, Turkey, etc. Therefore, it is difficult to give more definite schedules.

    With best regards.

    P.S. I would appreciate if you could please send me the copy of the registration of charities with a request to Humana to assist.
    Thank you.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.
This document is not permitted to be provided to Rita Katz, her company, organization, associates, agents or employees pursuant to agreement of the parties.

NL 0020470