# Exhibit 31

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank
<u>Pursuant to Rule 56.1</u>

**From:** Abdullah Sulaiman Al Rajhi <abdullah_sulaiman@alrajhibank.com.sa>
**To:** ▮
**Sent:** Wednesday, November 03, 1999 7:53 AM
**Subject:** Re: Transfer

Dear ▮,

Assalamu Alaykum,

Mr. Abu Sultan suggests you kindly transfer $3.0 mln in hand and then wait for the rest.

Regards,
Bsurha

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York. This document is not permitted to be provided to Rita Katz, her company, organization, associates, agents or employees pursuant to agreement of the parties.

NL 0020452