# Exhibit 32

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank Pursuant to Rule 56.1

**From:** Abdullah Sulaiman Al Rajhi <abdullah_sulaiman@alrajhibank.com.sa>
**To:**
**Sent:** Thursday, November 04, 1999 4:36 AM
**Subject:** RE: Transfer

Dear ,

What is the value date of $2.8.

Regards,
Bushra

-----Original Message-----
From: [SMTP: ]
Sent: 03 November, 1999 11:01 ã
To: Abdullah Sulaiman Al Rajhi
Subject: Re: Transfer

To:   Mr. Bushra Ahmed
From:

Assalamu 'Alaikum

Thank you for your e-mail.

As you may recall I had mentioned to transfer $2.6 to $2.7 m. (not $3.0 m.).

As requested, however, I am transferring $2.8 m., i.e. $850,000 from Bank
Leu and $1,950,000 from BB&T, both from Humana Charitable Trust as contribution to the charity you are sending me the details.

With best regards.

Wassalam.

----- Original Message -----
From: Abdullah Sulaiman Al Rajhi <abdullah_sulaiman@alrajhibank.com.sa>
To:
Sent: Wednesday, November 03, 1999 7:53 AM
Subject: Re: Transfer

>

ONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York. This document is not permitted to be provided to Rita Katz, her company, organization, associates, agents or employees pursuant to agreement of the parties.

NL 0020453

\> Dear ███,
\>
\> Assalamu Alaykum,
\>
\> Mr. Abu Sultan suggests you kindly transfer $3.0 mln in hand and then wait
\> for the rest.
\>
\> Regards,
\> Bsurha
\>

ONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York. This document is not permitted to be provided to Rita Katz, her company, organization, associates, agents or employees pursuant to agreement of the parties.

NL 0020454