# Exhibit 33

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank <u>Pursuant to Rule 56.1</u>

**From:** ███████████████████
**To:** Abdullah Sulaiman Al Rajhi <abdullah_sulaiman@alrajhibank.com.sa>
**Sent:** Monday, November 22, 1999 7:03 PM
**Subject:** Mylex

To: Mr. Abdullah S. Al-Rajhi
From: ███████████

Dear Abu Sultan

Assalamu Alaikum

I am pleased to inform you that after lot of follow up we just received the funds from IBM. Humana Charitable Trust will transfer tomorrow $3.3 m. as advance for reimbursement for contributions made by your charity.
As discussed kindly send us the documentation.

Wassalam.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0015048