# Exhibit 34

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence
and/or Statement of Facts as to Defendant Al Rajhi Bank
<u>Pursuant to Rule 56.1</u>

**From:** ████████████
**To:** Abdullah Sulaiman Al Rajhi <asalrajhi@alrajhibank.com.sa>
**Sent:** Thursday, June 22, 2000 8:47 AM
**Subject:** IRS Audit

To:  Mr. Abdullah S. Al-Rajhi                    **URGENT**
From: ████████████

Assalamu Alaikum

We have received many more questions and requests from IRS to produce various documents.

They are starting field audit next week.

As discussed could you please send us supporting documents for disbursement made to Saudi institutions as soon as practicable.

Wassalam.

6/22/00

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570, U.S. District Court
for the Southern District of New York.

NL 0015551