# Exhibit 35

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank Pursuant to Rule 56.1

**To:**
**Sent:** Tuesday, October          AM
**Subject:** IRS Request
**Attn:** Mr. Bushra Ahmed

**To:** Mr. Abdullah S. Al Raihi
**From:**

Dear Abu Sultan,
Assalamu 'Alaikum

The IRS has come back asking the address and contact information for the following organizations whom Humana has given contributions. We went through the material sent to us from Riyadh but these are not there.

|    | Date | Check No |
|----|------|----------|
| 1. Islamic Studies Center, Denver, U.S.A. | 2/7/99 | 81109 |
| 2. Islamic Solidarity Assembly, Chicago, U.S.A. | 2/7/99 | 81108 |
| 3. Ebad Al Rahman Assembly in America | 2/7/99 | 81117 |
| 4. The Propagation Office in America (Khalid Ibrahim Swelim) | 2/16/99 | Transfer |
| 5. The Islamic School, New York | 4/22/99 | 92038 |
| 6. The Islamic Propagation in American Universities | 4/12/99 | 92033 |
| 7. Al Hilal Academy in U.S.A. | 9/11/99 | 1827 |

8. Universities and Science Institutes
   Please list the universities and science institutes to whom donations have been made.
9. World Assembly of Muslim Youth    Amount SR 338500

Kindly treat this as an urgent request. We have only a few days to respond.

Thank you and best regards.


**P.S.** Under Item 8 please list Universities and Science Institutes and their address.

10/31/00

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0015572