# Exhibit 36

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank <u>Pursuant to Rule 56.1</u>

URGENT
(resent)

# FAX

**To:** Mr. Abdullah S. Al-Rajhi
**From:** ▇▇▇▇▇▇▇
**Subject:** IRS Request
**Date:** November 9, 2000

Dear Abu Sultan,
Assalamu 'Alaikum

We need your help (as always). Copies of the checks we received before are the Arabic ones. We need the ones sent outside (in English) as well.

Kindly provide copies of the checks and pay orders for checks starting with suffix 2381xxxx, 811xx and 920xx, etc. as marked on the attached list (s).

Please expedite.

Thanks.

With best regards.

**Pages:** Total __4__ including this page.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0015573

LOCAL AND FOREIGN HELP DURING THE YEAR 1419-1420

| BENEFICIARY | CHECK DATE & PAYMENT | CHECK NO | AMOUNT SAUDI RIYAL | MOUNT IN USA DOLLARS |
|---|---|---|---|---|
| PHILIPPINE DAR ELHIGRA ESTABLISHMENT | 8/13/1998 | TRANSFER | 35069.45 | $9,376.86 |
| AFRICAN MUSLIM AGENCY, KUWAIT | 1/11/99 | 23813037525703000 | 23175.00 | $6,196.52 |
| AFRICAN MUSLIM AGENCY, KUWAIT | 1/13/99 | 23813058752560296 | 99997.50 | $26,737.30 |
| DAR ALFALAH AGRICULTURAL INSTITUTE, INDONESAI | 2/7/99 | 23813228 | 2000.00 | $534.76 |
| NOOR ALFALAH INSTITUTE, INDONESIA | 2/7/99 | 23813227 | 3750.00 | $1,002.67 |
| MUSLIM ARAB YOUTH, ASSOCIATE INDIANA POLIS, USA | 2/7/99 | 81121 | 56250.00 | $15,040.11 |
| ISLAMIC UNION ASSEMBLY, INDONESIA | 2/7/99 | 23813231 | 11250.00 | $3,008.02 |
| ISLAMIC ASSEMBLY GUIDANCE INDONESIA | 2/7/99 | 23813223 | 100000.25 | $26,738.03 |
| ALMAHUMADIA ASSEMBLY, INDONESIA | 2/7/99 | 23813224 | 100000.25 | $26,738.03 |
| ISLAMIC REFORM INSTITUTE, INDONESIA | 2/7/99 | 23813222 | 7500.00 | $2,005.35 |
| MODERN ISLAMIC TRAINING INSTITUTE, INDONESAI | 2/7/99 | 23813232 | 7500.00 | $2,005.35 |
| ISLAMIC GUIDANCE INSTITUTE, INDONESIA | 2/7/99 | 23813229 | 18750.00 | $5,013.37 |
| ALMADANI PROPAGATION &ISLAMIC STUDIES, INDONESIA | 2/7/99 | 23813230 | 7500.00 | $2,005.35 |
| ISLAMIC STUDIES CENTER, DEVER, USA | 2/7/99 | 81109 | 37500.00 | $10,026.74 |
| ISLAMIC SOLIDARITY ASSEMBLY, CHICAGO, USA | 2/7/99 | 81108 | 30040.00 | $8,032.09 |
| THE ISLAMIC CENTER PORTLAND, OREGON | 2/7/99 | 81111 | 30000.00 | $8,021.39 |
| THE ISLAMIC CENTER SOUTH FLORIDA | 2/7/99 | 81115 | 18750.00 | $5,013.37 |
| THE ISLAMIC GUIDANCE INSTITUTE, INDONESIA | 2/7/99 | 23813233 | 30000.00 | $8,021.39 |
| THE ISLAMIC ASSEMPLY FOR COUNTY BREFARD | 2/7/99 | 81113 | 22500.00 | $6,016.04 |
| GARNADA ISLAMIC SCHOOL, SANTACLARA, CA | 2/7/99 | 81114 | 11250.00 | $3,008.02 |
| ISLAMIC UNION IN NORTH AMERICA | 2/7/99 | 81120 | 93750.00 | $25,066.84 |
| ISLAMIC CENTER FOR COUNTY BASIK | 2/7/99 | 81118 | 30000.00 | $8,021.39 |
| EBAD AL RAHMAN ASSEMBLY IN AMERICA | 2/7/99 | 81117 | 37500.00 | $10,026.74 |
| WORLD ASSEMBLY OF MUSLIM YOUTH, RIYADH | 2/7/99 | 423361 | 37500.00 | $10,026.74 |
| AL TAWAKEL ASSEMBLY, COLOMBIA | 2/7/99 | 81112 | 18750.00 | $5,013.37 |
| THE ISLAMIC CULTURAL CENTER, NEW YORK | 2/8/99 | 81122 | 30000.00 | $8,021.39 |
| THE PROPAGATION OFFICE IN AMERICA(KHALID IBRAHIM SWELIM) | 2/16/99 | TRANSFER | 93750.00 | $25,066.84 |
| AL NOOR MOSQUE, BERLIN GERMANY | 2/15/99 | TRANSFER | 50000.20 | $13,369.04 |
| MENDIRA ISLAMIC CENTER, KENYA | 2/21/99 | 92002 | 39997.50 | $10,694.52 |
| THE ISLAMIC WISDOM ASSEMBLY PHILLPPINE | 2/22/99 | 92004 | 60000.00 | $16,042.78 |
| LAHOR ISLAMIC UNIVERSITY, PAKISTAN | 2/22/99 | 92005 | 25000.01 | $6,684.49 |
| MEMORIZATION OF QURAN AND MOTIVATION TO SALAFIA INDIA | 2/22/99 | 92006 | 40053.35 | $10,709.45 |
| ABUBAKER ISLAMIC UNIVERSITY, PAKISTAN | 2/22/99 | 92007 | 25001.25 | $6,684.83 |
| THE AMERICAN OPEN UNIVERSITY, VIRGINIA, USA | 2/22/99 | 92008 | 100001.25 | $26,738.30 |
| SCEINCE SCHOOL BONJBARY, TAILAND | 2/21/99 | 23813391 | 10000.01 | $2,673.80 |
| AL HAMIDY ISLAMIC INSTITUTE, TAILAND | 2/22/99 | 23813410 | 10001.25 | $2,674.13 |
| THE RELIGIOUS REFORM SCHOOL, THAILAND | 2/22/99 | 233813411 | 10001.25 | $2,674.13 |
| THE HIGHER COUNCIL, INDONESIA | 2/22/99 | 23813412 | 100001.25 | $26,738.30 |
| ISLAMIC TRAINING ASSEMBLY, BAHRAIN | 2/22/99 | 23813414 | 100040.32 | $26,748.75 |
| IMMIGRANT SCHOOL, UK | 2/22/99 | 419468 | 39999.01 | $10,694.92 |
| THE AMANA ISLAMIC SCHOOL, UK | 2/22/99 | 419469 | 64998.40 | $17,379.25 |
| THE ISLAMIC SCHOOL NEW YOURK | 4/22/99 | 92038 | 15000.00 | $4,010.70 |
| SAUDI EMBASSY, ZAMBIA | 4/20/99 | TRANSFER | 22620.00 | $6,048.13 |
| THE ISLAMIC PROPAGATION IN AMERICAN UNIVERSITIES | 4/12/99 | 92033 | 18750.00 | $5,013.37 |
| THE PROPAGATION OFFICE IN AMERICA | 7/7/99 | 92080 | 18750.00 | $5,013.37 |
| KOSOVO CARAVAN (RELIEF WORK) | 7/12/99 | 29160 | 45000.00 | $12,032.09 |
| AL HARAMYEN ESTABLISHMENT, INDONESIA | 7/31/99 | TRNS TELEX $17333 | 64998.75 | $17,333.00 |
| AL SAFWAH ESTABLISHMENT INDONESIA | 8/2/99 | TRNS TELEX $10770 | 40387.50 | $10,770.00 |
| AL HILAL ACADEMI IN USA | 9/11/99 | 1827 | 37500.00 | $10,026.74 |
| FLOOD VICTIMS IN DANGLA, SUDAN | 9/9/99 | 1842 | 187500.00 | $50,133.69 |
| THE AMERICAN OPEN UNIVESITY, VIRGINIA | 9/22/99 | 92169 | 187500.00 | $50,133.69 |
| THE RELIGIOUS CHANCELLOR OFFICE IN SUDAN | 9/22/99 | 1846 | 25000.00 | $6,684.49 |
| FLOOD VICTIMS CAMP DANGLA, SUDAN | 9/22/99 | 1858 | 54000.00 | $14,438.50 |
| DAR ELHIJRA IN PHILIPPINE | 9/29/99 | | 49500.00 | $13,235.29 |
| THE HIGHEST PROPAGATION COUNCIL IN INDONESIA | 10/5/99 | 1872 | 100000.00 | $26,737.97 |
| UM ALQURA INSTITUTE VEITNAM & CAMBODIA | 10/10/99 | 2758 | 12000.00 | $3,208.56 |
| AL SAFWAH ESTABLISHMENT, INDONESIA | | 2778 | 18260.00 | $4,882.35 |
| PAKISTAN ORPHANS | | 1892 | 15750.00 | $4,211.23 |
| ISLAMIC ALMONTADI | 1/6/99 | 1301 | 250000.00 | $66,844.92 |
| DAR ALISLAM UNIVERSITY INDIA | 1/10/99 | 1303 | 18750.00 | $5,013.37 |
| PRINCE SALMAN, MECCA HOSPITAL IN PAKISTAN | 1/31/99 | 1321 | 100000.00 | $26,737.97 |
| TRUST ASSEMBLY IN PHILIPPINE | 2/10/99 | 1331 | 100000.00 | $26,737.97 |
| DAR ALHIJRA IN PHILIPPINE | 2/8/99 | 1332 | 60000.00 | $16,042.78 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0015574

المساعدات الخارجية والداخلية - لعام ١٤١٩-١٤٢٠هـ

| المستفيد | التاريخ الشيك والصرف | رقم الشيك | | المبلغ ريال | |
|---|---|---|---|---|---|
| مؤسسة دار الهجرة الفلبين | ٩٨/٨/١٣ | حوالة | | ٣٥٠٦٩ | ٤٥ |
| لجنة مسلمي أفريقيا - الكويت | ٩٩/١/١١ | ٢٣٨١٣٠٣٧٥٢٥٦،٢٩٦ | ل | ٢٣١٧٥ | |
| لجنة مسلمي أفريقيا / الكويت | ٩٩/١/١٣ | ٢٣٨١٣٠٥٨٧٥٢٥٦،٢٩٦ | ل | ٩٩٩٩٧ | ٥٠ |
| المعهد الزراعي دار الفلاح /إندونيسيا | ٩٩/٢/٧ | ٢٣٨١٣٢٢٨ | ) | ٢٠٠٠ | |
| معهد نور الفلاح / إندونيسيا | ٩٩/٢/٧ | ٢٣٨١٣٢٢٧ | ل | ٣٧٥٠ | |
| رابطة الشباب المسلم العربي/ الولايات المتحدة - أنديانابوليس | ٩٩/٢/٧ | ٨١١٢١ | ل | ٥٦٢٥٠ | |
| جمعية الاتحاد الاسلامي / إندونيسيا | ٩٩/٢/٧ | ٢٣٨١٣٢٣١ | ل | ١١٢٥٠ | |
| جمعية الإرشاد الاسلامية/ إندونيسيا | ٩٩/٢/٧ | ٢٣٨١٣٢٢٣ | | ١٠٠٠٠٠ | ٢٥ |
| الجمعية المحمدية باندونيسيا | ٩٩/٢/٧ | ٢٣٨١٣٢٢٤ | | ١٠٠٠٠٠ | ٢٥ |
| معهد الاصلاح الاسلامي /إندونيسيا | ٩٩/٢/٧ | ٢٣٨١٣٢٢٢ | | ٧٥٠٠ | |
| مؤسسة التربية الاسلامية الحديثة / إندونيسيا | ٩٩/٢/٧ | ٢٣٨١٣٢٣٢ | | ٧٥٠٠ | |
| مؤسسة الإرشاد الاسلامية / إندونيسيا | ٩٩/٢/٧ | ٢٣٨١٣٢٢٩ | | ١٨٧٥٠ | |
| المدني للدعوة والدراسات الاسلامية إندونيسيا | ٩٩/٢/٧ | ٢٣٨١٣٢٣٠ | | ٧٥٠٠ | |
| مركز التعليم الاسلامي ـ دنفر ـ الولايات المتحدة | ٩٩/٢/٧ | ٨١١٠٩ | | ٣٧٥٠٠ | |
| جمعية التكافل الاسلامية ـ شيكاغو | ٩٩/٢/٧ | ٨١١٠٨ | | ٣٠٠٤٠ | |
| المركز الاسلامي ـ بورتلاند ـ | ٩٩/٢/٧ | ٨١١١١ | | ٣٠٠٠٠ | |
| المركز الاسلامي ـ جنوب فلوريدا | ٩٩/٢/٧ | ٨١١١٥ | | ١٨٧٥٠ | |
| معهد الإرشاد الاسلامي إندونيسيا | ٩٩/٢/٧ | ٢٣٨١٣٢٣٣ | | ٣٠٠٠٠ | |
| الجمعية الاسلامية لمقاطعة بريفارد | ٩٩/٢/٧ | ٨١١١٣ | | ٢٢٥٠٠ | |
| مدرسة غرناطة الاسلامية سانتاكلارا | ٩٩/٢/٧ | ٨١١١٤ | | ١١٢٥٠ | |
| التجمع الاسلامي بامريكا الشمالية | ٩٩/٢/٧ | ٨١١٢٠ | | ٩٣٧٥٠ | |
| المركز الاسلامي لمقاطعة باسيك | ٩٩/٢/٧ | ٨١١١٨ | | ٣٠٠٠٠ | |
| جمعية عباد الرحمن بأمريكا | ٩٩/٢/٧ | ٨١١١٧ | | ٣٧٥٠٠ | |
| الندوة العالمية للشباب الاسلامي | ٩٩/٢/٧ | ٤٢٣٣٦١ | | ٣٧٥٠٠ | |
| مؤسسة التوكل ـ كولمبيا | ٩٩/٢/٧ | ٨١١١٢ | | ١٨٧٥٠ | |
| المركز الثقافي الاسلامي ـ نيوارك | ٩٩/٢/٨ | ٨١١٢٢ | | ٣٠٠٠٠ | |
| مكتب الدعوة بامريكا /خالد ابراهيم السويلم | ٩٩/٢/١٦ | حوالة | | ٩٣٧٥٠ | |
| مسجد النور /برلين المانيا | ٩٩/٢/١٥ | حوالة | | ٥٠٠٠٠ | ٢٠ |
| مركز منديرا الاسلامي ـ كينيا | ٩٩/٢/٢١ | ٩٢٠٠٢ | | ٣٩٩٩٧ | ٥٠ |
| جمعية الحكمة الاسلامية العالمية الفلبين | ٩٩/٢/٢٢ | ٩٢٠٠٤ | | ٦٠٠٠٠ | |
| جامعة لاهور الاسلامية | ٩٩/٢/٢٢ | ٩٢٠٠٥ | | ٢٥٠٠٠ | ١٠ |
| مركز تحفيظ القرآن والدعوة السلفية / الهند | ٩٩/٢/٢٢ | ٩٢٠٠٦ | | ٤٠٠٥٣ | ٣٥ |
| جامعة ابوبكر الاسلامية باكستان | ٩٩/٢/٢٢ | ٩٢٠٠٧ | | ٢٥٠٠١ | ٢٥ |
| الجامعة الامريكية المفتوحة بامريكا | ٩٩/٢/٢٢ | ٩٢٠٠٨ | ل | ١٠٠٠٠١ | ٢٥ |
| مدرسة دار العلوم ليبرنجباروجالا تايلند | ٩٩/٢/٢١ | ٢٣٨١٣٣٩١ | | ١٠٠٠٠ | ١٠ |
| المعهد الحميدي الاسلامي تايلند | ٩٩/٢/٢٢ | ٢٣٨١٣٤١٠ | | ١٠٠٠١ | ٢٥ |
| | | | | ١٣٥٤٠٨٧ | ٢٧ |


Need checks in (English) as written above

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0015575

المساعدات الخارجية والداخلية - لعام ١٤١٩-١٤٢٠ (٢)

| المستفيد | التاريخ الشيك وصرف | رقم الشيك | المبلغ ريال | هـ |
|---|---|---|---|---|
| المدرسة الإصلاحية الدينية تايلند | ٩٩/٢/٢٢ | ٢٣٨١٢٤١١ | ١٠٠٠١ | ٢٥ |
| المجلس الأعلى باندونيسيا | ٩٩/٢/٢٢ | ٢٣٨١٢٤١٢ | ١٠٠٠١ | ٢٥ |
| جمعية التربية الإسلامية البحرين | ٩٩/٢/٢٢ | ٢٣٨١٢٤١٤ | ١٠٠٠٤٠ | ٣٢ |
| مدارس الهجرة بريطانيا | ٩٩/٢/٢٢ | ٤١٩٤٦٨ | ٣٩٩٩٩ | ٠١ |
| أمانة المدارس الإسلامية بريطانيا | ٩٩/٢/٢٢ | ٤١٩٤٦٩ | ٦٤٩٩٨ | ٤٠ |
| المدرسة الإسلامية نيويورك | ٩٩/٤/٢٢ | ٩٢٠٣٨ | ١٥٠٠٠ | |
| السفارة السعودية زامبيا | ٩٩/٤/٢٠ | حواله | ٢٢٦٢٠ | |
| الدعوة الإسلامية بالجامعات الأمريكية | ٩٩/٤/١٢ | ٩٢٠٣٣ | ١٨٧٥٠ | |
| مكتب الدعوة بأمريكا | ٩٩/٧/٧ | ٩٢٠٨٠ | ١٨٧٥٠ | |
| قافلة كوسوفا | ٩٩/٧/١٢ | ٢٩١٦٠ | ٤٥٠٠٠ | |
| مؤسسة الحرمين أندونيسيا | ٩٩/٧/٣١ | حواله تلكسيه/ $١٧٣٣٣ | ٦٤٩٩٨ | ٧٥ |
| مؤسسة الصفوة أندونيسيا | ٩٩/٨/٢ | حواله تلكسيه / $١٠٧٧٠ | ٤٠٣٨٧ | ٥٠ |
| أكاديمية الهلال الولايات المتحدة | ٩٩/٩/١١ | ش ١٨٢٧ | ٣٧٥٠٠ | |
| متضرري الفيضانات دنقلا - السودان | ٩٩/٩/٩ | ش ١٨٤٢ | ١٨٧٥٠٠ | |
| الجامعة الأمريكية المفتوحة | ٩٩/٩/٢٢ | ش مصرفي ٩٢١٦٩ | ١٨٧٥٠٠ | |
| مكتب الملحق الديني في السودان | ٩٩/٩/٢٢ | ش ١٨٤٦ | ٢٥٠٠٠ | |
| خيم لمتضرري الفيضانات دنقلا - السودان | ٩٩/٩/٢٢ | ش ١٨٥٨ | ٥٤٠٠٠ | |
| دار الهجرة في الفلبين | ٩٩/٩/٢٩ | | ٤٩٥٠٠ | |
| المجلس الأعلى للدعوة في أندونيسيا | ٩٩/١٠/٥ | ش ١٨٧٢ | ١٠٠٠٠٠ | |
| معهد أم القرى فيتنام وكمبوديا | ٩٩/١٠/١١ | ش ٢٧٥٨ | ١٢٠٠٠ | |
| مؤسسة الصفوة أندونيسيا | | ش ٢٧٧٨ | ١٨٢٦٠ | |
| أيتام باكستان | | ش ١٨٩٢ | ١٥٧٥٠ | |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0015576