# Exhibit 47

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank <u>Pursuant to Rule 56.1</u>



CENTRAL INTELLIGENCE AGENCY       DIRECTORATE OF INTELLIGENCE



30 October 2003

# Spectrum of Al-Qa'ida's Donors

2300018

C05417735



**Spectrum of Al-Qa'ida's Donors**

30 October 2003

▒▒▒▒ Donors—mostly from Saudi Arabia and other Arab Gulf states—range from those who provide *zakat*[1] donations to clerics—unwitting that their contributions go to al-Qa'ida—to those who knowingly give money for attacks against specific targets.

### Al-Qa'ida's Donors: A Mixed Profile ▒▒▒

▒▒▒ al-Qa'ida is funded in part by unwitting donors who contribute *zakat* donations to popular clerics or give money to local Islamic charities. ▒▒▒ these donors probably are unaware that their funds go to al-Qa'ida.

- ▒▒▒ clerics channeled their followers' donations to al-Qa'ida and that most of the money was raised during Ramadan, ▒▒▒

- ▒▒▒ in late July 2003 when Saudi security services seized cash collection boxes—in addition to a large weapons and explosives cache—during raids of al-Qa'ida safehouses outside Riyadh, according to press reports. ▒▒▒

Other witting donors provide money to al-Qa'ida facilitators or operatives only when assured the funds go towards expenses such as travel or payments to families, ▒▒▒. Al-Qa'ida probably does not inform these donors if the money ultimately funds terrorist attacks.

---

[1] *Zakat*, or alms giving, is a pillar of Islam and a duty of faithful Muslims. *Zakat* donations—which are supposed to account for 2.5 percent ▒▒▒ of a person's wealth—are given on an annual basis and serve in lieu of income or corporate tax in the Arab Gulf states. Most citizens and businesses direct their *zakat* offerings to domestic charities or individual needy cases.

████████████

████████████ donors provided funds intended for travel expenses and were unaware their contributions supported the al-Qa'ida organization writ large████

████████ other donors are close to al-Qa'ida operatives and are witting that their funds are destined for operational purposes. Such donors often demand confirmation that their contributions reach the hands of al-Qa'ida's top leadership or that their donations fund attacks against specific targets████

- ████████ sent al-Qa'ida financial facilitator Hasan Ghul to Saudi Arabia in late 2001 and instructed him to tell donors that their money would go directly to Abu Zubaydah to fund attacks against Israeli targets. ████

- ████ al-Qa'ida terrorist planner Abu Bakr al-Azdi requested a letter signed by Bin Ladin that authorized the bearer to collect money on behalf of al-Qa'ida, ████ Bakr received the letter in early 2003 and gave it to Swift Sword, who was killed in June 2003. ████

**Taking Action Against Witting Donors** ████

Curbing al-Qa'ida's financial support from the Arabian Peninsula will require continued efforts to sanction financiers ████████. Cooperation from Saudi Arabia and other Gulf countries will continue to be critical.

- Arresting or sanctioning individual financiers probably would deter other donors ████████ Al-Qa'ida's financial network—like the broader organization—is compartmented such that donors may not be able to identify each other.

████████

Coalition governments also will need to remain vigilant in monitoring activities of sanctioned donors to ensure their financial support to terrorists does not continue. Several individuals and entities designated by the United States and United Nations are petitioning to have their names removed from the asset freeze lists or are continuing to operate under the cover of other organizations or companies, ████.

- Steps to close legal loopholes and enhance monitoring could bolster coalition efforts to decrease terrorist funding through asset freezes. ████

2

### Curbing Funding from Unwitting Donors

Disrupting money flows from unwitting donors presents an additional challenge. Al-Qa'ida's ability to raise funds from unwitting donors means events such as the 12 May 2003 bombings in Riyadh—to which donors may be opposed—may not hurt the organization's financial coffers. Gulf governments have tacitly acknowledged that charitable donations have gone to terrorists and are taking action to curb this unwitting funding stream.

- In July 2003, the Saudi Government banned the public use of donation boxes to collect money, according to Saudi press reporting.

- The Saudi Arabian Monetary Agency (SAMA) in July 2003 implemented regulations to improve oversight of the Kingdom's charities and banks, and the Ministry of Interior established a charity oversight board to grant licenses and control donations, according to press reports.

- Kuwait, Qatar, and the UAE also have strengthened regulation of charities, and Doha has closed NGO offices suspected of financing terrorists.

3

**Spectrum of Al-Qa'ida's Donors**

**External Distribution:**

**White House**
1 - Stephen J. Hadley, Assistant to the President and Deputy National Security Adviser, West Wing
1 - Irve (Lewis) Libby, Jr., Chief of Staff and National Security Advisor to the Vice President, Rm. 298 OEOB

**Department of Homeland Security**
1 – Gov. Tom Ridge, Secretary, Homeland Security, Agency, West Wing, EEOB

**National Security Council**
1-Fran Townsend, Deputy Assistant to the President/Deputy NSA Advisor/Combating Terrorism National Director, 312 OEOB
1 – Gary R. Edson, Deputy Assistant to the President – International Economic Affairs/Deputy NSA, WWGFI
1 – Zalmay M. Khalilzad, Special Assistant to the President and Senior Director Islamic Outreach and Southwest Asia Initiatives, Rm. 351 OEOB
1 – Howard Schmidt, Special Assistant to the President and Senior Director for Transnational Threats/National Coordinator for Security Infrastructure Protection and Counterterrorism, Rm. 302 OEOB
1 - Mary K. Sturtevant, Special Assistant to the President and Senior Director for Intelligence Program, Rm. 300 OEOB

1-Jody Myers, Director, Room 303

**Department of the Treasury**
1 – David Aufhauser, General Counsel, Room 3000
1 - Laurie Kurtzweg, Senior National Intelligence Advisor, Room 2241
2 - Michael L. Romey, Special Assistant to the Secretary (National Security), Room 2241

**Department of Commerce**
1 – Eleanor T. Sked, DO Rep, Office of Executive Support, Room 6854 HCHB

**National Security Agency**
1 - LTG Michael V. Hayden, Director, National Security Agency, Suite 6242, NSA
1 – Wayne Murphy, Dep. Production Manager for Counterterrorism, Rm. 6138, OPS2B
1 - Jerry L. Powers, SIGINT National Intelligence Officer (SINIO), Near East & South Asia, Rm. 2A0518, Suite 6426

**Department of State**
1 - Amb. Marc Grossman, Undersecretary of State for Political Affairs, Rm. 7240
1 - William Burns, Assistant Secretary for Near Eastern Affairs, Room 6242
1- Anthony Wayne, Assistant Secretary for Economics and Business Affairs, Room 6828
1 - Richard A. Roth, Principal Deputy Assistant Secretary for Near Eastern Affairs, Rm. 6242
1 – Thomas Fingar, Assistant Secretary for Intelligence and Research, Rm. 6531
1 - Amb. Allen L. Keiswetter, Deputy Assistant Secretary for Near Eastern Affairs, Rm. 6244
1 – Amb. Joseph Cofer Black, Coordinator for Counter-Terrorism and Ambassador-at-Large (S/CT), Rm. 2509

**OSD**
1 - Peter Flory, Principal Deputy Assistant Secretary for International Security Affairs, Rm. 4E841 Pentagon
1 - Dr. William J. Luti, Deputy Assistant Secretary of Defense for Near East and South

C05417735

CIA_000663

Asian Affairs, OASD/ISA, Rm. 4D765
Pentagon

**DIA**
1 - Greg Prewitt, SIO/TWC, Office of Counterterrorism, Rm. A4962, DIAC

**DIA Pentagon**
1 - VADM. Lowell E. Jacoby, Director, Defense Intelligence Agency, Room 3E258 Pentagon
1 - Bruce D. Hardcastle, Defense Intelligence Officer for MESA, Rm. 3E200, The Pentagon
1 – Patrick Neary, Deputy Director for Policy Support, Rm. 3E200 Pentagon
1 - Jeffrey A. Builta, Intelligence Officer, TWC-2, Rm. 1C760 Pentagon
1 - John S. (Steve) Scherer, Chief, Terrorism Warning Division, DIA, Rm. 1C760 Pentagon

**DCI/CIA Rep**



**FBI**
1 – Andrew Arena, Chief, International Terrorism Operations, Counterterrorism Division, Rm. 5222
1 – Art Cummings, Chief, Middle East Unit, Counterterrorism Division, Room 5437
1 – Virginia Bollinger, Chief, International Terrorism Analysis Section, Room 4123



**JCS**
1 – LTG George Casey, Jr, Director, Joint Chiefs of Staff, 2D874 Pentagon
1 – Gen Walter Sharp, Director for Strategic Plans and Policy (J-5), Rm. 2E996 Pentagon

**U.S. Customs Service**
1 - Oakley B. Blair, Intelligence and Communications Division, Room 7.4D, Ronald Reagan Building

5

▇▇▇ **Spectrum of Al-Qa'ida's Donors** ▇▇▇

▇▇▇

**Internal Distribution:**

2-George Tenet, DCI, ▇▇▇

**VIA Lotus Note**





7

CIA_000666

8