# Exhibit 51

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence
and/or Statement of Facts as to Defendant Al Rajhi Bank
<u>Pursuant to Rule 56.1</u>

Please note that the SDNY's ECF system is unable to accept this Exhibit given its file size. A complete set of Plaintiffs' Exhibits is being filed with the SDNY's Records Management Office on DVD. If you wish to obtain a copy of this Exhibit, or others, you may contact the following Plaintiffs' representatives.

- Coleen Williams - CWilliams@cozen.com
- Marc Adler – MAdler@cozen.com
- Scott Tarbutton – STarbutton@cozen.com

FD-1057 (Rev. 5-8-10)



# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** ░░░░░ (A), (G), (J-1)    **Date:** 07/23/2021
Connections to the Attacks of September 11,
2001

**From:** ░░░░ (G)

    **Contact:** ░░░░ (S)

**Approved By:** ░░░░ (S)

**Drafted By:** ░░░░ (S)

**Case ID #:** ░░░ (F)    ░░░░ (A), (G), (J-1)

    (A), (G), (J-1)

    (F)    ░░░░ (A), (G), (J-1)
PENTTBOMB    (A), (G), (J-1)

    (F)    ░░ PENTBOMB (A), (G), (J-1) MAJOR
CASE (MC) 182 (A),(G),(J-1)

Title: ▨▨▨ ▨▨▨▨(A), (G), (J-1)▨▨▨ Connections to the
Attacks of September 11, 2001
Re: ▨▨▨(F)▨▨▨ 07/23/2021

▨▨▨▨▨▨▨▨▨▨(F)▨▨▨▨▨▨▨▨▨▨

**Synopsis:** ▨▨▨ To file. To provide summary and historical information
for subsequent agents of ▨▨▨(G)▨▨▨

▨▨▨▨▨▨(G)▨▨▨▨▨▨

**Administrative Notes:** ▨▨ Attached to this EC is a document summarizing
the connections between the 9/11 investigation and elements affiliated
with the Saudi Arabian government in the U.S.
Thos replaces Serial ▨▨(F)▨▨ which was intended as a draft for review but
was serialized. Serial ▨▨(F)▨▨ will be removed at a later date.

**Enclosure(s):** Enclosed are the following items:
1. ▨▨▨▨▨ Saudi 9/11 Connections

**Details:**

**PURPOSE:**

The purpose of this communication is to consolidate information related to the involvement of personnel and
entities controlled by the Saudi Arabian Government (SAG), the Embassy of the Kingdom of Saudi Arabia
(EKSA) and its affiliates within the United States with the attacks of September 11, 2001 (9/11 Attacks /
PENTTBOMB ).  Such an analysis is deemed essential for future case agents of this program to understand
the origin of the investigation. Due to the purpose noted, this document only discusses entities that are part of
or closely tied to the Saudi Arabian government.  Other aspects of the 9/11/2001 investigation are only noted
if related to this purpose. This report should not be considered an intelligence assessment and is not intended
as such.

EO14040-003479-UPDATED

Title: [redacted] [(A), (G), (J-1)] Connections to the
Attacks of September 11, 2001
Re: [(F)]    07/23/2021

An additional purpose of this communication is to document investigations and supporting documentation regarding the Saudi(Wahhabi)/Salafi/militant network that was created, funded, directed and supported by the KSA and its affiliated organizations and diplomatic personnel within the U.S. As Saudi government officials and intelligence officers were directly operating and supporting the entities involved with this network, their involvement with the activities of these organizations/individuals would logically be supposed to have the knowledge or concurrence of the KSA government. This knowledge and/or concurrence by the SAG is related to the 9/11 investigation not only be the direct involvement of some personnel but also via the creation of a larger network for such activities.

In addition, the below analysis will update information available on the ties of some of these entities to Saudi Arabian intelligence services. Much of the publically known information regarding the 9/11/2001 terrorist attacks was documented in the 9/11 Commission Report which was published in 2004. Thus much available information from subsequent and ongoing investigations was not noted in the Commission's Report. In addition, the classified "28 pages" was subsequently de-classified and investigations since 2004 shed additional light on the information that was contained within these 28 pages which were created in 2004 as part of the original Commission Report.

[redacted (A), (G), (J-1)] there was located within the EKSA the offices of the Islamic Affairs Department and the office of Dawa (or Propagation). Investigation of the 9/11 hijackers and their support networks identified significant connections to these offices either directly or via the Saudi Arabian Consulate in Los Angeles. As such, a primary portion of this communication will focus on these offices and connections to the 9/11 hijackers. In addition, the SAG/EKSA was also involved with the funding and creation of a multitude of Islamic organizations, offices, imams and other religious figures within the US – many of which were involved with militant ideology. Several of these were known to be tied directly to Prince Bandar and/or were involved with the collection of information on US based Islamic entities. As the propagation of militant ideology would naturally provide justification for those who were in the hijacker's support network – these organizations will also be listed below ( below is not an all-inclusive list as this would be too large.)

**Administration**:
[redacted (G)] was originally formed as [redacted (G)] in 2002 as a result of the PENTTBOMB investigation identifying connections between the 9/11 hijackers, their support network and individuals associated with the SAG. As is well known, 15 of the deceased 19 hijackers were from Saudi Arabia with a possible 20th - Mohammed Alqahtani - subsequently captured in Afghanistan and confined at Guantanamo Bay after unsuccessfully attempting to enter the US. At the time of creation of [redacted (G)] there was [redacted (A), (G), (J-1)] a few investigations of some Saudi Arabian

EO14040-003480-UPDATED

Title: ▨▨▨▨ ▨▨▨▨▨▨▨ (A), (G), (J-1) ▨▨▨▨▨ Connections to the Attacks of September 11, 2001
Re: ▨▨▨▨ (F) ▨▨▨▨ 07/23/2021

government personnel and organizations had been previously established. ▨▨▨ (G) was quickly transferred to the new ▨▨▨▨▨▨ (G) ▨▨▨▨▨ and changed to ▨▨ (G) and then subsequently ▨▨ (G) During a portion of this time the squad's FBIHQ oversight was within the ▨▨▨▨ (G) ▨▨ and much of the squad investigative efforts were focused on Saudi Arabian charities in the ▨▨ (G) AOR as well as individual subjects with established or alleged AQ or militant connections. After approximately ten years in ▨▨ (G) the program was again transferred to ▨▨▨▨▨▨▨▨▨ (G) ▨▨▨▨ (G) before returning to ▨▨▨ (G) ▨▨▨▨▨▨▨▨▨ (G) ▨▨▨▨▨

▨▨▨▨ (A), (G), (J-1) ▨▨▨▨▨ of Saudi Arabian entities before and shortly after 9/11/2001 were captioned under the ▨▨ (F) classification. Later this designation was changed to ▨▨ (F) ▨▨ (A), (G), (J-1) investigations prior to and shortly after 9/11/2001 were captioned under ▨▨▨▨ (F) and ▨▨▨▨ (F) These were later combined under ▨▨ (F) and then ▨▨ (F) classifications. For the most part, serials noted within this document utilize the case caption of the relevant time period.

▨▨ As the purpose of this document is to highlight and encapsulate the connections between the Saudi Arabian establishments and government entities in the U.S. with the 9/11 hijacker support network writer is not investigating or re-investigating the 9/11 investigation. This is particularly relevant due to a lack of resources and analytical assistance. As such, writer has located relevant serials and have copied that information directly within this communication. **The language, spelling, source symbol numbers, grammar, formatting and emphasis of the original serials is retained.**

▨▨ As the original language of the referenced serials is retained, a note on how sources were referenced is necessary. During the 9/11/2001 time period, Letter Head Memorandums (LHMs) were necessary for dissemination to DOJ. The LHMs removed the standard source number ▨▨▨▨▨ (A), (G), (J-1) ▨▨▨▨ (A), (G), (J-1) replaced by a non-standard ▨▨ (G) designation that was created entirely by the writing agent. Thus research is necessary in order to locate and identify the original source. During this time period, ▨▨▨▨▨▨▨▨ (A), (G), (J-1) ▨▨▨▨▨▨▨▨

◆ ◆

EO14040-003481-UPDATED

(F)

**The Saudi Arabian Government (SAG), the Embassy of the Kingdom of Saudi Arabia (EKSA) and their affiliated offices within the U.S.; their connections to the support network for the attacks of September 11, 2001; and the SAG creation of and support and direction for a network of offices and personnel involved with militant Salafi Islamic activities and proselytization within the United States.**

**PURPOSE:**

The purpose of this communication is to consolidate information related to the involvement of personnel and entities controlled by the Saudi Arabian Government (SAG), the Embassy of the Kingdom of Saudi Arabia (EKSA) and its affiliates within the United States with the attacks of September 11, 2001 (9/11 Attacks / PENTTBOMB ).  Such an analysis is deemed essential for future case agents of this program to understand the origin of the investigation. Due to the purpose noted, this document only discusses entities that are part of or closely tied to the Saudi Arabian government.  Other aspects of the 9/11/2001 investigation are only noted if related to this purpose. This report should not be considered an intelligence assessment and is not intended as such.

An additional purpose of this communication is to document investigations and supporting documentation regarding the Saudi(Wahhabi)/Salafi/militant network that was created, funded, directed and supported by the KSA and its affiliated organizations and diplomatic personnel within the U.S.  As Saudi government officials and intelligence officers were directly operating and supporting the entities involved with this network, their involvement with the activities of these organizations/individuals would logically be supposed to have the knowledge or concurrence of the KSA government. This knowledge and/or concurrence by the SAG is related to the 9/11 investigation not only be the direct involvement of some personnel but also via the creation of a larger network for such activities.

In addition, the below analysis will update information available on the ties of some of these entities to Saudi Arabian intelligence services. Much of the publically known information regarding the 9/11/2001 terrorist attacks was documented in the 9/11 Commission Report which was published in 2004. Thus much available information from subsequent and ongoing investigations was not noted in the Commission's Report. In addition, the classified "28 pages" was subsequently de-classified and investigations since 2004 shed additional light on the information that was contained within these 28 pages which were created in 2004 as part of the original Commission Report.

(A), (G), (J-1) there was located within the EKSA the offices of the Islamic Affairs Department and the office of Dawa (or Propagation). Investigation of the 9/11 hijackers and their support networks identified significant connections to these offices either directly or via the Saudi Arabian Consulate in Los Angeles. As such, a primary portion of this communication will focus on these offices and connections to the 9/11 hijackers. In addition, the SAG/EKSA was also involved with the funding and creation of a multitude of Islamic organizations, offices, imams and other religious figures within the US – many of which were involved with militant ideology. Several of these were known to be tied directly to Prince Bandar and/or were involved with the collection of information on US based Islamic entities. As the propagation of militant ideology would naturally provide justification for those who were in the hijacker's support network – these organizations will also be listed below ( below is not an all-inclusive list as this would be too large.)

**Administration:**

(G) was originally formed as (G) (G) in 2002 as a result of the PENTTBOMB investigation identifying connections between the 9/11 hijackers, their support network and individuals associated with the SAG. As is well known, 15 of the deceased 19 hijackers were from Saudi Arabia with a possible 20th - Mohammed Alqahtani - subsequently captured in Afghanistan and confined at Guantanamo Bay after unsuccessfully attempting to enter the US. At the time of creation of (G) there was (A), (G), (J-1) (A), (G), (J-1) a few investigations of some Saudi Arabian government personnel and organizations had been previously established. Squad (G) was quickly transferred to the new (G) and changed to (G) and then subsequently (G) During a portion of this time the squad's FBIHQ oversight was within the (G) and much of the squad investigative efforts were focused on Saudi Arabian charities in the (G) AOR as well as individual subjects with established or alleged AQ or militant connections. After approximately ten years in (G) the program was again transferred to

(G)

(G)                                                                 before returning to

(F)        (A), (G), (J-1)          investigations of Saudi Arabian entities
before and shortly after 9/11/2001 were captioned under the  (F)
classification.  Later this designation was changed to  (F)      (A), (G), (J-1)
investigations prior to and shortly after 9/11/2001 were captioned
under                                        (F)                 These were later
combined under  (F)  and then  (F)  classifications.  For the most part,
serials noted within this document utilize the case caption of the
relevant time period.

As the purpose of this document is to highlight and encapsulate
the connections between the Saudi Arabian establishments and
government entities in the U.S. with the 9/11 hijacker support network
writer is not investigating or re-investigating the 9/11
investigation.  This is particularly relevant due to a lack of
resources and analytical assistance.  As such, writer has located
relevant serials and have copied that information directly within this
communication.  **The language, spelling, source symbol numbers and
emphasis of the original serials is retained.**

As the original language of the referenced serials is retained, a
note on how sources were referenced is necessary.  During the
9/11/2001 time period, Letter Head Memorandums (LHMs) were necessary
for dissemination to DOJ.  The LHMs removed the standard source number
                                   (A), (G), (J-1)
standard  (G)  designation that was created entirely by the writing
agent.  Thus research is necessary in order to locate and identify the
original source.  During this time period,
                               (A), (G), (J-1)

**Background of Movement of 9/11 Hijacking Team**

According to the 9/11 Commission Report, the 9/11 planning and recruitment of personnel for the operation was being developed through 2000 and early 2001.  The pilots who were selected were the first to enter the U.S. and the "muscle hijackers", although recruited in 2000, were the last – not arriving until the Spring/Summer of 2001.

According to the 9/11 Commission Report and open source information, Khalid Almihdar and Nawaf Alhazmi (described by the report as the 2nd in command after Mohammed Atta) were two original hijackers involved in the attack planning and, although other known hijackers had prior entries into the US, appeared to be the first to enter the U.S. as an operational component of the 9/11 plan.  According to investigation and the 9/11 Commission report, Almihdar and Alhazmi first entered the U.S. via Los Angeles on January 15, 2000.  Per the 9/11 Commission Report, neither Almihdar nor Alhazmi were well prepared for the operation, spoke little English and their only qualifications appeared to be their support of UBL and their ability to obtain visas. Although the initial plan may have been for Alhazmi and Almihdar to have been pilots for the plot, neither passed initial flight training and both had problems acclimating to the U.S. Almihdar's difficulties may have resulted in his sudden return to Yemen on June 10, 2000 (or he was possibly working on logistics overseas) that would have left Alhazmi alone in California except for elements of his support network. Almihdar would not return to the US as a "muscle hijacker" until July 2001.  Both Alhazmi and Almihdar arrived in the U.S. after having attended what is presumed to be the planning meeting for the attacks that were held in Kuala Lumpur.

It is important to note that both Alhazmi and Almihdar were known AQ operatives. Both were Saudi nationals who had traveled together to Bosnia in 1995.  Alhazmi conducted training with KSM in Pakistan in late 1999 and both Alhazmi and Almihdar were present in the planning meeting in Kuala Lumpur in December 1999.  Alhazmi was reportedly personally selected by UBL for the operation.  Almihdar was from a prominent family and married into a family with extensive AQ connections.  Both Alhazmi and Almihdar were known to Saudi and U.S. intelligence as being AQ members.  After Almihdar departed the U.S. Alhazmi was left alone until Hani Hanjour was sent in December 2000. The second primary group of hijackers were the "Hamburg Group"

(Mohammed Atta, Marwan Alshehhi and Ziad Jarrah (along with Ramzi Binalshibh) who arrived in Afghanistan in November 1999 and began to be selected for the operation.  Unlike Alhazmi and Almihdar, these four spoke English and were acclimated for living in the West.  Their need for a support network would be minimal.


Due to the lack of preparedness of Alhazmi and Almihdar for the operation and residing in the West without arousing suspicion the existence of a support network would make operational sense. Investigation determined that a significant portion of the network assisting these two hijackers centered on offices affiliated with the KSA to include the Saudi Arabian Los Angeles Consulate, the King Fahd Mosque as well as multiple individuals associated with these locations and/or the Saudi Arabian government.

Islamic Affairs Department (IAD) Islamic Affairs Office (IAO)
(Ministry of Islamic Affairs)(MIA) / Dawa Office Connections to Saudi
Arabian Intelligence

Summary:  Within the Saudi Arabian Embassy in Washington, D.C.
(as in other Saudi Arabian Embassies throughout the world) was located
an Islamic Affairs Office and a Dawa Office (Dawa means
proselytizing).  The D.C. offices were staffed with both Saudi Arabian
diplomats and local hires and their roles were often mixed.  The
Islamic Affairs Offices worldwide and in the U.S. played a key role in
supporting the Saudi Arabian Government's objective to be perceived as
the leader of the Islamic world and also played a key role in Saudi
Arabia's religious and political competition with Shia Iran. (A), (G), (J-1)
(A), (G), (J-1) , the key personnel within the Islamic Affairs office
(A), (G), (J-1)          (A), (G), (J-1)
(A), (G), (J-1)          and one of the roles of the Islamic Affairs
Office was to provide intelligence on local Islamic populations and to
provide cover for the movement of (A), (G), (J-1)
(A), (G), (J-1) .  Saudi Arabian "non-governmental organizations" (NGO), ie.
"charities", supplemented this activity with large funding streams as
well as cover for personnel.

One of the primary speculative questions regarding the PENTTBOMB
investigation is whether the SAG was significantly connected to, had
prior knowledge of or supported the attacks of September 11,
2001.  Due to the involvement of the Islamic Affairs/Dawa Office
personnel within the support network of the hijackers it is of
possible significance to identify the connections of these offices to
Saudi Arabian intelligence.

**Relevant Serials:**

(F)                    (O-1)                         FBI Serial  (F)
(F)            ) reported that as of early 2001 the EKSA had one of the
largest Ministry of Islamic Affairs sections in the world with
approximately 50 MIA officers.  (O-1)
(O-1)
(O-1)
(O-1)                                              Many Saudi
Embassy officials believed that the chief of the MIA section,
Majid Aljashaihan (SA (S) NOTE: This would be **Majed Alghesheyan**),
was either a GIP officer or had some type of special connection to the
GIP.  The same opinions were held about **Khalil Khalil**, the deputy

chief of the MIA section.  Musaid Aljarrah ( **Musaed Aljarrah** ) was one of the known GIP officers in the MIA section.

[SA (S) note: Presumably the above number of "approximately 50" would include both Saudi and non-Saudi personnel (non-diplomatic) in both Islamic Affairs and Dawa.  It is unknown if personnel assigned to other offices such as **Muslim World League (MWL), World Assembly of Muslim Youth (WAMY) and the Institute of Islamic Arabic Sciences of America (IIASA)** would be included               (G)         [The large number of employees in a national not pre-dominantly Muslim signaled the significance of the activities of this office in the U.S. to overall Saudi Arabian policies and objectives.]

(A), (G), (J-1)

(F)                          On (A), (G), 2009
                    (O-1)         (J-1)
              (O-1)          Sahal Ergesous was the head of the Islamic Affairs office at the
EKSA.       (O-1)       the Islamic Affairs Office is active and is charged with monitoring Indian, Iranian and Egyptian Islamic societies primarily. Ergesous is a Ministry of Foreign Affairs employee                          (O-1)
                           (O-1)

(F)                 On 08/20/2010
              (O-1)



Various serials in indices notes that (A), (G), (J-1) worked at the EKSA as the (A), (G), (J-1) the (A), (G), (J-1) Office and that Musaed Aljarrah was assigned to work (A), (G), (J-1) (see (F) Serial (F) ). According to (F) Serial (F) that in February 2005 Aljarrah met with (A), (G), (J-1) and (A), (G), (J-1) . Aljarrah stated that (A), (G), (J-1) ; however, (A), (G), (J-1) insisted that Aljarrah return to head the Islamic Affairs Office and Aljarrah returned in March 2005.

Per the above and information on visas noted below it is known that (A), (G), (J-1) (O-1) (O-1) (O-1) (J-3) (J-3) (J-3) . (A), (G), (J-1) Aljarrah was (A), (G), (J-1) (A), (G), (J-1) . Aljarrah's replacement was Abdullah Alajroush (F) (F) ). Alajroush was a suspected Intelligence Officer (SIO) who had previously served in Pakistan (O-1) (O-1) . (A), (G), (J-1) and had attempted to (A), (G), (J-1) Alajroush's replacement was Sahal Ergesous ( Sahl Ergesous )( (G) (G) (A), (G), (J-1) discussed (A), (G), (J-1) and (A), (G), (J-1) and (A), (G), (J-1) (A), (G), (J-1) ( (F) Serial (F) ).

The above information helps verify the involvement of the GIP within
the MIA offices. [(A), (G), (J-1)] and
Aljarrah's subsequent replacement by Alajroush is classic intelligence
officer [(A), (G), (J-1)].  This is significant considering the
MIA/Dawa office's involvement, and Aljarrah's in particular, with the
support network of the 9/11 hijackers as well as with the creation,
funding, direction and support of the extensive Salafi proselytizing
network that extended throughout the U.S.

**Use of MIA/Dawa Offices to Obtain Intelligence**

The purpose of the MIA/Dawa offices is also of relevance.  The
information below clearly indicates that one of the purposes of the
offices was to obtain intelligence on individuals and communities of
value to Saudi Arabian intelligence or government purposes.  Thus at
least some individuals assigned to these offices would be working at
least partially for Saudi Arabian intelligence.

**Relevant Serials:**



(A), (G), (J-1)

(F)     This serial provided excellent
information related to one of the purposes of the Dawa/MIA offices and
is particularly interesting as it provides information regarding
taskings as well as names of personnel during the crucial years before
9/11.

The communication reported the arrest of Omar Abdi Mohammed
(aka Omar Alkhatib)            (F)            in San Diego, California on
01/20/2004 and documents obtained during a subsequent search.  Omar
Abdi Mohamed had been identified                    (A), (G), (J-1)
as the leader of the Al-Ittihad Al Islamia (AIAI) in the United
States. Mohamed was selected as the AIAI leader of the U.S.
approximately nine months ago.  AIAI is an international terrorism
organization, directed and financially supported by a foreign power as
outlined in the Attorney General Guidelines (AGG).  WFO had previously
obtained a list of 50 US based clerics who were supported by the
EKSA IFTA (Dawa) office.  Alkhatib was one of those listed.  On
January 20, 2004, he was arrested for immigration fraud. Investigation
by United States Immigration and Customs
Enforcement (ICE) determined that Mohamed was in charge of the of
the "Western Somali Relief Agency" which was a fund raising entity
that allegedly provided drought and humanitarian relief to the
people of Somalia and Ethiopia. During a US naturalization

interview, Mohamed lied about receiving approximately $350,000 from the Global Relief Foundation (GRF). The United States Treasury Department has frozen the assets of the Global Relief Foundation and accused it of providing financial support to terrorism.



(O-1)

EO14040-003492-UPDATED

(O-1)

(F)    Documents located during searches of Muslim World League identified efforts to recruit within the U.S. military.

The above documents (there are others within FBI indices) help confirm    (A). (G). (J-1)    (O-1)   (O-1)    reporting regarding the functions of the MIA/Dawa offices.

**Personnel Assigned to the MIA/Dawa Offices:**

�857 Multiple individuals were employed inside the MIA/Dawa offices within the EKSA. The following is summary information on the most pertinent individuals within these offices that are associated with the 9/11 support network.

<div style="background:gray">(A), (G), (J-1)</div>

DOB:  ▓▓▓ (P-1)

Passport:  ▓▓▓ (P-1)

▓▓▓▓ (J-3)

Memo on ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (J-3)

Employer:  **Prince Bandar bin Sultan**

Telephone:  ▓▓▓ (P-1)

POC:  ▓▓▓ (A), (G), (J-1)   ▓▓▓ (P)

▓▓▓ (J-3)

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (J-3)

▓▓ Possible USPER ▓▓▓▓▓ (P)   DOB: ▓▓▓ (P-1) /

▓▓▓ (P-1)

▓▓▓▓▓▓ (A), (G), (J-1)

**Summary:**  ▓▓▓ (A), (G), (J-1)  was an official diplomat assigned to the EKSA and was ▓▓▓▓▓▓▓▓ (A), (G), (J-1) .  ▓▓▓ (A), (G), (J-1)  has been

[REDACTED] (O-1) [REDACTED] known to have been employed by Bandar bin Sultan's National Security Council. [REDACTED] (O-1)

**Relevant Serials:**

[REDACTED] (F) As noted above, [REDACTED] (A), (G), (J-1) was [REDACTED] (A), (G), (J-1) to be a GIP (A), (G), (J-1) at the (A), (G), (J-1).

[REDACTED] (F) [REDACTED] (J-3), (O-1) [REDACTED] (J-3), (O-1)

[REDACTED] (J-3), (O-1)

[REDACTED] (A), (G), (J-1)

**Musaed A Al Jarrah ( Musaed Aljrarrah )**

DOB:

Occupation: Accountant

Address: McLean, Va

Telephone: (home) (cell)

**Summary:** Aljarrah was a Saudi diplomat assigned to the EKSA and was a high level employee in the Islamic Affairs Office. Aljarrah was and was heavily involved with the movement and support of the Saudi Salafi network within the U.S. to include those members of the 9/11 hijacker support network in Southern California. Aljarrah had numerous contacts with terrorism subjects throughout the U.S. Aljarrah was closely associated with Bandar bin Sultan.

Aljarrah, an EKSA employee, is one of the key figures of the 9/11 investigation as it pertains to Saudi Arabian government involvement. Per investigation and subsequent affidavits Aljarrah had a "controlling, guiding and directing influence on all aspects of

Sunni extremist activity in Southern California."  Moreover, Aljarrah
directed and controlled and funded the activities of **Almuhanna**
(herein) and **Althumairy** (herein) who had served as Imams at the King
Fahad Mosque in Culver City, CA.  After Almuhanna and Althumairy were
expelled for from the King Fahd Mosque, they and their followers
created an "underground" mosque near the King Fahd Mosque.  After
their departure, (A), (G), (J-1)
(A), (G), (J-1)

**Relevant Serials:**

(F)                          Communication dated
November 2000 requesting           (A), (G), (J-1)              reported
that          (A), (G), (J-1)
(A), (G), (J-1)

(F)                    dated 11/14/2003]  (A), (G), (J-1)
(A), (G), (J-1)
Musaed Aljarrah was the MIA (officer) at the EKSA and had a similar
"Wahhabi line of thinking" as Mohammed Almohanna (see
herein).     (A), (G), (J-1)        Aljarrah was last in LA two years
prior.

(F)              Dated 2009]      (A), (G), (J-1)
(A), (G), (J-1)   MUSSAED AL-JARRAH was at the EMBASSY OF THE KINGDOM OF
SAUDI ARABIA (EKSA) starting in the early 1990s. He was assigned to
the Ministry of Islamic Affairs. Originally AL-JARRAH started at the
EKSA as an administrative person          (A), (G), (J-1)
(A), (G), (J-1)   In 1995,           (A), (G), (J-1)
(A), (G), (J-1)             . It was at this
point that AL-JARRAH became very engaged with U.S. Islamic centers
throughout the U.S.            (A), (G), (J-1)             and also
became very involved in the dealing of the
**ISLAMIC INSTITUTE OF ARABIC AND ISLAMIC STUDIES (IIASA), (see herein)**
a Saudi university in Falls Church, VA that was sponsored by the EKSA,
but was owned and managed by IMAM UNIVESITY in Riyadh.  (A), (G), (J-1)
(A), (G), (J-1)

of the Islamic Affairs department.                    (O-1)

(O-1)

(F)                    Dated 2007] According to multiple
sources, Al-Jarrah
returned to Riyadh, **Saudi Arabia where he works for Prince Bandar
bin Sultan, the former Saudi Ambassador to the U.S., in the
Saudi National Security Ministry.** However, Al-Jarrah returned
to the U.S. on July 11, 2006 using                (J-3)
departed on September 19, 2006, and has not returned since.
Al-Jarrah reportedly traveled to several U.S. cities and has
been associating with                    (A), (G), (J-1)
assigned to the EKSA. Over the past several months, Al-Jarrah
has traveled to Cairo, Egypt; San Paulo, Brazil; Beirut,
Lebanon; Demascus, Syria; Tokyo, Japan; and Hong Kong, China.
It is unknown what Al-Jarrah is doing during his travel. (A), (G), (J-1)
                        (A), (G), (J-1)
            (A), (G), (J-1)            (G)            that Al-
Jarrah          (A), (G), (J-1)        actually works for Prince Bandar's
National Security Ministry in Riyadh, Saudi Arabia.

(A), (G), (J-1)

(A), (G), (J-1)



(A), (G), (J-1)

(A), (G), (J-1)

(O-1)

(O-1)

(A), (G), (J-1)

(A), (G), (J-1)

**Southern California Based Investigations**

A portion of the PENTTBOMB investigation focused on the support network for 9/11 hijackers Khalid Almihdhar and Nawaf Alhazmi and this was also a focus of the subsequent New York investigation Operation Encore. During the (A), (G), (J-1) (A), (G), (J-1) as well as the King Fahd Mosque were noted to be involved. The individuals in these locations were known to have contact with individuals assigned to the MIA/Dawa offices in the EKSA. As noted above, Fahad Althumairy was employed at the Saudi Arabian Consulate in LA in addition to being listed as employed in the EKSA Dawa office. The following additional persons of interest were working at the Consulate:

**Fahad bin Ibrahim Al Thumairy**

Fahad I A Al Thumairy  ( Fahad Althumairy )

DOB:  (P-1)

(J-3)

Abdullah Fahad Althumairy DOB: (P-1) , believed to be Althumairy's son, was initially (J-3) to visit California (google was listed) in 2013 but was later revoked.

(F)

(J-3)

**Summary: Fahad Althumairy was a Saudi Arabian diplomat assigned to EKSA as well as the Saudi Arabian Consulate in Los Angeles. Althumairy was a representative of the Ministry of Islamic Affairs and FBI queries were of interest to the highest levels of the Saudi government.  Althumairy was a close contact of the 9/11 hijackers support network and may have known Alhazmi and Almihdar and/or arranged for their meeting key members of the support network. Althumairy was an imam at the King Fahad mosque.**

(F)      Investigation was opened on Althumairy by LA in 2002 under (F) .

This investigation was originally predicated on information that ALTHUMAIRY was associated with an individual who had extensive contacts with two of the September 11th hijackers.

FBI investigation determined that ALTHUMAIRY had contact with
OMAR ALBAYOUMI, who had substantial contact with 9/11 hijackers
NAWAF ALHAZMI and KHALID ALMIDHAR. Further, ALTHUMAIRY was
identified ████████ (O-1) as a "hard core extremist" whose sermons
at the King Fahad Mosque appealed to the extremist and militant
attendees of the mosque.

████ ALTHUMAIRY departed Los Angeles on 02/06/2003 and
returned to Saudi Arabia for his brother's wedding. On
05/06/2003, ALTHUMAIRY re-entered the U.S., █████████████ (J-3)
█████████████████████████████ (J-3)
ALTHUMAIRY was interviewed by the FBI at the Los Angeles
International Airport. ALTHUMAIRY was refused entry into the
U.S. and was returned to Saudi Arabia on 05/08/2003. Subject was
interviewed in February 2004 █████████ (C-1) ████████ in Riyadh,



████ (C-1) ███ ALTHUMAIRY's ████████ (A), (G), (J-1)
because he was no longer in the United States, although he
█████████████████████ (G) █████████.

**Relevant Serials:**

████ A communication from Legat ████ (G) to Counterterrorism and Los
Angeles ████ (F) ████████ dated 12/17/2001 ████ (C-1)



▨▨ ▨▨▨▨▨▨▨▨ (F) ▨▨▨▨▨▨▨ On 03/10/2020 Operation Encore agents interviewed ▨▨▨▨▨ (P) ▨▨▨▨▨ regarding any knowledge that he may have regarding the relationship between ▨▨▨▨▨▨▨▨▨ (P) ▨▨▨▨▨▨▨ and the two 9/11 hijackers, Khalid Al-Mihdhar (Al-Mihdhar) and Nawaf Al-Hazmi (Al-Hazmi). ▨▨▨▨▨ (P) ▨▨▨ stated that he was told by ▨▨▨ (P) ▨ that Fahad Al-Thumairy, the Imam of the King Fahad Mosque, had asked him to look after two very "significant" people. ▨▨▨▨ (P) ▨▨ did not inquire into the word "significant" or why he referred to them this way, other then to say, that if Thumairy assigned him to look after someone it meant that they were important. ▨▨▨ (P) ▨ did request ▨▨▨ (P) ▨ to meet the two men, (Al-Mihdhar and Al-Hazmi), whenever they came across each other at the mosque. ▨▨▨ (P) ▨ would see ▨▨▨ (P) ▨ with the two men at the mosque almost every day, even sometimes in the company of Al-Thumairy in the library of the mosque.

▨▨ ▨▨▨ (P) ▨ states he was told by ▨▨▨ (P) ▨ that the two men were living at his house on ▨▨▨▨▨▨ (P) ▨. ▨▨▨ (P) ▨ stated to ▨▨▨ (P) ▨ that he had asked his sister, who was living there at the time, to move out and stay with ▨▨▨ (P) ▨ other sister for a couple of weeks, that he was having visitors stay with him and needed the space in the house. ▨▨▨▨▨ (P) ▨ was unaware when ▨▨▨ (P) ▨ had requested that of his sister.

▨▨ ▨▨▨ (P) ▨ recalls a conversation that he had with ▨▨▨ (P) ▨ shortly after the Al-Mihdhar and Al-Hazmi arrived in L.A. regarding the Mediterranean Restaurant on Venice Blvd. He states that ▨▨▨ (P) ▨ told ▨▨▨ (P) ▨ that he needed to take the two men to the Mediterranean Restaurant on Venice Blvd. ▨▨▨ (P) ▨ asked why he was taking them to that restaurant because the food was not very good, and the service was poor. ▨▨▨ (P) ▨ stated to ▨▨▨ (P) ▨ that he just needed to take them there. ▨▨▨ (P) ▨ did not question him any further about this topic, but advised the interviewing agents that people would go to that restaurant to have private meetings. [See **Bayoumi**]

**Mohammed S Almuhanna ( Mohammed Almuhanna / Mohammed Almohanna )**

DOB: (P-1)

(J-3)

Phone #: (P) , (P) ,
(P)

(F)

(J-3)

**Summary: Almuhanna was a Saudi diplomat and employee of the Saudi Arabian Consulate in LA.  Almuhanna was known to be a leader and spiritual guide amongst a militant group that separated from the King Fahd Mosque. Almuhanna was a close associate of Althumairy.**

Investigation was predicated on MOHAMMED ALMUHANNA's direct ties to FAHAD AL-THUMAIRY, a Sunni Salafi extremist with
ties to 9/11 (subject of (F) ).
ALMUHANNA was previously a consular official at the Saudi Consulate in Los Angeles, and is reported to have founded, with ALTHUMAIRY, the King Fahad Mosque. (O-1)
(O-1) "ALMUHANNA is a Sunni Islamic extremist associated with a radical form of the Salafi ideology...and a graduate of the Ibn Mohammad Islamic University in Riyadh" (F)
(F) .

███ Almuhanna is the son of prominent Saudi judge – Sulaiman Almuhanna (DOB: ███(P-1)███ ███████(J-3)███████ ██████(J-3)██████. ███(J-3)███ A brother is most likely Abdulmajed Almohna (DOB: ███(P-1)███ ).

**Relevant Serials:**

███ [ ████████(F)████████ dated 11/13/2003] ████(A), (G), (J-1)████ that Almuhanna had made an inflammatory speech at the King Fahd Mosque on 01/11/2002 calling for jihad.

███ ███████(F)███████ ████ Per interview of **Mohammed Alqudhaieen** (see herein) Almuhannad was invited by Alqudhaieen to provide sermons while in Tucson. Interviewee stated that al-Muhanna was a virulent critic of America and American society. According to ███(P)███ al-Muhanna was disdainful of Western values and was openly hostile to non-Muslims and Muslims who did not meet al-Muhannas religious standards. ██(P)██ ███(P)███ stated that many people in the Muslim community were surprised when al-Thumairy was not allowed to re-enter the United States, but no one was surprised that al-Muhanna was excluded.

**Sultan Mehmas Sultan Alkahtani ( Sultan Alkahtani )**

(F)

DOB: (P-1)



(J-3)



(J-3)

**Summary: Alkahtani was a Saudi Arabian diplomat and employee of the Saudi Arabian Consulate in LA. Alkahtani was a close associate of Almuhanna. Alkahtani's brother was identified as having been killed fighting for ISIS.**

**Relevant Serials:**



(F)      :    (A), (G), (J-1)           (A), (G), (J-1)
                (A), (G), (J-1)

Al-Muhanna is the subject of Los Angeles (A), (G), (J-1)    (F)    based on the extremist ideology which he has preached at the King Fahd Mosque in Los Angeles and a smaller mosque/madrassa school Al-Muhanna helped create known as the Dar Al Quran Education Center. Al-Muhanna has been associated with **Fahad Althumairy,** another religious mullah from the Consulate, who is the subject of Los Angeles FFI (G) . Al-Muhanna also gives religious guidance to the Islamic Center of Long Beach where he is in

contact with Hamad Al-Badr, _____ **(G)** _____ **(G)** _____.

**(A), (G), (J-1)**



_____ Prior FBI investigation has determined that Alkahtani's brother – Fahad Mihmas Alqahtani – _____ **(J-3)**
**(J-3)** prior to traveling to Syria to join ISIS where he subsequently was killed. _____ **(F)** _____



**Mutaib Alsudairi ( Mutaib Alsudairy )**

DOB: (P-1)

(J-3)



(F)

(J-3)



(J-3)

(P-1)



Asudairi's Virginia DMV photo that lists place of residence of
(P) Falls Church, Va in September 1999.


Summary: Mutaib Alsudairy and Adel Alsadhan were two Saudi
clerics and Saudi Arabian officials who entered the U.S. in 1999 and
met with Omar Albayoumi.  These individuals later attempted to reenter
the U.S.  Alsudairy is known to have lived with AQ facilitator Ziyad
Khaleel.


[     (F)        Serial  (F) ]           (O-1)
                        (O-1)                      (O-1)

(O-1)

DC and had        (J-3)         . (FBI Comment: This was the same arrival
date as al-Sadhan and both men listed                    (J-3)
                  (J-3)                   . Al-Sudairy was
an administrative officer at the Embassy of Saudi Arabia in
Washington, DC. He assumed duty on 14 June 1999. Al-Sudairy's position
was terminated on 11 April 2001. Prior to this
he worked at the Ministry of Islamic Affairs in Riyadh, Saudi Arabia
from March 1998 to June 1999. Al-Sudairy was reported to be
the nephew of Doctor Abdullah bin Turki, former
head of the Ministry of Islamic Affairs and Muslim World League
president.

(J-3)

                (F)                     FBI TA shows that al-Bayoumi called al-
Sudairy five (5) times while the hijackers were in San Diego with al-
Bayoumi. The dates
of the calls are significant. The first set of
calls are 24 January, 26 January, and 30 January 2000 - on these
particular days al-Bayoumi met the hijackers in Culver City, CA and
talked to them about coming to San Diego. The
next call occurred on 2 February 2000. On 4 February 2000 al-Bayoumi
co-signed a loan agreement for the apartment he obtained for
the hijackers and brought them to a Bank of
America to assist them in opening a bank account. The last call
occurred on 7 February 2000. A "welcoming party" for the hijackers
was coordinated by al-Bayoumi and likely held
on 17 February 2000.

      Al-Sudairy subsequently moved to Columbus, Missouri and al-Sadhan
moved to Lawrence, Kansas. While in Missouri, al-Sudairy
lived with **Ziyad Khaleel** (see herein) for about four months in
2000. Khaleel was a known key communications equipment procurement
officer for Usama bin Laden and provided satellite phones used
in the 1998 US Embassy bombings in Africa. The
two men opened a joint Post Office Box in Columbus, Missouri.
Following al-Sudairy's return to Saudi Arabia he met with Khaleel
twice. (FBI Comment: Khaleel was reportedly killed
in a car accident in Saudi Arabia in March 2002)

(J-3)

SA (S) note: Mutaib Alsudairy is the brother of long term LA Saudi Consulate employee Faisal Alsudairy (DOB: (P-1) )(confirmed via review of applications that confirmed same father and mother).

(J-3)

[ (F) ] Faisal Alsudairy was the subject of an LHM to (J-3) (A), (G), (J-1) (J-3) as well as (A), (G), (J-1) (J-3) (J-3) Another brother, Saud Alsudairy (DOB: (P-1) ) was a brother assigned as a diplomat at the EKSA. Another brother, Turki Alsudairy (DOB: (P-1) is noted in early New York Saudi investigative file and in PENTTBOMB files for unknown reasons. Another brother Ahmad Alsudairy (DOB: (P-1) ), an MOI officer, (J-3) (J-3) Ahmad was the (G) communication is unclear. Another brother Mishaal Alsudairy (DOB: (P-1) ) appears to have been (G) (G) . Another brother Bandar Alsudairy (DOB: (P-1) is an MOD police officer.

(J-3)

Faisal Alsudairy , Mutaib Alsudairy's possible brother, (J-3) (J-3)

**Adel Alsadhan**

DOB: 



**Relevant Serials:**

Captioned investigation was opened based on AL SADHAN works under WFO FI subject **MUSAED AL-JARRAH** ) at the Islamic Affairs Section of the Royal Embassy of Saudi Arabia (RESA) and helps AL-JARRAH coordinate/direct all Saudi Imams assigned to and/or financially supported by the Saudi government in the United States. AL SADHAN is believed to help AL-JARRAH support extremist Saudi Sunnis in the United States. AL SADHAN a believer in a radical form of Sunni Salafiyism and reportedly travels frequently within the United States.

[ Serial dated 09/26/2001] Interview of Doctor Abdussattar Shaikh: **Omar Albayoumi** introduced Shaikh to Mat'Ab Alsudairy and Adil Al'Sadhan, two scholars visiting from Saudi Arabia. They did not seem to know Albayoumi very well. Albayoumi was looking for somewhere for these two visitors to stay. Shaikh allowed them to stay with him. They stayed with him for approximately six or seven

weeks. [NOTE: Alhazmi and Almihdar also lived at Shaikh's residence at a later date. ████████ (F) ████████ This serial also noted that both Alsudairy and Alsadhan were imams at the Kurdish Mosque in El Cajon (San Diego)( See Albayoumi).

        Attempted to enter the US in 2013 as ████ (J-3) ████ but was refused. (J-3) (J-3)

(P)

(P)

DOB:    (P-1)

SSN:    (P-1)

Possible phone prior to 9/11/2001:    (P)    (LA) /    (P)

Possible present address:

(P)

Anaheim, CA

May be USPER of    (P)    origin


**Summary:**    (P)    **was a local hire as an employee of the Saudi Arabian Consulate in LA.**    (P)    **was a close associate of Alhtumairy and may have met Albayoumi prior to his supposed chance encounter with Alhazmi and Almihdar.  A phone associated with**    (P)    **later had contact with the support network of the hijackers in Virginia.**


**Relevant Serials:**


(F)    Listed employees of the Saudi Arabian Consulate as of 09/1999 which listed    (P)    as a translator with a US arrival date of 10/23/1991 although the biographical section noted he was an employee of the Saudi Cultural Attache in LA from 1979-1983.


In February of 2000, **Omar Al-Bayoumi** and Kaysan Bindon, aka Isamu Dyson, traveled from San Diego to the Saudi Consulate where Al-Bayoumi handled paperwork for passports for his family and picked up some religious materials. Afterwards they went to a restaurant near the King Fahd mosque where they met 9/11 hijackers Khalid Al-Mihdhar and Nawaf Al-Hamzi. When later interviewed, Al-Bayoumi and Bindon characterized this initial meeting as a chance encounter. On 08/03/2004, Bindon identified a photograph of    (P)    as the person at the Consulate who gave religious materials to Al-Bayoumi.

During the investigation of the 9/11 attacks by FBI personnel an associate of the hijackers identified as Isamu Dyson was interviewed and advised that he knew Omar Albayoumi from 1999. Dyson indicated that he once visited the Saudi Consulate in LA with Albayoumi and while there Albayoumi met separately with an unknown individual. [During an interview on 08/18/2003 Albayoumi described this person as follows: a tall individual, heavier than AL-BAYOUMI, with a long black/gray beard and not from Saudi Arabia. After this meeting they traveled to a cafe in Culver City where Albayoumi met with 9/11 hijackers Nawaf Alhazmi and Khalid Almihdar. At the time, investigators believed this meeting occurred in February 2000.

(F)                    Dated 04/2016] This serial details investigation of (P) as part of Operation Encore. Contrary to (P) claims of not discussing 9/11, a source reported that after the attacks (P) (O-1) stated "Isn't it great that our brothers are fighting?"

(F)                    Dated 04/2016] (P) known telephone number ( (P) ) was also known to have one contact (06/14/2001) with telephone (P) which was registered to an apartment used by Eyad Alrababah and (P) who both also provided significant logistic support to Mihdar, Hanjour and two additional hijackers. According to Alrababah, he met Hanjour and Hamzi at a 7-11 store "by chance" (similar to the story made by Albayoumi). In May 2001, Alrababah drove four of the hijackers to Connecticut and New Jersey. (D)
(D)

(F)                Dated 04/2016] (P) was a close associate of **Althumairy** and led prayers and handled administration at the King Fahad Mosque. Althumairy also served as an admin officer at the Saudi LA Consulate and held an office at that location.

**Omar Albayoumi**

Alternate names found: Omar Al Bayoumi  /  Omar A M Al Bayoumi  /
Omer Bayoumi  / Omar Bayoumi / Omar Bayayoomi  / Umar Albayoumi

Omar Abu Emad )

DOB:          (P-1)

(J-3)

(J-3)          It is known that Albayoumi, a Saudi national, had
entered the US in the decade before 9/11 and remained.

(F)

(F)

(J-3)

Summary:          Omar Albayoumi was directly involved with day to day
support of the Alhazmi and Almihdar.          (O-1)

(O-1)

Albayoumi was known to be paid by a Saudi affiliated company as a
"ghost employee" while in the U.S.  After Almihdar departed the U.S.
in June 2000, a nephew of Albayoumi's supposed employer moved into the
home.


**Relevant Serials:**


Omar Albayoumi was originally opened as          (A), (G), (J-1)
          (F)          Provided synopsis of Saudi official links
to Albayoumi:

███ Omar Albayoumi was a major subject of interest due to his close and confirmed contact with several of the 9/11 hijackers. The 9/11 Commission report speculated that Albayoumi worked for Saudi intelligence; however, could not locate any evidence and Albayoumi claimed his association with the two hijackers was based on a chance meeting. Information contained herein, ██████ (O-1) ████████ (O-1) ████████ (O-1) ████████ This is significant as Albayoumi (as well as others) was almost immediately available to Hazmi and Mihdar upon entry into the U.S. during a time period that both of these ill-prepared operatives were most vulnerable to possible detection. Albayoumi was being paid as a "ghost employee" of a Saudi company during his time in California. A relative of Albayoumi's boss within this company would later move in to the same apartment with Alhazmi after Mihdar's departure.

███████ (F) ████████ (O-1) ████████ (O-1) ████████████████████████████████████████████

███ The earliest reference to Albayoumi in electronic indices noted by writer were from 1998.

███ [ ███ (F) Serial ███ (F) ] On (A), (G), (J-1) 1998, ███ (F) ████ (A), (G), (J-1) ████████ (A), (G), (J-1) ████████ (A), (G), (J-1) new property has been purchased for a mosque, located at ████ (P) ████ (P) in El Cajon. The mosque will cater mainly to the Kurdish people. The person in charge is a Saudi (Egyptian descent), Omar Bayoumi, aka Abu Emad. The mosque number is ████ (P) ████, Bayoumi's residential number is ████████ (P) ████ and his cellular phone is ████ (P) ████. The property cost $580,000.00 and is going to be renovated. Saudi financing appears to be the means by which the property was bought and renovated.

[Date 04/01/1999] In this communication an interviewee advised that Omar Bayayoomi (phonetic), user of [P] [P] had delivered $400,000 to the Islamic Kurdish community in El Cajon, CA for the purpose of building the Al Medina Mosque. The money originated from the neighbors of Sheikh Al Zamel, Riyadh, Saudi Arabia. Interviewee also opined that Bayayoomi must be an agent of a foreign power or of Saudi Arabia. Omar Al-Bayoumi, pdob [P-1], [P-1] address [P] San Diego, CA (Villa Balboa Apt. Complex), wife Manal Bagader, telephone [P], may be identical to the "Omar Bayayoomi"

[ [F] ] An interview of an employee of Dallah Al Baraka in Saudi Arabia noted that Albayoumi first appeared to his knowledge in early 1995 as a result of AVCO Overseas Services dropping its contract with the Saudi Presidency of Civil Aviation (PCA) in part for the presence of "ghost employees" which AVCO was forced to pay for under the contract. The employee stated that the Director General of PCA at that time, [P] (DOB [P-1], had "side deals" regarding some of the ghost employees with AVCO whereby AVCO paid the expenses related to these individuals. Omar Albayoumi was one of the ghost employees. The interviewee estimated that there were approximately 50 such individuals on the books who were being paid for doing no work (for AVCO). When the contract was moved to ERCAN [P] assured the interviewee that he [P] wanted to Albayoumi to stay in the US and that the interviewee should not pry for information. The interviewee thought that Albayoumi was a huge financial drain on the program. The interviewee advised that whenever Albayoumi needed additional money beyond his salary that a purchase order would appear which was devoid of information on the item to be purchased but was already approved by [P]. These purchase orders were controlled by Mohammed Basharil ( Mohamed Basharahil )(PCA). Basharil and a Hamid Alrashid (PCA) would take the payment and wire transfer the money to Albayoumi's account.

[9/11 Commission Report] Saudi student Yazeed Alsalmi moved into the home in which Alhazmi resided after the previously noted departure of Almihdar. Yazeed Alsalmi (Yazeed S A Alsalmi ) DOB: [P-1] [J-3] was the [P].

[ [F] ] [ Anwar AULAQI and BAYOUMI clearly knew each other, as would be expected since each was a well-known member of the local Muslim community. While they may not have liked each other, they appear to have had an instrumental relationship in regard to the

EO14040-003517-UPDATED

hijackers, with phone calls between them becoming necessary for the support network's functioning and effectiveness.    [Anwar Aulaqi, Yemeni-American AQ operative, was associated with the hijackers while in San Diego and later moved to Northern Virginia (Dar Alhijra mosque) at the time that the hijackers were in Northern Virginia.    Aulaqi allegedly later met with several hijackers to include Alhazmi while working at the Dar Alhijra.    Aulaqi was later killed by U.S. forces in Yemen while a part of AQAP.] (F)
(F)

[        (F)        Serial  (F)  dated 10/03/2001 Interview of  (G)
(G)    ]  (G)    noted that Khadib has a "tight" connection to Omad Ahmed Albayoumi. Albayoumi is a braggart from a low status Egyptian family that migrated to Jeddah, Saudi Arabia. Albayoumi has access to Saudi money, more than $800,000, to build Mosques and Islamic schools. Albayoumi is considered by many in the Muslim community to be a Saudi Arabian intelligence officer, as he would come to the Mosque and video tape everything.  (G)  noted that Albayoumi is described as a social animal who has connections everywhere including the Minister of Islamic Affairs, the Saudi Consulate and even with known crooks.

[        (F)        Dated 04/2016 ] Operation Encore analysis:  (P)
described Bayoumi as a Saudi citizen with great respect inside the Saudi Consulate, well regarded by Consulate personnel who held a "very high status" when he entered the building.  Bayoumi's status was higher than many of the Saudi persons in charge of the Consulate.

[        (F)        ] On September 27, 2001, execution of a federal search warrant was conducted by the San Diego Division in a room utilized by Al-Bayoumi as an office within the Kurdish Community Islamic Center (Masjid Al-Madina Al-Munawara), located at 511 S. Magnolia Avenue, El Cajon, California. As a result of that search a copy of Al-Bayoumi's phone book, dated October 4, 2000 was seized.

    Listed in Al-Bayoumi's phone book were the following names and telephone numbers:

    Dr. Jameel Alshami      (P)      ; Saudi Embassy WA.  (P)
(P)  , AbdulAziz Assaleh
(P)      and F  (P)    **Khalid Asswailem**  (P)
(P)  and C  (P)  . **Saudi Consulate**      F
(P)  , **Islamic Affairs**  (P)  Abdullah Awaad  (P)  Sami
Assadhan  (P)  and Saad Al Jebreen,      (P)      LA, CA

90025. ▢ From January 2000 through May 2000, two known cellular telephones associated with Al-Bayoumi showed 32 calls placed to the Embassy, 24 calls placed to the Consulate in Los Angeles and 37 calls placed to the Cultural Mission.

[▢ **(F)** Serial **(F)** ] ▢ Al-Bayoumi is also linked to **Abdolrahman Barzanjee.** Barzanjee is a possible Al-Qaida associate, **(O-1)**



[SA ▢ **(S)** Note: Bayoumi's association with the Kurdish Mosque, reportedly paid for with Saudi money, and his association with Barzanjee may be of interest. According to open source reporting, AQ was exploring its associations with Iraq during this same time period which resulted in the organization of Ansar Al Islam in Northern Iraq's Kurdish areas. See ▢ **(F)**

[SA ▢ **(S)** note: Possible brother Ahmed Albayoumi has a more recent ▢ **(J-3)** .]

**Osama Basnan ( Osama Bassnan / Osama Yousef Bassnan / Usama Basnan )**

DOB:  (P-1)

SSN:  (P-1)

(P)

(F)

(J-3)

**Summary: Osama Basnan was also a known associate of the hijackers in Southern California.  A prior Saudi Arabian employee, Basnan was also known to have connections to the "Blind Sheikh."  Basnan and his wife were close friends of Bayoumi.  Basnan's wife, who was known to have sympathy for Hamas, was paid money by Saudi Ambassador Bandar's wife.**

**Relevant Serials:**

(F)                          This serial noted

(A), (G), (J-1)

[      (F)      ]       This investigation was predicated based on interviews conducted during the PENTTBOMB investigation. Information was developed that identified Osama Basnan as having a very close relationship with **Omar Al-Bayoumi,** who provided support to hijackers Nawaf Al-Hazmi and Khalid Al-Mihdhar in San Diego. Basnan was also reported to be the "Omad," or informal

mayor, of the Saudi Arabian Community in San Diego. Individuals in the Middle Eastern community opined that Al-Bayoumi was a Saudi Intelligence Officer and that Basnan came to San Diego to take his place. Basnan was living in the same apartment complex on 09/11/2001 where Al-Bayoumi and the hijackers had resided and Al-Bayoumi's mail was being forwarded to Basnan's apartment. Basnan harbors anti-American sentiments and espouses pro-UBL opinions.

Basnan entered the U.S. in 1980 (J-3) (J-3) (J-3) believed to be associated with the Saudi Embassy. Also in 1992, he hosted a party for the blind Sheik Omar Rahman in Washington, D.C. prior to the 1993 World Trade Center bombing. In 1998, he moved to San Diego and became the Omad. **In January of 1999, he began to receive $2,000 per month in his wife's name from the Princess Haifa Bint Faisal, the wife of Saudi Ambassador Prince Bandar. The checks were endorsed by Basnan and Al-Bayoumi's wife.** In April of 2001, Al-Bayoumi's wife and Basnan's wife were arrested together for shoplifting. In June of 2001, Al-Bayoumi and his wife claimed to leave the U.S. to return to Saudi, but actually went to London.

**In July of 2001, Basnan moved into the same apartment complex where Al-Bayoumi and the hijackers lived.** In August of 2001, the U.S. Post Office began to forward Al-Bayoumi's mail to Basnan's residence. On (A), (G), (J-1) was (A), (G), (J-1) who has provided extensive (A), (G), (J-1) of Basnan and his associates (A), (G), (J-1) . (A), (G), (J-1) (A), (G), (J-1)

[ (F) Serial (F) According to a witness, on October 17, 1992, **BASNAN hosted a party at the** (P) (P) **Washington D.C. for the blind Sheikh Omar Abdul Rahman.** The party was hosted in a common area party room located in the (P) complex where BASNAN lived. BASNAN's name was the tenant name on the reservation sheet for the party room the night the party was held. The witness identified Sheik Rahman from television photos. Sheikh Rahman attended the party along with a large entourage.

On (A), (G), (J-1) 2001, (A), (G), (J-1) Basnan (A), (G), (J-1) he hosted a party at his house for Sheik Omar Rahman. After Rahman was jailed, Rahman dispatched a

messenger to Basnan to instruct him not to contact Rahman in jail. Basnan stated (O-1) came to interview Basnan regarding his association with Rahman. Basnan lied to (O-1) about his association with Rahman and acted like he didn't speak any English.



2001, Basnan was questioned about Omar Abdel Rahman and the first World Trade Center bombing. Basnan acted like he did not understand the questions by (O-1) and the he played stupid putting on a production. Basnan stated .. Basnan was told by another

[ (F) Serial (F) ] In 1980, BASSNAN, a Saudi Arabian citizen, enters the United States (J-3) BASSNAN may be an operative for Saudi Arabian government and is in the United States illegally.

2. On October 17, 1992, BASSNAN hosts party for Sheik Omar Rahman, mastermind of 1993 bombing of World Trade Towers. [SA (S) Note: (F) noted the specific date to be 10/17/1992 ]

3. Since 1998, BASSNAN is considered the "Omad," or informal mayor of Saudi Arabian's living in San Diego, California.

Payments from Princess Haifa to Majeda Dweikat (Basnans wife), 1999-2001. Manal Bagader (Al-Bayoumis wife) co-endorsed three of the checks. Of the three co-endorsed checks, one check was deposited by Yasser Hijazi (Basnans associate) in Maryland; an attempt was made to deposit one check into Bagaders account, but the check was returned as payee not verified; and one check was deposited into an unknown account. FBI information indicated that from at least April 1999 through at least September 2001 Princess Haifa, the wife of Saudi Ambassador Prince Bandar, provided $2,000 monthly payments totaling $40,000 in checks and wire transfers to the wives of al-Bayumi and Basnan. Note: There is no indication of direct payments to Manal Bagader, the wife of Al-Bayoumi.

(F) On February 10, 2002, ABDULRAZAQ ALI A. ALTURKI, Managing Director, Namma Cargo Services was interviewed in Riyadh. ALTURKI worked as an assistant to Ambassador PRINCE BANDAR at the Saudi Embassy in DC and while working there in

about 1991 he met OSAMA BASSNAN. ALTURKI established numerous contacts at the Embassy which led him to his current professional status. ALTURKI's relationship with the Saudi government is very strong. ALTURKI is friendly with Saudi government officials and members of the Royal Family, particularly PRINCE BANDAR. ALTURKI travels to Houston, Texas where (P-1) In August 2001, ALTURKI departed the United States somewhat hastily, but because of pressure from work. ALTURKI did make stops in Washington DC and Boston on his return trip to Saudi Arabia, visiting friends in the Saudi Embassy. ALTURKI stated he has not provided money to BASSNAN. [ (F) , Serial (F) and (F) , Serial (F)

On May 14, 1992, (O-1) (O-1)

For financial activity: (F) Serial (F) . For summary see (F) Serial (F)

[ (F) Serial (F) ] On (A), (G), (J-1) 2002, (A), (G), (J-1) (F) , (A), (G), (J-1) (A), (G), (J-1) BASNAN recently obtained a large unspecific amount of money during his recent travel to Houston, Texas. BASNAN's friend, ABDULRAZAQ ALTURKI introduced BASNAN to MOHAMMED TURKI AL SAUD, a member of the Saudi Royal Family and part of the Saudi Arabian government delegation that was in Houston for a summit meeting with President Bush. AL SAUD was the person who gave BASNAN a large sum of money. (A), (G), (J-1) (A), (G), (J-1) BASNAN received money in excess of $10,000. BASNAN (A), (G), (J-1) gave a large portion of the money to his wife to give to her family who lives in the West Bank area of Israel. (F) , Serial (F) . [SA (S) note: (A), (G), (J-1) (A), (G), (J-1) Mohammed Alsaud (A), (G), (J-1) may have been Turki bin Abdullah bin Mohammed Alsaud (NFI).]

(F) On (A), (G), (J-1) 2001, Basnen asked (G) specific questions about how Anthrax and Small Pox are transmitted and what affects infection has on the human body. On (A), (G), (J-1) 2001, Basnen asked (G) specific questions about how Small Pox infection advances through the human body. Basnen (A), (G), (J-1) was true that just prior to dying a Small Pox victim suffers extreme abdominal pain. On (A), (G), (J-1) 2001, (G) (A), (G), (J-1) Basnen's wife, Majeda Dweikat, in possession of a book titled "Chemical and Biological Weapons: Anthrax and Sarin." The book was in Basnen's residence. (G) (A), (G), (J-1) Dweikat had tabbed a section of the book that showed the skin coming off the body.

(A), (G), (J-1)

**Abdullah A S Al Jraithen ( Abdullah Aljraithen )**

DOB: (P-1)

(J-3)

(J-3)

**Relevant Serials:**

(F) As outlined by writer in referenced
serial,
ABDULLAH ALJRAITHEN registered at the Travelodge Hotel in
Culver City, California with **OMAR AHMED ALBAYOUMI** on
12/20/1999 and checked out the following day. Little
additional information was located regarding ALJRAITHEN at the
time referenced serial was written.

After the September 11th 2001 terrorist attacks,
ALBAYOUMI was detained by New Scotland Yard (NSY), his
apartment was searched and documents were seized. A recent
review by NYPD Intelligence Research Specialist (IRS) (S)
(S) of documents obtained by NYO-JTTF from NSY yielded
further information regarding ALJRAITHEN (this information is
also described on (F) ALBAYOUMI's
telephone book contained an entry for Dr. ABDULLAH ALJOAITHEN,
with the numbers (P-1) and C (cell) (P-1) . (Analyst
note: the first number is presumed to be a Saudi number, the
second number appears to be a Saudi cell phone number given
the code "5" followed by a 7-digit number; neither number was
found in the Telephone Application.)

ECF searches on (P-1) and (P-1)
both yielded a hit on (F)
(O-1) , which describes reporting from a foreign
government service regarding "names and telephone numbers

EO14040-003525-UPDATED

appearing on a laminated card retrieved from the villa in Madinah, Saudi Arabia, where SHAYKH 'ALI KHUDAYR FAHD ALKHUDAYR AND SHAYKH AHMAD HAMUD MUFARRIJ ALKHALIDI were arrested during a raid conducted in late May 2003. The relevant entry on this contact list was for ABDALLAH BIN 'ALI AL-J'AYTHAN (P-1) and cell (P-1)   An IDW search on (P-1) yielded additional other government service information (O-1) : "DR. 'ABDALLAH AL-JUHAYN (P-1) " was found on a confiscated hard-drive from an October 6, 2001 raid on the Al-Haramayn offices in (O-1)

(G) According to a (G) report on ABDALLAH BIN ALI ALJAYTHAN: (G) Intelligence Assessment: Shaykh Ali KHUDAIR is a probable terrorist supporter (Financier). KHUDAIR was believed to be the source of weapons, passports, money and supplies for ANSAR AL-ISLAM operations in Iraq. Ali KHUDAIR is believed to be detained in Saudi Arabia.

(G) Also according to the (G) report, a 22-page Arabic language document containing instructions for making a variety of improvised explosives devices (IEDs) was found on a hard drive seized during the 05/27/2003 arrests of radical clerics and extremist shaykhs Ali KHUDAIR and Ahmad Humud AL-KHALIDI in Medinah, Saudi Arabia. Much of the material in the document closely parallels that in an explosives manual handwritten by Abu Khabab AL-MASRI, the former explosives and poisons trainer at the AL-QAIDA associated DERUNTA TRAINING CAMP in Afghanistan. (Source: (O-1) (O-1) AITHREAT@00001 NON-RELEASABLE)

EO14040-003526-UPDATED

**Islamic Foundation of Sheikh Ibn Taimmiyyah**

**11004 Washington Blvd, Culver City, CA**

**(King Fahd Mosque)**

**10980 Washington Blvd, Culver City, CA**

Ibn Taimmiyyah was a medieval Islamic jurist who's teachings formed the basis of Wahhabi doctrine (Ibn Al Wahhab). Ibn Taimmiyyah's teachings included the believe that Muslims could kill other Muslims (Takfir) which is utilized by AQ to justify attacks. The Saudi Arabian foundation that supports the King Fahd Mosque is named for Ibn Taimmiyyah.

The associations between Saudi Arabian diplomats who worked at the King Fahd Mosque and the hijacker support group are otherwise noted above. An additional person of interest is listed Chairman of the Ibn Taimiyyah Foundation Khalil Alkhalil.

**Khalil Alkhalil ( aka Khalil Khalil / Khalil Alkhaleel )**

DOB: ▮▮▮ (P-1)

(J-3)

(J-3)

[          **(F)**          Serial **(F)**          For the information of Los Angeles, **(O-1)**
**(O-1)**
          **(O-1)**          KHALIL al-KHALIL, who was head of the Islamic
Affairs Section at the EMBASSY OF THE KINGDOM OF SAUDI ARABIA
(SAEMB), Washington, D.C. about ten years ago, resides in
California          **(O-1)**          al-KHALIL set up the BIN (possibly
IBN) TAIMIYAH mosque in Los Angeles.          **(O-1)**          al-
KHALIL had access to a lot of money.


          **(F)**          Serial **(F)**          On December 6, 1999, **(P)**
(ALTHUMAIRY)
called          **(P-1)**          at 22:05:00 for 2 minutes. (This number is KHALIL
ALKHALIL's cell phone according to an FBI interview with FAHAD
ALQAHTANI.) At 22:58:00,          **(P)**          (ALTHUMAIRY) called          **(P)**
(ALBAYOUMI), duration 1 minute (note: this is believed to be the
first call between ALTHUMAIRY and ALBAYOUMI since the previous
year).


          **(F)**

**(A), (G), (J-1)**

(A), (G), (J-1)



EO14040-003529-UPDATED

(A), (G), (J-1)



EO14040-003530-UPDATED



(A), (G), (J-1)

EO14040-003531-UPDATED

**Other Offices Associated with EKSA**

Investigation of (A), (G), (J-1) activities within the US prior to and especially after 9/11 identified numerous "charities" and "non-governmental organizations" (NGO). Several of these organizations were (A), (G), (J-1) prior to 9/11. Although the (A), (G), (J-1) as an element many were (A), (G), (J-1) due to suspected funding of association with HAMAS. The connections of these "charities" and "NGOs" to terrorism is well documented both in open source and within (A), (G), (J-1) communications.

The primary NGO of Saudi Arabia was MWL under which operated the International Islamic Relief Organization (IIRO), Sana Bell (Sanabel Alkheer "Seeds of Charity")(an investment arm), Alharamain and World Assembly of Muslim Youth (WAMY). The Saudi charities such as MWL and IIRO were also affiliated with the Virginia based offices of the "Herndon charities" of which Sanabell ( Sana Bell Alkheer ) was a part as well as the SAAR Foundation. These were collectively run out of of offices at (P) in Herndon, Va. (A), (G), (J-1) (A), (G), (J-1)

[See (F) ] This serial documents the extensive ties to the Saudi Arabian government as well as extensive ties to terrorism – specifically AQ. AQ members were employed within these organizations and utilized funding for terrorism support and used the offices for cover for movement of personnel. Extensive open source information and court documents are also available detailing this same information.

(F) A telephone directory obtained by the FBI in 2002 listed the following additional offices under the title " Saudi Arabian Offices":

International Islamic Relief Organization (IIRO)

(P)

Falls Church

Muslim World League (MWL)

134 West 26th Street

New York, NY


World Assembly of Muslim Youth (WAMY)

4516 Old Columbia Pike

PO Box 8096

Falls Church, Va

Telephone: _____ (P)


The Islamic Center

2551 Massachusetts Avenue NW

Washington, DC


Institute of Islamic and Arabic Sciences of America (IIASA)

8500 Hilltop Road

Fairfax, Va

## Institute of Islamic and Arabic Sciences of America (IIASA)

(F)

Summary: Per above, the IIASA, located at 8500 Hilltop Road, Fairfax, Va., was affiliated with the EKSA.  The school was a U.S. subsidiary of the Imam Mohammed bin Saud University in Saudi Arabia. The EKSA was known to finance the IIASA and its primary administrators and teachers were Saudi Arabian diplomats.  The IIASA was one of the many pieces of Saudi proselytizing activity in the U.S.



Mohammed Alsaud is believed to be on left.  Bandar Bin Sultan Alsaud on right (seated).



Seated in front row of the above noted opening ceremony (left to right): Abdullah Alsaif (Saudi (J-3)        (A), (G), (J-1)        as hating

America); Abdullah Alnoshan (see herein) and Salah Albakhit ( Saleh Albakheet – PhD student).

[ (F) Serial (F) ]According to its website, IIASA is a non-profit educational institution affiliated with the Imam Muhammad Ibn Saud Islamic University (IMSIU) in Riyadh, Saudi Arabia. IIASA is one of six overseas institutions affiliated with the IMSIU. IIASA was established in 1988 in Fairfax, Virginia. The stated goals of IIASA are; to introduce the Arab-Islamic civilization to America and encourage the fruitful exchange between the two sides; to coordinate the efforts of scholarly exchange between the Kingdom of Saudi Arabia (KSA) and the United States of America; to offer workshops, undergraduate and graduate degrees in the fields of Islamic education and Arabic language teaching; to cooperate with North American universities and educational centers in teaching Islamic studies and Arabic language; to conduct and publish research; and to hold a series of annual academic and educational seminars.

[ (F) Serial (F) ] (A), (G), (J-1) was initiated in October 2002 based on information indicating that the IIASA was one of seven "Saudi Arabian Offices" located in the United States and on information indicating that an address found during a 05/30/2002 joint CIA/FBI (O-1) (O-1) raid of an Al-Qaeda safe-house in (O-1) (O-1) included an address utilized by an individual that listed their employer as the IIASA and their supervisor as being ABDULLAH BIN LADEN.

(A), (G), (J-1) the IIASA was associated with the WORLD ASSEMBLY OF MUSLIM YOUTH (WAMY), in Alexandria, Virginia and (P) **with the ISLAMIC ASSEMBLY OF NORTH AMERICA** (IANA) in Michigan, which are also funded by the Saudi Government. (A), (G), (J-1) not aware if IIASA provided any monetary support to terrorist organizations or groups; however, the individuals that worked at the IIASA were obviously recruiting individuals into extremist views.



Information provided by (G) (O-1)

(O-1)       NADWI was involved in facilitating the movement of Al Qaeda operatives involved in the 1998 U.S. Embassy bombings in Africa.

In 2003, NADWI's            (P-1)            in Mombasa, was linked to telephone numbers connected to 2002 Mombasa bombing suspect SALAH ALI SALAH NABHAN. (O-1)
(O-1)

Another individual associated with IIASA, ABDULLAH ALNOSHAN    (A), (G), (J-1), (D)            and financially to (A), (G), (J-1)   subject MUTAIB AL-SUDAIRY            (F) (F) ). ALNOSHAN was "employed at the IIASA as    (J-3)          " with the SAE and at the end of 1998 became the head of MUSLIM WORLD LEAGUE (MWL)            (F)

During January 2004,                    (J-3)
                        (J-3)
   (J-3)      Ten of those individuals returned to Saudi Arabia. The six that remained in the United States claim to have the legal status to do so. The Department of Homeland Security, Immigration and Customs Enforcement was notified that these six remain in the United States.

(D)

(D)

(D)

Below are some observations supporting the above:

(D)

(D)

(D)

(O-1)

According to its website, IIASA is a non-profit educational institution affiliated with the Imam Muhammad Ibn Saud Islamic University (IMSIU) in Riyadh, Saudi Arabia. IIASA is one of six overseas institutions affiliated with the IMSIU. IIASA was established in 1988 in Fairfax, Virginia. The stated goals of IIASA are; to introduce the Arab-Islamic civilization to America and encourage the fruitful exchange between the two sides; to coordinate the efforts of scholarly exchange between the Kingdom of Saudi Arabia (KSA) and the United States of America; to offer workshops, undergraduate and graduate degrees in the fields of Islamic education and Arabic language teaching; to cooperate with North American

universities and educational centers in teaching Islamic studies and Arabic language; to conduct and publish research; and to hold a series of annual academic and educational seminars.

During January 2004, (J-3)

(J-3)

(J-3)    Ten of those individuals returned to Saudi Arabia. The six that remained in the United States claim to have the legal status to do so. The Department of Homeland Security, Immigration and Customs Enforcement has been notified that these six remain in the United States.

(D)

(D)

(D)

(D)



(A), (G), (J-1)  (F)  (A), (G), (J-1)  that between
(A), (G), (J-1) and
(A), (G), (J-1) 2003 the IIASA deposited approximately $23,318,623 into
its accounts. The primary source of these funds was the Saudi Embassy
and the Saudi Arabian Monetary Association (SAMA).

A review of Virginia Corporation and Limited
Partnership Records indicates that the Institute of Islamic
and Arabic Sciences in America was incorporated on 10/26/1993
and voluntarily terminated on 08/18/1995. According to public
source information, the President of this corporation was
listed as His Excellency PRINCE BANDAR BIN SULTAN and the
Executive Director was SULAIMAN ALJARALLAH.

(F)  Those requested to be removed from
the U.S. by USDS were the following who were listed as Saudi Arabian
diplomats:

(O-1), (J-3)



EO14040-003540-UPDATED

**Muslim World League ( MWL )**

(F)

**Abdullah Alnoshan ( Abdullah Alnushan / Alnoashan)**

(Director) (G)



The Muslim World League (MWL) was created by the Saudi Arabian government in 1962 in order to combat the influence of Egyptian President Gamal Nasser's nationalist influence in the Arab world. Saudi Arabia has used this organization to spread the Wahhabist faith throughout the Islamic world as well as spread Islam in areas that were not known to be heavily Islamic. Saudi Arabia has financed many charity projects through MWL and other Non-Governmental Organizations (NGO's) in order to gain leadership over the Islamic community.  Many of these charities were known to have supported AQ and related groups both financially and operationally throughout the world.  MWL was the organization under which the International Islamic Relief Organization (IIRO) and other such as World Assembly of Muslim Youth (WAMY) operated at an international level.

**Relevant Serials:**

The US based office(s) of MWL and its director, Abdullah Alnoshan, were extensively connected to (A), (G), (J-1) See (F)

[REDACTED] (F) for connections to [REDACTED] (A), (G), (J-1) – the
connections being too extensive to summarize herein.  Alnoshan was
known to have been a "purchasing agent" for the EKSA (see
[REDACTED] (A), (G), (J-1) Alnoshan was an associate of Musaed Aljarrah.

[REDACTED] The address listed for MWL within the phone roster noted above,
the New York address, was formed into a sub-office by the time of the
creation of [REDACTED] (F).  The main office had been moved to 360
South Washington Street, Suite 300, Falls Church, Va.  This address is
listed as the office of IIRO on the phone roster – however, by this
same time IIRO had relocated to another office (see below).  The South
Washington address was owned by Sanabal Alkheir (a "Herndon Charity")
and was also, subsequent to 9/11, the location of the Dar Al Arqum
mosque which hosted many of the convicted "Northern Virginia Jihad
Group."  (see more below)

[REDACTED] (F) During the search of MWL's office space
in New York in
2005 the FBI found a document titled "First Annual Ijtima of
Mujahideen and Jihaad Conference" dated 1991. This document was
from Tehreek-E-Jihaad, Sherpur House, Karachi, Pakistan, and
included sign-up sheets. The conference was: "To publicize Jihad
on an international and inter-Islamic level."

[REDACTED] The [REDACTED] (A), (G), (J-1) connections with MWL are extensive and are best viewed
within [REDACTED] (F)

**World Assembly of Muslim Youth ( WAMY )**

(F)

**Abdullah Bin Laden**

(G)

**Related:** (G)

(J-3)

**Relevant Serials:**

[          (F)          Serial  (F)  ]:        Analysis revealed that the WORLD
ASSEMBLY OF MUSLIM YOUTH, aka al-Nadwa al-'Alamiyya lil Shabab
al-Islami, is headquartered out of Mecca, Saudi Arabia.
WAMY's U.S. headquarters is located at POB 8096, Falls
Church, VA 22041, telephone number                (P)
WAMY's U.S. business address is 4300 Evergreen Lane,
Annadale, Virginia 22003. Further analysis revealed
that WAMY presents itself as an individual and family
services organization and youth center. Additional
analysis revealed that WAMY's U.S. director is a member
of the BIN LADIN family, nfi.

     Also, analysis has revealed that        (A), (G), (J-1)
                              (A), (G), (J-1)

EO14040-003543-UPDATED

WAMY is believed to be a subsidiary or affiliate of
the MUSLIM WORLD LEAGUE, aka Rabitat al'Alam al-Islami,
headquartered in Mecca, Saudi Arabia; the INTERNATIONAL
ISLAMIC RELIEF ORGANIZATION, aka Hay'at al-Igatha
al-Islamiyya al-'Alamiyah, headquartered in Jeddah, Saudi
Arabia; ISLAMIC STUDENTS ORGANIZATION, headquartered in
Mecca, Saudi Arabia; ISLAMIC CHARITY COMMITTEE, aka
Lajnat al-Birr al-Islami, headquartered in Jeddah,
Saudi Arabia; ISLAMIC CENTER SOCIETY, headquartered in
Saudi Arabia; AL-WAIF FOUNDATION, aka al-Waif al-Islami,
headquartered in Saudi Arabia; the SAUDI HIGH
COMMISSION FOR RELIEF, headquartered in Saudi Arabia;
and, the KUWAITI JOINT RELIEF COMMITTEE, headquartered
in Kuwait.


WAMY first appears in FBI electronic indices as a lead to FBI from
Legat       (G)       from 1995/1996:

          (F)          :       The French National Police Renseignements
Generaux (RG)
has established that Mokhtar Jaballah, a Tunisian national
residing in France, member of the Ennahda, and president of the
G.I.F.--an association RG describes as supporting the ideology of
the Muslim Brotherhood--has been in contact with the World
Assembly of Muslim Youth. This organization has an office in the
U.S., at the address: WAMY Regional Office in VA--America, P.O.
Box 8096, Falls Church, VA 22041-8096; telephone          (P)
and        (P)        ; fax          (P)

          (F)          (4) The translation of a publication
entitled "WORLD ASSEMBLY OF MUSLIM YOUTH", which gives information of
the methods and teachings on terrorism.

The publication entitled "WORLD ASSEMBLY OF MUSLIM
YOUTH" lays out in great detail the fundamentals, tactics, and
logistics of waging a war on ones enemies through acts of
terrorism.

In particular, the publication lists duties,
requirements, and responsibilities including: (1) collecting
information on the enemy and his neighborhood, (2) removing
soldiers from the enemy; taking its documents, secrets and
weapons, (3) killing the enemy's personnel as well as foreign
tourists, (4) releasing our brothers imprisoned by the enemy, (5)
spreading rumors and communiques to turn the population against
the enemy, and (6) causing the explosion, the destruction and the

EO14040-003544-UPDATED

sabotage of entertainment spots, immoral and debauched areas.

Other sections in the document refer to members' essential and typical qualities, methods of communication, travel, security measures, meetings, and the purchase and transport of weapons.



(A),(G), (J-1)

(A), (G), (J-1)

(A), (G), (J-1)    (G)

(G)

(G)    . According to ACS/TA, BINLADEN has been in contact with the telephone number for                      (P)                . One of the telephone numbers used by    (P)   at his current address is registered to the AOU. THE AOU is a correspondence school for Islamic studies which may be connected to the Muslim Brotherhood.                (C-1)                 that the AOU allegedly arranges paramilitary training in Pakistan and is partially funded by the Saudi Club

(A), (G), (J-1)

[SA    (S)   Note:        (G)        (        (G)        ) .      (A), (G), (J-1)

(A), (G), (J-1)

(A), (G), (J-1)                              (see    (F)

(F)    Mohammed Harunani ]

[See page 432 of 9/11 Commission Report – " 28 pages "]

EO14040-003545-UPDATED

(O-1)

(O-1)

FBI toll records indicate that on June 21, 2000, TRANSCOM INTERNATIONAL was in telephonic with a telephone number in Hamburg, Germany. This German telephone number was listed in FBI telephone applications (ACS) from toll records taken from the PENTTBOMB investigation.

(C-1)

(C-1)

(C-1)                                    (O-1)

(O-1)

On 10/12/2001, (P) who is a Teacher's Assistant at (P) School, told the FBI she recognized one of the 09/11/2001 hijackers after his picture was displayed on television. (P) was introduced (in early June 2001) to Marwan Al-Shehhi by Harunani. Harunani's children had been enrolled at the school. MARWAN Al-Shehhi had accompanied Harunani as he was picking his children up from school. (P) stated she remembered the name because the name was so unusual.

On 10/15/2001, (P) was shown a photographic lineup which consisted of only the photographs of MARWAN AL-SHEHHI, HAMZA S. ALGHAMDI, MOHAND AL-SHERRI, and AHMED AL-GHAMDI from United Flight 175 with no names or any other identifying data. (P) immediately, and without hesitation, pointed to the photograph of MARWAN AL-SHEHHI as being with the man she saw with Mohammed Harunani at the (P) Falls Church, Virginia in early June 2001.

## International Islamic Relief Organization ( IIRO )

(G)

**Summary: The IIRO office** (G) **morphed into an** (G) **into the Success Foundation (Mohammed Salem Omeish) which did not note a confirmed tie to the EKSA. It is believed that this organization was originally created as IIRO within the same offices of MWL but then some of the personnel moved and created a separate organization. Listed herein as it was originally listed as an office of the EKSA** (G) **. The history of IIRO related to the purpose of this document focuses more on the time period prior to the 9/11 attacks.**

IIRO was established in Jeddah, Saudi Arabia, in 1978. The IIRO has been identified as the "social arm" or "operating arm" of the Muslim World League. The Secretary General of the Muslim World League said it provides "humanitarian assistance" through the IIRO. (FTAT-G)

As noted above (see under MWL), the IIRO was originally listed as being located at the (P) address which was later assumed by MWL. Although listed herein, the relevance of the IIRO office to the 9/11 investigation would most likely be from the 1990s and prior to its move to the (P) address (G) Mohamed Salem Omeish (G) appeared to alter IIRO into the Success Foundation (G). Thereafter it appeared to be primarily associated with HAMAS/MB support. Its alienation away from Saudi Arabia is highlighted by the fact that Omeish shared office space with Abdulrahman Alamoudi who was convicted of attempting to assassinate then Crown Prince (later King) Abdullah of Saudi Arabia in coordination with Libya. Prior to the Omeish, the director of the IIRO office appeared to be Kuwaiti Tariq Alsuwaidan.

Tareq AlSuwaidan - per Wikipedia, Tareq Al-Suwaidan is a Kuwaiti writer, historian , businessman, and Muslim scholar. Al-Suwaidan is believed to be the leader of the Muslim Brotherhood and has "extremist inclinations." Al-Suwaidan was banned from the US in 2000 following his comments "Palestine will not be liberated but through Jihad. Nothing can be achieved without sacrificing blood. The Jews

will meet their end at our hands." In 2007, Al-Suwaidan was listed by the U.S. federal prosecutors, along with a group of U.S. Muslim Brotherhood members, as an unindicted co-conspirator in the terrorism financing case against the Holy Land Foundation for Relief and Development which was convicted along with its leaders of financing Hamas. Al-Suwaidan is known for his anti-Semitic remarks, hate for Jews, and push for electronic Jihad among youth.

AlSuwaidan is listed in Public Records as the Secretary/Treasurer for the International Relief Organization' (IRO) (G) located in Falls Church, VA, (with the President listed as Sulaiman AlAli and the Vice President as Abdullah M. AlMahdi). Chicago provided information in (F) (an ec dated 11/7/96 to OKC) that AlSuwaidan is known to have received at least $11,000 from the IRO and that ABRAR Investments, of which AlSuwaidan was once an officer, provided $60,000 to the IRO.

Finally, (F) indicates potential ties by AlSuwaidan to Mohammed Saleh (G) incarcerated in Leavenworth, KS for his part in the TERRSTOP case which involved plans to bomb the United Nations building and other targets in New York. "Umar Al-Utaibah / Tariq Suwaidan" (believed to be a reference to Tareq AlSuwaidan) was found (during the period March 14 - May 8, 1997) on a document in Saleh's cell written in Arabic with telephone number (P) beside the entry. Saleh also had ABRAR Investment Inc.', (for which AlSuwaidan was alleged to be an officer) listed in the documents with telephone number (P) .

Tareq Mohammad AlSuwaidan, aka Tariq Mohamed AlSuwaidain; Tariq Swidan; DOB (P-1) is of Kuwaitian nationality and is a non-US person. His SSAN is (P-1) . According to the address book of Marzook, AlSuwaidan "heads a group of gulf companies that belong to the Muslim Brotherhood." He was formerly affiliated with the Islamic Relief Organization (IRO), Falls Church, VA; Abrar Investments; and Solidarity International for Kuwait. He allegedly has a cousin who was the Deputy Head of the Kuwaiti Air Force in 1990. AlSuwaidan is credited with providing the money for the land purchase on which the Tulsa mosque and school now stand. (A), (G), (J-1) (A), (G), (J-1) AlSuwaidan currently provides $50,000 per month to the Tulsa mosque, 20% of which is taken off the top for the benefit of HAMAS.

████ It is known from ████████ (A), (G), (J-1) ████████ that
IIRO was located for a period of time at ████████ (P) ████
(P) Washington, D.C. During this time it was co-located with
the organization Solidarity International for Kuwait that was
started by Tareq Al-Suwaidan.

1. Incorporation Records:

████ A 1992 Annual Report for IRO ████ (P-1) ████ listed the
following:

**Sulaiman Al Ali** President ████ (P) ████ Falls
Church, Va.

Abdullah M. Al-Mahdi VP ████ (P) ████ Falls
Church, Va.

Tareq M. Al-Swaidan S/T ████ (P) ████ Alex,
Va.

Principal Address: ████ (P) ████ Falls Church, Va.

████ A 1993 Annual Report for IRO ████ (P-1) ████ listed the
following:

**Sulaiman Al-Ali** President ████ (P) ████ Falls
Church, Va.

Abdullah M. Al-Mahdi Vice President ████ (P) ████ Falls
Church, Va.

Tareq M. Al-Swaiden S/T ████ (P) ████ Alex,
Va.

Abdul Al-Moslah Officer ████ (P) ████
Falls Church, Va.

Freed Qurash Officer ████ (P) ████
Falls Church, Va.

Salah Badahdh Officer ████ (P) ████
Falls Church, Va.

████ A 1994 Annual report for IRO was similar to the 1993
report except listing all addresses as ████ (P) ████
(P) , Falls Church, Va.

A 1995 Annual Report for IRO ▓▓▓ (P-1) ▓▓▓ listed the following:

Sulaiman Al-Ali President ▓▓▓ (P) ▓▓▓
Falls Church, Va.

Abdullah M. Al-Mahdi Vice President

Tareq M. Al-Mahdi S/T

Abdul Al-Moslah Director

Salah Badahdh Director

Freed Qurashdi Director

Principal Address: ▓ (P) ▓ Falls Church, Va.

In 1998, IRO offices were searched in relation to Chicago FBI's ▓▓▓ (G) ▓▓▓ with which IRO had invested. Shortly afterward, Sulaiman Al-Ali suddenly returned to Saudi Arabia in August 1998.

The IRO was ordered dissolved on 08/19/1998. All asset and liabilities were transferred to the Success Foundation, Inc.

On 03/23/1999, IRO (corporate ID ▓▓ (P-1) ▓▓, primary address ▓▓ (P) ▓▓ Falls Church, Va., was ordered re-instated. The new officers were listed as follows:

Sulaiman Al Ali Removed ▓▓▓ (P) ▓▓▓
▓ (P) ▓ Falls Church, Va.

Mohamed S. Omeish President ▓▓▓ (P) ▓▓▓
Alexandria, Va.

Abdullah M. Al-Mahdi Vice President ▓▓▓ (P) ▓▓▓
▓ (P) ▓ Falls Church,
Va.

Tareq M. Al-Suwaiden S/T ▓▓▓ (P) ▓▓▓

Abdul Al-Moslah Director ▓▓▓ (P) ▓▓▓

Salah Badahdah Director ▓▓▓ (P) ▓▓▓

A filing dated 07/22/2000 for IRO ████████ (P-1) listed the primary address as ████████ (P) and the only officer as Mohamed S. Omeish, ████████████████ (P).

**Sulaiman Alali ( Soliman Ali Elay / Sulaiman Ali Alali / Sulaiman Kabbala / Sulaiman Kabrara / Soliman Elay )**

DOB:        (P-1)

    (J-3)        Va ID and two SSNs.

Per PPT entered the US as Elay on 09/03/1998 on Saudi Airlines and last departed as Elay on 08/08/1999 on Malaysian Airlines.

Va Drivers license was issued in 1995 under Sulaiman Alali

Associated with Sanabell, IIRO, Global Chemical and Albayoumi.

    (F)

    (F)            (A), (G), (J-1)

        (F)            (A), (G), (J-1)

    (J-3)

**Summary: Sulaiman Alali was associated with IIRO and other "charities" and global investment entities such as Global Chemical        (G)
        (G)        . Alali was paid by Sanabell and had a physical and financial connection to Omar Albayoumi. Alali returned to Saudi**

Arabia prior to 9/11 but has at least one son, Amro, who joined Alqaeda. According to open source, Alali was the president of IRO and a major shareholder of Global Chemical. Alali's son Amro is a known AQAP member.

[                    (F)          dated 05/23/1997 ]        Reference Butel advised of the possible location of Suleiman Al-Ali, who is the Director of the International
Islamic Relief Organization's (IIRO) in the United States. Al-Ali is believed to be a friend of Al-Gama al-Islamiyya supporter Zahir 'Abd Al-'Aziz, who reportedly has ties to Islamic extremist circles throughout the Balkans. Al-Ali reportedly maintains a telephone number of        (P)        , which is subscribed to by the "International Relief Organization,"                (P)            Falls Church, VA 22046-4417.

[              (F)              ]      A corporate record for INTERNATIONAL RELIEF
ORGANIZATION INC., at          (P)          Falls Church, VA 22041 with
    (G)      (Alali) listed as President. Incorporated 7/22/91 in Virginia, status is active. Enclosed is a D & B report for INTERNATIONAL RELIEF ORGANIZATION INC.,              (P)              Falls Church, VA 22046, Telephone number        (P)          This organization provides humanitarian aid.

[              (F)        Serial    (F)  Dated 11/02/2001 ]      Alali used an address associated with Albayoumi on banking information in 1998.  At a business in La Jolla, CA Alali listed Albayoumi ( Omar Baymi ) as his emergency POC.  While residing in California at one address Albayoumi was listed on Alali's rental application as a co-tenant/friend.  During this time Albayoumi and Alali listed their employment with Dalla Company, Saudi Arabia.

[            (F)        Serial    (F)  dated 11/21/2002 as well as above serial]
      Banking records from 10/21/1998 to 08/05/1999 noted that Alali deposited 32 checks from Sanabell totaling over $128,000.  Sanabell also directly paid rent and other expenses.  During same period Alali paid Albayoumi almost $7000.

EO14040-003553-UPDATED

███████   Alali has multiple children who were ████ (J-3) ████   Alali's son Amro Syliman Alali ( Amro Alali ) was a known AQAP member (see ████ (F) ████ ).   After a short incarceration, Amro Aalali was released by Saudi authorities.



Amro Alali - AQAP Member / Son of Sulaiman Alali

**U.S. Based Clerics Paid by Saudi Arabia**

**Summary: As part of Saudi proselytizing efforts, Saudi Arabia supported many U.S. based clerics either directly via training and funding (via the EKSA) or via charities and schools (IIASA).**



[                        dated 2003] The original list provided the following names:

Names Salary



(A), (G), (J-1)

At the time this list was provided ░░░ (G) ░░░ had ░░░ Abuelgasim Osman Ramadan ░░░ (G) ░░░, KHALED I. Al-SOWEILEM ░░░ (G) ░░░ (G) ░░░ Abdel-Moniem M. El-Hillali ░░░ (G) ░░░, Abdullah Arafa ░░░ (G) ░░░, Nasser F. Almogbel ░░░ (G) ░░░, and Fareed S. Ajlan ░░░ (G) ░░░ (G) ░░░ were identified as employees at the EKSAB in the Islamic Affairs Office. Preliminary Inquiries were conducted on ░░░ (G) ░░░ to better identify their function at the EKSAB. All were confirmed as employees at the SAEMB by the United State Department of State list of Embassy employees. ░░░ (G) ░░░ has ░░░ (G) ░░░ (G) ░░░ (G) ░░░ (G) ░░░ will continue with ░░░ (G) ░░░ (G) ░░░



The list of individuals were all queried through ACS revealing ░░░ (G) ░░░ (G) ░░░. The following are possible matches with individuals ░░░ (G) ░░░: Ali Sulaiman Ali ░░░ (G) ░░░, Jamal Mohammad Abdellatif ░░░ (G) ░░░ (G) ░░░, Tajuddin Bin Shu'aib ░░░ (G) ░░░

(G)            , Omar Abdi Mohamed                    (G)            Nizam
A. Rouf Zaman            (G)            Salah Al-Rashood            (G)
Monir Yasin Al Farra            (G)       Jameel A. Ahmen       (G)
Mohammed Al Mohanna            (G)       and Abdulaziz Ahmed            (G)
    (G)       Omar Al-Khatab            (G)                  Ridwan Aremu
Yussuf            (G)       Mohamed Munaf Mohamed            (G)
    (G)       Sulaiman Al-Bali            (G)


            (G)            revealed the following additional names of
interest as receiving a stipend from the EKSA (only relevant
individuals are noted herein):


            FAHAD AL-THUMAIRY departed the USA for Saudi
Arabia on 02/14/2002. While in the USA he resided at            (P)
    (P)       Culver City, CA. In 1998, per direction of the
Da'wa Office of EKSA, AL-THUMAIRY owned and operated a
bookstore near the King Fahd Mosque (KFM)in Culver City, CA,
in an effort to oversee Islamic propagators in California.
AL-THUMAIRY was also a member of the KFM.

Name: FAHAD AL-THUMAIRY
Aliases: Fahd Ibrahim Abdullah Althumairy,
Sheikh Fahd Bin Ibrahim Al Thumairy
SSN:       (P-1)
DOB:       (P-1)
POB: SAUDI ARABIA
INS Status:       (J-3)      ;
                  (J-3)
Case #:            (F)
IFTA funds: $4,837.31 (2002)
$4,305.13 (2003)


            (P)                  ,       (P)            San
Diego, CA,            (P)            Islamic Center of San Diego
and       (P)                  the Islamic Services Foundation.
    (P)       is a member            (P)            of the
Muslim Brotherhood in the USA, and            (P)       the HOLY
LAND FOUNDATION FOR RELIEF AND DEVELOPMENT (HLF). The HLF was shut
down by the US government on 12/04/2001 due to its fund-raising
connections to Harakat Al-Mugawamat Al-Islamayya (HAMAS).
    (P)            for HLF, traveling throughout the US for this
purpose.       (P)       was interviewed on 7/8/04, prior to the arrest of
several HLF leaders for material support to terrorism (       (F)
    (F)    ).       (P)       has received various checks from FAHAD AL-THUMAIRY,
and is            (P)                  in the San Diego       (P)       system.

EO14040-003557-UPDATED

Name: ███████ (P)
Aliases: ████████████ (P)
SSN: ████ (P-1) ██████
DOB: ███ (P-1)
████ (P-1)
POB: ████ (P-1)
INS Status: USPER since 1991
Case #: ██████████████████ (F)
IFTA funds: $533.33 (2002)

██████ ADEL M. AL-SADHAN departed the USA on

10/25/01. While in the USA, AL-SADHAN resided at ████████ (P)
██████ (P) LAWRENCE, KS; and shared a post office box
address with MUTAIB AL-SUDAIRY, ████ (P) Columbia, MO.
AL-SADHAN was employed at the EKSA until ████ (J-3)
Choicepoint now shows a possible new address, as of 1/1/05, as
█████████ (P) JERSEY CITY, NJ.

Name: ADEL M. AL-SADHAN
SSN: ████ (P-1)
DOB: ███ (P-1)
POB: SAUDI ARABIA
INS Status: ████ (J-3) Departed USA (?)
Case # ████████████████ (F)
IFTA funds: $100.55 (2002)

██████ MUTAIB A. AL-SUDAIRY resided at ████ (P)
██████ (P) Fairfax, VA, and was employed as an
Administrative Officer for EKSA until ████████ (J-3)
██ (J-3) AL-SUDAIRY departed the USA on 5/1/01 and re-entered on
6/6/01. AL-SUDAIRY was detained and charged as an immigrant
without documents subject to deportation. AL-SUDAIRY departed
the USA on 10/25/01. ████████ (J-3)
████ (J-3) and has since been linked to suspected Al-Qaeda
operatives in Saudi Arabia.

Name: Mutaib A. Al-Sudairy
Alias: Mutaib A. Al-Sudairi
Muteb Al-Sudairy
Moteb Al-Sudairy
Motaib Alsudairy
SSN: ████ (P-1)
DOB: ███ (P-1)

EO14040-003558-UPDATED

Other Saudi Arabian entities and personnel who formed the core of the Saudi proselytizing and intelligence gathering community during the time period leading to 9/11.


Islamic Foundation of America (IFA)

Ibrahim Binkulaib ( Ibrahim Almogherah )

(J-3)

(F)


Abdullah Alkhwyter

(G)

(J-3)

(J-3)


The IFA was first known as the GLORIOUS KORAN, originally located on George Mason Drive, Falls Church, VA, was established in 1996 in order to teach the Koran in the

Northern VA area. The school subsequently relocated and began
to rent a space located at 6606 Electronic Drive, Springfield,
VA 22151. This building was later purchased by the EKSA for
$6,000,000 and taken over by ZAM ZAM INTERNATIONAL INC. which
is synonymous with the IFA. Source further
reported that the IFA had routinely received funding from the
EKSA.

The IFA was operated by Ibrahim Almogherah (aka Ibrahim Binkulaib
) who also operated alongside of          (A), (G), (J-1)
Saudi Naval Attache Abdullah Alkhwyter. Alkhwyter was known to be
associated with the address of Alelm ( Al Elm Research and
Development) in Norfolk, Virginia –          (A), (G), (J-1)
          (A), (G), (J-1)          . [NOTE: Alajroush (herein) was also
listed as an officer of Alelm. (The uses          (A), (G), (J-1)          may
be similar to Albayoumi's use of a          (A), (G), (J-1)          for his
expenses/payments during his time in California.)          (F)

IBRAHIM A. ALMOGHERAH, DOB:          (P-1)          , was
listed under the Administrative and Technical Staff as an
Administrative Officer of the Embassy of the Government of
Saudi Arabia (EKSA), who assumed his duties on 05/13/1991, but
was named (by the names of AL-KULAIB, BINKULAIB and AL-
MOGHERAH)          (A), (G), (J-1)          was
          (J-3)
          (J-3)

**Relevant Serials:**

          (F)          (A), (G), (J-1)          the
primary Saudi based financier of the IFA was Abdulaziz bin Fahad
Alsaud.          (F)          Abdulaziz bin Fahad was known
to support the funding of students at the IIASA.

In March, 2006,          (A), (G), (J-1)          BINKULAIB and AL
SAWY are still in negotiations regarding the future of IFA,
however, AL-SAWY is losing faith in the possibility that it will
work out. iIn the meantime, the IFA is being run by GAMAL HELMY
and MOHAMED AFIFI (aka HUSSEIN AFEEFY). SAUD AL-SUWELIM, head of
Islamic:Affairs at the EKSA,          (A), (G), (J-1)
          (A), (G), (J-1)
          (A), (G), (J-1)          who runs Friday



prayers, was in Sudan caring for his sick father, MOHAMED IBRAHIM was still teaching the small kids Quranic Studies, and SAEED AL HURAISHI (aka SAID AL-HURCHI) was active behind the scenes during prayers. AL-HURAISHI is Syrian and owns an Islamic publishing company on Edsall Road in Springfield, VA.: A-HURAISHI is a member of the Muslim Brotherhood (MB).


[            (F)            ] On 01/08/2013            (A), (G), (J-1)

(A), (G), (J-1) weets for Alsaud (using         (G)         account) in which he spoke with Sulaiman Ahmed Aldweesh during which Alsaud stated that the death penalty should be applied to the arrested Saudi writer  Turki Alhamad.  In another tweet Alsaud stated that jihad was the greatest pinnacle of Islam.         (A), (G), (J-1)         Ayed Alqarni is a personal sheikh of Prince Abdulaziz Bin Fahad Bin Abdulaziz Alsaud.

**American Open University ( AOU )**

(G)

**Jaafar Sheikh Idris**

(G)

**Jaafar Sheikh Idris  ( Jaafar Idris / Gafar Idris )**

**DOB:** (P-1)

**Under Gafar Idris and Jaafar Idris, Idris had** (J-3) (J-3)

**Sons Yousef Idris** (G) **and Abdulrahman Idris and Abdulmoneim Idris.**

**Associated with MWL and Ali Altimimi.**



Jaafar Idris is the father of Yousef Idris (an associate of the Northern Virginia Jihad group) and Abdulrahman and Abdulmoneim Idris. Abdulrahman was utilized to teach Arabic culture/language to US Special Forces in Limerick, Maine.  Jaafar Idris, (J-3) (J-3) was a close associate of jihadi groups operating within the U.S. such as Ali Altamimi and the "Northern Virginia Jihad Group."



according to an (A), (G), (J-1) American Open University, 3400 Payne Street, Suite 200, Falls Church, Virginia, 22041; telephone (P) (P), fax (P), is connected to the Moslem Brotherhood and arranges for paramilitary training in Pakistan. At the time, Salah El-Sawi, PHD, was the President of American Open University.

In 1998, a group of individuals began attending lectures provided by Sheikh Jaafar Idris (hereinafter Sheikh Jaafar). These lectures were typically provided at the residence of Sheikh Jaafar and occasionally featured a guest lecturer named Sheikh Ali Al-Timimi (Al-Timimi). Over time these lectures attracted large crowds and were eventually moved to a more accommodating location, American Open University (AOU), located in Falls Church, Virginia. After the lectures were moved to AOU, Sheikh Al-Timimi started offering more frequent and regular lectures. Sheikh Al-Timimi's lectures became so popular and so well attended that in 1999, some of Al-Timimi's followers opened the Dar al Arqam Islamic Center. Once at the Dar al Arqam, Sheikh Al-Timimi assumed the role of the primary lecturer. Al-Timimi became very popular and was well-respected for his knowledge about the topic of jihad and his outspoken views. Al-Timimi was willing to discuss the topic of jihad openly while other speakers were not. Once the lectures were moved to the Dar al Arqam, a smaller core group of followers emerged. After Al-Timimi's lectures, typically delivered on Friday nights at the Dar al Arqam, this small group of individuals would meet for hours into the night to discuss various topics with Sheikh Al-Timimi.
During these closed discussions, Sheikh Al-Timimi frequently would provide his personal opinions on the topic of jihad, particularly the need for his followers to prepare themselves so that they would be ready for the day when their service in support of jihad would be needed.
In response to Sheikh Al-Timimi's guidance on the topic of jihad, a few members from the core group decided to organize regular para-military training using the cover of apparently innocuous endeavor, recreational paint-ball activities. The organizers of the jihad training group (Yong Kwon, Nabil Gharbieh, Ibrahim Hamdi, and Hammad Abdur-Raheem) established rules and procedures to ensure operational security and secrecy. Members of the group were

well versed on the rules, and new members were required to acknowledge
their acceptance of such rules. Weekly jihad training
sessions were organized and conducted on private land owned by the
uncle of Abdullah Zikria, one of the jihad training group members. The
weekly training consisted of physical para-military training using
paint-ball as a means of instruction and religious instruction on the
topics of jihad, typically through the readings of certain hadith
related to jihad.  The jihad training sessions were led primarily by
those with prior United States military experience, such as Idris
Surratt (USMC), Saif Chapman (USMC), and Hammad Abdur-Raheem
(U.S. Army), and those with prior jihad military training, such as
Ismail Royer and Ibrahim Hamdi. In addition to the weekly jihad
training sessions, many of the group's members purchased AK-47 type
rifles, the primary weapon used by mujahideen throughout the world,
and began to practice their firearms proficiency and marksmanship. The
group also kept abreast of the current events related to
ongoing jihad, in areas such as Chechnya or Kashmir, and discussed
these events during their weekly
training sessions.
Interviews have revealed that the core group of participants in the
jihad training group had aspirations of eventually fighting in actual
jihad and dying shaheed (a martyr). The lectures at Dar al
Arqam became a common meeting place for those participating in the
jihad training. Members of the group would meet at the Dar al Arqam on
Friday night and would discuss their plans for meeting the
next morning and traveling to the jihad training. Members of the jihad
training group would often meet at members' homes and watch video
tapes depicting jihad in regions such as Kashmir and Chechnya.
Soon after Sheikh Al-Timimi's lectures moved to the Dar al Arqam, many
member's of the core group became acquainted with an individual named
Ismail Royer (aka Randall Todd Royer). Royer would attend Al-Timimi's
lectures and would sometimes stay for the closed discussions with Al-
Timimi.  Royer became well known for his experiences fighting jihad in
Bosnia. In April 2000, believed to be
prior to the initiation of the weekly jihad training activities, Royer
traveled to Pakistan to attend an Lashkar-e-Taiba (LET) training camp.
As of the current date, it is unclear who facilitated Royer's
travel to the LET camp. Investigation indicates that Royer may have
used his own contacts, possibly developed through his past experiences
in Bosnia; may have used contacts provided by Shiekh Al-
Timimi; or may have used others, yet unknown, to facilitate his
travels.  Sometime around July 2001, Saif Chapman embarked on his own
trip to the same LET training camp that Royer had attended. It is
unclear at this time who facilitated Chapman's travel to the camp.
Chapman is believed to have been at the LET camp on September 11,
2001. Travel records indicate
that Chapman returned to the United States on September 19, 2001. Upon
his return to the United States, Chapman discussed his travels with

several others from the jihad training group. Chapman
indicated to some that he had purchased some land near the camp so
that he and his family could move there. In August, 2002, Chapman left
the United States for Saudi Arabia, apparently at the guidance of
Sheikh Al-Timimi. Chapman is a current resident of Saudi Arabia and is
believed to be working for the Saudi Ministry of Education as an
English teacher. As a result of his activities in this investigation,
Chapman was indicted by a Federal Grand Jury of the US District Court
for the Eastern District of Virginia on June 25, 2003. Chapman has
been detained by the Saudi government. During the year 2000, the
paint-ball group used to meet in the parking lot of the **INSTITUTE OF
ISLAMIC AND ARABIC STUDIES IN AMERICA (IIASA), aka THE MAHAD.**

[          (F)                              (A), (G), (J-1)

IDRIS is of Sudanese origin who came to the U.S. in the 1980's as a
student when Dr. HASSAN TURABI, an Islamic fundamentalist, became
Minister of Justice in Sudan. Sudan was proclaimed an Islamic
state abolishing the Constitution and implementing Sharia
(Islamic) laws. He was sent to the U.S. along with 14 other
individuals for post-graduate studies in Islam. They joined the
Islamic center in Houston, Texas, which later was transferred to
Fairfax, Virginia          (A), (G), (J-1)        this is the Institute of
Islamic and Arabic Sciences of America). These students were a
back-up for TURABI who had dreams of becoming a leader in the
Islamic world. The 15 obeyed TURABI blindly as he gave them the
scholarships in the U.S. Many of the 15 worked in the Saudi
embassy as the Saudis trusted the Sudanese.

(G)      had contact with OMAR AHMED ALI ABDEL
RAHMAN (aka: the blind Sheikh) who was found guilty of being
involved with the first attack on the World Trade Center in 1993.
(G)      was in contact with a Sudanese intelligence officer under
NOTE:        (A), (G), (J-1)        that revealed that several    (A), (G), (J-1)
(A), (G), (J-1)   were involved with the first attack on the World Trade
Center as well as a plot to bomb several prominent New York City
landmarks          (A), (G), (J-1)
(A), (G), (J-1)

IDRIS and ALI AL-TIMIMI          (G)
(G)          co founded the DAR AL-ARQAM mosque which grew
out of Muslim Student's Association at George Mason University
and Northern Virginia Community College. This mosque now
operates out of 360 South Washington Street, Falls Church,

Virginia which is also the home of several Hamas front
organizations as well as the Muslim World League (MWL) the
subject of another FBI full investigation. This building is also
owned by Sanabel Al-Kheer which is the investment arm of the
International Islamic Relief Organization (IIRO) (G)
(G)                                    AL-TIMIMI is a known
radical Islamist                    (G)            supporting
several individuals who are believed to have left the U.S.
shortly after 09/11/2001 to fight for the Taliban against the
U.S.


Al-Timimi started weekly Islamic study sessions
Friday evenings after general prayer at Dar Al Archem. The study
sessions evolved into in depth discussions of jihad, or holy war,
against unbelievers. The sessions, were originally held at the
Dar al Arqam, 360 South Washington Street, Falls Church, VA (a
two-story office building) and began around 8:00 PM. The study
session would meet after the general session, after most of the
congregation had left, around 11:30 PM. The study sessions were
not open to the public and only certain members were invited. (A), (G), (J-1)
          (A), (G), (J-1)
(A), (G), (J-1)            The meetings are now even more private
and held at the individual residences of the members, not at the
mosque.


This group/study session identify themselves as
"wahabi's", though they do not state that publically. The
'wahabi' group is lead by Ali Al-Timimi, Yousef Idris and Mohamed
Al-Kahtani. Other members of the group include: (P)
(P)
(P)
Select members of this group have also participated in Jihad
training exercises. On (A), (G), (J-1) 2001,    (A), (G), (J-1)        chart
depicting the primary leadership and participants in jihad
training exercises which included the following:

ADMINISTRATORS: (P)




VISITOR:
        (P)

**Al Haramain Islamic Foundation  ( Alharamain )**


**Suliman Al Buthe (aka Soliman Albuthe / Suliman Albuthe / Soliman Albutti )**

DOB:    (P-1)

(J-3)


(G)

Related:    (F)

(F)    herein)

(J-3)


**Summary:  Alharamain foundation is a Saudi Arabian Islamic "NGO" or "charity" who had multiple offices worldwide designated as terrorist supporting entities by the United States for their support of AQ related groups.  Within the U.S. the Alharamain office was located in Portlan, Oregon and was later specifically designated along with its primary operator Suliman Albouthe.**


(G)    The Al Haramayn or Al Haramain Islamic Foundation(AIF) has been reported as a Saudi Arabian funded Islamic charitable organization that distributes books, video/cassette tapes and leaflets which espouse radical Islamic thoughts. AIF has been utilized as a front organization for supporting and facilitating

the movement of Islamic Mujahadin into areas of Kosovo, Chechnya,
Pakistan, Afghanistan and Bosnia. A French National Police report
about Islamic humanitarian organizations described the Al Haramain
Islamic Foundation as having ties to the members of extremist Islamic
organizations (Gamaa Islamiya in Egypt and I.S.F. in Algeria) and as
serving as a cover/point of logistical support for the Arab Mujahadin
in Pakistan, Afghanistan and Bosnia.

In ▓▓▓▓▓▓▓▓▓▓▓▓ (P) ▓▓▓▓▓▓▓▓▓▓▓
(P) ▓▓ (P) is identified as ▓▓▓▓▓▓▓▓▓ (P) ▓▓▓▓▓▓▓ of the
Al Haramain Foundation. It is further stated in ▓▓▓▓ (P) ▓▓▓ that "an
African chapter of the Jedda, based group was identified in a 1999
State Department report as one of the suspect terrorist groups
operating in Nairobi, Kenya, before the bombing of the U.S. Embassy
there in 1998." ▓▓▓▓ (P) ▓▓ also states the group has a chapter in
Ashland, Oregon and has an account at the Bank of America.

▓▓▓ An inquiry through the Oregon Secretary of State
Corporate Records database revealed the Al Haramain Foundation, 1257
Siskiyou Blvd, #224, Ashland, Oregon, Business Identification Number,
60062388, is an assumed business name with an active status. The
original filing date for the entity was 10/22/97.The business license
was renewed on 10/18/99 and changed with renewal on 10/27/99. ▓ (P) is
listed as ▓▓▓▓▓▓▓▓▓ (P) ▓▓▓▓▓▓ and ▓▓ (P) ▓▓ using the same
address as the foundation. Soliman H. Albut'he was ▓▓▓ (P) ▓ as a
▓▓ (P) ▓ using the same address.

▓▓▓ On 12/31/97, the Al Haramain Islamic Foundation
purchased the residence at ▓▓▓▓▓ (P) ▓▓▓ Ashland, Oregon, for
$190,162 in cash. Review of documents obtained from Jackson County
Title pursuant to the issuance of a grand jury subpoena revealed the
registered agent signing on behalf of the foundation was Soliman Al
Buthe.

▓▓ For information, as described in referenced ▓▓▓▓ (F) ▓▓
▓▓▓ (F) ▓▓▓ (F) ▓▓▓ Soliman H. Albut'he is further identified
in ▓▓▓▓▓▓▓▓▓▓▓ as being Soliman Albut'he, aka
Soliman H. S. Albut'he, date of birth ▓▓▓ (P-1) ▓ citizen of Saudi
Arabia, passport number ▓ (P-1) using (P) 's mail drop address of
▓▓▓▓▓ (P) ▓▓▓▓ (P) and the address of ▓ (P) 's
residence and local mosque at ▓▓▓▓▓▓▓▓ (P) ▓▓▓▓. This
serial referenced a ▓▓▓ (O-1) ▓
document identifying Albut'he as a Saudi national entering the United
States with $200,000 in U.S. Currency in 1997.

▓▓ Soliman H. Albut'he is believed to currently be in Saudi

Arabia and in daily telephonic contact with (P)  Based on source
information, it is believed that Albut'he is utilizing Saudi Arabia
cellular telephone number (P-1) and is associated with (P-1)
(P-1) Riyadh, Saudi Arabia. It is further believed that Albut'he is
the money supply for the Al Haramain Foundation, (P)
(P)  Albut'he is further believed to
be involved with (P)  an ISP with access to a high speed
data line. Albut'he has been identified with website (P-1)
Reportedly, Albut'he is the source of income related to (P)
(P)  which was co-owned by (P) and Ferhad Erdogan. Erdogan
indicated in a recent interview that (P) is now in complete control
of (P) .

Other Individuals Associated with Saudi Arabia as well as the 9/11
Investigation:

Saleh Alhussayen  ( Saleh A A Al Husayen / Saleh Alhusayen )

DOB: (P-1)

(J-3)

(J-3)

Summary: Saudi cleric and Saudi government official Saleh Alhussayen
entered the U.S. prior to the 9/11 attacks.  According to statements
by he and his wife, Alhussayen was in the U.S. to visit mosques and
Islamic organizations who were provided funding from Saudi Arabia.
According to an interview of Alhussayen's wife, Alhussayen was invited
by and visited Mohammed Alahmari.         (A), (G), (J-1)

(A), (G), (J-1)

Alhussayen was staying at the same Northern Virginia hotel as Nawaf
Alhazmi on the evening prior to the attacks.  Alhussayen's nephew,
Sami Alhussayen, was a Saudi Arabian student arrested for providing
material support to AQ.

Relevant Serials:

(F)                     dated 2002]     As a matter of background,
FBI Seattle has identified

EO14040-003570-UPDATED

SALEH ALHUSSAYEN as an official or employee of the Saudi (government). SALEH ALHUSSAYEN and his wife, FADDIAH PETERSEN, traveled to the United States from Saudi Arabia in August, 2001 and remained in the U.S. until mid-September. On 9/17/2001, both ALHUSSAYEN and his wife were interviewed by FBI WFO. This interview and ████████ (A), (G), (J-1) ████████ was prompted by the fact that hijacker NAWAF AL-HAZMI had checked into the same Marriott Residence Inn in Herndon, Virginia on 9/10/2001 in which SALEH ALHUSSAYEN was staying. During said interview, SALEH ALHUSSAYEN advised that he had only traveled to the U.S. on one other occasion approximately twenty two (22) years ago. **He claimed no knowledge of the hijackers and stated that he had come to the U.S. via JFK IA on 8/20/2001 at the request of his friend IANA leader MOHAMMED AL-AHMARI.  (See below Salah Alrashood)**

████  As part of our investigation into the attacks of September 11, 2001 FBI Agents from Washington Field Office interviewed SALEH AL-HUSSAYEN. The interview was conducted due to the fact that he was a registered guest in the same hotel the hijackers from Flight 77 stayed in on September 10, 2001, the night before the attacks.  SALEH AL-HUSSAYEN informed the Agents he was a retired Saudi Government Official and currently worked at fund raising for charity organizations.  SALEH AL-HUSSAYEN informed the Agents he was in the United States to visit some Mosques that had been built with charity funds. He stated he did not know the hijackers and was only staying at that hotel because it had a kitchen which allowed him to make his own food.

████████ (F) ████████  An interview was conducted of Alhussayan's wife ( Faddiah Peterson ) after Alhussayan experienced the medical emergency.  Peterson advised that Alhussaysn had visited while in the US the offices/personnel of IANA, Global Relief Foundation and IIIT. Peterson advised that they visited Michigan, Chicago, Pittsburgh and Canada prior to Virginia.

████████ (F) ████████ (The above mentioned) Mohamed Al-Ahmari, the leader of the Islamic Assembly of North America (IANA) in Ypsilanti Twp., Michigan, is a leading Salafi figure and Saudi dissident. ████ (A), (G), (J-1) ████
████████ (A), (G), (J-1) ████████

(A), (G), (J-1)

Of interest is that Saleh Alhussayen is the (A), (G), (J-1) (A), (G), (J-1) a Saudi student living in the U.S.

**Sami Alhussayen**

DOB: (P-1)

(J-3)

Related: islamtoday

(J-3)

FBI Seattle identifies Sami Al-Hussayen as a citizen of Saudi Arabia and a non-USPER currently enrolled in the College of Graduate Studies, Department of Computer Science at the University of Idaho (U of I) in Moscow, Idaho. (A), (G), (J-1)

(A), (G), (J-1)

It is also important to note that a connection between Al-Timimi and **Mohammed Al-Ahmari** has been established (A), (G), (J-1) (A), (G), (J-1) . Al-Ahmari is a close associate of Al-Hussayen. Al-Ahmari is a leading Salafist and former president of the IANA. Al-Ahmari is very supportive of USAMA BIN LADEN (UBL) and (A), (G), (J-1) (A), (G), (J-1) that actively support Jihad against the United States. AL-AHMARI recently departed the United States for Qatar in an effort to start an IANA branch there.

On September 24, 2001, the Washington Field Office (WFO) received documents from a search related to a visit to the U.S. of Saleh Al-Husayen. The documents indicate that Al-Husayen is promoting the use of the media to present the Arab world in a favorable view. He is also promoting the formation of Islamic organizations in the U.S. to pursue political agendas.

On page 1 of the document, under Page 3, the name Saleh Al Husayen appears. A review of ACS indicates one reference to Al Husayen, indexed on 9/27/01. He was born on 1/1/31 in Sharqua, Saudi Arabia and has Saudi Arabian passport number (P-1) (P-1) Special/Official passport. A review of serial (F) , an FD-302, indicates Al-Husayen was interviewed by the FBI in Herndon, Vi(S) The next name on the document is Shaikh Khalid Al-Swailim, Washington, D.C., work telephone (P) , mobile (P) and fax number (P) . A review of ACS was negative on Al-Swailim. A review of Telephone FOIMS indicates

(A), (G), (J-1), (D)

(A), (G), (J-1), (D)

(A), (G), (J-1), (D)



(A), (G), (J-1), (D)

(A), (G), (J-1), (D)
(A), (G), (J-1), (D)

The second name on page 78 of the document is (P)
(P)
(P)    Springfield, Virginia, work telephone    (P)    , fax
number    (P)    and mobile number    (P)    . A review of
ACS indicates an    (P)    (G)
(G)    indexed on 10/13/98.

**Salah Alrashood**

Name: Salah Alrashood
SSN:        (P-1)
DOB:        (P-1)

(J-3)

(J-3)

Phone:        (P)

(G)

(J-3)

**Summary:** Per above, Alrashood is a Saudi Arabian diplomat and paid
cleric who operated in the Pittsburgh area.        (A), (G), (J-1)
(A), (G), (J-1)

**Relevant Serials:**

(G)        SALAH AL-RASHOOD,
dob    (P-1)   , the
Executive Manager of the ATTAWHEED FOUNDATION (AF), revealed his
association with many individuals who have been the subjects of
FBI full field terrorism investigations in the US including
(A), (G), (J-1)
(A), (G), (J-1)        After the September 11, 2001, attacks,
(A), (G), (J-1)

(A), (G), (J-1)
(A), (G), (J-1)



(A), (G), (J-1)

(F)          (A), (G), (J-1)
(A), (G), (J-1)

SALAH AL-RASHOOD departed the USA on 12/15/2002; he later attempted to return but was denied re-entry into the USA. While in the USA, AL-RASHOOD resided at (P) Pittsburgh, PA, and was the head of the AL-TAWHEED ISLAMIC CENTER, a/k/a ATTAWHEED FOUNDATION, which provided financial support to the Mujhadeen in Chechneya. (A), (G), (J-1)
(A), (G), (J-1)
(A), (G), (J-1)    Alrashood was paid approximately $55,000 in 2002 by the EKSA.

The number (P) is subscribed to Salah AL-RASHOOD, (P) Pittsburgh, Pennsylvania. AL-RASHOOD is (A), (G), (J-1)    (A), (G), (J-1)
(A), (G), (J-1)

(A), (G), (J-1)    The word "marriage" is a word used by terrorists to denote martyrdom or attack. FBIHQ

reported that an

(A), (G), (J-1)



Ahmed Kattan ( Ahmed Qattan / Ahmad Kattan / Ahmed Khattan )

DOB: ▮ (P-1)

▮ (J-3)

▮ (F)

▮ (J-3)

Summary: Ahmed Kattan was ▮ (J-3) and high level official at the EKSA.  Presently he is the Minister of African Affairs. ▮ (A), (G), (J-1) ▮ (O-1)
(O-1)

▮ (F) ▮: ▮ KATTAN has been identified as a ▮ (O-1) ▮ (O-1) who works closely with Ambassador Prince BANDAR. KATTAN, ▮ (O-1) ▮ (A), (G), (J-1) ▮ (A), (G), (J-1) ▮ (A), (G), (J-1) ▮. ▮ (O-1) ▮ (O-1)

▮ (F) ▮: Kattan was from a poor family but had been with Prince Bandar for 20 years (as of 2003). ▮ (O-1) Kattan was responsible for the departure of the Bin Laden family members following 9/11.



[ (F) ]    (A), (G), (J-1)    (O-1)
(O-1)
(O-1)
(O-1)    (A), (G), (J-1)    (A), (G), (J-1)



(D)



(D)



(D)

(F)          Hassan Noor
Malim Kumbi was involved sometime around 09/10/1998 with planning
a terrorist attack against U.S. interests in Kampala. Kumbi was
arrested after KENBOMB and had explosive residue at his
residence.                                        (C-1)
       (C-1)              (C-1)
              (C-1)

According to                          (F)            a Ali
Humeid, brother in law of 2002 bombing suspect Hassan Said Omar,
is a teacher at Kisauni Islamic Institute.

According to                          (F)            a Shaykh
Siraj Rahman Nadwi Al-Qadhi - a principal at the Kisauni Islamic
Institute - helped facilitate the movement of students to
Afghanistan.

According to                          (F)            Shaykh
Rahman Nadwi Al-Qadhi assisted in the placement of a member of
the Salafist Group for Preaching and Combat (GSPC) - Shaykh Ahmad
LNU - as the director of the Tawhid Islamic Center. Prior to his
arrival, Ahmad reportedly trained and fought in Afghanistan.
Based on recommendations from Saudi financiers of the Al-Haramain
organization.

The above is deemed important as it shows a direct
transfer of funds from a Ministry of the Government of Saudi
Arabia, through the EKSA, to the IIASA for forwarding to a
foreign entity associated with terrorism. It should also be

noted that the Ministry of Defense and **Aviation** has been associated with the financing of other "charities" such as MWL and IIRO (see ▮▮▮▮▮▮▮▮ (F) ▮▮▮▮▮▮▮▮ which provides more evidence against the Saudi claim that these organizations are NON-Governmental Organizations (NGOs).

**Khaled Alsowailem ( Khaled Al Sowailem )**

DOB:          (P-1)

          (J-3)

Memo: works at the Ministry of Islamic Affairs

Telephone:          (P-1)

Email:          (P-1)          [NOTE: In the past writer has noted the
use of 911 in various emails of          (J-3)          Writer cannot
confirm if this is a reference to the 9/11 attacks.]

Wife:  Bushra Alkhamais

                              (J-3)

                              (J-3)

Telephone          (P)          Mobile          (P)          Fax          (P)

          (F)

          (J-3)

Summary: Alsowailem was a high level employee of the Saudi Dawa office
as a diplomat at the EKSA.

     Alsowailem was interviewed by FBI on 10/08/2001 but claimed
diplomatic immunity.

                         (A), (G), (J-1)
                         (A), (G), (J-1)

In November, 2004 FBIHQ requested that a                    (A), (G), (J-1)
                              (A), (G), (J-1)



                    (A), (G), (J-1)                          AL-SOWAILEM left
Washington, DC in June 2003
to take a position as the General Director of Da'wa Abroad in
Saudi Arabia effective 8/30/2003.


                         (A), (G), (J-1)
                            (A), (G), (J-1)
              (A), (G), (J-1)                        detail that DA'WA is an
Arabic word which means "the calling" as in the preaching of
Islam, in this case, Wahhabi Islam.            (A), (G), (J-1)
                         (A), (G), (J-1)






                         (A), (G), (J-1)
   (A), (G), (J-1)        head of the DA'WA office at the Embassy of the
Kingdom of Saudi Arabia, a posting which he held until June 2003
at which time he departed for Saudi Arabia.         (A), (G), (J-1)
                         (A), (G), (J-1)
the DA'WA office, one of their responsibilities was to handle the
logistics for the annual Muslim pilgrimage in Saudi Arabia. DA'WA
was also responsible for the salaries of Islamic preachers in the
United States and for the shipment of religious books and copies
of the Koran to those that request them. The majority of those
requesting copies of the Koran were affiliated with the prison
chaplain program. Investigation has shown that the DA'WA
responsibilities are now handled by the Islamic Affairs office at
the EKSA.

      From the time AL-SOWAILEM left the EKSA until March
2005, he kept in contact with MUSAED AL-JARRAH            (G)
who began handling the business previously handled by AL-SOWAILEM
at the EKSA.

**Possible Pre 9/11 Test of Airline Security**

Muhammmad Alqudhieen

DOB: ____(P-1)____

_____(J-3)_____

Hamdan Alshalawi

DOB: ____(P-1)____

_____(J-3)_____

_____(J-3)_____

Summary: Mohammed Alqudhaieen and Hamdan Alshalawi were Saudi nationals and ____(J-3)____ who conducted activities on a U.S. based flight that were deemed by FBI Phoenix as being potential case activity for the 9/11 attacks. Alshalawi is a known AQ operative.

[ ____(F)____ ] Muhammad Abdullah Ibrahim Al-Qudhaieen, DOB: ____(P-1)____ , ____(P)____ Tucson, Arizona; ____(A), (G), (J-1)____

_____(A), (G), (J-1)_____

Al-Qudhaieen at that time utilized a slightly different DOB of ____(P-1)____ . Al-Qudhaieen is ____(A), (G), (J-1)____ _____(A), (G), (J-1)_____ on 11/19/1999, Al-Qudhaieen and his associate Hamdan Ghareeb Al-Shalawi, address ____(P)____ Tempe, Arizona

85283, telephone ████(P)████, were aboard America West Airlines flight #90 from Phoenix to Washington D.C. with one stop in Port Columbus, Ohio. During the flight, Al-Qudhaieen, according to the flight crew, acted agitated, spoke very loudly in Arabic and asked repeated specific questions about flight times, stop times on the flight and the plane causing the flight crew to become suspicious of him. Flight Attendant ████(P)████ ████(P)████ advised Al-Qudhaieen tried to open the cockpit door "on two occasions." The pilot, Captain ████(P)████ ordered an emergency runway evacuation, notifying ground personnel of two suspicious men on board, before they reached the Columbus airport. In accordance with the pilot's wishes, security teams and the local police removed the two men in handcuffs from the plane and swept the plane with bomb sniffing dogs. Both men were interviewed separately by Cincinnati FBI. Al-Qudhaieen said he believed he never touched the pilot's cockpit door but that he was searching for a bathroom and he might have inadvertently touched the pilot's cockpit door. In a separate interview, Al-Shalawi advised Cincinnati FBI that Al-Qudhaieen did ask him where the bathroom was and Al-Shalawi related that he told Al-Qudhaieen to go to the rear of the aircraft to use the bathroom. However, Al-Qudhaieen disappeared from Al-Shalawi's view toward the front of the plane and was gone for several minutes.

████U.S. District Court transcripts revealed the following information: Al-Qudhaieen and Al-Shalawi were traveling to Washington D.C. to a reception being hosted by the President of Imam University in Ridyadh, Saudi Arabia. Both men are alumni of Imam Mohammed Bin Saud Islamic University, ████(P-1)████ ████(P-1)████ Kingdom of Saudi Arabia, telephone: ████(P-1)████. Al-Qudhaieen graduated with a B.A. in English and then spent several years on staff there as a teacher's assistant.

████████████ On 10/22/2001, the ████████(O-1)████████ following information: In late 2000, Hamdan Bin Ghareeb Abdullah Al-Shalawi, DOB ████(P-1)████, POB ████(P-1)████ Saudi Arabia, married with five children; was traveling to Saudi Arabia through Pakistan. **Al-Shalawi is known to have received training in Afghan terrorist camps and intended to conduct Al-Khobar type bombings.** No further specifics were available ████(O-1)████ Al-Shalawi left the U.S. to return to Saudi Arabia in August 2001. ████████(J-3)████████ ████████(J-3)████████ Based upon this information received on Al-Shalawi, he was designated ████(G)████ ████(G)████ In light of the terrorist attacks on 09/11/2001, this incident is being re-examined to determine whether Al-Shalawi and Al-Qudhaieen were conducting a dry run and/or test of

America West Airlines in-flight security procedures.
(A), (G), (J-1)                                              Based on
analysis of reporting that AL-QAEDA operatives do extensive
research and testing prior to actual terrorist attacks, and Al-
Shalawi's terrorist training, Phoenix believes this represented a
test or trial run in preparation for 09/11/2001.

**Militant proselytizing within the U.S., the movement of individuals involved in such activity into the U.S. and the existence of AQ members amongst identified Saudi Arabian government personnel** ▓▓ (J-3) **continued post 9/11.**

▓▓ ▓▓ (G) identified extremist Saudi clerics attempting to or having entered the U.S. and were involved with Saudi Arabian student gatherings in the United States. Despite open social media posts advocating jihadi activity ▓▓ (J-3) ▓▓ (J-3) ▓▓ (G) were forwarded to ▓▓ (J-3) - thus eliminating the threat posed by these individuals to the U.S.

**Mohammed Mousa**

DOB: ▓▓ (P-1)

▓▓ (J-3)

▓▓ (J-3)

▓▓ WFO identified Mousa based ▓▓ (A), (G), (J-1) and subsequent review of open source social media information identifying Mousa as a pro-AQ Saudi Airlines pilot. Mousa also appeared to be entering the U.S. for training and to visit Saudi Arabian students. WFO ▓▓ (J-3) ▓▓ (J-3) and forwarded requests for information to various foreign governments.



(F)

(A), (G), (J-1)

One of the attendees to the ABAAD organized event was Mohammed Hassan Mousa (who uses the name Alshareef to denote a possible relation to Mohammed). Mousa is a Saudi Arabian airlines pilot but also a religious scholar who has openly advocated jihad in Mali/Israel/Iraq and has eulogized UBL.

(J-3)

(J-3)

(F)

Saudi cleric named **Mohammed Hassan Mousa** (who utilizes Internet name Mohammed Musa Aqeel Alshareef )(NOTE: Alshareef is a term utilized by descendants of Mohammed and may or may not be an official last name utilized on a passport)(DOB: (P-1) ), a Saudi airlines pilot who had studied in Florida (according to article "Days in America"), had entered the US and had attended the Dar Alhijra as well as a Saudi student meeting in Chicago. Mousa supports jihad in Iraq, Afghanistan, Palestine, Mali and other countries against "Crusaders" and claimed to have wanted to go to fight in Iraq but was persuaded by Iraqi fighters not to go but to raise money in Saudi Arabia instead. Mousa was once in WAMY magazine stating that he would not return to the US as the US was an enemy of Islam. [NOTE: Based on an initial review of the websites (A), (G), (J-1) identified Mousa as Mohammed Musa Aqeel Alshareef but writer was able to later determine that name Mohammed Mousa and DOB of (P-1) .]

(O-1)

(O-1) INFORMATION INDICATING A DIRECT CONNECTION BETWEEN THE TRAINING OF THE TERRORIST AIRPLANE HIJACKERS RESPONSIBLE FOR THE 11 SEPTEMBER

**ATTACKS IN THE U.S. AND A CERTAIN MOHAMED MOUSSA.** MOUSSA, AGE
35-38, DOB ▒▒▒(P-1)▒▒▒, A SAUDI, DOCTOR OF ISLAMIC RELIGION AND IMAM
OF A MOSQUE IN SAUDI ARABIA, WHO ▒▒▒(O-1)▒▒▒ COMPLETED HIS STUDIES
AT THE UNIVERSITY OF RIYADH, WAS A PILOT INSTRUCTOR WITH SAUDIA
AIRLINES.  MOUSSA WAS A CONVINCED FUNDAMENTALIST WHO PARTICIPATED IN
2000 IN A SAUDI TELEVISION PROGRAM ON WHICH HE HOSTED DEBATES (A
SORT OF ISLAMIC CONFERENCE/DEBATE). HE REFUSED TO FLY HEAVY
AIRCRAFT IN ORDER TO REMAIN ON AIRBUS TYPES. THIS ALLOWED HIM TO
REMAIN IN SAUDI ARABIA AND AVOID CONTACT WITH "IMPIOUS"
WESTERNERS. AT THE SAME TIME THIS ALLOWED HIM TO DEVOTE HIMSELF
TO HIS RELIGION AND TO THE MOSQUE OF WHICH HE WAS THE IMAM.
 PROBABLY IN THE MONTH OF JULY 2000, MOUSSA WAS AN
INSTRUCTOR ON FLIGHT SIMULATORS IN JEDDAH, SAUDI ARABIA. SEVERAL
MONTHS LATER, (NOVEMBER/DECEMBER 2000), ▒▒▒▒▒▒(O-1)▒▒▒▒▒▒
MOUSSA LEFT FOR THE UNITED STATES FOR TRAINING ON HEAVY AIRCRAFT
(747-400) AT BOEING IN SEATTLE.


▒▒▒▒▒▒ A review of travel noted that Mousa was reportedly
encountered entering the U.S. as airline crew from 1998 to 2001 with
the last encounter as inbound on 08/27/2001.

## Ayid Alqarni

DOB: 



On **(A), (G), (J-1)** 2012 **(A), (G), (J-1)** **(F)** **(A), (G), (J-1)** a known extremist Saudi cleric named Ayid Abdullah Alqarni (ph) would be traveling to the US to attend the ICNA/MSA Conference in Chicago in December 2012. **(A), (G), (J-1)** **(A), (G), (J-1)** Alqarni had a DOB **(P-1)** On 12/12/2012 **(A), (G), (J-1)** **(A), (G), (J-1)** Alqarni could be located on the following youtube videos:

http://youtu.be/wrEEu-Fjzqk

http://youtu.be/L2Q3A5XaTxE

The first video is titled "Ayid Alqarni – Jihad the Path to Victory" and is dated 2004. In this video Alqarni – recognizable as the individual **(J-3)** – laments the death of Abdalaziz Alrantisi and Ahmad Yassin and praises jihad in Iraq against the "occupiers".

**(F)** **(A), (G), (J-1)** open source information found on the ICNA website, exact matches of biographical information as well as a review of the available video writer concludes that the Ayid Abdullah Alqarni who **(J-3)**

(J-3) is the same as the Ayid Abdullah **Alqarni** who is noted in the videos calling for jihad against American soldiers in Iraq and the "slitting of throats". In addition, the confirmed telephone numbers of **Alqarni** are described as having Alqaeda connections and have contacts with multiple FBI terrorism investigations.

According to (G) **Alqarni** is a personal sheikh of Prince Abdulaziz Bin Fahad Bin Abdulaziz Alsaud. [Noted herein]

**Other Saudi Arabian Government Officials – Known or Suspected AQ Members**

███████ Summary: The influence of militant AQ ideology within Saudi government personnel can also be demonstrated by the identification of AQ members within Saudi Arabian military members who entered the U.S. for military training.  Among these are Faisal Alshehri, Mohammad Alkahtani, Naif Alfallaj and the recent student Mohammed Alshamrani ( Pensacola ).  [This is in addition to the known 120 or more Saudi Arabian ███████ (J-3) who departed the U.S. to join ISIS.]  Saudi naval officers Iafi Alharbi (DOB: ███ (P-1) ) and Osama Nooh (possible DOB: ██ (P-1) )( ███ (F) ) were in contact were in contact with Alhazmi and Almihdar.

**Mustafa Alshehri**

(aka Mustafa Mohammed Mubarak Alshehri / aka Mustafa Aljubairi )

DOB: ███████ (P-1)

Entered US on ███████ (J-3) July 2001

███████ (G)

██████████ (J-3)

███████ Summary: Mustafa Alshehri was a Saudi Arabian national and government official in the Saudi Ministry of Interior passport office. ██████████ (C-1) ██████████ (C-1) ██████ Alshehri entered the U.S. just prior to the 9/11 attacks and visited New York along with other individuals of the Saudi Embassy.

(F)    and other serials] Mustafa Alshehri
was a Ministry of Interior employee in the passport section and    (C-1)
(C-1)

Subsequently he was utilized to transfer large sums of money to other
AQ members.    (C-1)

(C-1)

(C-1)    (O-1)

(O-1)

(O-1)    Yousef was subsequently released and became a leader of
AQAP before being killed in 2009.) According to records and Alshehri's
statements he traveled to the US for medical reasons    (J-3)
(J-3)

(J-3)    and actually entered on 09/01/2001 with intended stay
(J-3)    (C-1)

(C-1)

(C-1)    Alshehri had several associates in the EKSA to
include Yousef Zakri    (G)    who was a long term EKSA
employee who had a close relationship with known AQI member Shawki
Omar    (G)    who was subsequently arrested in Iraq.  Another
associate was believed to be Fahad Alotaibi (DOB:    (P-1)    ) of the
Military Attache office. While in the DC area Alshehri lived with
Mohammed Ali Alqahtani    (G)
(G)    (A), (G), (J-1)
(A), (G), (J-1)

(A), (G), (J-1)    Mohammed Amer
Alshehri    (G)    a diplomat at the EKSA, is a known
relative and    (A), (G), (J-1)    noted his association with multiple    (A), (G), (J-1)
(A), (G), (J-1)    and that he was involved with retrieving Yousef Alshehri's
body.  Ali Al Nafisah    (G)    , another EKSA diplomat, was a
close associate of both Omar, Zakri and Alshehri.

**Faisal Ahmed Alshehri**

DOB: ▮▮▮▮ (P-1)

▮▮▮▮ (J-3)

▮▮▮▮ (G)

▮▮▮▮ (J-3)

▮▮▮▮ (G)

▮▮▮ On May 9, 2003, FBIHQ notified the Dallas Division ▮▮▮▮
(A), (G). (J-1)
▮▮▮▮
Initial investigation revealed that the user of the email address
was located at Sheppard Air force Base, Wichita Falls, Texas.
Soon thereafter, this individual was identified as Faisal Ahmed
Al-Shehri. ▮▮▮▮ (A), (G). (J-1) ▮▮▮▮
▮▮▮▮ (A), (G). (J-1) ▮▮▮ (O-1) ▮▮▮▮
▮▮▮ (O-1) ▮▮▮ (A), (G). (J-1)
▮▮▮▮ (A), (G). (J-1) ▮▮▮▮

▮▮▮ At approximately 6:00 p.m., Al-Shehri was approached by
Dallas FBI agents. The agents advised Al-Shehri that there was a
possible security issue with his luggage and wanted to talk to

him for a couple of minutes. Al-Shehri and the interviewing
agents went to the business lounge area and began to question Al-
Shehri. After a short time, the interviewing agents questioned
Al-Shehri regarding his knowledge of Al-Yari. Al-Shehri denied
any knowledge of Al-Yari and advised the interviewing agents that
he had never met or seen him before. Al-Shehri was told by the
interviewing agents that his phone number had been found on Al-
Yari's body after he had been killed in a shootout with Saudi
authorities. Al-Shehri continued to deny his knowledge of Al-
Yari. During this time, Al-Shehri provided biographical
information and consented to a search of all his carry-on items.
After approximately six hours, Al-Shehri finally admitted that he
had designed and built a computer for Al-Yari several years ago.
Also, Al-Shehri advised that he had a long standing and close
relationship with Al-Yari. Al-Shehri explained how he was
recruited by Al-Qa'ida and eventually became a financial
supporter and recruiter for the organization. Also, Al-Shehri
explained how he frequently communicated with Al-Yari and had
traveled to meet him on many occasions. Al-Shehri was debriefed
from June 5, 2003 until July 8, 2003. During this time, Al-
Shehri provided invaluable intelligence information regarding Al-
Qa'ida members, Al-Qa'ida trade craft, and Al-Qa'ida recruitment
within the Kingdom of Saudi Arabia.



(A), (G), (J-1)

(F)          (A), (G), (J-1)     On December 8, 2001 a
search was conducted of AlMari's
apartment which revealed photocopies of what appeared to be valid
passports assigned to many different individuals. The passports
were issued in Saudi Arabia and Qatar. Also discovered during the
search was flight training literature, literature detailing
seating capacities and fuel capacities for large jetliners,
several photographs of the World Trade Center towers, an aerial
photo of the Pentagon, and overdue video tapes borrowed from the
Boston Public Library. One of the video tapes was entitled "Major
Air Disasters" and another was entitled "Major Water Disasters".
Many documents were discovered during the search of the apartment

to include telephone bills, bank statements, shipping receipts, hotel receipts, airline receipts, and many handwritten notes. [ (F) (F) noted some secondary connections between phone numbers within this case and phone numbers in contact with Albayoumi.]

**Mohammad Alkahtani**

DOB: (P-1)

(J-3)

(J-3)

(F)

(J-3)

(J-3)

(J-3)

(J-3)

(A), (G), (J-1)

(A), (G), (J-1) that AL-KAHTANI indicated he has friends in Saudi Arabia with connections to AL-QAEDA. Furthermore AL-KAHTANI has indicated he has TALIBAN contacts in Saudi Arabia who came from Afghanistan. In private settings, AL-KAHTANI has expressed his support of violent jihad for the propagation of Islam. (A), (G), (J-1) Virginia home, AL-KAHTANI has been vocal about his support for AL-QAEDA and UBL.

Investigation has revealed Al-Kahtani, a citizen of Saudi Arabia, is in the United States (J-3) and is working on his PhD in Information Technology at George Mason University (GMU). He teaches a Fiqh (Islamic Jurisprudence) class at GMU and is a prominent lecturer and leader at the Center For Islamic Information and Education (CIIE), aka Dar al Arqam Islamic Center, in Annandale, Virginia. (A), (G), (J-1) Al-Kahtani has indicated he is planning on returning to Saudi Arabia as soon as he completes his PhD, probably sometime before the end of this year.

Several regular attendees of Dar al Arqam conducted paintball training in Northern Virginia in preparation for participation in jihad and/or jihad training overseas. Several members of the group traveled to Pakistan prior to, and after 09/11/2001, to attend Lashkar-E Taiba jihad training camp. Among those involved in the jihad group are (A), (G), (J-1) Ali Al-Timimi, a former lecturer at Dar al Arqam, has been a spiritual advisor to many in this group and has publically advocated violent jihad. The activities of (A), (G), (J-1). (G) two of Al-Kahtani's sons attended the paintball training, however they were not part of the core jihad group. Additionally, after 09/11/2001 Al-Timimi was asked to leave Dar al Arqam by the Dar al Arqam leadership (Haythem Abu Hantash, Jaf'far Idris and AL-Kahtani) because Al-Timimi openly supported the 09/11/2001 terrorist attacks against the U.S. As a result, Al-Kahtani took a greater leadership/lecturer role at Dar al Arqam.

Alkahtani (J-3) despite the above information. Alkahtani noted that he was traveling with a "prince" and was working for Saudi Military Industries. Saudi Arabian Military Industries ( SAMI ) is a state owned (J-3) defense company launched in May 2017 by Saudi Arabia's Public Investment Fund (PIF). SAMI is lead by Ahmed Alkhateeb and Walid Abukhaled. Its subsidiaries is Advanced Electronics Company and Military Industries Corporation ( MIC ) per Wiki which is lead by Mohamed Almady. (J-3).

**Abdullah Mohamed Alshehri**

DOB:       (P-1)

(J-3)

(G)

(J-3)

        **Alshehri is mentioned herein due to the** (A), (G), (J-1) **officer being affiliated with Islamic militants and also being utilized as a local POC for the Saudi population.  Alshehri was conducting this business while a student.**

(G)

(G) ALSHEHRI was favorable toward USAMA BIN LADEN and upon his documented connection to MULHIM ELTAYEB (G) (G) . While in Pittsburgh, ALSHEHRI apparently acted as liaison between the Saudi Arabian embassy and the Saudi community in Pittsburgh.

On 03/18/2002, (A), (G), (J-1) (A), (G), (J-1) a young Yemeni immigrant to Pittsburgh had recently been invited to an apartment with a group of Saudi Arabians. The immigrant had been invited by "ABO NORA" (or ABU NORA)(determined (G) to be (G) ABDULLAH ALSHEHRI). While at this gathering, the Saudis were speaking favorably about USAMA BIN LADEN (UBL). When the Yemeni immigrant voiced his opinion that the events of September 11th were murder, "ABO NORA" indicated to the group to

change the subject and not speak further about it in front of the
Yemeni.

(G)
(G)

Investigation at the CARRIAGE PARK APARTMENTS determined that
MULHIM ELTAYEB, a Sudanese national, departed Pittsburgh in
January 1999, allegedly to return to the Sudan. On his exit
papers with CARRIAGE PARK APARTMENTS, ELTAYEB gave a forwarding
address of                         (P)          Pittsburgh, telephone
        (P)        . Follow-up investigation at the GREENBRIAR
APARTMENTS determined that, at the time of ELTAYEB's departure,
        (P)                 was leased by ABDULLAH MOHAMMED ALSHEHRI,
with the same telephone number. ELTAYEB was obviously using
ALSHEHRI's address as a mail forwarding point. MULHIM ELTAYEB
re-surfaced on 09/09/2001 at Timber, OR, where he was found
engaged in paramilitary training with other Arab males. Portland
believes that ELTAYEB is part of a suspected Al Qaeda cell
operating in the Portland area.

**Islamic Saudi Academy (ISA)**

**King Abdullah Academy**

(G)

The Islamic Saudi Academy, now known as the King Abdullah Academy, is a K-12 school located in Northern Virginia that provides education for the children of Saudi Arabian diplomats as well as other individuals.  The school is supported by the Saudi Arabian government and the Embassy and the SACM Director and Saudi Ambassador are known to sit on the board of directors.  The school has faced charges of teaching hatred within its Islamic education department and one of its students, Ahmed Omar Abu Ali, was convicted of being an AQ operative planning to assassinate President George Bush.           (P)           was a teacher at the Islamic education department.

(F)           Since 2001 there have been many independent analysis conducted of the teaching curriculum in Saudi Arabia and at the ISA. These reports include the Freedom House report and the recent report from the United States Commission of International Religious Freedom (USCIRF). In addition, reports have been written on similar schools in foreign nations such as a report in Britain on the King Fahd Academy in London (a school similar to the ISA) titled "The Hijacking of British Islam".

All of the reports by independent scholars and linguists have arrived at similar conclusions. The specific statements listed in these reports have been well documented in the press and need not be mentioned in this memorandum. However, these multiple and independent analysis have been confirmed via translations done by the FBI. Many of the passages in question were Saudi interpretations of Koranic passages or of the Hadith and were similar to the interpretation provided by Elyacoubi mentioned above.

According to open source reporting, in 2002, Saudi Foreign

Minister Prince Saud
Al-Faisal stated that "our schools and our faith teach
peace and tolerance." In March 2006, Prince
Turki Al-Faisal stated that the Saudis had removed all of the
inflammatory content in their school
textbooks but quickly backed off and stated they needed more time
after the Freedom House report.
Recent open source reporting noted that Saudi Embassy officials have
denied the existence of
derogatory material in the ISA's present curriculum.

The 2007/2008 USCIRF study revealed that the changes have not been
completed. An FBI review of the 2007 curriculum textbooks also
revealed the continuing use of
passages that are considered to be defamatory to other
religions and that could be construed to
encourage violence.

**Saudi Arabian Student Population**

(F)

(F)

Serials with LHMs to USDS:

(F) (2014/2017/2018)

(F)

**Summary: The effect of the Saudi Arabian education system is evident within high number of terrorism investigations related to the Saudi Arabian student population.  This population has fluctuated over the years but increased greatly after 2005 but has recently sharply declined. Various AQ related terrorism investigation was opened prior to and following the 9/11 attacks such as** (A), (G), (J-1) **(** (F) **and** (A), (G), (J-1) (F) **.  Following the creation and growth of ISIS there were at least 120 Saudi students who traveled to Syria from the U.S. to join AQ and/or ISIS forces.**



(J-3)

**Homaidan Alturki Saudi** (J-3)

As is known, the 9/11 attacks were perpetrated by 19 individuals - 15 of them being of Saudi nationality (the possible 20th - Alqahtani who is held in GTMO - is also of Saudi origin). Saudi Arabian

perception management campaigns have worked to convince Americans that UBL used the 15 Saudis in order to drive a wedge between the U.S. and Saudi Arabia - thus presenting the case for closer bonds and more lax requirements for entry into the U.S. Per the 9/11 Commission Report, the interrogations of Khaled Sheikh Mohammed revealed that the true reason for the use of so many young Saudi males for the 9/11 attacks was due to the large numbers of willing participants amongst the Saudi population as well as the easy visa requirements then in place for Saudi Arabian citizens to obtain visas to travel to the U.S. Prior to 9/11 it was much harder for a citizen of Yemen or Sudan to obtain a visa whereas citizens of Saudi Arabia were not viewed as a "security risk" and obtained their visas under the Visa Express program. (See 9/11 Commission Report - Pages 232-233 and 9/11 and Terrorist Travel Pages 116-130.)


   Shortly after 9/11 a spotlight was shown on the teaching material utilized in Saudi K-12 schooling as well as within Saudi schools and Saudi funded and run mosques in the U.S. and elsewhere. Facing strong criticism the Saudis launched various public relations campaigns to discredit these reports. Despite repeated promises and claims to the contrary, within the U.S. the teaching material at the Saudi funded Islamic Saudi Academy (ISA) was not altered until approximately eight years after 9/11.    An unclassified report        (O-1)        regarding Saudi education and textbooks utilized within Saudi Arabia (elementary and middle school curriculum 2009-2010) revealed that - despite claims to the contrary - that the Saudi Arabian Government had not removed or altered the offensive material found in previous editions. According to the CIA report "the monotheism texts teach hatred as part of the doctrine of disavowal which promotes hostility toward non-Muslims. This doctrine, which jihadists often advocate, is included throughout many other books in the curriculum." The report continues: "The monotheism textbooks for all five grades also stress the theme of religious violence". The report concludes "Even if the Saudis moderate some of the offending passages in the higher-grade textbooks, the youngest and most impressionable segment of Saudi society will still have been exposed to this incitement to religious hatred and violence, and many will have already internalized these teachings."  This analysis as well as more recent open source reports regarding the Saudi clerical establishment highlight that the extremist nature of Saudi society is still prevalent.  For example, in December 2013 a large group of Saudi clerics publicly endorsed the Islamist Front in Syria.  These clerics are increasingly using social media to reach out to Saudi society – in Saudi Arabia or overseas.  The recent edict by King Abdullah to criminalize the participation of Saudi citizens in fighting with the jihadi groups in Syria is believed to have little effect on those individuals who are motivated by the AQ element within these clerical establishments.

(A), (G), (J-1)

(A), (G), (J-1)

(A), (G), (J-1)    This was highlighted by the recent death in Saudi Arabia of an ISIS bomb maker who was a student in New Zealand.  Additional Saudi Arabian students are voicing encouragement and support and multiple Saudi Arabian students are under terrorism investigation by the FBI.  In addition, it is known via FBI investigation, that radical Saudi based clerics and religious authorities are traveling to the U.S. to visit with the U.S. based Saudi population.  In December 2012 a Saudi cleric who had openly called for jihad against the U.S. was granted a visa to enter the U.S.  FBI investigation prevented his entry and his intended destination was an Islamic conference in Chicago.  In December 2013 investigation revealed a large student gathering in Chicago that included a presentation by a Saudi cleric who has openly supported jihad activities and who eulogized Osama Bin Laden.  This cleric is also a Saudi Airlines pilot and wrote of meeting Saudi Arabian students in various locations in the United States.  In December 2016 a Saudi Arabian national who was a professor for a Saudi military academy and a supporter of militant ideology was granted a visa to the U.S. (J-3).

(A), (G), (J-1)

_____     Homaidan Alturki is noted above due to his operating an
Islamic bookstore ( Albasheer Publications ) while on ____(J-3)____ status;
his connections to Anwar Aulaqi (aka Abu Attiq )(_____(F)_____ (see
_____(F)_____ (see herein)' Mohammed Alahmari ( IANA
)(see herein); and the EKSA's/SAG's attempts to obtain his release
from prison despite his being convicted of abuse of an ___(J-3)___ holder.


_____(A),(G),(J-1)___ is noted herein due to the ___(A),(G),(J-1)___ centering on
a group of Saudi Arabian students who were committing ___(J-3)___
fraud.  During a search of their apartment photocopies of what
appeared to be valid passports assigned to
many different individuals. The passports were issued in Saudi
Arabia and Qatar. Also discovered during the search was flight
training literature, literature detailing seating capacities and
fuel capacities for large jetliners, several photographs of the
World Trade Center towers, an aerial photo of the Pentagon, and
overdue video tapes borrowed from the Boston Public Library. One
of the video tapes was entitled "Major Air Disasters" and another
was entitled "Major Water Disasters".

**Ziyad Khaleel  ( Ziyad Sadaqa )**

(G)

**Summary: Noted herein due to references above.**

(A), (G), (J-1)

The above referenced serial

(A), (G), (J-1)

(A), (G), (J-1)

(A), (G), (J-1)

(A), (G), (J-1)

Investigation by Phoenix has indicated that all of these individuals may have a current or former association with Michigan State University (MSU).

Al-Shalawi                    (G)

(G) and is believed by Phoenix to be an operative of Al Qaeda. Al-Shalawi obtained a PhD in Linguistics from Arizona State University (ASU).

Al-Shalawi and Muhammad Al-Qudhaieen (G) (G) were involved in an incident aboard an America West airlines flight on November 19, 1999. Al-Shalawi and Al-Qudhaieen were traveling from Phoenix to Washington, DC via Columbus, Ohio. During the flight, Al-Qudhaieen was observed by the flight crew attempting to access the cockpit. When the flight landed in Columbus, Al-Shalawi and Al-Qudhaieen were detained by FBI Cincinnati and interviewed (F) . No charges were filed against Al-Shalawi and Al-Qudhaieen.

Based on (G) regarding the association of Al-Shalawi and Al-Qudhaieen with Al Qaeda subjects and the terrorist attacks of 09/11/2001, Phoenix has developed an investigative theory that this incident was an intelligence gathering mission for use in future terrorist operations. (O-1) Al-Shalawi obtained training at an Afghanistan terror camp in late 2000.

EO14040-003608-UPDATED