# Exhibit 58

Plaintiffs' Corrected Averment of Jurisdictional Facts and
Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank
<u>Pursuant to Rule 56.1</u>

**EXHIBIT**

PASLEY 8   01/31/2024 dv

مؤسَّـسَـة النقّدالعَرَبي السُـعُوديُ

مُراقَبَة البُنوك

**SAUDI ARABIAN MONETARY AGENCY**
**BANKING CONTROL**



دليـل مكافحـة

عمليـات غسل الأمـوال

# GUIDELINES FOR PREVENTION
# OF
# MONEY LAUNDERING

130



بسم الله الرحمن الرحيم

## مؤسسة النقد العربي السعودي
المركز الرئيسي

| | مكتب المحافظ |
|---|---|
| الرياض في ، ٢٤ /٨/ ١٤١٦هـ | الرقم ، ١٠٤٨ / م أ ت / ٤٦٢ |
| الموافــــــق، ، ...................... | المرفقات ، ( ٠١ نسختين ) |

### تعميم لجميع البنوك العاملة بالملكة

سعادة /

بعد التحية ،

## الموضوع : دليل إرشادات مكافحة عمليات غسل الأموال

بالإشارة إلى الإتفاقيات الدولية حيال مكافحة غسل الأموال المتأتية من النشاطات غير المشروعة ومنها اتفاقية الأمم المتحدة لعام ١٩٨٨م المصادق عليها من قبل الملكة والتوصيات الأربعين الصادرة عن فريق العمل المالي التابع للأمم المتحدة عام ١٩٩٠م والإرشادات الصادرة من لجنة بازل وخاصة ما يتعلق منها بمكافحة غسل الأموال المرتبطة بتجارة المخدرات غير المشروعة . ولأهمية ذلك الموضوع على مستوى العديد من الحكومات والسلطات القانونية والجهات الإشرافية المصرفية لخطورة تلك الأنشطة لأنه يتم خلالها تداول مليارات الدولارات سنوياً وبشكل يسمح لهذه المبالغ الكبيرة بحرية الحركة والتحويل من خلال المساعدة التي قد تكون غير مقصودة من البنوك والمؤسسات المالية في النظام المصرفي الدولي.

فإن مؤسسة النقد العربي السعودي وبموجب المادة السادسة عشر من نظام مراقبة البنوك قامت بإصدار الدليل لمساعدة البنوك على تجنب تنفيذ العمليات غير المشروعة، وللمحافظة على سلامة وسمعة النظام المصرفي في الملكة. كما يقدم هذا الدليل المعلومات الأساسية عن هذا الموضوع بجانب المعلومات عن الإجراءات اللازمة اتخاذها لمكافحة عمليات غسل الأموال والكشف عنها وضبطها.

ولذا فإن على كافة البنـوك تطبيق ما جاء بهذا الدليل وتعديل انظمتها وإجراءاتها الداخلية بما يتوافـق معه.

وتقبلوا تحياتي ،،،

المحافظ

حمد سعود السياري

131

١٧١/ع



**Saudi Arabian Monetary Agency**
**HEAD OFFICE**

The Governor                    FACSIMILE MESSAGE                    November
1995

From : Saudi Arabian Monetary Agency –H.O Riyadh

To: All Banks

Attn: Managing Directors and General Managers

Subject: Guidelines for Prevention and Control of Money
Laundering Activities

      As you are aware, money laundering activities particularly those related to drugs are a major concern to many governments, law enforcement agencies and banking supervisors. Such activities now constitute a multi-billion dollars business annually, and these vast sums cannot be stored or moved without the cooperation or unwilling participation of international banks. In recent years many International cooperation initiatives have been taken to combat these activities such as the 1988 UN Convention Against Illicit Traffic in Narcotics Drugs, the 1990 Report of Financial Action Task Force of OECD countries and the 1991 Basle Committee Guidelines for International Banks.

      Saudi Arabian Monetary Agency is issuing these Guidelines under Article 16 of the Banking Control Law, with a view to strengthen the ability of Banks to counter illegal transactions and to maintain and enhance the credibility and reputation of the Saudi Banking System. These Guidelines provide basic information on the subject, along with information on measures to be taken for prevention, control and detection of money laundering activities. Banks are required to make these an integral part of their own systems and procedures and to fully implement these as soon as possible.

**Hamad Al Sayari**

FK*                    132



## GUIDELINES FOR PREVENTION AND CONTROL OF MONEY LAUNDERING ACTIVITIES THROUGH THE BANKING SYSTEM

| TABLE OF CONTENTS | Page | صفحة | قائمة المحتويات |
|---|---|---|---|
| 1. INTRODUCTION | 3 | ٣ | ١ – مقدمة |
| 2. PROCESS OF MONEY LAUNDERING. | 3 | ٣ | ٢ – كيف تتم عملية غسل الأموال |
| 3. LEGAL RESPONSIBILITY OF BANKS. | 4 | ٤ | ٣ – المسئولية القانونية للبنك |
| 4. GENERAL POLICY REQUIREMENTS | 5 | ٥ | ٤ – إرشادات عامة |
| 5. SPECIFIC POLICIES AND GUIDELINES. | 6 | ٦ | ٥ – سياسات وتعليمات خاصة |
| 1. Internal Control Systems. | 6 | ٦ | ١ – الرقابة الداخلية للبنك |
| 2. Know your Customer. | 7 | ٧ | ٢ – التعرف على العميل |
| 3. Referral of Business. | 10 | ١٠ | ٣ – تبادل المعلومات |
| 4. Retention of Records and Documents. | 11 | ١١ | ٤ – الاحتفاظ بالسجلات والمستندات |
| 5. Money Laundering Control Unit. | 12 | ١٢ | ٥ – وحدة مكافحة غسل الأموال |
| 6. External Auditors. | 12 | ١٢ | ٦ – المراجع الخارجي |
| 7. Use of Electronic Fund Transfer Systems. | 12 | ١٢ | ٧ – أنظمة التحويل الآلي |
| 8. Employees Training | 13 | ١٣ | ٨ – تدريب الموظفين |
| 9. Alerting the Authorities. | 13 | ١٣ | ٩ – التبليغ عن المعاملات المشتبه فيها |
| 10. Delivery of Document to Authorities. | 14 | ١٤ | ١٠ – تسليم المستندات للسلطات المختصة |
| 6. EFFECTIVE DATE OF THESE GUIDELINES | 15 | ١٥ | ٦ – تاريخ تطبيق هذه التوجيهات |
| **APPENDICES** | | | ملاحق : |
| I Examples of Weaknesses in Procedures in a Banking System that encourage Money Laundering . | 17 | ١٧ | ١ – أمثلة لنقاط الضعف في إجراءات أنظمة البنوك والتي تساعد على عمليات غسل الأموال. |
| II Money Laundering Indicators. | 19 | ١٩ | ٢ – المؤشرات الدالة على عمليات غسل الأموال |
| 1. General Indicators. | | | ١ – مؤشرات عامة |
| 2. Window Dressing Transactions. | | | ٢ – مؤشرات معاملات الشباك |
| 3. Bank Accounts. | | | ٣ – مؤشرات الحسابات المصرفية |
| 4. Credit Activities. | | | ٤ – مؤشرات الأنشطة الائتمانية |
| 5. Bank Drafts and Transfers. | | | ٥ – مؤشرات الحوالات |
| 6. Customer Behaviour. | | | ٦ – مؤشرات العميل |
| 7. Bank's Personnel Involvement. | | | ٧ – مؤشرات موظفي البنك |
| 8. Change in Patterns of Transactions. | | | ٨ – مؤشرات التغيرات في أساليب عمليات البنك |
| III. Examples of Businesses Commonly Used for Money Laundering. | 23 | ٢٣ | ٣ – أمثلة للأنشطة أو الأعمال المعتاد استخدامها في عمليات غسل الأموال. |

133

## 1.Introduction:

By all accounts, world-wide money laundering activities, particularly those related to drugs, now constitutes a multi-billion dollar business annually. However, money laundering could also encompass funds derived from theft, blackmail, extortion, terrorism and other criminal activities. It is inconceivable and unlikely that such large amounts of money can be stored or moved without the cooperation or unwitting participation of many international banks and banking systems. In many quarters, money-laundering is considered as a serious threat to the integrity of many international banks and even some banking systems.

During the past few years, money laundering become a widespread phenomenon involving only sophisticated techniques to penetrate different banking systems. This has led the law makers, law enforcement agencies and supervisory authorities in many countries to co-operate, locally and internationally, to combat such a phenomenon. In this respect the Financial Action Task Force formed by the G-10 countries to combat money laundering has carried out extensive work and issued forty recommendations to counter the spread of money-laundering.

In recognition of international legal and supervisory efforts to combat the spread of money-laundering, the Agency has prepared these Money Laundering Control Guidelines which provide basic information on the subject, along with information on measures to be taken for prevention, control and detection of money laundering activities. Banks are required to make these Guidelines an integral part of their own systems and procedures aimed at detecting and controlling such illegal activities. The objectives of the Agency in issuing these Guidelines are as follows:

1. To help Saudi Banks to comply with the Banking Control Law and SAMA regulations.
2. To prevent Saudi Banks from being exploited as channels for passing illegal transactions arising from money-laundering and other criminal activity.
3. To maintain and enhance the credibility and reputation of the Saudi Banking System.

## 2. Process of Money laundering

Money laundering is normally a three staged operation. These stages are:

134

أولاً : مقدمة :

تشكل عمليات غسل الأموال على مستوى العالم وخاصة التي ترتبط منها بتجارة المخدرات نشاطاً تجارياً يصل حجم الأموال المتداولة فيه إلى مليارات الدولارات، ولعله من غير المعقول أن يتاح لهذه المبالغ الكبيرة حرية الحركة والتخزين بدون معاونة البنوك والجهاز المصرفي أو اشتراكهما غير المقصود في عمليات غسل الأموال التي تعتبر خطراً عظيماً يهدد نزاهة كثير من البنوك العالمية وحتى بعض الأنظمة المصرفية.

وقد أدى تطور قضية غسل الأموال خلال السنوات الماضية إلى أن تصبح مكافحتها من أولويات الجهات التشريعية والرقابية والإشرافية في كثير من دول العالم، وقد أدى ذلك إلى زيادة التعاون في المستوين المحلي والعالمي. وقد أصدر فريق العمل المالي الذي أسسته مجموعة البلدان العشرة (C - 10 Countries) توصياته الأربعين بهذا الخصوص.

واعترافاً بالجهود القانونية والإشرافية العالمية لمكافحة انتشار عمليات غسل الأموال، قامت مؤسسة النقد العربي السعودي بإصدار دليل مكافحة عمليات غسل الأموال والذي يحتوي على المعلومات الأساسية في هذا الموضوع بجانب المعلومات عن الإجراءات التي يجب اتخاذها لمكافحة عمليات غسل الأموال والكشف عنها وضبطها، وعلى البنوك تبني هذا الدليل وجعل التوجيهات الواردة فيه جزءاً من أنظمتها وإجراءاتها الداخلية بهدف الكشف عن هذه الأنشطة غير المشروعة ومكافحتها وتلخص أهداف المؤسسة من خلال إصدار هذا الدليل فيما يلي:

١ - المساعدة على ضمان تقيد البنوك بقانون وأنظمة الرقابة على البنوك.

ب - المساعدة على تجنب وقوع البنوك ضحية لعمليات الاحتيال وغسل الأموال والأنشطة الأخرى غير القانونية.

ج - المحافظة على سمعة البنوك والنظام المصرفي السعودي.

ثانياً : كيف تتم عملية غسل الأموال :

من المعلوم أن عملية غسل الأموال تمر بثلاث مراحل هامة تبدأ بمرحلة الإحلال PLACEMENT حيث يقوم المجرم أو تاجر المخدرات بمحاولة إدخال الأموال النقدية المتحصل عليها من نشاط



1. Placement: The criminal or drug dealer places the funds obtained through illegal activities in the banking system.
2. Layering: The criminal or drug dealer aims to cover up the source of the funds obtained and disguises the relation between these funds and its illegal source through a series of normal commercial transactions.
3. Integration: The laundered funds become part of other legal funds in the economy so that it is difficult to differentiate between the laundered funds and those from legal sources. Money laundering transactions are carried out through different methods. These include the decompounding process when large amounts are apportioned into smaller ones so that they are deposited in the bank without raising suspicion. The methods also include internal collusion of bank employees and other processes such as money transfers, acquisition of assets (real estate, shares etc.), purchase of cash instruments (e.g. travellers' and bankers' cheques), electronic or telex transfers, deposits via ATMs or placements of the fund through fictitious companies established for that purpose. While all these methods are used, electronic or telex transfers are the most common methods by which criminals and drug dealers launder their funds.

## 3. Legal Responsibility of Banks:

The Saudi Arabian Monetary Agency has the authority under Article 16 (3) of the Banking Control Law, to issue general rules with the approval of the Minister of Finance and National Economy regarding various matters, including the fixing of terms and conditions which banks should take into consideration when carrying out certain types of transactions for their customers.

Over the years, the Agency has issued a number of circulars that were aimed at encouraging banks to immediately report any suspicious or unusual transactions to the authorities and the nearest police station. These Circulars are listed hereunder:

| Circular No. | Date |
| --- | --- |
| MIA198 | 16-5-1403 H. |
| 3151/M/A/71 | 14-3-1407H. |
| M/A/61 | 19-3-1408 H. |
| MIA/73 | 19-12-1409 H. |
| 4521MIA/10 | 10-1-1411 H. |
| M/A/3028 | 21-9-1413 H. |

Under the provisions of the Banking Control Law and these regulations a Bank

غير الشروع في النظام المصرفي، يلي ذلك محاولة طمس علاقة هذه الأموال مع مصادرها الإجرامية وذلك عن طريق العديد من العمليات المالية المصرفية المتتالية فيما يدعى بمرحلة التغطية LAYERING وأخيراً تأتي مرحلة الدمج INTEGRATION حيث تدمج الأموال المنسولة في الاقتصاد ويصبح من الصعوبة التفريق بينها وبين الأموال من مصادر شرعية.

وأثناء تنفيذ المراحل الثلاث السابقة قد يتم استغلال البنوك بعدة أساليب منها أسلوب (التركيب) حيث يجزأ المبلغ الكبير إلى مبالغ صغيرة حتى يسهل إيداعها في الحسابات المصرفية دون إثارة أية شبهة، وهناك أيضاً التواطؤ الداخلي من قبل موظف البنك لتسهيل عملية الغسل وأيضاً التحويل البنكي وشراء الموجودات كالعقارات والأسهم أو شراء الأدوات النقدية كالشيكات المصرفية والسياحية وأيضاً التحويلات المالية الإلكترونية أو التلكسية واستغلال مكائن السحب الآلي في الإيداع أو خلق شركات وهمية يتم التعامل مع البنوك عن طريقها.

والأساليب المستخدمة لغسل الأموال كثيرة إلاّ أن أسلوب التحويلات المالية الإلكترونية والتلكسية هو أكثرها شيوعاً.

ثالثاً : المسؤولية القانونية للبنك :

تعطي الفقرة الثالثة من المادة (١٦) من نظام مراقبة البنوك وبعد موافقة معالي وزير المالية والاقتصاد الوطني المؤسسة سلطة إصدار قوانين عامة تتعلق بمواضيع شتى تتضمن إقرار بنود وتحديد شروط يستوجب على البنوك أخذها في الاعتبار عند تنفيذها لبعض أنواع العمليات لصالح عملائها.

وقد دأبت المؤسسة ومنذ فترة طويلة على حث البنوك للتبليغ عن أية عمليات مالية مشتبه فيها أو تبدو غير طبيعية إلى أقرب قسم للمباحث الجنائية أو الشرطة ويأسرع وسيلة متوفرة، وقد جاء ذلك في التعاميم الموجهة من المؤسسة للبنوك ومنها ما يلي:

| رقم التعميم | تاريخه |
| --- | --- |
| م/١/ ٩٨ | ١٤٠٢/٥/١٦هـ |
| ٣١٥١/م/١/٧١ | ١٤٠٧/٣/١٤هـ |
| م/١/ ٦١ | ١٤٠٨/٣/١٩هـ |
| م/١/ ٧٣ | ١٤٠٩/١٢/١٦هـ |
| ٤٥٢ /م/١٠ | ١٤١١/١/١٠هـ |
| م/١/ ٢٠٢٨ | ١٤١٣/٩/٢١هـ |

وبموجب نظام مراقبة البنوك والتعليمات ذات العلاقة فإن البنوك تكون مسؤولة عن الأعمال التي يقوم بها موظفوها أثناء تنفيذهم

shall be held responsible for the action or inaction of its employees, including their failure to notify the concerned authorities of any suspected money laundering transactions. If it is proven that a Bank or its employees failed to comply with these Circulars, they shall be subjected to penalties prescribed under Article 23 paragraph 5 of the Banking Control Law.

Furthermore, employees who facilitate money laundering transactions by either being directly involved in these transactions or by intentionally not notifying concerned authorities for personal benefits shall be subject to Article 24 of the Banking Control Law, and penalties specified under Article 23 paragraph 5. In addition, employees who facilitate money-laundering transactions are also subject to Article 83 of the Saudi Arabian Labour Law issued under Royal Decree No. M/21 dated 6-9-1389 H. which prescribes cases when an employer may terminate the service contract of his employee without prior notification. These cases include; failure to fulfill obligations under his contract of service failure to comply with legitimate instructions; commission of a dishonorable act; commission of an act to cause a loss to an employer either intentionally or by negligence; etc.

The Agency considers Article 23 of the Banking Control Law as unimportant element in prevention of the use of Banks for money laundering activities. The Agency, expects that Banks will also impose other penalties against any employee who is proven to be involved in a money laundering transaction, or in facilitating such a transaction or for his failure in notifying the concerned authorities when he came across a suspicious transaction.

4. General Policy Requirements

1. Detection and Prevention: Saudi Banks should train and educate their employees to enhance their understanding of money-laundering and its relationship with criminal activities. As employees become familiar with such activity, they can play an effective role in combating money laundering through prevention and detection measures.

2. Deposit or Fund Taking Saudi Banks should take care when accepting deposits or other funds. If it is suspected that a deposit is, or forms part of funds obtained through illegal activities, then these funds should be accepted in the normal manner, following correct procedures. Under no circumstances should

the customer be alerted to any suspicion. The suspicious deposit should be reported to the Police and SAMA and no transfers or withdrawals should be allowed from account until authorized by the Police or SAMA.

3. Cooperation: Saudi Banks should cooperate, locally and internationally to combat money-laundering through exchange of information with banking supervisors and appropriate law enforcement agencies, when they discover or suspect money laundering transactions. However, at the same time they must follow the legal and regulatory procedures that are aimed to protect customer confidentiality and banking secrecy.

4. Encourage Crime Prevention: Saudi Banks should encourage their clients to use non-cash payment instruments such as cheques and credit cards. They should develop modern technologies to prevent criminal use of banks and help their customer use such technologies.

5. Internal Directives: Saudi Banks and their foreign branches if any, are required to follow these instructions and to issue internal directives for use by their employees. Where local money laundering legislation has been established then it must be adhered to.

## 5. Specific Policies and Guidelines

### 5.1. Internal Control Systems

1. A Bank should design and develop internal control systems to combat money laundering transactions. Such systems should include detailed written policies and procedures for preventing the use of the Bank's branches and operations by money launderers and for detecting such transactions.

2. These policies and procedures should include special instructions on money aundering and in particular emphasize the "know your customer" principle.

3. A Bank should develop a system for internal reporting of transactions and account movements that could facilitate detection of such transactions. A Bank should use specialized software that is available in the market to detect unusual patterns of transactions and trends to indicate criminal activities. These normally include the following:

    i. Report of movements and balance in current accounts for all customers and employees: These reflect all account movements and balances during a specified

٣ – التعـــاون

على البنوك السعودية التعاون فيما بينها ومع البنوك الخارجية في مجال مكافحة غسل الأموال وذلك عن طريق تبادل المعلومات حول حالات غسل الأموال التي تم اكتشافها والمعاملات المشتبه بها، على أن يكون ذلك ضمن حدود الإجراءات القانونية وصيانة وسرية المعلومات الخاصة بها.

٤ – تشجيع مكافحة غسل الأموال

تشجيع البنوك لعملائها على استخدام الأدوات غير النقدية في معاملاتهم مثل الشيكات وبطاقات الدفع وذلك عن طريق تطوير تقنيات حديثة وآمنة لإدارة الأموال وتوفيرها للعملاء.

٥ – التوجيهات الداخلية

يجب الأخذ بهذه الإرشادات من قبل البنوك السعودية سواء لفروعها المحلية أو الخارجية إن وجدت، وعليها الحرص في تطبيقها وإصدار التعليمات الداخلية لتنفيذها.

## خامساً : سياسات وتعليمات خاصة

### (١) نظام الرقابة الداخلية للبنك

١ – على البنك إيجاد نظام رقابة داخلية جيد لمكافحة عمليات غسل الأموال، ويتضمن هذا النظام السياسات والإجراءات المكتوبة التي تكفل عدم استخدام فروع البنك وعملياته من قبل غاسلي الأموال والكشف عن مثل هذه العمليات.

٢ – يجب أن تتضمن السياسات والإجراءات المذكورة توجيهات خاصة حول عمليات غسل الأموال وخصوصاً تلك التي تؤكد مبدأ " أعرف عميلك".

٣ – تصميم نظام محكم للتقارير الداخلية الصادرة عن عمليات البنك والتي تساعد لهذا الغرض، ومن هذه التقارير المقترحة ما يلي:

● تقارير حركات وأرصدة الحسابات الجارية :

وتشمل جميع الحسابات بالبنك سواء للعملاء أو للموظفين، وتبين هذه التقارير جميع حركات كل حساب خلال فترة زمنية محددة (شهر أو كل ثلاثة أشهر) سواء كانت إيداعاً أو سحباً

period (month or quarter), identifying each transaction and the relevant dates. This enables any extra-ordinary or unusual transaction to be detected easily.

ii. Bank Draft Report: This should include all incoming, outgoing local and international drafts. The amount and currency of each draft, means of payment by customer, and correspondent bank should be noted. The draft report should reflect the number of transactions and values with every correspondent bank and highlight any significant increase in such transactions.

iii. Significant Transactions Report: This should include all telegraphic transfers affected via telex, Swift and other means. The amount, currency, correspondent bank, and the beneficiary must be noted. The report should highlight number of transactions, and values for each correspondent bank, and highlight any trends etc.

iv. Significant Transactions Report: These should include all transactions which exceed SR. 100,000. Significant transactions report should identify accounts to which these transactions are related and the sources of these large amounts.

v. Report of Minor Amounts: These are special reports which identify certain patterns of small transactions that are aimed at detecting money laundering through either cumulating of minor amounts into a large balance or transfer or conversely apportioning of a large amount into minor transactions to evade suspicion.

4. The internal audit and control units in the Bank should ensure that bank employees at all levels and in all areas are following the Banks' policies and procedures for combating money-laundering.

## 5.2. Know Your Customer:

In general, this principle is aimed at ensuring that Banks are fully knowledgeable about their customers and are aware of their bank dealings. The application of this principle should not affect the relationship of a Bank with its reputable customers. Banks should apply the following procedure for implementing this principle.

i. No account should be opened or banking services provided for customers without proper identification or under fictitious names.

نقداً أو بشيكات، كما تتضمن أرصدة الحسابات في نهاية الشهر ومعدل الرصيد خلال وعدد العمليات النفذة، وبالتالي يسهل التعرف على أي نشاط غير طبيعي في هذه الحسابات.

● تقارير الحوالات :

تشمل جميع الحوالات الواردة أو الصادرة، الداخلية والخارجية وتحدد مبلغ كل حوالة والعملة المستخدمة وطريقة دفعها سواء نقداً أو بشيك ولكل عميل على حده، كما توضح حجم التعامل مع كل بنك مراسل وأية زيادات كبيرة في حجم هذا التعامل.

● تقارير حركة وأرصدة حسابات المراسلين :

تشمل جميع الحوالات البرقية النفذة بواسطة التلكس أو نظام السويفت أو أي وسيلة أخرى . وتحدد فيه المبلغ والعملة والبنك المراسل واسم المستفيد ، كما يوضح عدد وحجم التعامل مع كل بنك مراسل ويبين أي تغيرات أخرى

● تقارير العمليات الكبيرة :

وتشمل جميع العمليات التي تتجاوز مبلغ (١٠٠،٠٠٠ ريال سعودي) حيث تستوجب مثل هذه العمليات عناية وتدقيقاً أكثر، وتساعد هذه التقارير في معرفة الحسابات التي يجري فيها مثل هذه العمليات، وبالتالي معرفة مصدر هذه المبالغ الكبيرة.

● تقارير العمليات ذات المبالغ الصغيرة :

وتشمل جميع العمليات ذات المبالغ الصغيرة وتساعد هذه التقارير على معرفة المبالغ الكبيرة التي تم تكوينها عن طريق تجميع مبالغ صغيرة أو العكس، كما تساعد على معرفة العملاء الذين يحولون مبالغ كبيرة عن طريق تجزئتها إلى مبالغ صغيرة نهرياً من إثارة الشبهة.

٤ - يجب أن تتأكد وحدتا الراجعة الداخلية والرقابية في البنك من اتباع جميع موظفي البنك وعلى كافة مستوياتهم لسياسات وإجراءات البنك فيما يختص بمكافحة عمليات غسل الأموال.

(٢) التعرف على العميل

يهدف مبدأ التعرف على العميل بصورة عامة إلى تأكيد إلمام البنوك التام بعملائها ومعاملاتهم البنكية، ولكن يجب ألا يؤثر تطبيق هذا المبدأ على علاقة البنك مع عملائه الذين يتمتعون بسمعة جيدة، وفيما يلي الإجراءات الواجب اتباعها من قبل البنوك لتطبيق هذا المبدأ :

١ - حظر فتح أية حسابات مجهولة الهوية أو ذات أسماء مستعارة أو تقديم أية خدمة لمثل هؤلاء العملاء.

٢ - تحديد هوية أي عميل يفتح حساباً جديداً أو لديه علاقة عمل مع العميل.

138

ii. Identify any client who opens a new account or has a business relationship with the Bank.

iii Identification should be made by reference to proper, official documents in accordance with previous SAMA Circulars regarding customer identification.

iv. Identification is not limited to customers that have accounts with the banks; it should also include those who benefit from other bank services such as renting of safety deposit boxes and large cash transfers and foreign exchange transactions.

v. A copy of customer's identification documents should be obtained by the bank when a new account is opened, a major service is rendered, or a large transaction is carried out.

vi. Bank employees should take note and immediate action (such as informing the Branch Manager) if any customer attempts to conceal his identity during opening of a bank account or a major transaction.

vii. Periodically (as a minimum every five years) updating of the documentation and information of old account should be carried out.

viii. If the Bank has any suspicions about the information being given by the customer, it should use other means of verifying such information e.g. verifying home and office telephone numbers by calling such numbers.

ix. The following procedures should be followed as a minimum where opening a **Personal Account for an individual:**

* The Bank should obtain proper identification of the customer as stipulated by SAMA Directives.

* The Bank should seek information on the customer's business, or job title and ascertain the accuracy of such information.

* The Bank should be aware of the sources of customer's deposits, particularly those of significant cash amounts.

* The Banks should seek information on a customer's dealings with other banks with which he deals and seek information from such banks about their dealing with the customer.

* A Bank may identify a customer from its own previous dealings with a customer where he had previously opened a deposit or a loan account with the Bank.

٣ – ان يكون تحديد هوية العميل مبنياً على مستندات رسمية لإثبات الهوية حسب ما جاء في تعاميم المؤسسة بهذا الخصوص.

٤ – ويشمل تحديد الهوية لكافة العملاء المستفيدين من الخدمات المقدمة من البنك حتى وان لم يكن لديهم حساب بنفس البنك ومن هذه الخدمات استئجار الخزائن الحديدية والمعاملات النقدية الكبيرة كالحوالات والصرف الأجنبي.

٥ – يجب الحصول على نسخة من هوية العملاء سواء عند فتح الحسابات الجديدة او عند الاستفادة من الخدمات البنكية أو عند تنفيذ عملية كبيرة للعميل.

٦ – الانتباه التام لأية عملية غير عادية يقوم بها العميل لإخفاء او طمس هويته الحقيقية عن موظف البنك عند فتح حساب جديد أو اثناء تعامله مع البنك وإعداد مذكرة بذلك واتخاذ إجراء فوري (مثل إخطار مدير الفرع).

٧ – العمل على تحديث البيانات الخاصة بأصحاب الحسابات القديمة وبشكل دوري ومستمر (كل ثلاث سنوات على الأقل).

٨ – في حال الاشتباه في مصداقية البيانات المعطاة للبنك من قبل العميل، يجب على البنك محاولة التحقق من صحتها بالطريقة التي يراها مناسبة كالاتصال الهاتفي بالمنزل أو مقر العمل.

٩ – ويجب اتخاذ الإجراءات البينة فيما يلي كحد ادنى عند فتح حساب شخصي او تقديم أية خدمة لثل مؤلاء العملاء :

. التعرف على الهوية الحقيقية للعميل بناء على موارد في تعاميم المؤسسة.

- معرفة طبيعة نشاط العميل التجاري أو الوظيفي ومتابعة ذلك والتأكد منه.

- معرفة مصدر الأموال المودعة عند فتح الحساب وخاصة الإيداعات النقدية الكبيرة.

- تحديد هوية العميل من خلال علاقته مع البنوك الأخرى التي يتعامل معها والحصول على معلومات من هذه البنوك بشأن تعاملهم مع العميل.

- التعرف على العميل الذي قام سابقاً بالحصول على قرض سابق او ان يكون له (حساب وديعة مثلاً) لدى البنك.

139



* Where a bank employee provides a reference for the customer, or introduces the customer, the identification procedures should still be fully applied. While employee knowledge of a customer provides additional comfort it should not lead to any compromises in applying specified procedures.
* If a customer's mailing address is far from the location of branch where he is opening an account, the Bank should investigate the reasons why the customer has opened an account in that Branch.

x. Procedures to be followed when opening a Current Account or a Joins Account for a Business Entity:

* The Bank should obtain original documents or authenticated copies which identify the legal identity of the customer, details about its activities etc. as prescribed in the customer agreement.
* The Bank should collect direct or indirect information about the business enterprise from other banks and sources.
* The Bank should ascertain the propriety of the information provided by the enterprise, when opening an account by other means such as, ascertaining the address by a telephone call.
* Bank employees should visit the enterprise's location, if possible, to get acquainted with the nature of the enterprise's activities
* The Bank should know the sources of deposits, specially large cash deposits when an account is being opened.
* The Bank should obtain the following information when an enterprise is opening a significant account:

- The financial structure of the enterprise and its annual financial statements.
- Description of the services and business
- List of significant suppliers, customers and their locations.
- Description of the geographical coverage where the enterprise carries out its activities.
- Transactions with internal entities.

* The Bank Branch where a customer has his account shall be responsible for carrying out the above requirements and following instructions, even when their customer may choose the Bank's other branches to carry out transactions. The other Branches must contact the account opening Branch before carrying out such transactions.

140

- في حالة أن يكون العميل معروفاً من قبل أحد موظفي البنك الموثوق بهم، فإن إجراءات التعريف يجب أن تستكمل.

- في حالة أن يكون عنوان العميل بعيداً عن الفرع، على البنك معرفة سبب فتح الحساب في ذلك الفرع بالذات.

١٠ – الإجراءات الواجب اتباعها عند فتح حساب جاري أو حساب مشترك للمؤسسات أو الشركات :

- التأكد من الحصول على المستندات الحقيقية التي تحدد نوعية المنشأة أو الشركة وطبيعة تكوينها وتأسيسها، كما وردت هذه المستندات في عقد فتح الحساب.

- الاستفسار عن الشركة أو المنشأة لدى البنوك الأخرى أو أية مصادر أخرى وذلك بشكل مباشر أو غير مباشر.

- التحقق من صحة البيانات المعطاة من قبل الشركة أو المنشأة عند فتح الحساب كأن يتم التحقق من العنوان عن طريق الاتصال الهاتفي بمقرها.

- زيارة مقر الشركة أو المنشأة إن أمكن لأهمية ذلك في التعرف على طبيعة عملياتها والأنشطة التي تزاولها.

- يتوجب معرفة مصدر الأموال الودعة من قبل العميل وقت فتح الحساب وخاصة الإيداعات النقدية الكبيرة.

- بالنسبة للحسابات الكبيرة للشركات فإن على البنك أن يحصل على المعلومات التالية:

- التكوين المالي للشركة وقوائمها المالية السنوية.
- وصف للخدمات والأعمال التي تزاولها.
- قائمة بأهم الموردين والمتعاملين معها ومواقع أعمالهم.
- وصف للمنطقة التي تعمل الشركة ضمنها.

- أية تعاملات مع أطراف ذات علاقة.

١١ – يتولى فرع البنك المفتوح فيه حساب العميل مسؤولية التقيد بالمتطلبات والتوجيهات المذكورة حتى عند اختيار العميل فرعاً آخر من فروع البنك لتنفيذ عملياته، على أن يتصل الفرع الأخير بفرع البنك الذي فيه حساب العميل قبل الشروع في تنفيذ عمليات العميل المذكور.

* When a customer opens an account on behalf of another person or a joint account, the Branch must seek all appropriate information on both the person opening the account and the account holder.

### 5.3 Referral of Business

1. There is a strong tradition within a Bank of referring business between branches and subsidiaries. Frequently the referring office provides a minimal amount of information about the customer and the commercial rationale of the transaction(s) to the referred office. It is a recognized business objective that the Bank will cross-refer and cross-sell business, but this must be done in such a way as to comply with any local rules regarding "know your customer".

2. These rules normally require each office to

   a) Take all reasonable steps to identify fully customers bonafide, including beneficial customers.
   b) Take all reasonable steps to enable suspicious transactions to be recognized.

3. This includes, without exception, customers referred by other branches and subsidiaries and transactions undertaken and services provided for the benefit of such customers.

4. Reasonable steps to enable suspicious transactions to be recognized will include:

   * Obtaining a reasonable understanding of the normal character of the customer's business; and
   * Having a reasonable understanding of the commercial basis of the transaction to be undertaken or service to be provided. What is a reasonable understanding will depend upon the complexity of the business and transactions concerned. For example high value or high volume transactions, especially if the transactions or the customer type is one regarded as high risk from a laundering viewpoint will require customer and transaction information in considerable detail.

5. Relevant information should be obtained from the referring office, who should have obtained such information from the customer before the referral is made. If the party concerned is not banking with the referring office, this

١٢ – على الفرع الحصول على كافة المعلومات اللازمة عن الشخص الذي يقوم بفتح الحساب والشخص مالك الحساب عندما يقوم العميل بفتح هذا الحساب نيابة عن شخص آخر أو يفتح حساب مشترك.

(٣) تبادل المعلومات

١ – من التقاليد الأساسية السائدة لدى البنوك هو تبادل المعلومات المتعلقة بالأنشطة والأعمال فيما بينها وبين الفروع والشركات التابعة، حيث تقوم هذه الإدارات بتزويد بعضها ببعض بالمعلومات عن عملائها ومدى معقولية عملياتهم التجارية بهدف التعرف على الغرض من هذه الأعمال وذلك من خلال ربطها بالمعلومات المتوفرة والخدمات المقدمة آخذين في الاعتبار احترام الأحكام والقوانين المحلية المنظمة لعمليات " التعرف على العميل".

٢ – تتطلب الأحكام والقوانين المنظمة لعملية "التعرف على العميل" أن تقوم كل إدارة بعمل التالي:
١ – اتخاذ كافة التدابير اللازمة لتمييز العملاء المشكوك في نصرناتهم والعملاء المستفيدين من العمليات الشتبه بها.
ب – اتخاذ التدابير اللازمة لتوضيح العمليات البنكية المشتبه بها.

٣ – يتضمن هذا البند ودون استثناء العملاء المتبادلين بين الفروع والشركات المحلية الأخرى، وكذلك المعاملات والخدمات التي تقدم لصالح هؤلاء العملاء.

٤ – تشتمل الخطوات اللازم اتخاذها للتعرف على العمليات المشتبه بها الآتي:
- الحصول على معلومات كافية عن الطبيعة التجارية لأنشطة العميل.
- معرفة وفهم الأساس التجاري لكل معاملة أو خدمة مقدمة للعميل.

حيث تعتمد معقولية فهم المعاملات والخدمات على درجة تعقيد النشاط التجاري أو المعاملة. فعلى سبيل المثال عند ارتفاع قيمة المعاملات أو زيادة عددها، خصوصاً إذا كان العميل (أو العملية) مصنفاً ضمن العمليات ذات الخطورة العالية من وجهة نظر غسل الأموال فإن ذلك يتطلب معلومات عن العميل أو العملية مفصلة بشكل كبير.

٥ – يجب الحصول على المعلومات الملائمة من الفرع المزود لهذه المعلومات والذي بدوره يجب أن يحصل عليها من العميل قبل إتمام عملية التحويل. أما إذا كان العميل ليس لديه علاقة بنكية

١٤١

should be clearly stated and the reason for making such referral should be given. This information must include:

a) . Customer's name and address as verified by referring office.

b). A brief summary of the customer's business, and the business basis or purpose of the transactions or services (for continuing relationships periodic update will be required)

c) A confirmation that the office knows of no reason why the referred office cannot accept the business

6. Where a foreign branch, subsidiary or associate refers business to a bank in Saudi Arabia, in addition to the above procedures, the bank should seek full business rationale for the referral, and determine whether it would comply with Saudi laws and regulations. If the referred office determines that it has insufficient information to enable it to accept the referral, the business must be declined and the referring office notified.

## 5.4. Retention of Records and Documents

1. Banks should retain all documents and records relating to their operations in accordance with normal banking practices, for ease of reference in their own use, and for use by supervisory authorities, other regulators and auditors.

2. Banks should retain in original form the following documents;

   ✓ Account opening documents.

   * Customer identification documents.

   * Documents relating to operation of customer accounts including all correspondence with the customer.

3. Banks should also retain the following documents and records;

   * Records of a customer transaction.

   * Details of customer accounts and balances:

   * Documents relating to a local or a foreign transaction.

   * Accounting entry documents.

   * Subsidiary ledgers related to customers, debit and credit notes, deposit slips and cashed cheques.

مـع الطرف المحول فيجب توضيـح ذلك والأسـباب الـتي دعـت لإجراء تبادل المعلومات بحيث تحتوي هذه المعلومات على الآتي:

أ – اسـم العميل وعنوانه كمـا تم التأكد منـه مـن قبـل الفـرع أو الإدارة.

ب – نبذة مختصـرة عـن أعمـال وأنشـطة العميـل والأسـاس التجاري أو الهدف من العمليات أو الخدمات (تتطلب تحديث هذه المعلومات دورياً في حالة استمرار العلاقة).

ج – تأكيد مـن الفـرع أو الإدارة البادلة للمعلومـات أنـه لا يوجـد لديه سبب واضح لعدم قبول الأعمال.

٦ – عندمـا يتم إحالة أعمال مـن بنـك أو فـرع بنـك أجنـبي إلى بنـك سعودي، فإنه بالإضافة إلى الإجراءات السابقة يجـب على البنك السعودي أن يتحرى من الجدوى التجارية للتحويل ويتحقـق مـا إذا كانت تتمشى مـع النظم واللوائح السعودية أم لا.

إذا قرر المكتب المحال إليه بأنه ليس لديه معلومات كافية تمكنه مـن قبـول الإحالة فإنه في هـذه الحالة يرفـض الأعمـال ويرسـل إفادة المكتب المحول بذلك.

(٤) الاحتفاظ بالسجلات والمستندات

١ – عملا بالمرسوم الملكي رقم م – ٦١ بتاريخ ١٧/١٢/١٤٠٩هـ على البنوك إعداد وحفظ المستندات والسـجلات المتلفـة بعملياتهـا ومعاملاتها مـع عملائها حتى يسهل الرجوع إليها عند الحاجة، سواء من قبل البنك نفسه أو من قبل الجهات المختصة والجهات الرقابية والإشرافية أو مراقبي الحسابات.

٢ – على البنـوك الاحتفـاظ بالمستندات الأصلية لفترة لا تقـل عـن عشرة سنوات بعد إقفال الحساب:

- مستندات فتح الحساب
- مستندات تحديد هوية العميل.
- مستندات ملف الحساب بما فيه التقارير والمراسلات المتبادلة بين البنك والعميل.

٣ – على البنوك الاحتفاظ بالمستندات والسجلات الآتية لفترة لا تقل عن عشرة سنوات:

- مستندات عمليات العميل.
- البيانات المتعلقة بحسابات وأرصدة العملاء.
- سجلات ومستندات المعاملات المحلية والخارجية التي يقوم بها البنك.
- مستندات القيد المحاسبي المستخدمة في العملية.
- قيود دفتر الأستاذ الخاصة بالعملاء، والمستندات الخاصة بهـا مثل إشعارات الخصم والإيداعات والشيكات المسحوبة.

١٤٢



## 5.5. Money laundering Control Unit:

A Bank must establish a money laundering control function in the organization, to prevent, detect and combat money-laundering activities. This function should be responsible for developing policies and procedures, ensuring compliance and follow up and receiving information on suspected money-laundering activities and transactions. It should also be responsible for reviewing, studying and investigating any suspected money laundering activities and notifying appropriate authorities when required. It should also participate in developing and implementing policies for training of banks' employees in special programs.

Preferably in large banks such function could be housed in a separate Money aundering Control Unit. In medium sized and smaller banks this function could be carried out from special units within the internal audit, fraud prevention or other internal control units.

## 5.6 External Audit:

The external auditor of a bank is responsible, among other things, to examine the bank's policies, procedures and internal control systems aimed at combating money laundering activities. He should also test the enforcement of such policies, and procedures. The result of his tests and any observations arising therefrom must be reported as part of his letter to management and if significant to SAMA.

The external auditor should notify the Bank's management of any suspicious transactions that he identifies during the performance of his duties. The management, can then decide on the appropriate action, with or without further collaboration from the external auditors, and reporting to authorities. The external auditor should keep fully aware of the action taken by management, and where in his opinion this was not satisfactory, consider direct contact with the authorities.

## 5.7. Electronic Funds Transfer Systems:

Modern technology such as electronic fund transfer and payment systems that make a fast, efficient and secure fund transfer possible are equally useful to money-launderers for their activities. Consequently, banks must pay particular attention to prevention and detection of money-laundering when designing and implementing such EFT systems.

143

(٥) وحدة مكافحة غسل الأموال

على البنك أن يولي عناية خاصة بمكافحة عمليات غسل الأموال وذلك عن طريق إنشاء وحدة لمكافحة غسل الأموال.

وتتولى هذه الوحدة مسؤولية تطوير السياسات والإجراءات اللازمة لمكافحة غسل الأموال والتأكد من إلتزام البنك بها والقيام بأعمال المتابعة، كما أن من مسؤولية هذه الوحدة مكافحة غسل الأموال ودراسة أية معاملات غسل أموال مشبوهة وتوثيقها والتحقق منها والتبليغ عنها في حال شرتها، كما تقوم هذه الوحدة بإسداء النصح والرأي لموظفي البنك حول هذه العمليات المشتبه بها وبيان التعليمات الداخلية ذات العلاقة والمشاركة في التدريب الداخلي لموظفي البنك. ويفضل أن تنشئ البنوك الكبيرة وحدة منفصلة لمكافحة غسل الأموال، أما البنوك المتوسطة والصغيرة فيمكن أن تقوم وحدات خاصة في قسم المراجعة الداخلية أو مكافحة عمليات الاحتيال أو أية وحدات رقابة داخلية أخرى.

(٦) المراجع الخارجي

على المراجع الخارجي لحسابات البنك أن يقوم وضمن مهامه في نطاق المراجعة بمراقبة وتدقيق وتطبيق الإرشادات الخاصة بمكافحة غسل الأموال والتأكد من توفر السياسات الملائمة لذلك لدى البنك وعن كفاية نظام الرقابة الداخلية فيه وأن يدرج نتائج تدقيقه على ما سبق ذكره ضمن تقرير الإدارة الذي يرفع للإدارة ومؤسسة النقد العربي السعودي، كما يجب عليه أثناء قيامه بعمله المتاد كمراجع للحسابات أن يبلغ إدارة البنك بأية عملية يشتبه في كونها غسلاً للأموال ومن ثم تقرر الإدارة الأجراء المناسب لمعالجة ذلك إما بالتعاون مع المراجع الخارجي أو منفردة ولإبلاغ السلطات المختصة بذلك، وعلى المراجع أن يكون ملماً بالكامل بإجراءات الإدارة وما إذا كانت هذه الإجراءات غير مناسبة في رأيه وعليه في مثل هذه الحالة الاتصال مباشرة بالجهات المختصة.

(٧) أنظمة التحويل الآلي

تعتبر التقنية الحديثة مثل أنظمة التحويل والدفع الآلي ضرورية لتسهيل عمليات التحويل والدفع وسرعة الأداء، والفعالية والأمن كما أنها تعتبر بذات القدر مفيدة لاستخدامات غاسلي الأموال، وعليه فإن على البنوك عند تصميها لهذه الأنظمة توخي الانتباه لمنع إستغلال هذه الأنظمة من قبل غاسلي الأموال.

It is possible that money-laundering transactions can pass through these systems when funds are moved from one account to another through local and foreign banks, making it difficult to trace or verify these transactions. Therefore all banks must implement procedures to identify the remitters and the beneficiaries for Al transactions, by obtaining complete information on them. This should include their names, addresses, account numbers and any other relevant information that could be useful in subsequent follow-up and investigation by the Bank or the authorities.

### Employee Training:

A Bank must develop a regular training program for all its employees for acquainting them with money laundering transactions, their nature, indicators, risks to the bank etc. They should also train them in methods to prevent and detect money laundering activities and procedures for notifying senior management, internal control units and for informing SAMA and police authorities.

2. A Bank must have more extensive training programs for employees who deal directly with customers or those who have direct responsibility for detection and investigating money-laundering. These training programs should encourage employees to be reliable and trustworthy for controlling money laundering. It should also emphasize that aiding or benefiting from money-laundering is serious criminal offense and carries serious penalties.

### 5.9. Alerting the Authorities of Suspicious Transactions:

1. A Bank should formulate internal policies and procedures to be followed by employees when they have reasons to suspect that a money-laundering transaction is taking place. These policies and procedures should be part of an internal operational manual and should clearly prescribe the actions to be followed by an employee in informing branch and H.O management. It should also prescribe actions to be taken to immediately inform the authorities i.e. Police and SAMA.

2. A Bank is not responsible for carrying out formal investigations of all customer transactions to search for possible money laundering activities.

3. However, a Bank should identify for use and

ومن المكن جداً للقائمين بعمليات غسل الأموال أن يستغلوا هذه الأنظمة في عملياتهم وذلك عن طريق تحريك المبالغ المراد غسلها بين عدة حسابات في بنوك مختلفة (داخلية أو خارجية) على نحو يصعب معه متابعة العمليات والتحقق منها.

ويجب على البنوك أن تتحرى الدقة للحصول على معلومات كاملة عن المحول والمستفيد، بذلك يمكن في حالة الاشتباه بأن الحوالة لها علاقة بعملية غسل أموال الرجوع إلى هذه المعلومات من قبل السلطات وإدارة البنك ومن البيانات المفيدة لتحديد المحول والمستفيد (اسم وعنوان ورقم حساب المحول واسم وعنوان ورقم حساب المستفيد).

## (٨) تدريب الموظفين

١ – على البنك تطوير دورات تدريبية منتظمة ومناسبة لموظفي البنك للتعرف بعمليات غسل الأموال ومخاطرها وطبيعتها والمؤشرات التي قد تدل على وقوعها وطرق مكافحتها ومنعها، وكيفية التبليغ عن المعاملات المشتبه والإجراءات المتبعة في تبليغ الإدارة العليا ووحدات الرقابة الداخلية ومؤسسة النقد العربي السعودي والشرطة والجهات المختصة.

٢ – يجب أن يكون لدى البنك تدريب خاص ومكثف للموظفين الذين يحتكون بالعملاء (الأفراد أو الشركات) أو الموظفين الذين لهم علاقة بمكافحة غسل الأموال في البنك، مما يجعلهم أشخاصاً يعتمد عليهم ويوثق بهم. كما يجب التأكيد للموظفين بأن المساعدة في عمليات غسل الأموال أو الاستفادة منها جريمة خطيرة وعقوبتها رادعة.

## (٩) التبليغ عن المعاملات المشتبه فيها

١ – على البنك وضع برنامج داخلي يبين الإجراءات الواجب اتباعها من قبل الموظف عند الاشتباه في عملية ما، كما يجب أن يتضمن البرنامج الإجراءات اللازم اتخاذها لتبليغ إدارة الفرع والمركز الرئيسي والسلطات المختصة (الشرطة ومؤسسة النقد العربي السعودي).

٢ – ليست من مسؤوليات البنك أن يجري تحريات نظامية على كافة معاملات العملاء للبحث عن احتمال وجود عملية غسل الأموال.

٣ – يجب على البنوك أن تولي اهتماماً خاصاً لبعض العمليات التي

144

reference of its employees, distinct patterns of customer behaviour or unusual patterns of transactions that could indicate money laundering activities. These could be regular or periodic transactions of either very large or small amounts. These can be without an apparent economic or acceptable purpose and often with parties operating from countries or jurisdictions that are known to have weak regulations for combating money laundering activities.

4. When a Branch management suspects that a money laundering transaction is taking place, it must immediately report it to the local police authorities and notify SAMA through its head office Money Laundering Control Unit. There should be no time wasted in informing the authorities and SAMA.

5. The Bank should make available to the police authorities and to SAMA all documents and statements related to the suspicious transactions and its related parties. It should fully cooperate with the authorities and follow their instructions in this respect.

6. It is a criminal offense for bank employees to help anyone they know or suspect to be involved in money laundering activities. If an employee thinks that a transaction is related to criminal activity it must be reported.

7. The notifying Bank and its employees are free of any blame or charge in respect of the notification, whether or not their suspicion is proved to be correct, as long as their notification was made in good faith.

8. A Bank should not inform the suspected client of its notification to the authorities but should exercise more caution in its dealings with him.

9. Notification of suspicious transactions to the authorities does not conflict with the provisions of the banking secrecy and customer confidertiality under the Saudi Banking Laws and Regulations.

### 5.10. Delivery of Documents to Authorities:

A Bank should have written policies and procedures that must be followed by responsible employees for making information and documentation available to local and foreign authorities. These policies and procedures should include the following:

1. The person or persons in a Branch or at the Head office that shall be responsible for informing the authorities (Police, SAMA) when money-laundering is suspected.

2. The manner and form in which they shall

تتميز بنمط مختلف عن أنماط العمليات المعتادة مثل العمليات ذات المبالغ الكبيرة أو التي تتم بمبالغ صغيرة وعلى فترات دورية منتظمة دون أن يكون لها غرض مقبول أو سبب اقتصادي واضح، أو العمليات التي تتم مع أطراف أخرى من دول لا تطبق فيها ضوابط كافية لمكافحة عمليات غسل الأموال.

٤ – عند الاشتباه في حدوث عملية غسل أموال أو أي نشاط مرتبط بها، على إدارة الفرع المبادرة بإبلاغ الجهات الأمنية بأسرع وقت ممكن وإشعار مؤسسة النقد بذلك.

٥ – على البنك توفير جميع ما يتعلق بالعملية المبلغ عنها من مستندات وبيانات وافية عن العملية والأطراف ذات العلاقة، والتعاون مع السلطات المختصة والعمل وفقاً لتوجيهاتها.

٦ – يجب على كل موظف في حالة اكتشاف أو اشتباه بعملية غسل أموال أن يبلغ وفقاً لإجراءات البنك المتبعة، حيث أن الاخفاق في التبليغ أو تحذير من له علاقة بعمليات غسل الأموال أو مساعدته قد يترتب عليها آثار مالية وقانونية على الموظف نفسه.

٧ – يعفي البنك أو الموظف المبلغ من أية مسؤولية نتيجة تبليغه سواء ثبتت صحة الاشتباه أو لم تثبت، طالما أن التبليغ قد تم بحسن نية.

٨ – يحظر على البنك تحذير عميلة صاحب العلاقة بالعملية المشتبه فيها، طالما تم إبلاغ السلطات المختصة بالمعلومات المتعلقة به. كما يجب عدم إيقاف التعامل مع العميل المبلغ عنه ويكتفى ببذل مزيد من التحري والحذر حول العمليات التي يقوم بها.

٩ – إن إبلاغ السلطات المختصة عن العمليات المشتبه فيها لا يتنافى مع السرية البنكية وسرية العميل المنصوص عليها بموجب قوانين وأنظمة البنوك السعودية.

### (١٠) تسليم المستندات للسلطات المختصة

يجب أن يكون للبنك سياسات وإجراءات مكتوبة تتبع من قبل الموظفين المسؤولين وذلك لتزويد السلطات المحلية والأجنبية بالمعلومات والمستندات التي تتطلبها تلك السلطات. وتتضمن هذه السياسات والإجراءات ما يلي:

١ – الموظف أو الموظفين في الفروع أوالفرع الرئيسي الذين يتولون مسؤولية إبلاغ السلطات ( الشرطة ومؤسسة النقد العربي السعودي) عند الإشتباه في عملية غسل أموال.

٢ – الأسلوب والشكل الذي يجب أن يتبعه هؤلاء الموظفين في إبلاغ

145

contact the authorities and pass information to them.

3. Where documents and records are to be provided to the authorities, the form of such documentation (original or copies) and the receipt and forms to be used for providing and receiving such information by authorized personnel.

4. When information is to be provided verbally, the manner and form of such information.

5. In some instances, depending upon the case, a new or a different procedure may need to be developed. The person or persons authorized to develop such procedures must be identified at branches or and head office.

Where information and documentation is sought by or is to be provided to a foreign law enforcement authority, the Bank must seek permission of SAMA and local authorities before passing any documents, records or information. Normally such information exchange actions are carried out in collaboration with local authorities.

**6. Effective Date**

These guidelines are effective from the date of the accompanying circular.

السلطات المذكورة أعلاه .

٢ – طبيعة المستندات (أصلية أو نسخ) والإيصالات والنماذج التي يجب استخدامها في إبلاغ السلطات بالمعلومات وفي تلقي المعلومات منها وذلك عند تقديم تلك المستندات للسلطات .

٤ – الأسلوب الذي قد يتبع في إبلاغ السلطات إذا كان هذا الإبلاغ شفهياً .

٥ – يجوز أن تستدعي بعض الحالات تبني إجراءات جديدة في إخطار السلطات عند الاشتباه في عملية غسل الأموال ويجب في مثل هذه الحالات تعريف الموظف أو الموظفين في الفروع أو الفرع الرئيسي المخولين لاستحداث تلك الإجراءات .

٦ – على البنك الحصول على موافقة مؤسسة النقد العربي السعودي والسلطات المحلية عندما تكون المعلومات والمستندات المعنية مطلوبة من سلطة قانونية أجنبية أويجب تزويدها بها وذلك قبل إبلاغ تلك المعلومات وتسليم المستندات وعادة يتم تبادل مثل تلك المعلومات بالتعاون مع السلطات المحلية .

**سادساً: تاريخ التطبيق**

يسري العمل بهذا الدليل من تاريخ إصداره

الملـــــــلاحـق
# Appendixes

Appendix- 1

## EXAMPLES OF WEAKNESSES IN PROCEDURES IN A BANKING SYSTEM THAT ENCOURAGE MONEY LAUNDERING

Any country or a geographical region that has weaknesses in its legal and regulatory framework can be exploited by money-launderers and can become a center for money laundering. As money laundering transactions normally require a long period to complete their three stages, money launderers often seek countries with serious shortcoming in their laws and procedures base their operations.

The existence of following weaknesses in a 'l system of a country can generally create an environment that is conducive for the money laundering transactions to penetrate its banking system:

* Adopting of strict and complete banking secrecy in respect of its banking system, thus hindering other concerned authorities from discovering money laundering transactions.
* Countries in which rules permitting registration of companies are lax and have few requirements and that particularly permit the use of bearers shares in company formation.
* Absence of any foreign exchange controls on incoming and outgoing funds.
* If a country does not require a strict application of the "know your customer" principle, thus facilitating the opening of intraceable numbered accounts or fictitious names.
* Facilitating the issuance of financial instruments payable to bearers by banks.
* Countries in which money laundering is not considered a crime.
* Countries that do not require banks to notify the concerned authorities of large or unusual fund transfers.
* Countries that do not necessitate notification of suspicious transactions to the concerned authorities.
* Absence of confiscation regulations, or lax enforcement or even non enforcement of such regulations if they exist.
* Countries that have significant dealings in outgoing foreign drafts transfers or cash instruments.
* Countries that are international markets of precious metals and where it is easy to transact such trades.

ملحق (١)

امثلة لنقاط الضعف في إجراءات
أنظمة البنوك والتي تساعد على علميات غسل الأموال

هناك احتمال كبير بأن تصبح أية دولة أو منطقة تعاني من ضعف هيكلها القانوني او النظامي مركزاً لغسل الأموال، حيث أن غاسلي الأموال يبحثون عن نقاط الضعف التشريعية أو الإجرائية لاستغلالها في تمرير ومزاولة اعمالهم الإجرامية ولأطول فترة ممكنة خصوصاً وأن طبيعة عمليات غسل الأموال تحتاج إلى فترة طويلة ومتواصلة لإتمام جميع مراحلها الثلاث.

وفيما يلي قائمة بالحالات التي قد تكون عوامل مساعدة للمجرمين على مزاولة نشاطهم في غسل الأموال:

١ – الدول التي تتبع السرية المطلقة في نظامها المصرفي مما يعيق السلطات القانونية من التحقيق في عمليات غسل الأموال.

٢ – الدول التي تسمح بتأسيس الشركات ضمن شروط ميسرة وبالذات السماح بإصدار أسهم لحاملها عند تأسيس الشركة.

٢ – حالات عدم وجود رقابة على تبادل المعاملات المالية الأجنبية حين دخولها وخروجها.

٤ – حالات عدم تطبيق مبدأ (أعرف عميلك) بشكل صارم وضمن إجراءات قوية مما يتيح فتح الحسابات المجهولة الأسماء أو الأرقام.

٥ – حالات تسهيل إصدار البنوك لأدوات نقدية لحامله.

٦ – الدول التي لا تجرم عمليات غسل الأموال.

٧ – الدول التي لا تشترط التبليغ عن الحوالات ذات المبالغ الكبيرة أو غير الطبيعية.

٨ – الدول التي لا تشترط التبليغ عن العمليات المشتبه بها.

٩ – حالات عدم وجود قوانين تنظيم عملية المصادرة أو وجود قوانين ضعيفة.

١٠ – الدول التي يوجد لديها حجم كبير من التحويلات الخارجية أو الأدوات النقدية.

١١ – الدول التي لديها أسواق عالمية لتبادل المعادن الثمينة حيث يسهل التعامل فيها.



* Countries permitting free trading of the U.S Dollar and particularly where banks are allowed to accept dollar deposits.

* Countries that have banking control laws that facilitate the establishment of banks particularly in free trade zones where supervisory controls or banking regulations are lax.

١٢ – الدول التي يسمح فيها بالتعامل الحر بالدولار وخاصة الدول التي تسمح لبنوكها بقبول الايداعات بالدولار.

١٣ – الدول التي فيها انظمة مصرفية تسهل عملية فتح البنوك وفتح الحسابات وخصوصاً في المناطق المعفاة من الضرائب أو التي تطبق مبدأ التجارة الحرة حيث لا يوجد إلا قدر ضئيل من السلطة الرقابية او الضوابط التنظيمية المصرفية.

149

Appendix - 2

ملحق (٢)

## MONEY LAUNDERING INDICATORS

The purpose of this section on money laundering indicators is to increase the understanding of Banks' personnel of such transactions to help them in identifying any such activities. The existence of one or more of these indicators does not necessarily mean that a money laundering transaction is taking place but it should raise some concerns and lead to further investigations.

These indicators should be taken by Banks' personnel for guidance purposes only. These are not exhaustive and Banks' personnel should make efforts to add or amend these as required. Bank employees should depend on their skills and expertise to reach a sound judgement on suspected transactions.

### 1. General Indicators
1. The transaction whose general form is indicative of illegitimate or unknown purpose.
2. Existence of movements in the customer's account not related to his activities such as:

   * Continuous cash deposits in companies and establishments' accounts.
   * Abnormal purchase of cashiers cheques and payments orders against cash.
   * Withdrawal of cash amounts after a short time of its deposit.
   * Large deposits of cheques, incoming drafts and payment orders that are inappropriate to the nature of customer's activity.
   * Large withdrawals or deposits inconsistent with customers activities.

3. Transactions for unknown objectives which do not adhere to activity of the company or its branches.
4. Existence of a large number of deposits of small amounts whether in cash, cheques or incoming drafts and whose total amounts or the approximate total amounts, are transferred to another city or country in one transaction.

### 2. Indicators for Teller Transactions:
1. Frequent cash deposits by the customer of dirty or excessively used notes.
2. Cash deposits of large amounts whose source is apparently one of the banks in the same region.
3. Exchange of a large amount consisting of small denominated notes with the same

المؤشرات الدالة على عمليات غسل الأموال

إن الهدف من ذكر المؤشرات بمالية هو زيادة فهم موظفي البنوك لعمليات غسل الأموال وما يرتبط بها من أنشطة مصرفية وبالتالي مساعدتهم في تمييز ما إذا كان هناك عملية غسل أموال أم لا، حيث أن وقوع واحد أو أكثر من هذه المؤشرات لا يدل بالضرورة على حدوث عملية غسل أموال إنما يعني الاشتباه الذي يستوجب التحري الدقيق للتأكد من حدوث العملية.

ويجب أن تؤخذ المؤشرات التالية للاسترشاد بها ولا يمكن اعتبارها مكتملة بأي حال من الأحوال، الأمر الذي يتطلب من موظفي البنوك الاجتهاد في مجال تنقيحها والإضافة إليها متى ما وجدت أسباب منطقية لذلك، كما يجب عليهم أيضاً الاعتماد على خبراتهم وقدراتهم في سبيل إيجاد حكم صائب عن العملية المشتبه بها.

مؤشرات عامة :

١ - العمليات التي يوحي شكلها العام بأنها ربما تكون ذات غرض غير مشروع، أو أن تكون ذات غرض مجهول.

٢ - وجود حركات في حساب العميل لا تمت لطبيعة نشاطه بصلة ومنها على سبيل المثال:

- الإيداعات النقدية المستمرة في حسابات الشركات والمؤسسات التجارية.
- شراء شيكات مصرفية وأوامر الدفع الأخرى مقابل النقد وبشكل غير عادي.
- سحب مبالغ نقدية بعد إيداعها بوقت قصير.
- الإيداعات الكثيرة للشيكات والحوالات الواردة وأوامر الدفع بشكل لا يتناسب مع نشاط العميل.
- ظهور حركة سحب أو إيداع كبيرة لا تتناسب مع حركة حساب العميل المعتادة.

٣ - العمليات التي لا تكون متمشية مع النشاط المناد للبنك أو فرع البنك المعني والتي لا تعرف الدوافع من ورائها.

٤ - وجود عمليات إيداع كثيرة العدد لمبالغ صغيرة سواء كانت نقداً أو بشيكات أو حوالات واردة يتم تحويل إجمالي مبالغها أو بنقص بسيط إلى مدينة أو دول أخرى وبعملية واحدة.

مؤشرات معاملات الشباك :

١ - الإيداعات النقدية المتكررة من قبل العميل لفئات نقدية متسخة أو سبق أن استخدمت بكثرة.

٢ - الإيداعات النقدية لمبالغ كبيرة واضح أن مصدرها بنوك أخرى بنفس المنطقة.

٣ - مبادلة مبلغ كبير مؤلف من أوراق نقدية ذات فئات صغيرة بنفس المبلغ والعملة لكن بفئات كبيرة.

١٥٠

amount and currency in bigger denominated notes.
4. Purchase by a temporary customer (who does not have an account in the same bank) of cashiers cheques or precious metal in large amounts.
5. Transfer by a temporary customer of amount outside the country without clear reason.
6. Deposit of large number of cheques or cash amounts by the customer or others without any withdrawals.

## 3. Indicators for Bank Accounts

1. Opening of more than one account by a customer in his name in the same bank without a clear reason, and existence of inter account transfer among these accounts.
2. Accounts opened in names of tellers in the bank who receive regular deposits or periodic incoming drafts.
3. Payments or transfers by many persons to a single account whether in cash or through internal drafts.
4. Opening by a customer of more than one account in the name(s) of his family members and being authorized to manage these accounts on their behalf
5. Opening the account by a customer with his continuous management of the account without him physically appearing in the bank or even not being known to the bank personnel for a long period of time.
6. The existence of bank accounts with address outside the region of the bank.
7. Existence of large number of movements of big amounts in the account while the balance is kept low or fixed.
8. Opening of many accounts by the customer with normal balances while the total represents a big amount.
9. Current or saving accounts used only to receive incoming drafts from outside in a continuous manner without any justifiable reasons.

## 4. Indicators for Credit Activities

1. Unexpected settlement, by the customer, of a loan due without disclosing the source of funds.
2. Obtaining a loan or credit facilities against guarantees issued by a bank operating outside the Kingdom without a clear commercial reason.
3. Submittal by the customer, of a company's shares of which the bank is unable to confirm

٤ – قيام عميل مؤقت (ليس له حساب لدى نفس البنك) بشراء شيكات مصرفية أو معادن ثمينة بحجم كبير.

٥ – قيام عميل مؤقت بتحويل أموال للخارج دون سبب واضح.

٦ – إيداع عدد كبير من الشيكات أو المبالغ النقدية من قبل العميل أو غيره دون وجود سحوبات بالمقابل.

مؤشرات الحسابات المصرفية:

١ – قيام العميل بفتح أكثر من حساب باسمه لدى نفس البنك دون سبب واضح وكثرة الحوالات الداخلية بين هذه الحسابات.

٢ – الحسابات الخاصة بالصرافين المفتوحة لدى البنك والتي تستقبل ودائع منتظمة أو حوالات واردة دورية.

٣ – قيام عدد كبير من الأشخاص بدفع أو تحويل مدفوعات لحساب واحد منفرد سواء كان ذلك نقداً أو عن طريق حوالات داخلية.

٤ – قيام العميل بفتح أكثر من حساب بأسماء أفراد عائلته وتوليه إدارة هذه الحسابات نيابة عنهم.

٥ – قيام العميل بفتح حساب واستمراره بالتعامل فيه دون الظهور بالبنك أو حتى معرفة موظفيه به لفترة طويلة جداً.

٦ – وجود حسابات مصرفية بالفرع لعملاء عناوينهم تقع خارج منطقة الفرع.

٧ – وجود حركات كثيرة في الحساب وبمبالغ كبيرة مع بقاء الرصيد منخفضاً وثابتاً باستمرار.

٨ – فتح العميل لعدة حسابات ذات أرصدة عادية إلّا أن إجماليها يمثل مبلغاً كبيراً.

٩ – الحسابات الجارية أو حسابات التوفير التي تستخدم فقط بغرض استلام الحوالات الواردة من الخارج وبشكل مستمر دون وجود أسباب واضحة لذلك.

مؤشرات الأنشطة الائتمانية:

١ – قيام العميل بسداد قيمة القرض المستحق عليه بشكل مفاجئ وغير متوقع أو دون بيان لمصدر النقود.

٢ – الحصول على قرض أو تسهيلات ائتمانية مقابل ضمانات صادرة من بنك يعمل خارج المملكة.

٣ – تقديم العميل لأسهم شركات لا يستطيع البنك التثبت من أنشطتها كضمان للحصول على قرض أو تسهيلات ائتمانية.

١٥١

its activities, as a guarantee for obtaining a loan or credit facilities.

4. Submittal, by unknown parties to the bank, of additional guarantees in favour of the customer such as mortgage of assets or warranties while the bank is unable to define the relationships with the customer or existence of justified reason for such guarantees.

5. The bank grants loans to customers having deposit accounts in foreign banks in a country having strict banking secrecy.

6. The bank grants loan to foreign companies without a justifiable reason.

7. The borrowing customer requests immediate transfer of loaned amount to other bank(s)

8. Use of credit facilities given to the customer for purposes other than that mentioned in the loan application.

### 5. Indicators for Drafts

1. Frequent transfer of amounts to another bank without mentioning the name of the beneficiary.

2. Frequent transfer of amounts to foreign banks with instructions to pay in cash to the beneficiary.

3. The amount of draft does not fit with the physical appearance of the sender or the nature of his commercial activity.

4. Frequent transfers of big amounts to and from countries known to be a source for drugs.

5. The customer's intentional misrepresentation of information given to the bank.

6. Fragmenting a big amount into smaller amounts upon transfer.

7. Frequent transfers to banks in countries known with strict banking secrecy laws.

8. Frequent transfers of large amounts against cheques under clearing or not cleared.

9. Cash transfers in large amounts.

10. Deposits in different accounts and transfer of these amounts to a main account and then transferring it outside the Kingdom.

11. Request of the customer to the bank to transfer amount to foreign banks against incoming drafts to the same account with equivalent amounts.

12. Incoming drafts used immediately to purchase financial instrument such as (certificates of deposit, cashier cheques....etc) in favour of other parties.

13. Continuous purchase of drafts by certain customers.

٤ – قيام أطراف غير معروفة لدى البنك بتقديم ضمانات إضافية كرهن أصول أو تقديم كفالات لصالح العميل، مع عدم مقدرة البنك تمييز أية علاقة وثيقة تربطهم بالعميل أو وجود مبرر واضح.

٥ – منح البنك قروضاً لعملاء لديهم حسابات مصرفية في بنوك خارجية تتمتع بالسرية المطلقة.

٦ – تقديم البنك قروضاً لشركات خارجية دون وجود مبرر واضح لذلك.

٧ – طلب العميل المقترض سرعة تحويل مبلغ القرض إلى بنك أو بنوك أخرى.

٨ – استخدام التسهيلات الائتمانية الممنوحة للعميل في مجالات غير الغرض المحدد عند التقدم بطلب الحصول على قرض.

مؤشرات الحوالات :

١ – تكرار تحويل مبالغ إلى بنك آخر دون إيضاح اسم المستفيد.

٢ – تكرار تحويل مبالغ إلى الخارج مع تعليمات بالدفع نقداً للمستفيد.

٣ – مبلغ الحوالة لا يتناسب مع هيئة المحول أو طبيعة عمله التجاري.

٤ – تحويلات كبيرة ومتكررة من وإلى دول معروفة بأنها مصدر للمخدرات.

٥ – تحايل العميل المتعمد بتقديم معلومات غير صحيحة للبنك.

٦ – تجزئة مبلغ الحوالة الكبير عند التحويل إلى مبالغ أصغر.

٧ – التحويل المتكرر إلى بنوك معروف عنها اعتماد السرية المطلقة.

٨ – التحويلات الكبيرة والمتكررة مقابل شيكات لم تحصل بعد أو غير محصلة.

٩ – التحويلات النقدية بمبالغ كبيرة.

١٠ – إيداع مبالغ في حسابات مختلفة ثم القيام لاحقاً بتحويلها إلى حساب رئيسي ومن ثم تحويلها إلى خارج المملكة.

١١ – طلب العميل من البنك تحويل مبالغ من حسابه إلى الخارج مع ورود حوالات لنفس الحساب بمبالغ تعادل المبلغ المحول.

١٢ – استخدام الحوالات حال ورودها لشراء أدوات نقدية (شهادات إيداع شيكات مصنفة ... إلخ) لصالح أطراف أخرى.

١٣ – قيام عملاء معنيين بشراء حوالات وبصورة دائمة.

152

14. The customer's frequent deposits in his account of cashiers cheques issued by foreign banks.

## 6. Customer Indicators .

1. The customer avoids declaring his actual identification while processing the transaction or even providing incorrect information.
2. The customer tries to transfer large amounts and he withdraws his application because of his fear of informing concerned authorities about the transaction.
3. The customer tries to influence the bank employee not to inform the concerned authorities about a suspected transaction.
4. The customer refrains from providing information about his previous and current commercial activities and banking transactions and relationships.
5. The bank is doubtful of customer's identification for any reason.
6. The customer who opens account without having a local address or persons to identify him.
7. The customer gives his special instructions to process his transactions by fax or telex without a justified reason to use this media.

## 7. Bank's Personnel Indicators

1. An employee whose standard of living is not commensurate with his salary.
2. An employee who works for very long periods without requesting vacations.
3. Connection of employee with many doubtful transactions while performing his duties.
4. The employee tries to facilitate rendering of banking services to a customer (individual, company) without applying normal banking procedures.

## 8. Changes in Branch Transactions Indicators

1. Overriding or not implementing the bank's internal control directives or intentional non-compliance with the bank's policies by employees.
2. Increase of money in circulation in large cash notes that does not match with the nature of work, transactions or location of the Branch.
3. Material change in the volume of branch transactions with one or more corresponding banks.
4. Abnormal increase of drafts volume issued by the branch or in its cash deposits.
5. Increase of cashiers cheques or payment orders sold to temporary customers.

١٤ – إبداع العميل للشـيكات المصرفـية الصـادرة مـن قبل بنـوك أجنبية وبشكل متكرر.

مؤشرات العميل :

١ – تجنب العميل الإفصـاح عن هويته الحقيقية عند إجراء العملية البنكية أو حتـى توفير معلومـات صـحيحة ودقيقـة تسـتوجبها طبيعة العملية.

٢ – محاولة العميل القيام بتحويل مبالغ كبيرة وتراجعه عـن ذلك خوفاً من التبليغ عنها.

٣ – محاولة العميل إكراه أو إجبار موظف البنك بعدم التبليـغ عـن عملية المشتبه بها.

٤ – العمـلاء الذين يمتنعـون عـن تقديـم معلومـات عـن أنشـطتهم التجارية أو معاملاتهم البنكية السابقة والحالية.

٥ – تشكك البنك بهوية العميل لأي سبب كان.

٦ – العملاء الذين يفتحون حسابات دون وجود عنوان محلي لديهم أو أشخاص يرجع إليهم (معرفين).

٧ – إعطاء العميل تعليمات خاصة بتنفيذ العمليات عن طريق الفاكس أو التلكس دون وجود مبرر لاستخدام هذه الوسيلة.

مؤشرات موظفي البنك :

١ – الموظف الذي تحيط بـه مظـاهر معيشـية لا تتناسـب مـع حجـم الراتب الذي يتقاضاه من البنك.

٢ – استمرار الموظف في العمل لفترة طويلة دون أخذ أية أجازات.

٣ – ارتباط الموظف بتعليمات عديدة تثير الريبة أثناء تأديته لعمله.

٤ – محاولة الموظف تسهيل حصول أحد العمـلاء (فـرد أو شـركة) على الخدمات المصرفية التي يقدمها البنك والتغاضي عن تطبيق الإجراءات البنكية المتادة.

مؤشرات التغيرات في أساليب عمليات البنك :

١ – تجاوز أو عدم تنفيذ تعليمات الرقابة الداخلية للبنك أو التحايل المتعمد على السياسات البنكية المتبعة.

٢ – زيادة حركة التداول وبفئات كبيرة لا تتناسب مـع طبيعة الفرع المتادة وعملياته أو موقعه.

٣ – التغير الكبير فى حجم تعامل البنك مـع أحد أو بعـض البنـوك المراسلة.

٤ – الزيادة غير الطبيعية فى حجم الحوالات الصـادر من البنك أو الإيداعات النقدية.

٥ – زيادة عدد الشيكات المصرفية أو أوامر الدفع المباعة إلى العمـلاء المؤقتين.

153



Appendix-3

ملحق (٢)

## EXAMPLES OF BUSINESSES COMMONLY USED FOR MONEY LAUNDERING

أمثلة للأنشطة أو الأعمال المعتاد استخدامها

في عمليات غسل الأموال

Money laundering can adopt a variety of disguises, but there are certain types of businesses which are more attractive to the launderers. There is also a tendency to use countries with strict secrecy provisions for banks and for companies and which make it difficult to obtain sufficient information to understand the nature and type of business being done. The following guidance provides an insight into what those businesses might be.

يمكن لعملية غسل الأموال أن تتم من خلال ممارسات مختلفة ولكن هناك أنواع محددة من الأنشطة والأعمال تكون أكثر جاذبية لغاسلي الأموال. وغالباً مايكون الاتجاه هو استخدام الدول التي تتبع مبدأ السرية المصرفية مما يجعل الحصول على المعلومات الكافية لمعرفة طبيعة ونوعية العمل الذي تم تغطيته أمراً في غاية الصعوبة. وتوضح النقاط التالية أسلوب استخدام هذه الأعمال.

### Shell Corporations

Legitimate uses of shell corporations often provide anonymity for the beneficial owners who are involved in laundering money. The use of "professional" nominees to act as directors provides further protection for the launderer. Together with the use of accommodation, addresses shell corporations can be very effective vehicles for money laundering.

Types of businesses covered: Potentially any business.

What to Look for: The use of such companies where it appears to be an unnecessary complication; the use of less reputable legal and financial advisers to set up and / or maintain the corporation.

١ – الشركات المغطاة قانونياً :

إن الاستخدام القانوني لتلك الشركات عادة مايوفر غطاء للمستفيد المالك الذي يقوم بغسل الأموال وبالذات إذا تم استخدام جهات مهنية لإدارة هذه الشركات (مثل المحامين أو المحاسبين أو البنكيين) واستخدام عناوين السكن وذلك لدورها الفعال في تمويه عملية غسل الأموال.

أنواع الأعمال التي يتم تغطيها : كل الأنواع

ما يتم البحث عنه : شركات تتميز بعدم وضوح أهدافها أو تعقد أغراضها ونشاطاتها وبالذات إذا تم إنشاؤها أو إدارتها أو متابعتها بواسطة مكاتب استشارات قانونية ومالية ليست بالمستوى أو السمعة المطلوبة.

### Non bank financial Institutions

y the nature of their business, the receipt and payment of cash will not appear unusual, and some of these businesses will rely upon a casual rather than a regular customer base.

Types of business covered:: bureau de change; money changers.

What to look for: Appropriateness of turnover levels, sudden fluctuations in turnover, variations in deposit/payment pattern due to small number of large transactions; large purchases of travelers cheques or money orders resulting in encashments from a variety of countries, or indeed the reverse.

٢ – المؤسسات المالية غير البنكية :

بحكم طبيعة عمل هذه الجهات والتي تتمثل في قبول ودفع الأموال فإن العملية لن تبدو غير عادية كما أن بعض هذه الأعمال تعتمد على الخدمة التي تقدم للعملاء العابرين بدلاً من العملاء المعتادين.

أنواع الأعمال التي يتم تغطيها : محلات الصرافة

ما يتم البحث عنه : معقولية معدل إجمالي الحركات، التقلبات غير المستقرة أو الفجائية في الحركات، التنوع في مصادر الإيداعات / التسديدات وكبر حجم المشتريات من الشيكات السياحية أو أوامر الدفع مما ينتج عنه زيادة في النقد لعدد من الدول أو العكس تماماً.

### 3. Travel Agencies

Where such businesses operate a bureau de change or travelers cheque facility, and have a pattern of international payments as a norm,

٣ – وكالات السياحة والسفر :

عندما تقوم مثل هذه الوكالات بأعمال الصرافة وبخدمات الشيكات السياحية أو ما يتعلق بالدفوعات الدولية وما يرتبط بها من عمليات

١٥٤



they are attractive both for placement and layering purposes.
What to look for: payments to countries on the "hot list" outside normal pattern; large purchases of travelers cheques resulting in encashments from a variety of countries; fluctuations in transaction pattern out of line with normal business patterns

**4. Import/Export Businesses**
This sort of business can provide cover for either the placement or layering (through international payments) stages of a money Laundering scheme. These businesses are particularly vulnerable where they are small and where they trade in a variety of products, and/or where the supply or distribution end is conducted largely in cash (typically low value items).

**5. Precious Commodities**
The placement of cash, but more usually layering can be facilitated within businesses where large value transactions are common, and the commodities traded are difficult to value objectively, thereby allowing inflated values to be used to support requests for payments.
Types of business covered: precious metals, jewelry; antiques; fine art galleries.
What to look for; trading patterns with countries on the "hot list" not normally associated with the commodity in question; unusual fluctuations in turnover or types of financial instruments used.

**6. Cash driven businesses**
The types of businesses that normally accept cash are useful to the launderer at the placement stage, and could also be used for layering purposes.
Types of businesses covered: Used car dealers; garages; corner shops (especially those in some countries who offer cheque encashment facilities); electrical goods stores; leather goods shops; building supplies firms; builders.
What to look for: Increases in cash deposits which do not seem to be matched by increases in businesses; the maintenance of cash flow levels when business is falling off,, unusual payment patterns from cash deposits seemingly unrelated to the business concerned.

الإيداع والصرف ستكون جذابة لغرض إتمام مراحل عملية غسل الأموال كالإيداع والتغطية.

ما يتم البحث عنه : التحاويل غير العادية للدول (المشبوهة)، المشتروات الكبيرة للشيكات السياحية ومن ثم صرفها في دول مختلفة، والتغير في العمليات خارج نطاق عمليات الشركات الاعتيادية، التقلبات الفجائية في العمليات بطريقة غير طبيعية.

**٤ – نشاط الاستيراد والتصدير :**
من الممكن أن يكون هذا النوع من النشاط غطاءً لعمليات غسل الأموال (عن طريق المعاملات الدولية) أو لمرحلة من مراحل عملية غسل الأموال.. هذه الأنشطة بالذات قابلة للاستعمال عندما تكون صغيرة الحجم وتستخدم لأغراض التجارة في المنتجات المختلفة، و/أو عندما يتم البيع والتوزيع على الأساس النقدي (كما هو المتبع في عمليات تبادل بضائع متدنية القيمة).

**٥ – البضائع النفيسة أو مرتفعة القيمة :**
إن مرحلة الإيداع يمكن تغطيتها من خلال عمليات غسل الأموال باستعمال مؤسسات تعمل في حقل البضائع النفيسة ذات القيم العالية والتي تكون تعاملاتها كبيرة العدد ويصعب تقدير أو تقييم قيمة البضائع الباعة مما يسمح لاستخدام القيم المبالغ بها في دعم طلبات الدفع، ويندرج تحت هذا البند المتاجرة بالأحجار الكريمة والمصوغات الذهبية والتحف والأعمال الفنية مثل الصور.
ما يتم البحث عنه : تعاملات تجارية مع دول مشبوهة وليست مصدراً معروفاً للبضائع موضوع البحث، التقلبات الفجائية وغير العادية في إجمالي الحركات أو الأدوات المالية التي يتم استخدامها.

**٦ – نشاطات ذات الاعتماد على النقد :**
إن نوعية الأعمال التي عادة ما تقبل النقد في تعاملاتها تكون مستهدفة في عملية غسل الأموال في مرحلة الإيداع كما يمكن استخدامها في عملية التغطية ووضعها في المجالات النظامية.
أنواع الأعمال التي يتم تغطيتها : تجارة السيارات المستعملة، ورش الإصلاح، المطاعم السريعة، مخازن المواد الكهربائية، محلات بيع المنتجات الجلدية، محلات بيع مواد البناء.
ما يتم البحث عنه : الزيادة في الإيداعات النقدية بما لا يتفق مع الزيادة في الأعمال، المحافظة على معدل التدفق النقدي في حين أن الأعمال تتناقص، إيداعات غير عادية يبدو عليها بأنها ليست ذات صلة بالنشاط المعني.

١٥٥



## 7. Offshore Financial Services

Many of those laundering operations which have been uncovered have involved the transfer of funds through offshore financial service companies to layer transactions and provide anonymity. Because there is no underlying business against which to test the commercial basis for a transaction it is extremely difficult to detect "unusual" patterns.

Types of businesses covered, trust companies; commodity traders, financial advisers.

What to look for: small operations that appear to have only one or two clients; unusually complex ownership structures; lack of interest in costs incurred in doing transactions; links with countries on the "hot list", investing in instruments that carry anonymity (e.g., bearer bonds) when uneconomic to do so.

٧ – الخدمات التجارية الخارجية :

إن العديد من عمليات غسل الأموال والتي تم اكتشافها كانت تتم عن طريق تحويل الأموال من خلال المرور بشركات الخدمات المالية المسجلة بمناطق "الأوف شور" (مناطق ذات أنظمة ميسرة للأعمال المالية) وذلك لاستخدامها في مرحلة التغطية. ولصعوبة ربط هذه العمليات مع الأعمال التجارية فإن تغطية هذه العمليات يكون سهلاً مما يصعب عنية اكتشافها.

أنواع الأعمال التي يمكن تغطيتها : شركات الائتمان ، تجارة البضائع ، ورجل الاستشارات المالية.

ما يتم البحث عنه : النشاطات الصغيرة التي بها عميل واحد أو عميلين، والملكية المعقدة غير الواضحة، لا مبرر للعملية وكلفة التحويل المدفوعة، الارتباط بالدول المشبوهة، الاستثمار في الأوراق المالية المصدرة لحامله كالسندات وخاصة عندما يكون ذلك غير مجد اقتصادياً.

156

i57

