# Exhibit 60

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank <u>Pursuant to Rule 56.1</u>



June 19, 2008
HP-1043



**Treasury Designates Al Haramain Islamic Foundation**

**Washington** - The U.S. Department of the Treasury today designated the Al Haramain Islamic Foundation (AHF) for having provided financial and material support to al Qaida, as well as a wide range of designated terrorists and terrorist organizations.

Today's action targets the entirety of the AHF organization, including its headquarters in Saudi Arabia. Evidence demonstrates that the AHF organization was involved in providing financial and logistical support to the al Qaida network and other terrorist organizations designated by the United States and the United Nations.

Between 2002-2004, the United States designated thirteen AHF branch offices operating in Afghanistan, Albania, Bangladesh, Bosnia & Herzegovina, Comoros Islands, Ethiopia, Indonesia, Kenya, Netherlands, Pakistan, Somalia, Tanzania, and the United States.

Several of these branch offices have also been designated by the United Nations 1267 Committee based on evidence of their support for al Qaida. The United States and United Nations also designated in 2004 the former leader of AHF, Aqeel Abdelaziz Al-Aqil.

The Kingdom of Saudi Arabia joined the United States in designating several branch offices of AHF and, due to actions by Saudi authorities, AHF has largely been precluded from operating in its own name.

Despite these efforts, AHF leadership has attempted to reconstitute the operations of the organization, and parts of the organization have continued to operate.

Al Haramain Foundation was designated today under Executive Order 13224, which targets terrorists and those providing financial, technological, or material support to terrorists or acts of terrorism. Assets held by any office of the AHF organization under U.S. jurisdiction are frozen and U.S. persons are prohibited from engaging in any transactions with AHF.

For more information on the actions taken against Al Haramain Foundation, please visit the following link: http://www.treasury.gov/offices/enforcement/key-issues/protecting/charities_execorder_13224-a.shtml#ahbranches.

-30-