# Exhibit 73

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank Pursuant to Rule 56.1

5/1/2021

Al-Jazirah

Al-Jazirah

Editor-in-chief: Khalid bin Hamad al Malik

First Saudi online newspaper    Monday 25/01/1423 AH (April 8, 2002 AD)    Issue No. 10784

> **THE AL-HARAMAIN ISLAMIC FOUNDATION LAUNCHES A DONATION CAMPAIGN FOR THE PALESTINIANS**
>
> * Riyadh, Sheikha al Qahiz:
>
> His Eminence Sheikh Aqil bin Abdel Aziz al Aqil, Director General of the Al-Haramain Islamic Foundation, invited and asked the donors and philanthropists to extend a helping hand to their brethren in Palestine who were worn out by the war, expelled from their homes, and ran out of their money. They needed everything, because they lost the simplest means of a decent life.
>
> On the other hand, the Head of the Palestine Division of the Foundation, Sheikh Abdullah al Misfer, stated that the Division began contacting the donors through the Foundation's offices across the Saudi Kingdom to provide relief to the struggling Palestinian people.

[Contact Us] [Announcements] [Subscriptions] [Archive] [Al-Jazirah]

All editorial and press correspondence should be directed to chief@al-jazirah.com, ATTN Editor-in-chief

All technical correspondence should be directed to admin@al-jazirah.com, ATTN Director of the Information Unit

Copyright, 1997 – 2002 Al-Jazirah Corporation. All rights reserved.

https://www.al-jazirah.com/2002/20020408/ln29.htm

1/1

Al-jazirah
Monday 8th April,2002    العدد 10784    الإثنين 25 محرم، 1423    أول صحيفة سعودية تصدر على شبكة الإنترنت

«الحرمين» تطلق حملة تبرعات للفلسطينيين

\* الرياض شيخة القحيز:

أطلق مدير عام مؤسسة الحرمين الخيرية فضيلة الشيخ عقيل بن عبدالعزيز العقيل نداء الى اهل الخير والمحسنين بأشدهم فيها ان يقدموا يد العون لاخوانهم في فلسطين، الذين ابكتهم الحرب واخرجوا من ديارهم واموالهم، فاحتاجوا الى كل شيء، فقدهم ابسط وسائل الحياة الكريمة. من جهة اخرى افاد رئيس شعبة فلسطين بالمؤسسة الشيخ عبدالله الصغير ان الشيخة بنت الاتصال بالمحسنين عبر مكاتب المؤسسة في جميع انحاء المملكة، لإغاثة الشعب الفلسطيني المناضل.

[الاتصال بنا] [الإعلانات] [الاشتراكات] [الأرشيف] [الجزيرة]
عناية رئيس التحرير chief@al-jazirah.com عناية مدير إدارة المعلومات admin@al-jazirah.com والصحيفة الى
توجه جميع المراسلات التحريرية والصحفية الى
Copyright, 1997 - 2002 Al-Jazirah Corporation. All rights reserved

12/9/22, 11:22 AM

Al Minbar – Al Khatib

Home
Al Minbar: Al Minbar's Academic Files

| alminbar.net |
|---|
| Summary about Al Minbar |
| Friday's Jurisprudence |
| Sermon's Jurisprudence |
| Orator's Meadow |
| Selected Prayers |
| Maxims |
| Sermons Encyclopedia |
| Al Minbar's Academic Files |
| Worries of the Praying People |
| Sayings about Al Minbar |
| Where to Pray on Friday |
| Al Minbar's Members |
| Contact Us |
| Gratitude |
| Site Map |
| Technical Assistance |
| Contributions and News |

**ACHIEVEMENTS OF THE AL-HARAMAIN ISLAMIC FOUNDATION'S IN PALESTINE**

The Al-Haramain Islamic Foundation was and still is supporting our brethren, children, and mothers in Palestine. Praise be to Allah, it has many Da'wah activities, including:

1. Building and completing many mosques throughout Palestine;
2. Sponsoring the projects of Quran memorization homes; more than 40 Quran memorization classes for women and men were sponsored;
3. Propagators were sponsored and assigned on a full-time basis for Da'wah to Allah and spreading Sharia knowledge both in Gaza Strip and the West Bank;
4. Running the Hadith Institute affiliated with the Quran and Sunna Association in Gaza;
5. Running the Sharia Women's Institute for female propagators' graduation;
6. Establishing public Islamic libraries, and providing them with books and references;
7. Printing and handing out books, dissertations, and pamphlets;
8. Handing out useful tapes of sermons, lessons, and lectures;
9. Handing out Islamic hijab;
10. Establishing a kindergarten specialized in teaching the Quran;
11. Supporting a number of regular Sharia schools;
12. Holding intensive Sharia courses during the summer;
13. Holding summer camps for youth education;
14. Providing subsidies to some university students engaged in Da'wah activity;
15. Handing out some Da'wah bags;
16. Sponsoring the monthly budget for some Islamic associations;
17. Preparing to hold an academic course for the benefit of orators, preachers, and propagators in Palestine;
18. Sponsoring some associations working in Da'wah inside the Palestinian territories within the Green Line border;

12/9/22, 11:22 AM

Al Minbar – Al Khatib

On the relief level, the Foundation has provided – praise be to Allah – a number of activities, including:
1. Implementing the (Al-Aqsa Gift) project. The project is about providing assistance to more than 5,000 impoverished families;
2. Providing assistance to more than 1,000 orphaned children and special care for the children of martyrs;
3. Implementing the food baskets project, where more than 25,000 food baskets were provided, benefiting more than 20,000 families in cooperation with the Al Quds Intifada Support Committee;
4. Implementing the Iftar of Fasting People project in most areas of Palestine and inside Al-Aqsa Mosque over a period of more than 5 years;
5. Establishing the sacrificial animal project in most areas of Palestine over the past 5 years;
6. Sponsoring the operation of a health clinic;
7. Building 2 emergency clinics to aid the injured;
8. Providing urgent aid to the families whose homes were demolished;
9. Helping some farmers whose farms were swept away;
10. Providing urgent relief to the Palestinian camps both in Lebanon and Jordan;
11. Supporting a number of small investment projects supervised by the Quran and Sunna Association, the proceeds of which go to the needy families.

**AS FOR THE CURRENT CRISIS**

The Foundation has recruited its representatives in Palestine to work for 24 hours a day. The Foundation has approved an amount of three million Saudi riyals as a first stage of urgent relief for those affected by the recent incidents. This amount was allocated to provide the food basket project and to provide assistance to the affected families that have lost their breadwinners, the families of the wounded and detainees, and those whose homes were demolished. Also, part of the amount was allocated for medical aid and for providing first aid kits. This is directly implemented through the Foundation's representatives who are working in Palestine under names of authorized charities.

www.alminbar.net/haramain.htm                                                                                                                2/5

12/9/22, 11:22 AM

Al Minbar – Al Khatib

<u>The amounts transferred to the representatives arrive within 48 hours from the date of transfer, praise be to Allah.</u>

The Foundation looks forward to the Muslims everywhere to assume their responsibility and to support their brethren with money and supplication. Allah the almighty says, "*And should they seek help from you in the matter of religion, it is incumbent on you to provide help*" – The verse.

May Allah bless the bereaved mothers, hungry children, and wounded heroes.

A special account has been allocated, No. 9889/5, Al-Rajhi, Branch 166, or through branch offices throughout the Saudi Kingdom.

**THE AL-HARAMAIN ISLAMIC FOUNDATION ANNOUNCES AN URGENT DONATION CAMPAIGN FOR THE STRUGGLING PALESTINIAN PEOPLE**

As of the first moment of the escalation of acts of destruction and killing in Palestine, His Eminence Sheikh Aqil bin Abdel Aziz al Aqil, Director General of the Al-Haramain Islamic Foundation, invited and asked the donors and philanthropists to extend a helping hand to their brethren in Palestine who were worn out by the war, expelled from their homes, and ran out of their money. They needed everything, because they lost the simplest means of a decent life!
On the other hand, the Head of the Palestine Division of the Foundation, Sheikh Abdullah al Misfer, stated that the Division began contacting the donors through the Foundation's offices across the Saudi Kingdom to provide relief to the struggling Palestinian people.
The Foundation had provided urgent initial aid amounting to 645,000 Saudi riyals, which was distributed to the families of the martyrs, the wounded, and the detainees during the past two days.

**THE AL-HARAMAIN ISLAMIC FOUNDATION CARRIES OUT URGENT RELIEF IN AN AMOUNT OF 3 MILLION IN PALESTINE**

The Al-Haramain Islamic Foundation hastened to approve an amount of three million Saudi riyals as a first stage of urgent relief, for the families of the martyrs, the wounded, the detainees, and the homeless, as a result of the killing and displacement of the brethren in Palestine at the hands of the evil Zionists.

[www.alminbar.net/haramain.htm](www.alminbar.net/haramain.htm)                                                                                      3/5

12/9/22, 11:22 AM

Al Minbar – Al Khatib

Sheikh Hajjaj bin Abdullah al Arini, Chairman of the Asia Committee of the Al-Haramain Islamic Foundation, explained that the Foundation was in the process of implementing the food baskets project by distributing the necessary foodstuffs to the neediest areas.
He pointed out that the Foundation is also providing hospitals with the necessary supplies and medications and is preparing a home aid bag of which a large amount will be distributed to homes and camps. The bag includes a number of first aid accessories to aid the wounded.
At the end of his statement, Sheikh al Arini called on the citizens and residents of this country to offer and do everything they can to support their oppressed brethren, and Allah helps His slave as long as he helps his brother.

**IN COOPERATION WITH THE AL-HARAMAIN ISLAMIC FOUNDATION, THE SAUDI TELECOM COMPANY ORGANIZED A DONATION CAMPAIGN FOR THE BENEFIT OF THE PALESTINIAN PEOPLE**

Yesterday, Tuesday, the Saudi Telecom Company organized a comprehensive donation campaign to collect financial donations at the level of the company and its branches throughout the Saudi Kingdom for the relief of the Palestinian people, in cooperation with the Al-Haramain Islamic Foundation.
His Excellency Eng. Abdullah al Darrab, Acting President of the Saudi Telecom Company, directed the head office and directors of all regions to encourage effective participation, in response to the requirements of religious and humanitarian obligation towards our brethren in Palestine, and in response to the directives of the Custodian of the Two Holy Mosques – may Allah bless him.
Dr. Fahd al Hassin, Advisor to the Company's President and Director of Company's Relations and Programs, explained that the campaign was carried out in all the mosques and prayer corners of the company, while the proceeds of donations in the head office and branches in the Riyadh region amounted to more than 160,000 Saudi riyals, donated by the Saudi Telecom Company's employees and auditors.
For his part, His Eminence Sheikh Aqil bin Abdel Aziz al Aqil, Director General of the Al-Haramain Islamic Foundation, praised this generous initiative made by the officials and employees of the Saudi Telecom Company, headed by the Chairman of the Board of Directors, the President of the Company, Their Excellency the Deputies, and the Directors General of the Company.

12/9/22, 11:22 AM                                      Al Minbar – Al Khatib

He stressed that it reflects the charitable and human sense of those in charge of the Saudi Telecom Company, and their fraternal feeling about what is happening to their brethren in Palestine, asking Allah to reward them with the best reward, and to accept the good work from everyone.

[www.alminbar.net/haramain.htm](www.alminbar.net/haramain.htm)                                                                                                          5/5

12/9/22, 11:22 AM  المنبر : ملفات المنبر العلمية
Case 1:03-md-01570-GBD-SN   Document 10595-23   Filed 12/09/24   Page 9 of 15
[../advertise/adv.htm]



المنبر : ملفات المنبر العلمية

# إنجازات مؤسسة الحرمين الخيرية في فلسطين

مؤسسة الحرمين الخيرية كانت وماتزال تدعم إخواننا وابنائنا وامهاتنا في فلسطين ولها ولله الحمد أنشطة دعوية كثيرة منها :-

1- بناء وإكمال بناء عدة مساجد في أنحاء فلسطين .
2- دعم مشاريع دور تحفيظ القران حيث تم كفالة أكثر من (40) حلقة تحفيظ قرآن للنساء والرجال .
3- تم كفالة الدعاة وتفريغهم للدعوة إلى الله ونشر العلم الشرعي في كل من قطاع غزة والضفة الغربية.
4- تشغيل معهد الحديث الشريف التابع لجمعية دار الكتاب والسنة في غزة .
5- تشغيل المعهد الشرعي النسائي لتخريج الداعيات .
6- إنشاء مكتبات إسلامية عامة وتزويدها بالكتب والمراجع .
7- طباعة الكتب والرسائل والمطويات وتوزيعها .
8- توزيع الأشرطة النافعة من الخطب والدروس والمحاضرات .
9- توزيع الحجاب الإسلامي.
10- إنشاء روضة متخصصة في تعليم القران الكريم .
11- دعم عدد من المدارس النظامية الشرعية .
12- إقامة دورات شرعية مكثفة في فصل الصيف .
13- إقامة المراكز الصيفية التي تعنى بتربية الشباب .
14- تقديم إعانات لبعض طلبة الجامعة الذين لهم نشاط دعوي .
15- توزيع عدد من الحقائب الدعوية .
16- كفالة الميزانية الشهرية لبعض الجمعيات الإسلامية .
17- الإعداد لإقامة دورة علمية يستفيد منها الخطباء والوعاظ والدعاة في فلسطين .
18- دعم بعض الجمعيات التي لها نشاط دعوي داخل مناطق 48داخل الخط الأخضر .

الصفحة الرئيسة

- نبذة عن المنبر
- فقه الجمعة
- فقه الخطبة
- روضة الخطيب
- محامد مختارة
- أدعية مأثورة
- موسوعة الخطب
- ملفات المنبر العلمية
- شجون المصلين
- قالوا عن المنبر
- أين تصلي الجمعة
- أعضاء المنبر
- اتصلوا بنا
- شكر وتقدير
- خريطة الموقع
- مساعدة فنية
- مشاركات وأخبار

أما على المستوى الاغاثي فقد قدمت المؤسسة ولله الحمد عدداَ من الأنشطة منها :

1- تنفيذ مشروع (هبة الأقصى) والمشروع عبارة تقديم مساعدة لأكثر من (5000) أسرة معدمة .

2- تقديم مساعدة لأكثر من 1000طفل يتيم والعناية الخاصة بأبناء الشهداء.

3- تنفيذ مشروع السلال الغذائية حيث تم تقديم أكثر من خمسة وعشرون ألف (25000) سلة غذاء استفاد منها أكثر من عشرين ألف ( 20.000) أسرة بالتعاون مع لجنة دعم إنتفاضة القدس .

4- تنفيذ مشروع إفطار الصائم في معظم مناطق فلسطين وفي داخل المسجد الاقصى على مدى أكثر من خمس سنوات .

5- إقامة مشروع الاضاحي في معظم مناطق فلسطين على مدى الخمس سنوات الماضية .

6- كفالة تشغيل مستوصف صحي .

7- بناء عيادتي إسعاف لإسعاف المصابين .

8- تقديم مساعدات عاجلة للأسر التي هدمت منازلها .

9- مساعدة بعض المزارعين الذين جرفت مزارعهم .

10- تقديم إغاثات عاجلة للمخيمات الفلسطينية في كل من لبنان والأردن .

11- دعم عدد من المشاريع الاستثمارية الصغيرة تشرف عليها جمعية دار الكتاب والسنة والتي يعود ريعها على الاسر المحتاجة .

## أما ما يخص الأزمة الحالية

فقد جندت المؤسسة مندوبيها في فلسطين للعمل على مدار الأربع وعشرين ساعة و إعتمدت المؤسسة مبلغ ثلاثة ملايين ريال كمرحلة أولى من الاغاثة العاجلة للمتضررين من الاحداث الأخيرة وقد تم تخصيص هذا المبلغ لتقديم مشروع سلة الغذاء وتقديم مساعدات للأسر المتضررة والتي فقدت عائلها وأسر الجرحى والمعتقلين ومن هدمت بيوتهم بالاضافة إلى تخصيص جزء من المبلغ للمساعدات الطبية وتقديم حقيبة

الإسعافات الأولية ويتم تنفيذ هذا مباشرة عن طريق مندوبي المؤسسة العاملين في فلسطين تحت مسميات

جمعيات خيرية مصرح لها،مع العلم بأن المبالغ التي تحول إلى المندوبين تصل خلال (48) ساعة من تاريخ التحويل ولله الحمد .

وتتطلع المؤسسة إلى المسلمين في كل مكان لتحمل مسئوليتهم ونصرة إخوانهم بالمال والدعاء. يقول الله تعالى (وإن إستنصروكم في الدين فعليكم النصر ) الآية.

الله الله في أمهات ثكلى... وأطفال جوعى ... وأبطال جرحى .

· تم تخصيص حساب خاص برقم 9889/5 الراجحي فرع 166 أو عن طريق المكاتب الفرعية في أنحاء المملكة.

---

## "الحرمين الخيرية" تعلن عن حملة تبرعات عاجلة للشعب الفلسطيني المناضل

منذ اللحظة الأولى من تصاعد أعمال الدمار والقتل في فلسطين أطلق مدير عام مؤسسة الحرمين الخيرية فضيلة الشيخ : عقيل بن عبد العزيز العقيل نداء عاجلا إلى أهل الخير والمحسنين يناشدهم فيها أن يقدموا يد العون لإخوانهم في فلسطين ، الذين أنهكتهم الحرب ، وأخرجوا من ديارهم وأموالهم ، فاحتاجوا إلى كل شيء ، لفقدهم أبسط وسائل الحياة الكريمة !

من جهة أخرى أفاد رئيس شعبة فلسطين بالمؤسسة الشيخ / عبد الله المسفر أن الشعبة بدأت الإتصال بالمحسنين ، عبر مكاتب المؤسسة في جميع أنحاء المملكة ، لإغاثة الشعب الفلسطيني المناضل .

وكانت المؤسسة قد قدمت مساعدات أولية عاجلة بلغت قيمتها (645) ألف ريال تم توزيعها على أسر الشهداء والجرحى والمعتقلين خلال اليومين الماضيين .

## الحرمين الخيرية تنفذ إغاثة عاجلة بثلاثة ملايين في فلسطين

سارعت مؤسسة الحرمين الخيرية إلى اعتماد مبلغ ( ثلاثة ملايين ريال ) كمرحلة أولى من الإغاثة العاجلة ، لأسر الشهداء والجرحى والمعتقلين ، والمشردين ، نتيجة لما يتعرض له الإخوة في فلسطين من قتل وتشريد على أيدي الصهاينة الأشرار .

وأوضح رئيس لجنة آسيا بمؤسسة الحرمين الخيرية الشيخ : حجاج بن عبدالله العريني أن المؤسسة بصدد تنفيذ مشروع السلال الغذائية ، من خلال توزيع المواد الغذائية الضرورية على المناطق الأشد حاجة .

وأشار إلى أن المؤسسة تقوم من زاوية أخرى بتزويد المستشفيات بالمستلزمات والأدوية الضرورية ،وتقوم بإعداد حقيبة إسعاف منزلية ، ستوزع منها كمية كبيرة على المنازل والمخيمات ، وتضم الحقيبة عددا من وسائل الإسعاف الأولية لإسعاف الجرحى .

وأهاب الشيخ/ العريني : في ختام تصريحه بالمواطنين والمقيمين في هذه البلاد أن يقدموا ، ويبذلوا ما بوسعهم من أجل نصرة إخوانهم المستضعفين ، والله في عون العبد ما كان العبد في عون أخيه .

### بالتعاون مع مؤسسة الحرمين الخيرية
### شركة الإتصالات السعودية نظمت حملة تبرعات لصالح الشعب الفلسطيني

نظمت شركة الإتصالات السعودية أمس الثلاثاء حملة تبرعات شاملة لجمع التبرعات المالية على مستوى الشركة وفروعها بأنحاء المملكة لصالح إغاثة الشعب الفلسطيني وذلك بالتعاون مع مؤسسة الحرمين الخيرية .

وقد وجه سعادة المهندس / عبدالله الضراب رئيس شركة الاتصالات السعودية "بالنيابة" ، المركز الرئيسي ،ومدراء عموم المناطق بالحث على المشاركة الفعالة ، تجاوبا مع ما يقتضيه الواجب الديني والإنساني تجاه إخواننا في فلسطين ، واستجابة لتوجيهات خادم الحرمين الشريفين ـ حفظه الله .

وأوضح الدكتور : فهد الحصين مستشار رئيس الشركة ، ومدير العلاقات والبرامج بالشركة ، أن الحملة تم تنفيذها في جميع مساجد ومصليات الشركة ، فيما بلغت حصيلة التبرعات في المركز الرئيسي وفروع منطقة الرياض أكثر من ( 160) ألف ريال تبرع بها موظفوا شركة الإتصالات السعودية والمراجعين .

من جانبه نوه فضيلة الشيخ عقيل بن عبد العزيز العقيل مدير عام مؤسسة الحرمين الخيرية بهذه المبادرة الكريمة من مسؤولي وموظفي شركة الإتصالات السعودية وعلى رأسهم رئيس مجلس الإدارة ، ورئيس الشركة ، وسعادة النواب ، ومدراء عموم الشركة ، مؤكدا

أنها تعكس الحس الخيري والإنساني لدى القائمين على شركة الإتصالات ، وشعورهم الأخوي إزاء ما يجري لإخوانهم في فلسطين ، سائلا الله أن يجزيهم خير الجزاء ، وأن يتقبل من الجميع صالح العمل.



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20221210EXA

**Language:** Arabic

**Documents**:
April 8, 2002 Al Jazirah article

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli*          **Date**: 03/03/2023



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20221210EXA

**Language**: Arabic

**Documents**:
www.alminbar.net/haramain.htm

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Qualifications**: BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli*

**Date**: 03/03/2023

helloglobo.com | 800.555.3010 | 145 Greenwood Ave. | Wyncote, PA 19095