Exhibit 75

Plaintiffs' Corrected Averment of Jurisdictional Facts and
Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank
Pursuant to Rule 56.1



~~TOP SECRET~~



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

(U) FAC No.: SDG-280412
(U) Key No.: SDG/I/06:17
          SDG/I/06:18
          SDG/I/06:19

(U) MEMORANDUM FOR BARBARA HAMMERLE
                ACTING DIRECTOR
                OFFICE OF FOREIGN ASSETS CONTROL

(U) FROM:          MATTHEW A. LEVITT, Ph.D.
                DEPUTY ASSISTANT SECRETARY
                OFFICE OF INTELLIGENCE & ANALYSIS

(U) SUBJECT:      Additional Designations Pursuant to E.O. 13224: **Dr. Abd Al Hamid Sulaiman AL-MUJIL** and **International Islamic Relief Organization Philippines and Indonesia Branches**



## (U) <u>INTRODUCTION</u>

(U) On September 23, 2001, President Bush declared a national emergency pursuant to the International Emergency Economic Powers Act ("IEEPA"), and issued Executive Order 13224 ("E.O. 13224" or "the E.O.") to address grave acts of terrorism and threats of terrorism committed by foreign terrorists, including the September 11, 2001, terrorist attacks in New York, Pennsylvania, and at the Pentagon. The E.O. imposes economic sanctions on, among others, persons who have committed, pose a significant risk of committing, or support terrorism.[A]

---

[A] (U) The E.O. blocks all property and interests in property in the United States or within the possession or control of a U.S. person or any persons designated under its authority. In addition, it prohibits transactions or dealings by U.S.

Derived by:
Derived from:
Declassify on:
Date of Sources:



~~TOP SECRET~~

~~TOP SECRET~~ ███████████████████

(U) President Bush identified, in the Annex to E.O. 13224, as amended by Executive Order 13268 of July 2, 2002, 13 individuals and 16 entities as subject to the economic sanctions. As amended, the E.O. authorizes the Secretary of the Treasury, in consultation with the Secretary of State, the Secretary of Homeland Security, and the Attorney General, to designate persons determined:

(1) to be owned or controlled by, or to act for or on behalf of, those persons listed in the Annex to the E.O., or those persons determined to be subject to subsections 1(b), 1(c), or 1(d)(i) of the E.O.;

(2) to assist in, sponsor, or provide financial, material, or technological support for, or financial or other services to or in support of, such acts of terrorism or those persons listed in the Annex to E.O. 13224 or determined to be subject to the E.O.; or

(3) to be otherwise associated with those persons listed in the Annex, or those persons determined to be subject to subsections 1(b), 1(c), or 1(d)(i) of the E.O.

**(U) IDENTIFIER INFORMATION**

**(U) INDIVIDUAL**

| (U) | | **Abd Al Hamid Sulaiman AL-MUJIL** [Exhibit 1, page 1][1] [Declassified – See Exhibit 57] |
|---|---|---|
| (U) | AKA: | Dr. Abd al-Hamid AL-MUJAL [Exhibit 4, para. 3][2] [Declassified – See Exhibit 57] |
| (U) | AKA: | Dr. Abd Abdul-Hamid bin Sulaiman AL-MU'JIL [Exhibit 2][3] [Declassified – See Exhibit 57] |
| (U) | AKA: | Dr. 'Abd Al-Hamid AL-MU'AJJAL [Exhibit 3, para. 4][4] [Declassified – See Exhibit 57] |
| (U) | AKA: | Abd al-Hamid MU'JIL [Exhibit 5, para. 2][5] [Declassified – See Exhibit 57] |
| (U) | AKA: | A. S. MUJEL [Exhibit 2, page 5][6] [Declassified – See Exhibit 57] |
| (U) | AKA: | Abu Abdallah [Exhibit 7, para. 1][7] [Declassified – See Exhibit 57] |
| (U) | DOB: | 28 April 1949 [Exhibit 1][8] [Declassified – See Exhibit 57] |
| (U) | Nationality: | Saudi Arabia [Exhibit 1][9] [Declassified – See Exhibit 57] |
| (U) | Bank Account Information: | Al-Rajhi Banking and Investment Corporation Account No. 30100-001-0006080024608 [Exhibit 2][10] [Declassified – See Exhibit 57] |

persons or within the United States in blocked property, including but not limited to the making or receiving of any contribution of funds, goods, or services to or for the benefit of designated persons.

TREASURY00103

TOP SECRET





Basilan, Philippines
Cotabato City, Philippines [Exibit 10, para. 4][31]

TOP SECRET

3




(S■■■■■■■■■  Bank Account
Information:        Bank IFI Sudirman Branch
                   Indonesian Rupiah Account No. 0601001403 [Exhibit 13,
                   para. 1][53]
                   U.S. Dollar Account No. 0601001411 [Exhibit 13, para. 1][54]

(S■■■■■ **BASES FOR DESIGNATION OF INDIVIDUAL
AND TWO ENTITIES (organized as follows):**

A. Background Information on IIRO
B. Bases for Designation of **Dr. 'Abd Al-Hamid Al Mujil;**
C. Bases for Designation of the **IIRO Philippine Branch [IIRO-PHL]; and**
D. Bases for Designation of the **IIRO Indonesia Branch [IIRO-IDN]**

**(U) A. Background Information**

(S■■■■■■■■■■The International Islamic Relief Organization [IIRO], which is
headquartered in Jeddah, Saudi Arabia and maintains numerous branch offices, is one of the
primary non-governmental organizations [NGOs] active worldwide associated with and providing
financial, material and logistical support to designated terrorist organizations, including **al Qaida**
and **UBL,** [Exhibit 14, para 2; Exhibit 15, para. 1; Exhibit 17, para. 5; Exhibit 18, para. 1; Exhibit
19, para. 3][55] the **Taliban,** [Exhibit 20][56] and **Hamas,** [Exhibit 21, para. 4A; Exhibit 23, para. 1][57]
as well as **al Qaida** affiliates, *inter alia,* the **Abu Sayyaf Group (ASG),** [Exhibit 59, para. 6;
Exhibit 10, para. 8; Exhibit 17, paras. 2, 3; Exhibit 28, para.2D][58] **Jemaah Islamiyah (JI),**
[Exhibit 29; Exhibit 31, para. 1, 3, 4][59] and **Al Ittihad Al Islamiya (AIAI)** [Exhibit 33, para. 2,3;
Exhibit 34, para. 1E]. [60]  The IIRO's parent organization is the Muslim World League [MWL],
also headquartered in Saudi Arabia. [Exhibit 35][61]

(S■■■■■■■■■■According to the IIRO web site, the IIRO was established in 1978 as a
humanitarian NGO.  As of April/May 2006, IIRO had more than 100 offices in Saudi Arabia and
at least twenty-four countries.[B C] According to its web site, the IIRO seeks to serve the victims of
natural disasters and wars, and its programs include the provision of medical, educational and
social support to those in need.[Exhibit 36][62]
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■with its official
activities to support Muslims in need, the IIRO provides assistance to radical Islamic movements.
[Exhibit 16, para. 5A, 6B][63]  Indeed, IIRO's support for terrorist organizations began in the early
1990s and continues through to at least the first half of 2006, as discussed below.

(S■■■Evidence presented in this memorandum and related exhibits provides reason to believe
that IIRO official Dr. **'Abd Al-Hamid AL-MUJIL,** the **IIRO-Philippines** branch [**IIRO-PHL**],

---

[B](S■■■■■■■■The IIRO had 18 offices throughout Saudi Arabia as of May 2005. [Exhibit 24, para. 3B]
[C] (U) As of June 2006, the IIRO web site listed international IIRO branch offices in the following countries: Jordan,
Indonesia, Pakistan, Bangladesh, Thailand, Azerbaijan, Sri Lanka, Philippines, "Kurdistan," Yemen, Ethiopia,
Uganda, Chad, Tanzania, Djibouti, Somalia, Senegal, Sudan, Kenya, Mali, Egypt, Nigeria, Albania, Kosovo, and
Bosnia-Herzegovina. [Exhibit 39]

TOP SECRET ███████████████████████

and the **IIRO-Indonesia** branch [**IIRO-IND**] meet the criteria for designation as set forth in E.O. 13224, based on their support for **al Qaida, JI**, and/or the **ASG**.

(U) **Jemaah Islamiyah [JI]**[D] is an **al Qaida**-linked[E] terrorist group with cells operating in several countries in Southeast Asia. It was founded in 1993 with the ultimate goal of establishing, through violent jihad, a pan-Islamic caliphate in Southeast Asia. **JI** was designated as a Specially Designated Global Terrorist (SDGT) pursuant to E.O. 13224 on October 23, 2002.

(U) The **Abu Sayyaf Group [ASG]** is the most violent of the separatist groups operating in the Southern Philippines and was designated as an SDGT pursuant to E.O. 13224 on September 24, 2001. It was formed in the early 1990s and received support and seed money from **al Qaida**.

(S ████ **B. Bases for Designation of Dr. 'Abd Al-Hamid AL-MUJIL**

(U) **1. Introduction**

(TS ██████ **Dr. 'Abd Al-Hamid AL-MUJIL [AL-MUJIL]** has served as director of the IIRO ████████ ince Branch [IIRO-EP] since at least April 2004. Exhibit 2, page 2][64] F
██████████████████████████████████████
████████ as of June 2006, he was listed as IIRO-EP's Executive Director on the IIRO web site. [Exhibit 39][66] According to diplomatic reporting in May 2006, **AL-MUJIL** was identified as employed by IIRO-EP. [Exhibit 69, para. 3][67] As discussed below, **AL-MUJIL** has provided support to terrorist organizations including **ASG** and **JI**.

(S ████ In January 2006, Saudi Brigadier General Khalid Al-Humeidan conveyed that **AL-MUJIL** might be a good U.N. 1267 joint terrorist designation target, as the Saudi Ministry of Interior [MOI] was actively pursuing a fraud and terrorist finance investigation of **AL-MUJIL**. [Exhibit 68, para. 5][68] On April 28, 2006, the Saudi MOI reported that **AL-MUJIL** was in custody as of the night before, and that he would be under interrogation for the next 48 hours. [Exhibit 69, paras. 2, 3][69]
███████████████████████████████████████████
███████████████████████████████████████████

(S ██ **2. AL-MUJIL Provides Financial Support to al Qaida, JI, and the ASG**

(S ████ **AL-MUJIL** has a long history of providing support to terrorist groups. **AL-MUJIL** provided donor funds directly to **al Qaida**, particularly for Islamic fighters, according to a report

---

[D] (U) Names appearing in bold in this document are either Specially Designated Global Terrorists (SDGTs) pursuant to E.O. 13224 or, in the case of the **IIRO-Philippines** and **IIRO-Indonesia** branches and **AL-MUJIL**, proposed for designation.
[E] (U) **Al Qaida** was designated as an SDGT pursuant to E.O. 13224 on September 24, 2001.
[F]
██████████████████████████████████████████

TOP SECRET ████████████████████

TREASURY00107

~~T O P S E C R E T~~



(S⬛⬛⬛) In the late 1990s, **AL-MUJIL** provided direct financial assistance to **ASG** leaders Abdurajak Janjalani and Ustadz Ibrahim Ali [Ali] via **ASG** supporter, Mahmoud Abd Al-Jalil Afif. [Exhibit 56][761]



(S⬛⬛⬛ **3. AL-MUJIL is Associated with** ⬛⬛⬛⬛

TREASURY00108

TOP SECRET



(TS         **4. AL-MUJIL Asserts Control Over IIRO Southeast Asia Branches**

(TS         IIRO-EP's **AL-MUJIL** reportedly has exercised decision-making authority over a number of IIRO offices, including **IIRO-PHL, IIRO-IND,** proposed for designation herein, and IIRO's Thailand branch [IIRO-THA]. [Exhibit 2, page 2][83] These offices supported by **AL-MUJIL** are implicated in supporting the **ASG** and/or **JI**. [Exhibit 31, paras. 1, 3, 4; Exhibit 29; Exhibit 58, paras. 2, 3; Exhibit 59, para. 6; Exhibit 10, para. 9][84] In line with **AL-MUJIL's** decision-making responsibilities, in February 2006, IIRO-EP's **AL-MUJIL** planned to visit Thailand in order to inspect IIRO-THA,                    [Exhibit 45][85] In addition, **AL-MUJIL** often "adjudicated" (possibly meaning authorized) payment transfers, mosque and well construction, school curricula and orphan care programs for these branches,                    in January 2006. [Exhibit 2][86]

(TS         **5. Other Information: AL-MUJIL's Continued Support for IIRO-PHL and IIRO-IND Activities**

(TS         in February 2006 **AL-MUJIL** appeared set to                    and to courier funds to cover IIRO-THA's expenses                    an individual based in Thailand                    received in the amount of 5,837,518 Thai Baht (USD 147,600) for the Yala Islamic College. [Exhibit 54][90 K] An IIRO Thailand branch office is located on the campus of the Yala Islamic College. [Exhibit 25, para. 1][91]

**(U) CONCLUSION**

(S         Based on the foregoing information, there is reason to believe **DR. 'Abd Al-Hamid AL-MUJIL [AL-MUJIL]** meets the criteria for designation under Executive Order 13224 for the following reasons:

- By providing donor funds to **al Qaida**, **AL-MUJIL** assists in, sponsors, or provides financial or material support for, or financial or other services to or in support of **al Qaida**, an entity listed on the Annex to E.O. 13224.

K

8

TOP SECRET

TOP SECRET

- By providing financial support to the **ASG** and its leaders, **AL-MUJIL** assists in, sponsors, or provides financial or material support for, or financial or other services to or in support of the **ASG**, an entity listed on the Annex to E.O. 13224.



- By maintaining relations with **UBL**, **AL-MUJIL** is otherwise associated with **UBL**, a person listed in the Annex to E.O. 13224.

- By maintaining relations with **KSM**, **AL-MUJIL** is otherwise associated with **KSM**, a person listed in the Annex to E.O. 13224.

**(S** ▮▮▮ **C. Bases for Designation of the IIRO Philippines Branch [IIRO-PHL]**

**(U) 1. Background on Al Qaida control of IIRO-PHL**

(TS ▮▮▮▮▮ The Philippine branch of the **IIRO [IIRO-PHL]** was founded some time in th ▮▮▮ ly 1990s by **UBL's** brother-in-law and senior **al Qaida** member Muhammad Jamal Khalifah [Khalifah],[L] ▮▮▮▮▮▮▮▮▮▮▮▮ [Exhibit 71, para. 2; Exhibit 72, para. 1; Exhibit 73; Exhibit 74, paras. 1, 2, 3; Exhibit 28, para. 2D; Exhibit 10, para. 4][92] While working as the director of **IIRO-PHL**, Khalifah maintained close relations with **UBL** and **al Qaida** and has maintained close ties to senior **al Qaida** figures Abdullah Azzam and Abdulhassan al-Midani a.k.a. **Wa'el Hamza Julaidan**,[M] a long-time senior official of the IIRO (and the Muslim World League). [Exhibit 60, para. 1B; Exhibit 75; Exhibit 76, page 3][93] ▮▮▮▮▮▮▮▮▮▮▮▮ Khalifah came to the Philippines from Afghanistan to establish the IIRO office there at the suggestion and facilitation of **Julaidan**. [Exhibit 60, para. 1B][94]

(S ▮▮ Khalifah also maintained ties to **ASG** officials while in the Philippines.



[L] (S ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ was associated with various Islamic organizations, charitable organizations and business institutions in the Philippines funded by UBL. [Exhibit 74, paras. 6, 8]

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ [Exhibit 74, paras. 3, 4; Exhibit 111, para. 6]

(U) Wa'el Hamza Juladain was designated as an SDGT pursuant to E.O. 13224 on September 6, 2002.

TOP SECRET

TREASURY00110

T O P S E C R E T



(TS

As of 2003, and reportedly was in charge of real estate and building affairs for another Saudi-based NGO affiliated with Khalifah and the **ASG**. [Exhibit 98, para. 4; Exhibit 46, paras. 1, 3, Exhibit 47][99]

(S        s of 2005, the **IIRO-PHL** maintained offices in Manila and in various cities in the Mindanao region of the Philippines. [Exhibit 8, para. 2; Exhibit 58, para. 2; Exhibit 61, para. 9][100]

(S        **2. IIRO-PHL Senior Official Provided Support for Recent ASG Terrorist Attack**

(TS

three people and wounded 41. [Exhibit 85]        This bombing killed

(S        **3. IIRO-PHL Provides Financial and Material Support to ASG**

(S

Mheng had

---

N (U) **Raddulan Sahiron** was designated as an SDGT pursuant to E.O. 13224 on November 30, 2005.

T O P S E C R E T        10

TOP SECRET

According to July 2004 Department of Defense reporting, IIRO was believed to have built safe houses in the Southern Philippines for extremists transiting to and from Indonesia. The IIRO also provided documentation and other aid to assist these extremists. [Exhibit 93, para. C][115]

(possibly meaning authorized) payment transfers, mosque and well construction, school curricula and human care programs for these branches, in January

TREASURY00112

~~TOP SECRET~~ ████████████

According to the Umog interrogation report, **IIRO-PHL**, under the direction of Khalifah, also sent **ASG** and MILF members to Afghanistan to train with the "mujahidin." Khalifah stated that he wanted the **ASG** and the MILF to train together to establish alliances among the groups. [Exhibit 10, paras. 9, 10; Exhibit 92][118]

### (U) CONCLUSION

(S███) Based on the foregoing information, there is reason to believe that **IIRO-PHL** meets the criteria for designation under Executive Order 13224 for the following reasons:

- By providing financing and training to **ASG**, **IIRO-PHL** assists in, sponsors, or provides financial, material, or technological support for, or financial or other services to or in support of **ASG**, an entity listed on the Annex to E.O. 13224.

- By serving as a conduit for funds from **UBL** to the **ASG** in the Philippines, **IIRO-PHL** acts for or on behalf of, or assists in, sponsors, or provides financial or material support for, or financial or other services to or in support of **UBL**, an individual listed on the Annex to E.O. 13224.

- As an entity over which **AL-MUJIL** exercises decision-making authority, **IIRO-PHL** acts for or on behalf of **AL-MUJIL**, an individual proposed for designation herein under E.O. 13224.

(S███) **D. Bases for Designation of the IIRO Indonesia Branch [IIRO-IND]**

(S███) **1. IIRO-IND Support for JI**



---

[Q] Jamal was the director of the **IIRO-IND** from 2001 until mid-to-late 2004. [Exhibit 103, para. 4; Exhibit 12, para.1; Exhibit 66, para. 2] ████████ According to the IIRO website, as of May 2006, Fahd Muhammad Al-Harbi was listed as the director of **IIRO-IND**. [Exhibit 104]

~~TOP SECRET~~ ████████████          12

T̶O̶P̶S̶E̶C̶R̶E̶T̶



(S▮▮) **2. IIRO-IND Support for al Qaida**



(TS▮▮) **3. IIRO-IND Acts for or on Behalf of AL-MUJIL**

(TS▮▮) IIRO-EP's **AL-MUJIL** reportedly has decision-making authority over a number of offi▮▮ in Southeast Asia, including **IIRO-IND**. **AL-MUJIL** often "adjudicates" (possibly meaning authorizes) payment transfers, mosque and well construction, school curricula and orphan care programs for these branches.▮▮▮▮▮▮▮▮▮▮▮▮ in January 2006. [Exhibit 2]¹²⁵

(U) **CONCLUSION**

(S▮▮) Based on the foregoing information, there is reason to believe that **IIRO-IND** meets the cri▮▮ for designation under Executive Order 13224 for the following reasons:

- By financing **JI** and organizations associated with **JI**, **IIRO-IND** assists in, sponsors, or provides financial or material support for, or financial or other services to or in support of **JI**, an entity listed on the Annex to E.O. 13224.

- As an entity over which **AL-MUJIL** maintains decision-making authority, **IIRO-IND** acts for or on behalf of **AL-MUJIL**, an individual proposed for designation herein under E.O. 13224.

- By financing the creation of training facilities to be used by **al Qaida** associates in Indonesia, **IIRO-IND** assists in, sponsors, or provides financial or material support for, or financial or other services to or in support of **al Qaida**, an entity listed on the Annex to E.O. 13224.

---

R̶S̶ (U) **Abu Bakar Ba'asyir** was designated as an SDGT pursuant to E.O. 13224 on April 13, 2006.

T̶O̶P̶S̶E̶C̶R̶E̶T̶

13

TREASURY00114

~~T O P S E C R E T~~ 

(U) EXHIBIT LIST

Exhibit 20    "Two Muslim Charities Under Scrutiny; Saudi-Funded Groups
             Deny Ties to Terrorist Networks but Cite Vulnerability," WASH.
             POST, Sept. 30, 2001, para.10                              (U)



Exhibit 35    FINANCIAL TIMES INFORMATION, GLOBAL NEWS WIRE, "Saudi Arabia:
             MWL Chief Meets with Senior Jordanian Official", May 25, 2003    (U)
Exhibit 36    http://web.archive.org/web/20011214224506/www.arab.net/iiro.

~~T O P S E C R E T~~                                                    14



TOPSECRET

Exhibit 67    Burnett, et al. v. Al Baraka Investment & Dev. Corp., et al., CIV 02-1616 (*filed* Aug. 14, 2002,

Exhibit 76    David Kaplan, *The Saudi Connection, How Billions in Saudi Oil Money Spawned a Global Terrorist Movement,* U.S. NEWS & WORLD REPORT (Dec. 15, 2003) at 3, (U).

TOPSECRET                                                                15



http://www.mrosa.org/web/offices.php.

part of exhibit).

TREASURY00117



~~TOPSECRET~~

## (U) **ENDNOTES**



[13] Exhibit 67     Burnett, et al. v. Al Baraka Investment & Dev. Corp., et al., CIV 02-1616 (*filed* Aug. 14, 2002, D.D.C.)

[14] Exhibit 67     Burnett, et al. v. Al Baraka Investment & Dev. Corp., et al., CIV 02-1616 (*filed* Aug. 14, 2002, D.D.C.)

[20] Exhibit 26     Mark P. Denbeaux & Joshua Denbeaux, Second Report on the Guantanamo Detainees, Seton Hall University School of Law, at 11

[25] Exhibit 106    *Government's Evidentiary Proffer*, U.S. v. Arnaout, No. 02 CR 892, (U.S. N.D. Il).

[35] Exhibit 67     Burnett, et al. v. Al Baraka Investment & Dev. Corp., et al., CIV 02-1616 (*filed* Aug. 14, 2002, D.D.C.)

[36] Exhibit 67     Burnett, et al. v. Al Baraka Investment & Dev. Corp., et al., CIV 02-1616 (*filed* Aug. 14, 2002, D.D.C.)

~~TOPSECRET~~

17



TREASURY00119

TOPSECRET



TOPSECRET 19

TREASURY00120



TOPSECRET

TOPSECRET                                                                    20

TREASURY00121