# Exhibit 76

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank Pursuant to Rule 56.1

```
ORIGIN EB-00

INFO  LOG-00    NP-00     AID-00    AMAD-00   CIAE-00   COME-00   CTME-00
      INL-00    USNW-00   DODE-00   DOEE-00   DOTE-00   PERC-00   SRPP-00
      DS-00     EUR-00    OIGO-00   E-00      FAAE-00   FBIE-00   VC-00
      FRB-00    H-00      TEDE-00   INR-00    IO-00     ITC-01    LAB-01
      VCE-00    AC-00     NEA-00    DCP-00    NSAE-00   OIG-00    OMB-00
      NIMA-00   OPIC-01   TFBI-00   ACE-00    SCT-00    FMPC-00   SP-00
      SSO-00    SS-00     STR-00    TRSE-00   USIE-00   ECA-00    DSCC-00
      PRM-00    DRL-00    G-00      SAS-00    SWCI-00   /003R
```

· 134966
SOURCE: KODAKA.018012
DRAFTED BY: EB/ESC/TFS:JELDRIDGE -- 06/18/04 (202) 647-9452
APPROVED BY: EB:EAWAYNE
EB/ESC: GGLASS    EB/ESC/TFS: NROTHSTEIN    EUR/PGI: LREASOR
EUR/SE: LSILVERMAN    EUR/SE: HBONAQUIST    NEA/ARP:
TWILLIAMS    SCT: TNAVRATIL    INR/EC: ACHAMBERS    TREASURY:
TSANDERS
                      ------------------3186BF   182104Z  /38

O 182102Z JUN 04
FM SECSTATE WASHDC
TO AMEMBASSY ANKARA IMMEDIATE

RELEASED IN PART
B1, 1.4(B), 1.4(D)

S E C R E T STATE 134966


E.O. 12958: DECL: 06/17/15
TAGS: ECON, EFIN, ETTC, PREL, PTER, TU, SA
SUBJECT: TERRORIST FINANCE: [redacted]                                        B1
[redacted]

REF: (A) STATE 88064

(U) CLASSIFIED BY EB A/S E. ANTHONY WAYNE BASED UPON
REASONS 1.4 (B) AND (D).

1. (U) THIS IS AN ACTION REQUEST. SEE PARA 6.

2. (S) SUMMARY: THE USG BELIEVES THAT SOME ELEMENTS OF THE
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION (IIRO) HAVE BEEN
EXPLOITED BY TERRORISTS AND THEIR FINANCIERS AS A MEANS OF
TRANSFERRING ASSETS, PROVIDING ORGANIZATIONAL COVER, OR
OTHERWISE SUPPORTING EXTREMIST, VIOLENT OPERATIONS.

[redacted]                                                                    B1

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: SHARON E AHMAD
CLASSIFICATION: SECRET  REASON: 1.4(B), 1.4(D)
DECLASSIFY AFTER: 18 JUN 2020
DATE/CASE ID: 19 AUG 2009  200903390

UNCLASSIFIED

PEC-KSA001464

UNCLASSIFIED

END SUMMARY.

3. (U) IIRO IS A NON-GOVERNMENTAL ORGANIZATION (NGO), FIRST ESTABLISHED IN 1978 BY THE ISLAMIC WORLD LEAGUE, AND ENDORSED BY THE SAUDI GOVERNMENT IN 1979. THE STATED OVERALL MISSION OF THE IIRO IS DIRECTED TOWARD THE PROVISION OF MEDICAL, EDUCATIONAL, AND SOCIAL SUPPORT FOR THOSE IN NEED. IIRO HAS TRADITIONALLY PROVIDED EDUCATIONAL PROGRAMS TO REFUGEES AND DISPLACED PERSONS AS WELL AS SUPPORTED SOCIAL AND ECONOMIC DEVELOPMENT WORLDWIDE. IT HAS ALSO PROVIDED MORAL SUPPORT AND
    ASSISTANCE IN KIND AND IN CASH FOR POOR AND DESTITUTE MUSLIMS. IIRO PROVIDED HEALTH CARE, INCLUDING MEDICINES AND FACILITIES, TO KOSOVO REFUGEES, FOR EXAMPLE, IIRO HAS ESTABLISHED A WIDE NETWORK OF NATIONAL AND INTERNATIONAL CONTACTS WITH VARIOUS ISLAMIC AND NON-ISLAMIC RELIEF ORGANIZATIONS, INSTITUTIONS AND INDIVIDUALS, OPERATING IN SEVERAL COUNTRIES IN EUROPE, ASIA AND AFRICA.

4. (S/NF) WHILE IIRO DISTRIBUTES MILLIONS OF DOLLARS IN AID TO SUPPORT HUMANITARIAN EFFORTS, THERE IS ALSO SOME EVIDENCE THAT PARTS OF THE ORGANIZATION HAVE BEEN EXPLOITED BY AL-QAIDA AND OTHER TERRORIST ORGANIZATIONS. FOR EXAMPLE, IIRO HAS BEEN CITED AS THE PRINCIPAL SPONSOR OF TERRORIST TRAINING CAMPS IN AFGHANISTAN DURING THE TALIBAN REGIME. IIRO HAS ALSO BEEN CITED AS THE CONDUIT FOR FUNDS FROM USAMA BIN LADEN TO TERRORIST ORGANIZATIONS, SPECIFICALLY THAT THE ABU SAYYAF CELL IN MANILA WAS FOUNDED WITH MONEY SENT BY BIN LADEN TO MOHAMED JAMAL KHALIFA THROUGH IIRO.

B1

UNCLASSIFIED

PEC-KSA001465

UNCLASSIFIED

B1

POWELL

NNNN

UNCLASSIFIED

PEC-KSA001466