# Exhibit 79

Plaintiffs' Corrected Averment of Jurisdictional Facts and
Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank
<u>Pursuant to Rule 56.1</u>



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

FAC No. SDGT-206726

MEMORANDUM FOR R. RICHARD NEWCOMB
                DIRECTOR
                OFFICE OF FOREIGN ASSETS CONTROL

THROUGH:    ████████████████████████████████
            Chief, Foreign Terrorist Division

FROM:       ████████████████████████████████
            Foreign Terrorist Analyst

SUBJECT:    Additional Designation Pursuant to E.O. 13224

<u>Evidentiary Memorandum</u>

INDIVIDUAL:

**Wa'el Hamza JULAIDAN a.k.a. Wa'il Hamza JULAIDAN a.k.a.**
**Wa'el Hamza JULAYDAN a.k.a. Wa'il Hamza JULAYDAN a.k.a.**
**Wa'el Hamza JALAIDAN a.k.a. Wa'il Hamza JALAIDAN a.k.a.**
**Wa'el Hamza JALADIN a.k.a. Wa'il Hamza JALADIN a.k.a. Abu**
**Al-Hasan al Madani**
DOB: January 22, 1958
POB: Al-Madinah, Saudi Arabia
Saudi Passport #: A-992535

Attached hereto is a summary of the evidence in the files of the
Office of Foreign Assets Control which supports a determination
that the above-named individual is subject to Executive Order
13224, "Blocking Property and Prohibiting Transactions with
Persons Who Commit, Threaten to Commit, or Support Terrorism."

INTRODUCTION:

President Bush issued Executive Order 13224 (September 23, 2001)
declaring a national emergency to address grave acts of
terrorism and threats of terrorism committed by foreign
terrorists, including the September 11, 2001, terrorist attacks
in New York, Pennsylvania, and at the Pentagon. The E.O.
authorizes the Secretary of the Treasury, in consultation with
the Secretary of State and the Attorney General, to designate
those persons determined to be:

TREASURY00001

1) owned or controlled by, or to act for or on behalf of those persons listed in the Annex to the E.O., or those determined to be subject to subsection 1(b), 1(c), or 1(d)(i) of the E.O.;
2) assisting in, sponsoring, or providing financial, material, or technological support for, or financial or other services to or in support of, such acts of terrorism or those persons listed in the Annex to E.O. 13224 or determined to be subject to the E.O.; or
3) associated with those persons listed in the Annex, or those persons determined to be subject to subsection 1(b), 1(c), or 1(d)(i) of the E.O.

Usama bin Laden and the Al Qaida organization are listed in the Annex to E.O. 13224. Al Qaida is also designated by the Secretary of State as a Foreign Terrorist Organization ("FTO") pursuant to the Antiterrorism and Effective Death Penalty Act of 1996.

Attached to this memorandum, and incorporated by reference, is a case summary of the administrative record on Wa'el Hamza Julaidan. Based on the administrative record, there is reason to believe Wa'el Hamza Julaidan is:

1) acting for or on behalf of Al Qaida, an entity listed in the Annex to E.O. 13224;
2) assisting in, sponsoring, or providing financial, material, or technological support for, or financial or other services to or in support of, Al Qaida, an entity listed in the Annex to E.O. 13224; and
3) associated with Usama bin Laden, an individual listed in the Annex to E.O. 13224, an individual designated as subject to E.O. 13224.

Attachment

2

TREASURY00002

TOP SECRET ███████████████████

(U) Case Summary for
(U) Wa'el Hamza JULAIDAN

(U) Identifier Information

(U) Wa'el Hamza JULAIDAN a.k.a. Wa'il Hamza JULAIDAN a.k.a.
Wa'el Hamza JULAYDAN a.k.a. Wa'il Hamza JULAYDAN a.k.a.
Wa'el Hamza JALAIDAN a.k.a. Wa'il Hamza JALAIDAN a.k.a Abu
Al-Hasan al Madani



(U) Background Information



(U) Terrorism-Related Activity



Classified by:
Derived from:

Declassify on:

TOP SECRET ███████████████████

TREASURY00003



[Sources: Exhibit A
                                                            Exhibit I;

(U) Links to SDGTs

(U) Usama bin Laden acknowledged his close ties to **JULAIDAN** during a 1999 interview with al-Jazira TV. When referring to the assassination of al-Qa'ida co-founder Abdullah Azzam, Usama bin Ladin stated that "We were all in one boat, as is known to you, including our brother, **Wa'il JALADIN** (sic). A plot was concocted to assassinate all. We were careful not to be together all the time." According to press reports, JULAIDAN is identified as one of the original founders of the al-Qa'ida organization and as bin Ladin's logistics chief. JULAIDAN, along with fellow Saudis Usama bin Laden and Abdullah Azzam, head of the Pakistan Muslim Brotherhood, established the basis of the organization in the 1980s, as they helped to recruit volunteers to fight in the Afghan resistance. [Source: Exhibit P; Exhibit Q]



~~TOP SECRET~~ 

in 1995, **JULAIDAN** served as part of the "Arab and Islamic Shura Council" (nfi) which included many Egyptian and Saudi members who also belonged to the al-Gam'a al-Islamiya (GAI), and al-Jihad--most likely a reference to the Egyptian Islamic Jihad (EIJ)-- organizations.  GAI and EIJ have been named pursuant to E.O. 13224.  [Source: Exhibit A]

(U) Specific Terrorism-Related Activities and Associations

In February 2000, **JULAIDAN** again was appointed to the Board of Trustees of the Rabita Trust for the Rehabilitation of Stranded Pakistanis as director general, The Rabita Trust has been named pursuant to E.O. 13224 for providing financial and material support to the al-Qaida network.  Press reports from October 2001 also identify **JULAIDAN** as the Executive Director of Rabita Trust.  [Source: Exhibit I; Exhibit Q]



~~TOP SECRET~~

TOP SECRET



Exhibit R          Exhibit S]

(U) Other Suspect Terrorism-Related Activities and Associations

(U) Basis for Designation

TOP SECRET

TOP SECRET

We propose designating **Wa'el Hamza JULAIDAN**, [JULAIDAN] under Executive Order 13224 for the following reasons:

- As Executive Director of the Rabita Trust, **JULAIDAN** is acting for or on behalf of Specially Designated Global Terrorist. [Source: Exhibit I]



- **JULAIDAN's** contact with Ayman al Zawahri during the early 1990s in Pakistan establishes **JULAIDAN** as an associate of a Specially Designated Global Terrorist. [Source: Exhibit F, para. 1 and 2]

- **JULAIDAN's** participation on the Shura Council and his contact with representatives of extremist groups particularly al-Gam'a al-Islamiya establishes that **JULAIDAN** provided services to, or in support of, an entity named pursuant to E.O. 13224 and also declared a Foreign Terrorist Organization. [Source: Exhibit A]

TOP SECRET

TREASURY00007

~~TOP SECRET~~ ███████████

## (U) Exhibit List



Exhibit A

Exhibit B

Exhibit C

Exhibit D

Exhibit E

Exhibit F

Exhibit G

Exhibit H

Exhibit I

Exhibit J

Exhibit K

Exhibit L

Exhibit M

Exhibit N

Exhibit O

Exhibit P - Al-Jazira TV Interview, Doha in Arabic, June 10, 1999 (U)

Exhibit Q - Associated Press Online, "Government Widens Financial Dragnet", October 12, 2001 (U)

Exhibit R -

Exhibit S -

~~TOP SECRET~~ ███████████