# Exhibit 80

## Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank Pursuant to Rule 56.1

Please note that the SDNY's ECF system is unable to accept this Exhibit given its file size. A complete set of Plaintiffs' Exhibits is being filed with the SDNY's Records Management Office on DVD. If you wish to obtain a copy of this Exhibit, or others, you may contact the following Plaintiffs' representatives.

- Coleen Williams - CWilliams@cozen.com
- Marc Adler – MAdler@cozen.com
- Scott Tarbutton – STarbutton@cozen.com