# Exhibit 87

Plaintiffs' Corrected Averment of Jurisdictional Facts and
Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank
<u>Pursuant to Rule 56.1</u>

## Tarbutton, J. Scott

**Subject:**                    In re Terrorist Attacks MDL -- CIA Production pursuant to EO 14040 2(c)

**From:** "Normand, Sarah (USANYS)" <Sarah.Normand@usdoj.gov>
**Date:** March 29, 2022 at 6:13:35 PM EDT
**To:** spounian@kreindler.com, "WTC[amaloney@kreindler.com]" <amaloney@kreindler.com>,
"WTC[jgoldman@andersonkill.com]" <jgoldman@andersonkill.com>, mbenett@kreindler.com, "Carter,
Sean" <SCarter1@cozen.com>, rhaefele@motleyrice.com, "Rapawy, Gregory G."
<grapawy@kellogghansen.com>, "Shen, Andrew C." <ashen@kellogghansen.com>, "Kellogg, Michael K."
<mkellogg@kellogghansen.com>, "Kry, Robert" <rkry@mololamken.com>, "Nitz, Eric"
<enitz@mololamken.com>, "WTC[jflowers@motleyrice.com]" <jflowers@motleyrice.com>
**Cc:** "WTC[jeannette.vargas@usdoj.gov]" <jeannette.vargas@usdoj.gov>, "Leung, Mona (USANYS)"
<Mona.Leung@usdoj.gov>
**Subject: In re Terrorist Attacks MDL -- CIA Production pursuant to EO 14040 2(c)**

**\*\*EXTERNAL SENDER\*\***

Dear Counsel:

Please be advised that we have uploaded to USAFx copies of documents that the CIA is releasing
pursuant to section 2(b) of Executive Order 14040, along with an index that specifies which documents
are responsive to specific requests in the subpoena.  The CIA will be posting these documents on its
website within the next few days, but we are providing them to the parties now as a courtesy.

Regards,
Sarah

Sarah S. Normand
Deputy Chief, Civil Division
United States Attorney's Office
Southern District of New York
86 Chambers Street, Third Floor
New York, NY 10007
T:  (212) 637-2709
Sarah.Normand@usdoj.gov