# Exhibit 88

Plaintiffs' Corrected Averment of Jurisdictional Facts and
Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank
<u>Pursuant to Rule 56.1</u>

## Index of Documents Produced Pursuant to Section 2(b)(i) of E.O. 14040

**Documents Cited in Notes to Chapter 2 of the 9/11 Commission Report- The Foundation of New Terrorism (pp.466-71)**

a) CIA Analytic Report, "Bin Laden's Terrorist Operations: Meticulous and Adaptable" Nov. 2, 2000
  – Document 2

b) Intelligence Report, Terrorism: Historical Background of the Islamic Army and Bin Laden's Move from Afghanistan to Sudan, Nov. 26, 1996
  – Document 23

c) CIA Analytic report, "Al-Qa'ida in Sudan, 1992-1996: Old School Ties Lead Down Dangerous Paths," Mar. 10, 2003
  – Document 3

d) Intelligence Report, Bin Ladin's Business Activities in 1992, Mar. 31, 1994
  – Document not found after reasonable search.

e) CIA Analytic Report, "Osama Bin Ladin: Al Qa'ida's Business and Financial Links in Southeast Asia," June 6, 2002
  – Document 35

f) CIA Analytic Report, "Arizona: Long Term Nexus for Islamic Extremists," May 15, 2002
  – Document 36

g) Intelligence Report, Fatwa to Attack US Interests in Saudi Arabia and Movement of Explosives to Saudi Arabia, Jan. 8, 1997
  – Document 30

h) Intelligence Report, Translation of Abu Zubaydah's Diary, June 9, 2002
  – Document 37

i) Intelligence Report, Bin Ladin's Activites in Somalia and Sudanese NIF Support, Apr. 30, 1997
  – Document 20

j) Intelligence Report, Establishment of a Tripartite Agreement Between Usama Bin Ladin, Iran, and the NIF, Jan. 31, 1997; Intelligence Report, Cooperation among Usama Bin Ladin's Islamic Army, Iran and NIF, Jan. 31, 1997
  – Document 25

## Index of Documents Produced Pursuant to Section 2(b)(i) of E.O. 14040

   – Document 24

k) Intelligence Report, Possible Islamic Army Foreknowledge of an "Egyptian Operation" and Logistical and Security Assistance Provided for the Attackers, Feb. 13, 1997
   – Document 28

l) CIA Analytic Report, "Usama Bin Ladin: Al Qa'ida's Financial Facilitators," Oct. 18, 2001; CIA Analytic Report, "Shaykh Sa'id: al Qa'ida's Loyal Senior Accountant," July 2, 2003
   – Document 38
   – Document 4

m) Intelligence Report, Terrorism: Activities of Bin Ladin's in Pakistan, Afghanistan and India, July 14, 1997;
   – Document 29

   Analytic Report, "Sketch of a South Asia-based Terrorist Training and Logistics Network," Dec. 1995;
   – Document 5

   CIA Analytic Report, "The Rise of UBL and al Qa'ida and the Intelligence Community Response," Mar. 19, 2004
   – Document 6

n) CIA Analytic Report, "Saudi-Based Financial Support for Terrorist Organizations," Nov. 14, 2002
   – Document 7

o) CIA Analytic Report, "Afghanistan: An Incubator for International Terrorism,"  Mar. 27, 2001; CIA Analytics Report, "Al Qa'ida Still Well Positioned To Recruit Terrorists," July 1, 2002
   – Document 8
   – Document 9

**Documents Cited in Notes to Chapter4 of the 9/11 Commission Report- Responses to al Qaeda's Initial Assaults (pp. 479-88)**

p) Bin Ladin's Financial Support to Egyptian, Algerian, Libyan Extremists, June 17, 1997
   – Document 27

q) Intelligence Reports on Historical Background of Bin Ladin's Army (Nov. 26, 1996; Apr. 18, 1997);
   – Document 23

**Index of Documents Produced Pursuant to Section 2(b)(i) of E.O. 14040**

- Document 26

On the Structure of Al Qaeda and Leadership Composition (Dec. 18, 1996; Dec. 19, 1996);
- Document 57
- Document 22

On Roles and Responsibilities of the Organizational Component (Dec. 19, 1996);
- Document 22

On Objectives and Direction (Jan. 8, 1997; Jan. 27, 1997);
- Document 21
- Document 58

On the Financial Infrastructure and Networks (Dec. 30, 1996; Jan. 3, 1997);
- Document 33
- Document 31

On Connections and Collaboration with Other Terrorist Groups and Supporters (Jan. 8, 1997; Jan. 31, 1997; Feb. 7, 1997)
- Document 21
- Document 25
- Document 24
- Document 32

r) CIA Memo, Tenet To Berger, Tenet's Meeting with Crown Prince Abdullah in Jeddah, June 7, 1998; CIA Cable, DCIA Meeting with Bandar, July 3, 2001
- Document 34
- Document not found after reasonable search.

s) CIA Memo, Saudi CT Cooperation, June 18, 1998
- Document 39

t) CIA Talking Points, Vice-President's Meeting with Crown Prince Abdullah, Sept. 24, 1998
- Document 18

u) CIA Talking Points, Information on Bin Ladin for the DCI's Sept. 2, 1998 Briefing to the Senate Select Committee on Intelligence, Sept. 2, 1998
- Document 19

**Index of Documents Produced Pursuant to Section 2(b)(i) of E.O. 14040**

    v) CIA Analytic Report, "Reporting on al Qaida's Plans to Use Aircrafts as Terrorist Weapons," Aug. 26, 2002
- Document 14

    w) CIA Report, "UBL's Situation Report," Feb. 2, 1999
- Document 40

    x) CIA Report, "UBL Situation Reports," Feb. 6-10, 1999
- Feb. 6, 1999: Document 41
- Feb. 7, 1999: Document not found after reasonable search.
- Feb. 8, 1999: Document 42
- Feb. 9, 1999: Document 43
- Feb. 10, 1999: Document 44

    y) CIA Report, "UBL Situation Reports," Feb.11-12, 1999
- Document 45
- Document 46

    z) CIA Briefing Materials, "Executive Summary for UBL Conference," Sept. 16, 1999
- Document not found after reasonable search.

**Documents Cited in Notes to Chapter 5 of the 9/11 Commission Report- Al Qaeda Aims at the American Homeland (pp.488-99)**

    aa) Intelligence Report, 1996 ATF Study on Airplane Hijacking Operations, Sept. 26, 2001
- Document withheld pending additional review.

    bb) CIA Analytic Report, "11 September, the Plot and the Plotters," June 1, 2003
- Document 15

    cc) CIA Analytic Report, "Clandestine Travel Facilitators: Key Enablers of Terrorism," Dec. 31, 2002; CIA Analytic Report, al Qaeda Travel Issues, Jan. 2004
- Document 48
- Document 47

    dd) Intelligence Report, Information on Mujahideen Travel, Mar. 13, 2002
- Document 59

    ee) CIA Analytic Report, "Terrorism: Amount of Money it Takes to Keep al Qa'ida Functioning," Aug. 7, 2002; CIA Analytic Report, "Terrorism: Al Qa'ida Operating on a Shoestring," undated post-9-11
- Document 10
- Document withheld pending additional review.

**Index of Documents Produced Pursuant to Section 2(b)(i) of E.O. 14040**

ff) CIA Analytic Report, Financial Support for Terrorist Organizations, Nov. 14, 2002
  – Document 7

gg) CIA Analytic Report, "Identifying Al Qa'ida's Donors and Fund Raisers: A Status Report," Feb. 27, 2002
  – Document 11

hh) CIA Analytic Report, Spectrum of Al Qaida Donors, Oct. 30, 2003
  – Document 49

ii) CIA Analytic Report, "How Bin Ladin Commands a Global Terrorist Network," Jan. 27, 1999;
  – Document 1

  CIA Analytic Report, "Gauging the War Against Al Qa'ida's Finances," Aug. 8, 2002;
  – Document 50

  CIA Analytic Report, Paper on al Haramain, Mar. 22, 2002
  – Document 51

jj) CIA Analytic Report, "Al Qa'ida's Financial Ties to Islamic Youth Programs," Jan. 17, 2003; CIA Analytic Report, Al Qaida Financial Network, Aug. 7, 2002
  – Document 52
  – Document 16

kk) CIA Analytic Report, Financial Links of al Qaeda Operative, June 27, 2002
  – Document withheld pending additional review.

ll) CIA Analytic Report, Al Qa'ida's Financiers, Jan. 3, 2003
  – Document 53

mm)    CIA Analytic Report, "Pursuing the Bin Ladin Financial Target," Apr. 12, 2001; CIA Analytic Report: Couriers, Hawaladars Key to Moving al Qa'ida Money, May 16, 2003
  – Document 12
  – Document 54

## Index of Documents Produced Pursuant to Section 2(b)(i) of E.O. 14040

nn) CIA Analytic report, "Usama Bin Ladin's Finances: Some Estimates of Wealth, Income and Expenditures," Nov. 17, 1998; CIA Analytic Report, "Terrorism: Amount of Money It Takes to Keep Al Qa'ida Functioning," Aug. 7, 2002
   – Document 17
   – Document 10

**Documents Cited in Notes to Chapter 6 of the 9/11 Commission Report- From Threat to Threat (pp. 500-13)**

oo) CIA Analytic Report, "Funding Islamic Extremist Movements: The Role of Islamic Financial Institutions," Dec. 1997
   – Document 55

pp) CIA Analytic Reports, "Usama Bin Laden: Some Saudi Financial Ties Probably Intact," Jan. 11, 1999;
   – Document 56

   "How Bin Ladin Commands a Global Terrorist Network," Jan. 27, 1999;
   – Document 1

   "Islamic Terrorists: Using Nongovernmental Organizations Extensively," Apr. 9, 1999
   – Document 13