# Exhibit 92

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank <u>Pursuant to Rule 56.1</u>

# Tarbutton, J. Scott

| | |
|---|---|
| **Subject:** | RE: [EXTERNAL] Re: In re Terrorist Attacks on September 11, 2001 - Treasury Department Subpoena (Al Rajhi Bank) |

**From:** Normand, Sarah (USANYS) <Sarah.Normand@usdoj.gov>
**Sent:** Tuesday, June 7, 2022 4:16 PM
**To:** Carter, Sean <SCarter1@cozen.com>
**Cc:** Tarbutton, J. Scott <STarbutton@cozen.com>; Clark,Jr., William <WClark@cozen.com>; Sher, Abby <ASher@cozen.com>; Williams, Coleen D. <CWilliams@cozen.com>
**Subject:** RE: [EXTERNAL] Re: In re Terrorist Attacks on September 11, 2001 - Treasury Department Subpoena (Al Rajhi Bank)

**\*\*EXTERNAL SENDER\*\***

Sean:

This will confirm the government's agreement with your proposal, during our call on May 23, 2022, to resolve the subpoenas to the CIA and the Department of Treasury. Specifically, you proposed to withdraw the subpoena to Treasury and narrow the CIA subpoena if the CIA would agree to process and produce redacted versions of (1) the document identified in Point II.1.A of the subpoena as a CIA report titled "*Al Rajhi Bank: Conduit for Extremist Finance*," and (2) the three additional analytic documents identified in the CIA's search for records responsive to the subpoena that contain the greatest number of references to Al Rajhi Bank. If the CIA processes and produces redacted versions of these four documents, with redactions of any information that remains classified or statutorily protected following a declassification review, the PECs will accept that production as full compliance with the subpoena to the CIA, and will withdraw the subpoena to Treasury in its entirety.

Please confirm this agreement, and the CIA will proceed accordingly. Thanks in advance.

Sarah