# Exhibit 93

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank <u>Pursuant to Rule 56.1</u>



**CENTRAL INTELLIGENCE AGENCY** — **DIRECTORATE OF INTELLIGENCE**



# Taibah: Linking Extremists in the Balkans and the United States

*12 December 2002*

The Taibah International Aid Association (a.k.a. Taiba, Tayyiba Charitable, and Charitable Foundation Taibah) is an Islamic charitable organization whose leaders and employees have extensive ties to al-Qa'ida and other extremists in the Balkans and the United States. The NGO operates extensively in the Balkans

- The NGO claims to provide aid for the construction of schools and hospitals, as well as financial loans and educational classes, according to military reporting.

## Taibah Sarajevo's Extremist Network

The Sarajevo office is an active part of the local extremist facilitator network composed of other nefarious NGOs and al-Qa'ida facilitators. Mohamed el-Nagmy, the Taibah office director in Sarajevo, was one of several Egyptian Islamic extremists operating with mujahidin forces in Bosnia in December 1995.

- Taibah was one of the donors for Active Islamic Youth, an indigenous radical group associated with possible surveillance of US military installations.

El-Nagmy may be providing logistic and financial support to Islamic extremists using the cover of at least two other NGOs with which he is affiliated. ██████, he is also the director for the Global Relief Foundation (GRF) office in Sarajevo and had been the assistant director for al-Ibrahim in Croatia in the early 1990s.

- The GRF is currently under investigation for providing support to terrorists and had its assets frozen in December 2001. ██████ el-Nagmy ran Taibah and GRF operations out of the same office. This relationship probably stems from their affiliation during the war, when Taibah and GRF were partner NGOs.

- Kenyan authorities suspect that their local al-Ibrahim office was involved in the East Africa Embassy bombings in 1998,

Another Taibah employee of the Sarajevo office, Mustafa Ittidir (Mustapha Ait Idir), a suspected Armed Islamic Group (GIA) member,

Bosnian authorities arrested him in October 2001 under suspicion of being part of a GIA cell, known as the Algerian Six, that threatened the US Embassy in Sarajevo,

## Financial Links to Extremists 

The Sarajevo Taibah office has received regular funding from banks and individuals with ties to

---

This report was prepared by the DCI Counterterrorist Center's Office of Terrorism Analysis. Comments and queries are welcome and may be directed to

CIA-SUB_0031

## Taibah: Linking Extremists in the Balkans and the United States

*12 December 2002*

al-Qa'ida. Depozitna Banka

One of the investors of the bank at that time was Wa'il Julaydan, who has been identified as a logistic and financial facilitator for al-Qa'ida. One document recovered from Stabilization Force (SFOR) raids of el-Nagmy's residence reveal donations to Taibah Sarajevo that total more than $375,000 in an eight-month period.

- Saudi Economic Development Corporation, run by a prominent Saudi family suspected of financing extremists, donated more than $200,000 to Taibah Sarajevo in late 2001.

- The office received approximately $140,000 from WAMY-Jeddah, probably the World Association for Muslim Youth, in May 2001. WAMY is suspected of supporting terrorists.

- More than $48,000 was transferred through al-Rajhi Banking and Investment Corporation. al-Rajhi Bank in Saudi Arabia has handled numerous transactions of NGOs with known ties to al-Qa'ida such as GRF and al-Haramain.

### Taibah's Activities in the United States

the NGO may have ties to US-based Islamic extremists.

### Tracking Down Taibah

Taibah's organization and its personnel, but its activities, associations, and finances are typical of other NGOs that support terrorism.

- Legitimate NGOs tend to seek publicity to attract donations, but Taibah seems to hide from it. Taibah's Web site is inaccessible, and the group has no other visible publicity.

- The leadership of the organization has experience as mujahidin or facilitators of mujahidin operations, a trend that runs through many of the NGOs supporting al-Qa'ida.

- Taibah's financial practices mirror those of other nefarious NGOs—they often receive large sums of money from known extremists that seem to exceed what they would need for legitimate purposes.

- The NGO is a client of a Florida-based firm that publishes Islamic educational materials and is owned by a US person suspected of providing support to al-Qa'ida.

- The firm's owner and a Taibah representative met to discuss joint projects between the NGO and the firm in 2000.

Taibah also maintains an office in Virginia that may be used to raise funds for the organization, though the current status of the office is unknown.

## Taibah: Linking Extremists in the Balkans and the United States

*12 December 2002*

- Taibah receives much of its funding from private donors in the United States, ▮▮▮▮.

- ▮▮▮▮, Taibah Sarajevo works closely with and is funded by an organization located in Virginia. ▮▮

### Outlook (U)

Taibah's connections in the Balkans and the United States could help the group fill in for other extremist NGOs that are under intense international scrutiny. Raids and local investigations have disrupted the Balkans operations of three NGOs linked to terrorism—GRF, Benevolence International Foundation, and al-Haramain.

- The Balkans offices of the above NGOs were raided by Bosnian Federation police supported by SFOR and UN officials in December 2001 and again earlier this year. Bosnian authorities are focusing their efforts on investigating the finances and personnel of these NGOs, ▮▮▮▮.

- Though Taibah's Sarajevo office—in conjunction with the GRF office—was raided in December 2001, less attention has been given to Taibah, independent of its ties to GRF. ▮▮

3

CIA-SUB_0033