# Exhibit 97

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank <u>Pursuant to Rule 56.1</u>

Home (/securitycouncil/) » MAKHTAB AL-KHIDAMAT

# MAKHTAB AL-KHIDAMAT

In accordance with paragraph 13 of resolution 1822 (2008) and subsequent related resolutions, the ISIL (Da'esh) and Al-Qaida Sanctions Committee makes accessible a narrative summary of reasons for the listing for individuals, groups, undertakings and entities included in the ISIL (Da'esh) and Al-Qaida Sanctions List.

QDe.012

MAKHTAB AL-KHIDAMAT

**Date on which the narrative summary became available on the Committee's website:** 7 September 2010

**Date(s) on which the narrative summary was updated:** 15 June 2015

14 November 2023

**Reason for listing:**

Makhtab al-Khidamat was listed **on 6 October 2001** pursuant to paragraph 8(c) of resolution 1333 (2000) as being associated with Al-Qaida (QDe.004), Usama bin Laden (deceased) or the Taliban for "participating in the financing, planning, facilitating, preparing or perpetrating of acts or activities by, in conjunction with, under the name of, on behalf or in support of", "supplying, selling or transferring arms and related materiel to" or "otherwise supporting acts or activities of" Al-Qaida (QDe.004) and Usama bin Laden.

**Additional information:**

Makhtab al-Khidamat, also known as the Afghan Service Bureau, is the pre-cursor organization to Al-Qaida (QDe.004) and provided the basis for its infrastructure. It was created in the 1980s by Abdullah Azzam (deceased) and Usama bin Laden (deceased) to establish guest houses near the Afghan border and paramilitary camps to prepare militants for the Afghan conflict.

Makhtab al-Khidamat helped channel fighters and money to Afghanistan, and established offices worldwide under the alias Al Kifah.

Disagreements between Azzam and Bin Laden in the late 1980s resulted in the creation of Al-Qaida by Bin Laden. After Azzam was killed in 1989, Bin Laden continued to utilize Makhtab al-Khidamat and the Al Kifah branches before absorbing them into Al-Qaida.

**Related listed individuals and entities:**

Al-Qaida (QDe.004), listed on 6 October 2001

The Rabita Trust (QDe.021) listed on 17 October 2001

The Global Relief Foundation (GRF) (QDe.091), listed on 12 October 2002

Al-Haramain Foundation (Pakistan) (QDe.104), listed on 26 January 2004

Al-Haramain: Afghanistan Branch (QDe.110), listed on 6 July 2004

**UNITED NATIONS (HTTP://WWW.UN.ORG/EN)**

 Welcome to the United Nations (http://www.un.org/en)

عربي (/securitycouncil/ar/sanctions/1267/aq_sanctions_list/summaries/entity/makhtab-al-khidamat)

中文 (/securitycouncil/zh/sanctions/1267/aq_sanctions_list/summaries/entity/makhtab-al-khidamat)

**English (/securitycouncil/sanctions/1267/aq_sanctions_list/summaries/entity/makhtab-al-khidamat)**

Français (/securitycouncil/fr/sanctions/1267/aq_sanctions_list/summaries/entity/makhtab-al-khidamat)

Русский (/securitycouncil/ru/sanctions/1267/aq_sanctions_list/summaries/entity/makhtab-al-khidamat)

Español (/securitycouncil/es/sanctions/1267/aq_sanctions_list/summaries/entity/makhtab-al-khidamat)

A-Z Site Index (http://www.un.org/en/sections/about-website/z-site-index/) │ Contact (http://www.un.org/en/contact-us/) │

Copyright (http://www.un.org/en/sections/about-website/copyright/) │

FAQ (http://www.un.org/en/sections/about-un/frequently-asked-questions/) │

Fraud Alert (http://www.un.org/en/sections/about-website/fraud-alert/) │

Privacy Notice (http://www.un.org/en/sections/about-website/privacy-notice/) │

Terms of Use (http://www.un.org/en/sections/about-website/terms-use/)