# Exhibit 98

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank <u>Pursuant to Rule 56.1</u>



Al Rajhi Exhibit
ARB 31
9/28/23 Carrie Campbell, RDR

| Name of the Account (94 accounts) | Account # | Deposits (SAR) | Withdrawals (SAR) | Time Period | Bates Range |
|---|---|---|---|---|---|
| Al Haramain Islamic Foundation | SA [Redacted] 7978 | 25,710.00 | - | 12/18/2002-12/29/2002 | ARB-00010786-10787 |
| Al Haramain Islamic Foundation's Warehouse in Al Awamer. | SA [Redacted] 6332 | 228,563.00 | 116,500.00 | 08/19/2001-12/25/2002 | ARB-00010788-10793 |
| Al Haramain Islamic Foundation - General Account | SA [Redacted] 9553 | 1,772,409.68 | 1,765,207.26 | 02/25/2001-12/31/2002 | ARB-00010794-10816 |
| Al Haramain Islamic Foundation | SA [Redacted] 1147 | 46,817,968.47 | 35,335,970.59 | 06/12/2000-12/31/2002 | ARB-00010817-11148 |
| Al Haramain Islamic Foundation | SA [Redacted] 5458 | 340,114.00 | 327,475.00 | 11/03/2001-12/31/2002 | ARB-00011149-11174 |
| Al Haramain Islamic Foundation - Internet | SA [Redacted] 8887 | 9,342,449.77 | 6,521,493.02 | 01/03/1998-12/28/2002 | ARB-00011175-11282 |
| Al Haramain Islamic Foundation - Women's Committee | SA [Redacted] 2001 | 7,082.00 | 7,082.00 | 10/22/2000-02/18/2001 | ARB-00011283-11284 |
| Al Haramain Islamic Foundation | SA [Redacted] 2422 | 1,920.00 | - | 12/04/2001-11/18/2002 | ARB-00011285-11286 |
| Al Haramain Islamic Foundation | SA [Redacted] 3936 | 60,810.00 | 60,000.00 | 06/06/2002-10/06/2002 | ARB-00011287-11288 |
| Al Haramain Islamic Foundation | SA [Redacted] 1416 | 393,054.00 | 388,083.00 | 01/16/2002-12/18/2002 | ARB-00011289-11297 |
| Al Haramain Islamic Foundation - Al Bukayriyah Branch | SA [Redacted] 5509 | 3,233,172.00 | 3,233,172.00 | 08/01/2001-12/12/2002 | ARB-00011298-11333 |
| Al Haramain Islamic Foundation - Jizan Office | SA [Redacted] 0105 | 989,753.00 | 798,918.00 | 04/21/2002-12/25/2002 | ARB-00011334-11353 |
| Al Haramain Islamic Foundation | SA [Redacted] 8019 | 48,208.00 | 48,208.00 | 06/06/2002-09/29/2002 | ARB-00011354-11355 |
| Al Haramain Islamic Foundation | SA [Redacted] 8001 | 2,205,873.00 | 1,765,767.00 | 11/21/2001-12/31/2002 | ARB-00011356-11434 |
| Al Haramain Islamic Foundation – Winning Trade. | SA [Redacted] 4012 | 263,740.00 | 195,650.00 | 12/04/2000-12/31/2002 | ARB-00011435-11607 |
| Al Haramain Islamic Foundation - Ongoing Charity | SA [Redacted] 2770 | 1,231,493.28 | 731.00 | 10/16/2001-12/29/2002 | ARB-00011608-11666 |
| Al Haramain Islamic Foundation | SA [Redacted] 6509 | 17,118,984.00 | 16,862,132.00 | 01/06/1998-12/31/2002 | ARB-00011667-11728 |
| Al Haramain Islamic Foundation | SA [Redacted] 0660 | 1,278,715.00 | 1,272,049.00 | 12/18/2000-12/31/2002 | ARB-00011729-11787 |
| Al Haramain Islamic Foundation | SA [Redacted] 8076 | 164,083.00 | 98,792.85 | 05/12/2002-12/31/2002 | ARB-00011788-11797 |
| Al Haramain Islamic Foundation | SA [Redacted] 6766 | 8,750.00 | - | 12/24/2002-12/24/2002 | ARB-00011798-11799 |
| Al Haramain Islamic Foundation | SA [Redacted] 3335 | 5,090,895.18 | 4,743,330.44 | 05/09/2000-12/30/2002 | ARB-00011800-11862 |
| Al Haramain Islamic Foundation | SA [Redacted] 3730 | 5,207.00 | - | 11/23/2002-12/17/2002 | ARB-00011863-11864 |
| Al Haramain Islamic Foundation - One Body | SA [Redacted] 1113 | 10,113,358.00 | 9,412,435.00 | 06/18/2000-12/28/2002 | ARB-00011865-11959 |
| Al Haramain Islamic Foundation | SA [Redacted] 8043 | 65,790.00 | 65,690.00 | 11/27/2001-08/21/2002 | ARB-00011960-11961 |
| Al Haramain Islamic Foundation in Al Dilam | SA [Redacted] 8201 | 1,110,044.00 | 1,081,845.00 | 04/08/2000-12/30/2002 | ARB-00011962-11981 |
| Al Haramain Islamic Foundation | SA [Redacted] 8068 | 278,500.00 | 243,000.00 | 06/19/2002-11/30/2002 | ARB-00011982-11983 |
| Al Haramain Islamic Foundation | SA [Redacted] 8788 | 55,300.00 | 50,000.00 | 11/09/2002-12/15/2002 | ARB-00011984-11988 |
| Al Haramain Islamic Foundation | SA [Redacted] 8050 | 178,774.00 | 165,709.00 | 05/28/2002-12/31/2002 | ARB-00011989-12002 |
| Al Haramain Islamic Foundation | SA [Redacted] 7870 | 55,050.00 | 55,050.00 | 11/24/2002-12/25/2002 | ARB-00012003-12006 |
| Al Haramain Islamic Foundation in Al Rass - Zakat | SA [Redacted] 0607 | 1,415,381.81 | 1,382,854.00 | 08/28/2000-12/28/2002 | ARB-00012011-12031 |
| Al Haramain Islamic Foundation in Al Rass | SA [Redacted] 0084 | 5,865,694.00 | 5,865,664.00 | 11/11/2000-12/11/2002 | ARB-00012032-12092 |
| Al Haramain Islamic Foundation | SA [Redacted] 9990 | - | - | Not Dated | ARB-00012093-12094 |
| Al Haramain Islamic Foundation - Al Haramain Doctors Comm. | SA [Redacted] 0701 | 1,582,923.00 | 1,025,088.00 | 05/19/2001-12/31/2002 | ARB-00012103-12133 |
| Al Haramain Islamic Foundation | SA [Redacted] 2724 | - | - | Not Dated | ARB-00012134-12135 |
| Al Haramain Islamic Foundation | SA [Redacted] 2010 | 4,325,692.50 | 4,113,380.47 | 03/14/2000-12/31/2002 | ARB-00012137-13052 |
| Al Haramain Islamic Foundation - Establishment | SA [redacted] 2101 | 300.00 | 300.00 | 10/25/2000-11/08/2001 | ARB-00013057-13058 |
| Al Haramain Islamic Foundation - Endowment Account | SA [Redacted] 7002 | 4,487,239.19 | 1,126,000.00 | 07/15/2001-12/28/2002 | ARB-00013302-13328 |
| Al-Haramain Foundation/Jeddah | SA [redacted] 7763 | 14,807,294.00 | 13,586,052.45 | 07/29/1998-12/31/2002 | ARB-00013814-13850 |
| Al-Haramain Foundation/Riyadh | SA [redacted] 9096 | 55,429,192.76 | 55,729,770.64 | 01/01/1998-12/24/2002 | ARB-00014582-14879 |
| Al-Haramain Foundation/Riyadh | SA [redacted] 2922 | 102,612,462.61 | 102,681,114.99 | 01/01/1998-12/31/2002 | ARB-00014880-15794 |
| Al-Haramain Foundation/Jeddah | SA [redacted] 1716 | 8,901,790.00 | 8,941,793.62 | 01/03/1998-12/31/2002 | ARB-00015795-15898 |
| Al-Haramain Foundation/Buraidah | SA [redacted] 4004 | 495,907.00 | 456,086.00 | 11/27/2000-12/29/2002 | ARB-00015899-16118 |
| Al-Haramain Foundation/Riyadh | SA [redacted] 8986 | 67,600,478.35 | 62,188,619.45 | 01/01/1998-12/30/2002 | ARB-00016119-16569 |
| Al-Haramain Foundation/charitable trust/Jeddah | SA [redacted] 3332 | 3,639,308.65 | 169,720.00 | 10/17/2001-12/30/2002 | ARB-00016570-16665 |
| Al-Haramain Foundation/Al Ras/Riyadh | SA [redacted] 0509 | 2,108,404.00 | 2,032,427.00 | 08/28/2000-12/31/2002 | ARB-00016666-17317 |
| Al-Haramain Foundation/Profitable Trade/Riyadh | SA [redacted] 7772 | 14,486,933.80 | 12,974,750.98 | 12/05/1999-12/31/2002 | ARB-00017581-23304 |

1

| Name of the Account (94 accounts) | Account # | Deposits (SAR) | Withdrawals (SAR) | Time Period | Bates Range |
|---|---|---|---|---|---|
| Al-Haramain Foundation/Riyadh | SA [redacted] 4446 | 14,109,858.83 | 14,021,771.06 | 08/18/1998-12/30/2002 | ARB-00028868-29098 |
| Foundation of [redacted]/Buraidah | SA [redacted] 2051 | 500.00 | 500.00 | 11/30/2000-11/07/2001 | ARB-00029099-29100 |
| Foundation of [redacted]/Buraidah | SA [redacted] 2069 | 13,009.00 | 13,009.00 | 03/25/2000-11/07/2001 | ARB-00029101-29102 |
| Foundation of [redacted]/Buraidah | SA [redacted] 2077 | 9,947.00 | 9,947.00 | 06/12/2000-11/07/2001 | ARB-00029103-29104 |
| Foundation of [redacted]/Buraidah | SA [redacted] 2036 | 41,286.00 | 41,286.00 | 05/02/2001-01/02/2002 | ARB-00029105-29106 |
| Foundation of [redacted]/Buraidah | SA [redacted] 2044 | 89,032.00 | 89,032.00 | 03/25/2000-11/07/2001 | ARB-00029107-29109 |
| Foundation of [redacted]/Buraidah | SA [redacted] 2093 | 900.00 | 900.00 | 03/13/2000-11/08/2001 | ARB-00029110-29111 |
| Al-Haramain Foundation/Yanbu | SA [redacted] 5500 | 2,148,743.78 | 2,134,942.28 | 12/25/1999-12/30/2002 | ARB-00029112-29180 |
| Al-Haramain Foundation/Taif | SA [redacted] 2005 | 3,296,684.00 | 2,713,356.92 | 06/14/1998-12/30/2002 | ARB-00029181-29239 |
| Al-Haramain Foundation/Riyadh | SA [redacted] 5858 | 16,318.22 | - | 11/10/2002-12/31/2002 | ARB-00029240-29244 |
| Al-Haramain Foundation/Tabuk Branch | SA [redacted] 0005 | 1,496,842.00 | 1,315,935.88 | 11/04/1999-12/30/2002 | ARB-00029245-29281 |
| Al-Haramain Foundation/Riyadh | SA [redacted] 4220 | 262,057.00 | 261,557.00 | 10/30/2001-12/25/2002 | ARB-00029282-29288 |
| Al-Haramain Foundation/Jeddah | SA [redacted] 6400 | 3,751,430.00 | 3,748,242.00 | 09/10/2000-12/29/2002 | ARB-00029289-29306 |
| Al-Haramain Foundation/Riyadh | SA [redacted] 8100 | 430,979.00 | 395,796.00 | 11/25/2001-12/31/2002 | ARB-00029307-29418 |
| Al-Haramain Foundation/Al Bukayriyah | SA [redacted] 9777 | 240,430.00 | 240,430.00 | 05/30/2001-12/03/2002 | ARB-00029419-29426 |
| Al-Haramain Foundation/Riyadh | SA [redacted] 2887 | 402,436.00 | 292,510.00 | 01/12/2002-12/31/2002 | ARB-00029427-29492 |
| Al-Haramain Foundation/Riyadh | SA [redacted] 1238 | 37,970,739.07 | 29,089,707.00 | 03/10/2001-12/31/2002 | ARB-00029493-29672 |
| Al-Haramain Foundation/Riyadh | SA [redacted] 2822 | 1,020,993.60 | - | 11/20/2002-12/28/2002 | ARB-00029673-29687 |
| Al-Haramain Foundation/Yanbu Industrial City | SA [redacted] 1607 | 254,847.90 | 251,247.90 | 10/09/2000-12/31/2002 | ARB-00029688-29713 |
| Al-Haramain Foundation/Riyadh | SA [redacted] 1472 | 32,474,420.50 | 33,477,023.74 | 01/01/1998-12/03/2002 | ARB-00029714-29937 |
| Al-Haramain Foundation/Riyadh | SA [redacted] 3334 | 79,670,492.98 | 79,534,553.05 | 01/01/1998-12/31/2002 | ARB-00029938-30389 |
| Al-Haramain Foundation/Zakat Account/Al Bukayriyah | SA [redacted] 5004 | 77,179.10 | 77,179.00 | 11/17/2001-12/03/2002 | ARB-00030390-30392 |
| Al-Haramain Foundation/Riyadh | SA [redacted] 8035 | 232,348.00 | 207,508.00 | 02/16/2002-12/11/2002 | ARB-00030393-30397 |
| Al-Haramain Foundation/Dammam Office | SA [redacted] 7770 | 4,850,950.97 | 4,759,656.00 | 06/20/2001-12/30/2002 | ARB-00030398-30450 |
| Al-Haramain Foundation Donation Depository/Riyadh | SA [redacted] 6340 | 38,650.00 | 31,300.00 | 11/28/2001-12/29/2002 | ARB-00030451-30453 |
| Al-Haramain Foundation/Riyadh | SA [redacted] 8895 | 330,829,536.85 | 315,383,007.44 | 01/03/1998-12/31/2002 | ARB-00030454-31552 |
| Al-Haramain Foundation/Riyadh | SA [redacted] 6962 | 98,712.00 | 63,669.00 | 06/10/2002-12/21/2002 | ARB-00031553-31570 |
| Al-Haramain Foundation/[redacted] Yanbu | SA [redacted] 0906 | 70,839.00 | 70,839.00 | 10/01/2000-08/02/2001 | ARB-00031571-31574 |
| Al-Haramain Foundation/Riyadh | SA [redacted] 7113 | 14,119,656.00 | 13,503,343.90 | 10/07/2001-12/31/2002 | ARB-00031575-31846 |
| Al-Haramain Foundation/Riyadh | SA [redacted] 9909 | 959,534.00 | 959,534.00 | 11/02/1999-03/03/2002 | ARB-00031847-31862 |
| Al-Haramain Foundation/Riyadh | SA [redacted] 8092 | 120,797.00 | 31,758.00 | 04/29/2002-12/31/2002 | ARB-00031863-31866 |
| Al-Haramain Foundation/Riyadh | SA [redacted] 5119 | 150,574.00 | 139,913.00 | 12/13/2001-12/31/2002 | ARB-00031867-31889 |
| Al-Haramain Foundation/Riyadh | SA [redacted] 5559 | 119,799,139.24 | 118,106,046.81 | 01/01/1998-12/31/2002 | ARB-00031890-32721 |
| Al-Haramain Foundation/Unaizah Office/Unaizah | SA [redacted] 2664 | 4,502,798.00 | 4,489,496.96 | 05/13/2001-12/31/2002 | ARB-00032722-32835 |
| Al-Haramain Foundation/Riyadh | SA [redacted] 2994 | 656,233.00 | 561,844.00 | 11/05/2001-12/31/2002 | ARB-00032836-32962 |
| Al-Haramain Foundation/Riyadh | SA [redacted] 0727 | 3,112,942.82 | 2,729,697.94 | 05/27/2001-12/30/2002 | ARB-00032963-33054 |
| Al-Haramain Foundation/Unaizah Office/Unaizah | SA [redacted] 3332 | 36,350.00 | 14,700.00 | 07/23/2001-12/30/2002 | ARB-00033055-33071 |
| Al-Haramain Foundation/Riyadh | SA [redacted] 8027 | 64,050.00 | 53,800.00 | 07/04/2002-12/28/2002 | ARB-00033072-33076 |
| Al-Haramain Foundation/Riyadh | SA [redacted] 6667 | 736,258,404.53 | 713,697,625.75 | 01/01/1998-12/31/2002 | ARB-00033077-33710 |
| Al-Haramain Foundation/Riyadh | SA [redacted] 7470 | 385,087.00 | 268,355.00 | 01/16/2002-12/29/2002 | ARB-00033711-33796 |
| Al-Haramain Foundation/Riyadh | SA [redacted] 9096 | 55,429,192.76 | 55,729,770.64 | 01/01/1998-12/24/2002 | ARB-00033797-34094 |
| Al-Haramain Foundation/Riyadh | SA [redacted] 9090 | 87,525,167.06 | 74,463,812.88 | 06/12/2000-12/31/2002 | ARB-00034095-34430 |
| Al-Haramain Foundation/Jeddah | SA [redacted] 0007 | 28,609,378.72 | 27,852,311.45 | 01/04/1998-12/31/2002 | ARB-00034431-34698 |
| Al-Haramain Foundation/Medina | SA [redacted] 9008 | 8,647,448.75 | 8,572,836.76 | 12/23/2000-12/30/2002 | ARB-00034699-35163 |
| Al-Haramain Foundation/Riyadh | SA [redacted] 8804 | 43,001,469.52 | 35,825,643.32 | 01/01/1998-12/31/2002 | ARB-00035164-35787 |
| Al-Haramain Foundation/Profitable Trade/Al Bukayriyah | SA [redacted] 9660 | 415,902.21 | 380,016.00 | 02/28/2001-12/31/2002 | ARB-00035788-35985 |

| Name of the Account (94 accounts) | Account # | Deposits (SAR) | Withdrawals (SAR) | Time Period | Bates Range |
|---|---|---|---|---|---|
| Al-Haramain Foundation/Riyadh | SA [redacted] 1006 | 26,755,074.64 | 24,638,951.00 | 12/13/2000-12/31/2002 | ARB-00035986-36207 |
| Al-Haramain Foundation/Riyadh | SA [redacted] 6003 | 111,425,151.68 | 107,962,484.54 | 01/03/1998-12/31/2002 | ARB-00036208-37173 |
| **Totals** | | **2,146,119,285.78** | **2,035,094,758.98** | | |

3