# Exhibit 99

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank <u>Pursuant to Rule 56.1</u>

EXHIBIT
LORMEL 20  02/01/2024 dv

[Bilingual Text]
Al-Haramain Islamic Foundation
Head Office – Riyadh

In the name of Allah, the Gracious, the Merciful



[Emblem: Al-Haramain Islamic Foundation]

No. ----
Date: ----

"Here you are, being invited to donate 'a little' in the cause of Allah. Still some of you withhold. And whoever does so, it is only to their own loss. For Allah is the Self-Sufficient, whereas you stand in need 'of Him'. If you 'still' turn away, He will replace you with another people. And they will not be like you" Sura Mohamed 38 – the Quran

The Al-Haramain Islamic Foundation's Account Numbers with the Al Rajhi Banking & Investment Corp.

| No. | Committee | Account No. | Branch | Statements |
|---|---|---|---|---|
| 1 | General Account | 555/9 | Al Olaya 166 | General donation; provision of water; surplus money; religious expiation payments; vows; and provision of food |
| 2 | Asia Committee | 889/5 | Al Olaya 166 | General donation; Zakat; animal sacrifices and vows; book printing; Da'wah; institute sponsorship; Quran memorization; health clinics; propagators and orphans' sponsorship; Palestine; and Chechnya |
| 3 | One Body | 11/3 | Al Olaya 166 | The One Body Project |
| 4 | Africa Committee | 09/0 | Al Olaya 166 | General donation; Zakat; animal sacrifices and vows; book printing; Da'wah; institute sponsorship; Da'wah projects; health clinics; propagators and orphans' sponsorship; famine; and chastity kit |
| 5 | Europe Committee | 600/3 | Al Olaya 166 | General donation; Zakat; book printing; Da'wah; propagators' sponsorship; Sharia Hijab; Albania; Bosnia; Kosovo; and orphans' sponsorship |
| 6 | Da'wah and Sponsorships Committee | 880/4 | Al Olaya 166 | Orphans' sponsorship; propagators; the disabled; clothes for poor families; orphans' feast money; book printing; charity messages; Hajj gifts; Qurans; Da'wah; spreading knowledge; Imams and muezzins' sponsorship; sponsorship of those supervising Quran memorization; and Sahih Al Bukhari |
| 7 | Zakat Committee | 898/6 | Al Olaya 166 | Zakat outside of the Saudi Kingdom |
| 8 | Continuous Alms | 292/2 | Al Olaya 166 | Charity endowment whose revenue is spent for all types of charity |
| 9 | Mosques' Committee | 333/4 | Al Olaya 166 | Construction of mosques; Islamic centers |
| 10 | Seasonal Projects | 114 | Al Olaya 166 | Iftar of Fasting People; animal sacrifices; winter blankets; Sharia courses; Da'wah tours; general donations; and winter clothes |
| 11 | Profitable Trade | 777/2 | Al Olaya 166 | 1. Mosques; 2. Orphans and the poor; 3. Continuous alms; 4. Propagators' sponsorship; 6. Quran classes; 6. Charity messages in the two languages; 7. The internet and Da'wah in the West; 8. Relief and medical activities and provision of water; 9. Summer programs; and 10. Charity fields |
| 12. | Internet Committee | 888/7 | Al Olaya 166 | General donation; America; the Arab tent; book printing in English; the Islamic library; and translation of the meanings of the Quran |
| 13. | Tawhid Endowment | 00/6 | Al Olaya 166 | Tawhid Endowment (a charity endowment whose revenue is spent for all types of charity) |
| [Handwriting] | | | | |
| 14 | Charity inside the Saudi Kingdom | 123 | | Quran memorization; Zakat inside the Saudi Kingdom; alms for the poor; and mosques inside the Saudi Kingdom |
| 15 | Medical Committee | 70 | | Medical committee |

Note: Please deposit the donations allocated to a specific country to the account of the concerned committees (Asia Committee, Europe Committee, Africa Committee). An exception is the donations allocated to mosques; they shall be deposited to the Mosques Committee. The deposit notice – together with the purpose of donation – shall be sent to Fax No. 4623306.

[Bilingual Text]
P.O. Box 69006 Riyadh 11557 Saudi Arabia Tel. 4652210 Fax: 4623306
email: headoffice@alharamain.org

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00038116

**AL-HARAMAIN ISLAMIC FDN.**
Head Office - Riyadh

بسم الله الرحمن الرحيم

مؤسسة الحرمين الخيرية
المكتب الرئيس – الرياض

Ref. : ..................................................
Date : ..................................................

الرقم : ..................................................
التاريخ : ..................................................

(هاأنتم هؤلاء تدعون لتنفقوا في سبيل الله فمنكم من يبخل ومن يبخل فإنما يبخل عن نفسه والله الغني وأنتم الفقراء وإن تتولوا يستبدل قوماً غيركم ثم لا يكونوا أمثالكم) عمد الآية ٣٨

أرقام حسابات المؤسسة لدى شركة الراجحي

| م | اللجنة | رقم الحساب | الفرع | البنــــــــود |
|---|---|---|---|---|
| ١ | الحساب العام | ███ | العليا ١٦٦ | تبرع عام – سقيا – زكاة المدخل وصدقات الفطر – ~~التبييت الكبير~~ – ~~تحفيظ القرآن~~ – أموال متخلص منها – كفارات – نذور وإطعام الطعام . |
| ٢ | لجنة آسيا | ███ | العليا ١٦٦ | تبرع عام – زكاة– عقائق ونذور – طباعة كتب – الدعوة – كفالة معاهد – تحفيظ القرآن – مستوصفات – كفالة دعاة وأيتام – فلسطين – الشيشان . |
| ٣ | الجسد الواحد | ███ | العليا ١٦٦ | مشروع الجسد الواحد |
| ٤ | لجنة أفريقيا | ███ | العليا ١٦٦ | تبرع عام – زكاة– عقائق ونذور – طباعة كتب – الدعوة – كفالة معاهد – مشاريع دعوية – مستوصفات – كفالة دعاة وأيتام – المجاعة – حقيبة العفاف |
| ٥ | لجة أوربا | ███ | العليا ١٦٦ | تبرع عام – زكاة– طباعة كتب – الدعوة – كفالة دعاة – الحجاب الشرعي – ألبانيا- البوسنة – كوسوفا – كفالة أيتام . |
| ٦ | لجنة الدعوة والكفالات | ███ | العليا ١٦٦ | كفالة الأيتام – دعاة – معاقين – كسوة أسرة فقيرة – عيدية يتيم – طباعة كتب – رسالة الخير – هدية الحاج – مصاحف – الدعوة – نشر العلم – كفالة أئمة ومؤذنين – كفالة محفظي القرآن الكريم – صحيح البخاري . |
| ٧ | لجنة الزكاة | ███ | العليا ١٦٦ | الزكاة خارج المملكة |
| ٨ | الصدقة الجارية | ███ | العليا ١٦٦ | الوقف الخيري وريعه يصرف في جميع أعمال البر |
| ٩ | لجنة المساجد | ███ | العليا ١٦٦ | بناء المساجد – مراكز إسلامية |
| ١٠ | المشاريع الموسمية | ███ | العليا ١٦٦ | التفطير – الأضاحي – بطانية الشتاء – الدورات الشرعية – الجولات الدعوية – عام – كسوة الشتاء . |
| ١١ | التجارة الرابحة | ███ | العليا ١٦٦ | ١)المساجد ٢) الأيتام والمساكين ٣) الصدقة الجارية ٤) كفالة دعاة ٥) حلقات القرآن ٦) رسالة الخير باللغتين ٧) الإنترنت والدعوة في الغرب ٨) النشاط الإغاثية والطبية وسقيا المياه ٩) البرامج الصيفية ١٠) مجالات البر . |
| ١٢ | لجنة الانترنت | ███ | العليا ١٦٦ | تبرع عام – أمريكا – الخيمة العربية – طباعة الكتب بالإنجليزية – المكتبة الإسلامية – ترجمة معاني القرآن. |
| ١٣ | وقف التوحيد | ███ | العليا ١٦٦ | وقف التوحيد (وقف خيري يصرف ريعه في جميع أعمال البر) |

* ملاحظة : نرجو إيداع التبرعات المخصصة لدولة معينة في حساب اللجان المعنية (آسيا ، أوربا – أفريقيا) ماعدا المساجد فإنها تودع في لجنة المساجد ، مع إرسال إشعار الإيداع موضحاً به الغرض من التبرع على الفاكس رقم – ٤٦٢٣٣٠٦

ص ب ٦٦٠٦٦ الرياض ١١٥٥٧ – المملكة العربية السعودية - هاتف ٤٦٥٢٢١٠ – فاكس ٤٦٢٣٣٠٦ – بريد إلكتروني : headoffice@alharamain.org
P.O.Box 69606 Riyadh 11557 - Saudi Arabia - Tel. 4652210 - Fax 4623306 - E-mail: headoffice@alharamain.org

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00038116



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 2024012315U

**Language**: Arabic > English

**Document title**: ARB 38116 (English, no redactions)

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**:  BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli*     **Date**: 29/01/2024