# Exhibit 100

Plaintiffs' Corrected Averment of Jurisdictional Facts and
Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank
<u>Pursuant to Rule 56.1</u>

AL-HARAMAIN ISLAMIC
FOUNDATION
Date: 04/21/1415 AH [Corresponding
to September 26, 1994 AD]
No. 618/15/8

In the name of Allah, the Gracious,
the Merciful



[**Emblem**: *Al-Haramain Islamic
Foundation*]

---

Honorable: Director of Al Olaya Street General Branch, may Allah bless him
Al Rajhi Banking & Investment Corp.
May the peace, mercy, and blessings of Allah be upon you.

      Please find enclosed herewith a statement of the numbers of the Al-Haramain Islamic Foundation's accounts with you. Please do not cash out or transfer any amount from these accounts – either between these accounts or to different accounts – without formal checks issued by the Al-Haramain Islamic Foundation and coded by SAMA. If any amount is withdrawn in a manner contrary to the instructions above, we shall have no liability in the future.
      Thank you for your efforts and cooperation with us. May Allah reward you.

      Your brother,
      Director General
      Aqil bin Abdel Aziz al Aqil
      [*Handwritten Signature*]

[*Handwriting*]
Brother Mohamed al Ahmadi,
For your information and to do [*Illegible*] according to the client's request.
Please notify all competent brothers [*Illegible*] and current operations.
Afterward, the original shall be archived in the client's file for easy reference when needed.
Thank you.
September 26, 1994 AD
[*Handwritten Signature*]

---

[*Bilingual Text*]
P.O. Box 69606 Riyadh 11557 Saudi Arabia – Tel. 4632270 – 4634431 – 4634414 – Fax: 4623306

---

Form No. 3

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00038534

AL-HARAMAIN ISLAMIC
FOUNDATION
Date: ----
No. ----

[**Emblem**: *Al-Haramain Islamic Foundation*]

**Statement of the Al-Haramain Islamic Foundation's accounts with Al Rajhi Banking & Investment Corp.**

| No. | Account No. | Branch | Statement | Signatures |
|---|---|---|---|---|
| 1 | ▮4341 | Al Olaya | General Account | Aqil al Aqil – Mansour al Qadi |
| 2 | ▮890 | Al Dabab | Europe Committee | Abdullah al Muhaizif – Abdel Rahman al Aqil |
| 3 | ▮909 | Al Dabab | Africa Committee | Mansour al Qadi – Aqil al Aqil |
| 4 | ▮9898 | Al Olaya | Zakat | Aqil al Aqil – Mansour al Qadi Abdel Rahman al Aqil – Mohamed al Tuwaijri |
| 5 | ▮9292 | Al Olaya | Continuous Alms (Inside the Saudi Kingdom) | Abdel Rahman al Aqil |
| 6 | ▮9889 | Al Olaya | Indian Subcontinent Committee | Aqil al Aqil – Mansour al Qadi Abdel Rahman al Aqil – Mohamed al Tuwaijri |
| 7 | ▮9333 | Al Olaya | Mosques Committee | Aqil al Aqil – Mansour al Qadi Mohamed al Tuwaijri |
| 8 | ▮9850 | Al Olaya | Middle East Committee | Mansour al Qadi – Abdel Rahman al Aqil – Aqil al Aqil – Mohamed al Tuwaijri |
| 9 | ▮1147 | Al Dabab | Iftar of Fasting People Committee | Mohamed al Tuwaijri – Abdel Rahman al Aqil |
| 10 | ▮9888 | Al Olaya | Sponsorships Committee | Aqil al Aqil – Abdel Rahman al Aqil – Mansour al Qadi – Mohamed al Tuwaijri |
| 11 | ▮9880 | Al Olaya | Islamic Book Publishing Committee | Aqil al Aqil – Mohamed al Tuwaijri – Mansour al Qadi – Abdel Rahman al Aqil |

[*Bilingual Text*]
P.O. Box 10406 Riyadh 11433 Saudi Arabia – Tel. 4652210 – 4634431 – 4634414 – Fax: 4623306

Form No. 3

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00038535

**AL-HARAMAIN ISLAMIC FOUNDATION**

بسم الله الرحمن الرحيم

مؤسسة الحرمين الخيرية

التاريخ : ١٤١٩/١٢/١٩ هـ

الرقم : ٦١٨/١٥/٨٠

Date : ....................

Ref. : ....................

المكرم / مدير فرع العليا العام

شركة الراجحى المصرفية للاستثمار                    وفقه الله

السلام عليكم ورحمة الله وبركاته ... وبعد ؛؛؛؛

نرفق لكم كشفاً بأرقام حسابات المؤسسة لديكم ونأمل عدم صرف أو
تحويل أي مبلغ من هذه الحسابات سواءً بين هذه الحسابات بعضها البعض أو
خارجها إلا بموجب شيكات نظامية صادرة من المؤسسة ومرمزة من
مؤسسة النقد العربى السعودى ، ولن نتحمل أي مسئولية فى المستقبل إذا تم
سحب أي مبلغ يخالف التعليمات المذكورة أعلاه .

مقدرين لكم جهودكم وتعاونكم معنا لا حرمكم الله الأجر .

أخوكم / المدير العام

عقيل بن عبد العزيز العقيل

ص . ب ٦٦٠٦ الرياض ١١٥٥٧ – المملكة العربية السعودية – تلفون ٢٢١٠ ٤٦٥ / ٤٦٣٤٤٣١ / ٤٦٣٤٤١٤ – فاكس : ٤٦٢٣٣٠٦
P. O. Box 69606 Riyadh 11557 - Saudi Arabia - Tel. : 4652270 / 4634431/4634414 - Fox : 4623306

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00038534

مؤسسة الحرمين الخيرية

Date : .................................

Ref. : .................................

التاريخ : .................................

الرقم : .................................

## بيان بحسابات المؤسسة لدى شركة الراجحي المصرفية للإستثمار

| التوقيعات | البيان | الفرع | رقم الحساب | الرقم |
|---|---|---|---|---|
| عقيل العقيل – منصور القاضي | الحساب العام | العليا | ▮▮▮▮▮ | ١ |
| عبد الله المحيذيف – عبد الرحمن العقيل | لجنة أوربا | الضباب | ▮▮▮▮▮ | ٢ |
| منصور القاضي – عقيل العقّيل | لجنة أفريقيا | الضباب | ▮▮▮▮▮ | ٣ |
| عقيل العقّيل و منصور القاضي – عبدالرحمن العقّيل – محمد التويجري | الزكاة | العليا | ▮▮▮▮▮ | ٤ |
| عبد الرحمن العقيل | الصدقة الجارية (الداخلي) | العليا | ▮▮▮▮▮ | ٥ |
| عقيل العقّيل و منصور القاضي – عبدالرحمن العقّيل – محمد التويجري | لجنة شبه القارة الهندية | العليا | ▮▮▮▮▮ | ٦ |
| عقيل العقيل – منصور القاضي محمد التويجري | لجنة المساجد | العليا | ▮▮▮▮▮ | ٧ |
| منصور القاضي و عبدالرحمن العقّيل عقيل العقيل و محمد التويجري | لجنة الشرق الأوسط | العليا | ▮▮▮▮▮ | ٨ |
| محمد التويجري – عبد الرحمن العقيل | لجنة تفطير الصائم | الضباب | ▮▮▮▮▮ | ٩ |
| عقيل العقيل و عبد الرحمن العقيل منصور القاضي و محمد التويجري | لجنة الكفالات | العليا | ▮▮▮▮▮ | ١٠ |
| عقيل العقيل و محمد التويجري منصور القاضي – عبد الرحمن العقّيل | لجنة نشرالكتاب الإسلامي | العليا | ▮▮▮▮▮ | ١١ |

ص.ب : ١٠٤٠٦ الرياض ١١٤٣٣ – المملكة العربية السعودية – ☎ : ٢٢١٠ ٤٦٥ / ٤٤٣١ ٤٦٣ / ٤٤١٤ ٤٦٣ – فاكس : ٤٦٢٣٣٠٦
P.O. Box : 10406 Riyadh 11433 - Saudi Arabia - Tel. : 465 2210 / 463 4431 / 463 4414 - Fax : 462 3306

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00038535



## TRANSLATION CERTIFICATION STATEMENT

**Project: 2024012315U**

**Language**: Arabic > English

**Document title**: ARB 38534-38535 (English no redactions)

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli*          **Date**: 29/01/2024