# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

December 9, 2024

The Honorable George B. Daniels
United States Courthouse
500 Pearl Street
New York, NY 10007

> Re:  *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570 (GBD) (SN)
>       – Permission for Electronic Devices at December 10, 2024 Oral Argument

Dear Judge Daniels:

We respectfully request under this Court's Standing Order M10-468, as Revised, that the individuals identified in the accompanying proposed electronic devices order be permitted to bring personal electronic devices (as indicated in the accompanying proposed order) to the oral argument scheduled for Tuesday, December 10, 2024. We also respectfully request that the identified individuals be permitted to connect to the Court's Wi-Fi.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Jerry S. Goldman
Jerry S. Goldman, Esq.

*Attorney for the Plaintiffs*

Enclosure

cc:    All MDL Counsel of Record (via ECF)

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

docs-100746760.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————x


IN THE MATTER OF AN APPLICATION TO
BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE SOUTHERN
DISTRICT OF NEW YORK FOR USE IN A
PROCEEDING OR TRIAL

———————————————————————x

    The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

    ORDERED that the following attorneys are authorized to bring the Personal Electronic Devices and/or the General Purpose Computing Devices (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned **In re Terrorist Attacks on September 11, 2001**.

    The dates for which such authorization is provided is **December 10, 2024.**

| Attorney | Email | Device(s) | Courtroom | WiFi Granted |
|---|---|---|---|---|
| Jerry S. Goldman | jgoldman@andersonkill.com | iPhone, Battery, Charger, airpods | 11A | Yes |
| Alexander Greene | agreene@andersonkill.com | iPhone, AirPods | 11A | Yes |

    The attorneys identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Devices into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

    SO ORDERED:

Dated: _____


————————————————————————
                  United States Judge