# Exhibit 101

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank Pursuant to Rule 56.1

| | | |
|---|---|---|
| Kingdom of Saudi Arabia<br>Al-Haramain Islamic Foundation<br>General Supervisor's Office | In the name of Allah, the Gracious, the Merciful<br><br>[**Emblem**: *Al-Haramain Islamic Foundation*] | No. 2000/19/2<br>Date: 06/06/1419 AH<br>(September 26, 1998 AD)<br>Attachments: ---- |

His Excellency: Director General of Al Rajhi Banking & Investment Corp., may Allah bless him
May the peace, mercy, and blessings of Allah be upon you.

    Please note that we want to transfer the accounts of the Al-Haramain Islamic Foundation, attached to the statement – which are 9 accounts – in the name of the Al-Haramain Islamic Foundation. The signature validity for these accounts shall be – as in the past – limited to the persons authorized by Foundation's Director General Sheikh Aqil bin Abdel Aziz al Aqil.
    Thank you so much for your cooperation.
[*Handwritten Signature*]
06/06/1419 AH (September 26, 1998 AD)
    May the peace, mercy, and blessings of Allah be upon you.

        Saleh bin Abdel Aziz bin Mohamed Al ash-Sheikh
        [*Handwritten Signature*]
        07/06/1419 AH (September 27, 1998 AD)
        Deputy Minister of Islamic Affairs
        And General Supervisor of Al-Haramain Islamic Foundation

> **STAMP**
> Al-Haramain Islamic Foundation
> Jeddah Office
> Incoming No. 657
> Date: 24/07/1420 AH (November 02, 1999 AD)

FROM : AL-HARAMAIN ISLAMIC FOUNDATON    PHONE NO. : 0096614623306    Nov. 02 1999 10:13AM P1

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00039000

In the name of Allah, the Gracious, the Merciful

**Al-Haramain Islamic Foundation**
**Head Office – Riyadh**

[Logo: *Al-Haramain Islamic Foundation*]

No. ----
Date: ----

## List of Al-Haramain Islamic Foundation's accounts
## With Al Rajhi Banking & Investment Corp.

| No. | Account No. | Branch |
|---|---|---|
| 1 | ▮0555 | Al Olaya 166 |
| 2 | ▮9889 | Al Olaya 166 |
| 3 | ▮909 | Al Dabab Street 368 |
| 4 | ▮0600 | Al Olaya 166 |
| 5 | ▮9880 | Al Olaya 166 |
| 6 | ▮9898 | Al Olaya 166 |
| 7 | ▮9292 | Al Olaya 166 |
| 8 | ▮9333 | Al Olaya 166 |
| 9 | ▮1147 | Al Dabab Street 368 |

Please note that the persons authorized to sign these accounts are:
1. Aqil bin Abdel Aziz al Aqil;
2. Mansour bin Abdel Rahman al Qadi;
3. Abdel Malik bin Mohamed al Qassim; and
4. Mohamed bin Fahd al Tuwaijri

Their signatures are saved by you.

[*Bilingual Text*]
P.O. Box 69606 – Riyadh 11557 – Saudi Arabia – Tel. 4652210 – 4634414 – 4624908 – Fax: 4623306

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00038999

[*Handwriting*]

| | | | | |
|---|---|---|---|---|
| 1. | General Account | ▮555/9 | Aqil bin Abdel Aziz al Aqil | |
| | | Branch 166 | Mansour bin Abdel Rahman al Qadi | |
| 2. | Europe Committee | ▮600/3 | Aqil bin Abdel Aziz al Aqil | |
| | | Branch 166 | | |
| 3. | Africa Committee | ▮09/6 | Mansour bin Abdel Rahman al Qadi | |
| | | Branch 368 | Aqil bin Abdel Aziz al Aqil | |
| 4. | Zakat | ▮898/6 | Aqil bin Abdel Aziz al Aqil | |
| | | Branch 166 | Mansour bin Abdel Rahman al Qadi | |
| 5. | Alms | ▮292/2 | Aqil bin Abdel Aziz al Aqil | |
| | | Branch 166 | Mansour bin Abdel Rahman al Qadi | |
| | | | Abdel Rahman al Aqil | |
| 6. | Asia Committee | ▮889/5 | Aqil bin Abdel Aziz al Aqil | |
| | | Branch 166 | Mansour bin Abdel Rahman al Qadi | |
| 7. | Mosques | ▮333/4 | Aqil bin Abdel Aziz al Aqil | |
| | | Branch 166 | Mansour bin Abdel Rahman al Qadi | |
| 8. | Projects | ▮147/2 | Mohamed bin Fahd al Tuwaijri | |
| | | Branch 368 | Aqil bin Abdel Aziz al Aqil | |
| 9. | Da'wah and Sponsorships | ▮880/4 | Aqil bin Abdel Aziz al Aqil | |
| | | Branch 166 | Abdel Malik Mohamed al Qassim | |

The names of accounts before being transferred to be in the name of the Al-Haramain Islamic Foundation.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00038998

بسم الله الرحمن الرحيم

المملكة العربية السعودية
مؤسسة الحرمين الخيرية
مكتب المشرف العام

الرقم: ٢/١٩/٢٠٠٠
التاريخ: ١٤١٩/٦/٦هـ
المشفوعات: ................

سعادة مدير عام شركة الراجحي المصرفية للاستثمار   وفقه الله
السلام عليكم ورحمة الله وبركاته ٠٠٠ أما بعد ؛؛؛؛

نود إحاطتكم برغبتنا تحويل حسابات مؤسسة الحرمين الخيرية المرفقة بالكشف وعددها ( ٩ ) حسابات باسم مؤسسة الحرمين الخيرية وتبقى صلاحية التوقيعات على هذه الحسابات كما هي في السابق مقصورة على الأشخاص المخولين من قبل مدير عام المؤسسة الشيخ عقيل بن عبد العزيز العقيل .

ولكم وافر الشكر لتعاونكم .

والسلام عليكم ورحمة الله وبركاته ؛؛؛؛

صالح بن عبد العزيز بن محمد آل الشيخ
نائب وزير الشؤون الإسلامية
والمشرف العام على مؤسسة الحرمين الخيرية

مؤسسة الحرمين الخيرية
مكتب جدة
رقم الوارد: ٦٥٧
التاريخ: ..........

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00039000

**AL-HARAMAIN ISLAMIC FDN**
Head Office - Riyadh

Ref. :
Date :

بسم الله الرحمن الرحيم

مؤسسة الحرمين الإسلامية
المكتب الرئيسي - الرياض

الرقم : 
التاريخ :

قائمة أرقام حسابات المؤسسة
لدى شركة الراجحي المصرفية للاستثمار

| م | رقم الحساب | الفرع |
|---|---|---|
| ١ | | العليا ١٦٦ |
| ٢ | | العليا ١٦٦ |
| ٣ | | ش الضباب ٣٦٨ |
| ٤ | | العليا ١٦٦ |
| ٥ | | العليا ١٦٦ |
| ٦ | | العليا ١٦٦ |
| ٧ | | العليا ١٦٦ |
| ٨ | | العليا ١٦٦ |
| ٩ | | ش الضباب ٣٦٨ |

علماً بأن الأشخاص المخولين بالتوقيع على هذه الحسابات هم :

١. عقيل بن عبد العزيز العقيل
٢. منصور بن عبد الرحمن القاضي
٣. عبد الملك بن محمد القاسم
٤. محمد بن فهد التويجري

وتوقيعاتهم محفوظة لديكم .

ص.ب ٦٩٦٠٦ الرياض ١١٥٥٧ - المملكة العربية السعودية - هاتف : ٤٦٥٢٢١٠ - ٤٦٣٤٤١٤ - ٤٦٢٤٩٠٨ - فاكس ٤٦٢٣٣٠٦
P.O.Box 69606 Riyadh 11557 - Saudi Arabia - Tel.: 4652210 - 4634414 - 4624908    Fax: 4623306

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00038999



CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00038998



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20230811VGC

**Language**: Arabic > English

**Document title**: ARB 39000, 38999, 38998

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**:  Farah Alshekhli

**Qualifications**:  BA in Translation and Interpretation Studies, 17 years of experience, certified

**Signed**: *Farah Alshekhli*          **Date**: 09/25/2023