# Exhibit 102

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank <u>Pursuant to Rule 56.1</u>



## INTERNATIONAL ISLAMIC RELIEF ORGANIZATION ACCOUNTS AT AL RAJHI BANK

| Name of the Account (287 Accounts) | Account # | Deposits (SAR) | Withdrawals (SAR) | Time Period | Bates Range |
|---|---|---|---|---|---|
| Islamic Relief Organization "Home in Paradise Program." | SA [Redacted] 7924 | 30,155.00 | 30,155.00 | 10/20/1998-11/30/2002 | ARB-00001362-1367 |
| Islamic Relief Organization "Useful Knowledge Program." | SA [Redacted] 7209 | 17,875.00 | 17,700.00 | 01/01/1998-12/31/2002 | ARB-00001368-1372 |
| Islamic Relief Organization "Kurdish Refugees." | SA [Redacted] 7916 | 27,690.00 | 26,338.00 | 01/21/1998-12/10/2002 | ARB-00001373-1376 |
| Alms and Donations | SA [Redacted] 7002 | 37,233.00 | 30,529.00 | 09/20/1998-11/19/2002 | ARB-00001377-1388 |
| Islamic Relief Organization – "Alms and Donations" | SA [Redacted] 7008 | 92,875.62 | 87,375.62 | 10/22/1998-11/30/2002 | ARB-00001389-1400 |
| Islamic Relief Organization – "Africa" | SA [Redacted] 7122 | 142,871.00 | 101,341.00 | 01/10/1998-12/03/2002 | ARB-00001401-1408 |
| Islamic Relief Organ. Da'wah and Propagators Committee in Najran | SA [Redacted] 6305 | 460.00 | - | 3/9/2002 | ARB-00001409-1410 |
| Zakat | SA [Redacted] 7015 | 236,647.00 | 236,647.00 | 09/28/1998-12/03/2002 | ARB-00001411-1423 |
| Islamic Relief Organization "Sanabel al Khair Program." | SA [Redacted] 7076 | 77,611.00 | 69,011.00 | 09/16/1998-12/27/2002 | ARB-00001424-1442 |
| Kosovo Reconstruction | SA [Redacted] 0661 | 2,300.00 | - | 2/14/2002 | ARB-00001443-1444 |
| General Donations and Alms | SA [Redacted] 7008 | 5,099.00 | - | 06/25/2000-11/20/2001 | ARB-00001445-1447 |
| Zakat | SA [Redacted] 7013 | 5,280.00 | 4,355.00 | 01/04/1998-12/06/2001 | ARB-00001448-1449 |
| Immigrants, Refugees, and Victims of Disasters | SA [Redacted] 7025 | 61,517.00 | 61,517.00 | 01/06/1999-03/03/2002 | ARB-00001450-1457 |
| Islamic Relief Organization-Military City. | SA [Redacted] 5718 | 1,156,476.50 | 1,174,095.00 | 01/07/1998-04/02/2002 | ARB-00001458-1469 |
| Zakat | SA [Redacted] 7018 | 675.00 | 675.00 | 02/19/1998-12/30/1998 | ARB-00001470-1471 |
| Holy Quran Schools and Classes | SA [Redacted] 7062 | 15,885.00 | 15,885.00 | 10/18/1998-07/15/2002 | ARB-00001472-1477 |
| Useful Knowledge Program | SA [Redacted] 7204 | 27,524.00 | 27,524.00 | 12/28/1998-12/12/2002 | ARB-00001478-1484 |
| Islamic Relief Organization-Da'wah Committee Endowment. | SA [Redacted] 7718 | 11,170.00 | - | 08/23/2000-11/20/2002 | ARB-00001485-1487 |
| Islamic Relief Organization "Good Deeds Program" | SA [Redacted] 7094 | 6,500.00 | 5,800.00 | 12/24/1998-12/26/2001 | ARB-00001488-1489 |
| Islamic Relief Organization-Occupational Training. | SA [Redacted] 7700 | 208,979.50 | 106,067.50 | 11/18/1999-12/23/2002 | ARB-00001490-1504 |
| General Sanabel al Khair | SA [Redacted] 7077 | 15,159.00 | 13,233.00 | 09/23/1998-08/10/2002 | ARB-00001505-1510 |
| Useful Knowledge | SA [Redacted] 7205 | 3,450.00 | 3,450.00 | 12/06/1998-11/30/2002 | ARB-00001511-1513 |
| Islamic Relief Organization-For Orphans. | SA [Redacted] 9105 | 56,414.81 | 15,766,105.77 | 01/10/1998-07/07/2002 | ARB-00001514-1522 |
| Drop of Water Program | SA [Redacted] 7180 | 15,832.00 | 15,832.00 | 12/23/1998-12/31/2001 | ARB-00001523-1526 |
| Orphans | SA [Redacted] 7039 | 3,200.00 | 3,200.00 | 01/22/1998-12/12/1998 | ARB-00001527-1528 |
| International Islamic Relief Organization. | SA [Redacted] 7197 | 141,659.00 | 125,979.00 | 02/12/2001-12/23/2002 | ARB-00001529-1536 |
| Holy Quran | SA [Redacted] 7065 | 75,137.00 | 68,137.00 | 11/28/1998-12/02/2002 | ARB-00001537-1543 |
| Islamic Relief Organization. | SA [Redacted] 1104 | 986,449.45 | 588,705.00 | 02/19/2001-12/25/2002 | ARB-00001544-1557 |
| Sanabel al Khair | SA [Redacted] 7072 | 39,855.00 | 39,855.00 | 10/21/1998-11/30/2002 | ARB-00001558-1563 |
| Drop of Water Program | SA [Redacted] 7180 | 8,810.00 | - | 10/03/1998-08/27/2001 | ARB-00001564-1565 |
| Sanabel al Khair- Alms | SA [Redacted] 5623 | 146,478.00 | 12,000.00 | 01/03/1998-12/03/2002 | ARB-00001566-1576 |
| Islamic Relief Organization's Office - Zakat | SA [Redacted] 7013 | 50.00 | 50.00 | 04/14/2000-04/20/2000 | ARB-00001577-1578 |
| Holy Quran Schools and Classes | SA [Redacted] 7065 | 4,700.00 | - | 12/20/2000-03/17/2002 | ARB-00001579-1580 |
| Sanabel Al Khair | SA [Redacted] 7070 | 500.00 | 1,500.00 | 01/04/1998-02/02/1998 | ARB-00001581-1582 |
| Islamic Relief Organization in Al Wadeyain | SA [Redacted] 3260 | 577,459.00 | 759,219.00 | 01/03/1998-06/30/2002 | ARB-00001583-1589 |
| Islamic Relief Organization in Al Shabain | SA [Redacted] 3738 | 577,030.34 | 577,030.00 | 03/05/1998-02/02/1999 | ARB-00001590-1593 |
| Islamic Relief Organization - Zakat | SA [Redacted] 7014 | 491,671.47 | 484,671.47 | 10/17/1998-12/28/2002 | ARB-00001594-1618 |
| Islamic Relief Organization. | SA [Redacted] 1577 | 27,326,286.00 | 27,110,013.11 | 03/09/2000-12/30/2002 | ARB-00001625-1704 |
| Islamic Relief Organization - Khafji. | SA [Redacted] 0041 | 4,149,920.64 | 4,166,303.64 | 01/03/1998-12/30/2002 | ARB-00001705-1820 |
| Sanabel al Khair | SA [Redacted] 7070 | 623,939.47 | 616,139.47 | 09/16/1998-12/30/2002 | ARB-00001821-1877 |
| Islamic Relief Organization's Office. | SA [Redacted] 1103 | 13,195,624.38 | 12,091,396.77 | 01/03/1998-12/31/2002 | ARB-00002112-2165 |
| Islamic Relief Organization - General Donations and Alms | SA [Redacted] 7007 | 3,987,153.48 | 4,120,658.00 | 01/01/1998-12/31/2002 | ARB-00002185-2432 |
| Islamic Relief Organization "Our Children Project." | SA [Redacted] 5606 | 1,110,320.65 | 1,127,280.04 | 01/03/1998-04/29/2001 | ARB-00002438-2474 |
| Islamic Relief Organization – Health. | SA [Redacted] 5464 | 22,694,529.48 | 21,421,474.71 | 10/06/1998-01/04/2003 | ARB-00002477-2572 |

1

**INTERNATIONAL ISLAMIC RELIEF ORGANIZATION ACCOUNTS AT AL RAJHI BANK**

| Name of the Account (287 Accounts) | Account # | Deposits (SAR) | Withdrawals (SAR) | Time Period | Bates Range |
|---|---|---|---|---|---|
| International Islamic Relief Organization – Jubail Branch. | SA [Redacted] 9998 | 12,391,065.59 | 12,451,381.98 | 01/03/1998-12/31/2002 | ARB-00002573-2677 |
| Islamic Relief Organization – Expenses. | SA [Redacted] 8355 | 876,625.88 | 833,223.04 | 01/19/1998-12/29/2002 | ARB-00002678-2715 |
| Islamic Relief Organization – Donations. | SA [Redacted] 1119 | 1,188,096.60 | 1,185,596.60 | 09/20/1999-04/01/2001 | ARB-00002724-2732 |
| Zakat | SA [Redacted] 7018 | 675.00 | 675.00 | 02/19/1998-12/30/1998 | ARB-00002745-2746 |
| Women's Committee in Dammam | SA [Redacted] 7778 | 1,692,672.48 | 1,686,379.84 | 01/25/2000-12/30/2002 | ARB-00002760-2797 |
| Sanabel al Khair | SA [Redacted] 7071 | 169,734.85 | 169,734.85 | 11/07/1998-12/12/2002 | ARB-00002824-2847 |
| Islamic Relief Organization – General Donations. | SA [Redacted] 1625 | 69,434,532.98 | 67,620,335.98 | 01/01/1998-12/31/2002 | ARB-00002934-3275 |
| Islamic Relief Organization – Good Deeds. | SA [Redacted] 7098 | 479,495.36 | 378,396.00 | 01/01/1998-12/24/2002 | ARB-00003276-3323 |
| Islamic Relief Organization, Sunbulat al Shifaa-Healthcare. | SA [Redacted] 7103 | - | 500.00 | 3/22/2000 | ARB-00003324-3325 |
| International Islamic Relief Organization in Al Darb. | SA [Redacted] 3304 | 538,682.00 | 538,682.00 | 12/02/1999-07/08/2001 | ARB-00003326-3332 |
| Good Deeds | SA [Redacted] 7099 | 800.00 | - | 01/16/2001-02/01/2001 | ARB-00003333-3334 |
| Islamic Relief Organization's Projects. | SA [Redacted] 8980 | 584,722.00 | 598,548.00 | 02/25/1998-11/12/2002 | ARB-00003335-3338 |
| Islamic Relief Organization - Tamra. | SA [Redacted] 7080 | 58,685.00 | 72,835.00 | 01/07/1998-12/01/2002 | ARB-00003339-3348 |
| Home in Paradise – Islamic Relief Organization | SA [Redacted] 7922 | 22,971.00 | 22,971.00 | 10/18/1998-07/15/2002 | ARB-00003349-3356 |
| International Islamic Relief Organization, Jizan | SA [Redacted] 2445 | 116,960.85 | 159,836.00 | 01/22/1998-11/28/2000 | ARB-00003357-3360 |
| International Islamic Relief Organization in Hafar Al Batin | SA [Redacted] 8995 | 748,734.00 | 716,111.00 | 12/02/2000-12/30/2002 | ARB-00003361-3846 |
| Islamic Relief Organization – Zakat | SA [Redacted] 7013 | 260,870.00 | 260,870.00 | 10/10/1998-07/15/2002 | ARB-00003847-3865 |
| Islamic Relief Organ., Endowment for Construction of Mosques | SA [Redacted] 5009 | 1,350.00 | - | 01/03/2000-12/02/2001 | ARB-00003866-3867 |
| International Islamic Relief Organization | SA [Redacted] 0202 | 548,165.00 | 507,604.00 | 01/10/1998-11/24/2002 | ARB-00003868-3871 |
| International Islamic Relief Organization | SA [Redacted] 5886 | 11,024.00 | 13,440.00 | 01/24/1998-12/30/2002 | ARB-00003872-3886 |
| Home in Paradise | SA [Redacted] 7925 | 42,536.00 | 39,186.00 | 12/26/1998-11/11/2002 | ARB-00003887-3891 |
| Good Deeds | SA [Redacted] 7096 | 108,999.36 | 108,919.36 | 09/15/1998-12/26/2002 | ARB-00003892-3910 |
| Islamic Relief Organization, Refugee Immigrants | SA [Redacted] 7022 | 69,351.00 | 69,351.00 | 01/02/1999-12/12/2002 | ARB-00003911-3919 |
| Islamic Relief Organization | SA [Redacted] 8682 | 441,265.00 | 439,315.00 | 01/04/1998-12/31/2002 | ARB-00003920-3960 |
| Islamic Relief Organization, Muslim Minorities | SA [Redacted] 7148 | 72,871.00 | 71,882.00 | 01/07/1998-12/15/2002 | ARB-00003961-3969 |
| Islamic Relief Organization – Home in Paradise | SA [Redacted] 7924 | 1,466,327.48 | 1,218,159.00 | 01/03/1998-12/31/2002 | ARB-00003970-4084 |
| Islamic Relief Organization, Iftar of the Fasting | SA [Redacted] 7300 | 17,240.00 | 14,090.00 | 12/19/1998-11/18/2002 | ARB-00004085-4089 |
| Sanebel al Khair - Zakat | SA [Redacted] 7010 | 163,127.93 | 78,298.93 | 09/23/1998-12/03/2002 | ARB-00004090-4097 |
| International Islamic Relief Organization – Expenses | SA [Redacted] 0018 | 271,770.00 | 153,955.81 | 01/29/2002-12/18/2002 | ARB-00004098-4104 |
| Islamic Relief Organization | SA [Redacted] 4404 | 16,171,956.07 | 16,016,192.07 | 11/25/1998-12/31/2002 | ARB-00004105-4399 |
| Beta | SA [Redacted] 7925 | 6,300.00 | - | 12/20/2000-12/21/2002 | ARB-00004400-4401 |
| Islamic Relief Organization's Office | SA [Redacted] 2002 | 34,097,796.01 | 33,988,161.56 | 01/01/1998-12/31/2002 | ARB-00004402-4570 |
| Zakat | SA [Redacted] 7016 | 579,668.37 | 553,554.97 | 10/07/1998-12/02/2002 | ARB-00004571-4591 |
| Urgent Relief Committee | SA [Redacted] 9009 | 23,460.00 | - | 10/24/2001-12/30/2002 | ARB-00004592-4601 |
| Islamic Relief Organization, Domestic Aid. | SA [Redacted] 7130 | 69,406.00 | 3,427.00 | 11/09/2000-12/18/2002 | ARB-00004602-4607 |
| International Islamic Relief Organization in the region. | SA [Redacted] 7005 | 66,626,411.65 | 66,687,243.65 | 01/07/1998-12/26/2002 | ARB-00004608-4622 |
| Islamic Relief Organization, Drop of Water. | SA [Redacted] 7185 | 10,200.00 | 5,200.00 | 12/24/1998-11/27/2002 | ARB-00004623-4624 |
| Immigrants, Refugees, and Victims of Disasters | SA [Redacted] 7023 | 10,276.00 | 10,276.00 | 01/10/1999-11/24/2002 | ARB-00004625-4628 |
| Islamic Relief Organization – Zakat. | SA [Redacted] 7015 | 23,133,876.91 | 21,252,988.00 | 01/03/1998-12/30/2002 | ARB-00004629-5082 |
| International Islamic Relief Organization. | SA [Redacted] 5500 | 13,704,736.00 | 13,084,805.00 | 10/25/2000-12/31/2002 | ARB-00005083-5134 |
| Zakat | SA [Redacted] 7016 | 63,891.00 | - | 08/02/2000-12/21/2002 | ARB-00005135-5138 |
| Islamic Relief Organization, Alms. | SA [Redacted] 7052 | 17,890.00 | 9,430.00 | 03/13/1999-12/25/2002 | ARB-00005139-5146 |
| Islamic Relief Organization – Education. | SA [Redacted] 5472 | 30,717,704.19 | 28,229,473.75 | 01/03/1998-12/31/2002 | ARB-00005147-5287 |
| Islamic Relief Organization – Winter Supplies. | SA [Redacted] 7155 | 32,746.00 | 26,873.00 | 01/05/1998-12/26/2002 | ARB-00005288-5294 |

2

**INTERNATIONAL ISLAMIC RELIEF ORGANIZATION ACCOUNTS AT AL RAJHI BANK**

| Name of the Account (287 Accounts) | Account # | Deposits (SAR) | Withdrawals (SAR) | Time Period | Bates Range |
|---|---|---|---|---|---|
| Zakat to the Muslims of Bosnia and Herzegovina | SA [Redacted] 0999 | 21,757.00 | 21,757.00 | 03/07/1998-06/30/1998 | ARB-00005295-5296 |
| Orphans | SA [Redacted] 7033 | 1,534,273.35 | 1,534,273.35 | 09/16/1998-03/03/2002 | ARB-00005297-5529 |
| Islamic Relief Organization – Home in Paradise. | SA [Redacted] 7922 | 288,677.25 | 278,462.25 | 09/17/1998-12/29/2002 | ARB-00005530-5566 |
| International Islamic Relief Organization – Development Program. | SA [Redacted] 8522 | 1,609,613.47 | 1,343,776.17 | 09/02/2000-12/25/2002 | ARB-00005567-5580 |
| International Islamic Relief Organization – Mosques. | SA [Redacted] 9514 | 4,269.00 | 1,130.00 | 03/14/2002-12/29/2002 | ARB-00005581-5587 |
| Iftar of the Fasting | SA [Redacted] 7306 | 45,284.00 | 45,284.00 | 12/23/1998-03/03/2002 | ARB-00005588-5595 |
| Useful Knowledge | SA [Redacted] 7203 | 7,401.00 | 7,401.00 | 10/18/1998-03/28/2002 | ARB-00005596-5599 |
| International Islamic Relief Organization – Zakat | SA [Redacted] 7013 | 3,401,321.46 | 3,234,583.46 | 09/15/1998-12/30/2002 | ARB-00005600-5705 |
| Home in Paradise – Islamic Relief Organization. | SA [Redacted] 7928 | 12,075.80 | 12,075.80 | 01/13/1999-12/10/2002 | ARB-00005706-5710 |
| Sanabel al Khair | SA [Redacted] 7070 | 103,088.00 | 103,088.00 | 12/17/1998-07/15/2002 | ARB-00005711-5725 |
| Donation Committee for Bosnia and Somalia in Al Bahah | SA [Redacted] 4134 | - | 152.00 | 08/19/1998-08/19/1998 | ARB-00005726-5727 |
| Islamic Relief Organization | SA [Redacted] 2752 | 312,261.00 | 10,650.00 | 03/29/1998-12/31/2002 | ARB-00005728-5868 |
| Alms | SA [Redacted] 7058 | 17,034.00 | 17,034.00 | 09/19/1998-03/03/2002 | ARB-00005869-5874 |
| Islamic Relief Organization. | SA [Redacted] 2402 | 440,433.00 | 360,303.00 | 11/11/1998-12/30/2002 | ARB-00005875-6073 |
| Islamic Relief Organization, Al Bahah Office, Expenses | SA [Redacted] 4046 | 4,549,052.90 | 4,533,110.92 | 01/13/1998-12/30/2002 | ARB-00006074-6099 |
| Islamic Relief Organization – Zakat | SA [Redacted] 7019 | 842,752.91 | 839,931.79 | 10/04/1998-12/22/2002 | ARB-00006100-6117 |
| Islamic Relief Organization – Revenue – Da'wah Committee | SA [Redacted] 7726 | 93,645.00 | 1,138.00 | 07/15/2000-12/30/2002 | ARB-00006118-6125 |
| Islamic Relief Organization – Useful Knowledge. | SA [Redacted] 7200 | 3,900.00 | 3,780.00 | 09/22/1998-05/28/2002 | ARB-00006126-6128 |
| Good Deeds | SA [Redacted] 7097 | 21,320.00 | 21,320.00 | 09/22/1998-12/12/2002 | ARB-00006129-6135 |
| Islamic Relief Organization in Jubail, Administrative Expenses | SA [Redacted] 5955 | 15,684,378.00 | 15,579,928.01 | 05/07/1998-12/28/2002 | ARB-00006136-6162 |
| Islamic Relief Organization – Alms. | SA [Redacted] 9104 | 402.00 | - | 04/29/1998-06/03/2002 | ARB-00006163-6164 |
| Islamic Relief Organization – Donations and Alms. | SA [Redacted] 7001 | 71,546.80 | 70,246.80 | 09/16/1998-12/20/2002 | ARB-00006165-6178 |
| International Islamic Relief Organization – Eastern Region. | SA [Redacted] 2008 | 166,932.50 | 182,450.00 | 11/21/1998-12/22/2002 | ARB-00006179-6181 |
| Islamic Relief Organization – Useful Knowledge. | SA [Redacted] 7205 | 717,920.00 | 531,786.16 | 01/03/1998-12/30/2002 | ARB-00006182-6248 |
| Good Deeds | SA [Redacted] 7098 | 3,150.00 | 3,150.00 | 01/02/1999-06/29/2000 | ARB-00006249-6250 |
| Useful Knowledge | SA [Redacted] 7206 | 7,285.00 | - | 10/03/1998-11/25/2002 | ARB-00006251-6252 |
| Sanabel Al Khair | SA [Redacted] 7073 | 144,746.10 | 139,571.10 | 09/28/1998-12/31/2002 | ARB-00006253-6268 |
| Immigrants, Refugees, and Victims of Disasters | SA [Redacted] 7029 | 19,825.00 | 16,525.00 | 12/24/1998-11/12/2002 | ARB-00006273-6276 |
| Islamic Relief Organization - Zakat | SA [Redacted] 7011 | 509,864.50 | 351,909.50 | 10/03/1998-12/03/2002 | ARB-00006277-6296 |
| Islamic Relief Organization - General Donations and Alms | SA [Redacted] 7006 | 113,771.00 | 113,771.00 | 09/22/1998-12/12/2002 | ARB-00006297-6314 |
| Islamic Relief Organization - Quran | SA [Redacted] 7062 | 198,564.62 | 194,237.37 | 09/27/1998-12/31/2002 | ARB-00006315-6347 |
| Islamic Relief Organization - Drop of Water | SA [Redacted] 7183 | 5,012.67 | 4,997.67 | 12/23/1998-12/16/2002 | ARB-00006348-6351 |
| Islamic Relief Organization – The Soviet Union. | SA [Redacted] 7114 | 45,349.00 | 64,474.00 | 01/05/1998-12/11/2002 | ARB-00006352-6358 |
| Islamic Relief Organization - Animal Sacrifices | SA [Redacted] 7502 | 21,731.00 | 3,291.00 | 01/08/1998-11/06/2002 | ARB-00006359-6362 |
| General Donations and Alms | SA [Redacted] 7007 | 34,132.00 | 34,132.00 | 11/14/1998-12/03/2002 | ARB-00006363-6370 |
| Quran Schools and Classes | SA [Redacted] 7068 | 9,420.00 | 9,320.00 | 01/13/1999-12/27/2002 | ARB-00006371-6374 |
| Office Construction Project for Islamic Relief Organ. in Unaizah | SA [Redacted] 4248 | 1,349,880.00 | 1,284,905.00 | 05/20/1998-12/31/2002 | ARB-00006375-6401 |
| Islamic Relief Organization - Alms | SA [Redacted] 7050 | 34,192.67 | 33,892.67 | 01/13/1999-12/17/2002 | ARB-00006402-6409 |
| Orphans | SA [Redacted] 7038 | - | 1,950.00 | 01/06/1998-01/06/1998 | ARB-00006410-6411 |
| Islamic Relief Organization - Iftar of Fasting People | SA [Redacted] 7304 | 1,633,305.70 | 2,321,286.75 | 01/01/1998-12/30/2002 | ARB-00006412-6539 |
| Quran Schools and Classes | SA [Redacted] 7069 | 3,187.00 | 3,155.00 | 10/04/1998-05/28/2002 | ARB-00006540-6542 |
| Islamic Relief Organization - Quran | SA [Redacted] 7063 | 93,294.50 | 93,294.50 | 09/22/1998-12/19/2002 | ARB-00006543-6558 |
| Islamic Relief Organization - Quran Learning | SA [Redacted] 8003 | 1,350.00 | - | 01/03/2000-12/26/2001 | ARB-00006559-6560 |

3

**INTERNATIONAL ISLAMIC RELIEF ORGANIZATION ACCOUNTS AT AL RAJHI BANK**

| Name of the Account (287 Accounts) | Account # | Deposits (SAR) | Withdrawals (SAR) | Time Period | Bates Range |
|---|---|---|---|---|---|
| Iftar | SA [Redacted] 7305 | 450.00 | - | 12/20/2000-11/19/2002 | ARB-00006561-6562 |
| Islamic Relief Organization - Drop of Water | SA [Redacted] 7189 | 441,260.33 | 312,353.00 | 01/03/1998-12/24/2002 | ARB-00006563-6604 |
| Islamic Relief Organization. | SA [Redacted] 9106 | 4,724,275.34 | 5,260,248.27 | 01/05/1998-04/01/2002 | ARB-00006605-6610 |
| Islamic Relief Organization – Alms. | SA [Redacted] 7057 | 33,961.65 | 31,061.65 | 12/22/1998-11/11/2002 | ARB-00006611-6616 |
| Islamic Relief Organization – Maternity & Women. | SA [Redacted] 7171 | 67,241.00 | 73,192.00 | 01/07/1998-12/01/2002 | ARB-00006617-6622 |
| Quran Schools and Classes | SA [Redacted] 7064 | 7,092.00 | 7,092.00 | 09/16/1998-12/23/2000 | ARB-00006623-6626 |
| Islamic Relief Organization – Zakat. | SA [Redacted] 5373 | 33,068,203.83 | 32,936,128.02 | 01/01/1998-12/31/2002 | ARB-00006627-6809 |
| Islamic Relief Organization - Alms | SA [Redacted] 7056 | 962,281.60 | 849,771.00 | 01/03/1998-12/31/2002 | ARB-00006810-6909 |
| International Islamic Relief Organization - Orphan Sponsorship | SA [Redacted] 9530 | 12,807.00 | 5,732.00 | 02/16/2002-12/10/2002 | ARB-00006910-6911 |
| International Islamic Relief Organization - Useful Knowledge | SA [Redacted] 7207 | 24,064.00 | 24,064.00 | 12/23/1998-03/03/2002 | ARB-00006912-6916 |
| Islamic Relief Organization - Iftar of Fasting People | SA [Redacted] 7302 | 286,214.12 | 280,599.12 | 10/05/1998-12/03/2002 | ARB-00006917-6963 |
| Sanbel Al Khair | SA [Redacted] 7074 | 330,183.00 | 330,183.00 | 09/24/1998-03/03/2002 | ARB-00006964-6980 |
| Islamic Relief Organization - Orphans | SA [Redacted] 7035 | 116,597.64 | 116,397.64 | 09/16/1998-12/15/2002 | ARB-00006981-6996 |
| Islamic Relief Organization - Well Digging Revenue | SA [Redacted] 7742 | 12,460.00 | - | 06/20/2000-11/30/2002 | ARB-00006997-6998 |
| Islamic Relief Organization – Regional Office. | SA [Redacted] 8583 | 193,588.00 | 182,084.00 | 08/18/2001-12/18/2002 | ARB-00006999-7004 |
| Bosnia and Herzegovina Donation Commission | SA [Redacted] 8514 | 7,525.00 | 3,300.00 | 01/21/1998-08/24/2002 | ARB-00007005-7006 |
| Islamic Relief Organization's Office - Administrative Expenses | SA [Redacted] 9363 | 4,033,185.06 | 4,111,284.47 | 01/03/1998-12/29/2002 | ARB-00007007-7035 |
| Islamic Relief Organization | SA [Redacted] 3954 | 1,200.00 | 1,200.00 | 12/12/1999-03/12/2000 | ARB-00007036-7037 |
| Islamic Relief Organization - Iftar of Fasting People | SA [Redacted] 7308 | 16,483.60 | 16,383.60 | 12/24/1998-12/27/2002 | ARB-00007038-7042 |
| Islamic Relief Organization - Donations and Alms | SA [Redacted] 7003 | 50,943.00 | 35,070.00 | 10/20/1998-12/02/2002 | ARB-00007043-7050 |
| Islamic Relief Organization - Alms | SA [Redacted] 7054 | 227,509.29 | 216,959.29 | 09/19/1998-12/29/2002 | ARB-00007051-7085 |
| Islamic Relief Organization - Muslims of Yugoslavia | SA [Redacted] 7221 | 270,854.00 | 260,308.00 | 01/06/1998-12/16/2002 | ARB-00007086-7101 |
| International Islamic Relief Organization's Employee Fund. | SA [Redacted] 3783 | 8,096,175.00 | 8,131,139.00 | 01/04/1998-12/31/2002 | ARB-00007102-7173 |
| Islamic Relief Organization - Wells | SA [Redacted] 5423 | 8,339,858.79 | 6,304,665.75 | 01/03/1998-12/31/2002 | ARB-00007174-7255 |
| Islamic Relief Organization – "Sunbulat al Shifa"/Healthcare | SA [Redacted] 7106 | 162,622.00 | 114,094.00 | 01/22/1998-12/30/2002 | ARB-00007256-7263 |
| Islamic Relief Organization - Administrative Expenses | SA [Redacted] 8005 | 4,244,525.55 | 4,239,873.55 | 11/22/1998-12/30/2002 | ARB-00007264-7303 |
| International Islamic Relief Organization | SA [Redacted] 3287 | 149,752.00 | 147,502.00 | 02/18/1998-12/24/2002 | ARB-00007304-7309 |
| International Islamic Relief Organization - Expenses | SA [Redacted] 5744 | 4,576,808.62 | 4,209,541.00 | 01/19/1998-12/29/2002 | ARB-00007310-7340 |
| Islamic Relief Organization - Orphans | SA [Redacted] 7039 | 313,710.00 | 313,710.00 | 09/21/1998-07/15/2002 | ARB-00007341-7375 |
| Sanabil Al Khair | SA [Redacted] 7070 | 900.00 | 900.00 | 01/15/1998-12/12/1998 | ARB-00007376-7377 |
| Islamic Relief Organization – Immigrants and Victims of Disaster | SA [Redacted] 7021 | 21,348.00 | 21,348.00 | 12/17/1998-04/11/2002 | ARB-00007378-7384 |
| General Donations and Alms | SA [Redacted] 7009 | 87,532.96 | 87,532.96 | 09/22/1998-03/03/2002 | ARB-00007385-7397 |
| Islamic Relief Organization. | SA [Redacted] 8886 | 579,805.00 | 579,805.00 | 06/21/2000-05/07/2002 | ARB-00007398-7404 |
| Islamic Relief Organization - Blind Children in Egypt | SA [Redacted] 3271 | 46,800.00 | 38,160.97 | 02/20/1999-08/23/2001 | ARB-00007405-7406 |
| International Islamic Relief Organization – Abu Arish | SA [Redacted] 4665 | 3,015,617.00 | 3,066,167.00 | 01/03/1998-12/28/2002 | ARB-00007407-7429 |
| Islamic Relief Organization - Zakat | SA [Redacted] 7018 | 2,000.00 | 2,000.00 | 05/27/1998-06/30/1998 | ARB-00007430-7431 |
| Sanabel al Khair - Orphans | SA [Redacted] 7036 | 35,611.57 | 30,306.57 | 09/20/1998-06/11/2002 | ARB-00007432-7441 |
| Islamic Relief Organization - Orphans | SA [Redacted] 7030 | 314,682.50 | 313,782.50 | 09/22/1998-12/30/2002 | ARB-00007442-7485 |
| International Islamic Relief Organization - Bisha | SA [Redacted] 3902 | 8,950.00 | 8,650.25 | 12/28/1998-12/30/2002 | ARB-00007486-7487 |
| Iftar of Fasting Prople - International Islamic Relief Organization | SA [Redacted] 7303 | 56,299.00 | 56,299.00 | 09/22/1998-12/12/2002 | ARB-00007488-7499 |
| International Islamic Relief Organization – Donations | SA [Redacted] 5751 | 7,301,806.00 | 6,824,694.00 | 01/04/1998-01/31/2002 | ARB-00007500-7617 |
| Immigrants and Refugees | SA [Redacted] 7024 | 31,660.00 | 30,660.00 | 10/08/1998-11/11/2002 | ARB-00007618-7623 |
| International Islamic Relief Organization | SA [Redacted] 2404 | 216,576.00 | 216,476.00 | 07/10/2000-12/30/2002 | ARB-00007624-7641 |
| International Islamic Relief Organization in the region | SA [Redacted] 7013 | 28,897,284.54 | 28,784,767.03 | 01/03/1998-12/30/2002 | ARB-00007642-7733 |

4

**INTERNATIONAL ISLAMIC RELIEF ORGANIZATION ACCOUNTS AT AL RAJHI BANK**

| Name of the Account (287 Accounts) | Account # | Deposits (SAR) | Withdrawals (SAR) | Time Period | Bates Range |
|---|---|---|---|---|---|
| International Islamic Relief Organization | SA [Redacted] 2558 | 113,212,868.55 | 109,274,354.03 | 01/01/1998-12/31/2002 | ARB-00007734-8318 |
| International Islamic Relief Organization - Drop of Water | SA [Redacted] 7188 | 15,170.00 | 15,170.00 | 01/10/1999-09/12/2002 | ARB-00008319-8322 |
| Orphans | SA [Redacted] 7031 | 78,871.00 | 78,871.00 | 10/03/1998-11/30/2002 | ARB-00008323-8338 |
| Good Deeds | SA [Redacted] 7092 | 4,105.00 | 4,005.00 | 01/13/1999-12/27/2002 | ARB-00008339-8341 |
| Islamic Relief Organization - iImmigrants and Refugees | SA [Redacted] 7023 | 2,432,864.20 | 1,451,065.43 | 01/03/1998-12/30/2002 | ARB-00008342-8475 |
| Islamic Relief Organization - Sanabel Al Khair | SA [Redacted] 7078 | 45,679.00 | 38,239.00 | 10/08/1998-11/30/2002 | ARB-00008476-8482 |
| Immigrants and Refugees | SA [Redacted] 7024 | 1,300.00 | - | 12/24/2000-11/26/2002 | ARB-00008483-8484 |
| Quran Schools and Classes | SA [Redacted] 7060 | 37,693.00 | 32,293.00 | 11/17/1998-11/30/2002 | ARB-00008485-8489 |
| Islamic Relief Organization – Alms. | SA [Redacted] 7055 | 12,812.00 | 12,812.00 | 09/22/1998-11/21/2002 | ARB-00008490-8498 |
| International Islamic Relief Organization - Revenue | SA [Redacted] 5005 | 17,494,264.00 | 14,582,300.00 | 10/04/2000-12/31/2002 | ARB-00008499-8597 |
| Drop of Water | SA [Redacted] 7189 | 525.00 | 525.00 | 01/11/1999-02/01/2000 | ARB-00008598-8599 |
| International Islamic Relief Organization's Office | SA [Redacted] 9990 | 147,941,651.46 | 148,380,295.00 | 01/03/1998-12/31/2002 | ARB-00008600-9621 |
| Islamic Relief Organization – Afghani Immigrants | SA [Redacted] 7163 | 1,322,385.52 | 237,145.00 | 01/10/1998-12/16/2002 | ARB-00009622-9689 |
| Islamic Relief Organization - Somalia | SA [Redacted] 7551 | 390,444.00 | 372,925.00 | 01/03/1998-12/22/2002 | ARB-00009690-9710 |
| Alms | SA [Redacted] 7056 | 5,500.00 | 5,500.00 | 12/21/1998-11/30/2002 | ARB-00009711-9713 |
| Islamic Relief Organization | SA [Redacted] 6667 | 48,127,604.91 | 47,851,004.42 | 01/01/1998-12/31/2002 | ARB-00009714-9861 |
| Islamic Relief Organization - Collection Account | SA [Redacted] 6901 | 55,462.00 | - | 06/07/1998-06/11/2002 | ARB-00009862-9863 |
| International Islamic Relief Organization - Alms | SA [Redacted] 9522 | 16,610.00 | 245.00 | 03/14/2002-12/29/2002 | ARB-00009864-9873 |
| Islamic Relief Organization - Incessant Knowledge | SA [Redacted] 2006 | 50.00 | - | 01/03/2000-01/03/2000 | ARB-00009874-9875 |
| Islamic Relief Organization – Orphans | SA [Redacted] 7039 | 1,578,536.12 | 1,522,416.37 | 09/14/1998-12/31/2002 | ARB-00009876-10013 |
| Good Deeds | SA [Redacted] 7096 | 9,300.00 | 9,300.00 | 01/13/1999-11/22/2001 | ARB-00010014-10016 |
| Immigrants, Refugees, and Victims of Disasters | SA [Redacted] 7021 | 379,208.75 | 375,308.75 | 09/17/1998-12/02/2002 | ARB-00010017-10054 |
| Islamic Relief Organization in Najran | SA [Redacted] 8003 | 5,881,903.10 | 5,817,699.85 | 10/15/2000-12/31/2002 | ARB-00010055-10136 |
| Islamic Relief Organization - Al Qassim Branch | SA [Redacted] 8648 | 3,154,623.35 | 3,166,047.35 | 01/10/1998-12/31/2002 | ARB-00010137-10323 |
| Drop of Water | SA [Redacted] 7181 | 8,044.00 | 8,044.00 | 12/30/1998-03/03/2002 | ARB-00010324-10326 |
| Islamic Relief Organization | SA [Redacted] 1009 | 30,844,629.25 | 30,836,482.30 | 03/22/1999-04/26/2001 | ARB-00010327-10390 |
| Islamic Relief Organization | SA [Redacted] 7798 | 500.00 | 342,686.00 | 02/04/1998-12/05/2000 | ARB-00010391-10392 |
| International Islamic Relief Organization | SA [Redacted] 9199 | 30,716,146.12 | 31,323,575.12 | 01/03/1998-12/30/2002 | ARB-00010393-10667 |
| Islamic Relief Organization | SA [Redacted] 7008 | - | 9,600.00 | 09/12/2001-09/12/2001 | ARB-00010668-10669 |
| Quran Schools and Classes | SA [Redacted] 7066 | 38,534.00 | 38,534.00 | 12/30/1998-03/03/2002 | ARB-00010670-10676 |
| International Islamic Relief Organization's Office | SA [Redacted] 3116 | 10,327,049.20 | 10,081,432.48 | 01/05/1998-12/30/2002 | ARB-00010677-10725 |
| Islamic Relief Organization - Custody | SA [Redacted] 9103 | 30,857,372.86 | 26,126,059.84 | 01/07/1998-12/18/2002 | ARB-00010726-10749 |
| Islamic Relief Organization - Immigrants and Refugees | SA [Redacted] 7027 | 29,150.00 | 29,050.00 | 01/13/1999-12/27/2002 | ARB-00010750-10753 |
| Islamic Relief Organization - Living Water | SA [Redacted] 7734 | 25,340.00 | - | 11/28/2000-11/25/2002 | ARB-00010754-10756 |
| International Islamic Relief Organization's Office | SA [Redacted] 5993 | 15,341,532.61 | 13,761,490.85 | 01/14/1998-12/23/2002 | ARB-00010757-10774 |
| Islamic Relief Organization - Sanabil Al Khair | SA [Redacted] 7075 | 1,100.00 | 1,100.00 | 05/20/1998-06/30/1998 | ARB-00010775-10776 |
| International Islamic Relief Organization | SA [Redacted] 8235 | 186,087.00 | 137,201.51 | 02/17/2002-12/31/2002 | ARB-00010777-10781 |
| Good Deeds | SA [Redacted] 7099 | 23,379.00 | 23,379.00 | 12/22/1998-12/31/2001 | ARB-00010782-10785 |
| Islamic Relief Organization | SA [Redacted] 2027 | - | - | Not Dated | ARB-00012007-12008 |
| Quran Schools and Classes | SA [Redacted] 3504 | - | - | Not Dated | ARB-00012009-12010 |
| Islamic Relief Organization - Office Support Fund | SA [Redacted] 5743 | - | - | Not Dated | ARB-00012095-12096 |
| IIRO - Medication Endowment | SA [Redacted] 0000 | - | - | Not Dated | ARB-00012097-12098 |
| Islamic Relief Organization - Giving Hands | SA [Redacted] 7005 | - | - | Not Dated | ARB-00012099-12100 |
| Islamic Relief Organization | SA [Redacted] 9992 | - | - | Not Dated | ARB-00012101-12102 |

5

**INTERNATIONAL ISLAMIC RELIEF ORGANIZATION ACCOUNTS AT AL RAJHI BANK**

| Name of the Account (287 Accounts) | Account # | Deposits (SAR) | Withdrawals (SAR) | Time Period | Bates Range |
|---|---|---|---|---|---|
| Alms | SA [Redacted] 7057 | 1,300.00 | - | 11/19/2002-12/01/2002 | ARB-00012136 |
| Establishment | SA [Redacted] 2028 | - | - | Not Dated | ARB-00013053-13054 |
| Establishment | SA [Redacted] 2085 | - | - | Not Dated | ARB-00013055-13056 |
| International Islamic Relief Organization | SA [Redacted] 8189 | - | - | Not Dated | ARB-00013059-13060 |
| Useful Knowledge | SA [Redacted] 7206 | 48,708.00 | 43,897.00 | 10/26/1998-11/20/2002 | ARB-00013061-13065 |
| Islamic Relief Organization – Drop of Water | SA [Redacted] 7187 | 110,194.96 | 107,158.96 | 09/21/1998-12/30/2002 | ARB-00013066-13084 |
| Islamic Relief Organization – Mosques | SA [Redacted] 5415 | 51,901,896.14 | 51,483,376.09 | 01/03/1998-12/31/2002 | ARB-00013085-13250 |
| Islamic Relief Organization, Jeddah Office – Operations Expenses | SA [Redacted] 6645 | 24,757,402.00 | 24,596,412.99 | 01/03/1998-12/31/2002 | ARB-00013251-13301 |
| Islamic Relief Organization/Projects/Jeddah | SA [redacted] 9102 | 9,180,907.63 | 10,725,514.61 | 01/07/1998-11/18/2002 | ARB-00013851-13871 |
| Islamic Relief Organization/Ras Tanorah | SA [redacted] 2486 | 4,298,140.00 | 4,139,532.25 | 01/05/1998-12/31/2002 | ARB-00023310-23356 |
| Islamic Relief Organization/General Donations and Charity | SA [redacted] 7005 | 671,136.34 | 659,238.34 | 09/15/1998-12/31/2002 | ARB-00023357-23437 |
| Islamic Relief Organization/Jeddah Office | SA [redacted] 7102 | 85,114,577.89 | 84,696,992.61 | 04/11/2000-12/30/2002 | ARB-00023438-23747 |
| Islamic Relief Organization/Khamis Mushait/Jeddah | SA [redacted] 5700 | 27,320,617.05 | 25,490,389.95 | 01/03/1998-12/31/2002 | ARB-00023748-23793 |
| Islamic Relief Organization/Regional Office/Damnam | SA [redacted] 3330 | 12,185,388.64 | 12,196,886.64 | 01/03/1998-01/13/2001 | ARB-00023794-23862 |
| Islamic Relief Organization/Local Offices/Jeddah | SA [redacted] 8005 | 409,793,404.38 | 417,265,775.05 | 01/03/1998-12/31/2002 | ARB-00023863-24053 |
| Islamic Relief Organization/Dammam | SA [redacted] 9588 | 324,890,725.55 | 313,875,402.82 | 07/22/1998-12/31/2002 | ARB-00024054-24652 |
| Islamic Relief Organization/Riyadh | SA [redacted] 0006 | 38,833,492.94 | 37,481,482.19 | 01/07/1998-12/30/2002 | ARB-00024653-24712 |
| Islamic Relief Organization/Relief and Refugees/Jeddah | SA [redacted] 5399 | 128,913,711.97 | 129,309,350.37 | 01/03/1998-12/31/2002 | ARB-00024713-24995 |
| Islamic Relief Organization/Muslim World League/Jeddah | SA [redacted] 5381 | 159,790,335.57 | 157,551,583.69 | 01/01/1998-12/31/2002 | ARB-00024996-25446 |
| Islamic Relief Organization/Quran Schools and Classes/Jeddah | SA [redacted] 7064 | 1,447,778.73 | 1,224,709.00 | 01/03/1998-12/31/2002 | ARB-00025447-25569 |
| Islamic Relief Organization in Unaizah/Expenses/Jeddah | SA [redacted] 2707 | 1,812,730.61 | 1,797,647.70 | 01/19/1998-12/16/2002 | ARB-00025570-25624 |
| Islamic Relief Organization/Quran Classes/Jeddah | SA [redacted] 5449 | 12,844,557.27 | 11,128,013.95 | 01/03/1998-12/31/2002 | ARB-00025625-25741 |
| Islamic Relief Organization/Women's Club/Jeddah | SA [redacted] 7177 | 132,801,981.29 | 130,889,174.29 | 06/05/2000-12/31/2002 | ARB-00025742-25778 |
| Islamic Relief Organization/Iftar of Fasting People/Jeddah | SA [redacted] 5431 | 26,437,837.50 | 24,210,226.30 | 01/03/1998-12/31/2002 | ARB-00025779-25897 |
| Current Account/Dammam | SA [redacted] 3317 | 76,320,930.74 | 75,936,565.43 | 07/09/1998-12/31/2002 | ARB-00025898-26177 |
| Islamic Relief Organization/Da'wah Program/Jeddah | SA [redacted] 1612 | 14,919,199.02 | 13,082,098.35 | 01/03/1998-12/31/2002 | ARB-00026178-26221 |
| Islamic Relief Organization/Dignified Shelter/Jeddah | SA [redacted] 7254 | 24,197.00 | 29,326.00 | 01/05/1998-12/10/2002 | ARB-00026222-26226 |
| Home in Paradise/Yanbu Industrial City | SA [redacted] 7926 | 94,198.00 | 94,198.00 | 12/19/1998-03/03/2002 | ARB-00026227-26236 |
| Islamic Relief Organization/Sanabel Al Khair/Jeddah | SA [redacted] 5456 | 25,593,824.94 | 23,312,127.36 | 01/03/1998-12/31/2002 | ARB-00026237-26313 |
| Zakat/Yanbu | SA [redacted] 7017 | 468,258.34 | 468,258.34 | 09/17/1998-03/03/2002 | ARB-00026314-26340 |
| Iftar of Fasting People/Jeddah | SA [redacted] 7302 | 24,592.00 | 24,592.00 | 12/23/1998-12/06/2001 | ARB-00026341-26347 |
| Islamic Relief Organization/Donations/Jeddah | SA [redacted] 0200 | 15,765,216.90 | 15,878,321.90 | 01/03/1998-12/31/2002 | ARB-00026348-26487 |
| Drop of Water/Jeddah | SA [redacted] 7187 | 5,150.00 | 5,150.00 | 01/02/1999-01/31/2002 | ARB-00026488-26490 |
| Islamic Relief Organization/Najran | SA [redacted] 7997 | 1,168,118.85 | 1,160,356.19 | 11/01/2000-12/30/2002 | ARB-00026491-26505 |
| Islamic Relief Organization/Balqarn | SA [redacted] 0966 | 4,900.00 | 4,500.00 | 10/09/2002-12/23/2002 | ARB-00026506-26509 |
| Healing through charity/Jeddah | SA [redacted] 7054 | 14,230.00 | 14,230.00 | 12/17/1998-03/07/2002 | ARB-00026510-26515 |
| Orphans/Jeddah | SA [redacted] 7032 | 301,958.83 | 289,108.83 | 09/28/1998-12/31/2002 | ARB-00026516-26549 |
| Islamic Relief Organization/Najran | SA [redacted] 1130 | 399,753.00 | 448,116.00 | 01/12/1998-07/17/2000 | ARB-00026550-26556 |
| Islamic Relief Organization/Deprived Children | SA [redacted] 7049 | 358,783.06 | 298,864.00 | 01/01/1998-12/28/2002 | ARB-00026557-26595 |
| Islamic Relief Organization/Useful Knowledge/Meccah | SA [redacted] 7201 | 13,460.00 | 8,150.00 | 12/24/1998-11/27/2002 | ARB-00026596-26599 |
| Iftar of Fasting People/Jeddah | SA [redacted] 7305 | 71,132.00 | 60,018.00 | 12/19/1998-12/03/2002 | ARB-00026600-26609 |
| Islamic Relief Organization/Orphans/Jeddah | SA [redacted] 7031 | 13,426,522.46 | 10,718,299.00 | 01/01/1998-12/31/2002 | ARB-00026610-27438 |
| Drop of Water/Buraidah | SA [redacted] 7184 | 16,107.00 | 15,815.00 | 11/05/1998-11/19/2002 | ARB-00027439-27440 |

**INTERNATIONAL ISLAMIC RELIEF ORGANIZATION ACCOUNTS AT AL RAJHI BANK**

| Name of the Account (287 Accounts) | Account # | Deposits (SAR) | Withdrawals (SAR) | Time Period | Bates Range |
|---|---|---|---|---|---|
| N/A/Hail | SA [redacted] 3509 | 233,528.00 | 224,466.00 | 09/12/2001-12/21/2002 | ARB-00027441-27448 |
| Islamic Relief Organization/Afghani Jihadists/Jeddah | SA [redacted] 2067 | 6,200.00 | 1,550.00 | 01/20/1998-12/12/2000 | ARB-00027449-27450 |
| Orphans/Al Bahah | SA [redacted] 7032 | 51,185.00 | - | 04/10/2000-12/24/2002 | ARB-00027451-27462 |
| Islamic Relief Organization/Orphans/Taif | SA [redacted] 5407 | 311,617,778.80 | 303,441,266.95 | 01/01/1998-12/31/2002 | ARB-00027463-28133 |
| Islamic Relief Organization/Jeddah | SA [redacted] 1500 | 3,130,274.00 | 2,436,543.39 | 02/25/2001-11/23/2002 | ARB-00028134-28140 |
| International Islamic Relief Organization/Sharorah Branch | SA [redacted] 0122 | 1,509,047.75 | 1,495,577.75 | 10/12/2000-12/31/2002 | ARB-00028141-28235 |
| Islamic Relief Organization/Sanabel Al Khair/Jeddah | SA [redacted] 7072 | 7,670,779.56 | 5,039,917.00 | 01/01/1998-12/31/2002 | ARB-00028236-28538 |
| Sanabel Al Khair/General Donations and Alms/Afif | SA [redacted] 1255 | 1,400.00 | 7,700.00 | 01/12/1998-07/13/1998 | ARB-00028539-28540 |
| International Islamic Relief Organization/Donations/Jeddah | SA [redacted] 4053 | 4,649,343.00 | 4,604,628.00 | 07/01/1998-12/29/2002 | ARB-00028541-28553 |
| Sanabel Al Khair/Al Bahah | SA [redacted] 7073 | 4,200.00 | - | 06/08/2000-11/26/2002 | ARB-00028554-28555 |
| Sponsoring Orphans/Jeddah | SA [redacted] 6007 | 1,000.00 | - | 06/06/2001-11/03/2001 | ARB-00028556-28557 |
| International Islamic Relief Organization/General Account/Al Olaya | SA [redacted] 6005 | 31,897,584.82 | 31,896,559.82 | 06/13/1999-03/04/2002 | ARB-00028558-28589 |
| Islamic Relief Organization/Jeddah | SA [redacted] 0617 | 2,200.00 | 74,303.00 | 01/24/1998-11/25/2001 | ARB-00028590-28591 |
| Islamic Relief Organization/Jeddah | SA [redacted] 3333 | 3,950,370.33 | 3,906,969.33 | 08/19/1998-12/31/2002 | ARB-00028592-28685 |
| Islamic Relief Organization/Expenses/Buraidah | SA [redacted] 0339 | 7,745,144.91 | 7,553,160.25 | 01/04/1998-12/31/2002 | ARB-00028686-28729 |
| International Islamic Relief Organization/Taif | SA [redacted] 5201 | 10,210,096.00 | 10,188,046.00 | 04/13/2000-12/31/2002 | ARB-00028730-28770 |
| General Donations and Alms/Jeddah | SA [redacted] 7005 | 59,655.00 | 59,655.00 | 10/18/1998-04/11/2002 | ARB-00028771-28784 |
| Islamic Relief Organization/Home in Paradise/Buraidah | SA [redacted] 7929 | 3,419.00 | 3,110.00 | 09/22/1998-05/28/2002 | ARB-00028785-28787 |
| Home in Paradise | SA [redacted] 7923 | 79,445.00 | 79,445.00 | 12/13/1998-12/12/2002 | ARB-00028788-28800 |
| Islamic Relief Organization/Useful Knowledge/Riyadh | SA [redacted] 7203 | 166,791.21 | 166,291.21 | 09/17/1998-12/17/2002 | ARB-00028801-28825 |
| Islamic Relief Organization/Orphans/Abha | SA [redacted] 7037 | 218,821.40 | 162,758.40 | 10/18/1998-12/30/2002 | ARB-00028826-28844 |
| Islamic Relief Organization/General Donations and Alms/Afif | SA [redacted] 7002 | 400.00 | 400.00 | 09/03/1998-03/25/2000 | ARB-00028845-28846 |
| Islamic Relief Organization/Save a Life/Jeddah | SA [redacted] 0009 | 52,827.00 | - | 05/29/1999-10/11/1999 | ARB-00028847-28849 |
| Islamic Relief Organization/Ali Mohamed Mohamed Shami | SA [redacted] 4371 | 1,202,815.30 | 1,198,215.30 | 03/05/1998-12/31/2002 | ARB-00028850-28861 |
| Islamic Relief Organization/Agent of Ibrahim Daifallah Hasan | SA [redacted] 4838 | 309,650.00 | 344,750.00 | 01/03/1998-10/29/2000 | ARB-00028862-28867 |
| Islamic Relief Organization - Donations for Al Aqsa Martyrs and Orphans | [redacted] 1015 | 25,751,459.49 | 12,364,332.45 | 10/10/2000-12/31/2002 | ARB-00040444-40543 |
| **Totals** | | **2,974,279,291.71** | **2,914,284,820.75** | | |

7