# Exhibit 104

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank
<u>Pursuant to Rule 56.1</u>

# Exhibit 19

**World Assembly of Muslim Youth**
Member of the UN NGO's



الندوة العالمية للشباب الإسلامي
عضو المنظمات غير الحكومية - هيئة الأمم المتحدة

---

الرقم: 19336/1
Ref. No: 1440/06/22
Date: 2019/02/27
التاريخ:

مكتب الأمين العام
The Secretary General Office

السادة/ مصرف الراجحي                    حفظهم الله
الإدارة العامة

السلام عليكم ورحمة الله وبركاته ..

نرفق لكم قائمة بأرقام حسابات الندوة العالمية للشباب الإسلامي لديكم ، ونأمل تزويدنا بكشوف حسابات المذكورة في القائمة وأي حسابات أخرى للندوة لديكم إن وجدت ، وذلك لمدة عشر سنوات تمتد من ١٩٩٢ م إلى ٢٠٠٢ م ، نظراً لحاجة الندوة إلى الحصول على كشوف لهذه الحسابات.

وتفضلوا بقبول خالص تحياتنا ، والسلام عليكم ورحمة الله وبركاته.

الأمين العام

د. صالح بن سليمان الوهيبي

صورة مع التحية لفريق الفهرسة

---

P.O. Box:10845 Riyadh11443 - Kingdom of Saudi Arabia
Building 1079 King Fahd Road - Muhammadiah Dist.
Tel: (+96611) 2050000 Fax: (+96611) 2050011
www.wamy.org   e-mail: info@wamy.org

# بنك الراجحي

1. 36200-001-0006080030155
2. 27900-001-000680080905
3. 81900000001090
4. 021000128400057794
5. 4/3035
6. 7/4910
7. 1/6460
8. 7/17
9. 000608003482/9
10. 000608066634/9
11. 000608066635/6
12. 000608066636/4
13. 000608066640/6
14. 000608066641/4
15. 000608066642/2
16. 000608066644/8
17. 000608066645/5
18. 000608066646/3
19. 000608066626/5
20. 000608066627/3
21. 000608066628/1
22. 000608066629/9
23. 000608066630/7
24. 000608066631/5
25. 000608066625/7
26. 0006080666240
27. 000608066623/2
28. 000608066622/4
29. 000608066621/6
30. 000608066620/8
31. 000608002488/7
32. 000608003213/8
33. 000608002477/0
34. 000608005103/9
35. 000608004474/5
36. 000608066627/3
37. 000608066632/3
38. 31960801002840/1
39. 001090/4
40. 21960801002842/7
41. 002841/9
42. 4181
43. 31960801002843/5
44. 001091/3
45. 002841/9
46. 31960801002842/7
47. 31960801002843/5

1

| | |
|---|---|
| 48. | 2844/3 |
| 49. | 28450 |
| 50. | 76001 |
| 51. | 28468 |
| 52. | 1090/4 |
| 53. | 10912 |
| 54. | 31960801002840/1 |
| 55. | 002841/9 |
| 56. | 1090/4 |
| 57. | 2844/3 |
| 58. | 28450 |
| 59. | 608010030354 |
| 60. | 76001 |
| 61. | 1485/0 |
| 62. | 110608010232 00/4 |
| 63. | 23200/4 |
| 64. | 28588/7 |
| 65. | 13663/7 |
| 66. | 13888/0 |
| 67. | 13663/7 for 1999-2000 |
| 68. | 00608028588/7 from 1/1/2002- 2/17/2003 |
| 69. | 002080232004 for 3/15/2002- 3/3/2003 |
| 70. | 11000-001-000608023200/4  for 2000-2001 |
| 71. | 023200/4 |
| 72. | 000608007277/1 |
| 73. | 301608010072771 |
| 74. | 5053/2 |
| 75. | 9888/7 |
| 76. | 11333/0 |
| 77. | 3838/4 |
| 78. | 7009/6 |
| 79. | 7372/9 |
| 80. | 7277/1 |
| 81. | 10111/4 |
| 82. | 21000/0 |
| 83. | 001/001/102 to 035/401/400 |
| 84. | 022/400/400 |
| 85. | 023/400/400 |
| 86. | 024/400/400 |
| 87. | 002/401/400 |
| 88. | 003/401/400 |
| 89. | 004/401/400 |
| 90. | 005/401/400 |
| 91. | 007/401/400 |
| 92. | 008/401/400 |
| 93. | 009/401/400 |
| 94. | 010/401/400 |
| 95. | 011/401/400 |
| 96. | 012/401/400 |
| 97. | 013/401/400 |
| 98. | 014/401/400 |

2

| | | |
|---|---|---|
| 99. | | 015/401/400 |
| 100. | | 016/401/400 |
| 101. | | 018/401/400 |
| 102. | 33. | 020/401/400 |
| 103. | 34. | 021/401/400 |
| 104. | 35. | 022/401/400 |
| 105. | 36. | 023/401/400 |
| 106. | 37. | 024/401/400 |
| 107. | 38. | 025/401/400 |
| 108. | 39. | 026/401/400 |
| 109. | 40. | 027/401/400 |
| 110. | 41. | 028/401/400 |
| 111. | 42. | 030/401/400 |
| 112. | 43. | 031/401/400 |
| 113. | 44. | 032/401/400 |
| 114. | 45. | 033/401/400 |
| 115. | 50. | 3271974449952 |
| 116. | 51. | 0462089901/3 |

*In the Name Of Allah the Most Merciful, the Most Compassionate*



| | |
|---|---|
| World Assembly of Muslim Youth<br>Member of the UN NGO's | الندوة العالمية للشباب الإسلامي<br>عضو المنظمات غير الحكومية – هيئة الأمم المتحدة |

Ref. No: **19336/1**

Date: **1440/06/22** Hijri

Corresponding to: **2019/02/27** A.D.

مكتب الأمين العام
The Secretary General Office

**Dear Sirs at Al Rajhi Bank**

**The General Management**

Greetings,

Attached to this letter you will find a list of bank accounts numbers of The World Assembly of Muslim Youth. We kindly request you to provide us with the statements of the accounts stated in the list or any other WAMY accounts for a period of ten years from 1992 to 2002 A.D., due to the needs for obtaining these bank statements.

Kind regards.
May the peace and blessings of Allah be upon you.

**Secretary-General**

**Dr. Saleh Bin Sulaiman Al Wohaibi**

[*signature*]



[*stamp*: World Assembly of Muslim Youth
General Secretariat / Riyadh
Established in: 1972 A.D. – **1392** Hijri]

**This is a copy.
Greetings to the indexing team.**

Indexing: 2

P.O. Box: 10845 Riyadh 11443 – Kingdom of Saudi Arabic
Building 1079 King Fahd Road – Muhammadiah Dist.
Tel: (+96611) 2050000 – Fax: (+96611) 2050011
www.wamy.org    e-mail: info@wamy.org

ص.ب: 10845 – الرياض 11443 – المملكة العربية السعودية
رقم المبنى: 1079 – طريق الملك فهد – حي المحمدية
هاتف: 2050000 (96611+) – فاكس: 2050011 (96611+)

# Al Rajhi Bank

1. 36200-001-0006080030155
2. 27900-001-000680080905
3. 81900000001090
4. 021000128400057794
5. 4/3035
6. 7/4910
7. 1/6460
8. 7/17
9. 000608003482/9
10. 000608066634/9
11. 000608066635/6
12. 000608066636/4
13. 000608066640/6
14. 000608066641/4
15. 000608066642/2
16. 000608066644/8
17. 000608066645/5
18. 000608066646/3
19. 000608066626/5
20. 000608066627/3
21. 000608066628/1
22. 000608066629/9
23. 000608066630/7
24. 000608066631/5
25. 000608066625/7
26. 0006080666240
27. 000608066623/2
28. 000608066622/4
29. 000608066621/6
30. 000608066620/8
31. 000608002488/7
32. 000608003213/8
33. 000608002477/0
34. 000608005103/9
35. 000608004474/5
36. 000608066627/3
37. 000608066632/3
38. 31960801002840/1
39. 001090/4
40. 21960801002842/7
41. 002841/9
42. 4181
43. 31960801002843/5
44. 001091/3

45. 002841/9
46. 31960801002842/7
47. 31960801002843/5
48. 2844/3
49. 28450
50. 76001
51. 28468
52. 1090/4
53. 10912
54. 31960801002840/1
55. 002841/9
56. 1090/4
57. 2844/3
58. 28450
59. 608010030354
60. 76001
61. 1485/0
62. 11060801023200/4
63. 23200/4
64. 28588/7
65. 13663/7
66. 13888/0
67. 13663/7 for 1999-2000
68. 00608028588/7 from 1/1/2002-2/17/2003
69. 002080232004 for 3/15/2002- 3/3/2003
70. 11000-001-000608023200/4 for 2000-2001
71. 023200/4
72. 000608007277/1
73. 301608010072771
74. 5053/2
75. 9888/7
76. 11333/0
77. 3838/4
78. 7009/6
79. 7372/9
80. 7277/1
81. 10111/4
82. 21000/0
83. 001/001/102 to 035/401/400
84. 022/400/400
85. 023/400/400
86. 024/400/400
87. 002/401/400

88. 003/401/400
89. 004/401/400
90. 005/401/400
91. 007/401/400
92. 008/401/400
93. 009/401/400
94. 010/401/400
95. 011/401/400
96. 012/401/400
97. 013/401/400
98. 014/401/400
99. 015/401/400
100. 016/401/400
101. 018/401/400
102. 33.020/401/400
103. 34.021/401/400
104. 35.022/401/400
105. 36.023/401/400
106. 37.024/401/400
107. 38.025/401/400
108. 39.026/401/400
109. 40.027/401/400
110. 41.028/401/400
111. 42.030/401/400
112. 43.031/401/400
113. 44.032/401/400
114. 45.033/401/400
115. 50.3271974449952
116. 51.0462089901/3



**Nova Languages, Inc.**
PO Box 818
Times Square Station
New York, NY 10108
Tel: 646 707 0923
Toll free: 888 250 2611
Fax: 914 219 0919
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)  §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that Mohanned Khallof is a translator affiliated with Nova Languages, Inc., a corporate member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language. And that he translated the following document from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**RE: 2-27-19 Al Rajhi Bank Letter**

Sworn to before me this

28 day of March of 20 19

_____
Translation Manager

_____
Notary

BARBARA CANTON JACKSON
Notary Public – State of New York
NO. 01CA6203682
Qualified in New York County
My Commission Expires Apr 13, 2021

**ata MEMBER**
American Translators Association

Translation   Interpretation   Transcription   DTP   Voice-over   Subtitling