# Exhibit 105

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank Pursuant to Rule 56.1

World Assembly of Muslim Youth

[logo: World Assembly of Muslim Youth (WAMY)]

Office of the Secretary General

Number: [handwritten: 9371]

Date: [handwritten: 28/11/1419 AH]

**Very Urgent**

Dear Al Rajhi Banking & Investment Company,

Al Salamah Branch - Jeddah

May Allah protect you

Peace and mercy of Allah and his blessings may be upon you,

I pray to Allah to grant you good health and well-being.

I, Dr. Mane' Bin Hammad Al-Juhani, Secretary General of the World Assembly of Islamic Youth / (WAMY), hereby authorize Dr. Abdul-Wahab Bin Abdul-Rahman Nour Wali, Assistant Secretary General of WAMY's Jeddah Bureau, to be the sole signatory of our accounts and to have all the powers to act in respect of the accounts and to delegate those he deems appropriate. The accounts are:

- ▮000/1
- ▮000/2
- ▮000/3
- ▮000/4
- ▮000/5
- ▮905/8
- ▮150/8

May Allah protect you.

Peace and mercy of Allah and his blessings may be upon you.

[seal: World Assembly of Muslim Youth / General Secretariat / Riyadh / WAMY]

Secretary General of the World Assembly of Islamic Youth / (WAMY) and member of the Shura Council

[signature]

Dr. Mane' Bin Hammad Al-Juhani

P.O. Box 10845 – Riyadh 11443 – Prince Abdulaziz Ibn Mosaad Ibn Jelewi Street

Sulaimaniya – Saudi Arabia – Tel (01) 464 1669 (04) Lines/ 465 5431

Tix: 4004 13/ 405220 ISLAMI SJ – FAX: (01) 464 1710

Cable: ISLAMIYAH RIYADH

Confidential                                            WAMYSA15516

**World Assembly of Muslim Youth**



الندوة العالمية للشباب الإسلامي

مكتب الأمين العام
Office of the Secretary General

الرقم / ٩٢٧١
التاريخ / ٨ / ١١ / ١٤١٩ هـ

عاجل جدا

الأخوة الأفاضل / شركة الراجحي المصرفية للاستثمار
فرع حي السلامة ـ جدة                          حفظه الله

السلام عليكم ورحمة الله وبركاته ..
أسأل الله تعالى أن تكونوا بخير حال وعافية .. وبعد
بهذا أفوض أنا الدكتور / مانع بن حماد الجهني ـ الأمين العام للندوة العالمية للشباب الإسلامي ـ الدكتور / عبد الوهاب بن عبدالرحمن نور ولي ـ الأمين العام المساعد لمكتب الندوة بجدة ـ بالتوقيع منفرداً على حساباتنا طرفكم ، وأن تكون له كافة الصلاحيات في التصرف بالحسابات ، وتفويض من يراه مناسبا . والحسابات هي :

[محجوب]

والله تعالى يحفظكم ويرعاكم .
والسلام عليكم ورحمة الله وبركاته ،،،

الأمين العام
للندوة العالمية للشباب الإسلامي
وعضو مجلس الشورى

د. مانع بن حماد الجهني



م/الأسطل ـ حسابات ٤ / ٤٤

P.O. Box 10845 Riyadh 11443 - Prince Abdulaziz Bin Mosaid Bin Jelewi St.
Sulaimaniya - Saudi Arabia - Tel. (01) 4641669 (4) Lines / 4655431
Tlx.: 400413 / 405220 ISLAMI SJ, - Fax.: (01) 4641710
Cable : ISLAMIYAH RIYADH

CONFIDENTIAL                                      WAMY SA 15516

# CERTIFICATE OF TRANSLATION



TransPerfect Translations Ltd, Aldgate House, 1st Floor, 33 Aldgate High Street, London, EC3N 1AH, a professional translation agency and international communications firm, is competent to translate from Arabic into English. We hereby certify that this translation is, to the best of our professional knowledge and belief, a faithful rendering of the following document(s):

**WAMY SA 15516**

Signed:

Name: Arpanvir Bal

Title: Project Manager

Date: 7/22/2019