# Exhibit 107

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank Pursuant to Rule 56.1

| | | | |
|---|---|---|---|
| [*Bilingual Text*] | REPLY TO | SENDER | Head Office |
| MAIL TO | | BRANCH | Legal Affairs Division |
| Honorable: Director of | | SECTION | March 19, 2002 AD |
| Internal Audit Division | | TEL. NO. | |
| No. SH.Q./2002 | | DATE | |

**SUBJECT:**

    May the peace, mercy, and blessings of Allah be upon you.

    This is with reference to the meetings of the Banks Committee formed by SAMA at the last meeting. Please note the following:
SAMA's recent instructions in this regard are as follows:

[**STAMP**: *PRIVILEGED*]

                                                 Kindest regards,
                                                 Director of Legal Affairs Division
                                                 [*Handwritten Signature*]
                                                 Saleh bin Mansour al Jarbu

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

                                                                                                         ARB-00039582

[*Handwriting*]

Al Birr Islamic Committee
We authorized Al Rajhi to open one account; they opened many accounts.

Banks must monitor the charity accounts and notify SAMA about remittances in large amounts.

The amounts disbursed to persons in cash from these accounts.

These actions are assigned to the Anti-Money Laundering Unit.

A list of the families and family funds is required. The list shall state the name authorized to manage the balance.

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00039583

[**Handwriting**: *The next meeting is after a month on the fourth week on Tuesday*]
[**Handwriting**: *l*]



**MEETING NOTES**

[*Handwriting*]
Date: Sunday March 17
Khalid al Luhaidan
15 organizations at the Ministry of Labor.
A volunteer at work [*Illegible*] that they do external work and carry cash money. The problem is that they deal with beneficiaries without receipts.

Hasan Abbas [*Illegible*] – one million Saudi riyals.
Al Birr Islamic Committee       Ministry of Labor        Ministry of Islamic Affairs
Dr. Manie [*Illegible*]              17 accounts with Al Rajhi
License for one account.
[*Illegible*] of the Saudi hospital.
[*Illegible*] has accounts in Germany [*Illegible*]
Training (September) in Germany.
Raji [*Illegible*] monitoring the charity accounts.
About the [*Illegible*] large remittances to inside or outside the Saudi Kingdom.
The amount disbursed to persons in cash if they are big.
SAMA may be contacted by phone for reporting, by providing all information: name, ID No.
Retroactively beginning of [*Illegible*] 2000 AD)

[*Bilingual Text*]
P.O. Box 4148 Riyadh 11491 Kingdom of Saudi Arabia Telephone 966-1-273-2000 – Fax 966-1-273-2001
www.rosewoodhotels.com

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00039584

[**Handwriting**: //]

**AL FAISALIAH HOTEL**
Banquet & Conference Center
RIYADH, SAUDI ARABIA
ROSEWOOD HOTELS & RESORTS

**MEETING NOTES**

Date:
[*Handwriting*]
We will receive a detailed report about all charitable associations. It will be available with the Anti-Money Laundering Unit. The branches shall get the information.
In case of suspicion, it is recommended to call by phone so that this may not affect charity work.
A letter from Prince Nayef (do not [*Illegible*] the family funds).
A report on the family funds is required.
Name + person authorized for signature + the balance.

[*Bilingual Text*]
P.O. Box 4148 Riyadh 11491 Kingdom of Saudi Arabia Telephone 966-1-273-2000 – Fax 966-1-273-2001
www.rosewoodhotels.com

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00039585



SUBJECT:

السلام عليكم ورحمة الله وبركاته ،،، وبعد

أشير إلى اجتماعات لجنة البنوك المشكلة من قبل مؤسسة النقد العربي السعودي في الاجتماع الأخير نفيد بالآتي :

تعليمات المؤسسه الاخيره في هذا الشأن كالتالي :

**Privileged**

والله يحفظكم ويرعاكم ،،،

مدير إدارة الشؤون القانونية

صالح بن منصور الجربوع

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00039582

※ - لبنه البر الذي ملك معه منينا.
الراجحي فتح معاه واحد
فتحوا مدد معه

※ على البنوك مراقبه الحسابات
التبرعيه وما شعار المؤسسه
بالجرائم سوالات جبال الزميه.

※ - الجبال الذي ان تصرف
لذ شخاص بفته؟ م
هذه الحسابات

※ هذه الاعمال تكلف بلاوي
على الاموال

※ مطلوب اصحاب يكشوف العوائل
الرياض ......... كل ......
به ان ....... لجوا لكل المضي.

SOKOS HOTELS

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00039583



CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00039584

# AL FAISALIAH HOTEL
### Banquet & Conference Center
RIYADH, SAUDI ARABIA
ROSEWOOD HOTELS & RESORTS

## MEETING NOTES
مذكرة إجتماعات

Date: ..........................................................................................................................................  التاريخ

مسيلـ ـبا لعب ـسـ ـسـ ـكا ك ـ جمع لجنه كد
يتكوت مـن ـحد ـداخل الامرال و تكون الجلسات
القضي

ـلو مـن ا ـسـ ـم ـسـ حالـيـة من الـ ـ
ـج سيـر ا ـكبر

نت ـ ـ مـ ـارو ـ ـ لا كبر صفـيـة ـل ( ـل)

مجلس ـ نـور ـ ـير الـا ـ ـم ـ ـكم

ـ كـ ـ لـمـل ـ مـ ـحـ ـ ا ـصـ

ص.ب ٤١٤٨، الرياض ١١٤٩١، المملكة العربية السعودية هاتف ٢٠٠٠ - ٢٧٣ - ١ - ٩٦٦، فاكسميلي ٢٠٠١ - ٢٧٣ - ١ - ٩٦٦
P.O.Box 4148 - Riyadh 11491 - Kingdom Of Saudi Arabia Telephone 966 - 1- 273 - 2000 - Facsimile 966 -1- 273 - 2001 www.rosewoodhotels.com

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00039585



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 2024012315U

**Language**: Arabic > English

**Document title**: ARB 39582-39585

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli*    **Date**: 30/01/2024