# Exhibit 111

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank Pursuant to Rule 56.1



Account No. 4/[redacted]50

Customer's Name:
**Wael Hamzah**

[*Truncated Text*]

**AL RAJHI BANKING & INVESTMENT CORP.**

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

| KINGDOM OF SAUDI ARABIA<br><br>MINISTRY OF INTERIOR<br><br>PASSPORT<br><br>IN THE NAME OF HIS MAJESTY THE KING, I REQUEST AND REQUIRE ALL THOSE WHOM IT MAY CONCERN TO ALLOW THE BEARER TO PASS FREELY WITHOUT LET OR HINDRANCE AND TO AFFORD THE BEARER SUCH ASSISTANCE AND PROTECTION AS MAY BE NECESSARY.<br><br>DIRECTOR OF PASSPORTS IN: Medina<br>OR CONSUL GENERAL<br><br>[*Handwritten Signature*]<br><br>[*Illegible Handwriting*]<br><br>9119 | 1<br>Personal Photos<br>Photo of Escorts<br><br>[**SEAL**: *Passports General Directorate – Media Passports Division*]<br><br>SIGNATURE OF BEARER: [*Handwritten Signature*]<br><br>NAME OF PASSPORT HOLDER:<br>**Wael Hamzah Abd al Fatah Jelaidan**<br><br>No. [REDACTED]<br><br>Issued in the city of: [REDACTED]<br><br>Dated: [REDACTED]<br><br>THIS PASSPORT CONTAINS 60 PAGES |
|---|---|

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York



| 2 | 3 |
| --- | --- |
| Profession:<br>Place of Birth:<br>Date of Birth:<br>Permanent Domicile:<br>DESCRIPTION<br>Height:<br>Color of Eyes:<br>Color of Hair:<br>Special Peculiarities: | |
| THE VALIDITY OF THIS PASSPORT EXPIRES<br>On: June 17, 1989 AD | THE VALIDITY OF THIS PASSPORT EXPIRES<br>On: 18/09/1409 AH |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

| 6 | 7 |
|---|---|
| DOCUMENTS UPON WHICH THIS PASSPORT WAS ISSUED | THIS PASSPORT IS VALID FOR ALL COUNTRIES EXCEPT |
| This passport was issued by the Travel Office<br>Based on the order issued by: ----<br>No. ----<br>Dated: ----<br><br>After reviewing one of two documents<br><br>1. Previous passport<br>No. [redacted]<br>Dated: ----<br>Recorded: ----<br>1. Family ID Card<br>No. ----<br>Dated: ----<br>Recorded: ---- | ------------------------------------------------------------<br>------------------------------------------------------------<br>------------------------------------------------------------<br>------------------------------------------------------------<br>------------------------------------------------------------<br>------------------------------------------------------------<br>------------------------------------------------------------<br>------------------------------------------------------------<br>------------------------------------------------------------<br>------------------------------------------------------------<br>------------------------------------------------------------<br>------------------------------------------------------------<br>------------------------------------------------------------<br>------------------------------------------------------------<br>------------------------------------------------------------<br>------------------------------------------------------------ |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

AL RAJHI EXCHANGE & TRADE CORP.
General Partnership
Head Office – Riyadh
Kingdom of Saudi Arabia
P.O. Box 28
Branch: Al Malaz

[**SEAL**: *Al Malaz – Riyadh – 126*]

[*Handwritten Signature*]

In the name of Allah, the Gracious, the Merciful
[**Logo**: *AL RAJHI EXCHANGE & TRADE CORP.*]

**ACCOUNT OPENING APPLICATION**

Date: 05/05/1406 AH Corresponding to: January 15, 1986 AD
Manager of the AL RAJHI EXCHANGE & TRADE CORP.
Branch: Al Malaz

| Full Name: **Wael Hamzah Abd al Fatah Jelaidan**<br>Address: [redacted]<br>Occupation: [redacted]<br>Commercial Registration: [redacted]<br>Nationality, ~~Residence, or Passport~~ No. [redacted]<br>[redacted] | Account No. [redacted] 50<br>Signature Forms:<br>1 [signature]<br>2 [signature] |
|---|---|

Commercial Registration 96
Form A. H. G.

Please open an account in our name with you according to the details shown above. For processing our transactions related to this account, we acknowledge and certify that if you do not receive approval from us to the monthly bank statement sent to us within fifteen days from date of sending, you may consider this account to be finally approved by us.
If you accept our bank statement with you, we authorize you to do so without referring to us. We also authorize you to carry over any balance for us at any of your branches as deposit and payment for what we are owed to pay without referring to us. You may stop the transactions of any account opened in our name at any time, and to ask us to pay for the remaining balance we are owed to pay along with due banking fees. We fully acknowledge to you to pay what we are owed to pay despite our deposit with you.
The company books shall be certified by us and pending to us. We may not challenge or object to them. We acknowledge to keep the checkbooks. In case they are lost or stolen, we are obliged to inform the company with their numbers. We shall bear all amounts paid from the account for this reason.
We hold the company harmless in case any amounts are spent from the account as result of professional forgery of our signatures.

Identifier: ---- Signature: [*Handwritten Signature*]

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

In the name of Allah, the Gracious, the Merciful

AL RAJHI EXCHANGE & TRADE CORP.
General Partnership
Head Office – Riyadh
Kingdom of Saudi Arabia
Branch: ----

**INTERNAL POWER OF ATTORNEY**

[**SEAL**: *Al Malaz – Riyadh – 126*]

[**Logo**: *AL RAJHI EXCHANGE & TRADE CORP.*]

I, **Wael Hamzah Jelaidan**, hereby authorize Mr. **Talal Abdul Majeed Khashoggi** – under this Power of Attorney – in depositing, withdrawing, and transferring from and to our current account with you, No. [**Handwriting**: ███ *50*], whether in debit or credit. The said Agent may accept and endorse all other checks in our name and on our behalf; send you any instructions related to our account with you; borrow from you or get any other banking facilitations from you related to our account with you for any amount whether in return for deposit or not according to the terms and conditions that you deem appropriate; and deposit to you any type of deposit to guarantee payment of debts and obligations. The said Agent may withdraw any deposits or other funds that may be deposited in our name with you, or that are in our name with you. The said Agent may request you to sell or buy foreign currencies in cash or by checks and may represent us and act on our behalf in everything relating to our funds and dealings with you. This is a final Power of Attorney and authorization regarding everything stated above.

Kindest regards.

Agent's Signature
**Talal Abdul Majeed Khashoggi**
[*Handwritten Signature*]

Principal's Signature
**Wael Hamzah Jelaidan**
[*Handwritten Signature*]

Agent's Name
**Talal Abdul Majeed Saleh Khashoggi**
Family ID Card No. ~~or Passport~~ No. ███ Family ID Card No. ███
Address: ███
[**SEAL**: *Signature Matching*]

[**Handwriting**: *Armed Forces Medical Services – Programs Administration*]

[*Illegible Handwriting*]

05/05/1406 AH (January 15, 1986 AD)

Approval of Branch Manager
[*Handwritten Signature*]

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

AL RAJHI BANKING & INVESTMENT CORP.
Branch: Al Malaz 126 Riyadh
Account No. [redacted] 50

## CUSTOMER'S ID DATA

If the customer is an individual enterprise, his name is written based on the commercial registration and the name of the enterprise's owner is written in full based on the Family ID Card or the personal ID Card

Customer's Full Name:
**Wael Hamzah Abd al Fatah Jelaidan**

Full Name of Enterprise's Owner: ----

Office Address: ----

Business Type: ----

| Legal Status | Commercial Registration | Date of Incorporation | Capital |
|---|---|---|---|
| | | | |

| Nationality | Family ID Card No./ Residence No. | Date of Issue | Place of Issue |
|---|---|---|---|
| Saudi | [redacted] | [redacted] | [redacted] |

Date of starting to deal with the branch: 05/05/1406 AH (January 15, 1986 AD)

Notes: It is necessary to fill out all required data because it is important to update the records at the branch.
It is necessary to enclose copies of the official documents supporting the data.

If the customer is a company, the following data shall be filled out about partners.
(In the case of a joint stock company, the names of the president, the vice president, the managing director, and the person with the power to borrow shall be written).

| Names of Partners | Family ID Card No. | Place of Issue | Shareholding Percentage | Shareholding Type and Limits |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |

Data of sponsor or Saudi shareholder (In the case of foreign customer)

| Name: | | Address: |
|---|---|---|
| Family ID Card No. | Date of Issue: | Place of Issue: |
| Office Phone: | | Address: Saudi Red Crescent Authority, Employee |
| Home Phone: | | P.O. Box |
| | | Zip Code: |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

AL RAJHI BANKING & INVESTMENT CORP.
General Administration, Riyadh
Internal Auditing Division

Date: April 27, 2002 AD

Manager of the Al Malaz Branch
May the peace, mercy, and blessings of Allah be upon you.

Given that there are cases that require reviewing the copies of some work documents related to your branch, we hope you would cooperate and quickly send copies of the following documents to Fax No. 4601000, Ext. No. ---, or No. ███

☐ A clear copy of the following documents: ____________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________

☑ Full documents of opening the current account below:
4/███ 50 **Wael Hamzah Abd al Fatah Jelaidan**

[**Handwriting**: *5364*]
[*Handwritten Signature*]

Thank you in advance for your good cooperation.
Kindest regards.

Ali Mubarak al Safian
Director of the Internal Audit Department
[*Handwritten Signature*]

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

| KINGDOM OF SAUDI ARABIA IDENTIFICATION CARD |
|---|
| Kingdom of Saudi Arabia<br>Ministry of Interior<br>Civil Status<br>ID Card for Citizens<br>If found, please return it to the nearest Civil Status office. |

| KINGDOM OF SAUDI ARABIA |
|---|
| PRIVATE DRIVING LICENSE |
| FULL NAME: **Talal A. Khashoggi** |
| ADDRESS: OFFICE [redacted]<br>HOME [redacted] |
| TELEPHONE: OFFICE<br>HOME |
| NATIONALITY: Saudi ISSUED DATE: [redacted] |
| LICENSE NO. [redacted] DATE: [redacted] |
| [*Illegible Seal*] |
| 75 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York



| **Talal Abdul Majeed Saleh Khashoggi**<br>1-3-6<br>Date of Birth:<br>Place of Birth:<br>Place of Issue:<br>Date of Issue: 13/02/1382 AH<br>(July 14, 1962 AD) | Civil Status<br><br>[*Handwritten Signature*] |
|---|---|

KINGDOM OF SAUDI ARABIA

PRIVATE DRIVING LICENSE

| No.<br>Full Name: **Talal Abdul Majeed Saleh Khashoggi** | |
|---|---|
| ADDRESS: OFFICE<br>HOME<br>TELEPHONE: OFFICE<br>HOME<br>ID: NO. AND PLACE OF ISSUE:<br>LICENSE NO. PLACE OF ISSUE:<br>VALID THROUGH: BLOOD GROUP:<br>SIGNATURE OF LICENSE HOLDER: ---- | [*Illegible*]<br>DATE:<br>RIYADH<br><br>DATE:<br>DATE:<br>LIMITS:<br>SIGNATURE OF TRAFFIC DIVISION DIRECTOR:<br>[*Handwritten Signature*] |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

رقم الحساب

اسم العميل :

جاري ريال ☐

جاري عملة أجنبية ☐

جاري معادن نفيسة ☐



شركة الراجحي المصرفية للاستثمار

AL RAJHI BANKING & INVESTMENT CORP.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York



CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York



3 ٣ 2 ٢

Profession المهنة

Place of birth محل الميلاد

Date of birth 1957 تاريخ الميلاد

Domicile محل الاقامة الدائم

DESCRIPTION الأوصاف

Height طول القامة

Colour of Eyes لون العينين

Colour of Hair لون الشعر

Special peculiarities العلامات المميزة

THE VALIDITY OF THIS PASSPORT EXPIRES يستهي العمل بهذا الجواز

ON 17-6-1989 في ١٨/٩/١٤٠٩هـ

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York



CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

شركة الراجحي للصرافة والتجارة
تضامنيـــة
المركز الرئيسي . الرياض
المملكة العربية السعودية
ص. ب ٢٨
فرع

## طلب فتح حساب

التاريخ ٥ / ٥ / ١٤٠٦ هـ الموافق ١٥ / ١ / ١٩٨٦ م

حضرة المكرم مدير شركة الراجحي للصرافة والتجارة

فرع

الاسم بالكامل رقم الحساب

العنوان

المهنة نموذج التوقيع : ـ

السجل التجاري ١ ـ

رقم التابعية ~~أو الاقامة أو جواز السفر~~ ٢ ـ

نرجو فتح حساب باسمنا معكم حسب التفصيلات المبينة أعلاه · ولأجل سير معاملاتنا التي تتعلق بهذا الحساب نقر ونعترف أنه اذا لم تصلكم منا موافقة على كشف الحساب الشهري المرسل الينا خلال خمسة عشر يوماً من تاريخ ارساله فيمكنكم اعتبار هذا الحساب موافقاً عليه منا نهائياً ·

واذا وافقتم على كشف حسابنا معكم فاننا نخولكم بذلك دون الرجوع الينا كما نخولكم بترحيل أي رصيد لنا في أي فرع من فروعكم تأميناً وسداداً لمطلوبكم منا بدون الرجوع الينا ـ ولكم الخيار في أن توقفوا في أي وقت حركة أي حساب مفتوح باسمنا وأن تطالبونا بدفع الرصيد الباقي علينا مع ما يستحق من مصاريف مصرفية وأننا نتعهد اليكم تعهداً قاطعاً بسداد مطلوبكم فوراً على الرغم من كل تأمين لنا لديكم ·

وتعتبر دفاتر الشركة مصدقة منا وحجة قاطعة علينا وملزمة لنا وليس لنا حق الطعن فيها أو الاعتراض عليها·

ونتعهد بالمحافظة على دفاتر الشيكات ـ وفي حالة ضياعها أو سرقتها نكون ملزمين بابلاغ الشركة بأرقامها كما نتحمل كافة المبالغ التي تصرف من الحساب لهذا السبب ·

واننا نخلي مسئولية الشركة في حالة صرف أي مبالغ من الحساب نتيجة للتزوير المتقن لتوقيماتنا ·

المعرف التوقيع

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York



بسم الله الرحمن الرحيم

شركة الراجحي للصرافة والتجارة

# توكيل داخلي

بموجب هذا قد أوكلت انا وائل حمزة جليدان السيد/ طلال عبدالمجيد فاخر في الأيداع والسحب والتحويلات على حسابنا الجارى معكم رقم [redacted] سواء كان مدينا أو دائنا وأن يقبل ويظهر جميع الشيكات الأخرى بأسمنا وبالنيابة عنا وأن يوجه اليكم أى تعليمات بخصوص حسابنا معكم وله أن يستدين منكم أو يحصل على اى تسهيلات مصرفية أخرى على حسابنا معكم لاى مبلغ كان بتأمين أو بدون حسب الشروط والاتفاقات التي ترونها مناسبة وأن يودع لديكم أى نوع من التأمينات لضمان دفع الديون والألتزامات .

وله أن يسحب أية ودائع او تأمينات او اموال أخرى قد تكون مودعة بأسمنا لديكم أو التي ترد بأسمنا طرفكم وله ان يطلب منكم بيع او شراء عملات أجنبية نقدا او بشيكات وأن يقوم مقامنا ويكون عوضا عنا في كل ما يتعلق بأموالنا لديكم ومعاملاتنا معكم ــ ويعتبر هذا بمثابة توكيل واذن قطعي لكم في كل ما ذكر أعلاه

وتفضلوا بقبول فائق الاحترام

توقيع الوكيل طلال عبدالمجيد فاخر

توقيع الموكل وائل حمزة جليدان

اسم الوكيل طلال عبدالمجيد صالح فاخر

رقم الحفيظة أو جواز السفر : ـ [redacted]

العنوان : ــ [redacted]

اعتماد مدير الفرع

التوقيع مطابق

الخدمات الفنية للقوات المسلحة

ادارة البيع

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

شركة الراجحى المصرفيه للاستثمار

فـــرع: الملـــز ١٢٦ الرياض

رقم الحساب: [redacted]

بيانات هويـــة العميـــل

اذا كان العميل منشأه نرديه يكتب اسمه من واقع السجل التجارى كما يكتب اسم صاحبها رباعيا على الاقل من واقع حفيظة النفوس والبطاقه

اسم العميل كاملا : وائل حمزه عبدالفتاح جليدان

اسم صاحب المنشاه رباعيا :

الاسم باللاتينيه للعميل :

عنوان العمل :

نوع العمل :

| الصفة القانونية | السجل التجارى | تاريخ التأسيس | رأس المـــال |
|---|---|---|---|
| | | | |

| الجنسيـــه | رقم الحفيظه / الاقامه | تاريخهـــا | مصدرهـــا |
|---|---|---|---|
| سعودى | [redacted] | [redacted] | [redacted] |

تاريخ بدء التعامل مع الفرع ٥ / ٥ / ١٤٠٦

اذا كان العميل شركه تستوفى البيانات الاتيه عن الشركاء (فى حالة الشركه المساهمه تدون اسماء الرئيس ونائبه والعضو المنتدب ومن له صلاحية الاقتراض)

| أسمـاء الشركـــــاء | رقم الحفيظه | مصدرهـــا | نسبة المساهمه | نوع وحدود المساهمه |
|---|---|---|---|---|
| -١ | | | | |
| -٢ | | | | |
| -٣ | | | | |
| -٤ | | | | |
| -٥ | | | | |
| -٦ | | | | |
| -٧ | | | | |
| -٨ | | | | |
| -٩ | | | | |
| -١٠ | | | | |
| -١١ | | | | |
| -١٢ | | | | |

بيانـات عـن الكفيل أو الشريـك السعـودى (( فى حالة العميـل الاجنبى ))

الاسـم : العنوان :

رقم الحفيظه : تاريخها : مصدرها :

تنبيه : ضرورة استيفاء جميع البيانات المطلوبـــه نظرا لاهميتها لتحديث السجلات بالفـــرع

: ضرورة ارفاق صور المستندات الرسمية المؤيده للبيانات

هاتف عمل /

هاتف منزل /

العنوان/ جمعية الهلال الأحمر السعودي معرض

صندوق البريد/

الرمز البريدى/

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

27-APR.'02(SAT) 10:03 AL RAJHI BANK FAX:4601000 1797 P.001

شركة الراجحي المصرفية للاستثمار
الإدارة العامة الرياض
إدارة المراجعة الداخلية

التاريخ: ٢٧/ ٤ هـ / ٢٠٠٢

المكرم / مدير فرع الحلة المحترم

السلام عليكم ورحمة الله وبركاته ... وبعد

نظرا لوجود حالات تستدعي الاطلاع على صور لبعض مستندات العمل المتعلقة بفرعكم ؛ نأمل تعاونكم وسرعة إرسال صور المستندات التالية على الفاكس رقم ٤٦٠١٠٠٠ تحويلة رقم ـــ أو رقم [REDACTED]

☐ صورة واضحة من المستندات التالية: ________

☑ مسوغات فتح الحساب الجاري كاملة لدنام: ________

[REDACTED] وائل حمزة عبدالفتاح جليدان

شاكرين لكم حسن تعاونكم
وتقبلوا التحية

٥٢٦٤
عبدالرحيم

علي عبدالله الرضيمان
مدير إدارة المراجعة الداخلية

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York





KINGDOM OF SAUDI ARABIA IDENTIFICATION CARD

المملكة العربية السعودية

وزارة الداخلية

الأحوال المدنيه

بطاقة شخصية للمواطنين

في حالة العثور عليها – رجاء اعادتها

الى اقرب مكتب للاحوال المدنية

KINGDOM OF SAUDI ARABIA

PRIVATE DRIVING LICENSE

FULL NAME Talal A. Khashoggi

ADDRESS { OFFICE / HOME

TELEPHONE { OFFICE / HOME

NATIONALITY Saudi ISSUED AT

LICENSE NO.

VALID UNTIL BLOOD TYPE

SIG. OF DRIVER TRAFFIC DIR. SIGNATURE

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00001225





CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York



# TRANSLATION CERTIFICATION STATEMENT

**Project: 20240306Z1D**

**Language**: Arabic > English

**Document title**: ARB-00001217

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli* **Date**: 06/03/2024