# Exhibit 112

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank Pursuant to Rule 56.1

[*Bilingual Text*]
**AL RAJHI BANKING & INVESTMENT CORP.**



No. 2517
Date: 22/09/1423 AH – November 27, 2002 AD
Honorable: Director of Banking Inspection Division
Saudi Arabian Monetary Authority SAMA [Currently: *Saudi Central Bank*]
ATTN Mr. Ali bin Mohamed al Ghaith

May the peace, mercy, and blessings of Allah be upon you.

Please find enclosed herewith a statement for the follow-up of October 2002 AD for the reported accounts and statements of the accounts whose balances were changed.

[*Handwritten Signature*]

Kindest regards,
Director of Legal Affairs Division
[*Handwritten Signature*]
Saleh bin Mansour al Jarbu

[**Handwriting**: *SAMA's file – [Illegible] Abu Hasan]*

GH/27

[*Bilingual Text*]
Head Office: Riyadh, Kingdom of Saudi Arabia – P.O. Box 28 – Postal Code 11411 – Tel. No. 4601000 – Telex No. 406317 – Fax No. 4600922

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00014464

**MONTHLY FOLLOW-UP OF THE ACCOUNTS REQUIRED BY SAUDI ARABIAN MONETARY AUTHORITY SAMA (CURRENTLY: *SAUDI CENTRAL BANK*) – SEPTEMBER 2002 AD**

| No. | Branch | Branch Name | Account No. | Account Opening Date | Client Name | No. of Units | Price | Reported Balance | Task | Date Seized | Today's Rate | Account Status on Oct. 31, 2002 | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 04033 | Head Office | 7613 | Feb. 24, 1997 | Barakat Bank of Somalia | | | 20,390.28 | 10 | Nov. 26, 2002 | | 20,390.28 | Seized |
| 2 | 04033 | Head Office | 4809 | Feb. 7, 2001 | Al Baraka Exchange, Dubai | | | 103,231.50 | 10 | Nov. 26, 2002 | | 103,231.50 | Seized |
| 3 | 04033 | Head Office | 0565 | Dec. 25, 1993 | Al Taqwa Bank, The Bahamas | | | 0.00 | 10 | Nov. 26, 2002 | | 0.00 | Seized |
| 4 | 08033 | Investment | 1101 | Nov. 5, 1999 | Yasin Abdullah Aziz Qadi | 3267 | 93.71 | 1,148,064.64 | 3 | Oct. 13, 2002 | 2 | 879,884.78 | Seized |
| 5 | 08033 | Investment | 1301 | Oct. 14, 2000 | Yasin Abdullah Aziz Qadi | 21753 | 107.01 | 2,327,788.53 | 3 | Oct. 13, 2002 | 2 71.82 | 2,389,349.52 | Seized |
| 6 | 08033 | Investment | 1001 | Dec. 1, 1999 | Yasin Abdullah Aziz Qadi | 294316.61 | 1.0504 | 1,159,313.13 | 3 | Oct. 13, 2002 | 2 109.84 0.09 | 103,117.50 | Seized |
| 7 | 10200 | Qabil Street | 0041 | Sep. 15, 1999 | Yasin Abdullah Aziz Qadi | | | 0.00 | 3 | Oct. 13, 2002 | | 0.00 | Seized |
| 8 | 10200 | Qabil Street | 0052 | Oct. 10, 1999 | Yasin Abdullah Qadi Est. Branch | | | 1,508.49 | 3 | Oct. 13, 2002 | | 105.49 | Seized |
| 9 | 10700 | Khamis Mushait | 1212 | Feb. 1, 1999 | Wael Mohamed Abdullah al Saqli al Shahri | | | 10,017.01 | | | | 10,017.01 | Inactive |
| 10 | 11300 | Mecca Road – Kilo 2, Jeddah | 3716 | Feb. 11, 1999 | Ahmed Ibrahim Ahmed Abu al Hasra | | | 50.00 | | | | 14.00 | Inactive |
| 11 | 11700 | Najran, Southern Province | 5610 | Nov. 27, 2001 | Abdullah Hussein Ismail Ahmed al Makrami | | | 14,400.00 | | | 1 | 2,900.00 | Active |
| 12 | 12600 | Al Malaz | 1286 | July 18, 1977 | Saleh Abdel Rahman al Hassin & Brothers | | | 1,321.56 | | | | 1,321.56 | Inactive |
| 13 | 12600 | Al Malaz | 1504 | Jan. 15, 1986 | Wael Hamzah Abdel Fatah Jelaidan | | | 545.10 | | Oct. 19, 2002 | | 545.10 | Seized |
| 14 | 14000 | Al Hijaz Road, Riyadh | 9206 | Jan 1, 1997 | Suliman Hamad Suleiman al Buthe | | | 2,302.08 | | | 1 | 48,394.10 | Seized |
| 15 | 14900 | Industrial City, Riyadh | 2988 | May 16, 1999 | Abdel Aziz Saleh Soliman al Jarbu | | | 106,014.60 | | | | 56,014.60 | Active |
| 16 | 15600 | Baljurashi | 8427 | Oct. 16, 1999 | Othman Saleh Saeed Al Abu Bakr al Ghamdi | | | 84.17 | | | | 84.17 | Active |
| 17 | 15600 | Baljurashi | 2098 | March 12, 2000 | Saleh Abdullah Misfir al Hisab al Ghamdi | | | 900.00 | | | | 900.00 | Active |
| 18 | 15900 | Central Hospital | 7110 | Dec. 30, 1998 | Mohamed Abdullah Ibrahim al Alian | | | 11,175.30 | | | 1 | 8,344.95 | Active |
| 19 | 16100 | King Abdel Aziz Street, Jeddah | 6927 | | Osama Mohammed Awad bin Laden | | | 46,514.25 | 2 | Sep. 26, 2001 | | 46,514.25 | Seized |
| 20 | 16100 | King Abdel Aziz Street, Jeddah | 0414 | | Osama Mohammed Awad bin Laden | | | 1,070,368.00 | 2 | Sep. 26, 2001 | | 1,070,368.00 | Seized |
| 21 | 16100 | King Abdel Aziz Street, Jeddah | 6301 | Aug. 9, 1991 | Ibrahim Saeed Salim Badawoud | | | 594.14 | 1 | Jan. 8, 2002 | | 594.14 | Seized |
| 22 | 16100 | King Abdel Aziz Street, Jeddah | 0033 | | Osama Mohammed Awad bin Laden | | | 92.67 | 2 | Sep. 26, 2001 | | 92.67 | Seized |
| 23 | 16100 | King Abdel Aziz Street, Jeddah | 3332 | | Osama Mohammed Awad bin Laden | | | 761.71 | 2 | Sep. 26, 2001 | | 761.71 | Seized |
| 24 | 16200 | Buraidah, Al Jardah | 6080 | Nov. 16, 1998 | Abdel Aziz Abdel Rahman Mohamed al Fabba al Omari | | | 6,796.97 | | | | 796.97 | Inactive |
| 25 | 16300 | Al Mahjar Road, Jeddah | 8291 | May 19, 2001 | Ali Othman Othman Al Zain | | | 31.75 | 8 | Nov. 6, 2001 | | 31.75 | Seized |
| 26 | 16500 | Al Nassim | 2326 | Jan. 2, 1987 | Abdel Rahman Ali Mohamed Al Sabr | | | 46,233.00 | | | | 104,949.00 | Active |
| 27 | 17700 | Al Bahah | 5439 | Sept. 26, 2000 | Nayef Awad Ali al Ghamdi | | | 0.00 | | | | 0.00 | Inactive |
| 28 | 18700 | King Abdel Aziz Street, Jeddah | 3813 | July 23, 1992 | Khalid Naji Shikhan al Fadaei al Anzi | | | 67,750.34 | | | 1 | 55,449.00 | Active |
| 29 | 18700 | Al Khafji, Eastern Province | 3777 | Feb. 10, 1999 | Khalid Naji Shikhan al Fadaei al Anzi | | | 19,680.00 | | | | 0.00 | Active |
| 30 | 19200 | Buraidah, Al Safra | 1863 | Aug. 29, 2000 | Abdel Aziz Mohamed Ali al Naghimashi | | | 0.00 | | | 1 | 0.00 | Active |
| 31 | 19500 | Sultana, Riyadh | 3407 | | Ahmed Ali Abdel Momen al Ahdal | | | 1,000.00 | | | | 1,000.00 | Active |
| 32 | 20100 | Al Aziziyah, Mecca | 6165 | July 9, 2001 | Daifallah Waslallah Nuwaishar al Juaid | | | 6,150.00 | | | | 6,150.00 | Inactive |
| 33 | 20500 | Al Faisaliyyah, Najran, Southern Province | 3235 | Aug. 5, 1996 | Mohsen Hussein Ismail al Makrami | | | 0.00 | | | | 0.00 | Inactive |
| 34 | 21100 | Mashrafah | 4715 | Oct. 10, 1985 | Saad Abdullah Mohamed al Hadb | | | 30.00 | | | | 30.00 | Inactive |
| 35 | 21100 | Mashrafah | 8003 | March 13, 1984 | Saad Abdullah Mohamed al Hadb | | | 26.68 | | | | 26.68 | Inactive |
| 36 | 21200 | Al Sadah, Buraidah | 4914 | Dec. 27, 1997 | Mohamed Mansour Hizbullah al Suwaidi al Zahrani | | | 2,716.32 | | | 1 | 9,598.28 | Active |
| 37 | 21500 | Al Anouz Neighborhood | 3825 | Oct. 13, 1992 | Abdel Aziz Saleh Soliman al Jarbu | | | 94,200.72 | | | 1 | 76,306.12 | Active |
| 38 | 21600 | Al Shifa | 1596 | June 1, 1997 | Ahmed Saleh Abdel Aziz al Jasir | | | 7,357.70 | | | 1 | 4,640.65 | Inactive |
| 39 | 22500 | Abi Arish, Southern Province | 6225 | March 26, 2000 | Saad Khalid Mohamed al Jubairi | | | 24.60 | | | | 24.60 | Inactive |
| 40 | 22700 | Al Burj Building | 3887 | Aug. 21, 2001 | Saleh Abdullah Misfir al Hisab al Ghamdi | | | 4,822.87 | | | | 22.87 | Active |
| 41 | 22900 | Prince Soliman St. | 4177 | Oct. 9, 1991 | Soliman Fawzan Mohamed al Fawzan | | | 68.81 | | | | 68.81 | Inactive |
| 42 | 22900 | Prince Soliman St., Riyadh | 9273 | Oct. 23, 1999 | Ahmed Saleh Abdel Aziz al Jasir | | | 1.46 | | | | 1.46 | Active |
| 43 | 22900 | Prince Soliman St., Riyadh | 0007 | March 30, 2002 | Sultan Fawzan Mohamed al Fawzan | | | 1,587,082.14 | | | | | Active |
| 44 | 23200 | Al Faisaliyyah, Taif | 8655 | July 30, 1994 | Hani Saleh Hasan Hanjour | | | Paid | | | | Paid | Paid |
| 45 | 24000 | Al Hindawiyyah | 1466 | July 17, 1993 | Mohamed Yahia Soliman Zuraiq | | | 4.08 | | | | 70.42 | Active |
| 46 | 24300 | Al Baghdadiyah | 8866 | Feb. 4, 1987 | Yasin Abdullah Aziz Qadi | | | 0.60 | 3 | Oct. 13, 2002 | | 0.60 | Seized |
| 47 | 24600 | Al Sittin St., Mecca | 2665 | May 6, 1991 | al Sayed Mohamed Jabir Mohamed | | | 3,236.15 | | | | 36.15 | Active |

SAMA's follow-up

Page 1 of 2

27/11/2002 11:24 AM

ARB-00014465

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

MONTHLY FOLLOW-UP OF THE ACCOUNTS REQUIRED BY SAUDI ARABIAN MONETARY AUTHORITY SAMA (CURRENTLY: *SAUDI CENTRAL BANK*) – SEPTEMBER 2002 AD

| No. | Branch | Branch Name | Account No. | Account Opening Date | Client Name | No. of Units | Price | Reported Balance | Task | Date Seized | Today's Rate | Account Status on Oct. 31, 2002 | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 48 | 24600 | Al Sitin St., Mecca | 0251 | Sep. 6, 1998 | Khalid Mohamed Asaad Mastat | | | 1.44 | | | | 527.01 | Active |
| 49 | 25200 | Industrial City, Buraidah | 3987 | May 20, 1998 | Mohamed Mansour Hizbullah al Suwaidi al Zahrani | | | 30.00 | | | | 30.00 | Active |
| 50 | 25200 | Industrial City, Buraidah | 6921 | April 8, 2000 | Mohamed Saleh Abdullah al Suhaim | | | 406.42 | | | | | |
| 51 | 26600 | Maintenance School | 1303 | Dec. 29, 2000 | Dalfallah Waslallah Nuwaishar al Juaid | | | 0.52 | | | | 0.52 | Active |
| 52 | 26900 | Al Himakiyah | 5297 | Jan. 28, 1999 | Majed Mashaan Ghanem Moqed | | | 10.00 | | | | 10.00 | Active |
| 53 | 27900 | Al Olaya St., Al Thalatheen, Riyadh | 5701 | May 4, 1993 | Suliman Hamad Suleiman al Buthe | | | | | | | 2,277.08 | Active |
| 54 | 28100 | Diriyah | 0899 | March 16, 1992 | Dalfallah Waslallah Nuwaishar al Juaid | | | 20.00 | | | | 20.00 | Inactive |
| 55 | 28300 | North Duba | 7378 | Sep. 11, 2000 | Saleh Abdullah Misfir al Hisab al Ghamdi | | | 2.37 | | | | 2.37 | Active |
| 56 | 29600 | Al Rabwah, Riyadh | 4331 | Sep. 11, 1998 | Abdullah Ibrahim Abdel Mohsen | | | 38,535.83 | | | 1 | 12,612.16 | Active |
| 57 | 29500 | Al Rabwah, Riyadh | 6235 | Feb 1, 2000 | Abdullah Hamid Bulgu | | | 2,508.50 | 32 | | | 2,508.50 | Active |
| 58 | 31400 | Al Salama Neighborhood | 6294 | May 7, 1988 | Wael Hamzah Abdel Fatah Jelaidan | | | 3,971.98 | 27 | Oct. 19, 2002 | 1 | 133.38 | Seized |
| 59 | 31400 | Al Salama Neighborhood, Jeddah | 5337 | | Yasin Abdullah Aziz Qadi | | | 168.35 | 3 | Oct. 13, 2002 | | 168.35 | Seized |
| 60 | 32000 | Al Makarona St., Jeddah | 5613 | Dec. 16, 1998 | Faiqa Salem Abdullah Misfir | | | 6,800.94 | 1 | | 1 | 246.20 | Active |
| 60 | 33100 | Al Aziziyah, Riyadh | 1162 | May 21, 1989 | Abdullah Ibrahim Abdel Mohsen | | | 27,208.51 | | | 1 | 19,708.51 | Active |
| 61 | 33200 | Qurban St., Medina | 2142 | May 2, 1995 | Saad Abdullah al Sharif | | | 965.93 | | | | 965.93 | Inactive |
| 62 | 33200 | Qurban St., Medina | 2675 | Nov. 10, 1998 | Saad Abdullah al Sharif | | | 0.00 | | | | 0.00 | Active |
| 63 | 33300 | Al Hijrah Road | 5495 | July 18, 2000 | Abdel Wahab Saad Mohamed al Ahmadi | | | 76,190.00 | | | | 76,190.00 | Active |
| 64 | 33400 | Al Sahifa, Jeddah | 3289 | July 18, 1992 | Ibrahim Saeed Salim Badawoud | | | 22,600.08 | 1 | Jan. 8, 2002 | | 22,600.08 | Seized |
| 65 | 33400 | Al Sahifa, Jeddah | 3602 | Aug. 11, 1992 | Ibrahim Saeed Salim Badawoud | | | 75.58 | 1 | Jan. 8, 2002 | | 75.58 | Seized |
| 66 | 33400 | Al Sahifa, Jeddah | 0206 | July 27, 1992 | Ibrahim Saeed Salim Badawoud | | | Paid | | | | 0.00 | Paid |
| 67 | 34000 | Al Fayziyyah | 3152 | Sep. 4, 1999 | Khalid Abdel Karim Mohamed al Jaman | | | 29.38 | | | 1 | 9,411.38 | Active |
| 68 | 34000 | Al Fayziyyah | 7145 | Feb. 22, 1997 | Soliman Abdel Rahman Soliman al Jutaili | | | 3,300.00 | | | 1 | 1,734.97 | Active |
| 69 | 34100 | Al Rabwah Markets | 3997 | Jan. 2, 1995 | Faisal Mohamed Mubarak al Jubairi al Shahri | | | 391.47 | | | | 391.47 | Inactive |
| 70 | 34100 | Al Rabwah Markets | 6727 | June 26, 1995 | Saleh Abdullah Misfir al Hisab al Ghamdi | | | 2,503.20 | | | | 3.20 | Active |
| 71 | 34400 | Al Worood Neighborhood | 6067 | March 17, 1990 | Saleh Abdel Rahman al Hassin & Brothers | | | 44,398.78 | | | 1 | 5,198.92 | Active |
| 72 | 34400 | Al Shamal Markets, Riyadh | 2437 | April 25, 2000 | Mohamed Mussed Hussein al Masabi | | | 6.00 | | | | 6.00 | Inactive |
| 73 | 36200 | Special Services, Riyadh | 5496 | April 7, 1991 | Mohamed Abdullah Soliman al Masari | | | 0.94 | | | | 0.94 | Inactive |
| 74 | 36600 | Maintenance School | 5101 | March 20, 1994 | Farhan Amer Farhan al Shahri | | | 0.00 | | | | 0.00 | Active |
| 75 | 36600 | Maintenance School | 8160 | Jan. 8, 1997 | Ali Mubarak Mohamed al Rabei | | | 0.71 | | | | 0.71 | Active |
| 76 | 37400 | Al Mawta, Buraidah | 7643 | Nov. 24, 1999 | Mohamed Saleh Abdullah al Suhaim | | | 61.50 | | | | 61.50 | Active |
| 77 | 37400 | Al Mawta, Buraidah | 5512 | Feb. 3, 2002 | Nassir Ali Abdullah al Kabrish | | | 0.00 | 32 | | | 0.00 | Active |
| 78 | 37500 | Al Doha Neighborhood | 0850 | Nov. 23, 1999 | Mushrif Mohamed Othman al Ghamdi | | | -80.26 | 6 | Oct. 31, 2002 | | -80.26 | Seized |
| 79 | 37600 | Al Arbaeen St. | 7382 | | Saeed Ibrahim Saeed Badawoud | | | 18.09 | | | | 18.09 | Inactive |
| 80 | 37600 | Al Arbaeen St., Jeddah | 1386 | Jan. 23, 2001 | Mushrif Mohamed Othman al Ghamdi | | | 21,802.00 | 6 | Oct. 31, 2002 | | 21,802.00 | Seized |
| 81 | 37900 | Jabal Al Nour, Mecca | 2004 | March 6, 1996 | Abdullah Eda Abdullah al Matrafi | | | 4,503.33 | | | | 4,503.33 | Inactive |
| 82 | 38800 | Al Quds Neighborhood, Riyadh | 8005 | Dec. 10, 1996 | Obaidallah Saad Turki al Harbi | | | 0.18 | | | | 0.18 | Active |
| 83 | 38800 | Al Quds Neighborhood, Riyadh | 1618 | July 13, 1999 | Ali Mubarak Mohamed al Rabei | | | 31,154.98 | | | 1 | 1,078.18 | Active |
| 84 | 39000 | Badr Neighborhood | 5382 | April 18, 1995 | Ahmed Saleh Abdel Aziz al Jasir | | | 1.54 | | | | 1.54 | Active |
| 85 | 40700 | Mecca Markets, Buraidah | 3065 | Oct. 19, 1998 | Khalid Abdel Karim Mohamed al Jaman | | | 22.30 | | | 1 | 98.46 | Active |
| 86 | 42500 | Hira St., Jeddah | 9025 | Jan. 24, 1999 | Mohsen Hussein Ismail al Makrami | | | 853.27 | | | 1 | 446.27 | Active |
| 87 | 44100 | Imam Mohammad Ibn Saud Islamic University | 5029 | Jan. 19, 1998 | Mohiuddin Afifi Ahmed Abdel Majid | | | 17,158.54 | | | | 9,593.17 | Active |
| 88 | 44300 | Abdullah Arif, Jeddah | 3148 | Feb. 8, 1995 | Munir Faraj Burei | | | 2.05 | | | | 2.05 | Active |
| 89 | 44900 | Al Salam Neighborhood, Riyadh | 4973 | Aug. 20, 1997 | Nassir Talaq Mazin al Ruqi | | | 74.00 | 28 | | | 74.00 | Active |
| 90 | 44900 | Al Salam Neighborhood, Riyadh | 1738 | June 23, 1999 | Faisal Mohamed Mubarak al Jubairi al Shahri | | | 74,556 | | | 1 | 44,556.60 | Active |
| 91 | 44900 | Al Salam Neighborhood, Riyadh | 7791 | April 16, 2000 | Mostafa Mohamed Mubarak al Jubairi al Shahri | | | 142,916.46 | | | 1 | 115,223.30 | Active |
| 92 | 46200 | Al Tahlia | 0165 | Feb. 15, 2000 | Yasin Abdullah Aziz Qadi | | | 12,295.42 | 3 | Oct. 13, 2002 | | 12,295.42 | Seized |
| 93 | 46400 | Al Wataniyah | 1724 | July 15, 1999 | Saleh Matar Abiran al Salmi | | | 16.00 | | | | 16.00 | Inactive |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

# AL RAJHI BANKING & INVESTMENT CORP.

شركة الراجحي المصرفية للاستثمار

الرقم: ٥٠١٧
التاريخ: ٢٢/٩/١٤٢٣هـ – ٢٧/١١/٢٠٠٢م

المكرم / مدير إدارة المراقبة
ومدير الإدارة القانونية
مرئية / الإدارة العامة للتفتيش
السلام عليكم ورحمة الله وبركاته،،،

وبعد،،،

الموضوع – قرار المحكمة الجزئية بالرياض رقم ٢٠٠٢/ك تاريخ ٢٠٠٢م

مدير إدارة المراقبة
طلال بن عبدالعزيز الراجحي

مدير الإدارة القانونية
عوض بن سليمان الجعيد

٤/٧٧

Head Office: Riyadh, Kingdom of Saudi Arabia - P.O. Box 28 - Postal Code 11411 - Tel. No 4601000 - Tlx. No. 406317 - Fax. No. 4609922

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00014464

المتابعة الشهرية للحسابات المطلوبة من المؤسسة سنة ٢٠٠٢

| م | اسم الفرع | رقم الحساب | تاريخ فتح الحساب | اسم العميل | عدد الوحدات | السعر | الرصيد المبلغ | المهمة | تاريخ الحجز | سعر اليوم | موقف الحساب في ٢/١٠/٣١ | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | الادارة العامة | 04033 | ٢٤ فبراير ١٩٩٧ | BARAKAT BANK OF SOMALIA | | | 20390.28 | 10 | 26/11/2002 | | 20390.28 | محج |
| 2 | الادارة العامة | 04033 | ٧ فبراير ٢٠٠١ | البركة للصرافة - دبي | | | 103231.50 | 10 | 26/11/2002 | | 103231.50 | محج |
| 3 | الادارة العامة | 04033 | ٢٥ ديسمبر ١٩٩٣ | ALTAQWA BANK- BAHAMA | | | 0.00 | 10 | 26/11/2002 | | 0.00 | محج |
| 4 | الاستثمار | 08033 | ٥ نوفمبر ١٩٩٩ | ياسين عبدالله عزيز قاضي | 3267 | 93.71 | 1148064.64 | 3 | 13/10/2002 | 71.82 | 2 | 879884.78 | محج |
| 5 | الاستثمار | 08033 | ١٤ اكتوبر ٢٠٠٠ | ياسين عبدالله عزيز قاضي | 21753 | 107.01 | 2327788.53 | 3 | 13/10/2002 | 109.84 | 2 | 2389349.52 | محج |
| 6 | الاستثمار | 08033 | ١ ديسمبر ١٩٩٩ | ياسين عبدالله عزيز قاضي | 294316.61 | 1.0504 | 1159313.13 | 3 | 13/10/2002 | 0.09 | 2 | 103117.50 | محج |
| 7 | شارع قابل | 10200 | ١٥ سبتمبر ١٩٩٩ | ياسين عبدالله عزيز قاضي | | | 0.00 | 3 | 13/10/2002 | | 0.00 | |
| 8 | شارع قابل | 10200 | ١٠ اكتوبر ١٩٩٩ | فرع مؤسسة ياسين عبدالله قاضي | | | 1508.49 | 3 | 13/10/2002 | | 105.49 | محج |
| 9 | خميس مشيط | 10700 | ١ فبراير ١٩٩٩ | وائل محمد عبدالله الصقلي الشهري | | | 10017.01 | | | | 10017.01 | متحر |
| 10 | طريق مكة كيلو ٢ - جدة | 11300 | ١١ فبراير ١٩٩٩ | احمد ابراهيم احمد ابو الحسنة | | | 50.00 | | | | 14.00 | راكد |
| 11 | نجران - الجنوبية | 11700 | ٢٧ نوفمبر ٢٠٠١ | عبدالله حسين اسماعيل احمد المكرمي | | | 14400.00 | 1 | | | 2900.00 | |
| 12 | الملز | 12600 | ١٨ يوليو ١٩٧٧ | صالح عبدالرحمن الحصين واخوانه | | | 1321.56 | | | | 1321.56 | راكد |
| 13 | الملز | 12600 | ١٥ يناير ١٩٨٦ | وائل حمزة عبدالفتاح جلبان | | | 545.10 | 27 | 19/10/2002 | | 545.10 | محج |
| 14 | طريق الحجاز - الرياض | 14000 | ١ يناير ١٩٩٧ | سليمان حمد سليمان البطحي | | | 2302.08 | | | 1 | 48394.79 | متحر |
| 15 | الصناعية الرياض | 14900 | ١٧ مايو ١٩٩٩ | عبدالعزيز صالح سليمان الجربوع | | | 106014.60 | | | | 56014.60 | متحر |
| 16 | بلجرشي | 15600 | ١٧ اكتوبر ١٩٩٩ | عثمان صالح سعيد ال ابوبكر الغامدي | | | 84.17 | | | | 84.17 | متحر |
| 17 | بلجرشي | 15600 | ١٢ مارس ٢٠٠٠ | صالح عبدالله مسفر الحساب الغامدي | | | 900.00 | | | | 900.00 | متحر |
| 18 | المستشفى المركزي | 15900 | ٣٠ ديسمبر ١٩٩٨ | محمد عبدالله ابراهيم العلبان | | | 11175.30 | | | 1 | 8344.95 | متحر |
| 19 | شارع الملك عبدالعزيز -جدة | 16100 | | اسامة محمد عوض بن لادن | | | 46514.25 | 2 | 26/09/2001 | | 46514.25 | محج |
| 20 | شارع الملك عبدالعزيز -جدة | 16100 | | اسامة محمد عوض بن لادن | | | 1070368.00 | 2 | 26/09/2001 | | 1070368.00 | محج |
| 21 | شارع الملك عبدالعزيز -جدة | 16100 | ٩ اغسطس ١٩٩١ | ابراهيم سعيد بسلم بادوود | | | 594.14 | 1 | 08/01/2002 | | 594.14 | محج |
| 22 | شارع الملك عبدالعزيز -جدة | 16100 | | اسامة محمد عوض بن لادن | | | 92.67 | 2 | 26/09/2001 | | 92.67 | محج |
| 23 | شارع الملك عبدالعزيز -جدة | 16100 | | اسامة محمد عوض بن لادن | | | 761.71 | 2 | 26/09/2001 | | 761.71 | محج |
| 24 | بريدة الجردة | 16200 | ١٧ نوفمبر ١٩٩٨ | عبدالعزيزعبدالرحمن محمد الفية العمري | | | 6796.97 | | | | 796.97 | راكد |
| 25 | طريق المحجر - جدة | 16300 | ١٩ مايو ٢٠٠١ | علي عثمان عثمان ال زين | | | 31.75 | 8 | 06/11/2001 | | 31.75 | محج |
| 26 | التسيم | 16500 | ٣ يناير ١٩٨٧ | عبدالرحمن علي محمد السبر | | | 46233.00 | | | | 104949.00 | متحر |
| 27 | الباحة | 17700 | ٢٦ سبتمبر ٢٠٠٠ | نايف عوض علي الغامدي | | | 0.00 | | | | 0.00 | متحر |
| 28 | الخفجي - الشرقية | 18700 | ٢٢ يوليو ١٩٩٣ | خالد ناجي شيخان الفداعي العنزي | | | 67750.34 | | | 1 | 55449.00 | متحر |
| 29 | الخفجي - الشرقية | 18700 | ١٠ فبراير ١٩٩٩ | خالد ناجي شيخان الفداعي العنزي | | | 19680.00 | | | | 0.00 | متحر |
| 30 | بريدة الصفراء | 19200 | ٢٩ اغسطس ٢٠٠٠ | عبدالعزيز محمد علي النعيمشي | | | 0.00 | | | 1 | 0.00 | متحر |
| 31 | سلطانة الرياض | 19500 | | احمدعلي عبدالمؤمن الاهدل | | | 1000.00 | | | | 1000.00 | راكد |
| 32 | العزيزية مكة | 20100 | ٩ يوليو ٢٠٠١ | ضيف الله وصل الله نويشر الجعيد | | | 6150.00 | | | | 6150.00 | راكد |
| 33 | الفيصلية نجران - الجنوبية | 20500 | ٥ اغسطس ١٩٩٦ | محسن حسين اسماعيل المكرمي | | | 0.00 | | | | 0.00 | متحر |
| 34 | مشرفة | 21100 | ١٠ اكتوبر ١٩٨٥ | سعدعبدالله محمد الهدب | | | 30.00 | | | | 30.00 | راكد |
| 35 | مشرفة | 21100 | ١٣ مارس ١٩٨٤ | سعدعبدالله محمد الهدب | | | 26.68 | | | | 26.68 | راكد |
| 36 | السادة بريدة | 21200 | ٢٧ ديسمبر ١٩٩٧ | محمد منصور حزب الله السويد الزهراني | | | 2716.32 | | | 1 | 9598.28 | متحر |
| 37 | حارة العنوز | 21500 | ١٣ اكتوبر ١٩٩٣ | عبدالعزيز صالح سليمان الجربوع | | | 94200.72 | | | 1 | 76306.12 | متحر |
| 38 | الثناء | 21600 | ١ يونيو ١٩٩٧ | احمد صالح عبدالعزيز الجاسر | | | 7357.70 | | | 1 | 4640.65 | متحر |
| 39 | ابي عريش - الجنوبية | 22500 | ٢٦ مارس ٢٠٠٠ | سعد خالد محمد الجبيري | | | 24.60 | | | | 24.60 | راكد |
| 40 | عمار البرج | 22700 | ٢١ اغسطس ٢٠٠١ | صالح عبدالله مسفر الحساب الغامدي | | | 4822.87 | | | | 22.87 | متحر |
| 41 | شارع الامير سلمان | 22900 | ٩ اكتوبر ١٩٩١ | سليمان فوزان محمد الفوزان | | | 68.81 | | | | 68.81 | راكد |
| 42 | شارع الامير سلمان -الرياض | 22900 | ٢٢ اكتوبر ١٩٩٩ | احمد صالح عبدالعزيز الجاسر | | | 1.46 | | | | 1.46 | متحر |
| 43 | شارع الامير سلمان -الرياض | 22900 | ٣٠ مارس ٢٠٠٢ | سلطان فوزان محمد الفوزان | | | 1587082.14 | | | | | متحر |
| 44 | الفيصلية الطائف | 23200 | ٣٠ يوليو ١٩٩٤ | هاني صالح حسن حنجور | | | مسدد | | | | مسدد | مسد |
| 45 | الهنداوية | 24000 | ١٧ يوليو ١٩٩٣ | محمد يحي سليمان زريق | | | 4.08 | | | | 70.42 | متحر |
| 46 | البدادية | 24300 | ٥ فبراير ١٩٨٧ | ياسين عبدالله عزيز قاضي | | | 0.60 | 3 | 13/10/2002 | | 0.60 | محج |
| 47 | شارع الستين - مكة المكرمة | 24600 | ٧ مايو ١٩٩١ | السيد محمد جابر محمد | | | 3236.15 | | | | 36.15 | متحر |

27/11/200211:24 ص          صفحة ١ من ٢          متابعة للمؤسسة

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00014465

المتابعة المختبرة للحسابات المطلوبة من المؤسسة سنة ٢٠٠

| م | اسم الفرع | رقم الحساب | تاريخ فتح الحساب | اسم العميل | عدد الوحدات | السعر | الرصيد المبلغ | المهمة | تاريخ الحجز | سعر اليوم | موقف الحساب في ٠٢/١٠/٣١ | المو |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 48 | 24600 | | شارع الستين - مكة المكرمة | ٦ سبتمبر ١٩٩٨ | خالد محمد أسعد مستت | | | 1.44 | | | 1 | 527.01 | متحرك |
| 49 | 25200 | | الصناعة بريدة | ٣٠ مايو ١٩٩٨ | محمد منصور حزب الله السويد الزهراني | | | 30.00 | | | | 30.00 | متحرك |
| 50 | 25200 | | الصناعة بريدة | ٨ أبريل ٢٠٠٠ | محمد صالح عبدالله السحيم | | | 406.42 | | | | | |
| 51 | 26600 | | مدرسة الصيانة | ٢٩ ديسمبر ٢٠٠٠ | ضيف الله وصل الله نويشر الجعيد | | | 0.52 | | | | 0.52 | متحرك |
| 52 | 26900 | | الحناكية | ٢٨ يناير ١٩٩٩ | ماجد مشعان غانم موفد | | | 10.00 | | | | 10.00 | متحرك |
| 53 | 27900 | | شارع العليا الثلاثين - الرياض | ٤ مايو ١٩٩٣ | سليمان حمد سليمان البطحى | | | | | | 1 | 2277.08 | متحرك |
| 54 | 28100 | | الدرعية | ١٧ مارس ١٩٩٣ | ضيف الله وصل الله نويشر الجعيد | | | 20.00 | | | | 20.00 | راكد |
| 55 | 28300 | | ضبا الشمال | ١١ سبتمبر ٢٠٠٠ | صالح عبدالله مسفر الحساب الغامدي | | | 2.37 | | | | 2.37 | متحرك |
| 56 | 29600 | | الربوة - الرياض | ١١ سبتمبر ١٩٩٨ | عبدالله ابراهيم عبدالمحسن | | | 38535.83 | | | 1 | 12612.16 | متحرك |
| 57 | 29600 | | الربوة - الرياض | ١ فبراير ٢٠٠٠ | عبدالله حميد بولحو | | | 2508.50 | 32 | | | 2508.50 | متحرك |
| 58 | 31400 | | حي السلامة | ٧ مايو ١٩٨٨ | وائل حمزة عبدالفتاح جلدان | | | 3971.98 | 27 | 19/10/2002 | 1 | 133.38 | محجوز |
| 59 | 31400 | | حي السلامة - جدة | | ياسين عبدالله عزيز قاضي | | | 168.35 | 3 | 13/10/2002 | | 168.35 | محجوز |
| 60 | 32000 | | شارع المكرونة - جدة | ١٧ ديسمبر ١٩٩٨ | فايقة سالم عبدالله بصفر | | | 6800.94 | | | 1 | 246.20 | متحرك |
| 60 | 33100 | | العزيزية - الرياض | ٣١ مايو ١٩٨٩ | عبدالله ابراهيم عبدالمحسن | | | 27208.51 | | | 1 | 19708.51 | متحرك |
| 61 | 33200 | | شارع قربان المدينة المنورة | ٢ مايو ١٩٩٥ | سعد عبدالله الشريف | | | 965.93 | | | | 965.93 | راكد |
| 62 | 33200 | | شارع قربان المدينة المنورة | ١٠ نوفمبر ١٩٩٨ | سعد عبدالله الشريف | | | 0.00 | | | | 0.00 | متحرك |
| 63 | 33300 | | طريق الهجرة | ١٨ يوليو ٢٠٠٠ | عبدالوهاب سعد محمد الاحمدي | | | 76190.00 | | | | 76190.00 | متحرك |
| 64 | 33400 | | الصحيفة جدة | ١٨ يوليو ١٩٩٣ | ابراهيم سعيد يسلم بادوود | | | 22600.08 | 1 | 08/01/2002 | | 22600.08 | محجوز |
| 65 | 33400 | | الصحيفة جدة | ١١ اغسطس ١٩٩٣ | ابراهيم سعيد يسلم بادوود | | | 75.58 | 1 | 08/01/2002 | | 75.58 | محجوز |
| 66 | 33400 | | الصحيفة جدة | ٢٧ يوليو ١٩٩٣ | ابراهيم سعيد يسلم بادوود | | | مسدد | | | | 0.00 | مسدد |
| 67 | 34000 | | الفائزية | ٤ سبتمبر ١٩٩٩ | خالد عبدالكريم محمد الجمعان | | | 29.38 | | | 1 | 9411.38 | متحرك |
| 68 | 34000 | | الفائزية | ٢٣ فبراير ١٩٩٧ | سليمان عبدالرحمن سليمان الحطبلي | | | 3300.00 | | | 1 | 1734.97 | متحرك |
| 69 | 34100 | | اسواق الربوة | ٢ يناير ١٩٩٥ | فيصل محمد مبارك الجبيري الشهري | | | 391.47 | | | | 391.47 | راكد |
| 70 | 34100 | | اسواق الربوه | ٢٦ يونيو ١٩٩٥ | صالح عبدالله مسفر الحساب الغامدي | | | 2503.20 | | | | 3.20 | متحرك |
| 71 | 34400 | | حي الورود | ١٧ مارس ١٩٩٠ | صالح عبدالرحمن الحصين واخوانه | | | 44398.78 | | | 1 | 5198.92 | متحرك |
| 72 | 35500 | | اسواق الشمال - الرياض | ٢٥ ابريل ٢٠٠٠ | محمد مساعد حسين المصعبي | | | 6.00 | | | | 6.00 | راكد |
| 73 | 36200 | | الخدمات الخاصة - الرياض | ٧ ابريل ١٩٩١ | محمد عبدالله سليمان المسعري | | | 0.94 | | | | 0.94 | راكد |
| 74 | 36600 | | مدرسة الصيانة | ٣٠ مارس ١٩٩٤ | فرحان عامر فرحان الشهري | | | 0.00 | | | | 0.00 | متحرك |
| 75 | 36600 | | مدرسة الصيانة | ٨ يناير ١٩٩٧ | علي مبارك محمد الربيعي | | | 0.71 | | | | 0.71 | متحرك |
| 76 | 37400 | | الموطا بريدة | ٢٤ نوفمبر ١٩٩٩ | محمد صالح عبدالله السحيم | | | 61.50 | | | | 61.50 | متحرك |
| 77 | 37400 | | الموطا بريدة | ٣ فبراير ٢٠٠٢ | ناصر علي عبدالله الكبريش | | | 0.00 | 32 | | | 0.00 | متحرك |
| 78 | 37500 | | حي الدرجة | ٢٣ نوفمبر ١٩٩٩ | مشرف محمد عثمان الغامدي | | | -80.26 | 6 | 31/10/2002 | | -80.26 | محجوز |
| 79 | 37600 | | شارع الاربعين | | سعد ابراهيم سعيد بادوود | | | 18.09 | | | | 18.09 | راكد |
| 80 | 37600 | | شارع الاربعين - جدة | ٢٢ يناير ٢٠٠١ | مشرف محمد عثمان الغامدي | | | 21802.00 | 6 | 31/10/2002 | | 21802.00 | محجوز |
| 81 | 37900 | | جبل النور - مكة المكرمة | ٢ مارس ١٩٩٧ | عبدالله عيضه عبدالله المطرفي | | | 4503.33 | | | | 4503.33 | راكد |
| 82 | 38800 | | حي القدس الرياض | ١٠ ديسمبر ١٩٩٧ | عبيدالله سعد تركي الحربي | | | 0.18 | | | | 0.18 | راكد |
| 83 | 38800 | | حي القدس الرياض | ١٢ يوليو ١٩٩٩ | علي مبارك محمد الربيعي | | | 31154.98 | | | 1 | 1078.18 | متحرك |
| 84 | 39000 | | حي بدر | ١٨ ابريل ١٩٩٥ | احمد صالح عبدالعزيز الجاسر | | | 1.54 | | | | 1.54 | متحرك |
| 85 | 40700 | | اسواق مكة بريدة | ١٩ اكتوبر ١٩٩٨ | خالد عبدالكريم محمد الجمعان | | | 22.30 | | | 1 | 98.46 | متحرك |
| 86 | 42500 | | شارع حراء - جدة | ٢٤ يناير ١٩٩٩ | محسن حسين اسماعيل المكرمي | | | 853.27 | | | 1 | 446.27 | متحرك |
| 87 | 44100 | | جامعة الامام محمد | ١٩ يناير ١٩٩٨ | محيي الدين عفيفي احمد عبدالمجيد | | | 17158.54 | | | | 9593.17 | متحرك |
| 88 | 44300 | | عبد الله عريف - جدة | ٨ فبراير ١٩٩٥ | منير فرج برعي | | | 2.05 | | | | 2.05 | متحرك |
| 89 | 44900 | | حي السلام الرياض | ٣٠ اغسطس ١٩٩٧ | ناصر طلق مازن الروقي | | | 74.00 | 28 | | | 74.00 | متحرك |
| 90 | 44900 | | حي السلام الرياض | ٢٣ يونيو ١٩٩٩ | فيصل محمد مبارك الجبيري الشهري | | | 74556.60 | | | 1 | 44556.60 | متحرك |
| 91 | 44900 | | حي السلام الرياض | ١٦ ابريل ٢٠٠٠ | مصطفى محمد مبارك الجبيري الشهري | | | 142916.46 | | | 1 | 115223.30 | متحرك |
| 92 | 46200 | | النخلة | ١٥ فبراير ٢٠٠٠ | ياسين عبدالله عزيز قاضي | | | 12295.42 | 3 | 13/10/2002 | | 12295.42 | محجوز |
| 93 | 46400 | | الوطنية | ١٥ يوليو ١٩٩٩ | صالح مطر عبيران السالمي | | | 16.00 | | | | 16.00 | راكد |

27/11/2002 11:24 ص                                    صفحة ٢ من ٢                                    متابعة للمؤسسة

**CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York**

ARB-00014466



# TRANSLATION CERTIFICATION STATEMENT

**Project: 20240306Z1D**

**Language**: Arabic > English

**Document title**: ARB-00014464

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli*                          **Date**: 06/03/2024

helloglobo.com | 800.555.3010 | 145 Greenwood Ave. | Wyncote, PA 19095