Exhibit 114

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence
and/or Statement of Facts as to Defendant Al Rajhi Bank
<u>Pursuant to Rule 56.1</u>

| January 01, 1998 – December 31, 2002 AD | 1 |
|---|---|
| Mr. Aqil Abdel Aziz al Aqil | Dear customer: If the balance is incorrect, |
| P.O. Box ▮ | please contact one of the auditors directly: |
| Riyadh ▮ | Ernst & Young P.O. Box 2732 Riyadh 11461 or |
| Kingdom of Saudi Arabia | KPMG P.O. Box 92876 Riyadh 11663 |
| SA ▮3412 | Al Olaya – 16600 |

| Opening Balance | | | | | 15,117.68 |
|---|---|---|---|---|---|
| 14180912 | 980110 | Cash deposit 5000000000 Donor Saleh Abu Dala | | 10,000.00 | 25,117.68 |
| 14190114 | 980510 | Cash deposit 5000000000 Check Al Homaidhi Watches | | 1,000.00 | 26,117.68 |
| 14190423 | 980815 | Deduction of credit card dues Deduction of Visa card due amount | 18.74 | | 26,098.94 |
| 14190602 | 980922 | Cash deposit 5000000000 Muharib Rabie al Ruwaili | | 900.00 | 26,998.94 |
| 14190817 | 981206 | Cash deposit 5000000000 Muharib Rabie al Ruwaili | | 260.00 | 27,258.94 |
| 14190827 | 981216 | Cash deposit 5000000000 Self | | 2,200.00 | 29,458.94 |
| 14190905 | 981223 | Withdrawal by check To the order of Al-Haramain Islamic Foundation – Account No.▮5501 | 29,458.00 | | 0.94 |
| 14190924 | 990111 | Cash deposit 5000000000 Cash Al Homaidhi Watches | | 1,000.00 | 1,000.94 |
| 14190925 | 990112 | Deduction of credit card dues Deduction of Visa card due amount | 717.98 | | 282.96 |
| 14190926 | 990113 | Cash deposit 5000000000 Cash from Muharib Rabie al Ruwaili | | 100.00 | 382.96 |
| Currency S.R. | | | 30,194.72 | 15,460.00 | 382.96 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041454

| January 01, 1998 – December 31, 2002 AD | 2 |
|---|---|
| Mr. Aqil Abdel Aziz al Aqil | Dear customer: If the balance is incorrect, |
| P.O. Box ▮▮▮▮▮▮ | please contact one of the auditors directly: |
| Riyadh ▮▮▮▮ | Ernst & Young P.O. Box 2732 Riyadh 11461 or |
| Kingdom of Saudi Arabia | KPMG P.O. Box 92876 Riyadh 11663 |
| SA ▮▮▮▮▮▮▮▮▮▮▮▮▮▮3412 | Al Olaya – 16600 |

| 14191127 | 990315 | Deduction of credit card dues Deduction of Visa card due amount | 1,590.07 | | -1,207.11 |
|---|---|---|---|---|---|
| 14200119 | 990505 | Cash deposit 5000000000 Aqil Abdel Aziz | | 440,792.00 | 439,584.89 |
| 14200120 | 990506 | Cash deposit 5000000000 Cash deposit from Aqil | | 676,708.00 | 1,116,292.89 |
| 14200122 | 990508 | Cash deposit 5000000000 Cash deposit from Aqil al Aqil | | 1,259,430.00 | 2,375,722.89 |
| 14200123 | 990509 | Cash deposit 5000000000 Cash deposit from Aqil al Aqil | | 684,044.00 | 3,059,766.89 |
| 14200124 | 990510 | Cash deposit 5000000000 Cash deposit from Aqil | | 690,340.00 | 3,750,106.89 |
| 14200125 | 990511 | Cash deposit 5000000000 Deposit Aqil al Aqil | | 460,810.00 | 4,210,916.89 |
| 14200126 | 990512 | Cash deposit 5000000000 Deposit Aqil al Aqil | | 680,081.00 | 4,890,997.89 |
| 14200127 | 990513 | Cash deposit 5000000000 Deposit Aqil al Aqil | | 600,085.00 | 5,491,082.89 |
| 14200129 | 990515 | Cash deposit 5000000000 Deposit Aqil Abdel Aziz | | 399,451.00 | 5,890,533.89 |
| 14200201 | 990516 | Cash deposit 5000000000 Deposit Aqil Abdel Aziz | | 402,576.00 | 6,293,109.89 |
| Currency S.R. | | | 31,784.79 | 6,309,777.00 | 6,293,109.89 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041455



| January 01, 1998 – December 31, 2002 AD | 3 |
|---|---|
| Mr. Aqil Abdel Aziz al Aqil | Dear customer: If the balance is incorrect, |
| P.O. Box ██████ | please contact one of the auditors directly: |
| Riyadh ██████ | Ernst & Young P.O. Box 2732 Riyadh 11461 or |
| Kingdom of Saudi Arabia | KPMG P.O. Box 92876 Riyadh 11663 |
| SA ████████████ 3412 | Al Olaya – 16600 |

| | | | | | |
|---|---|---|---|---|---|
| 14200202 | 990517 | Cash deposit<br>5000000000 Deposit<br>Aqil Abdel Aziz al Aqil | | 689,058.00 | 6,982,167.89 |
| 14200203 | 990518 | Cash deposit<br>5000000000 Deposit<br>Aqil al Aqil | | 521,431.00 | 7,503,598.89 |
| 14200204 | 990519 | Cash deposit<br>5000000000 Deposit<br>Aqil Abdel Aziz | | 360,947.00 | 7,864,545.89 |
| 14200205 | 990520 | Cash deposit<br>5000000000 Deposit<br>Al-Haramain Islamic Foundation | | 443,836.00 | 8,308,381.89 |
| 14200207 | 990522 | Cash deposit<br>5000000000 Deposit<br>Aqil Abdel Aziz al Aqil | | 369,734.00 | 8,705,115.89 |
| 14200208 | 990523 | Cash deposit<br>5000000000 Deposit<br>Aqil al Aqil | | 393,996.00 | 9,099,111.89 |
| 14200209 | 990524 | Cash deposit<br>5000000000 Deposit<br>Aqil | | 346,337.00 | 9,445,448.89 |
| 14200210 | 990525 | Cash deposit<br>5000000000 Deposit<br>Aqil al Aqil | | 276,367.00 | 9,721,815.89 |
| 14200210 | 990525 | Collection check<br>3636147000 to you<br>Check of Head Office | | 5,000,000.00 | 14,721,815.89 |
| 14200211 | 990526 | Cash deposit<br>5000000000 Deposit<br>Aqil | | 299,354.00 | 15,021,169.89 |
| 14200212 | 990527 | Cash deposit<br>5000000000 Deposit<br>Aqil al Aqil | | 204,454.00 | 15,225,623.89 |
| Currency S.R. | | | 31,784.79 | 15,242,291.00 | 15,225,623.89 |

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00041456



| January 01, 1998 – December 31, 2002 AD | 4 |
|---|---|
| Mr. Aqil Abdel Aziz al Aqil | Dear customer: If the balance is incorrect, |
| P.O. Box ▮▮▮ | please contact one of the auditors directly: |
| Riyadh ▮▮ | Ernst & Young P.O. Box 2732 Riyadh 11461 or |
| Kingdom of Saudi Arabia | KPMG P.O. Box 92876 Riyadh 11663 |
| SA ▮▮▮▮▮▮▮▮3412 | Al Olaya – 16600 |

| | | | | | |
|---|---|---|---|---|---|
| 14200214 | 990529 | Cash deposit<br>5000000000 Deposit | | 230,202.00 | 15,455,825.89 |
| 14200215 | 990530 | Cash deposit<br>5000000000 Deposit<br>Aqil al Aqil | | 289,849.00 | 15,745,674.89 |
| 14200216 | 990531 | Cash deposit<br>5000000000 Deposit<br>Aqil al Aqil | | 182,650.00 | 15,928,324.89 |
| 14200217 | 990601 | Cash deposit<br>5000000000 Deposit<br>Faraj | | 166,494.00 | 16,094,818.89 |
| 14200218 | 990602 | Cash deposit<br>5000000000 Deposit<br>Aqil al Aqil | | 266,591.00 | 16,361,409.89 |
| 14200219 | 990603 | Cash deposit<br>5000000000 Deposit<br>Aqil al Aqil | | 229,063.00 | 16,590,472.89 |
| 14200221 | 990605 | Cash deposit<br>5000000000 Deposit from the<br>said person | | 293,583.00 | 16,884,055.89 |
| 14200222 | 990606 | Cash deposit<br>5000000000 Deposit from the<br>said person | | 160,880.00 | 17,044,935.89 |
| 14200223 | 990607 | Cash deposit<br>5000000000 Deposit<br>Aqil al Aqil | | 152,608.00 | 17,197,543.89 |
| 14200224 | 990608 | Cash deposit<br>5000000000 Deposit<br>Aqil al Aqil | | 148,116.00 | 17,345,659.89 |
| 14200225 | 990609 | Cash deposit<br>5000000000 Deposit<br>Aqil al Aqil | | 92,703.00 | 17,438,362.89 |
| 14200226 | 990610 | Cash deposit<br>5000000000 Deposit<br>Aqil al Aqil | | 90,209.00 | 17,528,571.89 |
| Currency<br>S.R. | | | 31,784.79 | 17,545,239.00 | 17,528,571.89 |

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00041457

| January 01, 1998 – December 31, 2002 AD | 5 |
| Mr. Aqil Abdel Aziz al Aqil | Dear customer: If the balance is incorrect, |
| P.O. Box ▮ | please contact one of the auditors directly: |
| Riyadh ▮ | Ernst & Young P.O. Box 2732 Riyadh 11461 or |
| Kingdom of Saudi Arabia | KPMG P.O. Box 92876 Riyadh 11663 |
| SA ▮ 3412 | Al Olaya – 16600 |

| 14200228 | 990612 | Cash deposit 5000000000 Deposit Aqil al Aqil | | 145,913.00 | 17,674,484.89 |
|---|---|---|---|---|---|
| 14200229 | 990613 | Cash deposit 5000000000 Deposit Aqil al Aqil | | 179,941.00 | 17,854,425.89 |
| 14200230 | 990614 | Cash deposit 5000000000 Deposit Aqil al Aqil | | 196,743.00 | 18,051,168.89 |
| 14200301 | 990615 | Cash deposit 5000000000 Deposit Aqil al Aqil | | 135,029.00 | 18,186,197.89 |
| 14200302 | 990616 | Cash deposit 5000000000 Deposit Aqil al Aqil | | 113,762.00 | 18,299,959.89 |
| 14200303 | 990617 | Cash deposit 5000000000 Deposit Aqil Abdel Aziz | | 53,519.00 | 18,353,478.89 |
| 14200305 | 990619 | Cash deposit 5000000000 Deposit Aqil al Aqil | | 23,195.00 | 18,376,673.89 |
| 14200305 | 990619 | Cash deposit 5000000000 Deposit Aqil al Aqil | | 71,118.00 | 18,447,791.89 |
| 14200306 | 990620 | Cash deposit 5000000000 Deposit Aqil Abdel Aziz | | 92,684.00 | 18,540,475.89 |
| 14200307 | 990621 | Cash deposit 5000000000 Deposit Self | | 159,039.00 | 18,699,514.89 |
| 14200308 | 990622 | Cash deposit 5000000000 Deposit Aqil al Aqil | | 101,854.00 | 18,801,368.89 |
| Currency S.R. | | | 31,784.79 | 18,818,036.00 | 18,801,368.89 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041458

| January 01, 1998 – December 31, 2002 AD | 6 |
|---|---|
| Mr. Aqil Abdel Aziz al Aqil | Dear customer: If the balance is incorrect, |
| P.O. Box | please contact one of the auditors directly: |
| Riyadh | Ernst & Young P.O. Box 2732 Riyadh 11461 or |
| Kingdom of Saudi Arabia | KPMG P.O. Box 92876 Riyadh 11663 |
| SA                          3412 | Al Olaya – 16600 |

| | | | | | |
|---|---|---|---|---|---|
| 14200309 | 990623 | Cash deposit 5000000000 Deposit Self | | 77,340.00 | 18,878,708.89 |
| 14200310 | 990624 | Cash deposit 5000000000 Deposit Aqil al Aqil | | 23,323.00 | 18,902,031.89 |
| 14200312 | 990626 | Cash deposit 5000000000 Deposit Aqil al Aqil | | 46,928.00 | 18,948,959.89 |
| 14200313 | 990627 | Cash deposit 5000000000 Deposit by the said person | | 90,254.00 | 19,039,213.89 |
| 14200314 | 990628 | Cash deposit 5000000000 Deposit Self | | 55,988.00 | 19,095,201.89 |
| 14200315 | 990629 | Cash deposit 5000000000 Deposit by the said person | | 46,063.00 | 19,141,264.89 |
| 14200316 | 990630 | Cash deposit 5000000000 Deposit Self | | 61,536.00 | 19,202,800.89 |
| 14200317 | 990701 | Cash deposit 5000000000 Deposit Self | | 39,038.00 | 19,241,838.89 |
| 14200319 | 990703 | Cash deposit 5000000000 Deposit by the said person | | 40,869.00 | 19,282,707.89 |
| 14200319 | 990703 | Cash deposit 5000000000 Deposit Al-Haramain Islamic Foundation | | 773.00 | 19,283,480.89 |
| 14200320 | 990704 | Cash deposit 5000000000 Deposit Al-Haramain Islamic Foundation | | 61,998.00 | 19,345,478.89 |
| Currency S.R. | | | 31,784.79 | 19,362,146.00 | 19,345,478.89 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041459

| January 01, 1998 – December 31, 2002 AD | 7 |
|---|---|
| Mr. Aqil Abdel Aziz al Aqil | Dear customer: If the balance is incorrect, |
| P.O. Box  | please contact one of the auditors directly: |
| Riyadh | Ernst & Young P.O. Box 2732 Riyadh 11461 or |
| Kingdom of Saudi Arabia | KPMG P.O. Box 92876 Riyadh 11663 |
| SA                   3412 | Al Olaya – 16600 |

| 14200 | | Cash deposit 5000000000 Deposit Al-Haramain Islamic Foundation | | 60,177.00 | 19,405,655.89 |
|---|---|---|---|---|---|
| 14200322 | 990706 | Cash deposit 5000000000 Deposit Al-Haramain Islamic Foundation | | 163,827.00 | 19,569,482.89 |
| 14200323 | 990707 | Cash deposit 5000000000 Deposit Al-Haramain Islamic Foundation | | 41,025.00 | 19,610,507.89 |
| 14200324 | 990708 | Cash deposit 5000000000 Deposit Al-Haramain Islamic Foundation | | 17,726.00 | 19,628,233.89 |
| 14200327 | 990711 | Cash deposit 5000000000 Deposit Al-Haramain Islamic Foundation | | 27,734.00 | 19,655,967.89 |
| 14200327 | 990711 | Cash deposit 5000000000 Deposit Al-Haramain Islamic Foundation | | 45,752.00 | 19,701,719.89 |
| 14200328 | 990712 | Cash deposit 5000000000 Deposit Al-Haramain Islamic Foundation | | 15,332.00 | 19,717,051.89 |
| 14200329 | 990713 | Cash deposit 5000000000 Deposit Al-Haramain Islamic Foundation | | 36,870.00 | 19,753,921.89 |
| 14200401 | 990714 | Cash deposit 5000000000 Deposit Al-Haramain Islamic Foundation | | 23,631.00 | 19,777,552.89 |
| 14200414 | 990727 | Withdrawal by check Abdullah Ali Rahma | 2,726,500.00 | | 17,051,052.89 |
| 14200418 | 990731 | Withdrawal by check Aqil Abdel Aziz al Aqil | 73,500.00 | | 16,977,552.89 |
| 14200504 | 990815 | Deduction of credit card dues Deduction of Visa card due amount | 1,288.07 | | 16,976,264.82 |
| Currency S.R. | | | 2,833,072.86 | 19,794,220.00 | 16,976,264.82 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041460

| January 01, 1998 – December 31, 2002 AD<br>Mr. Aqil Abdel Aziz al Aqil<br>P.O. Box ███████<br>Riyadh ███████<br>Kingdom of Saudi Arabia<br>SA ██████████ 3412 | 8<br>Dear customer: If the balance is incorrect,<br>please contact one of the auditors directly:<br>Ernst & Young P.O. Box 2732 Riyadh 11461 or<br>KPMG P.O. Box 92876 Riyadh 11663<br>Al Olaya – 16600 |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 14200605 | 990915 | Deduction of credit card dues<br>Deduction of Visa card due<br>amount | 323.61 | | 16,975,941.21 |
| 14200706 | 991015 | Deduction of credit card dues<br>Deduction of Visa card due<br>amount | 323.00 | | 16,975,618.21 |
| 14200706 | 991015 | Deduction of credit card dues<br>Deduction of Visa card due<br>amount | 447.97 | | 16,975,170.24 |
| 14200801 | 991109 | Collection check<br>5000000000 Deposit<br>Al-Haramain Islamic Foundation | | 1,611.68 | 16,976,781.92 |
| 14200918 | 991226 | Cash deposit<br>5000000000 From a donor<br>Zakat | | 1,200.00 | 16,977,981.92 |
| 14200918 | 991226 | Cash deposit<br>5000000000 From a donor<br>Donation | | 1,400.00 | 16,979,381.92 |
| 14210211 | 000515 | Deduction of credit card dues<br>Deduction of Visa card due<br>amount | 6,992.92 | | 16,972,389.00 |
| 14210406 | 000708 | Checks added to the clearing<br>center<br>661<br>66100000000<br>8199890000 | | 6,938.00 | 16,979,327.00 |
| 14210520 | 000820 | Withdrawal by check<br>0000001502 | 16,900,000.00 | | 79,327.00 |
| 14210615 | 000913 | Visa payments<br>5499640006304406040<br>90012560416 | 1,136.01 | | 78,190.99 |
| Currency<br>S.R. | | | 19,742,296.37 | 19,805,369.68 | 78,190.99 |

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00041461

| January 01, 1998 – December 31, 2002 AD | 9 |
|---|---|
| Mr. Aqil Abdel Aziz al Aqil | Dear customer: If the balance is incorrect, |
| P.O. Box ▓▓▓▓ | please contact one of the auditors directly: |
| Riyadh ▓▓▓▓ | Ernst & Young P.O. Box 2732 Riyadh 11461 or |
| Kingdom of Saudi Arabia | KPMG P.O. Box 92876 Riyadh 11663 |
| SA ▓▓▓▓▓▓▓3412 | Al Olaya – 16600 |

| 14210721 | 001018 | Debit | 29,600.00 | | 48,590.99 |
|---|---|---|---|---|---|
| 14210812 | 001108 | Installment transfer | 12,000.00 | | 36,590.99 |
| 14210815 | 001111 | Credit | | 1,200.00 | 37,790.99 |
| 14210818 | 001114 | Transfer<br>Reverse of our entry on<br>October 18, 2000 AD | | 40,400.00 | 78,190.99 |
| 14210819 | 001115 | Visa payments<br>5499640006304406041<br>10015381216 | 381.74 | | 77,809.25 |
| 14211020 | 010115 | Visa payments<br>4557390016667481281<br>20011471016 | 1,448.16 | | 76,361.09 |
| 14211123 | 010217 | Cash deposit to you<br>Deposit from Al-Haramain<br>Islamic Foundation | | 1,200.00 | 77,561.09 |
| 14220728 | 011015 | Deduction of credit card dues<br>Visa/Mastercard deduction for<br>September 01, 2001 AD | 2,100.39 | | 75,460.70 |
| 14230202 | 020415 | Deduction of credit card dues<br>Visa/Mastercard deduction for<br>March 02, 2002 AD | 2,674.92 | | 72,785.78 |
| Currency<br>S.R. | Grand Total | | 19,790,501.58 | 19,848,169.68 | 72,785.78 |

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00041462

| | | | | |
|---|---|---|---|---|
| January 01, 1998 – December 31, 2002 AD | | | | 10 |
| Mr. Aqil Abdel Aziz al Aqil | | | | Dear customer: If the balance is incorrect, |
| P.O. Box ▮▮▮▮▮▮ | | | | please contact one of the auditors directly: |
| Riyadh ▮▮▮▮ | | | | Ernst & Young P.O. Box 2732 Riyadh 11461 or |
| Kingdom of Saudi Arabia | | | | KPMG P.O. Box 92876 Riyadh 11663 |
| SA ▮▮▮▮▮▮▮▮▮▮ 3412 | | | | Al Olaya – 16600 |

| | _ _count Summary | | Amount | |
|---|---|---|---|---|
| | Opening balance | | | 15,117.68 |
| 73 | Cash deposits | | 14,798,020.00 | |
| 5 | Other deposits | | 5,050,149.68 | |
| 78 | Total deposits | | 19,848,169.68 | |
| 4 | Cash withdrawals | 19,729,458.00 | | |
| 15 | Other withdrawals | 61,043.58 | | |
| 19 | Total withdrawals | 19,790,501.58 | | |
| | Closing balance | | | 72,785.78 |

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00041463

١

٢٠٠٢/١٢/٣١ - ١٩٩٨/٠١/٠١

السيد
عقيل عبد العزيز العقيل                                                    ___

ص . بريد    ▮▮▮▮▮                                                        ___
الرياض      ▮▮▮▮▮
المملكة العربية السعودية                                                 ___

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرن ست و يونج ص.ب ٢٧٣٢ الرياض ١١٤٦١ أو
كي بي أم جي ص.ب ٩٢٨٧٦ الرياض ١١٦٦٣

١٦٦٠٠-                                    العليا            SA ▮▮▮▮▮            ٣٤١٢

| | | |
|---|---|---|
| ١٥,١١٧.٦٨ | | الرصيد الافتتاحي |
| ٢٥,١١٧.٦٨ | ١٠,٠٠٠.٠٠ | ايداع نقدي ٩٨٠١١٠ ١٤١٨٠٩١٢ ٠٠٠٠٠٠٠٠٠٥هاعل خير/صالح ابوضلع |
| ٢٦,١١٧.٦٨ | ١,٠٠٠.٠٠ | ايداع نقدي ٩٨٠٥١٠ ١٤١٩٠١١٤ ٠٠٠٠٠٠٠٠٠٥ش . الحميضي للساعات |
| ٢٦,٠٩٨.٩٤ | ١٨.٧٤ | خصم مستحقات البطاقات ٩٨٠٨١٥ ١٤١٩٠٤٢٣ الائتمانية خصم مبلغ فيزا مستحق |
| ٢٦,٩٩٨.٩٤ | ٩٠٠.٠٠ | ايداع نقدي ٩٨٠٩٢٢ ١٤١٩٠٦٠٢ ٠٠٠٠٠٠٠٠٠٥همحارب ربيع الرويلي |
| ٢٧,٢٥٨.٩٤ | ٢٦٠.٠٠ | ايداع نقدي ٩٨١٢٠٦ ١٤١٩٠٨١٧ ٠٠٠٠٠٠٠٠٠٥همحارب ربيع الرويلي |
| ٢٩,٤٥٨.٩٤ | ٢,٢٠٠.٠٠ | ايداع نقدي ٩٨١٢١٦ ١٤١٩٠٨٢٧ ٠٠٠٠٠٠٠٠٠٥هنفسه |
| ٠.٩٤ | ٢٩,٤٥٨.٠٠ | السحب بشيك ٩٨١٢٢٣ ١٤١٩٠٩٠٥ لامر مؤسسة الحرمين ج ▮▮▮▮▮ |
| ١,٠٠٠.٩٤ | ١,٠٠٠.٠٠ | ايداع نقدي ٩٩٠١١١ ١٤١٩٠٩٢٤ ٠٠٠٠٠٠٠٠٠٥هنقد الحميضي للساعات ٧٢١ |
| ٢٨٢.٩٦ | ٧١٧.٩٨ | خصم مستحقات البطاقات ٩٩٠١١٢ ١٤١٩٠٩٢٥ الائتمانية خصم مبلغ فيزا مستحق |
| ٣٨٢.٩٦ | ١٠٠.٠٠ | ايداع نقدي ٩٩٠١١٣ ١٤١٩٠٩٢٦ ٠٠٠٠٠٠٠٠٠٥هنقدا من محارب ربيع الرويلي |

٣٨٢.٩٦          ١٥,٤٦٠.٠٠          ٣٠,١٩٤.٧٢                        العملة
                                                              ر . س

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00041454

٢

٢٠٠٢/١٢/٣١ - ١٩٩٨/٠١/٠١

السيد
عقيل عبد العزيز العقيل

ص . بريد ████████          ——
الرياض ████████          ——
المملكة العربية السعودية          ——

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرن ست و يونج ص.ب ٢٧٣٢ الرياض ١١٤٦١ أو
كي بي أم جي ص.ب ٩٢٨٧٦ الرياض ١١٦٦٣

١٦٦٠٠-                          العليا          SA ████████          ٢٤١٢

| ١,٢٠٧.١١- | ١,٥٩٠.٠٧ | خصم مستحقات البطاقات الائتمانية | ٩٩٠٣١٥ | ١٤١٩١١٢٧ |
| | | خصم مبلغ فيزا مستحق | | |
| ٤٣٩,٥٨٤.٨٩ | ٤٤٠,٧٩٢.٠٠ | ايداع نقدي ٥..........عقيل عبد العزيز | ٩٩٠٥٠٥ | ١٤٢٠٠١١٩ |
| ١,١١٦,٢٩٢.٨٩ | ٦٧٦,٧٠٨.٠٠ | ايداع نقدي ٥..........ايداع نقدى من عقيل | ٩٩٠٥٠٦ | ١٤٢٠٠١٢٠ |
| ٢,٣٧٥,٧٢٢.٨٩ | ١,٢٥٩,٤٣٠.٠٠ | ايداع نقدي ٥..........ايداع نقدى من عقيل العقيل | ٩٩٠٥٠٨ | ١٤٢٠٠١٢٢ |
| ٣,٠٥٩,٧٦٦.٨٩ | ٦٨٤,٠٤٤.٠٠ | ايداع نقدي ٥..........ايداع نقدى من عقيل العقيل | ٩٩٠٥٠٩ | ١٤٢٠٠١٢٣ |
| ٣,٧٥٠,١٠٦.٨٩ | ٦٩٠,٣٤٠.٠٠ | ايداع نقدي ٥..........ايداع نقدى من عقيل | ٩٩٠٥١٠ | ١٤٢٠٠١٢٤ |
| ٤,٢١٠,٩١٦.٨٩ | ٤٦٠,٨١٠.٠٠ | ايداع نقدي ٥..........ايداع عقيل العقيل | ٩٩٠٥١١ | ١٤٢٠٠١٢٥ |
| ٤,٨٩٠,٩٩٧.٨٩ | ٦٨٠,٠٨١.٠٠ | ايداع نقدي ٥..........ايداع عقيل العقيل | ٩٩٠٥١٢ | ١٤٢٠٠١٢٦ |
| ٥,٤٩١,٠٨٢.٨٩ | ٦٠٠,٠٨٥.٠٠ | ايداع نقدي ٥..........ايداع عقيل العقيل | ٩٩٠٥١٣ | ١٤٢٠٠١٢٧ |
| ٥,٨٩٠,٥٣٣.٨٩ | ٣٩٩,٤٥١.٠٠ | ايداع نقدي ٥..........ايداع عقيل عبد العزيز | ٩٩٠٥١٥ | ١٤٢٠٠١٢٩ |
| ٦,٢٩٣,١٠٩.٨٩ | ٤٠٢,٥٧٦.٠٠ | ايداع نقدي ٥..........ايداع عقيل عبد العزيز ٠ | ٩٩٠٥١٦ | ١٤٢٠٠٢٠١ |

| ٦,٢٩٣,١٠٩.٨٩ | ٦,٣٠٩,٧٧٧.٠٠ | ٣١,٧٨٤.٧٩ | | العملة ر . س |

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00041455

٣

٢٠٠٢/١٢/٣١ - ١٩٩٨/٠١/٠١

السيد
عقيل عبد العزيز العقيل

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرن ست و يونج ص .ب ٢٧٣٢ الرياض ١١٤٦١ أو
كي بي أم جي ص .ب ٩٢٨٧٦ الرياض ١١٦٦٣

ص . بريد ▇▇▇▇
الرياض ▇▇▇▇
المملكة العربية السعودية

١٦٦٠٠-                          العليا                 SA ▇▇▇▇▇▇▇▇ ٣٤١٢

| ٦,٩٨٢,١٦٧.٨٩ | ٦٨٩,٠٥٨.٠٠ | ابداع نقدي<br>٥٠٠٠٠٠٠٠٠ابداع<br>عقيل عبد العزيز<br>العقيل | ٩٩٠٥١٧ | ١٤٢٠٠٢٠٢ |
| ٧,٥٠٣,٥٩٨.٨٩ | ٥٢١,٤٣١.٠٠ | ابداع نقدي<br>٥٠٠٠٠٠٠٠٠ابداع<br>عقيل العقيل | ٩٩٠٥١٨ | ١٤٢٠٠٢٠٣ |
| ٧,٨٦٤,٥٤٥.٨٩ | ٣٦٠,٩٤٧.٠٠ | ابداع نقدي<br>٥٠٠٠٠٠٠٠٠ابداع<br>عقيل عبد العزيز | ٩٩٠٥١٩ | ١٤٢٠٠٢٠٤ |
| ٨,٣٠٨,٣٨١.٨٩ | ٤٤٣,٨٣٦.٠٠ | ابداع نقدي<br>٥٠٠٠٠٠٠٠٠ابداع<br>الحرمين | ٩٩٠٥٢٠ | ١٤٢٠٠٢٠٥ |
| ٨,٧٠٥,١١٥.٨٩ | ٣٩٦,٧٣٤.٠٠ | ابداع نقدي<br>٥٠٠٠٠٠٠٠٠ابداع<br>عقيل عبد العزيز<br>العقيل | ٩٩٠٥٢٢ | ١٤٢٠٠٢٠٧ |
| ٩,٠٩٩,١١١.٨٩ | ٣٩٣,٩٩٦.٠٠ | ابداع نقدي<br>٥٠٠٠٠٠٠٠٠ابداع<br>عقيل العقيل | ٩٩٠٥٢٣ | ١٤٢٠٠٢٠٨ |
| ٩,٤٤٥,٤٤٨.٨٩ | ٣٤٦,٣٣٧.٠٠ | ابداع نقدي<br>٥٠٠٠٠٠٠٠٠ابداع<br>عقيل | ٩٩٠٥٢٤ | ١٤٢٠٠٢٠٩ |
| ٩,٧٢١,٨١٥.٨٩ | ٢٧٦,٣٦٧.٠٠ | ابداع نقدي<br>٥٠٠٠٠٠٠٠٠ابداع<br>عقيل العقيل | ٩٩٠٥٢٥ | ١٤٢٠٠٢١٠ |
| ١٤,٧٢١,٨١٥.٨٩ | ٥,٠٠٠,٠٠٠.٠٠ | شيك تحصيل<br>٣٦٣١١٤٧٠٠٠لكم ش<br>الادارة العامة | ٩٩٠٥٢٥ | ١٤٢٠٠٢١٠ |
| ١٥,٠٢١,١٦٩.٨٩ | ٢٩٩,٣٥٤.٠٠ | ابداع نقدي<br>٥٠٠٠٠٠٠٠٠ابداع<br>عقيل | ٩٩٠٥٢٦ | ١٤٢٠٠٢١١ |
| ١٥,٢٢٥,٦٢٣.٨٩ | ٢٠٤,٤٥٤.٠٠ | ابداع نقدي<br>٥٠٠٠٠٠٠٠٠ابداع<br>عقيل العقيل | ٩٩٠٥٢٧ | ١٤٢٠٠٢١٢ |

| ١٥,٢٢٥,٦٢٣.٨٩ | ١٥,٢٤٢,٢٩١.٠٠ | ٣١,٧٨٤.٧٩ | | العملة<br>ر . س |

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York                    ARB-00041456

١

٤

٢٠٠٢/١٢/٣١ – ١٩٩٨/٠١/٠١

السيد
عقيل عبد العزيز العقيل

ص . بريد  ▮▮▮▮▮▮
الرياض  ▮▮▮▮▮▮  ١١٤٦١
المملكة العربية السعودية

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرن ست و يونج ص.ب ٢٧٣٢ الرياض ١١٤٦١ أو
كي بي أم جي ص.ب ٩٢٨٧٦ الرياض ١١٦٦٣

١٦٦٠٠–                          العليا          SA ▮▮▮▮▮▮          ٣٤١٢

| | | | | |
|---|---|---|---|---|
| ١٥,٤٠٠,٨٢٥.٨٩ | ٢٣٠,٢٠٢.٠٠ | ايداع نقدي | ٩٩٠٥٢٩ | ١٤٢٠٠٢١٤ |
| | ٥٠٠٠٠٠٠٠٠ ايداع | | | |
| ١٥,٧٤٥,٦٧٤.٨٩ | ٢٨٩,٨٤٩.٠٠ | ايداع نقدي | ٩٩٠٥٣٠ | ١٤٢٠٠٢١٥ |
| | ٥٠٠٠٠٠٠٠٠ ايداع | | | |
| | عقيل العقيل | | | |
| ١٥,٩٢٨,٣٢٤.٨٩ | ١٨٢,٦٥٠.٠٠ | ايداع نقدي | ٩٩٠٥٣١ | ١٤٢٠٠٢١٦ |
| | ٥٠٠٠٠٠٠٠٠ ايداع | | | |
| | عقيل العقيل | | | |
| ١٦,٠٩٤,٨١٨.٨٩ | ١٦٦,٤٩٤.٠٠ | ايداع نقدي | ٩٩٠٦٠١ | ١٤٢٠٠٢١٧ |
| | ٥٠٠٠٠٠٠٠٠ ايداع فرج | | | |
| ١٦,٣٦١,٤٠٩.٨٩ | ٢٦٦,٥٩١.٠٠ | ايداع نقدي | ٩٩٠٦٠٢ | ١٤٢٠٠٢١٨ |
| | ٥٠٠٠٠٠٠٠٠ ايداع | | | |
| | عقيل العقيل | | | |
| ١٦,٥٩٠,٤٧٢.٨٩ | ٢٢٩,٠٦٣.٠٠ | ايداع نقدي | ٩٩٠٦٠٣ | ١٤٢٠٠٢١٩ |
| | ٥٠٠٠٠٠٠٠٠ ايداع | | | |
| | عقيل العقيل | | | |
| ١٦,٨٨٤,٠٥٥.٨٩ | ٢٩٣,٥٨٣.٠٠ | ايداع نقدي | ٩٩٠٦٠٥ | ١٤٢٠٠٢٢١ |
| | ٥٠٠٠٠٠٠٠٠ ايداع من | | | |
| | المذكور | | | |
| ١٧,٠٤٤,٩٣٥.٨٩ | ١٦٠,٨٨٠.٠٠ | ايداع نقدي | ٩٩٠٦٠٦ | ١٤٢٠٠٢٢٢ |
| | ٥٠٠٠٠٠٠٠٠ ايداع | | | |
| | المذكور | | | |
| ١٧,١٩٧,٥٤٣.٨٩ | ١٥٢,٦٠٨.٠٠ | ايداع نقدي | ٩٩٠٦٠٧ | ١٤٢٠٠٢٢٣ |
| | ٥٠٠٠٠٠٠٠٠ ايداع | | | |
| | عقيل العقيل | | | |
| ١٧,٣٤٥,٦٥٩.٨٩ | ١٤٨,١١٦.٠٠ | ايداع نقدي | ٩٩٠٦٠٨ | ١٤٢٠٠٢٢٤ |
| | ٥٠٠٠٠٠٠٠٠ ايداع | | | |
| | عقيل العقيل | | | |
| ١٧,٤٣٨,٣٦٢.٨٩ | ٩٢,٧٠٣.٠٠ | ايداع نقدي | ٩٩٠٦٠٩ | ١٤٢٠٠٢٢٥ |
| | ٥٠٠٠٠٠٠٠٠ ايداع | | | |
| | عقيل العقيل | | | |
| ١٧,٥٢٨,٥٧١.٨٩ | ٩٠,٢٠٩.٠٠ | ايداع نقدي | ٩٩٠٦١٠ | ١٤٢٠٠٢٢٦ |
| | ٥٠٠٠٠٠٠٠٠ ايداع | | | |
| | عقيل العقيل | | | |

١٧,٥٢٨,٥٧١.٨٩        ١٧,٠٤٥,٢٣٩.٠٠        ٣١,٧٨٤.٧٩        العملة
                                                          ر . س

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York                    ARB-00041457

٥

٢٠٠٢/١٢/٣١ – ١٩٩٨/٠١/٠١

السيد
عقيل عبد العزيز العقيل

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست و يونج ص.ب ٢٧٣٢ الرياض ١١٤٦١ أو
كي بي أم جي ص.ب ٩٢٨٧٦ الرياض ١١٦٦٣

ص. بريد ███████
الرياض ███████
المملكة العربية السعودية

١٦٦٠٠–                            العليا            SA ███████████  ٣٤١٢

| ١٧,٦٧٤,٥٨٤.٨٩ | ١٤٥,٩١٣.٠٠ | | ٩٩٠٦١٢ | ١٤٢٠٠٢٢٨ | ايداع نقدي |
| | | | | | ٥٠٠٠٠٠٠٠٠ايداع |
| | | | | | عقيل العقيل |
| ١٧,٨٥٤,٤٢٥.٨٩ | ١٧٩,٩٤١.٠٠ | | ٩٩٠٦١٣ | ١٤٢٠٠٢٢٩ | ايداع نقدي |
| | | | | | ٥٠٠٠٠٠٠٠٠ايداع |
| | | | | | عقيل العقيل |
| ١٨,٠٥١,١٦٨.٨٩ | ١٩٦,٧٤٣.٠٠ | | ٩٩٠٦١٤ | ١٤٢٠٠٢٣٠ | ايداع نقدي |
| | | | | | ٥٠٠٠٠٠٠٠٠ايداع |
| | | | | | عقيل العقيل |
| ١٨,١٨٦,١٩٧.٨٩ | ١٣٥,٠٢٩.٠٠ | | ٩٩٠٦١٥ | ١٤٢٠٠٣٠١ | ايداع نقدي |
| | | | | | ٥٠٠٠٠٠٠٠٠ايداع |
| | | | | | عقيل العقيل |
| ١٨,٢٩٩,٩٥٩.٨٩ | ١١٣,٧٦٢.٠٠ | | ٩٩٠٦١٦ | ١٤٢٠٠٣٠٢ | ايداع نقدي |
| | | | | | ٥٠٠٠٠٠٠٠٠ايداع |
| | | | | | عقيل العقيل |
| ١٨,٣٥٣,٤٧٨.٨٩ | ٥٣,٥١٩.٠٠ | | ٩٩٠٦١٧ | ١٤٢٠٠٣٠٣ | ايداع نقدي |
| | | | | | ٥٠٠٠٠٠٠٠٠ايداع |
| | | | | | عقيل عبد العزيز |
| ١٨,٣٧٦,٦٧٣.٨٩ | ٢٣,١٩٥.٠٠ | | ٩٩٠٦١٩ | ١٤٢٠٠٣٠٥ | ايداع نقدي |
| | | | | | ٥٠٠٠٠٠٠٠٠ايداع |
| | | | | | عقيل العقيل |
| ١٨,٤٤٧,٧٩١.٨٩ | ٧١,١١٨.٠٠ | | ٩٩٠٦١٩ | ١٤٢٠٠٣٠٥ | ايداع نقدي |
| | | | | | ٥٠٠٠٠٠٠٠٠ايداع |
| | | | | | عقيل العقيل |
| ١٨,٥٤٠,٤٧٥.٨٩ | ٩٢,٦٨٤.٠٠ | | ٩٩٠٦٢٠ | ١٤٢٠٠٣٠٦ | ايداع نقدي |
| | | | | | ٥٠٠٠٠٠٠٠٠ايداع |
| | | | | | عقيل عبد العزيز |
| ١٨,٦٩٩,٥١٤.٨٩ | ١٥٩,٠٣٩.٠٠ | | ٩٩٠٦٢١ | ١٤٢٠٠٣٠٧ | ايداع نقدي |
| | | | | | ٥٠٠٠٠٠٠٠٠ايداع |
| | | | | | نفسه |
| ١٨,٨٠١,٣٦٨.٨٩ | ١٠١,٨٥٤.٠٠ | | ٩٩٠٦٢٢ | ١٤٢٠٠٣٠٨ | ايداع نقدي |
| | | | | | ٥٠٠٠٠٠٠٠٠ايداع |
| | | | | | عقيل العقيل |

| ١٨,٨٠١,٣٦٨.٨٩ | ١٨,٨١٨,٠٣٦.٠٠ | ٣١,٧٨٤.٧٩ | | العملة |
| | | | | ر.س |

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York                    ARB-00041458

1

٦

٢٠٠٢/١٢/٣١ - ١٩٩٨/٠١/٠١

السيد
عقيل عبد العزيز العقيل

عزيزي العميل: في حالة عدم صحة الرصيد نرجو          ص . بريد ▇▇▇▇
الاتصال مباشرة بأحد مراجعي الحسابات          الرياض ▇▇▇
أرن ست و يونج ص .ب ٢٧٣٢ الرياض ١١٤٦١ أو          المملكة العربية السعودية
كي بي أم جي ص .ب ٩٢٨٧٦ الرياض ١١٦٦٣

١٦٦٠٠-                      العليا          SA ▇▇▇▇▇▇▇▇ ٢٤١٢

| | | | | |
|---|---|---|---|---|
| ١٨,٨٧٨,٧٠٨.٨٩ | ٧٧,٣٤٠.٠٠ | ايداع نقدي | ٩٩٠٦٢٣ | ١٤٢٠٠٣٠٩ |
| | | ٥٠٠٠٠٠٠٠٠٠ايداع نفسه | | |
| ١٨,٩٠٢,٠٣١.٨٩ | ٢٣,٣٢٣.٠٠ | ايداع نقدي | ٩٩٠٦٢٤ | ١٤٢٠٠٣١٠ |
| | | ٥٠٠٠٠٠٠٠٠٠ايداع عقيل العقيل | | |
| ١٨,٩٤٨,٩٥٩.٨٩ | ٤٦,٩٢٨.٠٠ | ايداع نقدي | ٩٩٠٦٢٦ | ١٤٢٠٠٣١٢ |
| | | ٥٠٠٠٠٠٠٠٠٠ايداع عقيل العقيل | | |
| ١٩,٠٣٩,٢١٣.٨٩ | ٩٠,٢٥٤.٠٠ | ايداع نقدي | ٩٩٠٦٢٧ | ١٤٢٠٠٣١٣ |
| | | ٥٠٠٠٠٠٠٠٠٠ايداع المذكور | | |
| ١٩,٠٩٥,٢٠١.٨٩ | ٥٥,٩٨٨.٠٠ | ايداع نقدي | ٩٩٠٦٢٨ | ١٤٢٠٠٣١٤ |
| | | ٥٠٠٠٠٠٠٠٠٠ايداع نفسه | | |
| ١٩,١٤١,٢٦٤.٨٩ | ٤٦,٠٦٣.٠٠ | ايداع نقدي | ٩٩٠٦٢٩ | ١٤٢٠٠٣١٥ |
| | | ٥٠٠٠٠٠٠٠٠٠ايداع المذكور | | |
| ١٩,٢٠٢,٨٠٠.٨٩ | ٦١,٥٣٦.٠٠ | ايداع نقدي | ٩٩٠٦٣٠ | ١٤٢٠٠٣١٦ |
| | | ٥٠٠٠٠٠٠٠٠٠ايداع نفسه | | |
| ١٩,٢٤١,٨٣٨.٨٩ | ٣٩,٠٣٨.٠٠ | ايداع نقدي | ٩٩٠٧٠١ | ١٤٢٠٠٣١٧ |
| | | ٥٠٠٠٠٠٠٠٠٠ايداع نفسه | | |
| ١٩,٢٨٢,٧٠٧.٨٩ | ٤٠,٨٦٩.٠٠ | ايداع نقدي | ٩٩٠٧٠٣ | ١٤٢٠٠٣١٩ |
| | | ٥٠٠٠٠٠٠٠٠٠ايداع المذكور | | |
| ١٩,٢٨٣,٤٨٠.٨٩ | ٧٧٣.٠٠ | ايداع نقدي | ٩٩٠٧٠٣ | ١٤٢٠٠٣١٩ |
| | | ٥٠٠٠٠٠٠٠٠٠ايداع الحرمين | | |
| ١٩,٣٤٥,٤٧٨.٨٩ | ٦١,٩٩٨.٠٠ | ايداع نقدي | ٩٩٠٧٠٤ | ١٤٢٠٠٣٢٠ |
| | | ٥٠٠٠٠٠٠٠٠٠ايداع الحرمين | | |

١٩,٣٤٥,٤٧٨.٨٩          ١٩,٣٦٢,١٤٦.٠٠          ٣١,٧٨٤.٧٩          العملة
ر . س

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York          ARB-00041459

1

٧

٢٠٠٢/١٢/٣١ – ١٩٩٨/٠١/٠١

السيد
عقيل عبد العزيز العقيل

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست و يونج ص .ب ٢٧٣٢ الرياض ١١٤٦١ أو
كي بي أم جي ص .ب ٩٢٨٧٦ الرياض ١١٦٦٣

— ص . بريد ██████
— الرياض ██████
— المملكة العربية السعودية

١١٦٠٠-          العليا          SA ████████ ٣٤١٢

| ١٩,٤٠٥,٦٥٥.٨٩ | ٦٠,١٧٧.٠٠ | | ايداع نقدي | ٩٩٠٧٠٦ | ١٤٢٠٠٣٢٢ |
| | | | ٥٠٠٠٠٠٠٠٠٠ ايداع | | |
| ١٩,٥٦٩,٤٨٢.٨٩ | ١٦٣,٨٢٧.٠٠ | | الحرمين ايداع نقدي | ٩٩٠٧٠٦ | ١٤٢٠٠٣٢٢ |
| | | | ٥٠٠٠٠٠٠٠٠٠ ايداع | | |
| ١٩,٦١٠,٥٠٧.٨٩ | ٤١,٠٢٥.٠٠ | | الحرمين ايداع نقدي | ٩٩٠٧٠٧ | ١٤٢٠٠٣٢٣ |
| | | | ٥٠٠٠٠٠٠٠٠٠ ايدجاع | | |
| ١٩,٦٢٨,٢٣٣.٨٩ | ١٧,٧٢٦.٠٠ | | الحرمين ايداع نقدي | ٩٩٠٧٠٨ | ١٤٢٠٠٣٢٤ |
| | | | ٥٠٠٠٠٠٠٠٠٠ ايداع | | |
| ١٩,٦٥٥,٩٦٧.٨٩ | ٢٧,٧٣٤.٠٠ | | الحرمين ايداع نقدي | ٩٩٠٧١١ | ١٤٢٠٠٣٢٧ |
| | | | ٥٠٠٠٠٠٠٠٠٠ ايداع | | |
| ١٩,٧٠١,٧١٩.٨٩ | ٤٥,٧٥٢.٠٠ | | الحرمين ايداع نقدي | ٩٩٠٧١١ | ١٤٢٠٠٣٢٧ |
| | | | ٥٠٠٠٠٠٠٠٠٠ ايداع | | |
| ١٩,٧١٧,٠٥١.٨٩ | ١٥,٣٣٢.٠٠ | | الحرمين ايداع نقدي | ٩٩٠٧١٢ | ١٤٢٠٠٣٢٨ |
| | | | ٥٠٠٠٠٠٠٠٠٠ ايداع | | |
| ١٩,٧٥٣,٩٢١.٨٩ | ٣٦,٨٧٠.٠٠ | | الحرمين ايداع نقدي | ٩٩٠٧١٣ | ١٤٢٠٠٣٢٩ |
| | | | ٥٠٠٠٠٠٠٠٠٠ ايداع | | |
| ١٩,٧٧٧,٥٥٢.٨٩ | ٢٣,٦٣١.٠٠ | | الحرمين ايداع نقدي | ٩٩٠٧١٤ | ١٤٢٠٠٤٠١ |
| | | | ٥٠٠٠٠٠٠٠٠٠ ايداع | | |
| ١٧,٠٥١,٠٥٢.٨٩ | ٢,٧٢٦,٥٠٠.٠٠ | | الحرمين السحب بشيك | ٩٩٠٧٢٧ | ١٤٢٠٠٤١٤ |
| | | | عبد الله على رحمة | | |
| ١٦,٩٧٧,٥٥٢.٨٩ | ٧٣,٥٠٠.٠٠ | | السحب بشيك | ٩٩٠٧٣١ | ١٤٢٠٠٤١٨ |
| | | | عقيل عبد العزيز العقيل | | |
| ١٦,٩٧٦,٢٦٤.٨٢ | ١,٢٨٨.٠٧ | | خصم مستحقات البطاقات الائتمانية خصم مبلغ فيزا مستحق | ٩٩٠٨١٥ | ١٤٢٠٠٥٠٤ |

| ١٦,٩٧٦,٢٦٤.٨٢ | ١٩,٧٩٤,٢٢٠.٠٠ | ٢,٨٣٣,٠٧٢.٨٦ | العملة |
| | | | ر . س |

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York          ARB-00041460

١

٨

٢٠٠٢/١٢/٣١ – ١٩٩٨/٠١/٠١

السيد
عقيل عبد العزيز العقيل

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست و يونج ص.ب ٢٧٣٢ الرياض ١١٤٦١ أو
كي بي أم جي ص.ب ٩٢٨٧٦ الرياض ١١٦٦٣

ص . بريد ▬▬▬
الرياض ▬▬▬
المملكة العربية السعودية

— ▬▬▬
— ▬▬▬
—

١٦٦٠٠–

العليا

SA ▬▬▬

٣٤١٢

| ١٦,٩٧٥,٩٤١.٢١ | | ٣٢٣.٦١ | خصم مستحقات البطاقات الائتمانية خصم مبلغ فيزا مستحق | ٩٩٠٩١٥ | ١٤٢٠٠٦٠٥ |
| ١٦,٩٧٥,٦١٨.٢١ | | ٣٢٣.٠٠ | خصم مستحقات البطاقات الائتمانية خصم مبلغ فيزا مستحق | ٩٩١٠١٥ | ١٤٢٠٠٧٠٦ |
| ١٦,٩٧٥,١٧٠.٢٤ | | ٤٤٧.٩٧ | خصم مستحقات البطاقات الائتمانية خصم مبلغ فيزا مستحق | ٩٩١٠١٥ | ١٤٢٠٠٧٠٦ |
| ١٦,٩٧٦,٧٨١.٩٢ | ١,٦١١.٦٨ | | شيك تحصيل ٥٠٠٠٠٠٠٠٠ ايداع مؤسسة الحرمين | ٩٩١١٠٩ | ١٤٢٠٠٨٠١ |
| ١٦,٩٧٧,٩٨١.٩٢ | ١,٢٠٠.٠٠ | | ايداع نقدي ٥٠٠٠٠٠٠٠٠ن فاعل خيرزكاة | ٩٩١٢٢٦ | ١٤٢٠٠٩١٨ |
| ١٦,٩٧٩,٣٨١.٩٢ | ١,٤٠٠.٠٠ | | ايداع نقدي ٥٠٠٠٠٠٠٠٠ن فاعل خيرتبرع | ٩٩١٢٢٦ | ١٤٢٠٠٩١٨ |
| ١٦,٩٧٢,٣٨٩.٠٠ | | ٦,٩٩٢.٩٢ | خصم مستحقات البطاقات الائتمانية خصم مبلغ فيزا مستحق | ٠٠٠٥١٥ | ١٤٢١٠٢١١ |
| ١٦,٩٧٩,٣٢٧.٠٠ | ٦,٩٣٨.٠٠ | | شيكات مضافة لمركز المقاصة ٦٦١ ٦٦١٠٠٠٠٠٠٠٠ ٨١٩٩٨٩٠٠٠٠ | ٠٠٠٧٠٨ | ١٤٢١٠٤٠٦ |
| ٧٩,٣٢٧.٠٠ | | ١٦,٩٠٠,٠٠٠.٠٠ | السحب بشيك ٠٠٠٠٠٠١٥٠٢ | ٠٠٠٨٢٠ | ١٤٢١٠٥٢٠ |
| ٧٨,١٩٠.٩٩ | | ١,١٣٦.٠١ | مدفوعات فيزا ٥٤٩٩٦٤٠٠٠٦٣٠٤٤٠٦٠٤٠ ٩٠٠١٢٥٦٠٤١٦ | ٠٠٠٩١٣ | ١٤٢١٠٦١٥ |

| ٧٨,١٩٠.٩٩ | ١٩,٨٠٥,٣٦٩.٦٨ | ١٩,٧٤٢,٢٩٦.٣٧ | العملة ر . س |

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00041461

١

٢٠٠٢/١٢/٣١ - ١٩٩٨/٠١/٠١

السيد
عقيل عبد العزيز العقيل

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرن ست و يونج ص .ب ٢٧٣٢ الرياض ١١٤٦١ أو
كي بي أم جي ص .ب ٩٢٨٧٦ الرياض ١١٦٦٣

ص . بريد ▮▮▮▮
الرياض
المملكة العربية السعودية

١٦٦٠٠-                    العليا          SA ▮▮▮▮▮▮▮ ٢٤١٢

| | | | | |
|---|---|---|---|---|
| ٤٨,٠٩٠.٩٩ | | ٢٩,٦٠٠.٠٠ | مدين | ٠٠١٠١٨  ١٤٢١٠٧٢١ |
| ٣٦,٠٩٠.٩٩ | | ١٢,٠٠٠.٠٠ | تحويل | ٠٠١٠٠٨  ١٤٢١٠٨١٢ |
| | | | قسط | |
| ٣٧,٧٩٠.٩٩ | ١,٢٠٠.٠٠ | | د الن | ٠٠١١١١  ١٤٢١٠٨١٥ |
| ٧٨,١٩٠.٩٩ | ٤٠,٤٠٠.٠٠ | | تحويل | ٠٠١١١٤  ١٤٢١٠٨١٨ |
| | | | عكس قيدنا بتاريخ | |
| | | | ٢٠٠٠.١٠.١٨ | |
| ٧٧,٨٠٩.٢٥ | | ٣٨١.٧٤ | مدفوعات فيزا | ٠٠١١١٥  ١٤٢١٠٨١٩ |
| | | | ٥٤٩٩٦٤٠٠٠٦٣٠٤٤٠٦٠٤١ | |
| | | | ١٠٠١٥٣٨١٢١٦ | |
| ٧٦,٣٦١.٠٩ | | ١,٤٤٨.١٦ | مدفوعات فيزا | ٠١٠١١٥  ١٤٢١١٠٢٠ |
| | | | ٤٥٥٧٣٩٠٠١٦٦٦٧٤٨١٢٨١ | |
| | | | ٢٠٠١١٤٧١٠١٦ | |
| ٧٧,٥٦١.٠٩ | ١,٢٠٠.٠٠ | | ايداع نقدي | ٠١٠٢١٧  ١٤٢١١١٢٣ |
| | | | لكم ايدع من الحرمين | |
| ٧٥,٤٦٠.٧٠ | | ٢,١٠٠.٣٩ | خصم مستحقات البطاقات | ٠١١٠١٥  ١٤٢٢٠٧٢٨ |
| | | | الائتمانية | |
| | | | VISA / MasterCard | |
| | | | deduction for ٠١/٠٩ | |
| ٧٢,٧٨٥.٧٨ | | ٢,٦٧٤.٩٢ | خصم مستحقات البطاقات | ٠٢٠٤١٥  ١٤٢٣٠٢٠٢ |
| | | | الائتمانية | |
| | | | VISA / MasterCard | |
| | | | deduction for ٠٢/٠٣ | |

٧٢,٧٨٥.٧٨   ١٩,٨٤٨,١٦٩.٦٨   ١٩,٧٩٠,٥٠١.٥٨      الأجمالي الكلى      العملة
                                                           ر . س

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00041462

١

١٠

٢٠٠٢/١٢/٣١ - ١٩٩٨/٠١/٠١

السيد
عقيل عبد العزيز العقيل

عزيزي العميل: في حالة عدم صحة الرصيد نرجو        ص . بريد █████████
الاتصال مباشرة بأحد مراجعي الحسابات        الرياض █████████
أرنست و يونج ص .ب ٢٧٣٢ الرياض ١١٤٦١ أو        المملكة العربية السعودية
كي بي أم جي ص .ب ٩٢٨٧٦ الرياض ١١٦٦٣

١٦٦٠٠-        العليا        SA█████████        ٣٤١٢

| المبـــلغ | | ملخص الحساب | الحركات |
|---|---|---|---|
| | | ------------ | ------- |
| ١٥,١١٧.٦٨ | | الرصيد الافتتاحي | |
| | ١٤,٧٩٨,٠٢٠.٠٠ | الايداعات النقدية | ٧٣ |
| | ٥,٠٥٠,١٤٩.٦٨ | الايداعات الاخرى | ٥ |
| | ١٩,٨٤٨,١٦٩.٦٨ | اجمالي الايداعات | ٧٨ |
| | ١٩,٧٢٩,٤٥٨.٠٠ | السحوبات النقدية | ٤ |
| | ٦١,٠٤٣.٥٨ | السحوبات الاخرى | ١٥ |
| | ١٩,٧٩٠,٥٠١.٥٨ | اجمالي السحوبات | ١٩ |
| ٧٢,٧٨٥.٧٨ | | رصيد الاقفال | |

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00041463



## TRANSLATION CERTIFICATION STATEMENT

**Project:** 20230811VGC

**Language**: Arabic > English

**Document title**: ARB 41454-41463

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**:  Farah Alshekhli

**Qualifications**:  BA in Translation and Interpretation Studies, 17 years of experience, certified

**Signed**: *Farah Alshekhli*                    **Date**: 09/25/2023