# Exhibit 116

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank Pursuant to Rule 56.1

| January 01, 1998 – December 31, 2002 AD<br>Mr. Aqil Abdel Aziz al Aqil<br>P.O. Box ▇▇▇▇▇<br>Riyadh ▇▇▇▇<br>Kingdom of Saudi Arabia<br>SA ▇▇▇▇▇▇▇▇▇▇▇ 5997 | | | 1<br>Dear customer: If the balance is incorrect, please contact one of the auditors directly:<br>Ernst & Young P.O. Box 2732 Riyadh 11461 or<br>KPMG P.O. Box 92876 Riyadh 11663<br>Al Olaya – 16600 | | |
|---|---|---|---|---|---|
| **Opening Balance** | | | | | 101.00 |
| 14210312 | 000614 | Debit Entry Note<br>860000000<br>Transfer according to the authorization of Branch Director | 101.00 | | 0.00 |
| Currency S.R. | Grand Total | | 101.00 | 0.00 | 0.00 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041502

| January 01, 1998 – December 31, 2002 AD<br>Mr. Aqil Abdel Aziz al Aqil<br>P.O. Box ███<br>Riyadh ███<br>Kingdom of Saudi Arabia<br>SA ███ 5997 | 2<br>Dear customer: If the balance is incorrect,<br>please contact one of the auditors directly:<br>Ernst & Young P.O. Box 2732 Riyadh 11461 or<br>KPMG P.O. Box 92876 Riyadh 11663<br>Al Olaya – 16600 |
|---|---|

| Transactions | Account Summary | | Amount | |
|---|---|---|---|---|
|   | Opening balance |   |   | 101.00 |
| 0 | Other deposits | 0.00 |   |   |
| 0 | Total deposits | 0.00 |   |   |
| 1 | Other withdrawals | 101.00 |   |   |
| 1 | Total withdrawals | 101.00 |   |   |
|   | Closing balance |   |   | 0.00 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041503

١

٠١/٠١/١٩٩٨ - ٣١/١٢/٢٠٠٢

السيد
عقيل عبد العزيز العقيل

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست و يونغ ص.ب ٢٧٣٢ الرياض ١١٤٦١ أو
كي بي أم جي ص.ب ٩٢٨٧٦ الرياض ١١٦٦٣

ص. بريد ▮▮▮
الرياض ▮▮▮
المملكة العربية السعودية

-١٦٦٠٠   العليا   SA▮▮▮▮   ٥٩٩٧

الرصيد الافتتاحي   ١٠١.٠٠

٠.٠٠   ١٠١.٠٠   اشعار قيد مدين   ٠٠٠٦١٤   ١٤٢١٠٣١٢
٨٦٠٠٠٠٠٠٠٠ تحويل حسب
تعميد مدير الفرع

٠.٠٠   ٠.٠٠   ١٠١.٠٠   الأجمالي الكلي   العملة
ر.س

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041502

1

٢

٢٠٠٢/١٢/٣١ - ١٩٩٨/٠١/٠١

السيد
عقيل عبد العزيز العقيل

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست و يونج ص.ب ٢٧٣٢ الرياض ١١٤٦١ أو
كي بي أم جي ص.ب ٩٢٨٧٦ الرياض ١١٦٦٣

ص . بريد
الرياض
المملكة العربية السعودية

-١٦٦٠٠     العليا     SA ███████     ٥٩٩٧

| الحركات | ملخص الحساب | المبلــغ |
|---|---|---|
| ٠ | الرصيد الافتتاحي | ١٠١.٠٠ |
| ٠ | الايداعات الاخرى | ٠.٠٠ |
| ٠ | اجمالي الايداعات | ٠.٠٠ |
| ١ | السحوبات الاخرى | ١٠١.٠٠ |
| ١ | اجمالي السحوبات | ١٠١.٠٠ |
|   | رصيد الاقفال | ٠.٠٠ |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041503



# TRANSLATION CERTIFICATION STATEMENT

**Project: 20240306Z1D**

**Language**: Arabic > English

**Document title**:   ARB 41502-41503

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**:  Farah Alshekhli

**Qualifications**:  BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli*          **Date**: 08/03/2024