# Exhibit 117

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank
<u>Pursuant to Rule 56.1</u>

| January 01, 1998 – December 31, 2002 AD<br>Mr. Aqil Abdel Aziz Aqil al Aqil<br>P.O. Box ▮▮▮▮▮<br>Al Rass ▮▮▮▮▮<br>Kingdom of Saudi Arabia<br>SA ▮▮▮▮▮▮▮▮▮▮▮ 2588 | 1<br>Dear customer: If the balance is incorrect, please contact one of the auditors directly:<br>Ernst & Young P.O. Box 2732 Riyadh 11461 or<br>KPMG P.O. Box 92876 Riyadh 11663<br>King Abdel Aziz Street, Al Rass – 49900 |
|---|---|

| Opening Balance | | | | 0.00 |
|---|---|---|---|---|
| Currency<br>S.R. | Grand Total | 0.00 | 0.00 | 0.00 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041506

| January 01, 1998 – December 31, 2002 AD | 2 |
|---|---|
| Mr. Aqil Abdel Aziz Aqil al Aqil<br>P.O. Box<br>Al Rass<br>Kingdom of Saudi Arabia<br>SA                                    2588 | Dear customer: If the balance is incorrect, please contact one of the auditors directly:<br>Ernst & Young P.O. Box 2732 Riyadh 11461 or<br>KPMG P.O. Box 92876 Riyadh 11663<br>King Abdel Aziz Street, Al Rass – 49900 |

| Transactions | Account Summary | | Amount | |
|---|---|---|---|---|
|   | Opening balance |   |   | 0.00 |
| 0 | Other deposits |   | 0.00 |   |
| 0 | Total deposits |   | 0.00 |   |
| 0 | Other withdrawals | 0.00 |   |   |
| 0 | Total withdrawals | 0.00 |   |   |
|   | Closing balance |   |   | 0.00 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041507

| | | | | العملة |
|---|---|---|---|---|
| | | | ٢٠٠٢/١٢/٣١ - ١٩٩٨/٠١/٠١ | |

١

| | | السيد |
|---|---|---|
| | | عقيل عبد العزيز عقيل العقيل |
| عزيزي العميل: في حالة عدم صحة الرصيد نرجو الاتصال مباشرة بأحد مراجعي الحسابات أرنست ويونغ ص.ب ٢٧٣٢ الرياض ١١٤٦١ أو كي بي أم جي ص.ب ٩٢٨٧٦ الرياض ١١٦٦٣ | | ص. بريد |
| | | العنوان |
| | | المملكة العربية السعودية |

| -٤٩٩٠٠ | شارع الملك عبد العزيز  الدرس | SA██████████████████ ٢٥٨٨ |
|---|---|---|

| ٠.٠٠ | | الرصيد الافتتاحي |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| ٠.٠٠ | ٠.٠٠ | ٠.٠٠ | الأجمالي الكلي | العملة |
| | | | | ر.س |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041506

١

٢

٢٠٠٢/١٢/٣١ - ١٩٩٨/٠١/٠١

السيد
عقيل عبد العزيز عقيل العقيل

ص . بريد
الرس
المملكة العربية السعودية

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست و يونج ص .ب ٢٧٣٢ الرياض ١١٤٦١ أو
كي بي أم جي ص .ب ٩٢٨٧٦ الرياض ١١٦٦٣

٢٥٨٨        SA

-٤٩٩٠٠        شارع الملك عبد العزيز    الرس

| الحركات | ملخص الحساب | | المبلغ |
|---|---|---|---|
| ------- | ------------ | | -------- |
| ٠ | الرصيد الافتتاحي | | ٠.٠٠ |
| ٠ | الايداعات الاخرى | ٠.٠٠ | |
| ٠ | اجمالي الايداعات | ٠.٠٠ | |
| ٠ | السحوبات الاخرى | ٠.٠٠ | |
| ٠ | اجمالي السحوبات | ٠.٠٠ | |
| | رصيد الاقفال | | ٠.٠٠ |

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00041507



# TRANSLATION CERTIFICATION STATEMENT

**Project: 20240306Z1D**

**Language**: Arabic > English

**Document title**:   ARB 41506-41507

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**:  Farah Alshekhli

**Qualifications**:  BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli*     **Date**: 08/03/2024