# Exhibit 118

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank
<u>Pursuant to Rule 56.1</u>

## ARB Tranche 21 Account Statements Summary

| Name of the Account | Account # | Deposits (SAR) | Withdrawals (SAR) | Time Period | Bates Range |
|---|---|---|---|---|---|
| Islamic Relief Organization - Donations for Al Aqsa Martyrs and Orphans | SA███0156 | 25,751,459.49 | 12,364,332.45 | 10/10/2000-12/31/2002 | ARB-00040444-ARB-00040543 |
| Mr. Abdel Rahman Abdullah Abdel Rahman al Rajhi | SA███6727 | 7,015,506.78 | 7,078,885.44 | 01/03/1998-12/31/2002 | ARB-00040544-ARB-00040592 |
| Mr. Abdel Rahman Abdullah Abdel Rahman al Rajhi | SA███6031 | 26,358,587.90 | 21,737,315.54 | 01/03/1998-12/31/2002 | ARB-00040593-ARB-00040810 |
| Abdel Rahman and Mohamed Abdullah Abdel Rahman | SA███5527 | 175,000.00 | 100,000.00 | 05/22/1999-03/13/2001 | ARB-00040811-ARB-00040815 |
| Mr. Abdel Rahman Abdullah Abdel Rahman al Rajhi | SA███3776 | 1,568,475.64 | 1,568,475.64 | 08/27/1998-12/30/2002 | ARB-00040816-ARB-00040820 |
| Mr. Abdel Rahman Abdullah Abdel Rahman al Rajhi | SA███7104 | 12,292,172.77 | 11,339,198.26 | 01/06/1998-12/31/2002 | ARB-00040821-ARB-00040859 |
| Mr. Abdel Rahman Abdullah Abdel Rahman al Rajhi | SA███9704 | 42,025,401.35 | 39,691,125.47 | 01/01/1998-12/28/2002 | ARB-00040860-ARB-00041153 |
| Mr. Abdel Rahman Abdullah Abdel Rahman al Rajhi | SA███0642 | 387,786.00 | 998,980.70 | 01/15/1998-12/28/2002 | ARB-00041154-ARB-00041164 |
| Abdel Rahman Abdullah al Rajhi and Saleh al Habdan | SA███6507 | 11,542,017.78 | 8,585,258.47 | 01/13/1998-12/30/2002 | ARB-00041165-ARB-00041175 |
| Sheikh Abdel Rahman Abdullah al Rajhi and Saleh al Habdan | SA███6705 | 10,393,865.10 | 12,377,908.05 | 01/06/1998-12/28/2002 | ARB-00041176-ARB-00041184 |
| Sheikh Abdel Rahman Abdullah al Rajhi Saleh Soliman | SA███6014 | 7,664,699.50 | 7,528,762.00 | 02/16/1998-12/31/2002 | ARB-00041185-ARB-00041278 |
| Abdel Rahman Mohamed al Aqil and Abdullah al Misfir | SA███7554 | 9,506,000.00 | 8,139,219.70 | 09/17/2000-11/06/2002 | ARB-00041279-ARB-00041283 |
| Mr. Abdullah Ibrahim Abdullah al Misfir | SA███8331 | 45,650.00 | 50,313.00 | 11/24/1998-12/16/2002 | ARB-00041284-ARB-00041289 |
| Mr. Abdullah Ibrahim Abdullah al Misfir | SA███8015 | 1,737,113.35 | 1,721,750.05 | 01/11/1998-12/31/2002 | ARB-00041290-ARB-00041336 |
| Mr. Abdullah Ibrahim Abdullah al Misfir | SA███0836 | 21,420,839.98 | 19,776,517.40 | 01/03/1998-12/31/2002 | ARB-00041337-ARB-00041435 |
| Mr. Abdullah Ibrahim Abdullah al Misfir | SA███8937 | 1,061,209.00 | 1,020,444.25 | 02/07/1998-08/01/2002 | ARB-00041436-ARB-00041440 |
| Mr. Abdullah Ibrahim al Misfir | SA███9126 | 0 | 0 | 01/01/1998-12/31/2002 | ARB-00041441-ARB-00041442 |
| Mr. Abdullah Ibrahim Abdullah al Misfir | SA███0167 | 1,850,661.00 | 1,780,348.00 | 03/28/1998-03/10/2002 | ARB-00041443-ARB-00041446 |
| Mr. Abdullah Ibrahim Abdullah al Misfir | SA███6221 | 1,072,487.95 | 1,180,517.62 | 01/13/1998-06/11/2002 | ARB-00041447-ARB-00041453 |
| Mr. Aqil Abdel Aziz al Aqil | SA███3412 | 19,848,169.68 | 19,790,501.58 | 01/10/1998-04/15/2002 | ARB-00041454-ARB-00041463 |
| Mr. Aqil Abdel Aziz al Aqil | SA███5920 | 21,640,672.00 | 21,809,050.49 | 01/04/1998-12/18/2002 | ARB-00041464-ARB-00041501 |

## ARB Tranche 21 Account Statements Summary

| Name | Bank | Account | Credits | Debits | Date Range | Bates |
|---|---|---|---|---|---|---|
| Mr. Aqil Abdel Aziz al Aqil | SA | 5997 | 0 | 101 | 06/14/2000-06/14/2000 | ARB-00041502-ARB-00041503 |
| Mr. Aqil Abdel Aziz Aqil al Aqil | SA | 1001 | 0 | 10 | 06/14/2000-06/14/2000 | ARB-00041504-ARB-00041505 |
| Mr. Aqil Abdel Aziz Aqil al Aqil | SA | 2588 | 0 | 0 | 01/01/1998-12/31/2002 | ARB-00041506-ARB-00041507 |
| Mr. Mansour Abdel Rahman Hamad al Qadi | SA | 0917 | 1,255,000.00 | 338,147.00 | 07/17/2002-10/20/2002 | ARB-00041508-ARB-00041510 |
| Mr. Mansour Abdel Rahman al Qadi | SA | 8359 | 15,503,578.77 | 15,177,391.86 | 01/01/1998-12/01/2002 | ARB-00041511-ARB-00041561 |
| Mr. Mansour Abdel Rahman Hamad al Qadi | SA | 9102 | 6,818,976.00 | 6,757,976.00 | 02/24/1998-12/28/2002 | ARB-00041562-ARB-00041610 |
| Mr. Mansour Abdel Rahman Hamad al Qadi | SA | 0209 | 1,797,082.00 | 1,477,857.00 | 07/02/1998-10/14/2002 | ARB-00041611-ARB-00041619 |
| Mr. Mansour Abdel Rahman al Qadi - Abdel Rahman al Aqil | SA | 8507 | 0 | 0.85 | 06/14/2000-06/14/2000 | ARB-00041620-ARB-00041621 |
| Mr. Mansour Abdel Rahman Hamad al Qadi | SA | 0159 | 22,813,936.82 | 22,711,316.22 | 11/27/1999-12/31/2002 | ARB-00041622-ARB-00041667 |
| Sheikh Saleh Soliman Nafie al Habdan | SA | 7195 | 21,486,123.15 | 21,625,714.61 | 01/03/1998-12/29/2002 | ARB-00041668-ARB-00041720 |
| Mr. Saleh Soliman al Habdan and Hamzah Soliman al Tayyar | SA | 6550 | 4,847,479.00 | 4,782,556.71 | 01/25/1998-12/31/2002 | ARB-00041721-ARB-00041787 |
| Sheikh Saleh Soliman Nafie al Habdan | SA | 1175 | 4,692,903.90 | 3,829,000.00 | 12/04/2001-12/31/2002 | ARB-00041788-ARB-00041792 |
| Sheikh Saleh Soliman Nafie al Habdan | SA | 3586 | 122,600.00 | 122,600.00 | 08/29/1998-03/31/2000 | ARB-00041793-ARB-00041795 |
| His Excellency Dr. Abdullah Mohamed Hamad al Muhaizif | SA | 8908 | 0 | 0 | 01/01/1998-12/31/2002 | ARB-00042127-ARB-00042128 |
| Mr. Aqil Abdel Aziz al Aqil | SA | 3412 | 19,848,169.68 | 19,790,501.58 | 01/10/1998-04/15/2002 | ARB-00042129-ARB-00042138 |
| Mr. Mansour Abdel Rahman al Qadi - Abdel Rahman al Aqil | SA | 8507 | 0 | 0.85 | 06/14/2000-06/14/2000 | ARB-00042139-ARB-00042140 |
| Soliman al Abdel Aziz al Rajhi Charitable Organization | SA | 6006 | 4,990,522.00 | 3,188,552.00 | 04/03/2002-04/03/2002 | ARB-00042179-ARB-00042180 |
| Soliman al Abdel Aziz al Rajhi Charitable Organization | SA | 6006 | 0 | 801,300.00 | 12/23/2002-12/23/2002 | ARB-00042181-ARB-00042182 |
| Soliman al Abdel Aziz al Rajhi Charitable Organization | SA | 6006 | 0 | 3,121,420.00 | 04/29/2002-04/29/2002 | ARB-00042183-ARB-00042184 |
| Sheikh Abdel Rahman Abdullah al Rajhi and Saleh al Habdan | SA | 6705 | 0 | 15,000.00 | 03/28/1998-03/28/1998 | ARB-00042185-ARB-00042186 |
| Mr. Abdel Rahman Abdullah Abdel Rahman al Rajhi | SA | 9704 | 0 | 24,750.00 | 07/07/1998-07/07/1998 | ARB-00042187-ARB-00042188 |
| Mr. Towayan Abdullah al Towayan | | 2 450 | 1,353,990.97 | 1,409,845.16 | 05/18/1998-11/05/2002 | ARB-00042189-ARB-00042216 |
| Mr. Towayan Abdullah Ibrahim al Towayan | SA | 3758 | 190,000.00 | 190,000.00 | 07/18/2000-03/10/2001 | ARB-00042217-ARB-00042218 |
| Mr. Towayan Abdullah Ibrahim al Towayan | SA | 6599 | 1,132,948.58 | 1,132,713.62 | 01/12/1998-07/25/2002 | ARB-00042219-ARB-00042245 |