# Exhibit 121

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank Pursuant to Rule 56.1

|  **AL RAJHI BANKING & INVESTMENT CORP.** | Account No. ▉ 04/2<br><br>Customer's Name: [*Truncated Text*] |
|---|---|

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00001098



| | |
|---|---|
| **Mohamed Saeed Hamid al Hadbani al Juhani** <br> 2-4-50 ■ <br> Valid Through: ■ <br> Date of Birth: ■ <br> Place of Birth: ■ <br> ID No. ■ <br> Place of Issue: ■ <br> Date of Issue: ■ | Civil Status <br> ■ <br> [*Handwritten Signature*] |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00001099



| | Full Name:<br>**Mohamed Jamal El Sayyed Ahmed Khalifa**<br><br>Date and Place of Birth<br><br>Father's Name<br><br>Nationality<br><br>Occupation [Literate?]<br><br>Married and has children?<br><br>-5- | |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00001100

|  | Kingdom of Saudi Arabia |
|---|---|
|  | Vital Records Division |
|  | FAMILY ID CARD |
|  | No. ■ |
|  | **Mohamed Jamal ibn El Sayyed Ahmed Mostafa Khalifa** |
|  | Registered in ■ |
|  | Fee: 1 Saudi riyal |
|  | Government Press – Riyadh |
|  | 1393 AH (1973 AD) |
|  | [**SEAL**: *Passport April 06, 1999 AD*] |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00001101

| Physical Descriptions | | Clarifications on change of residence and movements |
|---|---|---|
| Eye Color: ---- <br><br> Face Color: ---- <br><br> Distinctive Features: |  | |
| **Place of Registration** <br><br> District: ---- <br><br> Locality: ---- <br><br> Residence No. ---- <br><br> Residence Type: ---- | | |
| -6- | | -7- |
| | | 22/10/1400 AH [September 01, 1980 AD] |

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00001102

| | |
|---|---|
| AL RAJHI EXCHANGE & TRADE CORP.<br>General Partnership<br>Head Office – Riyadh<br>Kingdom of Saudi Arabia<br>P.O. Box 28<br>Branch: Al Jamaa | In the name of Allah, the Gracious, the Merciful<br><br>[**Logo**: *AL RAJHI EXCHANGE & TRADE CORP.*] |

**ACCOUNT OPENING APPLICATION**

Date: 27/06/1407 AH                                      Corresponding to: February 25, 1987 AD

Manager of the AL RAJHI EXCHANGE & TRADE CORP.
Branch: Al Jamaa

| | |
|---|---|
| Full Name:<br>**Mohamed Jamal bin El Sayyed Ahmed Khalifa**<br>Address: ■<br>Occupation: ■<br>Commercial Registration: _____<br>Nationality, ~~Residence, or Passport~~ No. ■■<br>■■■■■■■■■■ | Account No. ■ 04<br>Signature Forms:<br><br>1. [signature]<br><br>2. [signature] |

Commercial Registration 96
Form A. H. G.

Please open an account in our name with you according to the details shown above. For processing our transactions related to this account, we acknowledge and certify that if you do not receive approval from us to the monthly bank statement sent to us within fifteen days from date of sending, you may consider this account to be finally approved by us.

If you accept our bank statement with you, we authorize you to do so without referring to us. We also authorize you to carry over any balance for us at any of your branches as deposit and payment for what we are owed to pay without referring to us. You may stop the transactions of any account opened in our name at any time, and to ask us to pay for the remaining balance we are owed to pay along with due banking fees. We fully acknowledge to you to pay what we are owed to pay despite our deposit with you.

The company books shall be certified by us and pending to us. We may not challenge or object to them.

We acknowledge to keep the checkbooks. In case they are lost or stolen, we are obliged to inform the company with their numbers. We shall bear all amounts paid from the account for this reason.

We hold the company harmless in case any amounts are spent from the account as result of professional forgery of our signatures.

Identifier: [*Handwritten Signature*]                    Signature: [*Handwritten Signature*]

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00001103

In the name of Allah, the Gracious, the Merciful

AL RAJHI EXCHANGE & TRADE CORP.    **INTERNAL POWER OF ATTORNEY**    [*Logo*: AL RAJHI EXCHANGE & TRADE CORP.]
General Partnership
Head Office – Riyadh
Kingdom of Saudi Arabia
Branch: ----

I, **Mohamed Jamal Ahmed Khalifa**, hereby authorize **Shaikha Mohamed bin Laden** – under this Power of Attorney – in depositing, withdrawing, and transferring from and to our current account with you, No. ▮ 04, whether in debit or credit. The said Agent may accept and endorse all other checks in our name and on our behalf; send you any instructions related to our account with you; borrow from you or get any other banking facilitations from you related to our account with you for any amount whether in return for deposit or not according to the terms and conditions that you deem appropriate; and deposit to you any type of deposit to guarantee payment of debts and obligations.
The said Agent may withdraw any deposits or other funds that may be deposited in our name with you, or that are in our name with you. The said Agent may request you to sell or buy foreign currencies in cash or by checks and may represent us and act on our behalf in everything relating to our funds and dealings with you. This is a final Power of Attorney and authorization regarding everything stated above.

Kindest regards.

Agent's Signature                                    Principal's Signature
[*Handwritten Signature*]                            [*Handwritten Signature*]
Agent's Name
**Shaikha Mohamed bin Laden**

[**SEAL**: *Signature Matching*]
Family ID/~~Passport~~ No. ▮
Address: Mohamed bin Laden Est.

Approval of Branch Manager
[**SEAL**: *Abdullah A. al Rajhi*]
138
28/06/1407 AH [*February 26, 1987 AD*]

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00001104

AL RAJHI EXCHANGE & TRADE CORP.                In the name of Allah, the Gracious, the Merciful
General Partnership
Head Office – Riyadh                            [**Logo**: *AL RAJHI EXCHANGE & TRADE CORP.*]
Kingdom of Saudi Arabia
P.O. Box 28
Branch: Al Jamaa

**ACCOUNT OPENING APPLICATION**

Date: 27/06/1407 AH                             Corresponding to: February 25, 1987 AD

Manager of the AL RAJHI EXCHANGE & TRADE CORP.
Branch: Al Jamaa

| Full Name: **Mohamed Saeed Hamid al Hadbani al Juhani** | Account No. 1▇/5 |
| Address: ▇ | Signature Forms: |
| Occupation: ▇ | 1. [signature] |
| Commercial Registration: _____ | |
| Nationality, ~~Residence, or Passport~~ No. ▇▇ | 2. [signature] |
| ▇▇▇▇ | |
| Computer No. 42 | |

Commercial Registration 96
Form A. H. G.

Please open an account in our name with you according to the details shown above. For processing our transactions related to this account, we acknowledge and certify that if you do not receive approval from us to the monthly bank statement sent to us within fifteen days from date of sending, you may consider this account to be finally approved by us.

If you accept our bank statement with you, we authorize you to do so without referring to us. We also authorize you to carry over any balance for us at any of your branches as deposit and payment for what we are owed to pay without referring to us. You may stop the transactions of any account opened in our name at any time, and to ask us to pay for the remaining balance we are owed to pay along with due banking fees. We fully acknowledge to you to pay what we are owed to pay despite our deposit with you.

The company books shall be certified by us and pending to us. We may not challenge or object to them.

We acknowledge to keep the checkbooks. In case they are lost or stolen, we are obliged to inform the company with their numbers. We shall bear all amounts paid from the account for this reason.

We hold the company harmless in case any amounts are spent from the account as result of professional forgery of our signatures.

Identifier: [*Handwritten Signature*]                Signature: [*Handwritten Signature*]

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00001105

رقم الحساب:



AL RAJHI BANKING & INVESTMENT CORP.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00001098



CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00001099



CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00001100



المملكة العربية السعودية

مديرية احصاء النفوس

دفتر النفوس

عدد

( القيمة ريال واحد )

مطابع الحكومة ــ الرياض

١٣٩٣ هـ

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00001101



CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00001102



بسم الله الرحمن الرحيم

شركة الراجحي للصرافة والتجارة
ثمانية
المركز الرئيسي - الرياض
المملكة العربية السعودية
من . ب ٢٨
فرع ......

## طلب فتح حساب

التاريخ ٢٧/ ٦ /١٤٠٧ هـ   الموافق ٥٥/ ٥ / ١٩٨٧ م

حضرة المكرم مدير شركة الراجحي للصرافة والتجارة
فـــرع ......

| | |
|---|---|
| رقم الحساب | الاسم بالكامل: محمد جمال [...] بن سيد أحمد خليفة |
| | العنوان |
| نماذج التوقيع: | المهنة |
| ١ - | السجل التجاري |
| ٢ - | رقم التابعية أو الإقامة أو جواز السفر |

نرجو فتح حساب باسمنا معكم حسب التفصيلات المبينة أعلاه . ولأجل سير معاملاتنا التي تتعلق بهذا الحساب نقر ونعترف أنه اذا لم تصلكم منا موافقة على كشف الحساب الشهري المرسل الينا خلال خمسة عشر يوماً من تاريخ ارساله فيمكنكم اعتبار هذا الحساب موافقاً عليه منا نهائياً .

واذا وافقتم على كشف حسابنا معكم فانا نخولكم بذلك دون الرجوع الينا كما نخولكم بترحيل أي رصيد لنا في أي فرع من فروعكم تأميناً وسداداً لمطلوبكم منا بدون الرجوع الينا - ولكم الخيار في أن توقفوا في أي وقت حركة أي حساب مفتوح باسمنا وأن تطالبونا بدفع الرصيد الباقي علينا مع ما يستحق من مصاريف مصرفية وإننا نتعهد اليكم تعهداً قاطعاً بسداد مطلوبكم فوراً على الرغم من كل تأمين لنا لديكم .

ونعتبر دفاتر الشركة مصدقة منا وحجة قاطعة علينا وملزمة لنا وليس لنا حق الطعن فيها أو الاعتراض عليها .

ونتعهد بالمحافظة على دفاتر الشيكات - وفي حالة ضياعها أو سرقتها نكون ملزمين بابلاغ الشركة بأرقامها كما نتحمل كافة المبالغ التي تصرف من الحساب لهذا السبب .

وإننا نغلي مسئولية الشركة في حالة صرف أي مبالغ من الحساب نتيجة للتزوير المتقن لتوقيعاتنا .

المعرف ......   التوقيع ......

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00001103

بسم الله الرحمن الرحيم



شركة الراجحي للمصارفة والتجارة

# توكيل داخلي

بموجب هذا قد أوكلت أنا محمد محمد / محمد عبد السيد / شيخ محمد بن لادن في الإيداع والسحب والتحويلات على حسابنا الجاري معكم رقم ▇▇▇ سواء كان مديناً أو دائناً وأن يقبل ويظهر جميع الشيكات الأخرى بأسمنا وبالنيابة عنا وأن يوجه إليكم أي تعليمات بخصوص حسابنا معكم وله أن يستدين منكم أو يحصل على أي تسهيلات مصرفية أخرى على حسابنا معكم لأي مبلغ كان بتأمين أو بدون حسب الشروط والاتفاقات التي ترونها مناسبة وأن يودع لديكم أي نوع من التأمينات لضمان دفع الديون والألتزامات ·

وله أن يسحب أية ودائع او تأمينات او اموال الأخرى قد تكون مودعة بأسمنا لديكم أو التي ترد بأسمنا طرفكم وله ان يطلب منكم بيع او شراء عملات أجنبية نقداً أو بشيكات وأن يقوم مقامنا ويكون عوضا عنا في كل ما يتعلق بأموالنا لديكم ومعاملاتنا معكم ـ ويعتبر هذا بمثابة توكيل واذن قطعي لكم في كل ما ذكر أعلاه

وتفضلوا بقبول فائق الاحترام

توقيع الوكيل

اسم الوكيل شيخ محمد بن لادن

رقم الحفيظة او جواز السفر : ▇▇▇

العنوان : ـ مؤسسة عمر بن لادن

توقيع الموكل

اعتماد مدير الفرع

ABDULLAH A. AL RAJHI (138)

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00001104



بسم الله الرحمن الرحيم

شركة الراجحي للصرافة والتجارة

ضمانية
المركز الرئيسي ـ الرياض
المملكة العربية السعودية
ص. ب ٢٨

فرع ـــــ الجامعة ـــــ

## طلب فتح حساب

التاريخ ١٧ / ٢ / ١٤٠٧ هـ         الموافق ٢٥ / ٢ / ١٩٨٧ م

حضرة المكرم مدير شركة الراجحي للصرافة والتجارة

فــرع ـــــ الجامعة ـــــ

الاسم بالكامل محمد سعيد حميد الهدبان الجهني         رقم الحساب ▇▇▇

العنوان ▇▇▇

المهنة ▇▇▇

السجل التجاري

رقم التابعية أو الاقامة أو جواز السفر ▇▇▇

رقم التحويل ٩٤

نماذج التوقيع : ـ

١ ـ

٢ ـ

نرجو فتح حساب باسمنا معكم حسب التفصيلات المبينة أعلاه ـ ولأجل سير معاملاتنا التي تتعلق بهذا الحساب نقر ونعترف أنه اذا لم تصلكم منا موافقة على كشف الحساب الشهري المرسل الينا خلال خمسة عشر يوماً من تاريخ ارساله فيمكنكم اعتبار هذا الحساب موافقاً عليه منا نهائياً ـ

واذا وافقتم على كشف حسابنا معكم فاننا نخولكم بذلك دون الرجوع الينا كما نخولكم بترحيل أي رصيد لنا في أي فرع من فروعكم تأميناً وسداداً لمطلوبكم منا بدون الرجوع الينا ـ ولكم الخيار في أن توقفوا في أي وقت حركة أي حساب مفتوح باسمنا وأن تطالبونا بدفع الرصيد الباقي علينا مع ما يستحق من مصاريف مصرفية وأننا نتعهد اليكم تعهداً قاطعاً بسداد مطلوبكم فوراً على الرغم من كل تأمين لنا لديكم ـ

ونعتبر دفاتر الشركة مصدقة منا وحجة قاطعة علينا وملزمة لنا وليس لنا حق الطعن فيها أو الاعتراض عليها ـ

ونتعهد بالمحافظة على دفاتر الشيكات ـ وفي حالة ضياعها أو سرقتها نكون ملزمين بابلاغ الشركة بأرقامها كما تتحمل كافة المبالغ التي تصرف من الحساب لهذا السبب ـ

وأننا تخلي مسئولية الشركة في حالة صرف أي مبالغ من الحساب نتيجة للتزوير المتقن لتوقيعاتنا ـ

المعرف ▇▇▇         التوقيع ▇▇▇

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00001105



# TRANSLATION CERTIFICATION STATEMENT

**Project: 20240306Z1D**

**Language**: Arabic > English

**Document title**:   ARB 1098-1105

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**:  Farah  Alshekhli

**Qualifications**:  BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli*          **Date**: 06/03/2024