# Exhibit 124

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank <u>Pursuant to Rule 56.1</u>

| | BRANCH_CA | ACCNO | ACCDATE | TRXCODE | AMOUNT | NOTES | ORIGBRANCH | USERTRX | USERAUTH |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 29600 | | | 001 | | (null) | 16600 | | (null) |
| 2 | 29600 | | 6006 | 20011113 | 001 | -18750000 | (null) | 16600 | 11317877 | (null) |
| 5 | 29600 | | 6006 | 20020603 | 001 | -10000000 | (null) | 16600 | 11317877 | (null) |
| 7 | 29600 | | 6006 | 20020623 | 001 | -10000000 | (null) | 16600 | 11200387 | (null) |
| 8 | 29600 | | 6006 | 20020623 | 001 | -10000000 | (null) | 16600 | 11200387 | (null) |
| 9 | 29600 | | 6006 | 20020818 | 001 | -5500000 | (null) | 16600 | 11317877 | (null) |
| 10 | 29600 | | 6006 | 20020818 | 001 | -12025000 | (null) | 16600 | 11317877 | (null) |
| 14 | 29600 | | 6006 | 20020827 | 001 | -10000000 | (null) | 16600 | 11317877 | (null) |

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00039961