# Exhibit 125

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank <u>Pursuant to Rule 56.1</u>

| April 29, 2002 AD – April 29, 2002 AD | | | 1 | | |
|---|---|---|---|---|---|
| Sulaiman Bin Abdulaziz Al Rajhi Charitable Foundation | | | Dear customer: If the balance is incorrect, please contact one of the auditors directly: Ernst & Young P.O. Box 2732 Riyadh 11461 or KPMG P.O. Box 92876 Riyadh 11663 Al Rabwah Neighborhood, Riyadh – 29600 | | |
| P.O. Box ▮ | | | | | |
| Riyadh ▮ | | | | | |
| Kingdom of Saudi Arabia | | | | | |
| SA ▮ 6006 | | | | | |
| **Opening Balance** | | | | | -1,453,322.00 |
| 14230216 | 20020429 | Withdrawal by check 0000006660 | 8,000.00 | | -1,566,722.00 |
| Currency S.R. | Grand Total | | 3,121,420.00 | 0.00 | -4,574,742.00 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00042183

| April 29, 2002 AD – April 29, 2002 AD | 2 |
|---|---|
| Sulaiman Bin Abdulaziz Al Rajhi Charitable Foundation<br>P.O. Box ▮▮▮<br>Riyadh ▮▮▮<br>Kingdom of Saudi Arabia<br>SA ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ 6006 | Dear customer: If the balance is incorrect, please contact one of the auditors directly:<br>Ernst & Young P.O. Box 2732 Riyadh 11461 or<br>KPMG P.O. Box 92876 Riyadh 11663<br>Al Rabwah Neighborhood, Riyadh – 29600 |

**Transactions**



0
0
8
0
8

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00042184

١                                                                                                                      ٢٠٠٢/٠٤/٢٩ - ٢٠٠٢/٠٤/٢٩

الراجحي الخيرية                                                            مؤسسة سليمان العبد العزيز
عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات                    ص . بريد ▮▮▮
أرنست و يونج ص.ب ٢٧٣٢ الرياض ١١٤٦١ أو                الرياض ▮▮▮
كي بي أم جي ص .ب ٩٢٨٧٦ الرياض ١١٦٦٣               المملكة العربية السعودية

-٢٩٦٠٠       حي الربوة/ الرياض                              SA▮▮▮▮▮▮▮▮   ٦٠٠٦

-١,٤٥٣,٣٢٢.٠٠                                            الرصيد الافتتاحي

-١,٥٦٦,٧٢٢.٠٠                 ٨,٠٠٠.٠٠             ......٦٦٠      السحب بشيك   ٢٠٠٢٠٤٢٩   ١٤٢٣٠٢١٦

-٤,٥٧٤,٧٤٢.٠٠       ٠.٠٠       ٣,١٢١,٤٢٠.٠٠        الأجمالي الكلى                  العملة
                                                                                          ر . س

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00042183

٢

٢٠٠٢/٠٤/٢٩ - ٢٠٠٢/٠٤/٢٩

الراجحي الخيرية

مؤسسة سليمان العبد العزيز

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست و يونج ص.ب ٢٧٣٢ الرياض ١١٤٦١ أو
كي بي أم جي ص.ب ٩٢٨٧٦ الرياض ١١٦٦٣

ص . بريد
الرياض
المملكة العربية السعودية

-٢٩٦٠٠

حي الربوة/ الرياض

SA            ٦٠٠٦



الحركات
-------

.
.
٨
.
٨

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00042184



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20230811VGC

**Language**: Arabic > English

**Document title**: ARB 42183-42184

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 17 years of experience, certified

**Signed**: *Farah Alshekhli*                **Date**: 09/26/2023