# Exhibit 126

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank <u>Pursuant to Rule 56.1</u>

| April 03, 2002 AD – April 03, 2002 AD | | | | | 1 | | |
|---|---|---|---|---|---|---|---|
| Sulaiman Bin Abdulaziz Al Rajhi Charitable Foundation | | | | | Dear customer: If the balance is incorrect, please contact one of the auditors directly: Ernst & Young P.O. Box 2732 Riyadh 11461 or KPMG P.O. Box 92876 Riyadh 11663 Al Rabwah Neighborhood, Riyadh – 29600 | | |
| P.O. Box | | | | | | | |
| Riyadh | | | | | | | |
| Kingdom of Saudi Arabia | | | | | | | |
| SA | | | 6006 | | | | |
| **Opening Balance** | | | | | | | -2,503,129.00 |
| 14230120 | 020403 | Withdrawal by check 0000006459 | | 38,000.00 | | | -603,000.00 |
| Currency S.R. | Grand Total | | | 3,188,552.00 | 4,990,522.00 | | -701,159.00 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00042179

| | |
|---|---|
| April 03, 2002 AD – April 03, 2002 AD<br>Sulaiman Bin Abdulaziz Al Rajhi Charitable Foundation<br>P.O. Box ▮▮▮<br>Riyadh ▮▮▮<br>Kingdom of Saudi Arabia<br>SA ▮▮▮ 6006 | 2<br>Dear customer: If the balance is incorrect, please contact one of the auditors directly:<br>Ernst & Young P.O. Box 2732 Riyadh 11461 or<br>KPMG P.O. Box 92876 Riyadh 11663<br>Al Rabwah Neighborhood, Riyadh – 29600 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00042180

٢٠٠٢/٠٤/٠٣ - ٢٠٠٢/٠٤/٠٣

١

مؤسسة سليمان العبدالعزيز
الراجحي الخيرية
عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست و يونج ص .ب ٢٧٣٢ الرياض ١١٤٦١ أو
كي بي أم جي ص .ب ٩٢٨٧٦ الرياض ١١٦٦٣

ص . بريد
الرياض
المملكة العربية السعودية

SA ████████ ٦٠٠٦          حي الربوة/ الرياض          -٢٩٦٠٠

الرصيد الافتتاحي          -٢,٥٠٣,١٢٩.٠٠



١٤٢٣٠١٢٠  ٠٢٠٤٠٣  السحب بشيك          ٣٨,٠٠٠.٠٠          -٦٠٣,٠٠٠.٠٠
                                      ٦٤٥٩......

العملة          الأجمالي الكلي     ٣,١٨٨,٥٥٢.٠٠   ٤,٩٩٠,٥٢٢.٠٠   -٧٠١,١٥٩.٠٠
ر . س

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00042179

٢

٢٠٠٢/٠٤/٠٣ - ٢٠٠٢/٠٤/٠٣

مؤسسة سليمان العبدالعزيز   الراجحي الخيرية
ص . بريد █████   عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الرياض █████   الاتصال مباشرة بأحد مراجعي الحسابات
المملكة العربية السعودية   أرنست ويونج ص.ب ٢٧٣٢ الرياض ١١٤٦١ أو
كي بي أم جي ص.ب ٩٢٨٧٦ الرياض ١١٦٦٣

-٢٩٦٠٠   حي الربوة / الرياض   SA█████████████ ٠٠٦

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00042180



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20230811VGC

**Language**: Arabic > English

**Document title**: ARB 42179-42180

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 17 years of experience, certifie

**Signed**: *Farah Alshekhli*    **Date**: 09/26/2023