# Exhibit 127

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank
<u>Pursuant to Rule 56.1</u>

| December 23, 2002 AD – December 23, 2002 AD | 1 |
|---|---|
| Sulaiman Bin Abdulaziz Al Rajhi Charitable Foundation<br>P.O. Box ▮<br>Riyadh ▮<br>Kingdom of Saudi Arabia<br>SA ▮ 6006 | Dear customer: If the balance is incorrect,<br>please contact one of the auditors directly:<br>Ernst & Young P.O. Box 2732 Riyadh 11461 or<br>KPMG P.O. Box 92876 Riyadh 11663<br>Al Rabwah Neighborhood, Riyadh – 29600 |

| | | | | | |
|---|---|---|---|---|---|
| **Opening Balance** | | | | | -4,007,293.05 |
| 14231019 | 20021223 | Withdrawal by check 0000009399 | 7,000.00 | | -4,570,593.05 |
| Currency S.R. | Grand Total | | 801,300.00 | 0.00 | -4,808,593.05 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00042181

| | |
|---|---|
| December 23, 2002 AD – December 23, 2002 AD<br>Sulaiman Bin Abdulaziz Al Rajhi Charitable Foundation<br>P.O. Box ███<br>Riyadh ███<br>Kingdom of Saudi Arabia<br>SA ███ 6006 | 2<br>Dear customer: If the balance is incorrect, please contact one of the auditors directly:<br>Ernst & Young P.O. Box 2732 Riyadh 11461 or<br>KPMG P.O. Box 92876 Riyadh 11663<br>Al Rabwah Neighborhood, Riyadh – 29600 |

| Transactions | |
|---|---|
| 0 | ███ |
| 0 | ███ |
| 12 | ███ |
| 0 | ███ |
| 12 | ███ |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00042182

١

٢٠٠٢/١٢/٢٣ - ٢٠٠٢/١٢/٢٣

الراجحي الخيرية

مؤسسة سليمان العبد العزيز

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرن ست و يونغ ص.ب ٢٧٣٢ الرياض ١١٤٦١ أو
كي بي أم جي ص.ب ٩٢٨٧٦ الرياض ١١٦٦٣

ص . بريد
الرياض
المملكة العربية السعودية

-٢٩٦٠٠    حي الربوة/ الرياض                    SA                              ٦..٦

-٤,٠٠٧,٢٩٣.٠٥                                                الرصيد الافتتاحي

-٤,٥٧٠,٠٩٣.٠٥                         ٧,٠٠٠.٠٠            السحب بشيك   ٢٠٠٢١٢٢٣   ١٤٢٣١٠١٩
                                      ......٩٣٩٩

-٤,٨٠٨,٠٩٣.٠٥         ٠.٠٠         ٨٠١,٣٠٠.٠٠         الأجمالي الكلى                     العملة
                                                                                          ر . س

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00042181

٢

٢٠٠٢/١٢/٢٣ - ٢٠٠٢/١٢/٢٣

الراجحي الخيرية

مؤسسة سليمان العبد العزيز

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست و يونج ص.ب ٢٧٣٢ الرياض ١١٤٦١ أو
كي بي أم جي ص.ب ٩٢٨٧٦ الرياض ١١٦٦٣

ص . بريد
الرياض
المملكة العربية السعودية

-٢٩٦٠٠

حي الربوة / الرياض

SA ٦٠٠٦

الحركات
-------

.
.
١٢
.
١٢

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00042182



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20230811VGC

**Language**: Arabic > English

**Document title**: ARB 42181-42182

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**:  Farah Alshekhli

**Qualifications**:  BA in Translation and Interpretation Studies, 17 years of experience, certified

**Signed**: *Farah Alshekhli*      **Date**: 09/26/2023