# Exhibit 128

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank <u>Pursuant to Rule 56.1</u>

Date: 20/01/1420 AH　　　　　　　　　　[*Bilingual Text*]　　　　　　　　　　01613
May 06, 1999 AD　　　　　AL RAJHI BANKING & INVESTMENT CORP.

[**SEAL**: *To be issued to First Beneficiary*]

[*Bilingual Text*]
AL RABWAH BRANCH
RIYADH
Against this Cheque
Pay to the Order of
Al-Haramain Islamic Foundation
The amount of 150,000 SR [One Hundred-Fifty Thousand] Saudi Riyals Only

　　　　　　　　　　　　　　　　　　　　　　Sheikh Suleiman al Abdul Aziz al Rajhi

Signature: [*Handwritten Signature*]

[*Bilingual Text*]
DO NOT WRITE BELOW THIS LINE
001612　　0296　　6006

[**Handwriting**: *893* ✓]

[**Handwriting**: *The check was received – to be sent to the Foundation - 22/01/1420 AH (May 08, 1999 AD) – Handwritten Signature*]

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570, U.S. District Court
for the Southern District of New York

NL0010086

Date: 25/12/1419 AH  [*Bilingual Text*]  001553
April 11, 1999 AD  AL RAJHI BANKING & INVESTMENT CORP.

[**SEAL**: *To be issued to First Beneficiary*]

[*Bilingual Text*]
AL RABWAH BRANCH
RIYADH
Against this Cheque
Pay to the Order of
Al-Haramain Islamic Foundation, Riyadh
The amount of 300,000 SR [Three Hundred Thousand] Saudi Riyals Only

Sheikh Suleiman al Abdul Aziz al Rajhi

Signature: [*Handwritten Signature*]

[*Bilingual Text*]
DO NOT WRITE BELOW THIS LINE
001553   0296   6006

[**Handwriting**: *832* ✓]

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York

NL0010088

Date: 12/01/1420 AH  [*Bilingual Text*]  001593
April 28, 1999 AD  AL RAJHI BANKING & INVESTMENT CORP.

[**SEAL**: *To be issued to First Beneficiary*]

[*Bilingual Text*]
AL RABWAH BRANCH
RIYADH
Against this Cheque
Pay to the Order of
Al-Haramain Islamic Foundation
The amount of 12,500 SR [Twelve Thousand And Five Hundred] Saudi Riyals Only

Sheikh Suleiman al Abdul Aziz al Rajhi

Signature: [*Handwritten Signature*]

[*Bilingual Text*]
DO NOT WRITE BELOW THIS LINE
001593   0296   6006

[**Handwriting**: *871* ✓]

[**SEAL**: *Send a copy to Brother Omar – 13/01/1420 AH (April 29, 1999 AD) – Handwritten Signature*]

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570, U.S. District Court
for the Southern District of New York

NL0010094

[*Bilingual Text*]  
Abdulrahman Bin Abdullah Alrajhi  
Saleh Bin Sulaiman Al-Habdan

In the name of Allah, the Gracious, the Merciful

No. 607/M.H.  
Date: 20/12/1419 AH  
April 06, 1999 AD  
[**Handwriting**: *782 ✓*]  
His Eminence Sheikh Aqil bin Abdul Aziz al Aqil, may Allah bless him  
Director General of Al-Haramain Islamic Foundation  
May the peace, mercy, and blessings of Allah be upon you.  
We ask Allah the almighty that you are doing well.  
With reference to your letter No. 2190/19/2, dated 17/12/1419 AH (April 03, 1999 AD), and subsequent to the phone call with Your Eminence, I am pleased to enclose herewith Check No. 1538 in an amount of 187,500 SR to sponsor the Relief Program for the Muslims of Kosovo.  
We suggest that you may open an office in the Republic of Macedonia. Also, please provide us with a copy of the reports that you receive, so we may be updated on the situations of the refugees of Kosovo in a timely manner.  
May Allah protect the Muslims from hardships and seditions and safeguard their religion and safety.  
May Allah guide you and us to sponsor charity. May Allah guide all to what pleases Allah.  
May the peace, mercy, and blessings of Allah be upon you.  
[**Handwriting**: *Send a copy to Omar Hasan – Handwritten Signature – 25/12/1419 AH (April 11, 1999 AD)*]

Your Brother  
Abdulrahman Bin Abdullah Alrajhi  
[*Handwritten Signature*]

Date: 19/12/1419 AH    [*Bilingual Text*]    001538  
April 05, 1999 AD    AL RAJHI BANKING & INVESTMENT CORP.

[**SEAL**: *To be issued to First Beneficiary*]

[*Bilingual Text*]  
AL RABWAH BRANCH  
RIYADH  
Against this Cheque  
Pay to the Order of  
Al-Haramain Islamic Foundation  
The amount of 187,500 SR [One Hundred Eighty-Seven Thousand And Five Hundred] Saudi Riyals Only  

Sheikh Suleiman al Abdul Aziz al Rajhi

Signature: [*Handwritten Signature*]

[*Bilingual Text*]  
DO NOT WRITE BELOW THIS LINE  
001538   ▮0296▮   ▮6006

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York

NL0010245

١٦١٢•

**AL RAJHI BANKING & INVESTMENT CORP.**
شركة الراجحي المصرفية للاستثمار

RABWAH BRANCH
RIYADH

Date ١٢/٥/٦
١٩٩٩/٥/٦

فرع الربوة الرياض

against this Cheque to the Order of: مؤسسة محمد حسين الخنيزي

the amount of: فقط مائة وخمسون الف ريال لا غير

S.R. ١٥٠,٠٠٠

الشيخ سليمان العبدالعزيز الراجحي

Signature

⑧٩٢

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0010086

••1003

شركة الراجحي المصرفية للاستثمار
AL RAJHI BANKING & INVESTMENT CORP.

AL RABWAH BRANCH
RIYADH

Date: ١٩/٤/١٤٢٠
الربوة الرياض ١٩٩٩

Against this Cheque Pay to the Order of: مؤسسة الحرمين الخيرية / برماهم

بموجب هذا الشيك لأمر

The amount of: مئتا ألف ريال لا غير
المبلغ
S.R. /٢٠٠,٠٠٠/

الشيخ سليمان العبدالعزيز
الراجحي

لا كتب تحت هذا الخط
DO NOT WRITE BELOW THIS LINE

Signature

"001553"  :2961  6006"

٨٢٥

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0010088



Abdulrahman Bin Abdullah Alrajhi
Saleh Bin Sulaiman Al-Habdan



رحمن بن عبدالله الراجحي
سالح بن سليمان الهبدان
الرقم: ٦٠٧/م/ح
التاريخ: ١٤١٩/١٢/٢٠
١٩٩٩/٤/٦

سعادة المكرم الشيخ/ عقيل بن عبدالعزيز العقيل    وفقه الله
مدير عام مؤسسة الحرمين الخيرية
السلام عليكم ورحمة الله وبركاته    وبعد:

نسأل الله سبحانه وتعالى أن تكونوا في أتم صحة وعافية وفضل منه ونعمة دائمة

إشارة الى خطابكم الكريم رقم ٢/١٩/٢١٩٠ وتاريخ ١٤١٩/١٢/١٧هـ، وإلحاقاً للمكالمة الهاتفية مع فضيلتكم يطيب لي ارفاق الشيك رقم ١٥٣٨ بمبلغ ١٨٧,٥٠٠ ريال وذلك لدعم برنامج إغاثة مسلمي كوسوفو .

ونقترح عليكم فتح مكتب في جمهورية مكدونيا، كما نرجو التكرم بتزويدنا بصورة من التقارير التي تصلكم حتى نقف على أوضاع لاجيء. كوسوفو أولاً بأول .

وقى الله المسلمين من المحن والفتن وحفظ عليهم دينهم وأمنهم .

جعلنا الله وإياكم مفاتيح للخير مغاليق للشر ووفق الجميع لما يحبه ويرضاه
والسلام عليكم ورحمة الله وبركاته

أخوكم
عبدالرحمن بن عبدالله الراجحي

---

**AL RAJHI BANKING & INVESTMENT CORP.**
شركة الراجحي المصرفية للاستثمار

00١٥٣٨
AL RABWAH BRANCH
RIYADH

Against this Cheque Pay to the Order of: مؤسسة الحرمين الخيرية
The amount of: ____
S.R. ١٨٠,٥٠٠/

Date ١٤١٩/١٢/٢٩
١٩٩٩/٤/٥
الربوة الرياض

الشيخ سليمان العبدالعزيز الراجحي
Signature

"001538"    0"296":    6006"

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0010245



# TRANSLATION CERTIFICATION STATEMENT

**Project:** NL 10086, 10088, 10094, 10245

**Language:** Arabic > English

**Documents:**
NL 10086, 10088, 10094, 10245

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli*   **Date**: 05/09/2023