# Exhibit 130

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank
<u>Pursuant to Rule 56.1</u>

| January 01, 1998 – December 31, 2002 AD<br>Sheikh Abdel Rahman Abdullah al Rajhi and Saleh al Habdan<br>P.O. Box ▮<br>Riyadh ▮<br>Kingdom of Saudi Arabia<br>SA ▮ 6705 | 1<br>Dear customer: If the balance is incorrect,<br>please contact one of the auditors directly:<br>Ernst & Young P.O. Box 2732 Riyadh 11461 or<br>KPMG P.O. Box 92876 Riyadh 11663<br>Al Rabwah Neighborhood, Riyadh – 29600 |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Opening Balance | | | | | 1,984,042.95 |
| 14180908 | 980106 | Withdrawal by check Youssef Rashid al Ghufaili | 20,000.00 | | 1,964,042.95 |
| 14180915 | 980113 | Debit Entry Note 2310000000 THAILAND TELEX | 24,791.25 | | 1,939,251.70 |
| 14180916 | 980114 | Withdrawal by check Dr. Manie Hammad al Juhani | 100,000.00 | | 1,839,251.70 |
| 14180928 | 980126 | Cashing check No. 692062257768199000T100 | 18,000.00 | | 1,821,251.70 |
| 14180928 | 980126 | Cashing check No. 692062257868199000T100 | 14,850.00 | | 1,806,401.70 |
| 14180928 | 980126 | Withdrawal by check Abdel Mohsen Abdullah al Zikri | 12,000.00 | | 1,794,401.70 |
| 14181019 | 980216 | Cashing check No. 692390257387899710S620 | 35,672.50 | | 1,758,729.20 |
| 14181019 | 980216 | Cashing check No. 692390257625999710Q230 | 65,817.64 | | 1,692,911.56 |
| 14181020 | 980217 | Cashing check No. 692390257825999710Q320 | 59,329.00 | | 1,633,582.56 |
| 14181020 | 980217 | Cashing check No. 692390257925999710Q320 | 56,325.00 | | 1,577,257.56 |
| 14181021 | 980218 | Withdrawal by check Khalid Mohamed Younes | 31,875.00 | | 1,545,382.56 |
| 14181024 | 980221 | Withdrawal by check Hassan Khalid al Bulaihad | 187,800.00 | | 1,357,582.56 |
| Currency S.R. | | | 626,460.39 | 0.00 | 1,357,582.56 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041176

| January 01, 1998 – December 31, 2002 AD | | | 2 | | |
|---|---|---|---|---|---|
| Sheikh Abdel Rahman Abdullah al Rajhi and Saleh al Habdan | | | Dear customer: If the balance is incorrect, please contact one of the auditors directly: | | |
| P.O. Box | | | Ernst & Young P.O. Box 2732 Riyadh 11461 or | | |
| Riyadh | | | KPMG P.O. Box 92876 Riyadh 11663 | | |
| Kingdom of Saudi Arabia | | | Al Rabwah Neighborhood, Riyadh – 29600 | | |
| SA | | 6705 | | | |
| 14181024 | 980221 | Debit Entry Note 2310000000 Ahmed Mohamed Tahir | 65,730.00 | | 1,291,852.56 |
| 14181024 | 980221 | Credit Entry Note 2310000000 | | 65,730.00 | 1,357,582.56 |
| 14181024 | 980221 | Withdrawal by check TLX TO USA | 9,065.00 | | 1,348,517.56 |
| 14181025 | 980222 | Debit Entry Note 2310000000 Abdel Mohsen Abdulah al Zikri | 34,048.30 | | 1,314,469.26 |
| 14181025 | 980222 | Withdrawal by check TLX TO CAMEROON | 16,232.80 | | 1,298,236.46 |
| 14181027 | 980224 | Withdrawal by check Hammoud Mohamed al Lahim | 70,000.00 | | 1,228,236.46 |
| 14181028 | 980225 | Withdrawal by check TLX TO PAPUA NEW | 4,620.00 | | 1,223,616.46 |
| 14181114 | 980312 | Withdrawal by check Mohamed Saleh Gamil Othman | 11,250.00 | | 1,212,366.46 |
| 14181116 | 980314 | Debit Entry Note 2310000000 TLX TO AFRICA | 9,505.00 | | 1,202,861.46 |
| 14181117 | 980315 | Withdrawal by check Adel Mohamed al Salim | 56,250.00 | | 1,146,611.46 |
| 14181119 | 980317 | Withdrawal by check Abdel Aziz Ibrahim al Omari | 12,000.00 | | 1,134,611.46 |
| 14181121 | 980319 | Withdrawal by check Mohamed Ibrahim Shatta | 61,548.00 | | 1,073,063.46 |
| 14181123 | 980321 | Withdrawal by check Abdullah Abdel Aziz al Mosleh | 67,500.00 | | 1,005,563.46 |
| Currency S.R. | | | 1,044,209.49 | 65,730.00 | 1,005,563.46 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041177

| January 01, 1998 – December 31, 2002 AD<br>Sheikh Abdel Rahman Abdullah al Rajhi and Saleh al Habdan<br>P.O. Box<br>Riyadh<br>Kingdom of Saudi Arabia<br>SA                                                6705 | | | 3<br>Dear customer: If the balance is incorrect,<br>please contact one of the auditors directly:<br>Ernst & Young P.O. Box 2732 Riyadh 11461 or<br>KPMG P.O. Box 92876 Riyadh 11663<br>Al Rabwah Neighborhood, Riyadh – 29600 | | |
|---|---|---|---|---|---|
| 14181126 | 980324 | Withdrawal by check Ibrahim Saleh al Quba | 50,000.00 | | 955,563.46 |
| 14181130 | 980328 | Withdrawal by check Aqil Abdel Aziz al Aqil | 15,000.00 | | 940,563.46 |
| 14181215 | 980412 | Withdrawal by check Hamad Bakr al Abian | 6,750.00 | | 933,813.46 |
| 14181218 | 980415 | Cashing check No. 6920622575252200000T100 | 26,625.00 | | 907,188.46 |
| 14181224 | 980421 | Debit Entry Note 2310000000 TELEX FRANCE | 5,971.35 | | 901,217.11 |
| 14181228 | 980425 | Cashing check No. 6925302225766700000T100 | 4,713.75 | | 896,503.36 |
| 14190110 | 980506 | Debit Entry Note 2310000000 TELEX CAMEROON | 24,000.00 | | 872,503.36 |
| 14190114 | 980510 | Cashing check No. 69206525791527902O0200 | 22,079.40 | | 850,423.96 |
| 14190123 | 980519 | Withdrawal by check To the order of Abdel Rahman Mohamed al Awshan | 85,876.00 | | 764,547.96 |
| 14190202 | 980527 | Withdrawal by check Al Shaqaiq Publishing House | 750.00 | | 763,797.96 |
| 14190205 | 980530 | Cashing check No. 6920622570491990000T100 | 1,875.00 | | 761,922.96 |
| 14190210 | 980604 | Cash Deposit 5000000000 From you | | 24,564.00 | 786,486.96 |
| 14190213 | 980607 | Withdrawal by check Abdullah Ibrahim al Misfir | 10,125.00 | | 776,361.96 |
| Currency S.R. | | | 1,297,974.99 | 90,294.00 | 776,361.96 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041178

| January 01, 1998 – December 31, 2002 AD<br>Sheikh Abdel Rahman Abdullah al Rajhi and Saleh al Habdan<br>P.O. Box <br>Riyadh<br>Kingdom of Saudi Arabia<br>SA                                      6705 | | | 4<br>Dear customer: If the balance is incorrect,<br>please contact one of the auditors directly:<br>Ernst & Young P.O. Box 2732 Riyadh 11461 or<br>KPMG P.O. Box 92876 Riyadh 11663<br>Al Rabwah Neighborhood, Riyadh – 29600 | | |
|---|---|---|---|---|---|
| 14190219 | 980613 | Debit Entry Note 2310000000 TELEX BANGLADESH | 7,499.75 | | 768,862.21 |
| 14190220 | 980614 | Debit Entry Note 2310000000 | 37,989.25 | | 730,872.96 |
| 14190220 | 980614 | Cashing check No. 6920622257669199000T100 | 4,125.00 | | 726,747.96 |
| 14190304 | 980628 | Cashing check No. 6920652572163790200P200 | 11,602.95 | | 715,145.01 |
| 14190304 | 980628 | Cashing check No. 6920622257089199000T100 | 7,425.00 | | 707,720.01 |
| 14190304 | 980628 | Cashing check No. 6920622257189199000T100 | 9,000.00 | | 698,720.01 |
| 14190501 | 980823 | Cashing check No. 6926680926405790200T521 | 3,750.03 | | 694,969.98 |
| 14190505 | 980827 | Debit Entry Note 8600000000 to Account No. 7311 in USD | 650,000.00 | | 44,969.98 |
| 14190514 | 980905 | Credit Entry Note 8600000000 from Account No. 7311 | | 200,002.50 | 244,972.48 |
| 14190518 | 980909 | Cashing check No. 6920652573225790200T400 | 3,750.00 | | 241,222.48 |
| 14190603 | 980923 | Debit Entry Note 23100000000 Outbound Remittance Amount | 92,331.60 | | 148,890.88 |
| 14190628 | 981018 | Withdrawal by check Abdel Rahman Soliman al Mazini | 5,850.00 | | 143,040.88 |
| Currency S.R. | | | 2,131,298.57 | 290,296.50 | 143,040.88 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041179

| January 01, 1998 – December 31, 2002 AD<br>Sheikh Abdel Rahman Abdullah al Rajhi and Saleh al Habdan<br>P.O. Box<br>Riyadh<br>Kingdom of Saudi Arabia<br>SA                                6705 ||||| 5<br>Dear customer: If the balance is incorrect,<br>please contact one of the auditors directly:<br>Ernst & Young P.O. Box 2732 Riyadh 11461 or<br>KPMG P.O. Box 92876 Riyadh 11663<br>Al Rabwah Neighborhood, Riyadh – 29600 ||
|---|---|---|---|---|---|
| 14190629 | 981019 | Cashing check No. 6920622257600180000T100 | 4,500.00 | | 138,540.88 |
| 14190630 | 981020 | Withdrawal by check Abdullah Abdel Rahman al Saqir | 50,000.00 | | 88,540.88 |
| 14190719 | 981108 | Cashing check No. 6920622257610180000T100 | 4,500.00 | | 84,040.88 |
| 14190727 | 981116 | Credit Entry Note 4210000000 Amount of checks in Pound sterling | | 148,494.60 | 232,535.48 |
| 14190807 | 981126 | Withdrawal by check Mohamed al Tuwaijri | 100,900.00 | | 131,635.48 |
| 14190903 | 981221 | Withdrawal by check Saud Mohamed al Awshan | 9,600.00 | | 122,035.48 |
| 14210608 | 000906 | Cash deposit SHEIKH SULAIMAN AL RAJHI | | 375,000.00 | 497,035.48 |
| 14210608 | 000906 | Cash deposit SHEIKH SULAIMAN AL RAJHI | | 375,000.00 | 872,035.48 |
| 14210608 | 000906 | Cash deposit SELF | | 375,000.00 | 1,247,035.48 |
| 14210608 | 000906 | Cash deposit ABDULLAH IBRAHIM | | 375,000.00 | 1,622,035.48 |
| 14210608 | 000906 | Cash deposit NASSER ABDULLAH | | 200,000.00 | 1,822,035.48 |
| 14210608 | 000906 | Cash deposit NASSER ABDULLAH | | 375,000.00 | 1,197,035.48 |
| 14210609 | 000907 | Cash deposit Check of Sheikh Sulaiman al Rajhi | | 250,000.00 | 2,447,035.48 |
| Currency S.R. | | | 2,300,798.57 | 2,763,791.10 | 2,447,035.48 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041180

| January 01, 1998 – December 31, 2002 AD                       | | 6                                                                      |
|---|---|---|
| Sheikh Abdel Rahman Abdullah al Rajhi and Saleh al Habdan<br>P.O. Box <br>Riyadh<br>Kingdom of Saudi Arabia<br>SA                                      6705 | | Dear customer: If the balance is incorrect,<br>please contact one of the auditors directly:<br>Ernst & Young P.O. Box 2732 Riyadh 11461 or<br>KPMG P.O. Box 92876 Riyadh 11663<br>Al Rabwah Neighborhood, Riyadh – 29600 |

| | | | | | |
|---|---|---|---|---|---|
| 14210609 | 000907 | Cash deposit<br>Check of Sheikh Sulaiman al Rajhi | | 250,000.00 | 2,697,035.48 |
| 14210609 | 000907 | Cash deposit<br>Check of Sheikh Sulaiman al Rajhi | | 300,000.00 | 2,997,035.48 |
| 14210611 | 000909 | Deposit by check 0000002820 | | 375,000.00 | 3,372,035.48 |
| 14210611 | 000909 | Transfer to you<br>Check 2815 – Account of Sulaiman al Rajhi | | 375,650.00 | 3,747,685.48 |
| 14210611 | 000909 | Transfer to you<br>Check 2818<br>Sulaiman al Rajhi | | 375,000.00 | 4,122,685.48 |
| 14210611 | 000909 | Transfer to you<br>Check 2819<br>Sulaiman al Rajhi | | 375,000.00 | 4,497,685.48 |
| 14210613 | 000911 | Automated branch transactions<br>Office check | | 375,000.00 | 4,872,685.48 |
| 14210613 | 000911 | Automated branch transactions<br>Office check | | 300,000.00 | 5,172,685.48 |
| 14210618 | 000916 | Withdrawal by check<br>Turki Mashwi Assiri | 122,035.48 | | 5,050,650.00 |
| 14210622 | 000920 | Withdrawal by check 0000000119 | 87,500.00 | | 4,963,150.00 |
| 14210623 | 000921 | Deposit by check | | 462,500.00 | 5,425,650.00 |
| 14210623 | 000921 | Withdrawal by check 0000000120 | 252,965.00 | | 5,172,685.00 |
| 14210626 | 000924 | Deposit by check 0000003012 | | 226,000.00 | 5,398,685.00 |
| 14210714 | 001011 | Deposit by check 0000002817 | | 375,000.00 | 5,773,685.00 |
| Currency S.R. | | | 2,763,299.05 | 6,552,941.10 | 5,773,685.00 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041181

| January 01, 1998 – December 31, 2002 AD<br>Sheikh Abdel Rahman Abdullah al Rajhi and Saleh al Habdan<br>P.O. Box<br>Riyadh<br>Kingdom of Saudi Arabia<br>SA 6705 | | | 7<br>Dear customer: If the balance is incorrect,<br>please contact one of the auditors directly:<br>Ernst & Young P.O. Box 2732 Riyadh 11461 or<br>KPMG P.O. Box 92876 Riyadh 11663<br>Al Rabwah Neighborhood, Riyadh – 29600 | | |
|---|---|---|---|---|---|
| 14210817 | 001113 | Withdrawal by check 0000000121 | 100,000.00 | | 5,673,685.00 |
| 14211116 | 010210 | Withdrawal by check 0000000122 | 1,500.00 | | 5,672,185.00 |
| 14211117 | 010211 | Withdrawal by check 0000000123 | 27,500.00 | | 5,644,685.00 |
| 14220101 | 010326 | Withdrawal by check 0000000124 | 18,750.00 | | 5,625,935.00 |
| 14220122 | 010416 | Withdrawal by check Abdel Karim Hammoud Saeed 0000000126 | 100,000.00 | | 5,525,935.00 |
| 14220130 | 010424 | Withdrawal by check 023M 0000000125 0000000125 | 375,650.00 | | 5,150,285.00 |
| 14220201 | 010425 | Withdrawal by check 0000000127 | 226,000.00 | | 4,924,285.00 |
| 14220208 | 010502 | Withdrawal by check 0000000128 | 187,500.00 | | 4,736,785.00 |
| 14220301 | 010524 | Withdrawal by check 0000000130 | 306,000.00 | | 4,430,785.00 |
| 14220311 | 010603 | Withdrawal by check 0000000129 | 300,000.00 | | 4,130,785.00 |
| 14220321 | 010613 | Internal remittance | 140,823.00 | | 3,989,962.00 |
| 14220622 | 010910 | Withdrawal by check to you Check 131 Abdel Rahman al Rajhi and al Habdan 0000000131 | 290,000.00 | | 3,699,962.00 |
| 14220726 | 011013 | Withdrawal by check Check 132 Abdel Rahman Abdullah al Rajhi and Saleh al Habdan 0000000132 | 50,981.25 | | 3,648,980.75 |
| 14220728 | 011015 | Deposit by check 0000000302 | | 300,000.00 | 3,948,980.75 |
| Currency S.R. | | | 4,888,003.30 | 6,852,941.10 | 3,948,980.75 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041182

| January 01, 1998 – December 31, 2002 AD<br>Sheikh Abdel Rahman Abdullah al Rajhi and Saleh al Habdan<br>P.O. Box ███<br>Riyadh ███<br>Kingdom of Saudi Arabia<br>SA ███ 6705 |||| 8<br>Dear customer: If the balance is incorrect,<br>please contact one of the auditors directly:<br>Ernst & Young P.O. Box 2732 Riyadh 11461 or<br>KPMG P.O. Box 92876 Riyadh 11663<br>Al Rabwah Neighborhood, Riyadh – 29600 |||
|---|---|---|---|---|---|---|
| 14220808 | 011024 | Withdrawal by check 0000000133 | 56,250.00 | | | 3,892,730.75 |
| 14220812 | 011028 | Deposit by check<br>Check 51 Ahmed Soliman al Mashali 000000051 | | 270,924.00 | | 4,163,654.75 |
| 14221204 | 020216 | Withdrawal by check 0000000134 | 199,500.00 | | | 3,964,154.75 |
| 14230420 | 020701 | Withdrawal by check 0000000135 | 120,125.00 | | | 3,844,029.75 |
| 14230505 | 020715 | Withdrawal by check 0000000136 | 2,750,000.00 | | | 1,094,029.75 |
| 14230512 | 020722 | Withdrawal by check 0000000137 | 1,000,000.00 | | | 94,029.75 |
| 14230707 | 020914 | Deposit by check<br>Check No. 8489<br>Al Rajhi Charitable Foundation 0000008489 | | 270,000.00 | | 364,029.75 |
| 14231006 | 021210 | Deposit by check<br>Check No. 32<br>Soliman Mohamed al Yahia 0000000032 | | 2,000,000.00 | | 2,364,029.75 |
| 14231006 | 021210 | Deposit by check<br>Check No. 31<br>Soliman Mohamed al Yahia 0000000031 | | 1,000,000.00 | | 3,364,029.75 |
| 14231024 | 021228 | Transfer to Account No. ███603 | 3,364,029.75 | | | 0.00 |
| Currency S.R. | Grand Total | | 12,377,908.05 | 10,393,865.10 | | 0.00 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041183

| | | | | |
|---|---|---|---|---|
| January 01, 1998 – December 31, 2002 AD<br>Sheikh Abdel Rahman Abdullah al Rajhi and Saleh al Habdan<br>P.O. Box <br>Riyadh <br>Kingdom of Saudi Arabia<br>SA                              6705 | | | 9<br>Dear customer: If the balance is incorrect,<br>please contact one of the auditors directly:<br>Ernst & Young P.O. Box 2732 Riyadh 11461 or<br>KPMG P.O. Box 92876 Riyadh 11663<br>Al Rabwah Neighborhood, Riyadh – 29600 | |

| Transactions | Account Summary | | Amount | |
|---|---|---|---|---|
| | Opening balance | | | 1,984,042.95 |
| 10 | Cash deposits | | 2,899,564.00 | |
| 9 | Deposits by checks | | 5,279,424.00 | |
| 8 | Other deposits | | 2,214,877.10 | |
| 27 | Total deposits | | 10,393,865.10 | |
| 44 | Cash withdrawals | 7,567,248.53 | | |
| 30 | Other withdrawals | 4,810,659.52 | | |
| 74 | Total withdrawals | 12,377,908.05 | | |
| | Closing balance | | | 0.00 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041184

١                                                                                           ٢٠٠٢/١٢/٣١ - ١٩٩٨/٠١/٠١

الشيخ
عبد الرحمن عبد الله الراجحي    وصالح الهيدان
عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات         ص . بريد
أرنست ويونج ص.ب ٢٧٣٢ الرياض ١١٤٦١ أو         الرياض
كي بي أم جي ص.ب ٩٢٨٧٦ الرياض ١١٦٦٣          المملكة العربية السعودية

-٢٩٦٠٠    حي الربوة/ الرياض    SA▆▆▆▆▆▆▆▆▆▆▆▆▆٦٧٠٥

| | | | | |
|---|---|---|---|---|
| ١,٩٨٤,٠٤٢.٩٥ | | | الرصيد الافتتاحي | |
| ١,٩٦٤,٠٤٢.٩٥ | ٢٠,٠٠٠.٠٠ | | السحب بشيك يوسف راشد الغفيلي | ٩٨٠١٠٦ ١٤١٨٠٩٠٨ |
| ١,٩٣٩,٢٥١.٧٠ | ٢٤,٧٩١.٢٥ | | اشعار قيد مدين THAILAND···········٢٣١ TELEX | ٩٨٠١١٣ ١٤١٨٠٩١٥ |
| ١,٨٣٩,٢٥١.٧٠ | ١٠٠,٠٠٠.٠٠ | | السحب بشيك د/ مانع حماد الجهني | ٩٨٠١١٤ ١٤١٨٠٩١٦ |
| ١,٨٢١,٢٥١.٧٠ | ١٨,٠٠٠.٠٠ | | صرف شيك رقم T···٩٩١٨٧٧٥٢٢٦٠·٢٩٦ ١٠٠ | ٩٨٠١٢٦ ١٤١٨٠٩٢٨ |
| ١,٨٠٦,٤٠١.٧٠ | ١٤,٨٥٠.٠٠ | | صرف شيك رقم T···٩٩١٨٦٨٧٥٢٢٦٠·٢٩٦ ١٠٠ | ٩٨٠١٢٦ ١٤١٨٠٩٢٨ |
| ١,٧٩٤,٤٠١.٧٠ | ١٢,٠٠٠.٠٠ | | السحب بشيك عبد المحسن عبد الله الزكري | ٩٨٠١٢٦ ١٤١٨٠٩٢٨ |
| ١,٧٥٨,٧٢٩.٢٠ | ٣٥,٦٧٢.٥٠ | | صرف شيك رقم S·١٧٩٩٨٧٨٧٣٥٢·٩٣٢٩٦ ٦٢٠ | ٩٨٠٢١٦ ١٤١٨١٠١٩ |
| ١,٦٩٢,٩١١.٥٦ | ٦٥,٨١٧.٦٤ | | صرف شيك رقم Q·١٧٩٩٩٠٥٢٦٠·٩٣٢٩٦ ٢٣٠ | ٩٨٠٢١٦ ١٤١٨١٠١٩ |
| ١,٦٣٣,٥٨٢.٥٦ | ٥٩,٣٢٩.٠٠ | | صرف شيك رقم Q·١٧٩٩٩٠٥٢٨٧٠·٩٣٢٩٦ ٣٢٠ | ٩٨٠٢١٧ ١٤١٨١٠٢٠ |
| ١,٥٧٧,٢٥٧.٥٦ | ٥٦,٣٢٥.٠٠ | | صرف شيك رقم Q·١٧٩٩٩٠٥٢٩٢٠·٩٣٢٩٦ ٣٢٠ | ٩٨٠٢١٧ ١٤١٨١٠٢٠ |
| ١,٥٤٥,٣٨٢.٥٦ | ٣١,٨٧٥.٠٠ | | السحب بشيك خالد محمد يونس | ٩٨٠٢١٨ ١٤١٨١٠٢١ |
| ١,٣٥٧,٥٨٢.٥٦ | ١٨٧,٨٠٠.٠٠ | | السحب بشيك حسان خالد البليهد | ٩٨٠٢٢١ ١٤١٨١٠٢٤ |

| | | | |
|---|---|---|---|
| ١,٣٥٧,٥٨٢.٥٦ | ٠.٠٠ | ٦٢٦,٤٦٠.٣٩ | العملة ر . س |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041176

٢٠٠٢/١٢/٣١ - ١٩٩٨/٠١/٠١

الشيخ
عبد الرحمن عبد الله الراجحي    وصالح الهيدان

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست ويونج ص.ب ٢٧٣٢ الرياض ١١٤٦١ أو
كي بي أم جي ص.ب ٩٢٨٧٦ الرياض ١١٦٦٣

ص. بريد
الرياض
المملكة العربية السعودية

٦٧٠٥    SA   حي الربوة/ الرياض    -٢٩٦٠٠

| | | | | | |
|---|---|---|---|---|---|
| ١٤١٨١٠٢٤ | ٩٨٠٢٢١ | اشعار قيد مدين ٢٣١٠٠٠٠٠٠٠ احمد محمد طاهر | ٦٥,٧٣٠.٠٠ | | ١,٢٩١,٨٥٢.٥٦ |
| ١٤١٨١٠٢٤ | ٩٨٠٢٢١ | اشعار قيد دائن ٢٣١٠٠٠٠٠٠٠ | | ٦٥,٧٣٠.٠٠ | ١,٣٥٧,٥٨٢.٥٦ |
| ١٤١٨١٠٢٤ | ٩٨٠٢٢١ | السحب بشيك ASU OT XLT | ٩,٠٦٥.٠٠ | | ١,٣٤٨,٥١٧.٥٦ |
| ١٤١٨١٠٢٥ | ٩٨٠٢٢٢ | اشعار قيد مدين ٢٣١٠٠٠٠٠٠٠ عبد المحسن عبد الله الزكرى | ٣٤,٠٤٨.٣٠ | | ١,٣١٤,٤٦٩.٢٦ |
| ١٤١٨١٠٢٥ | ٩٨٠٢٢٣ | السحب بشيك NOORAMAC OT XLT | ١٦,٢٣٢.٨٠ | | ١,٢٩٨,٢٣٦.٤٦ |
| ١٤١٨١٠٢٧ | ٩٨٠٢٢٤ | السحب بشيك حمود محمد اللاحم | ٧٠,٠٠٠.٠٠ | | ١,٢٢٨,٢٣٦.٤٦ |
| ١٤١٨١٠٢٨ | ٩٨٠٢٢٥ | السحب بشيك WEN AUPAP OT XLT | ٤,٦٢٠.٠٠ | | ١,٢٢٣,٦١٦.٤٦ |
| ١٤١٨١١١٤ | ٩٨٠٣١٢ | السحب بشيك محمد صالح جميل عثمان | ١١,٢٥٠.٠٠ | | ١,٢١٢,٣٦٦.٤٦ |
| ١٤١٨١١١٦ | ٩٨٠٣١٤ | اشعار قيد مدين ٢٣١٠٠٠٠٠٠٠ ACIRFA OT CXLT | ٩,٥٠٥.٠٠ | | ١,٢٠٢,٨٦١.٤٦ |
| ١٤١٨١١١٧ | ٩٨٠٣١٥ | السحب بشيك عادل محمد السليم | ٥٦,٢٥٠.٠٠ | | ١,١٤٦,٦١١.٤٦ |
| ١٤١٨١١١٩ | ٩٨٠٣١٧ | السحب بشيك عبد العزيز ابراهيم العمري | ١٢,٠٠٠.٠٠ | | ١,١٣٤,٦١١.٤٦ |
| ١٤١٨١١٢١ | ٩٨٠٣١٩ | السحب بشيك محمد ابراهيم شطه | ٦١,٠٤٨.٠٠ | | ١,٠٧٣,٠٦٣.٤٦ |
| ١٤١٨١١٢٣ | ٩٨٠٣٢١ | السحب بشيك عبد الله عبد العزيز المصلح | ٦٧,٥٠٠.٠٠ | | ١,٠٠٥,٥٦٣.٤٦ |

العملة
ر.س    ١,٠٤٤,٢٠٩.٤٩    ٦٥,٧٣٠.٠٠    ١,٠٠٥,٥٦٣.٤٦

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00041177

٣                                                                                    ٠١/٠١/١٩٩٨ - ٣١/١٢/٢٠٠٢

الشيخ
عبد الرحمن عبد الله الراجحي    وصالح الهيدان
                                                        عزيزي العميل: في حالة عدم صحة الرصيد نرجو
ص . بريد ▮                                              الاتصال مباشرة بأحد مراجعي الحسابات
الرياض                                                  أرنست ويونج ص .ب ٢٧٣٢ الرياض ١١٤٦١ أو
المملكة العربية السعودية                                كي بي أم جي ص .ب ٩٢٨٧٦ الرياض ١١٦٦٣

٦٧٠٥ ▮        SA▮              حي الربوة/ الرياض              -٢٩٦٠٠

| الرصيد | مدين | دائن | البيان | رقم | التاريخ |
|---|---|---|---|---|---|
| ٩٠٠,٠٦٣.٤٦ | | ٥٠,٠٠٠.٠٠ | السحب بشيك ابراهيم صالح القوبع | ٩٨٠٣٢٤ | ١٤١٨١١٢٦ |
| ٩٤٠,٠٦٣.٤٦ | | ١٥,٠٠٠.٠٠ | السحب بشيك عقيل عبد العزيز العقيل | ٩٨٠٣٢٨ | ١٤١٨١١٣٠ |
| ٩٣٣,٨١٣.٤٦ | | ٦,٧٥٠.٠٠ | السحب بشيك حمد بكر العبيان | ٩٨٠٤١٢ | ١٤١٨١٢١٥ |
| ٩٠٧,١٨٨.٤٦ | | ٢٦,٦٢٥.٠٠ | صرف شيك رقم ٦٩٢٠٦٢٢٥٧٠٥٢٥٢٢٠٠٠٠T١٠٠ | ٩٨٠٤١٥ | ١٤١٨١٢١٨ |
| ٩٠١,٢١٧.١١ | | ٥,٩٧١.٣٥ | اشعار قيد مدين ٢٣١٠٠٠٠٠٠٠٠ECNARF XELET | ٩٨٠٤٢١ | ١٤١٨١٢٢٤ |
| ٨٩٦,٥٠٣.٣٦ | | ٤,٧١٣.٧٥ | صرف شيك رقم ٦٩٢٥٣٠٢٢٢٥٧٦٦٧٠٠٠٠T١٠٠ | ٩٨٠٤٢٥ | ١٤١٨١٢٢٨ |
| ٨٧٢,٥٠٣.٣٦ | | ٢٤,٠٠٠.٠٠ | اشعار قيد مدين ٢٣١٠٠٠٠٠٠٠٠NUOREMAC XELET | ٩٨٠٥٠٦ | ١٤١٩٠١١٠ |
| ٨٥٠,٤٢٣.٩٦ | | ٢٢,٠٧٩.٤٠ | صرف شيك رقم ٦٩٢٠٦٢٥٠٧٩١٥٢٧٩٠٢٠O٢٠٠ | ٩٨٠٥١٠ | ١٤١٩٠١١٤ |
| ٧٦٤,٥٤٧.٩٦ | | ٨٥,٨٧٦.٠٠ | السحب بشيك لامر عبد الرحمن محمد ال عوشن | ٩٨٠٥١٩ | ١٤١٩٠١٢٣ |
| ٧٦٣,٧٩٧.٩٦ | | ٧٥٠.٠٠ | السحب بشيك دار الشقائق للنشر | ٩٨٠٥٢٧ | ١٤١٩٠٢٠٢ |
| ٧٦١,٩٢٢.٩٦ | | ١,٨٧٥.٠٠ | صرف شيك رقم ٦٩٢٠٦٢٢٥٧٠٤٩١٩٩٠٠٠T١٠٠ | ٩٨٠٥٣٠ | ١٤١٩٠٢٠٥ |
| ٧٨٦,٤٨٦.٩٦ | ٢٤,٥٦٤.٠٠ | | ايداع نقدي منكم٥٠٠٠٠٠٠٠٠٠ | ٩٨٠٦٠٤ | ١٤١٩٠٢١٠ |
| ٧٧٦,٣٦١.٩٦ | | ١٠,١٢٥.٠٠ | السحب بشيك عبد الله ابراهيم المسفر | ٩٨٠٦٠٧ | ١٤١٩٠٢١٣ |

| ٧٧٦,٣٦١.٩٦ | ٩٠,٢٩٤.٠٠ | ١,٢٩٧,٩٧٤.٩٩ | | | العملة ر . س |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041178

٤

٢٠٠٢/١٢/٣١ - ١٩٩٨/٠١/٠١

الشيخ
عبد الرحمن عبد الله الراجحي     وصالح الهيدان         عزيزي العميل: في حالة عدم صحة الرصيد نرجو
                                                      الاتصال مباشرة بأحد مراجعي الحسابات
ص . بريد                                              أرنست و يونج ص.ب ٢٧٣٢ الرياض ١١٤٦١ أو
الرياض                                                كي بي أم جي ص.ب ٩٢٨٧٦ الرياض ١١٦٦٣
المملكة العربية السعودية

‎-٢٩٦٠٠              حي الربوة/ الرياض            SA            ٦٧٠٥

| ٧٦٨,٨٦٢.٢١ | | ٧,٤٩٩.٧٥ | اشعار قيد مدين<br>HSEDALGNA........٢٣١<br>B XELET | ٩٨٠٦١٣ | ١٤١٩٠٢١٩ |
| ٧٣٠,٨٧٢.٩٦ | | ٣٧,٩٨٩.٢٥ | اشعار قيد مدين<br>........٢٣١ | ٩٨٠٦١٤ | ١٤١٩٠٢٢٠ |
| ٧٢٦,٧٤٧.٩٦ | | ٤,١٢٥.٠٠ | صرف شيك رقم<br>T...٦٩١٩٩٧٦٦٢٢٠٦٩٢<br>١٠٠ | ٩٨٠٦١٤ | ١٤١٩٠٢٢٠ |
| ٧١٥,١٤٥.٠١ | | ١١,٦٠٢.٩٥ | صرف شيك رقم<br>P٢٠٩٧٣١٢٧٧٥٢٠٦٩٢<br>٢٠٠ | ٩٨٠٦٢٨ | ١٤١٩٠٣٠٤ |
| ٧٠٧,٧٢٠.٠١ | | ٧,٤٢٥.٠٠ | صرف شيك رقم<br>T...٦٩١٩٨٠٧٥٢٢٠٦٩٢<br>١٠٠ | ٩٨٠٦٢٨ | ١٤١٩٠٣٠٤ |
| ٦٩٨,٧٢٠.٠١ | | ٩,٠٠٠.٠٠ | صرف شيك رقم<br>T...٦٩١٩٨١٧٥٢٢٠٦٩٢<br>١٠٠ | ٩٨٠٦٢٨ | ١٤١٩٠٣٠٤ |
| ٦٩٤,٩٦٩.٩٨ | | ٣,٧٥٠.٠٣ | صرف شيك رقم<br>T٢٠٢٩٧٥٠٤٦٢٩٠٨٦٢٢٦٩٢<br>٥٢١ | ٩٨٠٨٢٣ | ١٤١٩٠٥٠١ |
| ٤٤,٩٦٩.٩٨ | | ٦٥٠,٠٠٠.٠٠ | اشعار قيد مدين<br>ج الى........٨٦٠٠<br>بالدولار | ٩٨٠٨٢٧ | ١٤١٩٠٥٠٥ |
| ٢٤٤,٩٧٢.٤٨ | ٢٠٠,٠٠٢.٥٠ | | اشعار قيد دائن<br>من٨٦........<br>ج | ٩٨٠٩٠٥ | ١٤١٩٠٥١٤ |
| ٢٤١,٢٢٢.٤٨ | | ٣,٧٥٠.٠٠ | صرف شيك رقم<br>T٢٠٢٩٧٥٢٢٢٣٧٥٢٠٦٩٢<br>٤٠٠ | ٩٨٠٩٠٩ | ١٤١٩٠٥١٨ |
| ١٤٨,٨٩٠.٨٨ | | ٩٢,٣٣١.٦٠ | اشعار قيد مدين<br>قيمه٢٣١........<br>حواله صادرة | ٩٨٠٩٢٣ | ١٤١٩٠٦٠٣ |
| ١٤٣,٠٤٠.٨٨ | | ٥,٨٥٠.٠٠ | السحب بشيك<br>عبد الرحمن سليمان<br>المزيني | ٩٨١٠١٨ | ١٤١٩٠٦٢٨ |

| ١٤٣,٠٤٠.٨٨ | ٢٩٠,٢٩٦.٥٠ | ٢,١٣١,٢٩٨.٥٧ | | العملة |
| | | | | ر . س |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041179

٠١/٠١/١٩٩٨ - ٣١/١٢/٢٠٠٢

الشيخ
عبد الرحمن عبد الله الراجحي   وصالح الهيدان   عزيزي العميل: في حالة عدم صحة الرصيد نرجو
ص . بريد                                                                                الاتصال مباشرة بأحد مراجعي الحسابات
الرياض                                                                                    أرنست و يونج ص .ب ٢٧٣٢ الرياض ١١٤٦١ أو
المملكة العربية السعودية                                                             كي بي أم جي ص .ب ٩٢٨٧٦ الرياض ١١٦٦٣

٧٠٥          SA                          حي الربوة/ الرياض      -٢٩٦٠٠

| التاريخ | رقم | البيان | مدين | دائن | الرصيد |
|---|---|---|---|---|---|
| ١٤١٩٠٦٢٩ | ٩٨١٠١٩ | صرف شيك رقم T٠٠٠٠١٨٠٠١٦٢٢٥٠٧٦٢٠٩١٠٠ | ٤,٥٠٠.٠٠ | | ١٣٨,٥٤٠.٨٨ |
| ١٤١٩٠٦٣٠ | ٩٨١٠٢٠ | السحب بشيك عبد الله عبد الرحمن الصقير | ٥٠,٠٠٠.٠٠ | | ٨٨,٥٤٠.٨٨ |
| ١٤١٩٠٧١٩ | ٩٨١١٠٨ | صرف شيك رقم T٠٠٠٠١٨٠١٦٢٢٥٠٧٦٢٠٩١٠٠ | ٤,٥٠٠.٠٠ | | ٨٤,٠٤٠.٨٨ |
| ١٤١٩٠٧٢٧ | ٩٨١١١٦ | اشعار قيد دائن قيمه٤٢١٠٠٠٠٠٠ شيكات بالجنيه الاسترليني | | ١٤٨,٤٩٤.٦٠ | ٢٣٢,٥٣٥.٤٨ |
| ١٤١٩٠٨٠٧ | ٩٨١١٢٦ | السحب بشيك محمد التويجري | ١٠٠,٩٠٠.٠٠ | | ١٣١,٦٣٥.٤٨ |
| ١٤١٩٠٩٠٣ | ٩٨١٢٢١ | السحب بشيك سعود محمد ال عوشن | ٩,٦٠٠.٠٠ | | ١٢٢,٠٣٥.٤٨ |
| ١٤٢١٠٦٠٨ | ٠٠٠٩٠٦ | ايداع نقدي IHJAR LA NAMIALUS HKIAHS | | ٣٧٥,٠٠٠.٠٠ | ٤٩٧,٠٣٥.٤٨ |
| ١٤٢١٠٦٠٨ | ٠٠٠٩٠٦ | ايداع نقدي IHJAR LA NAMIALUS HKIAHS | | ٣٧٥,٠٠٠.٠٠ | ٨٧٢,٠٣٥.٤٨ |
| ١٤٢١٠٦٠٨ | ٠٠٠٩٠٦ | ايداع نقدي FLES | | ٣٧٥,٠٠٠.٠٠ | ١,٢٤٧,٠٣٥.٤٨ |
| ١٤٢١٠٦٠٨ | ٠٠٠٩٠٦ | ايداع نقدي MIHARBI HALLUDBA | | ٣٧٥,٠٠٠.٠٠ | ١,٦٢٢,٠٣٥.٤٨ |
| ١٤٢١٠٦٠٨ | ٠٠٠٩٠٦ | ايداع نقدي HALLUDBA RESSAN | | ٢٠٠,٠٠٠.٠٠ | ١,٨٢٢,٠٣٥.٤٨ |
| ١٤٢١٠٦٠٨ | ٠٠٠٩٠٦ | ايداع نقدي HALLUDBA RESSAN | | ٣٧٥,٠٠٠.٠٠ | ٢,١٩٧,٠٣٥.٤٨ |
| ١٤٢١٠٦٠٩ | ٠٠٠٩٠٧ | ايداع نقدي شيك الشيخ سليمان الراجحي | | ٢٥٠,٠٠٠.٠٠ | ٢,٤٤٧,٠٣٥.٤٨ |

العملة
ر . س                     ٢,٣٠٠,٧٩٨.٥٧        ٢,٧٦٣,٧٩١.١٠         ٢,٤٤٧,٠٣٥.٤٨

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041180

٦

٠١/٠١/١٩٩٨ - ٣١/١٢/٢٠٠٢

الشيخ
عبد الرحمن عبد الله الراجحي

ص . بريد ▮▮▮
الرياض
المملكة العربية السعودية

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست ويونج ص .ب ٢٧٣٢ الرياض ١١٤٦١ أو
كي بي أم جي ص .ب ٩٢٨٧٦ الرياض ١١٦٦٣

وصالح الهيدان

حي الربوة / الرياض    SA▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    ▮▮٧٠٥
-٢٩٦٠٠

| الرصيد | مدين | دائن | البيان | رقم | التاريخ |
|---|---|---|---|---|---|
| ٢,٦٩٧,٠٣٥.٤٨ | | ٢٥٠,٠٠٠.٠٠ | ايداع نقدي شيك الشيخ سليمان الراجحي | ٠٠٠٩٠٧ | ١٤٢١٠٦٠٩ |
| ٢,٩٩٧,٠٣٥.٤٨ | | ٣٠٠,٠٠٠.٠٠ | ايداع نقدي شيك الشيخ سليمان الراجحي | ٠٠٠٩٠٧ | ١٤٢١٠٦٠٩ |
| ٣,٣٧٢,٠٣٥.٤٨ | | ٣٧٥,٠٠٠.٠٠ | ايداع بشيك ٠٠٠٠٠٠٢٨٢٠ | ٠٠٠٩٠٩ | ١٤٢١٠٦١١ |
| ٣,٧٤٧,٦٨٥.٤٨ | | ٣٧٥,٦٥٠.٠٠ | تحويل لكم ش ٢٨١٥ح سليمان الراجحي | ٠٠٠٩٠٩ | ١٤٢١٠٦١١ |
| ٤,١٢٢,٦٨٥.٤٨ | | ٣٧٥,٠٠٠.٠٠ | تحويل لكم ش ٢٨١٨سليمان الراجحي | ٠٠٠٩٠٩ | ١٤٢١٠٦١١ |
| ٤,٤٩٧,٦٨٥.٤٨ | | ٣٧٥,٠٠٠.٠٠ | تحويل لكم ش ٢٨١٩سليمان الراجحي | ٠٠٠٩٠٩ | ١٤٢١٠٦١١ |
| ٤,٨٧٢,٦٨٥.٤٨ | | ٣٧٥,٠٠٠.٠٠ | حركات فرع آلي على فرع شيك المكتب | ٠٠٠٩١١ | ١٤٢١٠٦١٣ |
| ٥,١٧٢,٦٨٥.٤٨ | | ٣٠٠,٠٠٠.٠٠ | حركات فرع آلي على فرع شيك المكتب | ٠٠٠٩١١ | ١٤٢١٠٦١٣ |
| ٥,٠٥٠,٦٥٠.٠٠ | ١٢٢,٠٣٥.٤٨ | | السحب بشيك تركي مشعوي عسيري | ٠٠٠٩١٦ | ١٤٢١٠٦١٨ |
| ٤,٩٦٣,١٥٠.٠٠ | ٨٧,٥٠٠.٠٠ | | السحب بشيك ٠٠٠٠٠٠١١٩ | ٠٠٠٩٢٠ | ١٤٢١٠٦٢٢ |
| ٥,٤٢٥,٦٥٠.٠٠ | | ٤٦٢,٥٠٠.٠٠ | ايداع بشيك | ٠٠٠٩٢١ | ١٤٢١٠٦٢٣ |
| ٥,١٧٢,٦٨٥.٠٠ | ٢٥٢,٩٦٥.٠٠ | | السحب بشيك ٠٠٠٠٠٠١٢٠ | ٠٠٠٩٢١ | ١٤٢١٠٦٢٣ |
| ٥,٣٩٨,٦٨٥.٠٠ | | ٢٢٦,٠٠٠.٠٠ | ايداع بشيك ٠٠٠٠٠٣٠١٢ | ٠٠٠٩٢٤ | ١٤٢١٠٦٢٦ |
| ٥,٧٧٣,٦٨٥.٠٠ | | ٣٧٥,٠٠٠.٠٠ | ايداع بشيك ٠٠٠٠٠٢٨١٧ | ٠٠١٠١١ | ١٤٢١٠٧١٥ |

| ٥,٧٧٣,٦٨٥.٠٠ | ٦,٥٠٢,٩٤١.١٠ | ٢,٧٦٣,٢٩٩.٠٥ | العملة ر . س |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041181

٧

٢٠٠٢/١٢/٣١ - ١٩٩٨/٠١/٠١

الشيخ
عبد الرحمن عبد الله الراجحي  وصالح الهيدان

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست و يونغ ص.ب ٢٧٣٢ الرياض ١١٤٦١ أو
كي بي أم جي ص.ب ٩٢٨٧٦ الرياض ١١٦٦٣

ص. بريد ▮
الرياض
المملكة العربية السعودية

-٢٩٦٠٠   حي الربوة/ الرياض   SA▮   ▮٦٧٠٥

| الرصيد | مدين | دائن | البيان | رقم | التاريخ |
|---|---|---|---|---|---|
| ٥,٦٧٣,١٨٥.٠٠ | | ١٠٠,٠٠٠.٠٠ | السحب بشيك ........١٢١ | ٠٠١١١٣ | ١٤٢١٠٨١٧ |
| ٥,٦٧٢,١٨٥.٠٠ | | ١,٠٠٠.٠٠ | السحب بشيك ........١٢٢ | ٠١٠٢١٠ | ١٤٢١١١١٦ |
| ٥,٦٤٤,٦٨٥.٠٠ | | ٢٧,٥٠٠.٠٠ | السحب بشيك ........١٢٣ | ٠١٠٢١١ | ١٤٢١١١١٧ |
| ٥,٦٢٥,٩٣٥.٠٠ | | ١٨,٧٥٠.٠٠ | السحب بشيك ........١٢٤ | ٠١٠٣٢٦ | ١٤٢٢٠١٠١ |
| ٥,٥٢٥,٩٣٥.٠٠ | | ١٠٠,٠٠٠.٠٠ | السحب بشيك عبد الكريم حمود سعيد ........١٢٦ | ٠١٠٤١٦ | ١٤٢٢٠١٢٢ |
| ٥,١٥٠,٢٨٥.٠٠ | | ٣٧٥,٦٥٠.٠٠ | السحب بشيك ........١٢٥ M٢٣٠ ........١٢٥ | ٠١٠٤٢٤ | ١٤٢٢٠١٣٠ |
| ٤,٩٢٤,٢٨٥.٠٠ | | ٢٢٦,٠٠٠.٠٠ | السحب بشيك ........١٢٧ | ٠١٠٤٢٥ | ١٤٢٢٠٢٠١ |
| ٤,٧٣٦,٧٨٥.٠٠ | | ١٨٧,٥٠٠.٠٠ | السحب بشيك ........١٢٨ | ٠١٠٥٠٢ | ١٤٢٢٠٢٠٨ |
| ٤,٤٣٠,٧٨٥.٠٠ | | ٣٠٦,٠٠٠.٠٠ | السحب بشيك ........١٣٠ | ٠١٠٥٢٤ | ١٤٢٢٠٣٠١ |
| ٤,١٣٠,٧٨٥.٠٠ | | ٣٠٠,٠٠٠.٠٠ | السحب بشيك ........١٢٩ | ٠١٠٦٠٣ | ١٤٢٢٠٣١١ |
| ٣,٩٨٩,٩٦٢.٠٠ | | ١٤٠,٨٢٣.٠٠ | حوالة داخلية | ٠١٠٦١٣ | ١٤٢٢٠٣٢١ |
| ٣,٦٩٩,٩٦٢.٠٠ | | ٢٩٠,٠٠٠.٠٠ | السحب بشيك لكم ش ١٣١ عبد الرحمن الراجحي والهيدان ........١٣١ | ٠١٠٩١٠ | ١٤٢٢٠٦٢٢ |
| ٣,٦٤٨,٩٨٠.٧٥ | | ٥٠,٩٨١.٢٥ | السحب بشيك شيك ١٣٢ عبد الرحمن عبد الله الراجحي و صالح الهيدان ........١٣٢ | ٠١١٠١٣ | ١٤٢٢٠٧٢٦ |
| ٣,٩٤٨,٩٨٠.٧٥ | ٣٠٠,٠٠٠.٠٠ | | ايداع بشيك ........٣٠٢ | ٠١١٠١٥ | ١٤٢٢٠٧٢٨ |

| ٣,٩٤٨,٩٨٠.٧٥ | ٦,٨٥٢,٩٤١.١٠ | ٤,٨٨٨,٠٠٣.٣٠ | العملة ر. س |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041182

٨

٠١/٠١/١٩٩٨ - ٣١/١٢/٢٠٠٢

الشيخ
عبد الرحمن عبد الله الراجحي    وصالح الهيدان

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست و يونغ ص . ب ٢٧٣٢ الرياض ١١٤٦١ أو
كي بي أم جي ص . ب ٩٢٨٧٦ الرياض ١١٦٦٣

ص . بريد ▉
الرياض
المملكة العربية السعودية

▉٦٧٠٥    SA▉    حي الربوة / الرياض    -٢٩٦٠٠

| | | | | |
|---|---|---|---|---|
| ١٤٢٢٠٨٠٨ | ٠١١٠٢٤ | السحب بشيك ..........١٣٣ | ٥٦,٢٥٠.٠٠ | | ٣,٨٩٢,٧٣٠.٧٥ |
| ١٤٢٢٠٨١٢ | ٠١١٠٢٨ | ايداع بشيك شيك ٥١ احمد سليمان المشعلي ..........٥١ | | ٢٧٠,٩٢٤.٠٠ | ٤,١٦٣,٦٥٤.٧٥ |
| ١٤٢٢١٢٠٤ | ٠٢٠٢١٦ | السحب بشيك ..........١٣٤ | ١٩٩,٥٠٠.٠٠ | | ٣,٩٦٤,١٥٤.٧٥ |
| ١٤٢٣٠٤٢٠ | ٠٢٠٧٠١ | السحب بشيك ..........١٣٥ | ١٢٠,١٢٥.٠٠ | | ٣,٨٤٤,٠٢٩.٧٥ |
| ١٤٢٣٠٥٠٥ | ٠٢٠٧١٥ | السحب بشيك ..........١٣٦ | ٢,٧٥٠,٠٠٠.٠٠ | | ١,٠٩٤,٠٢٩.٧٥ |
| ١٤٢٣٠٥١٢ | ٠٢٠٧٢٢ | السحب بشيك ..........١٣٧ | ١,٠٠٠,٠٠٠.٠٠ | | ٩٤,٠٢٩.٧٥ |
| ١٤٢٣٠٧٠٧ | ٠٢٠٩١٤ | ايداع بشيك رقم الشيك ٨٤٨٩ م الراجحي الخيرية ..........٨٤٨٩ | | ٢٧٠,٠٠٠.٠٠ | ٣٦٤,٠٢٩.٧٥ |
| ١٤٢٣١٠٠٦ | ٠٢١٢١٠ | ايداع بشيك رقم الشيك ٣٢ سليمان محمد اليحيى ..........٣٢ | | ٢,٠٠٠,٠٠٠.٠٠ | ٢,٣٦٤,٠٢٩.٧٥ |
| ١٤٢٣١٠٠٦ | ٠٢١٢١٠ | ايداع بشيك رقم الشيك ٣١ سليمان محمد اليحيى ..........٣١ | | ١,٠٠٠,٠٠٠.٠٠ | ٣,٣٦٤,٠٢٩.٧٥ |
| ١٤٢٣١٠٢٤ | ٠٢١٢٢٨ | تحويل الى ج ▉ | ٣,٣٦٤,٠٢٩.٧٥ | | ٠.٠٠ |

العملة    الاجمالي الكلي    ١٢,٣٧٧,٩٠٨.٠٥    ١٠,٣٩٣,٨٦٥.١٠    ٠.٠٠
ر . س

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041183

٩

٢٠٠٢/١٢/٣١ - ١٩٩٨/٠١/٠١

الشيخ
عبد الرحمن عبد الله الراجحي      وصالح الهيدان      عزيزي العميل: في حالة عدم صحة الرصيد نرجو
                                                     الاتصال مباشرة بأحد مراجعي الحسابات
ص. بريد                                              أرنست ويونج ص.ب ٢٧٣٢ الرياض ١١٤٦١ أو
الرياض                                               كي بي أم جي ص.ب ٩٢٨٧٦ الرياض ١١٦٦٣
المملكة العربية السعودية

-٢٩٦٠٠          حي الربوة / الرياض          SA٠             ٦٧٠٥

| الحركات | ملخص الحساب | | المبلغ |
|---|---|---|---|
| | الرصيد الافتتاحي | | ١,٩٨٤,٠٤٢.٩٥ |
| ١٠ | الايداعات النقدية | | ٢,٨٩٩,٥٦٤.٠٠ |
| ٩ | الايداعات بشيكات | | ٥,٢٧٩,٤٢٤.٠٠ |
| ٨ | الايداعات الاخرى | | ٢,٢١٤,٨٧٧.١٠ |
| ٢٧ | اجمالي الايداعات | | ١٠,٣٩٣,٨٦٥.١٠ |
| ٤٤ | السحوبات النقدية | ٧,٥٦٧,٢٤٨.٥٣ | |
| ٣٠ | السحوبات الاخرى | ٤,٨١٠,٦٥٩.٥٢ | |
| ٧٤ | اجمالي السحوبات | ١٢,٣٧٧,٩٠٨.٠٥ | |
| | رصيد الاقفال | | ٠.٠٠ |

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00041184



# TRANSLATION CERTIFICATION STATEMENT

**Project: 20240306Z1D**

**Language**: Arabic > English

**Document title**:   ARB 41176-41184

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**:  Farah  Alshekhli

**Qualifications**:  BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli*                               **Date**: 06/03/2024