# Exhibit 132

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank <u>Pursuant to Rule 56.1</u>

| March 28, 1998 – March 28, 1998 AD<br>Sheikh Abdel Rahman Abdullah al Rajhi and Saleh al Habdan<br>P.O. Box ▮<br>Riyadh ▮<br>Kingdom of Saudi Arabia<br>SA▮▮▮▮▮▮▮6705 | | | 1<br>Dear customer: If the balance is incorrect,<br>please contact one of the auditors directly:<br>Ernst & Young P.O. Box 2732 Riyadh 11461 or<br>KPMG P.O. Box 92876 Riyadh 11663<br>Al Rabwah Neighborhood, Riyadh – 29600 | | |
|---|---|---|---|---|---|
| **Opening Balance** | | | | | 955,563.46 |
| 14181130 | 19980328 | Withdrawal by check<br>Aqil Abdel Aziz al Aqil | 15,000.00 | | 940,563.46 |
| Currency<br>S.R. | Grand Total | | 15,000.00 | 0.00 | 940,563.46 |

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00042185

| March 28, 1998 – March 28, 1998 AD<br>Sheikh Abdel Rahman Abdullah al Rajhi and Saleh al Habdan<br>P.O. Box<br>Riyadh<br>Kingdom of Saudi Arabia<br>SA6705 | 2<br>Dear customer: If the balance is incorrect,<br>please contact one of the auditors directly:<br>Ernst & Young P.O. Box 2732 Riyadh 11461 or<br>KPMG P.O. Box 92876 Riyadh 11663<br>Al Rabwah Neighborhood, Riyadh – 29600 |
|---|---|

| Transactions | Account Summary | | Amount | |
|---|---|---|---|---|
| | Opening balance | | | 955,563.46 |
| 0 | Other deposits | 0.00 | | |
| 0 | Total deposits | 0.00 | | |
| 1 | Cash withdrawals | 15,000.00 | | |
| 0 | Other withdrawals | 0.00 | | |
| 1 | Total withdrawals | 15,000.00 | | |
| | Closing balance | | | 940,563.46 |

| | |
|---|---|
| Available balance today | 565.50 |
| Total credit reserved entries | 0.00 |
| Total debit reserved entries | 0.00 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00042186

١

١٩٩٨/٠٣/٢٨ - ١٩٩٨/٠٣/٢٨

الشيخ
وصالح الهبدان
عبد الرحمن عبد الله الراجحي

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست و يونغ ص.ب ٢٧٣٢ الرياض ١١٤٦١ أو
كي بي أم جي ص.ب ٩٢٨٧٦ الرياض ١١٦٦٣

ص . بريد
الرياض
المملكة العربية السعودية

-٢٩٦٠٠
حي الربوة/ الرياض
SA ‎                      ٦٧٠٥

٩٥٥,٥٦٣.٤٦
الرصيد الافتتاحي

٩٤٠,٥٦٣.٤٦         ١٥,٠٠٠.٠٠         ١٩٩٨٠٣٢٨   ١٤١٨١١٣٠  السحب بشيك
عقيل
عبد العزيز العقيل

٩٤٠,٥٦٣.٤٦         ٠.٠٠         ١٥,٠٠٠.٠٠         الأجمالي الكلي         العملة
ر . س

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00042185

٢

١٩٩٨/٠٣/٢٨ - ١٩٩٨/٠٣/٢٨

الشيخ
عبد الرحمن عبد الله الراجحي

ص . بريد
الرياض
المملكة العربية السعودية

وصالح الهيدان
عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست و يونج ص .ب ٢٧٣٢ الرياض ١١٤٦١ أو
كي بي أم جي ص .ب ٩٢٨٧٦ الرياض ١١٦٦٣

SA ٦٧٠٥

-٢٩٦٠٠   حي الربوة / الرياض

| الحركات | ملخص الحساب | المبلغ |
|---|---|---|
| | الرصيد الافتتاحي | ٩٥٥,٥٦٣.٤٦ |
| ٠ | الايداعات الاخرى | ٠.٠٠ |
| ٠ | اجمالي الايداعات | ٠.٠٠ |
| ١ | السحوبات النقدية | ١٥,٠٠٠.٠٠ |
| ٠ | السحوبات الاخرى | ٠.٠٠ |
| ١ | اجمالي السحوبات | ١٥,٠٠٠.٠٠ |
| | رصيد الاقفال | ٩٤٠,٥٦٣.٤٦ |

| | الرصيد المتاح اليوم | ٥٦٥.٥٠ |
| | أجمالي قيود محجوزة دائنة | ٠.٠٠ |
| | أجمالي قيود محجوزة مدينة | ٠.٠٠ |

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00042186



# TRANSLATION CERTIFICATION STATEMENT

**Project: 20240306Z1D**

**Language**: Arabic > English

**Document title**:    ARB 42185-42186

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah  Alshekhli

**Qualifications**:  BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli*        **Date**: 06/03/2024