# Exhibit 133

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank
Pursuant to Rule 56.1

| July 07, 1998 – July 07, 1998 AD<br>Mr. Abdel Rahman Abdullah Abdel Rahman al Rajhi<br>P.O. Box ███<br>Riyadh ███<br>Kingdom of Saudi Arabia<br>SA ████████ 9704 | 1<br>Dear customer: If the balance is incorrect, please contact one of the auditors directly: Ernst & Young P.O. Box 2732 Riyadh 11461 or KPMG P.O. Box 92876 Riyadh 11663 Al Rabwah Neighborhood, Riyadh – 29600 |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Opening Balance | | | | | 371,986.74 |
| 14190313 | 980707 | Debit Entry Note 2310000000 Remittance to the order of Mohamed Lilu Kirudia | 750.00 | | 371,236.74 |
| 14190313 | 980707 | Withdrawal by check Al-Haramain Islamic Foundation | 24,000.00 | | 347,236.74 |
| Currency S.R. | Grand Total | | 24,750.00 | 0.00 | 347,236.74 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00042187

| July 07, 1998 – July 07, 1998 AD | 2 |
|---|---|
| Mr. Abdel Rahman Abdullah Abdel Rahman al Rajhi | Dear customer: If the balance is incorrect, |
| P.O. Box ▊ | please contact one of the auditors directly: |
| Riyadh ▊ | Ernst & Young P.O. Box 2732 Riyadh 11461 or |
| Kingdom of Saudi Arabia | KPMG P.O. Box 92876 Riyadh 11663 |
| SA ▊ 9704 | Al Rabwah Neighborhood, Riyadh – 29600 |

| Transactions | Account Summary | | Amount | |
|---|---|---|---|---|
|   | Opening balance | | | 371,986.74 |
| 0 | Other deposits | | 0.00 | |
| 0 | Total deposits | | 0.00 | |
| 1 | Cash withdrawals | 24,000.00 | | |
| 1 | Other withdrawals | 750.00 | | |
| 2 | Total withdrawals | 24,750.00 | | |
|   | Closing balance | | | 347,236.74 |

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00042188

١

١٩٩٨/٠٧/٠٧ - ١٩٩٨/٠٧/٠٧

السيد
عبد الرحمن عبد الله عبد الرحمن الراجحي

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست و يونج ص .ب ٢٧٣٢ الرياض ١١٤٦١ أو
كي بي أم جي ص .ب ٩٢٨٧٦ الرياض ١١٦٦٣

ص . بريد ▮▮▮▮▮▮
الرياض
المملكة العربية السعودية

-٢٩٦٠٠    حى الربوة/ الرياض    SA▮▮▮▮▮▮▮▮▮ ٩٧٠٤

| الرصيد الافتتاحي | | | ٣٧١,٩٨٦.٧٤ |
|---|---|---|---|
| ١٤١٩٠٣١٣ ٩٨٠٧٠٧ اشعار قيد مدين | ٧٥٠.٠٠ | | ٣٧١,٢٣٦.٧٤ |
| ٢٣١٠٠٠٠٠٠٠ حواله لامر | | | |
| محمد ليلو كيروديا | | | |
| ١٤١٩٠٣١٣ ٩٨٠٧٠٧ السحب بشيك | ٢٤,٠٠٠.٠٠ | | ٣٤٧,٢٣٦.٧٤ |
| م الحرمين الخيريه | | | |

| العملة | الأجمالى الكلى | | | |
|---|---|---|---|---|
| ر . س | | ٢٤,٧٥٠.٠٠ | ٠.٠٠ | ٣٤٧,٢٣٦.٧٤ |

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00042187

1

٢

١٩٩٨/٠٧/٠٧ – ١٩٩٨/٠٧/٠٧

السيد
عبد الرحمن عبد الله عبد الرحمن    الراجحي

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست و يونج ص .ب ٢٧٣٢ الرياض ١١٤٦١ أو
كي بي أم جي ص .ب ٩٢٨٧٦ الرياض ١١٦٦٣

ص . بريد █████
الرياض
المملكة العربية السعودية

٩٧٠٤    SA █████

–٢٩٦٠٠    حى الربوة/ الرياض

| الحركات | ملخص الحساب | | المبلغ |
|---|---|---|---|
| ------- | ------------ | | -------- |
| · | الرصيد الافتتاحى | | ٣٧١,٩٨٦.٧٤ |
| · | الايداعات الاخرى | | ٠.٠٠ |
| · | اجمالي الايداعات | | ٠.٠٠ |
| ١ | السحوبات النقدية | ٢٤,٠٠٠.٠٠ | |
| ١ | السحوبات الاخرى | ٧٥٠.٠٠ | |
| ٢ | اجمالي السحوبات | ٢٤,٧٥٠.٠٠ | |
| | رصيد الاقفال | | ٣٤٧,٢٣٦.٧٤ |

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00042188



# TRANSLATION CERTIFICATION STATEMENT

**Project: 20240306Z1D**

**Language**: Arabic > English

**Document title**:    ARB 42187-42188

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah  Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli*                    **Date**: 06/03/2024

helloglobo.com | 800.555.3010 | 145 Greenwood Ave. | Wyncote, PA 19095