# Exhibit 135

Plaintiffs' Corrected Averment of Jurisdictional Facts and
Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank
<u>Pursuant to Rule 56.1</u>

| January 01, 1998 – December 31, 2002 AD | 1 |
|---|---|
| Mr. Abdullah Ibrahim al Misfir | Dear customer: If the balance is incorrect, |
| P.O. Box ▮ | please contact one of the auditors directly: |
| Riyadh ▮ | Ernst & Young P.O. Box 2732 Riyadh 11461 or |
| Kingdom of Saudi Arabia | KPMG P.O. Box 92876 Riyadh 11663 |
| SA▮▮▮▮▮9126 | Umm Al Hamam – 25100 |

| Opening Balance | | | | 2,500.00 |
|---|---|---|---|---|
| Currency S.R. | Grand Total | 0.00 | 0.00 | 2,500.00 |

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00041441

| January 01, 1998 – December 31, 2002 AD | 2 |
|---|---|
| Mr. Abdullah Ibrahim al Misfir | Dear customer: If the balance is incorrect, |
| P.O. Box ▮▮▮▮ | please contact one of the auditors directly: |
| Riyadh ▮▮▮▮ | Ernst & Young P.O. Box 2732 Riyadh 11461 or |
| Kingdom of Saudi Arabia | KPMG P.O. Box 92876 Riyadh 11663 |
| SA ▮▮▮▮▮▮▮▮▮ 9126 | Umm Al Hamam – 25100 |

| Transactions | Account Summary | | Amount | |
|---|---|---|---|---|
| | Opening balance | | | 2,500.00 |
| 0 | Other deposits | | 0.00 | |
| 0 | Total deposits | | 0.00 | |
| 0 | Other withdrawals | 0.00 | | |
| 0 | Total withdrawals | 0.00 | | |
| | Closing balance | | | 2,500.00 |

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00041442



١

٢٠٠٢/١٢/٣١ – ١٩٩٨/٠١/٠١

السيدة
عبد الله ابراهيم المسفر                    ___

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرن ست و يونج ص .ب ٢٧٣٢ الرياض ١١٤٦١ أو
كي بي أم جي ص .ب ٩٢٨٧٦ الرياض ١١٦٦٣

ص . بريد                                   ___
الرياض                                     ___
المملكة العربية السعودية                   ___

٢٥١٠٠–          أم الحمام          SA████████ ٩١٢٦

٢,٥٠٠.٠٠                               الرصيد الافتتاحي

٢,٥٠٠.٠٠          ٠.٠٠          ٠.٠٠          الأجمالي الكلي          العملة
                                                                    ر . س

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00041441

٢

٢٠٠٢/١٢/٣١ - ١٩٩٨/٠١/٠١

السيدة
عبد الله ابراهيم المسفر

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست و يونج ص.ب ٢٧٣٢ الرياض ١١٤٦١ أو
كي بي أم جي ص.ب ٩٢٨٧٦ الرياض ١١٦٦٣

ص . بريد ___
الرياض ___
المملكة العربية السعودية ___

-٢٥١٠٠     أم الحمام     SA██████████ ٩١٢٦

| الحركات | ملخص الحساب | المبلـــــغ |
|---|---|---|
| ------- | ------------ | -------- |
| | الرصيد الافتتاحي | ٢,٥٠٠.٠٠ |
| ٠ | الايداعات الاخرى | ٠.٠٠ |
| ٠ | اجمالي الايداعات | ٠.٠٠ |
| ٠ | السحوبات الاخرى | ٠.٠٠ |
| ٠ | اجمالي السحوبات | ٠.٠٠ |
| | رصيد الاقفال | ٢,٥٠٠.٠٠ |

**CONFIDENTIAL: This document is subject to a Protective Order**
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

**ARB-00041442**



## TRANSLATION CERTIFICATION STATEMENT

**Project: 20240306Z1D**

**Language**: Arabic > English

**Document title**:      ARB 41441-41442

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli*                    **Date**: 06/03/2024