# Exhibit 136

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank Pursuant to Rule 56.1

| January 01, 1998 – December 31, 2002 AD<br>Abdel Rahman Mohamed al Aqil and Abdullah al Misfir<br>P.O. Box<br>Riyadh<br>SA                              7554 | | | 1<br>Dear customer: If the balance is incorrect, please contact one of the auditors directly:<br>Ernst & Young P.O. Box 2732 Riyadh 11461 or<br>KPMG P.O. Box 92876 Riyadh 11663<br>Al Rabwah Neighborhood, Riyadh – 29600 | | | |
|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | 0.00 |
| 14210619 | 000917 | Cash deposit to you<br>From Yahia Ibrahim al Yahia | | | 1,000,000.00 | 1,000,000.00 |
| 14210619 | 000917 | Automated branch transactions<br>To you – Check 86<br>Abdel Aziz Abdel Rahman al Ajlan – Account No.    23<br>Branch 1458 Umm Al Qura, Mecca | | | 1,000,000.00 | 2,000,000.00 |
| 14210619 | 000917 | Cash deposit<br>Mohamed Ahmed Abu Jabal and Mehdi Hakmi | | | 1,000,000.00 | 3,000,000.00 |
| 14211118 | 010212 | Withdrawal by check<br>023M 0000000001<br>0000000001 | 45,000.00 | | | 2,955,000.00 |
| 14211127 | 010221 | Withdrawal by check<br>0000000003 | 1,000,000.00 | | | 1,955,000.00 |
| 14211215 | 010310 | Withdrawal by check<br>023M 0000000004<br>0000000004 | 30,000.00 | | | 1,925,000.00 |
| 14211215 | 010310 | Withdrawal by check<br>023M 0000000005<br>0000000005 | 40,000.00 | | | 1,885,000.00 |
| 14211218 | 010313 | Withdrawal by check<br>0000000002 | 731.00 | | | 1,884,269.00 |
| 14211230 | 010325 | Withdrawal by check<br>0000000006 | 560.00 | | | 1,883,709.00 |
| 14220101 | 010326 | Withdrawal by check<br>023M 0000000007<br>0000000007 | 25,000.00 | | | 1,858,709.00 |
| 14220110 | 010404 | Withdrawal by check<br>0000000008 | 31,310.00 | | | 1,827,399.00 |
| Currency S.R. | | | 1,172,601.00 | | 3,000,000.00 | 1,827,399.00 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041279

| January 01, 1998 – December 31, 2002 AD<br>Abdel Rahman Mohamed al Aqil and Abdullah al Misfir<br>P.O. Box<br>Riyadh<br><br>SA                              7554 | 2<br>Dear customer: If the balance is incorrect,<br>please contact one of the auditors directly:<br>Ernst & Young P.O. Box 2732 Riyadh 11461 or<br>KPMG P.O. Box 92876 Riyadh 11663<br>Al Rabwah Neighborhood, Riyadh – 29600 |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 14220110 | 010404 | Withdrawal by check 0000000009 | 26,186.00 | | 1,801,213.00 |
| 14220118 | 010412 | Withdrawal by check 023M 0000000012 0000000012 | 58,000.00 | | 1,743,213.00 |
| 14220118 | 010412 | Withdrawal by check 0000000010 | 9,885.00 | | 1,733,328.00 |
| 14220130 | 010424 | Withdrawal by check 0000000015 | 12,610.00 | | 1,720,718.00 |
| 14220130 | 010424 | Withdrawal by check 0000000014 | 19,000.00 | | 1,701,718.00 |
| 14220130 | 010424 | Withdrawal by check 0000000013 | 12,320.00 | | 1,689,398.00 |
| 14220205 | 010429 | Withdrawal by check 0000000016 | 44,476.00 | | 1,644,922.00 |
| 14220215 | 010509 | Withdrawal by check 0000000017 | 49,070.00 | | 1,595,852.00 |
| 14220220 | 010514 | Withdrawal by check 023M 0000000018 0000000018 | 22,400.00 | | 1,573,452.00 |
| 14220306 | 010529 | Withdrawal by check 0000000019 | 12,496.00 | | 1,560,956.00 |
| 14220318 | 010610 | Withdrawal by check 0000000020 | 29,927.00 | | 1,531,029.00 |
| 14220327 | 010619 | Withdrawal by check 0000000021 | 7,150.00 | | 1,523,879.00 |
| 14220328 | 010620 | Withdrawal by check 0000000022 | 23,000.00 | | 1,500,879.00 |
| 14220420 | 010711 | Withdrawal by check 0000000024 | 7,500.00 | | 1,493,379.00 |
| 14220423 | 010714 | Withdrawal by check 0000000023 | 17,988.00 | | 1,475,391.00 |
| 14220427 | 010718 | Withdrawal by check Abdel Rahman al Aqil 0000000025 | 56,650.00 | | 1,418,741.00 |
| Currency S.R. | | | 1,581,259.00 | 3,000,000.00 | 1,418,741.00 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041280

| January 01, 1998 – December 31, 2002 AD<br>Abdel Rahman Mohamed al Aqil and Abdullah al Misfir<br>P.O. Box<br>Riyadh<br>SA7554 | | | 3<br>Dear customer: If the balance is incorrect,<br>please contact one of the auditors directly:<br>Ernst & Young P.O. Box 2732 Riyadh 11461 or<br>KPMG P.O. Box 92876 Riyadh 11663<br>Al Rabwah Neighborhood, Riyadh – 29600 | | |
|---|---|---|---|---|---|
| 14220608 | 010827 | Withdrawal by check 0000000029 | 3,150.00 | | 1,415,591.00 |
| 14220608 | 010827 | Withdrawal by check 0000000027 | 8,000.00 | | 1,407,591.00 |
| 14220608 | 010827 | Withdrawal by check 0000000026 | 12,000.00 | | 1,395,591.00 |
| 14220609 | 010828 | Withdrawal by check 0000000028 | 20,995.00 | | 1,374,596.00 |
| 14220610 | 010829 | Withdrawal by check 0000000030 | 10,000.00 | | 1,364,596.00 |
| 14220616 | 010904 | Deposit by check 0000004494 | | 4,500,000.00 | 5,864,596.00 |
| 14220617 | 010905 | Withdrawal by check 0000000032 | 15,000.00 | | 5,849,596.00 |
| 14220617 | 010905 | Withdrawal by check 0000000031 | 12,573.00 | | 5,837,023.00 |
| 14220701 | 010918 | Deposit by check 0000004617 | | 2,006,000.00 | 7,843,023.00 |
| 14220705 | 010922 | Withdrawal by check 0000000033 | 15,000.00 | | 7,828,023.00 |
| 14220722 | 011009 | Withdrawal by check 0000000035 | 15,533.00 | | 7,812,490.00 |
| 14220722 | 011009 | Withdrawal by check 0000000034 | 7,200.00 | | 7,805,290.00 |
| 14220804 | 011020 | Withdrawal by check 0000000036 | 12,525.00 | | 7,792,765.00 |
| 14220806 | 011022 | Withdrawal by check 0000000037 | 19,008.70 | | 7,773,756.30 |
| 14220903 | 011118 | Withdrawal by check 0000000038 | 29,270.00 | | 7,744,486.30 |
| 14220903 | 011118 | Withdrawal by check 0000000039 | 22,993.00 | | 7,721,493.30 |
| 14220925 | 011210 | Withdrawal by check 0000000040 | 20,860.00 | | 7,700,633.30 |
| Currency S.R. | | | 1,805,366.70 | 9,506,000.00 | 7,700,633.30 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041281

| January 01, 1998 – December 31, 2002 AD<br>Abdel Rahman Mohamed al Aqil and Abdullah al Misfir<br>P.O. Box<br>Riyadh<br><br>SA                           7554 | 4<br>Dear customer: If the balance is incorrect,<br>please contact one of the auditors directly:<br>Ernst & Young P.O. Box 2732 Riyadh 11461 or<br>KPMG P.O. Box 92876 Riyadh 11663<br>Al Rabwah Neighborhood, Riyadh – 29600 |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 14221108 | 020122 | Withdrawal by check 0000000041 | 11,890.00 | | 7,688,743.30 |
| 14221108 | 020122 | Withdrawal by check 0000000042 | 54,860.00 | | 7,633,883.30 |
| 14221115 | 020129 | Withdrawal by check 0000000043 | 50,000.00 | | 7,583,883.30 |
| 14221119 | 020202 | Withdrawal by check 0000000044 | 15,503.00 | | 7,568,380.30 |
| 14221201 | 020213 | Withdrawal by check 0000000045 | 29,912.00 | | 7,538,468.30 |
| 14221201 | 020213 | Withdrawal by check 0000000046 | 14,059.00 | | 7,524,409.30 |
| 14221226 | 020310 | Withdrawal by check 0000000047 | 29,970.00 | | 7,494,439.30 |
| 14230106 | 020320 | Withdrawal by check 0000000049 | 1,169,169.00 | | 6,325,270.30 |
| 14230106 | 020320 | Withdrawal by check 0000000048 | 1,000,000.00 | | 5,325,270.30 |
| 14230411 | 020622 | Withdrawal by check 0000000050 | 1,458,490.00 | | 3,866,780.30 |
| 14230801 | 021007 | Withdrawal by check 0000000052 | 1,000,000.00 | | 2,866,780.30 |
| 14230901 | 021106 | Withdrawal by check 0000000053 | 1,500,000.00 | | 1,366,780.30 |
| Currency S.R. | Grand Total | | 8,139,219.70 | 9,506,000.00 | 1,366,780.30 |

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00041282

| | | | | |
|---|---|---|---|---|
| January 01, 1998 – December 31, 2002 AD<br>Abdel Rahman Mohamed al Aqil and Abdullah al Misfir<br>P.O. Box<br>Riyadh<br><br>SA7554 | | | 5<br>Dear customer: If the balance is incorrect,<br>please contact one of the auditors directly:<br>Ernst & Young P.O. Box 2732 Riyadh 11461 or<br>KPMG P.O. Box 92876 Riyadh 11663<br>Al Rabwah Neighborhood, Riyadh – 29600 | |

| Transactions | Account Summary | | Amount | |
|---|---|---|---|---|
| | Opening balance | | | 0.00 |
| 2 | Cash deposits | | 2,000,000.00 | |
| 2 | Deposits by checks | | 6,506,000.00 | |
| 1 | Other deposits | | 1,000,000.00 | |
| 5 | Total deposits | | 9,506,000.00 | |
| 51 | Cash withdrawals | 8,139,219.70 | | |
| 0 | Other withdrawals | 0.00 | | |
| 51 | Total withdrawals | 8,139,219.70 | | |
| | Closing balance | | | 1,366,780.30 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041283

| | | | | |
|---|---|---|---|---|
| ١ | | | ٢٠٠٢/١٢/٣١ - ١٩٩٨/٠١/٠١ | |

عبد الرحمن محمد العقيل

ص . بريد

الرياض

وعبد الله المسفر

عزيزي العميل: في حالة عدم صحة الرصيد نرجو الاتصال مباشرة بأحد مراجعي الحسابات أرنست و يونج ص .ب ٢٧٣٢ الرياض ١١٤٦١ أو كي بي أم جي ص .ب ٩٢٨٧٦ الرياض ١١٦٦٣

SA ........................ ٧٥٠٤

حي الربوة / الرياض        -٢٩٦٠٠

| | | | | |
|---|---|---|---|---|
| | ٠،٠٠ | | الرصيد الافتتاحي | |
| ١،٠٠٠،٠٠٠.٠٠ | ١،٠٠٠،٠٠٠.٠٠ | | ايداع نقدي لكم من يحيى ابراهيم اليحيى | ٠٠٠٩١٧   ١٤٢١٠٦١٩ |
| ٢،٠٠٠،٠٠٠.٠٠ | ١،٠٠٠،٠٠٠.٠٠ | | حركات فرع آلي على فرع لكم ش ٨٦عبد العزيز عبد الرحمن العجلان ح رقم ....... فرع ٤٥٨ أم القري مكة المكرمة | ٠٠٠٩١٧   ١٤٢١٠٦١٩ |
| ٣،٠٠٠،٠٠٠.٠٠ | ١،٠٠٠،٠٠٠.٠٠ | | ايداع نقدي محمد احمد ابوجبل ومهدي حكمي | ٠٠٠٩١٧   ١٤٢١٠٦١٩ |
| ٢،٩٥٥،٠٠٠.٠٠ | | ٤٥،٠٠٠.٠٠ | السحب بشيك ١.......... M٢٣. ١.......... | ٠١٠٢١٢   ١٤٢١١١١٨ |
| ١،٩٥٥،٠٠٠.٠٠ | | ١،٠٠٠،٠٠٠.٠٠ | السحب بشيك ٣.......... | ٠١٠٢٢١   ١٤٢١١١٢٧ |
| ١،٩٢٥،٠٠٠.٠٠ | | ٣٠،٠٠٠.٠٠ | السحب بشيك ٤.......... M٢٣. ٤.......... | ٠١٠٣١٠   ١٤٢١١٢١٥ |
| ١،٨٨٥،٠٠٠.٠٠ | | ٤٠،٠٠٠.٠٠ | السحب بشيك ٥.......... M٢٣. ٥.......... | ٠١٠٣١٠   ١٤٢١١٢١٥ |
| ١،٨٨٤،٢٦٩.٠٠ | | ٧٣١.٠٠ | السحب بشيك ٢.......... | ٠١٠٣١٣   ١٤٢١١٢١٨ |
| ١،٨٨٣،٧٠٩.٠٠ | | ٥٦٠.٠٠ | السحب بشيك ٦.......... | ٠١٠٣٢٥   ١٤٢١١٢٣٠ |
| ١،٨٥٨،٧٠٩.٠٠ | | ٢٥،٠٠٠.٠٠ | السحب بشيك ٧.......... M٢٣. ٧.......... | ٠١٠٣٢٦   ١٤٢٢٠١٠١ |
| ١،٨٢٧،٣٩٩.٠٠ | | ٣١،٣١٠.٠٠ | السحب بشيك ٨.......... | ٠١٠٤٠٤   ١٤٢٢٠١١٠ |

| | | | |
|---|---|---|---|
| ١،٨٢٧،٣٩٩.٠٠ | ٣،٠٠٠،٠٠٠.٠٠ | ١،١٧٢،٦٠١.٠٠ | العملة ر . س |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041279

٢

٠١/٠١/١٩٩٨ - ٣١/١٢/٢٠٠٢

عبدالرحمن محمد العقيل              وعبدالله المسفر
                                    عزيزي العميل: في حالة عدم صحة الرصيد نرجو
ص . بريد ▇▇▇▇▇▇▇▇                  الاتصال مباشرة بأحد مراجعي الحسابات
الرياض                              أرنست و يونغ ص .ب ٢٧٣٢ الرياض ١١٤٦١ أو
                                    كي بي أم جي ص .ب ٩٢٨٧٦ الرياض ١١٦٦٣

٧٥٥٤      SA▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇       حي الربوة/ الرياض        -٢٩٦٠٠

| | | | |
|---|---|---|---|
| ١,٨٠١,٢١٣.٠٠ | ٢٦,١٨٦.٠٠ | السحب بشيك ٠٠٠٠٠٠٠٠٩ | ٠١٠٤٠٤ ١٤٢٢٠١١٠ |
| ١,٧٤٣,٢١٣.٠٠ | ٥٨,٠٠٠.٠٠ | السحب بشيك ٠٠٠٠٠٠٠١٢ M٢٣٠ | ٠١٠٤١٢ ١٤٢٢٠١١٨ |
| ١,٧٣٣,٣٢٨.٠٠ | ٩,٨٨٥.٠٠ | السحب بشيك ٠٠٠٠٠٠٠١٠ | ٠١٠٤١٢ ١٤٢٢٠١١٨ |
| ١,٧٢٠,٧١٨.٠٠ | ١٢,٦١٠.٠٠ | السحب بشيك ٠٠٠٠٠٠٠١٥ | ٠١٠٤٢٤ ١٤٢٢٠١٣٠ |
| ١,٧٠١,٧١٨.٠٠ | ١٩,٠٠٠.٠٠ | السحب بشيك ٠٠٠٠٠٠٠١٤ | ٠١٠٤٢٤ ١٤٢٢٠١٣٠ |
| ١,٦٨٩,٣٩٨.٠٠ | ١٢,٣٢٠.٠٠ | السحب بشيك ٠٠٠٠٠٠٠١٣ | ٠١٠٤٢٤ ١٤٢٢٠١٣٠ |
| ١,٦٤٤,٩٢٢.٠٠ | ٤٤,٤٧٦.٠٠ | السحب بشيك ٠٠٠٠٠٠٠١٦ | ٠١٠٤٢٩ ١٤٢٢٠٢٠٥ |
| ١,٥٩٥,٨٥٢.٠٠ | ٤٩,٠٧٠.٠٠ | السحب بشيك ٠٠٠٠٠٠٠١٧ | ٠١٠٥٠٩ ١٤٢٢٠٢١٥ |
| ١,٥٧٣,٤٥٢.٠٠ | ٢٢,٤٠٠.٠٠ | السحب بشيك ٠٠٠٠٠٠٠١٨ M٢٣٠ | ٠١٠٥١٤ ١٤٢٢٠٢٢٠ |
| ١,٥٦٠,٩٥٦.٠٠ | ١٢,٤٩٦.٠٠ | السحب بشيك ٠٠٠٠٠٠٠١٩ | ٠١٠٥٢٩ ١٤٢٢٠٣٠٦ |
| ١,٥٣١,٠٢٩.٠٠ | ٢٩,٩٢٧.٠٠ | السحب بشيك ٠٠٠٠٠٠٠٢٠ | ٠١٠٦١٠ ١٤٢٢٠٣١٨ |
| ١,٥٢٣,٨٧٩.٠٠ | ٧,١٥٠.٠٠ | السحب بشيك ٠٠٠٠٠٠٠٢١ | ٠١٠٦١٩ ١٤٢٢٠٣٢٧ |
| ١,٥٠٠,٨٧٩.٠٠ | ٢٣,٠٠٠.٠٠ | السحب بشيك ٠٠٠٠٠٠٠٢٢ | ٠١٠٦٢٠ ١٤٢٢٠٣٢٨ |
| ١,٤٩٣,٣٧٩.٠٠ | ٧,٥٠٠.٠٠ | السحب بشيك ٠٠٠٠٠٠٠٢٤ | ٠١٠٧١١ ١٤٢٢٠٤٢٠ |
| ١,٤٧٥,٣٩١.٠٠ | ١٧,٩٨٨.٠٠ | السحب بشيك ٠٠٠٠٠٠٠٢٣ | ٠١٠٧١٤ ١٤٢٢٠٤٢٣ |
| ١,٤١٨,٧٤١.٠٠ | ٥٦,٦٥٠.٠٠ | السحب بشيك ٠٠٠٠٠٠٠٢٥ عبدالرحمن العقيل | ٠١٠٧١٨ ١٤٢٢٠٤٢٧ |

| | | | |
|---|---|---|---|
| ١,٤١٨,٧٤١.٠٠ | ٣,٠٠٠,٠٠٠.٠٠ | ١,٥٨١,٢٥٩.٠٠ | العملة ر . س |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041280

٣

٢٠٠٢/١٢/٣١ - ١٩٩٨/٠١/٠١

عبدالرحمن محمد العقيل

وعبدالله المسفر

عزيزي العميل: في حالة عدم صحة الرصيد نرجو الاتصال مباشرة بأحد مراجعي الحسابات أرنست و يونج ص.ب ٢٧٣٢ الرياض ١١٤٦١ أو كي بي أم جي ص.ب ٩٢٨٧٦ الرياض ١١٦٦٣

ص . بريد ▇▇▇
الرياض

-٢٩٦٠٠   حي الربوة/ الرياض   SA▇▇▇▇▇٧٥٥٤

| | | | | | |
|---|---|---|---|---|---|
| ١,٤١٥,٠٩١.٠٠ | | ٣,١٥٠.٠٠ | السحب بشيك ........٢٩ | ٠١٠٨٢٧ | ١٤٢٢٠٦٠٨ |
| ١,٤٠٧,٠٩١.٠٠ | | ٨,٠٠٠.٠٠ | السحب بشيك ........٢٧ | ٠١٠٨٢٧ | ١٤٢٢٠٦٠٨ |
| ١,٣٩٥,٠٩١.٠٠ | | ١٢,٠٠٠.٠٠ | السحب بشيك ........٢٦ | ٠١٠٨٢٧ | ١٤٢٢٠٦٠٨ |
| ١,٣٧٤,٠٩٦.٠٠ | | ٢٠,٩٩٥.٠٠ | السحب بشيك ........٢٨ | ٠١٠٨٢٨ | ١٤٢٢٠٦٠٩ |
| ١,٣٦٤,٠٩٦.٠٠ | | ١٠,٠٠٠.٠٠ | السحب بشيك ........٣٠ | ٠١٠٨٢٩ | ١٤٢٢٠٦١٠ |
| ٥,٨٦٤,٠٩٦.٠٠ | ٤,٥٠٠,٠٠٠.٠٠ | | ايداع بشيك ......٤٤٩٤ | ٠١٠٩٠٤ | ١٤٢٢٠٦١٦ |
| ٥,٨٤٩,٠٩٦.٠٠ | | ١٥,٠٠٠.٠٠ | السحب بشيك ........٣٢ | ٠١٠٩٠٥ | ١٤٢٢٠٦١٧ |
| ٥,٨٣٧,٠٢٣.٠٠ | | ١٢,٠٧٣.٠٠ | السحب بشيك ........٣١ | ٠١٠٩٠٥ | ١٤٢٢٠٦١٧ |
| ٧,٨٤٣,٠٢٣.٠٠ | ٢,٠٠٦,٠٠٠.٠٠ | | ايداع بشيك ......٤٦١٧ | ٠١٠٩١٨ | ١٤٢٢٠٧٠١ |
| ٧,٨٢٨,٠٢٣.٠٠ | | ١٥,٠٠٠.٠٠ | السحب بشيك ........٣٣ | ٠١٠٩٢٢ | ١٤٢٢٠٧٠٥ |
| ٧,٨١٢,٤٩٠.٠٠ | | ١٥,٥٣٣.٠٠ | السحب بشيك ........٣٥ | ٠١١٠٠٩ | ١٤٢٢٠٧٢٢ |
| ٧,٨٠٥,٢٩٠.٠٠ | | ٧,٢٠٠.٠٠ | السحب بشيك ........٣٤ | ٠١١٠٠٩ | ١٤٢٢٠٧٢٢ |
| ٧,٧٩٢,٧٦٥.٠٠ | | ١٢,٥٢٥.٠٠ | السحب بشيك ........٣٦ | ٠١١٠٢٠ | ١٤٢٢٠٨٠٤ |
| ٧,٧٧٣,٧٥٦.٣٠ | | ١٩,٠٠٨.٧٠ | السحب بشيك ........٣٧ | ٠١١٠٢٢ | ١٤٢٢٠٨٠٦ |
| ٧,٧٤٤,٤٨٦.٣٠ | | ٢٩,٢٧٠.٠٠ | السحب بشيك ........٣٨ | ٠١١١١٨ | ١٤٢٢٠٩٠٣ |
| ٧,٧٢١,٤٩٣.٣٠ | | ٢٢,٩٩٣.٠٠ | السحب بشيك ........٣٩ | ٠١١١١٨ | ١٤٢٢٠٩٠٣ |
| ٧,٧٠٠,٦٣٣.٣٠ | | ٢٠,٨٦٠.٠٠ | السحب بشيك ........٤٠ | ٠١١٢١٠ | ١٤٢٢٠٩٢٥ |

| | | | |
|---|---|---|---|
| ٧,٧٠٠,٦٣٣.٣٠ | ٩,٥٠٦,٠٠٠.٠٠ | ١,٨٠٥,٣٦٦.٧٠ | العملة ر . س |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041281

٤

٢٠٠٢/١٢/٣١ - ١٩٩٨/٠١/٠١

عبد الرحمن محمد العقيل

وعبد الله المسفر

عزيزي العميل: في حالة عدم صحة الرصيد نرجو الاتصال مباشرة بأحد مراجعي الحسابات أرنست ويونغ ص.ب ٢٧٣٢ الرياض ١١٤٦١ أو كي بي أم جي ص.ب ٩٢٨٧٦ الرياض ١١٦٦٣

ص . بريد
الرياض

٧٥٥٤   SA   حي الربوة / الرياض   -٢٩٦٠٠

| | | | | |
|---|---|---|---|---|
| ٧,٦٨٨,٧٤٣.٣٠ | ١١,٨٩٠.٠٠ | السحب بشيك ٤١......... | ٠٢٠١٢٢ | ١٤٢٢١١٠٨ |
| ٧,٦٣٣,٨٨٣.٣٠ | ٥٤,٨٦٠.٠٠ | السحب بشيك ٤٢......... | ٠٢٠١٢٢ | ١٤٢٢١١٠٨ |
| ٧,٥٨٣,٨٨٣.٣٠ | ٥٠,٠٠٠.٠٠ | السحب بشيك ٤٣......... | ٠٢٠١٢٩ | ١٤٢٢١١١٥ |
| ٧,٥٦٨,٣٨٠.٣٠ | ١٥,٥٠٣.٠٠ | السحب بشيك ٤٤......... | ٠٢٠٢٠٢ | ١٤٢٢١١١٩ |
| ٧,٥٣٨,٤٦٨.٣٠ | ٢٩,٩١٢.٠٠ | السحب بشيك ٤٥......... | ٠٢٠٢١٣ | ١٤٢٢١٢٠١ |
| ٧,٥٢٤,٤٠٩.٣٠ | ١٤,٠٥٩.٠٠ | السحب بشيك ٤٦......... | ٠٢٠٢١٣ | ١٤٢٢١٢٠١ |
| ٧,٤٩٤,٤٣٩.٣٠ | ٢٩,٩٧٠.٠٠ | السحب بشيك ٤٧......... | ٠٢٠٣١٠ | ١٤٢٢١٢٢٦ |
| ٦,٣٢٥,٢٧٠.٣٠ | ١,١٦٩,١٦٩.٠٠ | السحب بشيك ٤٩......... | ٠٢٠٣٢٠ | ١٤٢٣٠١٠٦ |
| ٥,٣٢٥,٢٧٠.٣٠ | ١,٠٠٠,٠٠٠.٠٠ | السحب بشيك ٤٨......... | ٠٢٠٣٢٠ | ١٤٢٣٠١٠٦ |
| ٣,٨٦٦,٧٨٠.٣٠ | ١,٤٥٨,٤٩٠.٠٠ | السحب بشيك ٥٠......... | ٠٢٠٦٢٢ | ١٤٢٣٠٤١١ |
| ٢,٨٦٦,٧٨٠.٣٠ | ١,٠٠٠,٠٠٠.٠٠ | السحب بشيك ٥٢......... | ٠٢١٠٠٧ | ١٤٢٣٠٨٠١ |
| ١,٣٦٦,٧٨٠.٣٠ | ١,٥٠٠,٠٠٠.٠٠ | السحب بشيك ٥٣......... | ٠٢١١٠٦ | ١٤٢٣٠٩٠١ |

| | | | | |
|---|---|---|---|---|
| ١,٣٦٦,٧٨٠.٣٠ | ٩,٥٠٦,٠٠٠.٠٠ | ٨,١٣٩,٢١٩.٧٠ | الأجمالي الكلي | العملة
ر . س |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041282

١٩٩٨/٠١/٠١ - ٢٠٠٢/١٢/٣١

ه

عبد الرحمن محمد العقيل         وعبد الله المسفر

ص . بريد         عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الرياض          الاتصال مباشرة بأحد مراجعي الحسابات
                أرنست ويونج ص.ب ٢٧٣٢ الرياض ١١٤٦١ أو
                كي بي أم جي ص.ب ٩٢٨٧٦ الرياض ١١٦٦٣

٧٥٥٤        SA            حي الربوة / الرياض        -٢٩٦٠٠

| الحركات | ملخص الحساب | | المبلغ |
|---|---|---|---|
|  | الرصيد الافتتاحي |  | ٠.٠٠ |
| ٢ | الايداعات النقدية |  | ٢,٠٠٠,٠٠٠.٠٠ |
| ٢ | الايداعات بشيكات |  | ٦,٥٠٦,٠٠٠.٠٠ |
| ١ | الايداعات الاخرى |  | ١,٠٠٠,٠٠٠.٠٠ |
| ٥ | اجمالي الايداعات |  | ٩,٥٠٦,٠٠٠.٠٠ |
| ٥١ | السحوبات النقدية | ٨,١٣٩,٢١٩.٧٠ |  |
| ٠ | السحوبات الاخرى | ٠.٠٠ |  |
| ٥١ | اجمالي السحوبات | ٨,١٣٩,٢١٩.٧٠ |  |
|  | رصيد الاقفال |  | ١,٣٦٦,٧٨٠.٣٠ |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00041283



# TRANSLATION CERTIFICATION STATEMENT

**Project: 20240306Z1D**

**Language**: Arabic > English

**Document title**:   ARB 41279-41283

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**:  Farah  Alshekhli

**Qualifications**:  BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli*                    **Date**: 06/03/2024