# Exhibit 139

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank <u>Pursuant to Rule 56.1</u>

[*Bilingual Text*]
MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION
THE KINGDOM OF SAUDI ARABIA
Health Care Division



[**Logo**: *Muslim World League – International Islamic Relief Organization – The Kingdom of Saudi Arabia*]

Ref. No. 202/5547/22                                   Subject: ----
Date: 06/06/1422 AH [Corresponding to August 25, 2001 AD]
His Excellency: Director of the Organization's Office in Pakistan, may Allah bless him
May the peace, mercy, and blessings of Allah be upon you.
We ask Allah the almighty that you are doing well.

    Please find enclosed herewith Check No. 194889, dated August 19, 2001 AD, in an amount of 127,500 Saudi riyal, which is equivalent to $34,000 US dollar. It is the allocated donation received from the Organization's Office in Riyadh, after deducting the percentage, for the benefit of securing the required medical supplies and equipment for Fatma Al-Zahraa Hospital in Jalalabad, Afghanistan, according to your letter No. 7/207, dated 29/02/1422 AH [Corresponding to May 23, 2001 AD].

    After checking the hospital's situation during the recent field visit, we are pleased to enclose herein a check in the requested amount. The financial documents proving the cashing in of this amount shall be submitted to the Financial Division at the Secretariat General. A full report on the purchased equipment and the improvements carried out in the hospital shall be submitted to the Health Care Division, supported by still and moving pictures.

    Thank you. Your good cooperation is appreciated.
    May Allah bless you.

| Director of Financial Division | Director of Health Care Division |
|---|---|
| [**Handwriting**: *2*] | Dr. Marwan Abdel Rahman Bakirman |
| Ghazi bin Hasan Arfashah | [*Handwritten Signature*] |
| [*Handwritten Signature*] | |

**STAMP**
Muslim World League
International Islamic Relief Organization
Regional Office – Pakistan
------------ Inbound ------------
No. 551
Date: 11/06/1422 AH [Corresponding to August 30, 2001 AD]
To [Agency]: ----

[**STAMP**: *INTERNATIONAL ISLAMIC RELIEF ORGANIZATION – THE KINGDOM OF SAUDI ARABIA – SECRETARIAT GENERAL – 1*]
[*Handwriting*]
CC:    The Director;
        Dr. Hasanin;
        Mr. Jawid Wasif Al-Khair;
        Archives Division
August 30, 2001 AD
[*Bilingual Text*]
Please quote above ref. No. and date when replying.

Address: P.O. Box 14843 Jeddah 21434 Tel. 6512333 – 6515411 – Fax: 6518491 – Telex: 606754 IGHATHA SJ Email: relief@iirosa.org

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York

IIRO 109118

| | |
|---|---|
| No. 194889 | **AL RAJHI BANKING & INVESTMENT CORP.**     BRANCH: Jeddah |
| No. 3 | |
| DATE: August 19, 2001 AD | Head Office: P.O. Box 28, Riyadh 11411 |
| | AL RAJHI BANK: US $34,000 |

| = | 3 | 4 | 0 | 0 | ■ | 0 | 0 |
|---|---|---|---|---|---|---|---|
| DOLLARS | | | | CENTS | | | |

For AL RAJHI BANKING & INVESTMENT CORP.

PAY AGAINST THIS CHECK TO THE ORDER OF MUSLIM WORLD LEAGE OFFICE, PAKISTAN
THE SUM OF Thirty Four Thousand United States Dollar Only

Drawn on:     CHASE MANHATTAN BANK
                      55 WATER STREET, NEW YORK, NY 10041

[*Handwritten Signatures*]

194889     ■0128     ■7794

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York

IIRO 109119

| MUSLIM WORLD LEAGUE<br>INT'L. ISLAMIC RELIEF ORG.<br>THE KINGDOM OF SAUDI ARABIA | | رابطة العالم الإسلامي<br>هيئة الإغاثة الإسلامية العالمية<br>بالمملكة العربية السعودية |
|---|---|---|

Sub. : .................... : الموضوع

الرعاية الصحية
No : ٥٥/٠٠٥٧ : الرقم
Date : ٦/٦/٦ : التاريخ

حفظه الله                    سعادة / مدير مكتب الهيئة في باكستان

السلام عليكم ورحمة الله وبركاته

آمل أن تكونوا كما يحب ربنا ويرضى ... وبعد

مرفق لسعادتكم شيك رقم ١٩٤٨٨٩ وتاريخ ١٩/٨/٩ مبلغه ١٢٧,٥٠٠ ريـال سعودي يعادل ٣٤,٠٠٠ دولار أمريكي يمثل التبرع المخصص الوارد مـن مكـتب الهيئة بالرياض بعد خصم النسبة وذلك لصالح تأمين التجهيزات والمعدات الطبية اللازمة لمستشفى السيدة/فاطمة الزهراء بجلال آباد في أفغانستان حسب ما ورد في خطابكم رقم ٢٠٧/٧ في ١٤٢٢/٢/٢٩هـــ .

وبعد اطلاعنا على أوضاع المستشفى خلال الزيارة الميدانية الأخيرة فإنه يسعدنا أن نــرفق لسـعادتكم شيك بالمبلغ المطلوب على أن يتم تسديد هذا المبلغ بالمستندات المالية الدالــة عـلى الصرف للادارة المالية بالأمانة العامة ورفع تقرير متكامل للرعاية الصحية بالمعدات التي يتم شرائها والتحسينات المنفذة بالمستشفى موثقة بالصور الثابتة والمتحركة.

شاكرين ومقدرين لكم كريم تعاونكم
والله يحفظكم ويرعاكم ،،،

مدير إدارة الرعاية الصحية          مدير الإدارة المالية
د. مروان عبدالرحمن باكرمان          غازي بن حسن عرفشة

Please qoute above ref. No. and date when replying.   Pour répondre, Prière de citer la date et la référence sus - citées   يرجى عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة
العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - تليفون : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org : البريد الالكتروني

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 109118



CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IRO 109119



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 2024012315U

**Language**: Arabic > English

**Document title**: IIRO 109118

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli*          **Date**: 31/01/2024



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 2024012315U

**Language**: Arabic > English

**Document title**: IIRO 109119

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 17 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli*   **Date**: 31/01/2024

helloglobo.com | 800.555.3010 | 145 Greenwood Ave. | Wyncote, PA 19095