Exhibit 140

Plaintiffs' Corrected Averment of Jurisdictional Facts and
Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank
Pursuant to Rule 56.1



# EXHIBIT / ATTACHMENT

## 41

(To be scanned in place of tab)

```
COMMERCE BANK                    011 01 01      PAGE:            1
P O BOX 858                      DATE: 04/30/98  ACCOUNT:   ███0424
COLLEGE PARK MD  20740                           DOCUMENTS:       1


TELEPHONE: 301-220-1575




        HUMANA CHARITABLE TRUST                      30-0
        P O BOX 1297                                    0
        HERNDON VIRGINIA  20170                         1
```

```
=========================================================================
                    MONEY MARKET ACCOUNT ██0424
=========================================================================
        DESCRIPTION          DEBITS    CREDITS   DATE     BALANCE

BALANCE LAST STATEMENT ..............................  03/31/98  5841,148.35
CHECK                         5800,000.00             04/02/98   41,148.35    0402-0200082400
INTEREST                                   626.35 04/30/98   41,774.70
BALANCE THIS STATEMENT ..............................  04/30/98   41,774.70

  TOTAL CREDITS     (1)      626.35
    L DEBITS        (1)  5,800,000.00
```

```
=========================================================================
                    YOUR CHECKS SEQUENCED
=========================================================================
DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT

04/02      5800,000.00                                                   0402-0200082400

        - - - - - - - - - - I N T E R E S T - - - - - - - - - - -

AVERAGE LEDGER BALANCE:      234,481.68  INTEREST EARNED:              626.35
AVERAGE AVAILABLE BALANCE:   234,481.68  DAYS IN PERIOD:                   30
INTEREST PAID THIS PERIOD:       626.35  ANNUAL PERCENTAGE YIELD EARNED:  3.30%
INTEREST PAID 1998:            5,837.44
TAX IDENTIFICATION NUMBER:   **PROVIDE**
INTEREST RATE:                 3.2500%
```



# EXHIBIT / ATTACHMENT

## 42

(To be scanned in place of tab)

G:\SCANNED DOCUMENTS\TIFF IMG\S0111300000091

# Humana Charitable Trust

**VIA TELEFAX 301 220 2697**

To:        Tom Herman
           Vice President
           Commerce Bank
From:      M. Yaqub Mirza
Subject:   Wire Transfer
Date:      March 31, 1998

You are kindly requested to wire from Humana Charitable Trust Account # ██0424 the amount of $5,800,000 (Five Million Eight Hundred Thousand Dollars) value dated April 2, 1998 as follows:

Bank:       Chase Manhattan Bank
            New York, N.Y.

            ABA # 021000021

for credit to Account No. ██████1902 of

Chase Manhattan Private Bank
(Jersey) Channel Islands JE4 80H

Tel: 01 531 626 262

for further credit to Account N██████5383 of Shaikh Sulaiman A. Al Rajhi

Ref: Payment Key Overseas loan

Best Regards.

---

TRANSACTION REPORT

                                                            MAR-31-98        -N

FOR: MARJAC INVESTMENTS, INC. 703 471 1211

SEND

DATE    START    RECEIVER              PAGES    TIME    NOTE

MAR-31 10:52 AM COMMERCE B                1      46"    OK

Page 1 of 1

04/01/1998  09:09   09966-1-4682040        ABDULLAH S. AL RAJHI        PAGE 01

### G:\SCANNED DOCUMENTS 2\TIFF IMG\L0700400000528

```
MSG NO      :      nnsa
TO          :      Dr. M. Y. Mirza
Fax         :      703 471 1211
date        :      04.01.98
```

... MESSAGE:

Re          :      USD24.0 m
                   ----------------

As Salamu Alaykum,

Thank you for your message of March 31. Please make the payment of
the above amount to the following account:-

A/c No ██████ 5383 REF. 265629 01
Chase Manhattan Private Bank,
PO Box 127, Chase House, Grenville Street
St Helier, Jersey JE4 8QH
Channel Islands
Favour Laith Limited

Wa Asalamu Alyakum,


Buehra










                                   1




                              Page 1 of 1

12/29/2003 16:05 FAX 703 471 7951    ICE SAC/DC    ⌀005

# Humana Charitable Trust
G:\SCANNED DOCUMENTS 2\TIFF IMG\L0700400000530

TELEFAX 301 220 2697
          Tom Herman
          Vice President
          Commerce Bank
From:      M. Yaqub Mirza
Subject:   Wire Transfer
Date:      March 31, 1998

_____

You are kindly requested to wire from Humana Charitable Trust Account # ███0424 the amount of $5,800,000 (Five Million Eight Hundred Thousand Dollars) value dated April 2, 1998 as follows:

        Bank:       Chase Manhattan Bank
                    New York, N.Y.

                    ABA # 021000021

        for credit to Account No ███████ 902 of

        Chase Manhattan Private Bank
        (Jersey) Channel Islands JE4 8QH

        Tel: 01 531 626 262

        for further credit to Account No ██████ 6383 of Shaikh Sulaiman A. Al Rajhi
        Ref 26562901
        Ref : Payment Key Overseas loan

        Best Regards.

555 Grove Street, Suite #110, Herndon, VA 20170  Tel: (703) 471-9494  Fax: (703) 471-1211

Page 1 of 1



# EXHIBIT / ATTACHMENT

43

(To be scanned in place of tab)

12/29/2009 16:05 FAX 703 471 7851        ICE SAC/DC                               ⊠002

G:\SCANNED DOCUMENTS\TIFF IMG\S0108000000003

**To:**       Mr. Bushra Ahmed
              Office of Mr. Abdullah S. Al Rajhi
**From:**     M. Yaqub Mirza
**Subject:**  Payment of loan
**Date:**     April 1, 1998

Assalamu 'Alaikum and Eid Mubarak

Reference my discussion with Mr. Abdullah Al Rajhi and your fax, we wish to inform you
that we have made the following transfers yesterday:

| | |
|---|---|
| 1. Commerce Bank, Maryland | $5.8 m. |
| 2. Credit Agricole Indosuez Zurich | 12.2 m. |
| 3. Bank Leu, Geneva | 6.0 m |
| | $24.0 m. |

to Chase (New York) for further credit to Chase (Jersey), Channel Islands, Acct. #
5383 of Shaikh Sulaiman.

Value Date: April 2

Please acknowledge receipt of funds.

Thanks.

Wassalaam.

---

```
* * * *    · · · · · · · · · · · · · · · · · · ·   * * * * · * * * * * * * * * * * * *
*
*                    T R A N S A C T I O N   R E P O R T
*                                                          APR-01-98 08:36 AM
* .     FOR: MAR INC INVESTMENTS, INC. 703 471 1311
*
*  }   SEND
*
*     DATE   START   RECEIVER              PAGES   TIME   NOTE
*
*     APR-01 08:35 AM A.S.RAJHI                1    46"   OK
*
* · · * * * * * * * * * * * * * * * * * * * Page 1 of 1 * * * * * * * * * * * * * * * * *   · * * * * * * * * *
```



EXHIBIT / ATTACHMENT

44

(To be scanned in place of tab)

```
COMMERCE BANK                   011 01 01    PAGE:              ▮  1
P O BOX 89▮ ──────              DATE: 12/31/98  ACCOUNT:      ▮0424
COLLEGE PARK MD  20740                         DOCUMENTS:    ▮    1


TELEPHONE:301-220-1575
```

```
            HUMANA CHARITABLE TRUST               30-D
            P O BOX 1297                             0
            HERNDON VIRGINIA  20170                  1
```

```
═══════════════════════════════════════▮═══════════════════════════
                  MONEY MARKET ACCOUNT  0424
═══════════════════════════════════════════════════════════════════
       DESCRIPTION            DEBITS     CREDITS    DATE     BALANCE

BALANCE LAST STATEMENT ...........................  11/30/98  6707,494.20
MISCELLANEOUS CREDIT                     100,000.00 12/08/98  6807,494.20  1208-0200004292
WIRE FR GROVE CORP. REF: NONE             30,000.00 12/09/98  6837,494.20  1209-6500001700
WIRE FEE                          10.00             12/09/98  6837,484.20  1209-6500001900
WIRE TO CHASE NYC FBO: S. RAJHI 6800,000.00         12/14/98    37,484.20  1214-6500000100
CHECK # 1001                    4,836.58            12/29/98    32,647.62  1229-0100000170
 (EST                                      6,069.01 12/31/98    38,716.63
BALANCE THIS STATEMENT ...........................  12/31/98    38,716.63

   TOTAL CREDITS     (3)     136,069.01
   TOTAL DEBITS      (3)   6,804,846.58
```

```
═══════════════════════════════════════════════════════════════════
                    YOUR CHECKS SEQUENCED
═══════════════════════════════════════════════════════════════════
DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT

12/29    1001    4,836.58                                              1229-0100000170
```

```
         - - - - - - - - - - I N T E R E S T - - - - - - - - - - -

AVERAGE LEDGER BALANCE:    2,858,309.04  INTEREST EARNED:          6,069.01
AVERAGE AVAILABLE BALANCE: 2,858,309.04  DAYS IN PERIOD:                 31
INTEREST PAID THIS PERIOD:     6,069.01  ANNUAL PERCENTAGE YIELD EARNED:  2.53%
INTEREST PAID 1998:           55,795.66
TAX IDENTIFICATION NUMBER:  **PROVIDE**
INTEREST RATE:                 2.5000%
```



EXHIBIT / ATTACHMENT

45

(To be scanned in place of tab)

12/29/2003 16:04 FAX 703 471 7851       ICE SAC/DC                    ⚙ 003

COMMERCE BANK
REQUEST FOR WIRE TRANSFER

G:\SCANNED DOCUMENTS\TIFF IMG\S0108000000014

Date ___*Dec 8, 98*___   REF # _____

AMOUNT: ___*6,800,000.00*___ (PLUS APPLICABLE CHARGES)
(U.S. Dollars)
(*A six million eight hundred thousand*)

BANK TO RECEIVE WIRE

ABA/Routing No. _____ - _____ - _____

Bank Short Name _____

Bank Name    *CHASE MANHATTAN PRIVATE BANK*

Address

*St Hellen, Jersey  JE4 8QH*

FOR CREDIT TO

Name(s)    *SHAIKH   SULAIMAN A. AL RAJHI*

Account Number   ████ *5383*

Special Instr.
*Payment of loan*

CUSTOMER INFORMATION   *VALUE DATE: Dec 14, 98*

Account Name(s)   *Humana Charitable Trust*

Address   *P. O. Box 1297*
*Herndon, VA   20170*

Telephone Number *703-471-9494*  Account Numbe ████ *0424*

I hereby authorize Commerce Bank (the Bank) to charge my account
as listed above. I understand that the Bank is not responsible
for any loss which may be sustained by acting upon my wire
transfer instructions, except for a loss caused by the Bank's
error or omission.

_____        _____
Customer's Signature              Customer's Identification

BRANCH MANAGER APPROVAL _____

Page 1 of 1



EXHIBIT / ATTACHMENT

$$46$$

(To be scanned in place of tab)

```
COMMERCE BANK                        011 01 01      PAGE:           1
P O BOX 898                          DATE: 08/31/98  ACCOUNT:    ▇0424
COLLEGE PARK MD  20740                              DOCUMENTS:      0


TELEPHONE:301-220-1575
```

```
                HUMANA CHARITABLE TRUST                      30-0
                P O BOX 1297                                    0
                HERNDON VIRGINIA  20170                         0
```

```
=================================================================================
                    MONEY MARKET ACCOUNT ▇0424
=================================================================================
        DESCRIPTION             DEBITS     CREDITS    DATE      BALANCE

BALANCE LAST STATEMENT ................................ 07/31/98   42,117.85
MISCELLANEOUS CREDIT                    3000,000.00 08/12/98 3042,117.85     0812-0200222400
INTEREST                                   5,458.72 08/31/98 3047,576.57
BALANCE THIS STATEMENT ................................ 08/31/98 3047,576.57

   TOTAL CREDITS     (2)  3,005,458.72
   L DEBITS          (0)        .00

        - - - - - - - - - - I N T E R E S T - - - - - - - - - - -

AVERAGE LEDGER BALANCE:     1,977,601.72  INTEREST EARNED:           5,458.72
AVERAGE AVAILABLE BALANCE:  1,977,601.72  DAYS IN PERIOD:                  31
INTEREST PAID THIS PERIOD:      5,458.72  ANNUAL PERCENTAGE YIELD EARNED:  3.30%
INTEREST PAID 1998:            11,639.31
TAX IDENTIFICATION NUMBER:    **PROVIDE**
INTEREST RATE:                  3.2500%
```



**DEBIT** GENERAL LEDGER

COMMERCE BANK
COLLEGE PARK, MD

FEDERAL RESERVE BANK

ACCOUNT NUMBER ████ 6780

ACCOUNT TITLE

DATE 8-12-98

| DESCRIPTION | AMOUNT |
|---|---|
| Income W17 Humana Charitable Cr | |

CONTRA ENTRY

DRAWN BY    APPROVED BY    TOTAL 3,000,000.00

---

DATE 3-12-98
BY    BG
Authorized

COMMERCE BANK
COLLEGE PARK, MD

████ 042-4
ACCOUNT NUMBER

WE CREDIT YOUR ACCOUNT    $ 3,000,000.00

FOR    Incoming Wire Transfer from First Union Va

Orig: Saar Foundation

Humana Charitable Trust

P. O. Box 1397

Herndon, Virginia 20170

DO NOT FAIL
TO MAKE THIS
ENTRY IN YOUR
CHECKBOOK

MISC. CREDIT