# Exhibit 142

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank Pursuant to Rule 56.1

-45-

**AL RABWAH BRANCH 296**

شركة الراجحي المصرفية للإستثمار
**ALRAJHI BANKING & INVESTMENT CORP.**
Head Office : P.O. Box 28, Riyadh 11411

No.3/ 00092080

DATE 07/07/1999
07/07/1999

PAYABLE TO FIRST BENEFICIARY ONLY

ALRAJHI BANKING US$5000=00

PAY AGAINST THIS CHEQUE TO THE ORDER OF   KHALED BIN IBRAHIM AL-SWAILEM

THE SUM OF   FIVE THOUSAND, UNITED STATES DOLLAR

Amount From   ABDUL RAHMAN ALRAJHI...

Drawn on   **CHASE MANHATTAN BANK**
55 WATER STREET, NEW YORK, NY 10041

5000 00

For AlRajhi Banking & Investment Corp.

⑈00092080⑈  0128:  ⑈7794⑈

365.B

أبو أيمن
٧/٧/٩٩

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0010485