# Exhibit 146

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank Pursuant to Rule 56.1

**AL-RAJHI BANKING & INVESTMENT CORP.**
Saudi Joint Stock Corp. Capital S.R. 1,500,000,000
C.R. 96 Head Office : P.O. Box 28 Riyadh 11411

Branch: [handwritten]
Number: [blank]
DATE: 1419/10/20
CORR: 1999/4/16 [handwritten]

## OUTWARD PAYMENT ORDERS
## الحوالات الصادرة

**BENEFICIARY DATA**

| Field | Value |
|---|---|
| F.C. Amount | 25000 |
| Rate | 3.95 |
| S.R. Amount | 98750 |
| Tlx/Tel. Charges | |
| SR. TOTAL | 98750 |

Full Name: ROYAL EMBASSY OF SAUDI ARABIA
Nationality: [blank]
I.D. Type & No.: IFTA # 5
Address: [blank]
Tel. No.: [blank]
Acct. No.: [redacted] 2859
Beneficiary B: RIGGS NATIONAL BANK
Branch Name & Address: WASHINGTON D.C. DUPONT CIRCLE OFFICE
Value Date: WASHINGTON, D.C. 20074-6
Payment Details: U.S.A

**For Bank's Use Only**

Correspondent:

| Code | Location | Curr. Code |
|---|---|---|

**PAYMENT INSTRUCTIONS**

Debit my Account Number: [handwritten]
Against Cash: [ ]

I/We confirm the accuracy of the details quoted on this form. I/We exempt Al-Rajhi Banking & Investment Corp. from any losses incurred as a result of machine and / or transmission line failure and from any errors and / or misunderstanding by a third party.

Customer's Signature: [signed]

**REMITTER DATA:**

Full Name: [handwritten Arabic]
Tel. No.: [blank]
Address: [blank]
I.D. Type No.: [stamped]
Sponsor's Name & Address: [blank]
Manager: [blank]
Accountant: [blank]

A message to beneficiary not exceeding 70 Characters

* For Payments to Local Banks
Please Read Instructions Over leaf before sign.

Kingdom of Saudi Arabia - P.O.Box 25759 Riyadh 11476 - Tel.: 4915122 / 4920033 - Fax.: 4910242

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0010468