# Exhibit 148

Plaintiffs' Corrected Averment of Jurisdictional Facts and Evidence and/or Statement of Facts as to Defendant Al Rajhi Bank <u>Pursuant to Rule 56.1</u>

**AL RAJHI BANKING & INVESTMENT CORP.**
شركة الراجحي المصرفية للاستثمار

BANKING TRANSACTION(S)

| 14000 - Hajaz Road | 7511 | Cash 13 | 03/02/01 | 3 |

## Transaction Summary

### 1. CURRENT ACCOUNT SUMMARY

| Account number | Description |
|---|---|
| ...20/6 | 324 – SAR 37,500.00 – 3/2/2001 – SAR 37,500.00 – سليمان حمد سليمان البطحي |
| ...20/6 | 908 – SAR 65.00 – 3/2/2001 – SAR 65.00 – سليمان حمد سليمان البطحي |

### 2. TRANSACTIONS PERFORMED

| Transaction code | Description |
|---|---|
| 324 | Foreign Payments Order – USD 10,000.00 |
| | Payment order of USD 10,000.00 debiting SAR 37,500.00 – Hajaz Road – Current Account (CR) |
| | Payment Order USD 10,000.00 equivalent SAR 37,500.00 exchange rate used 3.750000 |
| | Remitter SOLIMAN HAMED AL BUTHI ...09206 |
| | Beneficiary DATAPACT INC  BANK OF AMERICA ASHLAND BR2880 ROUTING ...2634 |
| | Correspondent CHASE MANHATTAN BANK NEW YORK ...7794 |
| | Reference number: 00000000002 BESCC: 0 |
| 908 | Foreign Payment Order Fees – SAR 65.00 |
| | Payment order of SAR 65.00 debiting Hajaz Road – Current Account (CR) – 0006080109206 |

TELLER'S SIGNITURE _____ توقيع الصراف

BRANCH STAMP _____ ختم Total amount _____ SAR 37,565.00

Transaction time: 03/02/01 09:19:25AM                   Page 1 of 1

Form No. 51-1

18.MAY.2003 11:49  BRANCH 140 FAX 4596345  BRANCH 140  NO.343  P.3

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00039154

Purpose of transfer:
☐ Import finance payment.
☐ Foreign contractors advance companies.

| | | | | | |
|---|---|---|---|---|---|
| 14000 - Hajaz Road | | 7470 | Cash 2 | 11/03/01 | 54 |

## Transaction Summary

### 1. CURRENT ACCOUNT SUMMARY

| Account number | Description |
|---|---|
| ...........9 20/6 | 324 – SAR 11,265.00 – 11/3/2001 – SAR 11,265.00 – سليمان حمد سليمان البطحي |

### 2. TRANSACTIONS PERFORMED

| Transaction code | Description |
|---|---|
| 324 | Foreign Payments Order – USD 3,000.00<br>Payment order of USD 3,000.00 debiting SAR 11,265.00 – Hajaz Road – Current Account (CR)<br>Payment Order USD 3,000.00 equivalent SAR 11,265.00 exchange rate used 3.754999<br>Remitter SLEMAN AL-BATHY .............9206<br>Beneficiary DATAPACT Inc.   BANK OF AMERICA ASHLAND BRANCH ....2634<br>Correspondent CHASE MANHATTAN BANK NEW YORK ....7794<br>Reference number: 00000000006 BESCC: 0 |

Total amount: SAR 11,265.00

TELLER'S SIGNITURE
Transaction time: 11/03/01 07:10:53PM

BRANCH STAMP

Page 1 of 1

Form No. 51/T

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00039156

إشعار العميل لعملية/عمليات مصرفية | شركة الراجحي المصرفية للاستثمار 
**CUSTOMER ADVISE FOR BANKING TRANSACTION(S)** | **AL RAJHI BANKING & INVESTMENT CORP.**

| 14000 – Hajaz Road | ▮7470 | Cash 2 | 01/03/01 | 15 |

## Transaction Summary

### 1. CURRENT ACCOUNT SUMMARY

| Account number | Description |
|---|---|
| ▮▮▮▮▮▮9 20/6 | 324 – SAR 11,265.00 – 1/3/2001 – SAR 11,265.00 – سليمان حمد سليمان البطحي |

### 2. TRANSACTIONS PERFORMED

| Transaction code | Description |
|---|---|
| 324 | Foreign Payments Order – USD 3,000.00<br>Payment order of USD 3,000.00 debiting SAR 11,265.00 – Hajaz Road – Current Account (CR)<br>Payment Order USD 3,000.00 equivalent SAR 11,265.00 exchange rate used 3.754999<br>Remitter SIEMAN HAMD AL-BATHIE ▮▮▮▮▮9206<br>Beneficiary MIDWAY NETWORKS   U.S.BANK Ashland Branch ▮▮▮0220<br>Correspondent CHASE MANHATTAN BANK NEW YORK ▮▮▮7794<br>Reference number: 00000000002 BESCC: 0 |

TELLER'S SIGNATURE       توقيع الصراف

BRANCH STAMP       Total amount ختم       SAR 11,265.00

Transaction time: 01/03/01 11:00:22AM       Page 1 of 1

Form No. 51/T

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00039158

إشعار العميل لعملية / عمليات مصرفية | شركة الراجحي المصرفية للإستثمار
CUSTOMER ADVISE FOR BANKING TRANSACTION(S) | AL RAJHI BANKING & INVESTMENT CORP.

| 14000 – Hajaz Road | 7470 | Cash 2 | 14/03/01 | 34 |

## Transaction Summary

### 1. CURRENT ACCOUNT SUMMARY

| Account number | Description |
|---|---|
| _____9 20/6 | 324 – SAR 15,020.00 – 14/3/2001 – SAR 15,020.00 – سليمان حمد سليمان البطحي |
| _____9 20/6 | 908 – SAR 65.00 – 14/3/2001 – SAR 65.00 – سليمان حمد سليمان البطحي |

### 2. TRANSACTIONS PERFORMED

| Transaction code | Description |
|---|---|
| 324 | حوالات صادرة أجنبية – USD 4,000.00 |
| | Payment order of USD 4,000.00 debiting SAR 15,020.00 – Hajaz Road – Current Account (CR) |
| | Payment Order USD 4,000.00 equivalent SAR 15,020.00 exchange rate used 3.754999 |
| | Remitter SLEMAN AL-BATHY _____9206 |
| | Beneficiary D.S.Jalajel  FIRST NATIONAL BANK FIRNZAJJ461 BRANCH CODE |
| | 201409-OPER.NO: _____585 |
| | Correspondent CHASE MANHATTAN BANK NEW YORK _____7794 |
| | Reference number: 00000000005 BESCC: 0 |
| 908 | رسوم حوالة صادرة أجنبية – SAR 65.00 |
| | Payment order of SAR 65.00 debiting Hajaz Road – Current Account (CR) – _____9206 |

TELLER'S SIGNITURE  
Transaction time: 14/03/01 05:08:55PM

BRANCH STAMP

Total amount: SAR 15,085.00
توقيع الصراف
ختم الفرع
Page 1 of 1

Form No. 51/T

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00039160



CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00039162

شركة الراجحي المصرفية للاستثمار
AL RAJHI BANKING & INVESTMENT CORP.

إشعار ...
... OR BANKING TRANSACTION(S)

| 14000 – Hajaz Road | | 7511 | Cash 15 | 22/01/01 | 8 |

## Transaction Summary

### 1. CURRENT ACCOUNT SUMMARY

| Account number | Description |
|---|---|
| ....9 / 20/6 | 324 – USD 6,000.00 – 22/1/2001 – SAR 22,500.00 – سليمان حمد سليمان البطحي |

### 2. TRANSACTIONS PERFORMED

| Transaction code | Description |
|---|---|
| 324 | Foreign Payments Order – USD 6,000.00<br>Payment order of USD 6,000.00 debiting SAR 22,500.00 – Hajaz Road – Current Account (CR)<br>Payment Order USD 6,000.00 equivalent SAR 22,500.00 exchange rate used 3.750000<br>Remitter SOLIMAN HAMED AL BUTHI ......9206<br>Beneficiary ALHARAMAIN FOUNDATION ......1561<br>Correspondent CHASE MANHATTAN BANK NEW YORK ......7794<br>Reference number: 00000000002 BESCC: 0<br>BANK OF AMERICA ASHLAND BR 2880 |

| TELLER'S SIGNATURE | | توقيع الصراف |
|---|---|---|
| BRANCH STAMP | | ختم الفرع  Total amount  SAR 22,500.00 |
| Transaction time: 22/01/01 09:48:46AM | | Page 1 of 1 |

Form No. 51/...

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00039164