# Al Rajhi Bank
# Ex. 5

**AL-HARAMAIN ISLAMIC FDN.**
Dammam Office



مؤسسة الحرمين الخيرية
مكتب الدمام

Ref: ..........................................
Date: .........................................

الرقم : ..........................................
التاريخ : ........................................

بسم الله الرحمن الرحيم

صاحب الفضيلة / الشيخ محمد الصالح العثيمين                    حفظه الله تعالى

سلام عليكم ورحمة الله وبركاته ، أما بعد

فتقوم مؤسسة الحرمين الخيرية بكفالة أكثر من ثلاثة آلاف وخمسمائة يتيم في كثير من بلدان المسلمين الفقيرة وقــــد افتتحت المؤسسة لهذا الغرض دوراً يجد فيها اليتيم كل ما يحتاج إليه من مسكن ومطعم وعلاج إضافة إلى التعليم وقد نفع الله بهذا العمل كثيراً وله الحمد والمنة حيث حفظ كثير من الأيتام القرآن الكريم وحفظ بعض المتون ، واليتيم يبقى في الدار عدد سنين بحسب أحواله ولكل يتيم كافل معين من المحسنين يدفع قيمة كفالته للمؤسسة كل ســـنة وربمــــا اعتذر المحسن عن الاستمرار في الكفالة فيحل محله كافل آخر وقد التبس على الناس هل هذا العمل من الكفالة الـــتي حث عليها الشرع الحكيم أم لا ؟

فنأمل تلطف فضيلتكم بإفادتنــا عــن ذلــك وفقكــم الله وســددكم ونفعنـــا بعلمكـــم آمـــين والسلام عليكم ورحمة الله وبركاته.

محبكم / عقيل بن عبد العزيز العقيل ، في الثاني عشر من المحرم ١٤١٩هـ .

بسم الله الرحمن الرحيم ــــ وعليكم السلام ورحمة الله وبركاته
أشكر مؤسسة الحرمين الخيرية على جهودها الطيبة في مجال كفالة الأيتام وأسأل الله تعالى أن يعينها في ذلك وأن يثيبها عليه
وقد ثبت في الصحيحين عن النبي صلى الله عليه وسلم أنه قال : أنا وكافل اليتيم في الجنة هكذا وأشار بالسبابة والوسطى ، قال النووي في شرح مسلم : كافل اليتيم القائم بأموره من نفقة وكسوة وتأديب وتربية وغير ذلك . وقال المفسرون في قوله تعالى : (وكفلها زكريا) أي ضمها إليه على قراءة تخفيف الفاء وفي قوله : (أيهم يكفل مريم) أي يربيها ويحضنها كما في البلد بين والقرطبي . وبهذا نعرف أن كفالة اليتيم ليست مجرد النفقة من مطعم ومشرب ومسكن ، بل أهم من ذلك الصيانة والتربية . وما دامت المؤسسة قد قامت بفتح دور يجد فيها اليتيم كل ما يحتاج إليه من مسكن ومطعم وعلاج وتعليم فأرجو أن تتحقق بذلك الكفالة . إذا أضيف إلى ذلك تربية إسلامية حتى يخرجوا على نظام البقاء بلوغهم مقاتلاً . أسأل الله تعالى للمؤسسة ولأعضائها ولام التوفيق والسداد وأن يثيب القائمين عليها إنه جواد كريم والصلاة . كتبه محمد الصالح العثيمين
في ٢٥ / ١ / ١٤١٩هـ

P.O.Box : 13490  Dammam 31493 - Saudi Arabia - ☎ 8420220 - Fax : 8462007

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00038774

بسم الله الرحمن الرحيم

المملكة العربية السعودية
رئاسة إدارة البحوث العلمية والإفتاء
مكتب المفتي العام

من عبدالعزيز بن عبدالله بن باز إلى من يراه من أهل الخير والإحسان وفقهم الله لما فيه رضاه وزادهم من العلم والإيمان وبارك لهم فيما أعطاهم آمين

سلام عليكم ورحمة الله وبركاته .. أما بعد:-

فأشفع لكم نسخة من الرسالة الموجهة إلي من صاحب الفضيلة الشيخ عقيل بن عبدالعزيز العقيل المدير العام لمؤسسة الحرمين الخيرية بالرياض عن أحوال اخواننا المسلمين في كشمير المحتلة ولاسيما جمعية أهل الحديث وشدة حاجتهم إلى المساعدة والدعم لما يلقونه من اعدائهم الهندوك من القتل والتشريد والأذى. فأرجو ممن يطلع على هذه الرسالة احتساب الأجر في مساعدتهم من الزكاة وغيرها لشدة حاجتهم إلى الدعم والمساعده عملاً بقول الله عز وجل ﴿وتعاونوا على البر والتقوى﴾ وقوله سبحانه ﴿إنما الصدقات للفقراء والمساكين..﴾ الآية. وقوله عز وجل ﴿آمنوا بالله ورسوله وانفقوا مما جعلكم مستخلفين فيه فالذين آمنوا منكم وانفقوا لهم أجر كبير﴾ وقوله سبحانه ﴿الذين ينفقون أموالهم بالليل والنهار سراً وعلانية فلهم أجرهم عند ربهم ولا خوف عليهم ولا هم يحزنون﴾. والآيات في هذا المعنى كثيرة وقول النبي ﷺ (المسلم أخو المسلم لا يظلمه ولا يسلمه ومن كان في حاجة أخيه كان الله في حاجته) وقوله ﷺ ( من نفس عن مؤمن كربة من كرب الدنيا نفس الله عنه كربة من كرب يوم القيامة ومن يسر على معسر يسر الله عليه في الدنيا والآخره ومن ستر مسلماً ستره الله في الدنيا والآخره والله في عون العبد ماكان العبد في عون أخيه) وقوله ﷺ (ما نقص مال من صدقه وما زاد الله عبداً بعفو إلا عزاً) والأحاديث في فضل الصدقة كثيرة. والله المسؤول أن يوفقنا وإياكم لما يرضيه وأن يجعلنا وإياكم من المسارعين لكل خير وأن يتقبل منا ومنكم إنه جواد كريم وأرجو تسليم ما ترون من المساعدة بيد عقيل المذكور وهو يوصله إليهم إن شاء الله. ضاعف الله أجر الجميع. والسلام عليكم ورحمة الله وبركاته،،،

مفتي عام المملكة العربية السعودية
ورئيس هيئة كبار العلماء وادارة البحوث العلمية والإفتاء

الرقم : ١٧٣٣/خ    التاريخ :- ٣/٨/١٤١٧هـ    المشفوعات :

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00038775

| FROM : | PHONE NO. : 0000000000 | P0: |
|---|---|---|
| Al Haramain Islamic Foundation Dammam Office | [Logo: Al Haramain Islamic Foundation - HIF - Dawah - Knowledge - Practice] | [English Text: Al-Haramain Islamic Fdn. Dammam Office] |
| Number: | | Ref: |
| Date: | | Date:] |

In the Name of Allah, Most Beneficent, Most Merciful

**His Eminence / Sheikh Mohamed Al Salih Al Othaimeen - may Allah protect him**

Peace and Allah's mercy and blessings be on you,

The Al Haramain Islamic Foundation sponsors over three thousand five hundred orphans in many poor Muslim countries, and for this purpose, the Foundation has opened orphanages in which orphans can find everything they need such as accommodation, food and medical treatment in addition to education. Allah has brought about a lot of benefit from this work and praise and favor is His, since many orphans memorized the Noble Quran and some of the primers. The orphans stay at the orphanage for a number of years as per his circumstances. Every orphan has a specific charitable sponsor who pays the cost of the sponsorship to the Foundation every year. Sometimes, the person is unable to continue with the sponsorship and another sponsor takes his place. People are confused whether this action of sponsorship is something that the wise Shariah has encouraged or not?

We therefore request Your Eminence to kindly inform us about this. May Allah guide you and keep you on the straight path, and may He allow us to benefit from your knowledge. Amen.

Peace and Allah's mercy and blessings be on you.

Yours truly / Aqil bin Abdul Aziz Al Aqil on the twelfth of Muharram 1419 AH (corresponding to: 09 May 1998).

[handwritten: *In the Name of Allah, Most Beneficent, Most Merciful. Peace and Allah's mercy and blessings be on you.*

*I thank the Al Haramain Islamic Foundation for its wonderful efforts in the field of sponsoring and taking care of orphans. I ask Allah to assist it in this and to reward it for it.*

*It has been established in the two authenticated books of prophetic traditions from the Prophet (may Allah bless him and give him peace), that he said: "I will be together with the one who takes care of an orphan in paradise like this," and he indicated with his index and middle finger. Al Nawawi stated in the commentary of Sahih Muslim: The meaning of "one who takes care of an orphan" is the person who takes charge of his affairs such as expenses, clothing, education, upbringing etc. The commentators of the Quran stated in respect of the words of the Almighty: "Zachariah took care of her" i.e., he kept her with him according to the reading of the letter 'fa' without a tashdid. In respect of the words of the Almighty: "Which of them will take care of Mary." i.e. bring her up and take custody of her - as is mentioned in the commentaries of Jalalayn and Qurtubi. From here we learn that the sponsorship or care of an orphan is not merely providing expenses, food, drink and accommodation, but more importantly is to nurturing and upbringing. Since the Foundation has opened orphanages in which the orphan can find everything that he needs such as accommodation, food, treatment and education, I have hope that this will realize the full meaning of sponsorship if in addition thereto there is nurturing and upbringing so that they can come out of the scope of orphanhood by becoming intelligent adults. I ask Allah to continually guide and keep the Foundation on the straight path and to reward those in charge of it, for He is the most generous giver. Written by Mohamed Al Salih Al Othaimeen on 25/1/1419 AH.]* [Corresponding to May 21, 1998]

[bilingual footer:] ص.ب ١٣٤٩٠ الدمام ٣١٤٩٣ – المملكة العربية السعودية – ☎ ٨٤٢٠٢٢٠ – فاكس ٨٤٦٢٠٠٧
P.O.Box : 13490 Dammam 31493 - Saudi Arabia - ☎ 8420220 - Fax : 8462007

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00038774

FROM :                              PHONE NO. : 0000000000                         P0:

In the Name of Allah, Most Beneficent, Most Merciful

**Kingdom of Saudi Arabia**
**General Presidency of Scholarly Research and Ifta**
**Grand Mufti's Office**

**From Abdul Aziz bin Abdullah bin Baz to all people of goodness and piety who see this**

**May Allah guide them to that in which is His pleasure, increase them in knowledge and faith, and bless them in what He has given them. Amen.**

Peace and Allah's mercy and blessings be on you.
I attach herewith a copy of the letter sent to me by His Eminence Sheikh Aqil bin Abdul Aziz Al Aqil, the General Manager of the Al Haramain Islamic Foundation in Riyadh, about the conditions of our Muslim brothers in occupied Kashmir, especially the Ahl al Hadith Association and their severe need for assistance and support due to the killing, displacement and harm they are experiences from their Hindu enemies. I hope that anyone who reads this letter takes it as an opportunity to earn reward by assisting them with Zakat and other funds due to their severe need for assistance and support, in application of the statement of Allah Almighty, "Assist one another in goodness and piety;" His statement, "Believe in Allah and His messenger, and spend of that which He has entrusted to you, for those from amongst you who believe and spend will receive a great reward," and His statement, "those who spend their wealth by night and day secretly and openly, will receive a reward with their lord and they will have no fear nor will they grieve." The verses in this regard are numerous. The Prophet (may Allah bless him and give him peace) said, "A Muslim is the brother of another Muslim. He does not oppress him nor abandon him. Whoever fulfils the need of his brother, Allah fulfils his need." He (may Allah bless him and give him peace) also said, "Whoever removes from a believer one of the problems of this world, Allah will remove from him one of the problems of the day of standing. Whoever makes some difficulty easy for someone, Allah will make things easy for him in this world and the hereafter. Whoever conceals the fault of a Muslim, Allah will conceal his faults in this world and the hereafter. Allah remains in the assistance of a servant as long as that servant remains in the assistance of his brother." The Prophet (may Allah bless him and give him peace) also said, "Wealth does not become less because of charity, and Allah only increases a servant in honor when he pardons others." The prophetic narrations on the virtue of charity are numerous. Allah is the one we ask to guide us and you to that with which He is pleased and to make us and you from those who rush towards every good act, and that He accepts from us and from you, for He is the most generous and kind. Please deliver any aid you would like to the said Aqil, and he will deliver it to them, Allah willing. May Allah multiply the reward of all. Peace and Allah's mercy and blessings be on you.

**Grand Mufti of the Kingdom of Saudi Arabia**
**Chairman of the Senior Scholars Council and the Department of Scholarly Research and Ifta** [thumbprint]

Number: [handwritten: *1733 / K]* Date: [handwritten: *3/8/1417 AH]* [Corresponding to Dec 13, 1996] Attachments:

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00038775



**Declaration**

I, *Halah Al-Janabi,* hereby confirm that as a professional translator and under contract to RWS Alpha, have translated these documents from *Arabic* (source language) into *English* (target language) for PO37448.

File names:

    ARB-00038764 (partial translation)

I hereby confirm that to the best of my knowledge and capability as a professional translator these are accurate *English* (target language) translations of the *Arabic* (source language) documents.

Signature: 
Halah Aljanabi (May 1, 2024 16:34 GMT+1)

**Signature:** *Halah Aljanabi*
Halah Aljanabi (May 1, 2024 16:34 GMT+1)
**Email:** aljanabihalah@gmail.com
**Title:** Proofreader

Alpha Translations Canada Inc., part of RWS Holdings Plc group companies
PO Box 2015, Stony Plain PO MAIN, AB, T7Z 1X6, Canada
T: + 1 780 962 7821| E: edmonton@rws.com
alpha.rws.com
Registered Office: Gowling WLG, Suite 1600, 421 7th Ave SW, Calgary, Alberta, T2P 4K9, Canada, Business number: 138526926