# Al Rajhi Bank Ex. 6


**الموضوع / SUBJECT:** فضيلة الشيخ عبدالرحمن بن صالح الأطرم نائب المدير العام للمجموعة الشرعية

حفظه الله تعالى

سلام عليكم ورحمة الله وبركاته، وبعد:

فأرفع إلى فضيلتكم طلب الأخ كبير المراقبين في إدارة الرقابة الشرعية طويان بن عبدالله الطويان الذي يطلب فيه التفرغ لدراسة اللغة الإنجليزية لمدة ستة أشهر. ولا يخفى على فضيلتكم أهمية اللغة الإنجليزية في عمليات الرقابة المختلفة في الشركة، حيث تتم عمليات كثير من الإدارات بتلك اللغة، مما يشكل عائقا أمام من لا يعرفها المراقبين. ولذلك فهي خيار استراتيجي لكل موظفي الإدارة الحاليين والمستقبليين.

ومن دواعي تعلم اللغة الإنجليزية للأخ طويان أنه –وهو أقدم المراقبين في الإدارة– يضطلع الآن بمهمة كبير المراقبين فيها. وسيكون تعمقه في اللغة الإنجليزية حافزا كبيرا له على صقل تجربته الرقابية والتوسع في مراقبة باقي الإدارات الأخرى.

وقد جرت محاولة منه لدراسة اللغة أثناء العمل عن طريق الدورات مرتين قبل ذلك، لكن تلك الدراسة لم تكن كافية. وأرى أنه لا بد لتعلم اللغة الأجنبية من تفرغ تام. والتفرغ التام لها يجعل مدة تعلمها أقصر من حيث الإجمال، ويكون ذلك أقل تكلفة على الإدارة والشركة. وأذكر فضيلتكم أن الأخ طويان من الكفاءات الشابة المتميزة وسيظهر أثر تعلمه من لغة إنجليزية على كفاءة الرقابة الشرعية، وعلى كفاءة العملية الرقابية في الشركة كلها.

وفي الختام آمل تكرم فضيلتكم بالموافقة على تفريغ الأخ طويان بن عبدالله الطويان لدراسة اللغة الإنجليزية مدة ستة أشهر تبدأ من بداية شهر سبتمبر سنة ٢٠٠٠م، مع العلم أن عمله قد تم تغطيته تلك الفترة.

والسلام عليكم ورحمة الله وبركاته.

مدير إدارة الرقابة الشرعية

محمد بن سعود العصيمي

*[ملاحظة بخط اليد]*

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00040369

| | |
|---|---|
| **Mail to:** | **Reply to:** |
| Assistant General Director, Shariah Group | Sender: |
| May Allah Almighty preserve him | Branch: Shariah Oversight Office |
| | Department: |
| | Tel No: |
| No: | Date: 6/5/1421 [06/08/2000] |

**RE: To: His Eminence Sheikh Abdulrahmane bin Saleh Al Atrem, Assistant General Director, Shariah Oversight Office, may Allah preserve him.**

**Greetings, and Allah's mercy and blessings.**

I would like to convey to Your Eminence the request of the lead overseer in the Shariah Oversight Branch, Brother Towayan bin Abdullah Towayan, in which he requests that he may be released of responsibilities in order to study English for six months. Your Eminence is aware of the importance of English in various oversight operations in the company, as many of the operations in our offices are undertaken in this language. This creates an obstacle for the overseers who do not know English. As such, it is a strategic decision for all future and current office employees.

Among the reasons for Brother Towayan to learn English is that, as the most senior overseer in the office, he is now taking on the responsibility of the lead overseer in the office. His growth in English would be a significant motivator for him in refining his oversight experience and in expanding supervision of all other offices.

He has twice attempted to learn English while working by taking courses, but this study has not been sufficient I believe that it is necessary to be completely freed of responsibilities in order to learn a foreign language. This would allow for the time period to learn the language to be shorter than if he were to piece his studies together and would be less costly to the office and the company. I would also like to remind Your Eminence that Brother Towayan is an exceptionally capable young man and that the effects of his studying English will be seen in his ability to undertake shariah oversight and in his ability to carry out oversight in the company as a whole.

In conclusion, it would be greatly appreciated if you could approve the release of Brother Towayan bin Abdullah Towayan in order for him to study English for six months, beginning from the month of September 2000. Note that his responsibilities will be covered for this period.

Greetings, and Allah's mercy and blessings.

Director, Shariah Oversight Office
[signature]
Mohammed bin Saud Al Asimi

[Handwritten: No objection, on the condition that all expenses including travel, housing, living expenses, and study are at his personal expense. The company shall not bear any of those things. May Allah grant him success. (signature) 20/5/1421 [corresponding to: August 20, 2000].
Copy to employee file (signature) 29/9/2000]

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00040369



## Declaration

I, *Fahim Hoosen*, hereby confirm that as a professional translator and under contract to RWS Alpha, I have translated/proofread this document from *Arabic* into *English* for *PO37434*.

File names:

*ARB-00040369*

I hereby confirm that to the best of my knowledge and capability as a professional translator these are accurate *English* translations of the *Arabic* originals.



Signature: Fahim Hoosen (Apr 26, 2024 19:34 GMT+2)

fahim.hoosen@gmail.com
Freelancer

Alpha Translations Canada Inc., part of RWS Holdings Plc group companies
PO Box 2015, Stony Plain PO MAIN, AB, T7Z 1X6, Canada
T: + 1 780 962 7821| E: edmonton@rws.com
alpha.rws.com
Registered Office: Gowling WLG, Suite 1600, 421 7th Ave SW, Calgary, Alberta, T2P 4K9, Canada, Business number: 138526926