# Al Rajhi Bank Ex. 8

AL RAJHI BANKING & INVESTMENT CORP.



شركة الراجحي المصرفية للإستثمار

الرقم :

التاريخ : ١٤٢٣/٠٩/١١هـ الموافق ٢٠٠٢/١١/١٦م

المكرمين / ادارة التفتيش البنكـــــــي

مؤسسة النقد العربى السـعودى

عناية الاستاذ / خالد بن صالح السبيل        ـــ المحترم

السلام عليكم ورحمة الله وبركاته ،،

اشـــــارة الــــى كتابكم رقم ١٩١٥٣/م أ ق ١/١٩١ فى ١٤٢٣/٨/٣٠ هـ والمعمم عن طريق لجنة الاشراف الذاتى .

تجدون مرفق بيان يوضح الحسابات التى وقع عليها الحجز طرف الشـركة .

وتقبلوا التحية ،،،

مدير ادارة الشـــئون القانونيـــــة

صـــالح بن منصـــور الجربـــوع

٢٢/ع

**EXHIBIT**

**7**

المركز الرئيسي : الرياض – المملكة العربية السعودية – ص . ب ٢٨ – الرمز البريدي ١١٤١١ – هاتف رقم ٤٦٠١٠٠٠ – تلكس رقم ٤٠٦٣١٧ – فاكس رقم ٤٦٠٠٩٢٢
Head Office: Riyadh, Kingdom of Saudi Arabia - P. O. Box 28 - Postal Code 11411 - Tel. No. 4601000 - Tlx. No. 406317 - Fax. No. 4600922

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00039558

Aı Rajhi Bank H. O. بنك

المتابعة الشهرية للحسابات المطلوبة من المؤسسة سبتمبر٢٠٠٢

| م | الفرع | اسم الفرع | رقم الحساب | تاريخ فتح الحساب | اسم العميل | عند الوحدات | السعر | الرصيد المباع | المهنة | تاريخ الحجز | | سعر اليوم | وقف الحساب في ١٨/٩/٢٠ | الموقف |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 08033 | الاستثمار | 1101 | ٥ نوفمبر ١٩٩٩ | ياسين عبدالله عزيز قاضي | 3267 | 93.71 | 1148064.64 | الثالثة | 13/10/2002 | 2 | 71.82 | 879884.78 | محجوز |
| 5 | 08033 | الاستثمار | 1301 | ١٤ اكتوبر ٢٠٠٠ | ياسين عبدالله عزيز قاضي | 21753 | 107.01 | 2327788.53 | الثالثة | 13/10/2002 | 2 | 109.84 | 2389349.52 | محجوز |
| 6 | 08033 | الاستثمار | 1001 | ١ ديسمبر ١٩٩٩ | ياسين عبدالله عزيز قاضي | 294316.61 | 1.0504 | 1159313.13 | الثالثة | 13/10/2002 | 2 | 0.09 | 103117.50 | محجوز |
| 7 | 10200 | شارع عائل | 0041 | ١٥ سبتمبر ١٩٩٩ | | | | 0.00 | الثالثة | 13/10/2002 | | | 0.00 | محجوز |
| 8 | 10200 | شارع عائل | 0052 | ١٠ اكتوبر ١٩٩٩ | فرع مؤسسة ياسين عبدالله قاضي | | | 1508.49 | الثالثة | 13/10/2002 | | | 105.49 | محجوز |
| 13 | 12600 | الفار | 1504 | ١٥ يناير ١٩٨٦ | وائل حمزة عبدالفتاح جليدان | | | 545.10 | السابعة والعشرون | 19/10/2002 | | | 545.10 | محجوز |
| 19 | 16100 | شارع فلك عبدالعزيز جدة | 6927 | | اسامة محمد عوض بن لادن | | | 46514.25 | الثانية | 26/09/2001 | | | 46514.25 | محجوز |
| 20 | 16100 | شارع فلك عبدالعزيز جدة | 0414 | | اسامة محمد عوض بن لادن | | | 1070368.00 | الثانية | 26/09/2001 | | | 1070368.00 | محجوز |
| 21 | 16100 | شارع فلك عبدالعزيز جدة | 6301 | ٩ اغسطس ١٩٩١ | ابراهيم سعيد بسلم باداوود | | | 594.14 | الاولى | 08/01/2002 | | | 594.14 | محجوز |
| 22 | 16100 | شارع فلك عبدالعزيز جدة | 0033 | | اسامة محمد عوض بن لادن | | | 92.67 | الثانية | 26/09/2001 | | | 92.67 | محجوز |
| 24 | 16300 | طريق المحجر - جدة | 8291 | ١٩ مايو ٢٠٠١ | علي عثمان عثمان ال زين | | | 31.75 | الثامنة | 06/11/2001 | | | 31.75 | محجوز |
| 45 | 24300 | الجعدية | 8866 | ٤ فبراير ١٩٨٧ | ياسين عبدالله عزيز قاضي | | | 0.60 | الثالثة | 13/10/2002 | | | 0.60 | محجوز |
| 56 | 31400 | حي السلامة | 6294 | ٧ مايو ١٩٨٨ | وائل حمزة عبدالفتاح جليدان | | | 3971.98 | السابعة والعشرون | 19/10/2002 | 1 | | 133.38 | محجوز |
| 57 | 31400 | حي السلامة - جدة | 5337 | | | | | 168.35 | الثالثة | 13/10/2002 | | | 168.35 | محجوز |
| 62 | 33400 | الصحيفة جدة | 3289 | ١٨ يوليو ١٩٩٢ | ابراهيم سعيد بسلم باداوود | | | 22600.08 | الاولى | 08/01/2002 | | | 22600.08 | محجوز |
| 63 | 33400 | الصحيفة جدة | 3602 | ١١ اغسطس ١٩٩٢ | ابراهيم سعيد بسلم باداوود | | | 75.58 | الاولى | 08/01/2002 | | | 75.58 | محجوز |
| 75 | 37500 | حي الروضة | 0850 | ٢٢ نوفمبر ١٩٩٩ | مشرف محمد عثمان الغامدي | | | -80.26 | السادسة | 31/10/2002 | | | -80.26 | محجوز |
| 77 | 37600 | شارع الارنين-جدة | 1386 | ٢٢ يناير ٢٠٠١ | مشرف محمد عثمان الغامدي | | | 21802.00 | السادسة | 31/10/2002 | | | 21802.00 | محجوز |
| 88 | 46200 | النابية | 0165 | ١٥ فبراير ٢٠٠٠ | ياسين عبدالله عزيز قاضي | | | 12295.42 | الثالثة | 13/10/2002 | | | 12295.42 | محجوز |

ملكية المؤسسة

صفحة ١ من ١

م ١٣/١١/٢٠٠٢١٢:٢٧

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00039559



AL RAJHI BANKING & INVESTMENT CORP.

No.:
Date: <u>9/11/1423 AH (11/16/2002 AD)</u>
[TN: all dates are in MM/DD/YYYY format.]

**Banking Inspection Department**
**Saudi Arabian Monetary Authority**
**Attn.: Mr. Khaled bin Saleh al-Sabil**

**Peace, mercy, and blessings of God be upon you,**

With regards to your letter, no. 19153/[*mim*][*alif*][*fa'*]8191, dated 8/30/1423 AH [11/5/2002 AD], distributed through the Self-Supervisory Committee:
Please find attached a statement with details of the accounts the Corporation has blocked.
[signature]

Regards,

**Director, Legal Affairs Department**
[signature]
**Saleh bin Mansour al-Jarbou**

[*ghayn*]/22

Head Office: Riyadh, Kingdom of Saudi Arabia - P. O. Box 28 - Postal Code 11411 - Tel. No. 4601000 - Tlx. No. 406317 - Fax. No. 4600922

ARB-00039558

Al Rajhi Bank H.O. Confidential

### Monthly Monitoring of Accounts Requested by SAMA, September 2002

| No. | Branch | Branch name | Acct. no. | Acct. opening date | Client name | No. of units | Price | Balance | Task | Attachment date | Daily price | Balance on 9/30/02 | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 08033 | Investment | ▮1101 | November 5, 1999 | Yasin Abdullah Aziz Qadi | 3267 | 93.71 | 1148064.64 | Third | 10/13/2002 | 2 | 71.82 | 879884.78 | Blocked |
| 5 | 08033 | Investment | ▮1101 | October 14, 2000 | Yasin Abdullah Aziz Qadi | 21753 | 107.01 | 2327783.53 | Third | 10/13/2002 | 2 | 109.84 | 2389349.52 | Blocked |
| 6 | 08033 | Investment | ▮1101 | December 1, 1999 | Yasin Abdullah Aziz Qadi | 294316.61 | 1.0504 | 1159313.13 | Third | 10/13/2082 | 2 | 0.09 | 103117.50 | Blocked |
| 7 | 10200 | Qabel Sheet | ▮0041 | September 15, 1999 | Yasin Abdullah Aziz Qadi | | | 0.00 | Third | 10/13/2002 | | | 0.00 | Blocked |
| 8 | 10200 | Qabel Sheet | ▮0052 | October 10, 1999 | Yasin Abdullah Qadi Foundation branch | | | 1508.49 | Third | 10/13/2002 | | | 105.49 | Blocked |
| 13 | 12600 | [illegible] | ▮1504 | January 15, 1986 | Wail Hamza Abdulfattah Jalidan | | | 545.10 | Twenty-seventh | 10/19/2002 | | | 545.10 | Blocked |
| 19 | 16100 | King Abdulaziz Street, Jeddah | ▮6927 | | Osama Mohammed Awad bin Laden | | | 46514.25 | Second | 9/26/2001 | | | 46514.25 | Blocked |
| 20 | 16100 | King Abdulaziz Street, Jeddah | ▮0414 | | Osama Mohammed Awad bin Laden | | | 1070368.00 | Second | 9/26/2001 | | | 1070368.00 | Blocked |
| 21 | 16100 | King Abdulaziz Street, Jeddah | ▮6301 | August 9, 1991 | Ibrahim Said Baslam Badawud | | | 594.14 | First | 1/8/2001 | | | 594.14 | Blocked |
| 22 | 16100 | King Abdulaziz Street, Jeddah | ▮0033 | | Osama Mohammed Awad bin Laden | | | 92.67 | Second | 9/26/2001 | | | 92.67 | Blocked |
| 24 | 16100 | Al-Mahjar Street - Jeddah | ▮8291 | May 19, 2001 | Ali Othman Othman Al Zain | | | 31.75 | Eighth | 11/6/2001 | | | 31.75 | Blocked |
| 45 | 16300 | Al-Baghdadtya | ▮8866 | February 4, 1987 | Yasin Abdullah Aziz Qadi | | | 0.60 | Third | 18/13/2002 | | | 0.60 | Blocked |
| 56 | 31400 | Hay al-Salama | ▮6294 | May 7, 1988 | Wail Hamza Abdulfattah Jalidan | | | 3971.98 | Twenty-seventh | 10/19/2002 | 1 | | 133.38 | Blocked |
| 57 | 31400 | Hay al Salama - Jeddah | ▮5387 | | Yasin Abdullah Aziz Qadi | | | 168.35 | Third | 10/13/2002 | | | 168,35 | Blocked |
| 62 | 33400 | Al-Sahifa Jeddah | ▮3289 | July 10, 1992 | Ibrahim Said Baslam Badawud | | | 22600.08 | First | 1/8/2002 | | | 22600.08 | Blocked |
| 63 | 33400 | Al-Sahifa Jeddah | ▮3602 | August 11, 1992 | Ibrahim Said Baslam Badawud | | | 75.58 | First | 1/8/2002 | | | 75.58 | Blocked |
| 75 | 37500 | Hay al-Doha | ▮0850 | November 22, 1999 | Mushrif Mohammed Othman al-Ghamdi | | | -80.26 | Sixth | 10/31/2002 | | | -80.25 | Blocked |
| 77 | 37600 | Al-Arbaeen Street - Jeddah | ▮1386 | January 22, 2001 | Mushrif Mohammed Othman al-Ghamdi | | | 21802.60 | Sixth | 10/31/2002 | | | 21802.00 | Blocked |
| 88 | 46200 | Al-Nakhla | ▮0165 | February 15, 2000 | Yasin Abdullah Aziz Qadi | | | 12295.42 | Third | 10/13/2002 | | | 12295.42 | Blocked |

ARB-00039559



## Certificate

PO number: _PO37009_____

Client Name:

_White&Case New York_____

File Name(s):

_ARB-00039558_____

Alpha Translations Canada, Inc., d.b.a. RWS Alpha, hereby declares that, to the best of its knowledge

and belief, the following document, prepared by one of its subcontracted translators competent in the art

and conversant with the _Arabic_____ and

_English_____ languages, is a true and correct translation of the

accompanying document in the _Arabic_____ language.

this _10th_____ day of _January_____, 20 _24_____

_Tanja Mueller_____

Tanja Mueller (Jan 10, 2024 16:25 MST)
_____
Tanja Mueller
Program Director
Alpha Translations Canada, Inc., part of RWS Holdings Plc group companies

Alpha Translations Canada Inc., part of RWS Holdings Plc group companies
Suite 200, 86 Boulder Boulevard, Stony Plain, Alberta, T7Z 1V7, Canada
T: + 1 780 962 7821| E: edmonton@rws.com
alpha.rws.com
Registered Office: Gowling WLG, Suite 1600, 421 7th Ave SW, Calgary, Alberta, T2P 4K9, Canada, Business number: 138526926

**Signature:** _Tanja Mueller_
Tanja Mueller (Jan 10, 2024 16:25 MST)

**Email:**   tanja.mueller@rws.com

**Title:**   Program Director