# Al Rajhi Bank
# Ex. 13

# Fact Sheet



## Bank Profile

Founded in 1957, Al Rajhi Bank today is the world's largest Islamic bank with assets of +SR 801 billion (+USD 213 billion) and the largest retail bank in the Middle East serving more than 15.2 million customers with 19,964 employees ranking the group among the top 10 employers in the kingdom.

Al Rajhi Bank has the largest distribution network in Saudi Arabia with 511 branches, 4,604 ATMs, 581,700 POS terminals and 163 remittance centres. We also operate 13 branches in Malaysia, 10 in Jordan and 2 in Kuwait.

## Strategy

The Bank of the Future (BOTF) strategy is designed to ensure that it remains future-ready in terms of its business and stakeholder groups, as it continues to focus on providing market leading customer experience. We are building the "**Bank** of the **Future**":

**B** - Build on our core
**O** - Outperform our competition
**T** - Transform technology
**F** - Focus on new clients needs

## Product Offering

To support its growing customer base, Al Rajhi Bank provides fully Shariah-compliant retail and corporate banking, treasury services, investment banking services, asset and wealth management products to corporations, government, institutional investors, SMEs, as well as private individuals.

| Key Figures SAR (mn) | 9M 23 | 9M 22 | YoY |
|---|---|---|---|
| **Total operating income** | **20,481** | **21,311** | **-4%** |
| **Net income after Zakat for the period** | **12,451** | **12,746** | **-2%** |
| ROE after Zakat | 19.47% | 23.08% | -361bps |
| ROA | 2.14% | 2.50% | -36bps |
| NPM | 2.98% | 3.66% | -68bps |
| Cost to income | 26.86% | 25.57% | +128bps |
| CoR | 0.25% | 0.43% | -18bps |
| **Total assets** | **801,483** | **739,962** | **+8%** |
| **Total liabilities** | **699,204** | **653,860** | **+7%** |
| **Total equity** | **102,280** | **86,101** | **+19%** |
| CAR ratio | 20.77% | 19.41% | +136bps |
| Tier I | 19.64% | 18.26% | +137bps |
| Liquidity coverage ratio (LCR) | 144.71% | 121.19% | +2352bps |
| Financing to customer deposit ratio | 81.00% | 88.45% | -745bps |
| NPL ratio | 0.60% | 0.64% | -4bps |
| NPL coverage ratio | 240% | 248% | -849bps |

| Outlook | FY 2023 Guidance |
|---|---|
| Financing, Net | Mid single digit |
| Net Profit Margin | -45 to -55 bps |
| Cost to Income Ratio | Below 27.5% |
| ROE | Above 19% |
| Cost of Risk | 0.20% to 0.30% |
| Tier 1 Ratio | Above 20% |

## Total Operating Income (SARmn)



3Q 22: 7,206 | 4Q 22: 7,264 | 1Q 23: 6,781 | 2Q 23: 6,827 | 3Q 23: 6,873 (-4.6%)

## Net Income For The Period After Zakat (SARmn)



3Q 22: 4,355 | 4Q 22: 4,404 | 1Q 23: 4,145 | 2Q 23: 4,150 | 3Q 23: 4,155 (-4.6%)

T1 ratio: 18.3%, 20.3%, 19.7%, 20.5%, 19.6%
CET1 ratio: 16.9%, 17.0%, 16.5%, 17.2%, 16.5%

## Total Operating Income Mix By Segment (SARbn)



Corporate SAR 5.4bn 26%
Treasury SAR 1.7bn 8%
Rajhi Capital SAR 1.0bn 5%
Retail SAR 12.5bn 61%



# Fact Sheet



| Al Rajhi Bank Shares - Key Metrics | 30 Sep 2023 |
|---|---|
| Closing Price | SAR 67.9 |
| Market Cap | SAR 271.6 Bn. |
| Market Cap / % Industry | 32.2% |
| Market Cap / % Tadawul | 2.4% |
| Shares outstanding | 4.0 Bn. |
| 90D Volatility | 15.1 |
| Price / Earnings | 16.7 x |
| Price / Book | 3.2 x |

Sources: Bloomberg; Tadawul; Al Rajhi Bank Financials



### Top 10 Facts About Al Rajhi Bank

**Largest Islamic Bank worldwide**
(by Assets & Market Cap)

**#1 Retail Bank in Middle East**
(by Retail Deposits & Income)

**One of the highest NPB ratios**
(67% Non-Profit Bearing Deposits)

**Bank capitalisation among the highest in GCC**
(20.8% Total Capital Ratio)

**#1 NPS in KSA**
(73% as on September 2023)

**#1 Bank in KSA**
(by number of customers)

**#1 Distribution Network in Middle East**
(by # of Branches, POS, ATMs, Remittance)

**#1 Banking transactions in KSA**
(817mn per Month, average)

**#1 Bank for remittances in Middle East**
(by payment value)

**#1 Bank Brand in KSA**
(by Brand Power Score)

### Market Share 3Q 2023



Branches 28%, ATMs 29%, POS (Terminals) 35%, Remittance Centers 28%, Demand Deposits 26%, Deposits 23%, Personal Loans 42%, Auto Loans 45%, Mortgages Loans 42%, Corporate Loans 13%

### The World's Leading Islamic Bank

- World's largest Islamic Banking
- Customer base and banking network
- Size and institutional status
- Financial strength and earnings quality
- Large market capitalization, high trading volume, low volatility
- Track record of consistent shareholder returns

### Ratings

Moody's (A1)
S&P (A-)
Fitch (A-)

### Looking for additional information?

Al Rajhi Bank Investor Relations Contact
Mr. Safwan Alsulaimani, Director of Investor Relations
Telephone: +966 11 834 6626
E-mail: AlsulaimaniSA@alrajhibank.com.sa
Mr. Mohammed Alqahtani, Asst. Manager Investor Relations
Telephone: +966 11 828 1921
E-mail: alqahtaniM-M@alrajhibank.com.sa
https://www.alrajhibank.com.sa/about-alrajhi-bank/investor-relations


Alrajhi Mobile App    Alrajhi Business App    Alrajhi IR App






Alrajhi Tadawul Mobile App


Emkan App


urpay App


