# Al Rajhi Bank
# Ex. 14

Case 1:03-md-01570-GBD-SN    Document 10598-14    Filed 12/09/24    Page 2 of 12

| EAST PIPES 148.80 2.80 (1.92%) | AMAK 58.80 -0.70 (-1.18%) | CHEMANOL 16.38 -0.14 (-0.85%) | SABIC 81.60 -0.30 (-0.37%) |



06 May                                                                                                   Market Status

**1120**   ALRAJHI

Add To Watchlist ☆            Share Profile ⤴

| Main Market | Banks |
|---|---|
| Sukuk And Bonds | Al Rajhi Sukuk |
| Derivatives | Options |

## Stats Overview

| Prev. Close | Open | High | Low |
|---|---|---|---|
| 81.00 | 81.00 | 82.40 | 79.90 |
| No. of Trades | Avg. Trade size* | Volume Traded | Value Traded (SAR) |
| 11,459 | 670 | 7,672,978 | 619,656,712.20 |

## Performance

**ALRAJHI**    -0.70 (-0.86%)

View Historical >



5D ▾                          ≡ Export                              Compare ⊕

Time

| EAST PIPES 148.80 2.80 (1.92%) | AMAK 58.80 -0.70 (-1.18%) | CHEMANOL 16.38 -0.14 (-0.85%) | SABIC 81.60 -0.30 (-0.37%) |



06 May                                                                                                                                         Market Status

| Name | Price | Change % | |
|---|---|---|---|
| Al Rajhi Bank | 81.00 | -0.86% | - |

Note: Prices are delayed minimum 5 minutes

*Average Trade Size = Cumulative / # of Trades

**52 Week Price Change = (Current Price - Price year ago) / Price year ago x 100

Historical prices & volume traded data are adjusted to account for all corporate actions.

MO: Market Order

## Trade Updates

### Last Trade

| Price | % Change | Volume Traded |
|---|---|---|
| 80.30 | -0.86 | 50 |

### Best Bid

| Price | Volume |
|---|---|
| 80.20 | 250 |

### Best Offer

| Price | Volume |
|---|---|
| 80.30 | 20,840 |

### 52 WEEK

| High | Low | Change** |
|---|---|---|
| 92.50 | 63.10 | 7.93 |
| 2024/01/29 | 2023/10/23 | |

### PERFORMANCE

| Start of Year | Year ago | 3 Years ago |
|---|---|---|
| 86.8 | 74.4 | 62.2 |

| EAST PIPES 148.80 2.80 (1.92%) | AMAK 58.80 -0.70 (-1.18%) | CHEMANOL 16.38 -0.14 (-0.85%) | SABIC 81.60 -0.30 (-0.37%)



06 May                                                                                                          Market Status

## Options

View All

| | | | | | Calls | | | | | Strike | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Detailed View | VOL | OPEN INTEREST | VOLUME TRADED | SETTLEMENT PRICE | Best Bid VOL | Best Offer | Best Bid | CHANGE (POINTS) | Price | | Price | CHANGE (POINTS) | Best Bid |
| RJHO4M55C | 0 | 0 | 0 | 25.95 | 0 | 0.00 | 0.00 | - | 0.00 | 55.00 | 0.00 | - | 0 |
| RJHO4K55C | 0 | 0 | 0 | 25.38 | 0 | 0.00 | 0.00 | - | 0.00 | 55.00 | 0.00 | - | 0 |
| RJHO4U55C | 0 | 0 | 0 | 28.50 | 0 | 0.00 | 0.00 | - | 0.00 | 55.00 | 0.00 | - | 0 |
| RJHO4Z55C | 0 | 0 | 0 | 30.99 | 0 | 0.00 | 0.00 | - | 0.00 | 55.00 | 0.00 | - | 0 |
| RJHO4K60C | 0 | 0 | 0 | 20.40 | 0 | 0.00 | 0.00 | - | 0.00 | 60.00 | 0.00 | - | 0 |
| RJHO4M60C | 0 | 0 | 0 | 21.40 | 0 | 0.00 | 0.00 | - | 0.00 | 60.00 | 0.00 | - | 0 |
| RJHO4Z60C | 0 | 0 | 0 | 27.71 | 0 | 0.00 | 0.00 | - | 0.00 | 60.00 | 0.00 | - | 0 |
| RJHO4U60C | 0 | 0 | 0 | 24.79 | 0 | 0.00 | 0.00 | - | 0.00 | 60.00 | 0.00 | - | 0 |
| RJHO4M65C | 0 | 0 | 0 | 17.20 | 0 | 0.00 | 0.00 | - | 0.00 | 65.00 | 0.00 | - | 0 |
| RJHO4Z65C | 0 | 0 | 0 | 24.71 | 0 | 0.00 | 0.00 | - | 0.00 | 65.00 | 0.00 | - | 0 |
| RJHO4K65C | 0 | 0 | 0 | 15.47 | 0 | 0.00 | 0.00 | - | 0.00 | 65.00 | 0.00 | - | 0 |
| RJHO4U65C | 0 | 0 | 0 | 21.42 | 0 | 0.00 | 0.00 | - | 0.00 | 65.00 | 0.00 | - | 0 |
| RJHO4U70C | 0 | 0 | 0 | 18.40 | 0 | 0.00 | 0.00 | - | 0.00 | 70.00 | 0.00 | - | 0 |
| RJHO4M70C | 0 | 0 | 0 | 13.47 | 0 | 0.00 | 0.00 | - | 0.00 | 70.00 | 0.00 | - | 0 |
| RJHO4K70C | 0 | 0 | 0 | 10.77 | 0 | 0.00 | 0.00 | - | 0.00 | 70.00 | 0.00 | - | 0 |
| RJHO4Z70C | 0 | 0 | 0 | 22.00 | 0 | 0.00 | 0.00 | - | 0.00 | 70.00 | 0.00 | - | 0 |
| RJHO4U75C | 0 | 0 | 0 | 15.73 | 0 | 0.00 | 0.00 | - | 0.00 | 75.00 | 0.00 | - | 0 |
| RJHO4K75C | 0 | 0 | 0 | 6.70 | 0 | 0.00 | 0.00 | - | 0.00 | 75.00 | 0.00 | - | 0 |
| RJHO4M75C | 0 | 0 | 0 | 10.27 | 0 | 0.00 | 0.00 | - | 0.00 | 75.00 | 0.00 | - | 0 |
| RJHO4Z75C | 0 | 0 | 0 | 19.56 | 0 | 0.00 | 0.00 | - | 0.00 | 75.00 | 0.00 | - | 0 |
| RJHO4U80C | 0 | 0 | 0 | 13.39 | 0 | 0.00 | 0.00 | - | 0.00 | 80.00 | 0.00 | - | 0 |
| RJHO4M80C | 0 | 0 | 0 | 7.65 | 0 | 0.00 | 0.00 | - | 0.00 | 80.00 | 0.00 | - | 0 |
| RJHO4K80C | 0 | 0 | 0 | 3.63 | 0 | 0.00 | 0.00 | - | 0.00 | 80.00 | 0.00 | - | 0 |
| RJHO4Z80C | 0 | 0 | 0 | 17.38 | 0 | 0.00 | 0.00 | - | 0.00 | 80.00 | 0.00 | - | 0 |
| RJHO4K85C | 0 | 0 | 0 | 1.70 | 0 | 0.00 | 0.00 | - | 0.00 | 85.00 | 0.00 | - | 0 |
| RJHO4M85C | 0 | 0 | 0 | 5.56 | 0 | 0.00 | 0.00 | - | 0.00 | 85.00 | 0.00 | - | 0 |



06 May | Market Status

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RJHO4K90C | 0 | 0 | 0 | 0.69 | 0 | 0.00 | 0.00 | - | 0.00 | 90.00 | 0.00 | - |
| RJHO4U90C | 0 | 0 | 0 | 9.60 | 0 | 0.00 | 0.00 | - | 0.00 | 90.00 | 0.00 | - |
| RJHO4M95C | 0 | 0 | 0 | 2.76 | 0 | 0.00 | 0.00 | - | 0.00 | 95.00 | 0.00 | - |
| RJHO4K95C | 0 | 0 | 0 | 0.24 | 0 | 0.00 | 0.00 | - | 0.00 | 95.00 | 0.00 | - |
| RJHO4Z95C | 0 | 0 | 0 | 12.13 | 0 | 0.00 | 0.00 | - | 0.00 | 95.00 | 0.00 | - |
| RJHO4U95C | 0 | 0 | 0 | 8.09 | 0 | 0.00 | 0.00 | - | 0.00 | 95.00 | 0.00 | - |
| RJHO4Z100C | 0 | 0 | 0 | 10.75 | 0 | 0.00 | 0.00 | - | 0.00 | 100.00 | 0.00 | - |
| RJHO4K100C | 0 | 0 | 0 | 0.07 | 0 | 0.00 | 0.00 | - | 0.00 | 100.00 | 0.00 | - |
| RJHO4U100C | 0 | 0 | 0 | 6.81 | 0 | 0.00 | 0.00 | - | 0.00 | 100.00 | 0.00 | - |
| RJHO4M100C | 0 | 0 | 0 | 1.89 | 0 | 0.00 | 0.00 | - | 0.00 | 100.00 | 0.00 | - |
| RJHO4K110C | 0 | 0 | 0 | 0.01 | 0 | 0.00 | 0.00 | - | 0.00 | 110.00 | 0.00 | - |
| RJHO4M110C | 0 | 0 | 0 | 0.85 | 0 | 0.00 | 0.00 | - | 0.00 | 110.00 | 0.00 | - |
| RJHO4U110C | 0 | 0 | 0 | 4.79 | 0 | 0.00 | 0.00 | - | 0.00 | 110.00 | 0.00 | - |
| RJHO4U120C | 0 | 0 | 0 | 3.36 | 0 | 0.00 | 0.00 | - | 0.00 | 120.00 | 0.00 | - |
| RJHO4M120C | 0 | 0 | 0 | 0.37 | 0 | 0.00 | 0.00 | - | 0.00 | 120.00 | 0.00 | - |
| RJHO4K120C | 0 | 0 | 0 | 0.00 | 0 | 0.00 | 0.00 | - | 0.00 | 120.00 | 0.00 | - |

Jump To :

Announcements & Corporate Actions    Dividends    Financials    Shareholding    Peer Comparison    Company Profi

## Announcements

Al Rajhi Bank announces its Interim Financial Results for the Period Ending on 2024-03-31 ( Three Months )

1120    ALRAJHI -0.86 %    1445/10/20    29/04/2024 08:25:11

Al Rajhi Bank Announces the results of the 15th Extraordinary General Assembly meeting (First Meeting )

1120    ALRAJHI -0.86 %    1445/09/15    25/03/2024 08:08:36



06 May     Market Status

Al Rajhi Bank announces the completion of the offer of its U.S. dollar denominated sustainable Sukuk under its international Sukuk programme

| 1120 | ALRAJHI -0.86 % | 1445/08/25 | 06/03/2024 08:39:26 |

Al Rajhi Bank announces the commencement of the offer of its U.S. dollar denominated sustainable Sukuk under its international Sukuk programme

| 1120 | ALRAJHI -0.86 % | 1445/08/24 | 05/03/2024 08:39:27 |

View All >

## Corporate Actions

**Upcoming Events**

**Past Events**

**ALRAJHI 1120**  -0.86%
Bonus Shares
Eligibility Date | 08/05/2022
New Capital | 40,000,000,000

**ALRAJHI 1120**  -0.86%
Bonus Shares
Eligibility Date | 03/04/2019
New Capital | 25,000,000,000

**ALRAJHI 1120**  -0.86%
Bonus Shares
Eligibility Date | 14/04/2014
New Capital | 16,250,000,000

**ALRAJHI 1120**  -0.86%
Bonus Shares
Eligibility Date | 24/02/2008
New Capital | 15,000,000,000

| EAST PIPES | 148.80 2.80 (1.92%) | | AMAK | 58.80 -0.70 (-1.18%) | | CHEMANOL | 16.38 -0.14 (-0.85%) | | SABIC | 81.60 -0.30 (-0.37%) |



06 May                                                                                                   Market Status

All Actions >

Jump To :

| Announcements & Corporate Actions | Dividends | Financials | Shareholding | Peer Comparison | Company Profil |

## Dividends

| Announced Date | Eligibility Date | Distribution Date | Distribution Way | Dividend Amount |
|---|---|---|---|---|
| 25/02/2024 | 24/03/2024 | 03/04/2024 | Account Transfer | 1.15 |
| 24/07/2023 | 31/07/2023 | 14/08/2023 | Account Transfer | 1.15 |
| 15/01/2023 | 21/03/2023 | 02/04/2023 | Account Transfer | 1.25 |
| 30/06/2021 | 06/07/2021 | 14/07/2021 | Account Transfer | 1.40 |
| 01/03/2021 | 29/03/2021 | 06/04/2021 | Account Transfer | 1.00 |

All Actions >

Jump To:

| Options | Announcements & Corporate Actions | Dividends | Financials | Shareholding | Peer Comparison |

## Financials

**FINANCIAL INFORMATION**   FINANCIAL STATEMENTS AND REPORTS

**Annually**   Quarterly

| | Balance Sheet | 2023-12-31 | | | |

| EAST PIPES 148.80 2.80 (1.92%) | AMAK 58.80 -0.70 (-1.18%) | CHEMANOL 16.38 -0.14 (-0.85%) | SABIC 81.60 -0.30 (-0.37%) |



06 May                                                                                                                   Market Status

| | | | | |
|---|---|---|---|---|
| Total Liabilities and Shareholders Equity | 808,098,272 | - | - | - |
| **Statement Of Income** | **2023-12-31** | | | |
| Total Revenue (Sales/Operating) | 27,531,409 | - | - | - |
| Net Profit (Loss) before Zakat and Tax | 18,529,285 | - | - | - |
| Zakat and Income Tax | -1,908,126 | - | - | - |
| Net Profit (Loss) after Zakat and Tax | 16,621,159 | - | - | - |
| Total Comprehensive Income | 16,955,074 | - | - | - |
| Profit (Loss) per Share | 3.95 | - | - | - |

The Capital Market Authority and Saudi Exchange take no responsibility for the contents of this disclosure, make no representations as to its accuracy or completeness, and expressly disclaim any liability whatsoever for any loss arising from, or incurred in reliance upon, any part of this disclosure, and the issuer accepts full responsibility for the accuracy of the information contained in it and confirms, having made all reasonable enquiries, that to the best of their knowledge and belief, there are no other facts or information the omission of which would make the disclosure misleading, incomplete or inaccurate. The above information does not replace detailed financial statements, as detailed financial statements are the reliable source that must be consulted to obtain accurate financial information.

Display Previous Periods

Jump To:

| Options | Announcements & Corporate Actions | Dividends | Financials | Shareholding | Peer Comparison |

## Shareholding Information

**Board Of Directors**    Foreign Ownership    Substantial Shareholders

Time Period   DD/MM/YYYY  -  DD/MM/YYYY

Search >

| | EAST PIPES | 148.80 2.80 (1.92%) | | AMAK | 58.80 -0.70 (-1.18%) | | CHEMANOL | 16.38 -0.14 (-0.85%) | | SABIC | 81.60 -0.30 (-0.37%) |



| 06 May | | | | | Market Status |
|---|---|---|---|---|---|
| 2024-05-06 | خالد عبدالرحمن عبدالله القويز | Board of Directors | 0.0000250% | 0.0000250% | 0 |
| 2024-05-06 | حمزه عثمان حمزه خشيم | Board of Directors | 0.0000013% | 0.0000013% | 0 |
| 2024-05-06 | عبدالعزيز خالد علي الغفيلي | Board of Directors | 0.0012923% | 0.0012923% | 0 |
| 2024-05-06 | رائد عبدالله صالح التميمي | Board of Directors | 0.0000025% | 0.0000025% | 0 |
| 2024-05-06 | وليد عبدالله علي المقبل | Senior Executives | 0.0000025% | 0.0000025% | 0 |
| 2024-05-06 | منصور عبدالعزيز راشد البصيلي | Board of Directors | 0.0046478% | 0.0046478% | 0 |
| 2024-05-06 | ابراهيم محمد عبدالعزيز الرميح | Board of Directors | 0.0005753% | 0.0005753% | 0 |
| 2024-05-06 | بدر محمد عبدالعزيز الراجحي | Board of Directors | 0.0000025% | 0.0000025% | 0 |
| 2024-05-06 | عبداللطيف علي عبداللطيف السيف | Board of Directors | 0.0000400% | 0.0000400% | 0 |
| 2024-05-06 | عبدالرحمن عبدالله عبدالرحمن الفدي | Senior Executives | 0.0019876% | 0.0019876% | 0 |
| | | Board of | | | |

**Jump To:**

Options    Announcements & Corporate Actions    Dividends    Financials    Shareholding    Peer Comparison

## Peer Comparison

Table    Graphical                                                                                                          Add Company ⊕

| Al Rajhi Bank |
|---|
| Price |
| 80.30 |
| Market Cap (SAR MN) |
| 324,000 |
| P/E Ratio |
| 19.49 |



06 May                                                                                                    Market Status

## Company Profile

**Company overview**

The purposes of the Bank shall be to engage in banking and investment activities in compliance with the provisions Islamic Sharia for its own account or on behalf of others (retail and corporate) both locally and internationally.

**Company History**

Banking and commercial activity of Al Rajhi Bank has started 50 years ago. In 1398 H (1978), individual establishments were merged into Al Rajhi Trading and Exchange Corporation. Then, in 1407 H (1988) it was converted into a joint stock company under the Royal Decree No. 59 dated 03/11/1407 H and it was developed to Al Rajhi Banking and Investment Corporation, a Saudi joint stock company, under the Ministerial Resolution No. (1398) dated 05/04/1409 H; and it has been named as Al Rajhi Bank in 2006. Al Rajhi Bank is one of the major banking and investment joint-stock companies with 100% Saudi capital which started with SAR 750 MM, then it doubled until it became SAR 40 Bn. in 2022. Al Rajhi Bank head office is located at Riyadh, KSA. Al Rajhi Bank is one of the largest banks in terms of market cap and the largest in Middle East and Saudi Arabia. Further, Al Rajhi Bank has strong financial position, a vast network of +500 branches, +4,800 ATMs, +370,000 POSs, +200 remittance centers, and the largest customers base amongst the Saudi banks. Our Vision and Values: A trusted leader delivering innovative financial solutions to enhance quality of life everywhere through our commitment to offer the best products and services to meet financial requirements of customers which are characterized with integrity, transparency, innovation, meritocracy, and community service to build a better future.

**Company Bylaws**

[Click here](#)

**Equity Profile**

| Authorized Capital (SAR) | Issued Shares | Paid Capital (SAR) | Par Value/Share | Paid Up Value/Share |
|---|---|---|---|---|
| 40,000,000,000 | 4,000,000,000 | 40,000,000,000 | 10 | 10 |

Last Update :2022-05-09

**Investment limits**

There are no investment limits on the company's shares as per the amended Rules for Qualified Foreign Financial Institutions Investment in Listed Securities and Instructions for the Foreign Strategic Investors Ownership in Listed Companies based on company's bylaw and the issued instructions by the related regulators and supervisory authorities

**Company Details**                    BOARD OF DIRECTORS AND SENIOR EXECUTIVES INFORMATION

**Date Established**

1978/01/23

| EAST PIPES 148.80 2.80 (1.92%) | AMAK 58.80 -0.70 (-1.18%) | CHEMANOL 16.38 -0.14 (-0.85%) | SABIC 81.60 -0.30 (-0.37%) |



06 May                                                                                               Market Status

1988/12/01

**External Auditors**

[KPMG, Ernest and Young & Partners]

**ISIN CODE**

SA0007879113

**Number of Employees**

-

Investor Relations

Contact Name:

Ahmed Abdullah AlGhathbar

Company Address:

Riyadh Al Muruj District King Fahed Road Al Rajhi Bank Tower PO Box: 28 Riyadh: 11411

Contact Details:

Telephone: 8282515 011
Fax : 2798190 011
Email : shareholders@alrajhibank.com.sa

Company Website:

WWW.ALRAJHIBANK.COM.SA

Add To Watchlist ☆        Share Profile ⌔

The Capital Market Authority and Saudi Exchange take no responsibility for the contents of these disclosures, make no representations as to its accuracy or completeness, and expressly disclaim any liability whatsoever for any loss arising from, or incurred in reliance upon, any part of these disclosures, and the issuer accepts full responsibility for the accuracy of the information contained in it and confirms, having made all reasonable enquiries, that to the best of their knowledge and belief, there are no other facts or information the omission of which would make the disclosure misleading, incomplete or inaccurate.

| EAST PIPES 148.80 2.80 (1.92%) | AMAK 58.80 -0.70 (-1.18%) | CHEMANOL 16.38 -0.14 (-0.85%) | SABIC 81.60 -0.30 (-0.37%)



06 May										Market Status

Connect With Us

Other Group Websites

Select

Copyright © 2024 - Tadawul Group