# Al Rajhi Bank
# Ex. 16



التـقـريـر
الـسـنـوي
لـعـام ٢٠٠١م

شركة الراجحي المصرفية للإستثمار
AL RAJHI BANKING & INVESTMENT CORP.

. جمال عمر



خادم الحرمين الشريفين
الملك فهد بن عبد العزيز آل سعود

صاحب السمو الملكي
الأمير عبد الله بن عبد العزيز آل سعود
ولي العهد والنائب الأول لرئيس مجلس الوزراء
ورئيس الحرس الوطني

صاحب السمو الملكي
الأمير سلطان بن عبد العزيز آل سعود
النائب الثاني لرئيس مجلس الوزراء
ووزير الدفاع والطيران والمفتش العام





خادم الحرمين الشريفين
الملك فهد بن عبد العزيز آل سعود

صاحب السمو الملكي
الأمير عبد الله بن عبد العزيز آل سعود
ولي العهد والنائب الأول لرئيس مجلس الوزراء
ورئيس الحرس الوطني

صاحب السمو الملكي
الأمير سلطان بن عبد العزيز آل سعود
النائب الثاني لرئيس مجلس الوزراء
ووزير الدفاع والطيران والمفتش العام

The header at top says Case 1:03-md-01570-GBD-SN Document 10598-16 Filed 12/09/24 Page 6 of 122.



# أعضاء مجلس الإدارة

رئيس مجلس الإدارة والعضو المنتدب
- **سليمان عبد العزيز الراجحي**

المدير العام
- **عبد الله سليمان الراجحي**

عبد الله عبد العزيز الراجحي
علي محمد الراجحي
محمد ابراهيم العيسى
محمد بن عثمان أحمد البشر
محمد عبد العزيز الراجحي
علي أحمد الشندي
- صلاح علي أبا الخيل
عبد الله يحيى المعلمي
زياد عبد الرحمن السديري
محمد عبد الله الراجحي
سعيد عمر قاسم العيساني
- **سليمان صالح الراجحي**
- **ناصر محمد السبيعي**

المحاسبون القانونيون
الجريد وآرثر أندرسن

- أعضاء اللجنة التنفيذية



# تــقـــريــر مجـلـــس الإدارة

## حضرات الأخوة المساهمين الكرام

السلام عليكم ورحمة الله وبركاته

وواصلت الشركة خلال عام ٢٠٠١م تعزيز وترسيخ موقعها في السوق المصرفي السعودي كمؤسسة مالية متميزة وإنطلاقي توجيهها المصرفي بالمملكة العربية السعودية واستمرت في تعزيز أنشطتها وتطوير خدماتها المصرفية أخذة بأسباب التقنية المصرفية الحديثة وتطبيق معايير رأس المال وجودة. وقد تحققت نتائج إيجابية على الصعيد المالي للشركة لهذا العام وللـه الحمد كـنتيجة للجهود المبذولة لخدمة عملائنا

## الـنـتائـج المـالـيـة

على الرغم من الظروف الإقتصادية العالمية والتي شهدت تراجعاً في جميع المؤشرات الإقتصادية الرئيسة وتأثيراتها السلبية خلال العام على إيرادات المصاجرة فقد تمكنت الشركة وللـه الحمد بإتباع أساليب تنويع إستثماراتها من تحقيق صافي دخل للعام بلغ ١,٥٤٢ مليون ريال, وقد بلغت موجودات الشركة ٥١,٧٤٢ مليون ريال في نهاية ٢٠٠١ مقارنة بمبلغ ٤٨,١٨٠ مليون ريال عن عام ٢٠٠٠ بمعدل نمو قدره ٧,٤٣ وبلغ مجموع المبرابحة العمومية للشركة بما فيها الحسابات النظامية ٧٩,٧١٧ مليون ريال كما في ٢٠٠١/١٢/٣١م بما يعكس كفاءة إدارة الشركة المصرفية.

وقد صاحب نمو الموجودات نمو امتزامل في الحسابات الجارية الدائنة للعملاء لتبلغ ٣٧,٨٠ مليون ريال في ٢٠٠١/١٢/٣١ مقارنة بمبلغ ٣٤,٤٤٣ مليون ريال في نهاية عام ٢٠٠٠م بمعدل نمو قدره ٧/١ لتعكس ثقة المتعاملين في الشركة ونمو حصتها في القطاع المصرفي



وقد انعكس نجاح إستراتيجية الشركة في إدارة محفظتها الاستثمارية والقائمة على التوازن بين المخاطرة والعائد في زيادة أرصدتها لتصل إلى ٤٢٬١٥٠ مليون ريال في ٢٠٠١/١٢/٣١م مقارنة بمبلغ ٣٩٬٧٩٢ مليون ريال في عام ٢٠٠٠م ومعدل نمو قدره ٧٪. وقد انسمت الاستثمارات خلال العام بالتنويع ما بين بيع بالأجل، استصناع، إجارة، مشاركة، وكالة، مرابحة ومضاربة، والتي تتفق مع الضوابط الشرعية بلغ معدل العائد على حقوق المساهمين ٢٣٪ مقارنة بيصدل ١٩٪ عن عام ٢٠٠٠م ، وبلغ ربح السهم ٣٤٬٢٧ ريال مقارنة بمبلغ ٤٢٬٢٢ ريال عن عام ٢٠٠٠م

# مـكـافـأة أعـضـاء مجـلـس الإدارة

استنادا إلى ما جاء بالمـادة (١٩) مــن النظام الأساسي بلغ اجمالي مكافآت أعضاء مجلس الإدارة (١,١٨١ ) ريال، وبلغ بدل حضورهم (١,٢٤١ ) ريال كما بلغ بدل حضور اجتماعات اللجنة التنفيذية ( ١,١٨٠ )ريال وبلغت النفقات الفعلية لحضور اجتماعات المجلس واللجنة التنفيذية بما فيها مصروفات السفر والإقامة وما في حكمها(١,٧١ ) ريال بالاضافة إلى (٢,٨ ) ريال تم صرفها للعدد (١١) أعضاء من اعضاء مجلس الإدارة مقابل رواتبهم وما في حكمها، صفتهم مديرين تنفيذيين علما بأن المجلس لا ينقضي أي أتعاب خلاف ما نص عليه نظام الشركة الأساسي ولم يتم تقرير صرف مكافأة لرئيس مجلس الإدارة والعضو المنتدب وفق ما نصت عليه أحكام المادة (٢٢) من النظام الأساسي حيث قد تبرع بجهده في دعم ونتيجة الشركة إيمانا منه بالأهداف النبيلة التي تسعى الشركة لتحقيقها فجزاه الله خيرا

## مراجعو الحسابات

تم في الجمعية العمومية العادية للمساهمين المنعقدة في ١/٣/٢٤م تعيين السادة مكتب أرثر أندرسون ومكتب الجريد كمراجعين قانونيين لحسابات الشركة للعام المالي ١٠١م وسوف تقوم الجمعية العمومية العادية القادمة بإعادة تعيين المراجعين الحاليين أو اختيار غيرهم للعام المالي ٢٠٢م وذلك بعد الاطلاع على تجديد لجنة المراجعة في هذا الشان

### اجمالي حقوق الملكية
بالليون





## توزيع الأرباح

يقترح مجلس الإدارة توزيع صافي الأرباح على النحو التالي:

| | مليون ريال |
|---|---|
| أرباح العام | ١٫٥٤٢ |
| أرباح مرحلة من العام السابق | ١٫٠٣٧ |
| **المجموع** | **٢٫٥٧٩** |

## التوزيع المقترح

| | مليون ريال |
|---|---|
| أرباح مقترح توزيعها على المساهمين بواقع (٢٨) ريال للسهم الواحد | ١٫٢٦٠ |
| أرباح مبقاة ترحل للعام القادم | ١٫٢٨١ |

على أن يبدأ التوزيع اليوم التالي لانعقاد الجمعية العمومية.

## العائد الموزع على السهم

القيمة بالريال

| | |
|---|---|
| ٢٨٫٠ ـ م٢٠٠١ | |
| ٢٨٫٠ ـ م٢٠٠٠ | |
| ٢٨٫٠ ـ م١٩٩٩ | |
| ٢٥٫٠ ـ م١٩٩٨ | |
| ٤٠٫٠ ـ م١٩٩٧ | |
| ٤٠٫٠ ـ م١٩٩٦ | |

| ٣٠ | ٢٥ | ٢٠ | ١٥ | ١٠ | ٥ | ٠ |
|---|---|---|---|---|---|---|





# ملـخـص النـشـاط

## إدارة الخزينة

أدت الأحداث التي أبرزها الاقتصاد العالمي في موجة من الركود والفوضى أبناء العالم إلى اتحاد الحكومات والبنوك المركزية للاجراءات الكفيلة بإيقاف المؤسسات المالية وانخفاض انفاق المستهلكين وتباطئ النطاق العام بتخفيض معدل الأقراض الأساسي احدى عشرة مرة مما أدى إلى العام إلى ٪١,٧٥ في نهاية العام وهذا يمثل التراجع الأكثر خلال أربعين عـ

تأثرت معدلات العوائد الاستثمارية بضعف أوضاع الأسواق المالية استراتيجية الشركة من حيث زيادة الأعمار الزمنية للاستثمارات وتوزيع إدارة الخزينة حيث حافظت على تصنيف ائتماني من الدرجة (أ)

## العلاقات المصرفية والدولية

مثل العام ١٠٠١ عاما للتحدى على الصعيد العالمي والمحلي وقد واء العديد من الإجراءات اللازمة لتقليل التأثير على ربحيتها حيث ركزت الإدار الدخول في قطاع التصدير السعودي. وفي سعيها التتيم سمكة مراس خلال العام بتأسيس عشرة علاقات مصرفية مع البنوك واضافة بلد جديد

نم بنجاح تطوير منتج جديد تحت مسمى بطاقة الحج والعمرة في إطار ا والمعتمرين وقامت الإدارة بتأمين التحول لاستخدام العملة الأوروبية تحقيق الجودة الشاملة في مختلف أنشطتها بشكل هدفا محوريا







إجـمــالي الإستثــمـارات
بـالمـلـيـون



| | ٢٧,١٤٠ - م٢٠٠١ |
| | ٢٩,٧٩٤ - م٢٠٠٠ |
| | ٣٥,٢٩٨ - م١٩٩٩ |
| | ٣٢,٣٣٥ - م١٩٩٨ |
| | ٢٤,٥٢٧ - م١٩٩٧ |
| | ٢٢,٥٢٥ - م١٩٩٦ |

٤٠,٠٠٠    ٣٠,٠٠٠    ٢٠,٠٠٠    ١٠,٠٠٠    ٠

## إدارة الشركات الدولية

بعد إنشاء الإدارة الوليدة في العام ٢٠٠٠ م فقد باشرت الإدارة خلال العام تنفيذ مهامها بشكل كامل حيث واصلت تعزيز مهامها بند دعم المحافظ الاستثمارية القائمة والبحث عن فرص استثمارية جيدة. تتمثل أهدافنا خلال العام ٢٠٠١ م بتوزيع المخاطر على قطاعات اقتصادية وجغرافية مختلفة، وسوف نواصل بتكثيف جهودنا وبرامجنا التسويقية لشمول شريحة أكبر من العملاء مع تخصيص تعرضاتنا تجاه العملاء بشكل أفرادي.

## الخدمات المصرفية والإلكترونية

دأبت الشركة على مواصلة جهود التطوير والتوسع في شبكة فروعها المنتشرة في جميع أنحاء المملكة ليصل عدد الفروع ٣٧٥ فرعا في نهاية العام بزيادة ١٣ فرعا عن العام السابق. وبلغ عدد الفروع المطورة منها ٣٠٠ فرعا. تم التوسع في شبكة الفروع والأقسام النسائية ليصل عددها في نهاية العام الى ٨١ فرعا وقسما بزيادة ١٥ قسما عن العام السابق. كذلك تم تطوير المنتجات والخدمات المصرفية لملبية احتياجات الشريحة النسائية من خلال باقة خدمات الجوهرة. تم التوسع في غرف الخدمة المتميزة لعملاء التميز ليصل عددها ١٩٣ غرفة بزيادة ٤٧ غرفة عن العام السابق ويتم من خلالها خدمة عملاء الصفوة والنخبة. وفي إطار التوسع في مراكز الصرافة والتحويل لتصبح ٢٥ مركزا بزيادة ١٥ مركزا عن العام السابق هذا بخلاف وحدات الصرافة والتحويل الملحقة بمعظم الفروع الرئيسية. واصلت الشركة تعزيز شبكة الصرف الآلي ونقاط البيع خلال العام ٢٠٠١ م حيث تم التوسع في تركيب أجهزة الصرف الآلي ليصل عددها ٧٠٦ جهازا في نهاية العام بزيادة ١١٠ جهازا عن العام السابق. وتم تطوير الخدمات المصرفية المقدمة عن طريق أجهزة الصرف الآلي لتشمل الإيداع النقدي والسحب والعملات الأجنبية والتحويل بين الحسابات وتسديد التحولات الخارجية وتسديد فواتير الكهرباء والهاتف والاستفسار عن الرصيد وطلب كشف حساب مختصر.

كذلك تم التوسع في أجهزة نقاط البيع ليصل عدد الأجهزة المركبة لدى التجار ٤٢٤٤ جهاز بزيادة ١١٦٠ جهاز عن العام السابق.

## الهاتف والإنترنت والجوال المصرفي

تم إنشاء مركز الهاتف والإنترنت والجوال المصرفي وتطوير العديد من الخدمات المصرفية المقدمة للعملاء. وبطاقة الوسيط لمندوبي الشركات وبطاقة حوالات الراجحي العاجلة ER لعملاء التحويلات.

## إدارة الموارد البشرية والتطوير

أجرت إدارة الموارد البشرية والتطوير عام ٢٠٠١ م القواعد الرئيسية للبيانات المتعلقة بالعاملين بالشركة على النظام الآلي للموارد البشرية HR ACCESS. كما استكملت المرحلة الأولى من مشروع التفوق والتي شملت توصيف الوظائف وتحديد الكفاءات الوظيفية وتطوير نظام الاختيار والتعيين وتطوير نظام تقييم الأداء. كما تم إعداد سلم الرواتب الجديد وفق منهجية علمية تعتمد على نظام تحليل متطلبات الوظائف وتقييمها Job Analysis و Evaluation وفق مهامها للتحقق العدالة الداخلية في مستويات الرواتب بين الوظائف المختلفة بالشركة. وقد بلغت الفرص التدريبية التي أتيحت للموظفين خلال عام ٢٠٠١ م (٣٩٥٧) فرصة تدريبية من بين عدد الموظفين الذي يبلغ عددهم (٥٧٩١) موظفا.

١٠



حسابات العملاء الجارية الدائنة
بالبليون

| | |
|---|---|
| ٢٧٫٨٠١ – م٢٠٠١ | |
| ٢٤٫٤٤٣ – م٢٠٠٠ | |
| ٢٠٫١٨٣ – م١٩٩٩ | |
| ١٧٫٦٣٨ – م١٩٩٨ | |
| ٢٥٫١١٤ – م١٩٩٧ | |
| ١٢٫٢٠٩ – م١٩٩٦ | |

## العمليات والنظم

عام ٢٠٠١ م هو عام التجويد للنظم وذلك بتطويرها وإدخال التحسينات المناسبة وتطوير بعض التطبيقات الجديدة والبرمجيات التي ترفع من مستوى الربط بين الأنظمة والتطبيقات المختلفة هذا فضلاً عن تقديم الخدمات الفنية المساندة لكافة الجهات المستفيدة وفطّعات العمل الأخرى إضافة لتوفير الوسائل المكتوبة والمقروءة كالأدلة والإجراءات والمساندة الفورية على مدار الساعة وفي مجال العمليات المصرفية فقد تم تحقيق بعض الإنجازات الرئيسية في مجالات تعميم استخدام الحاسوب العالمية.

## خدمات الاستثمار والأسهم والخدمات البنكية الخاصة

### خدمات الاستثمار

- تطور إجمالي الأرصدة الاستثمارية في الصناديق الاستثمارية والمراجحة الاسلامية بما يقارب الضعف خلال العامين الماضيين.
- تم طرح ثلاثة صناديق استثمارية جديدة وهم صندوق الراجحي للأسهم الأوروبية وصندوق ولدي للأطفال وصندوق الجوهرة للسيدات كأول صندوق استثماري في المملكة بوجه لتلك الشريحة الهامة من المجتمع وبذلك يصل عدد القنوات الاستثمارية الى ١٣ قناة استثمارية بالاضافة للبيع الأجل .
- تطوير شبكة الخدمات التسويقية من خلال مراكز خدمات الاستثمار في كل من الرياض وجدة والدمام والمدينة وأنها والتي تربط جميعها تحت مظلة إدارة الخدمات البنكية الخاصة .
- استمرار نشاط "إدارة تطوير منتجات الاستثمار" والتي تعني بدراسة احتياجات السوق المحلية والاستفادة من التجارب والفرص الدولية ومحاولة تقديم ما يناسب العملاء وتحقيق طموحاتهم في إطار أحكام الشريعة الاسلامية وطرح أفكار جديدة لفرص استثمارية مناسبة.

## تداول الأسهم المحلية

شهد عام ٢٠٠١ م تطبيق نظام (تداول) من قبل مؤسسة النقد العربي السعودي بدلاً من النظام السابق (ESIS) ولقد كان لشركة الراجحي المصرفية الدور الفعال في إنجاح هذا النظام من حيث المشاركة في الاختبارات وتوعية المستثمرين وقد تم عمل لقاءات تعريفية للمستثمرين في كلاً من الرياض وجدة وتوزيع النشرات التعريفية لهم وشرح مميزات النظام الجديد. وتم افتتاح مراكز جديدة مطورة ونتم تطوير نظام صرف أرباح الشركات المساهمة.



## الخدمات البنكية الخاصة

- حقق صندوق الراجحي للأسهم المحلية أفضل أداء من صناديق الاستثمار بالأسهم المحلية خلال ١١٠م حيث ارتفعت أسعاره وحداته بنسبة ٢٩ ٪ عن بداية العام الحالي، ويركز صندوق الراجحي للأسهم المحلية على الاستثمار في عدد من الشركات أبرزها شركات الأسمنت والعقارية والغاز.

- تعني الخدمات البنكية التامة خلال العام الثالث من تعمر الإدارة بتقديم خدمة نوعية تعنى بالعثة الثعيره جداً من عملاء الشركة لتعزيز مفهوم الخدمة المصرفية التقليدية

- نقدم هذه الخدمة لعملائنا من خلال المراكز الرئيسية الثلاثة (الرياض - جدة - الدمام) وتتميز هذه المراكز بخدماتها التي تتراوح معايير مواقعها التي صممت على أحدث طراز وبطريقة تعطي مزيد من الخصوصية وفي نفس الوقت، الفخامة كذلك تتميز هذه الخدمة بالمرونة من حيث ساعات العمل على مدار الساعة من خلال مدراء علاقات عملاء مدربين ومهيئين لخدمه وإرشاد العميل في أي خدمة أو منتج يطلبه بحانب ذلك يلقي العميل الخصوصية من حيث، فاتر الشيكات والبطاقات وسرعة التوصيل للخدمه.

## التطوير المعماري للفروع ومواقع الصرف الآلي

إنطلاقاً من استراتيجية الشركة في تطوير خدماتها المصرفية لعملائها قامت بإعداد خطة للتطوير المعماري لإنشاء فروع نموذجية وتطوير فروع قائمة.



الـقـوائـم الـمـالـيـة الـمـوحـدة وتـقـريـر مـراجـعـي الحسـابـات

لـلـسـنـة الـمـالـيـة الـمـنـتـهـيـة فـى ٣١ / ١٢ / ٢٠٠١م

# قائمة المركز المالي الموحدة كما في ٣١ ديسمبر ٢٠٠١ و ٢٠٠٠م

### بآلاف الريالات السعودية

| ٢٠٠٠ | | ٢٠٠١ | إيضاح | |
|---:|---:|---:|:---:|:---|
| | | | | **الموجودات:** |
| ٢,٠٤١,٠١٥ | | ٢,٣٣١,٤١٤ | ٣ | النقد والمعادن الثمينة |
| ٢,٤١٨,٤٤٣ | | ٢,٧٣٦,١٨٨ | ٤ | ودائع لدى مؤسسة النقد العربي السعودي |
| ٨٣٧,١٧٠ | | ٨٠٣,١٦٨ | ٥ | مطلوبات من البنوك |
| | | | | صافي استثمارات: |
| | ١٧,٨٦٠,٤٠٣ | ٣١,١٣٥,٤١٢ | | متاجرة |
| | ٣,٨٧٩,٢١٣ | ٤٥٩,٥٥٥ | | متاجرة بالوكالة |
| | ٢,٤٦٤,٢٤٩ | ٥,٩٣١,٩١٧ | | بيع بالتقسيط |
| | ٤,٤٣٧,١١٣ | ٣,٩٥٨,٧٣٧ | | استصناع |
| | ٧٠٦,٠٢٧ | ١٩٢,٨١٦ | | مرابحة |
| | ٥٦,٢٥٨ | ٤٧,٧٣٣ | | مشاركة |
| | ٢٨٨,٨٦٠ | ٤١٧,٧٩٢ | | متنوعة |
| ٣٩,٧٩٢,١٣٣ | | ٤٢,١٤٩,١٨٢ | ٦ | إجمالي صافي استثمارات |
| ٧٨٨,١٣١ | | ٨٥٥,٢٤٦ | ٨ | صافي حسابات عملاء جارية مدينة |
| ٢١٢,٩٤١ | | ٢٥٩,٥٣٦ | ٩ | صافي أصول مؤجرة |
| ١٩١,٧٩٢ | | ٧١٨,١٧٨ | ١٠ | صافي موجودات ثابتة |
| ١,٨٤٧,٨٠٩ | | ٢,٢٣٧,١١٠ | ١١ | صافي موجودات أخرى |
| ٤٨,٢٨٠,٤٣٤ | | ٥١,٧٤١,١٧٢ | | **إجمالي الموجودات** |

تعتبر الإيضاحات المرفقة من (١) الى (٣٤) جزءا لا يتجزأ من القوائم المالية الموحدة

قائمة المركز المالي الموحدة كما في ٣١ ديسمبر ٢٠٠١ و ٢٠٠٠م

بآلاف الريالات السعودية

| ٢٠٠٠ | ٢٠٠١ | إيضاح | |
|---|---|---|---|
| | | | **المطلوبات وحقوق المساهمين** |
| | | | **المطلوبات:** |
| ٣٤.٤٤٦.٩٢٩ | ٣٧.٨٠٠.٩٩٠ | ١٢ | حسابات عملاء جارية دائنة |
| | | | حسابات عملاء أخرى |
| | | | (بما فيها تأمينات الاعتمادات |
| ٢.٢٠٧.٩٥٠ | ١.٢٨٢.٤٧٣ | | والأمانات والشبكات المقبولة والحوالات) |
| ٨٨٥.٣٤٧ | ١.١٤١.١٢٣ | ١٣ | مطلوبات للبنوك |
| ١.٣٠٧.٤٧٦ | ١.٢٩٨.٥٤٨ | ٢٠ | إجمالي أرباح مقترح توزيعها |
| ٣.٣٦٠.٠١١ | ٣.٤٩٧.٤٠٩ | ١٤ | مطلوبات أخرى |
| ٤٢.٢٠٣.٧١٣ | ٤٥.٠٢١.٥٤٣ | | **إجمالي المطلوبات** |
| | | | **حقوق المساهمين:** |
| ٢.٢٥٠.٠٠٠ | ٢.٢٥٠.٠٠٠ | ١٥ | رأس المال |
| ٢.٢٥٠.٠٠٠ | ٢.٢٥٠.٠٠٠ | ١٦ | إحتياطي نظامي |
| ٩٣٩.٣١٤ | ٩٣٩.٣١٤ | | إحتياطي عام |
| ١.٠٣٧.٤٥٧ | ٢.٢٨٠.٧٩٥ | | أرباح مبقاة |
| ٦.٤٧٦.٧٢١ | ٧.٧٢٠.١٢٩ | | **إجمالي حقوق المساهمين** |
| ٤٨.٦٨٠.٤٣٤ | ٥١.٧٤١.٦٧٢ | | **إجمالي المطلوبات وحقوق المساهمين** |
| ٦.٤١٩.٩١٢ | ٧.٣٥٥.٠٦١ | أ ٢٨ | أموال المضاربة |
| ١٩.٣٧٥.٢٩٢ | ٢٠.٢١٩.٩٦٥ | ب ٢٨ | التزامات محتملة |

تعتبر الإيضاحات المرفقة من (١) الى (٣٤) جزءا لا يتجزأ من القوائم المالية الموحدة

قائمة الدخل الموحدة للسنتين المنتهيتين في ٣١ ديسمبر ٢٠٠١ و ٢٠٠٠م

بآلاف الريالات السعودية

| ٢٠٠٠ | ٢٠٠١ | إيضاح | |
|---|---|---|---|
| | | | **الدخل:** |
| | | | **دخل الاستثمارات:** |
| ١,٧٤٠,٧٤٤ | ١,٥٨٤,٤٥٤ | | متاجرة |
| ٣٥٧,٠٧٢ | ١٢٤,٠٨٦ | | متاجرة بالوكالة |
| ٢٣١,٢٤١ | ٥٨٥,٥٧١ | | بيع بالتقسيط |
| ١٩٠,٧٥٦ | ٢٤٠,٨٩١ | | استصناع |
| ٣٢,٥٣٨ | ١٨٩,٦ | | مرابحة |
| ١٠,٧٤٢ | ٣,٩٩٤ | | متنوعة |
| ٣,٠٦٢,١٩٣ | ٢,٩٥٥,٩٠٧ | | **إجمالي دخل الاستثمارات** |
| ٢٧,١٣٢ | ٤٥,١٤٠ | | إيرادات الأصول المؤجرة |
| ١٨,١٠٦ | ٤٩,١٢٣ | | أتعاب المضاربة |
| ٢١٤,١٧٩ | ١١٢,١٠٤ | | أرباح فرق العملة |
| ٢٩٣,٩٨٤ | ٣٥٠,٥٤٠ | | دخل العمليات الأخرى |
| ٣,٧١٧,٥٩٤ | ٣,٥٢٢,٥١٤ | | **إجمالي دخل العمليات** |
| | | | **المصروفات:** |
| ٥٧٣,٨٥٣ | ٥٩٤,٩٤١ | | الرواتب ومزايا الموظفين |
| ١٢,١٨٢ | ٧٤,٩٠١ | | إيجارات ومصاريف مباني |
| | | | مخصص ديون مشكوك |
| ٧١٧,٨٠٢ | ٧٧١,٦٤٥ | ١٧ | في تحصيلها(استثمارات وأخرى) |
| ١٣٩,١٠٢ | ١١٤,٧٣٢ | | استهلاك وإطفاء |
| ٣٤٢,١٧١ | ٣٧٣,٢٣٥ | | مصاريف عمومية وإدارية أخرى |
| ٣,٢٣٥ | ٢,٧٢٤ | | مكافآت وبدلات أعضاء مجلس الإدارة |
| ١,٨١٧,٨٤٥ | ١,٩٨٠,٥٥٨ | | **إجمالي مصروفات العمليات** |
| ١,٨٩٩,٧٤٩ | ١,٥٤١,٩٥٦ | ٣ ج | **صافي الدخل** |
| ٤٥ مليون | ٤٥ مليون | | **المتوسط المرجح لعدد الأسهم المصدرة** |
| ٤٢,٢٢ | ٣٤,٢٧ | ١٩ | **ربح السهم (بالريال السعودي)** |

تعتبر الإيضاحات المرفقة من (١ الى ٢٤) جزءا لا يتجزأ من القوائم المالية الموحدة

# قائمة التغيرات في حقوق المساهمين الموحدة للسنتين المنتهيتين
## في ٣١ ديسمبر ٢٠٠١ و ٢٠٠٠م

بآلاف الريالات السعودية

| الإجمالي | أرباح مبقاة | احتياطي عام | احتياطي نظامي | رأس المال | إيضاح | |
|---|---|---|---|---|---|---|
| | | | | | | **٢٠٠١** |
| ٦,٤٧٦,٧٢١ | ١,٠٣٧,٣٥٧ | ٩٣٩,٣٦٤ | ٢,٢٥٠,٠٠٠ | ٢,٢٥٠,٠٠٠ | | الرصيد في ١ يناير ٢٠٠١ |
| ١,٥٤١,٩٥٦ | ١,٥٤١,٩٥٦ | ــ | ــ | ــ | | صافي دخل السنة |
| (١,٢٩٨,٥٤٨) | (١,٢٩٨,٥٤٨) | ــ | ــ | ــ | ٢٠ | إجمالي الأرباح المقترح توزيعها |
| ٦,٧٢٠,١٢٩ | ١,٢٨٠,٧٦٥ | ٩٣٩,٣٦٤ | ٢,٢٥٠,٠٠٠ | ٢,٢٥٠,٠٠٠ | | **الرصيد في ٣١ ديسمبر ٢٠٠١** |
| | | | | | | **٢٠٠٠** |
| ٥,٦٨٩,٣٦٤ | ٢٥٠,٠٠٠ | ٩٣٩,٣٦٤ | ٢,٢٥٠,٠٠٠ | ٢,٢٥٠,٠٠٠ | | الرصيد في ١ يناير ٢٠٠٠ |
| | | | | | | التعديل |
| ١٩٥,٠٨٤ | ١٩٥,٠٨٤ | ــ | ــ | ــ | ٢ ج | السياسة المحاسبية |
| ١,٨٩٩,٧٤٩ | ١,٨٩٩,٧٤٩ | ــ | ــ | ــ | ٢ ج | صافي دخل السنة |
| (١,٣٠٧,٤٧٦) | (١,٣٠٧,٤٧٦) | ــ | ــ | ــ | ٢٠ | إجمالي الأرباح المقترح توزيعها |
| ٦,٤٧٦,٧٢١ | ١,٠٣٧,٣٥٧ | ٩٣٩,٣٦٤ | ٢,٢٥٠,٠٠٠ | ٢,٢٥٠,٠٠٠ | | **الرصيد في ٣١ ديسمبر ٢٠٠٠** |

تعتبر الإيضاحات المرفقة من (١) إلى (٣٤) جزءا لا يتجزأ من القوائم المالية الموحدة

# قائمة التدفقات النقدية الموحدة للسنتين المنتهيتين
## في ٣١ ديسمبر ٢٠٠١ و ٢٠٠٠م

بآلاف الريالات السعودية

| ٢٠٠٠ | ٢٠٠١ | |
|---|---|---|
| | | **التدفقات النقدية من النشاطات التشغيلية:** |
| ١,٨٩٩,٧٤٩ | ١,٥٤١,٩٥٦ | صافي الدخل السنة |
| | | **التعديلات لتسوية صافي الدخل الى صافي النقدية الناتجة من النشاطات التشغيلية:** |
| ١٣٩,١٠٢ | ١٦٤,٧٣٢ | استهلاك واطفاء |
| ٧١٧,٨٠٢ | ٧٧١,٢٤٥ | مخصص ديون مشكوك في تحصيلها (استثمارات وأخرى) |
| ٣٤٤ | ٢٩ | خسائر بيع موجودات ثابتة |
| | | **صافي (الزيادة) النقص في الموجودات التشغيلية:** |
| ٨١,٦٤١ | (١٢٧,٨١٥) | حسابات عملاء جارية مدينة |
| (٥٢٢,٤٠١) | (٥٢٠,٤٣٠) | موجودات أخرى |
| | | **صافي الزيادة (النقص) في المطلوبات التشغيلية:** |
| ٤,٢٥٩,١٩٢ | ٣,٣٥٨,٦١١ | حسابات عملاء جارية دائنة |
| (٤٩,٧٩٦) | (٥٢٤,٤٧٧) | حسابات عملاء أخرى |
| (٢٣٠,٠٥٣) | ٢٥٥,٧٧١ | مطلوبات للبنوك |
| ٣٨٨,٩١١ | (٩٠٧,٠٧٨) | مطلوبات أخرى |
| ٦,٦٨٤,٩٩١ | ٣,٩٨٢,٣٩٩ | **صافي التدفقات النقدية الناتجة من النشاطات التشغيلية** |

تعتبر الإيضاحات المرفقة من (١) الى (٣٤) جزءاً لا يتجزأ من القوائم المالية الموحدة

# إيضاحات حول القوائم المالية الموحدة للسنتين المنتهيتين
## في ٣١ ديسمبر ٢٠٠١ و ٢٠٠٠م
### بآلاف الريالات السعودية

### ب. أسس إعداد القوائم المالية الموحدة

تشتمل القوائم المالية الموحدة على حسابات شركة الراجحي المصرفية للإستثمار والشركات التابعة التي تزيد نسبة ملكية الشركة في حصص رأسمالها عن ٥٠٪ بعد حذف الأرصدة والعمليات الهامة بين الشركة الأم والشركات التابعة أوتلك التي تنشأ بين الشركات التابعة وتتكون الشركات التابعة الموحدة مما يلي:

| إسم الشركة التابعة | نسبة الملكية | |
| --- | --- | --- |
| | ٢٠٠١ | ٢٠٠٠ |
| الراجحي للطيران (١) المحدودة/جيرسي | ٪١٠٠ | ٪١٠٠ |
| الراجحي للطيران (٥) المحدودة/جيرسي | ٪١٠٠ | ٪١٠٠ |
| أرينت انفستمنت المحدودة/جيرسي | ٪١٠٠ | ٪١٠٠ |
| إس بي سي المحدودة / برنش فيرجن | ٪٩٩ | ٪٩٩ |
| أرينت فات المحدودة / المملكة المتحدة | ٪١٠٠ | ٪١٠٠ |
| الراجحي للإستثمارات المحدودة/لندن | ٪١٠٠ | ٪١٠٠ |
| يكسي إن في/ نذرلاند انتليجر | ٪١٠٠ | ٪١٠٠ |
| نهري للإستثمارات المحدودة/جيرسي | ٪١٠٠ | ٪١٠٠ |
| شركة آرا (١) المحدودة/جيرسي | ٪٩٩ | ٪٩٩ |
| الراجحي للتطوير المحدودة/الرياض | ٪٩٩ | ٪٩٩ |
| الراجحي للطيران (٢) المحدودة / جيرسي | — | ٪١٠٠ |
| الراجحي للطيران (٤) المحدودة/جيرسي | — | ٪١٠٠ |

باشرت الشركة خلال عام ١٩٩٩ إجراءات قضائية فيما يتعلق بشركة الفيروهيمتال اليزان، في نذرلاند والمملوكة بنسبة ٩٩.٩٨ ٪ ولم يتم إدراجها ضمن القوائم المالية الموحدة لعدم توفر المعلومات وتم تكوين مخصص بكامل المبلغ.

تم خلال عام ٢٠٠١ تصفية شركتي الراجحي للطيران(٢) المحدودة/ جيرسي والراجحي للطيران(٤)المحدودة/ جيرسي وذلك لإنتفاء الغرض من إنشائهما.

### ج. التغيرات في السياسات المحاسبية

ج/١   المعيار الدولي رقم (٣٩)

إعتبارا من ١ يناير ٢٠٠١ قامت الشركة بتطبيق معيار المحاسبة الدولية رقم (٣٩)المتعلق بإثبات وقياس الأدوات المالية. وبناء على الدراسة التي قامت بها إدارة الشركة فإن أثر تطبيق هذا المعيار على الأدوات المالية غير المشتقة غير جوهري. هذا ولاتتعامل الشركة في الأدوات المالية المشتقة.

بموجب المعيار المذكور أعلاه تقوم الشركة بتصنيف إستثماراتها الرئيسية كما يلي:

- إستثمارات أحدثتها الشركة - تتكون تلك الإستثمارات، والتي يتم قياسها بموجب التكلفة المطفأة، من أرصدة حسابات المتاجرة والمتاجرة بالوكالة والبيع بالتقسيط والإستصناع والمرابحة.

إيضاحات حول القوائم المالية الموحدة للسنتين المنتهيتين
في ٣١ ديسمبر ٢٠٠١ و ٢٠٠٠م
بآلاف الريالات السعودية

- إستثمارات متاحة للبيع – تتكون تلك الإستثمارات، والتي يتم قياسها بموجب القيمة العادلة، من أرصدة حسابات المشاركة والعقارات والصناديق والإستثمارات الأخرى.

ج/١    الزكاة

إعتبارا من ١ يناير ٢٠٠١، قامت الشركة بتعديل السياسة المحاسبية للزكاة المتبعة في السنوات السابقة واعتبار الزكاة التزام على المساهمين يتم خصمها من الأرباح الموزعة بدلا من اعتبارها مصروف يحمل على قائمة الدخل الموحدة وبناء على ذلك تم تعديل أرقام المقارنة لكل من قائمة الدخل الموحدة وقائمة التغيرات في حقوق المساهمين الموحدة. وقد تم هذا التغيير لتوحيد الممارسة مع البنوك الأخرى في المملكة العربية السعودية.

ج/٢    الاعتراف بالإيراد

قامت الشركة في عام ١٩٩٩ بتعديل سياسة قيد الإيرادات لبعض الإستثمارات بحيث يتم إستخدام طريقة معدل العائد الثابت بدلا من طريقة القسط الثابت. هذا وقد قامت الشركة في عام ٢٠٠٠ بإعادة احتساب إيرادات جميع الإستثمارات التي لم تخضع لتعديل السياسة المحاسبية في عام ١٩٩٩ وقيد أثر التعديل في رصيد الأرباح المبقاة كما في ١ يناير ٢٠٠٠.

د. تاريخ التداول

يتم إثبات كافة العمليات الإعتيادية المتعلقة بشراء وبيع الموجودات المالية بتاريخ التداول أي التاريخ الذي تلتزم فيه الشركة بشراء أو بيع الموجودات. تتطلب العمليات الاعتيادية بشراء وبيع الموجودات المالية أن يتم تسليم تلك الموجودات خلال فترة زمنية تنص عليها الأنظمة أو متعارف عليها في السوق.

هـ. العملات الأجنبية والمعادن الثمينة

تحول المعاملات التي تتم بالعملات الأجنبية والمعادن الثمينة الى الريال السعودي بأسعار الصرف السائدة حين إجراء المعاملات كما تحول أرصدة الموجودات والمطلوبات النقدية المسجلة بالعملات الأجنبية والمعادن الثمينة الى الريال السعودي بأسعار التحويل السائدة بتاريخ قائمة المركز المالي الموحدة.
يتم إظهار الأرباح أو الخسائر المحققة وغير المحققة الناجمة عن فروقات أسعار العملات الأجنبية والمعادن الثمينة في قائمة الدخل الموحدة.

و. مقاصة الموجودات والمطلوبات المالية

تتم مقاصة الموجودات والمطلوبات المالية ويدرج الصافي في قائمة المركز المالي الموحدة عند وجود حق نظامي ملزم أو عندما يكون لدى الشركة نية لبيع الموجودات وإجراء مقاصة بالناتج مع المطلوبات على أساس الصافي أو بيع الموجودات وتسديد المطلوبات في آن واحد.

ز. إثبات الإيرادات

- يتم إثبات الإيرادات من عمليات المتاجرة، والمتاجرة بالوكالة، والمرابحة، والمشاركة بعد بيع الحصص والتأجير المقرون بالبيع، والبيع بالتقسيط وتمويل الاستصناع بإستخدام العائد الثابت على الأرصدة القائمة ولا تحتسب عوائد إضافية على المبالغ متأخرة السداد.
- تحقق إيرادات الاستصناع من التنفيذ والتمويل وتحتسب إيرادات التنفيذ الناجمة عن عقود الإستصناع تحت التنفيذ بإستخدام طريقة نسبة الإنجاز أما إذا كانت التكلفة الإستكمال التنفيذ غير قابلة للتقدير بدرجة معقولة، فإن الإيراد يتم إثباته عند استكمال التنفيذ. وتظهر الإيرادات في قائمة الدخل الموحدة ضمن إيرادات الاستصناع.
- يتم إثبات إيرادات الخدمات المصرفية عندما يتم تقديمها.

<div dir="rtl">

## إيضاحات حول القوائم المالية الموحدة للسنتين المنتهيتين
## في ٣١ ديسمبر ٢٠٠١ و ٢٠٠٠م

بآلاف الريالات السعودية

**ل. الحسابات الجارية الدائنة للعملاء**

يتم في الأصل إثبات كافة الحسابات الجارية الدائنة للعملاء والتي لا تحمل أية عمولات، بالتكلفة والتي تمثل القيمة العادلة للمبلغ المستلم وتقاس لاحقا بالتكلفة المطفأة.

**م. محاسبة عقود الإيجارة**

تعتبر كافة عقود الإيجار التي تبرمها الشركة بصفتها مستأجرة عقود إيجار تشغيلية، وبموجبها تحمل دفعات الإيجار على قائمة الدخل الموحدة بطريقة القسط الثابت على مدى فترة الإيجار.
كما تعتبر كافة عقود الإيجار التي تبرمها الشركة بصفتها مؤجرا عقود إيجار تشغيلية يتم بموجبها إدراج الأصول المؤجرة بالتكلفة ناقصا مبلغ الإستهلاك حسب النسب الموحدة أو بالقيمة العادلة بموجب تقييم من جهة مستقلة. تدرج إيرادات تأجير الأصول ضمن الإيرادات التشغيلية في قائمة الدخل الموحدة.

**ن. النقد وما في حكمه**

تم تعريف النقد وما في حكمه لغرض إعداد قائمة التدفقات النقدية الموحدة، على أنه النقد والمعادن الثمينة والودائع لدى مؤسسة النقد العربي السعودي ومطلوبات من البنوك.

**س. الإيرادات المستبعدة من قائمة الدخل الموحدة**

وفقا لقرارات الهيئة الشرعية، تستبعد إيرادات العمولات الخاصة المستلمة من قبل الشركة من الإيرادات وتدرج ضمن المطلوبات الأخرى في قائمة المركز المالي الموحدة وتصرف على أعمال خيرية.

**ع. أموال المضاربة**

تقوم الشركة بعمليات المضاربة لحساب العملاء وتعتبرها الشركة استثمارات مفيدة وتظهر أرصدتها ضمن الحسابات النظامية كما تظهر حصة الشركة من الأرباح التي تتقاضاها مقابل ذلك في قائمة الدخل الموحدة.

## ٣.  النقد والمعادن الثمينة

يتكون النقد والمعادن الثمينة كما في ٣١ ديسمبر مما يلي :

| | ٢٠٠٠ | ٢٠٠١ |
|---|---|---|
| النقد والمعادن الثمينة في الصندوق | ٢,٠٣٩,٤٨٣ | ١,٣٣٠,١٨٥ |
| المعادن الثمينة – مراسلين | ١,٥٣٢ | ١,٣٧٩ |
| **الإجمالي** | ٢,٠٤١,٠١٥ | ١,٣٣١,٥٦٤ |

</div>

# إيضاحات حول القوائم المالية الموحدة للسنتين المنتهيتين
## في ٣١ ديسمبر ٢٠٠١ و ٢٠٠٠م
بآلاف الريالات السعودية

**٤.    ودائع لدى مؤسسة النقد العربي السعودي**

تتكون الودائع لدى مؤسسة النقد العربي السعودي كما في ٣١ ديسمبر مما يلي:

| ٢٠٠٠ | ٢٠٠١ | |
|---|---|---|
| ٢,٤١٤,٧٥٤ | ٢,٦١٨,٥١٨ | وديعة نظامية |
| ٣,٦٨٩ | ١٥٨,١٧٠ | حسابات جارية |
| ٢,٤١٨,٤٤٣ | ٢,٧٣٦,١٨٨ | الإجمالي |

يتعين على الشركة وفقا للمادة (٧) من نظام مراقبة البنوك، الاحتفاظ بوديعة نظامية لدى مؤسسة النقد العربي السعودي بنسب مئوية محددة من حسابات العملاء الجارية والحسابات الأخرى تحسب في نهاية كل شهر ميلادي.

**٥.    مطلوبات من البنوك**

تتكون المطلوبات من البنوك كما في ٣١ ديسمبر مما يلي:

| ٢٠٠٠ | ٢٠٠١ | |
|---|---|---|
| ٩,٣٧٣ | ١٥,٠٥٢ | داخل المملكة / حسابات جارية |
| ٨٢٧,٧٩٧ | ٧٨٨,١١٦ | خارج المملكة / حسابات جارية |
| ٨٣٧,١٧٠ | ٨٠٣,١٦٨ | الإجمالي |

إيضاحات حول القوائم المالية الموحدة للسنتين المنتهيتين

في ٣١ ديسمبر ٢٠٠١ و ٢٠٠٠م

بآلاف الريالات السعودية

٦. صافي إستثمارات

أ يتكون صافي الاستثمارات كما في ٣١ ديسمبر مما يلي:

| ٢٠٠٠ الصافي | ٢٠٠١ الصافي | المخصص | الإجمالي | |
|---|---|---|---|---|
| | | | | استثمارات أحدثتها الشركة |
| | | | | استثمارات لدى مؤسسات مالية وبنوك: |
| ٢١,٢٩٣,٨٣٣ | ٢٠,٤٧٠,٩٨١ | – | ٢٠,٤٧٠,٩٨١ | متاجرة |
| | | | | استثمارات لدى عملاء آخرين: |
| ٦,٥١١,٥٧٠ | ١٠,٦٦٤,١٣١ | ١,٠١٣,٩٠٤ | ١١,٦٧٨,٠٣٥ | متاجرة |
| ٢,٨٧٩,٢١٣ | ٤٥٩,٥٢٥ | – | ٤٥٩,٥٢٥ | متاجرة بالوكالة |
| ٦,٤٦٤,٢٤٩ | ٥,٩٣٦,٩٦٧ | ٥٤٨,٤٨٣ | ٦,٤٨٥,٤٥٠ | بيع بالتقسيط |
| ٤,٤٣٧,١١٣ | ٣,٩٥٩,٧٣٧ | – | ٣,٩٥٩,٧٣٧ | استصناع |
| ٧,٠٦,٠٣٧ | ٩٩٢,٨١٦ | ٢١١,٥٢٥ | ٩٠,٤٣٩١ | مرابحة |
| ١٨,٠٥٣,١٨٢ | ٢١,٧١٣,١٧٦ | ١,٧٧٣,٥٠٢ | ٢٣,٤٨٦,١٧٨ | إجمالي إستثمارات لدى عملاء آخرين |
| ٣٩,٣٤٧,٠١٥ | ٤٢,١٨٤,١٥٧ | ١,٧٧٣,٥٠٢ | ٤٣,٩٥٧,١٥٩ | إجمالي إستثمارات أحدثتها الشركة |
| | | | | إستثمارات متاحة للبيع |
| ٥٦,٢٥٨ | ٤٧,٧٣٣ | – | ٤٧,٧٣٣ | مشاركة |
| ٣٨٨,٨٦٠ | ٤١٧,٧٩٢ | ٧٨,١٠٠ | ٤٩٥,٨٩٢ | متنوعة |
| ٤٤٥,١١٨ | ٤٦٥,٥٢٥ | ٧٨,١٠٠ | ٥٤٣,٢٢٥ | إجمالي إستثمارات متاحة للبيع |
| ٣٩,٧٩٢,١٣٣ | ٤٢,٦٤٩,٢٨٢ | ١,٨٥١,٦٠٢ | ٤٤,٥٠١,٢٨٤ | المجموع |

بلغ معدل العائد على الإستثمار للسنة المنتهية في ٣١ ديسمبر ٢٠٠١ حوالي ٧,٣ (٢٠٠٠: ٧,٧).
بلغ صافي الإستثمارات غير العاملة كما في ٣١ ديسمبر ٢٠٠١ مبلغ ٤١٧,٤ مليون ريال سعودي (٢٠٠٠: ٣٨٧,٨ مليون ريال سعودي)
بعد خصم المخصصات المتعلقة بها.

تظهر الإستثمارات التي أحدثتها الشركة بعد خصم الإيرادات المؤجلة المتراكمة البالغة ٣,٩٣٠ مليون ريال سعودي كما في ٣١
ديسمبر ٢٠٠١ (٢٠٠٠: ٣,٢١٣ مليون ريال سعودي).

إن أرصدة المشاركة البالغة ٤٧,٧ مليون ريال سعودي كما في ٣١ ديسمبر ٢٠٠١ (٢٠٠٠: ٥٦,٣ مليون ريال سعودي) (أنظر الجدول
أعلاه) والإستثمارات المتنوعة التي تشمل أسهم غير متداولة قدرها ١٥٢,١ مليون ريال سعودي كما في ٣١ ديسمبر ٢٠٠١
(٢٠٠٠: ١٥٥,٣ مليون ريال سعودي) (أنظر إيضاح ٧) مسجلة بالتكلفة لعدم إمكانية قياس قيمتها العادلة بشكل موثوق به.

إيضاحات حول القوائم المالية الموحدة للسنتين المنتهيتين
في ٣١ ديسمبر ٢٠٠١ و ٢٠٠٠م

بآلاف الريالات السعودية

إستصناع:

قامت الشركة بتوقيع عقود إستصناع في بداية عام ١٩٩٣ مع كل من وزارة المعارف والرئاسة العامة لتعليم البنات بكفالة وزارة المالية لبناء ٤٠٠ مدرسة خلال (٢٤) شهراً تقريباً تسدد على أقساط ربع سنوية خلال (١٠) سنوات وقد تم التسليم النهائي لـ (٣٩٥) مدرسة منها والتسليم الإبتدائي لـ (٣٩٩) مدرسة حتى ٣١ ديسمبر ٢٠٠١ وبلغ الرصيد القائم كما في (٣١ ديسمبر ٢٠٠١ مبلغ ١,١٨١,٧٤٧ ألف ريال سعودي (٢٠٠٠: ١,٥٦٠,٥٨٧ ألف ريال سعودي).

كما يشمل رصيد الاستصناع الظاهر في قائمة المركز المالي الموحدة كما في ٣١ ديسمبر ٢٠٠١ و ٢٠٠٠ مبلغ ٢,٧٣٢,١٨٠ ألف ريال سعودي يمثل كلفة إنشاء مشروع كهربائي داخل المملكة بموجب عقد إستصناع مع الشركة السعودية للكهرباء وقد تعاقدت الشركة مع مقاول من الباطن لتنفيذ المشروع ودفعت له قيمته مقدماً في عام ١٩٩٩ وفقاً للعقد المبرم معه.

المشاركة:

تمثل أرصدة المشاركة الظاهرة في قائمة المركز المالي الموحدة كلفة المشاركة في بضائع وما في حكمها بين الشركة وأطراف أخرى (عملاء). ويظهر في جانب المطلوبات ما يساوي قيمتها حصة الشركة، كما تظهر حصة الشركة المباعة للطرف الآخر بعد إنقضاء المشاركة ضمن رصيد المتاجرة في قائمة المركز المالي الموحدة.

ب. فيما يلي تحليل بمخاطر تركز صافي الإستثمارات حسب القطاعات الاقتصادية الرئيسية التالية:

| | ٢٠٠٠ | ٢٠٠١ | |
|---|---|---|---|
| | ٢١,٢٩٣,٨٣٣ | ٢٠,٤٧٠,٩٨١ | بنوك ومؤسسات مالية |
| | ١٠,٦٢٥,٦٢٢ | ١١,٨١٢,٧٠٥ | تجاري |
| | ٢,٤٦٤,٢٤٩ | ٥,٩٣٦,٩٦٧ | عمليات بيع بالتقسيط |
| | ٢,٨٠٧,٠٤٧ | ٢,٧٢٤,١٨٠ | صناعي |
| | ٢,٢١٣,١٣٣ | ١,٢٢٧,٥٥٧ | عام (حكومي) |
| | ٣٨٧,٧٥١ | ٤١٧,٧٩٢ | خدمات |
| | ٤١٨ | ٥٠٠ | أخرى |
| | ٣٩,٧٩٢,١٣٣ | ٤٢,٦٤٩,٦٨٢ | صافي الإستثمارات |

٢٨

إيضاحات حول القوائم المالية الموحدة للسنتين المنتهيتين
في ٣١ ديسمبر ٢٠٠١ و ٢٠٠٠م

بآلاف الريالات السعودية

## ٧. صافي استثمارات متنوعة

تتكون صافي الاستثمارات المتنوعة والمصنفة كمتاحة للبيع كما في ٣١ ديسمبر مما يلي:

| | ٢٠٠٠ | ٢٠٠١ | |
|---|---|---|---|
| استثمارات في أراضي وعقارات ومعدات | ١٤٩,٥٢٣ | ١٨٣,٥٣٤ | |
| استثمارات في شركات | ١٥٥,٢٨٦ | ١٥٢,٠٦٦ | |
| إستثمارات في صناديق إستثمارية | ١٣٩,٢٤١ | ١٢٢,٨١٧ | |
| استثمارات في طائرات | ٢٧,٤٢٥ | ٢٧,٤٢٥ | |
| الإجمالي قبل المخصص | ٤٧١,٤٧٥ | ٤٩٥,٨٩٢ | |
| ناقصا: مخصص استثمارات | (٨٢,٦١٥) | (٧٨,١٠٠) | |
| **صافي إستثمارات متنوعة** | **٣٨٨,٨٦٠** | **٤١٧,٧٩٢** | |

## ٨. صافي حسابات عملاء جارية مدينة

تتكون صافي حسابات عملاء جارية مدينة كما في ٣١ ديسمبر مما يلي:

| | ٢٠٠٠ | ٢٠٠١ | |
|---|---|---|---|
| حسابات عملاء جارية مدينة | ٩٠٢,٦٢١ | ١,٠٦٠,٠٢٤ | |
| ناقصا: المخصص | (١١٤,٤٩٠) | (٢٠٤,٧٧٨) | |
| **صافي حسابات عملاء جارية مدينة** | **٧٨٨,١٣١** | **٨٥٥,٢٤٦** | |

<div dir="rtl">

إيضاحات حول القوائم المالية الموحدة للسنتين المنتهيتين
في ٣١ ديسمبر ٢٠٠١ و ٢٠٠٠م

بآلاف الريالات السعودية

**٩.   صافي أصول مؤجرة**

يتكون صافي الأصول المؤجرة كما في ٣١ ديسمبر مما يلي:

| الإجمالي | مباني | طائرات | |
|---|---|---|---|
| | | | **التكلفة:** |
| ٣٠٨٫٢٨٧ | ١٨١٫٣١٧ | ١٢٦٫٩٧٠ | في ٣١ ديسمبر ٢٠٠٠ |
| ٣٠٨٫٢٨٧ | ١٨١٫٣١٧ | ١٢٦٫٩٧٠ | في ٣١ ديسمبر ٢٠٠١ |
| | | | **الاستهلاكات المتراكمة:** |
| ٤٤٫٣٤٦ | ٠٠ | ٤٤٫٣٤٦ | في ٣١ ديسمبر ٢٠٠٠ |
| ٤٫٤٠٥ | ٠٠ | ٤٫٤٠٥ | الإضافات للسنة |
| ٤٨٫٧٥١ | ٠٠ | ٤٨٫٧٥١ | في ٣١ ديسمبر ٢٠٠١ |
| | | | **صافي القيمة الدفترية:** |
| ٢٥٩٫٥٣٦ | ١٨١٫٣١٧ | ٧٨٫٢١٩ | في ٣١ ديسمبر ٢٠٠١ |
| ٢٦٣٫٩٤١ | ١٨١٫٣١٧ | ٨٢٫٦٢٤ | في ٣١ ديسمبر ٢٠٠٠ |

**١٠.   صافي موجودات ثابتة**

يتكون صافي الموجودات الثابتة كما في ٣١ ديسمبر مما يلي:

| الإجمالي | المعدات والآلات | مباني | أرض مؤجرة | أراضي | |
|---|---|---|---|---|---|
| | | | | | **التكلفة:** |
| ١٫٢٠١٫٧٨٠ | ٦١١٫٩٧٨ | ١٨٨٫٨٠٥ | ٢٫٣٢٨ | ٣٩٨٫٦٦٩ | في ٣١ ديسمبر ٢٠٠٠ |
| ٢١٠٫٩٧١ | ١٥٥٫٧٩٧ | ٣٣٫٠٧٧ | – | ٢٢٫١٠٢ | الإضافات خلال السنة |
| (٢٢٫١٢٣) | (١٤٫٨٣٣) | (٧٫٢١٢) | – | (٧٨) | الإستبعادات |
| ١٫٣٩٠٫٦٢٨ | ٧٥٢٫٩٤٢ | ٢١٤٫٦٧٠ | ٢٫٣٢٨ | ٤٢٠٫١٩٣ | في ٣١ ديسمبر ٢٠٠١ |
| | | | | | **الاستهلاكات المتراكمة:** |
| ٥٠٩٫٩٨٨ | ٤٢١٫٢٥٥ | ٦٧٫٩٥٠ | ٧٨٣ | – | في ٣١ ديسمبر ٢٠٠٠ |
| ١١٩٫١٩٨ | ١١٠٫٣١٩ | ٨٫٧٤٣ | ٨٦ | – | الإضافات للسنة |

٣٠

</div>

## إيضاحات حول القوائم المالية الموحدة للسنتين المنتهيتين في ٣١ ديسمبر ٢٠٠١ و ٢٠٠٠م

بآلاف الريالات السعودية

| الإجمالي | المعدات والآلات | مباني | أرض مؤجرة | أراضي | |
|---|---|---|---|---|---|
| (٧,٢٣١) | (٧,٠١٤) | (١١٧) | – | – | الاستبعادات |
| ٦٢١,٩٥٥ | ٥٤٤,٥١٠ | ٧٦,٥٢٦ | ٨١٩ | | في ٣١ ديسمبر ٢٠٠١ |
| | | | | | صافي القيمة الدفترية: |
| ٧١٨,١٧٨ | ٢٠٨,٣٨٢ | ١٢٨,١٤٤ | ١,٤٥٩ | ٤٢٠,١٩٣ | في ٣١ ديسمبر ٢٠٠١ |
| ٦٩١,٧٩٢ | ١٧٠,٧٢٣ | ١٢٠,٨٥٥ | ١,٥٤٥ | ٣٩٨,٦٦٩ | في ٣١ ديسمبر ٢٠٠٠ |

تشتمل المباني على أعمال تحت التنفيذ قدرها ٣١,٨ مليون ريال سعودي كما في ٣١ ديسمبر ٢٠٠١ (٢٠٠٠: ١٨,٤ مليون ريال سعودي).

قامت الشركة بنقل ملكية الموجودات التي آلت إليها من شركة الراجحي للصرافة والتجارة (تحت التصفية) فيما عدا موجودات قيمتها حوالي ٨,٨ مليون ريال سعودي جاري العمل على استكمال نقل ملكيتها.

## ١١. صافي موجودات أخرى

يتكون صافي الموجودات الأخرى كما في ٣١ ديسمبر مما يلي:

| ٢٠٠٠ | ٢٠٠١ | |
|---|---|---|
| ١,٧٣٩,٧٤٤ | ١,٨٧٦,١٥٢ | إيرادات استثمارات مستحقة |
| ٥٥,٤٤٦ | ٥٥,٧٠١ | دفعات مقدمة للموردين |
| ٤٧,٧١٣ | ٤٩,٨٠٧ | مصاريف تأسيس الفروع – صافي |
| ١٤٨,٥١٢ | ٤٨٣,٣٥٢ | أخرى |
| ١,٩٩١,٤١٥ | ٢,٤٦٥,٠١٢ | الإجمالي قبل المخصص |
| (١٤٣,٦٠٦) | (١٢٧,٩٠٦) | ناقصا المخصص |
| ١,٨٤٧,٨٠٩ | ٢,٣٣٧,١١٠ | صافي موجودات أخرى |

٣١

إيضاحات حول القوائم المالية الموحدة للسنتين المنتهيتين
في ٣١ ديسمبر ٢٠٠١ و ٢٠٠٠م
بآلاف الريالات السعودية

## ١٥. رأس المال

يتكون رأس المال المصرح به والمصدر والمدفوع بالكامل كما في ٣١ ديسمبر مما يلي:

| | ٢٠٠٠ | ٢٠٠١ | |
|---|---|---|---|
| عدد الأسهم | ٤٥ مليون | ٤٥ مليون | |
| القيمة الاسمية | ٥٠ ريال للسهم | ٥٠ ريال للسهم | |
| رأس المال | ٢,٢٥٠ مليون ريال سعودي | ٢,٢٥٠ مليون ريال سعودي | |

## ١٦. إحتياطي نظامي

يقضي نظام مراقبة البنوك والنظام الأساسي للشركة بتحويل مالا يقل عن ٢٥٪ من صافي دخل السنة الى الإحتياطي النظامي غير القابل للتوزيع. وبجوز للشركة التوقف عن إجراء هذا التحويل عندما يصبح الاحتياطي مساويا لرأس المال المدفوع. وقد اصبح رصيد الاحتياطي مساويا لرأس المال المدفوع البالغ ٢,٢٥٠ مليون ريال سعودي ولم يتم إجراء أية تحويل خلال العام.

## ١٧. مخصص ديون مشكوك في تحصيلها (إستثمارات وأخرى)

تتلخص حركة مخصص الديون المشكوك في تحصيلها (إستثمارات وأخرى) للسنة المنتهية في ٣١ ديسمبر مما يلي:

| | ٢٠٠٠ | ٢٠٠١ | |
|---|---|---|---|
| الرصيد في بداية العام | ٨١٣,١٣٠ | ١,٤١٤,٠٠٣ | |
| الاضافات | ٧١٧,٨٠٢ | ٧٧١,١٤٥ | |
| استبعادات، صافي | (١١٦,٩٢٩) | (١٣,٥١٦) | |
| الرصيد في نهاية العام | ١,٤١٤,٠٠٣ | ٢,٢٢٢,١٣٢ | |

## ١٨. الإرتباطات والإلتزامات المحتملة

ا. الدعاوى القضائية :

في ٣١ ديسمبر ٢٠٠١ كانت هناك عدد من الدعاوى القضائية مقامة ضد الشركة. وتم تكوين مخصصات لقاء هذه الدعاوى وذلك بناءاً على نصيحة المستشارين القانونيين للشركة.

إيضاحات حول القوائم المالية الموحدة للسنتين المنتهيتين
في ٣١ ديسمبر ٢٠٠١ و ٢٠٠٠م

بآلاف الريالات السعودية

| الإجمالي | أكثر من ٥ سنوات | من سنة الى ٥ سنوات | من ٣ أشهر الى سنة | أقل من ٣ أشهر | ٢٠٠٠ |
|---|---|---|---|---|---|
| ٢.٥٥١.٧٩٣ | – | ٣٨٢.٧٥٥ | ١.٣٩٩.٢٩٧ | ٧١٩.٧٤١ | خطابات الاعتماد |
| ٢.٠٨٧.٩١٥ | ٣٧٩.٣٦٤ | ٤٥٥.٥٥٦ | ٩١٠.٢٩٠ | ٣٤٢.٧١٥ | خطابات الضمان |
|  |  |  |  |  | إلتزامات لمنح إئتمان |
| ١٤.٧٣٥.٥٨٤ | – | ٣٢٠.٨٤٥ | ٩.٧٦٤.٧٣٩ | ٤.٦٥٠.٠٠٠ | غير مستخدمة |
| ١٩.٣٧٥.٢٩٢ | ٣٧٩.٣٦٤ | ١.١٥٩.١٥٦ | ١٢.٠٧٤.٣٢٦ | ٥.٧٩٢.٤٥٦ | الإجمالي |

بلغ الجزء غير المستخدم من الإلتزامات غير المؤكدة والتي يمكن إلغاؤها في أي وقت. والقائمة كما في ٣١ ديسمبر ٢٠٠١ مامقداره ١٣.٣٠١ مليون ريال سعودي (٢٠٠٠: ١١.٥٢٠ مليون ريال سعودي).

د. الإلتزامات المتعلقة بعقود الإيجار التشغيلية

فيما يلي تحليلا بالحد الأدنى لدفعات الإيجار المستقبلية بموجب عقود الإيجار التشغيلية غير القابلة للإلغاء. التي قامت بها الشركة كمستأجر.

| ٢٠٠٠ | ٢٠٠١ |  |
|---|---|---|
| ١٢.٠٣٣ | ١٩.٦٨٣ | أقل من سنة واحدة |
| ٥٨.٩٧٤ | ١٢.٨٨٠ | سنة الى ٥ سنوات |
| ٩.٠٦٣ | ١٣.٤٣٢ | أكثر من ٥ سنوات |
| ٨٠.٠٧٠ | ٩٥.٩٩٥ | الإجمالي |

### ١٩. ربح السهم

يتم احتساب ربح السهم على اساس صافي دخل السنة مقسوما على المتوسط المرجح لعدد الاسهم المصدرة خلال السنة

### ٢٠. إجمالي الأرباح المقترح توزيعها والزكاة الشرعية

بلغ إجمالي الأرباح المقترح توزيعها للسنة المنتهية في ٣١ ديسمبر ٢٠٠١ مبلغ ١.٢٩٨.٥٤٨ ألف ريال سعودي (٢٠٠٠: ١.٣٠٧.٤٧٦ ألف ريال سعودي). وقد تم خصم مبلغ ٣٨.٥ مليون ريال سعودي على حساب الزكاة من إجمالي الأرباح المقترح توزيعها وبيقى صافي ربح السهم للمساهمين ٢٨ ريال سعودي.

# إيضاحات حول القوائم المالية
## في ٣١ ديسم‍
بآلاف الريا

## ٢٢. مخاطر الإئتمان

تمثل عدم مقدرة طرف ما على الوفاء بإلتزاماته بشأن أداة ما
تشكل الاستثمارات وخطابات الاعتماد والضمان جزءا كبيرا
عن هذه الادوات تكون من خلال وضع حدود معتمدة للائتمان و
الائتمانية للعملاء والحصول على الضمانات الكافية كلما ا

تعادل مخاطر الائتمان القصوى للأدوات المالية داخل قائمة ا
القوائم المالية الموجدة مستبعدا منها القيمة العادلة للخ
المستلمة

## ٢٣. مخاطر العملات

تتحمل الشركة مخاطر آثار التقلبات في أسعار الصرف الب‍
يوضع حدود لمستوى المخاطر المقبولة لكل عمله ومتكا‍
وتحتفظ الشركة بصافي مركز مفتوح بالعملات الاجنبية ت‍
٢٧٫٢٢٧٫٧٠٣ ألف ريال سعودي(٢٠٠٠: ٤٦٣٫٨٣٤٫٤٢٩ ألف ريال

## ٢٤. التركيز الجغرافي للموجودات والمطلوبات و

فيما يلي التوزيع الجغرافي للفئات الرئيسية للموجودة وا‍

| أو | دول مجلس التعاون الخليجي الأخرى والشرق الأوسط | المملكة العربية السعودية | |
|---|---|---|---|
| | | | **الموجودات** |
| | | | نقدية وأرصدة لدى مؤسسة |
| - | - | ٤٫٠٦٨٫٢٥٢ | النقد العربي السعودي |
| ٩٧٩. | ٢٣٨٫٠٤١ | ١٠٫٩٩٦ | مطلوبات من البنوك |
| | | | صافي إستثمارات: |
| ٩٩٦ | ٣٫٥٥٢٫٤٩٣ | ٤٫٠٦٥٫٦٩٥ | متاجرة |
| ٥٠٠ | - | - | متاجرة بالوكالة |
| - | - | ٥٫٩٣٦٫٩٦٧ | بيع بالتقسيط |
| - | - | ٣٫٩٥٩٫٧٣٧ | إستصناع |
| - | ٣٨٧٫٧٥١ | ٣٠٥٫٠٦٥ | مرابحة |
| - | - | ٤٧٫٧٢٣ | مشاركة |

إيضاحات حول القوائم المالية الموحدة للسنتين المنتهيتين
في ٣١ ديسمبر ٢٠٠١ و ٢٠٠٠م
بآلاف الريالات السعودية

## ٢٢. مخاطر الإئتمان

تمثل عدم مقدرة طرف ما على الوفاء بإلتزاماته بشأن أداة مالية مما يؤدي الى تكبد الطرف الآخر لخسارة مالية.

تشكل الاستثمارات وخطابات الاعتماد والضمان جزءا كبيرا من الأدوات المالية للائتمان. إن عملية مراقبة وإدارة المخاطر المترتبة عن هذه الأدوات تكون من خلال حدود معتمدة للائتمان وتجنب التركيز على المخاطر غير الملائمة والتأكد من الكفاءة الائتمانية للعملاء والحصول على الضمانات الكافية كلما اقتضى الأمر.

تعادل مخاطر الائتمان القصوى للأدوات المالية داخل قائمة المركز المالي الموحدة وخارجه القيمة الدفترية المفصح عنها في القوائم المالية الموحدة مستبعدا منها القيمة العادلة للضمانات والتأمينات النقدية للاعتمادات المستندية وخطابات الضمان المستلمة.

## ٢٣. مخاطر العملات

تتحمل الشركة مخاطر آثار التقلبات في أسعار الصرف السائدة بالنسبة على مركزها المالي وتدفقاتها النقدية. وتقوم الإدارة بوضع حدود لمستوى المخاطر المقبولة لكل عملة وتشكل إجمالي المراكز للعملات، ليلا وخلال اليوم، والتي يتم مراقبتها يوميا وتحتفظ الشركة بصافي مركز مفتوح بالعملات الأجنبية بصفة اساسية تجاه الدولار الأمريكي كما في ٣١ ديسمبر ٢٠٠١ بمبلغ ٢٧,٣٢٧,٧٠٣ ألف ريال سعودي (٢٠٠٠: ٢٩,٨٢٤,٤٦٣ ألف ريال سعودي)

## ٢٤. التركيز الجغرافي للموجودات والمطلوبات والإلتزامات المحتملة

فيما يلي التوزيع الجغرافي للعناصر الرئيسية للموجودات والمطلوبات والالتزامات المحتملة كما في ٣١ ديسمبر:

| الإجمالي | دول أخرى | جنوب شرق آسيا | أمريكا اللاتينية | أمريكا الشمالية | أوروبا | دول مجلس التعاون الخليجي الأخرى/الشرق الأوسط | المملكة العربية السعودية | ٢٠٠١ |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **الموجودات** |
| ٤,٠١٨,٢٥٢ | – | – | – | – | – | – | ٤,٠١٨,٢٥٢ | نقدية وأرصدة لدى مؤسسة النقد العربي السعودي |
| ٨٠٣,١٦٨ | ٤٦,٠٤٤ | ١٩٢,٢٥٥ | – | ١٠٥,٨٤٨ | ٢١٢,٩٧٩ | ٢٣٨,٠٤٦ | ١,٩٩٦ | مطلوبات من البنوك |
| | | | | | | | | صافي إستثمارات: |
| ٣١,١٣٥,١١٢ | – | – | ٧١٠,٤٩٣ | ٢,٣٠٥,٤٣٥ | ١٩,٥٠٠,٩٩٦ | ٣,٥٥٢,٤٩٣ | ٥,٠٦٥,٦٩٥ | متاجرة |
| ٤٥٩,٥٥٥ | – | – | ١٧٢,٠٢٥ | ١٨٧,٥٠٠ | – | – | – | متاجرة بالوكالة |
| ٥,٩٣٦,٩٦٧ | – | – | – | – | – | – | ٥,٩٣٦,٩٦٧ | بيع بالتقسيط |
| ٣,٩٥٩,٧٣٧ | – | – | – | – | – | – | ٣,٩٥٩,٧٣٧ | إستصناع |
| ٦٩٢,٨١٦ | – | – | – | – | – | ٣٨٧,٧٥١ | ٣٠٥,٠٦٥ | مرابحة |
| ٤٧,٧٣٣ | – | – | – | – | – | – | ٤٧,٧٣٣ | مشاركة |

٣٧

# إيضاحات حول القوائم المالية الموحدة للسنتين المنتهيتين
## في ٣١ ديسمبر ٢٠٠١ و ٢٠٠٠م

بآلاف الريالات السعودية

| الإجمالي | دول أخرى | جنوب شرق آسيا | أمريكا اللاتينية | أمريكا الشمالية | أوروبا | دول مجلس التعاون الخليجي الأخرى والشرق الأوسط | المملكة العربية السعودية | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **٢٠٠١** |
| ٤١٧,٧٩٢ | ١٧٣,٥٠٧ | – | – | – | – | – | ٢٤٤,٢٨٥ | منوعة |
| ٤٧,٥٢١,١٠٢ | ٣١٥,٥٥١ | ١٩٣,٢٥٥ | ٧١٠,٤٩٣ | ٣,٢٨٣,٣٠٨ | ١٩,٨٠١,٤٧٥ | ٤,١٧٨,٢٩٠ | ١٨,١٣٨,٧٣٠ | **الإجمالي** |
| | | | | | | | | **المطلوبات** |
| | | | | | | | | حسابات عملاء |
| ٣٧,٨٠٠,٩٩٠ | – | – | – | – | – | – | ٣٧,٨٠٠,٩٩٠ | جارية دائنة |
| ١,١٤١,١٢٣ | ١٢٨,٢٥٨ | ٤٨٥,٣١٥ | – | ٧,٠٧٤ | ٢٠٦,٣١٥ | ٢٢,٥٠٢ | | مطلوبات للبنوك |
| ٣٨,٩٤٢,١١٣ | ١٤٨,٢٥٨ | ٤٨٥,٣١٥ | – | ٧,٠٧٤ | – | – | ٣٨,٨٢٤,٤٩٣ | **الإجمالي** |
| ٢,٥١٩,٩٥٥ | ١,١٢١,٢١٠ | ١٩٧,٢٩٠ | ١٥٠ | ١,٠٤٤,٤٨٠ | ٥,٥٥٧,٠٥٠ | ٢٨٥,٨٢٠ | ٧,٤١٢,٩٥٥ | **الإلتزامات المحتملة** |
| | | | | | | | | **٢٠٠٠** |
| | | | | | | | | **الموجودات** |
| | | | | | | | | نقدية وأرصدة لدى مؤسسة |
| ٤,٤٥٩,٤٥٨ | – | – | – | – | – | – | ٤,٤٥٩,٤٥٨ | النقد العربي السعودي |
| ٨٣٢,٣٧٠ | ٤٥٨,٢٢٢ | ١٤٥,٥٨٠ | – | ١٦٨,٧٢ | ٢١٢,٨٧٨ | ٣٩,١٨١ | ١٠,٢٩١ | مطلوبات من البنوك |
| | | | | | | | | صافي إستثمارات: |
| ٢٧,٨٦٠,٤٠٣ | ١٣٨,٥١٧ | – | ١٣٤,٩٤٧ | ٢,٤١٥,١٢٤ | ١٤,٥٢٦,٦٨٩ | ٣,٤٧٧,٧٣٢ | ٣,٩١٧,٢٩٤ | مناجرة |
| ٥,٨٩٩,١١٣ | – | – | ٢٧٨,٠٥٤ | ١,٧٨٣,٨٣٨ | ٢,١١٧,٢٢١ | – | – | مناجرة بالوكالة |
| ٢,٤١٤,٢٤٩ | – | – | – | – | – | – | ٢,٤١٤,٢٤٩ | بيع بالتقسيط |
| ٤,٤٣٧,١١٣ | – | – | – | – | – | – | ٤,٤٣٧,١١٣ | إستصناع |
| ٧٠٦,٠٣٧ | – | – | – | – | – | ٣٨٧,٧٥١ | ٣١٨,٢٨٦ | مرابحة |
| ٥١,٢٥٨ | – | – | – | – | – | – | ٥١,٢٥٨ | مشاركة |
| ٣٨٨,٨١٠ | ١٠٦,٥٣٣ | – | – | – | – | – | ٢٨٢,٢٢٧ | منوعة |
| ٤٥,٠٨٨,٧٧١ | ١,٠٠٣,٤١٦ | ٥٢٣,٢٤٤ | ١٣٤,٩٤٧ | ٣,٩٦٧,١٢٤ | ١٦,٨١٢,٤٩٠ | ٣,٩٠١,١١٤ | ١٥,١٩٥,٤٧٦ | **الإجمالي** |
| | | | | | | | | **المطلوبات** |
| | | | | | | | | حسابات عملاء |
| ٣٤,٤٤٢,٩٢٩ | – | – | – | – | – | – | ٣٤,٤٤٢,٩٢٩ | جارية دائنة |
| ٨٨٥,٢٤٧ | ١١٩,٣٣٩ | ٢٤١,٨٤٦ | – | ١٤٢,٢٠٠ | ١٩٨,٤,٠٨ | ٤,٨٠,٤ | ٢٨,٧٥٠ | مطلوبات للبنوك |
| ٣٥,٣٢٨,١٧٦ | ١١٩,٣٣٩ | ٢٤١,٨٤٦ | – | ١٤٢,٢٠٠ | ١٩٨,٤,٠٨ | ٤,٨٠,٤ | ٣٤,٤٧١,٦٧٩ | **الإجمالي** |
| ١٩,١٣٧٥,٢٩٢ | ٩٧٥,٧١٠ | ٢,٢٩٥,٢٤٠ | – | ٣,١٣٩,٢٢٠ | ٥,٦٣٢,٢٠٠ | ٢٨٩,٨٠٠ | ٧,٨٥٤,٩١٢ | **الإلتزامات المحتملة** |

الإيضاحات حول القوائم المالية الموحدة عن السنة المنتهية في ٣١ ديسمبر ٢٠٠٠م

الملاحظات

## إيضاحات حول القوائم المالية الموحدة للسنتين المنتهيتين
## في ٣١ ديسمبر ٢٠٠١ و ٢٠٠٠م

بالآلاف الريالات السعودية

| الإجمالي | بدون تاريخ إستحقاق محدد | أكثر من ٥ سنوات | من سنة الى ٥ سنوات | من ٣ شهر الى سنة | أقل من ٣ أشهر | ٢٠٠٠ |
|---|---|---|---|---|---|---|
| | | | | | | **الموجودات:** |
| ٥,٢٩٦,٦٢٨ | ٢,٤١٨,٤٤٣ | – | – | – | ٢,٨٧٨,١٨٥ | النقد وما في حكمه |
| | | | | | | صافي الاستثمارات: |
| ٢٧,٨٦٠,٤٠٣ | – | – | ١,٤٦٥,٦٥١ | ١٠,٨٣٤,٥٩١ | ١٥,٥٦٠,١١١ | متاجرة |
| ٣,٨٧٩,٦١٣ | – | – | ١٨٧,٥٠٠ | ٧٦١,٧٢٩ | ٢,٩٢٩,٩٨٤ | متاجرة بالوكالة |
| ٦,٤٦٦,٢٤٩ | – | ١٥٠,٩٤٨ | ١,٦٢٤,٦٢٧ | ٤٧٥,١٦٨ | ٢١٤,٩١١ | بيع بالتقسيط |
| ٤,٤٢٧,١١٢ | – | ١,٥٤١,٢١٤ | ٢,٥٨٨,١٦٦ | ٢٥٤,٦٢٨ | ٥٢,٤١٥ | استصناع |
| ٧٠٦,٠٢٧ | – | – | ٥٨,٤٠٠ | ٤٥٤,٤١٤ | ١٩٣,١٧٣ | مرابحة |
| ٥٦,٢٥٨ | – | – | – | ٤٢,١٩٣ | ١٤,٠٦٥ | مشاركة |
| ٣٨٨,٨٦٠ | – | – | – | – | ٣٨٨,٨٦٠ | متنوعة |
| ٧٨٨,١٣٦ | – | – | ٦٨١ | ٣١,٢٥٤ | ٧٥٥,١٩٦ | صافي حسابات عملاء جارية مدينة |
| ٢١٣,٩٤١ | ٢١٣,٩٤١ | – | – | – | – | صافي أصول مؤجرة |
| ٦٩١,٧٩٢ | ٦٩١,٧٩٢ | – | – | – | – | صافي - موجودات ثابتة |
| ١,٨٤٧,٨٠٩ | ١,٨٤٧,٨٠٩ | – | – | – | – | صافي - موجودات أخرى |
| ٤٨,٦٨٠,٤٣٤ | ٥,٦٢١,٩٨٥ | ١,٦٩٢,٦١٢ | ٥,٩٢٤,٦٢٥ | ١٢,٨٥٢,٥٩٧ | ٢٢,٩٨٨,٦٥٥ | الإجمالي |
| | | | | | | **المطلوبات وحقوق المساهمين:** |
| ٣٤,٤٤٢,٩٢٩ | – | – | – | – | ٣٤,٤٤٢,٩٢٩ | حسابات عملاء جارية دائنة |
| ٢,٢٠٧,٩٥٠ | – | – | – | – | ٢,٢٠٧,٩٥٠ | حسابات عملاء أخرى |
| ٨٨٥,٣٤٧ | – | – | – | – | ٨٨٥,٣٤٧ | مطلوبات للبنوك |
| ١,٣٠٧,٤٧٦ | ١,٣٠٧,٤٧٦ | – | – | – | – | إجمالي أرباح مقترح توزيعها |
| ٣,٣٦٠,٠١١ | ٣,٣٦٠,٠١١ | – | – | – | – | مطلوبات أخرى |
| ٦,٤٧٦,٧٢١ | ٦,٤٧٦,٧٢١ | – | – | – | – | حقوق المساهمين |
| ٤٨,٦٨٠,٤٣٤ | ١١,١٤٤,٢٠٨ | – | – | – | ٣٧,٥٣٦,٢٢٦ | الإجمالي |

٢٦.  **القيمة العادلة للموجودات والمطلوبات المالية**

تمثل القيمة العادلة المبلغ الذي يمكن بموجبه استبدال الأصول أو تسوية المطلوبات بين أطراف ذوي علم ورغبة في اتمام الصفقة على أساس تعاقدي عادي دون تمييز. إن القيمة العادلة المتوقعة للأدوات المالية داخل قائمة المركز المالي الموحدة بإستثناء عمليات الاستصناع والمرابحة، والبيع بالتقسيط، والمشاركة، لاتختلف، بشكل جوهري عن قيمتها الدفترية الصافية. ومن غير العملي تحديد القيمة العادلة للاستصناع، والمرابحة، والبيع بالتقسيط، والمشاركة بطريقة يعتمد عليها بشكل موثوق. ولا تختلف القيمة العادلة للأدوات المالية خارج قائمة المركز المالي الموحدة جوهريا عن القيمة المفصح عنها في القوائم المالية الموحدة.

إيضاحات حول القوائم المالية الموحدة للسنتين المنتهيتين
في ٣١ ديسمبر ٢٠٠١ و ٢٠٠٠م

بآلاف الريالات السعودية

## ٢٧.  معاملات مع أطراف ذات علاقة

تتعامل الشركة من خلال أعمالها العادية مع أطراف ذات علاقة. وترى الشركة ومجلس الإدارة أن المعاملات مع الأطراف ذات العلاقة
قد تمت بنفس شروط التعامل مع الأطراف الأخرى ويبين ما يلي طبيعة وقيمة تلك المعاملات التي تمت معهم:

| الجهة ذات العلاقة | نوع التعامل | الرصيد في ٢٠٠١/١/١ | | الحركة خلال السنة | | الرصيد في ٢٠٠١/١٢/٣١ | |
|---|---|---|---|---|---|---|---|
| | | مدين | دائن | مدين | دائن | مدين | دائن |
| أعضاء في مجلس الإدارة | مشاركة | ١٨١٬١٩٥ | – | ١٧٩٬٧٤٧ | ١٨١٬١٩٥ | ١٧٩٬٧٤٧ | – |
| | جاري | ١١٧٬٢٢٩ | – | ١٬٨٤٤٬٩٠٨ | ١٬٨١٢٬٠٥٨ | ١٣٥٬٣٧٩ | – |
| | مضاربة | ٨٢١٬٧٠٩ | – | ٢٢١٬٨٧٠ | ٤٣٢٬٨٣٠ | – | ١٬٠٣٢٬٦١٩ |
| | ضمان | ٦٦٬٠٠٠ | – | | | ٦٦٬٠٠٠ | – |
| شركات ومؤسسات تابعة لأعضاء في مجلس الإدارة | جاري | – | ٧٤٬٨٩٩ | ٧٬٥٢٧٬٢٥٤ | ٧٬٥٠٬٥١٣٬٨ | ٤٨٬٩٥٢ | – |
| | اعتمادات | ٢٥٣٬٤٩٣ | – | ٩٧٣٬١٧٣ | ٥٢٥٬١١٧ | ٤٠٢٬٥٥ | – |
| | خطابات ضمان | ٢٧١٬٦١١ | – | ٣٨٬١٠٠ | ٢٢٬١٣٣ | ٢٨٨٬٤٦١ | – |
| | مراجعة | ٤٤٬٩٩ | – | ٥٤٬٩٠ | ٥١٬١٣٣ | ٢٤٬٣١٤ | – |
| | كمبيالات قبول | ٣٥٠٬٢٨٧ | – | ٨١١٬٦٢٢ | ٨٩٤٬٣٣٥ | ١٬٣٣٢٬٥١٧ | – |
| | | ٢٥٬٥٩٤ | – | ١٢٬١٢ | ١١٬٧٥ | ٣٧٬٠٣٥ | – |
| شركات ومؤسسات يكفالها أعضاء في مجلس الإدارة | خطابات ضمان | ٢٨٬١٤ | – | ١٬١٨٦ | ١١٬٨٨٩ | ١١٬٢٥٤ | – |
| | مراجعة | ١٩٬٠٩ | – | ١٬٧١٧ | ٧٬٨٦٦ | ١٢٬٤١ | – |
| | بيع بالتقسيط | ٧٣٢ | – | ١٤٧ | ١٤٧ | ٥٨٧ | – |
| | اعتمادات | ٤٬٣٩ | – | ٥٤٬٣٩ | ٢٬٧٧٨ | ٧٬٩١١ | – |
| | جاري مدين | ٧٬١١ | – | ١٨٬٤٨٦ | ٢٧٬٣٥٩ | ٨٬٢٨٧ | – |
| | كمبيالات قبول | ١٠٬٧٥٤ | – | | | ١٠٬٧٥٤ | – |
| صناديق المضاربة (انظر إيضاح (٣١)) | جاري | ٢٣٬١٤ | – | ١٤٬٨٢٥٬٢٨٣ | ١٢٬١٠١٬٨٩٤ | ١٠٬٣٧٥ | – |
| | مضاربة | ٣٬٠١٧٬٥٠٠ | – | ١٤٬٢٨٧٬٢٣٠ | ١٤٬٩٩٨٬١٨٠ | – | ٣٬٣٧٨٬٧٥٠ |
| شركات مستثمريها | مراجعة | ٥٩٩٬٦٦٦ | | | | ٥٩٩٬٦٦٦ | – |

## ٢٨.  أموال المضاربة والتزامات محتملة

تتكون أموال المضاربة والالتزامات المحتملة كما في ٣١ ديسمبر مما يلي:

| | ٢٠٠١ | ٢٠٠٠ |
|---|---|---|
| **أ. أموال المضاربة:** | | |
| إستثمارات عملاء | ٧٬٣٣١٬١٥٣ | ٦٬٤٣٩٬٠٤٢ |
| حسابات جارية معادن | ٢٣٬٩٠٨ | ٣٠٬٨٧١ |
| **الإجمالي** | ٧٬٣٥٥٬٠٦١ | ٦٬٤٦٩٬٩١٣ |

إيضاحات حول القوائم المالية للسنتين المنتهيتين
في ٣١ ديسمبر ٢٠٠١ و ٢٠٠٠م
بآلاف الريالات السعودية

| | ٢٠٠١ | ٢٠٠٠ |
|---|---|---|
| خطابات اعتماد | ٦،٦٦٦،٦١٢ | ٢،٥٥١،٧٩٢ |
| خطابات ضمان | ١،٢٥١،٩١٨ | ٢،٠٨٧،٥١٥ |
| التزامات أخرى غير مستخدمة | ١٢،٧٢١،٧٥٥ | ١٤،٧٣٥،٥٨٤ |
| **الإجمالي** | **٢٠،٦١٩،٦١٥** | **١٩،٣٧٥،٨٩١** |

### ٢٣. صندوق المساهمين

بناءً على قرار الجمعية العامة بتاريخ ٢٠ شوال ١٤١٠هـ الموافق ١٩٩٠/٨/٥ تم منح الصندوق ٥٠ مليون ريال سعودي وصدور قرار بتخصيص مبلغ ١٩٠ ألف ريال سعودي من أرباح السنوات السابقة للصندوق من إجمالي ... ... مليون ريال ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ١٤٩٤ ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ١٤٩١ ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ١٤٩١ ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ١٤١١/١/١٩ ... ... ... ١١٤،٣٧٥،٨٧٨ ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ...

### ٢٤.

يبين جدول حركة حساب الأعمال الخيرية للظاهر رصيده ضمن الأرصدة الدائنة الأخرى التحليل يلي (١٤٥ إيضاح):

| | ٢٠٠١ | ٢٠٠٠ |
|---|---|---|
| الرصيد في بداية العام | ١١١ | ١٢٥ |
| الإجماليات خلال العام | ٤،٤٤٥ | ٨٢٦ |
| المستخدم خلال العام | (٣،٧٩٥) | (٢٥٠) |
| **الرصيد في نهاية العام** | **٨٦١** | **١١١** |

# إيضاحات حول القوائم المالية الموحدة للسنتين المنتهيتين
## في ٣١ ديسمبر ٢٠٠١ و ٢٠٠٠م
### بآلاف الريالات السعودية

## ٣١. صناديق المضاربة

تم إنشاء صناديق مضاربة في مجالات استثمارية مختلفة (صندوق التأجير البحري، صندوق المضاربة الشرعية بالبضائع، صندوق الراجحي للاستثمارات العقارية، صندوق الأسهم العالمية، صندوق الأسهم المصرية، صندوق أسهم الشرق الأوسط، صندوق الراجحي للمتوازن الأول والثاني، صندوق الراجحي لأسهم الشركات الصاعدة، صندوق الأمان رقم (١) صندوق المضاربة الشرعية بالبضائع ريال، صندوق الجوهرة النسائي، صندوق ولدي وصندوق الأسهم المحلية). وتقوم إدارة الاستثمار لدى الشركة بإدارة تلك الصناديق كما يتم استثمار جزء من أموالها لدى الشركة. وقد بلغ رصيد المبالغ المستثمرة لدى الشركة كما في ٣١ ديسمبر ٢٠٠١ بمبلغ ٣٬٣٧٨٬٧٥٠ ألف ريال سعودي (٢٠٠٠: ٣٬٠١٧٬٥٠٠ ألف ريال سعودي).

## ٣٢. كفاية رأس المال

تقوم الشركة بمراقبة مدى كفاية رأسمالها وذلك باستخدام النسب المحددة من قبل مؤسسة النقد العربي السعودي. وبموجب هذه النسب يتم قياس مدى كفاية رأس المال، وذلك بمقارنة رأس المال المؤهل مع الموجودات والتعهدات المدرجة في قائمة المركز المالي الموحدة حسب درجة مخاطرتها وفق الجدول أدناه:

| النسبة | | رأس المال | | |
|---|---|---|---|---|
| ٢٠٠٠ | ٢٠٠١ | ٢٠٠٠ | ٢٠٠١ | |
| ٪ ٢٧ | ٪ ٢٤٫٩ | ٦٬٤٧٦٬٧٢١ | ٦٬٧٢٠٬١٢٩ | رأس المال الأساسي |
| ٪ ٣٠ | ٪ ٢٤٫٩ | ٧٬٤٩٤٬٧١٩ | ٦٬٧٢٠٬١٢٩ | رأس المال الأساسي + رأس المال المساند |

## ٣٣. أرقام المقارنة

أعيد تبويب بعض أرقام المقارنة للسنة الماضية كي تتمشى مع تبويب السنة الحالية فيما عدا ما يخص المعيار الدولي رقم ٣٩ تطبيقاً لأحكام المعيار الانتقالية.

## ٣٤. اعتماد مجلس الإدارة

اعتمد مجلس الإدارة القوائم المالية الموحدة في يوم ١١ ذو القعدة ١٤٢٢هـ الموافق ٢٦ يناير ٢٠٠٢.

٤٣

السلام عليكم ورحمة الله
في يوم ٢١/١/
التاريخ ١٤٢٥هـ
الموضوع المحترمين السادة
(نسخة طبق الأصل)

السلام عليكم ورحمة الله
في يوم ١٨/١/
التاريخ ١٤٢٥هـ
الموضوع المحترمين السادة
(نسخة طبق الأصل)

تحية طيبة وبعد،،،

[نص غير واضح — متعذر القراءة]

المخلص

التوقيع

ختم: AMANA EXPRESS

التوقيع

ختم: ALAMED PUBLIC COMPANY

٢١ ربيع الأول ١٤٢٣هـ
(٢٠٠٢)



فروع الـشـركة

# الإدارة الإقليمية لمنطقة الرياض وتوابعها
## مكتب الإدارة الإقليمية

رقم الإدارة ٣٠٠، ص.ب ٢٨ الرياض ١١٤١١، سنترال ٤٦٢٩٩٢٢ (٠١)، فاكس ٤٦٢٤٣١١ (٠١)

| العمود الثالث | العمود الثاني | العمود الأول |
|---|---|---|
| ٢٣ مطار الملك خالد ١٧٣ <br> تليفون:٢٢٠٢٥٨٠ <br> فاكس:٢٢٠٢٥٩٢ | ١٢ طريق الحجاز ١٤٠ <br> تليفون:٤٥٨٠٥٠٦ <br> فاكس:٤٥٩١٩٣٢ | ١ استثمارات العملاء ١١ <br> تليفون:٤٥١٩٣٤٨ <br> ٤٥١٩٣٤٨ |
| ٢٤ المرقب ١٧٤ <br> تليفون:٤٤٨٨١٢١ <br> فاكس:٤٤٦١٥٥٤ | ١٣ الأفلاج ١٤٢ <br> تليفون:١٨٢٠٥٠ <br> فاكس:١٨٢١٣٥٦ | ٢ الديرة ١٠١ <br> تليفون:٤١١٤٠٢٩ <br> فاكس:٤١١٧٥١٧ |
| ٢٥ منفوحة ١٧٩ <br> تليفون:٤٤٣٧١٤٣ <br> فاكس:٤٥٧٣١٤٢ | ١٤ حوطة بني تميم ١٤٤ <br> تليفون:٥٥٥٠٣٠٠ <br> فاكس:٥٥٥٠٣٩٨ | ٣ البطحاء ١٠٢ <br> تليفون:٤٠٣١٢٦٩ <br> فاكس:٤٠٣١٢٦٩ |
| ٢٦ المنتزه ١٨٢ <br> تليفون:٤٧١٨٥٩١ <br> فاكس:٤٧٣٢٠٢٨ | ١٥ شقراء ١٤٥ <br> تليفون:١٢٤١١٢٩ <br> فاكس:١٢٢٠١٩١ | ٤ المستشفى التخصصي ١١٤ <br> تليفون:٤٤٢٠٥٧٣ <br> فاكس:٤٤١٤٧١٩ |
| ٢٧ شارع الخزان ١٨٥ <br> تليفون:٤٠٢٥٤١١ <br> فاكس:٤٠٤١١٧٢ | ١٦ القويعية ١٤٧ <br> تليفون:٦٥٢١٠٩٠ <br> فاكس:٦٥٢١٨٣٨ | ٥ الأسواق ١١١ <br> تليفون:٤٠٣٥٧١١ <br> فاكس:٤٠١١١٥٠ |
| ٢٨ دوار الشميسي (سيدات) ١٨٨ <br> تليفون:٤٣٥٧٨٥٤ <br> فاكس:٤٣٥٩٥٨٠ | ١٧ الصناعية ١٤٩ <br> تليفون:٤٤١٦٩١٢ <br> فاكس:٤٤٦١٠٤١ | ٦ شارع الظهران ١٢٥ <br> تليفون:٤٧٨٣٧١٥ <br> فاكس:٤٧٨٣٢٤٢ |
| ٢٩ سلطانة ١٩٥ <br> تليفون:٤٥٨٢٥٨٤ <br> فاكس:٤٥٩١٠١١ | ١٨ المستشفى المركزي ١٥٩ <br> تليفون:٤٣٥٠٩٧١ <br> فاكس:٤٣٥٤٢٤٥ | ٧ الملز ١٢٦ <br> تليفون:٤٧١٩٤١٤ <br> فاكس:٤٧١٨٧١٣ |
| ٣٠ ش. الإمام فيصل بن تركي ١٩٧ <br> تليفون:٢٨٢٤٠٠٩ <br> فاكس:٤٤١٣٢٤٦ | ١٩ ساحة العدل ١٦٤ <br> تليفون:٤١١٩٣٨٣ <br> فاكس:٤١١٨٨٩٧ | ٨ شارع الملك فيصل ١٢٧ <br> تليفون:٤٠١٠٥٤١ <br> فاكس:٤٠٤٣٠٦ |
| ٣١ المعذر ٢٠٠ <br> تليفون:٤٤٢٠١٩٣ <br> فاكس:٤٤٢١٠٣٨ | ٢٠ النسيم ١٢٥ <br> تليفون:٢٣١٣٥٧١ <br> فاكس:٢٣١٣٠٥٧ | ٩ الخرج ١٢٩ <br> تليفون:٥٤٤٨٢٥٥ <br> فاكس:٥٤٢٩٨٧١ |
| ٣٢ السليمانية ٢٠٣ <br> تليفون:٤٥٢٣٠٣٤ <br> فاكس:٤٦١١٧ | ٢١ العليا العام ١٦٦ <br> تليفون:٤٦٢٦٢٥٢ <br> فاكس:٤٦٥٧٠٨٤ | ١٠ شارع الناصرية ١٣١ <br> تليفون:٤٠٢٩٥٣١ <br> فاكس:٤٠٣٤٢٤٦ |
| ٣٣ الروضة ٢٠٤ <br> تليفون:٤٩٣٥٠٢٦ <br> فاكس:٤٩١٤٣٣١ | ٢٢ المحيرية ١٦٨ <br> تليفون:٤٥٨٢٣٤٥ <br> فاكس:٤٥٧٥١٩١ | ١١ وادي الدواسر ١٣٥ <br> تليفون:٧٨٤١٠٩٦ <br> فاكس:٧٨٤٠٠١١ |

## الإدارة الإقليمية لمنطقة الرياض وتوابعها
## مكتب الإدارة الإقليمية
### - تابع -

٣٤ مشرفة ٢١١
تليفون: ٤٧٧١٥٥٥
فاكس: ٤٧٨٠٩٤٩

٣٥ الخالدية ٢١٥
تليفون: ٤٣٨٠٠٢٢
فاكس:

٣٦ الشفا ٢١٦
تليفون: ٤٢١٠٤١١
فاكس: ٤٢١٣٥٩٢

٣٧ مزات ٢١٧
تليفون: ٢٣٣١٣٤٤
فاكس: ٢٣٣١٣٣٥

٣٨ المزاحمية ٢١٨
تليفون: ٥٣٣٠٠٥٠
فاكس: ٥٣٣٠٨٧٩

٣٩ حريملاء ٢٢٦
تليفون: ٥٢١٣٠٥٠
فاكس: ٥٢١٠٢٨٤

٤٠ شارع الأمير سلمان ٢٢٩
تليفون: ٤٤٦١٤١٩
فاكس: ٤٤٦١٥٤٧

٤١ جارة عبد الله ٢٣١
تليفون: ٤٥٩٠١١١
فاكس: ٤٥٧١٢٤٧

٤٢ الصحنة / الدلم ٢٣٣
تليفون: ٥٤١٠١٩١
فاكس: ٥٤١٠٧٢٥

٤٣ الحاير ٢٣٧
تليفون: ٤٩٠٠٩٨٠
فاكس: ٤٩٠٠٤٠٩

٤٤ السليل ٢٤٤
تليفون: ٧٨٢١٨٣٣
فاكس: ٧٨٢١٢٠٠

٤٥ أم الحمام ٢٥١
تليفون: ٤٨٠١٠١٥
فاكس: ٤٨٢٤٥٠١

٤٦ السيالة ٢٥٣
تليفون: ٤١١١٥٢٠
فاكس: ٤١١٨١٠٩

طريق المطار ٢٦٠
تليفون: ٤٧٧٢٠٥٧
فاكس: ٤٧٨١٧٥٤

٤٨ شارع الأمير عبد الله ٢٦١
تليفون: ٤٧٩٤٤٣٢
فاكس: ٤٧٩٣٠١٧

٤٩ رماح ٢٧٨
تليفون: ٥٥٢١١٨٤
فاكس: ٥٥٢١١٠٨

٥٠ العليا - الثلاثين ٢٧٩
تليفون: ٤٦٣١٢٧٤٩
فاكس: ٤٦٤١٢٩٨

٥١ المرعبة ٢٨١
تليفون: ٤٨٦١٤٤٠
فاكس: ٤٨٦١٩٣٤

٥٢ ظهرة البديعة ٢٨٢
تليفون: ٤٢٥٩٨٥٢
فاكس: ٤٢٦٠٥٤٧

٥٣ ضرماء ٢٨٤
تليفون: ٥٢٢١٠١٤
فاكس: ٥٢٢١١٢٠

٥٤ ثادق ٢٨٥
تليفون: ٤٤٣٩١٥٣
فاكس: ٤٤٣٩١٨٧

٥٥ شارع الأحساء ٢٨٩
تليفون: ٤٧٨٤١٥١
فاكس: ٤٧٤١١٩٣

٥٦ مستشفى الملك خالد للعيون ٢٩٢
تليفون: ٤٨٢١١٣٤
فاكس: ٤٨٢١١٣٤

٥٧ غبيرة - شارع غبيرة ٢٩٣
تليفون: ٤٤٢٩٢٠٠
فاكس: ٤٤٢٧٢٨٨

٥٨ الربوة ٢٩٦
تليفون: ٤٩١١٩١٣
فاكس: ٤٩١٧٤٥٨

٥٩ اشيقر ٢٩٧
تليفون: ٦٦٧١١٣٠
فاكس: ٦٦٧٠١٧٠

٦٠ العيينة ٣٠٢
تليفون: ٥٢٨٠٤١٠
فاكس: ٥٢٨٠٤١٠

٦١ طريق القاعدة ٣٠٥
تليفون: ٥٤٤٣٠١٧
فاكس: ٥٤٤٣٠٠٦

٦٢ الطريق - السوق العام ٣٠٩
تليفون: ٥٣٧٠٨٠١
فاكس: ٥٣٧٠١٧٧

٦٣ العليا (سيدات) ٣١٧
تليفون: ٤٦١٢٨٧١
فاكس: ٤٦١٢٣١٠

٦٤ نمير - الشارع العام ٣١٨
تليفون: ٤٤٢٧٤١٢
فاكس: ٤٤٢٧٧٩٧

٦٥ حي العزيزية / الرياض ٣٣١
تليفون: ٤٩٥٢١٩١
فاكس: ٤٩٥١٧٥٦

٦٦ سوق الربوة المركزي ٣٤١
تليفون: ٤٩٣٣٢٣٥
فاكس: ٤٩٣١٧٧٠

## الإدارة الإقليمية لمنطقة الرياض وتوابعها
## مكتب الإدارة الإقليمية
### - تابع -

**٨٧ النويعمة ٤٢٣**
تليفون: ٧٨١١١٧٣
فاكس: ٧٨١١٢٣٨

**٧٧ حي القدس ٣٨٨**
تليفون: ٢٣٠٥٠٠٥
فاكس: ٢٣١١١١١

**١٧ أسواق النسيم ٣٤٣**
تليفون: ٢٣٢٧٧٢
فاكس: ٢٣٢٧٤١١

**٨٨ الدار البيضاء ٤٣٣**
تليفون: ٤٩٥١٣٣٨
فاكس: ٤٩٥٠٤٨٥

**٧٨ عرقة - الشارع العام ٣٨٩**
تليفون: ٤٨٢٨٢٤٣
فاكس: ٤٨٢٨٢٦٥

**١٨ حي الورود ٣٤٤**
تليفون: ٤٥٦٧١٣٤
فاكس: ٤٥٦٧١٣٢

**٨٩ ح. الإمام محمد بن سعود ٤٤١**
تليفون: ٢٥٩١١٥٨
فاكس: ٢٥٩١٠٥٢

**٧٩ حي بدر ٣٩٠**
تليفون: ٤٢٢٠٤٢٧
فاكس: ٤٢٢٤١٨٢

**١٩ حي الملك فهد ٣٤٩**
تليفون: ٤٧٠٠٤٩٤
فاكس: ٤٧٠٠٤٩٥

**٩٠ المزرعة ٤٤٦**
تليفون: ٤٨٨٠٧
فاكس: ٤٨١١٩٨

**٨٠ حي السعادة ٣٩٢**
تليفون: ٢٤١٥٢٧
فاكس: ٢٤١٧٧٤

**٧٠ أسواق الشمال ٣٥٥**
تليفون: ٤٥٣١١٠٧
فاكس: ٤٥٩٠٥٧١

**٩١ حي السويدي ٤٤٨**
تليفون: ٤٦٦١٩١
فاكس: ٤٥١٨٨٢

**٨١ حي الفوار ٣٩٦**
تليفون: ٤٢١٢٠٤٥
فاكس: ٤٢١٧١٥٩

**٧١ الروضة ٣٥٩**
تليفون: ٤٥٢٠٧١٢
فاكس: ٤٥٢٠١٩٦

**٩٢ حي السلام ٤٤٩**
تليفون: ٤٩٦٣٢٢
فاكس: ٤٩١٨٦٦

**٨٢ حي الخليج ٤١٢**
تليفون: ٢٣١٥٤٤٧
فاكس: ٢٢٩٥٤٤٣

**٧٢ خشم العان ٣١١**
تليفون: ٢٥١٢٥٢١
فاكس: ٢٥١٢٨٢٠

**٩٣ المدينة الصناعية الثانية ٤٥٠**
تليفون: ٢١٥١٨١٩
فاكس: ٢١٥٢٢١٥

**٨٣ حطين - الشارع العام ٤١٣**
تليفون: ٤٥٢٢٠١٢
فاكس: ٤٥٢٢٠١٢

**٧٣ أسواق العروبة ٣١٢**
تليفون: ٢٢٩٩٨٧
فاكس: ٢٢٠٠٥٤

**٩٤ طريق عثمان بن عفان ٤٥٤**
تليفون: ٢٦٢١٠٥٥
فاكس: ٤٥٠٧٣٧١

**٨٤ الجنة - الشارع العام ٤١٤**
تليفون: ٤٥٤٠٣٥١
فاكس: ٤٥٤٠٤٠٨

**٧٤ القصب - الشارع العام ٣١٣**
تليفون: ٢٩١٥٧
فاكس: ٢٩١١٩٤

**٩٥ حوالات البطحاء ٧٠١**
تليفون: ٤٠٥٠٢٩٢
فاكس: ٤٠٢٠٧٢٢

**٨٥ الرين - الشارع العام ٤٢١**
تليفون: ٢٥٩١٥٤٤
فاكس: ٢٥٩٠٥٣٠

**٧٥ شارع الضباب ٣٦٨**
تليفون: ٤٢٢١٢٣٣
فاكس: ٤٢٢٨٣١٢

**٩٦ مستودع السلي ٨٨٨**
تليفون: ٢٤١٥٠٦٨
فاكس: ٢٤١١١٥٨

**٨٦ النظيم ٤٢٢**
تليفون: ٢٤٢١٢٣٢
فاكس: ٢٤٢٥١٢٧

**٧٦ حي شبرا ٣٦٩**
تليفون: ٤٥٥٨٠٧
فاكس: ٤٢٤٠٩٧١

٤٨

# الإدارة الإقليمية للمنطقة الغربية وتوابعها
## مكتب الإدارة الإقليمية

رقم الإدارة ٠٢, ص.ب ١٠٥ جدة ٢١٤٢١, سنترال ٦٤٤١٠٠٠ (٠٢), فاكس ٦٤٣٤٠٤٢ (٠٢)

| | العمود الأيمن | | العمود الأوسط | | العمود الأيسر |
|---|---|---|---|---|---|
| ١ | شارع قابل ١٠٢ — تليفون:٦٤٤٢٤٨٠، فاكس:٦٤٢٠٩٣٤ | ١٣ | رانيا ١٨١ — تليفون:٨٤٢١٣٨٨، فاكس:٨٤٢٠٩٦٤ | ٢٥ | الهنداوية/جدة ٢٤٠ — تليفون:٦٢٧٨٤٨٠، فاكس:٦٨٥٨٩١ |
| ٢ | الشرائع/مكة ١٠٣ — تليفون:٥٣٣٥٣٥٢، فاكس:٥٤٢٠٤٢٧ | ١٤ | شارع السبيل ١٨٦ — تليفون:٦٤٢١٨١٣، فاكس:٦٤٩٦١١٣ | ٢٦ | البغدادية ٢٤٣ — تليفون:٦٤٢٧٧٦٢، فاكس:٦٤٢٢١٨١ |
| ٣ | العزيزية/الطائف ١١٢ — تليفون:٧٣٢٣٨٤٤، فاكس:٧٣٣٣٤٢٠ | ١٥ | شارع بن لادن ١٨٩ — تليفون:٦٨٠٠٠١٤، فاكس:٦٨٠٠٢٧٢ | ٢٧ | شارع الستين/مكة ٢٤٦ — تليفون:٥٤٨١٥٣٤، فاكس:٥٤٤٧٣١٤ |
| ٤ | طريق مكة-١١٤ — تليفون:٦٣١٤٤١١، فاكس:٦٣١١٥١٤ | ١٦ | شارع الملك فهد (سيدات) ١٩١ — تليفون:٦٧١١٠٢٤، فاكس:٦١٧١٨٣٦ | ٢٨ | رابغ ٢٤٧ — تليفون:٤٢٢١٩٩٦، فاكس:٤٢٢١٩١٥ |
| ٥ | باب شريعة ١٢٣ — تليفون:٦٨٥٨٩٨٩، فاكس:٦٨٥٨٧١٥ | ١٧ | الشهداء/الطائف ١٩٩ — تليفون:٧٤٩٦٠٣٠، فاكس:٧٤١٣١٢٠ | ٢٩ | الخرمة ٢٥٤ — تليفون:٧٣٢١١٤٦، فاكس:٧٣٢١٢١٣ |
| ٦ | باب مكة ١٢٤ — تليفون:٦٤٨٩٤٧٧، فاكس:٦٤٣٨٤١٧ | ١٨ | العزيزية/مكة ٢٠١ — تليفون:٥٥٣٤٠١١، فاكس:٥٥٨١١٥٢ | ٣٠ | الشبيكة ٢٩٢ — تليفون:٥٧٤٢١٧٧، فاكس:٥٧٤٥٠١١ |
| ٧ | الحجون ١٤١ — تليفون:٥٨٤٦٨٤٦، فاكس:٥٧٢٣٥٣٣ | ١٩ | الرويس/جدة ٢٠٦ — تليفون:٦٤٢٤٩٧١، فاكس:٦٤١٣٥٨٠ | ٣١ | القنفذة ٢٩٣ — تليفون:٧٣٢١٨٥٨، فاكس:٧٣٢١١٢٠ |
| ٨ | الشرقية ١٥٨ — تليفون:٦٥٣٤٩١٦، فاكس:٦٥٣٦١١٨ | ٢٠ | شارع الإسكان الجنوبي ٢٢٢ — تليفون:٦٣٧٣١٥٩، فاكس:٦٣١١٠٠٤ | ٣٢ | تربة ٢١٤ — تليفون:٨٢٢٠٩٣٤، فاكس:٨٢٢١٨٩٤ |
| ٩ | شارع الملك عبدالعزيز ١٩١ — تليفون:٦٤٤٧٩٧٤، فاكس:٦٤٢٤٠٣٦ | ٢١ | طريق المدينة ٢٢٣ — تليفون:٦١٣٥٠١٤، فاكس:٦١٧٣٥١٤ | ٣٣ | مدرسة الصيانة/الطائف ٢٦٦ — تليفون:٧٣٢١٠٧٠، فاكس:٧٣٦٥٩٦٤ |
| ١٠ | طريق المحجر ١١٣ — تليفون:٦٣٧٢٠١٧، فاكس:٦٣٦٧٩٩١ | ٢٢ | العتيبية/مكة ٢٢٨ — تليفون:٥٧٥٥٥٤٦، فاكس:٥٧٥٥٤٠٢ | ٣٤ | الليث ٢٧٠ — تليفون:٧٤٢١٧٥٠، فاكس:٧٤٢١٢١٧ |
| ١١ | طريق الجامعة ١٧٦ — تليفون:٦٨٠٦٣٣٧، فاكس:٦٩١١٤٤٤ | ٢٣ | الفيصلية/الطائف ٢٣٢ — تليفون:٧٣٨٢٩٦٠، فاكس:٧٢٥٠٣٢٦ | ٣٥ | مطار الملك عبدالعزيز ٢٩٩ — تليفون:٦٨٥٢٤١١، فاكس:٦٨٥٢٤١٢ |
| ١٢ | بني مالك ١٨٠ — تليفون:٦٧١٣٢٨٠، فاكس:٦٧١٨٨١٧ | ٢٤ | عنيكش ٢٣٥ — تليفون:٦٧٢٨١٨٢، فاكس:٦٧١٧٠٦٧ | ٣٦ | حي السلامة ٣١٤ — تليفون:٦٨٣٢٥٥٤، فاكس:٦٨٣٨٧٤١ |

# الإدارة الإقليمية للمنطقة الشرقية وتوابعها
## مكتب الإدارة الإقليمية

رقم الإدارة ٠٠٤ ، ص.ب ٦٠٣٠ الدمام ٣١٤٤٢ ، سنترال (٠٣) ٨٢٧٢١٢٦ ، فاكس (٠٢) ٨٢٦١٤٤١

| ٢٣ صفوى – الشارع العام ٢٨٧ | ١٢ مطار الملك فهد الدولي ١٨٤ | ١ الدمام ١٠٤ |
|---|---|---|
| تليفون: ١١٤٢٣٤١ | تليفون: ٨٨٣٨٧١٢ | تليفون: ٨٢٤٢٥١٠ |
| فاكس: ١١٤٢٤١٣ | فاكس: ٨٨٣٨٧١١ | فاكس: ٨٢٣٨٢٨٧ |
| ٢٤ مخطط الدمام ٣٠٠ | ١٣ الخفجي ١٨٧ | ٢ الهفوف ١٢٨ |
| تليفون: ٨٤٢١٨١١ | تليفون: ٧١١٠٧٩٤ | تليفون: ٥٨٢١٧٢١ |
| فاكس: ٨٤٢٤٣٨٩ | فاكس: ٧١١٠٧٥٩ | فاكس: ٥٨١١٩٦١ |
| ٢٥ العقربية / الخبر ٣٠١ | ١٤ شارع ابن خلدون ١٩٠ | ٣ حفر الباطن ١٣١ |
| تليفون: ٨٩٨٠١١٧ | تليفون: ٨٢١٩٧٢٢ | تليفون: ٧٢٢٠٢٤٥٠ |
| فاكس: ٨٩٤٣٩٨٥ | فاكس: ٨٢٧٣٤٤١ | فاكس: ٧٢٢١٥٤٤ |
| ٢٦ الخبر الجنوبية ٣٠٢ | ١٥ شارع الأمير بندر ٢٠٧ | ٤ الخبر – الرئيسي ١٢٩ |
| تليفون: ٨٩٨٥٠٤٠ | تليفون: ٨١٤٠٨٢٠ | تليفون: ٨١٤٢١٣٤ |
| فاكس: ٨٩٨١٠٨٨ | فاكس: ٨٩٤٧١٢٠ | فاكس: ٨١٤٩٤٨٢ |
| ٢٧ عين دار ٣٠٤ | ١٦ المبرز / الإحساء ٢١٠ | ٥ الجبيل ١٤٤ |
| تليفون: ٥١٣١٤٤١ | تليفون: ٥٩٢٢٧٩٥ | تليفون: ٣٦١٣٨٤٨ |
| فاكس: ٥١٣١٤١٣ | فاكس: ٥٩٢٢٨٠٣ | فاكس: ٣٦١٠٤٩٠ |
| ٢٨ التعبيرية ٣٠٦ | ١٧ عمارة البرج / الخبر ٢٢٧ | ٦ بقيق ١٤٨ |
| تليفون: ٣٧٣٠٣٧١ | تليفون: ٨٦٤٠١٢٢ | تليفون: ٥٦٦١٨٥٤ |
| فاكس: ٣٧٣٠٦١٢٠ | فاكس: ٨٩٨٤٦٧٤ | فاكس: ٥٦٦١٢٧٧ |
| ٢٩ قرية – قرية العليا ٣٠٧ | ١٨ الجلوية / الدمام ٢٣٢ | ٧ شارع الملك فهد ١٥٢ |
| تليفون: ٣٨٢١٩٧١ | تليفون: ٨١٧٦١١٤ | تليفون: ٨٦٢٣١٠٠ |
| فاكس: ٣٨٢١٩٨٥ | فاكس: ٨١٩٦١١٤ | فاكس: ٨٢٦١٩٥١ |
| ٣٠ المزروعية ٣٠٨ | ١٩ سيهات – الشارع العام ٢٥٥ | ٨ الثقبة – شرمكة ١٥٧ |
| تليفون: ٥٨١١٧٨٧ | تليفون: ٨٥٢٢١٣٠ | تليفون: ٨٩٤٨٤٨٠ |
| فاكس: ٥٨٢١١٠٩ | فاكس: ٨٢٨٠٠٥١ | فاكس: ٨٩٤٩١٥٨ |
| سيدات: ٥٨١١٤٥٥ | | |
| ٣١ الدمام (سيدات) ٣١٥ | ٢٠ سلوى ٢٥١ | ٩ شارع الأمير محمد ١٧٠ |
| تليفون: ٨٢٤٢٧٩١ | تليفون: ٥٤٧٠٧٢٠ | تليفون: ٨٣٤٠٩٠٩ |
| فاكس: ٨٢٣٨٠٧١ | فاكس: ٥٤٧٠٢٢٨ | فاكس: ٨٣٤٠٢٣٢ |
| ٣٢ مدينة الجبيل الصناعية ٣٢٩ | ٢١ المستشفى العام / الدمام ٢٧٣ | ١٠ القطيف ١٧٢ |
| تليفون: ٣٤١١٧٤٨ | تليفون: ٨٤١٨٩٤٢ | تليفون: ٨٥٥١٧٠٨ |
| فاكس: ٣٤١١٧٩٦ | فاكس: ٨٤٢٩٠٠٩ | فاكس: ٨٥٤٠٩٣٥ |
| | سيدات: ٨٤٢٥٧٤٢ | |
| | ٢٢ مستشفى الملك فهد / الإحساء ٢٧٧ | ١١ رأس تنورة ١٨٣ |
| | تليفون: ٥٨١٧٧٣٠ | تليفون: ٦٦٨٠٠٠٠ |
| | فاكس: ٥٨١٩٨٤٤ | فاكس: ٦٦٧١١٨٥ |

٥١

# الإدارة الإقليمية للمنطقة الشرقية وتوابعها
## مكتب الإدارة الإقليمية

- تابع -

٣٣ القيصومة ٣٣٨
تليفون: ٧٤٢١٧٣
فاكس: ٧٤٢١٥٩٨

٣٤ مجمع الشعلة ٣٤٨
تليفون: ٨١٤١٢٣٤
فاكس: ٨١٤١٢٣٤

٣٥ مخطط ٩١ ٣٦٥
تليفون: ٨٢٢١٨٤٧
فاكس: ٨٢٢٠٨٧١

٣٦ الدوحة ٣٧٥
تليفون: ٨٩١٧٢١١
فاكس: ٨٩١٩٠٠٨

٣٧ عنك ٣٩٣
تليفون: ٨٣١٢٣٠٩
فاكس: ٨٣١١٩٥١

٣٨ أم الساهك ٤١٥
تليفون: ٨١٢٠٣٠١
فاكس: ٨١٢٢٠١٤

٣٩ المحاسن ٤٢٨
تليفون: ٥٩٤٤٢٦٤
فاكس: ٥٩٤٤٢٦١

٤٠ جمرك البطحاء ٤٢٩
تليفون: ٥٣٧٠١١٠
فاكس: ٥٣٧٠٢٢٠

٤١ رأس تناجيب ٤٣٤
تليفون: ٣٧٨٢٥١٧
فاكس: ٣٧٨٢٥٩٠

٤٢ جمرك مطار الملك فهد الدولي ٤٣٨
تليفون: ٨٨٢٨٧٤٩
فاكس: ٨٨٢٨٧١٥

٤٣ الصرار ٤٤٢
تليفون: ٣٧٠١٧٧٤
فاكس: ٣٧٠١١٩٠

٤٤ حي طلال / الدمام ٤٥٢
تليفون: ٨٢٤٥١٠٥
فاكس: ٨٢٤٥١٠٧
سيمات: ٨٢٤٥١٠٨

٤٥ عقارية حفر الباطن ٤٥٥
تليفون: ٧٢٢٣٠٣٩
فاكس: ٧٢٤٤٥٦

٤٦ جمرك جسر الملك فهد/الخبر ٤٦٠
تليفون: ٨٢٣٣٤٥٥
فاكس: ٨٣٢١١١١

٤٧ العيون ٤٦٥
تليفون: ٥٣٣١١٢٢
فاكس: ٥٣٣٢٠٩٩

٤٨ حوالات الشعلة/الخبر ٧٠٣
تليفون: ٨٩٨١١٢٩
فاكس: ٨١٤٩٧٥٨

٤٩ مركز حوالات الدمام ٧٠٨
تليفون: ٨٣٣٤٤٥٥
فاكس: ٨٣٣١٨٨٢

٥٠ مركز الجميل للصرافة ٧٠٩
تليفون: ٣١٦٢١٥٤
فاكس: ٣١١١٩٥٤

٥١ الفرع التجاري ٨٥٣
تليفون: ٨٥٧٠٨٨١
فاكس: ٨٥٧٢٩٩١

٥٢ مركز الهفوف للصرافة ٧١٥
تليفون: ٥٨٧١٨٣٧
فاكس: ٥٨٧١٨٣٧

٥٢

# الإدارة الإقليمية لمنطقة القصيم وحائل وتوابعها
## مكتب الإدارة الإقليمية

رقم الإدارة ٠٠٥، ص.ب ١٥٤٥ بريدة ٣١٤٤٢، سنترال ٣٢٥١١٠٠ (٠٦)، فاكس ٣٢٥١٨١٠ (٠٦)

| | |
|---|---|
| **١ بريدة الخبيب ١٠٨** | تليفون:٣٢٥١١٨٠ / فاكس:٣٢٥٢٠٢٤ |
| **٢ المدادي ١١٥** | تليفون:٠٧،١٤٢٤٠ / فاكس:١٤٢١٠٧١ |
| **٣ حائل العام ١١٨** | تليفون:٠١،٥٤٣١٨٠ / فاكس:٥٢٢١٧٩٣ |
| **٤ عنيزة ١٢٠** | تليفون:٣٢٤١٠٢٧ / فاكس:٣٢٤٢٣٥٧٠ |
| **٥ الزلفي ١٢١** | تليفون:٤٢٢١٩١٨ / فاكس:٤٢٢١٨٨٩ |
| **٦ الرس العام ١٢٢** | تليفون:٣٢٣١٣٢٩ / فاكس:٣٢٣٣٥٨٤ |
| **٧ عفيف ١٣٢** | تليفون:٧٢٢١٣٤٧ / فاكس:٧٢٢١٤١٢ |
| **٨ البكيرية ١٣٤** | تليفون:٣٣٥٨٨٧٢ / فاكس:٣٣٥٨٤٤٠ |
| **٩ المجمعة ١٣٨** | تليفون:٤٢٢١٠٥٠ / فاكس:٤٢٢١٧٧٨ |
| **١٠ المذنب ١٥١** | تليفون:٣٢٤١١٠٠ / فاكس:٣٤٢٠١٢٢ |
| **١١ حوطة سدير ١١٠** | تليفون:٤٤٣١٠٨٠ / فاكس:٤٤٣١٠٢٧ |

| | |
|---|---|
| **١٢ بريدة الجردة ١١٢** | تليفون:٣٢٤٤٠٤١ / فاكس:٣٢٤٣١٧١ |
| **١٣ البدائع ١١٧** | تليفون:٣٣٢١٠٥٢ / فاكس:٣٣٢٠٠٧٣ |
| **١٤ رياض الخبراء ١٧٥** | تليفون:٣٣٤٠٤٠٤ / فاكس:٣٣٤٠٤٤٠ |
| **١٥ بريدة الصفراء ١٩٢** | تليفون:٣١٩٤٣٤٢ / فاكس:٣١٣٠١١٤ |
| **١٦ ساجر ١٩٦** | تليفون:١٦٣١٨١٠ / فاكس:١٦٣١٩١٢ |
| **١٧ بريدة السادة ٢١٢** | تليفون:٣٢٣٠١١٦ / فاكس:٣٢٣١٠٩٨ |
| **١٨ الغاط ٢١٤** | تليفون:٤٤٢١٢٥٥ / فاكس:٤٤٢١١١٧ |
| **١٩ الجهيمية / عنيزة ٢٣٤** | تليفون:٣٦٤٦٠٧٧ / فاكس:٣٦٤٧٥١٠ |
| **٢٠ الأسياح ٢٣٨** | تليفون:٣٤٥٠٣٦٠ / فاكس:٣٤٥٠٣٧٠ |
| **٢١ الصناعة / بريدة ٢٥٢** | تليفون:٣٢٤٢٠٢٠ / فاكس:٣٢٤٢٠١٦ |
| **٢٢ برزان / حائل ٢٥٨** | تليفون:٥٤٣١١٩٧ / فاكس:٥٣٢٢١٧٣ |

| | |
|---|---|
| **٢٣ الخبراء ٢١٥** | تليفون:٣٥٥٠٤٩١ / فاكس:٣٥٥٠٣٥٨ |
| **٢٤ الشماسية ٢٦٧** | تليفون:٣٤٠١٣٠١ / فاكس:٣٤٠١٥٠١ |
| **٢٥ عنيزة النسائي ٢٧١** | تليفون:٣٦٤٨٢٩٤ / فاكس:٣٦٤٨٢٩٤ |
| **٢٦ المعارض / بريدة ٢٧٥** | تليفون:٣٨١٥٧٨٧ / فاكس:٣٨١٧٤٢٨ |
| **٢٧ الحزم / الرس ٢٨٠** | تليفون:٣٣٣٥٣٨١ / فاكس:٣٣٣١٩١٠ |
| **٢٨ عيون الجوى ٢٨٨** | تليفون:٣٩١١٥٧٥ / فاكس:٣٩١١٧٨٦ |
| **٢٩ بقعاء ٢٩٠** | تليفون:٥٢٧٠٩٣٢ / فاكس:٥٢٧٠٩١٣ |
| **٣٠ عقلة الصقور ٢٩١** | تليفون:٦٢٣٠٥٨٢ / فاكس:٦٢٣٠٥٠٩ |
| **٣١ بريدة (سيمات) ٢٩٨** | تليفون:٣٢٤٨٨١٩ / فاكس:٣٢٤٨٧٥٢ |
| **٣٢ الرفائع ٣١٠** | تليفون:١٣٤٠٤١٠ / فاكس:١٣٤٠٤١٠ |
| **٣٣ ضرية ٣١٢** | تليفون:٦٢٢٠٩٤٨ / فاكس:٦٢٢٠٥٤٤ |

٥٣

# الإدارة الإقليمية لمنطقة القصيم وحائل وتوابعها
## مكتب الإدارة الإقليمية
- تابع -

٣٤-البجادية ٣٤٥
تليفون:١٣٤٠٠٧٠
فاكس:١٣٤٠٥٠٧

٣٥-تربة-الشمال ٣٣٩
تليفون:٥٢٧٠٧٠٠
فاكس:٥٢٧٠٧٠٠

٣٦-الفايزية/بريدة ٣٤٠
تليفون:٣٨١١٩٩٠
فاكس:٣٨١٣٣٩١

٣٧-جبه/حائل ٣١٠
تليفون:٥٤١٢٤١١
فاكس:٥٤١٢٤٥٥

٣٨-المليداء ٣٧١
تليفون:٣٨٠١٥٠٢
فاكس:٣٨٠٠٥٠٦

٣٩-حي الأشرفية/عنيزة ٣٧٢
تليفون:٣٦٢١٥٠٠
فاكس:٣٦٢٤٤٠٥٥

٤٠-روضة حائل ٣٧٣
تليفون:٦٢٣١٠١١
فاكس:٦٢٣١٠١٢

٤١-الموطأ/بريدة ٣٧٤
تليفون:٣٢٤٢١٢٤
فاكس:٣٢٤٣٢٨٨

٤٢-دخنة ٣٨٢
تليفون:٦٢٢٠٢٩٠
فاكس:٦٢٢٠٠٠٥

٤٣-الفوارة ٣٨٤
تليفون:٣٢٤٨٢٠٦
فاكس:٣٢٤٨٢٠٦

٤٤-الحائط ٣٨٥
تليفون:٦٣٩٠٨٩١
فاكس:٦٣٩٠٨٩٢

٤٥-الشملي/حائل ٣٨٦
تليفون:٦٢٩٦٤٣٨
فاكس:٦٢٩٦٤٣٩

٤٦-جلاجل ٣٩٧
تليفون:٦٤٢٥٠٧٤
فاكس:٦٤٢٥٨١٢

٤٧-الشبيحة ٣٩٨
تليفون:٣٢٠٠٠٢٥
فاكس:٣٢١١٠٨٥

٤٨-الأحمر ٣٩٩
تليفون:٥٢٧٠٥٧٨
فاكس:٥٢٧٠٥٧٨

٤٩-الدليمية ٤٠٠
تليفون:٦٣٣١٣١٨
فاكس:٦٣٣١٣٥٨

٥٠-القوارة ٤٠١
تليفون:٣٢٤٢٩٣٣
فاكس:٣٢٤٩٧١٩

٥١-موقق ٤٠٢
تليفون:٥٢٨٠٧٠٠
فاكس:٥٢٨٠٧١٥

٥٢-شرق ٤٠٣
تليفون:٣٢٤٥١٥٥
فاكس:٣٢٤٧٥٠٩

٥٣-الكهفة ٤٠٤
تليفون:٥٢٧٠٧١٢
فاكس:٥٢٧٠٧١٣

٥٤-نفي ٤٠٥
تليفون:٦٢٤٢١١٧
فاكس:٦٢٤٧٨٠

٥٥-الأرطاوية ٤٠٦
تليفون:٤٢١٠٩١٩
فاكس:٤٢١١١٩٠

٥٦-أسواق مكة/بريدة ٤٠٧
تليفون:٢٢٥١٠١١
فاكس:٢٢٥١٠١١

٥٧-السالمية ٤١٨
تليفون:٣٢٤٢٨٢١
فاكس:٣٢٤٠٨٤١

٥٨-طريق القصيم حائل ٤٢٠
تليفون:٥٢٣٢٧٠٣
فاكس:٥٢٣٢٤١٣

٥٩-الخطة ٤٢٧
تليفون:٥٤٢٤١٧٩
فاكس:٥٤٢٤١٧٩

٦٠-قسم-الشارع العام ٤٣٩
تليفون:٣٤٧٠٢٠٠
فاكس:٣٤٧٠٤٤٠

٦١-حي صديان/حائل ٤٥٦
تليفون:٥٣١٠٢٠٠
فاكس:٥٣١٠٢١٩

٦٢-الوطنية ٤٦٤
تليفون:٣٩٢٠١١٨
فاكس:٣٩٢٠١٧٨

٦٣-النهانية ٤٦٨
تليفون:٢٤١٠١٦٠
فاكس:٢٤١٠٩٩٠

٦٤-حوالات الخبيب ٧٠٢
تليفون:٣٢٥٠٦١٧
فاكس:٣٢٣٥٤٠١

# الإدارة الإقليمية لمنطقة المدينة والشمال وتوابعها
## مكتب الإدارة الإقليمية

رقم الإدارة ٠٠٧, ص.ب ١٢٢ بريدة ٣١٤٤٢, سنترال ٨٤٨٠٤٧٧ (٠٤) ٨٤٨٢١٧١, فاكس (٠٤)

| | | |
|---|---|---|
| **٢٣- طبرجل ٢٥٠**<br>تليفون:١٢٨١٢٠٩<br>فاكس:١٢٨١١٣٦ | **١٢- شارع الإمارة/ تبوك ١٩٤**<br>تليفون:٤٢٢١٨٢٤<br>فاكس:٤٢٢١٧٦٠ | **١- المناخة/ باب الكومة ١٠٥**<br>تليفون:٨٢٦٤١٧٣<br>فاكس:٨٢٢٧١٩٥ |
| **٢٤- الحديثة ٢٦٨**<br>تليفون:٢٤٢٠٧٩٠<br>فاكس:٢٤٢٤٨٧٢ | **١٣- شارع المطار/ المدينة ١٩٨**<br>تليفون:٨٢٦١٠٣٥<br>فاكس:٨٣٨١٢٧٥ | **٢- شون العام ١٠٩**<br>تليفون:٤٢٢١٥٤٤<br>فاكس:٤٢٢٧٩٨٠ |
| **٢٥- المناكبة ٢٦٩**<br>تليفون:٨١٢٠١٣٦<br>فاكس:٨١٢٠٤١٧ | **١٤- المهرجان/ تبوك ٢٠٢**<br>تليفون:٤٢٢١٩٤٠<br>فاكس:٤٢٢٧٠١٠ | **٣- القريات ١١١**<br>تليفون:١٤٢٠١٠٤<br>فاكس:١٤٢٠٠١٣ |
| **٢٦- المدينة (سيدات) ٢٧٢**<br>تليفون:٨٤٦٢٨٨٠<br>فاكس:٨٢٣١٩٤٥ | **١٥- العلا ٢٠٨**<br>تليفون:٨٨٤٠٣١٣<br>فاكس:٨٨٤٠٣٥٩ | **٤- عرعر ١٣٣**<br>تليفون:٧٢١١٨٧١<br>فاكس:٧٢٢٤١٢٠ |
| **٢٧- ضباء ٢٨٢**<br>تليفون:٤٣٢١٨١٧<br>فاكس:٣٤٣٢٤٧٢ | **١٦- دومة الجندل ٢١٣**<br>تليفون:٦٢٢٤١٤٤<br>فاكس:٦٢٦١٤٧٠ | **٥- سبيع ١٤٠**<br>تليفون:٣٢٢٢٦٩٧<br>فاكس:٣٢٢٦٢٤٦ |
| **٢٨- المهد ٢٨١**<br>تليفون:٨١٨١٠٥٤<br>فاكس:٨١٨١٩٨٨ | **١٧- قباء/ المدينة ٢١٨**<br>تليفون:٨٢١٧٤٠٩<br>فاكس:٨٢٦٩٦٨٩ | **٦- السحيمي ١٥٢**<br>تليفون:٨٣٨٣٠٣٦<br>فاكس:٨٣٨٣٨٤٥ |
| **٢٩- مستشفى المدينة المنورة ٢٩٤**<br>تليفون:٨٢١١٣٨٢<br>فاكس:٨٢١٠٨٨٦ | **١٨- حقل ٢٢٤**<br>تليفون:٤٥٣٠٦٠٠<br>فاكس:٤٥٣٠٥٨٤ | **٧- الجوف ١٥٤**<br>تليفون:٦٢٤٥٣٣٢<br>فاكس:١٢٤١١٩٢ |
| **٣٠- البتمة- الشارع العام ٣١٣**<br>تليفون:٨٤٠٣٩٦١<br>فاكس:٨٤٠٣٩٦٦ | **١٩- بدر ٢٣٠**<br>تليفون:٣٢٢١٧٤٧<br>فاكس:٣٢٢١٧٤٣ | **٨- طريف ١٥٥**<br>تليفون:٧٥٢١٨٨٠<br>فاكس:٧٥٢٠٨٤٠ |
| **٣١- مدينة ينبع الصناعية ٣٢٧**<br>تليفون:٣٢١١٠٢٧<br>فاكس:٣٢١١٠٤٢ | **٢٠- باب العنبرية ٢٤٢**<br>تليفون:٨٢٢٠٥٨٧<br>فاكس:٨٢١٠٤٨١ | **٩- رفحة ١٦٩**<br>تليفون:١٧١٠٢١٤<br>فاكس:١٧١١٥٨٨ |
| **٣٢- شارع قربان ٣٣٢**<br>تليفون:٨٢٣٠٣٧٤<br>فاكس:٨٢٣١٠٢٨ | **٢١- أملج ٢٤٤**<br>تليفون:٨٣٢٠٧٥٢<br>فاكس:٨٣٢٢٣٢٨ | **١٠- الوجه ١٧١**<br>تليفون:٤٤٢١٩٦١<br>فاكس:٤٤٢١٨٧٣ |
| **٣٣- طريق الهجرة ٣٣٣**<br>تليفون:٨٤٨٠٤٧٨<br>فاكس:٨٢١٥٥٩٨ | **٢٢- خيبر ٢٤٨**<br>تليفون:٨٨٢١١٣٧<br>فاكس:٨٨٢١٨٢٧ | **١١- تيماء ١٧٨**<br>تليفون:٤٣١٣١٠٨<br>فاكس:٤١٣٣٠٣٠ |

# الإدارة الإقليمية لمنطقة المدينة والشمال وتوابعها
## مكتب الإدارة الإقليمية

- تابع -

| | | |
|---|---|---|
| **٤٤- حي الفيصلية/ عرعر ٤٣٠**<br>تليفون: ١١٢١١٤٤<br>فاكس: ١١٢١١٧١ | **٣٩- القبلتين ٣٧٠**<br>تليفون: ٨٢٤٢١٦٥<br>فاكس: ٨٢٤٢٨٢٨ | **٣٤- العزيزية/ المدينة ٣٥١**<br>تليفون: ٨٣٠٠٠٨٥<br>فاكس: ٨٣٠٢٨٧٥ |
| **٤٥- شارع الأمير عبد المجيد ٤٣٢**<br>تليفون: ٨٢٨٣٠٣٠<br>فاكس: ٨٢٨٤٩٣٦ | **٤٠- العيص- الشارع العام ٣٩٤**<br>تليفون: ٣٢٤٠٠١٥<br>فاكس: ٣٢٤٠٥١٩ | **٣٥- ينبع النخل ٣٥٢**<br>تليفون: ٣٥٢٠١٢٢<br>فاكس: ٣٥٢٠١٠١ |
| **٤٦- مركز الحوالات/ المدينة ٧٠١**<br>تليفون: ٨٢٤١٧٩٠<br>فاكس: ٨٢٣٥١٥٩ | **٤١- الفقير ٤٠٨**<br>تليفون: ٨٣٨٠٧٨١<br>فاكس: ٨٣٨٠٧٨١ | **٣٦- حالة عمار ٣٥٤**<br>تليفون: ٥٠١١٤٥٥<br>فاكس: ٥٠١١٢٥٥ |
| **٤٧- مركز الحوالات/ ينبع ٧٠٧**<br>تليفون: ٣٩١٢٨٤٠<br>فاكس: ٣٩١٢٠٤٥ | **٤٢- العوالي (سيحات) ٤١٦**<br>تليفون: ٨٣٩٠٠١٣<br>فاكس: ٨٣٨٨٥١٨ | **٣٧- الحرة الشرقية ٣٦٤**<br>تليفون: ٨٣٦٩٤٩٤<br>فاكس: ٨٣١٥٥٣٥ |
| | **٤٣- الجرف- طريق الجامعات ٤١٩**<br>تليفون: ٨٤٦١١٣١٥<br>فاكس: ٨٤٦١١٥٥٩ | **٣٨- شارع الخمسين/ تبوك ٣٦٦**<br>تليفون: ٤٢٢٠٢٨٨<br>فاكس: ٤٢٢٤٩٧٠ |

٥١

# الإدارة الإقليمية للمنطقة الجنوبية وتوابعها
## مكتب الإدارة الإقليمية
### - تابع -

| | | |
|---|---|---|
| ٣٤ الأطاولة ٤٣١ | ٣٩ الزاوية ٤٥٧ | ٤٤ شمسان ٤٦١ |
| تليفون: ٧٥٠٠٠١١ | تليفون: ٧٢١١٠١٠ | تليفون: ٢٣١٧٥٥٩ |
| فاكس: ٧٥٠١٩٣٧ | فاكس: ٧٢١٠١٠٦ | فاكس: ٢٢٤٠٦٥٧ |
| ٣٥ النقيع ٤٣٥ | ٤٠ الدرب ٤٥٩ | ٤٥ حيونا ٤٧٦ |
| تليفون: ١٢٢٣٢٨٢ | تليفون: ٣٤٢١٩١٢ | تليفون: ٥٤٥٢٠١١ |
| فاكس: ١٢٢٣٢٧٢ | فاكس: ٣٤١١١٥١ | فاكس: ٥٤٥٢٠١٣ |
| ٣٦ بني عمرو ٤٣٦ | ٤١ حوالات الخالدية ٧٠٥ | ٤٦ رجال المع ٤٧٨ |
| تليفون: ٢٨٢١٤٤٧ | تليفون: ٢٢٠١٩٥٠ | تليفون: ٢٥٨١١١٨ |
| فاكس: ٢٨٢١٤٤٧ | فاكس: ٢٢٠٢١٣٠ | فاكس: ٢٥٨٠٨٩٩ |
| ٣٧ مطارأبها ٤٣٧ | ٤٢ رهوه البر ٤٦٦ | ٤٧ تندحه ٤٧٩ |
| تليفون: ٢٢٧٢٣٦٦ | تليفون: ٧٤٥١٥٠١ | تليفون: ٢٦٠٠٠١١ |
| فاكس: ٢٢٧٢٣٩١ | فاكس: ٧٤٥١٥٠٩ | فاكس: ٢٦٠٠٠١١ |
| ٣٨ أحمد رفيدة ٤٤٧ | ٤٣ العرينة ٤١٧ | ٤٨ قنوه ٤٧٤ |
| تليفون: ٢٥٠٨٤٤١ | تليفون: ٥٤٤٠٩٧ | تليفون: ٧٣١٢١٩٩ |
| فاكس: ٢٥٠٧٨٠٢ | فاكس: ٥٤٤٠٥٩٩ | فاكس: ٧٣٧٣٠١ |

٥٨

# REGIONAL OFFICE FOR SOUTHERN REGION AND
## SUBSIDIARIES MANAGEMENT REGIONAL OFFICE
### (CONTINUED)

34 **AL-ATAWLA 431**
Tel : 7500011
Fax : 7501937

35 **AL-NAKEEH 435**
Tel : 6223382
Fax : 6223273

36 **BANI AMRO 436**
Tel : 2821447
Fax : 2821447

37 **ABHA AIRPORT 437**
Tel : 2273366
Fax : 2273891

38 **OHUD RAFIDA 447**
Tel : 2508441
Fax : 2507802

39 **AL-ZAWIA 457**
Tel : 7211010
Fax : 7210606

40 **AL-DARB 459**
Tel : 3462962
Fax : 3461151

41 **AL-KHALDEYAH REMITTANCES 705**
Tel : 2201950
Fax : 2202630

42 **RAHWA AL-BIR 466**
Tel : 7256501
Fax : 7256509

43 **AL-AREESAH 467**
Tel : 5440097
Fax : 5440599

44 **SHAMSAN 461**
Tel : 2317559
Fax : 2240657

45 **HABONA 476**
Tel : 5452011
Fax : 5452013

46 **RIGAL AL-MA'A 478**
Tel : 2581118
Fax : 2580899

47 **TANDAHA 479**
Tel : 2600011
Fax : 2600011

48 **GALOWAH 474**
Tel : 7312199
Fax : 7273001

58

# REGIONAL OFFICE FOR SOUTHERN REGION AND SUBSIDIARIES MANAGEMENT REGIONAL OFFICE

### NO. 008, P.O. BOX 808, ABHA, CENTRAL (07) 2242191, FAX (07) 2262221

1 **KHAMIS MUSHAIT 107**
Tel : 2237425
Fax : 2237426

2 **ABHA - MAIN St. 110**
Tel : 2281384
Fax : 2281422

3 **NAJRAN 117**
Tel : 5421990
Fax : 5425272

4 **JIZAN 119**
Tel : 3222210
Fax : 3221507

5 **BEESHA 130**
Tel : 6224003
Fax : 6226670

6 **BALGURASHI 156**
Tel : 7221172
Fax : 7225140

7 **AL-BAHA 177**
Tel : 7270999
Fax : 7253139

8 **AL NAMMAS 193**
Tel : 2810040
Fax : 2820752

9 **FAISALEIYAH / NAJRAN 205**
Tel : 5221217
Fax : 5221218

10 **MEDINAH ASKAREIYAH Rd. 209**
Tel : 2237356
Fax : 2238802

11 **DHAHRAN  AL-JANOUB 220**
Tel : 2550471
Fax : 2550592

12 **SABIA 221**
Tel : 3261108
Fax : 3261104

13 **ABU AREESH 225**
Tel : 3250961
Fax : 3250042

14 **MAHAYEL 239**
Tel : 2852019
Fax : 2850085

15 **SHAROURAH - AL-SOUQ Q. 241**
Tel : 5321241
Fax : 5321242

16 **SRAT ABEED 249**
Tel : 2890336
Fax : 2590575

17 **SABT AL-AULAYA 257**
Tel : 6300008
Fax : 6300101

18 **TATHLEETH 276**
Tel : 2248041
Fax : 2248244

19 **TANOMAH 296**
Tel : 2827365
Fax : 2827382

20 **BAISH 311**
Tel : 3420920
Fax : 3420924

21 **SAMTAH 316**
Tel : 3321224
Fax : 3321220

22 **AL MAJARDAH 321**
Tel : 2820049
Fax : 2813191

23 **AL-MEKWAH 337**
Tel : 7280500
Fax : 7280087

24 **BALLASMER 342**
Tel : 2823027
Fax : 2822810

25 **AL-DABBAB QUARTER/ABHA 347**
Tel : 2261126
Fax : 2252226

26 **AHAD AL-MASARHA 350**
Tel : 3191576
Fax : 3190040

27 **AL MANDAQ 353**
Tel : 7511965
Fax : 7511880

28 **BARIQ 357**
Tel : 2825913
Fax : 2826035

29 **BALLAHMAR 367**
Tel : 2822822
Fax : 2822822

30 **AL-WADIAN 395**
Tel : 2530157
Fax : 2530203

31 **WADI BIN HUSHBAL 410**
Tel : 2760303
Fax : 2760404

32 **AL DAYER 417**
Tel : 3225507
Fax : 3225507

33 **AL KHALIDIYA 426**
Tel : 2233054
Fax : 2216719

57

# REGIONAL OFFICE FOR MADINAH AND NORTH REGION
# AND SUBSIDIARIES MANAGEMENT REGIONAL OFFICE
## (CONTINUED)

34 **AL-AZIZEYAH / MEDINAH 351**
Tel : 8300085
Fax : 8302875

35 **YANBU AL-NAKHAL 352**
Tel : 3540222
Fax : 3540101

36 **HALAT AMAR 354**
Tel : 4511455
Fax : 4511255

37 **AL-HURRA AL-SHARQEYAH 364**
Tel : 8369494
Fax : 8365535

38 **ALKHAMSEEN St., TABOUK 366**
Tel : 4220288
Fax : 4224970

39 **AL-QIBLATAIN 370**
Tel : 8242665
Fax : 8242848

40 **AL-EES - MAIN St. 394**
Tel : 3240065
Fax : 3240519

41 **AL-FAQEER 408**
Tel : 8380781
Fax : 8380781

42 **AL - AWALLI (Ladies) 416**
Tel : 8390613
Fax : 8388568

43 **AL - JURF - UNIV. Rd. 419**
Tel : 8461365
Fax : 8472451

44 **AL - FAISALIYA / ARAAR 430**
Tel : 6621144
Fax : 6626171

45 **PRINCE ABDUL AL MAJEED 432**
Tel : 8483030
Fax : 8484936

46 **REMITTANCE / MEDINAH 706**
Tel : 8346790
Fax : 8235659

47 **REMITANCE CENTRE /YANBU 707**
Tel : 3913840
Fax : 3912025

56

## REGIONAL OFFICE FOR MADINAH AND NORTH REGION
## AND SUBSIDIARIES MANAGEMENT REGIONAL OFFICE

### NO. 007, P.O. BOX 662, MADINAH, CENTRAL (04) 8480477, FAX (04) 8482176

| | | |
|---|---|---|
| **1 AL-MANAKHA/BAB AL-KHOMAM 105**<br>Tel : 8264173<br>Fax : 8227195 | **12 AL-AMARAH St./TABOUK 194**<br>Tel : 4221864<br>Fax : 4226760 | **23 TABARJAL 250**<br>Tel : 6281209<br>Fax : 6281636 |
| **2 TABOUK  AL-AAM 109**<br>Tel : 4221544<br>Fax : 4229780 | **13 AIRPORT St. / MEDINAH 198**<br>Tel : 8361035<br>Fax : 8386675 | **24 AL-HUDAITHA 268**<br>Tel : 6420790<br>Fax : 6424872 |
| **3 AL QRAIAT 111**<br>Tel : 6421024<br>Fax : 6420013 | **14 AL-MAHRAJAN / TABOUK 202**<br>Tel : 4231920<br>Fax : 4227060 | **25 AL-HANAKIYAH 269**<br>Tel : 8620132<br>Fax : 8620467 |
| **4 ARAR 133**<br>Tel : 6621876<br>Fax : 6624120 | **15 AL-ULIA 208**<br>Tel : 8840363<br>Fax : 8840359 | **26 MEDINAH (Ladies) 272**<br>Tel : 8269808<br>Fax : 8236925 |
| **5 YANBU 150**<br>Tel : 3222697<br>Fax : 3226246 | **16 DOMAT AL-JANDAL 213**<br>Tel : 6223414<br>Fax : 6221470 | **27 DHABA 283**<br>Tel : 4322867<br>Fax : 4320472 |
| **6 SAHIMI 152**<br>Tel : 8383026<br>Fax : 8382845 | **17 QOBA / MEDINAH 218**<br>Tel : 8267409<br>Fax : 8269689 | **28 AL - MAHD 286**<br>Tel : 8681054<br>Fax : 8681988 |
| **7 AL - JOUF 154**<br>Tel : 6245333<br>Fax : 6241192 | **18 HAQL 224**<br>Tel : 4530600<br>Fax : 4530584 | **29 MEDINAH HOSPITAL 294**<br>Tel : 8461382<br>Fax : 8460886 |
| **8 TARIF 155**<br>Tel : 6521880<br>Fax : 6520840 | **19 BADR 230**<br>Tel : 3321747<br>Fax : 3321743 | **30 AL-YATMAH - MAIN St. 313**<br>Tel : 8403966<br>Fax : 8403966 |
| **9 RAFHA 169**<br>Tel : 6760264<br>Fax : 6761588 | **20 BAB AL - ANBRIYAH 242**<br>Tel : 8220587<br>Fax : 8210486 | **31 YANBU - INDUSTRIAL CITY 327**<br>Tel : 3211037<br>Fax : 3211042 |
| **10 AL - WAJH 171**<br>Tel : 4421966<br>Fax : 4421873 | **21 AMLAJ 244**<br>Tel : 3820752<br>Fax : 3822328 | **32 QORBAN 332**<br>Tel : 8230372<br>Fax : 8231028 |
| **11 TEEMA 178**<br>Tel : 4631308<br>Fax : 4633030 | **22 KHAIBAR 248**<br>Tel : 8821137<br>Fax : 8821827 | **33 AL - HIJRA Rd. 333**<br>Tel : 8485478<br>Fax : 8315598 |

55

# REGIONAL OFFICE FOR QASSEM AND HAIL REGION
## AND SUBSIDIARIES MANAGEMENT REGIONAL OFFICE
### (CONTINUED)

**34 AL-BIGADIYA 325**
Tel : 6340070
Fax : 6340507

**35 TURBAH – NORTH 339**
Tel : 5270700
Fax : 5270700

**36 AL-FAYZIYAH / BORAIDAH 340**
Tel : 3811990
Fax : 3813346

**37 GUBBA / HAIL 360**
Tel : 5412466
Fax : 5412455

**38 AL-MLEDA 371**
Tel : 3801506
Fax : 3800506

**39 AL-ASHRAFIAH / UNAIZAH 372**
Tel : 3621500
Fax : 3644055

**40 ROWDHA HAIL 373**
Tel : 2631011
Fax : 2631013

**41 AL-MUTAH 374**
Tel : 3242124
Fax : 3243288

**42 DEKHNA 383**
Tel : 2320690
Fax : 2320005

**43 AL-FAWARA 384**
Tel : 3248206
Fax : 3248206

**44 AL-HAIT 385**
Tel : 2390891
Fax : 2390892

**45 AL-SHAMLI / HAIL 386**
Tel : 2392438
Fax : 2392439

**46 JALAJIL 397**
Tel : 4435074
Fax : 4435812

**47 AL-SHAIHEYAH 398**
Tel : 3300025
Fax : 3311085

**48 AL - AJFAR 399**
Tel : 5270578
Fax : 5270578

**49 AL-DELAEMIH 400**
Tel : 2331368
Fax : 2331358

**50 AL-QUARAH 401**
Tel : 3243719
Fax : 3212933

**51 MOCAG 402**
Tel : 5380700
Fax : 5380715

**52 SHARI 403**
Tel : 3265125
Fax : 3267509

**53 AL-KAHFAH 404**
Tel : 5270713
Fax : 5270713

**54 NAFI 405**
Tel : 6342627
Fax : 6342780

**55 AL-ARTAWIAH 406**
Tel : 4360969
Fax : 4361190

**56 ASWAQ MAKKAH/BORAIDAH 407**
Tel : 3251016
Fax : 3251016

**57 AL SALMEYAH 418**
Tel : 3242821
Fax : 3240841

**58 QASSIM - HAIL Rd. 420**
Tel : 5332703
Fax : 5431463

**59 AL-KHUTA 427**
Tel : 5434179
Fax : 5434179

**60 QEBAH MAIN St. 439**
Tel : 3470110
Fax : 3470440

**61 SUDYAN 456**
Tel : 5310200
Fax : 5310219

**62 AL-WATANIEH 464**
Tel : 3920118
Fax : 3920178

**63 NABHANIA 468**
Tel : 2410660
Fax : 2410990

**64 AL-KHABIB REMITTANCES 702**
Tel : 3250617
Fax : 3236540

# REGIONAL OFFICE FOR GASSEM AND HAIL REGION
# AND SUBSIDIARIES MANAGEMENT REGIONAL OFFICE

NO. 005, P.O. BOX 1545, BURAIDAH 31442, CENTRAL (06) 3251100, FAX (06) 3251810

1   AL - KHABIB / BORAIDAH 108
Tel : 3251180
Fax : 3252024

2   DAWADMI 115
Tel : 6424057
Fax : 6421071

3   HAIL AL - AAM 118
Tel : 5432806
Fax : 5321793

4   ONAIZAH 120
Tel : 3641037
Fax : 3643537

5   AL - ZULFI 121
Tel : 4221918
Fax : 4221889

6   AL -RASS AL -AAM 122
Tel : 3336629
Fax : 3333584

7   AFIF 132
Tel : 7221347
Fax : 7221412

8   AL -BEKERIYAH 134
Tel : 3358872
Fax : 3358404

9   AL -MAJMA'AH 138
Tel : 4321050
Fax : 4321778

10  AL- MUZNIB 151
Tel : 3421100
Fax : 3420132

11  HOTAT SUDAIR 160
Tel : 4431080
Fax : 4431027

12  BORAIDAH AL-JARDAH 162
Tel : 3244041
Fax : 3243171

13  AL -BADAYEH 167
Tel : 3321052
Fax : 3320073

14  RIYADH AL KHUBRA 175
Tel : 3340404
Fax : 3340445

15  BORAIDAH AL-SAFRA 192
Tel : 3694341
Fax : 3230164

16  SAJER 196
Tel : 6321810
Fax : 6321913

17  BORAIDAH AL-SADAH 212
Tel : 3230616
Fax : 3201092

18  AL - GHAT 214
Tel : 4421455
Fax : 4421117

19  AL JUHAIMIYA / ONAIZAH 234
Tel : 3646077
Fax : 3647510

20  AL-ASYAH 238
Tel : 3450360
Fax : 3450370

21  AL-SENA'AH / BORAIDAH 252
Tel : 3242020
Fax : 3242016

22  BARZAN / HAIL 258
Tel : 5431697
Fax : 5322673

23  AL - KHOBRAH 265
Tel : 3550491
Fax : 3550358

24  AL - SHAMASIAH 267
Tel : 3401301
Fax : 3401501

25  ONAIZAH (Ladies) 271
Tel : 3648294
Fax : 3648294

26  AL-MAARIDH / BORAIDAH 275
Tel : 3815787
Fax : 3817468

27  AL-HAZM / AL-RASS 280
Tel : 3335381
Fax : 3332960

28  AYON AL-JAWA 288
Tel : 3911575
Fax : 3911786

29  BAGAAH 290
Tel : 5270934
Fax : 5270963

30  UGLAT AL-SAGOUR 291
Tel : 2430582
Fax : 2430509

31  BORAIDAH (Ladies) 298
Tel : 3244869
Fax : 3248753

32  AL-RAFAYEH 310
Tel : 6340410
Fax : 6340410

33  DARIYAH 312
Tel : 2420948
Fax : 2420544

# REGIONAL OFFICE FOR EASTERN REGION AND
## SUBSIDIARRIES MANAGEMENT REGIONAL OFFICE
### (CONTINUED)

**33  AL - KAYSUMA 338**
Tel : 7241273
Fax : 7241598

**34  EL-SHULA TRADING CENTRE 348**
Tel : 8641234
Fax : 8641234

**35  MUKHATAT 91 365**
Tel : 8221847
Fax : 8220871

**36  EL - DOHA 375**
Tel : 8917216
Fax : 8919008

**37  ANAK 393**
Tel : 8362309
Fax : 8361956

**38  UM AL-SAHIK 415**
Tel : 8120306
Fax : 8122514

**39  AL - MAHASIN 428**
Tel : 5924464
Fax : 5924656

**40  GUMRUK AL - BATHA 429**
Tel : 5370110
Fax : 5370220

**41  RAS TANAJEEB 434**
Tel : 3783567
Fax : 3784590

**42  KING FAHAD AIRPORT
CUSTOMS 438**
Tel : 8838749
Fax : 8838765

**43  AL-SARRAR 442**
Tel : 3701774
Fax : 3701190

**44  TALAL QUARTER/DAMMAM 452**
Tel : 8325605
Fax : 8325607
ladies : 8325608

**45  HAFRALBATIN AQARIA 455**
Tel : 7223039
Fax : 7224456

**46  KING FAHAD BRIDGE,
CUSTOMS 460**
Tel : 8333455
Fax : 8336111

**47  ALOYOON 465**
Tel : 5331122
Fax : 5332099

**48  EL-SHULA REMITTANCE/
KHOBAR 703**
Tel : 8986629
Fax : 8649758

**49  DAMMAM REMITTANCE
CENTER 708**
Tel : 8332455
Fax : 8331882

**50  AL JUBAIL REMITTANCE
CENTER 709**
Tel : 3613154
Fax : 3612954

**51  COMMERCIAL BRANCH 853**
Tel : 8575881
Fax : 8573661

**52  AL HAFOUF REMITTANCE
CENTER 715**
Tel : 5876837
Fax : 5876837

# REGIONAL OFFICE FOR EASTERN REGION AND
## SUBSIDIARIES MANAGEMENT REGIONAL OFFICE

### NO. 004, P.O. BOX 6030, DAMMAM 31442, CENTRAL (03) 8272126, FAX (03) 8261446

1  **DAMMAM 104**
Tel : 8342560
Fax : 8338387

2  **AL-HAFOUF 128**
Tel : 5826726
Fax : 5866926

3  **HAFR AL-BATIN 136**
Tel : 7220245
Fax : 7221544

4  **AL KHOBAR - MAIN 139**
Tel : 8641234
Fax : 8649482

5  **AL JUBAIL 146**
Tel : 3624556
Fax : 3620490

6  **BQIQT 148**
Tel : 5661854
Fax : 5662770

7  **KING FAHD St. 153**
Tel : 8263100
Fax: 8261951

8  **AL TIHUGBA - MAKKAH St. 157**
Tel : 8948480
Fax : 8949158

9  **PRINCE MOHAMED St. 170**
Tel : 8340909
Fax : 8340233

10  **AL QATIF 172**
Tel : 8556708
Fax : 8540935

11  **RAS TUNNORAH 183**
Tel : 6680000
Fax : 6671685

12  **KING FAHAD AIRPORT 184**
Tel : 8838712
Fax : 8838716

13  **AL - KHAFJI 187**
Tel : 7660794
Fax : 7660759

14  **IBN KHALDOUN ST. 190**
Tel : 8269722
Fax : 8273441

15  **PRINCE BANDAR St. 207**
Tel : 8640820
Fax : 8947620

16  **MUBARAZ / AHSA 210**
Tel : 5922795
Fax : 5922829

17  **AL-BURJ BUILD. /KHOBAR 227**
Tel : 8640122
Fax : 8982474

18  **JALAWIYA /DAMMAM 236**
Tel : 8176614
Fax : 8176614

19  **SIHAT - MAIN St. 255**
Tel : 8562130
Fax : 8380051

20  **SALWA 256**
Tel : 5470720
Fax : 5470228

21  **MAIN HOS. / DAMMAM 273**
Tel : 8428924
Fax : 8429009
Ladies : 8425742

22  **KING FAHD HOSP. 277**
Tel : 5867730
Fax : 5829844

23  **SAFWAH - MAIN St. 287**
Tel : 6642342
Fax : 6642413

24  **MUKHATAT 8 / DAMMAM 300**
Tel : 8421866
Fax : 8424389

25  **AL-QRABEYAH / AL-KHOBAR 301**
Tel : 8980167
Fax : 8943985

26  **SOUTHERN KHOBAR 302**
Tel : 8985840
Fax : 8986088

27  **AIN DAR 304**
Tel : 5631246
Fax : 5631463

28  **AL - NA'AIRIAH 306**
Tel : 3730376
Fax : 3730620

29  **GARYAH / GARYAH AL-OLAYA 307**
Tel : 3861976
Fax : 3861985

30  **AL - MAZROU'EIAH 308**
Tel : 5866797
Fax : 5826609
Ladies : 5861455

31  **DAMMAM (Ladies) 315**
Tel : 8342791
Fax : 8338071

32  **JUBAIL - INDUSTRIAL CITY 329**
Tel : 3412748
Fax : 3412796

51

# REGIONAL OFFICE FOR RIYADH AND
## SUBSIDIARIES MANAGEMENT REGIONAL OFFICE

### NO. 003, P.O. BOX 28, RIYADH 11411, CENTRAL (01) 4629922, FAX (01) 4624311

1  **INV. & PRIVATE BANKING 11**
Tel : 4569348
Fax : 4569348

2  **DIRA 101**
Tel : 4114029
Fax: 4117517

3  **BATHA 106**
Tel : 4031269
Fax : 4031269

4  **K. FAISAL SPECIALIST HOSP. 114**
Tel : 4420573
Fax: 4414719

5  **AL-ASWAQ 116**
Tel : 4035711
Fax : 4011150

6  **DAHRAN St. 125**
Tel : 4783615
Fax: 4783342

7  **AL-MALAZ 126**
Tel : 4769414
Fax: 4768713

8  **KING FAISAL St. 127**
Tel : 4010541
Fax: 4040306

9  **AL-KHARJ 129**
Tel : 5448255
Fax: 5449876

10  **AL-NASRIYAH St. 131**
Tel : 4029531
Fax: 4032464

11  **WADI AL-DAWASSIR 135**
Tel : 7841096
Fax : 7840061

12  **HIJAS ROAD 140**
Tel : 4580506
Fax : 4596932

13  **AL-AFLAJ 142**
Tel : 6820520
Fax: 6821356

14  **HOTAT BANI TAMIM 144**
Tel : 5550300
Fax: 5550398

15  **SHAGRA 145**
Tel : 6221639
Fax : 6220696

16  **AL-GOWAYEEYAH 147**
Tel : 6521090
Fax : 6521838

17  **AL-SINAEYAH 149**
Tel : 4466916
Fax : 4463041

18  **CENTRAL HOSP. 159**
Tel : 4350976
Fax : 4354645

19  **SAHAT AL-ADEL 164**
Tel : 4119383
Fax : 4118897

20  **AL-NASEEM 165**
Tel : 2313576
Fax : 2313057

21  **AL-OLAYA MAIN St. 166**
Tel : 4642256
Fax : 4657084

22  **MOQAIBERAH 168**
Tel : 4582345
Fax : 4575696

23  **KING KHALID INTL. AIRPORT 173**
Tel : 2202580
Fax : 2202592

24  **AL-MARGAB 174**
Tel : 4488126
Fax : 4461554

25  **MANFOUHA 179**
Tel : 4463143
Fax : 4573622

26  **AL-MOUNTAZAH 182**
Tel : 4768911
Fax : 4732028

27  **AL-KHAZAN St. 185**
Tel : 4065416
Fax : 4041673

28  **DAWWAR AL-SHEMESI (Ladies) 188**
Tel : 4357854
Fas : 4359580

29  **SULTANAH 195**
Tel : 4582584
Fax : 4591011

30  **IMAM F. BIN TURKI St. 197**
Tel : 2864009
Fax : 4123426

31  **AL-MA'AZAR 200**
Tel : 4420193
Fax : 4421038

32  **SULAIMANIYAH 203**
Tel : 4653034
Fax : 4646670

33  **AL-RAWDAH 204**
Tel : 4934526
Fax: 4914331



LIST OF BRANCHES

# REGIONAL OFFICE FOR WESTERN REGION AND
## SUBSIDIARIES MANAGEMENT REGIONAL OFFICE
### (CONTINUED)

37 **PALASTEEN SQUARE 319**
Tel : 6651079
Fax : 6651072

38 **AL - MAKARONA St. 320**
Tel : 6720342
Fax : 6720731

39 **BAHART AL-MUJAHIDEEN 322**
Tel : 5911875
Fax : 5911445

40 **AL - KAMEL 323**
Tel : 6479866
Fax : 6481745

41 **AL - JMOUM 324**
Tel : 5940891
Fax : 5941103

42 **HOWAYAH ROAD 326**
Tel : 7253307
Fax : 7254555

43 **TAIF (Ladies) 328**
Tel : 7324907
Fax : 7362505

44 **AL - MASFALAH 330**
Tel : 5374111
Fax : 5374333

45 **AL-SAHEFAH 334**
Tel : 6436587
Fax : 6436587

46 **SHIHAR QUARTER 335**
Tel : 7460263
Fax : 7464492

47 **AL-ZAHER 336**
Tel : 5434275
Fax : 5434823

48 **AL-GHAZZAH 345**
Tel : 5745234
Fax : 5745728

49 **AL-MWEH 346**
Tel : 8521690
Fax : 8521672

50 **THULOM 356**
Tel : 7407515
Fax : 7407516

51 **AL-KHALDIA 358**
Tel : 2563038
Fax : 2562826

52 **AL-ARABHEEN St. 376**
Tel : 6936821
Fax : 6770161

53 **AL-GOWAIZA / JEDDAH 377**
Tel : 6403687
Fax :.6403687

54 **MAKKAH Rd. - KILO 14 378**
Tel : 6200549
Fax : 6207202

55 **JABAL AL - NOUR 379**
Tel : 5772772
Fax : 5770461

56 **PETROMIN QUARTER 380**
Tel : 6360129
Fax : 6363638

57 **BANI SAAD 381**
Tel : 7251285
Fax : 7251285

58 **MESAAN TAIF 382**
Tel : 7580667
Fax : 7580672

59 **JEDDAH - PORT 387**
Tel : 6470331
Fax : 6485109

60 **SOUTHERN MARKET 391**
Tel : 6478139
Fax : 6479209

61 **AJYAD 409**
Tel : 5731588
Fax : 5743177

62 **THOUL 411**
Tel : 2390250
Fax : 2390252

63 **MAKKAH Co. CENTRE 424**
Tel : 5377020
Fax : 5361929

64 **HIRA STREET 425**
Tel : 6995050
Fax : 6940380

65 **KHULESS / NORTH WEST 440**
Tel : 2132293
Fax : 2132293

66 **ABDULLAH ARIF St. 443**
Tel : 5443000
Fax : 5459601

67 **AL-SEEL AL-KABEER 444**
Tel : 7350379
Fax : 7350328

68 **AL-NOZHA / JEDDAH 445**
Tel : 6549319
Fax : 6540079

69 **AL-BAWADI QUARTER 451**
Tel : 6981170
Fax : 6981191

70 **OKAZ INT. MARKET 453**
Tel : 6242424
Fax : 6242829

71 **UMMALQURA-MAKAH 458**
Tel : 5274646
Fax : 5275959

72 **EXPRESS REMITTANCES 704**
Tel : 6427151
Fax : 6438542

73 **Al-TAHLIA/JEDDAH 462**
Tel : 6645959
Fax : 6646230

74 **AL-SAMIR 463**
Tel : 6794080
Fax : 6794231

75 **STEEN HOWIEH ST. 477**
Tel : 7255921
Fax : 7255926

# REGIONAL OFFICE FOR WESTERN REGION AND
# SUBSIDIARIES MANAGEMENT REGIONAL OFFICE

### NO. 002, P.O. BOX 605, JEDDAH 41421, CENTRAL (02) 6441000, FAX (02) 6434022

1  **GABEL STREET 102**
Tel : 6424408
Fax : 6420934

2  **AL-SHARAY / MAKKAH 103**
Tel : 5233522
Fax : 5230227

3  **AL-AZIZYAH / TAIF 112**
Tel : 7333844
Fax : 7333340

4  **MAKKAH Rd.KILO 2 113**
Tel : 6314461
Fax : 6316514

5  **BAB SHARIF 123**
Tel : 6485989
Fax : 6485765

6  **BAB MAKKAH 124**
Tel : 6448937
Fax : 6434867

7  **AL-HUGOON 141**
Tel : 5746842
Fax : 5733533

8  **AL-SHARAFIYAH 158**
Tel : 6532916
Fax : 6533168

9  **KING ABDULAZIZ St. 161**
Tel : 6447674
Fax : 6434032

10  **AL-MAHJAR Rd. 163**
Tel : 6372067
Fax : 6367991

11  **UNIVERSITY St. 176**
Tel : 6806337
Fax : 6891144

12  **BANI MALIK 180**
Tel : 6713280
Fax : 6718817

13  **RANYAH 181**
Tel : 8421388
Fax : 8420964

14  **AL SABEEL St. 186**
Tel : 6426813
Fax : 6429613

15  **BIN LADIN St. 189**
Tel : 6800014
Fax : 6800272

16  **KING FAHD St. (Ladies) 191**
Tel : 6711024
Fax : 6171836

17  **AL-SHUHADAH / TAIF 199**
Tel : 7496030
Fax : 7463120

18  **AL-AZEZYAH I MAKKAH 201**
Tel : 5564014
Fax : 5581156

19  **AL RUWESS / JEDDAH 206**
Tel : 6641971
Fax : 6613580

20  **AL-ESKAN AL-JANOBI St. 222**
Tel : 6373159
Fax : 6361004

21  **MEDINAH Rd. 223**
Tel : 6635014
Fax : 6673564

22  **AL-ATIBIAH 228**
Tel : 5755484
Fax : 5755202

23  **AL-FAISALEYAH / TAIF 232**
Tel : 7382960
Fax : 7325326

24  **ENEKISH 235**
Tel : 6728683
Fax : 6717067

25  **AL-HINDAWAIYAH / JEDDAH 240**
Tel : 6474804
Fax : 6485991

26  **AL-BAGDADEYAH 243**
Tel : 6427720
Fax : 6422186

27  **AL-SITTEEN St. MEKKAH 246**
Tel : 5481534
Fax : 5447314 

28  **RABEG 247**
Tel : 4221996
Fax : 4221865

29  **AL-KHURMA 254**
Tel : 8321144
Fax : 8321263

30  **AL-SHUBAIKAH 262**
Tel : 5741677
Fax : 5745066

31  **AL-GUNFUTHA 263**
Tel : 7321588
Fax : 7321260 

32  **AL-TURBAH 264**
Tel : 8220934
Fax : 8221892

33  **AL-SEYANAH SCHOOL / TAIF 266**
Tel : 7336070
Fax : 7365964 

34  **AL-LAYTH 270**
Tel : 7421750
Fax : 7421217

35  **K. ABDUL AZIZ AIRPORT 299**
Tel : 6853411
Fax : 6853412

36  **AL-SALAMAH- QUARTER 314**
Tel : 6833554
Fax : 6838741

49

# REGIONAL OFFICE FOR RIYADH AND
## SUBSIDIARIES MANAGEMENT REGIONAL OFFICE
### (CONTINUED)



**67  ASWAQ AL NASEEM 343**
Tel : 2327372
Fax : 2327416

**68  AL - WOROOD QUARTER 344**
Tel : 4567634
Fax : 4563426

**69  KING FAHD QUARTER 349**
Tel : 4700494
Fax : 4700495

**70  ASWAQ AL - SHIMAL 355**
Tel : 4531607
Fax : 4569571

**71  AL - RUWAIDAH 359**
Tel : 6520713
Fax : 6520696

**72  KHASHM AL-AAN 361**
Tel : 2512521
Fax : 2512830

**73  ASWAQ ALUROBA 362**
Tel : 4629897
Fax : 4620054

**74  AL - QASSAB - MAIN St. 363**
Tel : 6291557
Fax : 6291194

**75  DABAB St. 368**
Tel : 4626333
Fax : 4628312

**76  SHUBRA QUARTER 369**
Tel : 4255807
Fax : 4240976

**77  AL QUODS QUARTER 388**
Tel : 2305005
Fax : 2316111

**78  IRKA - MAIN St. 389**
Tel : 4828343
Fax : 4828365

**79  BADR QUARTER 390**
Tel : 4220247
Fax : 4224182

**80  AL-SAADAH QUARTER 392**
Tel : 2412527
Fax : 2412774

**81  AL-FAWAZ QUARTER 396**
Tel : 4212045
Fax : 4217156

**82  AL-KHALIG QUARTER 412**
Tel : 2265447
Fax : 2265443

**83  HELBAN - MAIN St. 413**
Tel : 6522012
Fax : 6522012

**84  AL-GELA-MAIN St. 414**
Tel : 6540356
Fax : 6540408

**85  AL-RAIN - MAIN Rd. 421**
Tel : 6591522
Fax : 6590530

**86  AL NATHIM 422**
Tel : 2462232
Fax : 2465147

**87  AL-NOWAI EMAH 423**
Tel : 7861173
Fax : 7861338

**88  AL-DAR AL-BAIDA 433**
Tel : 4956338
Fax : 4950485

**89  AL IMAM MOHA. UNIV. 441**
Tel : 2590158
Fax : 2590156

**90  AL MAZRA'AH BRANCH 446**
Tel : 4622807
Fax : 4626198

**91  AL-SWEEDY 448**
Tel : 4260191
Fax : 4256883

**92  AL SALAAM QUARTER 449**
Tel : 4963220
Fax : 4918566

**93  SECOND INDST. CITY 450**
Tel : 2651819
Fax : 2652215

**94  OTHMAN BIN AFFANE Rd. 454**
Tel : 2646055
Fax : 4507371

**95  AL-BATHA REMITTANCES 701**
Tel : 4050292
Fax : 4020722

**96  AL SULI WAREHOUSE 888**
Tel : 2415068
Fax : 2411158

# REGIONAL OFFICE FOR RIYADH AND
# SUBSIDIARIES MANAGEMENT REGIONAL OFFICE
## (CONTINUED)

34 MUSHRIFA St. 211
   Tel : 4771555
   Fax : 4780949

35 AL-KHALIDIAH 215
   Tel : 4380022
   Fax :

36 AL-SHIFA 216
   Tel : 4210416
   Fax : 4213592

37 MURRAT 217
   Tel : 6231344
   Fax: 6231335

38 AL-MUZAHMIA 219
   Tel : 5230040
   Fax : 5230879

39 HURAIMLA 226
   Tel : 5260300
   Fax : 5260284

40 PRINCE SALMAN St. 229
   Tel : 4466419
   Fax : 4462547

41 HARAT ABDULLAH 231
   Tel : 4590162
   Fax : 4572647

42 AL-SAHNAH AL-DILM 233
   Tel : 5410691
   Fax : 5410725

43 AL-HAIER 237
   Tel : 4900908
   Fax : 4900209

44 SULAYEL 245
   Tel : 7821833
   Fax : 7821600

45 UM AL-HAMMAM 251
   Tel : 4801015
   Fax : 4824451

46 AL-SABALAH 253
   Tel : 4111520
   Fax : 4118109

47 AIRPORT ROAD 260
   Tel : 4776057
   Fax : 4786740

48 PRINCE ABDULAH St. 261
   Toll : 4794432
   Fax : 4799067

49 RUMAH 278
   Tel : 5521182
   Fax : 5521108

50 AL-OLAYA THALATHEEN St. 279
   Tel : 4631749
   Fax : 4652398

51 AL-DAREYAH 281
   Tel : 4861420
   Fax : 4861934

52 DHARAT AL-BADE'AH 282
   Tel : 4259852
   Fax : 4260547

53 DURMA 284
   Tel : 5221014
   Fax : 5221210

54 THADIQ 285
   Tel : 4439653
   Fax : 4439287

55 AL-AHSA ST. 289
   Tel : 4784156
   Fax : 4741193

56 KING KHALID SPEC. HOSP. 292
   Tel : 4821234
   Fax : 4821234

57 GOBEIRAH St. - GOBEIRAH 293
   Tel : 4469200
   Fax : 4467288

58 RABWAH 296
   Tel : 4911913
   Fax : 4917458

59 ASHAIGAR 297
   Tel : 6271133
   Fax : 6275170

60 AL-OYEYNAH 303
   Tel : 5280410
   Fax : 5280460

61 AL-KHAIDAH ROAD 305
   Tel : 5443067
   Fax : 5443006

62 AL-HARIQ AL-SOUKAL-AAM 309
   Tel : 5370801
   Fax : 5370177

63 AL-OLAYA (Ladies) 317
   Tel : 4612876
   Fax : 4643210

64 TOMAIR - MAIN St. 318
   Tel : 4437412
   Fax : 4437797

65 AL - AZIZIYAH / RIYADH 331
   Tel : 4956196
   Fax : 4956756

66 AL - RABWA CENTRAL MARKET 341
   Tel : 4933365
   Fax : 4931770









47

| | |
|---|---|
| Al Juraid & Company<br>Certified Public Accountants<br>Member of<br>PricewaterhouseCoopers<br>P.O. Box 8282<br>Riyadh 11482<br>Kingdom of Saudi Arabia | Arthur Andersen & Co.<br>Certified Public Accountants<br>Member of<br>Andersen Worldwide<br>P.O. Box 18366<br>Riyadh 11415<br>Kingdom of Saudi Arabia |

## REPORT OF INDEPENDENT AUDITORS

**To the Shareholders of**
**Al Rajhi Banking and Investment Corporation**

We have audited the consolidated balance sheet of the Al Rajhi Banking and Investment Corporation as of December 31, 2001 and the related consolidated statements of income, changes in shareholders' equity, and cash flows for the year then ended, including the related notes. These consolidated financial statements, which have been derived from computerized accounting records maintained in Arabic in the Kingdom of Saudi Arabia, are the responsibility of the Corporation's management and have been prepared in accordance with the provisions of the Saudi Regulations for Companies and the Banking Control Law and submitted to us together with all the information and explanations which we required. Our responsibility is to express an opinion on these consolidated financial statements based on our audit.

We conducted our audit in accordance with generally accepted auditing standards. Those standards require that we plan and perform the audit to obtain reasonable assurance that the consolidated financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the consolidated financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall consolidated financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the consolidated financial statements taken as a whole:

- Present fairly, in all material respect, the financial position of the Al Rajhi Banking and Investment Corporation as of December 31, 2001, and the results of its operations, and its cash flows for the year then ended, in accordance with the Accounting Standards for Commercial Banks issued by the Saudi Arabian Monetary Agency and with International Accounting Standards; and

- Comply with the requirements of the Saudi Regulations for Companies, the Banking Control Law and the Corporation's Articles of Association with respect to the preparation and presentation of the consolidated financial statements.

Al Juraid & Company

Penrhyn Wilson III
Registration No. 182

Arthur Andersen & Co.

Arfan K. Ayas
Registration No. 98

January 26, 2002G
(12 Dhu Al Qadah 1422H)

# NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
## FOR THE YEARS ENDED DECEMBER 31, 2001 AND 2000 (CONTINUED)

### 31. MUDARABA FUNDS

The Corporation has established a number of mudaraba funds (Maritime Leasing Fund, Commodities Mudaraba Fund, Al Rajhi Real Estate Investment Fund, Global Shares Fund, Middle-East Equity Fund, Egyptian Shares Fund, First and Second Al Rajhi Balanced Funds, Al Rajhi Small Capitalization Equity Fund, Al Aman Fund number (1), Saudi Riyal Commodities Mudaraba Fund, the European Equity Fund, Al jawhara ladies Fund, Children USD Fund, and Local shares Fund) which are managed by the Investment Department of the Corporation. A portion of the funds is also invested with the Corporation. Funds invested with the Corporation amounted to SR 3,378,750 thousand at December 31, 2001 (2000: SR 3,067,500 thousand).

### 32. CAPITAL ADEQUACY

The Corporation monitors the adequacy of its capital using ratios established by SAMA. These ratios measure capital adequacy by comparing the Corporation's eligible capital with its balance sheet assets and commitments, at weighted amount to reflect their relative risk as shown in the table below:

| | Capital | | Ratio | |
|---|---|---|---|---|
| | 2001 SR'000 | 2000 SR'000 | 2001 | 2000 |
| Core capital | 6,720,129 | 6,476,721 | 24.9% | 27% |
| Core capital + supplementary capital | 6,720,129 | 7,294,719 | 24.9% | 30% |

### 33. COMPARATIVE FIGURES

Certain prior year figures have been reclassified to conform with the current year presentation except those relating to the transitional provisions of IAS 39.

### 34. APPROVAL OF THE BOARD OF DIRECTORS

The consolidated financial statements were approved by the Board of Directors on 12 Dhul Al Qadah 1422H (corresponding to January 26, 2002).

43

# NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
### FOR THE YEARS ENDED DECEMBER 31, 2001 AND 2000 (CONTINUED)

| (b) Contingent Liabilities: | 2001 SR'000 | 2000 SR'000 |
|---|---|---|
| Letters of credit | 2,606,962 | 2,551,793 |
| Letters of guarantee | 1,251,928 | 2,087,915 |
| Commitments to extend credit, unused | 16,761,075 | 14,735,584 |
| Total | 20,619,965 | 19,375,292 |

## 29. EMPLOYEES' FUND

In accordance with the annual general meeting resolution dated 20 Showwal, 1410H (May 15, 1990), 150,000 shares at par value of SR 15 million were granted to the Employees' Fund. The Board of Directors issued various resolutions in this respect, the last of which was No. 9 dated March 22, 1990, in which the Board allocated the above-mentioned shares to the Fund under certain conditions. The par value of these shares is considered as a loan to be repaid to the Corporation as part of a permanent loan of SR 50 million extended by the Corporation without any charge, of which SR 7 million was repaid during 1994. Also, the Fund received 150,000 shares in a one for one bonus issue during 1991. The fund also received an additional 150,000 shares representing the Fund's share of the dividends distributed during 1998. The total number of shares after the share split amounted to 900,000 shares. The Fund's income from subscriptions and investments etc., excluding share of profits, amounted to SR 1,848 thousand and expenses amounted to SR 25 thousand. The market value of the shares held by the Fund amounted to SR 624,375 thousand as per SAMA's circular at December 31, 2001. Statements of Assets and Liabilities are prepared for the Fund and are not included in the accompanying financial statements.

## 30. COMMISSION EXCLUDED FROM THE STATEMENT OF INCOME

The following represents the movements in charities account which is included in other credit balances (Note 14):

| | 2001 SR'000 | 2000 SR'000 |
|---|---|---|
| Balance, beginning of the year | 611 | 125 |
| Additions during the year | 4,045 | 836 |
| Payments during the year | (3,790) | (350) |
| Balance, end of the period | 866 | 611 |

# NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
### FOR THE YEARS ENDED DECEMBER 31, 2001 AND 2000 (CONTINUED)

## 27. RELATED PARTY TRANSACTIONS

In the ordinary course of business, the Corporation transacts business with related parties. The Corporation's management and board of directors believes that transactions with related parties are performed on arms-length bases.

The nature and value of transactions with the related parties are as follows:

| Related Parties | Type of transaction | Balances at 1.1.2001 | | Movements during the year | | Balances at 31.12.2001 | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Debit SR'000 | Credit SR'000 | Debit SR'000 | Credit SR'000 | Debit SR'000 | Credit SR'000 |
| Members of the Board of Directors | Mutajara | 181,195 | – | 179,747 | 181,195 | 179,747 | – |
| | Current accounts | 117,229 | – | 1,863,058 | 1,844,908 | 135,379 | – |
| | Mudaraba | | 821,709 | 221,970 | 432,830 | – | 1,032,569 |
| | Guarantee | 66,000 | – | – | – | 66,000 | – |
| Companies and establishments affiliated to members of the Board of Directors | Current accounts | – | 79,899 | 7,537,254 | 7,506,308 | – | 48,953 |
| | Letters of credit | 253,493 | – | 673,673 | 525,111 | 402,055 | – |
| | Letters of guarantee | 272,411 | – | 38,108 | 22,033 | 288,486 | – |
| | Murabaha | 264,990 | – | 26,527 | 51,203 | 240,314 | – |
| | Mutajara | 1,405,487 | – | 1,821,205 | 1,894,165 | 1,332,527 | – |
| | Acceptances | 35,094 | – | 13,016 | 11,075 | 37,035 | – |
| Companies and establishments guaranteed by members of the Board of Directors | Letters of guarantee | 28,140 | – | – | 11,886 | 16,254 | – |
| | Murabaha | 19,190 | – | 1,717 | 7,866 | 13,041 | – |
| | Installment sales | 734 | – | – | 147 | 587 | – |
| | Letters of credit | 30 | – | 15,309 | 7,378 | 7,961 | – |
| | Current accounts | 7,160 | – | 28,486 | 27,359 | 8,287 | – |
| | Acceptances | 15,754 | – | – | – | 15,754 | – |
| Mudaraba funds (Note 31) | Current accounts | – | 23,014 | 12,835,289 | 12,801,894 | 10,375 | – |
| | Mudaraba | – | 3,067,500 | 14,687,430 | 14,998,680 | – | 3,378,750 |
| Investee companies | Murabaha | 599,266 | – | – | – | 599,266 | – |

## 28. MUDARABA FUNDS AND CONTINGENT LIABILITIES

Mudaraba funds and contingent liabilities as of December 31, are comprise of the following:

| (a)Mudaraba Funds: | 2001 SR'000 | 2000 SR'000 |
| --- | --- | --- |
| Customers' investments | 7,331,153 | 6,439,042 |
| Current accounts – metals | 23,908 | 30,871 |
| Total | 7,355,061 | 6,469,913 |

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
### FOR THE YEARS ENDED DECEMBER 31, 2001 AND 2000 (CONTINUED)

| 2000 | Less than Three months SR'000 | From Three months to one year SR'000 | From One year to five years SR'000 | Over five years SR'000 | Without maturity date SR'000 | Total SR'000 |
|---|---|---|---|---|---|---|
| **Assets:** | | | | | | |
| Cash and cash equivalents | 2,878,185 | – | – | – | 2,418,443 | 5,296,628 |
| **Investments, net:** | | | | | | |
| Mutajara | 15,560,661 | 10,834,591 | 1,465,151 | – | – | 27,860,403 |
| Mutajara by wakala | 2,929,984 | 761,729 | 187,500 | – | – | 3,879,213 |
| Installment sale | 214,916 | 474,148 | 1,624,237 | 150,948 | – | 2,464,249 |
| Istisnaa | 53,415 | 254,218 | 2,588,166 | 1,541,314 | – | 4,437,113 |
| Murabaha | 193,173 | 454,464 | 58,400 | – | – | 706,037 |
| Musharaka | 14,065 | 42,193 | – | – | – | 56,258 |
| Sundry | 388,860 | – | – | – | – | 388,860 |
| Customer debit current accounts | 755,196 | 32,254 | 681 | – | – | 788,131 |
| Leased assets, net | – | – | – | – | 263,941 | 263,941 |
| Fixed assets, net | – | – | – | – | 691,792 | 691,792 |
| Other assets, net | – | – | – | – | 1,847,809 | 1,847,809 |
| **Total** | 22,988,455 | 12,853,597 | 5,924,135 | 1,692,262 | 5,221,985 | 48,680,434 |
| | | | | | | |
| **Liabilities & shareholders' equity:** | | | | | | |
| Customer credit current accounts | 34,442,929 | – | – | – | – | 34,442,929 |
| Other customer accounts | 2,207,950 | – | – | – | – | 2,207,950 |
| Due to banks | 885,347 | – | – | – | – | 885,347 |
| Proposed gross dividends | – | – | – | – | 1,307,476 | 1,307,476 |
| Other liabilities | – | – | – | – | 3,360,011 | 3,360,011 |
| Shareholders' equity | – | – | – | – | 6,476,721 | 6,476,721 |
| **Total** | 37,536,226 | – | – | – | 11,144,208 | 48,680,434 |

26. FAIR VALUE

Fair value is the amount by which an asset could be exchanged or a liability settled between knowledgeable, willing parties in an arm's length transaction. The estimated fair values of the on-balance sheet financial instruments excluding istisnaa, murabaha, installment sales and musharaka, are not significantly different from their respective net book values. It is not practical to determine the fair values of istisnaa, murabaha, installment sales and musharaka with sufficient reliability. The fair value of the off-balance sheet financial instruments at the balance sheet date was not significantly different from the carrying value in the consolidated financial statements.

# NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
## FOR THE YEARS ENDED DECEMBER 31, 2001 AND 2000 (CONTINUED)

25. LIQUIDITY RISK

Liquidity risk is the risk that an institution will be unable to meet its net funding requirements. Liquidity risk can be caused by market disruptions or credit downgrades, which may cause certain of funding to dry up immediately. To mitigate this risk management has diversified funding sources and assets are managed with liquidity in mind maintaining a balance of cash, cash equivalents and readily marketable securities. The table below summaries the maturity profile of the Corporation's assets and liabilities on the basis of the remaining period at the balance sheet date to the contractual maturity date and do not take account of the effective maturities as indicated by the Corporation's credit current accounts retention history and the availability of liquid fund. Management monitors the maturity profile to insure that adequate maturity is maintained.

The contractual maturities of assets and liabilities are as follows:

| 2001 | Less than Three months SR'000 | From Three months to one year SR'000 | From One year to five years SR'000 | Over five years SR'000 | Without maturity date SR'000 | Total SR'000 |
|---|---|---|---|---|---|---|
| **Assets:** | | | | | | |
| Cash and cash equivalents | 2,252,902 | | | | 2,618,518 | 4,871,420 |
| Investments, net: | | | | | | |
| Mutajara | 18,517,382 | 9,233,337 | 3,384,393 | | – | 31,135,112 |
| Mutajara by wakala | 173,480 | 286,045 | | | – | 459,525 |
| Installment sale | 556,393 | 1,249,131 | 3,968,225 | 163,218 | – | 5,936,967 |
| Istisnaa | 164,536 | 417,675 | 2,190,539 | 1,186,987 | – | 3,959,737 |
| Murabaha | 144,115 | 409,112 | 139,589 | | – | 692,816 |
| Musharaka | – | 47,733 | | | – | 47,733 |
| Sundry | 417,792 | | | | – | 417,792 |
| Customer debit current accounts | 812,953 | 39,505 | 2,788 | | – | 855,246 |
| Leased assets, net | – | – | – | | 259,536 | 259,536 |
| Fixed assets, net | – | – | – | | 768,678 | 768,678 |
| Other assets, net | – | – | – | | 2,337,110 | 2,337,110 |
| **Total** | 23,039,553 | 11,682,538 | 9,685,534 | 1,350,205 | 5,983,842 | 51,741,672 |
| | | | | | | |
| **Liabilities & shareholders' equity:** | | | | | | |
| Customer credit current accounts | 37,800,990 | – | – | – | – | 37,800,990 |
| Other customer accounts | 1,683,473 | – | – | – | – | 1,683,473 |
| Due to banks | 1,141,123 | – | – | – | – | 1,141,123 |
| Proposed gross dividents | – | – | – | – | 1,298,548 | 1,298,548 |
| Other liabilities | – | – | – | – | 3,097,409 | 3,097,409 |
| Shareholders' equity | – | – | – | – | 6,720,129 | 6,720,129 |
| **Total** | 40,625,586 | – | – | – | 11,116,086 | 51,741,672 |

39

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
### FOR THE YEARS ENDED DECEMBER 31, 2001 AND 2000 (CONTINUED)

| 2001 | Saudi Arabia SR'000 | Other GCC & Middle East SR'000 | Europe SR'000 | North America SR'000 | Latin America SR'000 | Southeast Asia SR'000 | Other countries SR'000 | Total SR'000 |
|---|---|---|---|---|---|---|---|---|
| Sundry | 244,285 | – | – | – | – | – | 173,507 | 417,792 |
| Total | 18,638,730 | 4,178,290 | 19,901,475 | 3,683,308 | 710,493 | 193,255 | 215,551 | 47,521,102 |
| **Liabilities:** | | | | | | | | |
| Customer credit current account | 37,800,990 | – | – | – | – | – | – | 37,800,990 |
| Due to Banks | 23,083 | 1,100 | 412,607 | 70,740 | – | 485,365 | 148,258 | 1,141,123 |
| Total | 37,824,043 | 1,100 | 412,607 | 70,740 | – | 485,365 | 148,258 | 38,942,113 |
| Contingent liabilities | 7,413,955 | 285,830 | 5,557,050 | 6,044,480 | 150 | 197,290 | 1,121,210 | 20,619,965 |
| **2000** | | | | | | | | |
| **Assets** | | | | | | | | |
| Cash & deposits with SAMA | 4,459,458 | – | – | – | – | – | – | 4,459,458 |
| Due from Banks | 10,291 | 36,181 | 218,780 | 168,072 | – | 145,580 | 258,266 | 837,170 |
| **Investments, net:** | | | | | | | | |
| Mutajara | 3,667,494 | 6,477,732 | 14,526,489 | 2,415,124 | 134,947 | – | 638,617 | 27,860,403 |
| Mutajara by wakala | – | – | 2,117,221 | 1,383,928 | – | 378,064 | – | 3,879,213 |
| Installment sale | 2,464,249 | – | – | – | – | – | – | 2,464,249 |
| Itisnaa | 4,437,113 | – | – | – | – | – | – | 4,437,113 |
| Murabaha | 318,286 | 387,751 | – | – | – | – | – | 706,037 |
| Musharaka | 56,258 | – | – | – | – | – | – | 56,258 |
| Sundry | 282,327 | – | – | – | – | – | 106,533 | 388,860 |
| Total | 15,695,476 | 6,901,664 | 16,862,490 | 3,967,124 | 134,947 | 523,644 | 1,003,416 | 45,088,761 |
| **Liabilities** | | | | | | | | |
| Customer credit current account | 34,442,929 | – | – | – | – | – | – | 34,442,929 |
| Due to Banks | 28,750 | 4,804 | 198,408 | 142,200 | – | 341,846 | 169,339 | 885,347 |
| Total | 34,471,679 | 4,804 | 198,408 | 142,200 | – | 341,846 | 169,339 | 35,328,276 |
| Contingent liabilities | 7,854,912 | 289,800 | 5,320,200 | 2,639,330 | – | 2,295,340 | 975,710 | 19,375,292 |

38

# NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
## FOR THE YEARS ENDED DECEMBER 31, 2001 AND 2000 (CONTINUED)

22. CREDIT RISK

Credit risk is the risk that one party to a financial instrument will fail to discharge an obligation and cause the other party to incur a financial loss.

Investments and letters of credit and guarantee represent the majority of credit-related financial instruments. The monitoring and management of risks associated with these instruments are done through the setting-up of approved credit limits, avoidance of undue concentration of risks, ensuring of customers' credit worthiness and obtaining adequate collateral, when necessary.

The maximum credit risk from on and off-balance sheet financial instruments is equal to the book value disclosed in the consolidated financial statements excluding fair values of collateral and cash margins on letters of credit and guarantee received.

23. CURRENCY RISK

The Corporation is exposed to the effects of fluctuations in foreign currency exchange rates on both its financial position and cash flow. The Corporation's management sets limits on the level of exposure by individual currency and in total for both overnight and intra-day positions, which are monitored daily. The Corporation had a net open foreign exchange position, principally in U.S. dollars, of SR 27,327,703 thousand at December 31, 2001 (2000: SR 29,834,463 thousand).

24. GEOGRAPHICAL CONCENTRATION OF ASSETS, LIABILITIES AND CONTINGENCIES

Below is the geographical distribution of the main categories of assets and liabilities as of December 31, 2001

| 2001 | Saudi Arabia SR'000 | Other GCC and Middle East SR'000 | Europe SR'000 | North America SR'000 | Latin America SR'000 | Southeast Asia SR'000 | Other countries SR'000 | Total SR'000 |
|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | |
| Cash & deposits with SAMA | 4,068,252 | – | – | – | – | – | – | 4,068,252 |
| Due to Banks | 10,996 | 238,046 | 212,979 | 105,848 | – | 193,255 | 42,044 | 803,168 |
| Investments, net: | | | | | | | | |
| Mutajara | 4,065,695 | 3,552,493 | 19,500,996 | 3,305,435 | 710,493 | – | – | 31,135,112 |
| Mutajara by wakala | – | – | 187,500 | 272,025 | – | – | – | 459,525 |
| Installment sale | 5,936,967 | – | – | – | – | – | – | 5,936,967 |
| Itisnaa | 3,959,737 | – | – | – | – | – | – | 3,959,737 |
| Murabaha | 305,065 | 387,751 | – | – | – | – | – | 692,816 |
| Musharaka | 47,733 | – | – | – | – | – | – | 47,733 |

Geographical distribution of the main categories of assets and liabilities as of December 31, 2001 continue to next page

# NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
## FOR THE YEARS ENDED DECEMBER 31, 2001 AND 2000 (CONTINUED)

The Department of Zakat and Income ("DZIT") issued zakat assessments for the years 1989 through 1998, which the Corporation appealed. The Primary Appeals Committee issued a decision (No. 31) during 1420H, in favor of the Corporation for the years from 1989 through 1995. The final assessments for such years have not been issued by the DZIT since it appealed the decision of the Committee and no final decision has yet been made. Furthermore, the Corporation did not receive any assessments from the DZIT for the years after 1998. The Corporation's management believes that zakat provision have been made for the expected zakat payments relating to prior years up to December 31, 2000.

21.   SEGMENTAL INFORMATION

The Corporation carries out banking and related investment activities. All assets, liabilities, and income are related to these activities.

The Corporation carries out its activities principally in Saudi Arabia and has 13 subsidiaries of which 12 are registered outside the Kingdom, as listed under Note 2/b. The total assets, liabilities, shareholder equity and net income for the Corporation and the subsidiaries, after eliminating significant balances and transactions between the Corporation and its subsidiaries as at December 31 are as follows:

| | Al Rajhi Banking and Investment Corp. SR '000 | Subsidiaries SR '000 | Total SR '000 |
|---|---|---|---|
| **2001** | | | |
| Total assets | 51,151,913 | 589,759 | 51,741,672 |
| Total liabilities and shareholders' equity | 51,726,420 | 15,252 | 51,741,672 |
| Total contingent liabilities and Mudaraba funds | 27,975,026 | — | 27,975,026 |
| Income for the year | 1,466,549 | 75,407 | 1,541,956 |
| | | | |
| **2000** | | | |
| Total assets | 46,447,265 | 2,233,169 | 48,680,434 |
| Total liabilities and shareholders' equity | 48,658,605 | 21,829 | 48,680,434 |
| Total contingent liabilities and Mudaraba funds | 25,845,205 | — | 25,845,205 |
| Income for the year | 1,698,874 | 200,875 | 1,899,749 |

36

# NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
## FOR THE YEARS ENDED DECEMBER 31, 2001 AND 2000 (CONTINUED)

| 2000 | Less than Three months SR'000 | From Three months to one year SR'000 | From One year to five years SR'000 | Over five years SR'000 | Total SR'000 |
|---|---|---|---|---|---|
| **Assets:** | | | | | |
| Letters of credit | 769,741 | 1,399,297 | 382,755 | – | 2,551,793 |
| Letters of guarantee | 342,715 | 910,290 | 455,546 | 379,364 | 2,087,915 |
| Unused commitments to extend credit | 4,650,000 | 9,764,739 | 320,845 | – | 14,735,584 |
| Total | 5,762,456 | 12,074,326 | 1,159,146 | 379,364 | 19,375,292 |

The unused portion of non-firm commitments which can be revoked at any time outstanding as at December 31, 2001 amounted to SR 13,201 million (2000: SR 11,520 million).

(d) Operating lease commitments:

The future minimum lease payments under non-cancelable operating leases where the Corporation is the lessee are as follows:

| | 2001 SR'000 | 2000 SR'000 |
|---|---|---|
| Less than one year | 19,683 | 12,033 |
| One year to five years | 62,880 | 58,974 |
| Over five years | 13,432 | 9,063 |
| Balance of the year | 95,995 | 80,070 |

19. EARNINGS PER SHARE

Basic earnings per share are calculated by dividing the net income for the year by the weighted average number of shares outstanding during the year.

20. PROPOSED GROSS DIVIDEND AND ZAKAT

Proposed gross dividends for the year ended December 31,2001, amounted to SR 1,298,548 thousands (2000: SR 1,307,476 thousands), after deduction of zakat of SR 38.5 million from the gross proposed dividends, resulting in a net dividend of SR 28 per share.

35

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
### FOR THE YEARS ENDED DECEMBER 31, 2001 AND 2000 (CONTINUED)

(b) Capital commitments

As at December 31, 2001 the Corporation had capital commitments of SR 47.2 million (2000: SR 47.1 million) in respect of contracts for computer software development and re-engineering of operations.

(c) Credit related commitments and contingencies

Credit related commitments and contingencies mainly comprise letters of guarantee, stand by letters of credit, acceptances and commitments to extend credit facility. Guarantee and stand by letters of credit, which represent irrevocable assurances that the Corporation will make payments in the event that a customer cannot meet its obligations to third parties, carry the same credit risk as investments.

Documentary and commercial letters of credit which are written undertakings by the Corporation on behalf of a customer authorizing a third party to draw drafts on the Corporation up to a stipulated amount under specific terms and conditions, are collateralized by the underlying shipments of goods to which they relate and therefore carry less risk. The acceptances comprise undertakings by the Corporation to pay bills of exchange drawn on customers. Cash requirements under such letters of credit are considerably less than the amount of the commitment because the Corporation expects that the customer will settle his basic commitments.

Commitments to extend credit represent unused portions of authorizations to extend credit in the form of investments, guarantees or letter of credit. With respect to credit risk on commitments to extend credit, the Corporation is potentially exposed to loss in an amount equal to the total unused commitments, but the amount of loss which cannot be reasonably estimated is considerably less than the total unused commitments since most commitments to extend credit are contingent upon customers maintaining specific credit standards. The total outstanding commitments to extend credit do not necessarily represent future cash requirements, as many of these commitments could expire or terminate without being funded.

The contractual maturities of commitments and contingencies at December 31 are as follows:

| 2001 | Less than Three months SR'000 | From Three months to one year SR'000 | From One year to five years SR'000 | Over five years SR'000 | Total SR'000 |
|---|---|---|---|---|---|
| Assets: | | | | | |
| Letters of credit | 786,680 | 1,428,384 | 391,898 | – | 2,606,962 |
| Letters of guarantee | 215,155 | 587,170 | 83,448 | 366,155 | 1,251,928 |
| Unused commitments to extend credit | 1,534,613 | 11,678,858 | 3,547,604 | – | 16,761,075 |
| Total | 2,536,448 | 13,694,412 | 4,022,950 | 366,155 | 20,619,965 |

34

# NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
### FOR THE YEARS ENDED DECEMBER 31, 2001 AND 2000 (CONTINUED)

15. SHARE CAPITAL

The authorised, issued and fully paid share capital as of December 31, is comprised of the following:

|  | 2001 | 2000 |
|---|---|---|
| Number of shares | 45 million | 45 million |
| Par value per share | SR 50 | SR 50 |
| Share capital | SR 2,250 million | SR 2,250 million |

16. STATUTORY RESERVE

The Banking Control Law requires a transfer to a non-distributable statutory reserve of a minimum of 25% of net income for the year. The Corporation may discontinue such transfers when the reserve equals the paid-up share capital. The reserve balance equaled the paid-up share capital amounting to SR 2,250 million and hence no transfers were made during the year.

17. PROVISION FOR DOUBTFUL ACCOUNTS (INVESTMENTS, AND OTHER)

The movement in the provision for doubtful accounts (investments and other) for the years ended December 31 is summarize as follows:

|  | 2001 SR'000 | 2000 SR'000 |
|---|---|---|
| Balance beginning of the year | 1,464,003 | 863,130 |
| Additions | 771,645 | 717,802 |
| Disposals, net | (13,516) | (116,929) |
| Balance of the year | 2,222,132 | 1,464,003 |

18. COMMITMENTS AND CONTINGENT LIABILITIES

(a) Legal proceedings

As at December 31, 2001 there were certain legal proceedings outstanding against the Corporation. A provision has been made based on advise from the Corporation's legal advisor.

# NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
## FOR THE YEARS ENDED DECEMBER 31, 2001 AND 2000 (CONTINUED)

12. CUSTOMER CREDIT CURRENT ACCOUNTS

Customer credit current accounts as of December 31, are comprised of the following:

|  | 2001 SR'000 | 2000 SR'000 |
|---|---|---|
| Saudi Riyals | 37,287,775 | 33,364,895 |
| Foreign currencies | 513,215 | 1,078,034 |
| Total | 37,800,990 | 34,442,929 |

13. DUE TO BANKS

Due to banks as of December 31, are comprised of the following:

|  | 2001 SR'000 | 2000 SR'000 |
|---|---|---|
| Domestic – current accounts | 6,523 | 1,541 |
| Foreign – current accounts | 1,134,600 | 883,806 |
| Total | 1,141,123 | 885,347 |

14. OTHER LIABILITIES

Other liabilities as of December 31, are comprised of the following:

|  | 2001 SR'000 | 2000 SR'000 |
|---|---|---|
| Creditors | 2,049,214 | 1,880,403 |
| Charities (Note 30) | 866 | 611 |
| Provision for end of service benefits | 242,251 | 224,999 |
| Other | 805,078 | 1,253,998 |
| Total | 3,097,409 | 3,360,011 |

32

# NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
## FOR THE YEARS ENDED DECEMBER 31, 2001 AND 2000 (CONTINUED)

| | Freehold land SR'000 | Leasehold land SR'000 | Buildings SR'000 | Plant and equipment SR'000 | Total SR'000 |
|---|---|---|---|---|---|
| Disposals | – | – | (167) | (7,064) | (7,231) |
| At December 31, 2001 | – | 869 | 76,526 | 544,560 | 621,955 |
| Net book values: | | | | | |
| At December 31, 2001 | 420,693 | 1,459 | 138,144 | 208,382 | 768,678 |
| At December 31, 2000 | 398,669 | 1,545 | 120,855 | 170,723 | 691,792 |

Buildings balance include work-in-process amounting to SR 31.8 million as at December 31, 2001 (2000: SR 18.4 million).

With the exception of certain fixed assets amounting to approximately SR 8.8 million, which are currently in the process of being transferred to the Corporation, the Corporation has substantially completed the transfer of ownership of assets acquired from Al Rajhi Company for Currency Exchange and Commerce (under liquidation).

311

11. OTHER ASSETS, NET

Other assets, net as of December 31, are comprised of the following:

| | 2001 SR'000 | 2000 SR'000 |
|---|---|---|
| Accrued investment income | 1,876,152 | 1,739,744 |
| Advances to others | 55,701 | 55,446 |
| Pre-operating expenses, net | 49,807 | 47,713 |
| Other | 483,356 | 148,512 |
| Total before provision | 2,465,016 | 1,991,415 |
| Less-provision | (127,906) | (143,606) |
| Other assets, net | 2,337,110 | 1,847,809 |

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
### FOR THE YEARS ENDED DECEMBER 31, 2001 AND 2000 (CONTINUED)

9. LEASED ASSETS, NET

Net leased assets as of December 31, are comprised of the following:

| | Aircraft SR'000 | Buildings SR'000 | Total SR'000 |
|---|---|---|---|
| Cost: | | | |
| At December 31, 2000 | 126,970 | 181,317 | 308,287 |
| At December 31, 2001 | 126,970 | 181,317 | 308,287 |
| Accumulated depreciation: | | | |
| At December 31, 2000 | 44,346 | - | 44,346 |
| Charge for the year | 4,405 | - | 4,405 |
| At December 31, 2001 | 48,751 | - | 48,751 |
| Net book values: | | | |
| At December 31, 2001 | 78,219 | 181,317 | 259,536 |
| At December 31, 2000 | 82,624 | 181,317 | 263,941 |

10. FIXED ASSETS, NET

Fixed assets, net as of December 31, are comprised of the following:

| | Freehold land SR'000 | Leasehold land SR'000 | Buildings SR'000 | Plant and equipment SR'000 | Total SR'000 |
|---|---|---|---|---|---|
| Cost: | | | | | |
| At December 31, 2000 | 398,669 | 2,328 | 188,805 | 611,978 | 1,201,780 |
| Additions during the year | 22,102 | - | 33,077 | 155,797 | 210,976 |
| Disposals | (78) | - | (7,212) | (14,833) | (22,123) |
| At December 31, 2001 | 420,693 | 2,328 | 214,670 | 752,942 | 1,390,633 |
| Accumulated depreciation: | | | | | |
| At December 31, 2000 | - | 783 | 67,950 | 441,255 | 509,988 |
| Charge for the year | - | 86 | 8,743 | 110,369 | 119,198 |

30

# NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
## FOR THE YEARS ENDED DECEMBER 31, 2001 AND 2000 (CONTINUED)

7. SUNDRY INVESTMENTS, NET

Sundry investments, net classified as available for sale as of December 31, are comprised of the following:

| | 2001 SR'000 | 2000 SR'000 |
|---|---|---|
| Investments in land, real estate and equipment | 183,534 | 149,523 |
| Equity investments | 152,066 | 155,286 |
| Investments in mutual funds | 122,867 | 129,241 |
| Investment in aircraft | 37,425 | 37,425 |
| **Total before provision** | 495,892 | 471,475 |
| Less - provision for investments | (78,100) | (82,615) |
| Sundry investments, net | 417,792 | 388,860 |

29

8. CUSTOMER DEBIT CURRENT ACCOUNTS, NET

Customer debit current accounts, net as of December 31, are comprised of the following:

| | 2001 SR'000 | 2000 SR'000 |
|---|---|---|
| Customer debit current accounts, net | 1,060,024 | 902,621 |
| Less - provision | (204,778) | (114,490) |
| Customer debit current accounts, net | 855,246 | 788,131 |

# NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
## FOR THE YEARS ENDED DECEMBER 31, 2001 AND 2000 (CONTINUED)

7.  SUNDRY INVESTMENTS, NET

Sundry investments, net classified as available for sale as of December 31, are comprised of the following:

|  | 2001 SR'000 | 2000 SR'000 |
|---|---|---|
| Investments in land, real estate and equipment | 183,534 | 149,523 |
| Equity investments | 152,066 | 155,286 |
| Investments in mutual funds | 122,867 | 129,241 |
| Investment in aircraft | 37,425 | 37,425 |
| Total before provision | 495,892 | 471,475 |
| Less – provision for investments | (78,100) | (82,615) |
| Sundry investments, net | 417,792 | 388,860 |

8.  CUSTOMER DEBIT CURRENT ACCOUNTS, NET

Customer debit current accounts, net as of December 31, are comprised of the following:

|  | 2001 SR'000 | 2000 SR'000 |
|---|---|---|
| Customer debit current accounts, net | 1,060,024 | 902,621 |
| Less – provision | (204,778) | (114,490) |
| Customer debit current accounts, net | 855,246 | 788,131 |

29

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
### FOR THE YEARS ENDED DECEMBER 31, 2001 AND 2000 (CONTINUED)

Instisnaa:

At the beginning of 1993, the Corporation signed istisnaa contracts with the Ministry of Education and General Presidency for Girls' Education, under the guarantee of the Ministry of Finance, for the construction of 400 schools within approximately 24 months. The value of the contract is payable in quarterly installments over 10 years. As of December 31, 2001, the Corporation handed over 395 schools finally and 399 schools were handed over provisionally. The outstanding balance on these contracts at December 31, 2001 was SR 1,181,727 thousand (2000: SR 1,650,587 thousand).

The istisnaa balance shown in the consolidated balance sheet as at December 31, 2001, and 2000 amounting to SR 2,732,180 thousand, represents the cost of constructing an electricity project in the Kingdom of Saudi Arabia under an istisnaa contract with the Saudi Electricity Company. This payment was made to the sub-contractor in 1999 as an advance on the project under a signed agreement.

Musharaka:

The musharaka account balance included in the consolidated balance sheet represents the cost of musharaka in commodities and its equivalents between the Corporation and other parties (customers). The liabilities include the equivalent of the Corporation's share. The Corporation's share in the musharaka sold to the other party after the termination of musharaka is included under Mutajara in the consolidated statement of balance sheet.

b) The risk concentrations for investments, net, by major economic sectors is as follows:

| | 2001 SR'000 | 2000 SR'000 |
|---|---|---|
| Banks and financial institutions | 20,470,981 | 21,293,833 |
| Commercial | 11,863,705 | 10,625,622 |
| Installment sales | 5,936,967 | 2,464,249 |
| Industrial | 2,732,180 | 2,807,127 |
| Public (Government) | 1,227,557 | 2,213,133 |
| Services | 417,792 | 387,751 |
| Other | 500 | 418 |
| Net Investments | 42,649,682 | 39,792,133 |

28

# NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
## FOR THE YEARS ENDED DECEMBER 31, 2001 AND 2000 (CONTINUED)

6.  INVESTMENTS, NET

(a) Investments at December 31, are comprised of the following:

| | 2001 | | | 2000 |
|---|---|---|---|---|
| | Gross SR'000 | Provision SR'000 | Net SR'000 | Net SR'000 |
| **Investments originated by the Corporation** | | | | |
| Investment with financial institutions and banks - Mutajara | 20,470,981 | – | 20,470,981 | 21,293,833 |
| Investments with others: | | | | |
| Mutajara | 11,678,035 | 1,013,904 | 10,664,131 | 6,566,570 |
| Mutajara by wakala | 459,525 | – | 459,525 | 3,879,213 |
| Installment sale | 6,485,050 | 548,083 | 5,936,967 | 2,464,249 |
| Istisnaa | 3,959,737 | – | 3,959,737 | 4,437,113 |
| Murabaha | 904,331 | 211,515 | 692,816 | 706,037 |
| Total investments with others | 23,486,678 | 1,773,502 | 21,713,176 | 18,053,182 |
| Total investments originated by the Corporation | 43,957,659 | 1,773,502 | 42,184,157 | 39,347,015 |
| **Investments available for sale** | | | | |
| Musharaka | 47,733 | – | 47,733 | 56,258 |
| Other | 495,892 | 78,100 | 417,792 | 388,860 |
| Total investment available for sale | 543,625 | 78,100 | 465,525 | 445,118 |
| Grand total | 44,501,284 | 1,851,602 | 42,649,682 | 39,792,133 |

The effective rate of return on investments amounted to 7.3 % for the year ended December 31,2001 (2000: 7.7%).

Non performing investments, less related provisions, amounted to SR 417.4 million at December 31, 2001 (2000: SR 387.8 million).

Investments originated by the Corporation are disclosed net of cumulative deferred income amounting to SR 3,930 million at December 31, 2001 (2000: SR 3,263 million).

Musharaka investments amounting to SR 47.7 million at December 31, 2001 (2000: SR 56.3 million) (see schedule above), and other investments which include non-trading shares amounting to SR 152.1 million at December 31, 2001 (2000: SR 155.3 million) (see Note 7) are recorded at cost since fair value cannot be reliably measured.

# NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
### FOR THE YEARS ENDED DECEMBER 31, 2001 AND 2000 (CONTINUED)

4.  DEPOSITS WITH THE SAUDI ARABIAN MONETARY AGENCY ("SAMA")

The deposits with SAMA as of December 31, are comprised of the following:

|  | 2001 SR'000 | 2000 SR'000 |
|---|---|---|
| Statutory deposit | 2,618,518 | 2,414,754 |
| Current accounts | 118,170 | 3,689 |
| Total | 2,736,688 | 2,418,443 |

In accordance with Article 7 of the Banking Control Regulations, the Corporation is required to maintain a statutory deposit with Saudi Arabian Monetary Agency at stipulated percentages of its customers' current accounts and other accounts, calculated at the end of each Gregorian month.

5.  DUE FROM BANKS

Due from banks as of December 31, are comprised of the following:

|  | 2001 SR'000 | 2000 SR'000 |
|---|---|---|
| Domestic – current accounts | 15,052 | 9,373 |
| Foreign – current accounts | 788,116 | 827,797 |
| Total | 803,168 | 837,170 |

26

# NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
## FOR THE YEARS ENDED DECEMBER 31, 2001 AND 2000 (CONTINUED)

(l) Customer credit current accounts

Customer credit current accounts, which are non-commission bearing accounts, are initially recognized at cost, being the fair value of the consideration received and subsequently measured at amortized cost.

(m) Accounting for leases

Leases entered into by the Corporation as a lessee are treated as operating leases, accordingly all lease payments are charged to the consolidated income statement on straight line basis over the period of the lease.

Leases entered into by the Corporation as a lessor are treated as operating leases, by which the lease is recorded at cost less depreciation per the specified rates, or at fair value based on appraisal by an independent party. The lease income is recorded in the consolidated statement of income as operating income.

(n) Cash and cash equivalents

Cash and cash equivalents in the consolidated statement of cash flows include cash and precious metals, deposits with SAMA and due from banks.

(o) Commission excluded from the consolidated statement of income

In accordance with the Sharia Authority's requirements, special commission income received by the Corporation is excluded from the determination of income and recorded as other liabilities to be paid to charities.

(p) Mudaraba funds

The Corporation carries out mudaraba transactions on behalf of its customers, which it considers being restricted investments, and are included under off-balance sheet mudaraba funds. The Corporation's share of profits from managing such funds is included in the consolidated statement of income.

3.    CASH AND PRECIOUS METALS

Cash and precious metals as of December 31, are comprised of the following:

|  | 2001 SR'000 | 2000 SR'000 |
|---|---|---|
| Cash and precious metals on hand | 1,330,185 | 2,039,483 |
| Precious metals with correspondents | 1,379 | 1,532 |
| Total | 1,331,564 | 2,041,015 |

# NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
## FOR THE YEARS ENDED DECEMBER 31, 2001 AND 2000 (CONTINUED)

(h) Investments and provisions for impairment

Investments originated by the Corporation are initially recognized at cost and subsequently measured at cost less any amounts written-off and impairment of provision value.

The provision for investments (doubtful accounts) is determined according to management's assessment of the adequacy of the recorded provision on a periodic basis. Such assessment takes into account the compositions and value of the related accounts, historical pattern of losses, the credit rating of the customers and the economic environment in which the borrowers operate.

The provision for doubtful accounts is deducted from the related investments account for presentation purposes in the consolidated balance sheets.

Available for sale investments are initially recognized at cost and subsequently measured at fair value. Change in value is charged to consolidated statement of income. Available for sale investments whose fair value cannot be reliably measured are carried at amortized cost.

(i) Impairment of financial assets

An assessment is made at each balance sheet date to determine whether there is an objective evidence that a financial asset or a group of financial assets may be impaired. If such evidence exists, the estimated recoverable amount of that asset and any impairment loss is determined on the assets, based on the net present value of future anticipated cash flows which are recognized for changes in their carrying amounts.

The carrying amount of the financial assets at amortized cost is adjusted either directly or through the use of an allowance account and the amount of the adjustment is included in the consolidated statement of income.

Financial assets are written off only in circumstances where effectively all possible means of recovery have been exhausted.

(j) Customer debit current accounts

All customers debit current accounts, which are non-commission bearing, are stated at cost less any amount written off and any provisions for impairment.

(k) Fixed assets

Fixed assets are stated at cost, net of accumulated depreciation and amortization. Basehold land is not depreciated. The cost of other fixed assets is depreciated or amortized using the straight-line method over the estimated useful lives of the assets, as follows:

| | |
|---|---|
| Leasehold land | period of lease |
| Buildings | 20 years |
| Equipment and furniture | 3 - 10 years |
| Aircraft | 25 years (net of estimated residual value) |

# NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
## FOR THE YEARS ENDED DECEMBER 31, 2001 AND 2000 (CONTINUED)

- Investments available for sale – such investments measured at fair value, comprise of musharaka, real estate, mutual funds, and other investments.

c-ii)  Zakat – effective January 1, 2001 the Corporation changed its accounting policy related to zakat that was followed in prior years from an expense charged to the statement of income to a liability of the shareholders to be deducted from dividend distributions and accordingly, restated the consolidated statements of income and changes in shareholders equity for the prior year. The change  was made to conform with practices generally followed by the other banks in the Kingdom of Saudi Arabia.

c-iii)  Revenue recognition – during 1999 the Corporation changed the revenue recognition policy for certain investments from straight line method to the constant rate of return method. The effect of not implementing the constant rate of return method on all investments    during 1999 was determined during the year 2000 and credited to the retained earnings balances at January 1, 2000.

## (d) Trade date accounting

All normal purchases and sales of financial assets are recognized on the trade date, i.e. the date that the Corporation commits to purchase or sell the assets. Normal purchases or sales of financial assets require delivery of those assets within the time frame generally established by regulation or convention in the market place.

## (e) Foreign currencies and precious metals

Transactions in foreign currencies and precious metals are translated into Saudi Riyals at exchange rates prevailing on the dates of the transactions. Monetary assets and liabilities in foreign currencies and precious metals are translated into Saudi Riyals at exchange rates prevailing at the consolidated balance sheets date.
Realized and unrealized gains and losses from differences of exchange rates and prices of precious metals are credited or charged to in the consolidated statements of income.

## (f) Offsetting of financial assets and liabilities

Financial assets and liabilities are offset and reported net in the consolidated balance sheet when there is a legally enforceable right to set off the recognized amounts or when the Corporation intends to settle on a net basis, or to realize the asset and settle the liability simultaneously.

## (g) Recognition of income

- Income from mutajara, mutajara by wakala, murabaha, musharaka after sale of shares, leasing, installment sale and istisnaa financing is recognized based on a constant rate of return on the outstanding balance method. No additional amounts are charged for delayed payments.

- Income from istisnaa arises from construction and financing of projects. Income from the construction part of istisnaa contract under progress is recognized based on the percentage of completion method. However, if the cost to completion cannot be reasonably estimated then the income is recognized upon completion of the contract. Such income is included under istisnaa income in the consolidated statement of income.

- Income from banking services is recognized at the time the related services are provided.

# NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
## FOR THE YEARS ENDED DECEMBER 31, 2001 AND 2000 (CONTINUED)

(b) Basis of the preparation of the Consolidated financial statements

The consolidated financial statements include the financial statements of the Corporation and its subsidiaries in which the Corporation's shareholdings exceed 50% of the share capital. Significant balances and transactions between the Corporation and its subsidiaries and those between the subsidiaries are eliminated upon consolidation.

The consolidated subsidiaries are as follows:

| Subsidiaries | Percentage of ownership | |
|---|---|---|
| | 2001 | 2000 |
| AR Aviation 1 Limited - Jersey | 100 % | 100 % |
| AR Aviation 5 Limited - Jersey | 100 % | 100 % |
| Arpent Investment Limited - Jersey | 100 % | 100 % |
| SPC Limited - British Virgin Islands | 99 % | 99 % |
| Arpent VAT Limited - England | 100 % | 100 % |
| Al Rajhi Investment Corporation Limited - London | 100 % | 100 % |
| Pixie N.V. - Netherlands Antilles | 100 % | 100 % |
| Nahri Investment Limited - Jersey | 100 % | 100 % |
| ARA 1 Company Limited - Jersey | 99 % | 99 % |
| Al Rajhi Company for Development Limited - Riyadh | 99 % | 99 % |
| AR Aviation 2 Limited - Jersey | | 100 % |
| AR Aviation 4 Limited - Jersey | | 100 % |

During 1999 the Corporation commenced legal proceedings in relation to Netherlands Environmental Alies N.V. which is owned by 99.98% by Al Rajhi. The subsidiary has been excluded from consolidation as no information is available and a provision for the full amount has been made.

During Year 2001 AR Aviation 2 Limited - Jersey, and AR Aviation 4 Limited - Jersey, were liquidated due to the completion of purpose of the incorporation.

c) Changes in accounting polices

c-i)    IAS No. 39 - effective January 1, 2001, the Corporation implemented IAS No. 39 "Financial Instruments: Recognition and Measurement". Based on the study done by the Corporation, the effect of the implementation on the non-derivative financial instruments is considered to be immaterial. The Corporation does not deal in derivative financial instruments. In accordance with the standard, the Corporation classifies its significant investments as follows:

- Investments originated by the Corporation - such investments measured at amortized cost, comprise of mutajara, mutajara by wakala, installment sale, istisnaa and murabaha.

# NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
## FOR THE YEARS ENDED DECEMBER 31, 2001 AND 2000

1. GENERAL

(a) Incorporation and Operations

Al Rajhi Banking and Investment Corporation, Saudi Joint Stock Company, (the "Corporation") was formed and licensed pursuant to Royal Decree No. M/59 dated 3.11.1407H and in accordance with Article 6 of the Council of Ministers Resolution No. 245, dated 26.10.1407H. The Corporation operates under Commercial registration no. 1010000096. The Corporations Head Office is located at the following address:

Al Rajhi Banking and Investment Corporation
P.O. Box 28
Riyadh 11411
Kingdom of Saudi Arabia

The objectives of the Corporation are to carry out banking and investment activities in accordance with its Memorandum and Articles of Association, the Banking Control Law and the Council of Ministers Resolution referred to above. The Corporation is engaged in banking and investment activities inside and outside the Kingdom of Saudi Arabia on its own account and on behalf of others. At December 31, 2001, the Corporation had 373 branches (366 branches in 2000). The Corporation's staff at December 31, 2001 were 5,792 (5,556 in 2000). The Corporation has also established wholly or substantially owned subsidiaries (See Note 2b).

(b) Sharia Authority

The constituent general assembly of the Corporation formed a Sharia Authority (the "Authority") and defined the rules governing its activities. The Authority has reviewed a number of activities and issued a number of decisions relating to some of these activities. The Corporation has completed the procedures for implementing some of the Authority decisions, and is in the process of amending the procedures relating to other decisions.

2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

The principal accounting policies used in preparing these consolidated financial statements are described as follows:

(a) Basis of presentation

The Corporation follows the Accounting Standards for Commercial Banks issued by the Saudi Arabian Monetary Agency ("SAMA") and the International Accounting Standards ("IAS"). The Corporation is currently developing its financial systems to generate detailed information for disclosure of segmental informational as well as operating results from transactions with related parties. Also it prepares its financial statements to comply with the Banking Control Law and the Regulations of Companies in the Kingdom of Saudi Arabia.

The financial statements are prepared under the historical cost convention, except for investments available for sale, which are measured at fair value.

# CONSOLIDATED STATEMENTS OF CASH FLOWS
## FOR THE YEARS ENDED DECEMBER 31, 2001 AND 2000

|  | 2001<br>SR'000 | 2000<br>SR'000 |
|---|---|---|
| CASH FLOWS FROM OPERATING ACTIVITIES: | | |
| Net income for the year | 1,541,956 | 1,899,749 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
| Depreciation and amortization | 164,732 | 139,102 |
| Provision for doubtful debts (investments and other) | 771,645 | 717,802 |
| Loss on sale of fixed assets | 29 | 344 |
| Net (Increase) decrease in operating assets: | | |
| Customer debit current accounts, net | (147,815) | 81,641 |
| Other assets, net | (530,480) | (522,401) |
| Net Increase (decrease) in operating liabilities: | | |
| Customer credit current accounts | 3,358,067 | 4,259,692 |
| Other customer accounts | (524,477) | (49,796) |
| Due to banks | 255,776 | (230,053) |
| Other liabilities | (907,078) | 388,911 |
| Net cash provided by operating activities | 3,982,399 | 6,684,991 |

The accompanying notes from 1 to 34 form an integral part of these consolidated financial statements.

# CONSOLIDATED STATEMENTS OF CASH FLOWS
## FOR THE YEARS ENDED DECEMBER 31, 2001 AND 2000 (CONTINUED)

| | 2001 SR'000 | 2000 SR'000 |
|---|---|---|
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | |
| Mutajara | (3,274,709) | (7,197,591) |
| Mutajara by wakala | 3,419,688 | 3,143,515 |
| Installment sales | (3,566,663) | (1,680,260) |
| Istisnaa | 477,376 | 765,610 |
| Murabaha | 13,221 | 34,982 |
| Musharaka | 8,525 | 126,836 |
| Sundry Investments | (28,932) | 289,105 |
| Purchase of fixed assets | (210,976) | (226,762) |
| Proceeds from sale of fixed assets | (14,863) | 47,926 |
| Net cash used by investing activities | (3,147,607) | (4,696,639) |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | |
| Dividends paid | (1,260,000) | (1,260,000) |
| Net cash used by financing activities | (1,260,000) | (1,260,000) |
| **NET CHANGE IN CASH AND CASH EQUIVALENTS** | (425,208) | 728,352 |
| CASH AND CASH EQUIVALENTS, BEGINNING OF YEAR (Note 2n) | 5,296,628 | 4,568,276 |
| CASH AND CASH EQUIVALENTS, END OF YEAR (Note 2n) | 4,871,420 | 5,296,628 |

20

The accompanying notes from 1 to 34 form an integral part of these consolidated financial statements.

# CONSOLIDATED STATEMENTS OF CHANGES IN SHAREHOLDERS' EQUITY
## FOR THE YEARS ENDED DECEMBER 31, 2001 AND 2000

| | NOTES | Share Capital SR'000 | Statutory Reserve SR'000 | General Reserve SR'000 | Retained Earnings SR'000 | Total SR'000 |
|---|---|---|---|---|---|---|
| **2001** | | | | | | |
| Balance as at January 1, 2001 | | 2,250,000 | 2,250,000 | 939,364 | 1,037,357 | 6,476,721 |
| Net income for the year | | – | – | | 1,541,956 | 1,541,956 |
| Proposed gross dividends | 20 | – | | | (1,298,548) | (1,298,548) |
| **Balance as at December 31, 2001** | | 2,250,000 | 2,250,000 | 939,364 | 1,280,765 | 6,720,129 |
| **2000** | | | | | | |
| Balance as at January 1, 2001 | | 2,250,000 | 2,250,000 | 939,364 | 250,000 | 5,689,364 |
| Effect of change in accounting Policy | 2c | – | – | – | 195,084 | 195,084 |
| Net income for the year | 2c | – | | – | 1,899,749 | 1,899,749 |
| Proposed gross dividends | 20 | – | – | – | (1,307,476) | (1,307,476) |
| **Balance as at December 31, 2000** | | 2,250,000 | 2,250,000 | 939,364 | 1,037,357 | 6,476,721 |

18

The accompanying notes from 1 to 34 form an integral part of these consolidated financial statements.

# CONSOLIDATED STATEMENTS OF INCOME
## FOR THE YEARS ENDED DECEMBER 31, 2001 AND 2000

| | NOTES | 2001 SR'000 | 2000 SR'000 |
|---|---|---|---|
| **INCOME:** | | | |
| Income from investments: | | | |
| Mutajara | | 1,584,454 | 1,740,744 |
| Mutajara by wakala | | 122,086 | 357,072 |
| Installment sales | | 585,576 | 231,341 |
| Istisnaa | | 640,891 | 690,756 |
| Murabaha | | 18,906 | 32,538 |
| Sundry | | 3,694 | 10,742 |
| Total income from investments | | 2,955,607 | 3,063,193 |
| Leased assets income | | 25,140 | 27,632 |
| Mudaraba fees | | 49,143 | 68,106 |
| Exchange differences income | | 162,104 | 264,679 |
| Other income | | 330,520 | 293,984 |
| Total operating income | | 3,522,514 | 3,717,594 |
| **EXPENSES:** | | | |
| Salaries and staff related benefits | | 594,921 | 573,853 |
| Rent and premises expenses | | 72,901 | 62,682 |
| Provisions for doubtful accounts (Investments and other) | 17 | 771,645 | 717,802 |
| Depreciation and amortization | | 164,732 | 139,102 |
| General and other administrative expenses | | 373,635 | 322,171 |
| Borad of directors' remuneration | | 2,724 | 2,235 |
| Total operating expenses | | 1,980,558 | 1,817,845 |
| NET INCOME | 2c | 1,541,956 | 1,899,749 |
| Weighted average number of outstanding shares | | 45 million | 45 million |
| Earnings per share | 19 | SR 34.27 | SR 42.22 |

The accompanying notes from 1 to 34 form an integral part of these consolidated financial statements.

# CONSOLIDATED BALANCE SHEETS
## DECEMBER 31, 2001 AND 2000

| | NOTES | 2001 SR'000 | 2000 SR'000 |
|---|---|---|---|
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | |
| **LIABILITIES** | | | |
| Customer credit current accounts | 12 | 37,800,990 | 34,442,929 |
| Other customer accounts (including margins on letters of credit, third party funds, certified checks and transfers) | | 1,683,473 | 2,207,950 |
| Due to banks | 13 | 1,141,123 | 885,347 |
| Proposed gross dividends | 20 | 1,298,548 | 1,307,476 |
| Other liabilities | 14 | 3,097,409 | 3,360,011 |
| Total liabilities | | 45,021,543 | 42,203,713 |
| **SHAREHOLDERS' EQUITY** | | | |
| Share capital | 15 | 2,250,000 | 2,250,000 |
| Statutory reserve | 16 | 2,250,000 | 2,250,000 |
| General reserve | | 939,364 | 939,364 |
| Retained earnings | | 1,280,765 | 1,037,357 |
| Total shareholders' equity | | 6,720,129 | 6,476,721 |
| **TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY** | | 51,741,672 | 48,680,434 |
| MUDARABA FUNDS | 28a | 7,355,061 | 6,469,913 |
| CONTINGENT LIABILITIES | 28b | 20,619,965 | 19,375,292 |

The accompanying notes from 1 to 34 form an integral part of these consolidated financial statements.

# CONSOLIDATED BALANCE SHEETS
## DECEMBER 31, 2001 AND 2000

| | NOTES | 2001 SR'000 | 2000 SR'000 |
|---|---|---|---|
| **ASSETS** | | | |
| Cash and precious metals | 3 | 1,331,564 | 2,041,015 |
| Deposits with Saudi Arabian Monetary Agency (SAMA) | 4 | 2,736,688 | 2,418,443 |
| Due from banks | 5 | 903,168 | 837,170 |
| Investments, net: | | | |
| Mutajara | | 31,135,112 | 27,860,403 |
| Mutajara by wakala | | 459,525 | 3,879,213 |
| Installment sales | | 5,936,967 | 2,464,249 |
| Istisnaa | | 3,959,737 | 4,437,113 |
| Muraboha | | 692,816 | 706,037 |
| Musharaka | | 47,733 | 56,258 |
| Sundry, net | 7 | 417,792 | 388,860 |
| Total investments, net | 6 | 42,649,682 | 39,792,133 |
| Customer debit current accounts, net | 8 | 855,246 | 788,131 |
| Leased assets, net | 9 | 259,536 | 263,941 |
| Fixed assets, net | 10 | 768,678 | 691,792 |
| Other assets, net | 11 | 2,337,110 | 1,847,809 |
| **TOTAL ASSETS** | | 51,741,672 | 48,680,434 |

The accompanying notes from 1 to 34 form an integral part of these consolidated financial statements.



## SHARI'A AUTHORITY

Consistent with the Corporation's Islamic course, and in compliance with the implementation of Shari'a rules in all the Corporation's activities, a number of questions and inquiries were submitted to the Shari'a Authority during the year. The Shari'a Committee issued necessary decisions for implementation.

As a measure of its concern in implementing the Shari'a Committee decisions, the Shari'a Monitoring Department is following up the implementation through field inspections.



# FINAL ACCOUNTS AND AUDITORS' REPORT
### FOR THE YEAR ENDED DECEMBER 31, 2001



### Private Banking Services

- AL Rajhi Local Shares Fund achieved the best performance among all Local Trading Funds in 2001. The share price for the fund closed the year with a growth of 40.39%. Al Rajhi Local Shares Fund focuses on investments in local companies, namely cement, real estate and gas corporations.
- The Private Banking division is now in its third year of operations and specializes in servicing a very elite segment of Al Rajhi customers with a mission of redefining conventional banking services.
- Three main Private Banking Centers (Riyadh, Jeddah and Dammam) specialize in servicing this segment of our customers in an atmosphere of luxury and absolute confidentiality. These centers offer flexibility through highly qualified account managers who are constantly on call. They provide the customers with state of the art banking services, tailored to meet their sophisticated banking needs. Additionally, the center provides the customer with privacy in terms of cheque books, cards, and promptness of service.

### Architectural Development for Branches and ATM Locations

As per the Corporation's strategy of upgrading its banking services, an architectural development plan was designed to build state-of-the-art branches and renovate existing ones.



CUSTOMER CREDIT CURRENT ACCOUNTS
(AMOUNTS IN SR MILLION)

| | |
|---|---|
| 2001 – 37,601 | |
| 2000 – 34,443 | |
| 1999 – 30,163 | |
| 1998 – 27,339 | |
| 1997 – 25,114 | |
| 1996 – 21,509 | |

## Operations and Systems

The year 2001 was the year of Quality systems. The Corporation's systems were developed, upgraded, new applications and programs were developed to improve connectivity across systems and applications.

This is in addition to providing 24 hour technical support for all concerned sectors/departments, as well providing printed and written operations manuals. In regards to banking transactions, overall major strides were achieved to bring the corporation closer to international computerization standards.

## Investment Services, Shares and Private Banking

- Increase of the total investments in the Corporation's mutual funds and islamic murabaha to almost double throughout the last two years.
- Launch of three new funds: Al Rajhi European Fund, Children's Fund and Ladies Fund, which is a pioneer product targeting the ladies segment. Thus, the number of investment channels offered by the Corporation reached 13 investment channels in addition to Deferred Sale.
- Development of the marketing services network through the investment centers in Riyadh, Jeddah, Dammam, Madinah and Abha, which fall under the umbrella of Private Banking.
- Continued activity of the Corporation's Department of Investment Products' Development which focuses on identifying and assessing market needs, and benefiting from international opportunities and experience to provide customers with suitable products tailored to meet their ambitions, according to Shari'a guidelines.

## Local Stock Trading

The year 2001 witnessed the application of the new "Tadawol" System by SAMA in lieu of the previous system (ESIS). Al Rajhi was instrumental in the success of this system through active participation during the testing period and investor profiling. The Corporation conducted investor familiarization meetings in Riyadh and Jeddah to introduce the new system and raise investors' literacy and awareness of its advantages through educational brochures. Furthermore, new renovated centers were launched and a dividend's payment system related to joint stock companies was developed.



TOTAL INVESTMENTS
(AMOUNTS IN SR MILLION)

| | |
|---|---|
| 2001 = 42,651 | |
| 2000 = 39,712 | |
| 1999 = 35,298 | |
| 1998 = 32,104 | |
| 1997 = 29,522 | |
| 1996 = 23,053 | |

0    10,000    20,000    30,000    40,000

## International Corporate Department

International Corporate Department is now operating fully since its creation in 2000 and continues to uphold the existing investment portfolio and the identification and pursuit of adequate investment opportunities. Our primarily goal for 2002 remains that of spreading risk over various sectors of activity and geographical locations. With this in mind, we will intensify our marketing efforts to cover a wider segment of clients, but with a lower individual client exposure than hitherto has been the case.

## Banking and Electronic Services

The Corporation continued the implementation of development plans aiming to provide high quality banking to its customers. By the end of 2001, the number of branches reached 375, an increase of 13 branches, of which 300 branches were renovated. Similarly, the ladies network grew to 81 branches by end of year, an increase of 14 sections. Ladies products and services were also further developed through the Al Jawhara Package to meet the requirements of this segment. The number of Al Tamayoz rooms also increased to 193, an increase of 47 rooms from last year. The rooms are designed to provide the best service for "Al Safwa" and "Al Noukhba" customers. On the exchange and remittance activities, the number of centers increased from 10 to 25, excluding the independent units within the branches. The Corporation continued to enhance its ATM and POS network throughout the year 2001. The number of ATM machines in our network increased as did the range of services and functions available through this network. Last year, 120 new ATMs were installed, bringing the total network to 706 machines. The services available through ATM were also upgraded to include: cash deposits, foreign currency withdrawal, transfers between accounts, foreign remittance transactions, utility bill settlement (electricity & telephone) in addition to balance inquiry and printing summary statements. POS penetration at commercial outlets also increased to reach 4042 terminals, an increase of 1160 from the year 2000.

## Telephone, Internet and WAP

The Corporation established the telephone, Internet and WAP banking center to provide the customer with a range of new banking services. Al Waseet card was introduced for the use of company representatives and Al Rajhi Express Remittance Card (ER) was developed for remittance customers.

## Human Resources (HR) and Training

The Human Resources department completed the essential infrastructure of the employee database for the electronic human resources system "HR ACCESS". It also finalized the first stage of AL Tafawok project which included: job description, job qualifications, and development of the screening and appointment system as well as the performance appraisal system. Additionally, remuneration and reward scales were scientifically developed based on the Job Analysis and Evaluation system, aligning remuneration to job responsibilities and corporate contribution with the aim of establishing fair remuneration internally. In the year 2001, HR provided a total of 3957 training opportunities shared by a total of 5792 staff members.



## SUMMARY OF THE YEARS ACTIVITIES

### Treasury

The year's events pushed global economies into recession and chaos. The collapse of the equity markets around the world led governments and central banks to act aggressively to stimulate economies that were reporting weak corporate earnings, falling consumer spending, and growing unemployment.

The Federal Reserve cut their key lending rates 11 times during the year driving down borrowing costs from 6.5% at the beginning of the year to 1.75% at the end – the lowest level in more than forty years.

Investment revenues have been adversely affected by weak market conditions but the impact has been mitigated by our strategy to increase the average life of our assets and to diversify our investment risk and this reflected on treasury investment portfolio reserving it's "A" average weighted credit rating.

### International banking relations (IBD)

The year 2001 was challenging both at the global and local levels. Al Rajhi faced this new challenge successfully by adopting several measures that, to the extent possible, would reduce the impact on its profitability. The department has concentrated on improving the income revenue from different sources including by penetrating into the segment of Saudi export business. On its attempt to support correspondent banking network and to enhance its international reach 10 new relationships have been established and one more country was brought into the ambit of correspondent banking network.

IBD has successfully developed a new product named Saudi Umrah & Haji Card (SUHC) as a facility to the pilgrims coming to the Kingdom to perform their Umrah and Haj rites. IBD also ensured a smooth transition to use the united European currency (Euro). Further, IBD developed Quality Standards for all its activities and for the services rendered by the foreign correspondent banks.



## SUMMARY OF THE YEARS ACTIVITIES

### Treasury

The year's events pushed global economies into recession and chaos. The collapse of the equity markets around the world led governments and central banks to act aggressively to stimulate economies that were reporting weak corporate earnings, falling consumer spending, and growing unemployment.

The Federal Reserve cut their key lending rates 11 times during the year driving down borrowing costs from 6.5% at the beginning of the year to 1.75% at the end - the lowest level in more than forty years.

Investment revenues have been adversely affected by weak market conditions but the impact has been mitigated by our strategy to increase the average life of our assets and to diversify our investment risk and this reflected on treasury investment portfolio reserving it's "A" average weighted credit rating.

### International banking relations (IBD)

The year 2001 was challenging both at the global and local levels. Al Rajhi faced this new challenge successfully by adopting several measures that, to the extent possible, would reduce the impact on its profitability. The department has concentrated on improving the income revenue from different sources including by penetrating into the segment of Saudi export business. On its attempt to support correspondent banking network and to enhance its international reach 10 new relationships have been established and one more country was brought into the ambit of correspondent banking network.

IBD has successfully developed a new product named Saudi Umrah & Haji Card (SUHC) as a facility to the pilgrims coming to the Kingdom to perform their Umrah and Haj rites. IBD also ensured a smooth transition to use the united European currency (Euro). Further, IBD developed Quality Standards for all its activities and for the services rendered by the foreign correspondent banks.

## Conclusion

The Board of Directors is proud of the Corporation's achievement during 2001. It takes this opportunity to express its thanks and gratitude to the Custodian of the Two Holy Mosques, HRH the Crown Prince and First Deputy Premier and Head of the National Guard, the Second Deputy Premier the Minister of Defense and Aviation and the Inspector General, and to our wise Government.

The Board also thanks the Ministry of Finance and National Economy, the Ministry of Commerce, and the Saudi Arabian Monetary Agency for their continued cooperation and support in the development of the banking sector, which in turn played a major role in developing the national economy.

The Board also thanks the Honorable Chairman and Members of the Corporation's Shari'a Committee for their sincere efforts and contribution in giving their valuable religious and legal recommendations in connection with the Corporation's banking and investment activities without any charge to the corporation- May God reward them all.

The Board of Directors takes this opportunity to express its sincere thanks and appreciation to our shareholders, customers, and correspondents for their support and trust.

We pray to the Almighty to reward them by bestowing success and prosperity to the Corporation. We also thank the staff of the Corporation for their efforts and devotion in carrying out their tasks and duties.

Board of Directors



NET INCOME
(AMOUNTS IN SR MILLION)

## Distribution of Dividends

The Board of Directors proposes to distribute the net income as follows:

|  | SR million |
|---|---|
| Current year net income | 1,542 |
| Retained earnings brought forward | 1,037 |
| Total | 2,579 |

## Proposed Distribution

|  |  |
|---|---|
| Proposed dividend to shareholders (at SR 28 per share) | 1,260 |
| Transfer to retained earnings | 1,281 |

It is also recommended that distribution of dividends commence effective the day following the day of the Annual General Meeting.



# DIRECTORS' REMUNERATION

In accordance with article 19 of the Corporation's Articles of Association, Director's total remunerations and attendance fees amounted to SR 1,860,000 and SR 231,000 respectively. Attendance fees for the Executive Committee meeting were SR 105,000. Actual expenses related to attendance at Board and Executive Committee (including travel and accommodation expenses) amounted to SR 71,105. Additionally, salaries and allowances of SR 2,377,128 were paid to two of the Directors in their capacity as executive directors. It should be noted that members of the Board of Directors do not charge any fees other than those provided for in the Corporation's Articles of Association. It should also be noted that the Managing Director was not paid the remuneration stipulated in Article 22 of the Articles of Association. He has offered his time and effort without charge to help support and develop the Corporation, and to help achieve its noble objectives- May God reward him.

## Auditors

The General Assembly held on March 4, 2001 appointed Arthur Andersen and Al Juraid & Co. as the Corporation's auditors for the fiscal year 2001. The General Assembly will seek to re-appoint the current auditors, or appoint alternative auditors for the fiscal year 2002 after receiving the recommendations of the Audit Committee in this regard.

TOTAL OWNERS' EQUITY
(AMOUNTS IN SR MILLIONS)

| Year | Value |
|------|-------|
| 2001 | 5,720 |
| 2000 | 5,427 |
| 1999 | 5,681 |
| 1998 | 5341 |
| 1997 | 5041 |
| 1996 | 4716 |

0    1,000    2,000    3,000    4,000    5,000    6,000

In line with the Corporation's strategy, which is based upon a balance of risk and return, the Corporation's investment portfolio reached SR 42,650 million at December 31, 2001 compared to SR 39, 792 million in 2000, representing a growth of 7.2%. Investments during the year, which included deferred sales, Istisnaa, Leasing, Musharaka, Wakala, Murabaha, and Mudaraba were in compliance with the Sharia's guidelines.

The rate of return on shareholders' equity amounted to 23% compared to 29% in 2000, and earning per share amounted to SR 34.27 compared to SR 42.22 in 2000.



TOTAL BALANCE SHEET
(AMOUNTS IN SR MILLION)

# BOARD OF DIRECTORS' REPORT

## DEAR SHAREHOLDERS

During the year 2001, the Corporation continued to build upon its position as a leading financial institution in the Kingdom of Saudi Arabia. The Corporation continued consolidating its activities and developing its banking services using state of the art banking technology and through implementing quality standards. This has resulted in enhanced customer service, which, in turn, has translated into positive financial results.

Financial Results

Despite the global economic circumstances, which witnessed a fallback in all main financial indices, and its negative impact throughout the year on Mutajara earnings, the Corporation has managed to realize a net income of SR 1,542 million by diversifying its investments. The total assets of the Corporation by the end of 2001 amounted to SR 51,742 million compared to SR 48,680 million for 2000, a growth of 6.3%. The Corporation balance sheet total, including contra accounts, amounted to SR 79,717 million at December 31, 2001 reflecting the Corporation's management capability.

Growth in the Corporation's assets was matched by an increase in the customer's current accounts, which reached a total of SR 37,801 million at December 31, 2001 compared to SR 34,443 million at the end of 2000, a growth of 10% reflecting customer's confidence in the Corporation, hence an increased share of Corporation in the banking sector.

# BOARD OF DIRECTORS' REPORT

## DEAR SHAREHOLDERS

During the year 2001, the Corporation continued to build upon its position as a leading financial institution in the Kingdom of Saudi Arabia. The Corporation continued consolidating its activities and developing its banking services using state of the art banking technology and through implementing quality standards. This has resulted in enhanced customer service, which, in turn, has translated into positive financial results.

### Financial Results

Despite the global economic circumstances, which witnessed a fallback in all main financial indices, and its negative impact throughout the year on Mutajara earnings, the Corporation has managed to realize a net income of SR 1,542 million by diversifying its investments. The total assets of the Corporation by the end of 2001 amounted to SR 51,742 million compared to SR 48,680 million for 2000, a growth of 6.3%. The Corporation balance sheet total, including contra accounts, amounted to SR 79,717 million at December 31, 2001 reflecting the Corporation's management capability.

Growth in the Corporation's assets was matched by an increase in the customer's current accounts, which reached a total of SR 37,801 million at December 31, 2001 compared to SR 34,443 million at the end of 2000, a growth of 10% reflecting customer's confidence in the Corporation, hence an increased share of Corporation in the banking sector.



# BOARD OF DIRECTORS

CHAIRMAN AND MANAGING DIRECTOR
• SULAIMAN ABDUL AZIZ AL RAJHI

GENERAL MANAGER
• ABDULLAH SULAIMAN AL RAJHI

ABDULLAH ABDUL AZIZ AL RAJHI

ALI MOHAMMED AL RAJHI

MOHAMMED IBRAHIM ALISSA

MOHAMMED OSMAN AL BISHR

MOHAMMED ABDUL AZIZ AL RAJHI

ALI AHMED AL SHURBY

• SALAH ALI ABA AL KHAIL

ABDULLAH YAHYA AL MOUALLIMI

ZYAD BIN ABDULRAHMAN AL SIDAIRY

MOHAMMED ABDULLAH AL RAJHI

SAEED OMER QASIM ALESAYI

• SULAIMAN SALEH AL RAJHI

• NASER MOHAMED AL SUBAI'Y

CERTIFIED PUBLIC ACCOUNTANT
AL JURAID & Arthur Andersen

• Members of the Executive Committee



# CONTENTS

3  Board Of Directors

4  Board Of Directors' Report

9  Summary Of The Years Activities

14  Final Accounts

21  Notes To The Consolidated Financial Statements

44  Auditors' Report

45  List Of Branches



KING FAHD BIN ABDUL AZIZ AL-SAUD
Custodian Of The Two Holy Mosques

His Royal Highness
CROWN PRINCE ABDULAH BIN ABDUL AZIZ AL-SAUD
The Deputy Premier And
Commander Of The National Guard

His Royal Highness
PRINCE SULTAN BIN ABDUL AZIZ AL-SAUD
The Second Deputy Premier And
The Minister Of Defence And Aviation
And The Inspector General

