# Al Rajhi Bank
# Ex. 17

شركة الراجحي المصرفية للاستثمار

# دليل السياسات العامة والصلاحيات

**صـــــدر في**

رجب/ ١٤١٩هـــ -نوفمبر/ ١٩٩٨م

emad

شركة الراجحى المصرفية للاستثمار    دليل السياسات العامة والصلاحيات



جدول المحتويات

| رقم الصفحة | الموضوع | |
|---|---|---|
| ٢ | الواجبات والمسؤوليات . | ١ |
| ٣ | دور إدارة المراجعة الداخلية . | ٢ |
| ٥ | استراتيجية الشركة . | ٣ |
| ٦ | السياسة الشرعية للشركة . | ٤ |
| ٧ | أدلة السياسات . | ٥ |
| ١٠ | اللجان الدائمة . | ٦ |
| ١١ | الهيكل التنظيمي . | ٧ |
| ١٢ | إجراءات العمل . | ٨ |
| ١٤ | تطوير وتطبيق المنتجات الجديدة . | ٩ |
| ١٦ | تعديلات نظم المعلومات . | ١٠ |
| ١٧ | سياسات الموارد البشرية وصلاحياتها . | ١١ |
| ٢٢ | الصلاحيات المالية . | ١٢ |
| ٢٥ | صلاحية توقيع العقود . | ١٣ |
| ٢٧ | الإصلاحات الطارئة للفروع . | ١٤ |
| ٢٨ | مصاريف علاقات العملاء والموظفين. | ١٥ |
| ٣٠ | تصحيح أخطاء عمليات العملاء . | ١٦ |
| ٣١ | مطالبات العملاء الخاصة بالصرف الآلي . | ١٧ |
| ٣٣ | صلاحيات التوقيع . | ١٨ |
| ٣٥ | الخسائر التي يتحملها الموظفون . | ١٩ |
| ٣٩ | معالجة الاحتيال ببطاقات الائتمان . | ٢٠ |
| ٤١ | تحصيل الديون المتأخرة . | ٢١ |
| ٤٤ | ملخص الصلاحيات المالية . | |
| ٤٥ | ملحق أ (اللجان) . | |

# (١) الواجبات والمسؤوليات

## ١-١ مقدمة:

لقد استثمرت الشركة مبالغ ضخمة من الأموال لتحديث عمليات وإجراءات العمل والمشاريع التطويرية . ولحماية هذا الاستثمار أصبح من الضروري الحفاظ على إجراءات العمل هذه والتحكم فيها بنفس النهج والأسلوب الذى اتبع في إعادة هندسة عمليات الشركة والجهود الكبيرة التى بذلت في هذا الخصوص .

## ١-٢ الغرض من الدليل

الغرض من هذا الدليل هو توصيل سياسات العمل بشركة الراجحي بكل وضوح للمسؤولين التنفيذيين والمدراء والمشرفين (مجموعة الإدارة) والموظفين بالشركة وهذا الدليل يوثق بكل دقه الصلاحيات المحددة لأعضاء مجموعة الإدارة .

## ١-٣ دور لجنة الإدارة العليا

توصي لجنة الإدارة العليا بالتعديلات على الدليل لمجلس الإدارة للموافقة عليها .

## ١-٤ دليل السياسات والصلاحيات

مدير إدارة إعادة هندسة العمليات مسؤول عن صيانة النسخة الحالية المعتمدة من دليل السياسات والصلاحيات كما أنه مسؤول عن تعميم التعديلات المعتمدة وتحديث الدليل .

## ١-٥ مفهوم إعادة الإصدار بعد التعديلات

يلجأ مدير إدارة إعادة هندسة العمليات إلى استخدام مفهوم إعادة إصدار الدليل في نسخة جديدة بعد التعديلات والتخلص من النسخة القديمة وهذا يعنى إعادة الإصدار بعد تجميع أربعة تعديلات على الدليل الحالي وسيتم إصدار التعديلات الأربعة الأولى في شكل تعاميم .

تهدف هذه السياسة إلى تقليل الحاجة لأن يلجأ متلقى الدليل إلى حفظ التعاميم المتعلقة بالتعديلات لتحديثه باستمرار .



شركة الراجحي المصرفية للاستثمار          دليل السياسات العامة والصلاحيات

## (٢) دور إدارة المراجعة الداخلية

### ١-٢  مقدمة:

تم وضع السياسات المبينة في هذا الدليل لنقل الشركة إلى ثقافة إدارية جديدة تتماشي مع الخطة الاستراتيجية للشركة والفكرة المركزية لهذه الثقافة هى تفويض المدراء لاتخاذ القرارات المتعلقة بالعمل والضرورية لتوفير المستويات المطلوبة من خدمة العميل وفي نفس الوقت تقبل مخاطر العمل المناسبة . لأداء العمل بفعالية يجب أن يكون للمدراء حرية اتخاذ القرارات . الإدارة مسؤولة عن التأكد من أن هذه القرارات تمت بناء على التحليلات الملائمة وأوجبتها متطلبات العمل وخدمة العميل . في حالة اتخـاذ قرارات غير ملائمة فإن الإدارة مسؤولة عن توجيه المدراء المعنيين حول كيفية المعالجة الأفضل للقرارات في الحالات المشابهة مستقبلا ، وإن كان ملائما التوصية باتخاذ إجراء جزائي .

لأداء الواجبات والمسؤوليات من المهم أن لا تكون هنالك ضوابط أو سياسات مراجعة داخلية زائدة عـن الحد أو غير ملائمة بحيث تمثل قيودا على قدرة الإدارة على أداء العمل بفعالية . بما أن السياسات الموضحه في هذا الدليل تغير إلى درجة كبيرة من ثقافة الإدارة الحالية يصبح من الضرورى تحديد دور المراجعة الداخلية بكل وضوح فيما يختص بعلاقاتها بالصلاحيات المحدده في بقية هذا الدليل لذلك من الأفضل تلخيص دور إدارة المراجعة الداخلية .

### ٢-٢  مهمة المراجعة الداخلية

مهمة المراجعة الداخلية هي حماية أصول البنك عن طريق مايلي :-

١- تقييم نظم الشركة الخاصة بالضوابط المحاسبية الداخلية ويشمل ذلك الخسائر المحتملـة المرتبطة بهذه النظم وهذا التقييم الذي يحدث من وقت لآخر يتطلب التوصية بمراجعة الهيكل التنظيمي للشركة والسياسات والصلاحيات وإجراءات العمل بالشركة وهذه التوصيات يجب أن تدعم بحالات عمل بناء على نتائج اختبارات المراجعة الداخلية .

٢- رقابة وتتبع الالتزام بالسياسات والصلاحيات وإجراءات العمل بالشركة من خـلال الاختبـار الـدورى للضوابط الداخلية .



## دور إدارة المراجعة الداخلية ـ تكمله ـ

### ٢-٢ المهام التي تقع خارج إطار عمل المراجعة الداخلية

إدارة المراجعة الداخلية ليست إدارة تنفيذ أو تشغيل ويجب أن لا ترتبط بتنفيذ عمليات الشركة . والمراجعة الداخلية يجب أن تقوم باختبار العمليات بعد تنفيذها لتقييم الالتزام بالسياسات والصلاحيـات وإجراءات العمل بالشركة .

المراجعة الداخلية ليست جهه تقييم لقرارات الإدارة حيث إن الفحص والتقارير والملاحظات المتعلقة بانتقاد قرارات اتخذتها مجموعة الإدارة بالشركة ليست ملائمة البتة .

المراجعة الداخلية ليست لديها صلاحية الموافقة على الهيكـل التنظيمـي أو السياسـات أو الصلاحيـات أو إجراءات العمل . يمكن أن تكون المراجعة الداخلية جهه استشارية لتقديم توصيات تتعلق بهذه المواضيع ولكن تظل المسؤولية الأساسية لدى الإدارة .

المراجعة الداخلية يجـب أن لا تحقق في حالات احتيال أو خسارة معينه بغرض تحديد الإجـراء الجزائـي الذي يتخذ ضد الموظف والمراجعة الداخلية في إطار مسؤوليتها عـن تقييم نظم الشركة المتعلقة بالضوابط المحاسبية الداخلية مسؤولة عن تحديد سبب حدوث الاحتيال أو الخسارة وإن كـانت هنالك أعطال كبرى حدثت في نظم الشركة المتعلقة بالضوابط المحاسبية الداخلية تقوم مجموعة الإدارة وإدارة الشؤون القانونية بتحديد الجزاء المناسب على الموظفين بناء على النتائج التي توصلت إليها المراجعة الداخلية .

المراجعة الداخلية لا تحدد الإجراء التصحيحي ولكنها قد توصى بالإجراءات التصحيحيه للمستوى الإداري الملائم ويجب أن تكون التوصية مدعمة بحالة عملية مبنية على الاختبارات التي تقوم بها المراجعة الداخلية . ليس للمراجعـة الداخليـة أى صلاحيـة أو تفويـض لإلـزام الإدارة بـالقبول أو التطبيـق أو تأخـير التطبيـق للإجراءات التي اتخذتها الإدارة التي لا تتفق معها المراجعة الداخلية .



شركة الراجحى المصرفية للاستثمار    دليل السياسات العامة والصلاحيات

# (۲) استراتيجية الشركة

## ۱ـ۲  مسؤولية استراتيجية الشركة

المدير العـام مسـؤول عـن تطويـر وتطبيـق الخطـة الاستراتيجية الرسميـة للشـركة والتـى تشـمل استراتيجيات العمل .

## ۲ـ۲  الاجتماع السنوى للتخطيط الإستراتيجى

يعقد المدير العام اجتماعا سنويا للتخطيط الإستراتيجى وتشمل أجندة هذا الاجتماع ما يلى :-

- مراجعة سير العمل لتحقيق استراتيجيات العمل الحالية .
- تعزيز و/أو تعديل استراتيجيات العمل الحالية .
- تطوير استراتيجيات جديدة كما هو ملائم .

يشارك كل نواب المدير العام في اجتماع التخطيط الإستراتيجي ويمكن للمدير العام إشراك مدراء آخرين .

## ۳ـ۲  خطة عمل نواب المدير العام

المدير العام مسـؤول عن التأكد من أنه تم تطوير خطط العمل الرسميـة لتحقيـق استراتيجيات العمـل المعتمدة حسب الخطة الاستراتيجية للشركة .

يقوم كل نائب مدير عام سنويا بتطوير خطـة عمل رسمية لمجموعته والتي تحدد أهداف العمل المطلوبـة لتحقيق استراتيجيات العمل المعتمدة حسب الخطة الاستراتيجية للشركة .

يقدم كل نائب مدير عام خطته إلى المدير العام الذي يعتمدها رسميـا بعد إجراء أى تعديلات إن وجدت . بعد ذلك يتفق المدير العام مع كل نائب مدير عام علـى جـدول زمنـى للمراجعة لمتابعـة تنفيذ خطـة العمل المعتمدة والأهداف الموضوعة ورقابتها. والمدير العام مسـؤول عن متابعة تقدم كل نـائب مدير عام فيما يختص بخطة العمل وأهداف العمل المعتمدة الخاصة بمجموعته .

## ٤ـ۲  تعميم الخطة الاستراتيجية

سنويا ، يقـوم المدير العام بتوزيـع الخطة الاستراتيجية الرسمية ويعقد اجتماعـا لمجموعـة الإدارة ، والغرض من هذا الاجتماع هو توصيل الخطة الاستراتيجية للشركة بدقة ووضوح والإجابة عن أى استفسارات بشأنها والتأكد من فهم أعضاء فريق الإدارة لتوجيهات الشركة .

دليل السياسات العامة والصلاحيات                    شركة الراجحي المصرفية للاستثمار

## (٤) السياسة الشرعية للشركة

تلتزم شركة الراجحي المصرفية للاستثمار على نفسها منذ إنشائها تطبيق أحكام الشرع المطهر ومراعاة مقاصد التشريع في جميع معاملاتها . ولتحقيق ذلك أنشأت هيئة شرعية يعتمد تكوينها وتقر لائحتها من الجمعية العامة ، وهي مستقلة عن جميع إدارات الشركة ، وتخضع جميع تعاملات الشركة لموافقتها ومراقبتها . وهذا الالتزام يعتبر أهم معايير الجودة التي تحرص عليها الشركة في منتجاتها وخدماتها المقدمة لعملائها . فعلى القيادات والعاملين بالشركة الالتزام بهذه السياسة وفق ما ورد في نظام الشركة  وقراراتها من خلال :–

١–  المادة (٤٧) من عقد التأسيس والنظام الأساسي لشركة الراجحي المصرفية للاستثمار .

٢–  قرار مجلس الإدارة في جلسته رقم (٤) في ١٤٠٩/٢/١٥هـ بإنشاء الهيئة الشرعية وبيان مهمتها وتسمية أعضائها والذي تم عرضه على الجمعية التأسيسية للشركة في اجتماعها بتاريخ ١٤٠٩/٣/٧ هـ .

٣–  المذكرة التفسيرية لأغراض شركة الراجحي المصرفية الصادرة بقرار الهيئة رقم (٩٠) في ١٤١١/١٠/٥هـ.

**ويقتضي تطبيق ذلك ما يلي:–**

أولا:–        قرارات الهيئة الشرعية ملزمة لجميع أجهزة الشركة وإداراتها .

ثانيا:–       تطبيق قرارات الهيئة الشرعية مسؤولية الإدارات التنفيذية على مختلف مستوياتها .

ثالثا:–       لا يقدم أي منتج أو خدمة إلا بعد إقراره من الهيئة الشرعية .

رابعا:–      لا يجوز الإقدام على إجراء مخالف لأي قرار من قرارات الهيئة الشرعية مطلقا.

خامسا:–    الإقدام على مخالفة أي قرار من قرارات الهيئة الشرعية بأي شكل ، أو مخالفة إجراء شرعي قائم ، أو تقديم منتج أو خدمة دون إجازة ذلك من الهيئة ، كل من ذلك يعتبر مخالفة تستوجب الجزاء في حق مرتكبها .

سادسا:–   قيام الهيئة بمراقبة أعمال الشركة من الناحية الشرعية ومتابعة تنفيذ قراراتها ، ويباشر ذلك جهاز إدارة الرقابة الشرعية المرتبط بالهيئة ، ومن تراه الهيئة ممن يصلح لهذه المهمة .

سابعا:–    العمل على تطوير الصيغ والعقود بما يتفق مع قواعد الشريعة ويحقق مقاصدها ، وذلك في معاملات الشركة المحلية والدولية .

ثامنا:–      نشر الوعي الإسلامي في الأعمال المصرفية والإستثمارية بالوسائل المناسبة .

تاسعا:–    العناية باختيار العاملين في الشركة لا سيما القيادات ممن لديه الرغبة في توجه الشركة والاستعداد لتنفيذ هذه السياسة ، والاهتمام المستمر بالتدريب الشرعي لمنسوبي الشركة .

عاشرا:–   العمل بما يضمن سلامة تطبيق القرارات الشرعية ويسهل الرقابة عليها من خلال إصدار الأدلة المناسبة ، ومن أبرزها دليل الرقابة الشرعية ، ودليل الضوابط الشرعية لأنشطة الشركة وإجراءات العمل بها .

شركة الراجحى المصرفية للاستثمار  دليل السياسات العامة والصلاحيات

## (٥) أدلة السياسات

### ٥-١ أدلة السياسات بالشركة

سوف تحتفظ الشركة بأدلة السياسات الموضحه في هذا القسم .

### ٥-٢ اعتماد أدلة السياسات

لجنة الإدارة العليا توصى لمجلس الإدارة لاعتماد أى دليل سياسات موضح في هذا القسم .

### ٥-٣ دليل السياسات الائتمانية

مدير إدارة الائتمان مسؤول عن كتابة وصيانة دليل السياسات الائتمانية بالشركة وسوف يحتوى هذا الدليل في الحد الأدنى على مايلى :-

- معايير القرار الائتمانى لكل منتج ائتمانى .
- متطلبات التوثيق لكل منتج ائتمانى .
- إجراءات الموافقة الخاصة بكل منتج ائتمانى .
- اختيار المعايير المطلوبة للجان الائتمان وتشمل أعضاء اللجنة المعتمدين وتواريخ الاجتماعات وأوقاتها.

### ٥-٤ دليل سياسات الموجودات والمطلوبات

نائب المدير العام للاستثمار والعلاقات الدولية مسؤول عن كتابة وصيانة دليل سياسات الموجودات والمطلوبات وهذا الدليل يجب أن يحتوى في الحد الأدنى على ما يلى :

- معايير اتخاذ القرارات المتعلقة بالاستثمار .
- سياسات الموافقة على الاستثمار .
- السياسات المتعلقة بمخاطر الاستثمار .
- السياسات التى تحكم مخاطر الأقطار .
- السياسات التى تحكم تشكيل لجنة الموجودات والمطلوبات ويشمل ذلك أعضاء اللجنة المعتمدين وتواريخ الاجتماعات وأوقاتها .
- القوائم المعتمدة للبنوك المراسلة .
- القوائم المعتمدة للأطراف المقابلة .



# أدلة السياسات ـ تكملة ـ

## ٥ـ٥ دليل السياسات المحاسبية

نائب المدير للمجموعة المالية مسؤول عن كتابة دليل السياسات المحاسبية وصيانته وهذا يجب أن يشمل في الحد الأدنى ما يلى :ـ

- المبادئ المحاسبية المعتمدة التى تتبعها الشركة حسبما تعلنه مؤسسة النقد والهيئة الشرعية والمحاسبون القانونيون .
- السياسات التى تحكم إعداد الموازنة التخطيطية السنوية ورقابتها .

## ٦ـ٥ دليل المراجعة الداخلية

مدير إدارة المراجعة الداخلية مسؤول عن كتابة وصيانة دليل المراجعة الداخلية وهذا الدليل يجب أن يحتوى في الحد الأدنى على مايلى :ـ

- معايير المراجعة المقبولة عموما التى تتبعها الشركة حسبما تعلنه مؤسسة النقد والمملكة العربية السعودية والهيئة الشرعية والمحاسبون القانونيون للشركة .
- السياسات والمعايير والأهداف والمسؤوليات الخاصة بإدارة المراجعة الداخلية .
- استبيانات المراجعة الداخلية .
- قائمة كاملة بقرارات الهيئة الشرعية .

## ٧ـ٥ دليل سياسات الموارد البشرية

مدير إدارة الموارد البشرية مسؤول عن كتابة دليل سياسات الموارد البشرية للشركة وصيانته ، ويجب أن يحتوى هذا الدليل في الحد الأدنى على ما يلى :

- سياسات نظام تقييم الوظائف / الدرجات الوظيفية .
- سياسات إدارة الرواتب .
- سياسات المزايا والمنافع .
- سياسات التوظيف والتعيين .
- السياسات التى تحكم الالتزام بقانون العمل والعمال في المملكة .


# أدلة السياسات ـ تكملة ـ

### ٥ـ٨ دليل معايير جودة الخدمة

مدير إدارة جودة الخدمة مسؤول عن كتابة دليل معايير جودة الخدمة وصيانته ، وهذا الدليل يجب أن يحتوى في الحد الأدنى على ما يلى :

- معايير جودة الخدمة لعملاء الشركة .
- اتفاقيات جودة الخدمة بين الإدارات .
- برنامج قياس جودة الخدمة .

### ٥ـ٩ دليل سياسات هندسة التقنية

نائب المدير العام لمجموعة للنظم والعمليات مسؤول عن كتابة دليل سياسات هندسة التقنية وصيانته وهذا الدليل يجب أن يحتوى في الحد الأدنى على مايلى :ـ

- هندسة البرامج المعتمدة .
- هندسة الأجهزة المعتمدة .
- هندسة الشبكة المعتمدة .
- سياسة تغيير البرامج .
- سياسة تغيير الأجهزة .
- سياسة حقوق الطبع .

### ٥ـ١٠ دليل الخزينة

نائب المدير العام لمجموعة الاستثمار والعلاقات الدولية مسؤول عن كتابة دليل سياسات الخزينة وصيانته وهذا الدليل يجب أن يحتوى في الحد الأدنى على مايلى :ـ

- مبادئ العمل .
- التصرف المهنى .
- لجنة الأصول والمطلوبات .
- لجنة الائتمان .
- الهيكل التنظيمى .
- الإجراءات .
- الوصف الوظيفى .
- جدول الاجتماعات .
- حدود التبادل الأجنبى والاستثمارات .



## ( ٦ ) اللجان الدائمة

### ١_٦  مقدمة

بعض قرارات الشركة التي تخص إدارة الأصول ورأس المال وتقييم المخاطر من الأفضل أن تتخذ بواسطة مجموعات من المدراء يمثلون خطوط العمل والمستويات التنظيمية في شكل لجان دائمة ، واللجان الدائمة هى :-

- لجنة الإدارة العليا .
- لجنة الائتمان الدولي.
- اللجنة العليا للائتمان .
- اللجنة الفرعية للائتمان .
- لجنة القيادة والتوجيه لنظم المعلومات .
- لجنة الموجودات والمطلوبات .
- لجنة التحصيل .
- لجنة المشتريات العامة .
- لجنة مشتريات الحاسب الآلي .

### ٢_٦  الملحق ( أ )

يحتوى الملحق ( أ ) على كل اللجان الدائمة ويشمل المسؤوليات والعضوية .

شركة الراجحى المصرفية للاستثمار    دليل السياسات العامة والصلاحيات 

# ( ٧ ) الهيكل التنظيمي

## ١-٧  صلاحية الاعتماد

مجلس الإدارة هو الجهة التي تعتمد الهيكل التنظيمي للشركة (الملحق ب) .

## ٢-٧  مسؤوليات الهيكل التنظيمي

المدير العام مسؤول عن رفع التوصيات لتعديل الهيكل التنظيمي لمجلس الإدارة .

نواب المدير العام مسؤولون عن صيانة هيكل تنظيمي حديث لمجموعاتهم وإداراتهم ويرفعون توصيات التعديل للمدير العام .

## ٣-٧  تعديل الهيكل التنظيمي

يتم تعديل الهيكل التنظيمي المعتمد وفقا للإجراءات التالية :-

● التعديل على مستوى المجموعات يجب أن يعتمد من مجلس الإدارة .
● التعديل على مستوى الإدارات والأقسام يجب أن يعتمد من لجنة الإدارة العليا .

## ٤-٧  دور مدير إدارة إعادة هندسة العمليات

لضمان استمرارية التصميم التنظيمي النموذجي يجب استشارة مدير إدارة إعادة هندسة العمليات عند الحاجة لإجراء أى تغيير تنظيمي ويجب تقديم توصية مكتوبة بالتغيير المطلوب .

يحتفظ مدير إدارة إعادة هندسة العمليات بنسخة محدثه وموثقه من الهيكل التنظيمى للشركة بالقسم والإدارة والمجموعة .



## ( ٨ ) إجراءات العمل

### ١.٨  الالتزام بإجراءات العمل
نواب المدير العام ومدراء الإدارات والمدراء الإقليميون ومدراء المناطق  ومدراء الفروع مسؤولون بالكامل عن رقابة الالتزام بإجراءات العمل المعتمدة في مجال عملهم .

### ٢.٨  دور مدير إدارة إعادة هندسة العمليات
مدير إدارة إعادة هندسة العمليات مسؤول عن صيانة توثيق إجراءات العمل بالشركة .

مدير إدارة إعادة هندسة العمليات مسؤول عن تقييم كل التعديلات المقترحة على إجراءات العمل المعتمدة وعن اتخاذ القرار حول التعديلات المقترحة المدعمة بالتقييم اللازم .

### ٣.٨  تعديل إجراءات العمل
على مدير الإدارة الذي يرغب في تعديل إجراءات العمل الحالية المعتمدة القيام بما يلي :-

١-  يكتب مدير الإدارة المعني مذكرة إلى مدير إدارة إعادة هندسة العمليات موضحا التعديل المطلوب مع دعم الطلب بأسباب عملية تبرر التعديل .

٢-  يقوم مدير إدارة إعادة هندسة العمليات بتقييم طلب التعديل ويشمل ذلك تقييم أي أرباح أو خسائر مالية متوقعه من التعديل تعده إدارة المحاسبة المالية .

٣-  ترفع مذكرة مدير الإدارة المعني وتقييم مدير إدارة إعادة هندسة العمليات إلى نائب المدير العام المختص لاتخاذ القرار النهائي .

٤-  مدير إدارة إعادة هندسة العمليات يزود مدير إدارة المراجعة الداخلية بنسخة من طلب التعديل والتقييم والتوصية للاطلاع .

شركة الراجحى المصرفية للاستثمار  دليل السياسات العامة والصلاحيات

## إجراءات العمل ـ تكملة ـ

### ٨ـ٤  تطبيق التعديلات المعتمدة

يقوم مدير إدارة إعادة هندسة العمليات بتنقيح أدلة الإجراءات لتضمين كل التعديلات المعتمدة على إجراءات العمل .

يعمل مدير إدارة إعادة هندسة العمليات مع مدراء الإدارات المعنيين للتأكد من تطبيق التعديلات المعتمدة.

يرسل مدير إدارة إعادة هندسة العمليات توثيقا رسميا لمدير إدارة المراجعة الداخلية عن التعديلات المعتمدة على إجراءات العمل التي اعتمدت على مستوى نواب المدير العام .

شركة الراجحي المصرفية للاستثمار 🏛️ دليل السياسات العامة والصلاحيات

## ( ٩ ) تطوير وتطبيق المنتجات الجديدة

### ١,٩ توقيت التسويق

تقوم الشركة من وقت لأخر بوضع استراتيجيات لتطوير منتجات جديدة حسب ما يتحدده المدير العام ويعكس الإدارة . وعند اتخاذ مثل هذه القرارات يجب من العلاقم تقديم هذه المنتجات الجديدة إلى السوق في وقت مبكر لتجنب فقدان الميزة التنافسية والأرباح المتوقعة .

السياسات والصلاحيات الموضحة في هذا القسم صممت لتسريع توقيت التسويق .

### ٢,٩ مسؤولية تطوير المنتجات الجديدة

يكلف المدير العام أحد المدراء ليكون مسؤولا عن تطوير وتصميم المنتج وجودته ويشمل ذلك ما يلى كحد أدنى :-

المكلف بصحبة بالتالي مسؤولا بالكامل عن تطوير وتصميم المنتج وجودته ويشمل ذلك ما يلى كحد أدنى :-

- مفهوم المنتج .
- تعريف المنتج .
- استراتيجية تسعير المنتج .
- قنوات تقديم المنتج .
- تفاصيل أجراءات عمل المنتج .
- التغييرات التنظيمية المطلوبة لدعم المنتج .
- وصف الوظائف ومؤهلاتها (جديدة أو معدلة) .
- حالة العمل المطلوبة مع تحليل التكلفة للمردود .
- خطة التطبيق وتشمل تحديد المسؤوليات والجدول الزمني .

شركة الراجحي المصرفية للاستثمار  دليل السياسات العامة والصلاحيات

## تطوير وتطبيق المنتجات الجديدة ـ تكملة ـ

### ٩-٣ التنسيق مع المجموعة المالية

يجب أن يقوم المدير المكلف بمسؤولية تطوير وتطبيق المنتج الجديد بالتنسيق التام مع المجموعة المالية . وهذا التنسيق مطلوب للتأكد من أن تحليل التكلفة والمنفعة يعكس بدقة التوقعات المالية للمنتج ، إضافة لذلك يجب التأكد من أن الأستاذ العام والميزانية المخصصة ونظام محاسبة التكاليف قد تمت مراجعتها بدقة للتأكد من التأثير المتوقع للمنتج الجديد .

### ٩-٤ اعتماد تصميم وتطبيق المنتج الجديد

المدير المكلف بمسؤولية تطوير المنتج الجديد يجب أن يقوم بإعداد تصميم المنتج الجديد وأثناء عملية الإعداد هذه يقوم المدير المعني بمقابلة الإدارات المعنية بدعم تطبيق المنتج الجديد وعلى المدير المكلف بتطوير المنتج الجديد الحصول على توقيع هذه الإدارات فيما يتعلق بالإجراءات والدعم المطلوب منها للتأكد من نجاح تطبيق المنتج الجديد .

يستلزم عند طرح المنتج الجديد ، إجازته من الهيئة الشرعية ، وإقراره ومن ثم تنفيذه .

يعمل مدير إعادة هندسة العمليات مع المدير المكلف بالمنتج الجديد للحصول على تواقيع الجهات التالية:-

- مجموعة النظم والعمليات .
- إدارة المراجعة الداخلية .
- المجموعة المالية .
- إدارة الشؤون القانونية .
- إدارة الرقابة الشرعية .

كما يوفر مدير إعادة هندسة العمليات الاستشارة المطلوبة حول كيفية التطبيق الأمثل للمنتج الجديد فيما يختص بالجانب التنظيمي وإجراءات العمل ، بعد ذلك يعرض المنتج الجديد على نائب المدير العام المختص للموافقة .

بعد الحصول على موافقة نائب المدير العام المختص ، يقدم تصميم المنتج الجديد للجنة الإدارة العليا والمدير العام للتوصية لمجلس الإدارة لاتخاذ القرار .

شركة الراجحي المصرفية للاستثمار  دليل السياسات العامة والصلاحيات

## ( ١٠ ) تعديلات نظم المعلومات

### ١٠-١  تعريف (تعديلات النظم)

تعديلات النظم تشمل الحصول على البرامج الجديدة وتركيبها ، مراجعة نظم البرامج الجديدة ، الحصول على الأجهزة الجديدة وتركيبها ، مراجعة الأجهزة الحالية وتطوير تقارير جديدة لمعالجة البيانات أو مراجعة تقارير معالجة البيانات الحالية .

فلسفة الشركة تقتضي إصدار القرارات من جهات عليا بالشركة فيما يتعلق بالأجهزة والبرامج الجديدة . تغييرات البرامج الروتينية مثل التقارير الإدارية الحالية والجديدة يجب أن تعالج في حينها .

*تم وضع هذه السياسات في هذا الإطار .*

### ١٠-٢  الحصول على البرامج والأجهزة الجديدة

الحصول على الأجهزة والبرامج والشبكات الجديدة وأنظمة الاتصالات والقرارات المتعلقة بأولويات وتوقيت التركيب يجب أن يعمد من قبل لجنة القيادة والتوجيه لنظم المعلومات .

يجب تقديم المبررات العملية التي تشمل تحليل المردود إلى التكاليف فيما يتعلق بالبرامج والأجهزة الجديدة ومراجعة البرامج والأجهزة الحالية إلى هذه اللجنة .

للجنة القيادة والتوجيه لنظم المعلومات مطلق الصلاحية للتوصية بشراء وتركيب البرامج والأجهزة الجديدة و/أو مراجعة البرامج والأجهزة الحالية . للمدير العام الصلاحية النهائية وفقا للسياسات التي تحكم اعتماد العقود .

### ١٠-٣  طلبات المستخدمين الروتينية:

طلبات المستخدمين الروتينية تشمل التقارير الجديدة ، تنقيح التقارير الحالية وطلبات توقيت الفترات الدورية لاستخراج التقارير ... الخ ، وهذه الطلبات لا تتطلب موافقة المجموعة أو اللجنة . لمدير إدارة خدمات المستفيد صلاحية الموافقة على هذه الطلبات وتحديد توقيت تنفيذ مثل هذه الطلبات .



شركة الراجحى المصرفية للاستثمار     دليل السياسات العامة والصلاحيات

## ( ١١ ) سياسات الموارد البشرية وصلاحياتها

### ١١-١  مقدمة

مطلوب وضع مجموعة من السياسات الجديدة للتأكد من استخدام نظام تقييم الوظائف وسلم الرواتب بفعالية ، وهذه السياسات الجديدة سوف تكون بديلاً عن القسم المرتبط بهذه المواضيع في دليل شؤون الموظفين الحالي .

### ١١-٢  بطاقات الوصف الوظيفي

كل مدراء الإدارات مسؤولون عن التأكد من الوصف الوظيفي الدقيق للوظائف بإداراتهم ، وهذا يعني أنه يجب حفظ بطاقات الوصف الوظيفي المحدثة لكل وظيفة بالإدارة .

نواب المدير العام مسؤولون عن بطاقات الوصف الوظيفي وصيانتها الحديثة لكل وظيفة في مجموعاتهم ويشمل ذلك مدراء الإدارات .

مدير إدارة الموارد البشرية مسؤول عن الموافقة على بطاقات الوصف الوظيفي وصيانتها لكل الشركة مركزيا.

### ١١-٣  نظام تقييم الوظائف:

مدير إدارة الموارد البشرية مسؤول عن التأكد من اكتمال مصفوفة عناصر التقييم وتحديثها لكل الوظائف بالشركة إضافة إلى التأكد من تخصيص الدرجات الوظيفية .

### ١١-٤  تعديل الدرجات الوظيفية :

يمكن أن يوصى مدراء الإدارات بتغيير الوظائف في حدود مجال مسؤولياتهم شريطة أن يخضع التغيير لمصفوفة التقييم التي تدعم التغيير . مدير إدارة الموارد البشرية مسؤول عن بحث وتخصيص الدرجات الوظيفية فيما يتعلق بتوصيات التغيير بشرط أن تتم المراجعة والموافقة من قبل المدير العام .



شركة الراجحي المصرفية للاستثمار    دليل السياسات العامة والصلاحيات

## سياسات الموارد البشرية وصلاحياتها ــ تكملة ــ

### ١١ـ٥  سلم الرواتب:

مدير إدارة الموارد البشرية مسؤول عن تطوير وصيانة سلم الرواتب بالشركة .

يقوم مدير إدارة الموارد البشرية سنويا بتحديث المسوحات ودراسات المقارنة المستخدمة في وضع سلم الرواتب ويوصي بإجراء التعديلات إذا كان ضروريا .

### ١١ـ٦  القرارات المتعلقة بالموظفين الجدد :

تتم الموافقة على تعيين موظف جديد أو نقل موظف داخل المجموعة كالتالي :

- الإدارة العامة: الدرجات ١٢–١٧: يجب أن يوصي نائب المدير العام ومدير الإدارة المعنيين بتعيين الموظفين الجدد أو النقل وعرض الراتب على أن تتم الموافقة النهائية من قبل المدير العام.

- الإدارة العامة – الدرجات ١–١١ : يجب أن يوافق نائب المدير العام ومدير الإدارة المعنيين على قرار تعيين الموظفين الجدد أو النقل وعرض الراتب .

- الإدارات الإقليمية الدرجات ١٤–١٧ : يجب أن يوصي نائب المدير العام والمدير الإقليمي المعنيين بقرار تعيين الموظفين الجدد أو النقل وعرض الراتب على أن تتم المراجعة والموافقة النهائية من قبل المدير العام.

- الإدارة الإقليمية – الدرجات ١ – ١٣ : يجب أن يوافق نائب المدير العام المختص والمدير الإقليمي المعني على قرار تعيين الموظفين الجدد أو النقل وعرض الراتب .

- مدراء المناطق: يجب أن يوصي نائب المدير العام للمجموعة المصرفية ومدير شبكة الفروع بتعيين الموظفين الجدد وعرض الراتب على أن تتم الموافقة النهائية من قبل المدير العام.

- مدراء الفروع: يجب أن يوافق مدير شبكة الفروع ومدير المنطقة المختص على قرار تعيين الموظفين الجدد والنقل وعرض الراتب .

- موظفو الفروع: يجب أن يوافق مدير الفرع المعني ومدير المنطقة المعني على قرار تعيين الموظفين الجدد والنقل وعرض الراتب .


يجب أن يوافق المدير العام على أى زيادة في عدد الموظفين ليست مضمنه في موازنة الإدارة المعنية

شركة الراجحى المصرفية للاستثمار  دليل السياسات العامة والصلاحيات

## سياسات الموارد البشرية وصلاحياتها ـ تكملة ـ

### ١١ـ٧ عرض الراتب لتعيين الموظفين الجدد:

المدراء المختصون بالتعيين حسبما هو موضح في القسم السابق لهم صلاحية الموافقة على عروض الرواتب حتى ثلث المدى بين الحدين الأقصى والأدنى للراتب (سلم الرواتب) المعتمد للتعيين الجديد/النقل . ترغب الشركة في أن يبدأ التعيين والنقل والترقيات في الحد الأدنى لسلم الرواتب ، ولكن مقدار الثلث هذا يعطى مرونة في تعيين الموظفين الجدد لمقابلة احتياجات السوق .

يجب أن يوافق المدير العام على عروض الرواتب التى تزيد عن حد الثلث المذكور فيما يختص بتعيين الموظفين الجدد والنقل .

### ١١ـ٨ رقابة الدرجات الوظيفية:

رقابة الدرجات الوظيفية لا تعرف بأنها رقابة على عدد الموظفين المعتمد فقط ولكن أيضا تعنى عدد الموظفين المعتمد حسب الدرجات الوظيفية . هذا الإجراء ضرورى لمنع رفع درجات الوظائف من خلال تعيين موظفين جدد في درجات أعلى مما هو معتمد في الموازنة . مدير إدارة الموارد البشرية مسؤول عن هذه الرقابة باستخدام نظام رقابة أعداد الموظفين ونظام رواتب الشركة .

قرارات الاستثناء يجب أن تبلغ لنائب المدير العام المختص والمدير العام لاتخاذ الإجراء اللازم حسبما يرون.

شركة الراجحى المصرفية للاستثمار        دليل السياسات العامة والصلاحيات

## سياسات الموارد البشرية وصلاحياتها ـ تكملة ـ

### ١١ـ٩ الزيادة السنوية للرواتب:

المبلغ العام المخصص لزيادة الرواتب يحدده مجلس الإدارة والمدير العام ـ مدير إدارة الموارد البشرية مسؤول عن وضع مصفوفة أداء الموظفين لزيادة الرواتب لمساعدة نواب المدير العام ومدراء الإدارات على تحديد مبلغ زيادة الراتب لكل موظف ـ تشمل المصفوفة ما يلي :

- راتب الموظف الحالي في سلم الرواتب (باستخدام نظام المستويات الأربعة ) .
- معدل أداء الموظف .
- النسبة المئوية لزيادة الراتب لكل مستوى في المصفوفة .

الموظفون الذين وصلوا إلى الحد الأقصى من سلم الرواتب لايحق لهم الحصول على زيادة سنوية .

الموظفون الذين يحصلون على رواتب تقل عن الحد الأدنى من سلم الرواتب ، وعند تطبيق أى تعديلات خاصة بالشركة سوف تتم زيادة رواتبهم لتصل إلى الحد الأدنى من سلم الرواتب على الأقل إذا كان معدل أدائهم أكثر من (٣) .

يجب أن يوافق المدير العام على أى استثناءات لهذه السياسة .

### ١١ـ١٠ دفع الراتب مقدما:

رغم أن الشركة تسعى للتقليل من دفع الراتب مقدما فإن هنالك ظروفا تتطلب هذا الإجراء لذلك يجب وضع الضوابط الملائمة والتي لا تضيف أعباء على الموظفين .

### ١١ـ١١ دفع الراتب مقدما لموظفي الفروع:

يجب أن تتم الموافقة على دفع الراتب مقدما لموظفي الفروع بواسطة مدير الفرع ومدير المنطقة .

### ١١ـ١٢ دفع الراتب مقدما لموظفي الإدارة الإقليمية :

يجب أن تتم الموافقة على دفع الراتب مقدما لموظفي الإدارة الإقليمية بواسطة مسؤول الموارد البشرية بالإدارة الإقليمية .



شركة الراجحى المصرفية للاستثمار    دليل السياسات العامة والصلاحيات

## سياسات الموارد البشرية وصلاحياتها ـ تكملة ـ

**١١-١٣  دفع الرواتب مقدما لموظفي الإدارة العامة:**

يجب أن تتم الموافقة على دفع الرواتب مقدما لموظفي الإدارة العامـة بواسطة مديـر الإدارة المعنيـة
ومدير إدارة الموارد البشرية .

شركة الراجحي المصرفية للاستثمار        دليل السياسات العامة والصلاحيات

## ( ١٢ ) الصلاحيات المالية

### ١٢_١  مقدمة

من فلسفة الشركة أن يكـون للمدراء الصلاحيات المالية الملائمة لأداء العمل بـدون تأخير كمـا أن الإدارة المالية الجيدة تقتضي وجود إجراءات منظمة للصرف فيما يختص بالسلع والخدمات المطلوبة لأداء العمل بالشركة .

### ١٢_٢  تطوير الميزانية واعتمادها

نائب المدير العام للمجموعة المالية مسؤول عـن متابعة تطويـر ميزانيـة العمـل السـنوية وميزانيـة المصاريف الرأسمالية . يتم اعتماد ميزانية العمل السنوية وميزانية المصاريف الرأسمالية من قبل المدير العـام ومجلس الإدارة .

### ١٢_٣  دور اللجان

تم تفويض لجنتين للتأكد من وجود إجراءات منظمة للحصول على السلع والخدمـات وأن ذلـك يتـم بناء على أسس ومعايير تم تطويرها لهذا الغرض وهاتان اللجنتان هما :–

- لجنة المشتريات العامة .
- لجنة مشتريات الحاسب الآلي .

رغم أن الإدارة قد منحت صلاحية واسعة لاعتماد الصرف إلا أنه يجب اتباع إجراءات العمل المحددة للجان شراء السلع والخدمات قبل تنفيذ عمليات الشراء .

### ١٢_٤  دور لجنة المشتريات العامة وحدودها

للجنة المشتريات العامة صلاحية مراجعة الصرف واعتماده في حدود الموازنة المعتمـدة لشراء السلع والخدمات في حدود ٥٠٠,٠٠٠ (خمسمائة ألف) ريال سعودي الى ٢,٠٠٠,٠٠٠ (مليوني) ريـال سـعودي بخلاف مشتريات الحاسب الآلي والمبالغ التي تزيد عن هذا الحد يجب اعتمادها من المدير العام .



شركة الراجحى المصرفية للاستثمار    دليل السياسات العامة والصلاحيات

## الصلاحيـــات المالية ـ تكملة ـ

### ١٢ـ٥  دور وحدود لجنة مشتريات الحاسب الآلي

للجنة مشتريات الحاسب الآلي صلاحية مراجعة الصرف واعتماده في حدود الموازنة المعتمدة لشراء المواد المتعلقة بالاتصالات وبرامج الحاسب الآلي وأجهزته ، وخدمات الاستشارات المتعلقة بالتقنية في حدود ٢٥٠.٠٠٠ (مائتان وخمسون ألف) ريال سعودي إلى ١.٠٠٠.٠٠٠ (مليون) ريال سعودي والمبالغ التي تزيد عن هذا الحد يجب اعتمادها من المدير العام .

### ١٢ـ٦  دور إدارة المساندة الإدارية

رغم منح صلاحيات واسعة للإدارة فإن الحصول على السلع يقع على عاتق إدارة المساندة الإدارية وكل الصلاحيات المذكورة أدناه تقر دور اللجان ودور إدارة المساندة الإدارية .

### ١٢ـ٧  صلاحيات الصرف المالي المحدد في الميزانية (عدا مصاريف السفر)

المصاريف المالية تعرف طبقا لهذه السياسة بأنها أى مصاريف مرتبطه بالعمل ما عدا مصاريف سفر الموظفين .

مدراء الإدارات ومدراء الأقاليم ومدراء المناطق ونواب المدير العام لهم صلاحية اعتماد المصاريف في حدود الميزانيات المعتمدة وفي حدود الصلاحيات الممنوحة لهم  .

فيما يخص المشتريات العامة ، لمدير إدارة المساندة الإدارية صلاحية اعتماد المشتريات والعقود حتى مبلغ ١٠٠.٠٠٠ (مائة ألف) ريال سعودي ، ولنائب المدير العام للمجموعة الإدارية صلاحيات اعتماد المشتريات والعقود حتى مبلغ ٥٠٠.٠٠٠ (خمسمائة ألف) ريال سعودي والمبالغ التي تزيد عن هذا الحد يجب اعتمادها من لجنة المشتريات العامة .

فيما يخص مشتريات الحاسب الآلي ، لنائب المدير العام للنظم والعمليات صلاحية اعتماد المشتريات حتى مبلغ ٢٥٠.٠٠٠ (مائتان وخمسون ألف) ريال سعودي والمبالغ التي تزيد عن هذا الحد وحتى مبلغ ١.٠٠٠.٠٠٠ (مليون) ريال سعودي يجب اعتمادها من لجنة مشتريات الحاسب الآلي . يجب في كل الأحوال التنسيق بشأن مشتريات السلع والخدمات مع إدارة المساندة الإدارية .



شركة الراجحى المصرفية للاستثمار    دليل السياسات العامة والصلاحيات

## الصلاحيـــات المالية ـ تكملة ـ

لنواب المدير العام الصلاحية لتفويض مـرؤ وسيهم لاعتماد المصاريف حتى وإن كانت الصلاحية أعلى مـن حدود الصرف الممنوحة لهم مع رفع إخطار كتابي إلى إدارة المحاسبة المالية .

للمدير العام صلاحية اعتماد أى مصاريف في إطار الحدود المعتمدة من مجلس الإدارة .
للعضو المنتدب صلاحية اعتماد أى مصاريف في إطار الحدود المعتمدة من مجلس الإدارة .

### ١٢-٨ زيادة عدد الموظفين
أى زيادات في عدد الموظفين المحدد في الميزانية الجارية يجب اعتمادها من المدير العام .

### ١٢-٩ دور المجموعة المالية
دور المجموعة المالية فيما يتعلق بدفع مبالغ المصاريف هو دور التنفيذ والتحقق مـن الاعتماد وهذا يعنى أنه لكل طلب خاص بدفع مبالغ المصاريف فإن على المجموعة المالية القيام بالخطوات التالية :ـ

١- تقوم المجموعة المالية بمراجعة المستندات المتعلقة بالصرف للتأكد من وجـود المستندات المؤيدة مثل الفواتير وإثبات حاجة العمل .

٢- تقوم المجموعة المالية بمراجعة مبالغ المصاريف للتأكد من الالتزام بحدود الصلاحيات .

٣- تقوم المجموعة المالية بمراجعة المستندات للتأكد من حدود الصلاحية المعتمدة .

٤- بعد إكمال الخطوات ١ إلى ٣ أعلاه تقوم المجموعة المالية بتنفيذ الصرف .

ليس هنالك أى إجراء إضافي مطلوب من المجموعة المالية .

شركة الراجحي المصرفية للاستثمار  دليل السياسات العامة والصلاحيات

## ( ١٣ ) صلاحية توقيع العقود

### ١-١٣ تعريف العقود

لأغراض هذه السياسة فإن العقود هي المبرمة لأي غرض ما عدا عقود إدارة المخاطر أو اتفاقيات إدارات الاستثمار والخزينة (مثل اتفاقيات الوكالة ، المدفوعات الآجلة ، اتفاقيات صناديق الخدمات الخاصة ...الخ) والعقود الخاصة مثل هذه تتضمن في دليل السياسات الخاص بالمجموعة المعنية ويتم اعتمادها منفصلة من قبل مجلس الإدارة . معظم العقود الخاصة بشراء السلع والخدمات يتم التفاوض حولها وتوقيعها بواسطة مدير إدارة المساندة الإدارية في حدود صلاحياته أو نائب المدير العام للمجموعة الإدارية . والعقود الخاصة بمشتريات الحاسب الآلي يوقعها نائب المدير العام للنظم والعمليات في حدود صلاحياته .

### ٢-١٣ دور إدارة الشؤون القانونية

إدارة الشؤون القانونية بالشركة يجب أن تستشار في كل عقود الشركة قبل تنفيذ هذه العقود . وتعمل إدارة الشؤون القانونية كجهة استشارية لمجموعة الإدارة فيما يتعلق بأفضل الطرق لصياغة العقود لحماية مصالح الشركة . يمكن أن تقوم إدارة الشؤون القانونية بهذا الدور الاستشاري بنفسها أو تختار أي جهة خارجية لتقديم الاستشارة لمجموعة الإدارة . ليس لإدارة الشؤون القانونية أى صلاحية لاعتماد عقود نيابة عن الشركة أو الدخول فيها .

### ٣-١٣ صلاحية نائب المدير العام للمجموعة الإدارية

لنائب المدير العام للمجموعة الإدارية الصلاحية للتفاوض واعتماد العقود حتى مبلغ ٥٠٠.٠٠٠ (خمسمائة ألف) ريال سعودي في حدود الموازنة المعتمدة .

### ٤-١٣ صلاحية المدير العام

للمدير العام الصلاحية للتفاوض واعتماد العقود حتى مبلغ ٤.٠٠٠.٠٠٠ (أربعة ملايين) ريال سعودي في حدود الميزانية المعتمدة للشركة .

### ٥-١٣ صلاحية العضو المنتدب

للعضو المنتدب الصلاحية للتفاوض واعتماد العقود حتى مبلغ ١٠.٠٠٠.٠٠٠ (عشرة ملايين) ريال سعودي في حدود الموازنة المعتمدة .

شركة الراجحى المصرفية للاستثمار        دليل السياسات العامة والصلاحيات

## صلاحية توقيع العقود - تكملة -

### ١٣-٦ صلاحية اللجنة التنفيذية

للجنة التنفيذية الصلاحية للتفاوض واعتماد العقود حتى مبلغ ٢٠٠٠٠٠٠٠ (عشرون مليون) ريال سعودي في حدود الموازنة المعتمدة .

### ١٣-٧ صلاحية مجلس الإدارة

يجب أن يعتمد مجلس الإدارة أية عقود يزيد مبلغها عن ٢٠٠٠٠٠٠٠ (عشرين مليون) ريال سعودي.



شركة الراجحى المصرفية للاستثمار    دليل السياسات العامة والصلاحيات

## ( ١٤ ) الإصلاحات الطارئة للفروع

### ١٤-١  مقدمة

السياسات التى تحكم المصاريف الخاصة بالإصلاحات الطارئة للفروع موضحة في هذا القسم ، هذه السياسات تضاف إلى الصلاحيات المالية الواردة في هذا الدليل .

### ١٤-٢  الإصلاحات الطارئة بالفروع

من الأفضل عموما أن تعالج مصاريف إصلاح وصيانة مرافـق الفـروع مـن خـلال إدارة المرافـق (المساندة الإدارية) . ولكن ترى الشركة أن هنالك ظروفا خاصة قد تحدث وتتطلب إجراءً عاجلا للصيانة والإصلاح للمحافظة على مستوى خدمة العميل المحدد في دليل معايير جودة الخدمة .

يفوض مدراء المناطق للموافقة على خدمات الإصلاح والصيانة العاجلة ودفع مبلغ المصاريف الخاصة بها في حدود مبلغ ٥,٠٠٠ (خمسة آلاف) ريال سعودي ومثل هذا المصاريف يجب أن تكون مؤيدة بفواتير أصلية من المورد والتوقيع المعتمد لمدير المنطقة وترسل كل المستندات ذات الصلة إلى المساندة الإدارية للعلم بواسطة مدير المنطقة .

إذا كانت مصاريف الإصلاح والصيانة العاجلة في حدود مبلغ ٥,٠٠٠ (خمسة آلاف) إلى ١٠,٠٠٠ (عشرة آلاف) ريال سعودي يجب الحصول على موافقة مدير شبكة الفروع . إذا تجاوزت هذه المصاريف مبلغ ١٠,٠٠٠ (عشرة آلاف) ريال سعودي فيجب الحصول على توقيع مدير إدارة المساندة الهندسية . يجـب إرسال المستندات التي توضح الإجراء المتخذ إلى المجموعة الإدارية مصحوبة بالفواتير والمستندات المؤيدة الأخرى .

شركة الراجحي المصرفية للاستثمار    دليل السياسات العامة والصلاحيات 

## (١٥) مصاريف علاقات العملاء والموظفين

### ١.١٥ مقدمة

ترى الشركة أن هنالك مواقف يستطيع فيها المدراء تعميق علاقات الموظفين والعملاء عن طريق الصرف من أموال الشركة على بنود معينة. مثلا بالنسبة للموظفين هذه المصاريف عادة تكون على شكل توفير طعام أو وجبات على حساب الشركة عند تواجد الموظفين للعمل إلى وقت متأخر أو عند نهاية مشروع ناجح. بالمثل يمكن تعميق العلاقات مع العملاء من خلال وجبات العمل مع العملاء المميزين للحصول على عمليات جديدة.

تتوقع الشركة أن يلجأ المدراء إلى الحكم السليم فيما يتعلق بهذه المصاريف وسوف تتشدد الشركة تجاه المخالفات المتعلقة بهذه السياسة أو إذا فسر المدراء هذا السياسة بأنها "حق" للمكافأة.

### ٢.١٥ الصلاحيات

إذا رأى المدراء أنه بالإمكان تقوية علاقات الموظفين والعملاء وتحسينها عن طريق توفير الطعام والوجبات على حساب الشركة فإن الصلاحيات المرتبطة بهذا الإجراء تحدد كما يلي :-

١- يعتمد مدراء الفروع مصاريف علاقات الموظفين حتى مبلغ ٥٠٠ (خمسمائة) ريال سعودي كل مرة. ويجب توثيق مثل هذه المصاريف بالفواتير الأصلية وتوقيع المدير الذي اعتمد الصرف.

٢- يعتمد مدراء الإدارات مصاريف علاقات الموظفين أو العملاء حتى مبلغ ١.٥٠٠ (ألف وخمسمائة) ريال سعودي كل مرة. ويجب توثيق مثل هذه المصاريف بالفواتير الأصلية وتوقيع المدير الذي اعتمد الصرف.

٣- يعتمد المدراء الإقليميون مصاريف علاقات الموظفين أو العملاء حتى مبلغ ١.٥٠٠ (ألف وخمسمائة) ريال سعودي كل مرة. ويجب توثيق مثل هذه المصاريف بالفواتير الأصلية وتوقيع المدير الذي اعتمد الصرف.

٤- يعتمد مدراء المناطق مصاريف علاقات الموظفين أو العملاء حتى مبلغ ٥.٠٠٠ (خمسة آلاف) ريال سعودي كل مرة. ويجب توثيق مثل هذه المصاريف بالفواتير الأصلية وتوقيع المدير الذي اعتمد الصرف.

شركة الراجحى المصرفية للاستثمار     دليل السياسات العامة والصلاحيات 

## مصاريف علاقات العملاء والموظفين ـ تكملة ـ

٥- يعتمد نواب المدير العام مصاريف علاقات الموظفين أو العملاء حتى مبلغ ٥،٠٠٠ (خمسة آلاف) ريال سعودي كل مرة . ويجب توثيق مثل هذه المصاريف بالفواتير الأصلية وتوقيع المدير الذي اعتمد الصرف .

٦- يعتمد المدير العام مصاريف علاقات الموظفين أو العملاء حتى مبلغ ٣٠،٠٠٠ (ثلاثون ألف) ريال سعودي ويعتمد العضو المنتدب مصاريف علاقات الموظفين أو العملاء حتى مبلغ ٥٠،٠٠٠ (خمسون ألف) ريال سعودي .

## ١٥ـ٣ رقابة الميزانية

قد يطلب نواب المدير العام ومدراء الإدارات تخصيص مبالغ في الميزانية للصرف على علاقات العملاء والموظفين وهذه الطلبات يتم تقييمها واعتمادها في إطار الموازنة السنوية وتعتمد هذه المبالغ من المدير العام ونائب المدير العام للشؤون المالية لتضمينها في الميزانية النهائية التي ترفع لمجلس الإدارة .

## ١٥ـ٤ مخالفة السياسة

المدير العام ونواب المدير العام مسؤولون عن مراقبة الالتزام بهذه السياسة واتخاذ الإجراء النظامي اللازم عند حدوث أى مخالفة لها .

شركة الراجحي المصرفية للاستثمار          دليل السياسات العامة والصلاحيات



## (١٦) تصحيح أخطاء عمليات العملاء

### ١.١٦   مقدمة

من أهم ركائز جودة الخدمة بالشركة : القدرة على الاستجابة السريعة لحل المشاكل المرتبطة بحسابات وعمليات العملاء . هذه الأخطاء قد تحدث نتيجة لإجراء أو معالجات طرف ثالث وتقتضي سياسة الشركة عدم تأخير العملاء بتاتا في تصحيح الخطأ .

### ٢.١٦   التحقق من المطالبات والمستندات

في كل حالات تعويض العملاء يجب أن يتم الدفع مباشرة للعميل المعني أو لحسابه ، وفي حالة الدفع نقدا مباشرة للعميل يجب أن يوقع العميل باستلام المبلغ المطلوب ، كما يجب أن يقدم المشرف المسؤول بيان موجز مكتوب يوضح ويشرح فيه عملية التعويض .

### ٣.١٦   صلاحية مدير الفرع/ مدير جودة الخدمة

لمدراء الفروع ومداراء جودة الخدمة صلاحية اعتماد مبالغ  تصحيح أخطاء العمليات الفردية حتى ١٠٠,٠٠٠ (مائة ألف) ريال سعودي حيث يجب أن يوقع كلاهما على هذا الإجراء .

### ٤.١٦   صلاحية المدير التنفيذي للعمليات المصرفية

يعتمد المدير التنفيذي لإدارة العمليات المصرفية مبالغ تعويض العملاء في حدود ١٠٠,٠٠٠ (مائة ألف) ريال سعودى حتى ٥٠٠,٠٠٠ (خمسمائة ألف) ريال سعودي .

### ٥.١٦   مبالغ التعويض التي تزيد عن ٥٠٠,٠٠٠ (خمسمائة ألف) ريال سعودي

يجب أن يتم اعتمادها بتوقيع ثان معتمد .



شركة الراجحى المصرفية للاستثمار    دليل السياسات العامة والصلاحيات

## (١٧) مطالبات العملاء الخاصة بالصرف الآلي

### ١.١٧ مقدمة
مع الحجم الكبير لاستخدام العملاء لماكينات الصرف الآلي من المؤكد حدوث أخطاء تتطلـب التعويض النقدي لعملاء الشركة وترغب الشركة في عدم حدوث أى تأخير يتعلق بالتعويض فان الشركة قد وضعت معايير جودة الخدمة المتعلقة بتعويض عملاء الصرف الآلي ويجب أن يتم التعويض في إطار هذه المعايير.

### ٢.١٧ السياسة المبنية على جودة الخدمة
عند علم الشركة بأخطاء تتعلق بالصرف الآلي سواء تم ذلك عن طريق العميل أو أحد موظفي الشركة فان متطلبات الخدمة الجيدة للعميل وأخلاقيات المهنة تقتضي تصحيح الخطأ وتعويض العميل فوراً . كل الإخطارات المتعلقة بأخطاء الصرف الآلي يجب أن ترسل إلى رئيس القسم المعني بوحدة الصرف الآلي .

عندما تكتشف الشركة أخطاء في الصرف الآلي تتطلـب تعويـض العميـل يمكـن لمديـر العمليـات المصرفية تعميد التعويض بغض النظر عن المبلغ ويجب حفظ المستندات المؤيدة لعملية التعويض .

### ٣.١٧ إنشاء مطالبات العملاء
يتم إخطار العميل للشركة بعدة أشكال:
- إخطار مكتوب لموظفي الشركة .
- إخطار بالهاتف لخدمات العملاء أو الفروع أو إدارات الإدارة العامة يتبعه طلب مكتوب .
- مكاتبه رسمية للشركة .

### ٤.١٧ مطالبات العملاء المتعلقة بالصرف الآلي للمبالغ حتى ٥.٠٠٠ (خمسة آلاف) ريال سعودي
مدير مركز البطاقات و/أو مدير إدارة العمليات المصرفية يعتمد مطالبـات الصرف الآلي الفرديـة حتى مبلغ ٥.٠٠٠ (خمسة آلاف) ريال سعودي ويجب تقديم المستندات المؤيدة لدفع مبلغ المطالبة .

شركة الراجحى المصرفية للاستثمار        دليل السياسات العامة والصلاحيات

## مطالبات العملاء الخاصة بالصرف الآلي ـ تكملة ـ

**٥.١٧** مطالبات العملاء المتعلقة بالصرف الآلي للمبالغ التى تزيد على ٥,٠٠٠ (خمسة آلاف) ريال سعودي

لنائب المدير العام للعمليات والنظم صلاحية اعتماد صرف أى مطالبة فردية تتعلق بالصرف الآلي بمبلغ يزيد عن ٥,٠٠٠ (خمسة آلاف) ريال سعودي . يجب أن يتم الدفع للعميل المعنى مقابل توقيعه باستلام المبلغ . يجب تقديم المستندات المكتوبة المؤيدة لدفع مبلغ المطالبة .

### ٦.١٧ إخطار المراجعة الداخلية

يجب إخطار المراجعة الداخلية بكل مطالبات الصرف الآلي المدفوعة بمبلغ يزيد عن ١٠,٠٠٠ (عشرة آلاف) ريال سعودي .





شركة الراجحي المصرفية للاستثمار    دليل السياسات العامة والصلاحيات

## (١٨) صلاحيات التوقيع

### ١.١٨ مقدمة

هناك أربعة أنواع من صلاحيات التوقيع تتطلب وجود سياسة رسمية وهي كالتالي :-

- صلاحيات تعميد إصدار الشيكات المصرفية .
- صلاحيات توقيع القرارات الائتمانية للعملاء .
- صلاحيات توقيع مراسلات الشركة العامة للجهات خارجية .
- صلاحيات توقيع العقود (موضحة في القسم "١٠").

### ٢.١٨ صلاحيات تعميد إصدار الشيكات المصرفية

الجدول التالي يبين حدود صلاحيات تعميد إصدار الشيكات المصرفية .

بالنسبة للفروع الآلية (SIB 2000) سيتم توقيع الشيكات المصرفية حتى مبلغ ٥٠٠٠ (خمسة آلاف) ريال سعودي . شاغلي الوظائف المحددة في الجدول بعلامة (*) بإمكانهم تعميد إصدار الشيكات المصرفية شخصيا أو عن طريق الهاتف أو التلكس للفرع المعني .

| حدود الصلاحية | صاحب الصلاحية |
|---|---|
| ١٠٠٠٠٠ (مائة ألف) ريال سعودي . | • مدير جودة الخدمة |
| ٥٠٠٠٠٠٠ (خمسة ملايين) ريال سعودي . | • مدير الفرع |
| ١٥٠٠٠٠٠٠ (خمسة عشر مليون) ريال سعودي . | • مدير المنطقة .(*) |
| ٢٥٠٠٠٠٠٠ (خمسة وعشرون مليون) ريال سعودي. | • مدير شبكة الفروع .(*) |
| أكثر من ٢٥٠٠٠٠٠٠ (خمسة وعشرين مليون) ريال سعودي. | • نائب المدير العام للمجموعة المصرفية (*) |

### ٣.١٨ صلاحيات توقيع القرارات الائتمانية للعملاء

كل الخطابات المكتوبة للعملاء التي تتعلق بقرارات خاصة بطلبات ائتمان يجب أن توقع كالتالي:-

- قرارات اللجنة العليا للائتمان يجب أن توقع من عضوين من أعضاء اللجنة على أن يكون أحدهما من إدارة الائتمان .
- قرارات اللجنة الفرعية للائتمان يجب أن توقع بواسطة أى عضوين من أعضاء اللجنة .
- بعد الحصول على التواقيع المطلوبة المذكورة أعلاه تقوم إدارة الائتمان بإرسال الأخطار بالموافقة مباشرة للعميل مع صورة للفرع المعنى أو المسؤول المختص بالتسليف حسبما هو ملائم .



## صلاحيات التوقيع ـ تكملة ـ

### ٤-١٨  مكاتبات العملاء ـ الموافقات الائتمانية

<u>يجب</u> أن يصدر الإخطار بالموافقة على طلبات العملاء الائتمانية <u>من إدارة الائتمان فقط</u> وحسب التوقيعات أعلاه . هذه السياسة تتيح التأكد من وجود الشروط والأحكام بشكل موحد يبين المتطلبات التعاقدية لكل من الشركة والعميل . يجب إرسال صورة بالفاكس من الموافقة إلى الفرع و/أو المسؤول عن الحساب الذي أصدر طلب الائتمان .

<u>يجب أن يكون مدير الفرع أو المسؤول عن الحساب نقطة الاتصال الرئيسية بالعميل</u> . لذلك وفور استلام صورة الفاكس بالموافقة على طلب الائتمان يجب أن يتصل مدير الفرع أو المسؤول عن الحساب هاتفيا بالعميل وإخطاره بالموافقة على الائتمان وتوضيح الشروط والأحكام ذات الصلة ، بهذه الطريقة يتم تحسين خدمة العميل من خلال:-

- استمرارية الاتصال الشخصي بالعميل وليس الاتصال عن طريق موظفي الإدارة العامة .
- سرعة الإخطار الهاتفي بدلا عن الاتصال البريدي .

### ٥-١٨  صلاحيات توقيع مراسلات الشركة العامة للجهات الخارجية

تعرف المراسلات العامة بأنها أى مستند يحتوى على معلومات لجهه خارج الشركة ما عدا كشوف حسابات العملاء والأرصدة ... الخ ومثل هذه المراسلات لا تمثل أى التزام قانوني أو مالي للشركة وهذه المراسلات العامة يمكن أن يوقعها أى مشرف بالشركة .

شركة الراجحى المصرفية للاستثمار                دليل السياسات العامة والصلاحيات

## ( ١٩ ) الخسائر التي يتحملها الموظفون

### ١٩-١ مقدمة

تلاحظ الشركة حدوث خسائر أو تلف لأصول الشركة أثناء أداء العمل ورغم أن بعض الخسائر قد تنتج عن الغش أو الإهمال إلا أن بعضها لا يمكن تفاديه ولا تنتج عن خطأ من الموظف . ولا ترغب الشركة في تحميل الموظفين مثل هذه الخسائر . إضافة لذلك ترى الشركة أن تحميل الموظفين لهذه الخسائر يخلق مناخا في العمل حيث لا يرغب الموظف في تحمل مسؤولية الأصول مما يؤدى إلى انخفاض الإنتاجية . لذلك تسعى الشركة لتفادى وجود مثل هذا المناخ ، وفي هذا الإطار تم وضع السياسات في هذا القسم .

### ١٩-٢ خسائر وتلف معدات وممتلكات الشركة

عند تكليف الموظفين باستخدام معدات وممتلكات الشركة مثل السيارات وأجهزة الحاسب الآلي وأجهزة الفيديو ... الخ فإن الشركة تتوقع من الموظفين توخى أقصى درجات العناية بممتلكات الشركة وإذا التزم الموظفون بهذه السياسة فلن يتم تحميلهم مبالغ الخسائر أو التلف الناتج من الاستخدام لأغراض العمل.

إذا رأت الشركة أن الموظف لم يلتزم بهذه السياسة فإن المدير المختص قد يرى تعديل تقرير الأداء السنوى الخاص بالموظف المعنى .

### ١٩-٣ الخسائر والتلف الناتج عن الإهمال

في حالة حدوث خسائر أو تلف لمعدات أو أصول الشركة المخصصة للموظف أو فقدها بسبب الإهمال فإن الموظف المعنى يجب أن يعوض الشركة عن كل التكاليف ، وهذا التعويض يمكن أن ينفذ من خلال الخصم من راتب الموظف أو دفع المبلغ مباشرة بواسطة الموظف .



شركة الراجحى المصرفية للاستثمار    دليل السياسات العامة والصلاحيات

## الخسائر التي يتحملها الموظفون - تكملة -

### ١٩-٤ عجوزات الصرافين:

تحدث عجوزات الصرافين أثناء أداء عملهم العادي لعمليات العملاء ومن سياسة الشركة أن يتحمل الموظفون مسؤولية عملهم ويشمل ذلك تعويض بعض العجوزات التي تحدث . ولكن هنالك حالات يتقرر فيها عدم تحميل الموظف المسؤولية أو وجود ظروف مخففة تقتضي أن تتحمل الشركة مبلغ العجز . مثل هذه المبالغ سيتم تحميلها على حساب مخصص المخاطر الذي أنشئ لهذا الغرض .

### ١٩-٥ عجوزات الصرافين التي تقل عن ٥٠٠ (خمسمائة) ريال سعودي:

العجوزات التي تقل عن ٥٠٠ (خمسمائة)ريال سعودي يجب أن يدفعها الموظف إما بالخصم من راتبه أو الدفع المباشر .

### ١٩-٦ عجوزات الصرافين التي تزيد عن ٥٠٠ (خمسمائة) ريال سعودي:

إذا تجاوز مبلغ العجز مبلغ ٥٠٠ (خمسمائة) ريال سعودي فإن على الموظف المعني دفع مبلغ الخمسمائة ريال الأولى من المبلغ أما المبلغ الذي يتجاوز ٥٠٠ (خمسمائة) ريال سعودي فسيتم تحميله على حساب مخصص المخاطر ويوصي مدير الفرع لمدير المنطقة بالإجراء الجزائي الملائم ويشمل ذلك زيادة المبلغ الذي سيدفعه الموظف المعني .

### ١٩-٧ صلاحية مدير الفرع:

ليس لمدير الفرع أي صلاحية لتحميل مبالغ العجز على الحساب المخصص وكل مبالغ العجز التي تسجل على هذا الحساب يجب أن يوافق عليها مدير المنطقة أو مسؤول صاحب صلاحية أعلى .

### ١٩-٨ صلاحية مدير المنطقة:

لمدير المنطقة صلاحية الموافقة على تسجيل مبالغ العجوزات حتى ٢٠٠٠ (ألفي) ريال سعودي على الحساب المخصص .



شركة الراجحي المصرفية للاستثمار    دليل السياسات العامة والصلاحيات

## الخسائر التي يتحملها الموظفون ـ تكملة ـ

### ١٩ـ٩ صلاحية مدير شبكة الفروع:
لمدير شبكة الفروع صلاحية الموافقة على تسجيل مبالغ العجوزات حتى ٥,٠٠٠ (خمسة آلاف) ريال سعودي على الحساب المخصص .

### ١٩ـ١٠ صلاحية نائب المدير العام والمدير العام:
لنائب المدير العام للمجموعة المصرفية صلاحية الموافقة على تسجيل مبالغ العجوزات حتى ١٥,٠٠٠ (خمسة عشر ألف) ريال سعودي وما زاد عن هذا الحد يجب أن يوافق عليه المدير العام .

### ١٩ـ١١ مشاكل الفروقات المستمرة:
لمشاكل المطابقة أثر مباشر على جودة الخدمة المقدمة للعميل إضافة إلى الأثر المالي على الشركة ، لذلك فإن مدير الفرع مسؤول عن مراقبة أداء موظفيه . أى موظف يعاني من مشاكل الفروقات المستمرة يجب أن يعاد النظر في أمره إما بإبعاده من الوظيفة المرتبطة بالنقد أو إنهاء خدماته .

### ١٩ـ١٢ إعادة النظر في وضع الموظف:
الصرافين الذين تصل عجوزاتهم لمبالغ تزيد عن ١٠,٠٠٠ (عشرة آلاف) ريال سعودي (سواء في حالة واحدة أو عدة حالات) بسبب عدم التزامهم بالسياسات أو الإجراءات والذين لم تنه الشركة خدماتهم يمكن استبعادهم من الوظيفة المرتبطة بالنقد بناء على مراجعة كل حالة بحالتها بواسطة مدير شبكة الفروع .

### ١٩ـ١٣ الخسائر الأخرى:
الخسائر الأخرى تنقسم إلى قسمين:
- الخسائر التي تحدث رغم اتباع الموظفين للإجراءات المعتمدة واتخاذ كل الخطوات اللازمة لحماية الشركة من الخسائر ، في مثل هذه الحالة يتم تسجيل المبلغ على الحساب المخصص للخسائر ولا يحمل للموظف المعني .
- الخسائر التي تحدث نتيجة لعدم التزام الموظف بالإجراءات المعتمدة وإهماله في اتخاذ الخطوات اللازمة لحماية الشركة من الخسائر ، في مثل هذه الحالة يتم تحميل المبلغ على الموظف المعني .

شركة الراجحي المصرفية للاستثمار  دليل السياسات العامة والصلاحيات

---

## الخسائر التي يتحملها الموظفون ـ تكملة ـ

### ١٤ـ١٩  صلاحيات تسجيل الخسائر على الحساب المخصص:

الجدول التالي يبين صلاحيات تسجيل خسائر الموظفين على الحساب المخصص بعد إجراء البحث اللازم بواسطة إدارة المراجعة الداخلية :

| حدود الصلاحية | صاحب الصلاحية |
|---|---|
| ٢٥,٠٠٠ (خمسة وعشرون ألف) ريال سعودي | ● نائب المدير العام للمجموعة المصرفية |
| ١٠٠,٠٠٠ (مائة ألف) ريال سعودي | ● المدير العام |
| أكثر من ١٠٠,٠٠٠ (مائة ألف) ريال سعودي . | ● اللجنة التنفيذية |

### ١٥ـ١٩  دور المراجعة الداخلية والشؤون القانونية:

إذا زاد مبلغ العجز أو الخسائر عن ١٠,٠٠٠ (عشرة آلاف) ريال سعودي يجب أن تقوم إدارة المراجعة الداخلية ببحث الأسباب وإذا ثبت أن الخسائر أو العجز حدث بسبب السرقة أو الغش أو الاختلاس فيجب استشارة إدارة الشؤون القانونية لاتخاذ الإجراءات القانونية الملائمة .

### ١٦ـ١٩  الخسائر الناتجة عن السرقة أو الاختلاس أو الغش :

إذا ثبت أن الخسائر حدثت بسبب السرقة أو الاختلاس أو الغش من جانب الموظف فيجب إنهاء خدمة الموظف فورا وتطبيق أقصى الجزاء النظامي في حقه .

---



## الخسائر التي يتحملها الموظفون ـ تكملة ـ

### ١٧-١٩ الخسائر الناتجة عن معلقات الشيكات والحوالات أو نتيجة للأخطاء الإدارية:

- عند ظهور (اكتشاف) معلقات في تقارير التسوية تخص شيكات / حـوالات مكـرر صرفهـا او اكتشاف خطأ يتعلق بعمليات مصرفية أخرى يترتب عليه مخـاطر ماليـة ، سـوف تقـوم إدارة التسويات بإبلاغ الإدارة المعنية ذات العلاقة كتابةً وعلى مدير الإدارة المعنية دراسة الحالة من كل الجوانـب في الحـال لاتخـاذ الإجـراء المناسـب لتحصيل قيمة المبلغ المكرر مـن الجهة المستفيدة العميل / المراسل لإنهاء المعلق واذا اقتضت الحالة إحالتها الى إدارة المراجعة الداخلية لإجراء الفحص المستندى وتحديد أسباب المخالفات المرتكبة ومرتكبيها ، على ان يتم ذلك خلال مدة لا تتجاوز ٤٨ ساعة من العلم بالحالة بعد اطـلاع نـائب المديـر العـام للمجموعة عليها وعلـى ان تقوم إدارة المراجعة الداخلية باستكمال إجـراءات البحـث ورفع تقرير خلال مدة لا تتجاوز ٧٢ ساعة من تاريخ إحالة الموضوع لها للبحث .

- يحال تقرير إدارة المراجعة الداخلية إلى إدارة الشئون القانونية لمباشرة التحقيق مع الموظف / الموظفين ذوي العلاقة بالحاله بحيـث يتم التحقيـق خـلال مدة لا تتجـاوز أسبوع مـن تـاريخ استلام التقرير

- الحالات التي يثبت فيها تحميل الموظف المخاطر المالية تتم معالجتها على النحو التالي :

١) الحالات التي يتوقع تحصيلها من المراسل / او العميل (المستفيد او المحول ) ، يتم ابـلاغ إدارة الموارد البشرية بها للتأشير على ملف الموظف / الموظفين المتسببين وعـدم إخـلاء طرفهم إلا بعد التأكد مـن تحصيل المبلغ ويعلق بـدء الخصم مـن حسـابات الموظفـين المتسببين لحين انتهاء المدة المحددة ( حدها الأقصى ثـلاث أشهر ) التـي يتوقـع خلالها إنهاء المعلق من قبـل الإدارة ذات العلاقة اما بتحصيل المبلغ مـن العميل (المستفيد او المحول) او إجراء التسوية مع البنك المراسل واذا لم يتم تحصيل المبلغ خـلال المـدة المحددة تخطـر إدارة الموارد البشرية مـن قبل الإدارة ذات العلاقة ببدء الخصـم علـى الموظفين المتسببين وفي حالة تحصيل المبلغ يتم الأخطـار بإيقـاف الخصـم ومعالجـة وتسوية المبلغ الذى تحمله الموظف / الموظفين .

٢) الحالات التي لا يتوقع تحصيلها من الجـهات المستفيدة ( العملاء / المراسلين ) يتم فـوراً تحميلها على المتسبب / المتسببين وإبلاغ إدارة الموارد البشرية ببدء الخصم من راتب الموظف / الموظفين المتسببين حسب النظام .

هذه الصفحه تم تعديلها من قبلكم وافقنا الى تليها



شركة الراجحى المصرفية للاستثمار    دليل السياسات العامة والصلاحيات

## الخسائر التى يتحملها الموظفون ـ تكملة ـ

- اذا ثبت من تقرير إدارة المراجعة الداخلية عدم وجود اى مخالفة يعـود الـسـبب فيها الى موظفى الشركة وتم استنفاذ كل الوسائل والطرق المتاحة دون تحصيل المبلـغ يـتـم رفعـها بمذكرة عرض من قبل الإدارة ذات العلاقة الى اللجنة العليا للائتمان لاتخاذ قرار بشطبها .

- اذا ثبت ان هناك قصور او خطأ ارتكب من ذوى المستويات الإشرافية بالادارة المعنية في عدم تنفيذ ماذكر أعلاه فور اكتشاف المعلق فيجب إحالة المخالف للتحقيق في المخالفـة المرتكبة منه واتخاذ الإجراءات النظامية في حقه والرجـوع عليه بـالضرر المـادي الـذي لحق بالشركة من جراء مخالفته .

#### ملحوظة :ـ

- يقاس وقت وتاريخ اكتشاف الحالة المعلقة في التسوية من تاريخ الإبلاغ عنها مـن قبـل إدارة التسويات شريطة مراعاة ان لا يتجاوز مدد جدول مراحل إعداد التسوية وبحث المعلقات .

- يتم مسائلة الموظف/الموظفين الذين لهم علاقة بالحالة خلال مدة لاتتعدى ١٥ يوم من تاريخ اكتشاف الحالة



شركة الراجحي المصرفية للاستثمار    دليل السياسات العامة والصلاحيات

## (۲۰) معالجة الاحتيال ببطاقات الائتمان

### ۲۰-۱ مقدمة

ترى الشركة أن هناك مخاطر مرتبطة بإصدار بطاقات الائتمان ، ورغم أنه يجب توخي الحذر ووضع الرقابة الملائمة لتقليل عمليات الاحتيال إلا أنه يجب معالجة الخسائر والتعويضات بطريقة سهلة وسريعة في إطار جودة الخدمة التي تراعيها الشركة .

### ۲۰-۲ مخصص خسائر الاحتيال

أثناء عملية وضع الميزانية السنوية يقدم مدير مركز البطاقات لنائب المدير العام للمجموعة المصرفية الموازنة المقترحة للسنة التالية ، وتشمل مبلغ "احتياطي خسائر الاحتيال الخاص ببطاقات الائتمان" . ويوضح الاحتياطي بناء على نسبة مئوية من رسوم البطاقات السنوية ويوضح في الاعتبار تجربة الخسائر السابقة والنمو المتوقع في إصدار البطاقات للسنة القادمة . للتأكد من ملائمة مبلغ الاحتياطي يحصل مدير مركز البطاقات على خسائر شركة الراجحي الناتجة عن الاحتيال مقارنة بالبنوك الأخرى ويوضح ذلك في الاعتبار عن تحديد الاحتياطي .

### ۲۰-۳ التقصي والتعويض

تقوم وحدة تقصي الاحتيال في إدارة المراجعة الداخلية بإجراء التنسيق اللازم لمراجعة خسائر الاحتيال التي تزيد عن ٥,٠٠٠ (خمسة آلاف) ريال سعودي ، وهذا يشمل الحصول على كل البيانات الضرورية من مركز البطاقات والجهات الأخرى ذات العلاقة . الوقت المستغرق في عملية التعويض يجب أن يتماشى مع المعايير المحددة في دليل جودة الخدمة .

### ۲۰-٤ صلاحية مدير قسم المخاطر :

لمدير قسم المخاطر (بمركز البطاقات) صلاحية اعتماد تعويض الخسائر الناتجة عن الاحتيال حتى مبلغ ٢٥,٠٠٠ (خمسة وعشرون ألف) ريال سعودي .

### ۲۰-٥ صلاحية مدير مركز البطاقات

لمدير مركز البطاقات صلاحية اعتماد تعويض الخسائر الناتجة عن الاحتيال حتى مبلغ ٥٠,٠٠٠ (خمسون ألف) ريال سعودي .

شركة الراجحى المصرفية للاستثمار        دليل السياسات العامة والصلاحيات

## معالجة الاحتيال ببطاقات الائتمان ـ تكملة ـ

### ٢٠ـ٦ صلاحية نائب المدير العام للمجموعة المصرفية

لنائب المدير العام للمجموعة المصرفية صلاحية اعتماد تعويض الخسائر الناتجة عـن الاحتيال حتى مبلغ ١٠٠,٠٠٠ (مائة ألف) ريال سعودي .

### ٢٠ـ٧ صلاحية المدير العام

للمدير العام صلاحية غير محددة لاعتماد تعويض الخسائر الناتجة عن الاحتيال .

### ٢٠ـ٨ صلاحية العضو المنتدب

للعضو المنتدب صلاحية غير محددة لاعتماد مبالغ الخسائر الناتجة عن الاحتيال.

### ٢٠ـ٩ التعويض قبل اكتمال التقصي

في بعض الحالات قـد يتطلب الموقف دفع التعويض للعميل قبل اكتمال عملية التقصي . لنائب المدير العام للمجموعة المصرفية والمدير العام والعضو المنتدب صلاحية تعويض العملاء قبل اكتمال المطالبة بناء على العلاقة وقيمة التعامل مع العميل المعنى .



# (٢١) تحصيل الديون المتأخرة

### ٢١.١ مقدمـة :

رغم توخي الحذر والحرص في منح التسهيلات والخطط الائتمانية للعملاء يحدث تأخير في تحصيل الديون . لتقليل الخسائر وحماية أصول الشركة لابد من وضع إجراءات لمتابعة التحصيل بشكل منظم وفعال على مستوى الشركة .

### ٢١.٢ تعريف التأخير وعمليات الدفع والتحصيل :

عمليات الدفع هي من مسؤولية الإدارة المعنية بعمليات القروض،أما التحصيل فيعني نشاط وإجراءات التحصيل التي تتبعها الشركة كجزء من عملياتها لاستلام المدفوعات من العملاء عند حدوث التأخير ، ونشاطات وإجراءات التحصيل هذه قد تتطلب تدخل إدارة عمليات القروض ، وقـد لا تتطلبها ويجب أن يكون الفرق واضحا بين عمليات المدفوعات والتحصيلات لكل الجهات المعنية .

### ٢١.٣ تحصيلات التجزئة :

فيما يتعلق بمنتجات التجزئة (بطاقات الائتمان وتسهيلات العملاء) فإن السياسة الموحدة المتعلقة بذلك كالتالي :

#### ٢١-٢-١  الديون المتأخرة لمدة ٦٠ يوم أو أقل :

تتم متابعة هذه الديون بواسطة الإدارة المختصة للقيام بالإجراءات اللازمة لإخطار العميل و/أو الاتصال اللازم للحصول على المبلغ .

#### ٢١-٣-٣  الديون المتأخرة لمدة ٦١-١١٩ يوم :

إذا ظلت ديون التجزئة متأخرة بعد ٦٠ يوم من مجهودات التحصيل يتم تحويلها إلى الجهة المختصة بتحصيلات التجزئة بإدارة الائتمان للمزيد من مجهودات التحصيل وهـذه المجـهودات قـد تشـمل الاتصال الهاتفي أو الزيارات الشخصية للعملاء أو الموظفين أو تقديم مطالبة لدفع المبلغ بالكامل .

تم تعديل البند ٢١
بأكمله .

شركة الراجحي المصرفية للاستثمار    دليل السياسات العامة والصلاحيات 

## تحصيل الديون المتأخرة ـ تكملة ـ

### ٢١-٣-٣  الديون المتأخرة لمدة ١٢٠ يوم أو أكثر :

إذا ظلت الديون متأخرة لمدة ١٢٠ يوم متصلة تتم معالجة ديون التجزئة وفقا للأسس التالية :

- المبالغ أقل من ١,٠٠٠ (ألف) ريال سعودي : يتم شطب الديون بدون أي إجراءات أخرى للتحصيل.

- المبالغ من ١,٠٠١ (ألف وواحد) إلى ٣,٠٠٠ (ثلاثة ألف) ريال سعودي : تتم متابعة هذه الديون لدفعها في المستقبل ولكن لا يتم شطبها و لا تتم بشأنها أي إجراءات تحصيل أخرى .

- المبالغ أكثر من ٣,٠٠٠ (ثلاثة ألف) ريال سعودي : تتم متابعة هذه الديون من قبل إدارة التحصيل لاتخاذ الإجراء اللازم ويشمل ذلك رفع القضايا أمام المحاكم وإعادة تملك المنزل أو إعادة تملك المواد موضوع الدين أو التمويل .

### ٢١-٤  تقارير لجنة التحصيل :

كل ديون التجزئة المتأخرة التي تزيد عن مليون ريال سعودي يتم تبليغها إلى لجنة التحصيل أسبوعيا ويشمل ذلك ملخص عن مجهودات التحصيل التي تمت و توقعات التسديد أو الجدولة أو الخسارة .

### ٢١-٥  تحصيل الشركات :

منتجات الشركات تمثل مخاطر أكبر لاحتمالات الخسارة على الشركة بسبب الحجم الكبير لهذه المنتجات لذلك يجب أن تتم إجراءات التحصيل وفقا لما يلي :

- تفعيل معرفة وعلاقة مسؤول الحسابات بالعملاء .
- اتباع الموضوعية فيما يتعلق بتدخل جهات المساندة الأخرى بالشركة (مثلا: الشؤون القانونية) .
- تقليل المخاطر المتعلقة بشطب الديون .

لذلك يجب اتباع السياسات التالية لمنتجات الشركات :

### الديون المتأخرة حتى ٦٠ يوما  :

هذه الديون من مسؤولية ضابط العلاقة المختص بالائتمان وهو الذي يحدد مستوى الاتصال الملائم بالعميل (زيارة شخصية ، محادثة هاتفية ، رسائل بريدية ...الخ) هذا بالإضافة إلى إشعارات التأخير المستخرجة من النظام التي ترسلها إدارة عمليات القروض التي تبدأ في اليوم العاشر من مدة التأخير وتتكرر كل عشرة أيام حتى يتم تسديد الدين .

شركة الراجحي المصرفية للاستثمار       دليل السياسات العامة والصلاحيات 

## تحصيل الديــون المتأخرة ـ تكملة ـ

### الديون المتأخرة لمدة تزيد عن ٦٠ يوما :

إذا ظلت ديون الشركات متأخرة بعد ٦٠ يوما من مجـهودات التحصيل يتم تحويلها إلى الإدارة المعنيـة لإجراء المزيد من جهود التحصيل ويشمل ذلك جدولة الديون والإجراءات القانونية.

**تسريع إجراءات التحصيل :** إذا أشارت الملابسات إلى وجود مخاطر خسائر على الشركة (مثـلا وفـاة الكفيل أو نقص قيمة الضمان أو الاحتيال) فإن ضابط الحساب المختص بالائتمان (في إدارة الشركات أو إدارة الائتمان) يجب أن يقوم فوراً ـ بموافقة مدير الإدارة ـ ببدء الإجراءات القانونية اللازمة لحماية مصالح الشركة بغض النظر عن فترة التأخير .

### ٢١ـ ٦ تقارير لجنة التحصيل :

كل ديون الشركات المتأخرة التي تزيد عن مبلغ مليون ريال سعودي أو التي تـأخرت إلى فـترة تزيد على ٦٠ يوما يجب إن تبلغ إلى لجنة التحصيل أسبوعيا وأن يرفع تقرير موجز للجنة عن جهود التحصيل التي بذلت واحتمالات التسديد أو جدولة الديون أو الخسارة .

شركة الراجحى المصرفية للاستثمار    دليل السياسات العامة والصلاحيات

---

## ( ٢٢ ) ـ تعويض مطالبات العملاء عن الشيكات المفقودة/ المسروقة بدون كفالة

للتعويضات التي لم يتم استلام ردود بتأكيد إيقافها من المراسلين .

### ١ـ٢٢  صلاحية التعويض

⤶  لمدير الفرع صلاحية التعويض لغاية مبلغ (ثلاثة آلاف ريال) .

⤶  لمدير شبكة الفروع صلاحية التعويض لما يزيد عن مبلغ (ثلاثة آلاف ريال) ولغاية (خمسة وعشرون ألف ريال) .

⤶  لنائب المدير العام للمجموعة المصرفية التعويض لما يزيد عن مبلغ (خمسة وعشرون ألف ريال) .

### ٢ـ٢٢  شروط التعويض

⤶  إنقضاء المدة الزمنية المحددة بعد تاريخ طلب الإيقاف .

⤶  الرجوع إلى بيانات تقرير الحاسب الآلي للتأكد من :ـ

- تاريخ طلب الإيقاف .
- تأكيد إستلام رد المراسل من عدمه .
- موقف الشيك "S" .

### ٣ـ٢٢  الفترة الزمنية للتعويض

⤶  يسري مفعول استخدام الصلاحية بعد مضي الفترة الزمنية المحددة لكل مراسل من تـاريخ الإيقاف (عينة مرفقة) والتي ستبلغ للفروع بموجب تعاميم تصـدر في حينه معتمدة مـن المجموعـة المالية ـ إدارة التسويات .



ختام ۲ (۸۲) ... ... ... ... ...

| | | | | |
|---|---|---|---|---|
| • ... ... | ... ... | | ۰ ۸ قسم | |
| • ... ... | ... ... ... | | ,, ,, | |
| • ... ... | ... – ... – ... ... | | ,, ,, | |
| • ... ... | ... ... | | ,, ,, | |
| • ... | ... – ... – ... ... | | ۸ ... | |
| • ... ... | ... ... ... ... | | ,, ,, | |
| • ... ... | ... ... ... | | ,, ,, | |
| • ... ... | ... ... ... | | ,, ,, | |
| • ... | ... ... | | ۰۳ قسم | |
| ... ... :- | ... ... :- | | | |
| ۸ ... ... ... ... ... | | | ۰۳ قسم | |
| ۱ ... ... ... ... ... | | | ۰۱ قسم | |
| ۷ | ... | | ... ... ... ... ... ... ... ... | ... ... |

... ... ... ... ... ... ... ... ... ... ... ... ...







شركة الراجحى المصرفية للاستثمار          دليل السياسات العامة والصلاحيات

<u>**قائمة العملاء المحظور التعامل معهم - تكملة -**</u>

### ٢٣ـ ٤ دور إدارة الائتمان

هى الجهة المعتمدة بصلاحية إدخال بيانات العملاء المحظور التعامل معهم في النظام الآلي أو رفعه وذلك بناء على المعلومات الواردة لها والمطابقة للضوابط والصلاحيات الموضوعة وذلك بحكم مسؤوليتها المركزية عن إدارة برنامج الإيقافات في ملف معلومات العملاء (CIF) ضمن التاج .

### ٢٢ـ ٥ ضوابط رفع أسماء العملاء من قائمة العملاء المحظور التعامل معهم

أ ) يرفع اسم العميل من القائمة بعد إنقضاء فترة ستة أشهر من تاريخ سداد كامل المديونة وبموافقة الجهة التي طالبت بإدراجه .

ب) في حالة التوصل لحل مرضي مع العميل سواء بجدولة المديونية أو بالاتفاق على السداد بأقساط شريطة موافقة الجهة التي طالبت بإدراجه .

ج ) رفع الإيقافات عن الحساب الجاري أو إعادة التعامل به بناء على موافقة نائب المدير العام للمجموعة المصرفية مشفوعا بتوصية من مدير الفرع ومدير المنطقة التابع لها الفرع .

EO3570/3798

جدول أسعار الخدمات والتأمينات الاجتماعية

أنواع الخدمات التأمينية والاشتراكات والتعويضات والاستثمار

| نوع الخدمة | | | | | |
|---|---|---|---|---|---|
| | الاشتراك الشهري | مجموع الاشتراك | المبلغ المدفوع | مبلغ الخدمات والتعويضات |
| ● الخدمات على الحياة . | ● | ٢٠٠ ألف | ٥٠٠ ألف | ١٠٠ ألف | — | ٢ ألف على |
| ● الخدمات على الحياة . | ما زاد على ١٠٠ ألف | — | — | ١٠٠ ألف | — |
| ● الخدمات على الحياة الفردية . | ● | ٥٠٠ ألف على | ٥٠٠ ألف | ٢٥٠ ألف | ما زاد على ١٠٠ ألف | ٢٥٠ ألف |
| ● الخدمات على الحياة الجماعية ( نظام التكافل | — | ٥٠٠ ألف | ١٥٠ ألف | — | ١٠٠ ألف |
| ● التأمينات الاجتماعية ( برنامج | ٥٠٠ ألف على | — | ٢٥٠ ألف | — | ١٠٠ ألف |



شركة الراجحي المصرفية للاستثمار     دليل السياسات العامة والصلاحيات



الملحق أ - (اللجان)



شركة الراجحي المصرفية للاستثمار     دليل السياسات العامة والصلاحيات

## اللجــان

| اللجنة | الصلاحية | الأعضاء |
|---|---|---|
| **لجنة الإدارة العليا** | • مراجعة المواضيع التالية والموافقة عليها والتوصية بشأنها لمجلس الإدارة: <br> - كل سياسات الشركة . <br> - كل تعليمات المنتجات الجديدة . <br> - المواضيع الاستراتيجية للشركة . <br> • تقييم واتخـاذ القرارات بشـأن شراء كـل العقارات المملوكة للشركة . | • المدير العام – رئيسا . <br> • كل نواب المدير العام . |
| **اللجنة العليا للائتمان** | • الموافقة على كل السياسات الائتمانية . <br> • اتخـاذ القـرار بشـأن طلبـات الائتمـان والاستثمار المحلية . <br> • اعتمادات الاطلاع وتجاوز الخطوط (مائة مليون ريال سعودي) . <br> • اعتمـادات القبـول والمرابحـة وتجـاوز الخطوط (خمسون مليون ريال سعودي) . <br> • كشف الحساب الجاري (خمسة ملايين ريال سعودي) . <br> • البيع بالتقسيط (خمسـة ملايـين ريـال سعودي) . | • المدير العام – رئيسا . <br> • نـواب المديــر العـام للمجموعات التالية: <br> – م/ المصرفية. <br> – م/الاستثمار والعلاقـات الدولية. <br> – م/ المالية . <br> – م/ التجارية. <br> – المدير التنفيـذي لإدارة الائتمان. <br> – مديـر إدارة التسـهيلات التجاريـة (المجموعـة المصرفية) . |

ed 23/1/98
emad



شركة الراجحي المصرفية للاستثمار    دليل السياسات العامة والصلاحيات

## اللجـــان - تكملة -

| اللجنة | الصلاحية | الأعضاء |
|---|---|---|
| **اللجنة الفرعية للائتمان** | • اتخــاذ كـل القـرارات المتعلقـة بطلبـات الائتمان حسـب مـا هـو موضـح في دليـل السياسات الائتمانية . <br> • اعتمادات الاطلاع وتجاوز الخطوط (عشرة ملايين ريال سعودي) . <br> • اعتمـادات القبـول والمرابحـة وتجـاوز الخطوط (خمسة ملايين ريال سعودي) . <br> • كشـف الحسـاب الجـاري (مليـون ريـال سعودي) . <br> • البيـع بالتقسـيط (خمسـة ملايـين ريـال سعودي). | • الرئيـس - يتـم تعيينـه بواسـطة اللجنة العليـا للائتمان <br> • عضـو مـن اللجنـة العليـا للائتمان . <br> • مدير التحليل المالي . <br> • مـدراء الإدارات مـن المجموعات التالية: <br> – م/ المصرفية . <br> – م/ المالية . |
| **لجنة الائتمان الدولي** | • اتخـاذ القـرار بشـأن كـل طلبـات الائتمان الدولي حسبما هو موضح في دليل سياسات الائتمان . <br> • تسـليف مباشـر في حـدود (مائتـان مليـون دولار أمريكي) . <br> • تسديد تبـادل أجنبـي في حـدود (عشـرون مليون دولار أمريكي) . | • المدير العام - رئيسا . <br> • نـواب المديـر العـام للمجموعات التالية :– <br> – م/ الاسـتثمار والعلاقـات الدولية . <br> – م/ المصرفية . <br> – م/ المالية . <br> – المدير التنفيذي للائتمان . <br> – مدير العلاقـات المصرفيـة الدوليـة (م/ الاسـتثمار والعلاقات الدولية) |



شركة الراجحى المصرفية للاستثمار    **دليل السياسات العامة والصلاحيات**

## <u>اللجــــان ـ تكملة ـ</u>

| الأعضاء | الصلاحية | اللجنة |
|---|---|---|
| • نــــائـب المـديـــر الـعــام للمجموعة المالية ـ رئيس. <br> • المدير التنفيذي لإدارة الائتمان . <br> • مدراء: <br> • إدارة التحصيل . <br> • إدارة الشؤون القانونية . <br> • إدارة التسهيلات التجارية. | • المراجعة والتوصية بـالإجراء الـلازم تجـاه ديون العملاء وفقا لما يلي:- <br> - إذا زادت المديونيـة عـن (مليـون ريـال سعودي) . <br> - إذا تجاوز التأخير ستون يوما . <br><br> تم حزفه انظر للمورد | لجنة التحصيل . |
| • الرئيس ـ المدير العام . <br> • الأعضـاء ـ كــل نــواب المدير العام . | • الموافقة على تقنية المعلومات والتشغيل: <br> - الخطة الاستراتيجية . <br> - سياسة هندسة النظم . <br> - خطط السعة <br> • اتخـاذ القرار بشـأن طلبـات مشاريع النظم الرئيسية . <br> • مراقبة : <br> - سير تطور المشاريع الجارية . <br> - السعة الشهرية للنظم . <br> • مراجعة خطط العمل المتعلقة بمراجعة نظم المعلومات من قبل مؤسسة النقد أو مراجعي الشركة القانونيين والموافقة عليها . | لجنة القيادة والتوجيه لنظم المعلومات. |

شركة الراجحى المصرفية للاستثمار  دليل السياسات العامة والصلاحيات

## اللجــان - تكملة -

| اللجنة | الصلاحية | الأعضاء |
|---|---|---|
| لجنة الموجودات والمطلوبات. | - وضع السياسات المتعلقة بالاستثمارات والسيولة والمخاطر الدولية .<br>- مراقبة موقف الشركة بشأن السياسات الموضوعة .<br>- اتخاذ الإجراءات اللازمة للمحافظة على موقف الشركة عند تجاوزه للحدود الموضوعة . | • المدير العام - رئيسا .<br>• نواب المدير العام للمجموعات التالية :-<br>- الاستثمار والعلاقات الدولية<br>- المجموعة المصرفية .<br>- المدير التنفيذي لإدارة الائتمان .<br>- مدير إدارة العلاقات المصرفية الدولية.<br>- مدير الخزينة .<br>- مدير إدارة الميزانية . |



شركة الراجحى المصرفية للاستثمار        دليل السياسات العامة والصلاحيات

## اللجــان - تكملة -

| اللجنة | الصلاحية | الأعضاء |
|---|---|---|
| لجنة المشتريات العامة | • مراجعـة واتخـاذ القـرار بشـأن طلبـات شـراء السـلع والخدمات المحـددة في الموازنــة في حــدود المبــالغ مــن ٥٠٠,٠٠٠ (خمســمائة ألـــف) الى ٢,٠٠٠,٠٠٠ (مليوني) ريـال سـعودي (باسـتثناء مشـتريات الحاسـب الآلي) والتوصية لمـا زاد عـن هـذا المبلـغ للمدير العام للموافقة . <br> • تنفيـذ العقـود للمنشــآت ومشـاريع التجديد . | • نـائب المدير العام للمجموعـة الإدارية . <br> • المدير التنفيــذي للمسـاندة الإدارية . <br> • مدير إدارة العقود والمشتريات (المجموعة الإدارية) . <br> • <mark>مدير إدارة الفروع المصرفية * . \</mark> <br> • مدير إدارة مختار من: <br> - المجموعة المالية . <br> - منـــدوب إدارة المراجعـــة الداخلية . |
| لجنة مشتريات الحاسـب الآلي | • مراجعـة والموافقـة علـى كـل طلبـات مشتريات نظم المعلومات المحددة فى الموازنة من مبلـغ ٢٥٠,٠٠٠ (مائتين وخمسين ألف)ريال حتى ١,٠٠٠,٠٠٠ (مليون) ريال سعودي وما زاد عن هذا الحد تتم التوصية بشأنه للمدير العـام للموافقة . | • نـائب المدير العــام للنظــم والعمليات – رئيسا . <br> • مدراء مختارون مـن مجموعـة النظم والعمليات. <br> • مدير إدارة العقود والمشتريات (المجموعة إدارية) . <br> • مندوب المجموعة المالية. <br> • مندوب المراجعة الداخلية . |

<mark>* أضيفت عضويته للجنة اعتبارا من ٢٢/مايو/١٩٩٩م .</mark>  غير موجود غ السابع



الملحق ( ب )

# الهيكل التنظيمي
( تحت الإعداد - يصدر لاحقاً )

# Al Rajhi Banking and Investment Corporation



*Second* [TN: handwriting unclear] *version after amendments 29/11/1999*

# General Policies and Authorization Guide

**Issued in**
**Rajab 1419/November 1998**

# Al Rajhi Banking and Investment Corporation



In the name of God, the All-Compassionate, the All-Merciful

## Table of Contents

| | Topic | Page |
|---|---|---|
| 1 | Duties and Responsibilities | 2 |
| 2 | Role of the Internal Audit Department | 3 |
| 3 | Corporate Strategy | 5 |
| 4 | Corporate Shariah Policy | 6 |
| 5 | Policies Guides | 7 |
| 6 | Permanent Committees | 10 |
| 7 | Organizational Structure | 11 |
| 8 | Work Procedures | 12 |
| 9 | Developing and Implementing New Products | 14 |
| 10 | Amendments to Information Systems | 16 |
| 11 | Human Resources Policies and Authorizations | 17 |
| 12 | Financial Authorizations | 22 |
| 13 | Contract Signing Authorizations | 25 |
| 14 | Emergency Branch Repairs | 27 |
| 15 | Client and Employee Relationship Expenses | 28 |
| 16 | Correcting Client Operational Errors | 30 |
| 17 | Client ATM Requests | 31 |
| 18 | Signature Authorizations | 33 |
| 19 | Losses Borne by Employees | 35 |
| 20 | Addressing Credit Card Fraud | 39 |
| 21 | Collecting Late Debts | 41 |
| Summary of Financial Authorizations | | 44 |
| Appendix A (Committees) | | 45 |

**Al Rajhi Banking and Investment Corp.**        **General Policies and Authorization Guide**

## 1. Duties and Responsibilities

**1-1 Introduction**

The corporation has invested huge amounts of money to update operations and procedures for work and developmental projects. To protect this investment, it has become critical that we preserve and regulate these work procedures, using the same approach and considerable efforts as used when reengineering corporate operations.

**1-2 Purpose of the Guide**

The purpose of this guide is to provide executives, directors, and supervisors (Management Group), as well as Corporation employees, with Al Rajhi Corporation work policies in a clear manner. This guide details the authorizations granted to members of the Management Group.

**1-3 Role of the Upper Management Committee**

The Upper Management Committee submits amendments to the guide to the Board of Directors for approval.

**1-4 Policies and Authorization Guide**

The Operations Reengineering Director is responsible for maintaining the current approved copy of the Policies and Authorization Guide, circulating the approved amendments, and updating the guide.

**1-5 Reissuing After Amendments**

The Operations Reengineering Director reissues the guide in a new copy after amendments are made and summarizes the old copy. This entails reissuing the guide after every four amendments to the current guide. The first four amendments will be issued in a circular.

This policy aims to reduce the need for the recipients of the guide to retain the amendment circulars in order to continuously update it.

**Al Rajhi Banking and Investment Corp.**  **General Policies and Authorization Guide**

<u>**2. Role of the Internal Audit Department**</u>

**2-1 Introduction**

      The policies detailed in this guide were put in place to bring a new management culture to the Corporation that aligns with the Corporation's strategic plan. The central idea of this culture is authorizing directors to make work-related decisions as necessary to provide the requisite levels of client service while also accepting the appropriate business risks. To work effectively, directors must be free to make decisions. Management is responsible for ensuring that these decisions are based on suitable analyses and that they were made necessary by the demands of business and client services. If unsuitable decisions are made, management is responsible for instructing the relevant directors on how to best address the decisions in future, similar situations and, if appropriate, recommending that punitive action be taken.

      For duties and responsibilities to be performed, it is important that the controls or policies for internal auditing are not excessive or unsuitable to the point that they limit management's ability to do business effectively. Because the policies laid out in this guide change the current management culture to a significant degree, it is now necessary to very clearly delineate the role of internal auditing as it relates to the authorizations established in the rest of this guide. Therefore, it is best to summarize the role of the Internal Audit Department.

**2-2 Mission of the Internal Audit Department**

**The mission of the Internal Audit Department is to protect the bank's assets through the following means:**

1- Evaluating the Corporation's internal accounting control systems, including likely losses related to these systems. This evaluation, which occurs periodically, requires the recommendation of an audit of the Corporation's organizational structure, policies, authorizations, and work procedures. These recommendations must be supported by practical scenarios based on the results of the internal audit examinations.

2- Monitoring and following adherence to the Corporation's policies, authorizations, and work procedures through periodic testing of the internal controls.

**Al Rajhi Banking and Investment Corp.**          **General Policies and Authorization Guide**

<u>Role of the Internal Audit Department - cont.</u>

**2-3 Duties Outside the Scope of Internal Audit Work**

The Internal Audit Department is not an executive or operations department. It must be disconnected from executing corporate operations. Internal auditing must test the operations after their execution in order to evaluate adherence to the Corporation's policies, authorizations, and work procedures.

The Internal Audit Department is not an evaluation body for management's decisions; inquiries, reports, and notes criticizing decisions made by the Corporation's Management Group are completely unacceptable.

The Internal Audit Department does not have the authority to approve the organizational structure, policies, authorizations, or work procedures. The Internal Audit Department may serve as a consulting body when submitting recommendations relating to these topics, but management still holds ultimate responsibility.

The Internal Audit Department may not investigate specific cases of fraud or loss with the aim of determining punitive action to be taken against the employee. within the scope of its responsibility for evaluating the Corporation's internal accounting control systems, the Internal Audit Department is responsible for determining the cause of fraud or loss events. If major failures occurred in the Corporation's internal accounting control systems, the Management Group and the Legal Department will determine the appropriate punishment for the employees based on the conclusions reached by the Internal Audit Department.

The Internal Audit Department does not determine corrective action, but it may recommend corrective actions to the appropriate management level. The recommendation must be supported by a practical scenario based on the examinations done by the Internal Audit Department. The Internal Audit Department has no authorization or mandate to force management to accept, implement, or delay implementation of the steps it has taken with which the Internal Audit Department disagrees.

**Al Rajhi Banking and Investment Corp.**  **General Policies and Authorization Guide**

## 3. Corporate Strategy

### 3-1 Responsibility for Corporate Strategy

The Director General is responsible for developing and implementing the Corporation's official strategic plan, which includes business strategies.

### 3-2 Annual Strategic Planning Meeting

The Director General holds an annual strategic planning meeting. The agenda for this meeting includes the following:

- Review the progress of work to accomplish current business strategies.
- Improve and/or amend current business strategies.
- Develop new strategies as necessary.

All of the deputy directors general participate in the strategic planning meeting, and the Director General may have other directors participate.

### 3-3 Business Plan for Deputy Directors General

The Director General is responsible for ensuring that official business plans are developed to accomplish approved business strategies according to the Corporation's strategic plan.

Each of the deputy directors general develops an official business plan each year for their group. The plan lays out the business objectives necessary to accomplish the approved business strategies according to the Corporation's strategic plan.

Each of the deputy directors general submits their plan to the Director General, who formally approves it after making changes, if any. Next, the Director General and each of the deputy directors general agree on a review schedule to follow and monitor the implementation of the approved business strategy and the objectives. The Director General is responsible for following each of their deputies' submission, insofar as it relates to the business plan and the approved business objectives for their group.

### 3-4 Strategic Plan Circular

Each year, the Director General distributes the official strategic plan and holds a meeting of the Management Group. The purpose of this meeting is to provide the Corporation's strategic plan in an accurate and clear manner, answer any questions about it, and ensure the members of the management team understand where the Corporation is heading.

**Al Rajhi Banking and Investment Corp.**  **General Policies and Authorization Guide**

## 4. Corporate Shariah Policy

Since its founding, Al Rajhi Banking and Investment Corporation has committed itself to implementing the provisions of the immaculate [Islamic] law and considering the intent of legislation in all of its dealings. To achieve this, it established the Shariah Commission, whose creation was approved and whose regulations are enacted by the General Assembly. The Commission is independent of all departments of the Corporation, and all of the Corporation's transactions are subject to its approval and monitoring. This commitment is the most important quality standard maintained by the Corporation in the products and services it offers to its clients. Leadership and workers at the Corporation must follow this policy as it appears in the Corporation's Articles of Incorporation and resolutions, through:

1- Article 47 of Al Rajhi Banking and Investment Corporation Memorandum of Incorporation and Articles of Incorporation.

2- Resolution issued by the Board of Directors at Session 4 on 15/2/1409 AH [27/09/1988 AD] establishing the Shariah Commission, stating its duties, and naming its members. This resolution was presented to the Corporation's Founding Assembly at its meeting on 7/3/1409 AH [19/10/1988 AD].

3- The explanatory note on the objectives of the Al Rajhi Banking Corporation issued in Commission Resolution No. 90 on 5/10/1411 AH [20/4/1991 AD].

**Implementation of the following is required:**

1- The resolutions of the Shariah Commission are binding for all Corporation bodies and departments.

2- Implementation of the Shariah Commission's resolutions is the responsibility of the executive departments at all levels.

3- No product or service may be offered without approval by the Shariah Commission.

4- Committing a violation of any of the Shariah Commission's resolutions is strictly forbidden.

5- Committing a violation of any of the Shariah Commission's resolutions in any way, violating an existing shariah procedure, or offering a product or service without authorization by the Commission is a punishable offense.

6- The Commission monitors Corporation business from a legal perspective and follows the implementation of its resolutions. This is initiated by the Shariah Oversight Department, which is associated with the Commission, and whoever the Commission sees fit for the task.

7- Formulas and contracts shall be developed in accordance with shariah rules, in order to achieve the aims of shariah in the Corporation's domestic and international dealings.

8- An Islamic consciousness shall be promoted in the banking and investment business through appropriate means.

9- Care shall be taken to select employees, especially in leadership, who wish to guide the Corporation, are prepared to enforce this policy, and will give constant attention to providing shariah training to Corporation associates.

10-It shall be ensured that shariah resolutions are implemented properly and are easily monitored through the issuance of appropriate guides. Among the most prominent are the procedures in the Shariah Oversight Guide and the Guide to Shariah Controls for Corporation Activity.

**Al Rajhi Banking and Investment Corp.**  **General Policies and Authorization Guide**

### 5. Policies Guides

**5-1 Corporation Policies Guides**

The Corporation shall maintain the policies guides described in this section.

**5-2 Approval of Policies Guides**

The Upper Management Committee submits to the Board of Directors for approval any policies guide described in this section.

**5-3 Credit Policies Guide**

The Credit Director is responsible for writing and maintaining the Corporation's Credit Policies Guide, which shall contain the following, at a minimum:

- Credit resolution standards for each credit product.
- Documentation requirements for each credit product.
- Approval procedures for each credit product.
- Selection of standard requirements for the credit committees, including the approved members of each committee and meeting dates and times.

**5-4 Assets and Liabilities Guide**

The Deputy Director General for Investment and International Relations is responsible for writing and maintaining the Assets and Liabilities Guide, which shall contain, at a minimum:

- The standards for making investment-related decisions.
- Investment approval policies.
- Policies related to investment risks.
- Policies governing country risks.
- Policies governing the formation of the Assets and Liabilities Committee, including the approved members of the committee and meeting dates and times.
- Approved lists of correspondent banks.
- Approved lists of counterparties.

**Al Rajhi Banking and Investment Corp.**    **General Policies and Authorization Guide**

<u>**Policies Guides - cont.**</u>

**5-5 Accounting Policies Guide**

The Deputy Director for the Finance Group is responsible for writing and maintaining the Accounting Policies Guide, which shall contain, at a minimum:

- The approved accounting principles followed by the Company, based on announcements by the Monetary Authority, the Shariah Commission, and the Chartered Accountants.
- Policies governing preparation and monitoring of the annual planning budget.

**5-6 Internal Audit Guide**

The Internal Audit Director is responsible for writing and maintaining the Internal Audit Guide, which shall contain, at a minimum:

- Generally accepted audit standards followed by the Company, based on announcements by the Monetary Authority, the Kingdom of Saudi Arabia, the Shariah Commission, and the Corporation's chartered accountants.
- The Internal Audit Department's policies, standards, goals, and responsibilities.
- Internal accounting surveys.
- A complete list of the Shariah Commission's resolutions.

**5-7 Human Resources Policies Guide**

The Human Resources Director is responsible for writing and maintaining the Corporation's Human Resources Policies Guide, which shall contain, at a minimum:

- Job performance evaluation/employment rank system policies.
- Salary management policies.
- Bonus and incentive policies.
- Hiring and appointment policies.
- Policies governing adherence to the Saudi Arabia Labor and Workmen Law.

**Al Rajhi Banking and Investment Corp.**  **General Policies and Authorization Guide**

## Policies Guides - cont.

**5-8 Service Quality Standards Guide**

The Service Quality Director is responsible for writing and maintaining the Service Quality Standards Guide, which shall contain, at a minimum:

- Quality standards for Corporation client service.
- Service quality agreements made between departments.
- Service quality evaluation program.

**5-9 Technology Engineering Policies Guide**

The Deputy Director General for the Systems and Operations Group is responsible for writing and maintaining the Technology Engineering Policies Guide, which shall contain, at a minimum:

- Approved program engineering.
- Approved device engineering.
- Approved network engineering.
- Program change policies.
- Device change policies.
- Printing rights policy.

**5-10 Treasury Guide**

The Deputy Director General for the Investment and International Relations Group is responsible for writing and maintaining the Treasury Policies Guide, which shall contain, at a minimum:

- Work standards.
- Professional behavior.
- The Assets and Liabilities Committee.
- The Credit Committee.
- Organizational structure.
- Procedures.
- Job description.
- Meeting schedule.
- Limits on foreign exchange and investments.

**Al Rajhi Banking and Investment Corp.**    **General Policies and Authorization Guide**

## 6. Permanent Committees

**6-1 Introduction**

Some of the Corporation's decisions that relate to asset management, capital, and risk assessment are best made through groups of directors who represent lines of work and levels of organization in the form of permanent committees. The permanent committees are:

- Upper Management Committee
- International Credit Committee
- Upper Credit Committee
- Branch Credit Committee
- Leadership and Information Systems Steering Committee
- Assets and Liabilities Committee
- Collection Committee
- General Purchases Committee
- Computer Purchases Committee

**6-2 Appendix A**

Appendix A contains all of the permanent committees and covers their responsibilities and membership.

**Al Rajhi Banking and Investment Corp.**        **General Policies and Authorization Guide**

<u>**7. Organizational Structure**</u>

**7-1 Approval Authorization**

The Board of Directors is the body that approves the Corporation's Organizational Structure (Appendix B).

**7-2 Organizational Structure Responsibilities**

The Director General is responsible for raising suggestions to amend the Organizational Structure to the Board of Directors.

The deputy directors general are responsible for keeping the Organizational Structure up-to-date for their groups and departments. They raise amendment suggestions to the Director General.

**7-3 Amending the Organizational Structure**

The approved Organizational Structure is amended in accordance with the following procedures:

- A group-level amendment must be approved by the Board of Directors.
- A department- or division-level amendment must be approved by the Upper Management Committee.

**7-4 Role of the Operations Reengineering Director**

To ensure that the model organizational design is sustainable, the Operations Reengineering Director must, when necessary, make organizational changes. They must submit a written recommendation of the requested change.

The Operations Reengineering Director retains a current, certified copy of the Corporation's Organizational Structure by division, department, and group.

**Al Rajhi Banking and Investment Corp.**  **General Policies and Authorization Guide**

## 8. Work Procedures

**8-1 Adhering to Work Procedures**

The deputy directors general and the department directors, regional directors, area directors, and branch directors are fully responsible for monitoring adherence to the approved work procedures at their places of work.

**8-2 Role of the Operations Reengineering Director**

The Operations Reengineering Director is responsible for maintaining the documentation of Corporation work procedures.

The Operations Reengineering Director is responsible for evaluating all proposed amendments to the approved work procedures and for making decisions surrounding proposed amendments as supported by the necessary evaluation.

**8-3 Amending Work Procedures**

Any department director who wishes to amend the current approved work procedures must do the following:

1- The department director in question must write a memorandum to the Operations Reengineering Director describing the necessary amendment, supporting the request with practical reasons justifying the amendment.

2- The Operations Reengineering Director evaluates the amendment request. The evaluation includes any financial profits or losses expected to arise from the amendment according to the Financial Accounting Department.

3- The memorandum from the department director in question and the Operations Reengineering Director's evaluation are referred to the deputy director general competent to make a final decision.

4- The Operations Reengineering Director provides the Internal Audit Director with a copy of the amendment request, the evaluation, and the recommendation for review.

**Al Rajhi Banking and Investment Corp.**      **General Policies and Authorization Guide**

## Work Procedures - cont.

**8-4 Implementing Approved Amendments**

The Operations Reengineering Director revises the procedures to include all of the approved amendments to the work procedures.

The Operations Reengineering Director works with the directors of relevant departments to confirm that the approved amendments are being implemented.

The Operations Reengineering Director sends formal documentation of the approved amendments to the work procedures, which have been approved at the deputy director general level, to the Internal Audit Department.

**Al Rajhi Banking and Investment Corp.**  **General Policies and Authorization Guide**

## 9. Developing and Implementing New Products

### 9-1 Marketing Timing

Occasionally, the Corporation lays out strategies for developing new products as approved by the Director General and the Board of Directors. When such decisions are made, it is then appropriate to offer these new products on the market early on so as to avoid losing the competitive advantage and the expected profits.

The policies and authorizations laid out in this section were designed to speed up the timing of marketing.

### 9-2 Responsibility for Developing New Products

The Director General delegates a director to be responsible for developing and implementing the new product. This delegate director subsequently becomes entirely responsible for developing and designing the product and the quality of the product. This includes the following, at a minimum:

- Concept.
- Definition.
- Pricing strategy.
- Delivery channels.
- Detailed work procedures.
- Organizational changes necessary to support the product.
- Description of positions and salaries (new or amended).
- Supporting a practical scenario with a cost-benefit analysis.
- Implementation plan, including determination of responsibilities and schedule.

**Al Rajhi Banking and Investment Corp.**  **General Policies and Authorization Guide**

<u>Developing and Implementing New Products - cont.</u>

**9-3 Coordination with Finance Group**

The director given the responsibility for developing and implementing the new product must fully coordinate with the Finance Group. This coordination is necessary to ensure that the cost-benefit analysis accurately reflects the financial projections for the product. In addition, they must ensure that the general ledger, specialized budget, and cost calculation system have been accurately reviewed to confirm the expected impact of the new product.

**9-4 Approval of New Product Design and Implementation**

The director given the responsibility for developing the new product must prepare the new product design, and during this preparation process, the director in question must meet with the departments tasked with supporting implementation of the new product. The director given the responsibility for developing the new product must obtain the signature of these departments as relates to the procedures, and they must obtain the departments' support as necessary to ensure that implementation of the new product is successful.

When the new product is proposed, it must be permitted by the Shariah Commission, ratified, then executed.

The Operations Reengineering Director, alongside the director given the responsibility for developing the new product, works to obtain signatures from the following bodies:

- Finance Group
- Legal Department
- Shariah Oversight Department
- Systems and Operations Group
- Internal Audit Department

The Operations Reengineering Director is also provided with the necessary consultation regarding how to best implement the new product, as concerns the organization aspect and work procedures. Then the new product is presented to the deputy director general who is competent to approve it.

After obtaining the approval of the competent deputy director general, the design of the new product is submitted to the Upper Management Committee and the Director General for recommendation to the Board of Directors, which makes a decision.

**Al Rajhi Banking and Investment Corp.**  **General Policies and Authorization Guide**

## 10. Amendments to Information Systems

### 10-1 Definition of "Amendments to Systems"

Amendments to systems include obtaining and installing new programs, auditing new program systems, obtaining and installing new devices, auditing existing devices, developing new data processing reports, or auditing existing data processing reports.

The Corporation's philosophy requires that decisions be issued by upper entities at the Corporation regarding new devices and programs. Routine changes to programs, like existing and new management reports, should be handled as they arise.

These policies are laid out in this framework.

### 10-2 Obtaining New Programs and Devices

Acquisition of new devices, programs, and networks; communications systems; and decisions related to installation priorities and timing must be approved by the Leadership and Information Systems Steering Committee.

Practical justifications, including a cost-benefit analysis of the new programs and devices and an audit of the existing programs and devices, must be submitted to this Committee.

The Leadership and Information Systems Steering Committee has complete authorization to recommend that the new programs and devices be purchased and installed and/or that the existing programs and devices be audited. The Director General has final authorization in accordance with the policies governing contract approval.

### 10-3 Routine User Requests

Routine user requests include new reports, examination of existing reports, requests for regular schedules for report extracts, etc. These requests do not require the approval of the Group or the Committee. The recipient Services Director is authorized to approve these requests and determine when they will be executed.

**Al Rajhi Banking and Investment Corp.**  **General Policies and Authorization Guide**

## 11. Human Resources Policies and Authorizations

**11-1 Introduction**

It is necessary to put into place a set of new policies to ensure the hiring and salary scale system is being used effectively. These new policies will replace the section on these topics in the existing Employee Affairs Guide.

**11-2 Job Description Cards**

All department directors are responsible for ensuring that the job descriptions are accurate for the positions in their departments. This means that each of them must retain up-to-date job description cards for each position in the department.

The deputy directors general are responsible for the job description cards and keeping them current for each position in their groups. This includes the department directors.

The Human Resources Director is responsible for approving and centrally maintaining the job description cards for the entire Corporation.

**11-3 Job Evaluation System**

The Human Resources Director is responsible for ensuring that a matrix of evaluation components is completed and updated for all positions at the Corporation. They are also responsible for assigning job grades.

**11-4 Amending Job Grades**

It may be recommended to the department directors that the positions be changed, as is possible within the scope of their responsibilities, provided that the change is subject to the evaluation matrix it is based on. The Human Resources Director is responsible for researching and assigning job grades as relates to change recommendations, on the condition that they are reviewed and approved by the Director General.

**Al Rajhi Banking and Investment Corp.**    **General Policies and Authorization Guide**

<u>**Human Resources Policies and Authorizations - cont.**</u>

**11-5 Salary Scale**

The Human Resources Director is responsible for developing and maintaining the salaries at the Company.

The Human Resources Director updates the surveys and comparative studies used to set the salary scale annually and recommends amendments if necessary.

**11-6 New Employee Decisions**

Appointment of a new employee or the transfer of an employee within a group is approved as follows:

- <u>General Management: Grades 12-17:</u> The relevant deputy director general and department director must decide to recommend the appointment of new employees or transfers and make salary offers upon final approval by the Director General.
- <u>General Management: Grades 1-11:</u> The relevant deputy director general and regional director must decide to recommend the appointment of new employees or transfers and make salary offers.
- <u>Regional Departments: Grades 14-17:</u> The competent deputy director general and the relevant regional director must decide on the appointment of new employees or transfers and make salary offers upon final approval by the Director General.
- <u>Regional Management: Grades 1-13:</u> The competent deputy director general and the relevant regional director must decide on the appointment of new employees or transfers and make salary offers.
- <u>Area Directors:</u> The Deputy Director General for the Baking Group and the Branch Network Director must appoint new employees and make salary offers upon final approval by the Director General.
- <u>Branch Directors:</u> The Branch Network Director and the competent area director must agree on the decision to appoint new employees or make transfers and make salary offers.
- <u>Branch Employees:</u> The relevant branch director and area director must agree on the decision to appoint new employees or make transfers and make salary offers.

The Director General must approve any increase in the number of employees not included in the relevant department budget.

**Al Rajhi Banking and Investment Corp.**  **General Policies and Authorization Guide**

<u>**Human Resources Policies and Authorizations - cont.**</u>

**11-7 Salary Offers for Appointment of New Employees**

The directors competent to make appointments as detailed in the previous section have the authority to approve salary offers up to one-third of the approved range between the minimum and maximum salaries (the salary scale) for new appointments/transfers. The Corporation wishes to begin appointments, transfers, and promotions at the lower end of the salary scale, but the one-third range gives some flexibility in appointing new employees to adapt to the needs of the market.

The Director General must approve salary offers exceeding the abovementioned one-third limit for the appointment of new employees and transfers.

**11-8 Oversight of Job Grades**

Oversight of job grades is not only defined as oversight over the approved number of employees but also refers to the approved number of employees according to job grade. This procedure is necessary to prevent inflating the job grades by appointing new employees at higher grades than is approved in the budget. The Human Resources Director is responsible for performing this oversight using the employee numbers oversight system and the Corporation's salaries system.

Decisions on exceptions must be reported to the competent deputy director general and the Director General so they can take appropriate action as they see fit.

**Al Rajhi Banking and Investment Corp.**          **General Policies and Authorization Guide**

<u>**Human Resources Policies and Authorizations - cont.**</u>

**11-9 Annual Salary Increase**

The general amount appropriated for salary increases is set by the Board of Directors and the Director General. The Human Resources Director is responsible for laying out an employee performance matrix for salary increases to help the deputy director generals and the department directors determine the salary increase amount for each employee. The matrix includes the following:

- The employee's current salary on the salary scale (using the four-level system).
- The employee's average performance.
- The salary increase percentage for each level in the matrix.

Employees who reach the maximum on the salary scale may not obtain an annual increase.

When any changes are made at the Corporation, the salaries of employees who earn salaries less than the minimum on the salary scale will be increased to meet the minimum on the salary scale or more, as long as their average performance is more than 3.

**11-10 Salary Advances**

While the Corporation seeks to reduce salary advances, there are situations that require this step. Therefore, suitable controls that do not overburden the employees must be put into place.

**11-11 Salary Advances for Branch Employees**

Salary advances for branch employees must be approved through the branch director and the area director.

**11-12 Salary Advances for Regional Management Employees**

Salary advances for regional management employees must be approved through the human resources officer in the regional department.

**Al Rajhi Banking and Investment Corp.**  **General Policies and Authorization Guide**

<u>**Human Resources Policies and Authorizations - cont.**</u>

**11-13 Salary Advances for General Management Employees**

     Salary advances for general management employees must be approved through the director of the relevant department and the Human Resources Director.

**Al Rajhi Banking and Investment Corp.**  **General Policies and Authorization Guide**

## 12. Financial Authorizations

### 12-1 Introduction

It is the Corporation's philosophy that the directors should have suitable financial authorization to do business in a timely manner. A good finance department should require that organized procedures be in place for disbursement for goods and services crucial to Corporate business.

### 12-2 Developing and Approving the Budget

The Deputy Director General for the Finance Group is responsible for monitoring the development of the annual working budget and the capital expenditures budget. The annual working budget and the capital expenditures budget are approved by the Director General and the Board of Directors.

### 12-3 Role of Committees

Two committees are authorized to ensure that organized procedures are in place for acquisition of goods and services and that such acquisition is based on standards developed for this purpose. The two committees are:

- General Purchases Committee.
- Computer Purchases Committee.

While management has been granted wide authorization for expenditure approval, the work procedures assigned to the Goods and Services Purchasing Committees must be followed before purchase transactions are carried out.

### 12-4 Role and Limits of the General Purchases Committee

The General Purchases Committee is authorized to review and approve spending within the scope of the approved budget for purchases of goods and services: between <u>500,000 (five hundred thousand) Saudi riyals and 2,000,000 (two million) Saudi riyals,</u> not including computer purchases. Amounts exceeding this limit must be approved by the Director General.

**Al Rajhi Banking and Investment Corp.**          **General Policies and Authorization Guide**

<u>**Financial Authorizations - cont.**</u>

**12-5 Role and Limits of the Computer Purchases Committee**

The Computer Purchases Committee is authorized to review and approve purchases within the scope of the approved budget for purchasing products related to communications, computer programs, and computer devices, as well as technical consultations: between <u>250,000 (two hundred fifty thousand) Saudi riyals and 1,000,000 (one million) Saudi riyals</u>. Amounts exceeding this limit must be approved by the Director General.

**12-6 Role of the Management Support Department**

While management is granted wide authorization, obtaining goods falls on the shoulders of the Management Support Department. All of the following authorizations establish the role of the committees and the role of the Management Support Department.

**12-7 ATM Authorization Designated in the Budget (Except Travel)**

According to this policy, financial expenses are defined as any work-related expenses except employee travel.

Department directors, regional directors, area directors, and deputy directors general are authorized to approve the expenses within the scope of the approved budgets and within the scope of the authorities granted to them.

with regard to general purchases, the Management Support Director is authorized to approve purchases and contracts up to <u>100,000 (one hundred thousand) Saudi riyals</u>. The Deputy Director General for the Management Group is authorized to approve purchases and contracts up to <u>500,000 (five hundred thousand) Saudi riyals</u>. Amounts exceeding this limit must be approved by the General Purchases Committee.

with regard to computer purchases, the Deputy Director General for Systems and Operations is authorized to approve purchases up to <u>250,000 (two hundred fifty thousand) Saudi riyals</u>. Amounts exceeding this limit up to <u>1,000,000 (one million) Saudi riyals</u> must be approved by the Computer Purchases Committee. Goods and services purchases must always be coordinated with the Management Support Department.

**Al Rajhi Banking and Investment Corp.**          **General Policies and Authorization Guide**

<u>**Financial Authorizations - cont.**</u>

The deputy directors general are authorized to delegate an individual responsible for approving expenses unless and until the authorization is beyond the spending limits granted to them, with written notice referred to the Financial Accounting Department.

The Director General is authorized to approve any expenses within the scope approved by the Board of Directors.
The Managing Director is authorized to approve any expenses within the scope approved by the Board of Directors.

**12-8 Increasing the Number of Employees**
  Any increase in the number of employees specified in the current budget must be approved by the Director General.

**12-9 Role of the Finance Group**
  The role of the Finance Group as relates to expense payments is that of executing payments and checking that they are approved. This means that for any request pertaining to expense payments, the Finance Group may take the following steps:

1. The Finance Group reviews the documents related to the expenditure to make sure that there is supporting documentation, like invoices and proof that there is a need for the expense.
2. The Finance Group reviews the expenses to make sure that they adhere to the authorization limits.
3. The Finance Group reviews the documentation to check the approved authorization limits.
4. After completing steps 1 through 3 above, the Finance Group performs the expenditure.

There are no additional procedures required from the Finance Group.

**Al Rajhi Banking and Investment Corp.**        **General Policies and Authorization Guide**

<u>**13. Contract Signing Authorizations**</u>

**13-1 Definition of Contracts**

For the purposes of this policy, contracts are those entered into for any purpose, with the exception of risk management contracts, agreements by the Investment and Treasury Departments (such as power of attorney agreements, post-payments, private service fund agreements, etc.), and private agreements like those in the policy guide for the relevant group that are approved separately by the Board of Directors. Most goods and services purchase agreements are negotiated and signed through the Management Support Director within the scope of their authorizations or the Deputy Director General for the Management Group. Computer purchase contracts are signed by the Deputy Director General for Systems and Operations within the scope of their authorizations.

**13-2 Role of the Legal Department**

The Legal Department at the Corporation must be consulted for all corporate contracts before these contracts are executed. The Legal Department operates as a consultative body for the Management Group on how to best draft contracts to protect the Corporation's interests. The Legal Department may perform this consultative role itself or select any outside body to offer consultation to the Management Group. The Legal Department has no authorization to approve or enter into contracts on behalf of the Corporation.

**13-3 Authority of the Deputy Director General for the Management Group**

The Deputy Director General for the Management group is authorized to negotiate and approve contracts up to <u>500,000 (five hundred thousand) Saudi riyals</u> within the scope of the approved budget.

**13-4 Authority of the Director General**

The Director General is authorized to negotiate and approve contracts up to <u>4,000,000 (four million) Saudi riyals</u> within the scope of the Corporation's approved budget.

**13-5 Authorization of the Managing Director**

The Managing Director is authorized to negotiate and approve contracts up to <u>10,000,000 (ten million) Saudi riyals</u> within the scope of the approved budget.

**Al Rajhi Banking and Investment Corp.**  **General Policies and Authorization Guide**

<u>**Contract Signing Authorizations - cont.**</u>

**13-6 Authority of the Executive Committee**

The Executive Committee is authorized to negotiate and approve contracts up to <u>20,000,000 (twenty million) Saudi riyals</u> within the scope of the approved budget.

**13-7 Authority of the Board of Directors**

The Board of Directors must approve any contracts exceeding <u>20,000,000 (twenty million) Saudi riyals.</u>

**Al Rajhi Banking and Investment Corp.**  **General Policies and Authorization Guide**

<u>**14. Emergency Branch Repairs**</u>

**14-1 Introduction**

The policies governing expenses for emergency branch repairs are detailed in this section. These policies are added to the financial authorizations in this guide.

**14-2 Emergency Branch Repairs**

In general, it is preferable for branch repairs and branch facilities maintenance to be handled through the Facilities Department (Management Support). However, the Corporation understands that there are special circumstances that may occur that require urgent maintenance and renovation to preserve the level of client service specified in the Client Quality Standards Guide.

The area directors are authorized to approve urgent repairs and maintenance and pay the associated expenses up to <u>5,000 (five thousand) Saudi riyals</u>. This type of expense must be supported by original invoices from the provider and the approved signature of the area director. All relevant documentation must be sent to Management Support for their information through the area director.

If the expenses for urgent repairs and maintenance are between <u>5,000 (five thousand) and 10,000 (ten thousand) Saudi riyals</u>, the signature of the Engineering Support Director must be obtained. The documentation showing the action taken must be sent to the Management Group, accompanied by invoices and other supporting documentation.

**Al Rajhi Banking and Investment Corp.**          **General Policies and Authorization Guide**

<u>**15. Client and Employee Relationship Expenses**</u>

**15-1 Introduction**

    The Company understands that there are situations in which the directors can deepen relationships with employees and clients by spending corporate funds on certain items. For example, for employees, these expenses often come in the form of providing food or meals at the Corporation's expense when employees are working late or at the end of a successful project. Relationships with clients can be deepened through business meals with outstanding clients to obtain new transactions.

    The Corporation expects that directors will refer to the proper authority regarding these expenses, and the Corporation will take decisive action regarding violations of this policy or if the directors interpret this policy as a "right" to benefits.

**15-2 Authorizations**

    If the directors believe that providing food and meals at the Corporation's expense could strengthen and improve employee and client relationships, the relevant authorizations for these actions are as follows:

1- Branch directors approve employee relationship expenses up to <u>500 (five hundred) Saudi riyals</u> per instance. Such expenses must be documented with original invoices and the signature of the director who approved the expenditure.

2- Department directors approve employee and client relationship expenses up to <u>1,500 (one thousand five hundred Saudi riyals</u> per instance. Such expenses must be documented with original invoices and the signature of the director who approved the expenditure.

3- Area directors approve employee and client relationship expenses up to <u>5,000 (five thousand) Saudi riyals</u> per instance. Such expenses must be documented with original invoices and the signature of the director who approved the expenditure.

[TN: Section 15 continues on the following page.]

Al Rajhi Banking & Investment Corporation    [Logo]    General Policies and Authorization Guide

**Customer and Employee Relations Expenses - cont.**

5 - Deputy directors general shall approve customer and employee relations expenses up to the amount of 5,000 (five thousand) Saudi riyals each time. Such expenses must be documented with original invoices and the signature of the director who approved the disbursement.

6 - The Director General shall approve customer and employee relations expenses up to the amount of 30,000 (thirty thousand) Saudi riyals and the managing director shall approve customer and employee relations expenses up to the amount of 50,000 (fifty thousand) Saudi riyals.

## 15-3 Budget Control

Deputy directors general and department directors may request the allocation of amounts in the budget to spend on customer and employee relations. These requests shall be evaluated and approved within the framework of the annual budget. These amounts shall be approved by the Director General and the Deputy Director General for Financial Affairs to be included in the final budget submitted to the Board of Directors.

## 15-4 Violation of the Policy

The Director General and deputy directors general shall be responsible for monitoring compliance with this policy and taking the legal action necessary in the event of the occurrence of any violation thereof.

Al Rajhi Banking & Investment Corporation    [Logo]    General Policies and Authorization Guide

## 16. Correcting Client Operational Errors

### 16-1 Introduction

One of the most important pillars of service quality at the company is the ability to provide a rapid response to solve the problems related to customer accounts and transactions. These errors may occur as a result of the action or processing of a third party and the company's policy requires that there be no delay to customers whatsoever in correcting the error.

### 16-2 Verification of Claims and Documents

In all cases of compensation to customers, the payment must be made in cash directly to the customer concerned or his account. In the event of payment in cash directly to the customer, the customer must sign the receipt for the amount requested. The supervising officer must also submit a written summary statement that clarifies and explains the compensation.

### 16-3 Authority of the Branch Director/Service Quality Director

Branch directors and service quality directors shall have the authority to approve amounts to correct individual transaction errors up to 100,000 (one hundred thousand) Saudi riyals and both of them must sign off on this action.

### 16-4 Authority of the Executive Director for Banking Operations

The Executive Director for Banking Operations shall approve customer compensation amounts within the limits of 100,000 (one hundred thousand) Saudi riyals up to 500,000 (five hundred thousand) Saudi riyals.

### 16-5 Compensation Amounts Exceeding 500,000 (Five Hundred Thousand) Saudi Riyals

This must be approved by a second authorized signatory.

Al Rajhi Banking & Investment Corporation    [Logo]    General Policies and Authorization Guide

## 17. Client ATM Requests

### 17-1 Introduction

With the huge volume of customers using automated teller machines (ATMs) it is certain that errors will occur requiring compensation in cash to the company's customers. The company desires that there be no delay relating to such compensation, and as such the company has laid down service quality standards relating to compensating ATM customers. The compensation must be made within the framework of these standards.

### 17-2 Policy Based on Service Quality

When the company becomes aware of errors relating to ATMs, whether this was via the customer or one of the company's employees, the requirements of good customer service and professional ethics demand that the error be corrected and the customer be immediately compensated. All notices relating to ATM errors must be sent to the head of the division concerned at the ATM unit.

When the company discovers ATM errors requiring compensation to the customer, the director of banking operations may approve the compensation regardless of the amount. The supporting documents for such compensation must be kept on file.

### 17-3 Creation of Customer Claims

The customer's notification to the company can take place in various ways:

- • Written notification to the company's staff
- • Notification by telephone to customer service, branches or general administration departments, followed by a written request.
- • Official correspondence to the company

### 17-4 Customers Claims Relating to ATMs for Amounts up to 5,000 (five thousand) Saudi Riyals

The director of the Cards Center and/or the Director of the Banking Operations Department shall approve individual ATM claims up to the amount of 5,000 (five thousand) Saudi riyals. and the supporting documents for payment of the claim amount must be submitted.

[handwritten: *Deleted*]

Al Rajhi Banking & Investment Corporation    [Logo]    General Policies and Authorization Guide

**Client ATM Requests - cont.**

**17-5 Customers Claims Relating to ATMs for Amounts Exceeding 5,000 (five thousand) Saudi riyals**

The Deputy Director General for Operations and Systems shall have the authority to approve the disbursement of any individual claim relating to ATMs for an amount exceeding <u>5,000 (five thousand) Saudi riyals</u>. The payment to the customer concerned must be against his signature of the receipt of the amount. The written supporting documents for payment of the claim amount must be submitted.

**17-6 Notifying Internal Audit**

Internal Audit must be notified of all ATM claims paid for an amount exceeding <u>10,000 (ten thousand) Saudi riyals.</u>

[handwritten: *Has become 17/8*]

[sticky note: [handwritten: 17/6/ and 17/7 were added]]

Al Rajhi Banking & Investment Corporation    [Logo]    General Policies and Authorization Guide

## 18. Signature Authorizations

### 18-1    Introduction

There are four types of signing authority that require there be an official policy. These are as follows:

- Authority to approve the issuance of bank checks
- Authority to sign credit decisions for customers
- Authority to sign the company's general correspondence with external parties
- Authority to sign contracts (set out in Section "10").

### 18-2    Authority to Approve the Issuance of Bank Checks

The following table sets out the limits of the authority to approve the issuance of bank checks.

In relation to automatic branches (SIB 2000) the signature of bank checks up to the amount of 5,000 (five thousand) Saudi riyals will take place. The persons occupying the jobs specified in the table with an (*) sign can approve the issuance of bank checks personally or via the telephone or telex of the branch concerned.

| Authorized Person | Limits of Authority |
| --- | --- |
| • Service Quality Director | 100,000 (one hundred thousand) Saudi riyals |
| • Branch Director | 5,000,000 (five million) Saudi riyals |
| • Area Director (*) | 15,000,000 (fifteen million) Saudi riyals |
| • Branches Network Director (*) | 25,000,000 (twenty-five million) Saudi riyals |
| • Deputy Director General of the Banking Group (*) | More than 25,000,000 (twenty-five million) Saudi riyals |

### 18-3    Authority to Sign Credit Decisions for Customers

All letters written to customers that relate to decisions in respect of credit applications must be signed as follows:

- Decisions of the higher credit committee must be signed by two members of the committee with the provision that one of them is from the credit department.
- Decisions of the credit sub-committee must be signed by any two members of the committee.
- After obtaining the required signatures mentioned above, the credit department shall send a notice of approval directly to the customer with a copy to the branch concerned or the competent credit officer as appropriate.

Al Rajhi Banking & Investment Corporation      [Logo]    General Policies and Authorization Guide

## Signature Authorizations - cont.

### 18-4 Customer Correspondence - Credit Approvals

The notice of approval of customer credit applications <u>must be issued by the credit department only</u> according to the signatures above. This policy allows for verification of the existence of the terms and conditions uniformly setting out the contractual requirements for both the company and the customer. A copy of the approval must be sent by fax to the branch and/or person responsible for the account who issued the credit application.

<u>The director of the branch and/or person responsible for the account must be the main contact point for the customer.</u> Therefore, as soon as the copy is received by fax in respect of the approval of the credit application, the director of the branch and/or person responsible for the account must contact the customer telephonically, notify him of the credit approval, and explain the relevant terms and conditions. In this way, customer service will be improved through:

- Continuous personal contact with the customer and not contact via general administration staff.
- Speedy telephonic notification instead of postal communication.

### 18-5    Authority to Sign the Company's General Correspondence with External Parties

General correspondence is defined as any document that contains information about an entity outside the company, with the exception of customer account statements and balances, etc. Such correspondence does not represent any legal or financial obligation to the company and such general correspondence may be signed by any supervisor at the company.

Al Rajhi Banking & Investment Corporation      [Logo]    General Policies and Authorization Guide

## 19. Losses Borne by Employees

**19-1    Introduction**

The company notes the occurrence of losses or the destruction of the company's assets during the performance of the work, and despite the fact that some losses are the result of fraud or neglect, some of them cannot be avoided and are not the result of any error on the part of the employee. The company does not wish to hold employees liable for such losses. In addition thereto, the company is of the view that holding employees liable for such losses creates a work climate where the employee does not want to bear responsibility for assets, which leads to a decrease in productivity. Therefore, the company is striving to avoid the existence of such a climate. In this context, the policies in this section have been laid down.

**19-2 Losses and Damage to the Company's Equipment and Property**

When employees are required to use the company's equipment and property such as motor vehicles, computers, video devices, etc., the company expects employees to exercise the highest levels of care in respect of the company's property. If employees abide by this policy, they will not be held liable for the amounts of the losses or damage resulting from the use thereof for work purposes.

If the company is of the view that an employee did not abide by this policy, the competent director may take the view to amend the annual performance report of the employee concerned.

**19-3 Losses and Damage Arising from Negligence**

In the event of the occurrence of losses or damage to the company's equipment or assets allocated to an employee or if such equipment or assets are lost on account of negligence, the employee concerned must compensate the company for all costs. This compensation may be effected by deduction from the employee's salary or by payment of the amount directly by the employee.

Al Rajhi Banking & Investment Corporation    [Logo]    General Policies and Authorization Guide

### Losses Borne by Employees - cont.

**19-4    Teller Deficits**

Teller deficits occur during the performance of their normal work with respect to customer transactions. It is the company's policy that employees must bear the responsibility of their work, and this includes compensation for some of the deficits that occur. However, there are instances in which it is decided that an employee will not be held liable or when there are mitigating circumstances that require that the company bears liability for the deficit amount. Such amounts will be charged to a risk provision account created for this purpose.

**19-5    Teller Deficits Less than 500 (Five Hundred) Saudi Riyals**

Deficits less than 500 (five hundred) Saudi riyals must be paid by the employee, either by deduction from his salary or direct payment.

**19-6    Teller Deficits More than 500 (Five Hundred) Saudi Riyals**

If the amount of the deficit exceeds 500 (five hundred) Saudi riyals, the employee concerned must pay the amount of the first five hundred riyals. The amount exceeding 500 (five hundred) Saudi riyals shall be charged to the risk provision account and the branch director shall recommend to the area director to carry out the appropriate disciplinary action, which shall include an increase in the amount to be paid by the employee concerned.

**19-7    Branch Director's Authority**

The branch director shall not have any authority to charge the deficit amounts to the provision account and all deficit amounts recorded against this account must be approved by the area director or an officer with higher authority.

**19-8    Area Director's Authority**

The area director shall have the authority to approve the record of deficit amounts up to 2,000 (two thousand) Saudi riyals against the provision account.

Al Rajhi Banking & Investment Corporation    [Logo]    General Policies and Authorization Guide

**Losses Borne by Employees - cont.**

**19-9    Branches Network Director's Authority**

The Branches Network Director shall have the authority to approve the record of deficit amounts up to 5,000 (five thousand) Saudi riyals against the provision account.

**19-10    Deputy Director General's and Director General's Authority**

The Deputy Director General of the Banking Group shall have the authority to approve the record of deficit amounts up to 15,000 (fifteen thousand) Saudi riyals and anything above this limit must be approved by the Director General.

**19-11    Problems of Ongoing Differences**

Reconciliation problems have a direct impact on the service quality provided to customers in addition to the financial impact on the company. Therefore, the branch director is responsible for monitoring the performance of his staff. Any employee who is experiencing problems of ongoing differences, must be re-looked at either by being dismissed from the position associated with cash or by termination of his service.

**19-12    Relooking at an Employee's Status**

Tellers whose deficits total amounts in excess of 10,000 (ten thousand) Saudi riyals (whether in one or many instances) on account of their failure to abide by the policies or procedures, and whose services are not terminated by the company, may be dismissed from the position associated with cash based on a review of each instance on its own by the Branches Network Director

**19-13    Other Losses**

Other losses are divided into two types:

- Losses that occur despite the fact the employees followed the approved procedures and took all the steps necessary to protect the company from losses. In such instance, the amount shall be recorded against the provision account for losses and the employee concerned shall be held liable.
- Losses that occur as a result of the employee's non-compliance with the approved procedures and his negligence in taking the steps necessary to protect the company from losses. In such instance, the employee concerned shall be held liable for this amount.

Al Rajhi Banking & Investment Corporation    [Logo]    General Policies and Authorization Guide

**Losses Borne by Employees - cont.**

**19-14    Authority to Record Losses Against the Provision Account**

The table below sets out the authorities to record losses by employees against the provision account after the necessary investigation is conducted by the Internal Audit Department:

| Authorized Person | Limits of Authority |
|---|---|
| • Deputy Director General of the Banking Group | 25,000 (twenty-five thousand) Saudi riyals |
| • Director General | 100,000 (one hundd thousand) Saudi riyals |
| • Executive Committee | More than 100,000 (one hundred thousand) Saudi riyals |

**19-15    Role of Internal Audit and Legal Affairs**

If the amount of the deficit or loss exceeds 10,000 (ten thousand) Saudi riyals, the Internal Audit Department must investigate the reasons, and if it is established that the loss or deficit was on account of theft, fraud or embezzlement, the Legal Affairs Department must be consulted to take the appropriate legal action.

**19-16    Losses Arising from Theft, Embezzlement or Fraud**

If it is established that the losses occurred on account of theft, embezzlement or fraud on the part of the employee, the employee's service must be terminated immediately and the maximum legal penalty must be applied to him.

Al Rajhi Banking & Investment Corporation    [Logo]    General Policies and Authorization Guide

**Losses Borne by Employees - cont.**

## 19-17 Losses Arising from Comments on Checks or Transfers or as a result of Administrative Errors

- When comments appear (are discovered) in the <u>settlement reports</u> with respect to checks/transfers that are disbursed twice or an error relating to other banking transactions is discovered, this results in financial risks. The Settlements Department will notify the relevant department concerned in writing and the director of the department concerned must study the case from all angles at once in order to take the appropriate action to collect the value of the repeated amount from the beneficiary customer/correspondent to close off the comment and if required, refer it to the Internal Audit Department to conduct a documentary examination and identify the reasons for the violations perpetrated and the perpetrators thereof. This must take place within a period not exceeding 48 hours from the time the instance came to knowledge after notifying the Deputy Director General of the Group thereof and with the provision that the Internal Audit Department must complete the investigation procedures and submit a report within a period not exceeding 72 hours from the date that the matter was referred to it for investigation.
- The report of the Internal Audit Department shall be referred to the Legal Affairs Department to proceed with an investigation with the relevant employee/s, and such investigation shall be completed within a period not exceeding one week from the date that the report is received.
- Instances in which it is established that the employee shall be held liable for the financial risks shall be handled as follows:
  1) In instances in which it is expected to be collected from the correspondent or the customer (beneficiary or transferor), the Human Resources Department shall be notified thereof to make a note on file of the employee/s responsible, not grant a final discharge unless it is confirmed that the amount has been collected and suspend the commencement of the deduction from the accounts of the employees responsible until such time that the specified period lapses (with a maximum period of three months). During this time, it is expected that the suspended amount will be closed off by the relevant department, either by collection of the amount from the customer (beneficiary or transferor) or by conducting a settlement with the correspondent bank. If the amount is not collected within the specified period, the Human Resources Department shall be notified by the relevant department to commence with the deduction against the employees responsible. In the event that the amount is collected, notice shall be given to stop the deduction and to process and settle the amount borne by the employee/s.
  2) In instances in which it is not expected to be collected from the beneficiaries (customers/correspondents), it shall be immediately charged to the person/s responsible and the Human Resources Department shall be notified to commence with the deduction from salary of the employee/s responsible as per the law.

[sticky note:] [handwritten:] *This page has been updated by you and also the following page*

Al Rajhi Banking & Investment Corporation    [Logo]    General Policies and Authorization Guide

**Losses Borne by Employees - cont.**

- If it is established from the Internal Audit Department's report that there was no violation in which the cause relates to the company's employees, and all available methods and means were exhausted without the amount being collected, this shall be submitted by means of a memorandum of presentation by the relevant department to the higher credit committee to make a decision to write it off.
- If it is established that there was negligence or error committed by those at supervisory levels in the department in not implementing what was mentioned above as soon as the comment was discovered, the person in violation must be referred to investigation in respect of the violation committed by him and the legal action must be taken in respect of him, and any material damages incurred by the company as a result of such violation must be claimed from him.

*Note:*

- The time and date of discovery of the case commented on in the settlement shall be calculated from the date it was reported by the settlements department, provided it is taken into account that this does not exceed the periods in the schedule for the stages of preparation of the settlement and investigation of comments.
- The employee/s that are linked to the case shall be questioned within a period not exceeding 15 days from the date that the case is discovered.

---

Al Rajhi Banking & Investment Corporation        [Logo]    General Policies and Authorization Guide

## 20. Addressing Credit Card Fraud

**20-1    Introduction**

The company is of the view that there are risks associated with the issuance of credit cards, and notwithstanding the fact that it has taken care and placed the appropriate controls to limit instances of fraud, however, losses and compensations must be processed in an easy and quick manner within the service quality framework observed by the company.

**20-2    Fraud Losses Provision**

Whilst laying down the annual budget, the Card Center Director shall submit to the Deputy Director General of the Banking Group the proposed budget for the following year, which shall include the amount of the "credit card fraud loss reserve." The reserve shall be created based on a percentage of the annual card fees and the experience of previous losses and expected growth in card issuance for the coming year shall be taken into consideration. In order to confirm the appropriateness of the reserve amount, the Card Center Director shall obtain the losses of Al Rajhi Corporation resulting from fraud as compared to other banks and shall take this into consideration when determining the reserve.

**20-3    Investigation and Compensation**

The Fraud Investigation Unit in the Internal Audit Department shall make the necessary arrangement to review the losses of fraud in excess of 5,000 (five thousand) Saudi riyals, and this shall include obtaining all the necessary statements from the Card Center and other relevant parties. The time spent on the compensation must be commensurate with the standards set out in the service quality guide.

**20-4    Risk Division Director's Authority**

The director of the Risk Division (at the Card Center) shall have the authority to approve compensation of losses arising from fraud up to the amount of 25,000 (twenty-five thousand) Saudi riyals.

**20-5    Card Center Director's Authority**

The director of the Card Center shall have the authority to approve compensation of losses arising from fraud up to the amount of 50,000 (fifty thousand) Saudi riyals.

Al Rajhi Banking & Investment Corporation      [Logo]    General Policies and Authorization Guide

## Addressing Credit Card Fraud - cont.

**20-6**    **Authority of the Deputy Director General of the Banking Group**

The Deputy Director General of the Banking Group shall have the authority to approve compensation of losses arising from fraud up to the amount of 100,000 (one hundred thousand) Saudi riyals.

**20-7**    **Authority of the Director General**

The Director General shall have unlimited authority to approve compensation of losses arising from fraud.

**20-8**    **Authority of the Managing Director**

The Managing Director shall have unlimited authority to approve compensation of losses arising from fraud.

**20-9**    **Compensation Prior to Completion of Investigation**

In some instances, the situation may require that the compensation be paid to the customer prior to the completion of the investigation. The Deputy Director General of the Banking Group, the Director General and the Managing Director shall have the authority to compensate customers prior to the completion of the investigation of the claim based on the relationship and value of the dealings with the customer concerned.

Al Rajhi Banking & Investment Corporation    [Logo]    General Policies and Authorization Guide

## 21. Collecting Late Debts

### 21-1    Introduction

Notwithstanding the care and caution taken in granting credit facilities and lines to customers, a delay occurs in the collection of debts. In order to reduce losses and protect the company's assets, procedures must be laid down to follow up on collection in an organized and effective manner across the company.

### 21-2    Definition of Delay and Payments and Collections

Payments are the responsibility of the department concerned with loan transactions. Collection, however, means the activity and procedures for collection that the company follows as part of its operations to receive payments from customers when there is a delay. These collection activities and procedures may or may not require the intervention of the Loan Transactions Department. The difference between payments and collections must be clear to all parties concerned.

### 21-3    Retail Collections

In relation to retail products (credit cards and customer facilities), the uniform policy relating thereto is as follows:

#### 21-3-1  Debts Overdue by a Period of 60 Days or Less:

These debts shall be pursued by the department competent to carry out the procedures necessary to notify the customer and/or the necessary contact to obtain the amount.

#### 21-3-2  Debts Overdue by a Period of 61-119 Days:

If retail debts continue to be overdue after 60 days of collection efforts, they shall be transferred to the entity competent with retail collections at the credit department for further collection efforts. These efforts may include telephonic communication with personal visits to customers or employees or submission of a claim for payment of the amount in full

[sticky note:] [handwritten:] *Clause 21 has been amended in its entirety*

Al Rajhi Banking & Investment Corporation    [Logo]    General Policies and Authorization Guide

## Collecting Late Debts - cont.

### 21-3-3 Debts Overdue by a Period of 120 days or more:

If debts continue to be overdue for a period of 120 consecutive days, retails debts shall be treated in accordance with the following principles:

- Amounts less than 1,000 (one thousand) Saudi riyals: The debts shall be written off without any other collection procedures.
- Amounts from 1,001 (one thousand and one) to 3,000 (three thousand) Saudi riyals: These debts shall be pursued for payment in the future but they shall not be written off and no other collection procedures shall be taken with regard to them.
- Amounts more than 3,000 (three thousand) Saudi riyals: These debts shall be pursued by the collection department to take the necessary action, which shall include tiling of cases before the courts and repossession of the house or repossession of items subject to the debt or finance.

### 21-4    Reports of the Collection Committee

All overdue retail debts that exceed one million Saudi riyals shall be reported to the collection committee on a weekly basis. This shall include a summary of the collection efforts made and the expectations of settlement, rescheduling or loss.

### 21-5    Corporate Collection

Corporate products represent greater risks due to the possibilities of loss against the company on account of the huge volume of these products. Therefore, collection procedures must be taken in accordance with the following:

- Activation of the acquaintance and relationship of the accounts officer with customers.
- Adoption of objectivity in relation to the intervention other supporting entities at the company (e.g., legal affairs)
- Reduction of the risks related to writing off debts.

Therefore, the following procedures must be followed for corporate products:

### Debts Overdue up to 60 Days:

These debts are the responsibility of the relationship officer responsible for credit, who will be the one to determine the level of the appropriate communication with the customer (personal visit, telephonic conversation, letters by post etc.). This is in addition to the overdue notices extracted from the system that are sent by the loan transactions department, which commence from the tenth day of the overdue period and recur every ten days until the debt is settled.

Al Rajhi Banking & Investment Corporation     [Logo]    General Policies and Authorization Guide

### Collecting Late Debts - cont.

**Debts Overdue for a Period of More than 60 Days:**

If corporate debts continue to be overdue after 60 days of collection efforts, they shall be transferred to the department concerned to undertake further collection efforts, which shall include debt rescheduling and legal action.

**Expediting Collection Procedures:** If circumstances indicate that there are risks of losses against the company (e.g., death of the surety, a decrease in the value of the guarantee, or fraud), the account officer responsible for credit (at the corporate department or the credit department) must immediately – with the approval of the department director – commence with the legal action necessary to protect the company's interest irrespective of the overdue period.

### 21-6 Reports of the Collection Committee

All overdue corporate debts that exceed one million Saudi riyals or that are overdue for a period exceeding 60 days must be reported to the collection committee on a weekly basis and a summary report of the collection efforts made and the possibilities of settlement or rescheduling of the debts or loss must be submitted.

### 22. Compensation of Customer Claims for Lost/Stolen Checks Without Guarantee

For compensations for which replies confirming that they were stopped were not received from correspondents.

**22-1    Authority for Compensation**

- ➤ The branch director has the authority for compensation up to the amount of (three thousand riyals).
- ➤ The branches network director has the authority for compensation for anything exceeding the amount of (three thousand riyals) up to the amount of (twenty-five thousand riyals).
- ➤ The deputy director general of the banking group has the authority for compensation for anything exceeding the amount of (twenty-five thousand riyals).

**22-2    Conditions for Compensation**

- ➤ Expiry of the time period specified after the date of the stop request.
- ➤ Referral to the computer report statements to verify:
    - The date of the stop request
    - Confirmation of the receipt of the correspondent's reply or not
    - The status of check "S"

**22-3    Time Period for Compensation**

- • The use of the authority shall come into effect after the expiry of the time period specified for each correspondent from the date of stopping (sample attached), which shall be notified to the branches pursuant to circulars issued at the time approved by the financial group – settlements department.

[sticky note:] [handwritten:] *Clause 22 – This clause was newly introduced and was not provided previously*

Al Rajhi Banking & Investment Corporation    [Logo]    General Policies and Authorization Guide

Sample

### Statement on the Areas of Correspondents and the Time Periods Pursuant to which the Authority of Compensation is Exercised

| No. | Areas | | Time period after the date of the stop request to exercise the authority | Comments |
|---|---|---|---|---|
| 1 | Banks in Europe, America and Turkey | | 15 days | |
| 2 | Arab and African banks | | 45 days | |
| 3 | **Banks in Asia:** | **Name of Bank:** | | |
| | • Thailand | Bangkok Bank | 45 days | |
| | • The Philippines | Philippines Commercial | " " | |
| | • Sri Lanka | Bank of Ceylon | " " | |
| | • Sri Lanka | People's Bank Colombi | " " | |
| | • India | Kanara - State - Federal | 3 months | |
| | • Pakistan | Habib Bank | " " | |
| | • Bangladesh | Agrani - Sonali - Islamic Bangladesh | " " | |
| | • Indonesia | Bumi Daya Bank | " " | |
| | • Indonesia | Negara Bank | 30 days | |

Emad                                    [symbol] Addition/Board of Directors Resolution at Session No. (63)

Al Rajhi Banking & Investment Corporation    [Logo]    General Policies and Authorization Guide

**<u>List of Customers with Whom Dealings are Prohibited - cont.</u>**

**23-4    Role of the Credit Department**

This is the body authorized to enter or remove the details of customers with whom dealings are prohibited in the computer system based on the information received by it that is in conformity with the rules and authorities laid down by virtue of its central responsibility for managing the suspensions program in the customer information file (CIF) within TAG.

**23-5    Rules for Removal of the Names of Customers from the List of Customers with Whom Dealings are Prohibited**

a) The name of a customer shall be removed from the list after expiry of the period of six months from the date that the full indebtedness is settled with the approval of the body that requested his inclusion therein.

b) In the event of reaching a satisfactory resolution with the customer, whether by the rescheduling of the debt or by agreement on payment in instalments, provided that this with the approval of the body that requested his inclusion therein.

c) Removal of suspensions from the current account or resumption of dealing with him based on the approval of the deputy general director of the banking group accompanied by a recommendation from the branch director and the area director in which that branch is located.

Al Rajhi Banking & Investment Corporation    [Logo]    General Policies and Authorization Guide

## Summary of the Financial Authorities in the General Policies Guide

| Pg | Authority | Branch Director | Service Quality Director | Area Director | Regional Director | Branches Network Director | Department Director | Executive Director | | Deputy Director General | | | Director General | Managing Director | Executive Committee | Board of Directors | Notify Internal Audit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Administrative Support | Banking Operations | Operations and Systems | Administrative | Banking | | | | | |
| 25 | Authority to sign contracts and direct purchase | | | | | | | 100000 | | | 500000 | | 4 million | 10 million | 20 million | More than 20 million | |
| 27 | Emergency repair expenses for branches | | | 5000 | | 10000* | | | | | | | | | | | |
| 28 | Customer/employee relations expenses | 500 | | 5000 | 1500 | | 1500 | | | | 5000 All deputy directors general | | 30000 | 50000 | | | |
| 30 | Correction of errors in customer transactions | 100000 Two signatures | | | | | | | ♦ 500000 | | | | | | | | |
| 31 | Compensation for customer ATM claims | | | | | | 5000 (Card Center Director) | | 5000 | More than 5000 | | | | | | | 10000 |
| 33 | Authority to sign checks | 5 million | 100000 | 15 million | | 25 million | | | | | | | More than 25 million | | | | |
| 36 | Teller deficits that are recorded against the provision | | | 2000 | | 5000 | | | | | | | 15000 | More than 15000 | | | |
| 37 | Ceiling of deficit pursuant to which the employee's status is relooked at | | | | | More than 10000 | | | | | | | | | | | |
| 38 | Other losses besides teller deficits that are recorded against the provision | | | | | | | | | | | | 25000 | 100000 | More than 100000 | | More than 10000 |
| 39 | Compensation for card fraud | | | | | | ● 50000 Risk Division Director 25000 | | | | | | 100000 | No limit | No limit | | More than 50000 |

\* More than 10,000 sent to the Engineering Support Director
♦ More than 500,000 requires a second signature
● Card Center Director

[illegible]

Al Rajhi Banking & Investment Corporation    [Logo]    General Policies and Authorization Guide

## Table of Authorities for Legal and Consultative Cases

| Type of Authority | Required Authorities | | | | |
|---|---|---|---|---|---|
| | Executive Committee | Managing Director | Director General | Competent Deputy Director General | Legal Affairs Department Director |
| **1) Settlement Contract**<br>♦ For disputes and cases | More than 200 thousand | 200 thousand | 100 thousand | 50 thousand | - |
| ♦ In labor cases<br>♦ Labor cases at labor offices | - | - | More than 2 months | - | Two months' salary |
| **2) Acceptance of Arbitration**<br>♦ In other disputes and cases | More than 500 thousand | 500 thousand | 250 thousand | 150 thousand | 100 thousand |
| ♦ In contracts that provide for the right of arbitration | - | - | - | - | Selection of the arbitrator in coordination with the relevant parties within the company for contracts that provide for arbitration within the limits of 100 thousand riyals. Anything more than this shall be submitted to the Director General. However, contracts that do not provide for arbitration shall be presented to the executive committee. |
| **3) Contracting with external offices**<br>♦ For consultations and cases | More than 500 thousand | 500 thousand | 250 thousand | - | 100 thousand<br>For the first time |

[sticky note:] [handwritten:] *This page has been updated by you. The previous page is not found*

ed 23/1/98
emad

[illegible]

**Appendix A - Committees**

Al Rajhi Banking & Investment Corporation        [Logo]    General Policies and Authorization Guide

**Committees**

| Committee | Authority | Members |
|---|---|---|
| **Senior Management Committee** | • Review and approve the following matters and make recommendations in this regard to the board of directors:<br>  - All the company's policies<br>  - All instructions for new products<br>  - Strategic matters of the company<br>• Assess and make decisions with regard to the purchase of all properties owned by the company | • Director General - Chairman<br>• All deputy directors general |
| **Higher Credit Committee** | • Approve all credit policies<br>• Make a decision with regard to local credit applications and investments<br>• Sight LCs and crossing lines (fifty million Saudi riyals)<br>• Current account statement (five million Saudi riyals)<br>• Instalment sale (five million Saudi riyals) | • Director General – as Chairman<br>• Deputy directors general for the following groups:<br>  - Banking Gr.<br>  - Investment and International Relations Gr.<br>  - Finance Gr.<br>  - Commercial Gr.<br>  - Executive Director of Credit Department<br>  - Director of the Commercial Facilities Department (Banking Group) |

Al Rajhi Banking & Investment Corporation    [Logo]    General Policies and Authorization Guide

## Committees – cont.

| Committee | Authority | Members |
|---|---|---|
| **Credit Sub-Committee** | • Make all decisions relating to credit applications as set out in the Credit Policies Guide.<br>• Sight LCs and crossing lines (ten million Saudi riyals)<br>• Acceptance LCs, Murabaha and crossing lines (five million Saudi riyals)<br>• Current account statement (one million Saudi riyals)<br>• Instalment sale (five million Saudi riyals) | • Chairman - shall be appointed by the Higher Credit Committee<br>• A member of the Higher Credit Committee<br>• Financial Analysis Director<br>• Department directors from the following groups:<br>  - Banking Gr.<br>  - Finance Gr. |
| **International Credit Committee** | • Make a decision with regard to all international credit applications as set out in the Credit Policies Guide.<br>• Direct advances within the limits of (two hundred million US dollars)<br>• Settle foreign exchange within the limits of (twenty million US dollars) | • Director General - Chairman<br>• Deputy directors general for the following groups:<br>- Investment and International Relations Gr.<br>- Banking Gr.<br>- Finance Gr.<br>- Executive Director of Credit<br>- Director of International Banking Relations (Investment and International Relations Gr.) |

Al Rajhi Banking & Investment Corporation      [Logo]    General Policies and Authorization Guide

**Committees – cont.**

| Committee | Authority | Members |
|---|---|---|
| **Collection Committee** | • Review and recommendation of the necessary action vis-a-vis customer debts in accordance with the following. <br> - If the indebtedness is in excess of (one million Saudi riyals) <br> - If the delay exceeds 60 days <br> [handwritten:] *This has been deleted. See the amended version.* | • Deputy Director General of the Finance Group - Chairman <br> • Executive Director of the Credit Department [handwritten:] *The words Executive Director have been deleted* <br> • Directors: <br> • Collection Department [handwritten:] *Deleted* <br> • Legal Affairs Department <br> • Commercial Facilities Department [handwritten:] *Deleted* |
| **Information Systems Driving and Steering Committee** | • Approval of information technology and operation: <br> - Strategic plan <br> - Systems engineering policy <br> - Capacity plans <br> • Taking a decision regarding requests for key systems projects <br> • Monitoring: <br> - Progress of development of current projects <br> • Review of work plans relating to the review of information systems by the monetary authority or the company's auditors and approval thereof | • Chairman - General <br> • Members - All deputy directors general |

Al Rajhi Banking & Investment Corporation    [Logo]    General Policies and Authorization Guide

**Committees – cont.**

| Committee | Authority | Members |
|---|---|---|
| **Assets and Liabilities** <br> **Committee** | - Lay down the policies relating to investments, liquidity and international risks <br> - Monitor the company's position with regard to the policies laid down. <br> - Take the steps necessary to protect the company's position when it goes beyond the limits set. | • Director General – as Chairman <br> • Deputy Director Generals of the following groups: <br> - Investment and International Relations <br> - Banking Group <br> - Executive Director of the Credit Department <br> - Director of the International Banking Department <br> - Director of the Treasury <br> - Director of the Budget Department |

Al Rajhi Banking & Investment Corporation    [Logo]    General Policies and Authorization Guide

**Committees – cont.**

| Committee | Authority | Members |
|---|---|---|
| **General Procurement Committee** | • Review and make a decision with regard to requests for the purchase of goods and services specified in the budget within the limits of the amounts from 500,000 (five hundred thousand) to 2,000,000 (two million) Saudi riyals (with the exception of computer procurement) and make a recommendation for anything more than this amount to the Director General for approval. <br> • Execute the contracts for establishments and renewal projects. | • Deputy Director General for the Administrative Group. <br> • Executive Director for Administrative Support <br> • Director of the Contracts and Procurement Department (Administrative Group) <br> • <mark>Director of the Banking Branches Department</mark>* <br> • Department director selected from: <br> - Banking Group <br> - Representative of the Internal Audit Department |
| **Computer Procurement Committee** | • Review and approve all requests for purchases of information systems specified in the budget from the amount of 250,000 (two hundred and fifty thousand) riyals up to 1,000,000 (one million) Saudi riyals. For anything above this limit, a recommendation in that regard shall be made to the Director General for approval. | • Deputy Director General for the Systems and Operations - Chairman <br> • Selected directors from the Systems and Operations Group <br> • Director of the Contracts and Procurement Department (Administrative Group) <br> • Representative of the Finance Group <br> • Representative of the Internal Audit Department |

\* <mark>**His membership has been added to the committee as from 22 May 1999 AD**</mark> [handwritten:] *Not present in previous version*

Al Rajhi Banking & Investment Corporation    [Logo]    General Policies and Authorization Guide

## Appendix B

### Organizational Structure

**(In progress - to be issued at a later date)**



**Declaration**

I, *Fahim Hoosen*, hereby confirm that as a professional translator and under contract to RWS Alpha, I have translated this document from *Arabic* into *English* for *PO37434*.

File names:

*Edited WC_CTRL_00000387*

I hereby confirm that to the best of my knowledge and capability as a professional translator these are accurate *English* translations of the *Arabic* originals.

Signature: 

fahim.hoosen@gmail.com
Freelancer

Alpha Translations Canada Inc., part of RWS Holdings Plc group companies
PO Box 2015, Stony Plain PO MAIN, AB, T7Z 1X6, Canada
T: + 1 780 962 7821| E: edmonton@rws.com
alpha.rws.com
Registered Office: Gowling WLG, Suite 1600, 421 7th Ave SW, Calgary, Alberta, T2P 4K9, Canada, Business number: 138526926