# Al Rajhi Bank
# Ex. 18



**Compliance department**
Al Rajhi Bank

**Office of the Governor**
No. 02419/BCL/142
Date: 18/2/1417 H

### Circular to All Banks Operating in The Kingdom

Greetings,

SAMA has noticed from inspection visits and client complaints that some banks refuse to open current accounts for less than a specific minimum and that they close current accounts that fall below a certain minimum.

Since the banking sector is considered one of the most important service sectors for various clients and beneficiaries; and since opening current accounts is considered one of the factors that assist in banking and investment development and participate in increasing the savings and income of citizens and facilitate their activities, and, at the same time, allow the banks to market their services and broaden their client base,

SAMA, therefore, calls on all banks to open current accounts without stipulating a minimum amount, and to maintain such accounts as long as they are active and not closed at the request of the client, without any consideration to the balance therein. Banks can only charge the bank fee of SR 15 every 6 months to current accounts that have a balance less than SR 1000. As for non-active accounts, they should be treated as per the instructions of Banking Control in this respect.

We wish to inform you that SAMA shall take necessary action against any bank that violates such instructions in the future and shall send examiners to verify such violations.

Regards,

The Governor

Hamad Saud Al-Sayari

٣٥٦