# Al Rajhi Bank
# Ex. 19

**AL RAJHI BANKING & INVESTMENT CORP.**

Saudi Joint Stock Corp. - Capital S. R. 1500,000,000
C. R. No 96 - Head Office : Riyadh



شركة الراجحي المصرفية للإستثمار
شركة مساهمة سعودية - رأس المال ١٥٠٠،٠٠٠،٠٠٠ ريال
س.ت رقم ٩٦ - المركز الرئيسي : الرياض

Ref. No. :

الرقم :

Date :

التاريخ :

١٤١٩/١١/١٢ الموافق ١٩٩٩/٠٢/٢٨

سعادة/رئيس وأعضاء لجنة المراجعة

المحترمين

السلام عليكم ورحمة الله وبركاته ،،، وبعـد ،،،

استنادا إلى ما جاء فى دليل السياسات والإجراءات لإدارة المراجعة الداخلية نرفق لكم بطيه خطتها للعــام المالى ١٩٩٩م والتى توضح مجالات عمل المراجعة الداخلية ونطاقه الذى يشمل كل الوحدات التنظيميــة بالشــركة (إدارات وفـروع وإقليميـات) وقد تضمنت الخطة كل العوامـل التى تستند عليها المراجعة ومنهجيتها التى تحكـم الممارسة العملية وتطبيقاتها .

للنظر فيها تمهيدا لإعتمادها ،،، ولكم التحية،،،

عبدالله السليمان الراجحى

المديـر العــام

المركز الرئيسي : الرياض - المملكة العربية السعودية - ص.ب ٢٨ - الرمز البريدي ١١٤١١ - هاتف رقم ٤٠٥٤٢٤٤ - تلكس رقم ٤٠٦٣١٧ - فاكس رقم ٤٠٣٢٩٦٩
Head Office: Riyadh - Kingdom of Saudi Arabia - P O Box 28 - Postal Code 11411 - Tel : 4054244 - Tlx : 406317 - Fax: 4032969



شركة الراجحي المصرفية للإستثمار
إدارة المراجعة الداخلية

19 رمضان 1419 الموافق 6 يناير 1999

## خطة المراجعة الداخلية عن العام المالي 1999م

### أولا: أهداف المراجعة :-

تتحدد أهداف المراجعة في إطار يلخص الإهتمامات والعناصر التي تستهدفها وبشكل أساسي فحص وتقييم نظام الرقابة الداخلية بالإضافة إلى حماية الأصول والتحقق من مدى الالتزام بالسياسات والإجراءات الموضوعة بدرجات مختلفة وانجاز أهداف الشركة ومدى صحة المعلومات والبيانات ودرجة الثقة فيها والتأكد من كفاءة استخدام الموارد المتاحة ومدى كفاية الضوابط الرقابية والتشغيلية ومنع واكتشاف الإختلافات وتحديد الأنشطة أو المجالات والعمليات ذات المخاطر المرتفعة .

### ثانيا: نطاق العمل :-

تأخذ في الإعتبار خطة المراجعة المخاطر التي تقترن بالعمل المصرفي ومن خلال معايشتنا لواقع الشركة وما يرتبط بعملها من أنظمة وقوانين أو سياسات وإجراءات معتمدة وسنقوم بفحص وتقييم نظام الرقابة الداخلية لتحديد مدى كفاية الضوابط الرقابية المحاسبية والتشغيلية .

### 1/ الفروع :

تم وضع التقديرات لخطة عام 1999م وفقا لمقتضيات الأهمية النسبية التي أخذنا في قياسها بعض الإعتبارات مثل حجم الودائع - عدد العمليات - الإيرادات المحققة - عدد كبار العملاء - الأنشطة التخصصية التي تقدم بكل فرع (اعتمادات مستندية ؛ خطابات ضمان ؛ منافذ جمركية ؛ وحدات تداول الأسهم ؛ أقسام نسائية ؛ أقسام الحوالات )الوقائع والحالات الشاذة - الفروع التي يشملها تطبيقات جديدة - بالإضافة للفروع التي أظهرت آخر زيارة للمراجعة تدنيا في مستوى أدائها وفي ضوء ما سبق نتوقع بمشيئة الله ما يلي :-

- ستعطى الأولوية في التنفيذ كمراجعة ميدانية شاملة لعدد 217 فرع من الفروع المصرفية تم إختيارها وفقا لأهميتها النسبية (حيث تشكل ودائعها 85% من حجم ودائع العملاء بالشركة .
- تنفيذ زيارة مراجعة محدودة لباقي الفروع المصرفية وتشمل عادة إجراء الجرد الفعلي للموجودات النقدية والمطبوعات الرقابية إضافة لإجراء المطابقة لسجلات الفرع ومراجعة البنود ذات الأهمية العالية حسب أولويتها وفي حال ظهور مؤشرات تستدعي تعميق نطاق المهمة فإن ذلك يتقرر على ضوء نتائج المسح المبدئي .



٢

- تنفيذ عملية مراجعة لاحقة لـ ٥٠٪ من الفروع التي ستخضع للزيارة الأولى خلال العام ويتم تحديدها لاحقا على ضوء التقارير والنتائج السابقة أو ما قد يلحق المهمة الأولى من أحداث تدعو لذلك .
- ستوجه زيارة مراجعة شاملة لكافة الفروع ذات النشاط المتخصص مثل الفروع التجارية – مراكز التحاويل والصرافة – الخدمات الخاصة – اقسام الإعتمادات المستندية التي ستلحق بزيارة متابعة لـ ٥٠٪ من تلك الوحدات على ضوء النتائج للزيارة الأولى .
- تنفيذ زيارتي جرد مفاجئ لكافة الفروع وصناديق الإدارات الإقليمية ومراكز تجميع النقد (نظرا للمخاطر الذاتية المرتفعة للعهد النقدية ) بالإضافة إلى زيارة ثلاثة إدارات إقليمية بحيث تنفذ زيارة واحدة كل سنتين للإقليميات .
- نتوقع أن تكون تغطيتنا لجرد مكائن الصرف الآلي بواقع ٦ زيارات مفاجئة خلال العام .
- فحص المهام والحالات الخاصة وكذا استيفاء المصادقات كتأكيدات من العملاء بصحة أرصدتهم لدى الشركة وعلى ضوء ذلك يؤخذ بالمراجعة البديلة لتأكيد صحة عدد من الأرصدة التي لم يرد من أصحابها تأييد لها مع التركيز على الحسابات ذات الطبيعة الخاصة كالحسابات الراكدة أو حسابات الأميين والحسابات المرتبطة بالأنشطة والمنتجات الجديدة للنظر فيها وتأكيد سلامتها وكفاية الإجراءات والعمليات المتعلقة بها .

٢ /الإدارة العامة :

سيتم التركيز بصفة خاصة هذا العام على الأنشطة الأساسية ذات المخاطر المرتفعة مثل التسهيلات الإئتمانية – التمويل – الخزينة – العمليات – نظم المعلومات – وسيتم مراعاة ما جاء بدليل المراجعة الداخلية (السياسات والإجراءات) حول دورية أعمال المراجعة لوحدات وإدارات الإدارة العامة .

٣ /المجالات :

ستتم مراجعة لبعض المجالات ذات المخاطر المرتفعة أو ما قد نلمس الحاجة لأولويتها على ضوء زياراتنا للفروع التي ستعكس غالبا مؤشرات هامة علما بأن الأنشطة الأساسية التي تمارسها الشركة تتم بناءا على توجيهات خاصة بذلك .

ثالثا:   الأعمال الأخرى:-

١ /وحدة الفروقات :

بافتراض أن وحدة الفروقات اللحقة بالإدارة ستستمر في عملها حسب التوجيه المبلغ للإدارة مسبقا في هذا الصدد فإنه تم احتساب عدد الساعات الخاصة بالوحدة حسب التشكيل الوظيفي ونتوقع أن تستمر في عملها طيلة العام ١٩٩٩م .

٣

٢/ حالات البحث الخاصة :

سنقوم ببحث الحالات الخاصة التي تحال للإدارة من مختلف قطاعات الشركة وحسب ما جاء بدليل السياسات والإجراءات للمراجعة لإبداء الرأى فيها وتقديم التوصيات المتعلقة بالأخطاء والضوابط الرقابية المحاسبية والتشغيلية .

٣/ وحدة غسيل الأموال ومؤسسة النقد :

سنقوم ببحث حالات غسيل الأموال وما فى حكمها والتى يتم رفعها من قبل وحدات العمل المختلفة أو الحالات التى يتم الإشتباه فيها من خلال مراجعاتنا الدورية لوحدات العمل المختلفة .

٤/ رقابة النظم وأمن المعلومات :-

سنقوم بالفحص اللازم للتقارير الأمنية التى يتم استخراجها من الحاسب الآلى بالإضافة إلى المشاركة فى أعمال مشكلة عام ٢٠٠٠ ومشروع إعادة هندسة النظم الآلية .

رابعا : برامج المراجعة :

استنادا لخبرتنا ومعايشتنا لبيئة العمل فى الشركة وتقييم المناخ الرقابى بالفروع والإدارات والنظام المحاسبى المعمول به والمخاطر المحيطة بالأنشطة والوحدات وعلى ضوء الأهمية النسبية للبنود الرئيسية وتنفيذا لمتطلبات المراجعة بهدف التحقق من مدى الالتزام بالسياسات والإجراءات وضوابط الرقابة الداخلية بالإضافة إلى التحقق من مدى كفاءة وفعالية أداء الفروع والإدارات والأقسام المختلفة فقد أعددنا البرامج الداعمة لعملية الفحص بصورة نراها تحقق تلك الإهداف ونطاق العمل وخطوات المراجعة التى يجب اتباعها من خلال الإطلاع على السجلات والبيانات والوثائق والمحاضر عن أعمال الشركة وأنشطتها المختلفة لاستخلاص نتائجها بموضوعية تمكننا من إبداء الرأى وتقديم التوصيات .

خامسا : الإشراف على مهام المراجعة :-

سيكون هناك اشراف على فرق العمل الميدانية موثقا ومحفوظا بملفات المراجعة من خلال فحص أوراق عمل المراجعة والتأكد من وجود التوثيق والمستندات الكافية للمراجعة والتزام فريق المراجعة بإجراءات وإرشادات وتعليمات العمل مع تقديم الإرشادات المناسبة للفريق خلال المهمة ومعالجة أى مسائل حيوية تظهر أثناء المراجعة كذلك فحص مدى كفاية نتائج المراجعة وتقدير ردود الخاضعين للمراجعة لهذه النتائج لإدخال التعديلات والتحسينات والموافقة على محتوى التقارير بعد التنسيق مع مدير المراجعة والإدارة وإخراجها بصورة تعكس دقتها



٤

وحتى تكون هادفة وموجزة وواضحة وبناءة وتقديمها فى الوقت المناسب كما سيتم ووفقا لدليل السياسات والإجراءات للمراجعة الداخلية إجراء تقييم للمخاطر المتأصلة والمالية والتشغيلية وبالشكل الذى يتيح لنا تحديد أولويات المراجعة ودورية الزيارات للوحدات كذلك سيتم إجراء التقييم الكمى لوحدات العمل فى ضوء نتائج زيارات المراجعة ووفقا للتصنيفات التى حددها دليل المراجعة لمساعدة الإدارة العليا فى اتخاذ القرارات التصويبية فيما تعكسه تقارير المراجعة.

**سادسا : تقارير المراجعة :**

تعد إدارة المراجعة الداخلية بعد كل زيارة ميدانية أو أى عمل تباشره التقارير التى تعكس نتائج الأعمال التى تمخضت عنها بهدف توثيقها ومناقشتها مع المعنيين بالوحدات الخاضعة للمراجعة وتزويدها بتقرير تفصيلى عن نتائج وملاحظات المراجعة مدعما بالأمثلة التوضيحية علما بأنه وحسب وحسب أهمية الملاحظات المرصودة فإنها تعرض بعض مدونات هذا التقرير بشكل مختصر على الجهات والمستويات العليا لاطلاعها على بعض النقاط التى نراها جديرة بالعرض .

**سابعا : جدول وقت المراجعة**

مرفق الجداول الزمنية التفصيلية والإجمالية المقدرة لأعمال المراجعة على مستوى الوحدات والأعمال .

ونرجو من الله العون والتوفيق ،،،

| الإعداد | مدير المراجعة | مدير إدارة المراجعة الداخلية |
|---|---|---|
| حسنى الخولى/مصطفى جاد | خالد عبدالرحمن الثنيان | على مبارك الصفيان |

اعتماد المدير العام

عبدالله السليمان الراجحى

Ref. No.:    No.:

Date:    Date:

*02/28/1999 [A.D.] corresponding to 11/12/1419 [A.H.]*

*To their Excellencies the esteemed / Chairman and Members of the Audit Committee ...*

*Peace be upon you and Allah's mercy and blessings. Furthermore...*

*Based upon the content of the Guide of Policies and Procedures of the Internal Audit Department, attached, please find its plan for the fiscal year 1999 A.D., indicating the areas and scope of the internal audit work, which include all of the Corporation's organizational units (departments, branches and regions). The plan includes all factors on which the audit is based, along with its methodology governing the practical practice and its applications.*

*Kindly review in preparation for its approval... Best regards...*

*Abdullah Al Sulaiman Al Rajhi*

[signature]

*General Manager*

[logo]

**Al Rajhi Banking and Investment Corporation**
**Internal Audit Department**

Ramadan 19, 1419 **[A.H.]** corresponding to January 06, 1999 **[A.D.]**

**Internal Audit Plan for the Fiscal Year 1999 A.D.**

### First: The Audit's Objectives:

The audit's objectives are determined within a framework that summarizes the interests and elements that it targets. They are mainly to examine and evaluate internal control system, protect assets, verify the extent of compliance with the policies and procedures established at different levels, achieve the Corporation's objectives, verify the validity of the information and data, determine the degree of confidence therein, ensure the efficient use of existing resources, determine the adequacy of the supervisory and operational controls, prevent and detect variations, and identify high-risk activities or areas and operations.

### Second: Scope of the Work:

The audit plan takes into account the risks associated with banking work through our exposure to the Corporation's reality, as well as the rules and laws or approved policies and procedures. We will examine and evaluate the internal control system in order to determine the adequacy of the accounting and operational controls.

### 1/ Branches:

The estimates for the plan for 1999 A.D. were developed according to the requirements of relative importance, which we measured based upon some considerations such as deposit size - number of transactions - realized revenues - number of major customers - specialized activities provided by each branch (documentary credit, letters of guarantee, customers ports, stock trading units, women's sections, transfer sections) anomalous incidents and cases - the branches covered by new applications - as well as the branches that the last audit visit showed had a decline in their performance level. In light of the foregoing, God willing, we expect the following:

- During implementation, priority will be given to a comprehensive field audit of 217 bank branches selected according to their relative importance because their deposits represent 85% of the volume of customer deposits at the Corporation.

- Carry out a limited audit visit to the rest of the bank branches. This usually entails conducting an actual inventory of cash assets and monitoring publications, conducting reconciliations with the branch's records, and auditing items of high importance according to their priority. If indicators appear that require deepening of the scope of the mission, then this is decided in light of the results of the results of the initial survey.

[signature]

- *Carry out a subsequent audit of 50% of the branches that have undergone a first visit during the year. They are subsequently determined in light of the previous reports and results or any events that may occur during the first mission and call for that.*
- *A comprehensive audit visit will be made to all special activity branches such as commercial branches - transfer and exchange centers - special services - documentary credit sections, with a follow-up visit to come for 50% of these units in light of the results of the first visit.*
- *Carry out two surprise inventory visits to all branches, regional management cashiers, and cash collection centers (given the high intrinsic risk of petty cash), as well as a third visit to regional departments, whereby one visit is made to the regions every two years.*
- *We expect that our coverage for inventorying ATMs will be 6 surprise visits per year.*
- *Examine special tasks and cases, obtain certifications such as confirmations from clients of the accuracy of their balances with the Corporation. In light thereof, an alternative audit will be conducted to confirm the accuracy of a number of balances from whose owners no confirmation has been received, which focus on accounts of a special nature such as stagnant accounts, the accounts of illiterate individuals, and accounts linked to new activities and products, in order to examine them, as well as confirm their validity and the adequacy of the procedures and transactions related thereto.*

## 2/ General Management

*This year, there will be special focus on high-risk main activities such as documentary credit - financing - the cashier department - operations - information systems, subject to the provisions of the Guide to Internal Audits (Policies and Procedures) regarding the periodicity of the audits of General Management's units and departments.*

## 3/ Areas

*There will be an audit of some high-risk areas or those we feel have priority in light of our visits branches that will likely reflect important indicators. Please note that the Corporation's main activities are carried out according to special instructions.*

## Third: Other Work:

## 1/ Variance Unit:

*Assuming the Variance Unit affiliated with Management continues to operate pursuant to the directive issued to Management in advance in this regard, the number of hours for the unit has been calculated according to the organizational structure. We expect it to continue operating throughout the year 1999 A.D.*

[signature]

**2/ Special Search Cases:**

 We will research the special cases referred to Management by the Corporation's various sectors and as provided for in the Guide of Audit Policies and Procedures so as to opine thereupon and provide recommendations related to errors and accounting and operational supervisory controls.

**3/ Money Laundering Unit and SAMA:**

We will research cases of money laundering and the like referred by the various work units or suspicious cases through our periodic audits of the various work units.

**4/ System Oversight and Information Security:**

 We will conduct the necessary examination of the computer-generated security reports, as well as participate in the activities related to the Year 2000 problem and the project to re-engineer the automated systems.

**Fourth: Audit Programs:**

 Based upon our experience with the work environment at the Corporation, assessment of the control climate at the branches and departments, the applicable accounting system, and the risks surrounding the activities and units; in light of the relative importance of the main items; and in implementation of the audit requirements, with the aim of verifying the extent of compliance with the policies, procedures and internal controls, and verifying the extent of the efficiency and effectiveness of the performance of the various branches, departments and sections; we have prepared programs that support the review process in a manner we believe achieves these objectives, the scope of work, and the audit steps that must be followed by reviewing the records, data, documents and reports about the Corporation's various work and activities, in order to ascertain their results in an objective manner that enables us to express opinions and make recommendations.

**Fifth: Supervision of Audit Tasks:**

 There will be supervision of the field work teams, and it will be documented and conserved in the audit files by examining the audit paperwork, ensuring there is sufficient documentation of the audit, ensuring the audit team's compliance with work procedures, guidelines and instructions, providing appropriate guidance to the team during the mission, addressing any vital issues that arise during the audit, examining the adequacy of the audit results, and evaluating the responses of those under audit to these results, so as to make adjustments and improvements and approve the content of the reports after coordination with the Audit Director and Management, and produce them in a manner that reflects their accuracy.

[signature]

*This is so they can be purposeful, concise, clear and constructive, and so they can be delivered in a timely manner. Moreover, in accordance with the Guide to Internal Audit Polices and Procedures, there will be an assessment of the intrinsic, financial and operational risks, in a manner that allows us to determine audit priorities and the periodicity of visits to the units. There will also be a quantitative assessment of the business units in light of the results of the audit visits and according to the classifications specified by the Audit Guide in order to help senior management make corrective decisions regarding what the audit reports reflect.*

## Sixth: Audit Reports:

*After each field visit or any work it engages in, the Internal Audit Department prepares reports that reflect the results of the work it has undertaken with the aim of documenting it, discussing it with the parties concerned at the units under audit, providing them with a detailed report about the audit results and comments, accompanied by illustrative examples. Please note that, depending on the importance of the noted comments, some of the entries in that report are presented, in summarized form, to the higher entities and levels for review of some of the points that we deem worthy of presentation.*

## Seventh: Audit Timetable

*Attached are the estimated detailed and overall timetables for the audit work at the unit and activity levels.*
*We ask God for help and success…*

| Prepared by | Audit Director | Director of the Internal Audit Department |
|---|---|---|
| [signature] | [signature] | [signature] |
| **Hosni Al-Khouli Mustafa Jad** | **Khalid Abdul Rahman Al-Thunayan** | **Ali Mubarak Al-Safian** |

**General Manager**
[signature]
**Abdullah Al Sulaiman Al Rajhi**

[signature]



# LINGUIST CERTIFICATION

This Translation Certificate confirms the included documents have been completed and are, to the best knowledge and belief of the below linguist engaged on the project, full and accurate translations of the source material.

File Name: **WC_CTRL_00000434**
**WC_CTRL_00000436**
**WC_CTRL_00000437**
**WC_CTRL_00000438**
**WC_CTRL_00000439**
**WC_CTRL_00000440**
**WC_CTRL_00000441**
**WC_CTRL_00000442**
**WC_CTRL_00000443**
**WC_CTRL_00000444**

Source Language: **Arabic**

Target Language: **English**

Linguist Name: **Rasha Toppozada-Yow**

TransPerfect Office Partnership: **TransPerfect New York**

Office Location:

**1250 Broadway
32nd Floor
New York, NY 10001**

List of Linguist Qualifications: **B.A. in Economics from the American University in Cairo, M.A. in Economics from New York University, and over 18 years of experience in the translation of legal and financial documents from Arabic to English**

Linguist Signature:

Name: Rasha Toppozada-Yow

Title: Translator

Date: November 07, 2023

Notary Public Signature:

Stamp:

OFFICIAL SEAL
DIANA L. SPRADLIN
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires November 24, 2026