# Al Rajhi Bank
# Ex. 20

شركة الراجحي المصرفية للإستثمار
إدارة المراجعة الداخلية
\* \* \* \*

# خطة المراجعة
## للعام المالي 2001م

إصدار : ديسمبر 2000م              تعديل : يناير 2001م

السرية : خاص

<u>محتويات</u>

- مقدمة
- المنهجية العامة
- المراجعة المصرفية
  - الفروع
  - الإدارة المركزية/ العامة
- المراجعة التشغيلية العامة
  - المالية
  - الإدارية
- مراجعة النظم الآلية
  - التقنية والنظم
  - التطبيقات
  - البيانات
- الوحدات الخاصة
  - التزوير والإحتيال وغسيل الأموال
  - الحالات الخاصة وتحليل المخاطر
  - الفروقات

- ملحقات :
  - خطة المراجعة المصرفية والجدول الزمني Ms project plan
  - خطة مراجعة النظم      ،،      ،،      ،،      ،،      ،،
  - جدول تقييم الفروع .

مقدمة

لقد تم إعداد خطة المراجعة الداخلية لعام ٢٠٠١م وتم تبويبها بشكل يسهل من تطويرها ومتابعتها وفيها صنفت الخطة على ثلاثة محاور:
أولها المراجعة المصرفية لفروع التجزئة والشركات والإستثمار والتمويل ومنافذ تقديم الخدمة ومراجعة مصرفية مركزية تشمل الإدارات ذات الطبيعة الهامة كالإستثمار والخزينة والإئتمان والتمويل والعمليات ولخطورة هذه الأنشطة وطبيعتها التخصصية العالية كما هو الحال في مجال مراجعة نظم المعلومات والتي تشمل التقنية والتطبيقات والبيانات ومنافذ تقديم الخدمة الإليكترونية فإن هناك إهتماما بالمراجعة التشغيلية لتغطية الجوانب المالية والإدارية لفحص المصروفات عموما والمشتريات والعهد وتنفيذ العقود وخلافه من الأمور التشغيلية الأخرى آخذين في الإعتبار النتائج الفعلية مقارنة مع تقييم العام الحالي كعرف مراجعي لقياس مدى التقدم في معالجة أوجه القصور.

وتتألف الخطة من جزءين:

الجزء الأول الذي يوضح أبعاد الخطة وعناصرها ومحاور التقييم، أما الجزء الثاني فيعكس المخطط الزمني وخطة العمل الموضحة للمهام والوقت المستغرق والبداية في المهام ونهايتها والموارد اللازمة وأدخلنا خطة المراجعة المصرفية وخطة مراجعة النظم آليا باستخدام برنامج مايكروسوفت وللمتابعة مرفق لجدول تقييم الفروع.

وكهدف عام فإن التركيز ينصب على إستغلال الوقت المستغرق في مدد المراجعة من خلال تطوير وسائل الفحص والرقابة عن بعد ما أمكن ذلك وبدون الإعتماد عليها في عينة المراجعة بشكل غير معلومة للجهة الخاضعة للمراجعة اكمال عملية المراجعة إلا من أجل الوصول لمستندات التي مازالت بحوزتها عند الحاجة حتى لا يعيق عمل الوحدة أو لمنع امكانية تهيئة او تحسين بيئة العمل بهدف تجاوز عينة الفحص بدرجة مضللة وغير تلقائية.

ومع أن الخطة السنوية تغطي جميع الوحدات الهامة وذات المخاطر إلا أن التغطية الكاملة ولجميع وحدات العمل وبنسبة ١٠٠% على كافة وحدات العمل ربما تتم على مدار ثلاث سنوات كحد أقصى في الظروف الطبيعية.

## المنهجية العامة للمراجعة

تعتبر المراجعة الداخلية احد مقومات نظام الرقابة الداخلية التي بواسطتها يتم فحص وتقييم واعداد التقارير عن الجوانب المالية والتشغيلية للشركة بما في ذلك الاساليب الادارية التي تتخطى الضوابط الاجرائية المعتمدة كما انها وسيلة تتأكد من خلالها الادارة العليا في اتخاذ الاجراءات الملائمة نحو التعليمات المنظمة للعمل او التوصيات المعدة ومدى تصويبها لما تعكسه مخرجات المراجعة الداخلية بهدف حماية اصول الشركة وصيانة موجوداتها والحد من اثر المخاطر من خلال تحديد المخاطر التي تكتنف طبيعة العمل المصرفي كما تعزز من مستويات الرقابة على الاجراءات التشغيلية للعمليات المنفذة مع الاخذ في الاعتبار المخاطر التي تنجم عن عدم التغطية الكافية التي تحكمها الامكانيات المتاحة والبيئة المصرفية .

### مهام المراجعة

تعتبر الخطوات التالية المراحل الاساسية التي تمر بها اي عملية مراجعة على وحدات العمل المختلفة وتتمثل في :-

- ❖ قياس مدى جودة العمل الذي تنفذه وحدة العمل الخاضعة للمراجعة .
- ❖ اعداد مستندي لنقاط الضعف او التجاوزات التي تتخطى اجراءات العمل القائمة .
- ❖ عرض نتائج المراجعة مقرونة بالتوصيات على الجهات ذات العلاقة بالنشاط محل المراجعة والنتائج التي اسفرت عن نتيجة متابعة تنفيذ خطة المراجعة للعام الماضي .

### أهداف المراجعة

تتلخص اهداف المراجعة باعتبارها احد المكونات الهامة لنظام الرقابة الداخلية لتحقيق المهام المناطة بها وفقا للمعايير التي تحكم اداءها ومن ذلك :-

1. التحقق من كفاية انظمة الرقابة الداخلية على اداء الاعمال وتحديد نقاط الضعف والتوصية بتقويتها .
2. تقييم الاجراءات المحاسبية والمالية والتشغيلية التي تمارسها وحدات العمل ورصد الممارسات الادارية التي لها اثر سلبي على مخرجات العمل بشكل عام .
3. الحث على ترشيد النفقات والاستخدام الامثل للموارد والتعزيز من حماية الاصول وصيانة موجودات الشركة .
4. مباشرة المهام المتعلقة بالبحث في الوقائع والحالات التي تتخطى الاجراءات والتعليمات المنظمة للعمل .

### نطاق العمل

يغطي نطاق العمل لنشاط المراجعة الداخلية كافة منافذ ونشاطات المناطق والمنافذ لنشاطات الشركة بما في ذلك مخرجات المستويات الادارية المختلفة وذلك بصورة دائمة بحيث يتواصل هذا النطاق الى القدر الذي تضمن من خلاله المراجعة الداخلية قدرتها على ابداء الرأي في المهام التي تباشرها وتحديد المخاطر الكامنة وتقييم الاجراءات التنظيمية المرتبطة بالعمل واحتمالات حدوث اي اخطاء فيها ويتوقف نطاق العمل على مدى :-

1. التطابق للعمل مع المعتمد .
2. دقة العمليات المثبتة وملائمتها وكفايتها .

### برامج المراجعة

تنفيذا لمتطلبات وأهداف خطة المراجعة بهدف التحقق من مدى الالتزام بالسياسات والاجراءات والضوابط الرقابية ومدى كفاءة وفعالية الاداء فقد اعدت برامج المراجعة الميدانية لكل انشطة ووحدات العمل بالشركة وكلها موثقة باستقصاءاتها الرقابية المختلفة وسيتم تحديث ما يطرأ على الاعمال من تجديد او تعديل مع الحرص على الخطوات اللازمة لتنفيذ الخطة العامة لادارة المراجعة الداخلية لضمان ممارسة دورها الرقابي والتقييمي بشكل عام بهدف دعم الادارة العليا في تسيير مسئولياتها وذلك من خلال الملاحظات والتوصيات التي ترفعها ادارة المراجعة الداخلية أو تعكسها تقارير المراجعة .

---

## الإشراف على مهام المراجعة

تقضي معايير المراجعة والرقابة والجودة النوعية تقسيم العمل لمجموعات بحيث تتبع كل مجموعة لمشرف يسند اليه كل ما يتعلق بمجموعته لضمان تنفيذ المهام المناطة ومقارنة الاداء الفعلي مع الخطط والبرامج الموضوعة بالاضافة للتوجيه والاشراف على عناصر المجموعة لمتابعة تنفيذ الاهداف بغرض التعرف على مدى تحقيق الاهداف المقررة .

هذا ويكون المشرف على اعمال المراجعة الميدانية مسئولا عن التوجيه والاشراف وتخطيط وتدقيق اعمال المراجعين والتحقق من تنفيذ اعمال المراجعة وفقا للمخطط ومقابلة متطلبات برامج المراجعة واعداد التقارير في التوقيت الملائم كما سيتم اجراء التقييم الكمي لوحدات العمل على ضوء نتائج زيارات المراجعة ووفقا للتصنيفات المحددة بدليل المراجعة الداخلية . السياسات والاجراءات بدءا من مرحلة التخطيط والفحص والتقييم واعداد التقارير وحتى متابعة تصحيح الملاحظات

## تقارير المراجعة

تعكس تقارير المراجعة نتائج الاعمال عقب كل زيارة دورية / خاصة لوحدات العمل المختلفة بالشركة وتناقش مع المختصين بالجهات الخاضعة للمراجعة وتكون التقارير مستوفية لمعايير اعدادها من حيث :-

- الدقة   - الوضوح   - الايجاز   - التوقيت المناسب   - الموضوعية

وستعرض تقارير المراجعة على مستوى إداري يستطيع أن يقوم باتخاذ قرارات تساعد على تنفيذ الإجراءات التصحيحية (نائب المدير العام للمجموعة ) مع تزويد بعض الجهات بصورة من الملخص التنفيذي لتلك التقارير وترفع الملاحظات الهامة للادارة العليا لاطلاعها .

## المتابعة

لا ينتهي دور المراجعة بصدور التقرير والتوصية بمعالجة الانحرافات والتجاوزات ولكنها سيمتد لمتابعة لاتخاذ الإجراءات التصحيحية التي تحقق النتائج المرجوة من قبل الوحدات الخاضعة للمراجعة وذلك بالتعاون مع الجهات القيادية والإشرافية مع رفع تقرير ربع سنوي للمدير العام وتبنيغ بالوحدة التي لا نلقى منها اهتمام في التصحيح وذلك لاتخاذ الإجراء المناسب لمعالجة أوجه القصور .

## الجدول الزمني للمراجعة

مرفق الجداول الزمنية التفصيلية لاعمال المراجعة على مستوى الوحدات والاعمال مع ملاحظة أن تقدير الزمن المخصص للمراجعة تم استنادا على مؤشرات الزمن المنصرف على الوحدات في العام الماضي ولا يفوتنا أن نشير أن عملية المسح الميداني للفروع المطبقة لنظام التاج اسفرت عن عدم توفر بعض التقارير ومتطلبات المراجعة الأمر الذي لم نأخذه في الحسبان بافتراض أن المتطلبات سيتم توفيرها خلال الربع الأول من العام وبشكل لا يقل عن المستوى القائم في النظام الآلي السابق إن لم تكن أفضل منها .

## تعديل الخطة

لمدير إدارة المراجعة الداخلية الحق بإجراء التعديلات اللازمة لمسار الخطة لتغطية المتطلبات الغير متوقعة .



أولا : <u>المراجعة المصرفية</u> :         أ ــ <u>الفـــروع</u>

تعتبر الفروع أكبر المنافذ واكثرها أثرا في مخرجات المراجعة وذلك بحكم عددها وانتشارها وارتباطها بالتعامل النقدي مع مختلف شرائح العملاء وفئاتهم وعليه فقد تم تصنيفها وفق معايير احتساب المخاطر المحيطة بكل فرع بغية تحديد الاولويات للزيارات الميدانية في خطة المراجعة الداخلية السنوية وقد استدعى التخطيط اعطاء اوزان نسبية للفروع استنادا لمعايير الاحتساب التي منها :ــ

١. حجم الودائع وعددها .
٢. متوسط عدد العمليات وقيمها .
٣. تنوع الانشطة والمنتجات .

إضافة الى بعض المؤثرات الاخرى لاعتبارات خاصة في بعض الفروع .

وعليه فإن الفروع تقسم إلى ٣ فئات :

- فروع ذات أهمية عالية
- فروع ذات أهمية متوسطة
- فروع ذات أهمية منخفضة

وهذا التصنيف يتم من خلال برنامج آلـــي لاحتساب الدرجات المقررة لكل فرع أو وحدة عمل يتم تحديثها وفقا للمستجدات التي قد تطرأ أو تؤثر على الأوزان النسبية القائمة وتنقسم من حيث النشاط إلى :

* فروع تجزئة مصرفية – أفراد
* فروع حوالات – مركز صرافة وتحاويل
* فروع تجارية – شركات ومتاجرة وتمويل
* فروع إستثمار – خدمات خاصة

وتعتمد شمولية المراجعة على النتائج التي يظهرها تحليل كل فرع وعلى نتائج وتقارير المراجعة السابقة بوجه عام والزيارة الاخيرة بوجه خاص تحدد نوعية المراجعة كما يلي :ــ

١) المراجعة الميدانية <u>الشاملة</u> للفروع ذات الأهمية العالية بالإضافة إلى ٧٥-١٠٠% من ذات الأهمية المتوسطة و ٥٠-١٠٠% من ذات الأهمية المنخفضة أوالفروع ذات النشاط المتخصص كمراكز الصرافة والتحاويل والفروع التجارية واقسام الاعتمادات المستندية والاقسام النسوية والمنافذ الجمركية بالإضافة الى وسطاء الاسهم بالفروع المصرفية فتتم زيارتها ١٠٠ %.

٢) تنفيذ زيارة مراجعة <u>محدودة</u> للفروع ذات الأهمية المتوسطة ( للـ ٢٥% المتبقية ) متى بقيت وتشمل عادة الجرد الفعلي للموجودات النقدية والمطبوعات المراقبة ومطابقة السجلات ومراجعة بعض البنود في الاستاذ العام لحسابات الفرع وفقا لاهميتها النسبية وحال ظهور مؤشرات تستدعي تعميق نطاق المراجعة فإن ذلك يتقرر على ضوء نتائج الفحص لكل مرحلة و تنفيذ زيارة جرد مفاجئ لكافة الفروع المصرفية ومراكز تجميع النقد الاقليمية والاقسام النسائية ومكائن الصرف الآلي على مستوى جميع المناطق الاقليمية

٣) الإكتفاء بتطبيق برنامج للمراجعة <u>الذاتية</u> على الفروع ذات الأهمية المنخفضة( للـ ٥٠-٧٥% المتبقية) متى بقيت والتي يظهر في أدائها معدلات عالية لتأكيد مدى الالتزام بالتعليمات والاهتمام بتصويب الملاحظات وقياس أي مؤثرات على أوزانها القائمة .

ويتحدد مدى تقارب مدد المراجعة حسب حجم المخاطرة كالتالي :

| درجة مخاطرة عالية | درجة مخاطرة متوسطة | درجة مخاطرة منخفضة |
|---|---|---|
| كل ١٢ شهر | كل ١٨ شهر | كل ٢٤ شهر |

---

| ب – الإدارة المركزية / العامة |

يتم تقييم درجة المخاطرة لوحدات العمل المختلفة بالإدارة المركزية والعامة والاقليمية من حيث المخاطر المالية والتشغيلية ومخاطر الرقابة حسب الاوزان المعتمدة وستعطي الأولوية لوحدات العمل ذات المخاطر المرتفعة بحيث تنفذ زيارات المراجعة كما يلي :ــ

| درجة مخاطرة عالية | درجة مخاطرة متوسطة | درجة مخاطرة منخفضة |
|---|---|---|
| كل ١٢ شهر | كل ١٨ شهر | كل ٢٤ شهر |

وتتم مراجعة بعض المجالات الاكثر اهمية او ما قد تلمس الحاجة اليه لاولويتها على ضوء المؤشرات التي تعكسها الزيارات الميدانية لوحدات العمل المختلفة بالشركة استنادا على نتائج المراجعة التحليلية للقوائم المالية ومخرجات البيانات الاحصائية التي قد تمس اكثر من وحدة .

مع التركيز على الإدارة المركزية المصرفية ذات الطابع العملياتي والمخاطر العالية :

- الإستثمار والخزينة
- العمليات
- الإئتمان و التمويل

الإستثمار : لتغطية جانب الربحية والإيرادات للشركة ويشمل إدارات الخزينة وصناديق الإستثمار وتداول والأسهم .

الإئتمان : لتغطية جانب الإقراض من المعادل المصرفية ويشمل الإئتمان والتسهيلات والتمويل والبطاقات الإئتمانية .

والعمليات : لتغطية الجانب العملياتي لآلية التنفيذ سواء اليدوية أو الحاسوبية ومنافذ تقديم الخدمة .

ثانيا : المراجعة التشغيلية العامة : المحاسبية والإدارية والمالية على وحدات العمل حسب نتائج التقييم والأولوية والتي تشمل :

- المصروفات والمحاسبة المالية
- العهد العامة والإجراءات الإدارية

لمراجعة إدارات الإدارة العامة المعنية بتقديم ومتابعة هذه الخدمات مع المحاسبة المالية والموارد البشرية والمساندة الإدارية والهندسية وربطها مع والأهداف والموازنة التقديرية وتنفيذ ومتابعة العقود والمشتريات ويمكن تصنيفها لتغطية العناصر التالية ( التجهيزات/ الموظفين / التكلفة )

- الخدمات والمساندة
- الموظفين والتدريب
- المحاسبة والموازنة .

ومن ناحية تكرار المراجعة فينطبق عليها المعيار الموحد

---

AUDP0012　　　　　IT Audit　　　　　ديسمبر ٢٠٠٠　　　　　مراجعة ٢٠٠١

**Al Rajhi Banking and Investment Corporation**
**Internal Audit Department**

\* \* \* \*

# Audit Plan
## For the Fiscal Year 2001 A.D.

**Issued: December 2000 A.D.**                              **Modified: January 2001 A.D.**

**Confidential: Private**

# Table of Contents

- Introduction
- General Methodology
- Bank Audit
    - Branches
    - Central/General Management
- General Operational Audit
    - Financial
    - Administrative
- IT Audit
    - Technology and Systems
    - Applications
    - Data
- Special Units
    - Fraud, Embezzlement and Money Laundering
    - Special Cases and Risk Analysis
    - Differences

- Appendices:
    - Bank Audit Plan and Schedule - MS project plan
    - Systems Audit Plan    "    "    "    "    "
    - Branch Evaluation Schedule

## Introduction

The internal audit plan for the year 2001 A.D. was prepared and classified in a manner that facilitates its development and follow-up. The plan is classified into three axes:

The first is a bank audit of the retail, corporate, investment and financing branches, and service provisioning outlets, as well as a central bank audit encompassing important departments, such as investment, cashier, credit, financing, and operations, because these activities pose risk and are highly specialized. The same applies to the area of the information systems audit, which includes technology, applications, data, and electronic service provisioning outlets. Indeed, there is focus on the operational audit in order to cover the financial and administrative aspects so as to examine general expenses, procurement, entrusted items, contract implementation, and other operational matters, while taking into consideration the actual results in the past compared to the current year's evaluation, so auditors can determine the degree of progress in addressing deficiencies.

The plan consists of two parts:

<u>The first part</u> indicates the plan's dimensions, elements and evaluation axes. <u>The second part</u> reflects the timetable and work plan detailing the tasks, time spent, start and end of tasks, and resources necessary. We have entered the bank audit plan and the systems audit plan into the computer using Microsoft software, and the branch evaluation schedule is attached for follow-up.

As a general goal, focus is placed on taking advantage of the time spent during audit periods by developing means of remote examination and monitoring, when possible, without relying on them in the audit process in a manner unknown to the entity under audit, [and] completing the audit process except [sic] in order to access the documents that are still in their possession, when needed, so as not to hinder the unit's work or so as to prevent creation or improvement of a work environment with the aim of bypassing the examination process in a misleading and deliberate manner.

While the annual plan covers all important units that pose a risk, complete 100% coverage of all work units may take place over a maximum of three years under normal circumstances.

## General Audit Methodology

The internal audit is considered one of the components of the internal control system through which reports are examined, evaluated and prepared about the Corporation's financial and operational aspects, including the administrative methods that go beyond the approved procedural controls. It is also a means through which upper management ensures that appropriate procedures are undertaken regarding the instructions governing the work or the prepared recommendations and determines the extent to which they correct issues reflected by the internal audit outputs. This is with the aim of protecting the Corporation's assets, maintaining its assets, and reducing the impact of risks by identifying the risks associated with the nature of banking work. It also enhances the levels of control over the operational procedures related to executed transactions, while taking into account the risks resulting from insufficient coverage due to the available capabilities and the banking environment.

### Audit Tasks

The following steps are considered the main stages of any audit of the various work units. They are as follows:

- ❖ Measurement of the quality of the work performed by the work unit under audit.
- ❖ Preparation of documents on the weaknesses or breaches of the existing work procedures.
- ❖ Presentation of the audit results coupled with recommendations to the relevant entities regarding the activity under audit and the outcomes resulting from the follow-up of implementation of the audit plan for the past year.

### Audit Objectives

Given that the audit is one of the important components of the internal control system in order to achieve the tasks assigned thereto according to the standards governing its performance, the audit's objectives include:

1. Verifying the adequacy of the internal control system as regards performance of the work, identifying weaknesses, and making recommendations to strengthen them.
2. Evaluating accounting, financial and operational procedures undertaken by work units, and generally monitoring administrative practices that have a negative impact on work outputs.
3. Encouraging rationalization of expenditures, optimal use of resources, enhancement of asset protection, and maintenance of the Corporation's assets.
4. Performing tasks related to investigation of the incidents and cases that go beyond the procedures and instructions governing the work.

### Scope of Work

The internal audit activity's scope of work covers all of the region's outlets and activities, as well as the Corporation's activity outlets, including the outputs of the various administrative levels on a permanent basis, whereby this scope continues to the extent through which the internal audit ensures its ability to express an opinion on the tasks it undertakes, identity inherent risks, and evaluate the organizational procedures related to the work and the possibilities of any errors occurring therein. The scope of the work depends on the extent of:

1. Conformity of the work with what has been approved.
2. Accuracy, suitability and adequacy of the recorded transactions.

### Audit Programs

In implementation of the audit plan's requirements and objectives, with the aim of verifying the extent of compliance with the policies, procedures and supervisory controls, as well as the extent of efficiency and effectiveness of performance, field audit programs have been prepared for all of the Corporation's activities and work units, all of which are documented via their various supervisory surveys. Moreover, updates will be made to reflect any renewal or modification, all the while making sure to follow the steps necessary to implement the Internal Audit Department's general plan so as to ensure that it exercises its oversight and evaluation role generally, with the aim of supporting upper management in carrying out its responsibilities. This will be done through the comments and recommendations submitted by the Internal Audit Department or reflected in the audit reports.

### Supervision of Audit Tasks

Audit, control and quality standards require division of the work into groups, whereby each group reports to a supervisor, who is assigned everything related to his group. This is in order to ensure that the assigned tasks are performed and that actual performance is compared with the established plans and programs. This is also in order to direct and supervise the group's staff members so as to monitor implementation of the objectives for the purpose of identifying the extent to which the established objectives are achieved.

The supervisor of the field audit work is responsible for directing, supervising, planning and auditing the auditors' work, verifying that the audit is performed in accordance with the plan, fulfilling the requirements of the audit programs, and preparing reports in a timely manner. Moreover, a qualitative evaluation of the work units will be conducted in light of the results of the audit visits and in accordance with the classifications specified in the Guide to Internal Audits - Polices and Procedures, starting with the planning, examination, evaluation and reporting stage and until the follow-up and corrective action [phase].

### Audit Reports

Audit reports reflect the results of the work after each period/special visit to the Corporation's various work units. They are discussed with all parties concerned
at the entities under audit. The reports must meet the standards for their preparation in terms of:

- Accuracy - clarity - conciseness - timeliness - objectivity

The audit reports will be presented at an administrative level that can make decisions that help implement corrective procedures (the deputy general manager of the group), with some entities being provided with a copy of the executive summary of these reports, and with important remarks being forwarded to upper management for its information.

### Follow-up

The role of the audit does not end with issuance of the report and recommendation to address deviations and violations. [typo] [hw:] *Rather*, it will extend to following upon on the undertaking of corrective procedures that achieve the desired results by the units under audit, in cooperation with the leadership and supervisory authorities, with submission of a quarterly report to the General Manager and reporting of a unit that fails to focus on corrective action so appropriate action can be taken to address the deficiencies.

### Audit Timetable

Attached is the detailed audit timetable for the units and work. Please note that the estimate of time allocated for the audit was based upon indicators of the time spent on the units last year. We must note that the field survey of the branches that implemented the Taj system resulted in the unavailability of some reports and audit requirements, which we did not anticipate. It is assumed that the requirements will be provided during the first quarter of the year at a level at least equivalent to the one existing in the previous automated system, if not better.

### Modification of the Plan

The Director of the Internal Audit Department is entitled to make the amendments necessary to the [strikethrough: course] [hw:] *work need within the framework* of the [hw:] *approved* plan in order to cover unexpected requirements.

**First: <u>Bank Audit:</u>**

**A- Branches**

Branches are considered the largest outlets, and they have the most impact on audit outputs, by virtue of their number, proliferation, and connection to cash dealings with various customer segments and categories. Thus, they have been classified according to the standards for calculating the risks surrounding each branch in order to determine priorities for field visits in the annual internal audit plan. Planning has required assigning relative weights to the branches based upon calculation criteria, including:

1. The size and number of deposits
2. The average number and value of transactions
3. The diversity of activities and products

   As well as some other effects for special considerations at some branches.

Accordingly, branches are divided into 3 categories:

- Branches of high importance
- Branches of moderate importance
- Branches of low importance

This classification is performed using <u>software</u> to calculate the levels assigned to each branch or work unit. It is updated according to the [typo] [hw:] *developments* that arise or affect the existing relative weights. These branches are divided by activity into:

- Retail banking branches - Individuals
- Transfer branches - Teller and Transfer Center
- Commercial branches - Corporate, trading and financing
- Investment branches - Special services

The comprehensiveness of the audit depends on the results shown by the analysis of each branch, on the results and reports of the previous audit generally, and on those of the last visit specifically. The quality of the audit is determined as follows:

1) A <u>comprehensive</u> field audit of branches of high importance, 75-100% of those of medium importance, and 50-100% of those of low importance, or branches with specialized activities such as exchange and transfer centers, commercial branches, documentary credit departments, women's sections, and customs ports, as well as stock brokers at bank branches, 100% of which are visited.

2) Making a <u>limited</u> audit visit to branches of medium importance (the remaining 25%), if they remain. This usually includes an actual inventory of cash assets and monitoring publications, reconciliation of records, and an audit of some items in the general ledger of the branch's accounts, according to their relative importance. If indicators appear that require a deepening of the scope of the audit, this is decided in light of the results of the audit for each stage and the performance of a surprise inventory visit to all bank branches, regional cash collection centers, women's sections, and ATMs throughout all regional districts.

3) Only implement the <u>self</u>-audit program for branches of low importance (the remaining 50-75%), if they remain, when their performance indicates high rates, so as to check the extent of compliance with instructions and focus on correcting noted issues, as well as measure any factors impacting their current weights.

The frequency of the audit is determined according to the magnitude of the risk as follows:

| High level of risk | Moderate level of risk | Low level of risk |
|---|---|---|
| Every 12 months | Every 18 months | Every 24 months |

## B- Central/General Management

The level of risk to the various work units at Central, General and Regional Management, in terms of financial, operational and control risks, is calculated according to the approved weights. Priority will be given to high-risk work units whereby the audit visits will be performed as follows:

| High level of risk | Moderate level of risk | Low level of risk |
|---|---|---|
| Every 12 months | Every 18 months | Every 24 months |

An audit is conducted for some of the most important areas or those deemed to be a priority, in light of the indicators reflected in the field visits to the Corporation's various work units, and based upon the results of the analytical audit of the financial statements and statistical data outputs that may affect more than one unit.

With focus on <u>central banking management</u> of an operational and high-risk nature:
- Investment and cashier
- Operations
- Credit and financing

**Investment:** To cover the Corporation's profitability and revenue side. It includes the Cashier Department, investment funds, trading and stocks.

**Credit:** To cover the lending side of the banking equivalent. It includes the credits, facilities, financing and credit cards.

**and Operations:** To cover the operational side of the implementation mechanism, be it manual or automated, and the service provisioning outlets.

**Second:** <u>General Operational Audit:</u> Accounting, administrative and financial [audit] of work units based upon evaluation results and priority, including:
- Expenses and financial accounting
- General entrusted items and administrative procedures

This is in order to audit General Management's departments in charge of providing and following up on these services with Financial Accounting, Human Resources, as well as Administrative and Engineering Support, link them to the objectives and the estimated budget, as well as implement and follow up on contracts and procurement. It can be classified to cover the following elements (equipment/employees/cost).
- Services and support
- Employees and training
- Accounting and budget

Regarding the frequency of the audit, the unified standard applies thereto.



# LINGUIST CERTIFICATION

This Translation Certificate confirms the included documents have been completed and are, to the best knowledge and belief of the below linguist engaged on the project, full and accurate translations of the source material.

File Name: **WC_CTRL_00000434**
**WC_CTRL_00000436**
**WC_CTRL_00000437**
**WC_CTRL_00000438**
**WC_CTRL_00000439**
**WC_CTRL_00000440**
**WC_CTRL_00000441**
**WC_CTRL_00000442**
**WC_CTRL_00000443**
**WC_CTRL_00000444**

Source Language: **Arabic**

Target Language: **English**

Linguist Name: **Rasha Toppozada-Yow**

TransPerfect Office Partnership: **TransPerfect New York**

Office Location:

**1250 Broadway
32nd Floor
New York, NY 10001**

List of Linguist Qualifications: **B.A. in Economics from the American University in Cairo, M.A. in Economics from New York University, and over 18 years of experience in the translation of legal and financial documents from Arabic to English**

Linguist Signature:

Name: Rasha Toppozada-Yow

Title: Translator

Date: November 07, 2023

Notary Public Signature:

Stamp:

OFFICIAL SEAL
DIANA L. SPRADLIN
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires November 24, 2026