# Al Rajhi Bank
# Ex. 21

**AL RAJHI BANKING & INVESTMENT CORP.**
Saudi Joint Stock Corp. - Capital S. R. 1500,000,000
C. R. No. 96 - Head Office : Riyadh



شركة الراجحي المصرفية للاستثمار
شركة مساهمة سعودية – رأس المال ١،٥٠٠،٠٠٠،٠٠٠ ريال
س.ت رقم ٩٦ – المركز الرئيسي : الرياض

Ref. No. :   الرقم :

Date :   التاريخ : ١٤١٨/٢/٥هـ - ١٩٩٧/٦/١٠م

## صلاحيات لجنة المراجعة بشركة الراجحي المصرفية للاستثمار

(١) التقصي عن اي نشاط داخل البنك والحصول على اي معلومات تراها اللجنة ضرورية من اي موظف .

(٢) اعداد خطة العمل واعتمادها من مجلس الادارة .

(٣) الاستعانة بمستشارين ذوي خبرة وكفاءة من خارج البنك اذا لزم الأمر .

(٤) زيارة ادارات وفروع البنك المختلفة للتعرف على طبيعة عمليات البنك .

(٥) اطلاع مجلس الادارة على المستجدات العالمية الراهنة في معايير المحاسبة والافصاح .

(٦) ممارسة الدور الاشرافي والرقابي من دون مباشرة وظائف او اعمال تنفيذية او اتخاذ قرارات ادارية .

(٧) طلب حضور اي شخص يمكن ان يساهم بصورة جوهرية في الاجتماعات التي تعقدها اللجنة .

(٨) مراقبة اداء انظمة الرقابة الداخلية والتقارير المالية ومراجعة تقارير الادارة والمعلومات التي تطلبها السلطات الاشرافية ومراقبة اعمال المراجعين الخارجيين والداخليين ومستوى التنسيق فيما بينهم وضمان الالتزام بقواعد التعاملات المالية التجارية الناتجة عن معلومات داخلية والسلوك المهني للبنك .

(٩) مراجعة سياسات البنك الخاصة بالمعاملات مع الاطراف ذوي العلاقة والحصول على قائمة بكافة هذه المعاملات ومراجعة الموافقات عليها والتأكد من سلامتها ومدى كفاية الافصاح عنها في القوائم المالية .

(١٠) الحصول على كافة المعلومات المتعلقة بالمعاملات ذات الحجم الكبير والعقود والاتفاقيات الاخرى المبرمة بما فيها خطط الاندماج او الضم المحتملة وخطط بيع المؤسسات أو الشركات التابعة والتأكد من امكانية الافصاح عنها في القوائم المالية .

المركز الرئيسي الرياض – المملكة العربية السعودية ص ب ٢٨ – الرمز البريدي ١١٤١١ – هاتف رقم ٤٠٥٤٢٤٤ – تلكس رقم ٤٠٦٣١٧ – فاكس رقم ٤٠٣٢٩٦٩
Head Office: Riyadh – Kingdom of Saudi Arabia – P. O. Box 28 – Postal Code 11411 – Tel. No. 4054244 – Tlx. No.: 406317 – Fax No.: 4032969

**AL RAJHI BANKING & INVESTMENT CORP.**
Saudi Joint Stock Corp. - Capital S. R. 1500,000,000
C. R. No. 96 - Head Office : Riyadh

شركة الراجحي المصرفية للاستثمار
شركة مساهمة سعودية - رأس المال ١٥٠٠,٠٠٠,٠٠٠ ريال
س.ت رقم ٩٦ - المركز الرئيسي : الرياض

Ref. No. :   الرقم :

Date :   التاريخ :

- ٢ -

(١١) تقييم ومراجعة كافة الدعاوى القانونية والجوهرية وتقديم للمستشار القانوني للبنك قائمة بكافة القضايا ويمكن الحصول على رأي مستشار قانوني من خارج البنك في القضايا التي يكون لها أثر كبير على المركز المالي للبنك .

(١٢) مراجعة الوضع الضريبي والزكوي وغيرها من الامور ذات الارتباط .

(١٣) التحقق من الالتزام بالسياسات المهنية والسلوكية ومتابعة توزيع قواعد السلوك المهني للبنك وفحص ومراقبة الالتزام بها والوقوف على المخالفات .

(١٤) التحقق من الاستخدام الأمثل لتقنية المعلومات ومعالجة البيانات بالحاسب الآلي وما اذا كانت الضوابط اللازمة متوفرة وكافية لضمان الحصول على معلومات وبيانات صحيحة يعتمد عليها .

(١٥) التحقق من تطبيق السياسات المتعلقة بغسيل الاموال والانشطة الاجرامية الاخرى .

(١٦) دعوة أي موظف لحضور اجتماعاتها عن طريق العضو المنتدب او المدير العام الذى يمكنه الحضور للاجتماع ما لم ترى اللجنة خلاف ذلك .

(١٧) مراقبة العلاقة بين المراجعين والادارة والتنسيق والتعاون بين المراجعين انفسهم .

(١٨) التحقق من استقلالية المراجعين الخارجيين ومصداقية عملية المراجعة عن طريق عقد اجتماعات دورية والحصول منهم على خطاب تأكيد بالاستقلالية وفقا للانظمة والمعايير المهنية المتبعة مع طلب تغيير الشريك المراجع كل ثلاثة سنوات من المراجع الخارجي .

(١٩) المشاركة في اختيار واقالة المراجعين الخارجيين للبنك وفي حالة تغيير مراجعي الحسابات تقوم اللجنة بتحديد نوعية ونطاق خطة المراجعة المطلوبة بترشيح خمسة اسماء من المحاسبين القانونيين المرخص لهم كمراجعين في المملكة ومن ثم اعداد مذكرة تلخص مقدراتهم الفنية ومدى ملاءمتها لمصلحة البنك ورفع التوصية اللازمة لمجلس الادارة وكذلك الموافقة على اختيار المراجعين الخارجيين للفروع الخارجية او تجديد مهمتهم .

المركز الرئيسي الرياض - المملكة العربية السعودية ص ب ٢٨ - الرمز البريدي ١١٤١١ - هاتف رقم ٤٠٥٤٢٤٤ - تلكس رقم ٤٠٦٣١٧ - فاكس رقم ٤٠٣٢٩٦٩
Head Office: Riyadh – Kingdom of Saudi Arabia – P. O. Box 28 – Postal Code 11411 – Tel. No.. 4054244 – Tlx. No.: 406317 – Fax No.: 4032969



**AL RAJHI BANKING & INVESTMENT CORP.**
Saudi Joint Stock Corp. - Capital S. R. 1500,000,000
C. R. No. 96 - Head Office : Riyadh

شركة الراجحي المصرفية للاستثمار
شركة مساهمة سعودية - رأس المال ١٥٠٠٠٠٠٠٠٠ ريال
س.ت رقم ٩٦ - المركز الرئيسي : الرياض

Ref. No. :   الرقم :

Date :   التاريخ :

- ٣ -

(٢٠) حرية الاتصال بادارة المراجعة الداخلية والموافقة على اختيار المراجعين الداخليين الرئيسيين ومراجعة اعمالهم التي تتصل بالمسائل المهمة والحصول على تأكيد خطي من المراجع الرئيسي الداخلي حول استقلاليته في هذا المجال ويرفع المراجع الداخلي تقاريره مباشرة للجنة بصورة منها لادارة البنك .

(٢١) مراجعة تقييم المراجعين الخارجيين لاداء المراجعين الداخليين ومراجعة الاعمال التي قام بها المراجعون الداخليون في المسائل الخاصة مثل تعارض المصالح والالتزام بقواعد السلوك المهني والاخلاقي في البنك .

(٢٢) العمل على تدفق وتبادل المعلومات الهامة مع السلطات الاشرافية لتسهيل تحقيق اهدافهما المشتركة المتعلقة بالفحص المالي .

(٢٣) ايجاد نوع من التنسيق والتعاون المفتوح مع السلطات الاشرافية لجعل العمل أكثر فعالية ومناقشة وبحث اي ضعف جوهري في انظمة البنك ولجانة وادارتة .

(٢٤) التأكد من الالتزام بتطبيق احكام الرقابة على البنوك واللوائح والانظمة الصادرة من مؤسسة النقد العربي السعودي .

(٢٥) التنسيق مع ادارة التفتيش في مؤسسة النقد وادارة التفتيش في السلطة الاشرافية الاجنبية في حال وجود فروع اجنبية للشركة .

(٢٦) تأسيس نظام تتلقى بموجبه لجنة المراجعة تقارير دورية من المدير المسؤول في البنك والمعني بمتابعة التزام البنك باللوائح والانظمة الصادرة لاخطار لجنة المراجعة عن اي مخالفة أو تجاوز لتلك اللوائح والانظمة .

(٢٧) مناقشة لجنة المراجعة المراجعين الخارجيين تقريرهم وان مراجعتهم لم تظهر اية تجاوزات لنظام مراقبة البنوك او القوانين والانظمة الاخرى اضافة لشهاداتهم بمراجعة مخصص الديون المشكوك بتحصيلها واعتقادهم بكفاية هذا المخصص .

(٢٨) الالمام باي تقرير آخر يرفعه المراجعون الخارجيون لمؤسسة النقد العربي السعودي.

٢٠٠٩/ع/٤٧

المركز الرئيسي الرياض - المملكة العربية السعودية ص ب ٢٨ - الرمز البريدي ١١٤١١ - هاتف رقم ٤٠٥٤٢٤٤ - تلكس رقم ٤٠٦٣١٧ - فاكس رقم ٤٠٣٢٩٦٩
Head Office: Riyadh - Kingdom of Saudi Arabia - P. O. Box 28 - Postal Code 11411 - Tel. No. 4054244 - Tlx. No. 406317 - Fax No.: 4032969

| | | |
|---|---|---|
| Al Rajhi Banking and Investment Corporati(  Saudi Joint Stock Corporation – Capital: SAR 1,500,000,000  C.R. No. 96 - Head Office: Riyadh | [logo:] R | AL RAJHI BANKING & INVESTMENT CORP.  Saudi Joint Stock Corp. Capital S.R. 1,500,000,000  C.R. No. 96 – Head Office: Riyadh |

No.:  
Date: **2/5/1418 A.H. - 6/10/1997 A.D.**

Ref. No.:  
Date:

### Authorities of the Audit Committee at Al Rajhi Banking and Investment Corporation

(1) Investigate any activity at the Bank and obtain any information that the Committee deems necessary from any employee.

(2) Prepare the action plan and have it approved by the Board of Directors.

(3) Seek the assistance of experienced and competent consultants from outside the Bank, if necessary.

(4) Visit the bank's various departments and branches to learn about the nature of the Bank's operations.

(5) Keep the Board of Directors apprised of current global developments in accounting and disclosure standards.

(6) Exercise a supervisory and monitoring role without exercising executive functions or making administrative decisions.

(7) Request the attendance of any person who can contribute substantively to the meetings held by the Committee.

(8) Monitor the performance of internal control systems and financial reports, review management reports and information requested by supervisory authorities, monitor the work of external and internal auditors as well as the level of coordination among them, and ensure compliance with the rules on commercial financial transactions resulting from insider information and the Bank's professional conduct. ✓

(9) Review the Bank's policies on transactions with related parties, obtain a list of all of these transactions, review the approvals pertaining thereto, ensure their validity, and ensure the adequacy of their disclosure in the financial statements.

(10) Obtain all information related to large transactions, contracts, and other concluded agreements, including plans for potential mergers or acquisitions and plans to sell establishments or subsidiaries, and ensure that they can be disclosed in the financial statements.

Head Office: Riyadh - Kingdom of Saudi Arabia - P.O. Box 28 - Postal Code 11411 - Tel: 4601000 - Telex: 406317 - Fax: 4600922

Al Rajhi Banking and Investment Corporati
Saudi Joint Stock Corporation – Capital: SAI
1,500,000,000
C.R. No. 96 - Head Office: Riyadh

[logo:] R

AL RAJHI BANKING & INVESTMENT CORP.
Saudi Joint Stock Corp. Capital S.R. 1,500,000,000
C.R. No. 96 – Head Office: Riyadh

No.:
Date:

Ref. No.:
Date:

-2-

(11) Evaluate and review all legal and substantive lawsuits and provide the Bank's legal advisor with a list of all cases. An opinion can be obtained from a legal advisor outside the Bank in cases that have a significant impact on the Bank's financial position.

(12) Review the tax and Zakat status and other related matters.

(13) Verify compliance with the professional and behavioral policies, follow up on dissemination of the Bank's rules of professional conduct, examine and monitor compliance therewith, and identify violations.

(14) Verify optimal use of information technology and computer data processing, and verify whether the necessary controls are available and sufficient to ensure obtaining accurate and reliable information and data.

(15) Verify implementation of the policies related to money laundering and other criminal activities.

(16) Invite any employee to attend its meetings, through the managing director or the general manager, who can attend the meeting, unless the Committee decides otherwise.

(17) Monitor the relationship between the auditors and management, as well as the coordination and cooperation among the auditors themselves.

(18) Verify the independence of the external auditors and the credibility of the auditing process by holding periodic meetings and obtaining letters from them confirming independence in accordance with the applicable professional regulations and standards, and ask the external auditor to change the audit partner every three years.

(19) Participate in selection and dismissal of the Bank's external auditors. In the event of a change in the auditors, the Committee determines the type and scope of the required audit plan by nominating five accountants licensed as auditors in the Kingdom, and then preparing a memorandum summarizing their technical abilities and suitability for the benefit of the Bank, and submitting the necessary recommendation to the Board of Directors. It also approves selection of the external auditors or the external branches or renewal of their assignment.

Al Rajhi Banking and Investment Corporati
Saudi Joint Stock Corporation – Capital: SAI
1,500,000,000
C.R. No. 96 - Head Office: Riyadh

[logo:] R

AL RAJHI BANKING & INVESTMENT CORP.
Saudi Joint Stock Corp. Capital S.R. 1,500,000,000
C.R. No. 96 – Head Office: Riyadh

No.:  
Date:

Ref. No.:  
Date:

-3-

(20) Have free communication with the Internal Audit Department, approve the selection of senior internal auditors, review their work related to important matters, obtain written confirmation from the Chief Internal Auditor about his independence in this area, and have the internal auditor submit his report directly to the Committee, with a copy being sent to the Bank's management.

(21) Review the external auditors' evaluation of the internal auditors' performance, and review the activities undertaken by the internal auditors in special matters, such as conflicts of interest and compliance with the rules on professional and ethical conduct at the Bank.

(22) Work on the flow and exchange of important information with the supervisory authorities in order to facilitate achievement of their common objectives related to financial examination.

(23) Find a kind of open coordination and cooperation with the supervisory authorities in order to make the work more effective, as well as discuss and search for any fundamental weaknesses in the Bank's systems, committees and management.

(24) Ensure compliance with the banking control provisions, rules and regulations issued by the Saudi Arabian Monetary Authority.

(25) Coordinate with the Inspection Department at the Saudi Arabian Monetary Authority and the inspection department at the foreign supervisory authority in the event that the Corporation has foreign branches.

(26) Establish a system pursuant to which the Audit Committee receives periodic reports from the supervising manager at the Bank responsible for following up on the Bank's compliance with the issued rules and regulations in order to notify the Audit Committee of any violations or breaches of these rules and regulations.

(27) The Audit Committee discusses the external auditors' reports with them, whether their audit has revealed no violations of the Banking Control Law or the other laws and regulations, their certificates on the audit of the provision for doubtful debts, and their conclusions regarding the adequacy of this provision.

(28) Become familiar with any other report submitted by the Saudi Arabian Monetary Authority's external auditors.

2009/A/47



# LINGUIST CERTIFICATION

This Translation Certificate confirms the included documents have been completed and are, to the best knowledge and belief of the below linguist engaged on the project, full and accurate translations of the source material.

File Name: **WC_CTRL_00000434**
**WC_CTRL_00000436**
**WC_CTRL_00000437**
**WC_CTRL_00000438**
**WC_CTRL_00000439**
**WC_CTRL_00000440**
**WC_CTRL_00000441**
**WC_CTRL_00000442**
**WC_CTRL_00000443**
**WC_CTRL_00000444**

Source Language: **Arabic**

Target Language: **English**

Linguist Name: **Rasha Toppozada-Yow**

TransPerfect Office Partnership: **TransPerfect New York**

Office Location:

**1250 Broadway
32nd Floor
New York, NY 10001**

List of Linguist Qualifications: **B.A. in Economics from the American University in Cairo, M.A. in Economics from New York University, and over 18 years of experience in the translation of legal and financial documents from Arabic to English**

Linguist Signature:

*[signature]*

Name: Rasha Toppozada-Yow

Title: Translator

Date: November 07, 2023

Notary Public Signature:

*[signature]*

Stamp:

OFFICIAL SEAL
DIANA L. SPRADLIN
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires November 24, 2026

TP-PM-401-W037-F016 Linguist Certification                                              Page 1 of 1
Effective: 22-November-2019                             © 2023 TransPerfect Translations International, Inc. (TransPerfect).